# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Brenna B. Mahoney__, Clerk of this Court,

certify that __Tor Bernhard Ekeland__, Bar # __TE1969__,

was duly admitted to practice in this Court on __04/21/2008__, and is in good standing as a member of the Bar of this Court.

Dated at __Brooklyn__ on __02/23/2022__
             (Location)                                         (Date)

Brenna B. Mahoney
**CLERK OF COURT**

David Afrani
Deputy Clerk

