# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____, Clerk of this Court,

certify that _____ Michael Hassard _____, Bar # _____ 5824768 _____,

was duly admitted to practice in this Court on _____ 04/30/2021 _____, and is in good standing as a member

of the Bar of this Court.

Dated at   Brooklyn                                on                03/09/2022
           *(Location)*                                                *(Date)*


Brenna B. Mahoney
*CLERK OF COURT*

David Afrani
Deputy Clerk

