# DECLARATION OF MICHAEL HASSARD

Under 28 U.S.C. §1746 (2), I declare the following under the penalty of perjury:

1. My name is Michael Hassard.

2. I am an Associate Attorney at Tor Ekeland Law PLLC.

3. Our offices are located at the following address:

    30 Wall Street
    8th Floor
    New York, NY 10005

4. My office phone number is (718) 737-7264.

5. My email is michael@torekeland.com.

6. I am in good standing as a member of the State Bar of New York and have never been disciplined.

7. My bar number is 5824768.

8. I am admitted in the following Courts:

    a) New York State Court, Second Judicial Department

    b) United States District Court for the District of Colorado

    c) United States District Court for the Eastern District of New York

    d) United States District Court for Southern District of New York

9. This is the first time I have moved to appear *pro hac vice* in this Court.

Dated March 9, 2022

Submitted,

*signature*

Michael Hassard
NYS Bar #: 5824768

**Tor Ekeland Law, PLLC**
30 Wall Street
8th Floor
New York, NY 10005

michael@torekeland.com
(718) 737-7264

*Attorney for Defendant*
*Roman Sterlingov*