UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 21-cr-399 (RDM) |
| : | |
| ROMAN STERLINGOV, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the parties' Joint Status Report and Motion To Exclude Time Under Speedy Trial Act, it is hereby,

ORDERED, that jury selection for a Jury Trial in this case is scheduled to commence on January 4, 2023, at _____ a.m. / p.m.;

ORDERED, that a Pretrial Conference is scheduled for December 1, 2022, at _____ a.m. / p.m.;

ORDERED, that the Joint Pretrial Statement shall be filed by November 21, 2022;

ORDERED, that any motions in limine shall be filed by October 24, 2022; oppositions to motions in limine shall be filed by November 7, 2022; and replies in support of motions in limine shall be filed by November 14, 2022;

ORDERED that any substantive motions other than motions in limine shall be filed by August 1, 2022; oppositions to such motions shall be filed by August 29, 2022; and replies in support of such motions shall be filed by September 7, 2022; and it is further

ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from June 30, 2022 until January 4, 2023 be excluded from computation of time under the Speedy Trial Act in this case, in order to allow defense counsel to fully review the voluminous and complex discovery

in the case and to adequately prepare for trial, and to allow the parties to engage in discussions regarding possible resolutions of the case short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of July, 2022.

                                                                            _____
                                                                            RANDOLPH D. MOSS
                                                                            UNITED STATES DISTRICT JUDGE