**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

ROMAN STERLINGOV,

*Defendant*.

**21-CR-399 (RDM**)

**[Proposed] Order Granting Defendant's Motion to Reconsider Pre-Trial Detention**

On this day, came on to be considered Defendant's Motion to Reconsider Pre-Trial Detention, and the Court after hearing the argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED by the Court that said Motion to Reconsider Pre-Trial Detention be GRANTED.

IT IS SO ORDERED.

Dated: _____ 2022         _____
                                        RANDOLPH D. MOSS
                                        UNITED STATES DISTRICT JUDGE