UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant*. | 21-CR-399 (RDM)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that upon Defendant Roman Sterlingov, through his undersigned counsels, and upon the Motion to Reconsider Pre-Trial Detention included herein, will move this Court, before the Honorable Randolph D. Moss of the United States District Court for the District of Columbia, in United States Courthouse, Courtroom 8, 333 Constitution Ave. N.W., Washington, D.C. 20001, for an Order granting the Defendant's Motion to Reconsider Pre-Trial Detention, pursuant to the following schedule set by the Court:

1. Opposition papers, if any, are to be served on or before August 29, 2022;

2. Reply papers, if any, are to be served on or before September 7, 2022;

<table>
<tr><td>

Dated: August 1, 2022

New York, New York

</td><td>

Respectfully submitted,

/s/ Tor Ekeland  
Tor Ekeland (NYS Bar No. 4493631)  
*Pro Hac Vice*  
Tor Ekeland Law, PLLC  
30 Wall Street, 8th Floor  
New York, NY  
t:  (718) 737 - 7264  
f:  (718) 504 - 5417  
tor@torekeland.com

/s/ Michael Hassard  
Michael Hassard (NYS Bar No. 5824768)  
*Pro Hac Vice*  
Tor Ekeland Law, PLLC  
30 Wall Street, 8th Floor  
New York, NY  
t:  (718) 737 - 7264  
f:  (718) 504 - 5417  
michael@torekeland.com

/s/ Marina Medvin, Esq.  
Counsel for Defendant  
MEDVIN LAW PLC  
916 Prince Street  
Alexandria, Virginia 22314  
Tel:  888.886.4127  
Email: contact@medvinlaw.com

*Counsel for Defendant Roman Sterlingov*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2022, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail and mail delivery via first class mail:

s/ Tor Ekeland

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov