# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ROMAN STERLINGOV, *Defendant*. | 21-CR-399 (RDM)<br><br>**Opposed Motion for a 3-Month Ends of Justice Continuance [Proposed Order]** |

## [Proposed] Order

Upon due consideration of Defendant Roman Sterlingov's Opposed Motion for a 3-Month Ends of Justice Continuance, this Court finds that the Motion should be **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED** that Defendant's Opposed Motion for a 3-Month Ends of Justice Continuance is **GRANTED** in all respects. Jury Selection and Trial is set for _____.

It is so **ORDERED**.

Date:_____  _____
HON. RANDOPLH D. MOSS
UNITED STATES DISTRICT JUDGE