UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| *United States of America*<br><br>Plaintiff<br><br>v.<br><br>*Roman Sterlingov*<br><br>Defendant | **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Case No.: 21-CR-399 (RDM) |

Defendant Roman Sterlingov submits these proposed voir dire questions. Based on the Government's preliminary draft of proposed voir dire questions sent to the Defense, the Defense does not anticipate significant objections to the Government's proposed voir dire questions but reserves its objections for after the Government's filing.

## Proposed Voir Dire Questions

1. Are you, or your family, friends, or anyone close to you, working in law enforcement or working with law enforcement?

2. Are you familiar with any of the following companies: Chainalysis, Excygent LLC, Elliptic, or any companies that do "blockchain analysis?"

3. Do you watch any FBI or true crime shows, tv, films, podcasts, like CSI, or any law type show involving forensics?

4. Do you think a defendant has to prove their innocence?

5. Are you familiar with the term "Junk Science?"

6. Are you familiar with the Innocence Project?

7. Have you, your family, friends, or anyone close to you ever been falsely accused?

8. Do you believe the Government must prove each and every element of its case beyond a reasonable doubt?

9. Do you believe a jury verdict in a federal criminal case must be unanimous?

10. Do you believe all criminal forensics should be held to strict scientific standards?

11. Do you think it's possible for forensic investigators to get things wrong?

12. Do you believe if the Government accuses someone that means they're guilty?

13. Do you know how to write computer code? Do you know anyone who does?

14. Do you know what Bitcoin is?

15. Do you know what crypto currencies are?

16. Do you think only criminals use cryptocurrency?

17. Do you know what the blockchain is?

18. Do you, or anyone you know use the blockchain?

19. Do you, or anyone you know, trade in crypto currencies or any kind of foreign exchange?

20. Do you consider yourself to be computer savvy? Internet savvy?

21. Do you surf the internet?

22. Do you know what the Tor Browser is?

23. Do you know what an internet Onion site is?

24. Have you heard the term "Darknet" before?

25. Do you work in government, either directly or as a subcontractor, whether federal, state, municipal, or otherwise? Does anyone in your family or close to you?

26. Do you or does anyone close to you have military experience? (or alternatively, what is your attitude towards members of the U.S. military?)

27. Do you listen to business news?

28. Do you have an opinion about the war between Ukraine and Russia?

29. Do you have anything against Russians?

30. Has anyone here been to Russia?

31. Do you have anything against Swedes?

32. Has anyone here been to Sweden?

33. Do you think if someone isn't a citizen of this country that they don't deserve a fair trial?

34. Do you think the Bill of Rights applies to all criminal defendants in a federal court, no matter where they're from?

Dated: November 21, 2022
Brooklyn, NY

                                        Respectfully submitted,

                                        <u>/s/ Tor Ekeland</u>
                                        Tor Ekeland (NYS Bar No. 4493631)
                                        *Pro Hac Vice*
                                        Tor Ekeland Law, PLLC
                                        30 Wall Street, 8th Floor
                                        New York, NY
                                        t:  (718) 737 - 7264
                                        f:  (718) 504 - 5417
                                        tor@torekeland.com

                                        <u>/s/ Michael Hassard</u>
                                        Michael Hassard (NYS Bar No. 5824768)
                                        *Pro Hac Vice*
                                        Tor Ekeland Law, PLLC
                                        30 Wall Street, 8th Floor
                                        New York, NY
                                        t:  (718) 737 - 7264
                                        f:  (718) 504 - 5417
                                        michael@torekeland.com


                                        *Counsel for Defendant Roman Sterlingov*

## Certificate of Service

I hereby certify that on the 21st day of November 2022, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Tor Ekeland

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov