**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Criminal No. 21-CR-399 (RDM)** |
| | : | |
| **v.** | : | |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant.** | : | |


<u>**THE DEFENSE'S PROPOSED NEUTRAL STATEMENT OF THE CASE**</u>

The Defense submits the following proposed Neutral Statement of the Case. The parties have decided to submit their own proposed statements after being unable to reach agreement on a joint neutral statement. The Defense reserves its right, as the Government has informed the Defense it will, to object to the adverse party's proposed neutral statement of the case.

**Proposed Neutral Statement of the Case**

In this prosecution the Government accuses Roman Sterlingov of being the operator of an internet onion site called Bitcoin Fog. Bitcoin Fog is a cryptocurrency mixing service that "mixes" or "tumbles" cryptocurrency to secure the privacy of senders and receivers of cryptocurrency. Unlike banks, cryptocurrency transactions are not private; all transactions are logged on the "blockchain", a public ledger that records all transactions. Mixing or tumbling cryptocurrency is not illegal in and of itself, there are legitimate privacy uses for the technology. Bitcoin Fog is accessed through the Tor Browser, a public internet browser developed by the United States Navy, and given to the public, that allows users to access the open internet. Bitcoin Fog opened to the public in 2011 and sites using the same name remain in operation today. Roman Sterlingov was an early customer of the Bitcoin Fog service who used Bitcoin Fog a handful of times in order to secure the privacy of his cryptocurrency accounts.

Now, the Government is accusing him of operating the entire Bitcoin Fog organization for over a decade. The Government alleges that bad actors on the open internet used Bitcoin Fog's privacy features to launder tens of millions of dollars-worth of transactions related to online drug marketplaces that were accessible through the Tor Browser. The government alleges that the defendant created Bitcoin Fog in or about October 2011, and continued to operate it through his arrest in April 2021. The Government has named no co-conspirators in this case. Nor identified any specific criminal transactions.

The Government bases venue in this case on unanswered messages allegedly sent to Bitcoin Fog by agents located in the District of Columbia. Prior to being imprisoned pre-trial and brought to the District of Columbia to defend himself in this case, Roman Sterlingov had never been to the District of Columbia.

The Government alleges that a public Internet Protocol address shared by thousands of individuals links Roman Sterlingov to the operation of Bitcoin Fog. On this basis, the Government has accused Roman Sterlingov of federal counts of money laundering, conspiracy, and operating an unlicensed money transmission business, as well as a local District of Columbia count of monetary transmission without a license.

The Government's case is based upon blockchain analysis conducted by private government contractors including Chainalysis, Inc., Excygent, LLC, and Elliptic. This is a novel prosecution and is the first time that these forensic blockchain analysis methodologies have been challenged in open court in a case that involves a cryptocurrency mixing service.

Roman Sterlingov has repeatedly denied the Government's allegations that he operated Bitcoin Fog and has pleaded not guilty to the crimes for which he's been accused.

Dated: November 21, 2022
Brooklyn, NY

Respectfully submitted,

<u>/s/ Tor Ekeland</u>
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

<u>/s/ Michael Hassard</u>
Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com


*Counsel for Defendant Roman Sterlingov*

## Certificate of Service

I hereby certify that on the 21st day of November 2022, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Tor Ekeland

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov