UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S PROPOSED NEUTRAL STATEMENT OF THE CASE**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits the following proposed Neutral Statement of the Case.

        Respectfully submitted,
        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        C. Alden Pelker, Maryland Bar
        Trial Attorney, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007
        Catherine.Pelker@usdoj.gov

## **Proposed Neutral Statement of the Case**

This is a criminal case. The defendant is Roman Sterlingov, who is a citizen of Russia and Sweden. This case involves an allegation of money laundering and operating an unlicensed money transmitting business. The government alleges that the defendant, Roman Sterlingov, operated a service called Bitcoin Fog. Bitcoin Fog allowed users to send virtual currency called "Bitcoin" to designated recipients in a manner designed to conceal or obfuscate the source or owner of the Bitcoin. This type of service is commonly called a Bitcoin "mixer" or "tumbler." Bitcoin Fog operated in a part of the Internet called the "darknet," and was accessible only to users who had a special browser called the "Tor" browser installed on their computer or device. The government alleges that Bitcoin Fog was used by criminals, particularly those who operated on illicit darknet markets, which were sites accessible through Tor that sold criminal goods and services, such as narcotics. The government alleges that the defendant created Bitcoin Fog on or about October 27, 2011 and continued to operate it through April 2021.

The government alleges that the defendant conspired with darknet vendors and darknet market administrative teams, among others, to launder the proceeds of drug trafficking offenses. The government alleges that the defendant committed a money laundering offense in an undercover transaction involving property represented to be the proceeds of drug trafficking. And finally, the government alleges that the defendant operated an unlicensed money transmitting business that violated the law in three different ways: it did not have a money transmitters license required under District of Columbia law; it did not register with the U.S. Department of the Treasury, Financial Crimes Enforcement Network as required under federal law; and it transmitted funds known to be derived from criminal activity or intended to promoted criminal activity.

The defendant denies the government's allegations and has pleaded not guilty to the charges.