IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROMAN STERLINGOV**,<br><br>Defendant. | Criminal No. 21-CR-399 (RDM) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM FRENTZEN

Pursuant to Local Criminal Rule 44.1(c), I hereby move for the admission of William Frentzen as attorney *pro hac vice* on behalf of movants Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee. In support of this motion, I attest that I am a member in good standing of the Bar of the District of Columbia and the Bar of this Court. In further support of this motion, I submit the attached Declaration of William Frentzen.

Dated this 9th day of December, 2022.

                Respectfully submitted,

                MORRISON & FOERSTER LLP

By:   */s/ James M. Koukios*
        James M. Koukios (D.C. Bar No. 477072)
        JKoukios@mofo.com
        2100 L Street, NW, Suite 900
        Washington, DC 20037
        Telephone: (202) 887-1500
        Facsimile: (202) 887-0763

        *Attorneys for Non-parties Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee*