IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal No. 21-CR-399 (RDM) |
| **ROMAN STERLINGOV**, | |
| Defendant. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Please take notice of the appearance of William Frentzen of the firm Morrison & Foerster LLP as counsel of record for and on behalf of non-parties Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee in the above-captioned matter. Copies of all pleadings and notices pertaining to the above-captioned matter should be forwarded to counsel at the following address:

William Frentzen
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: WFrentzen@mofo.com

Dated this 21st day of December, 2022.

Respectfully submitted,

MORRISON & FOERSTER LLP

By:  /s/ William Frentzen
William Frentzen (D.C. Bar No. 1740835; *pro hac vice*)
WFrentzen@mofo.com
425 Market Street, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

1

SF-4995277