UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

*United States of America*,

                                         Plaintiff,

                                                                             **21 - CR - 399 (RDM)**

                           *v.*

*Roman Sterlingov*,

                                           Defendant.

_____

## Motion for Leave to Seal Exhibits B to Defendant's Supplemental Motion to Free Untainted Seized Assets

      Defendant Roman Sterlingov respectfully submits this Motion for Leave to File Under Seal Exhibit B to his Supplemental Motion to Freeze Untainted Assets filed on December 21, 2023. The document contains sensitive and confidential financial information. They have been emailed to the Government and Court.

2

Dated: December 21, 2022　　　　　　　　　Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

/s/ Michael Hassard
Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com

/s/ Marina Medvin, Esq.
Counsel for Defendant
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

*Counsel for Defendant Roman Sterlingov*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

_____

*United States of America*,

                      Plaintiff,

                                                        **21 - CR - 399 (RDM)**

           *v.*

*Roman Sterlingov*,

                      Defendant.

_____

## Proposed Order Granting Defendant Leave to File Exhibit B of his Supplemental Motion to Free Untainted Seized Assets

Having considered Defendant's Motion, leave to file Exhibit under seal is hereby GRANTED.

So Ordered,

_____
 HON. RANDOLPH D. MOSS

Dated:_____

## Certificate of Service

I hereby certify that on the 21st day of December 2022, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Tor Ekeland

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov