# Exhibit 1

**Bitcoin Forum**                                                         simple machines forum

February 12, 2016, 01:22:55 PM

Welcome, **Guest**. Please login or register.

[Forever ▾]  [Login]
Login with username, password and session length

**News:** Latest stable version of Bitcoin Core: 0.11.2 [Torrent]    [Search]

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements (Moderators: Cyrus, hilariousandco) > **[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**

« previous topic next topic »

Pages: [1] 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 »    print

  Author          Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 156512 times)

**Akemashite Omedetou**
Member

Activity: 83

BITCOIN FOG

**[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**                                   #1
October 27, 2011, 05:05:07 PM

"Bitcoin anonymization taken seriously". (last update: 2014-11-15)
Public website with basically the same information from this thread: http://www.bitcoinfog.com
Service link (you will need tor): http://foggeddriztrcar2.onion
Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

The bitcoin network might be anonymous in terms of single-handedly revealing your ip address, but the transaction history is recorded in the block chain and is publically available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just interested researchers (http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html) have acquired any one of your addresses or transactions, they could easily track your money around the network.

And knowing your transaction history, connecting your bitcoin addresses to real you is possible, because you will at some point need to exchange your bitcoins to or from a fiat currency using a bank account number, a credit card, LR account or similar service which is much less anonymous than the bitcoin network.

We are providing a solution for this: using our service you mix up your bitcoins in our own pool with other users' bitcoins, and get paid back to other accounts from our mixed pool, which, if properly done by you can eliminate any chance of finding your payments and making it impossible to prove any connection between a deposit and a withdraw inside our service.

How Bitcoin Fog works
You register an account on our website and deposit bitcoins to the designated address. After a couple of network confirmations, your money is registered on your Fog account, and you can schedule withdrawals. Each withdrawal will be split in a random number of payouts, depending on the amount, and the relative size of each payout will be randomized as well. Even the timing of those payouts will be randomly spread out over a period of time you will specify.

Ideally you should deposit an amount of bitcoins to the Fog, wait some time (which will depend on how many users are using the service, right now in the starting phase we recommend a week) and request a withdrawal, which will not have the same amount as the original deposit, leaving some funds in the Fog.

Then you should deposit another batch of bitcoins and withdraw yet another amount, again different from the amount you have deposited. This time it can be lower than deposited, or higher, adding the funds you have left from the previous deposit. This way there is no practically reliable way to do statistical analysis on the block chain and link your deposits to your withdrawals.

"Do I get same bitcoins back or other bitcoins?"
You should understand that in bitcoin there is no "your" or "mine" bitcoins, nor are there "same" bitcoins. They are all just numbers. Whatever transaction you will get back from us will be just a number of bitcoins transferred to your address, not "marked" in any way.

A link could be made if you would get paid from the same address that you have deposited bitcoins to. This is not the case with Bitcoin Fog. The money you deposit actually stay on the random initial address we generate for you. Only when our main account is running low, do we transfer the money from your deposit address to the main pool. That way, you may get a payout from the pool, while your original money is still sitting on the random initial account, not linked to your payout anywhere in the block chain. Since it is just a bitcoin address like any other, there is no way to even see that you have deposited money to Bitcoin Fog, and not to a random account you have generated yourself. (Until the pool runs low and transfers your original money.)

Even if you waited long enough time for your money to be transferred to the pool, there is still no reliable way to