Government ☒
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA vs. Roman Sterlingov

Civil/Criminal No. 21-CR-399

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 2 | Declaration signed by ∆ | 1/13/23 | 1/13/23 | Sterlingov |  |
| 7 | Files from Device in Russian (Notes) |  |  | " |  |
| 10 | Printout of Notes from file |  |  | " |  |
| 5 | printout of handwritten notes |  |  | " |  |
| 11 | " of walletexplorer.com |  |  | " |  |
| 8 | printout of website | ↓ | ↓ | " |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |