| | United States of America | | | | |
|---|---|---|---|---|---|
| Government ☐ | VS. | | | Civil/Criminal No. 21-CR-00399 | |
| Plaintiff ☐ | Roman Sterlingov | | | | |
| Defendant ☑ | | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | Mr. Sterlingov's Declaration | | | | |
| B | Mr. Sterlingov's Statement of Net Worth | 1/13/23 | | Roman Sterlingov | |
| C | Kraken Account Summary Excel File | | | | |
| D | Inventory of Items Seized from Mr. Sterlingov at LAX | | | | |
| E | Bitstamp Communications | | | | |
| F | Mr. Scholl's Declaration | | | | |
| G | Mr. Scholl's Analysis | | | | |
| H | Chainalysis Report on Mixing Services | | | | |
| I | Cryptocurrency Seizure to Government Wallets | | | | |
| J | National Cyber Forensics and Training Alliance - Bitcoin Fog Report | | | | |

|  | _United States of America_ |  |  | Civil/Criminal No. 21-CR-00399 |
|---|---|---|---|---|
| Government ☐ | VS. |  |  |  |
| Plaintiff ☐ | _Roman Sterlingov_ |  |  |  |
| Defendant ☑ |  |  |  |  |
| Joint ☐ |  |  |  |  |
| Court ☐ |  |  |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| K | Draft Trial Budget | 1/13/23 | 1/13/23 | Sterlingov |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |