<pre>
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
                                        Criminal Action
 4            Plaintiff,                No. 1:21-cr-0399

 5        vs.                           Washington, DC
                                        January 13, 2023
 6   ROMAN STERLINGOV,
                                        2:15 p.m.
 7            Defendant.
     _____/
 8

 9               TRANSCRIPT OF MOTION HEARING
               BEFORE THE HONORABLE RANDOLPH D. MOSS
10                 UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Government:    CHRISTOPHER BROWN
13                          USAO-DOJ
                            601 D Street, NW
14                          Washington, DC 20001

15                          ALDEN PELKER
                            U.S. DOJ
16                          950 Pennsylvania Ave, NW
                            Washington, DC 20530
17

18   For the Defendant:     TOR EKELAND
                            MICHAEL HASSARD
19                          Tor Ekeland Law PLLC
                            30 Wall Street, 8th Floor
20                          Brooklyn, NY 10005

21

22

     Court Reporter:        JEFF M. HOOK
23                          Official Court Reporter
                            U.S. District & Bankruptcy Courts
24                          333 Constitution Avenue, NW
                            Room 4700-C
25                          Washington, DC 20001
</pre>

2

1                          I N D E X

2

3      **Witness**                                        **Page**

4      ROMAN STERLINGOV

5         Direct Examination by Mr. Ekeland              31

6         Cross-Examination by Mr. Brown                 44

7         Redirect Examination by Mr. Ekeland            69

8

9

10

11

12

13

14     **Exhibit**                                       **Page**

15     Defense Exhibit K          Admitted into evidence    28

16

17     Government's Exhibit 2     Admitted into evidence    69

18     Government's Exhibit 5     Admitted into evidence    69

19     Government's Exhibit 7     Admitted into evidence    69

20     Government's Exhibit 8     Admitted into evidence    69

21     Government's Exhibit 10    Admitted into evidence    69

22     Government's Exhibit 11    Admitted into evidence    69

23

24

25

1                    **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  Calling criminal case number

3    21-399, United States of America v. Roman Sterlingov.

4    Counsel, please state your name for the record, starting

5    with Government counsel.

6          **MR. BROWN:**  Good afternoon, Your Honor.  AUSA

7    Chris Brown for the Government.

8          **MS. PELKER:**  Good afternoon, Your Honor.  Alden

9    Pelker for the United States.

10         **THE COURT:**  Good afternoon.

11         **MR. EKELAND:**  Good afternoon, Your Honor.  Tor

12   Ekeland and Michael Hassard for Defendant Roman Sterlingov,

13   who's in court, along with Corrine Mullin who will be

14   putting in her pro hac vice application in this case next

15   week.  We have our expert Jeff Fischbach back in the

16   gallery.

17         **THE COURT:**  Thank you.  Good afternoon to all of

18   you.  So we're here this afternoon for a hearing on the

19   defendant's motion to release the seized assets in this case

20   so they would be available to assist him with respect to his

21   defense.  As you all know, under 18 U.S.C. section

22   982(a)(1), assets are subject to seizure if they were

23   involved in the offense or the property is traceable to the

24   property involved in the offense.

25             Under 21 U.S.C. section 853(e), the Government can

1   seize an indicted defendant's property in advance of trial

2   if the Government can convince the court that there's

3   probable cause to believe the defendant has committed an

4   offense permitting forfeiture, and the property at issue has

5   the requisite connection to that crime.  If there is

6   probable cause to believe that the property will be

7   forfeitable upon the defendant's conviction, the Government

8   can secure that in advance, which is what has happened

9   already in this case.  And it's that determination which is

10   subject to challenge here.

11        Where a defendant moves for release of seized

12   assets, the defendant has to make two showings.  He first

13   has to make a showing of need.  And if, and only if, the

14   defendant makes the requisite showing of need, then at that

15   point in time the court can conduct a hearing, and must

16   conduct a hearing, with respect to the second step in the

17   process.  And that second step of the process asks whether

18   the assets at issue are traceable to the offense alleged in

19   the indictment.  As the Supreme Court established in the

20   Kaley case, a defendant has no right to attack the grand

21   jury's determination of probable cause that he's committed

22   an offense permitting forfeiture.  So the inquiry is both

23   narrow, but also demanding.

24        So I think the way we ought to proceed today is to

25   address the question of need first.  And then if I conclude

1  that the defense has carried its burden with respect to

2  need, we can move to the second step.  I have reviewed the

3  affidavits and materials that have been submitted to date,

4  and I can tell you that I think you're part of the way

5  there, but that the -- there's some missing aspects to

6  what's in those materials.  There's no real analysis of what

7  even the magnitude of the costs are likely to be, the nature

8  of those costs, where the costs can be avoided, where they

9  can't be avoided.  So I think we do need to roll up our

10 sleeves more with respect to that.

11          And then the final thing I want to say, just by

12 way of introductory remarks today, is that it's an unusual

13 circumstance in which a defendant who is charged with a

14 felony is offering evidence in the proceeding in the form of

15 a declaration and/or testifying.  And I just want to make

16 sure, particularly since Mr. Sterlingov is not from the

17 United States, that he does understand his right not to do

18 that, and that there are other ways to present evidence to

19 the Court with respect to the financial needs of putting

20 together a defense.  It may be the defense has to rely, to

21 some extent, on Mr. Sterlingov with respect to the simple

22 assertion as to whether he has any other assets.  But beyond

23 that, I'm not sure that there's any need for him to go

24 beyond that.

25          And to the extent he does go beyond it, I just

1    want to make clear to him that he is opening the door by

2    doing that, and would be subject to cross-examination by the

3    Government.  But also that anything that he says here in

4    court or that he's said in his declaration is something that

5    the Government could offer against him at trial.

6          So Mr. Sterlingov, I just want to make sure you

7    understand that.  Have you had enough time to confer with

8    your lawyers about the risks of your becoming a witness in

9    this case, and do you understand your rights in that regard?

10         **THE DEFENDANT:**  Yes, Your Honor.

11         **THE COURT:**  And Mr. Sterlingov, I know this from

12   other proceedings, but also maybe just for the record, are

13   you fluent in English?

14         **THE DEFENDANT:**  Yes.

15         **THE COURT:**  Okay.  Well, in that case, why don't

16   we go ahead and proceed with respect to the question of

17   need.  Why don't we start with the defense, and I'll let the

18   Government follow up.

19         **MR. EKELAND:**  May I proceed, Your Honor?

20         **THE COURT:**  Yes, please.

21         **MR. EKELAND:**  Thank you.  Excuse me, my voice is

22   going a bit.  If you don't understand me, please let me

23   know.  We received the Court's e-mail yesterday saying that

24   you wanted to start this proceeding with Mr. Sterlingov's

25   need.  So this morning I pulled a draft trial budget that we

1   did in April of this year for this trial.  I didn't have

2   time to revise it.  It's labeled for identification as

3   Defendant's Exhibit K, and we can also put the top sheet up

4   on the screen.

5          Yes, this is a copy of our trial budgets that we

6   use for all our trials.  It's based on our trials that we've

7   done in the last 10 years.  This is a very provisional

8   budget.  Already on this, I look at the expert's witness

9   numbers and think those are low.  But you can see that the

10  ballpark here for the grand total, the low end for this

11  trial is about $830,000 and the high end's about

12  $2.6 million.

13         There's a number of things that are unique about

14  this case, as this Court well knows.  The number one thing

15  being that it's a very complex blockchain forensics case

16  turning on a newly emergent blockchain forensic technology.

17  And experts in that area that we've been talking to are --

18  they're quite expensive.  Another thing that adds to the

19  costs in this case is that the defendant is located in jail

20  two hours outside of D.C., and six hours outside of New York

21  City.  That significantly adds to the cost.  Just the

22  expenses and everybody showing up today were about $5,000.

23         So you can look at the list and just see the basic

24  things that we see in trial.  This is anticipated to be a

25  month-long trial where we're anticipating having to bring in

1    experts to talk about the blockchain forensics.  We're

2    talking about having lodging down here in D.C. for at least

3    the length of the trial and sometime beforehand.  A trial

4    tech for a case like this, a good one, if we bring them in,

5    is about $1,000 a day is what we were quoted on that.  We're

6    happy to submit an updated budget, but I think this kind of

7    gives you the idea of the expenses involved in a case like

8    this.

9         **THE COURT:**  Are these all future expenses or are

10   some of these expenses ones that have already been incurred?

11        **MR. EKELAND:**  This is from April, so it doesn't

12   reflect some of the expenses we've already incurred.  I just

13   looked at our trial management software, and we've -- it

14   looks like we've got $25,000 in outstanding expenses right

15   now.  We've basically been going out-of-pocket in the hopes

16   that we'll be able to find money, because we think this is

17   an important case.  Everybody sitting at counsel table right

18   now is not getting paid, and hopefully they will get paid.

19   And Mr. Fischbach is here voluntarily under the hopes that

20   he will get paid.  I'm basically calling in a lot of favors.

21        **THE COURT:**  And the experts have done a fair

22   amount of work to date already, correct?

23        **MR. EKELAND:**  I haven't gotten the blockchain

24   forensics experts I need because I can't afford it.  I've

25   had experts in that I was unhappy with, and they left, and I

1    wasn't happy with the quality of the work.  And as I get a

2    better understanding of the blockchain forensics at issue

3    here -- like for instance, there's a Sarah Meiklejohn who is

4    somebody who has worked with Chainalysis a lot, and she sort

5    of wrote the seminal papers on these concepts of clustering.

6              I've started to talk to experts at a company

7    called Breadcrumbs, which is a Chainalysis competitor, and

8    they're quoting me anywhere something on the low end of

9    $25,000 to like a quarter of a million.  It's hard with a

10   case like this, particularly if -- and Mr. Fischbach can

11   testify to this a little bit.  There's just a lot of grunt

12   analysis with all the wallet addresses.  And if one letter

13   is off -- you know, Bitcoin wallet addresses are case

14   sensitive.  So if it's not a capital A and a lowercase A,

15   everything can get thrown off.  We've had problems matching

16   some of the tracing that the Government's done.  But I can't

17   tell at this point if we're making the mistake, they made a

18   typo or what's going on.  So it's extremely labor intensive.

19   And then on top of that, this is an entirely new forensic

20   methodology, and that lends a level of uncertainty to the

21   analysis that requires even more work.

22             So it's hard -- it's always hard to do a trial

23   budget, because you never know what's going to happen at

24   trial, right.  So we always try to do it as cheaply as

25   possible, but this is not striking me as a cheap case.

1    **THE COURT:**  I'm not sure as a matter of law that

2    this matters -- and I should say as a matter of preface, I

3    think that lawyers deserve to get paid for their work.  But

4    how much of this is work or effort that would simply not

5    occur, and how much of it is work that will occur, but at

6    the hardship of the lawyers or the experts who are going to

7    have to eat their costs?

8    **MR. EKELAND:**  I just had trouble hearing what you

9    were saying.  How much of this is real work and how much of

10    this is fluff, is that the question?

11    **THE COURT:**  No, not at all.  I have to say, based

12    on my experience with the cost of litigation, this doesn't

13    strike me as a fluffy budget.  But what I'm asking is -- and

14    just to give you an analogy.  When an indigent defendant's

15    case is granted in the Supreme Court, that person will often

16    get telephone calls from some of the most superb appellate

17    advocates in the country saying:  I'll do it, and do it for

18    free, because this is such a great case that I want to do.

19    I suppose the question I'm asking -- and I really

20    don't know whether, as a matter of law, this is relevant or

21    not, but I just want to ask it in case it is relevant.  If I

22    were to deny the motion and say I'm sorry, does that mean

23    that there are portions of this that are just not going to

24    happen or does it mean that the experts and the lawyers are

25    going to have some hardship because they're not going to get

1    paid?

2         **MR. EKELAND:**  First of all, that's an excellent

3    question.  There's not an easy answer to it.  I'm here, and

4    everybody at this table is here, because we believe in this

5    case.  However, there's just the reality that we all need to

6    pay our rent, eat and everything like that.  I would

7    probably just try and find money somewhere, right.  But we

8    tried legal fundraising, and we haven't gotten any money,

9    right.  I mean, I would try to do this case, but I

10   realistically don't think I'd be able to do it, I wouldn't

11   be able to afford it.

12        **THE COURT:**  On the issue of finding money

13   somewhere, have you explored the possibility of whether

14   Criminal Justice Act funding might be available to cover at

15   least some of the litigation costs?  Again, I don't know the

16   answer to that question, but I do know that there was

17   previously a finding that Mr. Sterlingov was entitled to

18   appointed counsel.  If he had appointed counsel, the

19   appointed counsel would be able to, with court approval,

20   retain experts, and the CJA account would be used to pay the

21   experts under those circumstances.

22        Have you explored at all whether, under these

23   circumstances, there's any way I could do something that

24   would make those funds available so you could retain

25   experts, even if I were to conclude that you don't prevail

1    on this motion?

2         MR. EKELAND:  We were actually discussing that

3    this morning, but we haven't explored it.  I mean, if I

4    understand it, you're right, you're asking if we've explored

5    if we can get CJA money for the experts but we still stay on

6    as counsel, right, which would still raise the problem of

7    we'd be working for free if we were on it.  I mean --

8         THE COURT:  Unless you could be appointed as well.

9    And I don't know -- again, I don't know the answers to this.

10   My suspicion is that the Federal Public Defender, who

11   manages this budget, probably does not typically support

12   doing that simply because then people would say:  I don't

13   want my appointed counsel, I'm going to hire a lawyer and

14   now you pay for the lawyer.  But it may be, depending on how

15   things come out today, you may want to have a conversation

16   with AJ Kramer, who is the Federal Public Defender for the

17   District of Columbia.  He may be able to at least provide

18   you with some insight.  It may be his answer is no, there is

19   nothing that can be done, or there may be things that can be

20   done.

21        MR. EKELAND:  If we're denied today -- if we lose

22   today, we're definitely going to explore that, I can

23   guarantee you.

24        THE COURT:  Okay.  With respect to the expert

25   witnesses, my impression from you in your papers was that

1    some of the work -- and perhaps it was a substantial amount

2    of work, was going to go into things like just data entry

3    and uploading the blockchain data to be able to run your own

4    blockchain analysis; is that right?

5              MR. EKELAND:  I think what you're referring to is

6    we -- there was like 3 terabytes worth of data discovered

7    from the Government.  We were uploading it, and all of a

8    sudden we got a $10,000 bill from our e-discovery vendor.

9    We stopped it and found a cheaper thing.  So it's not so

10   much that the expenses are -- I mean, they charge for -- a

11   reputable e-discovery vendor, they charge you because

12   they're secure and everything like that.  But I think the

13   major expense would just be their time.  I mean, we

14   generally try to flat fee experts because that time can get

15   out of control really quickly.

16              But I expect a significant amount of time is just

17   going to be grunt work and tracing.  Like you have to enter

18   these wallet addresses into whatever tracer you're using,

19   Chainalysis, Breadcrumbs or whatever.  Then you start

20   jumping around, and you can have one transaction and spend

21   eight hours on it.

22              THE COURT:  Would the experts be the ones to do

23   that then?

24              MR. EKELAND:  I would always try to use the

25   cheapest person; so like, again, a legal assistant to plate

1   it up.  But in my experience, what we've been doing lately

2   is we've just been doing it or we have the expert do it.

3          **THE COURT:**  I suppose you could have someone do it

4   at the direction or under the supervision of an expert.

5          **MR. EKELAND:**  Yeah, but what's interesting about

6   this to me -- and again, this is like new to me too.  I

7   think, like everybody else, with this kind of analysis,

8   there's a lot of guesswork, right.  So you'll go -- for

9   instance, the whole cluster concept is based on this

10  heuristic which is basically an inductive method of

11  guessing.  You're saying, okay, I think it's probable that

12  this cluster belongs to Bitcoin Fog or this is Coinbase.

13  But as somebody pointed out to me yesterday, if you go

14  across different platforms, they will have different

15  attributions.  So there's a lot of guesswork that you need.

16  I think somebody in -- to explain and make the guess and

17  back it up.  Because it's not a deductive science, it's an

18  inductive, heuristic methodology that requires external

19  validation.  That's what is so tricky about this.

20         **THE COURT:**  Have you been at this point able to

21  upload all the data you've received from the Government or

22  is that still in process?

23         **MR. EKELAND:**  The Government's totally met

24  their -- been fine.  We've had one problem with one set of

25  productions that we haven't been able to upload, but we're

1    going to call them and figure that out.  But yeah, we've

2    been --

3           **THE COURT:**  I wasn't so much asking about the

4    Government's discovery obligations, just about your budget

5    and whether you've had --

6           **MR. EKELAND:**  We've had to go low budget on our

7    e-discovery review.  But, you know, you make it work if you

8    have to.  I would prefer to use Logical, the one we had to

9    stop.  But, I mean, we've made it work for now.

10          **THE COURT:**  Well, let me ask Mr. Brown whether he

11   wants to do anything to actually -- before we get to arguing

12   about this, anything with respect to the factual basis for

13   the budget.  The expert is in the room here.  The lawyers

14   are in the room here.  I don't know whether you feel as

15   though you need to ask any questions to confirm what is in

16   the budget here or whether you're prepared to accept the

17   budget as a reasonable estimate of what the costs will be.

18          **MR. BROWN:**  Your Honor, starting with the expert,

19   I don't think we need to ask him.  I think one of the

20   overarching points to be aware of is the expert -- to the

21   extent he testifies here today, he has a direct and

22   predictable financial stake in the outcome of this hearing,

23   and it's just a clear financial interest.

24          **THE COURT:**  That's understandable, and I can take

25   that into consideration.  On the other hand, experts do

1    charge money, so there's going to be some cost involved.

2              **MR. BROWN:**  Yes, Your Honor.  The only reason I

3    bring it up is -- and that kind of goes to a larger point.

4    There seems to be an incentive here to highball the

5    litigation estimate here.  And it's understandable, because

6    there are some significant deficiencies and inconsistencies

7    in the defendant's listing of assets.  But if your

8    litigation estimate here is high enough, then it doesn't

9    matter.  It doesn't matter if there's some inconsistency in

10   the matter of hundreds of thousands of dollars for the

11   assets when the estimate for expenses here is in the

12   millions of dollars.

13             **THE COURT:**  Although just on the question of

14   highballing or lowballing it, if we really are talking about

15   a month-long trial -- and I don't even have to rely on what

16   is here, it's not at all unusual, for example, for a partner

17   at a firm to charge in excess of $500 an hour, right?

18             **MR. BROWN:**  No -- yes, Your Honor, you're correct.

19             **THE COURT:**  I left the private practice of law

20   over eight years ago, and my billing rate was I think at

21   least $1,000 an hour when I left.  And I understand that I

22   was at a firm that was -- had billing rates that were on the

23   higher end of things.  But if it's eight years later, one

24   would think that just an estimate of maybe $500 an hour

25   seems reasonable.

1    **MR. BROWN:**  Yes, Your Honor.  And looking at this

2    budget estimate, it's not so much the attorney billing

3    estimate here -- and by the way, the first time we saw this

4    was immediately before the hearing.

5    **THE COURT:**  Fair enough.

6    **MR. BROWN:**  But just upon immediately going

7    through this, a few things jumped out at us.  This seems to

8    have all the bells and whistles.  This has a trial workshop

9    for a hundred thousand dollars, a mock trial jury for --

10    **THE COURT:**  We can stick to the low end for

11    present purposes and not --

12    **MR. BROWN:**  Even at the low end, I mean, this is

13    just -- a couple of things.  This is just inconsistent.  We

14    can't figure out how the top half of that fits together with

15    the bottom half.  There seems to be a labor quarter on the

16    bottom half, the bottom left quarter, which is different

17    from the labor cost that's quoted on the top half.

18    Mr. Ekeland has already said this is -- this was a loose

19    estimate in April.  We don't understand, we raised the issue

20    of the defense litigation expenses at the end of August of

21    this year.  The defense filed their supplement in December

22    of this year.  And here it is January -- December of last

23    year, January of this year we're just now seeing this.

24    Mr. Ekeland said this is not -- this was from

25    April.  It is -- it gives you an idea of what their

1   anticipated litigation expenses will be, but this is not a

2   real -- a rigorous estimate of litigation expenses.

3   Mr. Ekeland also said that the expert witness will be much

4   more than what's quoted here.  There's just a lot in this --

5   I mean, there's just a lot in these numbers that are not

6   very reliable based on Mr. Ekeland's summary.

7           And then what we see here, even looking at the low

8   end, there's just a lot of extra expense here.  Jury

9   selection -- you know, just for jury selection, $28,000 to

10  $94,000.  Opening preparation -- preparation of opening

11  statements, $43,000 to $188,000.

12          **THE COURT:**  That seems like a lot for writing an

13  opening statement, if that's what that means.

14          **MR. BROWN:**  Mr. Ekeland mentioned that his

15  discovery vendor sent them a $10,000 bill and that caused

16  them to shut down.  But they are quoting expenses for

17  discovery and legal research up to $390,000.  So based on

18  Mr. Ekeland's representations, this seems like it's not a

19  very firm estimate.  And looking at the estimate itself, it

20  looks like it's just highballing it.  It's including all the

21  bells and whistles.

22          **THE COURT:**  But just for a moment, I take it --

23  and we can let Mr. Ekeland respond to some of that.  But

24  take that all away, and just say you've gone out and hung

25  out your shingle in private practice, and someone comes to

1    you with a case that's a month-long trial.  I think that

2    $500 an hour for skilled trial counsel is not at all

3    unusual, and probably is -- I mean, it's considerably higher

4    than the CJA amount, but it's not unusual if you had two

5    lawyers for four weeks of trial.  And if it was just 40

6    hours a week -- which it never -- it's probably double that

7    for anyone who is actually trying a case, that would be

8    $160,000 right there just for the trial time.

9         But we know that's not realistic in that no one

10   tries a case and works 40 hours a week.  So it's probably,

11   again, maybe minimum $250,000 just for the trial itself.

12   Any lawyer who's going to discharge their responsibility is

13   going to spend at least as much time in the trial as they

14   are -- in the preparation as they are in the trial.  So

15   maybe it's a minimum of $500,000, sort of reasonable seat of

16   the pants, for the lawyers doing it -- private lawyers, so

17   they're not getting CJA fund payments which are going to be

18   lower.  But private lawyers, it certainly seems $500,000 for

19   trying a case of this nature is probably on the low end for

20   the attorneys involved.

21        Experts, you know, again, dealing with fairly

22   sophisticated blockchain analysis where they're going to

23   have to do some work in advance with the numbers.  I mean,

24   again, complete off-the-cuff ballpark, but probably $100,000

25   is a reasonable or a low number on that.  So that's $600,000

1   there, which substantially exceeds the amounts that

2   Mr. Sterlingov says and has attested to that he has access

3   to at this point with the freezing.

4          So I guess my question for you is does that at

5   least get us to the second step in the analysis and the

6   tracing consideration, or do you have doubts about his

7   showing as to the assets that he has?  Or do you just

8   disagree with me that -- you know, truth be told, most law

9   firms, to do a case of this nature, I suspect is going to be

10   in the range -- certainly in the -- not significantly lower

11   than the low range of $830,000.  Maybe it's $700,000 or

12   something like that.  I guess I'd be surprised if you could

13   get lawyers to try a case like this for much less than that,

14   and to prepare for it in a reasonable fashion.

15          **MR. BROWN:**  Your Honor, with respect to the math,

16   and stipulating the figures as you have sort of laid out

17   there, if the anticipated litigation costs are in the

18   neighborhood of $600,000, what's missing from that analysis

19   is the roughly $184,000 plus the Bitcoin plus the Monero

20   which brings us to about $200,000 that Mr. Sterlingov has

21   disclosed that he either -- that he has accessed and either

22   spent already or is in the process of accessing to spend for

23   attorney's fees.  So we're looking at -- to take your math,

24   we're looking at something close to $400,000 which is

25   less -- I haven't checked the prices today, but that's

1       likely less than the total value of the seized funds.  So I

2       think that we do need to -- we can't just spitball this.

3                   **THE COURT:**  Although you may be right about that,

4       but that may be the question of if I conclude -- and I'm not

5       saying I will conclude.  But if I did conclude that the

6       funds should be unfrozen, it may be a question of how much.

7       But one way or the other, we're still going to have the

8       hearing on traceability.  And if I conclude that there's not

9       traceability, then we don't ever have to get down to that

10      level of nuance, because even though there may be a need,

11      there's not a right in light of the governing standard.

12                  **MR. BROWN:**  Yes, understood, Your Honor.

13                  **THE COURT:**  I really don't mean to be arguing this

14      with you, I'm really trying to figure out what the right

15      answer is.  If there's some reason why I'm wrong with that

16      analysis, you should let me know.  And if there's something

17      you disagree with with respect to the showing otherwise --

18      and it does seem to me, though, that the budget is not -- of

19      $830,000 at the low end is not surprising to me.  It may be

20      that maybe you could do it a little bit cheaper and shave

21      off some things and say, well, there's not a constitutional

22      right to a mock jury trial and knock that off.  Maybe you

23      say there's not a Sixth Amendment right to war room

24      supplies -- if that means cookies or whatever.  I don't know

25      what it might mean.

1            But if you're doing that, you're maybe knocking it

2    down to the range you were talking about a minute ago,

3    conceivably down to $600,000.  But it still exceeds the

4    amount, at least as reported by Mr. Sterlingov, of available

5    funds.

6            **MR. BROWN:**  Your Honor, this is the defendant's

7    burden, and it's his burden that is a threshold burden

8    before he's entitled to call a government witness and

9    cross-examine a government witness prior to trial.  So we

10   would --

11           **THE COURT:**  But his burden at this point -- I

12   think as you had said, I think, is only to show that his

13   expenses for trial -- of having counsel of his choice and

14   being able to prepare a reasonable or an appropriate defense

15   has to exceed $184,000 before you then get -- to clear the

16   hurdle to get to the second step, right?

17           **MR. BROWN:**  Well, Your Honor, that gets into the

18   question of how reliable is that financial disclosure.  As

19   we've previewed in our filing and communications with

20   chambers, we do not think that's a reliable estimate of the

21   defendant's assets.  In addition --

22           **THE COURT:**  So do you want to examine

23   Mr. Sterlingov on that?

24           **MR. BROWN:**  Yes, we would.  But before we get

25   there, the burden for the defendant is to show that absent

1    access to the seized funds, he will be deprived of counsel

2    of his choice.  And that gets to a point that you had asked

3    Mr. Ekeland about, which is, is it legally relevant whether

4    there's a possibility -- you brought up the example of the

5    Supreme Court advocate who's willing to take on a

6    loss-leading case pro bono because it's an important case.

7    That is legally relevant, and it's actually directly

8    addressed in the Supreme Court's decision in Caplin &

9    Drysdale.  That's cited on page 15 of our supplemental brief

10   where the Supreme Court says:  "Nor is it necessarily the

11   case that a defendant who possesses nothing but assets the

12   Government seeks to have forfeited will be prevented

13   from" --

14           **THE COURT:**  I'm sorry, for the court reporter, you

15   need to slow down.

16           **MR. BROWN:**  Yeah, I don't need to read --

17           **THE COURT:**  No, no, actually I want to hear it,

18   just do it slowly.

19           **MR. BROWN:**  Sorry.  So the Supreme Court said:

20   "Nor is it necessarily the case that a defendant who

21   possesses nothing but assets the Government seeks to have

22   forfeited will be prevented from retaining counsel of

23   choice.  Defendants" -- and there's an ellipses, "may be

24   able to find lawyers willing to represent them hoping that

25   their fees will be paid in the event of acquittal or via

1    some other means that the defendant might come by in the

2    future.  The burden placed on defendants by the forfeiture

3    law is therefore a limited one."

4              So the Supreme Court is saying that it may be the

5    case that a defendant doesn't have to pay as he goes, that

6    there could be other arrangements.  There could be a

7    contingent fee arrangement.  In this case --

8              **THE COURT:**  I'm not sure that's legal -- or

9    ethical in a criminal case.

10             **MR. BROWN:**  Fair enough.  But there could be

11   other -- you know, Mr. Ekeland --

12             **THE COURT:**  There could be a debt that may or may

13   not be paid, but that's different than a contingency.

14             **MR. BROWN:**  Yeah, there could be a debt that may

15   or may not get paid.  As Mr. Ekeland said, this is all new

16   to him.  He is expanding into a new area of law.  This case

17   is something that he has put out there in the public sphere

18   as a means of raising the publicity for him and his firm.

19   So I could see -- even absent those funds, I could see this

20   defense team -- which seems to be growing day by day, I

21   could see this defense team taking this case, taking it to

22   trial because, as he says, he believes it's an important

23   case, and it's a new area for him to get into.  So we do

24   think that that's relevant.  It's not at all clear that if

25   he loses this motion today, that they will be unable to

1    proceed with his representation.

2         THE COURT:  Do you have any thoughts on the

3    question I posed about whether CJA funds might be available

4    to at least pay for experts, if not counsel?

5         MR. BROWN:  Your Honor, I just don't know the ins

6    and outs of CJA fund availability.  I would imagine that

7    with that would come some element of supervision, whether

8    it's from the Court or the CJA panel for the expenses.

9         THE COURT:  The Court does have to approve the

10   expenses under CJA, but the first question is just whether

11   it's available in the first place.  Usually it's only

12   available where there's appointed counsel, which there's not

13   now at this point.

14        MR. BROWN:  Yes, Your Honor.

15        THE COURT:  Why don't we do this, why don't I give

16   Mr. Ekeland a chance to respond to what you've just said.

17   And then perhaps, Mr. Ekeland, if you want both to respond

18   to the argument with respect to whether -- the Caplin &

19   Drysdale argument that Mr. Brown just made as well as if you

20   want to put Mr. Sterlingov on the stand you're welcome to do

21   so, to ask about the assets that he has.  I'm not telling

22   you to do it, but if you'd like to do it, you're welcome to.

23        MR. EKELAND:  Certainly.  And I just -- the Caplin

24   & Drysdale argument you wanted me to respond to, could you

25   just restate it for me, please?

1          **THE COURT:**  Of course.  I think the argument is --

2    to back up, I had asked you -- I don't know the answer to

3    the legal question of whether you would do the case or

4    handle the case in any event even if the funds were not

5    released.  There's some funds that are available, you'd be

6    doing it at a substantially reduced rate, but whether you'd

7    be in a position in which you could do it anyway.

8          When I posed that question to you, I said I don't

9    know the legal answer as to whether that's relevant or not,

10   because I think lawyers deserve to get paid; to which

11   Mr. Brown responded by saying:  Well, Judge, I know the

12   answer to the legal question, and the Supreme Court provided

13   it in the Caplin & Drysdale case when the Supreme Court said

14   if counsel's available to do it on a reduced fee or no fee

15   basis, that resolves the issue and there's not a need at

16   that point.

17          **MR. EKELAND:**  I think the honest answer to that

18   question is I'd want to, I would try to do it because I

19   believe in this case.  But I wouldn't really be able to

20   afford to do it because I'd be out on the street.  I've

21   already gone out-of-pocket on this case a fair amount of

22   money because I believe in it.  I'm at my limit with that.

23   In terms of --

24          **THE COURT:**  So just for purposes of responding,

25   you're representing to the Court, as an officer of the

1    Court, that you would not be able to do this case without

2    funding?

3         MR. EKELAND:  Yes, Your Honor.

4         THE COURT:  We'd be back to appointing counsel if

5    we did that?

6         MR. EKELAND:  Yes, Your Honor.

7         THE COURT:  Or I suppose another effort to try and

8    raise money if you could.

9         MR. EKELAND:  Honestly, I would try to secure

10   other funding from I don't know who.  I would make an effort

11   before I left this case, because I don't want to leave this

12   case because I do believe in it.  But I don't think it's

13   realistic, given my financial situation right now, to do

14   that.  And I do want to comment on the right to counsel of

15   choice, because it's my understanding -- I believe it's

16   under United States v. Gonzalez, that assuming that the

17   funds aren't illicit proceeds and he has access to them, to

18   be deprived of counsel of choice is a structural error.  It

19   doesn't matter if the counsel that comes in is Clarence

20   Darrow or whomever, if the defendant is deprived, it's a

21   structural error.  So I just wanted to make that point.

22        THE COURT:  No, I don't disagree with that.  But

23   that doesn't mean that I still don't have to go through the

24   two-part --

25        MR. EKELAND:  I agree with that, absolutely, Your

1    Honor.  I think that's the big question.  I don't have much

2    to say.  I mean, we can argue numbers -- like he mentioned

3    that the discovery number is high.  I think one of the

4    reasons for that is that's brute force doc review labor, you

5    know.  If you have to go through 3 terabytes of data and

6    look at every single piece, that gets expensive.  Having

7    been in the doc review salt mines as a junior associate,

8    it's a very laborious process, and it's not an easy one.  I

9    don't have much more to say about this budget.  I'm happy to

10   answer any more questions about it.

11          THE COURT:  Let me ask Mr. Brown whether there's

12   any objection to admitting Exhibit K into evidence, just so

13   we have a complete record in the case?

14          MR. BROWN:  No objection to admitting it.

15          THE COURT:  So Exhibit K is admitted, Defense

16   Exhibit K is admitted.

17      (Defense Exhibit K admitted into evidence)

18          THE COURT:  I suppose, though, Mr. Ekeland, I'm

19   still a little bit at a loss as to how to proceed with

20   respect to the first step.  Because Mr. Brown is right, that

21   the Supreme Court has held that it is a burden to the

22   Government at this point in the proceeding to have to put on

23   a mini version of its case, and to establish the

24   traceability and to put its expert on and so forth at this

25   point in the process.

1          The Supreme Court and the D.C. Circuit have made

2     clear that we only do that if you or your client have

3     established need.  I haven't gone back to look at the Caplin

4     & Drysdale case, but taking Mr. Brown at his word, he

5     describes that case as saying it does make a difference if

6     counsel can do it without access to the seized funds.  And

7     from you, I'm feeling still a little bit of equivocation on

8     that point, which is you don't think you can do it, but

9     you'd try.

10          So the question for you is whether -- I just need

11    a firmer answer one way or the other on that question before

12    we get to the second step.

13          **MR. EKELAND:**  If we don't get paid on this case,

14    we're going to have to withdraw.

15          **THE COURT:**  And what about other sources of

16    funding?

17          **MR. EKELAND:**  I don't -- I could look, but there's

18    no immediate obvious source of funding.  And we've been

19    looking.  You'll see it in the Government's exhibits, we've

20    had a legal defense fund website up which has received

21    exactly zero dollars.  I think the Government thought that

22    we got a donation from that, but we're actually getting a

23    payment from someone else, and it was going to our crypto

24    account for like $25,000.  But we've received zero dollars.

25    The only payments we've gotten Mr. Sterlingov could talk

1   about or we can go through in -- we disclosed in our

2   declaration.

3            THE COURT:  And how much money is available as of

4   today?

5            MR. EKELAND:  I'm sorry, what?

6            THE COURT:  How much money is available as of

7   today?

8            MR. EKELAND:  As of today, I think it's in the --

9   Mr. Sterlingov's statement of net worth.  I want to say it's

10  about, off the top of my head -- I don't have it in front of

11  me, about $760,000 roughly.  Part of the problem is it's not

12  clear to us, I'm not a hundred percent sure if the

13  Government exchanged that money and stored it in U.S.

14  dollars or if it's in crypto.

15           THE COURT:  I'm sorry, you misunderstood my

16  question.  I wasn't asking how much money is available in

17  the seized account, frozen account, I'm asking outside of

18  the frozen account, how much money does he have towards --

19           MR. EKELAND:  That's also -- we tried to estimate

20  in the declaration.  There is a Mycelium account that --

21  it's in the -- I don't want to misstate it so I'm going to

22  go grab the declaration if I may -- or we can have

23  Mr. Sterlingov go through this.

24           THE COURT:  You're welcome to do that if you want

25  to.

1          **MR. EKELAND:**  Yeah.

2          **THE COURT:**  Okay, that's fine.  He can take the

3     stand if you want to.

4          **MR. EKELAND:**  For the purposes of this or should

5     we -- or this is still for the first prong?

6          **THE COURT:**  We're still on the first prong.  You

7     can recall him later if you want to on other issues, but

8     he's on the first prong now -- which is probably wise

9     anyway, to take it one step at a time, given the risk to him

10    of testifying.

11         **MR. EKELAND:**  The defense calls Mr. Sterlingov.

12         **DEPUTY CLERK:**  Please raise your right hand.  Do

13    you solemnly swear that the testimony you're about to give

14    will be the truth, the whole truth, and nothing but the

15    truth, so help you God?

16         **THE WITNESS:**  I do.

17         **DEPUTY CLERK:**  Thank you.  You may be seated.

18    Please make sure you speak into the microphone.

19         **DIRECT EXAMINATION OF ROMAN STERLINGOV**

20    BY MR. EKELAND:

21    **Q.**   Mr. Sterlingov, you've got the defendant's

22    exhibit list book in front of you?

23    **A.**   Yes.

24    **Q.**   If you could turn to tab B.  I think the Court and

25    everyone has copies of this.  Could you just take a look at

1    what's labeled there as Exhibit B, and just flip through the

2    pages a second.  Just let me know when you're done.

3         (Witness reviews document)

4    **A.**   Yes.

5    **Q.**   Do you recognize this document?

6    **A.**   Yes.

7    **Q.**   And is this the statement of net worth that we put

8    together with you at the Northern Neck Regional Jail?

9    **A.**   Yes.

10   **Q.**   Taking a look at this -- and I guess we just start

11   with the top, you see at the top it lists a Tesla, right?

12   **A.**   Right.

13   **Q.**   That was a Tesla that you owned in Sweden?

14   **A.**   Yes.

15   **Q.**   And you sold that Tesla to pay your legal fees,

16   some of your legal fees, correct?

17   **A.**   Yes.  It took almost a year to do that because I

18   was locked up, but yes.

19   **Q.**   And you got roughly about a hundred thousand

20   dollars and then you paid that to us, correct?

21   **A.**   Yes.

22   **Q.**   And then underneath that, there's a Jeep that's

23   listed.  You've got a value for about $5,000 there, right?

24   **A.**   Yes.  We have been trying to sell the Jeep.  It

25   turned out there was a hidden problem with it, so it's much

1   harder to sell than we anticipated.  That's the estimated

2   realistic price --

3       **Q.**   Right.

4       **A.**   -- that we can hope to get for it --

5       **Q.**   You're guessing at it.

6       **A.**   -- if anybody is going to buy it at all.

7       **Q.**   And that money hasn't -- because it hasn't been

8   sold it hasn't been paid --

9       **A.**   No.

10      **Q.**   -- as far as your legal fees.  And then you see it

11  lists a Nordea bank account, and you're approximating the

12  amount in that account, right?

13      **A.**   Yes, it's -- there's no significant money there.

14      **Q.**   Has it been easy for you to gain access to your

15  assets or information about your assets while you've been in

16  jail?

17      **A.**   No, it has been really hard I guess to use the

18  time.  I have to say that it is -- I don't understand how

19  the Government can say that, because they have provided you,

20  or my public defender before I was working with you, with

21  some of the files, that it was easy for me to access all of

22  this information in all of these accounts.  I have been

23  locked up for this whole time.  I don't have any access to a

24  computer with internet or a phone or anything like that.  It

25  took me a long time to even just be able to call my family,

1    because most of them are in Sweden.

2            It took some money to even access some of the

3    accounts.  Like the car, we had to re-register the car.  My

4    mother had to move the car.  We had do a checkup.  So it has

5    been really hard.  It took a lot of time.  And some of these

6    accounts, we -- my understanding is that we still cannot

7    access them.

8        Q.   But you have been able to access some of your

9    accounts, correct, right?

10       A.   Yes.

11       Q.   And how have you -- I'm sorry?

12           MR. BROWN:  I'm sorry to interrupt.  I know this

13   is not a trial, but counsel is mostly leading the defendant

14   through his testimony.

15           MR. EKELAND:  I'll ask open questions if you'd

16   like and we can be here a while.

17           THE COURT:  Since this is not trial and I'm going

18   to take it for what it's worth, I'll leave it up to you how

19   you want to pose the questions.  You can proceed however you

20   think appropriate.

21   BY MR. EKELAND:

22       Q.   Thank you, Your Honor.

23           But you have had help accessing your accounts,

24   correct?

25       A.   Yes.

1    Q.   And how have you done that?

2    A.   I have tried to contact my family, my friends.

3    You guys have helped.  Maksim Nemtsev has helped.

4    Q.   Who is Maksim Nemtsev?  Because we see his name

5    come up a lot in the Government's papers.  Could you explain

6    your relationship to him, and how he helps you access your

7    assets?

8    A.   Maksim is an attorney that I contacted through

9    Alex.  Maksim is a friend of the family.  He said right from

10   the start that he will not be able to represent me or run

11   the case for me.  First there were no funds at that time

12   available, and also he is not admitted to D.C.  I understand

13   that an attorney has to -- whether it's called being

14   admitted or something else I'm not sure, but he's not -- he

15   cannot practice law as the main attorney for me here.  He

16   has helped me open some of these accounts.  He has helped me

17   establish contact with my family.  He has helped connect me

18   with Alex so that Alex could send me small amounts of money

19   to the jail for like basic necessities, as this jail does

20   not provide, for example, underwear.  It's hard to mention

21   such details here, but -- so yeah, he has helped with a lot

22   of things that I required outside of legal representation.

23   Q.   And when you say -- when you refer to Alex, you're

24   talking about Alex --

25   A.   Alex Kosiakov, he is my cousin.

1      Q.    And he's been helping you, too?

2      A.    Yes.

3      Q.    And since we're talking about Mr. Nemtsev, do you

4    see those two entries directly below the bank account that

5    say gold and gold?

6      A.    Yes.

7      Q.    And you did see, I believe it was in the

8    Government papers, where they showed you a communication

9    between you and Max talking about gold bullion under

10   pillows?

11     A.    Yeah, I understand that we have filed some sort of

12   motion where we -- I don't know if we say that I had no gold

13   or something like that, I don't remember exactly.  My

14   understanding is that we had a miscommunication between me

15   and you guys where I don't think I -- I never actually said

16   that I have no gold, but I don't have any significant gold

17   holdings, I never have.  I mean, these amounts here are

18   actually on the high end.  I think the physical part is more

19   something like $5,000 or something like that, I'm not sure.

20   So when we recognized that we had this miscommunication, we

21   put the correct information back into this report.

22     Q.    And right here, these two entries for the gold, to

23   the best of your knowledge, that's all the gold assets that

24   you have anywhere?

25     A.    Yes, that I've ever had.  Let me just also mention

1    that I've never had any gold stored with anybody else in

2    somebody else's name or with any relatives.  My mother has

3    this gold now, and she's trying to sell it because I'm here.

4         Q.   Below the entry for the gold, you see it says

5    there's a cryptocurrency account which is your Kraken

6    account, right?

7         A.   Right.

8         Q.   So up until now, none of those assets listed above

9    the cryptocurrency account have been seized by the

10   Government, right?

11        A.   That is correct.

12        Q.   But that Kraken account the Government did seize,

13   right?

14        A.   Yes.

15        Q.   And you see that number -- well, that number's

16   from the Government.  You don't have access to that account

17   because the Government seized it, right?

18        A.   Yes, they seized the account.  They also seized my

19   devices, which I believe I need to access it, I'm not sure.

20        Q.   And then beneath that, there's another Kraken

21   account listed below there, To The Moon, LTD.  That was your

22   account for your VPN business; is that correct?

23        A.   Correct.

24        Q.   And then there's a number of other accounts there,

25   going down the page --

1    **THE COURT:**  I'm sorry, just before you move off of

2    the second Kraken account --

3    **MR. EKELAND:**  I'm sorry, I didn't hear you.

4    **THE COURT:**  Before you move off of the second

5    Kraken account, it says amounts unknown and refers to it as

6    a small amount.  I guess I'd like to know what

7    Mr. Sterlingov's best estimate is.

8    **THE WITNESS:**  I think it's much less than $10,000.

9    That business and that account, there was never any

10   significant amounts of money there.

11   **THE COURT:**  That's fine, you've answered my

12   question.  Thank you.

13   **BY MR. EKELAND:**

14   **Q.**   So below that, there's four crypto accounts listed

15   below that, the Binance, the Eclair -- well, let's start

16   with the Binance and the Eclair.  Those are your accounts.

17   The first Binance account, it looks like you sold the 1.9

18   Bitcoin there and paid it out for legal fees; is that true?

19   **A.**   I think so, yes.

20   **Q.**   And then the Eclair account directly underneath

21   that which lists roughly $8,000, you can't access that

22   account right now, can you?

23   **A.**   No, I cannot.  I believe we need the phone that

24   the Government has seized -- or I don't know if we can do it

25   somehow with the information that the Government has

1    provided.  But I understand they have sent some data from

2    the phone.  I believe we have had difficulties accessing

3    that.

4         Q.    But if you had your phone, you'd be able to access

5    it?

6         A.    Yes.

7         Q.    And then underneath there, the Mycelium account

8    which says roughly three to five Bitcoin approximately

9    valued at $50,000, you can't access that either, can you?

10        A.    Yeah, exactly, I cannot.  It's the same situation

11   with this account as with Eclair.

12        Q.    If you had your phone, you'd be able to access it?

13        A.    Yeah, I believe so.

14        Q.    And then there's a Poloniex account that says

15   roughly zero BTC.  Do you know, is there -- is it just you

16   don't know what's in there or you're guessing or there isn't

17   anything?

18        A.    Yeah, I'm just not sure.  I cannot access this

19   account to check or...

20        Q.    Do you have any reason to believe there's a

21   substantial amount of money in it?

22        A.    No, no, absolutely not.

23        Q.    Going to the next page which starts with

24   cryptocurrency account Bitfinex, and basically the same

25   questions.  You've got listed roughly .1 Bitcoin for

1    approximately a thousand dollars.  Is that just your best

2    guess as to what's in that account?

3        A.    Yeah, I believe we have tried to access that

4    account, and that's what we've seen there.

5        Q.    Is that an account you need your phone to access

6    or is that an account you can access in some other way?

7        A.    I'm not sure.

8        Q.    That's a fair enough answer.  And then directly

9    below that, a Bleutrade account with .3 to .4 Bitcoin in it,

10   roughly $4,000.  You can't access that account either, can

11   you?

12       A.    It's my understanding that we cannot.  I tried

13   giving you guys all the information that I have, and it

14   looks like we cannot access it right now.

15       Q.    And --

16       A.    I certainly cannot access it from jail in any way,

17   I have to rely on people like you and my family to try

18   helping with that.

19       Q.    Right.  But you have no reason to believe there's

20   a substantial amount of like money in there, there's like

21   thousands of Bitcoin or anything like that in there, right?

22       A.    No.  For the Bleutrade, I am very certain that

23   that is the maximum value.

24       Q.    And then there is a Jaxx account there directly --

25   it's the third -- what is it, the third row down, saying

1   roughly two Bitcoin and eight Ethereum worth roughly

2   $43,000.  That was actually accessed and sold to pay your

3   attorney's fees, right?

4        A.   I believe so.

5        Q.   And then beneath that is a Monero account where it

6   says there's -- it says you sold it and that there's roughly

7   33.4 XMR, but the amount is at zero.  Why is that?

8        A.   I'm not sure.  I think this is the money we have

9   used already.  I don't know if that's the reason why it says

10  zero.

11       Q.   It's been paid out, so that's -- maybe we need to

12  correct that.

13            THE COURT:  I'm sorry, this is where the leading

14  is being a little confusing.

15            MR. EKELAND:  What's that?

16            THE COURT:  This is where the leading is a little

17  confusing, because I think the witness doesn't know and

18  you're just making assertions.  So it would be better to

19  figure out what the witness knows about this.

20            MR. EKELAND:  Yes, Your Honor, absolutely.  I can

21  change.

22       Q.   Directing your attention to the rows that start --

23  it's the fifth row down, it says various old crypto

24  accounts.

25            THE COURT:  I'm sorry, can you go back to the one

1    above it.  I'm still not sure I know the witness' answer as

2    to where that money went.

3    **BY MR. EKELAND:**

4        **Q.**   Do you know where -- so on the cryptocurrency

5    account, in the third row that says it's the Monero account

6    that says it was sold, do you know where that money went?

7        **A.**   I'm sure that money went to you guys or Maksim.

8        **Q.**   Do you remember how much that was?

9        **A.**   Yeah, I think it was, I'm going to say, around

10   $12,000 equivalent.  Maybe at the maximum 20.

11       **Q.**   But you don't think more than 20?

12       **A.**   Excuse me?

13       **Q.**   You don't think more than $20,000?

14       **A.**   No.

15       **Q.**   And then going to the row directly below that

16   where it says various old crypto accounts.  Can you explain

17   what you mean by various old crypto accounts?

18       **A.**   Yeah, I thought that it might be confusing that we

19   put just unknown, unknown on everything there.  I don't know

20   if we could have explained this better.  I have no reason to

21   believe that I have any crypto accounts with any significant

22   amounts of money anywhere.  The reason I mentioned this is

23   just because I was an enthusiast, I was registering a lot of

24   different wallets on a lot of different exchanges.  If there

25   is an exchange somewhere that I registered five years ago

1  and forget about and there's like a change amount of like a

2  hundred dollars there, with the prices of crypto going up

3  and down all the time -- a lot sometimes, there was just no

4  way for me to know the exact value.  That's the best I can

5  say about this account.  I don't know what they are.  I have

6  no -- this is not -- if there's any one account that I've

7  forgotten or lost on some hard drive or something...

8      Q.   Would it be fair to say you're just listing this

9  out of an abundance of caution, and you can't actually

10  recall any particular crypto account?

11      A.   I cannot recall any particular crypto account that

12  would -- that this row would represent.

13      Q.   Is it correct to say that just because you've been

14  in Bitcoin for a long time, you're concerned that you might

15  have some old wallets out there that you've forgotten about?

16      A.   Yes, especially since I don't have great access to

17  my files.  I do believe that my attorneys have had some

18  access to the files provided by the Government, and they

19  have looked through and gone through everything.  All of the

20  accounts that I could remember we have put as a separate --

21  especially, I guess it's also worth mentioning, since I've

22  seen that the Government is claiming that I have some sort

23  of cluster of accounts or something like that.  In the

24  superseding indictment, they put a wallet there with like a

25  thousand Bitcoin or something like that.  I don't have that

1    or anything resembling that.  That is not what various

2    crypto accounts means.

3              **THE COURT:**  Okay.

4              **MR. EKELAND:**  I pass the witness, subject to

5    recall, Your Honor.

6              **THE COURT:**  Okay, thank you.  Mr. Brown.

7              **MR. BROWN:**  Your Honor, just before we get

8    started, to the extent that we proceed into the second stage

9    of this proceeding and Mr. Sterlingov's declaration and/or

10   testimony regarding the source of those funds becomes an

11   issue, we would want to recall him for further cross.  But

12   for now I can confine it to his assets.

13             **THE COURT:**  Okay, thank you.

14        <u>**CROSS-EXAMINATION OF ROMAN STERLINGOV**</u>

15   BY MR. BROWN:

16        **Q.**    Good afternoon, Mr. Sterlingov.

17        **A.**    Hello.

18        **Q.**    So you've been looking at your financial

19   statement, and that's Defense Exhibit B, right?

20        **A.**    Yes.

21        **Q.**    You assisted your lawyers in preparing that

22   statement, correct?

23        **A.**    Yes.

24        **Q.**    And you reviewed it before it was filed in this

25   case, right?

1          **A.**    Yes.

2          **Q.**    In addition, your lawyer's also submitted a sworn

3    declaration from you; is that correct?

4          **A.**    Submitted what?

5          **Q.**    Your lawyer's also submitted a sworn declaration

6    made by you?

7          **A.**    Yes.

8          **Q.**    And you wrote that declaration?

9          **A.**    Correct, I have -- we typed it together.  I didn't

10   type it, but I was with -- we typed it with my attorneys for

11   every element of it.

12         **Q.**    So with your attorney's assistance you prepared

13   that statement, right?

14         **A.**    Yes.

15         **Q.**    And you read it before it was submitted, correct?

16         **A.**    I didn't read the final version, but I read the

17   points, all the points that were there.

18         **Q.**    And you also signed that declaration?

19         **A.**    Yes.

20         **Q.**    Did you read it before you signed it or did you

21   sign it -- or did you read it through before you signed it?

22         **A.**    Yes.

23         **Q.**    Looking at -- you have a binder of government

24   exhibits in front of you, don't you?

25         **A.**    Yeah.

1    **Q.**   Just very quickly looking at what's been marked as

2    Government's Exhibit 2 -- and you can go ahead and pull that

3    out of the -- it's in a plastic sleeve.

4         Is that the declaration you signed?

5    **A.**   It looks like that.  If that is the document that

6    you got from us, then yes.

7    **Q.**   And directing your attention to paragraph 51 of

8    that declaration, which I believe is on page nine.  In your

9    declaration you state:  "Outside of what is listed in

10   Exhibit B, I have no other assets that I am aware of that

11   the Government has not seized."

12        Do you see where that is?

13   **A.**   Yes.

14   **Q.**   And is that your statement?

15   **A.**   Let me check again.  Yes.

16   **Q.**   Exhibit B, of course that's your financial

17   statement?

18   **A.**   Right.

19   **Q.**   Now, standing here today, you testified earlier

20   about correcting one of the figures for the value of some of

21   the gold, the physical gold, that's in your mother's

22   possession, right?

23   **A.**   Right, I said that we put a higher amount just to

24   be safe, because I don't know exactly what the amount is.

25   After thinking more about that, I think the amount is

1   actually lower.

2       Q.   And you testified earlier, I think you said the

3   amount was about $5,000, the value there?

4       A.   Yes.

5       Q.   Aside from that, looking at your financial

6   declaration, are there any other corrections that you would

7   make to that financial declaration?

8       A.   I think the only one is just the Monero row which

9   said zero in the dollar amount.  There was a Monero amount,

10  but zero in the dollar amount, which --

11      Q.   So what correction would you make to the dollar

12  amount?

13      A.   The Monero amount is the correct one, I believe.

14      Q.   I believe you testified -- and I don't have the

15  exact exchange rate in front of me, but you testified that

16  you would estimate the exchange rate results in a dollar

17  value of about 12,000 to 20,000, somewhere in that range; is

18  that right?

19      A.   Yes.

20      Q.   So aside from those two corrections, are there any

21  other changes you would make to your financial statement

22  here?

23      A.   No.

24      Q.   Now going back to the first page of your financial

25  statement.  You list a bank account at Nordea Bank, correct?

1    **A.**    Yes.

2    **Q.**    That's a bank account in Sweden?

3    **A.**    This is correct, yes.

4    **Q.**    And that's your only bank account that you have,

5    correct?

6    **A.**    This is the only bank account where I have any

7    money.  I have -- there's an account in Germany, N26

8    account, I believe it's empty.

9    **Q.**    So what was the account in Germany?  Could you

10   explain and give us a little more detail.

11   **A.**    It's a bank called N26.

12   **Q.**    So you have a bank account at N26 Bank in Germany,

13   correct?

14   **A.**    Yes.

15   **Q.**    And it's your testimony that you believe the

16   account has no money in it?

17   **A.**    Right.

18   **Q.**    Are you sure about that?

19   **A.**    I'm sure.

20   **Q.**    Because just a minute ago you couldn't even

21   remember that you had a bank account in Germany, but now

22   you're certain that you know how much money is there?

23        **MR. EKELAND:**  Objection, asked and answered.

24        **THE COURT:**  Overruled.

25   BY MR. BROWN:

1    Q.   Do you have any other bank accounts?

2    A.   My understanding of this statement here is that we

3    listed all of the accounts that had any substantial, or even

4    remotely substantial, amounts of money.  If you're asking

5    about all bank accounts period, the only one I can think of

6    is if you count the bank account for the Moon VPN business.

7    I don't know if you count that as mine.  I believe it has no

8    money in it.

9    Q.   So tell us more about the bank account for the

10   Moon VPN business, what bank account is this?

11   A.   It's a bank account for my Moon VPN business, it's

12   in the business name.

13   Q.   What bank is that at?

14   A.   It's called, I think, Sparkasse.

15   Q.   And where is that bank located?

16   A.   That is in -- actually, I'm not sure where the

17   bank is located.  The company was located in Malta.

18   Q.   So you have a bank account in Germany, a bank

19   account in Malta.  And what's the balance of the Moon VPN

20   bank account in Germany -- excuse me, in Malta?

21   A.   I believe it to be zero.  I know that if it had

22   any residual funds from when I was trying to run the

23   business, I know that now that I haven't been in contact

24   with them for two years, it must be they must have closed

25   the account I think or taken all the money for the fees and

1    everything for it.  So I don't believe it has any money it.

2         **Q.**    So it's your testimony they must have closed the

3    account.  Why do you say that?

4         **A.**    Because there were fees I believe for operating

5    the account that would -- with the time that has passed, if

6    there was any money in it -- which I don't think there was

7    anyway, but by this time, they must have closed it.

8         **Q.**    Are you sure about that?

9         **A.**    I'm not sure that they have closed it, no.

10        **THE COURT:**  Mr. Sterlingov, you gave an answer to

11   a question earlier that prompts another question in my mind,

12   which is you've indicated the assets that you have in the

13   declaration and the attachment.

14        Are there any other assets, whether they're in

15   your name, the name of a company or in the name of anybody

16   else, that you would have access to or control over that are

17   not listed?

18        **THE WITNESS:**  No, I do not.  I do not have any

19   companies other than this Moon VPN, which I'm not sure I

20   have it anymore.  I haven't been in contact with them for

21   two years.  I do not have any other companies anywhere else

22   in the world.  I do not have any money in anybody else's

23   name or anybody else's account or anything like that.

24        **THE COURT:**  Okay, thank you.

25   **BY MR. BROWN:**

1      **Q.**   Now, that Nordea Bank account -- we've reviewed

2      the other bank accounts.  Before we move on, are there any

3      other bank accounts that you have or believe you may have in

4      various countries?

5      **A.**   I don't think so.  Let me just take a second just

6      to be completely sure.  No, I don't think I've ever had any.

7      At the very least, now I don't have any other bank accounts.

8      **Q.**   So in your financial statement, you've listed a

9      lot of cryptocurrency assets.  You've listed the Nordea Bank

10     account, and then you've listed some other assets like the

11     gold and the vehicles that you sold.  But at the time you

12     traveled to America in April of 2021, is it your testimony

13     that the only bank account with national currency that you

14     possessed was that Nordea Bank account with approximately

15     $500 in it?

16     **A.**   I'm sorry, before I answer, I have to -- because

17     just the way you phrased it, I have to --

18     **Q.**   Would it help if I rephrased?

19     **A.**   Yes.  I just want to mention that now I also have

20     an American bank account that my attorneys have registered

21     for me -- which we have in the declaration, which I assume

22     you include in the bank accounts.

23     **Q.**   And that's not my question.  Let me try to break

24     it up into smaller pieces.  So you traveled in April 2021 I

25     guess first to Russia, correct?

1      **A.**   I was traveling --

2      **Q.**   It's a yes or no question.  You traveled to Russia

3   in April 2021, yes or no?

4      **A.**   Yes.

5      **Q.**   And you stayed there for about two weeks?

6      **A.**   Yes, that was for quarantining myself to be able

7   to enter the United States.

8      **Q.**   And then you traveled to the United States towards

9   the end of April 2021, right?

10      **A.**   Yes.

11      **Q.**   And you were planning to stay in the United States

12   for a pretty extended period of time, correct?

13      **A.**   I think I planned to stay for three weeks, three

14   or four weeks.  I'm not sure if you want to call that an

15   extended amount of time.

16      **Q.**   What was the duration of the flight training that

17   you signed up for?

18      **A.**   I believe it was two weeks.

19      **Q.**   So you were in Russia for two weeks, and America

20   you were planning two to three weeks.  And the only fiat

21   money -- do you understand what I mean by fiat money?

22      **THE COURT:**  I'm not sure I do, so why don't you

23   define it.

24   **BY MR. BROWN:**

25      **Q.**   So in the cryptocurrency world, people often refer

1    to cryptocurrency as opposed to fiat money.  Are you

2    familiar with that?

3         A.    Yes.

4         Q.    And fiat just means government money, because it's

5    money by fiat, right?

6         A.    Yes.

7         Q.    So all I'm getting at is at the time you traveled

8    to Russia and the United States for at least five weeks,

9    it's your testimony that the only national currency assets

10   of any kind that you had was $500 approximately in a Swedish

11   bank?

12        A.    Well, I had some cash on me that has been seized.

13        Q.    But aside from the cash that was seized, the only

14   other national currency asset that you had of any kind was

15   that Swedish bank account, right?

16        A.    The only other national currency.  I mean, if you

17   phrase it like that, I guess you would have to include the

18   Kraken account as well because it had Euros.  Is that what

19   you mean?

20        Q.    It's a question for you to answer, it's not what I

21   mean.  Have you had any other businesses besides Moon VPN?

22        A.    We had a studio in Sweden, yes.  The answer is

23   yes.

24        Q.    Did you ever have a business called Bitcoaster

25   Ventures?

1      A.   Yeah, that's a part of the Moon VPN.

2      Q.   Are there any other financial accounts for

3  Bitcoaster Ventures?

4      A.   I do believe there was -- I think the two

5  companies that are part the Moon VPN, I think they

6  have -- I don't know if the account is split in two between

7  those two businesses, but they're part of the same company

8  or the same operation.  I don't know if you mean -- if

9  that's what you mean.  I think Bitcoaster -- there were two

10  companies in the Moon VPN, because that's how they structure

11  companies in Malta.  It is possible that each of those had

12  like an individual account, and both being part of the Moon

13  VPN business.

14      Q.   So there may be a second bank account in Malta for

15  Bitcoaster Ventures, yes or no?

16      A.   It's part of Moon VPN, yes.  I guess so, yeah.

17      Q.   Would there be a separate bank account for

18  Bitcoaster Ventures at the bank in Malta?

19      A.   I don't know whether you would count it as

20  separate because it's part of the same business maybe.

21      Q.   And what's the balance of any separate bank

22  account for Bitcoaster Ventures?

23      A.   It's -- like I said, for the Moon VPN business, I

24  believe the balance certainly by now should be zero.  That

25  was included in my estimation of the Moon VPN bank account.

1      Q.   I'd like to clarify some of the cryptocurrency

2  account entries in your financial statement.  Just to begin

3  with, do you understand what I mean if I talk about a

4  custodial service for cryptocurrency?

5      A.   I believe so, yeah.

6      Q.   So a custodial service is a service that holds

7  your keys or holds your cryptocurrency for you, right?

8      A.   Right.

9      Q.   And that's different from a self-hosted wallet or

10  storage device, right?

11      A.   Right.

12      Q.   And so just for clarification, some of these that

13  are listed as cryptocurrency accounts in your financial

14  statement, those are accounts with a custodial service, with

15  a third party, right?

16      A.   Like Kraken, for example?

17      Q.   Is that an example of a custodial service?

18      A.   I think, yes.

19      Q.   And some of these are -- they're not accounts at a

20  third party institution, they are wallets that you have on

21  your phone or other electronic devices, right?

22      A.   Some of the other entries you mean?

23      Q.   Yes.

24      A.   Yes.

25      Q.   And so for the custodial services, to start out

1   there, so you mentioned Kraken.  That's what we would call a

2   custodial service, right?

3       A.   Yes.

4       Q.   And there's also Binance, Poloniex, Bitfinex and

5   Bleutrade?

6       A.   Yes.

7       Q.   And those are all custodial services, right,

8   accounts at a third party?

9       A.   I think so, yes.

10      Q.   Those are all accounts at a third party, just to

11  be clear, yes?

12      A.   I believe you can call them custodial, yeah.

13      Q.   Did you ever have an account at blockchain.com,

14  also known as blockchain.info?

15      A.   Could you repeat, please, if I ever had an

16  account?

17      Q.   Did you ever have an account or wallet hosted by

18  blockchain.com, formerly known as blockchain.info?

19      A.   I'm not sure, it's possible.

20      Q.   It's possible.  Would that be one of the various

21  old crypto accounts that you can't remember?

22      A.   I'm not sure.

23      Q.   Now looking at the software wallets you have

24  listed here.  So there's Eclair, Mycelium, Jaxx.  Those are

25  the only software wallets you're aware of, correct?

1     **A.**   Eclair, Mycelium, Jaxx, Monero, yes.

2     **Q.**   You mentioned Monero.  Monero is not a wallet, is

3  it, right?

4     **A.**   I thought it was, I'm not sure.

5     **Q.**   Is Monero a form of cryptocurrency?

6     **A.**   I think so.

7     **Q.**   So it's a form of cryptocurrency like Bitcoin or

8  Ethereum, right?

9     **A.**   Right.

10     **Q.**   It's not the software that you use to store the

11  keys, correct?

12     **A.**   I'm not sure.  I thought there's a software called

13  Monero, but I may be wrong.

14        **THE COURT:**  Mr. Brown, how much longer do you

15  have?  I'm just thinking about whether we need to take a

16  break.

17        **MR. BROWN:**  Your Honor, I'd say maybe 10 minutes

18  depending on the witness' answer, 10 or 15 minutes.

19        **THE COURT:**  Why don't we go ahead and take a break

20  now, and we'll come back at five minutes until 4:00.

21        **MR. BROWN:**  Yes, Your Honor.

22        **THE COURT:**  See you then, thank you.

23     (Off the record at 3:42 p.m.)

24     (Back on the record at 4:06 p.m.)

25        **THE COURT:**  Mr. Brown, you may continue.

1    BY MR. BROWN:

2         Q.    Mr. Sterlingov, could you take a look at

3    Government's Exhibit 7 in your binder.  Do you recognize

4    these notes, Mr. Sterlingov?

5         A.    Vaguely, yes.

6         Q.    So these are part of a larger file, correct?

7         A.    Okay.  They could be, yeah.

8         Q.    They could be.  Do you recall, do you have a

9    memory of these notes?

10        A.    Vaguely, yeah.  Yeah, I think I have -- yeah.

11        Q.    And these notes were stored in a file called

12   masked in one of your devices?

13        A.    Okay.

14        Q.    And these notes are obviously not in English, are

15   they?

16        A.    Sorry?

17        Q.    These notes are not in English?

18        A.    Right.

19        Q.    They appear to be in Russian; is that correct?

20        A.    Yes, this is Russian.

21        Q.    And you speak Russian?

22        A.    I speak Russian.

23        Q.    And you prepared these notes for yourself?

24        A.    Come again?

25        Q.    Did you prepare these notes?

1      **A.**    This file contains some of my own notes.  It

2   contains some things that I found on the internet or I

3   quoted from somebody else.  I'm not sure, especially --

4   yeah.

5      **Q.**    So you may have copied and pasted something from

6   the internet or from a message from somebody else into this

7   masked file; is that correct?

8      **A.**    Some of them, yeah.

9      **Q.**    Some of them, and then some of them are notes that

10   you wrote to yourself?

11      **A.**    Yes.

12      **Q.**    Now in this masked file, turning to that second

13   page at the top, there are some I guess English words in

14   here towards the top of this second page.

15          Do you see a word called VirWoX?

16      **A.**    Yes.

17      **Q.**    Is VirWoX a virtual currency exchange or a

18   cryptocurrency exchange?

19      **A.**    I think so, if you say it is.  I think so.

20      **Q.**    Do you have any accounts at VirWoX or have you

21   ever had any accounts at VirWoX?

22      **A.**    I'm not sure, I had a lot of accounts on a lot of

23   different websites.  I don't believe that I have an account

24   with any substantial amount of money there.

25      **Q.**    If you'd turn to Government's Exhibit 10.

1          **A.**    Yes.

2          **Q.**    And is this also a printout of a file that you

3    prepared for yourself?

4          **A.**    Yes, looks like it.

5          **Q.**    I'm sorry, could you say that again?

6          **A.**    It looks like that yes.

7          **Q.**    At the top of this Government's Exhibit 10,

8    there's a label that looks like text specific mask; is that

9    right?

10         **A.**    Yes.

11         **Q.**    So is this file also a file that you have notes

12   for yourself in?

13         **A.**    Sure.  Also, since you're asking about this file,

14   I just have to kind of explain a little bit.  I struggled

15   with depression for some time, and I've been seeing

16   different people that were trying to help me.  In the worst

17   times, I had periods where I had difficulties even like

18   going around my everyday life and just thinking normally and

19   being able to operate.  And I've been trying to deal with

20   that.  And one of the things that has been recommended to me

21   is that I can write down different notes; that if I have

22   various thoughts in my head, I can write things down and

23   that will clear them up.  It has worked for me.

24              When I'm seeing this file, I'm seeing that some of

25   this is more notes or just a collection of thoughts.  I have

1   to say, some of them might be things that I wanted to do.

2   Some of this might be something that I saw on the internet

3   and just copied because it reminded me of something.  Some

4   of them might be just thoughts I had for one day and then

5   forgot the next day.  This is really -- this is a mix of a

6   lot of different things.  I mean, you can probably even see

7   just the structure of this is a little bit OCD in a way or

8   something.  I can try to answer to the best of my ability if

9   you ask me about something specific from here.

10      Q.   Do you -- just to begin with, do you recall

11   approximately the time when you prepared this text specific

12   masked file?

13      A.   I'm not sure, it's hard to say.  It could be -- it

14   doesn't look really recent to me.  I couldn't tell you a

15   date, I'm sorry.

16      Q.   Turning to the second page of this document,

17   towards the top of that page there's a bullet I guess in the

18   upper section about midway to two-thirds of the way down

19   that upper section of the page two that says "Bisq project,"

20   B-I-S-Q.

21           Do you see where I'm looking?

22      A.   Yes.

23      Q.   What is Bisq?

24      A.   Bisq is an exchange, I guess.  I guess it's a

25   software -- it's an exchange which is a software that you

1    have to install on your computer to be able to exchange

2    funds.

3        Q.    Immediately below that bullet there's another

4    bullet that says:  "Put in more money for trades"; is that

5    right?

6        A.    Right.

7        Q.    Did you -- were you putting money into Bisq at the

8    time you prepared this document?

9        A.    That could be the case, yes.

10       Q.    Is Bisq one of the various old cryptocurrency

11   accounts you couldn't remember when you prepared your

12   financial declaration?

13       A.    You know, I thought about the Bisq account when I

14   made the declaration.  I was relatively certain that it was

15   empty at the time.  Is there -- do you have different

16   information about that?

17       Q.    Sorry, the Court's indulgence.  Oh, so looking a

18   little bit further down that document, there's a heading

19   that says text specific to do, and then there are a number

20   of bullets.  Maybe 13 bullets down, there's a bullet that

21   says:  "Try to withdraw some Monero from WEX when the lock

22   will be released."

23            Do you see that?

24       A.    Uh-huh, yes.

25       Q.    And what is WEX?

1    **A.**   I believe WEX was the same thing as BTC-e.

2    **Q.**   And what was --

3    **A.**   And they just changed the name.  It's an

4    exchange -- was an exchange.

5    **Q.**   Did you have an account at BTC-e or WEX?

6    **A.**   Yes.

7    **Q.**   And what's the balance of that account right now?

8    **A.**   I believe WEX closed years ago and there's no

9    there's no access to any of the accounts I believe.

10   **Q.**   Could you please turn to --

11   **A.**   It looks like that was going on maybe at this

12   time, because it says:  "Is it possible to move the money

13   out of WEX?"

14   **Q.**   So you had some money there?

15   **A.**   Right.

16   **Q.**   And you were trying to figure out if you could

17   move the money out?

18   **A.**   Right.

19   **Q.**   If you could turn to Government's Exhibit 5.

20   **A.**   Yes.

21   **Q.**   So at the time that you were arrested, you were

22   carrying handwritten notes; is that right?

23   **A.**   Yes.

24   **Q.**   And those are notes you prepared yourself, right?

25   **A.**   Yes.  They are of a similar nature to what I've

1    explained about the previous file, as you can maybe see.

2         Q.   So these notes would have been prepared close in

3    time to April of 2021 when you were arrested, right?

4         A.   I'm not sure, this could be older.

5         Q.   Well, they wouldn't be more than a year older,

6    right?

7         A.   Why don't we say two years to be safe, I'm not

8    sure.

9         Q.   So you were carrying handwritten notes that were

10   two years old when you were arrested?

11        A.   Yeah, as we have shared in the affidavit, I

12   carried a lot of things with me since I was traveling and I

13   couldn't leave them in my intermediate stops.

14        Q.   Turning to page two of Government's Exhibit 5.

15   About three-quarters of the way down that page, in the

16   middle of the page there's the word Goldmoney.

17             Do you see that?

18        A.   Did you say three-quarters down?

19        Q.   Yeah.

20        A.   Yeah, I think I got it.

21        Q.   Did you ever have a Goldmoney account?

22        A.   Yeah, this is the account that we -- I've been

23   trying to open.

24        Q.   And then looking further down that same page, in

25   the next to the last line it says:  "Check SushiSwap

1     Uniswap."  Do you see that?

2        **A.**    Yes.

3        **Q.**    And what is SushiSwap or Uniswap?

4        **A.**    You know what, I still don't know.  I think I was

5     trying to figure that out when I put the note there, and I

6     still haven't gotten to it.  I'm not sure.

7        **Q.**    Are you aware that SushiSwap only launched in

8     2020?

9        **A.**    I was not.

10        **Q.**    And so if you had made these notes to yourself,

11     they would have been on or after the date that SushiSwap

12     existed?

13        **A.**    Right, that sounds logical.

14        **Q.**    So could you explain what SushiSwap is?

15        **A.**    I don't know, like I said.

16        **Q.**    Is it --

17        **A.**    I was interested in figuring that out.

18        **Q.**    Is it a -- do you have an understanding that

19     SushiSwap is a decentralized exchange?

20        **A.**    I do not.  I don't know what SushiSwap is.

21        **Q.**    How about Uniswap?  Is it your testimony that you

22     don't know what Uniswap is either?

23        **A.**    It is, I do not know what Uniswap is.

24        **Q.**    And so you're not aware that SushiSwap and Uniswap

25     allow you to stake cryptocurrencies?

1          **MR. EKELAND:**  Objection, Your Honor.  This is

2   asked and answered over three times now.

3          **THE COURT:**  Sustained.

4   BY MR. BROWN:

5      **Q.**   Could you turn back to the first page of

6   Government's Exhibit 5.  Now, approximately halfway down

7   that page, there is a note that says:  "ETH staking."  Do

8   you see that?

9      **A.**   Yes.

10     **Q.**   And ETH is a common abbreviation for the

11  cryptocurrency Ethereum?

12     **A.**   Ethereum, yes.

13     **Q.**   Ethereum staking is the process of putting your

14  money in a pool, and allowing that money to be lent out and

15  you earn interest on it, right?

16     **A.**   I have a very vague understanding of Ethereum

17  staking.  What I know is you are somehow supposed to lock an

18  amount of Ethereum, and it's supposed to grow in Ethereum

19  amount -- not necessarily in dollar amount, but Ethereum

20  amount.  I don't know if it's lent out or what the mechanism

21  is.

22     **Q.**   Is anyone else paying for your legal expenses,

23  Mr. Sterlingov?

24     **A.**   Is anyone else paying for my legal expenses?

25     **Q.**   Besides yourself.  Family, friends, others?

1        **A.**    I believe Alex has borrowed -- my cousin has

2    borrowed a small amount of money.  I think it's something

3    like 20,000, I'm not sure.

4        **Q.**    And Alex is your cousin, Alex Kosiakov, correct?

5        **A.**    Yes.  I'm not sure if that's true.  Could I check

6    with my attorney?

7        **Q.**    No, you're under oath right now.

8        **A.**    Okay.  I'm not sure if he is paying.  I hear that

9    he could have borrowed some amount of money.  I don't think

10   he's paying for it, I think he expects me to pay it back.

11       **Q.**    A few minutes ago we took a break in this case.

12   During that break, did you discuss your testimony with

13   anybody else?

14       **A.**    No.

15       **Q.**    Who is paying for -- has anyone else paid for

16   Maksim Nemtsev aside from you out of your Binance account?

17       **A.**    I don't think anybody does.  It would be -- I

18   would be really surprised if anybody did and I didn't know

19   about it.

20       **Q.**    But to your knowledge nobody else is paying?

21       **A.**    No.

22       **Q.**    And you're aware that your lawyers are soliciting

23   donations or contributions for your legal expenses?

24       **A.**    Yes.

25       **Q.**    And there's a Bitcoin address on your lawyer's

1    firm's website for those donations to your legal expenses,

2    correct?

3        A.   I have heard about that, yeah.

4        Q.   And are you aware that on December 22nd, 2022,

5    someone donated 1.9899 Bitcoin to that address?

6        A.   I was not.

7        Q.   And at contemporary prices, that's about $33,000?

8        A.   What was the date, I'm sorry?

9        Q.   The date was December 22nd, 2022.  So it was one

10   day after your lawyers filed their supplemental filing

11   before the Court.  If you could turn to Government's

12   Exhibit 11.  Actually, also pull out Government's Exhibit 8,

13   please.  So if you'd look at Government's Exhibit 8, at the

14   top of that printout.

15           This is a printout from your lawyer's website,

16   correct?

17       A.   I would have to trust you, I don't have any

18   internet or access to --

19       Q.   Understood.  And I'm pointing at the space near

20   the top that says "Donate" -- or in the middle that says

21   "Donate BTC."  And then there's an address that starts 38 --

22       A.   Right.

23       Q.   -- lowercase T, uppercase T, correct?

24       A.   Yes.

25       Q.   Then in Government's Exhibit 11, this is a

1   printout from a commonly used blockchain explorer called

2   walletexplorer.com, correct?

3        **A.**   It looks like that.

4        **Q.**   And it has that same address, 38 lowercase T,

5   uppercase T, so forth, and that shows a transaction for

6   1.9899 Bitcoin on December 22nd, 2022, correct?

7        **A.**   Yes.

8        **Q.**   But you have no knowledge of that contribution?

9        **A.**   I do not.

10        **MR. BROWN:**   No further questions, Your Honor.

11        **THE COURT:**   Redirect.

12        **MR. BROWN:**   Your Honor, sorry, one last

13   housekeeping measure.  The Government would move to admit

14   the Government's Exhibits 2, 5, 7, 8, 10 and 11.

15        **THE COURT:**   Any objection?

16        **MR. EKELAND:**   No objection, Your Honor.

17        **THE COURT:**   Those exhibits are admitted.

18        (Government's Exhibits 2, 5, 7, 8, 10 and 11 admitted

19         into evidence)

20        **REDIRECT EXAMINATION OF ROMAN STERLINGOV**

21   BY MR. EKELAND:

22        **Q.**   Directing your attention to the defendants --

23   excuse me, may I have one moment, Your Honor?

24        **THE COURT:**   Yes.

25        **MR. EKELAND:**   Thank you.  May I proceed?

1          **THE COURT:**  You may proceed.

2    **BY MR. EKELAND:**

3          **Q.**    Mr. Sterlingov, directing your attention to the

4    defendant's exhibit book, tab B.

5          **A.**    Yes.

6          **Q.**    Just directing your attention to the first page,

7    the first row, and then the column -- the second column from

8    all the way on the right that's titled U.S. dollar value on

9    December 21st, 2022.

10          Do you see that?

11          **A.**    Yes.

12          **Q.**    Does that mean that the values that you gave in

13    this statement of net worth were the values that you

14    believed to be correct on that day, December 21st, 2022?

15          **A.**    Yes.

16          **Q.**    And directing your attention to the Jaxx account,

17    which is --

18          **A.**    I do believe that explains Monero as well.

19          **Q.**    I'm sorry, I didn't hear you?

20          **A.**    I think I said earlier that I thought there was a

21    typo in the Monero entry.  I think that explains the -- I

22    think that there is a typo, so the value of Monero at the

23    time was zero dollars.

24          **Q.**    Okay.  And you recall that we've been trying to --

25    we've tried to and accessed your crypto accounts to pay for

1    your legal defense, correct?

2        **A.**   Yes, we have been trying to access everything we

3    can and find money wherever we can.

4        **Q.**   And it's your understanding that when we, the

5    firm, manage to access one of your accounts and we liquidate

6    it, that we transfer it to the firm's crypto account,

7    correct?

8        **A.**   Yes.

9        **Q.**   And you have no reason to think that when we do

10   those transfers, we wouldn't transfer it to the same Bitcoin

11   wallet address as we use for your legal defense fund, do

12   you?

13       **A.**   I haven't thought about that.  It doesn't sound

14   strange to me.

15       **Q.**   Right, because you don't actually have any direct

16   knowledge of how our law firm transfers crypto payments to

17   our law firm, do you?

18       **A.**   I really do not.

19       **Q.**   And you weren't involved in setting up the legal

20   defense fund, were you?

21       **A.**   No, you guys did that.

22       **Q.**   But as far as you know, there hasn't been a single

23   donation to your legal defense fund, has there?

24       **A.**   As far as I know, there haven't been any donations

25   to my legal defense fund.

1    **Q.**   And as far as you know, beyond what you said about

2    Mr. Kosiakov, Alex, perhaps borrowing some money to fund

3    this defense, has anyone but you funded this defense?

4    **A.**   Nobody.

5    **MR. EKELAND:**  I pass.  No further questions

6    subject to recall, if we get to part two, Your Honor.

7    **THE COURT:**  Well, thank you.  So we're obviously,

8    just at a minimum for time reasons, not going to get to part

9    two today.  And let me tell you just a little bit of my

10   thinking -- and I should stress that this is all tentative,

11   and I need to go look at some of the case law and look at

12   things more carefully at this point.  But I think that

13   there's a good chance, to my mind, that the defendant has

14   satisfied the requirements to get to step two.  My concern,

15   though, is that this is a highly technical case that does

16   require counsel with experience dealing with the type of

17   technology that's at issue here.

18   Based on the papers, and not having heard any of

19   the testimony at this point, I'm concerned that even if we

20   get to the step two of the analysis, that the Government is

21   going to be able to carry its burden of showing

22   traceability.  And just to give you one example of that.  As

23   I understand it, Mr. Sterlingov does not dispute the

24   proposition that the money that is in the frozen account did

25   come from the account -- I'm sorry, from the Bitcoin Fog

1    account.  And the Government makes -- at least without

2    having heard argument on it and having heard from the

3    witnesses, what strikes me as a plausible argument that if I

4    assume the probable cause is satisfied with respect to the

5    charges in the indictment, that part of the function of the

6    Bitcoin Fog is to mix as much cryptocurrency as possible.

7    And that to the extent the funds came out of Bitcoin Fog,

8    and assuming probable cause with respect to the findings, it

9    strikes me as at least plausible.

10          I obviously need to hear more that that would be

11   sufficient on its own to establish traceability without the

12   other arguments that the Government has made.  My concern is

13   that if we end up going down that road, that the result may

14   be that Mr. Sterlingov may in effect lose not only the

15   counsel of his choice here, but counsel with some experience

16   dealing with novel issues as those presented here.  And so

17   what I've been trying to do is think through whether there's

18   some other solutions.

19          And I'm not giving you a ruling on anything at

20   this point.  The reason I'm teeing this up for you is I want

21   you all to at least have the benefit of my thinking to see

22   if we can come up with a creative solution that allows him

23   to have the counsel of his choice, but consistent with the

24   law.  And in particular, the law governing the seizure of

25   accounts that may be subject to forfeiture at the end of the

1  case.

2      One thing that occurred to me as a possibility

3  that, Mr. Ekeland, maybe you want to pursue -- and I'm happy

4  to pursue it myself if you'd think it would be helpful for

5  me to do so, would be to see if the Federal Public Defender

6  might be willing, in light of Mr. Sterlingov's financial

7  circumstances, to reenter an appearance in this case, but

8  then to permit you to serve as co-counsel with them.  And if

9  the Federal Public Defender is counsel in the case, I

10  suspect under those circumstances the CJA funds -- or the

11  funds from their office would be available to pay reasonable

12  expert fees under the circumstances.

13      If we did it in that fashion, it may be that it

14  would put less of a strain as well on your firm and you

15  personally, even if the funds weren't available to you to

16  pay your usual rates.  But if you had experienced D.C.

17  co-counsel from the Federal Public Defender working with

18  you, maybe that's a workable solution.  I'm not saying I've

19  reached that conclusion that that's what should happen.  I

20  suppose all I'm doing at this point is saying before we

21  return for a continuation of the hearing, is that something

22  that you would like me to explore with the Federal Public

23  Defender, Mr. Ekeland, or is it something you'd like to

24  explore with him, or do you want to confer with

25  Mr. Sterlingov before you answer that question?

1    **MR. EKELAND:**  We're happy to have the Court

2    explore that, Your Honor.  I was talking to Mr. Fischbach on

3    the break, and he said what are the issues.  And I haven't

4    confirmed this with the CJA, but it's that they don't pay

5    you until the end of the case.  So that would cause problems

6    for bringing in Mr. Fischbach, but --

7          **THE COURT:**  Mr. Fischbach is the expert?

8          **MR. EKELAND:**  The expert that we were bringing in.

9    But I think it's certainly worth exploring, because I think

10   this is a really important case.  So if the Court is

11   willing to do that --

12         **THE COURT:**  That's something you would be doing is

13   serving in what might be a pro bono capacity as co-counsel

14   along with --

15         **MR. EKELAND:**  I don't think pro bono, but if I'm

16   going --

17         **THE COURT:**  If they can pay you a CJA rate for it,

18   that would be fine with me.  I just don't know the answer to

19   the question of whether they can do that or not.

20         **MR. EKELAND:**  I think we should explore it.  I

21   think this is an important case.  And I will say that my one

22   experience when I've ever asked to -- my few experiences

23   asking to co-counsel with federal defenders, they've always

24   said no.  But if the Judge asks, maybe they'll change their

25   policy.

1          **THE COURT:**  Well, I'm not sure that I carry the

2     particular weight in that regard.  But it does strike me

3     that they might see some benefit in somebody who actually

4     has experience dealing with the relevant technology.  And I

5     have had at least one complicated case where the Federal

6     Public Defender was counsel, and at their request I

7     appointed another lawyer to be co-counsel with them just

8     because it was such a large case or a labor intensive case.

9          So I'll call and see what they say.  And if I

10    think that it would be helpful to have a conversation about

11    it, I may just get you all on the telephone just to talk

12    about those logistics.

13          **MR. EKELAND:**  Thank you.

14          **THE COURT:**  In the meantime, I think we should go

15    ahead and schedule phase two of this proceeding.  I think

16    January 31st is the day that everyone was available?

17          **MR. EKELAND:**  Yes.

18          **MR. BROWN:**  That's right.

19          **THE COURT:**  Do you want to talk to your expert

20    there for a minute, Mr. Ekeland?

21          **MR. EKELAND:**  We're fine, Your Honor.  Thank you.

22          **THE COURT:**  What time, Kristin?

23          **DEPUTY CLERK:**  10:00 a.m.

24          **THE COURT:**  So 10:00 a.m.  So we'll see you all

25    back here at 10:00 a.m. on the 31st.  We'll talk before then

1    if there's something to confer about.  And I assume that,

2    Mr. Brown, the Government just doesn't have a stake one way

3    or the other with respect to the Federal Public Defender's

4    views?

5              **MR. BROWN:**  Your Honor, no, we don't.  But just

6    for the Court's attention, just based on our personal

7    experience, we've had cases involving cryptocurrency with

8    FPD, and they have very capable attorneys who are very

9    knowledgeable in this field.

10             **THE COURT:**  On that issue as well, I know they

11   have very capable lawyers.  I wasn't sure whether they had

12   it on this issue.

13             **MR. BROWN:**  They're all very capable, but with

14   experience with cryptocurrency.

15             **THE COURT:**  Well, that's good to know, thank you.

16   So I will see you all back here on the 31st, and we'll talk

17   in the interim if necessary.

18        (Proceedings adjourned at 4:42 p.m.)

19

20

21

22

23

24

25

1                      **C E R T I F I C A T E**

2

3            I, **Jeff M. Hook, Official Court Reporter**,

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9    February 9, 2023

10        DATE                              Jeff M. Hook

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$1,000 [2]   8/5
16/21
$10,000 [3]   13/8
18/15 38/8
$100,000 [1]   19/24
$12,000 [1]   42/10
$160,000 [1]   19/8
$184,000 [2]   20/19
22/15
$188,000 [1]   18/11
$2.6 [1]   7/12
$2.6 million [1]
7/12
$20,000 [1]   42/13
$200,000 [1]   20/20
$25,000 [3]   8/14
9/9 29/24
$250,000 [1]   19/11
$28,000 [1]   18/9
$33,000 [1]   68/7
$390,000 [1]   18/17
$4,000 [1]   40/10
$400,000 [1]   20/24
$43,000 [2]   18/11
41/2
$5,000 [4]   7/22
32/23 36/19 47/3
$50,000 [1]   39/9
$500 [5]   16/17
16/24 19/2 51/15
53/10
$500,000 [2]   19/15
19/18
$600,000 [3]   19/25
20/18 22/3
$700,000 [1]   20/11
$760,000 [1]   30/11
$8,000 [1]   38/21
$830,000 [3]   7/11
20/11 21/19
$94,000 [1]   18/10

**.**

.1 [1]   39/25
.3 [1]   40/9
.4 [1]   40/9

**0**

0399 [1]   1/4

**1**

1.9 [1]   38/17
1.9899 [2]   68/5
69/6
10 [8]   2/21 7/7
57/17 57/18 59/25
60/7 69/14 69/18
10005 [1]   1/20
10:00 a.m [3]   76/23
76/24 76/25
11 [5]   2/22 68/12
68/25 69/14 69/18
12,000 [1]   47/17
13 [2]   1/5 62/20
15 [2]   23/9 57/18
18 [1]   3/21
1:21-cr-0399 [1]
1/4

**2**

20 [2]   42/10 42/11
20,000 [2]   47/17
67/3
20001 [2]   1/14 1/25
2020 [1]   65/8
2021 [5]   51/12
51/24 52/3 52/9
64/3
2022 [5]   68/4 68/9
69/6 70/9 70/14
2023 [1]   1/5
20530 [1]   1/16
21 [1]   3/25
21-399 [1]   3/3
21st [2]   70/9 70/14
22nd [3]   68/4 68/9
69/6
28 [1]   2/15
2:15 [1]   1/6

**3**

30 [1]   1/19
31 [1]   2/5
31st [3]   76/16
76/25 77/16
33.4 [1]   41/7
333 [1]   1/24
38 [2]   68/21 69/4
399 [1]   3/3
3:42 p.m [1]   57/23

**4**

40 [2]   19/5 19/10
44 [1]   2/6
4700-C [1]   1/24
4:00 [1]   57/20
4:06 [1]   57/24
4:42 p.m [1]   77/18

**5**

51 [1]   46/7

**6**

601 [1]   1/13
69 [7]   2/7 2/17
2/18 2/19 2/20 2/21
2/22

**8**

853 [1]   3/25
8th [1]   1/19

**9**

950 [1]   1/16
982 [1]   3/22

**A**

a.m [3]   76/23 76/24
76/25
abbreviation [1]
66/10
ability [1]   61/8
able [21]   8/16
11/10 11/11 11/19
12/17 13/3 14/20
14/25 22/14 23/24
26/19 27/1 33/25
34/8 35/10 39/4

39/12 52/6 60/19
62/1 72/21
above [3]   37/8 42/1
78/5
above-entitled [1]
78/5
absent [2]   22/25
24/19
absolutely [3]
27/25 39/22 41/20
abundance [1]   43/9
accept [1]   15/16
access [31]   20/2
23/1 27/17 29/6
33/14 33/21 33/23
34/2 34/7 34/8 35/6
37/16 37/19 38/21
39/4 39/9 39/12
39/18 40/3 40/5
40/6 40/10 40/14
40/16 43/16 43/18
50/16 63/9 68/18
71/2 71/5
accessed [3]   20/21
41/2 70/25
accessing [3]   20/22
34/23 39/2
account [92]
accounts [38]   33/22
34/3 34/6 34/9
34/23 35/16 37/24
38/14 38/16 41/24
42/16 42/17 42/21
43/20 43/23 44/2
49/1 49/3 49/5 51/2
51/3 51/7 51/22
54/2 55/13 55/14
55/19 56/8 56/10
56/21 59/20 59/21
59/22 62/11 63/9
70/25 71/5 73/25
acquittal [1]   23/25
across [1]   14/14
Act [1]   11/14
Action [1]   1/3
actually [15]   12/2
15/11 19/7 23/7
23/17 29/22 36/15
36/18 41/2 43/9
47/1 49/16 68/12
71/15 76/3
addition [2]   22/21
45/2
address [6]   4/25
67/25 68/5 68/21
69/4 71/11
addressed [1]   23/8
addresses [3]   9/12
adds [2]   7/18 7/21
adjourned [1]   77/18
admit [1]   69/13
admitted [14]   2/15
2/17 2/18 2/19 2/20
2/21 2/22 28/15
28/16 28/17 35/12
35/14 69/17 69/18
admitting [2]   28/12
28/14
advance [3]   4/1 4/8

19/23
advocate [1]   23/5
advocates [1]   10/17
affidavit [1]   64/11
affidavits [1]   5/3
afford [3]   8/24
11/11 26/20
afternoon [7]   3/6
3/8 3/10 3/11 3/17
3/18 44/16
again [10]   11/15
12/9 13/25 14/6
19/11 19/21 19/24
46/15 58/24 60/5
against [1]   6/5
ago [6]   16/20 22/2
42/25 48/20 63/8
67/11
agree [1]   27/25
ahead [4]   6/16 46/2
57/19 76/15
AJ [1]   12/16
ALDEN [2]   1/15 3/8
Alex [10]   35/9
35/18 35/18 35/23
35/24 35/25 67/1
67/4 67/4 72/2
alleged [1]   4/18
allow [1]   65/25
allowing [1]   66/14
allows [1]   73/22
almost [1]   32/17
along [2]   3/13
75/14
Although [2]   16/13
21/3
always [4]   9/22
9/24 13/24 75/23
Amendment [1]   21/23
AMERICA [4]   1/3 3/3
51/12 52/19
American [1]   51/20
amount [29]   8/22
13/1 13/16 19/4
22/4 26/21 33/12
38/6 39/21 40/20
41/7 43/1 46/23
46/24 46/25 47/3
47/9 47/9 47/10
47/12 47/13 52/15
59/24 66/18 66/19
66/19 66/20 67/2
67/9
amounts [7]   20/1
35/18 36/17 38/5
38/10 42/22 49/4
analogy [1]   10/14
analysis [10]   5/6
9/12 9/21 13/4 14/7
19/22 20/5 20/18
21/16 72/20
and/or [2]   5/15
44/9
answered [3]   38/11
48/23 66/2
anticipated [4]
7/24 18/1 20/17
33/1
anticipating [1]
7/25

**A**

anymore [1]   50/20
appear [1]   58/19
appearance [2]   74/7
APPEARANCES [1]
  1/11
appellate [1]   10/16
application [1]
  3/14
appointed [7]   11/18
  11/18 11/19 12/8
  12/13 25/12 76/7
appointing [1]   27/4
appropriate [2]
  22/14 34/20
approval [1]   11/19
approve [1]   25/9
approximately [6]
  39/8 40/1 51/14
  53/10 61/11 66/6
approximating [1]
  33/11
April [9]   7/1 8/11
  17/19 17/25 51/12
  51/24 52/3 52/9
  64/3
April 2021 [3]
  51/24 52/3 52/9
area [3]   7/17 24/16
  24/23
argue [1]   28/2
arguing [2]   15/11
  21/13
argument [6]   25/18
  25/19 25/24 26/1
  73/2 73/3
arguments [1]   73/12
around [3]   13/20
  42/9 60/18
arrangement [1]
  24/7
arrangements [1]
  24/6
arrested [3]   63/21
  64/3 64/10
aside [4]   47/5
  47/20 53/13 67/16
aspects [1]   5/5
assertion [1]   5/22
assertions [1]
  41/18
asset [1]   53/14
assets [24]   3/19
  3/22 4/12 4/18 5/22
  16/7 16/11 20/7
  22/21 23/11 23/21
  25/21 33/15 33/15
  35/7 36/23 37/8
  44/12 46/10 50/12
  50/14 51/9 51/10
  53/9
assist [1]   3/20
assistance [1]
  45/12
assistant [1]   13/25
assisted [1]   44/21
associate [1]   28/7
assume [3]   51/21
  73/4 77/1

assuming [2]   27/16
  73/8
attachment [1]
  50/13
attack [1]   4/20
attention [7]   41/22
  46/7 69/22 70/3
  70/6 70/16 77/6
attested [1]   20/2
attorney [5]   17/2
  35/8 35/13 35/15
  67/6
attorney's [3]
  20/23 41/3 45/12
attorneys [5]   19/20
  43/17 45/10 51/20
  77/8
attributions [1]
  14/15
August [1]   17/20
AUSA [1]   3/6
availability [1]
  25/6
available [16]   3/20
  11/14 11/24 22/4
  25/3 25/11 25/12
  26/5 26/14 30/3
  30/6 30/16 35/12
  74/11 74/15 76/16
Ave [1]   1/16
Avenue [1]   1/24
avoided [2]   5/8 5/9
aware [7]   15/20
  46/10 56/25 65/7
  65/24 67/22 68/4
away [1]   18/24

**B**

B-I-S-Q [1]   61/20
back [14]   3/15
  14/17 26/2 27/4
  29/3 36/21 41/25
  47/24 57/20 57/24
  66/5 67/10 76/25
  77/16
balance [4]   49/19
  54/21 54/24 63/7
ballpark [2]   7/10
  19/24
bank [39]   33/11
  36/4 47/25 47/25
  48/2 48/4 48/6
  48/11 48/12 48/12
  48/21 49/1 49/5
  49/6 49/9 49/10
  49/11 49/13 49/15
  49/17 49/18 49/18
  49/20 51/1 51/2
  51/3 51/7 51/9
  51/13 51/14 51/20
  51/22 53/11 53/15
  54/14 54/17 54/18
  54/21 54/25
Bankruptcy [1]   1/23
based [7]   7/6 10/11
  14/9 18/6 18/17
  72/18 77/6
basic [2]   7/23
  35/19
basically [4]   8/15

8/20 14/10 39/24
basis [2]   15/12
  26/15
becomes [1]   44/10
becoming [1]   6/8
beforehand [1]   8/3
begin [2]   55/2
  61/10
believes [1]   24/22
bells [2]   17/8
  18/21
belongs [1]   14/12
below [8]   36/4 37/4
  37/21 38/14 38/15
  40/9 42/15 62/3
beneath [2]   37/20
  41/5
benefit [2]   73/21
  76/3
besides [2]   53/21
  66/25
best [5]   36/23 38/7
  40/1 43/4 61/8
better [3]   9/2
  41/18 42/20
beyond [4]   5/22
  5/24 5/25 72/1
big [1]   28/1
bill [2]   13/8 18/15
billing [3]   16/20
  16/22 17/2
Binance [5]   38/15
  38/16 38/17 56/4
  67/16
binder [2]   45/23
  58/3
Bisq [6]   61/19
  61/23 61/24 62/7
  62/10 62/13
bit [9]   6/22 9/11
  21/20 28/19 29/7
  60/14 61/7 62/18
  72/9
Bitcoaster [6]
  53/24 54/3 54/9
  54/15 54/18 54/22
Bitcoin [19]   9/13
  14/12 20/19 38/18
  39/8 39/25 40/9
  40/21 41/1 43/14
  43/25 57/7 67/25
  68/5 69/6 71/10
  72/25 73/6 73/7
Bitfinex [2]   39/24
  56/4
Bleutrade [3]   40/9
  40/22 56/5
blockchain [9]   7/15
  7/16 8/1 8/23 9/2
  13/3 13/4 19/22
  69/1
blockchain.com [2]
  56/13 56/18
blockchain.info [2]
  56/14 56/18
bono [3]   23/6 75/13
  75/15
book [2]   31/22 70/4
borrowed [3]   67/1
  67/2 67/9

borrowing [1]   72/2
both [3]   4/22 25/17
  54/12
bottom [3]   17/15
  17/16 17/16
Breadcrumbs [2]   9/7
  13/19
break [6]   51/23
  57/16 57/19 67/11
  67/12 75/3
brief [1]   23/9
bring [3]   7/25 8/4
  16/3
bringing [2]   75/6
  75/8
brings [1]   20/20
Brooklyn [1]   1/20
brought [1]   23/4
BROWN [13]   1/12 2/6
  3/7 15/10 25/19
  26/11 28/11 28/20
  29/4 44/6 57/14
  57/25 77/2
brute [1]   28/4
BTC [4]   39/15 63/1
  63/5 68/21
BTC-e [2]   63/1 63/5
budget [14]   6/25
  7/8 8/6 9/23 10/13
  12/11 15/4 15/6
  15/13 15/16 15/17
  17/2 21/18 28/9
budgets [1]   7/5
bullet [4]   61/17
  62/3 62/4 62/20
bullets [2]   62/20
  62/20
bullion [1]   36/9
burden [9]   5/1 22/7
  22/7 22/7 22/11
  22/25 24/2 28/21
  72/21
business [11]   37/22
  38/9 49/6 49/10
  49/11 49/12 49/23
  53/24 54/13 54/20
  54/23
businesses [2]
  53/21 54/7
buy [1]   33/6

**C**

call [7]   15/1 22/8
  33/25 52/14 56/1
  56/12 76/9
called [9]   9/7
  35/13 48/11 49/14
  53/24 57/12 58/11
  59/15 69/1
calling [2]   3/2
  8/20
calls [2]   10/16
  31/11
came [1]   73/7
can [55]   3/25 4/2
  4/8 4/15 5/2 5/4
  5/8 7/3 7/9 7/23
  9/10 9/15 12/5
  12/19 12/19 12/22
  13/14 13/20 15/24

**C**

can... [36]   17/10
18/23 28/2 29/6
29/8 30/1 30/22
31/2 31/7 33/4
33/19 34/16 34/19
38/22 38/24 39/9
40/6 40/10 41/20
41/25 42/16 43/4
44/12 46/2 49/5
56/12 60/21 60/22
61/6 61/8 64/1 71/3
71/3 73/22 75/17
75/19
**capable [3]**   77/8
77/11 77/13
**capacity [1]**   75/13
**capital [1]**   9/14
**Caplin [5]**   23/8
25/18 25/23 26/13
29/3
**car [3]**   34/3 34/3
34/4
**carefully [1]**   72/12
**carried [2]**   5/1
64/12
**carry [2]**   72/21
76/1
**carrying [2]**   63/22
64/9
**case [65]**   3/2 3/14
3/19 4/9 4/20 6/9
6/15 7/14 7/15 7/19
8/4 8/7 8/17 9/10
9/13 9/25 10/15
10/18 10/21 11/5
11/9 19/1 19/7
19/10 19/19 20/9
20/13 23/6 23/6
23/11 23/20 24/5
24/7 24/9 24/16
24/21 24/23 26/3
26/4 26/13 26/19
26/21 27/1 27/11
27/12 28/13 28/23
29/4 29/5 29/13
35/11 44/25 62/9
67/11 72/11 72/15
74/1 74/7 74/9 75/5
75/10 75/21 76/5
76/8 76/8
**cases [1]**   77/7
**cash [2]**   53/12
53/13
**cause [6]**   4/3 4/6
4/21 73/4 73/8 75/5
**caused [1]**   18/15
**caution [1]**   43/9
**certain [3]**   40/22
48/22 62/14
**certainly [6]**   19/18
20/10 25/23 40/16
54/24 75/9
**certify [1]**   78/4
**Chainalysis [3]**   9/4
9/7 13/19
**challenge [1]**   4/10
**chambers [1]**   22/20
**chance [2]**   25/16

72/13
**change [3]**   41/21
43/1 75/24
**changed [1]**   63/3
**changes [1]**   47/21
**charge [4]**   13/10
13/11 16/1 16/17
**charged [1]**   5/13
**charges [1]**   73/5
**cheap [1]**   9/25
**cheaper [2]**   13/9
21/20
**cheapest [1]**   13/25
**cheaply [1]**   9/24
**check [4]**   39/19
46/15 64/25 67/5
**checked [1]**   20/25
**checkup [1]**   34/4
**choice [7]**   22/13
23/2 23/23 27/15
27/18 73/15 73/23
**Chris [1]**   3/7
**CHRISTOPHER [1]**
1/12
**Circuit [1]**   29/1
**circumstance [1]**
5/13
**circumstances [5]**
11/21 11/23 74/7
74/10 74/12
**cited [1]**   23/9
**City [1]**   7/21
**CJA [11]**   11/20 12/5
19/4 19/17 25/3
25/6 25/8 25/10
74/10 75/4 75/17
**claiming [1]**   43/22
**Clarence [1]**   27/19
**clarification [1]**
55/12
**clarify [1]**   55/1
**clear [8]**   6/1 15/23
22/15 24/24 29/2
30/12 56/11 60/23
**client [1]**   29/2
**close [2]**   20/24
64/2
**closed [5]**   49/24
50/2 50/7 50/9 63/8
**cluster [3]**   14/9
14/12 43/23
**clustering [1]**   9/5
**co [5]**   74/8 74/17
75/13 75/23 76/7
**co-counsel [5]**   74/8
74/17 75/13 75/23
76/7
**Coinbase [1]**   14/12
**collection [1]**
60/25
**COLUMBIA [2]**   1/1
12/17
**column [2]**   70/7
70/7
**comment [1]**   27/14
**committed [2]**   4/3
4/21
**common [1]**   66/10
**commonly [1]**   69/1
**communication [1]**

36/8
**communications [1]**
22/19
**companies [5]**   50/19
50/21 54/5 54/10
54/11
**company [4]**   9/6
49/17 50/15 54/7
**competitor [1]**   9/7
**complete [2]**   19/24
28/13
**completely [1]**   51/6
**complex [1]**   7/15
**complicated [1]**
76/5
**computer [2]**   33/24
62/1
**conceivably [1]**
22/3
**concept [1]**   14/9
**concepts [1]**   9/5
**concern [2]**   72/14
73/12
**concerned [2]**   43/14
72/19
**conclude [6]**   4/25
11/25 21/4 21/5
21/5 21/8
**conclusion [1]**
74/19
**conduct [2]**   4/15
4/16
**confer [3]**   6/7
74/24 77/1
**confine [1]**   44/12
**confirm [1]**   15/15
**confirmed [1]**   75/4
**confusing [3]**   41/14
41/17 42/18
**connect [1]**   35/17
**connection [1]**   4/5
**considerably [1]**
19/3
**consideration [2]**
15/25 20/6
**consistent [1]**
73/23
**Constitution [1]**
1/24
**constitutional [1]**
21/21
**contact [4]**   35/2
35/17 49/23 50/20
**contacted [1]**   35/8
**contains [2]**   59/1
59/2
**contemporary [1]**
68/7
**contingency [1]**
24/13
**contingent [1]**   24/7
**continuation [1]**
74/21
**continue [1]**   57/25
**contribution [1]**
69/8
**contributions [1]**
67/23
**control [2]**   13/15
50/16

**conversation [2]**
12/15 76/10
**conviction [1]**   4/7
**convince [1]**   4/2
**cookies [1]**   21/24
**copied [2]**   59/5
61/3
**copies [1]**   31/25
**copy [1]**   7/5
**correcting [1]**
46/20
**correction [1]**
47/11
**corrections [2]**
47/6 47/20
**Corrine [1]**   3/13
**cost [4]**   7/21 10/12
16/1 17/17
**costs [8]**   5/7 5/8
5/8 7/19 10/7 11/15
15/17 20/17
**counsel [31]**   3/4
3/5 8/17 11/18
11/18 11/19 12/6
12/13 19/2 22/13
23/1 23/22 25/4
25/12 27/4 27/14
27/18 27/19 29/6
34/13 72/16 73/15
73/15 73/23 74/8
74/9 74/17 75/13
75/23 76/6 76/9
**counsel's [1]**   26/14
**count [3]**   49/6 49/7
54/19
**countries [1]**   51/4
**country [1]**   10/17
**couple [1]**   17/13
**course [2]**   26/1
46/16
**court [30]**   1/1 1/22
1/23 3/13 4/2 4/15
4/19 5/19 6/4 7/14
10/15 11/19 23/5
23/10 23/14 23/19
24/4 25/8 25/9
26/12 26/13 26/25
27/1 28/21 29/1
31/24 68/11 75/1
75/10 78/3
**Court's [4]**   6/23
23/8 62/17 77/6
**Courts [1]**   1/23
**cousin [3]**   35/25
67/1 67/4
**cover [1]**   11/14
**cr [1]**   1/4
**creative [1]**   73/22
**crime [1]**   4/5
**criminal [4]**   1/3
3/2 11/14 24/9
**cross [5]**   2/6 6/2
22/9 44/11 44/14
**cross-examination [3]**
2/6 6/2 44/14
**cross-examine [1]**
22/9
**crypto [15]**   29/23
30/14 38/14 41/23
42/16 42/17 42/21

**C**

crypto... [8]   43/2
43/10 43/11 44/2
56/21 70/25 71/6
71/16
cryptocurrencies [1]
65/25
cryptocurrency [19]
37/5 37/9 39/24
42/4 51/9 52/25
53/1 55/1 55/4 55/7
55/13 57/5 57/7
59/18 62/10 66/11
73/6 77/7 77/14
cuff [1]   19/24
currency [5]   51/13
53/9 53/14 53/16
59/17
custodial [8]   55/4
55/6 55/14 55/17
55/25 56/2 56/7
56/12

**D**

D.C [5]   7/20 8/2
29/1 35/12 74/16
Darrow [1]   27/20
data [6]   13/2 13/3
13/6 14/21 28/5
39/1
date [7]   5/3 8/22
61/15 65/11 68/8
68/9 78/10
day [8]   8/5 24/20
24/20 61/4 61/5
68/10 70/14 76/16
DC [4]   1/5 1/14
1/16 1/25
deal [1]   60/19
dealing [4]   19/21
72/16 73/16 76/4
debt [2]   24/12
24/14
December [7]   17/21
17/22 68/4 68/9
69/6 70/9 70/14
December 21st [2]
70/9 70/14
December 22nd [3]
68/4 68/9 69/6
decentralized [1]
65/19
decision [1]   23/8
declaration [19]
5/15 6/4 30/2 30/20
30/22 44/9 45/3
45/5 45/8 45/18
46/4 46/8 46/9 47/6
47/7 50/13 51/21
62/12 62/14
deductive [1]   14/17
defendant [18]   1/7
1/18 3/12 4/3 4/11
4/12 4/14 4/20 5/13
7/19 22/25 23/11
23/20 24/1 24/5
27/20 34/13 72/13
defendant's [10]
3/19 4/1 4/7 7/3

10/14 16/7 22/6
22/21 31/21 70/4
defendants [3]
23/23 24/2 69/22
defender [8]   12/10
12/16 33/20 74/5
74/9 74/17 74/23
76/6
Defender's [1]   77/3
defenders [1]   75/23
defense [23]   2/15
3/21 5/1 5/20 5/20
6/17 17/20 17/21
22/14 24/20 24/21
28/15 28/17 29/20
31/11 44/19 71/1
71/11 71/20 71/23
71/25 72/3 72/3
deficiencies [1]
16/6
define [1]   52/23
definitely [1]
12/22
demanding [4]   4/23
denied [1]   12/21
deny [1]   10/22
depending [2]   12/14
57/18
depression [1]
60/15
deprived [3]   23/1
27/18 27/20
describes [1]   29/5
deserve [2]   10/3
26/10
detail [1]   48/10
details [1]   35/21
determination [2]
4/9 4/21
device [1]   55/10
devices [3]   37/19
55/21 58/12
difference [1]   29/5
different [12]
14/14 14/14 17/16
24/13 42/24 42/24
55/9 59/23 60/16
60/21 61/6 62/15
difficulties [2]
39/2 60/17
direct [4]   2/5
15/21 31/19 71/15
directing [6]   41/22
46/7 69/22 70/3
70/6 70/16
direction [1]   14/4
directly [6]   23/7
36/4 38/20 40/8
40/24 42/15
disagree [3]   20/8
21/17 27/22
discharge [1]   19/12
disclosed [2]   20/21
30/1
disclosure [1]
22/18
discovered [1]   13/6
discovery [7]   13/8
13/11 15/4 15/7
18/15 18/17 28/3

discuss [1]   67/12
discussing [1]   12/2
dispute [1]   72/23
DISTRICT [5]   1/1
1/1 1/10 1/23 12/17
doc [2]   28/4 28/7
document [6]   32/3
32/5 46/5 61/16
62/8 62/18
DOJ [2]   1/13 1/15
dollar [6]   47/9
47/10 47/11 47/16
66/19 70/8
dollars [10]   16/10
16/12 17/9 29/21
29/24 30/14 32/20
40/1 43/2 70/23
Donate [2]   68/20
68/21
donated [1]   68/5
donation [2]   29/22
71/23
donations [3]   67/23
68/1 71/24
done [7]   7/7 8/21
9/16 12/19 12/20
32/2 35/1
door [1]   6/1
double [1]   19/6
doubts [1]   20/6
down [20]   8/2 18/16
21/9 22/2 22/3
23/15 37/25 40/25
41/23 43/3 60/21
60/22 61/18 62/18
62/20 64/15 64/18
64/24 66/6 73/13
draft [1]   6/25
drive [1]   43/7
Drysdale [5]   23/9
25/19 25/24 26/13
29/4
duration [1]   52/16
During [1]   67/12

**E**

e-discovery [3]
13/8 13/11 15/7
e-mail [1]   6/23
earlier [4]   46/19
47/2 50/11 70/20
earn [1]   66/15
easy [4]   11/3 28/8
33/14 33/21
eat [2]   10/7 11/6
Eclair [6]   38/15
38/16 38/20 39/11
56/24 57/1
effect [1]   73/14
effort [3]   10/4
27/7 27/10
eight [4]   13/21
16/20 16/23 41/1
either [5]   20/21
20/21 39/9 40/10
65/22
EKELAND [19]   1/18
1/19 2/5 2/7 3/12
17/18 17/24 18/3
18/14 18/23 23/3

24/11 24/15 25/16
25/17 28/18 74/3
74/23 76/20
Ekeland's [2]   18/6
18/18
electronic [1]
55/21
element [2]   25/7
45/11
ellipses [1]   23/23
else [13]   14/7
29/23 35/14 37/1
50/16 50/21 59/3
59/6 66/22 66/24
67/13 67/15 67/20
else's [3]   37/2
50/22 50/23
emergent [1]   7/16
empty [2]   48/8
62/15
end [14]   7/10 9/8
16/23 17/10 17/12
17/20 18/8 19/19
21/19 36/18 52/9
73/13 73/25 75/5
end's [1]   7/11
English [4]   6/13
58/14 58/17 59/13
enough [5]   6/7 16/8
17/5 24/10 40/8
enter [2]   13/17
52/7
enthusiast [1]
42/23
entirely [1]   9/19
entitled [3]   11/17
22/8 78/5
entries [4]   36/4
36/22 55/2 55/22
entry [3]   13/2 37/4
70/21
equivalent [1]
42/10
equivocation [1]
29/7
error [2]   27/18
27/21
especially [3]
43/16 43/21 59/3
establish [3]   28/23
35/17 73/11
established [2]
4/19 29/3
estimate [15]   15/17
16/5 16/8 16/11
16/24 17/2 17/3
17/19 18/2 18/19
18/19 22/20 30/19
38/7 47/16
estimated [1]   33/1
estimation [1]
54/25
ETH [2]   66/7 66/10
Ethereum [9]   41/1
57/8 66/11 66/12
66/13 66/16 66/18
66/18 66/19
ethical [1]   24/9
Euros [1]   53/18
even [17]   5/7 9/21

**E**

even... **[15]**   11/25
16/15 17/12 18/7
21/10 24/19 26/4
33/25 34/2 48/20
49/3 60/17 61/6
72/19 74/15
event **[2]**   23/25
26/4
everybody **[4]**   7/22
8/17 11/4 14/7
everyday **[1]**   60/18
everyone **[2]**   31/25
76/16
evidence **[12]**   2/15
2/17 2/18 2/19 2/20
2/21 2/22 5/14 5/18
28/12 28/17 69/19
exact **[2]**   43/4
47/15
exactly **[4]**   29/21
36/13 39/10 46/24
examination **[7]**   2/5
2/6 2/7 6/2 31/19
44/14 69/20
examine **[2]**   22/9
22/22
example **[6]**   16/16
23/4 35/20 55/16
55/17 72/22
exceed **[1]**   22/15
exceeds **[2]**   20/1
22/3
excellent **[1]**   11/2
excess **[1]**   16/17
exchange **[11]**   42/25
47/15 47/16 59/17
59/18 61/24 61/25
62/1 63/4 63/4
65/19
exchanged **[1]**   30/13
exchanges **[1]**   42/24
excuse **[4]**   6/21
42/12 49/20 69/23
exhibit **[30]**   2/14
2/15 2/17 2/18 2/19
2/20 2/21 2/22 7/3
28/12 28/15 28/16
28/17 31/22 32/1
44/19 46/2 46/10
46/16 58/3 59/25
60/7 63/19 64/14
66/6 68/12 68/12
68/13 68/25 70/4
Exhibit 10 **[2]**
59/25 60/7
Exhibit 11 **[2]**
68/12 68/25
Exhibit 2 **[1]**   46/2
Exhibit 5 **[3]**   63/19
64/14 66/6
Exhibit 7 **[1]**   58/3
Exhibit 8 **[2]**   68/12
68/13
Exhibit B **[3]**   32/1
46/10 46/16
Exhibit K **[3]**   7/3
28/15 28/16
exhibit list **[1]**

31/22
exhibits **[5]**   29/19
45/24 69/14 69/17
69/18
existed **[1]**   65/12
expanding **[1]**   24/16
expect **[1]**   13/16
expects **[1]**   67/10
expense **[2]**   13/13
18/8
expenses **[19]**   7/22
8/7 8/9 8/10 8/12
8/14 13/10 16/11
17/20 18/1 18/2
18/16 22/13 25/8
25/10 66/22 66/24
67/23 68/1
expensive **[2]**   7/18
28/6
experience **[8]**
10/12 14/1 72/16
73/15 75/22 76/4
77/7 77/14
experienced **[1]**
74/16
experiences **[1]**
75/22
expert **[13]**   3/15
12/24 14/2 14/4
15/13 15/18 15/20
18/3 28/24 74/12
75/7 75/8 76/19
expert's **[1]**   7/8
experts **[17]**   7/17
8/1 8/21 8/24 8/25
9/6 10/6 10/24
11/20 11/21 11/25
12/5 13/14 13/22
15/25 19/21 25/4
explain **[6]**   14/16
35/5 42/16 48/10
60/14 65/14
explained **[2]**   42/20
64/1
explains **[2]**   70/18
70/21
explore **[5]**   12/22
74/22 74/24 75/2
75/20
explored **[4]**   11/13
11/22 12/3 12/4
explorer **[1]**   69/1
exploring **[1]**   75/9
extended **[2]**   52/12
52/15
extent **[5]**   5/21
5/25 15/21 44/8
73/7
external **[1]**   14/18
extra **[1]**   18/8
extremely **[1]**   9/18

**F**

factual **[1]**   15/12
fair **[6]**   8/21 17/5
24/10 26/21 40/8
43/8
fairly **[1]**   19/21
familiar **[1]**   53/2
family **[6]**   33/25

35/2 35/9 35/17
40/17 66/25
far **[4]**   33/10 71/22
71/24 72/1
fashion **[2]**   20/14
74/13
favors **[1]**   8/20
federal **[9]**   12/10
12/16 74/5 74/9
74/17 74/22 75/23
76/5 77/3
fee **[4]**   13/14 24/7
26/14 26/14
feel **[1]**   15/14
feeling **[1]**   29/7
fees **[10]**   20/23
23/25 32/15 32/16
33/10 38/18 41/3
49/25 50/4 74/12
felony **[1]**   5/14
few **[3]**   17/7 67/11
75/22
fiat **[5]**   52/20
52/21 53/1 53/4
53/5
field **[1]**   77/9
fifth **[1]**   41/23
figure **[6]**   15/1
17/14 21/14 41/19
63/16 65/5
figures **[2]**   20/16
46/20
figuring **[1]**   65/17
file **[12]**   58/6
58/11 59/1 59/7
59/12 60/2 60/11
60/11 60/13 60/24
61/12 64/1
filed **[4]**   17/21
36/11 44/24 68/10
files **[3]**   33/21
43/17 43/18
filing **[2]**   22/19
68/10
final **[2]**   5/11
45/16
financial **[17]**   5/19
15/22 15/23 22/18
27/13 44/18 46/16
47/5 47/7 47/21
47/24 51/8 54/2
55/2 55/13 62/12
74/6
find **[4]**   8/16 11/7
23/24 71/3
finding **[2]**   11/12
11/17
findings **[1]**   73/8
fine **[5]**   14/24 31/2
38/11 75/18 76/21
firm **[8]**   16/17
16/22 18/19 24/18
71/5 71/16 71/17
74/14
firm's **[2]**   68/1
71/6
firmer **[1]**   29/11
firms **[1]**   20/9
first **[17]**   4/12
4/25 11/2 17/3

25/10 25/11 28/20
31/5 31/6 31/8
35/11 38/17 47/24
51/25 66/5 70/6
70/7
Fischbach **[6]**   3/15
8/19 9/10 75/2 75/6
75/7
fits **[1]**   17/14
five **[4]**   39/8 42/25
53/8 57/20
flat **[1]**   13/14
flight **[1]**   52/16
flip **[1]**   32/1
Floor **[1]**   1/19
fluent **[1]**   6/13
fluff **[1]**   10/10
fluffy **[1]**   10/13
Fog **[4]**   14/12 72/25
73/6 73/7
follow **[1]**   6/18
For the Defendant **[1]**
1/18
force **[1]**   28/4
foregoing **[1]**   78/4
forensic **[2]**   7/16
9/19
forensics **[4]**   7/15
8/1 8/24 9/2
forfeitable **[1]**   4/7
forfeited **[2]**   23/12
23/22
forfeiture **[4]**   4/4
4/22 24/2 73/25
forget **[1]**   43/1
forgot **[1]**   61/5
forgotten **[2]**   43/7
43/15
form **[3]**   5/14 57/5
57/7
formerly **[1]**   56/18
forth **[2]**   28/24
69/5
found **[2]**   13/9 59/2
four **[3]**   19/5 38/14
52/14
FPD **[1]**   77/8
free **[2]**   10/18 12/7
freezing **[1]**   20/3
friend **[1]**   35/9
friends **[2]**   35/2
66/25
front **[4]**   30/10
31/22 45/24 47/15
frozen **[3]**   30/17
30/18 72/24
function **[1]**   73/5
fund **[8]**   19/17 25/6
29/20 71/11 71/20
71/23 71/25 72/2
funded **[1]**   72/3
funding **[5]**   11/14
27/2 27/10 29/16
29/18
fundraising **[1]**
11/8
funds **[19]**   11/24
21/1 21/6 22/5 23/1
24/19 25/3 26/4
26/5 27/17 29/6

**F**

funds... [8]   35/11
44/10 49/22 62/2
73/7 74/10 74/11
74/15
further [5]   44/11
62/19 64/24 69/10
72/5
future [2]   8/9 24/2

**G**

gain [1]   33/14
gallery [1]   3/16
gave [2]   50/10
70/12
generally [1]   13/14
Germany [6]   48/7
48/9 48/12 48/21
49/18 49/20
gets [3]   22/17 23/2
28/6
given [2]   27/13
31/9
gives [2]   8/7 17/25
giving [2]   40/13
73/19
God [1]   31/15
goes [2]   16/3 24/5
gold [14]   36/5 36/5
36/9 36/12 36/16
36/16 36/22 36/23
37/1 37/3 37/4
46/21 46/21 51/11
Goldmoney [2]   64/16
64/21
Gonzalez [1]   27/16
good [9]   3/6 3/8
3/10 3/11 3/17 8/4
44/16 72/13 77/15
governing [2]   21/11
73/24
government [36]
1/12 3/5 3/7 3/25
4/2 4/7 6/3 6/5
6/18 13/7 14/21
22/8 22/9 23/12
23/21 28/22 29/21
30/13 33/19 36/8
37/10 37/12 37/16
37/17 38/24 38/25
43/18 43/22 45/23
46/11 53/4 69/13
72/20 73/1 73/12
77/2
Government's [24]
2/17 2/18 2/19 2/20
2/21 2/22 9/16
14/23 15/4 29/19
35/5 46/2 58/3
59/25 60/7 63/19
64/14 66/6 68/11
68/12 68/13 68/25
69/14 69/18
grab [1]   30/22
grand [2]   4/20 7/10
granted [1]   10/15
great [2]   10/18
43/16
grow [1]   66/18

growing [1]   24/20
grunt [2]   9/11
13/17
guarantee [1]   12/23
guess [15]   14/16
20/4 20/12 32/10
33/17 38/6 40/2
43/21 51/25 53/17
54/16 59/13 61/17
61/24 61/24
guessing [3]   14/11
33/5 39/16
guesswork [2]   14/8
14/15
guys [5]   35/3 36/15
40/13 42/7 71/21

**H**

hac [1]   3/14
half [4]   17/14
17/15 17/16 17/17
halfway [1]   66/6
hand [2]   15/25
31/12
handle [1]   26/4
handwritten [2]
63/22 64/9
happen [3]   9/23
10/24 74/19
happened [1]   4/8
happy [5]   8/6 9/1
28/9 74/3 75/1
hard [8]   9/9 9/22
9/22 33/17 34/5
35/20 43/7 61/13
harder [1]   33/1
hardship [2]   10/6
10/25
HASSARD [2]   1/18
3/12
have towards [1]
30/18
head [2]   30/10
60/22
heading [1]   62/18
hear [5]   23/17 38/3
67/8 70/19 73/10
heard [4]   68/3
72/18 73/2 73/2
hearing [9]   1/9
3/18 4/15 4/16 10/8
15/22 17/4 21/8
74/21
held [1]   28/21
Hello [1]   44/17
help [4]   31/15
34/23 51/18 60/16
helped [6]   35/3
35/3 35/16 35/16
35/17 35/21
helpful [2]   74/4
76/10
helping [2]   36/1
40/18
helps [1]   35/6
heuristic [2]   14/10
14/18
hidden [1]   32/25
high [4]   7/11 16/8
28/3 36/18

highball [1]   16/4
highballing [2]
16/14 18/20
higher [3]   16/23
19/3 46/23
highly [1]   72/15
hire [1]   12/13
holdings [1]   36/17
holds [2]   55/6 55/7
honest [1]   26/17
Honestly [1]   27/9
Honor [33]   3/6 3/8
3/11 6/10 6/19
15/18 16/2 16/18
17/1 20/15 21/12
22/6 22/17 25/5
25/14 27/3 27/6
28/1 34/22 41/20
44/5 44/7 57/17
57/21 66/1 69/10
69/12 69/16 69/23
72/6 75/2 76/21
77/5
HONORABLE [1]   1/9
HOOK [3]   1/22 78/3
78/10
hope [1]   33/4
hopefully [1]   8/18
hopes [2]   8/15 8/19
hoping [1]   23/24
hosted [2]   55/9
56/17
hour [4]   16/17
16/21 16/24 19/2
hours [5]   7/20 7/20
13/21 19/6 19/10
housekeeping [1]
69/13
huh [1]   62/24
hundred [4]   17/9
30/12 32/19 43/2
hundreds [1]   16/10
hung [1]   18/24
hurdle [1]   22/16

**I**

idea [2]   8/7 17/25
identification [1]
7/2
illicit [1]   27/17
imagine [1]   25/6
immediate [1]   29/18
immediately [3]
17/4 17/6 62/3
important [5]   8/17
23/6 24/22 75/10
75/21
impression [1]
12/25
incentive [1]   16/4
include [2]   51/22
53/17
included [1]   54/25
including [1]   18/20
inconsistencies [1]
16/6
inconsistency [1]
16/9
inconsistent [1]
17/13

incurred [2]   8/10
8/12
indicated [1]   50/12
indicted [1]   4/1
indictment [3]   4/19
43/24 73/5
indigent [1]   10/14
individual [1]
54/12
inductive [2]   14/10
14/18
indulgence [1]
62/17
information [6]
33/15 33/22 36/21
38/25 40/13 62/16
inquiry [1]   4/22
ins [1]   25/5
insight [1]   12/18
install [1]   62/1
instance [2]   9/3
14/9
institution [1]
55/20
intensive [2]   9/18
76/8
interest [2]   15/23
66/15
interested [1]
65/17
interesting [1]
14/5
interim [1]   77/17
intermediate [1]
64/13
internet [5]   33/24
59/2 59/6 61/2
68/18
interrupt [1]   34/12
into [22]   2/15 2/17
2/18 2/19 2/20 2/21
2/22 13/2 13/18
15/25 22/17 24/16
24/23 28/12 28/17
31/18 36/21 44/8
51/24 59/6 62/7
69/19
introductory [1]
5/12
involved [6]   3/23
3/24 8/7 16/1 19/20
71/19
involving [1]   77/7
issue [10]   4/4 4/18
9/2 11/12 17/19
26/15 44/11 72/17
77/10 77/12
issues [3]   31/7
73/16 75/3

**J**

jail [6]   7/19 32/8
33/16 35/19 35/19
40/16
January [4]   1/5
17/22 17/23 76/16
January 31st [1]
76/16
Jaxx [4]   40/24
56/24 57/1 70/16

**J**

Jeep [2]   32/22
32/24
JEFF [4]   1/22 3/15
78/3 78/10
JUDGE [3]   1/10
26/11 75/24
jumped [1]   17/7
jumping [1]   13/20
junior [1]   28/7
jury [4]   17/9 18/8
18/9 21/22
jury's [1]   4/21
Justice [1]   11/14

**K**

Kaley [1]   4/20
keys [2]   55/7 57/11
kind [6]   8/6 14/7
16/3 53/10 53/14
60/14
knock [1]   21/22
knocking [1]   22/1
knowledge [4]   36/23
67/20 69/8 71/16
knowledgeable [1]
77/9
known [2]   56/14
56/18
knows [2]   7/14
41/19
Kosiakov [3]   35/25
67/4 72/2
Kraken [8]   37/5
37/12 37/20 38/2
38/5 53/18 55/16
56/1
Kramer [1]   12/16
Kristin [1]   76/22

**L**

label [1]   60/8
labeled [2]   7/2
32/1
labor [5]   9/18
17/15 17/17 28/4
76/8
laborious [1]   28/8
laid [1]   20/16
large [1]   76/8
larger [2]   16/3
58/6
last [4]   7/7 17/22
64/25 69/12
lately [1]   14/1
later [2]   16/23
31/7
launched [1]   65/7
law [13]   1/19 10/1
10/20 16/19 20/8
24/3 24/16 35/15
71/16 71/17 72/11
73/24 73/24
lawyer [4]   12/13
12/14 19/12 76/7
lawyer's [4]   45/2
45/5 67/25 68/15
lawyers [16]   6/8
10/3 10/6 10/24

15/13 19/5 19/16
19/16 19/18 20/13
23/24 26/10 44/21
67/22 68/10 77/11
leading [4]   23/6
34/13 41/13 41/16
least [14]   8/2
11/15 12/17 16/21
19/13 20/5 22/4
25/4 51/7 53/8 73/1
73/9 73/21 76/5
leave [3]   27/11
34/18 64/13
left [5]   8/25 16/19
16/21 17/16 27/11
legal [22]   11/8
13/25 18/17 24/8
26/3 26/9 26/12
29/20 32/15 32/16
33/10 35/22 38/18
66/22 66/24 67/23
68/1 71/1 71/11
71/19 71/23 71/25
legally [2]   23/3
23/7
lends [1]   9/20
length [1]   8/3
lent [2]   66/14
66/20
less [5]   20/13
20/25 21/1 38/8
74/14
letter [1]   9/12
level [2]   9/20
21/10
life [1]   60/18
light [2]   21/11
74/6
likely [2]   5/7 21/1
limit [1]   26/22
limited [1]   24/3
line [1]   64/25
liquidate [1]   71/5
list [3]   7/23 31/22
47/25
listed [13]   32/23
37/8 37/21 38/14
39/25 46/9 49/3
50/17 51/8 51/9
51/10 55/13 56/24
listing [2]   16/7
43/8
lists [3]   32/11
33/11 38/21
litigation [8]
10/12 11/15 16/5
16/8 17/20 18/1
18/2 20/17
little [11]   9/11
21/20 28/19 29/7
41/14 41/16 48/10
60/14 61/7 62/18
72/9
located [4]   7/19
49/15 49/17 49/17
lock [2]   62/21
66/17
locked [2]   32/18
33/23
lodging [1]   8/2

logical [2]   15/8
65/13
logistics [1]   76/12
long [5]   7/25 16/15
19/1 33/25 43/14
longer [1]   57/14
look [12]   7/8 7/23
28/6 29/3 29/17
31/25 32/10 58/2
61/14 68/13 72/11
72/11
looked [2]   8/13
43/19
looking [14]   17/1
18/7 18/19 20/23
20/24 29/19 44/18
45/23 46/1 47/5
56/23 61/21 62/17
64/24
looks [10]   8/14
18/20 38/17 40/14
46/5 60/4 60/6 60/8
63/11 69/3
loose [1]   17/18
lose [2]   12/21
73/14
loses [1]   24/25
loss [2]   23/6 28/19
loss-leading [1]
23/6
lost [1]   43/7
lot [20]   8/20 9/4
9/11 14/8 14/15
18/4 18/5 18/8
18/12 34/5 35/5
35/21 42/23 42/24
43/3 51/9 59/22
59/22 61/6 64/12
low [11]   7/9 7/10
9/8 15/6 17/10
17/12 18/7 19/19
19/25 20/11 21/19
lowballing [1]
16/14
lower [3]   19/18
20/10 47/1
lowercase [3]   9/14
68/23 69/4
LTD [1]   37/21

**M**

magnitude [1]   5/7
mail [1]   6/23
main [1]   35/15
major [1]   13/13
makes [2]   4/14 73/1
making [2]   9/17
41/18
Maksim [6]   35/3
35/4 35/8 35/9 42/7
67/16
Malta [6]   49/17
49/19 49/20 54/11
54/14 54/18
manage [1]   71/5
management [1]   8/13
manages [1]   12/11
marked [1]   46/1
mask [1]   60/8
masked [4]   58/12

59/7 59/12 61/12
matching [1]   9/15
materials [2]   5/3
5/6
math [2]   20/15
20/23
matter [8]   10/1
10/2 10/20 16/9
16/9 16/10 27/19
78/5
matters [1]   10/2
Max [1]   36/9
maximum [2]   40/23
42/10
may [33]   5/20 6/19
12/14 12/15 12/17
12/18 12/19 21/3
21/4 21/6 21/10
21/19 23/23 24/4
24/12 24/12 24/14
24/15 30/22 31/17
51/3 54/14 57/13
57/25 59/5 69/23
69/25 70/1 73/13
73/14 73/25 74/13
76/11
maybe [18]   6/12
16/24 19/11 19/15
20/11 21/20 21/22
22/1 41/11 42/10
54/20 57/17 62/20
63/11 64/1 74/3
74/18 75/24
mean [28]   10/22
10/24 11/9 12/3
12/7 13/10 13/13
15/9 17/12 18/5
19/3 19/23 21/13
21/25 27/23 28/2
36/17 42/17 52/21
53/16 53/19 53/21
54/8 54/9 55/3
55/22 61/6 70/12
means [6]   18/13
21/24 24/1 24/18
44/2 53/4
meantime [1]   76/14
measure [1]   69/13
mechanism [1]   66/20
Meiklejohn [1]   9/3
memory [1]   58/9
mention [3]   35/20
36/25 51/19
mentioned [5]   18/14
28/2 42/22 56/1
57/2
mentioning [1]
43/21
message [1]   59/6
met [1]   14/23
method [1]   14/10
methodology [2]
9/20 14/18
MICHAEL [2]   1/18
3/12
microphone [1]
31/18
middle [2]   64/16
68/20
midway [1]   61/18

**M**

might [12]   11/14
21/25 24/1 25/3
42/18 43/14 61/1
61/2 61/4 74/6
75/13 76/3
million [2]   7/12
9/9
millions [1]   16/12
mind [2]   50/11
72/13
mine [1]   49/7
mines [1]   28/7
mini [1]   28/23
minimum [3]   19/11
19/15 72/8
minute [3]   22/2
48/20 76/20
minutes [4]   57/17
57/18 57/20 67/11
miscommunication [2]
36/14 36/20
missing [2]   5/5
20/18
misstate [1]   30/21
mistake [1]   9/17
misunderstood [1]
30/15
mix [2]   61/5 73/6
mock [2]   17/9 21/22
moment [2]   18/22
69/23
Monero [15]   20/19
41/5 42/5 47/8 47/9
47/13 57/1 57/2
57/2 57/5 57/13
62/21 70/18 70/21
70/22
money [52]   8/16
11/7 11/8 11/12
12/5 16/1 26/22
27/8 30/3 30/6
30/13 30/16 30/18
33/7 33/13 34/2
35/18 38/10 39/21
40/20 41/8 42/2
42/6 42/7 42/22
48/7 48/16 48/22
49/4 49/8 49/25
50/1 50/6 50/22
52/21 52/21 53/1
53/4 53/5 59/24
62/4 62/7 63/12
63/14 63/17 66/14
66/14 67/2 67/9
71/3 72/2 72/24
money hasn't [1]
33/7
month [3]   7/25
16/15 19/1
month-long [3]   7/25
16/15 19/1
Moon [14]   37/21
49/6 49/10 49/11
49/19 50/19 53/21
54/1 54/5 54/10
54/12 54/16 54/23
54/25
more [16]   5/10 9/21

18/4 28/9 28/10
36/18 42/11 42/13
46/25 48/10 49/9
60/25 62/4 64/5
72/12 73/10
morning [2]   6/25
12/3
MOSS [1]   1/9
most [3]   10/16 20/8
34/1
mostly [1]   34/13
mother [2]   34/4
37/2
mother's [1]   46/21
motion [6]   1/9 3/19
10/22 12/1 24/25
36/12
move [8]   5/2 34/4
38/1 38/4 51/2
63/12 63/17 69/13
moves [1]   4/11
Mr. [61]   5/16 5/21
6/6 6/11 6/24 8/19
9/10 11/17 15/10
17/18 17/24 18/3
18/6 18/14 18/18
18/23 20/2 20/20
22/4 22/23 23/3
24/11 24/15 25/16
25/17 25/19 25/20
26/11 28/11 28/18
28/20 29/4 29/25
30/9 30/23 31/11
31/21 36/3 38/7
44/6 44/9 44/16
50/10 57/14 57/25
58/2 58/4 66/23
70/3 72/2 72/23
73/14 74/3 74/6
74/23 74/25 75/2
75/6 75/7 76/20
77/2
Mr. Brown [10]
15/10 25/19 26/11
28/11 28/20 29/4
44/6 57/14 57/25
77/2
Mr. Ekeland [14]
17/18 17/24 18/3
18/14 18/23 23/3
24/11 24/15 25/16
25/17 28/18 74/3
74/23 76/20
Mr. Ekeland's [2]
18/6 18/18
Mr. Fischbach [5]
8/19 9/10 75/2 75/6
75/7
Mr. Kosiakov [1]
72/2
Mr. Nemtsev [1]
36/3
Mr. Sterlingov [23]
5/16 5/21 6/6 6/11
11/17 20/2 20/20
22/4 22/23 25/20
29/25 30/23 31/11
31/21 44/16 50/10
58/2 58/4 66/23
70/3 72/23 73/14

74/25
Mr. Sterlingov's [5]
6/24 30/9 38/7 44/9
74/6
much [23]   10/4 10/5
10/9 10/9 13/10
15/3 17/2 18/3
19/13 20/13 21/6
28/1 28/9 30/3 30/6
30/16 30/18 32/25
38/8 42/8 48/22
57/14 73/6
Mullin [1]   3/13
must [5]   4/15 49/24
49/24 50/2 50/7
Mycelium [4]   30/20
39/7 56/24 57/1
myself [2]   52/6
74/4

**N**

N26 [3]   48/7 48/11
48/12
name [9]   3/4 35/4
37/2 49/12 50/15
50/15 50/15 50/23
63/3
narrow [1]   4/23
national [4]   51/13
53/9 53/14 53/16
nature [4]   5/7
19/19 20/9 63/25
near [1]   68/19
necessarily [3]
23/10 23/20 66/19
necessary [1]   77/17
necessities [1]
35/19
Neck [1]   32/8
need [27]   4/13 4/14
4/25 5/2 5/9 5/23
6/17 6/25 8/24 11/5
14/15 15/15 15/19
21/2 21/10 23/15
23/16 26/15 29/3
29/10 37/19 38/23
40/5 41/11 57/15
72/11 73/10
needs [1]   5/19
neighborhood [1]
20/18
Nemtsev [4]   35/3
35/4 36/3 67/16
net [3]   30/9 32/7
70/13
new [6]   7/20 9/19
14/6 24/15 24/16
24/23
newly [1]   7/16
next [4]   3/14 39/23
61/5 64/25
nine [1]   46/8
nobody [2]   67/20
72/4
none [1]   37/8
Nor [2]   23/10 23/20
Nordea [5]   33/11
47/25 51/1 51/9
51/14
normally [1]   60/18

Northern [1]   32/8
note [2]   65/5 66/7
notes [17]   58/4
58/9 58/11 58/14
58/17 58/23 58/25
59/1 59/9 60/11
60/21 60/25 63/22
63/24 64/2 64/9
65/10
novel [1]   73/16
nuance [1]   21/10
number [8]   3/2 7/13
7/14 19/25 28/3
37/15 37/24 62/19
number's [1]   37/15
numbers [4]   7/9
18/5 19/23 28/2
NW [3]   1/13 1/16
1/24
NY [1]   1/20

**O**

oath [1]   67/7
objection [6]   28/12
28/14 48/23 66/1
69/15 69/16
obligations [1]
15/4
obvious [1]   29/18
obviously [3]   58/14
72/7 73/10
occur [2]   10/5 10/5
occurred [1]   74/2
OCD [1]   61/7
off [9]   9/13 9/15
19/24 21/21 21/22
30/10 38/1 38/4
57/23
off-the-cuff [1]
19/24
offense [5]   3/23
3/24 4/4 4/18 4/22
offer [1]   6/5
offering [1]   5/14
office [1]   74/11
officer [1]   26/25
Official [2]   1/23
78/3
often [2]   10/15
52/25
old [7]   41/23 42/16
42/17 43/15 56/21
62/10 64/10
older [2]   64/4 64/5
one [36]   7/14 8/4
9/12 13/20 14/24
14/24 15/8 15/19
16/23 19/9 21/7
24/3 28/3 28/8
29/11 31/9 41/25
43/6 46/20 47/8
47/13 49/5 56/20
58/12 60/20 61/4
62/10 68/9 69/12
69/23 71/5 72/22
74/2 75/21 76/5
77/2
ones [2]   8/10 13/22
only [18]   4/13 16/2
22/12 25/11 29/2

**O**

only... [13]   29/25
47/8 48/4 48/6 49/5
51/13 52/20 53/9
53/13 53/16 56/25
65/7 73/14
open [3]   34/15
35/16 64/23
opening [4]   6/1
18/10 18/10 18/13
operate [1]   60/19
operating [1]   50/4
operation [1]   54/8
opposed [1]   53/1
others [1]   66/25
otherwise [1]   21/17
ought [1]   4/24
out [32]   8/15 12/15
13/15 14/13 15/1
17/7 17/14 18/24
18/25 20/16 21/14
24/17 26/20 26/21
32/25 38/18 41/11
41/19 43/9 43/15
46/3 55/25 63/13
63/16 63/17 65/5
65/17 66/14 66/20
67/16 68/12 73/7
out-of-pocket [2]
8/15 26/21
outcome [1]   15/22
outs [1]   25/6
outside [5]   7/20
7/20 30/17 35/22
46/9
outstanding [1]
8/14
over [3]   16/20
50/16 66/2
overarching [1]
15/20
Overruled [1]   48/24
own [3]   13/3 59/1
73/11
owned [1]   32/13

**P**

p.m [4]   1/6 57/23
57/24 77/18
page [19]   2/3 2/14
23/9 37/25 39/23
46/8 47/24 59/13
59/14 61/16 61/17
61/19 64/14 64/15
64/16 64/24 66/5
66/7 70/6
pages [1]   32/2
paid [15]   8/18 8/18
8/20 10/3 11/1
23/25 24/13 24/15
26/10 29/13 32/20
33/8 38/18 41/11
67/15
panel [1]   25/8
pants [1]   19/16
papers [5]   9/5
12/25 35/5 36/8
72/18
paragraph [1]   46/7

part [14]   5/4 27/24
30/11 36/18 54/1
54/5 54/7 54/12
54/16 54/20 58/6
72/6 72/8 73/5
particular [4]
43/10 43/11 73/24
76/2
particularly [2]
5/16 9/10
partner [1]   16/16
party [4]   55/15
55/20 56/8 56/10
pass [2]   44/4 72/5
passed [1]   50/5
pasted [1]   59/5
pay [13]   11/6 11/20
12/14 24/5 25/4
32/15 41/2 67/10
70/25 74/11 74/16
75/4 75/17
paying [6]   66/22
66/24 67/8 67/10
67/15 67/20
payment [1]   29/23
payments [3]   19/17
29/25 71/16
PELKER [2]   1/15 3/9
Pennsylvania [1]
1/16
people [4]   12/12
40/17 52/25 60/16
percent [1]   30/12
perhaps [3]   13/1
25/17 72/2
period [2]   49/5
52/12
periods [1]   60/17
permit [1]   74/8
permitting [2]   4/4
4/22
person [2]   10/15
13/25
personal [1]   77/6
personally [1]
74/15
phase [1]   76/15
phone [7]   33/24
38/23 39/2 39/4
39/12 40/5 55/21
phrase [1]   53/17
phrased [1]   51/17
physical [2]   36/18
46/21
piece [1]   28/6
pieces [1]   51/24
pillows [1]   36/10
place [1]   25/11
placed [1]   24/2
Plaintiff [1]   1/4
planned [1]   52/13
planning [2]   52/11
52/20
plastic [1]   46/3
plate [1]   13/25
platforms [1]   14/14
plausible [2]   73/3
73/9
please [9]   3/4 6/20
6/22 25/25 31/12

31/18 56/15 63/10
68/13
PLLC [1]   1/19
plus [2]   20/19
20/19
pocket [2]   8/15
26/21
point [17]   4/15
9/17 14/20 16/3
20/3 22/11 23/2
25/13 26/16 27/21
28/22 28/25 29/8
72/12 72/19 73/20
74/20
pointed [1]   14/13
pointing [1]   68/19
points [3]   15/20
45/17 45/17
policy [1]   75/25
Poloniex [2]   39/14
56/4
pool [1]   66/14
portions [1]   10/23
pose [1]   34/19
posed [2]   25/3 26/8
position [1]   26/7
possessed [1]   51/14
possesses [2]   23/11
23/21
possession [1]
46/22
possibility [3]
11/13 23/4 74/2
possible [6]   9/25
54/11 56/19 56/20
63/12 73/6
practice [3]   16/19
18/25 35/15
predictable [1]
15/22
preface [1]   10/2
prefer [1]   15/8
preparation [3]
18/10 18/10 19/14
prepare [3]   20/14
22/14 58/25
prepared [9]   15/16
45/12 58/23 60/3
61/11 62/8 62/11
63/24 64/2
preparing [1]   44/21
present [2]   5/18
17/11
presented [1]   73/16
pretty [1]   52/12
prevail [1]   11/25
prevented [2]   23/12
23/22
previewed [1]   22/19
previous [1]   64/1
previously [1]
11/17
price [1]   33/2
prices [3]   20/25
43/2 68/7
printout [4]   60/2
68/14 68/15 69/1
prior [1]   22/9
private [4]   16/19
18/25 19/16 19/18

pro [4]   3/14 23/6
75/13 75/15
probable [6]   4/3
4/6 4/21 14/11 73/4
73/8
probably [9]   11/7
12/11 19/3 19/6
19/10 19/19 19/24
31/8 61/6
problem [4]   12/6
14/24 30/11 32/25
problems [2]   9/15
75/5
proceed [9]   4/24
6/16 6/19 25/1
28/19 34/19 44/8
69/25 70/1
proceeding [5]   5/14
6/24 28/22 44/9
76/15
proceedings [3]
6/12 77/18 78/5
proceeds [1]   27/17
process [7]   4/17
4/17 14/22 20/22
28/8 28/25 66/13
productions [1]
14/25
project [1]   61/19
prompts [1]   50/11
prong [3]   31/5 31/6
31/8
property [5]   3/23
3/24 4/1 4/4 4/6
proposition [1]
72/24
provide [2]   12/17
35/20
provided [4]   26/12
33/19 39/1 43/18
provisional [1]   7/7
public [10]   12/10
12/16 24/17 33/20
74/5 74/9 74/17
74/22 76/6 77/3
publicity [1]   24/18
pull [2]   46/2 68/12
pulled [1]   6/25
purposes [3]   17/11
26/24 31/4
pursue [2]   74/3
74/4
put [14]   7/3 24/17
25/20 28/22 28/24
32/7 36/21 42/19
43/20 43/24 46/23
62/4 65/5 74/14
putting [4]   3/14
5/19 62/7 66/13

**Q**

quality [1]   9/1
quarantining [1]
52/6
quarter [3]   9/9
17/15 17/16
quarters [2]   64/15
64/18
quickly [2]   13/15
46/1

**Q**

quite [1]   7/18
quoted [4]   8/5
  17/17 18/4 59/3
quoting [2]   9/8
  18/16

**R**

raise [3]   12/6 27/8
  31/12
raised [1]   17/19
raising [1]   24/18
RANDOLPH [1]   1/9
range [4]   20/10
  20/11 22/2 47/17
rate [5]   16/20 26/6
  47/15 47/16 75/17
rates [2]   16/22
  74/16
re [1]   34/3
re-register [1]
  34/3
reached [1]   74/19
read [6]   23/16
  45/15 45/16 45/16
  45/20 45/21
real [3]   5/6 10/9
  18/2
realistic [3]   19/9
  27/13 33/2
realistically [1]
  11/10
reality [1]   11/5
really [13]   10/19
  13/15 16/14 21/13
  21/14 26/19 33/17
  34/5 61/5 61/14
  67/18 71/18 75/10
reason [9]   16/2
  21/15 39/20 40/19
  41/9 42/20 42/22
  71/9 73/20
reasonable [7]
  15/17 16/25 19/15
  19/25 20/14 22/14
  74/11
reasons [2]   28/4
  72/8
recall [9]   31/7
  43/10 43/11 44/5
  44/11 58/8 61/10
  70/24 72/6
received [4]   6/23
  14/21 29/20 29/24
recent [1]   61/14
recognize [2]   32/5
  58/3
recognized [1]
  36/20
recommended [1]
  60/20
record [6]   3/4 6/12
  28/13 57/23 57/24
  78/5
Redirect [3]   2/7
  69/11 69/20
reduced [2]   26/6
  26/14
reenter [1]   74/7

refer [2]   35/23
  52/25
referring [1]   13/5
refers [1]   38/5
reflect [1]   8/12
regard [2]   6/9 76/2
regarding [1]   44/10
Regional [1]   32/8
register [1]   34/3
registered [2]
  42/25 51/20
registering [1]
  42/23
relationship [1]
  35/6
relatively [1]
  62/14
relatives [1]   37/2
release [2]   3/19
  4/11
released [2]   26/5
  62/22
relevant [7]   10/20
  10/21 23/3 23/7
  24/24 26/9 76/4
reliable [3]   18/6
  22/18 22/20
rely [3]   5/20 16/15
  40/17
remarks [1]   5/12
remember [6]   36/13
  42/8 43/20 48/21
  56/21 62/11
reminded [1]   61/3
remotely [1]   49/4
rent [1]   11/6
repeat [1]   56/15
rephrased [1]   51/18
report [1]   36/21
reported [1]   22/4
reporter [4]   1/22
  1/23 23/14 78/3
represent [3]   23/24
  35/10 43/12
representation [2]
  25/1 35/22
representations [1]
  18/18
representing [1]
  26/25
reputable [1]   13/11
request [1]   76/6
require [1]   72/16
required [1]   35/22
requirements [1]
  72/14
requires [2]   9/21
  14/18
requisite [2]   4/5
  4/14
research [1]   18/17
resembling [1]   44/1
residual [1]   49/22
resolves [1]   26/15
respect [16]   3/20
  4/16 5/1 5/10 5/19
  5/21 6/16 12/24
  15/12 20/15 21/17
  25/18 28/20 73/4
  73/8 77/3

respond [4]   18/23
  25/16 25/17 25/24
responded [1]   26/11
responding [1]
  26/24
responsibility [1]
  19/12
restate [1]   25/25
result [1]   73/13
results [1]   47/16
retain [2]   11/20
  11/24
retaining [1]   23/22
return [1]   74/21
review [3]   15/7
  28/4 28/7
reviewed [3]   5/2
  44/24 51/1
reviews [1]   32/3
revise [1]   7/2
right [81]
rights [1]   6/9
rigorous [1]   18/2
risk [1]   31/9
risks [1]   6/8
road [1]   73/13
roll [1]   5/9
ROMAN [7]   1/6 2/4
  3/3 3/12 31/19
  44/14 69/20
room [1]   1/24 15/13
  15/14 21/23
roughly [11]   20/19
  30/11 32/19 38/21
  39/8 39/15 39/25
  40/10 41/1 41/1
  41/6
row [7]   40/25 41/23
  42/5 42/15 43/12
  47/8 70/7
rows [1]   41/22
ruling [1]   73/19
run [3]   13/3 35/10
  49/22
Russia [4]   51/25
  52/2 52/19 53/8
Russian [4]   58/19
  58/20 58/21 58/22

**S**

safe [2]   46/24 64/7
salt [1]   28/7
same [9]   39/10
  39/24 54/7 54/8
  54/20 63/1 64/24
  69/4 71/10
Sarah [1]   9/3
satisfied [2]   72/14
  73/4
saw [2]   17/3 61/2
saying [11]   6/23
  10/9 10/17 14/11
  21/5 24/4 26/11
  29/5 40/25 74/18
  74/20
schedule [1]   76/15
science [1]   14/17
screen [1]   7/4
seat [1]   19/15
seated [1]   31/17

second [16]   4/16
  4/17 5/2 20/5 22/16
  29/12 32/2 38/2
  38/4 44/8 51/5
  54/14 59/12 59/14
  61/16 70/7
section [4]   3/21
  3/25 61/18 61/19
secure [3]   4/8
  13/12 27/9
seeing [4]   17/23
  60/15 60/24 60/24
seeks [2]   23/12
  23/21
seem [1]   21/18
seems [8]   16/4
  16/25 17/7 17/15
  18/12 18/18 19/18
  24/20
seize [2]   4/1 37/12
seized [14]   3/19
  4/11 21/1 23/1 29/6
  30/17 37/9 37/17
  37/18 37/18 38/24
  46/11 53/12 53/13
seizure [2]   3/22
  73/24
selection [2]   18/9
  18/9
self [1]   55/9
self-hosted [1]
  55/9
sell [3]   32/24 33/1
  37/3
seminal [1]   9/5
send [1]   35/18
sensitive [1]   9/14
sent [2]   18/15 39/1
separate [4]   43/20
  54/17 54/20 54/21
serve [1]   74/8
service [6]   55/4
  55/6 55/6 55/14
  55/17 56/2
services [2]   55/25
  56/7
serving [1]   75/13
set [1]   14/24
setting [1]   71/19
shared [1]   64/11
shave [1]   21/20
sheet [1]   7/3
shingle [1]   18/25
show [2]   22/12
  22/25
showed [1]   36/8
showing [6]   4/13
  4/14 7/22 20/7
  21/17 72/21
showings [1]   4/12
shows [1]   69/5
shut [1]   18/16
sign [1]   45/21
signed [5]   45/18
  45/20 45/21 46/4
  52/17
significant [6]
  13/16 16/6 33/13
  36/16 38/10 42/21
significantly [2]

**S**

significantly... [2]
  7/21 20/10
similar [1]   63/25
simple [1]   5/21
simply [2]   10/4
  12/12
single [2]   28/6
  71/22
sitting [1]   8/17
situation [2]   27/13
  39/10
six [1]   7/20
Sixth [1]   21/23
skilled [1]   19/2
sleeve [1]   46/3
sleeves [1]   5/10
slow [1]   23/15
slowly [1]   23/18
small [3]   35/18
  38/6 67/2
smaller [1]   51/24
software [7]   8/13
  56/23 56/25 57/10
  57/12 61/25 61/25
sold [7]   32/15 33/8
  38/17 41/2 41/6
  42/6 51/11
solemnly [1]   31/13
soliciting [1]
  67/22
solution [2]   73/22
  74/18
solutions [1]   73/18
somebody [7]   9/4
  14/13 14/16 37/2
  59/3 59/6 76/3
somehow [2]   38/25
  66/17
someone [4]   14/3
  18/25 29/23 68/5
sometime [1]   8/3
sometimes [1]   43/3
somewhere [4]   11/7
  11/13 42/25 47/17
sophisticated [1]
  19/22
sorry [20]   10/22
  23/14 23/19 30/5
  30/15 34/11 34/12
  38/1 38/3 41/13
  41/25 51/16 58/16
  60/5 61/15 62/17
  68/8 69/12 70/19
  72/25
sort [5]   9/4 19/15
  20/16 36/11 43/22
sound [1]   71/13
sounds [1]   65/13
source [2]   29/18
  44/10
sources [1]   29/15
space [1]   68/19
Sparkasse [1]   49/14
speak [3]   31/18
  58/21 58/22
specific [4]   60/8
  61/9 61/11 62/19
spend [3]   13/20

19/13 20/22
spent [1]   20/22
sphere [1]   24/17
spitball [1]   21/2
split [1]   54/6
stage [1]   44/8
stake [3]   15/22
  65/25 77/2
staking [3]   66/7
  66/13 66/17
stand [2]   25/20
  31/3
standard [1]   21/11
standing [1]   46/19
start [8]   6/17 6/24
  13/19 32/10 35/10
  38/15 41/22 55/25
started [2]   9/6
  44/8
starting [2]   3/4
  15/18
starts [2]   39/23
  68/21
state [2]   3/4 46/9
statement [15]
  18/13 30/9 32/7
  44/19 44/22 45/13
  46/14 46/17 47/21
  47/25 49/2 51/8
  55/2 55/14 70/13
statements [1]
  18/11
STATES [11]   1/1 1/3
  1/10 3/3 3/9 5/17
  27/16 52/7 52/8
  52/11 53/8
stay [3]   12/5 52/11
  52/13
stayed [1]   52/5
step [10]   4/16 4/17
  5/2 20/5 22/16
  28/20 29/12 31/9
  72/14 72/20
STERLINGOV [30]   1/6
  2/4 3/3 3/12 5/16
  5/21 6/6 6/11 11/17
  20/2 20/20 22/4
  22/23 25/20 29/25
  30/23 31/11 31/19
  31/21 44/14 44/16
  50/10 58/2 58/4
  66/23 69/20 70/3
  72/23 73/14 74/25
Sterlingov's [5]
  6/24 30/9 38/7 44/9
  74/6
stick [1]   17/10
still [14]   12/5
  12/6 14/22 21/7
  22/3 27/23 28/19
  29/7 31/5 31/6 34/6
  42/1 65/4 65/6
stipulating [1]
  20/16
stop [1]   15/9
stopped [1]   13/9
stops [1]   64/13
storage [1]   55/10
store [1]   57/10
stored [3]   30/13

37/1 58/11
strain [1]   74/14
strange [1]   71/14
street [3]   1/13
  1/19 26/20
stress [1]   72/10
strike [2]   10/13
  76/2
strikes [2]   73/3
  73/9
striking [1]   9/25
structural [2]
  27/18 27/21
structure [2]   54/10
  61/7
struggled [1]   60/14
studio [1]   53/22
subject [6]   3/22
  4/10 6/2 44/4 72/6
  73/25
submit [1]   8/6
submitted [5]   5/3
  45/2 45/4 45/5
  45/15
substantial [6]
  13/1 39/21 40/20
  49/3 49/4 59/24
substantially [2]
  20/1 26/6
sudden [1]   13/8
sufficient [1]
  73/11
summary [1]   18/6
superb [1]   10/16
superseding [1]
  43/24
supervision [2]
  14/4 25/7
supplement [1]
  17/21
supplemental [2]
  23/9 68/10
supplies [1]   21/24
support [1]   12/11
suppose [5]   10/19
  14/3 27/7 28/18
  74/20
supposed [2]   66/17
  66/18
Supreme [11]   4/19
  10/15 23/5 23/8
  23/10 23/19 24/4
  26/12 26/13 28/21
  29/1
sure [40]   5/16 5/23
  6/6 10/1 24/8 30/12
  31/18 35/14 36/19
  37/19 39/18 40/7
  41/8 42/1 42/7
  48/18 48/19 49/16
  50/8 50/9 50/19
  51/6 52/14 52/22
  56/19 56/22 57/4
  57/12 59/3 59/22
  60/13 61/13 64/4
  64/8 65/6 67/3 67/5
  67/8 76/1 77/11
surprised [2]   20/12
  67/18
surprising [1]

21/19
SushiSwap [8]   64/25
  65/3 65/7 65/11
  65/14 65/19 65/20
  65/24
suspect [2]   20/9
  74/10
suspicion [1]   12/10
Sustained [1]   66/3
swear [1]   31/13
Sweden [4]   32/13
  34/1 48/2 53/22
Swedish [1]   53/10
  53/15
sworn [2]   45/2 45/5

**T**

tab [2]   31/24 70/4
table [2]   8/17 11/4
talk [8]   8/1 9/6
  29/25 55/3 76/11
  76/19 76/25 77/16
talking [8]   7/17
  8/2 16/14 22/2
  35/24 36/3 36/9
  75/2
talking about [1]
  35/24
team [2]   24/20
  24/21
tech [1]   8/4
technical [1]   72/15
technology [3]   7/16
  72/17 76/4
teeing [1]   73/20
telephone [2]   10/16
  76/11
telling [1]   25/21
tentative [1]   72/10
terabytes [2]   13/6
  28/5
terms [1]   26/23
terms of [1]   26/23
Tesla [3]   32/11
  32/13 32/15
testified [4]   46/19
  47/2 47/14 47/15
testifies [1]   15/21
testify [1]   9/11
testifying [2]   5/15
  31/10
testimony [10]
  31/13 34/14 44/10
  48/15 50/2 51/12
  53/9 65/21 67/12
  72/19
the question [1]
  75/19
therefore [1]   24/3
thinking [5]   46/25
  57/15 60/18 72/10
  73/21
third [7]   40/25
  40/25 42/5 55/15
  55/20 56/8 56/10
thirds [1]   61/18
though [5]   15/15
  21/10 21/18 28/18
  72/15
thought [7]   29/21

**T**

thought... [6]
42/18 57/4 57/12
62/13 70/20 71/13
thoughts [4]   25/2
60/22 60/25 61/4
thousand [4]   17/9
32/19 40/1 43/25
thousands [2]   16/10
40/21
three [7]   39/8
52/13 52/13 52/20
64/15 64/18 66/2
three-quarters [2]
64/15 64/18
threshold [1]   22/7
thrown [1]   9/15
times [2]   60/17
66/2
titled [1]   70/8
to read [1]   23/16
today [14]   4/24
5/12 7/22 12/15
12/21 12/22 15/21
20/25 24/25 30/4
30/7 30/8 46/19
72/9
together [4]   5/20
17/14 32/8 45/9
told [1]   20/8
took [5]   32/17
33/25 34/2 34/5
67/11
top [13]   7/3 9/19
17/14 17/17 30/10
32/11 32/11 59/13
59/14 60/7 61/17
68/14 68/20
TOR [3]   1/18 1/19
3/11
total [2]   7/10 21/1
totally [1]   14/23
towards [4]   30/18
52/8 59/14 61/17
traceability [5]
21/8 21/9 28/24
72/22 73/11
traceable [2]   3/23
4/18
tracer [1]   13/18
tracing [3]   9/16
13/17 20/6
trades [1]   62/4
training [1]   52/16
transaction [2]
13/20 69/5
transcript [2]   1/9
78/4
transfer [2]   71/6
71/10
transfers [2]   71/10
71/16
traveled [5]   51/12
51/24 52/2 52/8
53/7
traveling [2]   52/1
64/12
trial [29]   4/1 6/5
6/25 7/1 7/5 7/11
7/24 7/25 8/3 8/3
8/13 9/22 9/24
16/15 17/8 17/9
19/1 19/2 19/5 19/8
19/11 19/13 19/14
21/22 22/9 22/13
24/22 34/13 34/17
trials [2]   7/6 7/6
tricky [1]   14/19
tried [6]   11/8
30/19 35/2 40/3
40/12 70/25
tries [1]   19/10
trouble [1]   11/8
true [3]   38/18 67/5
78/4
trust [1]   68/17
truth [4]   20/8
31/14 31/14 31/15
try [14]   9/24 11/7
11/9 13/14 13/24
20/13 26/18 27/7
27/9 29/9 40/17
51/23 61/8 62/21
trying [14]   19/7
19/19 21/14 32/24
37/3 49/22 60/16
60/19 63/16 64/23
65/5 70/24 71/2
73/17
turn [6]   31/24
59/25 63/10 63/19
66/5 68/11
turned [1]   32/25
turning [4]   7/16
59/12 61/16 64/14
two [28]   4/12 7/20
19/4 27/24 36/4
36/22 41/1 47/20
49/24 50/21 52/5
52/18 52/19 52/20
54/4 54/6 54/7 54/9
61/18 61/19 64/7
64/10 64/14 72/6
72/9 72/14 72/20
76/15
two-part [1]   27/24
two-thirds [1]
61/18
type [2]   45/10
72/16
typed [2]   45/9
45/10
typically [1]   12/11
typo [3]   9/18 70/21
70/22

**U**

U.S [4]   1/15 1/23
30/13 70/8
U.S.C [2]   3/21 3/25
Uh [1]   62/24
unable [1]   24/25
uncertainty [1]
9/20
under [12]   3/21
3/25 8/19 11/21
11/22 14/4 25/10
27/16 36/9 67/7
74/10 74/12
underneath [3]
32/22 38/20 39/7
understandable [2]
15/24 16/5
understood [2]
21/12 68/19
underwear [1]   35/20
unfrozen [1]   21/6
unhappy [1]   8/25
unique [1]   7/13
Uniswap [6]   65/1
65/3 65/21 65/22
65/23 65/24
UNITED [11]   1/1 1/3
1/10 3/3 3/9 5/17
27/16 52/7 52/8
52/11 53/8
unknown [3]   38/5
42/19 42/19
Unless [1]   12/8
unusual [4]   5/12
16/16 19/3 19/4
up [24]   5/9 6/18
7/3 7/22 14/1 14/17
16/3 18/17 23/4
26/2 29/20 32/18
33/23 34/18 35/5
37/8 43/2 51/24
52/17 60/23 71/19
73/13 73/20 73/22
updated [1]   8/6
upload [2]   14/21
14/25
uploading [2]   13/3
13/7
upon [2]   4/7 17/6
upper [2]   61/18
61/19
uppercase [2]   68/23
69/5
USAO [1]   1/13
USAO-DOJ [1]   1/13
use [6]   7/6 13/24
15/8 33/17 57/10
71/11
used [3]   11/20 41/9
69/1
using [1]   13/18
usual [1]   74/16
Usually [1]   25/11

**V**

vague [1]   66/16
Vaguely [2]   58/5
58/10
validation [1]
14/19
value [9]   21/1
32/23 40/23 43/4
46/20 47/3 47/17
70/8 70/22
valued [1]   39/9
values [2]   70/12
70/13
various [8]   41/23
42/16 42/17 44/1
51/4 56/20 60/22
62/10
vehicles [1]   51/11
vendor [3]   13/8
13/11 18/15
Ventures [5]   53/25
54/3 54/15 54/18
54/22
version [2]   28/23
45/16
via [1]   23/25
vice [1]   3/14
views [1]   77/4
virtual [1]   59/17
VirWoX [4]   59/15
59/17 59/20 59/21
voice [1]   6/21
voluntarily [1]
8/19
VPN [14]   37/22 49/6
49/10 49/11 49/19
50/19 53/21 54/1
54/5 54/10 54/13
54/16 54/23 54/25

**W**

Wall [1]   1/19
wallet [8]   9/12
9/13 13/18 43/24
55/9 56/17 57/2
71/11
walletexplorer.com [1]
69/2
wallets [5]   42/24
43/15 55/20 56/23
56/25
wants [1]   15/11
war [1]   21/23
Washington [4]   1/5
1/14 1/16 1/25
way [16]   4/24 5/4
5/12 11/23 17/3
21/7 29/11 40/6
40/16 43/4 51/17
61/7 61/18 64/15
70/8 77/2
ways [1]   5/18
website [3]   29/20
68/1 68/15
websites [1]   59/23
week [3]   3/15 19/6
19/10
weeks [8]   19/5 52/5
52/13 52/14 52/18
52/19 52/20 53/8
weight [1]   76/2
welcome [3]   25/20
25/22 30/24
weren't [2]   71/19
74/15
WEX [6]   62/21 62/25
63/1 63/5 63/8
63/13
what's [14]   5/6
9/18 9/23 14/5 18/4
20/18 32/1 39/16
40/2 41/15 46/1
49/19 54/21 63/7
wherever [1]   71/3
whistles [2]   17/8
18/21
who's [3]   3/13
19/12 23/5
whole [3]   14/9

| W | 41/10 47/9 47/10 |
|---|---|
| | 49/21 54/24 70/23 |

**W**

**whole... [2]**  31/14
33/23
**whomever [1]**  27/20
**willing [4]**  23/5
23/24 74/6 75/11
**willing to [1]**
75/11
**wise [1]**  31/8
**withdraw [2]**  29/14
62/21
**without [4]**  27/1
29/6 73/1 73/11
**witness [10]**  2/3
6/8 7/8 18/3 22/8
22/9 32/3 41/17
41/19 44/4
**witness' [2]**  42/1
57/18
**witnesses [2]**  12/25
73/3
**word [3]**  29/4 59/15
64/16
**words [1]**  59/13
**work [13]**  8/22 9/1
9/21 10/3 10/4 10/5
10/9 13/1 13/2
13/17 15/7 15/9
19/23
**workable [1]**  74/18
**worked [2]**  9/4
60/23
**working [3]**  12/7
33/20 74/17
**works [1]**  19/10
**workshop [1]**  17/8
**world [2]**  50/22
52/25
**worst [1]**  60/16
**worth [8]**  13/6 30/9
32/7 34/18 41/1
43/21 70/13 75/9
**write [2]**  60/21
60/22
**writing [1]**  18/12
**wrong [2]**  21/15
57/13
**wrote [3]**  9/5 45/8
59/10

**X**

**XMR [1]**  41/7

**Y**

**year [7]**  7/1 17/21
17/22 17/23 17/23
32/17 64/5
**years [9]**  7/7 16/20
16/23 42/25 49/24
50/21 63/8 64/7
64/10
**yesterday [2]**  6/23
14/13
**York [1]**  7/20
**you have [1]**  63/5

**Z**

**zero [10]**  29/21
29/24 39/15 41/7