UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

ROMAN STERLINGOV,

*Defendant*.

Case No. 21-CR-399

## Motion to Withdraw Counsel Marina Medvin

Undersigned counsel assisted Defense Counselors Tor Ekeland and Michael Hassard in entering their appearance on this case pro hac vice in March of 2022. One year later, in March of 2023, the Court formally appointed Mr. Ekeland and Mr. Hassard to represent the defendant. *See* ECF No. 118.

Undersigned counsel's local counsel services are no longer needed for this matter. Accordingly, counsel moves to withdraw.

Respectfully submitted,

_____/s/_____
Marina Medvin, Esq.
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

      I hereby certify that on Friday, May 19, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                      /s/
                          Marina Medvin, Esq.