**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 21-cr-399 (RDM)** |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant.** | : | |

**SUMMARY OF QUALIFICATIONS AND EXPECTED TESTIMONY FOR**
**VALERIE MAZARS DE MAZARIN AND MATTHEW ST. JEAN**

The government intends to call electronic evidence specialists Matthew St. Jean and/or Valerie Mazars de Mazarin to testify at trial. The government is determining the scope of Mr. St. Jean's testimony in relation to that of Ms. Mazars de Mazarin, including whether the testimony will be handled by one witness or two. The government submits that Mr. St. Jean and Ms. Mazars de Mazarin are both highly qualified to discuss the topics set forth below.

**MR. ST. JEAN'S BACKGROUND**

Mr. St. Jean is a Special Agent and Computer Investigative Specialist at the Internal Revenue Service (IRS) – Criminal Investigation, and has been so employed since 2009. Prior to his role with IRS, Mr. St. Jean worked as a Computer Forensic Agent with the U.S. Department of State, and previously as a forensic consultant in the private sector. Mr. St. Jean holds multiple computer forensics certifications, including certification as a Certified Forensic Computer Examiner (CFCE). Mr. St. Jean has particular expertise reviewing electronic evidence tied to cryptocurrency and is considered an IRS subject matter expert for virtual currency, virtual currency-related forensics review, and virtual currency seizures. Mr. St. Jean has been recognized for his considerable accomplishments through numerous awards, including a 2020 award from IRS for cryptocurrency support to the field. Mr. St. Jean's additional training qualifications and

certifications are detailed in his curriculum vitae, which has been provided to defense counsel and is incorporated into this notice by reference.  Mr. St. Jean has not authored any published articles in the past 10 years, and he has not testified at trial or by deposition in the past four years.

## MS. MAZARS DE MAZARIN'S BACKGROUND

The government intends to call computer forensic examiner Valerie Mazars de Mazarin to testify at trial.  Ms. Mazars de Mazarin has worked with the FBI since 2018, performing cyber forensic analysis of digital evidence.   In April 2023, Ms. Mazars de Mazarin moved to a senior role in the Department of Health and Human Services, where she now works in the Office of the Inspector General.  Ms. Mazars de Mazarin continues to be affiliated with the FBI and is a member of the FBI's Washington Field Office Cyber Task Force.  Ms. Mazars de Mazarin works on cyber criminal intrusion matters and supports investigations through technical analysis, cyber research, and custom tool development.  Ms. Mazars de Mazarin has experience triaging malware and writing tools to parse large datasets and facilitate review of evidence in cyber cases.  She also supported the FBI Washington Field Office by configuring secure and anonymous setups for sensitive online operations, and is highly familiar with Tor, proxies, and VPNs.  Prior to her work with the U.S. Government, Ms. Mazars de Mazarin worked as a technologist and analytical tool developer for Booz Allen Hamilton and as a solutions architect at Honeywell.  She has a Bachelor of Science in Computer Science from Georgetown University and is proficient in numerous programming languages, including Python, bash, C/C++, R, JavaScript, SQL, and Visual Basic/VBA.  She holds multiple cybersecurity certifications, including GIAC Reverse Engineering Malware (GREM) and GIAC Security Essentials Certification (GSEC).

Ms. Mazars de Mazarin's additional training qualifications and certifications are detailed in his curriculum vitae, which has been provided to defense counsel and is incorporated into this

notice by reference.  Ms. Mazars de Mazarin has not authored any published articles in the past 10

years, and she has not testified at trial or by deposition in the past four years.

## AREAS OF TESTIMONY

Mr. St. Jean and/or Ms. Mazars de Mazarin are expected to provide testimony about the

government's examination of devices seized from the defendant and other electronic evidence

relevant to this case.[1]   Mr. St. Jean and/or Ms. Mazars de Mazarin are expected to identify

particular data that the government viewed and extracted from those devices.  Mr. St. Jean and/or

Ms. Mazars de Mazarin are expected to explain the metadata associated with certain files and

related significance to the investigation.   Additional information regarding the government's

computer forensic findings are included in Mr. St. Jean and Ms. Mazars de Mazarin's reports,

which have been provided to defense counsel in discovery or are being so provided

contemporaneous with this filing, and are incorporated into this notice by reference.

Mr. St. Jean and/or Ms. Mazars de Mazarin will explain the nature of the various electronic

devices seized from the defendant, including the unusual modem device, the Raspberry Pi

microcomputer, and the many SIM cards.  Mr. St. Jean and/or Ms. Mazars de Mazarin are also

expected to explain certain scripts, code, and software found on the defendant's devices.  Mr. St.

Jean and/or Ms. Mazars de Mazarin will explain PGP keys and encryption, and will testify to the

use of Tor, proxies, virtual private networks (VPNs), and other tools and techniques used to

conceal one's location or identity online.  Mr. St. Jean and/or Ms. Mazars de Mazarin will provide

testimony regarding how websites are set up and hosted and how user traffic is routed over the

---

[1] Both Mr. St. Jean and Ms. Mazars de Mazarin performed independent analysis and review of various pieces of evidence in this matter.  Information originally found or reported by Mr. St. Jean may be presented through the testimony of Ms. Mazars de Mazarin, or vice versa.  The testifying witness will review and adopt or otherwise verify the findings and will have an appropriate basis for the testimony, as set forth herein.

Internet, including the use of IP addresses.  Mr. St. Jean and/or Ms. Mazars de Mazarin will explain how IP address blocks are assigned and how IP addresses are allocated across hosting providers, and will testify regarding IP address geolocation.  Mr. St. Jean and/or Ms. Mazars de Mazarin will testify regarding IP addresses used by the defendant and will testify regarding the government's analysis of those IP addresses and overlap across accounts.

Mr. St. Jean and/or Ms. Mazars de Mazarin are also expected to explain certain other scripts, code, and software found on the defendant's devices.  This will include testimony regarding the government's review of the defendant's command line history, which includes commands related to network configurations, and initiating log-ons with root access to a .onion server.  Mr. St. Jean and/or Ms. Mazars de Mazarin will explain the function of those commands.  Mr. St. Jean and/or Ms. Mazars de Mazarin will also testify regarding the defendant's use of the Bitcoin Core client and evidence of the defendant sending bitcoin transactions through the command line, and will explain the purpose of such activity.  Mr. St. Jean and/or Ms. Mazars de Mazarin will essentially serve as a translator, explaining technical terms, computer code, programs, metadata, or technical details to the jury.

Mr. St. Jean and/or Ms. Mazars de Mazarin will provide testimony explaining cyber concepts and terms.  The defendant wrote notes to himself with technical details regarding his work configuring different devices and concealing his activity.  Much of these notes use technical terms and references to actions on a computer that are familiar to individuals such as Mr. St. Jean and Ms. Mazars de Mazarin, but which would not be understandable to a lay jury without explanation.

For example, in a file titled "info-settings," the defendant wrote (translated from Russian into English), "Until it works, maybe you'll have to add these discs inside the Windows machine?

. . . Or remake these drives into a regular Linux disk?," and, "On local policy MMC configuration add the new user group to  the 'Access this computer from the network'(Win7) (or some s*** like that) policy. (Need to have a special group otherwise even if the Users group is removed, windows still lets him log in interactively.)"   In handwritten notes in Russian, the defendant discusses needing to establish a static IP, and asks himself, "Do we need a dhcp service, at least for the VPN?" and remarks that it needs to be tested first.   In another note, the defendant asks himself how the UDP is not working, and wonders how he can reinstall UPS in BunkerX.   He discusses changing the address in the UDP speeder client and opening new ports in BunkerX.   In yet another document, the defendant discusses needing to insert a SIM card and set up a VPN and then says he can test 168.12 and 168.11 WAN8 MV-4 MV-2 wlan6 first.   There are many notes about setting up and configuring VPNs and proxies, as well as files containing references to other technical concepts.   A lay jury would benefit from Mr. St. Jean and/or Ms. Mazars de Mazarin providing context and explaining the meaning of the defendant's many notes and files containing references to technical terms.

Respectfully submitted,
MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov

---

### Witness Attestation

I, Matthew St. Jean, have reviewed and approve the contents of this filing.

| | |
|---|---|
| *[signature]* | May 17, 2023 |
| Matthew St. Jean | Date |

---

### **Witness Attestation**

I, Valerie Mazars de Mazarin, have reviewed and approve the contents of
this filing.

_____          May 17, 2023
                                          _____

Valerie Mazars de Mazarin                        Date