UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-399 (RDM) |
| | : | |
| **ROMAN STERLINGOV,** | : | |
| | : | |
| **Defendant.** | : | |

## SUMMARY OF QUALIFICATIONS AND EXPECTED TESTIMONY FOR THEODORE VLAHAKIS

The government intends to call Theodore Vlahakis to testify at trial. Mr. Vlahakis is a Senior Compliance Officer in the Enforcement Division of the U.S. Department of Treasury's Financial Crimes Enforcement Network (FinCEN). Mr. Vlahakis has worked at FinCEN since 2009 in multiple roles that have developed his expertise in the statutes and regulations that FinCEN is responsible for enforcing to safeguard the financial system from illicit use, combat money laundering, and promote national security. Mr. Vlahakis serves as a FinCEN subject matter expert on financial institutions' registration, recordkeeping, reporting, and program requirements to comply with the Bank Secrecy Act (BSA), the USA PATRIOT Act, and other relevant statutes and regulations enforced by FinCEN. Mr. Vlahakis is responsible for advising senior FinCEN management on enforcement actions and strategy, examining filings submitted by financial institutions, and reviewing FinCEN enforcement decisions and informational materials. Mr. Vlahakis regularly represents FinCEN before other federal agencies, industry groups, and foreign officials, and conducts trainings and presentations about FinCEN's authorities and regulatory requirements. Mr. Vlahakis performs detailed Suspicious Activity Report (SAR) analyses and has overseen Currency Transaction Report (CTR) processes. Prior to his current position, Mr. Vlahakis served as the Chief of FinCEN's Resource Center where he oversaw FinCEN's

1

Regulatory Helpline, which provides basic and interpretive guidance for inquiries received from industry, regulators, and law enforcement regarding BSA regulations, reports, and published rulings. Mr. Vlahakis also served as a BSA Resource Specialist at FinCEN, where he provided guidance regarding SAR filing requirements to financial institutions, advised money services businesses (MSBs) of their anti-money laundering program requirements, and conducted outreach to potentially unregistered money services businesses to assist the with their registration, reporting, and recordkeeping requirements. Mr. Vlahakis' additional qualifications, training, experience, and certifications are detailed in his curriculum vitae, which has been provided to defense counsel under separate cover and is incorporated into this notice by reference.

Mr. Vlahakis will provide testimony about FinCEN's role and responsibilities to oversee and enforce federal anti-money laundering laws and rules. Mr. Vlahakis will describe the BSA and its related regulations, their purpose, and how they govern money transmitting and work to combat criminal activity. Mr. Vlahakis is expected to explain what MSBs and money transmitters are, how those entities must register with FinCEN, and why these registration requirements exist. Mr. Vlahakis may also provide an overview of MSBs' additional state-imposed registration requirements. Mr. Vlahakis will provide testimony describing the types of records MSBs must keep, what reports they are required to file, including SARs and CTRs, and how these reports help advance anti-money laundering efforts. Mr. Vlahakis is also expected to testify about other anti-money laundering compliance requirements that MSBs must implement and what resources exist to help MSBs comply with their FinCEN-enforced obligations.

Mr. Vlahakis is expected to testify about how the BSA and other federal laws and regulations enforced by FinCEN apply to certain entities handling cryptocurrency transactions. Mr. Vlahakis will provide testimony about how U.S. federal anti-money laundering laws and

regulations apply to MSBs located abroad that conduct transactions with U.S.-based customers. Mr. Vlahakis will also testify that Bitcoin Fog was not registered as an MSB with FinCEN and that FinCEN did not receive any reports from Bitcoin Fog regarding any transactions or suspicious activity.

Mr. Vlahakis is being noticed here due to his specialized knowledge. He will not be asked to opine as to whether Bitcoin Fog should have registered with FinCEN and/or whether the defendant violated the law by failing to register. That issue will be left to the court in its jury instructions and to the finder of fact.

Mr. Vlahakis has previously testified at trial in the following matters:

- U.S. v. Barakat et al. (trial of Abdulrahman Khwaja), 2:18-cr-292 (E.D.N.Y)
- U.S. v. Mukarram, 19-cr-772 (D.N.J.)
- U.S. v. Ian Freeman et al (trial of Ian Freeman), 21-cr-041 (D.N.H.)
- U.S. v. Dimitre Hadjiev, 19-cr-548 (E.D. Pa.)
- U.S. v. Goklu, 19-cr-386, (E.D.N.Y.)
- U.S. v. Rasulov et al (trial of Djonibek Rahmankulov), 20-cr-653 (SDNY)
- U.S. v. Jason Williams & Nicole Burdett, 20-cr-055 (E.D. La.)
- U.S. v. Randall Crater, 19-cr-10063 (D. Ma.)
- U.S. v. Martins et al. (trial of Olufolajimi Abegunde & Javier Luis Ramos Alonso) 2:17-cr-20238 (W.D.T.N.)
- U.S. v. Luis Diaz Jr. and Luis Javier Diaz, 17-cr-00077 (S.D.N.Y.)

Mr. Vlahakis has not authored any publicly published works in the past 10 years.

3

                    Respectfully submitted,
                    MATTHEW M. GRAVES
                    UNITED STATES ATTORNEY
                    D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        C. Alden Pelker, Maryland Bar
        Trial Attorney, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007
        Catherine.Pelker@usdoj.gov

---

**Witness Attestation**

I, Theodore Vlahakis, have reviewed and approve the contents of this filing.

_____      05/16/2023_____
    Theodore Vlahakis                                  Date