UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-399 (RDM) |
| : | |
| ROMAN STERLINGOV, : | |
| : | |
| **Defendant.** : | |

## SUMMARY OF QUALIFICATIONS AND EXPECTED TESTIMONY FOR SARAH GLAVE

The government intends to call Sarah Glave to testify regarding Mr. Sterlingov's financials.  Ms. Glave is a forensic accountant employed by Deloitte Financial Advisory Services LLP as a contractor assigned to support the Internal Revenue Service's Cyber Crime Unit.  Ms. Glave is contracted to perform financial analysis for third-party money laundering (3PML) investigations — that is, professionalized money laundering committed by individuals or entities such as financial gatekeepers — particularly those related to cyber crime.  Ms. Glave has experience analyzing financial and business records, including through her work investigating money laundering networks and identifying links between other known and unknown targets, entities, financial accounts, and assets.   She is versed in both traditional financial transactions and cryptocurrency.

Ms. Glave holds Bachelor's and Master's degrees in Accounting, and is a Certified Public Accountant with the Virginia Board of Accountancy and a Certified Fraud Examiner. Prior to her work with Deloitte, Ms. Glave worked as an auditor with KPMG, leading a staff in support of the external audit of a federal agency and its component entities, as well as leading two performance audits.  Ms. Glave has developed and delivered training to forensic accountants on techniques for supporting law enforcement investigations.  Ms. Glave's experience and

1

qualifications are further detailed in a curriculum vitae which is being provided to defense counsel under separate cover and is incorporated in this notice by reference. Ms. Glave has not testified at trial or by deposition in the past four years, and has not authored any publicly published works in the past 10 years. Ms. Glave's testimony will be based upon her training and experience as a forensic accountant as well as her review of the discovery in this matter—particularly Mr. Sterlingov's financial records and communications regarding financial transactions.

      Ms. Glave is expected to testify regarding her review of financial records and related communications. Ms. Glave will assist the jury in understanding Mr. Sterlingov's transaction history and will explain the flow of funds into, out of, and across Mr. Sterlingov's accounts, including accounts held at various virtual currency exchanges, cryptocurrency wallets, and accounts at banks and other traditional financial institutions. Ms. Glave will summarize her findings, including how she read and interpreted financial statements. She will walk the jury through Mr. Sterlingov's cryptocurrency deposits as well as the withdrawals and sales, noting the trading price of the cryptocurrency at the time. Ms. Glave's testimony will note Mr. Sterlingov's purchases, expenditures, and spending, as compared to his incoming cash flow. Ms. Glave's testimony will include the transactions set forth in the relevant account records as well as those detailed in the transaction confirmations and related communications contained in the defendant's emails and/or electronics. Ms. Glave will track and quantify Mr. Sterlingov's financial activity.

      Ms. Glave may also rebut a defense argument that Mr. Sterlingov's proceeds were the profits of his bitcoin sales, or that Mr. Sterlingov was a mere virtual currency trader. Ms.

Glave's testimony may rebut defense arguments that Mr. Sterlingov's transaction activities were consistent with an early investor conducting personal trades.

Through Ms. Glave, the government intends to introduce several charts, spreadsheets, tables, graphs, and visual aids, including as described in the government's pending Notice and Motion *in Limine* to Admit Certain Government Exhibits, ECF 62 at 35-36 (discussing the intended admission of summary charts). Those charts will be provided to defense after they are completed and sufficiently in advance of trial. The charts will assist the jury in understanding the government's financial analysis and Ms. Glave's testimony.

Respectfully submitted,
MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov

**Witness Attestation**

I, Sarah Glave, have reviewed and approve the contents of this filing.

*Sarah Glave*                            05/17/2023
Sarah Glave                               Date