# Exhibit 3

様式Ｃ－１

（アメリカ合衆国からの請求用）

差し押さえた物件に関する証明書


　私、　　宮崎　剛　　は、この証明書において虚偽の陳述を行った場合に刑罰を科されることがあることを承知した上で、次のとおり陳述します。


1　　　日本国　　　の当局における私の地位は、　　検察事務官　　です。

2　私は、3に掲げる物件を２０１９年７月１９日に東京都千代田区丸の内二丁目７番２号ＪＰタワー長島・大野・常松法律事務所において管財人　小林　信明　弁護士から受け取り、保管を開始し、この物件を、その保管を開始した時の状態と同じ状態で（異なる場合には、4に記載したとおりの状態で）２０１９年７月１９日に東京都千代田区霞が関一丁目１番１号東京地方検察庁において検察事務官　津村　将尚に引き継ぎ、その保管を終了しました。

3　物件についての記載


　　ハードディスク（ＨＧＳＴ製，型番０Ｆ１９８４７，容量４ＴＢ，シリアル

　　ナンバーＬＡＧＲＮ２１Ｈ）１台


4　私が保管している間の状態の変化



（署　名）

（官　職）

（場　所）

（年月日）

9

様式Ｃ－１

（アメリカ合衆国からの請求用）

差し押さえた物件に関する証明書


　私、津村　将尚は、この証明書において虚偽の陳述を行った場合に刑罰を科されることがあることを承知した上で、次のとおり陳述します。

１　＿＿＿＿日本国＿＿＿＿の当局における私の地位は、＿＿＿検察事務官＿＿＿です。

２　私は、３に掲げる物件を２０１９年７月１９日に東京都千代田区霞ヶ関一丁目１番１号において検察事務官　宮崎　剛から受け取り、保管を開始し、この物件を、その保管を開始した時の状態と同じ状態で（異なる場合には、４に記載したとおりの状態で）２０１９年７月２４日に東京都千代田区霞が関一丁目１番１号東京地方検察庁において検察事務官　宮崎　剛に引き継ぎ、その保管を終了しました。

３　物件についての記載

　　ハードディスク（ＨＧＳＴ製，型番０Ｆ１９８４７，容量４ＴＢ，シリアル

　　ナンバーＬＡＧＲＮ２１Ｈ）１台



４　私が保管している間の状態の変化

　　私は，２０１９年７月２２日及び同月２３日に，３に掲げる物件を，書込防止装置を介して作業用ワークステーションに接続し，フォレンジックソフト「AccessData FTKImager（バージョン4.2.1.4）」を使用して，その全領域を複製したイメージファイル（イメージファイル名「flimg.E01」）を作成しました。

　　私は，同イメージファイルの作成の前に確認した３に掲げる物件のハッシュ値と，同イメージファイルのハッシュ値が同一であることを確認しました。確認したハッシュ値は以下のとおりです。

　　　7f212523d20b753accdfe5009c62226e（MD5ハッシュ）

Form C-1
(For the Request from the United States of America)
Certificate regarding the items seized

I, <u>Tsuyoshi Miyazaki</u>, give the following statement under the acknowledgement that I may be criminally penalized if a false statement is given in this certificate.

1. My position within this office within <u>Japan</u> is that of <u>Public Prosecutor's Assistant Officer</u>.

1. I received the items listed in 3 on <u>July 19, 2019</u> from <u>Trustee, Attorney Nobuaki Kobayashi</u> at the <u>Nagashima Ohno &Tsunematsu Legal Office in the JP Tower at Marunouchi 2-7-2, Chiyoda-Ku, Tokyo</u>; the storage of items was started, and the storage was concluded with the items in the same condition as they were at the time the storage was started (in the case there is a difference, in the condition indicated in 4) by handing them over to <u>Public Prosecutor's Assistant Officer Masanao Tsumura</u> at the <u>Tokyo District Prosecutors Office at Kasumigaseki 1-1-1, Chiyoda-ku, Tokyo</u> on <u>July 19, 2019</u>.

2. Indication regarding the case

   Hard disk (Manufactured by HGST, Model number 0F19847, Capacity 4TB, serial number LAGRN21H) 1 unit

3. Change of condition during the period in which I stored the items

|  |
|---|
| *Tsuyoshi Miyazaki* |
| (Signature) |
| *Public Prosecutor's Assistant Officer* |
| (Government Post) |
| *Tokyo District Prosecutors Office* |
| (Location) |
| *August 28, 2019* |
| (Date and Year) |



Form C-1
(For the Request from the United States of America)
Certificate regarding the items seized

I, <u>Masanao Tsumura</u>, give the following statement underacknowledgement that I may be criminally penalized if a false statement is given in this certificate.

2.   My position within this office within <u>Japan</u> is that of <u>Public Prosecutor's Assistant Officer</u>.

3.   I received the items listed in 3 on <u>July 19, 2019</u> from <u>Public Prosecutor's Assistant Officer Tsuyoshi Miyazaki</u> at the <u>Tokyo District Prosecutors Office at Kasumigaseki 1-1-1, Chiyoda-ku, Tokyo</u>; the storage of items was started, and the storage was concluded with the items in the same condition as they were at the time the storage was started (in the case there is a difference, in the condition indicated in 4) by handing them over to <u>Public Prosecutor's Assistant Officer Tsuyoshi Miyazaki</u> at the <u>Tokyo District Prosecutors Office at Kasumigaseki 1-1-1, Chiyoda-ku, Tokyo</u> on <u>July 24, 2019</u>.

4.   Indication regarding the case

Hard disk (Manufactured by HGST, Model number 0F19847, Capacity 4TB, serial number LAGRN21H) 1 unit

5.   Change of condition during the period in which I stored the items
I connected the item indicated in 3 to the work station for the task on July 22, 2019 and July 23, 2019 through a writing prevention device and created the image file copying all areas (image file name "flimg.E01")utilizing the forensic software "Access Data FTK Imager (version 4.2.1.4)."
I confirmed that the hash value of the item indicated in 3 confirmed before the creation of the said image file was the same as the hash value of the same image file. The hash value confirmed is as follows.

7f212523d20b753accdfe5009c62226e (MD5 hash)