IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**ROMAN STERLINGOV**,

Defendant.

Criminal No. 21-CR-399 (RDM)

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Criminal Rule 44.5, James M. Koukios, counsel for non-parties Chainalysis Inc., Michael Gronager, Jonathan Levin, and Youli Lee, moves to withdraw his appearance in this case.  William Frentzen, admitted *pro hac vice* on December 14, 2022, has since been admitted to the U.S. District Court for the District of Columbia, and continues to serve as counsel of record for the non-parties named above.  The withdrawal of James M. Koukios will not delay trial or be unfairly prejudicial to any party.

Dated this 28th day of June, 2023.

Respectfully submitted,

MORRISON & FOERSTER LLP

By:     */s/ James M. Koukios*
        James M. Koukios (D.C. Bar No. 477072)
        JKoukios@mofo.com
        2100 L Street, NW, Suite 900
        Washington, DC 20037
        Telephone: (202) 887-1500
        Facsimile: (202) 887-0763