# Exhibit 1

FD-302 (Rev. 5-8-10)                              - 1 of 2 -                                    

**UNCLASSIFIED//LES**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   09/14/2016

**LocalBitcoins to Coinapult Transaction:**
On 6 June 2016, OCE-6906 transferred .1897 BTC from LocalBitcoins account ▆▆▆▆ to the following Coinapult BTC address: 38s915tUuAS993YDhU6MFQHVmzdc9nS6pT (see attached screenshot of Coinapult address 38s915tUuAS993YDhU6MFQHVmzdc9nS6pT activity). LocalBitcoins account ▆▆▆▆ was registered using email address ▆▆▆▆. Coinapult address 38s915tUuAS993YDhU6MFQHVmzdc9nS6pT was registered using email address ▆▆▆▆.

**Bitcoin Fog Transaction:**
Deposit to Bitcoin Fog Account ▆▆▆▆: On 26 July 2016, OCE-6906 accessed Bitcoin Fog at foggeddriztrcar2.onion. OCE-6906 navigated to the deposit page and created Bitcoin Fog BTC address: 1Nuf3K1kjgi7TfonYabTzDQWW39oijfe52. OCE-6906 then deposited .1628 BTC to Bitcoin Fog address 1Nuf3K1kjgi7TfonYabTzDQWW39oijfe52 from Coinapult address 38s915tUuAS993YDhU6MFQHVmzdc9nS6pT. OCE-6906 observed .15974667 BTC in the Bitcoin Fog account registered at foggeddriztrcar2.onion.

*Withdrawal from Bitcoin Fog Account* ▆▆▆▆ OCE-6906 navigated to the "Withdraw" page and entered the following Blockchain.info address: 15dBqxrnVmhq4qkByAQCTNTGgoHfWz3Ws. Blockchain.info address 15dBqxrnVmhq4qkByAQCTNTGgoHfWz3Ws was registered using email address ▆▆▆▆ OCE-6906 entered in .15974667 BTC in the section marked "Amount to withdraw". In the section marked "Time span", the website automatically entered six hours, which is the minimum number of hours the website allows. OCE-6906 did not make any edits to this section. In the section marked "Delay", the website automatically entered zero hours, which is the minimum timeframe the website allows. OCE-6906 also did not make any edits to this section. OCE-6906 then clicked "Submit Withdrawal" and completed the security text on the following page to confirm the withdrawal. OCE-6906 confirmed the request on the Bitcoin Fog account "Withdrawal" page, section marked "Current withdrawals". The text of the request read: "Withdraw .15974667 BTC to 15dBqxrnVmhq4qkByAQCTNTGgoHfWz3Ws, spread across 6 hours. Starting in 0 minutes."

NOTE: Per the website, Bitcoin Fog randomizes the fees for each deposit (between 1% and 3%).

**UNCLASSIFIED//LES**

Investigation on  07/26/2016  at  Washington, District Of Columbia, United States (, Other (Online Activity))

File #  288A-HQ-5789835-BitcoinFog, 316C-WF-6797160                          Date drafted  08/08/2016

by  OCE-6906

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED//LES**

288A-HQ-5789835-BitcoinFog

Continuation of FD-302 of (U//LES) To document transaction on Bitcoin Fog , On 07/26/2016 , Page 2 of 2

On 8 August 2016, OCE-6906 checked the balance of Blockchain.info address 15dBqxrnVmhq4qkByAQCTNTGgoHfWz3Ws and found the balance was .1597 BTC.

**Final Balance:**
LocalBitcoins Account: .3355 BTC
Coinapult BTC Address 38s915tUuAS993YDhU6MFQHVmzdc9nS6pT: 0 BTC
Blockchain.info BTC Address: .1597 BTC

**UNCLASSIFIED//LES**