1               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,              No. 1:21-cr-0399

5         vs.                          Washington, DC
                                       October 25, 2021
6    ROMAN STERLINGOV,
                                       10:04 a.m.
7              Defendant.
     _____/
8

9             TRANSCRIPT OF DETENTION HEARING
            BEFORE THE HONORABLE RANDOLPH D. MOSS
10               UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Government:     CHRISTOPHER BROWN
13                           USAO-DOJ
                             601 D Street, NW
14                           Washington, DC 20001

15                           ALDEN PELKER
                             U.S. DOJ
16                           950 Pennsylvania Ave, NW
                             Washington, DC 20530
17

18   For the Defendant:      SABRINA SHROFF
                             Sabrina P. Shroff, Esq.
19                           80 Broad Street, 19th Floor
                             New York, NY 10004
20

21

22
     Court Reporter:         JEFF M. HOOK
23                           Official Court Reporter
                             U.S. District & Bankruptcy Courts
24                           333 Constitution Avenue, NW
                             Room 4700-C
25                           Washington, DC 20001

1          **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  This is criminal action 21-399, the

3  United States of America v. Roman Sterlingov.  Appearing for

4  the government, Catherine Pelker and Christopher Brown;

5  appearing for defendant, Sabrina Shroff.  The defendant is

6  present.

7          **THE COURT:**  Well, thank you all.  We're here today

8  on Mr. Sterlingov's motion for pretrial release.  I have

9  reviewed the parties' extensive papers -- which were very

10  helpful, so thank you for that, and I'm happy to hear from

11  the parties.

12          I don't know, Ms. Shroff, do you want to go first?

13          **MS. SHROFF:**  Well, Your Honor, the government --

14          **THE COURT:**  Can you speak into the microphone.

15          **MS. SHROFF:**  Your Honor, good morning.

16          **THE COURT:**  Good morning.

17          **MS. SHROFF:**  First I'd like to thank the Court for

18  allowing Mr. Sterlingov to appearing in-person.  It seemed

19  an important thing for him, and I do appreciate the Court

20  staff and the Court accommodating his request.  Second, Your

21  Honor, the government, as I walked into the courtroom,

22  dropped off on the table an exhibit that they intend to have

23  the Court review in light of that.  I haven't had an

24  opportunity to review it, and I would ask the Court to ask

25  the government what the purpose of that exhibit is, and how

1    they seek to use it, so that I may properly address it

2    before the Court.

3            THE COURT:  Well, fair enough.  I can also, if

4    you'd like -- I do have a fairly busy schedule this morning,

5    but if you wanted to take a 15-minute adjournment so you can

6    look at the document and make sure you've had an opportunity

7    to review it and talk to the government about it, you're

8    welcome to do that, too.

9            MS. SHROFF:  No, Your Honor, I think it would be

10   best if the government proffered to the Court what the

11   exhibit is for.

12           THE COURT:  Okay, that's fine.

13           MR. BROWN:  Good morning, Your Honor.

14           THE COURT:  Good morning.

15           MR. BROWN:  Your Honor, the additional exhibits

16   respond to a point raised in the defense reply brief which

17   was the claim regarding Mr. Sterlingov's residency in

18   Berlin.  The defense had claimed that Mr. Sterlingov only

19   received a package or two while he was attending a seminar

20   in Berlin.  The additional records, which were recovered

21   from Mr. Sterlingov's phone, go towards his residency in

22   Berlin.  They include a bill, a passport that he marked for

23   an application for an apartment in Berlin, some other mail

24   matter.  That's all it is, Your Honor, it's just responding

25   to the defense reply brief.

1        **THE COURT:**  Okay, thank you.

2        **MS. SHROFF:**  Your Honor, I think the Court is

3   aware -- when my reply was filed with the Court, the Court

4   is also aware that the government could have provided this

5   exhibit to me anytime over the weekend or before today.

6   Nevertheless, I'm prepared to move forward regardless of

7   that exhibit.

8        **THE COURT:**  Okay.

9        **MS. SHROFF:**  I think if the Court were to examine

10  that exhibit and put it in the context of who Mr. Sterlingov

11  is, a citizen of the European Union, it would matter not

12  that he paid 130 United States dollars to rent a spot in

13  Berlin so that he could receive mail.  We stand by the

14  averment in our reply papers.  And, of course,

15  Mr. Sterlingov could also correct the government.

16  Mr. Sterlingov had no residence whatsoever in Berlin.

17  Berlin has apparently a lower car insurance rate, and also

18  it is a cheaper place to buy a car than is Sweden.  To do

19  so, one needs an actual physical address.  He rented an

20  address for, I believe, six months at $130.  The Euro amount

21  on the top of the first page, should the Court have the

22  exhibit before it, would make clear that that's the dollar

23  amount.

24        Nevertheless, it would not go to any part of the

25  bail argument for the government to say that a person who is

1    a citizen of the European Union traveled between Sweden,

2    Norway, Finland, Denmark.  There are no borders there in

3    terms of one country being one country that is encompassed

4    within the union.  So putting aside that one distraction,

5    and many others that the government puts in its papers, I

6    simply would like to focus on the very salient facts before

7    this Court.

8         THE COURT:  Just before you turn off from these

9    documents -- and I'll give you a chance to respond after the

10   government goes as well, but I thought I heard counsel for

11   the government indicate that there was an application for a

12   German passport in this material.  Did I misunderstand that?

13        MR. BROWN:  To clarify, there's a copy of

14   Mr. Sterlingov's Swedish passport that has a watermark.

15   Recall, these documents were recovered from his phone, so

16   they're electronic documents prepared by him or saved by

17   him.  On the second page, I think, of that package, there's

18   a copy of I believe his Swedish passport, and there's a

19   watermark that says something to the effect of "for Berlin

20   apartment 2020."

21        THE COURT:  I see.

22        MR. BROWN:  Which -- so we're drawing an

23   inference, Your Honor, but the inference is that that

24   passport was prepared in a way to be submitted in connection

25   with a Berlin apartment that we presume to be an apartment

1    application or registration.  And that's consistent with the

2    other mail matter indicating a Berlin residency.

3         **THE COURT:**  Okay, thank you.

4         **MS. SHROFF:**  The passport was used as

5    identification by Mr. Sterlingov to gain a rental of the

6    $130.

7         **THE COURT:**  Mr. Sterlingov, can I ask you to make

8    sure you have your mask on properly.  Thank you.

9         **MS. SHROFF:**  The passport wasn't sent there.  This

10   is what I mean by improper inferences and assumptions

11   surrounding this case.  It's a very easy fact to

12   corroborate, the government in its press release in this

13   case noted that it had the full cooperation of the Swedish

14   government.  A simple phone call to the Swedish government

15   would confirm that the Swedish passport was not sent to

16   Berlin, but in fact the Swedish passport was used as a means

17   of identification to secure a rental where Mr. Sterlingov

18   could receive mail.  Mr. Sterlingov needed to receive mail

19   in Berlin, because that's what Berlin requires so that

20   you're able to buy a car in that city.

21        It would be akin to me having to buy or rent an

22   apartment in Washington, D.C., and providing my passport as

23   proof that I am Sabrina Shroff.  So it's proof that he is

24   Roman Sterlingov.  Contrary to what the government intends

25   to use this document to defeat bail, in fact I believe that

1    the document in fact corroborates Mr. Sterlingov's

2    application.  Why?  It's in his name.  You see, unlike all

3    of the cases the United States cites in its motion -- and I

4    urge the Court to ask me any questions it should see fit,

5    the cases that the government cites to, for example -- let's

6    look at any one of them, United States v. Anderson, that

7    they rely on.

8              In Anderson, the issue there wasn't like the issue

9    here.  In Anderson, what had happened was Mr. Anderson had

10   made attempts and preparations to flee.  See, if

11   Mr. Sterlingov wanted to flee, if Mr. Sterlingov wanted to

12   evade, he certainly wouldn't have a passport in his own name

13   that he uses to secure an apartment in Berlin; nor would

14   Mr. Sterlingov have traveled to the United States in his own

15   name; nor would he have ever, ever used an alias; nor would

16   he have ever used his real name when living in Miami.  You

17   see, the open and notorious way Mr. Sterlingov conducted

18   himself actually supports the application for bail.

19             Let's look at his registration for learning how to

20   fly a plane.  The government goes to great lengths to try

21   and intimate somehow or the other that this is akin to what

22   the 9/11 pilots did.  That is clearly improper argument, and

23   it's improper factually.  Why?

24        **THE COURT:**  So I certainly don't understand the

25   government to be arguing in this case that Mr. Sterlingov --

1          **MS. SHROFF:**  I did not, that's why --

2          **THE COURT:**  -- a terrorist attack.

3          **MS. SHROFF:**  Whose name did he register in?  He

4     registered in his own name.  What is nefarious about going

5     to pilot school?  There's nothing nefarious about that.

6     There's nothing even improper about that.  What is the

7     inference the government wants you to draw from pointing out

8     that he enrolled in a pilot school?  It's nothing unusual.

9     He wanted to learn how to fly, and he registered in his own

10    name.  He paid for it in his own name, he used his own

11    money.  All of these things show that Mr. Sterlingov had no

12    reason to do what the other defendants in this case have

13    done -- in the cases that the government cites, which is to

14    use aliases or false names or improper names to try and hide

15    who they are.

16         **THE COURT:**  Can I ask a question about the

17    passport -- or the multiple passports.  In your papers, you

18    indicate that the reason to have two Swedish passports is to

19    be able to travel more freely in the Middle East, to be able

20    to go to Israel as well as to Arab nations.

21              So my question for you is has Mr. Sterlingov in

22    fact visited Israel?  Has he in fact visited Arab nations?

23         **MS. SHROFF:**  I don't know, Your Honor, I'd have to

24    consult with him.  But I do also --

25         **THE COURT:**  The multiple passports probably show

1     whether he has or not, right, whether he has the stamps?

2          **MS. SHROFF:**  Your Honor, Mr. Sterlingov has in

3     fact traveled to Israel.  Additionally, I'm told that in

4     Sweden, it is not unusual for two passports to issue at the

5     same time given the proclivity towards travel or constant

6     travel.  He has a Russian passport, and that passport was

7     used only because of the COVID restrictions that the United

8     States had against the European Union during the pandemic.

9     So if one were to look at that passport, it does not show

10    use other than one prior use when I believe a relative of

11    his had died and he had gone to attend a funeral there.

12          As stated in our papers --

13          **THE COURT:**  So he did fly from Sweden to Moscow

14    and from Moscow to Los Angeles, is that what happened?

15          **MS. SHROFF:**  Yes, Your Honor.

16          **THE COURT:**  And I didn't realize this, but the ban

17    on people traveling to the United States did not apply to

18    Russia, but only applied to the EU at the time, right?

19          **MS. SHROFF:**  The longer quarantine period was

20    imposed upon the EU and not upon Russia.

21          **THE COURT:**  Okay.

22          **MS. SHROFF:**  So, Your Honor, I'm happy to answer

23    the Court's questions.  I know you've read my papers

24    thoroughly, so I do not want to belabor the arguments again

25    here.

1          **THE COURT:**  Another question I had for you is you

2    indicated -- and I think this is an important point, that

3    the U.S. government has frozen all of Mr. Sterlingov's

4    assets, and therefore he's not in a position in which he

5    would have access to substantial sums of money which could

6    facilitate flight.

7          My question is how do we know that, where the

8    allegations in the indictment are about fairly extensive and

9    sophisticated efforts to hide money, and there are

10   allegations that the government has made with respect to the

11   large sums that Mr. Sterlingov would have earned through

12   this process?  How do I know that in fact the government has

13   seized his assets?  Because I assume the government doesn't

14   necessarily know all the accounts that he has or where all

15   the money would be held.

16         **MS. SHROFF:**  So I can give you a very pragmatic

17   answer to that, Your Honor.  Mr. Sterlingov continues to be

18   represented by the office of the Federal Public Defender

19   despite many, many efforts to seek private counsel.  And the

20   government knows this.  The government has been contacted

21   several times by private counsel, being told that

22   Mr. Sterlingov would like to hire them.  Each time that

23   arrangement has fallen through because Mr. Sterlingov simply

24   can't afford to pay them.

25         **THE COURT:**  Right, but I'm not sure that answers

1     my question.  Because if -- and I'm not saying this is the

2     case.  But if, for example, Mr. Sterlingov had $50,000,000

3     hidden away somewhere, he couldn't use that money to pay

4     private counsel, because as soon as he started to pay

5     private counsel with that -- with those funds, the

6     government would then swoop in and freeze those assets.

7               MS. SHROFF:  Not necessarily, Your Honor.

8     According to the government, Mr. Sterlingov is so nefarious,

9     so clever, so sophisticated, surely a man of that talent

10    could manage to find some way to get that 50,000 or the

11    100,000 or the 200,000 to private counsel without --

12              THE COURT:  I'll tell you, if I were a private

13    lawyer, that's not a deal I would accept where if the

14    government had told me the assets were frozen, and someone

15    said we can transfer assets through multiple accounts and

16    it's going to end up in the account of your law firm, the

17    law firm would have said no way.

18              MS. SHROFF:  Right, but Mr. Sterlingov could have

19    given it to a family member, right.  Mr. Sterlingov could

20    just simply tell his mother or his cousin, for example, in

21    Boston and say look, pay the lawyer, I'll pay you back.  He

22    didn't do that.  Why?  Because I'm still here making this

23    bail argument.  He doesn't have the assets.  And let's just

24    go back and look at the indictment, because I believe I had

25    this reaction when I read the indictment.  I continued to

1    struggle with it, because cases involving cryptocurrency are

2    new.  And there is a jerk reaction -- at least I had a jerk

3    reaction that anything having to do with quote, unquote

4    cryptocurrency has some aura of illegitimacy to it.  It

5    actually doesn't.  I've learned since having hired an

6    expert, consulted with one and parsed through the complaint

7    and the indictment with him that nothing in that indictment

8    should give the Court concern about the assets.  Why?

9    Because the only asset that they have actually been able to

10   link to Mr. Sterlingov are not assets that they quote,

11   unquote include in their sentencing submission.  He doesn't

12   have $300,000,000, they know this.  They've had months and

13   months and months to supersede.  They can't supersede.  One,

14   because they can't tie Mr. Sterlingov to being the principal

15   of the platform.  They can't tie him to being the

16   administrator of the platform.  And even if they could, even

17   if they could, the platform would simply never give them

18   jurisdiction or venue to get to that inflated dollar amount.

19        The government has had months and months to

20   supersede if they really want to show that that's the dollar

21   amount at play.  According to the government, the grand jury

22   sits at its fingertips, and they could have gone and

23   indicted.  So it's very, very -- sort of the question in

24   itself calls for Mr. Sterlingov to show to the Court that he

25   is in fact not the administrator, he is in fact not the

1    person who has access to that dollar amount.  But the

2    government is clear in what it has been able to seize,

3    right.  The government's investigation of Mr. Sterlingov is

4    long term.

5         But let's just say that he does have access, let's

6    give the government that piece of their cake.  That does not

7    preclude bail.  That's not under the Bail Reform Act.  He

8    still enjoys the presumption of release, because this is a

9    presumption of release case.  And the second prong, the

10   second prong here, especially because the government has

11   moved for detention on serious risk of flight, the

12   government has to show not just that he's actually a serious

13   risk of flight, they actually have to show that there are no

14   conditions that exist to reasonably assure future

15   appearances in court.

16        So this is why in the Larry Harmon case, the judge

17   was able to set conditions.  This was why in the case in the

18   United States District Court for the Southern District of

19   New York, Judge Broderick was able to set conditions for the

20   release of Mr. Ng Sang.  He was released on millions of

21   dollars of a bond despite the fact that the government had

22   actual evidence of his wealth.  He had a personal army that

23   he was allowed to purchase to assuage the government about

24   risk of flight.

25        **THE COURT:**  How much is the property owned by

1   Mr. Sterlingov's cousin worth, what's the value of that

2   property?

3          **MS. SHROFF:**  Your Honor, I don't have the dollar

4   amount in front of me, but I believe that it's stated in one

5   of the exhibits.  I do believe Mr. Sterlingov's cousin has

6   called in to this call -- to this appearance.  He was

7   interviewed by pretrial -- I don't know if pretrial is here.

8   Thank you.  I think he was interviewed this morning.  But he

9   is willing, as he has notified the Court, to put up his

10  home.  He has also submitted --

11         **THE COURT:**  It's not his home he's putting up,

12  it's an investment property, correct?

13         **MS. SHROFF:**  Well, it's an investment property as

14  well as where he and his family occasionally do live or have

15  lived.  But he would also be willing to put up his home.  He

16  would be willing to put up both properties.

17         **THE COURT:**  He's willing to put up his home in

18  Boston?

19         **MS. SHROFF:**  I'm sorry, Your Honor?

20         **THE COURT:**  I didn't realize he was willing to put

21  up his home in Boston.

22         **MS. SHROFF:**  Yes, he's willing to put up his home

23  as well if the Court were to ask him.  He certainly has

24  written to the Court.  I believe his letter is attached as

25  Exhibit C, and he tells the Court that not only would he

1    have -- and I spoke to him, I spoke to him I believe on

2    Friday.  He informed me that he would have Mr. Sterlingov

3    live in his home.  He works from home occasionally.  He did

4    inform me also that he travels, but that when he travels he

5    has another roommate in his home that would also be willing

6    to make sure that Mr. Sterlingov remains in the apartment.

7    The conditions we're asking for, of course, include

8    electronic monitoring, home detention and all other kinds of

9    monitoring that the Court would want to impose upon

10   Mr. Sterlingov.

11          **THE COURT:**  I see that his letter --

12   Mr. Kosiakov's letter refers to the investment property.  I

13   don't see it referring to his home.  But that's an important

14   factor.  I guess I'd like to know what the value is of those

15   properties.  I didn't see it in the papers here, but I may

16   have missed it, what the value was of the investment

17   property.

18          **MS. SHROFF:**  Your Honor, I don't have the dollar

19   amount, but I'm happy to update the Court as to the value of

20   the investment property should the Court want me to.

21          **THE COURT:**  That would be helpful.

22          **MS. SHROFF:**  I did examine the underlying

23   documents that he had sent me, and I believe that I could

24   provide those as well both to pretrial and to the Court.

25          **THE COURT:**  And --

1      **MS. SHROFF:**  Actually, Your Honor, wait, hold on.

2   I'm sorry, I do apologize.

3      **THE COURT:**  Go ahead.

4      **MS. SHROFF:**  I do have the quitclaim deed.

5      **THE COURT:**  I do too, but I don't see the value of

6   the property on that -- unless it's one dollar.

7      **MS. SHROFF:**  Well, it's not a dollar.  I don't

8   have the actual value of the home, but I'm happy to supply

9   it to the Court.

10      **THE COURT:**  Related to this, I had a question also

11   about Mr. Sterlingov's mother's home.  It strikes me as a --

12   kind of a complicated question about whether the Court has

13   the power to take a property in Sweden in support of

14   release, and whether I would have the power to actually

15   forfeit a Swedish property.  I have no idea what the Swedish

16   government or a Swedish court would think about an order

17   from a U.S. court telling a person living in Sweden that

18   their home now belonged to the United States Government.  I

19   don't know if you've looked into that at all, but it wasn't

20   obvious to me that I have the power to use his mother's home

21   as collateral for purposes of bail.

22      **MS. SHROFF:**  That's a fair question, Your Honor.

23   One, it matters that his mother said that she would provide

24   the collateral.  She's also willing to, telephonically or by

25   video, appear before the Court and reiterate her commitment

1    to support her son.  Equally important -- and I point this

2    out because the United States has very positive diplomatic

3    relationships with Sweden.  In fact, as I've mentioned

4    before -- and I'm sure that the Court can access it through

5    the internet or I can supply it, the government's press

6    release on this arrest itself indicated deep cooperation

7    from the Swedish authorities in having Mr. Sterlingov quote,

8    unquote arrested in this matter.  And I am sure that

9    Mr. Sterlingov's mother could confess judgment to the

10   government of Sweden of her home, and the government of the

11   United States and the government of Sweden can work out who

12   gets to forfeit it.  Perhaps the government of Sweden

13   forfeiting it would be just as punitive a step that would

14   cause his mother to have pause in case she had any questions

15   about losing her home.

16          So the point isn't whether the United States could

17   seize it, correct, the point is whether somebody could seize

18   it.  Because the mother has to feel comfortable enough to

19   support her son and say, okay, take my home because I'm that

20   confident Roman's not going to run away.

21          **THE COURT:**  Well, that's one thing.  I think the

22   more important point is that Mr. Sterlingov would have to

23   say that if he fled, that he would inflict enormous pain on

24   his cousin and on his mother.  And the Court would have to

25   evaluate whether he's less likely to flee because of the

1    Draconian consequences for those who are close to him.

2        **MS. SHROFF:**  Your Honor, Mr. Sterlingov wanted --

3    I think he is that unfamiliar with the protocol in the

4    United States.  He very much wanted to address the Court

5    himself.  He felt that it was important for the Court to get

6    a sense of who he is.  He wanted the Court to know that he

7    would not be the type of person who would flee and leave his

8    cousin on the hook.  He wanted to say so in his own words.

9    But given the cautious nature of each defense lawyer, I

10   advised him not to speak in terms of either having written a

11   letter to the Court or actually speaking to the Court.  But

12   if the Court should have some really pointed and narrow

13   questions for Mr. Sterlingov, I am certain that I would be

14   able to accommodate the Court's query.

15       That's exactly the issue here, right, the issue is

16   whether or not Mr. Sterlingov is the kind of person who

17   would leave his cousin and his entire family on the hook and

18   take off.

19       **THE COURT:**  Or whether there are assets that are

20   somewhere in which he could make them whole if he did take

21   off.

22       **MS. SHROFF:**  I worry that the Court is focused on

23   these nonexistent assets, because it's very hard for a

24   lawyer to prove a negative.  How do I prove he doesn't have

25   assets?  It's almost impossible to prove that somebody

1    doesn't have something, right.  So all Mr. Sterlingov can do

2    is give to the government, to the Court all of his

3    identifying information and say, okay, this is how I lived,

4    you can go examine it.  And if all reasonable measures do

5    not show any further assets, the fair inference to him is

6    that he didn't have further assets.

7              THE COURT:  And has he done that?

8              MS. SHROFF:  He has, the government has all of his

9    information.  The government has all four of his passports.

10   There's no allegation --

11             THE COURT:  But does the -- I'm not saying he has

12   to turn it over, because he would have a Fifth Amendment

13   right not to do so.  I'm curious because you brought it up

14   as to whether he's turned over his account information for

15   accounts that he's maintained, has provided the government

16   with some accounting of his assets and where they're

17   located?

18             MS. SHROFF:  We provided the accounting to the

19   Court under the Criminal Justice Act affidavit.  It's not

20   for the government to have, I gave it to the Court.

21   Mr. Roman Sterlingov swore to those assets under oath.  He

22   would swear out to them again.  Those are the limits of his

23   assets, and that is the only thing he can possibly do.  But

24   you see, this is the red herring that the government has put

25   forth before the Court.

1          **THE COURT:**  I have to say, I'm not sure I've seen

2     that, because Mr. Sterlingov was originally arraigned and

3     detained in another court.  I'd have to check the docket to

4     make sure those documents were transferred to this court.  I

5     can look to see if I have it, and if not I can let you know.

6          **MS. SHROFF:**  Your Honor, I would point out that

7     the court heard -- sorry, the court that heard

8     Mr. Sterlingov's original bail application in California,

9     the reason for part of his findings -- and if the Court

10    looks towards the end of the transcript, the judge says

11    there's simply not a sufficient bail package here.  Should

12    Mr. Sterlingov come forward with a third party custodian, a

13    suretor or somebody else who would put up property of

14    significant assets, the bail analysis could have or could be

15    different.

16          When Mr. Sterlingov was first before the court in

17    California, he did not have -- it was a brand new arrest,

18    and the federal defender there did not have access to his

19    family in Massachusetts.  But I do want to go back to this,

20    Your Honor.  I do want to go back to the -- to this question

21    that the Court has posed I think more than once, which I

22    believe is indicative of your concern.  The reason one asks

23    that question sometimes -- and I don't mean to suggest that

24    that's the reason this Court is asking the question, is that

25    there is this thought in the back of one's head that because

1    it is a cryptocurrency case, because the transactions are

2    electronic, because it is a machine that has the

3    transactions going around and around, that somehow or the

4    other it is more likely that Mr. Sterlingov has hidden

5    assets.  And I would like to be able to tell the Court that

6    that would not be correct, because Mr. Sterlingov's assets

7    are open and notorious here.  Everything else about

8    Mr. Sterlingov makes clear that he has never done business

9    in anybody else's name.

10          And if I can go back to the allegation in the

11   indictment just for a second, because you wanted to ask me a

12   question.

13          **THE COURT:**  I do think you're right to raise this

14   question, because something that is concerning me and that

15   I'm thinking about is the allegations of the government --

16   which may or may not be proven at the end of the day, but

17   they've offered an affidavit that supports this view of the

18   world.  The case that they paint against Mr. Sterlingov is

19   that he was the creator and the administrator of not just a

20   cryptocurrency marketplace, but of a marketplace that was

21   designed in a very sophisticated way to hide cryptocurrency

22   transactions.  And that was the entire purpose of BitcoinFog

23   was to hide and disguise those transactions, and that this

24   was a marketplace that went into the hundreds of millions of

25   dollars.

1          So I think it may be that those allegations are

2     just false or that the government will not be able to carry

3     its burden with respect to those allegations.  But that is

4     the canvas upon which this is appearing in front of me, and

5     I have to figure out what to do in light of that.  And if

6     the government were right about those allegations, then it

7     would be a reasonable inference that Mr. Sterlingov does

8     have substantial assets somewhere.

9          **MS. SHROFF:**  I'm going to try and address that if

10    I may.  May I, Your Honor?

11         **THE COURT:**  Please, that's a question.

12         **MS. SHROFF:**  I don't think BitcoinFog's purpose is

13    to hide assets.  I don't think cryptocurrency platforms are

14    meant to hide transactions.  The reason cryptocurrency

15    exists is because it's setting up a separate open

16    marketplace.  There is nothing --

17         **THE COURT:**  Explain to me then why mix, why not

18    just engage -- if it's just a marketplace, why not just I

19    will sell my cryptocurrency to you, and it will just be done

20    through a direct transaction or through a third party where

21    you can trace it and see I made a transaction to the third

22    party who then made it to you, just the way bank funds would

23    transfer?  And as I understand the way that this market

24    works is that in fact it engages in a mixing activity so

25    that that can't be traced, so you can't do that.

1          So what is the purpose of BitcoinFog -- and fog

2     actually is somewhat indicative, but what is the purpose of

3     it if it's not to make it more difficult to trace or follow

4     the transactions?  And I'm not saying that every transaction

5     that is hidden is necessarily an illicit transaction.  There

6     may be people who just, as a matter of their world view,

7     think that no one should be able to trace their transaction,

8     it's no one's business and I want to use a device that keeps

9     people from doing it.  That's fine, I get that.

10          But I don't understand what the purpose of

11    BitcoinFog is, unless a significant purpose of the

12    marketplace is to make it difficult for anyone else to

13    discern who is trading in Bitcoin currency.

14         **MS. SHROFF:**  There's nothing improper or illegal

15    about mixing.

16         **THE COURT:**  I'm just trying to understand what the

17    purpose -- what I'm trying to understand is I assume there

18    may be people who --

19         **MS. SHROFF:**  It would be the same reason why, if

20    you were going to purchase something today or tomorrow,

21    right, you might give your Social Security number or you

22    might give your bank information to the purchaser, but you

23    wouldn't want your information being online accessible to

24    everyone.

25         **THE COURT:**  That's a little bit I think --

1          **MS. SHROFF:**  If I could just finish.

2          **THE COURT:**  Well, but let me finish, because I'm

3    the judge here.  That's a little bit, I think, of a stretch

4    to suggest the same thing, which is that I don't want to

5    advertise to every member of the public what my Social

6    Security number is.  But that's the same thing -- I mean,

7    cryptocurrency, to start with, is difficult to follow.  This

8    is a very sophisticated tool to make it impossible for

9    anybody, including the authorities, to track it.  It's a

10   little bit different from saying I'm just not going to

11   publish my Social Security number on the internet.

12         **MS. SHROFF:**  You wouldn't want your transactions

13   published either, correct?

14         **THE COURT:**  I personally am not sure I care.

15         **MS. SHROFF:**  Well, I wouldn't want the United

16   States knowing what books I read, right.  So I certainly

17   wouldn't want them to have access to my Barnes & Noble

18   account.

19         **THE COURT:**  The purpose here then is to disguise

20   or to make it harder for other people to discern the

21   transactions.

22         **MS. SHROFF:**  It's not to disguise.

23         **THE COURT:**  Make it hard for anyone to follow.

24         **MS. SHROFF:**  It is not to disguise, Your Honor, it

25   is to make sure that nobody can go back and look at each

1    transaction and figure out who is buying what, and by what

2    mechanism and by what number and by what name.  That is the

3    reason for the mixing.  The reason for the mixing is not to

4    hide something that is being purchased, because it's clearly

5    being purchased and it's clearly being mixed.  There's

6    nothing unlawful about the mixing at all.  The government

7    spends a lot of time -- go through the brief, and government

8    has for some reason decided that a picture book might be

9    more helpful for the Court, and they spent an inordinate

10   amount of time talking about Silk Road which has nothing to

11   do with Mr. Sterlingov.

12       **THE COURT:**  Well, that's a question in the case,

13   is whether it is or not, because --

14       **MS. SHROFF:**  No, no, there's no question he had

15   nothing to do with Silk Road.

16       **THE COURT:**  I thought the government's allegation

17   was that Silk Road actually used BitcoinFog, and that in

18   fact Silk Road was one of the larger users of that

19   marketplace.  Maybe I'm mistaken about that.  I thought

20   that's what the government was saying.

21       **MS. SHROFF:**  The government is saying that there

22   are darknets, such as Silk Road, that do completely illegal

23   activity, which is not what Mr. Sterlingov engaged in.

24   Mr. Sterlingov did not engage or have any engagement

25   whatsoever with Silk Road.  There's no connection between

1   him and Silk Road at all.  In fact, if you go back, please,

2   and actually read the indictment and go back and read the

3   papers that they've submitted, they don't even have proof

4   that he's the administrator of this account.

5           **THE COURT:**  I'm going to take your word actually

6   with a grain of salt in that you're not suggesting that the

7   Court is somehow representing that it read the papers and

8   didn't actually read them?

9           **MS. SHROFF:**  No, no, I'm talking about the content

10  of the argument.  I'm not talking about the Court at all.

11  I'm saying what the papers actually or don't actually show,

12  not what the Court read.  What I'm saying is what the papers

13  are saying.  Because when you go back and look at the

14  papers, there is this initial reaction or a conclusion that

15  Mr. Sterlingov is in fact the administrator.  So what I'm

16  saying is if one were to look at the actual words on the

17  paper, you will see that the way the government seeks to

18  prove its case that Mr. Sterlingov is the administrator is

19  fairly attenuated.  What they have is they have somebody

20  paying for a domain name.  The argument is because

21  Mr. Sterlingov paid for the domain name, he is in fact not

22  only just the domain owner, he is also the continuous

23  administrator of the website, right.

24          **THE COURT:**  So on page 12 of the government's

25  submission, the government says -- and maybe this is right,

1      maybe it's wrong.  But it says:  "Among these, IRS/CI cyber

2      analysts identified direct deposits into BitcoinFog from at

3      least 35 darknet markets.  Below are the top five markets by

4      U.S. dollar value of deposits."  And the first one is Agora

5      Market, and the second one is Silk Road 2.0 Market, and the

6      third one is Silk Road Marketplace.  Maybe that's just not

7      right, but the government is, I think, saying that Silk Road

8      was making use of BitcoinFog to obscure transactions.

9              MS. SHROFF:  Silk Road may be doing what it's

10     doing, the question is what is Mr. Sterlingov's connection

11     to Silk Road.

12             THE COURT:  The government's allegation is -- and

13     again, maybe they have the evidence to prove this, maybe

14     they don't, but that Mr. Sterlingov was intimately involved

15     in the creation and administration of BitcoinFog.  That

16     probably is your most significant point, and that's what I

17     would be pressing if I were in your shoes.

18             MS. SHROFF:  And I am pressing, I have

19     continuously pressed.  That's what I meant by the word

20     actual.  Rather than the conclusion that Mr. Sterlingov

21     administered BitcoinFog, what is the evidence that he

22     administered BitcoinFog.  Even in the government's own

23     factual analysis, the last transaction that Mr. Sterlingov

24     has -- that they intimate to Mr. Sterlingov on this

25     mechanism is to 2011.  2011 is how far back they go.  What

1    is the factual predicate other than a circumstantial case?

2    What is the factual link of Mr. Roman Sterlingov being the

3    administrator -- not the user, the administrator of the

4    site, right?  And, again, I point out that when analyzing

5    bail, they go back and cite to the defendant, Mr. Obrecht,

6    who was before Judge Katherine Forrest in the Southern

7    District of New York, prosecuted and not granted bail.  They

8    omit from their papers the fact that he was also charged

9    with a homicide in Maryland, which is what contributed to

10   her decision to detain him.  But, again, the Court -- I'm

11   sure the Court is aware that under the Bail Reform Act, this

12   remains regardless of the court's concern of assets that

13   Mr. Sterlingov may have -- which, again, I point out he

14   doesn't.

15            The question really is, is he a serious risk of

16   flight, and are there conditions that can be set.  The

17   easiest condition to set here would be the same condition

18   that the Chief Judge in this building set:  He would have no

19   access to the internet; he would have nothing but a flip

20   phone; he would have GPS monitoring and home detention.  He

21   has a third party custodian who actually lives in the house

22   that would hold Mr. Sterlingov.  He also has a roommate that

23   has been told of Mr. Sterlingov's arrest and his detention,

24   and the roommate is also willing to have Mr. Sterlingov live

25   in the same apartment.  So the question isn't simply whether

1    or not --

2              THE COURT:  Would there be somebody home with him

3    at all times?

4              MS. SHROFF:  Yes, apparently the roommate works at

5    home.

6              THE COURT:  But would they agree, between the

7    roommate and Mr. Kosiakov, that someone would always be

8    there?

9              MS. SHROFF:  I'm certain that if the Court were to

10   impose that condition, Mr. Sterlingov's cousin would make

11   sure that that happens.  Having spoken to him, he seems

12   deeply committed to doing everything he can to have

13   Mr. Sterlingov fight this case at liberty.

14             THE COURT:  Did you say Mr. Kosiakov is on the

15   telephone now?

16             MS. SHROFF:  He told me this morning he was going

17   to call in.

18             THE COURT:  There's a public call in and there's a

19   call in where you can actually converse with the Court.

20             MS. SHROFF:  He's on the public line.  I'm happy

21   to have him call in, he's on my text.  He texted me this

22   morning.

23             THE COURT:  We'd have to open -- can we do that?

24        (Discussion off the record)

25             MS. SHROFF:  We could give it a shot.  I don't

1   think Mr. Sterlingov is that popular, but I leave it up to

2   the Court.

3           THE COURT:  Well, I did have a couple of questions

4   for Mr. Kosiakov, so why don't we go ahead and unmute that.

5           MR. KOSIAKOV:  Hello.

6           THE COURT:  Hello, Mr. Kosiakov?

7           MR. KOSIAKOV:  Yes, hi.

8           THE COURT:  Can you spell your name for the

9   record.

10          MR. KOSIAKOV:  Sure.  It's K-O-Z-I-A-K-O-V.

11          THE COURT:  I'm going to ask that the Clerk put

12   you under oath.

13          MR. KOSIAKOV:  Okay.

14          DEPUTY CLERK:  Mr. Kosiakov, please raise your

15   right hand.  Do you solemnly swear that you the testimony

16   you are about to give will be the truth, the whole truth,

17   and nothing but the truth, so help you God?

18          MR. KOSIAKOV:  Yes.

19          DEPUTY CLERK:  Thank you.

20          THE COURT:  Thank you, Mr. Kosiakov.  I appreciate

21   your appearing today.  One question I have for you is what

22   is the value of the property -- I think it was in Missouri,

23   that you had proposed putting up to secure your cousin's

24   release?

25          MR. KOSIAKOV:  I'm going to estimate that it's

1   probably like 50 to $60,000.  I do have more property there,

2   but it's in a partnership so I can't put it up.  But that's

3   the one I have, and I'd put it up.

4         THE COURT:  And what about the home you live in

5   now, is it an apartment you live in now?

6         MR. KOSIAKOV:  It's a condo, yes.

7         THE COURT:  And do you own that outright?

8         MR. KOSIAKOV:  I don't own it outright, I have a

9   mortgage on it.

10        THE COURT:  And how much equity do you have in it?

11        MR. KOSIAKOV:  I would say -- let me think,

12  probably 180,000.

13        THE COURT:  Would you be willing to put that up as

14  well?

15        MR. KOSIAKOV:  I'd consider it, yes.

16        THE COURT:  Well, I wouldn't want to pressure you.

17  It's a decision you should make, and you're welcome to have

18  time to consider that.  I don't want to put you on the spot

19  where you feel like you need to make a decision like that at

20  this moment.

21        Let me ask you also, how often do you travel?

22        MR. KOSIAKOV:  I travel usually I'd say probably a

23  few times a year, you know, three or four times a year.

24        THE COURT:  And are you working from home or are

25  you going into an office?

1          **MR. KOSIAKOV:**  You know, I can work from home.

2     Like, I'm a real estate agent, so I don't have to be at the

3     office.  I'm also a property manager, so like, you know, I

4     can be at home, you know.  I don't have a 9:00 to 5:00 job

5     where I have to go into an office every day.

6          **THE COURT:**  But I assume you need to visit

7     properties occasionally?

8          **MR. KOSIAKOV:**  Yeah, yeah, sometimes I have to

9     show properties, sometimes I have to visit them.  But, you

10    know, most of my appointments are usually 30 minutes long or

11    an hour at most.

12         **THE COURT:**  And what about your roommate, what

13    does your roommate do?

14         **MR. KOSIAKOV:**  So he's an administrator at Beth

15    Israel, it's a hospital.  So he works from home sometimes.

16    And I actually have another roommate who works at Harvard

17    Medical.  He works in like -- it's not the staffing agency,

18    but it's like one of their laboratories, but he works from

19    home all the time.  Like, he's at home almost like -- I

20    mean, he works from home, so he's almost always there.

21    There's almost always someone at the property.

22              And just so you know -- like I'm just going to add

23    a note to help out, like, my grandmother, she lives five

24    minutes away.  So if we had a situation where someone had to

25    be there and watch him, I can get her to my house as well.

1    If the Court asks us to try to keep supervision on him,

2    we'll definitely do our best.

3         **THE COURT:**  Well, is there a way in which you

4    could undertake to the Court -- and you'd be ultimately

5    responsible, but that there would be somebody watching him

6    24 hours a day, seven days a week?  Obviously not watching

7    him while he's sleeping, but is actually present in the home

8    and can verify that he did not live the home 24 hours a day,

9    seven days a week?

10        **MR. KOSIAKOV:**  You know, I could do my best to

11   make arrangements.  If we had to hire someone, I would do

12   it.  But there's usually -- I will say in confidence that

13   there's someone at the house 80 to 90 percent of the time.

14   If it required me to work from home more often, it would not

15   be an issue.  I mean, it doesn't bother me.

16        **THE COURT:**  When was the last time you saw your

17   cousin?

18        **MR. KOSIAKOV:**  The last time I saw him was in

19   2016.

20        **THE COURT:**  And where was that?

21        **MR. KOSIAKOV:**  In Boston.

22        **THE COURT:**  And how often do you communicate with

23   each other?

24        **MR. KOSIAKOV:**  You know, on and off.  Like,

25   sometimes we would talk weekly, sometimes monthly.  It just

1    kind of depended where we're at in life, you know.  But

2    yeah, we've always stayed in contact, so we've always been

3    pretty close, too.

4           **THE COURT:**  When was the last time you spoke to

5    him before his arrest?

6           **MR. KOSIAKOV:**  Literally like three or four days.

7    Like he was telling me that he was coming to LA.  We even

8    discussed possibly hanging out, all that stuff.  It was like

9    the week before he got arrested.

10          **THE COURT:**  Did he tell you why he was coming to

11   LA?

12          **MR. KOSIAKOV:**  He said flight school.  He told me

13   he wanted to learn how to fly.

14          **THE COURT:**  Did he tell you why he wanted to learn

15   how to fly?

16          **MR. KOSIAKOV:**  No, no, just I guess for fun, for

17   recreation.

18          **THE COURT:**  Let me just ask the government, are

19   there any other questions you think I should ask

20   Mr. Kosiakov at this point?

21          **MR. BROWN:**  Your Honor, we would ask that the

22   Court inquire about the presence of internet connected

23   devices, the ability to secure those with passwords.  I

24   think that's it.

25          **THE COURT:**  Those are appropriate questions, thank

1    you.

2         **MR. BROWN:**  Thank you, Your Honor.

3         **THE COURT:**  So, Mr. Kosiakov, one thing that the

4    Court has been asked to do is if I release your cousin, is

5    to provide that he would not have any access to the internet

6    and would only use a flip phone or something like that, but

7    nothing that had internet access.

8         How would that work in your home?  I assume, like

9    most homes, you have a wireless network in the home.  Is

10   there a way that you could secure internet capable devices

11   so that your cousin would not have access to them?

12        **MR. KOSIAKOV:**  Yeah, yeah, I could do it.

13   Obviously I need internet for work, and so do my roommates,

14   but we can definitely figure something out.  I'll just

15   basically have my own set of passwords, you know, I won't

16   have any papers or labels showing what the passwords are for

17   the wifi.  And I'll instruct my roommates that under no

18   circumstance they're allowed to give him wifi passwords.

19   And I'll continuously change the wifi password if that

20   helps.

21        Also, just to note one more thing, I don't know if

22   this helps, but I do have a home security system.  So it's

23   not inside my apartment, but in terms of like the entryway

24   and the back hallways and all that, I have that monitored as

25   well.  I can make sure it's up and running so we could see

1   who's leaving and going, et cetera.

2        THE COURT:  And would you be willing to undertake

3   and to attest under oath to the Court that if you saw any

4   evidence that your cousin was accessing the internet, that

5   you would let pretrial services and the Court know about

6   that?

7        MR. KOSIAKOV:  Yes, yes.  I don't think he's going

8   to break any rules, I'm very confident that he's not going

9   to do anything like that.  But, like, anything that I see,

10  I'll do my responsibility and report it.

11       THE COURT:  Ms. Shroff, any questions you want me

12  to ask at this point?

13       MS. SHROFF:  Your Honor, the only other suggestion

14  I have is that, of course, pretrial can choose the passwords

15  to the internet.  So if the Court has an actual concern that

16  he would share with Mr. Sterlingov the passwords itself,

17  pretrial from Massachusetts can put in the password so that

18  nobody else knows how they're shared.  I did want to

19  reiterate here, Your Honor, that Mr. Sterlingov's cousin has

20  been in touch with him, if not in person, but they seem to

21  share a close relationship.  And the fact that he would make

22  the other roommates available and the grandmother available

23  is very telling.  If the Court has any questions about the

24  location of his grandmother and how close she is to him,

25  that might be a place.

1           And finally, I'd just note that he has indicated

2     to the Court that he would swear out under oath.  So rather

3     than having him come back, if the Court wanted to swear him

4     in now to any possible conditions, this might be a good

5     time.  But he has made himself available, and I don't think

6     I have any other questions or notations for him.

7           **THE COURT:**  Thank you.  So, Mr. Kosiakov, thank

8     you very much.  We'll get back to you if necessary.  I'm

9     going to ask that the Court mute the public line again; so

10    you can listen, you just can't speak.

11          **MR. KOSIAKOV:**  All right.  Thank you, Your Honor.

12          **THE COURT:**  Thank you.

13          **MS. SHROFF:**  Your Honor, may I make one other

14    attempt to answer your question about the mixing?

15          **THE COURT:**  You may.

16          **MS. SHROFF:**  Thank you.  So I am still learning

17    this area, and I apologize if my prior answer wasn't clear.

18    Unlike a transaction that one would take off of

19    blockchains -- for example, a transaction that one would

20    make with a bank, right, the bank transactions are not truly

21    visible to the public or anyone else who wants to look at a

22    blockchain.  So if one were to look at a transaction, one

23    could look at the entire blockchain and work itself back to

24    see exactly what the address is of the ultimate person

25    either buying or selling the Bitcoin.  The reason for the

1    mixing is so that one who can publicly see the blockchain is

2    not able to then access the confidential information.  And

3    that is why mixing is not, as far as I know, illegal or

4    improper or necessarily nefarious.  I have confirmed, as

5    best I could, that the financial affidavit was submitted to

6    the courts in California.  And also I'd point out to the

7    Court that the government has given notice of forfeiture,

8    and has in detail set forth all the assets that they believe

9    Mr. Sterlingov has.

10            But in case I missed a point, I'm happy to come

11   back and answer them for you.  But I did want to just flag

12   for the Court the distinction between the cases cited by the

13   government seeking detention versus the cases cited by us in

14   seeking release.

15            **THE COURT:**  Okay.

16            **MS. SHROFF:**  Absent is use of an alias; absent is

17   any preparation for flight; absent are steps taken to

18   obstruct justice.  And on that particular note, I do want to

19   note that the government in its papers relies on

20   Mr. Sterlingov's -- I can't remember the adjective they

21   used, the manner in which he answered the questions at the

22   airport.  Mr. Sterlingov would note for the Court that when

23   he was questioned at that time, an analogy was drawn to

24   another Swedish individual.  And Mr. Sterlingov apparently

25   was accused of -- or it was intimated somehow that he was

1  similar to that person, and was in fact suspected to be, God

2  knows why, a pedophile.  That put Mr. Sterlingov at unease

3  when the TSA agent implied and made such a spurious

4  connection, that apparently he was very taken aback and

5  could not quite understand why somebody would approach him

6  that way.

7        There is no indication whatsoever that

8  Mr. Sterlingov had anything to hide with TSA.  Again, he

9  entered on his own name, he entered with his passports.  He

10  had all four of his passports.  If he had any intention of

11  not wanting to be discovered as having entered into the

12  United States, he most certainly would not have called,

13  alerted his relatives as to why he was coming, and also

14  given them the exact same reason for coming.  So

15  truthfulness seems to be on his side here.

16  **THE COURT:**  Your mentioning the passport reminds

17  me that there's a question I didn't get the entire answer

18  to.  You indicated he went to Israel.  Has he gone to any

19  Arab countries?

20  **MS. SHROFF:**  No.  And all of the passports are now

21  with the United States.

22  **THE COURT:**  Okay, I understand.  Thank you.

23  Mr. Brown.

24  **MR. BROWN:**  Yes, Your Honor.  If I could just

25  begin by addressing the issue of Mr. Sterlingov's assets.

1    As the defense has pointed out, the government seized a

2    little over $800,000 worth of assets from Kraken, which is a

3    cryptocurrency exchange, including about 498,000 in various

4    forms of cryptocurrency and the rest in cash.  To our

5    knowledge, none of this was disclosed in Mr. Sterlingov's

6    initial financial affidavits for appointment of counsel.  If

7    it was, then that raises a question of is he truly indigent.

8    The real story here is that these assets were concealed.

9    Mr. Sterlingov concealed those assets, we found them.

10          **THE COURT:**  Let me ask you about this, though.

11   Did the government seize these assets before or after

12   Mr. Sterlingov submitted his declaration with respect to

13   indigency?  Because if it was afterwards, he didn't have

14   access to the assets.

15          **MR. BROWN:**  It was subsequent to Mr. Sterlingov's

16   arrest and initial proceedings in the Central District of

17   California.  I don't have the exact date of the seizure

18   warrant, but it was sometime over the summer.  I want to say

19   June.

20          **THE COURT:**  Was it weeks later, months later, days

21   later?

22          **MR. BROWN:**  I believe weeks later.  But, again,

23   I'd have to go back and check.  But it was after those

24   initial proceedings.

25          **THE COURT:**  That would be helpful to know.

1      **MR. BROWN:**  And the point about cryptocurrency is

2      one does not need to keep cryptocurrency in a custodial

3      account -- custodial meaning like a bank holds your funds.

4      In this case, Kraken held some of Mr. Sterlingov's funds.

5      But you can just as easily maintain cryptocurrency in what's

6      called cold storage or a non-custodial wallet.  These are

7      means of storing cryptocurrency sometimes online, sometimes

8      by means of a wallet that can be reconstructed by means of a

9      mnemonic device that you can memorize and reconstitute that

10     money.  There are many, many different ways to access

11     cryptocurrency that don't involve going to a custodial

12     service like Kraken.

13          And our agent affidavit lays out in detail that

14     there was blockchain analysis that showed that

15     Mr. Sterlingov received over the course of BitcoinFog in 10

16     years at least $8,000,000 at that time in cryptocurrency.

17     And the BitcoinFog cluster was valued at approximately

18     $70,000,000 at the time of arrest.  It's probably much more

19     now.  All of this money -- or the vast majority of it

20     remains totally unaccounted for, the government does not

21     have individual account records.  The defense, they raised

22     that they offered to provide information.  We would welcome

23     information about Mr. Sterlingov's assets or his ability to

24     access cryptocurrency to address that risk of flight, but

25     that's --

1      THE COURT:  Right, I understand.  But he has the

2  Fifth Amendment right to not say anything he chooses.

3      MR. BROWN:  Yes, Your Honor, it has to be his

4  choice.  If he wants to address this part of the risk of

5  flight analysis, he's welcome to provide that information.

6      THE COURT:  Can I ask you a question about the

7  government's theory of the case.  Is the government's theory

8  of the case that Mr. Sterlingov is essentially BitcoinFog,

9  or is it a venture with multiple people in the government's

10  view, or is he somebody who worked for or created and then

11  passed it off to someone else?  What's the government's

12  theory of what his role is in BitcoinFog?

13      MR. BROWN:  Your Honor, before I answer that, can

14  I just -- my co-counsel informed me that the seizure warrant

15  was served on June 9th, and it was effectuated on June 11th.

16      THE COURT:  And when was the initial appearance?

17      MR. BROWN:  The initial appearance was April 28th,

18  I think, and detention hearing, about a week later.  But to

19  address the Court's question about the government's theory

20  of the case, our theory of the case is that Mr. Sterlingov

21  is the administrator of BitcoinFog.  There's -- as the

22  defense acknowledges, there's copious evidence showing

23  Mr. Sterlingov registering the initial Clearnet domain for

24  BitcoinFog, property from his true name accounts being used

25  to pay for BitcoinFog, the online infrastructure for it.

1    There's evidence of Mr. Sterlingov's accounts being used for

2    early beta test transactions, which was before BitcoinFog

3    was open to the public.  But here's the other thing, Your

4    Honor:  That e-mail address, that shormint@hotmail.com

5    e-mail address which was tied to setting up the initial

6    infrastructure for BitcoinFog, that shormint@hotmail address

7    was also the address associated with the online persona

8    Akemashite Omedetou.  And that online persona was not just

9    involved at the beginning.  That online persona on

10   BitcoinTalk and other forums was the voice of BitcoinFog for

11   years and years and years, making announcements about the

12   service, responding to customer inquiries, so on and so

13   forth.

14          Further, as set forth in the agent affidavit, we

15   have traced from the BitcoinFog clusters payments going as

16   late as 2019 from the BitcoinFog cluster to a series of

17   accounts in Mr. Sterlingov's true name at various

18   cryptocurrency exchanges.  We've also been able to trace

19   payments from BitcoinFog clusters to LocalBitcoins.com,

20   which is a cryptocurrency meet up service sort of like a

21   Craig's List where itself is not a cryptocurrency exchange,

22   but it allows you to meet up with somebody who is willing to

23   buy or sell cryptocurrency essentially off the record.  You

24   meet up in person, you hand over the cash and pull out your

25   phones and you exchange the cryptocurrency.  So there's a

1    whole host of evidence tying Mr. Sterlingov to BitcoinFog,

2    not just at the beginning, but throughout the life of this

3    service.

4         **THE COURT:**  Do you have reason to believe that

5    there were others involved in administering BitcoinFog or

6    was it, in your view, principally or exclusively

7    Mr. Sterlingov?

8         **MR. BROWN:**  Your Honor, at this point, I don't

9    think that we can say one way or the other.  We can show

10   Mr. Sterlingov certainly is tied to the administrator

11   persona, that Akemashite Omedetou.  He set it up, and he

12   enjoyed the fruits of that enterprise, he enjoyed the

13   profits from that enterprise.  So he may have worked with

14   others, that's quite likely.  And also there's the larger

15   question of BitcoinFog served an integral role in this

16   darknet economy.  BitcoinFog doesn't do anything for your

17   average citizen who just wants internet privacy.  Your

18   average citizen who wants internet privacy can get an

19   account at Coinbase.  If you want to buy or sell something,

20   those payments go out from Coinbase, they don't go out from

21   an attributable address tied to you.

22         But the reason that criminals involved in Silk

23   Road or Agora or these other darknet markets don't want to

24   go to Coinbase is Coinbase requires you to sign up with a

25   true name, Coinbase requires you to produce identification.

1    It does all the compliance associated with the Bank Secrecy

2    Act, and that's one of the central issues of this case.

3    There's nothing per se illegal about mixing Bitcoins.  But

4    if you are a Bitcoin mixer, you are a money services

5    business.  You are not allowed to operate a money services

6    business that doesn't comply with the Bank Secrecy Act.  You

7    are not allowed to operate a money services business that

8    doesn't have an anti-money laundering program, that doesn't

9    collect customer information, that doesn't file --

10           **THE COURT:**  What are the rules with respect to

11   nexus to the United States for the Bank Secrecy Act to

12   apply?

13           **MR. BROWN:**  Your Honor, I think that gets into --

14   I'm sure there's a more complicated statutory analysis we

15   could file, supplemental briefing.  But essentially it is --

16   you have to engage in transactions with the United States.

17   So if you're a totally offshore MSB, you may not be subject

18   to the Bank Secrecy Act.  But if you're doing some business

19   with customers in the United States -- and BitcoinFog was,

20   then you are subject to the Bank Secrecy Act.  And the proof

21   here is in the agent affidavit.  Agents conducted an

22   undercover transaction, a series of undercover transactions

23   from the District of Columbia and other locations in the

24   United States.  And there was no -- well, there was no sign

25   up page that requires any information, let alone are you

1    within the United States or not.

2         **THE COURT:**  Other than the agents test case or

3    efforts in the course of this investigation, is there other

4    evidence of transactions in the United States, or is that

5    sort of the nature of the business here, is that you can't

6    really trace where the transactions were from or to?

7         **MR. BROWN:**  Yes, Your Honor, we have actually

8    linked BitcoinFog to -- I can think off the top my head of

9    at least one closed case involving darknet drug trafficking

10   out of Baltimore.  There are other cases I'm sure we could

11   identify.  In addition, the vast majority -- I wouldn't say

12   vast majority.  But it is a known fact that drug offenders

13   and other convicted criminals across the U.S. have used

14   these darknet markets, Silk Road, Silk Road 2.0, Agora, all

15   of these named in the agent affidavit.  The ransomware

16   payments, some of those may have been from the United

17   States.  The defense hasn't raised a venue challenge.  They

18   say they might raise one in the future, but they haven't

19   articulated any real challenge to this.  And we would

20   welcome that.  And we would welcome the opportunity to

21   provide more detail to the Court about all of the touch

22   points between BitcoinFog and the United States.

23        **THE COURT:**  I understand the government's

24   concerns, but if I were to release Mr. Sterlingov on a

25   condition of location monitoring; that his cousin were to

1    put up not only his property in Missouri, but his home in

2    Massachusetts; that his cousin and roommates were each to

3    sign attestations to the Court that they would bring to the

4    Court's attention any violation of the terms of supervised

5    release; that I forbid Mr. Sterlingov from having any access

6    to the internet, forbid him from leaving the premises

7    without being accompanied by his cousin, and any other

8    conditions that you might articulate for the Court, what do

9    you think the actual risk is that he would flee under those

10   circumstances?

11          You have his passports.  He'd have to get an

12   illicit passport somehow, presumably to at least flee the

13   United States.  There would be a fair amount of warning.  I

14   don't have any reason to think that Mr. Sterlingov's cousin

15   would be just dishonest with the Court, and he would face

16   grave consequences if he were.  If Mr. Sterlingov were to

17   cut off the location monitor, we'd know about that.  If he

18   were to leave and his cousins or -- his cousin or any of the

19   others in the apartment knew he had left, they could be

20   required immediately to notify the authorities.  It wouldn't

21   be a terribly successful -- or at least there's reason to

22   think it would not be a terribly effective or successful

23   escape effort.  And in doing so, Mr. Sterlingov would place

24   himself in a great deal more hot water than he's in now.

25          So I guess I'd like your thoughts on why that's

1    not enough.

2         **MR. BROWN:**  Well, Your Honor, we think he would

3    still be very much a flight risk.  Just one point, we're not

4    asking for monetary bail, we know that that's been phased

5    out in this district.  Frankly, our position is if he's a

6    risk of flight, he should not be able to buy his way out of

7    pretrial detention by posting bail.  But just looking at the

8    amounts, we seized an undisclosed Kraken account worth more

9    than $800,000 post arrest.  His cousin's -- you know, if you

10   add up the 50 or $60,000 for the investment property in

11   Missouri plus the -- what was it, $180,000 net equity for

12   the cousin's condo in Boston, that is dwarfed by the amount

13   of money in one account that we just happened to identify

14   which was not disclosed by Mr. Sterlingov.

15        So the amount of money at stake here is really

16   trivial compared to, according to the agent affidavit,

17   millions, potentially tens of millions of dollars in

18   cryptocurrency.  Obviously his cousin -- you know, we do not

19   have any doubt about his cousin's affection for him.  I

20   think that was evident in the phone call.  But frankly,

21   should Mr. Sterlingov vanish from the jurisdiction, he has

22   no reason to ever return to the United States.  He has

23   potentially effectively limitless resources.  He has the

24   ability to flee to non-extradition jurisdictions.  He's a

25   citizen of the Russian Federation.  We have some

1    passports -- he has multiple passports.  The allegation from

2    the government has never been that there was ever a false

3    passport.  That's not something the government has ever

4    argued.  However, the fact that Mr. Sterlingov does have

5    multiple Swedish and Russian passports at least raises the

6    question of if he has three or four that the government has

7    seized, does he have one more, two more, I don't know.

8            But in addition to that, his ability to access the

9    darknet, his familiarity with the darknet, with darknet

10   markets where false travel documents are easily attainable

11   using cryptocurrency.  And given -- Your Honor said, well,

12   he would be in a lot of hot water.  By our calculations,

13   he's in a lot of hot water now.  He's facing potential

14   guidelines sentences -- and I know it's disputed, but it's

15   the possibility, it's not the certainty.  It's does he have

16   an incentive based on the possibility of a guideline

17   sentence of 20, 25, 30 years and more than a hundred million

18   dollars in forfeiture money judgment for the 1960 count.

19   That provides, we think, an irresistible incentive to flee

20   from the United States and never, ever return ever again.

21   He has the means to do it.  He has the place to go.  He has

22   the skills and abilities to do that.  We just think that

23   this is not a case where there's any condition, or

24   combination of conditions, that can reasonably assure his

25   appearance at trial.

1          **THE COURT:**  Anything further?

2          **MR. BROWN:**  No, Your Honor.

3          **THE COURT:**  All right, thank you.  Ms. Shroff.

4          **MS. SHROFF:**  Your Honor, let me just start with

5    the Bank Secrecy Act questions that the Court had.  I wanted

6    to flag for the Court that even if you were to impose the

7    maximum sentence on those counts on a first time offender

8    before the Court, the maximum sentence, the maximum sentence

9    is five years.  I would be -- it's not a guess on my part,

10   it's not the possibility.  If we were living in the world of

11   possibilities, the government would have to concede that

12   it's equally possible that you would not impose anywhere

13   close to the maximum sentence on a case such as this one.

14   More importantly, if everything is simply a possibility, I

15   go back to the Bail Reform Act which says it has to be a

16   serious risk of flight that cannot be ameliorated.

17          But every single thing that this Court has heard,

18   every risk has been ameliorated.  It doesn't have to be

19   ameliorated to the hundredth percent, it simply has to be

20   reasonably assuring of return to the Court.  And I ask this

21   Court a somewhat hypothetical question here, mainly directed

22   at the government:  What is the difference between this case

23   and Gary Harmon -- Larry Harmon, L-A-R-R-Y, Larry Harmon.

24   The allegations were the same.  The dollar amount was far

25   higher.  They argued for detention based on exactly these

1    arguments, they lost.  Guess what?  Then they thought that

2    Larry Harmon had violated his conditions of bail.  Were they

3    very ably -- easily able to say oh, no, we've changed our

4    mind, it wasn't Larry, but his brother Gary who went and

5    stole the money; were they able to do that?  Yes.  Did they

6    leave Gary Harmon out on bail after that?  Yes.

7            The dollar amount is the same.  In fact, I think

8    Mr. Sterlingov has better security and a better historical

9    record.  Mr. Sterlingov traveled under his own name.  So

10   what if he has passports from two countries.  My husband has

11   two passports, Israeli and American.  I have two, United

12   States -- well, I mean, I have a permanent resident card for

13   India, Pakistan and the United States passport.  My son has

14   an Ethiopian passport and an American passport.  That

15   doesn't make us a family that is inundated with risk of

16   flight, that makes us a culturally diverse family that would

17   still obey every rule imposed by the Court.  What is it

18   about Mr. Sterlingov that should give this Court concern?

19   Does he have a criminal history?  No.  Did he fly -- does he

20   have any risk of flight portrayed?  No.  And I'm going to

21   get to the Kraken account question in a second.  Does he

22   always use his own name?  Yes.  By the way, did the

23   government ever tell this Court what name the Kraken account

24   was registered in?  Not an alias, not a fake name, Roman

25   Sterlingov.  There was nothing improper or illegal about the

1  Kraken account.

2          When the United States approached Mr. Sterlingov

3  after his arrest and they tried to get him to cooperate,

4  they told him he was in deep trouble, including that the

5  United States was going to take everything from him, his

6  freedom, his money, his bank accounts, his assets and that

7  he should therefore cooperate.  It is a very reasonable

8  inference for Mr. Sterlingov to have drawn from that

9  conversation that his assets were in fact frozen.  That,

10 added on to the fact that he was being represented by a

11 public federal defender who could not access his accounts,

12 give even more incentive for Mr. Sterlingov to fully believe

13 that his assets were frozen.  Most telling is there is not a

14 single case that the United States has brought in a

15 white-collar crime context where assets aren't frozen.

16         There is no lie here about the Kraken account.  If

17 Mr. Sterlingov wanted to hide his assets -- let's credit the

18 government and say they're correct, Mr. Sterlingov is a man

19 of great sophistication and great means to hide.  Why put an

20 account in your own name.  If the Kraken account is that

21 illegal and he wants to hide his assets, why not use a fake

22 name?  He doesn't.

23         I want to also address this issue about the

24 government's theory that he is BitcoinFog and BitcoinFog is

25 him.  Let's look at what exact factual information the

1   government gives.  The government says that initially when

2   that account was set up, it was set up by the same online

3   persona.  And then they proceeded to tell you that that

4   online persona had a leading voice and responded to customer

5   questions.  How does that tie Mr. Sterlingov to the

6   continued activity from 2011 to 2019?  Even the set up

7   transfer, the undercover money that is sent, they still

8   don't have any indication that it is actually Mr. Sterlingov

9   who responds.  There's no -- there is no affirmation that

10  the money is being sent from Mali or that somebody knows

11  what Mali is.  And by the way, if there is such overwhelming

12  evidence of venue and jurisdiction in the United States, why

13  have an undercover send the money?  Why don't base your

14  guideline calculations in the indictment only on the

15  undercover amount to sent BitcoinFog.

16          Look, they also said to you that Mr. Sterlingov

17  set it up and quote, unquote enjoyed the profit.  There is

18  no indication that he received the profit amount off of

19  BitcoinFog.  The government recites this in a conclusory

20  manner over and over again.  Whatever money Mr. Sterlingov

21  received, again, he received as Mr. Sterlingov.  It is not a

22  crime to make money off of a new way.  You know, people

23  could have invested in BitcoinFog at the inception, and any

24  one of us would have made millions.  That he had the

25  foresight to invest in it does not make him a risk of

1    flight.  Risk of flight, one should look at other sort of --

2    what are they called, sign posts, aliases, false names,

3    multiple passports in different people's names, accessing

4    different types of passports.  There's no indication

5    whatsoever he's ever used any other name.

6            They also talked about BitcoinFog's cluster

7    payments.  The cluster payments show that the payment is

8    being made to a BitcoinFog user, not a principal.  There is

9    nothing improper about the payments going to a BitcoinFog

10   user.  The fact that the government is telling you that the

11   BitcoinFog clusters issued payments, they would issue

12   payments to every user.  And every user who's doing a

13   transaction that involves a blockchain would mix.  That is

14   why mixing is not illegal.  There is nothing that he seeks

15   to hide.  There is no reason to have a blockchain where a

16   mixer is actually not used.  It is the opposite.  If you

17   have a blockchain transaction, one would use a mixer.

18           **THE COURT:**  How was it that BitcoinFog earned its

19   profits, where did its profits come from?

20           **MS. SHROFF:**  I would not know.  I don't represent

21   the administrator of BitcoinFog.

22           **THE COURT:**  No, no, I understand.  But you were

23   just saying -- you said to me that --

24           **MS. SHROFF:**  I think --

25           **THE COURT:**  -- you were wrong in saying that --

1      **MS. SHROFF:**  I think he'd make it by buying and

2      selling Bitcoin for one.

3      **THE COURT:**  Okay.

4      **MS. SHROFF:**  Your Honor, the Court asked the

5      question of the government about his cousin, and the cousin

6      putting up the home and the cousin putting up his property.

7      Look, the Court had a clear and, I would say, very candid

8      and frank conversation with the third party suretor, right.

9      Again, the question isn't is all risk eradicated, the

10     question is whether or not Mr. Sterlingov would reappear in

11     court.

12          How would he -- let's just test the government's

13     hypothetical, worried that he could just go on the darknet

14     and access a passport.  Which country would issue Mr. Roman

15     Sterlingov a passport in the middle of a pandemic with no

16     proof whatsoever of who he is?  What identifying names would

17     he have to get a passport?  He doesn't have a Social

18     Security number.  He doesn't have any identifying documents.

19     He doesn't have a driver's license.  He doesn't have a

20     Social Security card.  He has no means of identification.

21     Every means of identification that he has they have.  He has

22     nothing.

23          So even if he could electronically contact an

24     embassy or electronically contact a hypothetical person on

25     the darknet, how would he contact them?  There's no GPS -- I

1   mean, there's no internet access that he would have.  We've

2   agreed to have pretrial choose the password on any internet

3   coming from the house in which he lives.  So what

4   hypothetical possibility is there that he would just sort of

5   wander onto this darknet and get himself a passport?

6   Couldn't he have done this a long time ago, entered the

7   United States as another person and simply gone along his

8   merry way.

9         The question here isn't is something possible.

10  It's possible that I will walk out of this court and be

11  6 feet tall tomorrow.  Is it likely?  No.  Can there be

12  reasonable steps to assure that that doesn't happen?  Yes.

13  That's the Bail Reform Act.  Can this Court impose

14  reasonable conditions to ensure that Mr. Sterlingov returns

15  to court?  The answer is clearly yes.  And why is the answer

16  yes?  Because the government tried this and lost before the

17  Chief Judge in United States vs. Larry Harmon.  They tried

18  it in United States vs. Sang, they tried it in United States

19  vs. Jeff Ng.  Each one of these individuals had far more

20  money than Mr. Sterlingov and had far less in terms of

21  connections to the United States.  I've put all of those

22  citations in my papers, but of course I'm happy to

23  re-provide them.

24        **THE COURT:**  No, we have those.  Thank you.

25        **MS. SHROFF:**  Thank you, Your Honor.  And it's my

1    motion, right, so I get the last word.

2         **THE COURT:**  I'm going to give the government two

3    minutes for any final words they have.

4         **MR. BROWN:**  I want to respond since the

5    government's name has been invoked regarding the Larry

6    Harmon and also the Gary Harmon cases.  So Larry Harmon was

7    the administrator of Helix which is a very -- it was very

8    similar to BitcoinFog.  It was a Bitcoin -- a darknet mixing

9    service.  And the defense is correct that Chief Judge Howell

10   did initially release Larry Harmon under strict conditions

11   of home confinement.  There came a time, however, when

12   unknown movements in Bitcoin clusters that we had

13   identified -- we could see them on the blockchain, but we

14   didn't know where they were stored, we started to see that

15   money move.  Chief Judge Howell came very close to revoking

16   Mr. Larry Harmon's pretrial release.  The issue was the

17   unsecured cryptocurrency.  Ultimately, defense counsel is

18   correct, we eventually figured out it was not Larry Harmon

19   but Gary Harmon who had moved this.

20        And this is very instructive for the Court.  We

21   went up in front of Chief Judge Howell -- again, because

22   it's a related case.  And Ms. Shroff is defense counsel for

23   Gary Harmon.  The issue there was entirely risk of flight.

24   Gary Harmon had a lot more going for him than

25   Mr. Sterlingov.  Gary Harmon has a family in Ohio,

1    although -- albeit an estranged family.  He had friends, he

2    lived his entire life in Ohio.  Chief Judge Howell still

3    detained him without bond.  And one of the primary pieces of

4    information, one of the primary factors for Chief Judge

5    Howell was the fact that Gary Harmon had up to maybe

6    $30,000,000 worth of Bitcoin that was unsecured and

7    unaccounted for that created a substantial risk of flight.

8    That same analysis holds here.

9         So the Gary Harmon case is quite apposite to this

10   case.  Frankly, I think the Larry Harmon case, the initial

11   conditions of release, if you were to ask Chief Judge

12   Howell, I think she would agree those initial conditions of

13   release really didn't fully address that particular risk of

14   flight, which we have in spades in this case.

15        **THE COURT:**  Okay, thank you.  One minute,

16   Ms. Shroff.

17        **MS. SHROFF:**  Larry Harmon was released, there was

18   no issue with Larry Harmon's conditions of release.  GPS

19   worked; electronic monitoring worked; he came back to court.

20   He's not a risk of flight, and he's still a defendant in

21   this case that appears.  There's no issue at all.  The

22   government got it wrong twice -- not once, but twice.  First

23   they thought it was Larry, and then they thought it was

24   Gary.  We've never conceded that it's Gary at all, and I

25   want to correct that and make sure that the government

1    stands corrected on that point.

2           The point isn't what the government thought, the

3    point is that the conditions worked.  The conditions worked

4    because the defendant was able to return to court.  The

5    Court -- the government cannot possibly say that this case

6    is comparable to Gary Harmon when the government stood in

7    front of the judge in this district and said Gary Harmon

8    should be detained because no family member would come and

9    stand up for him.  That's not true here.  His family members

10   not only want to stand up for him, they want to post

11   property, they want to come to court and they want to sign a

12   bond.

13          The government alleged in Gary Harmon that he was

14   so unreliable and that he had stolen the money because he

15   has vast spending.  That is what their allegation was.

16   What's the spending here on Mr. Sterlingov?  Does he own

17   multiple palaces or properties?  As the government alleged

18   in Gary Harmon, according to them, proof of his guilt is

19   because he spent a lot of money.  Did this man spend any

20   money that they can show you?  No.  What did this man,

21   Mr. Sterlingov, do?  He lived under his own name.  He used

22   his own passports.  He went back and forth under his own

23   persona.  And his family's here to support him; totally

24   different from Gary Harmon.

25          And one final point, Your Honor.  If the

1    government is so great at its job -- which apparently,

2    according to him, they are --

3            **THE COURT:**  These are wasted words on me.

4            **MS. SHROFF:**  No, no, no --

5            **THE COURT:**  You're using time limit just to sort

6    of --

7            **MS. SHROFF:**  They're able to -- they're able to

8    watch their transactions, correct, according to them.  They

9    were immediately able to see Larry Harmon engaging in what

10   they thought was nefarious activity.  So they've proven to

11   you that they're able monitor, that the conditions worked.

12   The conditions worked on Harmon, and the conditions will

13   work here, because GPS works; electronic monitoring works;

14   suretors work; third party custodian works.  And the

15   government is able to check each time a defendant conducts a

16   transaction, and is able to work its way back.  So they did

17   it in Larry Harmon, and they can do it here.  The Court

18   should release Mr. Sterlingov.

19           **THE COURT:**  Okay, thank you.  Is somebody from

20   pretrial services here?  How are you?

21           **MR. SIDBURY:**  I'm all right.  Andre Sidbury from

22   pretrial services.

23           **THE COURT:**  Have you had a chance to interview

24   third party custodians?  What's the position of pretrial

25   services?

1          **MR. SIDBURY:**  At this time, I spoke to

2   Mr. Kosiakov this morning, and he indicated that he was

3   willing to allow the defendant to remain at his residence

4   for third party.  We were not aware that that was a rental

5   property.  But he did indicate that he could stay there.

6   And that was the only thing I was instructed to do, was to

7   verify that he would be the defendant's third party

8   custodian.  We also -- you know, we would have to speak to

9   the jurisdiction in Boston, if you were to release him, to

10  find out if they will supervise the defendant if that were

11  the case.

12         **THE COURT:**  And what is your view about whether

13  internet restrictions would be workable in this context?

14         **MR. SIDBURY:**  I don't know, some jurisdictions

15  don't have that.  I don't know if Boston is capable of doing

16  the monitoring of internet usage.  I don't know.  Some do,

17  some don't.

18         **THE COURT:**  All right.  Anything else you wanted

19  to add?

20         **MR. SIDBURY:**  No, Your Honor.

21         **THE COURT:**  Thank you very much for being here.

22         **MR. SIDBURY:**  You're welcome.

23         **THE COURT:**  I'm going to take this under

24  advisement and I will let you know.  If I have further

25  questions or need to talk to anyone further, I'll let you

1    know that as well, so thank you.

2           **MS. SHROFF:**  Your Honor, as far as I'm aware,

3    Boston -- pretrial services in Boston is able to do GPS

4    monitoring.  I'm not certain they're able to do GPS

5    monitoring in realtime.  I believe that they are, but I'm

6    happy to contact them and provide an update to the Court,

7    should the Court would want one.

8           **THE COURT:**  Anything you want to share with the

9    Court is welcome, so thank you.

10           **MS. SHROFF:**  I will make sure and get an answer

11   from pretrial services in Boston and let the Court know.

12           **THE COURT:**  Okay, great.  Well, thank you all.

13        (Proceedings adjourned at 11:32 a.m.)

1                        **C E R T I F I C A T E**

2

3                  I, **Jeff M. Hook, Official Court Reporter,**

4        certify that the foregoing is a true and correct transcript

5        of the record of proceedings in the above-entitled matter.

6

7

8

9        August 2, 2023                        _____

10            **DATE**                              **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$130 [2]   4/20 6/6
$180,000 [1]   48/11
$30,000,000 [1]
58/6
$300,000,000 [1]
12/12
$50,000,000 [1]
11/2
$60,000 [2]   31/1
48/10
$70,000,000 [1]
41/18
$8,000,000 [1]
41/16
$800,000 [2]   40/2
48/9

**0**

0399 [1]   1/4

**1**

10 [1]   41/15
100,000 [1]   11/11
10004 [1]   1/19
10:04 [1]   1/6
11 [1]   7/22
11:32 a.m [1]   62/13
11th [1]   42/15
12 [1]   26/24
130 [1]   4/12
15-minute [1]   3/5
180,000 [1]   31/12
1960 [1]   49/18
19th [1]   1/19
1:21-cr-0399 [1]
1/4

**2**

2.0 [2]   27/5 46/14
20 [1]   49/17
200,000 [1]   11/11
20001 [2]   1/14 1/25
2011 [3]   27/25
27/25 53/6
2016 [1]   33/19
2019 [2]   43/16 53/6
2020 [1]   5/20
2021 [1]   1/5
20530 [1]   1/16
21-399 [1]   2/2
24 [2]   33/6 33/8
25 [2]   1/5 49/17
28th [1]   42/17

**3**

30 [2]   32/10 49/17
333 [1]   1/24
35 [1]   27/3
399 [1]   2/2

**4**

4700-C [1]   1/24
498,000 [1]   40/3

**5**

50 [2]   31/1 48/10
50,000 [1]   11/10
5:00 [1]   32/4

**6**

6 feet [1]   56/11
601 [1]   1/13

**8**

80 [2]   1/19 33/13

**9**

9/11 [1]   7/22
90 percent [1]
33/13
950 [1]   1/16
9:00 [1]   32/4
9th [1]   42/15

**A**

a.m [2]   1/6 62/13
aback [1]   39/4
abilities [1]   49/22
ability [4]   34/23
41/23 48/24 49/8
able [25]   6/20 8/19
8/19 12/9 13/2
13/17 13/19 18/14
21/5 22/2 23/7 38/2
43/18 48/6 51/3
51/5 59/4 60/7 60/7
60/9 60/11 60/15
60/16 62/3 62/4
ably [1]   51/3
above [1]   63/5
above-entitled [1]
63/5
absent [3]   38/16
38/16 38/17
accept [1]   11/13
access [19]   10/5
13/1 13/5 17/4
20/18 24/17 28/19
35/5 35/7 35/11
38/2 40/14 41/10
41/24 47/5 49/8
52/11 55/14 56/1
accessible [1]
23/23
accessing [2]   36/4
54/3
accommodate [1]
18/14
accommodating [1]
2/20
accompanied [1]
47/7
according [6]   11/8
12/21 48/16 59/18
60/2 60/8
account [16]   11/16
19/14 24/18 26/4
41/3 41/21 44/19
48/8 48/13 51/21
51/23 52/1 52/16
52/20 52/20 53/2
account of [1]
11/16
accounting [2]
19/16 19/18
accounts [8]   10/14
11/15 19/15 42/24
43/1 43/17 52/6

52/11
accused [1]   38/25
acknowledges [1]
42/22
across [1]   46/13
Act [11]   13/7 19/19
28/11 45/2 45/6
45/11 45/18 45/20
50/5 50/15 56/13
action [2]   1/3 2/2
activity [4]   22/24
25/23 53/6 60/10
actual [7]   4/19
13/22 16/8 26/16
27/20 36/15 47/9
actually [22]   7/18
12/5 12/9 13/12
13/13 16/1 16/14
18/11 23/2 25/17
26/2 26/5 26/8
26/11 26/11 28/21
29/19 32/16 33/7
46/7 53/8 54/16
add [3]   32/22 48/10
61/19
added [1]   52/10
addition [2]   46/11
49/8
additional [2]   3/15
3/20
Additionally [1]
9/3
address [16]   3/1
4/19 4/20 18/4 22/9
37/24 41/24 42/4
42/19 43/4 43/5
43/6 43/7 44/21
52/23 58/13
addressing [1]
39/25
adjective [1]   38/20
adjourned [1]   62/13
adjournment [1]   3/5
administered [2]
27/21 27/22
administering [1]
44/5
administration [1]
27/15
administrator [14]
12/16 12/25 21/19
26/4 26/15 26/18
26/23 28/3 28/3
32/14 42/21 44/10
54/21 57/7
advertise [1]   24/5
advised [1]   18/10
advisement [1]
61/24
affection [1]   48/19
affidavit [8]   19/19
21/17 38/5 41/13
43/14 45/21 46/15
48/16
affidavits [1]   40/6
affirmation [1]
53/9
afford [1]   10/24
afterwards [1]
40/13

again [14]   9/24
19/22 27/13 28/4
28/10 28/13 37/9
39/8 40/22 49/20
53/20 53/21 55/9
57/21
against [2]   9/8
21/18
agency [1]   32/17
agent [7]   32/2 39/3
41/13 43/14 45/21
46/15 48/16
agents [2]   45/21
46/2
ago [1]   56/6
Agora [3]   27/4
44/23 46/14
agree [2]   29/6
58/12
agreed [1]   56/2
ahead [2]   16/3 30/4
airport [1]   38/22
Akemashite [2]   43/8
44/11
akin [2]   6/21 7/21
albeit [1]   58/1
ALDEN [1]   1/15
alerted [1]   39/13
alias [3]   7/15
38/16 51/24
aliases [2]   8/14
54/2
allegation [6]
19/10 21/10 25/16
27/12 49/1 59/15
allegations [7]
10/8 10/10 21/15
22/1 22/3 22/6
50/24
alleged [2]   59/13
59/17
allow [1]   61/3
allowed [4]   13/23
35/18 45/5 45/7
allowing [1]   2/18
allows [1]   43/22
almost [4]   18/25
32/19 32/20 32/21
alone [1]   45/25
along [1]   56/7
although [1]   58/1
always [6]   29/7
32/20 32/21 34/2
34/2 51/22
ameliorated [3]
50/16 50/18 50/19
Amendment [2]   19/12
42/2
AMERICA [2]   1/3 2/3
American [2]   51/11
51/14
Among [1]   27/1
amount [15]   4/20
4/23 12/18 12/21
13/1 14/4 15/19
25/10 47/13 48/12
48/15 50/24 51/7
53/15 53/18
amounts [1]   48/8
analogy [1]   38/23

**A**

analysis [6]   20/14
27/23 41/14 42/5
45/14 58/8
analysts [1]   27/2
analyzing [1]   28/4
Anderson [4]   7/6
7/8 7/9 7/9
Andre [1]   60/21
Angeles [1]   9/14
announcements [1]
43/11
answered [1]   38/21
anti [1]   45/8
anti-money [1]   45/8
apartment [11]   3/23
5/20 5/25 5/25 6/22
7/13 15/6 28/25
31/5 35/23 47/19
apologize [2]   16/2
37/17
apparently [5]   4/17
29/4 38/24 39/4
60/1
appear [1]   16/25
appearance [4]   14/6
42/16 42/17 49/25
appearances [2]
1/11 13/15
appearing [5]   2/3
2/5 2/18 22/4 30/21
appears [1]   58/21
application [6]
3/23 5/11 6/1 7/2
7/18 20/8
applied [1]   9/18
apply [2]   9/17
45/12
appointment [1]
40/6
appointments [1]
32/10
apposite [1]   58/9
appreciate [2]   2/19
30/20
approach [1]   39/5
approached [1]   52/2
appropriate [1]
34/25
approximately [1]
41/17
April [1]   42/17
April 28th [1]
42/17
Arab [3]   8/20 8/22
39/19
area [1]   37/17
argued [2]   49/4
50/25
arguing [1]   7/25
argument [5]   4/25
7/22 11/23 26/10
26/20
arguments [2]   9/24
51/1
army [1]   13/22
around [2]   21/3
21/3
arraigned [1]   20/2

arrangement [1]
10/23
arrangements [1]
33/11
arrest [8]   17/6
20/17 28/23 34/5
40/16 41/18 48/9
52/3
arrested [2]   17/8
34/9
articulate [1]   47/8
articulated [1]
46/19
aside [1]   5/4
asset [1]   12/9
assets [36]   10/4
10/13 11/6 11/14
11/15 11/23 12/8
12/10 18/19 18/23
18/25 19/5 19/6
19/16 19/21 19/23
20/14 21/5 21/6
22/8 22/13 28/12
38/8 39/25 40/2
40/8 40/9 40/11
40/14 41/23 52/6
52/9 52/13 52/15
52/17 52/21
associated [2]   43/7
45/1
assuage [1]   13/23
assume [4]   10/13
23/17 32/6 35/8
assumptions [1]
6/10
assure [3]   13/14
49/24 56/12
assuring [1]   50/20
attached [1]   14/24
attack [1]   8/2
attainable [1]
49/10
attempt [1]   37/14
attempts [1]   7/10
attend [1]   9/11
attending [1]   3/19
attention [1]   47/4
attenuated [1]
26/19
attest [1]   36/3
attestations [1]
47/3
attributable [1]
44/21
aura [1]   12/4
authorities [3]
17/7 24/9 47/20
available [3]   36/22
36/22 37/5
Ave [1]   1/16
Avenue [1]   1/24
average [2]   44/17
44/18
averment [1]   4/14
aware [5]   4/3 4/4
28/11 61/4 62/2
away [3]   11/3 17/20
32/24

**B**

back [22]   11/21
11/24 20/19 20/20
20/25 21/10 24/25
26/1 26/2 26/13
27/25 28/5 35/24
37/3 37/8 37/23
38/11 40/23 50/15
58/19 59/22 60/16
bail [19]   4/25 6/25
7/18 11/23 13/7
13/7 16/21 20/8
20/11 20/14 28/5
28/7 28/11 48/4
48/7 50/15 51/2
51/6 56/13
Baltimore [1]   46/10
ban [1]   9/16
bank [12]   22/22
23/22 37/20 37/20
41/3 45/1 45/6
45/11 45/18 45/20
50/5 52/6
Bankruptcy [1]   1/23
Barnes [1]   24/17
base [1]   53/13
based [2]   49/16
50/25
basically [1]   35/15
begin [1]   39/25
beginning [2]   43/9
44/2
belabor [1]   9/24
belonged [1]   16/18
Below [1]   27/3
Berlin [14]   3/18
3/20 3/22 3/23 4/13
4/16 4/17 5/19 5/25
6/2 6/16 6/19 6/19
7/13
best [4]   3/10 33/2
33/10 38/5
beta [1]   43/2
Beth [1]   32/14
better [2]   51/8
51/8
bill [1]   3/22
bit [3]   23/25 24/3
24/10
Bitcoin [7]   23/13
37/25 45/4 55/2
57/8 57/12 58/6
BitcoinFog [40]
21/22 23/1 23/11
25/17 27/2 27/8
27/15 27/21 27/22
41/15 41/17 42/8
42/12 42/21 42/24
42/25 43/2 43/6
43/10 43/15 43/16
43/19 44/1 44/5
44/15 44/16 45/19
46/8 46/22 52/24
52/24 53/15 53/19
53/23 54/8 54/9
54/11 54/18 54/21
57/8
BitcoinFog's [2]
22/12 54/6

Bitcoins [1]   45/3
BitcoinTalk [1]
43/10
blockchain [8]
37/22 37/23 38/1
41/14 54/13 54/15
54/17 57/13
blockchains [1]
37/19
bond [3]   13/21 58/3
59/12
book [1]   25/8
books [1]   24/16
borders [1]   5/2
Boston [10]   11/21
14/18 14/21 33/21
48/12 61/9 61/15
62/3 62/3 62/11
both [2]   14/16
15/24
bother [1]   33/15
brand [1]   20/17
break [1]   36/8
brief [3]   3/16 3/25
25/7
briefing [1]   45/15
bring [1]   47/3
Broad [1]   1/19
Broderick [1]   13/19
brother [1]   51/4
brought [2]   19/13
52/14
BROWN [3]   1/12 2/4
39/23
building [1]   28/18
burden [1]   22/3
business [7]   21/8
23/8 45/5 45/6 45/7
45/18 46/5
busy [1]   3/4
buy [6]   4/18 6/20
6/21 43/23 44/19
48/6
buying [3]   25/1
37/25 55/1

**C**

cake [1]   13/6
calculations [2]
49/12 53/14
California [4]   20/8
20/17 38/6 40/17
call [7]   6/14 14/6
29/17 29/18 29/19
29/21 48/20
called [4]   14/6
39/12 41/6 54/2
calls [1]   12/24
came [3]   57/11
57/15 58/19
can [47]   2/14 3/3
3/5 6/7 8/16 10/16
11/15 17/4 17/5
17/11 19/1 19/4
19/23 20/5 20/5
21/10 22/21 24/25
28/16 29/12 29/19
29/23 30/8 32/1
32/4 32/25 33/8
35/14 35/25 36/14

**C**

can... [17]   36/17
37/10 38/1 41/5
41/8 41/9 42/6
42/13 44/9 44/9
44/18 46/8 49/24
56/11 56/13 59/20
60/17
candid [1]   55/7
canvas [1]   22/4
capable [2]   35/10
61/15
car [3]   4/17 4/18
6/20
card [2]   51/12
55/20
care [1]   24/14
carry [1]   22/2
case [36]   6/11 6/13
7/25 8/12 11/2 13/9
13/16 13/17 17/14
21/1 21/18 25/12
26/18 28/1 29/13
38/10 41/4 42/7
42/8 42/20 42/20
45/2 46/2 46/9
49/23 50/13 50/22
52/14 57/22 58/9
58/10 58/10 58/14
58/21 59/5 61/11
cases [8]   7/3 7/5
8/13 12/1 38/12
38/13 46/10 57/6
cash [2]   40/4 43/24
Catherine [1]   2/4
cause [1]   17/14
cautious [1]   18/9
central [2]   40/16
45/2
certain [3]   18/13
29/9 62/4
certainly [6]   7/12
7/24 14/23 24/16
39/12 44/10
certainty [1]   49/15
certify [1]   63/4
cetera [1]   36/1
challenge [2]   46/17
46/19
chance [2]   5/9
60/23
change [1]   35/19
changed [1]   51/3
charged [1]   28/8
cheaper [1]   4/18
check [3]   20/3
40/23 60/15
Chief [8]   28/18
56/17 57/9 57/15
57/21 58/2 58/4
58/11
choice [1]   42/4
choose [2]   36/14
56/2
chooses [1]   42/2
CHRISTOPHER [2]
1/12 2/4
CI [1]   27/1
circumstance [1]

35/18
circumstances [1]
47/10
circumstantial [1]
28/1
citations [1]   56/22
cite [1]   28/5
cited [2]   38/12
38/13
cites [3]   7/3 7/5
8/13
citizen [5]   4/11
5/1 44/17 44/18
48/25
city [1]   6/20
claim [1]   3/17
claimed [1]   3/18
clarify [1]   5/13
clear [5]   4/22 13/2
21/8 37/17 55/7
clearly [4]   7/22
25/4 25/5 56/15
Clearnet [1]   42/23
Clerk [1]   30/11
clever [1]   11/9
close [6]   18/1 34/3
36/21 36/24 50/13
57/15
closed [1]   46/9
cluster [4]   41/17
43/16 54/6 54/7
clusters [4]   43/15
43/19 54/11 57/12
co [1]   42/14
co-counsel [1]
42/14
Coinbase [5]   44/19
44/20 44/24 44/24
44/25
cold [1]   41/6
collar [1]   52/15
collateral [2]
16/21 16/24
collect [1]   45/9
COLUMBIA [2]   1/1
45/23
combination [1]
49/24
comfortable [1]
17/18
coming [5]   34/7
34/10 39/13 39/14
56/3
commitment [1]
16/25
committed [1]   29/12
communicate [1]
33/22
comparable [1]   59/6
compared [1]   48/16
complaint [1]   12/6
completely [1]
25/22
compliance [1]   45/1
complicated [2]
16/12 45/14
comply [1]   45/6
concealed [2]   40/8
40/9
concede [1]   50/11

conceded [1]   58/24
concern [5]   12/8
20/22 28/12 36/15
51/18
concerning [1]
21/14
concerns [1]   46/24
conclusion [2]
26/14 27/20
conclusory [1]
53/19
condition [5]   28/17
28/17 29/10 46/25
49/23
conditions [19]
13/14 13/17 13/19
15/7 28/16 37/4
47/8 49/24 51/2
56/14 57/10 58/11
58/12 58/18 59/3
59/3 60/11 60/12
60/12
condo [2]   31/6
48/12
conducted [2]   7/17
45/21
conducts [1]   60/15
confess [1]   17/9
confidence [1]
33/12
confident [2]   17/20
36/8
confidential [1]
38/2
confinement [1]
57/11
confirm [1]   6/15
confirmed [1]   38/4
connected [1]   34/22
connection [4]   5/24
25/25 27/10 39/4
connections [1]
56/21
consequences [2]
18/1 47/16
consider [2]   31/15
31/18
consistent [1]   6/1
constant [1]   9/5
Constitution [1]
1/24
consult [1]   8/24
consulted [1]   12/6
contact [5]   34/2
55/23 55/24 55/25
62/6
contacted [1]   10/20
content [1]   26/9
context [3]   4/10
52/15 61/13
continued [2]   11/25
53/6
continues [1]   10/17
continuous [1]
26/22
continuously [2]
27/19 35/19
Contrary [1]   6/24
contributed [1]
28/9

conversation [2]
52/9 55/8
converse [1]   29/19
convicted [1]   46/13
cooperate [2]   52/3
52/7
cooperation [2]
6/13 17/6
copious [1]   42/22
copy [2]   5/13 5/18
corrected [1]   59/1
corroborate [1]
6/12
corroborates [1]
7/1
counsel [10]   5/10
10/19 10/21 11/4
11/5 11/11 40/6
42/14 57/17 57/22
counsel without [1]
11/11
count [1]   49/18
countries [2]   39/19
51/10
country [3]   5/3 5/3
55/14
counts [1]   50/7
couple [1]   30/3
course [6]   4/14
15/7 16/14 41/15
46/3 56/22
court [109]
court heard [1]
20/7
court's [5]   9/23
18/14 28/12 42/19
47/4
courtroom [1]   2/21
courts [2]   1/23
38/6
cousin [21]   11/20
14/1 14/5 17/24
18/8 18/17 29/10
33/17 35/4 35/11
36/4 36/19 46/25
47/2 47/7 47/14
47/18 48/18 55/5
55/5 55/6
cousin's [4]   30/23
48/9 48/12 48/19
cousins [1]   47/18
COVID [1]   9/7
cr [1]   1/4
Craig's [1]   43/21
created [2]   42/10
58/7
creation [1]   27/15
creator [1]   21/19
credit [1]   52/17
crime [2]   52/15
53/22
criminal [4]   1/3
2/2 19/19 51/19
criminals [2]   44/22
46/13
cryptocurrency [26]
12/1 12/4 21/1
21/20 21/21 22/13
22/14 22/19 24/7
40/3 40/4 41/1 41/2

**C**

cryptocurrency... [13]
41/5 41/7 41/11
41/16 41/24 43/18
43/20 43/21 43/23
43/25 48/18 49/11
57/17
culturally [1]
51/16
curious [1]   19/13
currency [1]   23/13
custodial [4]   41/2
41/3 41/6 41/11
custodian [4]   20/12
28/21 60/14 61/8
custodians [1]
60/24
customer [3]   43/12
45/9 53/4
customers [1]   45/19
cut [1]   47/17
cyber [1]   27/1

**D**

D.C [1]   6/22
darknet [12]   27/3
44/16 44/23 46/9
46/14 49/9 49/9
49/9 55/13 55/25
56/5 57/8
darknets [1]   25/22
date [2]   40/17
63/10
day [4]   21/16 32/5
33/6 33/8
days [4]   33/6 33/9
34/6 40/20
DC [4]   1/5 1/14
1/16 1/25
deal [2]   11/13
47/24
decided [1]   25/8
decision [3]   28/10
31/17 31/19
declaration [1]
40/12
deed [1]   16/4
deep [2]   17/6 52/4
deeply [1]   29/12
defeat [1]   6/25
defendant [10]   1/7
1/18 2/5 2/5 28/5
58/20 59/4 60/15
61/3 61/10
defendant's [1]
61/7
defendants [1]   8/12
defender [3]   10/18
20/18 52/11
defense [11]   3/16
3/18 3/25 18/9 40/1
41/21 42/22 46/17
57/9 57/17 57/22
definitely [2]   33/2
35/14
Denmark [1]   5/2
depended [1]   34/1
deposits [2]   27/2
27/4

designed [1]   21/21
despite [2]   10/19
13/21
detail [3]   38/8
41/13 46/21
detain [1]   28/10
detained [3]   20/3
58/3 59/8
detention [9]   1/9
13/11 15/8 28/20
28/23 38/13 42/18
48/7 50/25
device [2]   23/8
41/9
devices [2]   34/23
35/10
died [1]   9/11
difference [1]
50/22
different [6]   20/15
24/10 41/10 54/3
54/4 59/24
difficult [3]   23/3
23/12 24/7
diplomatic [1]   17/2
direct [2]   22/20
27/2
directed [1]   50/21
discern [2]   23/13
24/20
disclosed [2]   40/5
48/14
discovered [1]
39/11
discussed [1]   34/8
Discussion [1]
29/24
disguise [4]   21/23
24/19 24/22 24/24
dishonest [1]   47/15
disputed [1]   49/14
distinction [1]
38/12
distraction [1]   5/4
district [11]   1/1
1/1 1/10 1/23 13/18
13/18 28/7 40/16
45/23 48/5 59/7
diverse [1]   51/16
docket [1]   20/3
document [3]   3/6
6/25 7/1
documents [7]   5/9
5/15 5/16 15/23
20/4 49/10 55/18
DOJ [2]   1/13 1/15
dollar [11]   4/22
12/18 12/20 13/1
14/3 15/18 16/6
16/7 27/4 50/24
51/7
dollars [5]   4/12
13/21 21/25 48/17
49/18
domain [4]   26/20
26/21 26/22 42/23
done [5]   8/13 19/7
21/8 22/19 56/6
doubt [1]   48/19
Draconian [1]   18/1

draw [1]   8/7
drawing [1]   5/22
drawn [2]   38/23
52/8
driver's [1]   55/19
dropped [1]   2/22
drug [2]   46/9 46/12
during [1]   9/8
dwarfed [1]   48/12

**E**

e-mail [2]   43/4
43/5
early [1]   43/2
earned [2]   10/11
54/18
easiest [1]   28/17
easily [3]   41/5
49/10 51/3
East [1]   8/19
easy [1]   6/11
economy [1]   44/16
effect [1]   5/19
effective [1]   47/22
effectively [1]
48/23
effectuated [1]
42/15
effort [1]   47/23
efforts [3]   10/9
10/19 46/3
either [3]   18/10
24/13 37/25
electronic [5]   5/16
15/8 21/2 58/19
60/13
electronically [2]
55/23 55/24
else [7]   20/13 21/7
23/12 36/18 37/21
42/11 61/18
else's [1]   21/9
embassy [1]   55/24
encompassed [1]   5/3
end [3]   11/16 20/10
21/16
engage [3]   22/18
25/24 45/16
engaged [1]   25/23
engagement [1]
25/24
engages [1]   22/24
engaging [1]   60/9
enjoyed [3]   44/12
44/12 53/17
enjoys [1]   13/8
enormous [1]   17/23
enough [3]   3/3
17/18 48/1
enrolled [1]   8/8
ensure [1]   56/14
entered [4]   39/9
39/9 39/11 56/6
enterprise [2]
44/12 44/13
entire [5]   18/17
21/22 37/23 39/17
58/2
entirely [1]   57/23
entitled [1]   63/5

entryway [1]   35/23
equally [2]   17/1
50/12
equity [2]   31/10
48/11
eradicated [1]   55/9
escape [1]   47/23
especially [1]
13/10
Esq [1]   1/18
essentially [3]
42/8 43/23 45/15
estate [1]   32/2
estimate [1]   30/25
estranged [1]   58/1
et [1]   36/1
Ethiopian [1]   51/14
EU [2]   9/18 9/20
Euro [1]   4/20
European [3]   4/11
5/1 9/8
evade [1]   7/12
evaluate [1]   17/25
even [10]   8/6 12/16
12/16 26/3 27/22
34/7 50/6 52/12
53/6 55/23
eventually [1]
57/18
everyone [1]   23/24
evidence [9]   13/22
27/13 27/21 36/4
42/22 43/1 44/1
46/4 53/12
evident [1]   48/20
exact [3]   39/14
40/17 52/25
exactly [3]   18/15
37/24 50/25
examine [3]   4/9
15/22 19/4
example [4]   7/5
11/2 11/20 37/19
exchange [3]   40/3
43/21 43/25
exchanges [1]   43/18
exclusively [1]
44/6
exhibit [8]   2/22
2/25 3/11 4/5 4/7
4/10 4/22 14/25
Exhibit C [1]   14/25
exhibits [2]   3/15
14/5
exist [1]   13/14
exists [1]   22/15
expert [1]   12/6
Explain [1]   22/17
extensive [2]   2/9
10/8
extradition [1]
48/24

**F**

face [1]   47/15
facilitate [1]   10/6
facing [1]   49/13
fact [27]   6/11 6/16
6/25 7/1 8/22 8/22
9/3 10/12 12/25

**F**

fact... **[18]**   12/25
13/21 17/3 22/24
25/18 26/1 26/15
26/21 28/8 36/21
39/1 46/12 49/4
51/7 52/9 52/10
54/10 58/5
factor **[1]**   15/14
factors **[1]**   58/4
facts **[1]**   5/6
factual **[4]**   27/23
28/1 28/2 52/25
factually **[1]**   7/23
fair **[4]**   3/3 16/22
19/5 47/13
fairly **[3]**   3/4 10/8
26/19
fake **[2]**   51/24
52/21
fallen **[1]**   10/23
false **[5]**   8/14 22/2
49/2 49/10 54/2
familiarity **[1]**
49/9
family **[10]**   11/19
14/14 18/17 20/19
51/15 51/16 57/25
58/1 59/8 59/9
family's **[1]**   59/23
far **[6]**   27/25 38/3
50/24 56/19 56/20
62/2
federal **[3]**   10/18
20/18 52/11
Federation **[1]**
48/25
feel **[2]**   17/18
31/19
feet **[1]**   56/11
felt **[1]**   18/5
few **[1]**   31/23
Fifth **[2]**   19/12
42/2
fight **[1]**   29/13
figure **[3]**   22/5
25/1 35/14
figured **[1]**   57/18
file **[2]**   45/9 45/15
filed **[1]**   4/3
final **[2]**   57/3
59/25
finally **[1]**   37/1
financial **[2]**   38/5
40/6
find **[2]**   11/10
61/10
findings **[1]**   20/9
fine **[2]**   3/12 23/9
fingertips **[1]**
12/22
finish **[2]**   24/1
24/2
Finland **[1]**   5/2
firm **[2]**   11/16
11/17
first **[7]**   2/12 2/17
4/21 20/16 27/4
50/7 58/22

fit **[1]**   7/4
five **[3]**   27/3 32/23
50/9
flag **[2]**   38/11 50/6
fled **[1]**   17/23
flee **[8]**   7/10 7/11
17/25 18/7 47/9
47/12 48/24 49/19
flight **[20]**   10/6
13/11 13/13 13/24
28/16 34/12 38/17
41/24 42/5 48/3
48/6 50/16 51/16
51/20 54/1 54/1
57/23 58/7 58/14
58/20
flip **[2]**   28/19 35/6
Floor **[1]**   1/19
fly **[6]**   7/20 8/9
9/13 34/13 34/15
51/19
focus **[1]**   5/6
focused **[1]**   18/22
fog **[1]**   23/1
follow **[3]**   23/3
24/7 24/23
For the Defendant **[1]**
1/18
forbid **[2]**   47/5
47/6
foregoing **[1]**   63/4
foresight **[1]**   53/25
forfeit **[2]**   16/15
17/12
forfeiting **[1]**
17/13
forfeiture **[2]**   38/7
49/18
forms **[1]**   40/4
Forrest **[1]**   28/6
forth **[5]**   19/25
38/8 43/13 43/14
59/22
forums **[1]**   43/10
forward **[2]**   4/6
20/12
found **[1]**   40/9
four **[5]**   19/9 31/23
34/6 39/10 49/6
frank **[1]**   55/8
frankly **[3]**   48/5
48/20 58/10
freedom **[1]**   52/6
freely **[1]**   8/19
freeze **[1]**   11/6
Friday **[1]**   15/2
friends **[1]**   58/1
front **[4]**   14/4 22/4
57/21 59/7
frozen **[5]**   10/3
11/14 52/9 52/13
52/15
fruits **[1]**   44/12
full **[1]**   6/13
fully **[2]**   52/12
58/13
fun **[1]**   34/16
funds **[4]**   11/5
22/22 41/3 41/4
funeral **[1]**   9/11

further **[6]**   19/5
19/6 43/14 50/1
61/24 61/25
future **[2]**   13/14
46/18

**G**

gain **[1]**   6/5
Gary **[17]**   50/23
51/4 51/6 57/6
57/19 57/23 57/24
57/25 58/5 58/9
58/24 58/24 59/6
59/7 59/13 59/18
59/24
gave **[1]**   19/20
German **[1]**   5/12
gets **[2]**   17/12
45/13
given **[6]**   9/5 11/19
18/9 38/7 39/14
49/11
gives **[1]**   53/1
God **[2]**   30/17 39/1
goes **[2]**   5/10 7/20
good **[5]**   2/15 2/16
3/13 3/14 37/4
government **[91]**
government's **[15]**
13/3 17/5 25/16
26/24 27/12 27/22
42/7 42/7 42/9
42/11 42/19 46/23
52/24 55/12 57/5
GPS **[6]**   28/20 55/25
58/18 60/13 62/3
62/4
grain **[1]**   26/6
grand **[1]**   12/21
grandmother **[3]**
32/23 36/22 36/24
granted **[1]**   28/7
grave **[1]**   47/16
great **[6]**   7/20
47/24 52/19 52/19
60/1 62/12
guess **[5]**   15/14
34/16 47/25 50/9
51/1
guideline **[2]**   49/16
53/14
guidelines **[1]**
49/14
guilt **[1]**   59/18

**H**

hallways **[1]**   35/24
hand **[2]**   30/15
43/24
hanging **[1]**   34/8
happen **[1]**   56/12
happened **[3]**   7/9
9/14 48/13
happens **[1]**   29/11
happy **[8]**   2/10 9/22
15/19 16/8 29/20
38/10 56/22 62/6
hard **[2]**   18/23
24/23
harder **[1]**   24/20

Harmon **[28]**   13/16
50/23 50/23 50/23
51/2 51/6 56/17
57/6 57/6 57/6
57/10 57/18 57/19
57/23 57/24 57/25
58/5 58/9 58/10
58/17 59/6 59/7
59/13 59/18 59/24
60/9 60/12 60/17
Harmon's **[2]**   57/16
58/18
Harvard **[1]**   32/16
head **[2]**   20/25 46/8
hear **[1]**   2/10
heard **[4]**   5/10 20/7
20/7 50/17
hearing **[2]**   1/9
42/18
held **[2]**   10/15 41/4
Helix **[1]**   57/7
Hello **[2]**   30/5 30/6
help **[2]**   30/17
32/23
helpful **[4]**   2/10
15/21 25/9 40/25
helps **[2]**   35/20
35/22
here's **[1]**   43/3
herring **[1]**   19/24
hi **[1]**   30/7
hidden **[3]**   11/3
21/4 23/5
hide **[12]**   8/14 10/9
21/21 21/23 22/13
22/14 25/4 39/8
52/17 52/19 52/21
54/15
higher **[1]**   50/25
himself **[5]**   7/18
18/5 37/5 47/24
56/5
hire **[2]**   10/22
33/11
hired **[1]**   12/5
historical **[1]**   51/8
history **[1]**   51/19
hold **[2]**   16/1 28/22
holds **[2]**   41/3 58/8
home **[38]**   14/10
14/11 14/15 14/17
14/21 14/22 15/3
15/3 15/5 15/8
15/13 16/8 16/11
16/18 16/20 17/10
17/15 17/19 28/20
29/2 29/5 31/4
31/24 32/1 32/4
32/15 32/19 32/19
32/20 33/7 33/8
33/14 35/8 35/9
35/22 47/1 55/6
57/11
homes **[1]**   35/9
homicide **[1]**   28/9
Honor **[47]**   2/13
2/15 2/21 3/9 3/13
3/15 3/24 4/2 5/23
8/23 9/2 9/15 9/22
10/17 11/7 14/3

**H**

Honor... **[31]**   14/19
15/18 16/1 16/22
18/2 20/6 20/20
22/10 24/24 34/21
35/2 36/13 36/19
37/11 37/13 39/24
42/3 42/13 43/4
44/8 45/13 46/7
48/2 49/11 50/2
50/4 55/4 56/25
59/25 61/20 62/2
HONORABLE **[1]**   1/9
hook **[5]**   1/22 18/8
18/17 63/3 63/10
hospital **[1]**   32/15
host **[1]**   44/1
hot **[3]**   47/24 49/12
49/13
hotmail **[1]**   43/6
hotmail.com **[1]**
43/4
hour **[1]**   32/11
hours **[2]**   33/6 33/8
house **[4]**   28/21
32/25 33/13 56/3
Howell **[6]**   57/9
57/15 57/21 58/2
58/5 58/12
hundred **[1]**   49/17
hundreds **[1]**   21/24
hundredth **[1]**   50/19
husband **[1]**   51/10
hypothetical **[4]**
50/21 55/13 55/24
56/4

**I**

idea **[1]**   16/15
identification **[5]**
6/5 6/17 44/25
55/20 55/21
identified **[2]**   27/2
57/13
identify **[2]**   46/11
48/13
identifying **[3]**
19/3 55/16 55/18
illegal **[7]**   23/14
25/22 38/3 45/3
51/25 52/21 54/14
illegitimacy **[1]**
12/4
illicit **[2]**   23/5
47/12
immediately **[2]**
47/20 60/9
implied **[1]**   39/3
important **[6]**   2/19
10/2 15/13 17/1
17/22 18/5
importantly **[1]**
50/14
impose **[5]**   15/9
29/10 50/6 50/12
56/13
imposed **[2]**   9/20
51/17
impossible **[2]**

18/25 24/8
improper **[9]**   6/10
7/22 7/23 8/6 8/14
23/14 38/4 51/25
54/9
in-person **[1]**   2/18
incentive **[3]**   49/16
49/19 52/12
inception **[1]**   53/23
include **[3]**   3/22
12/11 15/7
including **[3]**   24/9
40/3 52/4
India **[1]**   51/13
indicate **[3]**   5/11
8/18 61/5
indicated **[5]**   10/2
17/6 37/1 39/18
61/2
indicating **[1]**   6/2
indication **[4]**   39/7
53/8 53/18 54/4
indicative **[2]**
20/22 23/2
indicted **[1]**   12/23
indictment **[8]**   10/8
11/24 11/25 12/7
12/7 21/11 26/2
53/14
indigency **[1]**   40/13
indigent **[1]**   40/7
individual **[2]**
38/24 41/21
individuals **[1]**
56/19
inference **[6]**   5/23
5/23 8/7 19/5 22/7
52/8
inferences **[1]**   6/10
inflated **[1]**   12/18
inflict **[1]**   17/23
inform **[1]**   15/4
information **[13]**
19/3 19/9 19/14
23/22 23/23 38/2
41/22 41/23 42/5
45/9 45/25 52/25
58/4
informed **[2]**   15/2
42/14
infrastructure **[2]**
42/25 43/6
initial **[10]**   26/14
40/6 40/16 40/24
42/16 42/17 42/23
43/5 58/10 58/12
initially **[2]**   53/1
57/10
inordinate **[1]**   25/9
inquire **[1]**   34/22
inquiries **[1]**   43/12
inside **[1]**   35/23
instruct **[1]**   35/17
instructed **[1]**   61/6
instructive **[1]**
57/20
insurance **[1]**   4/17
integral **[1]**   44/15
intend **[1]**   2/22
intends **[1]**   6/24

intention **[1]**   39/10
internet **[17]**   17/5
24/11 28/19 34/22
35/5 35/7 35/10
35/13 36/4 36/15
44/17 44/18 47/6
56/1 56/2 61/13
61/16
interview **[1]**   60/23
interviewed **[2]**
14/7 14/8
intimate **[2]**   7/21
27/24
intimated **[1]**   38/25
intimately **[1]**
27/14
into **[9]**   2/14 2/21
16/19 21/24 27/2
31/25 32/5 39/11
45/13
inundated **[1]**   51/15
invest **[1]**   53/25
invested **[1]**   53/23
investigation **[2]**
13/3 46/3
investment **[6]**
14/12 14/13 15/12
15/16 15/20 48/10
invoked **[1]**   57/5
involve **[1]**   41/11
involved **[4]**   27/14
43/9 44/5 44/22
involves **[1]**   54/13
involving **[2]**   12/1
46/9
irresistible **[1]**
49/19
IRS **[1]**   27/1
IRS/CI **[1]**   27/1
Israel **[5]**   8/20
8/22 9/3 32/15
39/18
Israeli **[1]**   51/11
issue **[14]**   7/8 7/8
9/4 18/15 18/15
33/15 39/25 52/23
54/11 55/14 57/16
57/23 58/18 58/21
issued **[1]**   54/11
issues **[1]**   45/2

**J**

JEFF **[4]**   1/22 56/19
63/3 63/10
jerk **[2]**   12/2 12/2
job **[2]**   32/4 60/1
judge **[15]**   1/10
13/16 13/19 20/10
24/3 28/6 28/18
56/17 57/9 57/15
57/21 58/2 58/4
58/11 59/7
judgment **[2]**   17/9
49/18
June **[3]**   40/19
42/15 42/15
June 9th **[1]**   42/15
jurisdiction **[4]**
12/18 48/21 53/12
61/9

intention... 

jurisdictions **[2]**
48/24 61/14
jury **[1]**   12/21
justice **[1]**   19/19
38/18

**K**

K-O-Z-I-A-K-O-V **[1]**
30/10
Katherine **[1]**   28/6
keep **[2]**   33/1 41/2
keeps **[1]**   23/8
kind **[3]**   16/12
18/16 34/1
kinds **[1]**   15/8
knew **[1]**   47/19
knowing **[1]**   24/16
knowledge **[1]**   40/5
known **[1]**   46/12
knows **[4]**   10/20
36/18 39/2 53/10
Kosiakov **[10]**   29/7
29/14 30/4 30/6
30/14 30/20 34/20
35/3 37/7 61/2
Kosiakov's **[1]**
15/12
Kraken **[9]**   40/2
41/4 41/12 48/8
51/21 51/23 52/1
52/16 52/20

**L**

L-A-R-R-Y **[1]**   50/23
LA **[2]**   34/7 34/11
labels **[1]**   35/16
laboratories **[1]**
32/18
large **[1]**   10/11
larger **[2]**   25/18
44/14
Larry **[17]**   13/16
50/23 50/23 51/2
51/4 56/17 57/5
57/6 57/10 57/16
57/18 58/10 58/17
58/18 58/23 60/9
60/17
last **[5]**   27/23
33/16 33/18 34/4
57/1
late **[1]**   43/16
later **[5]**   40/20
40/20 40/21 40/22
42/18
laundering **[1]**   45/8
law **[2]**   11/16 11/17
lawyer **[4]**   11/13
11/21 18/9 18/24
lays **[1]**   41/13
leading **[1]**   53/4
learn **[3]**   8/9 34/13
34/14
learned **[1]**   12/5
learning **[2]**   7/19
37/16
least **[7]**   12/2 27/3
41/16 46/9 47/12
47/21 49/5
leave **[5]**   18/7

**L**

leave... **[4]** 18/17 30/1 47/18 51/6
leaving **[2]** 36/1 47/6
left **[1]** 47/19
lengths **[1]** 7/20
less **[2]** 17/25 56/20
letter **[4]** 14/24 15/11 15/12 18/11
liberty **[1]** 29/13
license **[1]** 55/19
lie **[1]** 52/16
life **[3]** 34/1 44/2 58/2
light **[2]** 2/23 22/5
likely **[4]** 17/25 21/4 44/14 56/11
limit **[1]** 60/5
limitless **[1]** 48/23
limits **[1]** 19/22
line **[2]** 29/20 37/9
link **[2]** 12/10 28/2
linked **[1]** 46/8
List **[1]** 43/21
listen **[1]** 37/10
Literally **[1]** 34/6
little **[4]** 23/25 24/3 24/10 40/2
live **[6]** 14/14 15/3 28/24 31/4 31/5 33/8
lived **[4]** 14/15 19/3 58/2 59/21
lives **[3]** 28/21 32/23 56/3
living **[3]** 7/16 16/17 50/10
LocalBitcoins.com **[1]** 43/19
located **[1]** 19/17
location **[3]** 36/24 46/25 47/17
locations **[1]** 45/23
long **[3]** 13/4 32/10 56/6
longer **[1]** 9/19
look **[17]** 3/6 7/6 7/19 9/9 11/21 11/24 20/5 24/25 26/13 26/16 37/21 37/22 37/23 52/25 53/16 54/1 55/7
looked **[1]** 16/19
looking **[1]** 48/7
looks **[1]** 20/10
Los **[1]** 9/14
losing **[1]** 17/15
lost **[2]** 51/1 56/16
lot **[5]** 25/7 49/12 49/13 57/24 59/19
lower **[1]** 4/17

**M**

machine **[1]** 21/2
mail **[7]** 3/23 4/13 6/2 6/18 6/18 43/4 43/5

mainly **[1]** 50/21
maintain **[1]** 41/5
maintained **[1]** 19/15
majority **[3]** 41/19 46/11 46/12
makes **[2]** 21/8 51/16
making **[3]** 11/22 27/8 43/11
Mali **[2]** 53/10 53/11
man **[4]** 11/9 52/18 59/19 59/20
manage **[1]** 11/10
manager **[1]** 32/3
manner **[2]** 38/21 53/20
many **[5]** 5/5 10/19 10/19 41/10 41/10
marked **[1]** 3/22
market **[3]** 22/23 27/5 27/5
marketplace **[8]** 21/20 21/20 21/24 22/16 22/18 23/12 25/19 27/6
markets **[5]** 27/3 27/3 44/23 46/14 49/10
Maryland **[1]** 28/9
mask **[1]** 6/8
Massachusetts **[3]** 20/19 36/17 47/2
material **[1]** 5/12
matter **[6]** 3/24 4/11 6/2 17/8 23/6 63/5
matters **[1]** 16/23
maximum **[4]** 50/7 50/8 50/8 50/13
may **[16]** 3/1 15/15 21/16 21/16 22/1 22/10 22/10 23/6 23/18 27/9 28/13 37/13 37/15 44/13 45/17 46/16
maybe **[7]** 25/19 26/25 27/1 27/6 27/13 27/13 58/5
mean **[7]** 6/10 20/23 24/6 32/20 33/15 51/12 56/1
meaning **[1]** 41/3
means **[8]** 6/16 41/7 41/8 41/8 49/21 52/19 55/20 55/21
meant **[2]** 22/14 27/19
measures **[1]** 19/4
mechanism **[2]** 25/2 27/25
Medical **[1]** 32/17
meet **[3]** 43/20 43/22 43/24
member **[1]** 11/19 24/5 59/8
members **[1]** 59/9
memorize **[1]** 41/9
mentioned **[1]** 17/3

mentioning **[1]** 39/16
merry **[1]** 56/8
Miami **[1]** 7/16
microphone **[1]** 2/14
middle **[2]** 8/19 55/15
might **[7]** 23/21 23/22 25/8 36/25 37/4 46/18 47/8
million **[1]** 49/17
millions **[5]** 13/20 21/24 48/17 48/17 53/24
mind **[1]** 51/4
minute **[2]** 3/5 58/15
minutes **[3]** 32/10 32/24 57/3
missed **[2]** 15/16 38/10
Missouri **[3]** 30/22 47/1 48/11
mistaken **[1]** 25/19
misunderstand **[1]** 5/12
mix **[2]** 22/17 54/13
mixed **[1]** 25/5
mixer **[3]** 45/4 54/16 54/17
mixing **[11]** 22/24 23/15 25/3 25/3 25/6 37/14 38/1 38/3 45/3 54/14 57/8
mnemonic **[1]** 41/9
moment **[1]** 31/20
monetary **[1]** 48/4
money **[26]** 8/11 10/5 10/9 10/15 11/3 41/10 41/19 45/4 45/5 45/7 45/8 48/13 48/15 49/18 51/5 52/6 53/7 53/10 53/13 53/20 53/22 56/20 57/15 59/14 59/19 59/20
monitor **[2]** 47/17 60/11
monitored **[1]** 35/24
monitoring **[9]** 15/8 15/9 28/20 46/25 58/19 60/13 61/16 62/4 62/5
monthly **[1]** 33/25
months **[7]** 4/20 12/12 12/13 12/13 12/19 12/19 40/20
more **[21]** 8/19 17/22 20/21 21/4 23/3 25/9 31/1 33/14 35/21 41/18 45/14 46/21 47/24 48/8 49/7 49/7 49/17 50/14 52/12 56/19 57/24
morning **[9]** 2/15 2/16 3/4 3/13 3/14 14/8 29/16 29/22 61/2

mortgage **[1]** 31/9
Moscow **[2]** 9/13 9/14
MOSS **[1]** 1/9
most **[6]** 27/16 32/10 32/11 35/9 39/12 52/13
mother **[6]** 11/20 16/23 17/9 17/14 17/18 17/24
mother's **[2]** 16/11 16/20
motion **[3]** 2/8 7/3 57/1
move **[2]** 4/6 57/15
moved **[2]** 13/11 57/19
movements **[1]** 57/12
Mr. **[145]**
Mr. Brown **[1]** 39/23
Mr. Kosiakov **[10]** 29/7 29/14 30/4 30/6 30/14 30/20 34/20 35/3 37/7 61/2
Mr. Kosiakov's **[1]** 15/12
Mr. Larry **[1]** 57/16
Mr. Ng **[1]** 13/20
Mr. Obrecht **[1]** 28/5
Mr. Roman **[3]** 19/21 28/2 55/14
Mr. Sterlingov **[102]**
Mr. Sterlingov's **[25]** 2/8 3/17 3/21 5/14 7/1 10/3 14/1 14/5 16/11 17/9 20/8 21/6 27/10 28/23 29/10 36/19 38/20 39/25 40/5 40/15 41/4 41/23 43/1 43/17 47/14
Ms. **[5]** 2/12 36/11 50/3 57/22 58/16
Ms. Shroff **[5]** 2/12 36/11 50/3 57/22 58/16
MSB **[1]** 45/17
much **[7]** 13/25 18/4 31/10 37/8 41/18 48/3 61/21
multiple **[8]** 8/17 8/25 11/15 42/9 49/1 49/5 54/3 59/17
mute **[1]** 37/9

**N**

name **[26]** 7/2 7/12 7/15 7/16 8/3 8/4 8/10 8/10 21/9 25/2 26/20 26/21 30/8 39/9 42/24 43/17 44/25 51/9 51/22 51/23 51/24 52/20 52/22 54/5 57/5 59/21
named **[1]** 46/15
names **[5]** 8/14 8/14

**N**

names... [3]   54/2
54/3 55/16
narrow [1]   18/12
nations [2]   8/20
8/22
nature [2]   18/9
46/5
necessarily [4]
10/14 11/7 23/5
38/4
necessary [1]   37/8
need [5]   31/19 32/6
35/13 41/2 61/25
needed [1]   6/18
needs [1]   4/19
nefarious [5]   8/4
8/5 11/8 38/4 60/10
negative [1]   18/24
net [1]   48/11
network [1]   35/9
Nevertheless [2]
4/6 4/24
new [6]   1/19 12/2
13/19 20/17 28/7
53/22
nexus [1]   45/11
Ng [2]   13/20 56/19
Noble [1]   24/17
nobody [2]   24/25
36/18
non [2]   41/6 48/24
non-custodial [1]
41/6
non-extradition [1]
48/24
none [1]   40/5
nonexistent [1]
18/23
nor [3]   7/13 7/15
7/15
Norway [1]   5/2
notations [1]   37/6
note [6]   32/23
35/21 37/1 38/18
38/19 38/22
noted [1]   6/13
notice [1]   38/7
notified [1]   14/9
notify [1]   47/20
notorious [2]   7/17
21/7
number [5]   23/21
24/6 24/11 25/2
55/18
NW [3]   1/13 1/16
1/24
NY [1]   1/19

**O**

oath [4]   19/21
30/12 36/3 37/2
obey [1]   51/17
Obrecht [1]   28/5
obscure [1]   27/8
obstruct [1]   38/18
obvious [1]   16/20
Obviously [3]   33/6
35/13 48/18

occasionally [3]
14/14 15/3 32/7
October [1]   1/5
off [13]   2/22 5/8
18/18 18/21 29/24
33/24 37/18 42/11
43/23 46/8 47/17
53/18 53/22
offender [1]   50/7
offenders [1]   46/12
offered [2]   21/17
41/22
office [4]   10/18
31/25 32/3 32/5
63/3
offshore [1]   45/17
often [3]   31/21
33/14 33/22
Ohio [2]   57/25 58/2
Omedetou [2]   43/8
44/11
omit [1]   28/8
once [2]   20/21
58/22
one [50]   4/19 5/3
5/3 5/4 7/6 9/9
9/10 12/6 12/13
14/4 16/6 16/23
17/21 20/22 23/7
25/18 26/16 27/4
27/5 27/6 30/21
31/3 32/18 35/3
35/21 37/13 37/18
37/19 37/22 37/22
38/1 41/2 44/9 45/2
46/9 46/18 48/3
48/13 49/7 50/13
53/24 54/1 54/17
55/2 56/19 58/3
58/4 58/15 59/25
62/7
one's [2]   20/25
23/8
online [8]   23/23
41/7 42/25 43/7
43/8 43/9 53/2 53/4
only [13]   3/18 9/7
9/18 12/9 14/25
19/23 26/22 35/6
36/13 47/1 53/14
59/10 61/6
onto [1]   56/5
open [5]   7/17 21/7
22/15 29/23 43/3
operate [2]   45/5
45/7
opportunity [3]
2/24 3/6 46/20
opposite [1]   54/16
order [1]   16/16
original [1]   20/8
originally [1]   20/2
others [4]   5/5 44/5
44/14 47/19
out [26]   8/7 17/2
17/11 19/22 20/6
22/5 25/1 28/4
28/13 32/23 34/8
35/14 37/2 38/6

40/1 41/13 43/24
44/20 44/20 46/10
48/5 48/6 51/6
56/10 57/18 61/10
outright [2]   31/7
31/8
over [9]   4/5 19/12
19/14 40/2 40/18
41/15 43/24 53/20
53/20
overwhelming [1]
53/11
own [19]   7/12 7/14
8/4 8/9 8/10 8/10
18/8 27/22 31/7
31/8 35/15 39/9
51/9 51/22 52/20
59/16 59/21 59/22
owned [1]   13/25
owner [1]   26/22

**P**

package [3]   3/19
5/17 20/11
page [4]   4/21 5/17
26/24 45/25
paid [3]   4/12 8/10
26/21
pain [1]   17/23
paint [1]   21/18
Pakistan [1]   51/13
palaces [1]   59/17
pandemic [2]   9/8
55/15
paper [1]   26/17
papers [16]   2/9
4/14 5/5 8/17 9/12
9/23 15/15 26/3
26/7 26/11 26/12
26/14 28/8 35/16
38/19 56/22
parsed [1]   12/6
part [4]   4/24 20/9
42/4 50/9
particular [2]
38/18 58/13
parties [1]   2/11
parties' [1]   2/9
partnership [1]
31/2
party [9]   20/12
22/20 22/22 28/21
55/8 60/14 60/24
61/4 61/7
passed [1]   42/11
passport [25]   3/22
5/12 5/14 5/18 5/24
6/4 6/9 6/15 6/16
6/22 7/12 8/17 9/6
9/6 9/9 39/16 47/12
49/3 51/13 51/14
51/14 55/14 55/15
55/17 56/5
passports [17]   8/17
8/18 8/25 9/4 19/9
39/9 39/10 39/20
47/11 49/1 49/1
49/5 51/10 51/11
54/3 54/4 59/22

password [3]   35/19
36/17 56/2
passwords [6]   34/23
35/15 35/16 35/18
36/14 36/16
pause [1]   17/14
pay [6]   10/24 11/3
11/4 11/21 11/21
42/25
paying [1]   26/20
payment [1]   54/7
payments [9]   43/15
43/19 44/20 46/16
54/7 54/7 54/9
54/11 54/12
pedophile [1]   39/2
PELKER [2]   1/15 2/4
Pennsylvania [1]
1/16
people [7]   9/17
23/6 23/9 23/18
24/20 42/9 53/22
people to [1]   24/20
people's [1]   54/3
per [1]   45/3
percent [2]   33/13
50/19
Perhaps [1]   17/12
period [1]   9/19
permanent [1]   51/12
person [12]   2/18
4/25 13/1 16/17
18/7 18/16 36/20
37/24 39/1 43/24
55/24 56/7
persona [7]   43/7
43/8 43/9 44/11
53/3 53/4 59/23
personal [1]   13/22
personally [1]
24/14
phased [1]   48/4
phone [6]   3/21 5/15
6/14 28/20 35/6
48/20
phones [1]   43/25
physical [1]   4/19
picture [1]   25/8
piece [1]   13/6
pieces [1]   58/3
pilot [2]   8/5 8/8
pilots [1]   7/22
place [4]   4/18
36/25 47/23 49/21
Plaintiff [1]   1/4
plane [1]   7/20
platform [3]   12/15
12/16 12/17
platforms [1]   22/13
play [1]   12/21
please [3]   22/11
26/1 30/14
plus [1]   48/11
point [21]   3/16
10/2 17/1 17/16
17/17 17/22 20/6
27/16 28/4 28/13
34/20 36/12 38/6
38/10 41/1 44/8
48/3 59/1 59/2 59/3

**P**

point... [1]   59/25
pointed [2]   18/12
40/1
pointing [1]   8/7
points [1]   46/22
popular [1]   30/1
portrayed [1]   51/20
posed [1]   20/21
position [3]   10/4
48/5 60/24
positive [1]   17/2
possibilities [1]
50/11
possibility [5]
49/15 49/16 50/10
50/14 56/4
possible [4]   37/4
50/12 56/9 56/10
possibly [3]   19/23
34/8 59/5
post [2]   48/9 59/10
posting [1]   48/7
posts [1]   54/2
potential [1]   49/13
potentially [2]
48/17 48/23
power [3]   16/13
16/14 16/20
pragmatic [1]   10/16
preclude [1]   13/7
predicate [1]   28/1
premises [1]   47/6
preparation [1]
38/17
preparations [1]
7/10
prepared [3]   4/6
5/16 5/24
presence [1]   34/22
present [2]   2/6
33/7
press [2]   6/12 17/5
pressed [1]   27/19
pressing [2]   27/17
27/18
pressure [1]   31/16
presumably [1]
47/12
presume [1]   5/25
presumption [2]
13/8 13/9
pretrial [15]   2/8
14/7 14/7 15/24
36/5 36/14 36/17
48/7 56/2 57/16
60/20 60/22 60/24
62/3 62/11
pretty [1]   34/3
primary [2]   58/3
58/4
principal [2]   12/14
54/8
principally [1]
44/6
prior [2]   9/10
37/17
privacy [2]   44/17
44/18
private [6]   10/19
10/21 11/4 11/5
11/11 11/12
probably [6]   8/25
27/16 31/1 31/12
31/22 41/18
proceeded [1]   53/3
proceedings [4]
40/16 40/24 62/13
63/5
process [1]   10/12
proclivity [1]   9/5
produce [1]   44/25
proffered [1]   45/8
profit [2]   53/17
53/18
profits [3]   44/13
54/19 54/19
program [1]   45/8
prong [2]   13/9
13/10
proof [6]   6/23 6/23
26/3 45/20 55/16
59/18
properly [2]   3/1
6/8
properties [5]
14/16 15/15 32/7
32/9 59/17
property [21]   13/25
14/2 14/12 14/13
15/12 15/17 15/20
16/6 16/13 16/15
20/13 30/22 31/1
32/3 32/21 42/24
47/1 48/10 55/6
59/11 61/5
proposed [1]   30/23
prosecuted [1]   28/7
protocol [1]   18/3
prove [5]   18/24
18/24 18/25 26/18
27/13
proven [2]   21/16
60/10
provide [8]   15/24
16/23 35/5 41/22
42/5 46/21 56/23
62/6
provided [3]   4/4
19/15 19/18
provides [1]   49/19
providing [1]   6/22
public [8]   10/18
24/5 29/18 29/20
37/9 37/21 43/3
52/11
publicly [1]   38/1
publish [1]   24/11
published [1]   24/13
pull [1]   43/24
punitive [1]   17/13
purchase [2]   13/23
23/20
purchased [2]   25/4
25/5
purchaser [1]   23/22
purpose [9]   2/25
21/22 22/12 23/1
23/2 23/10 23/11
23/17 24/19
purposes [1]   16/21
put [19]   4/10 14/9
14/15 14/16 14/17
14/20 14/22 19/24
20/13 30/11 31/2
31/3 31/13 31/18
36/17 39/2 47/1
52/19 56/21
puts [1]   5/5
putting [5]   5/4
14/11 30/23 55/6
55/6

**Q**

quarantine [1]   9/19
query [1]   18/14
quitclaim [1]   16/4
quite [3]   39/5
44/14 58/9
quote [4]   12/3
12/10 17/7 53/17

**R**

raise [3]   21/13
30/14 46/18
raised [3]   3/16
41/21 46/17
raises [2]   40/7
49/5
RANDOLPH [1]   1/9
ransomware [1]
46/15
rate [1]   4/17
rather [2]   27/20
37/2
re [1]   56/23
re-provide [1]
56/23
reaction [4]   11/25
12/2 12/3 26/14
read [8]   9/23 11/25
24/16 26/2 26/2
26/7 26/8 26/12
real [4]   7/16 32/2
40/8 46/19
realize [2]   9/16
14/20
really [6]   12/20
18/12 28/15 46/6
48/15 58/13
realtime [1]   62/5
reappear [1]   55/10
reason [18]   8/12
8/18 20/9 20/22
20/24 22/14 23/19
25/3 25/3 25/8
37/25 39/14 44/4
44/22 47/14 47/21
48/22 54/15
reasonable [5]   19/4
22/7 52/7 56/12
56/14
reasonably [3]
13/14 49/24 50/20
Recall [1]   5/15
receive [3]   4/13
6/18 6/18
received [5]   3/19
41/15 53/18 53/21
53/21
recites [1]   53/19
reconstitute [1]
41/9
reconstructed [1]
41/8
record [5]   29/24
30/9 43/23 51/9
63/5
records [2]   3/20
41/21
recovered [1]   3/20
5/15
recreation [1]
34/17
red [1]   19/24
referring [1]   15/13
refers [1]   15/12
Reform [4]   13/7
28/11 50/15 56/13
regarding [2]   3/17
57/5
regardless [2]   4/6
28/12
register [1]   8/3
registered [3]   8/4
8/9 51/24
registering [1]
42/23
registration [2]
6/1 7/19
reiterate [2]   16/25
36/19
related [2]   16/10
57/22
relationship [1]
36/21
relationships [1]
17/3
relative [1]   9/10
relatives [1]   39/13
release [19]   2/8
6/12 13/8 13/9
13/20 16/14 17/6
30/24 35/4 38/14
46/24 47/5 57/10
57/16 58/11 58/13
58/18 60/18 61/9
released [2]   13/20
58/17
relies [1]   38/19
rely [1]   7/7
remain [1]   61/3
remains [3]   15/6
28/12 41/20
remember [1]   38/20
reminds [1]   39/16
rent [2]   4/12 6/21
rental [3]   6/5 6/17
61/4
rented [1]   4/19
reply [4]   3/16 3/25
4/3 4/14
report [1]   36/10
Reporter [3]   1/22
1/23 63/3
represent [1]   54/20
represented [2]
10/18 52/10
representing [1]

**R**

representing... [1] 26/7
request [1] 2/20
required [2] 33/14 47/20
requires [4] 6/19 44/24 44/25 45/25
residence [2] 4/16 61/3
residency [3] 3/17 3/21 6/2
resident [1] 51/12
resources [1] 48/23
respect [4] 10/10 22/3 40/12 45/10
respond [3] 3/16 5/9 57/4
responded [1] 53/4
responding [2] 3/24 43/12
responds [1] 53/9
responsibility [1] 36/10
responsible [1] 33/5
rest [1] 40/4
restrictions [2] 9/7 61/13
return [4] 48/22 49/20 50/20 59/4
returns [1] 56/14
review [3] 2/23 2/24 3/7
reviewed [1] 2/9
revoking [1] 57/15
right [27] 9/1 9/18 10/25 11/18 11/19 13/3 18/15 19/1 19/13 21/13 22/6 23/21 24/16 26/23 26/25 27/7 28/4 30/15 37/11 37/20 42/1 42/2 50/3 55/8 57/1 60/21 61/18
risk [20] 13/11 13/13 13/24 28/15 41/24 42/4 47/9 48/3 48/6 50/16 50/18 51/15 51/20 53/25 54/1 55/9 57/23 58/7 58/13 58/20
Road [15] 25/10 25/15 25/17 25/18 25/22 25/25 26/1 27/5 27/6 27/7 27/9 27/11 44/23 46/14 46/14
role [2] 42/12 44/15
ROMAN [7] 1/6 2/3 6/24 19/21 28/2 51/24 55/14
Roman's [1] 17/20
Room [1] 1/24
roommate [8] 15/5 28/22 28/24 29/4 29/7 32/12 32/13

32/16
roommates [4] 35/13 35/17 36/22 42/7
rule [1] 51/17
rules [2] 36/8 45/10
run [1] 17/20
running [1] 35/15
Russia [2] 9/18 9/20
Russian [3] 9/6 48/25 49/5

**S**

SABRINA [4] 1/18 1/18 2/5 6/23
salient [1] 5/6
salt [1] 26/6
same [11] 9/5 23/19 24/4 24/6 28/17 28/25 39/14 50/24 51/7 53/2 58/8
Sang [2] 13/20 56/18
saved [1] 5/16
saw [3] 33/16 33/18 36/3
saying [13] 11/1 19/11 23/4 24/10 25/20 25/21 26/11 26/12 26/13 26/16 27/7 54/23 54/25
schedule [1] 3/4
school [3] 8/5 8/8 34/12
se [1] 45/3
second [7] 2/20 5/17 13/9 13/10 21/11 27/5 51/21
Secrecy [6] 45/1 45/6 45/11 45/18 45/20 50/5
secure [5] 6/17 7/13 30/23 34/23 35/10
security [7] 23/21 24/6 24/11 35/22 51/8 55/18 55/20
seek [2] 3/1 10/19
seeking [2] 38/13 38/14
seeks [2] 26/17 54/14
seem [1] 36/20
seemed [1] 2/18
seems [2] 29/11 39/15
seize [4] 13/2 17/17 17/17 40/11
seized [4] 10/13 40/1 48/8 49/7
seizure [2] 40/17 42/14
sell [3] 22/19 43/23 44/19
selling [2] 37/25 55/2
seminar [1] 3/19
send [1] 53/13
sense [1] 18/6

sent [6] 6/9 6/15 15/23 53/7 53/10 53/15
sentence [5] 49/17 50/7 50/8 50/8 50/13
sentences [1] 49/14
sentencing [1] 12/11
separate [1] 22/15
series [2] 43/16 45/22
serious [4] 13/11 13/12 28/15 50/16
served [2] 42/15 44/15
service [5] 41/12 43/12 43/20 44/3 57/9
services [9] 36/5 45/4 45/5 45/7 60/20 60/22 60/25 62/3 62/11
set [13] 13/17 13/19 28/16 28/17 28/18 35/15 38/8 43/14 44/11 53/2 53/2 53/6 53/17
setting [2] 22/15 43/5
seven [2] 33/6 33/9
several [1] 10/21
share [3] 36/16 36/21 62/8
shared [1] 36/18
shoes [1] 27/17
shormint [2] 43/4 43/6
shot [1] 29/25
show [13] 8/11 8/25 9/9 12/20 12/24 13/12 13/13 19/5 26/11 32/9 44/9 54/7 59/20
showed [1] 41/14
showing [2] 35/16 42/22
SHROFF [9] 1/18 1/18 2/5 2/12 6/23 36/11 50/3 57/22 58/16
Sidbury [1] 60/21
side [1] 39/15
sign [5] 44/24 45/24 47/3 54/2 59/11
significant [3] 20/14 23/11 27/16
Silk [15] 25/10 25/15 25/17 25/18 25/22 25/25 26/1 27/5 27/6 27/7 27/9 27/11 44/22 46/14 46/14
similar [2] 39/1 57/8
simple [1] 6/14
simply [9] 5/6 10/23 11/20 12/17 20/11 28/25 50/14

sent [6] 6/9 6/15
single [2] 50/17 52/14
site [1] 28/4
sits [1] 12/22
situation [1] 32/24
six [1] 4/20
skills [1] 49/22
sleeping [1] 33/7
Social [5] 23/21 24/5 24/11 55/17 55/20
solemnly [1] 30/15
somebody [11] 17/17 18/25 20/13 26/19 29/2 33/5 39/5 42/10 43/22 53/10 60/19
somehow [5] 7/21 21/3 26/7 38/25 47/12
someone [7] 11/14 29/7 32/21 32/24 33/11 33/13 42/11
sometime [1] 40/18
sometimes [8] 20/23 32/8 32/9 32/15 33/25 33/25 41/7 41/7
somewhat [2] 23/2 50/21
somewhere [3] 11/3 18/20 22/8
son [3] 17/1 17/19 51/13
soon [1] 11/4
sophisticated [4] 10/9 11/9 21/21 24/8
sophistication [1] 52/19
sorry [3] 14/19 16/2 20/7
sort [6] 12/23 43/20 46/5 54/1 56/4 60/5
Southern [2] 13/18 28/6
spades [1] 58/14
speak [4] 2/14 18/10 37/10 61/8
speaking [1] 18/11
spell [1] 30/8
spend [1] 59/19
spending [2] 59/15 59/16
spends [1] 25/7
spent [2] 25/9 59/19
spoke [4] 15/1 15/1 34/4 61/1
spoken [1] 29/11
spot [2] 4/12 31/18
spurious [1] 39/3
staff [1] 2/20
staffing [1] 32/17
stake [1] 48/15
stamps [1] 9/1
stand [3] 4/13 59/9 59/10

**S**

stands [1]   59/1
start [2]   24/7 50/4
started [2]   11/4
57/14
stated [2]   9/12
14/4
STATES [41]   1/1 1/3
1/10 2/3 4/12 7/3
7/6 7/14 9/8 9/17
13/18 16/18 17/2
17/11 17/16 18/4
24/16 39/12 39/21
45/11 45/16 45/19
45/24 46/1 46/4
46/17 46/22 47/13
48/22 49/20 51/12
51/13 52/2 52/5
52/14 53/12 56/7
56/17 56/18 56/18
56/21
statutory [1]   45/14
stay [1]   61/5
stayed [1]   34/2
step [1]   17/13
steps [2]   38/17
56/12
STERLINGOV [109]
Sterlingov's [25]
2/8 3/17 3/21 5/14
7/1 10/3 14/1 14/5
16/11 17/9 20/8
21/6 27/10 28/23
29/10 36/19 38/20
39/25 40/5 40/15
41/4 41/23 43/1
43/17 47/14
still [8]   11/22
13/8 37/16 48/3
51/17 53/7 58/2
58/20
stole [1]   51/5
stolen [1]   59/14
stood [1]   59/6
storage [1]   41/6
stored [1]   57/14
storing [1]   41/7
story [1]   40/8
Street [2]   1/13
1/19
stretch [1]   24/3
strict [1]   57/10
strikes [1]   16/11
struggle [1]   12/1
stuff [1]   34/8
subject [2]   45/17
45/20
submission [2]
12/11 26/25
submitted [5]   5/24
14/10 26/3 38/5
40/12
subsequent [1]
40/15
substantial [3]
10/5 22/8 58/7
successful [2]
47/21 47/22
sufficient [1]

20/11
suggest [2]   20/23
24/4
suggesting [1]   26/6
suggestion [1]
36/13
summer [1]   40/18
sums [2]   10/5 10/11
supersede [3]   12/13
12/13 12/20
supervise [1]   61/10
supervised [1]   47/4
supervision [1]
33/1
supplemental [1]
45/15
supply [2]   16/8
17/5
support [4]   16/13
17/1 17/19 59/23
supports [2]   7/18
21/17
sure [18]   3/6 6/8
10/25 15/6 17/4
17/8 20/1 20/4
24/14 24/25 28/11
29/11 30/10 35/25
45/14 46/10 58/25
62/10
surely [1]   11/9
suretor [2]   20/13
55/8
suretors [1]   60/14
surrounding [1]
6/11
suspected [1]   39/1
swear [4]   19/22
30/15 37/2 37/3
Sweden [10]   4/18
5/1 9/4 9/13 16/13
16/17 17/3 17/10
17/11 17/12
Swedish [13]   5/14
5/18 6/13 6/14 6/15
6/16 8/18 16/15
16/15 16/16 17/7
38/24 49/5
swoop [1]   11/6
swore [1]   19/21
system [1]   35/22

**T**

table [1]   2/22
talent [1]   11/9
talk [3]   3/7 33/25
61/25
talked [1]   54/6
talking [3]   25/10
26/9 26/10
tall [1]   56/11
telephone [1]   29/15
telephonically [1]
16/24
telling [5]   16/17
34/7 36/23 52/13
54/10
tells [1]   14/25
tens [1]   48/17
term [1]   13/4
terms [5]   5/3 18/10

35/23 47/4 56/20
terribly [2]   47/21
47/22
terrorist [1]   8/2
test [3]   43/2 46/2
55/12
testimony [1]   30/15
texted [1]   29/21
theory [6]   42/7
42/7 42/12 42/19
42/20 52/24
there's usually [1]
33/12
therefore [2]   10/4
52/7
thinking [1]   21/15
third [10]   20/12
22/20 22/21 27/6
28/21 55/8 60/14
60/24 61/4 61/7
thoroughly [1]   9/24
though [1]   40/10
thought [9]   5/10
20/25 25/16 25/19
51/1 58/23 58/23
59/2 60/10
thoughts [1]   47/25
three [3]   31/23
34/6 49/6
throughout [1]   44/2
tie [3]   12/14 12/15
53/5
tied [3]   43/5 44/10
44/21
times [4]   10/21
29/3 31/23 31/23
today [4]   2/7 4/5
23/20 30/21
told [7]   9/3 10/21
11/14 28/23 29/16
34/12 52/4
tomorrow [2]   23/20
56/11
tool [1]   24/8
top [3]   4/21 27/3
46/8
totally [3]   41/20
45/17 59/23
touch [2]   36/20
46/21
towards [3]   3/21
9/5 20/10
trace [5]   22/21
23/3 23/7 43/18
46/6
traced [2]   22/25
43/15
track [1]   24/9
trading [1]   23/13
trafficking [1]
46/9
transaction [14]
22/20 22/21 23/4
23/5 23/7 25/1
27/23 37/18 37/19
37/22 45/22 54/13
54/17 60/16
transactions [16]
21/1 21/3 21/22
21/23 22/14 23/4

24/12 24/21 27/8
37/20 43/2 45/16
45/22 46/4 46/6
60/8
transcript [3]   1/9
20/10 63/4
transfer [3]   11/15
22/23 53/7
transferred [1]
20/4
travel [6]   8/19 9/5
9/6 31/21 31/22
49/10
traveled [4]   5/1
7/14 9/3 51/9
traveling [1]   9/17
travels [2]   15/4
15/4
trial [1]   49/25
tried [4]   52/3
56/16 56/17 56/18
trivial [1]   48/16
trouble [1]   52/4
true [5]   42/24
43/17 44/25 59/9
63/4
truly [2]   37/20
40/7
truth [3]   30/16
30/16 30/17
truthfulness [1]
39/15
try [4]   7/20 8/14
22/9 33/1
trying [2]   23/16
23/17
TSA [2]   39/3 39/8
turn [2]   5/8 19/12
turned [1]   19/14
twice [2]   58/22
58/22
two [8]   3/19 8/18
9/4 49/7 51/10
51/11 51/11 57/2
tying [1]   44/1
type [1]   18/7
types [1]   54/4

**U**

U.S [6]   1/15 1/23
10/3 16/17 27/4
46/13
ultimate [1]   37/24
ultimately [2]   33/4
57/17
unaccounted [2]
41/20 58/7
under [14]   13/7
19/19 19/21 28/11
30/12 35/17 36/3
37/2 47/9 51/9
57/10 59/21 59/22
61/23
undercover [5]
45/22 45/22 53/7
53/13 53/15
underlying [1]
15/22
undertake [2]   33/4
36/2

**U**

undisclosed [1]
48/8
unease [1]   39/2
unfamiliar [1]   18/3
union [4]   4/11 5/1
5/4 9/8
UNITED [41]   1/1 1/3
1/10 2/3 4/12 7/3
7/6 7/14 9/7 9/17
13/18 16/18 17/2
17/11 17/16 18/4
24/15 39/12 39/21
45/11 45/16 45/19
45/24 46/1 46/4
46/16 46/22 47/13
48/22 49/20 51/11
51/13 52/2 52/5
52/14 53/12 56/7
56/17 56/18 56/18
56/21
unknown [1]   57/12
unlawful [1]   25/6
unless [2]   16/6
23/11
unlike [2]   7/2
37/18
unmute [1]   30/4
unquote [4]   12/3
12/11 17/8 53/17
unreliable [1]
59/14
unsecured [2]   57/17
58/6
unusual [2]   8/8 9/4
up [36]   11/16 14/9
14/11 14/15 14/16
14/17 14/21 14/22
19/13 20/13 22/15
30/1 30/23 31/2
31/3 31/13 35/25
43/5 43/20 43/22
43/24 44/11 44/24
45/25 47/1 48/10
53/2 53/2 53/6
53/17 55/6 55/6
57/21 58/5 59/9
59/10
update [2]   15/19
62/6
upon [4]   9/20 9/20
15/9 22/4
urge [1]   7/4
usage [1]   61/16
USAO [1]   1/13
USAO-DOJ [1]   1/13
use [14]   3/1 6/25
8/14 9/10 9/10 11/3
16/20 23/8 27/8
35/6 38/16 51/22
52/21 54/17
used [14]   6/4 6/16
7/15 7/16 8/10 9/7
25/17 38/21 42/24
43/1 46/13 54/5
54/16 59/21
user [5]   28/3 54/8
54/10 54/12 54/12
users [1]   25/18

uses [1]   7/13
using [2]   49/11
60/5
using time [1]   60/5
usually [3]   31/22
32/10 33/12

**V**

value [8]   14/1
15/14 15/16 15/19
16/5 16/8 27/4
30/22
valued [1]   41/17
vanish [1]   48/21
various [2]   40/3
43/17
vast [4]   41/19
46/11 46/12 59/15
venture [1]   42/9
venue [3]   12/18
46/17 53/12
verify [2]   33/8
61/7
versus [1]   38/13
video [1]   16/25
view [5]   21/17 23/6
42/10 44/6 61/12
violated [1]   51/2
violation [1]   47/4
visible [1]   37/21
visit [2]   32/6 32/9
visited [2]   8/22
8/22
voice [2]   43/10
53/4

**W**

wait [1]   16/1
walk [1]   56/10
walked [1]   2/21
wallet [2]   41/6
41/8
wander [1]   56/5
wants [6]   8/7 37/21
42/4 44/17 44/18
52/21
warning [1]   47/13
warrant [2]   40/18
42/14
Washington [5]   1/5
1/14 1/16 1/25 6/22
wasted [1]   60/3
watch [2]   32/25
60/8
watching [2]   33/5
33/6
water [3]   47/24
49/12 49/13
watermark [2]   5/14
5/19
way [18]   5/24 7/17
11/10 11/17 21/21
22/22 22/23 26/17
33/3 35/10 39/6
44/9 48/6 51/22
53/11 53/22 56/8
60/16
ways [1]   41/10
wealth [1]   13/22
website [1]   26/23

week [4]   33/6 33/9
34/9 42/18
weekend [1]   4/5
weekly [1]   33/25
weeks [2]   40/20
40/22
welcome [8]   3/8
31/17 41/22 42/5
46/20 46/20 61/22
62/9
what's [5]   14/1
41/5 42/11 59/16
60/24
whatsoever [5]   4/16
25/25 39/7 54/5
55/16
white [1]   52/15
white-collar [1]
52/15
who's [2]   36/1
54/12
whole [3]   18/20
30/16 44/1
whose [1]   8/3
wifi [3]   35/17
35/18 35/19
willing [13]   14/9
14/15 14/16 14/17
14/20 14/22 15/5
16/24 28/24 31/13
36/2 43/22 61/3
wireless [1]   35/9
within [2]   5/4 46/1
without [3]   11/11
47/7 58/3
word [3]   26/5 27/19
57/1
words [4]   18/8
26/16 57/3 60/3
work [9]   17/11 32/1
33/14 35/8 35/13
37/23 60/13 60/14
60/16
workable [1]   61/13
worked [8]   42/10
44/13 58/19 58/19
59/3 59/3 60/11
60/12
working [1]   31/24
works [11]   15/3
22/24 29/4 32/15
32/16 32/17 32/18
32/20 60/13 60/13
60/14
world [3]   21/18
23/6 50/10
worried [1]   55/13
worry [1]   18/22
worth [4]   14/1 40/2
48/8 58/6
written [2]   14/24
18/10
wrong [3]   27/1
54/25 58/22

**Y**

year [2]   31/23
31/23
years [6]   41/16
43/11 43/11 43/11

49/17 50/9
York [3]   1/19 13/19
28/7