Tor Ekeland (*Appointed Counsel*)
tor@torekeland.com
**TOR EKELAND LAW, PLLC**
30 Wall Street, 8th Floor
New York, NY 10005-2205
(718) 737 – 7264

Michael Hassard (*Appointed Counsel*)
michael@torekeland.com
**TOR EKELAND LAW, PLLC**
30 Wall Street, 8th Floor
New York, NY 10005-2205
(718) 737 – 7264

*Attorneys for Defendant
Roman Sterlingov*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    v.<br><br>Roman Sterlingov,<br><br>                    Defendant. | 21-CR-00399-RDM<br><br>**SUBPOENA FOR DOCUMENTS**<br><br>**EXHIBIT 'A'** |

To:
**CHAINALYSIS INC** (Delaware Division of Corporations File No.5731603)

Resident Agent:                                William Frentzen Esq.
Corporation Service Company                    Morrison & Foerster LLP
251 Little Falls Drive                         425 Market Street
Wilmington, DE 19808                           San Francisco, CA 20037

## Documents and Objects to be Produced

1. Access to Chainalysis Reactor software.

2. The Source Code for Chainalysis Reactor software in all the versions used during the pendency of the investigation in *United States v. Roman Sterlingov* (21-CR-00399-RDM Federal District Court for the District of Columbia).

3. All Change Logs for Chainalysis Reactor software.

4. The final version of the internal Chainalysis study cited by Hanna Curtis in the webinar "Cryptocurrency Typologies: What You Should Know About Who's Who on the Blockchains" which concluded that roughly 90% of the funds sent through mixers were done so for legal personal privacy reasons.[1]

5. Please produce a log documenting all material withheld on the basis of privilege, work-product doctrine, or otherwise.

6. All production must be in Native File Format unless otherwise agreed to.

7. Defense Counsel is available for consultation to discuss any issues related to the production of the requested items.

Deadline and place for production:

On or before August 14, 2023.

Tor Ekeland Law, PLLC
30 Wall Street
8th Floor
New York, NY 10005
(718) 737-7264
tor@torekeland.com

---

[1] https://bitcoinmagazine.com/culture/chainalysis-most-mixed-bitcoin-not-used-for-illicit-purposes

## Testimony Requested

1.      This subpoena includes a request for a custodian of records, or other qualified person, who can authenticate any produced material in accordance with Federal Rule of Evidence 902(11).

2.      For materials that are not self-authenticating, the Defense requests that Chainalysis produce an individual with knowledge who can testify as to the authenticity of the produced material.

August 2, 2023
Brooklyn, NY

        Submitted,

        /s/ Tor Ekeland
        Tor Ekeland (NYS Bar No. 4493631)
        Tor Ekeland Law, PLLC

        /s/ Michael Hassard
        Michael Hassard (NYS Bar No. 5824768)
        Tor Ekeland Law, PLLC

        30 Wall Street
        8th Floor
        New York, NY 10005
        (718) 737 - 7264
        tor@torekeland.com

        *Attorneys for Roman Sterlingov*