# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>   Defendant. | No. 21-cr-399 (RDM) |

## SUPPLEMENTAL EXPERT DISCLOSURE FOR DEFENSE EXPERT J.W. VERRET

  This filing supplements Prof. Verret's initial expert disclosure filed at docket number 145. In addition, attached is a slide summary and chart that will help the jury understand Professor Verret's proposed testimony. Attached as Exhibits A and B.

  Professor Verret relies on the following publications in forming his expert opinion in addition to those previously disclosed in his initial expert disclosure.

  1. Gong, Y., Chow, K.P., Ting, H.F. and Yiu, S.M., 2022. Analyzing the Error Rates of Bitcoin Clustering Heuristics. In Advances in Digital Forensics XVIII (pp. 187-205). Springer, Cham.

  (The paper describes a simulation model for validating heuristic-based address clustering algorithms and obtaining the corresponding error rates. The evaluation results demonstrate that the model can simulate real-world transactions. Two heuristics, multi-input and one-time change, are applied. The multi-input and one-time change heuristics yield average error rates of 63.46% and 92.66%, respectively. The application of both heuristics yields the lowest average error rate of 57.47%.)

  2. C. Alden Pelker et al, *Using Blockchain Analysis from Investigation to Trial*, 69 Dep't Just. J. Fed. L. and Prac. 59, 62 (May 2021), available at https://www.justice.gov/usao/page/file/1403671/download.

  3. Sarah Meiklejohn, *The Limits of Anonymity in Bitcoin*, *in Routledge Handbook of Criminal Science* (Richard Wortley et al, eds., 2018) at 285.

  4. "Introduction to Bitcoin Heuristics," *CryptoQuant*, July 30, 2019, https://medium.com/cryptoquant/introduction-to-bitcoin-heuristics-487c298fb95b.)

  5. *Criminal Law Bulletin*. Jason Luu and Edward Imwinkelried, *The Challenge of Bitcoin Pseudo-Anonymity To Computer Forensics*, 52 Crim. L. Bull. 191 (2016).

6.   Malte Möser and Arvind Narayanan, *Resurrecting Address Clustering in Bitcoin*, *ArXiv*abs/2107.05749 (2021), at 1-20, available at https://arxiv.org/abs/2107.05749, an article which notably mentions the lack of ground truth data in testing the effectiveness of blockchain tracing.

7.   Yousaf et al, *Tracing Transactions Across Cryptocurrency Ledgers*, Proceedings of the 28th USENIX Security Symposium (Aug. 2019) at 3-6, available at https://www.usenix.org/system/files/sec19-yousaf_0.pdf.

8.   Arianna Trozze et al, *Cryptocurrencies and future financial crime*, 11 Crime Science, 1-35 (2022)

9.   Natkamon Tovanich et al, *Visualization of Blockchain Data: A Systematic Review*, 27 IEEE Transactions on Visualization and Computer Graphics, 3135 (July 2021)

10.  Douglas A. Orr, *Bitcoin Investigations: Evolving Methodologies and Case Studies*, 9 J. Forensic Rsch, at 6 (May 2018), available at https://www.hilarispublisher.com/open-access/bitcoin-investigations-evolving-methodologies-and-case-studies-2157-7145-1000420.pdf.

Witness Attestation

I, J.W. Verret, have reviewed and approve the contents of this filing.

_____     08/07/2023
J.W. Verret