# Exhibit A





Page 1



pilot licensing class in California. In April 2021, he flies to LAX where he is arrested by the FBI and accused of operating Bitcoin Fog for the past seven years.

💬 1   🔁 3   ♡ 36   📊 2,375   ⬆

 **Mike Hassard** @mikehassard · May 14  ···
Replying to @mikehassard
Roman learns that when he makes Bitcoin transactions, his wallet address becomes public. He worries that someone could target him and steal his funds. From this point on, Roman incorporates mixing into his personal privacy practices when transferring #Bitcoin 🟠.

💬 2   🔁 5   ♡ 38   📊 2,620   ⬆

 **Mike Hassard** @mikehassard · May 14  ···
Replying to @mikehassard
Confused and shocked, Roman is stunned to hear that he is accused of creating and operating Bitcoin Fog. He gets locked up in California where a Magistrate judge issues an order for him to be "detained indefinitely".

💬 1   🔁 4   ♡ 36   📊 2,452   ⬆

 **Mike Hassard** @mikehassard · May 14  ···
Replying to @mikehassard
The government has seized all of Roman's remaining assets, and the Court will not release them to fund his defense.

💬 1   🔁 5   ♡ 36   📊 2,334   ⬆

 **Mike Hassard** @mikehassard · May 14  ···
Replying to @mikehassard
At one of these meetups, someone tells Roman he should mix his Bitcoin before selling it to people he doesn't know. At this time there is no Bitcoin marketplace - like Kraken or Coinbase - all transaction are done peer-to-peer and require a level of trust.

💬 3   🔁 3   ♡ 33   📊 2,754   ⬆

 **Mike Hassard** @mikehassard · May 14  ···
Today @TorEkelandPLLC and I shot a podcast for @WhatBitcoinDid with @PeterMcCormack and @_DannyKnowles about Roman's case.

The #Bitcoin 🟠 community has been AMAZING in supporting Roman. Together we can get an innocent person out of prison.



💬 5   🔁 7   ♡ 34   📊 4,327   ⬆



| | |
|---|---|
| Subject: | Mike Hassard |
| File No.: | 00000000 |
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1687483918897795073 |
| Host IP+Date | 104.244.42.1 - United States 🇺🇸 - 08/04/2023 - 03:21:32 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |



Subject: Mike Hassard                                                                                                    File No.: 00000000



| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1686573138597773312 |
| Host IP+Date | 104.244.42.65 - United States 🇺🇸 - 08/02/2023 - 03:02:25 AM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard],  [Mikehassard],  [New York, USA],  [Manually Added] |
| Notes | |



Subject: Mike Hassard                                                                                                     File No.: 00000000

| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1686571994198761472 |
| Host IP+Date | 104.244.42.1 - United States 🇺🇸 - 08/02/2023 - 02:57:53 AM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard],  [Mikehassard],  [New York, USA],  [Manually Added] |
| Notes | |



Page 6

Powered By  MORRISON FOERSTER                                                                                                                       37



| | |
|---|---|
| Subject: Mike Hassard | File No.: 00000000 |

| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1684706937290579968 |
| Host IP+Date | 104.244.42.193 - United States - 07/27/2023 - 11:26:48 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard],  [Mikehassard],  [New York, USA],  [Manually Added] |
| Notes | 45 |


Page 7

Powered By   MORRISON FOERSTER                                         45



| | |
|---|---|
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1684573169649336321 |
| Host IP+Date | 104.244.42.193 - United States - 07/27/2023 - 02:35:16 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard],  [Mikehassard],  [New York, USA],  [Manually Added] |
| Notes | |





| | |
|---|---|
| Subject | Mike Hassard |
| File No. | 00000000 |
| Website | Twitter |
| URL | https://twitter.com/mikehassard/status/1684573145947328519 |
| Host IP+Date | 104.244.42.1 - United States - 07/27/2023 - 02:35:10 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard], [Mikehassard], [New York, USA], [Manually Added] |
| Notes | |











Subject: Mike Hassard                                                                                               File No.: 00000000



| Website | Twitter |
|---|---|
| URL | https://twitter.com/mikehassard/status/1683606387186606080 |
| Host IP+Date | 104.244.42.1 - United States 🇺🇸 - 07/24/2023 - 10:33:37 PM (UTC) |
| Category | Extracted - Profile |
| Confidence | 95%+ |
| Identifiers | [Mike Hassard],  [Mikehassard],  [New York, USA],  [Manually Added] |
| Notes | |

