**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br>v.<br>ROMAN STERLINGOV<br>　　　　Defendant. | No. 21-cr-399 (RDM)<br><br>**PROPOSED ORDER** |

　　Upon due consideration by the Court of Defense Motion Requesting Full Access to Defendant to Prepare for Trial and Transfer to and Appropriate Federal Facility, the Court finds that the Motion should be **GRANTED** in its entirety.

　　**IT IS THEREFORE ORDERED** that Defense Motion Requesting Full Access to Defendant to Prepare for Trial and Transfer to and Appropriate Federal Facility is **GRANTED** in all respects.

　　**IT IS FURTHER ORDERED** that the United States Marshals order the Rappahannock Regional Jail to provide full attorney and expert witness access to Defendant Roman Sterlingov seven days a week and allow this access to occur in the attorney visit rooms.

　　**IT IS FURTHER ORDERED** that the United States Marshals transfer Defendant Roman Sterlingov to the federal facility in Alexandria, Virginia, or another appropriate federal facility near the United States District Courthouse for the District of Columbia.

　　**IT IS FURTHER ORDERED** that the United States Marshals investigate the treatment of federal detainees at the Northern Neck Regional Jail in Warsaw, Virginia, and report back in writing to this Court.

　　It is so **ORDERED**.

Dated:_____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT OF COLUMBIA