IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ROMAN STERLINGOV**, <br><br> Defendant. | Criminal No. 21-CR-399 (RDM) |

### [PROPOSED] ORDER ON MOTION FOR MISCELLANEOUS RELIEF

Upon consideration of the motion for miscellaneous relief regarding briefing and scheduling of a hearing on defendant's Rule 17(c) subpoena, it is hereby

ORDERED that the motion is GRANTED, and defendant shall file a statement from an expert explaining the necessity of the expert to examine Reactor source code in light of the factual issues in this case and the scope of such an examination no later than August 25, 2023.

Dated: _____          _____
                                     Hon. Randolph D. Moss
                                     United States District Judge

1

sf-5620107

## SERVICE LIST

*Counsel for the United States*

Christopher B. Brown
Christopher.Brown6@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7153

C. Alden Pelker
Catherine.Pelker@usdoj.gov
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Avenue, NW, Suite 600
Washington, DC 20005
Telephone: (202) 616-5007

*Counsel for Defendant Roman Sterlingov*

Tor Ekeland
tor@torekeland.com
Michael Hassard
michael@torekeland.com
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Telephone: (718) 737-7264

*Counsel for Non-party Chainalysis Inc.*

William Frentzen
WFrentzen@mofo.com
Michael Komorowski
MKomorowski@mofo.com
Emani N. Oakley
EOakley@mofo.com
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000