**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>ROMAN STERLINGOV,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.:  21-CR-00399 (RDM)

**DEFENDANT'S EXHIBITS**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | Francisco Cabanas CV (4 pages) | 6/16/23 | 6/16/23 | Cabanas | |
| B | FATF Standards on Virtual Assets (46 pages) | 6/16/23 | 6/16/23 | " | |
| C | Monero Policy Working Group EU Response (9 pages) | | | | |
| D | Jonathan Scott CV (6 pages) | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J0 | | | | | |
| K | | | | | |
| L | | | | | |

Defendant's Exhibit List Page **1** of **1**

United States of America

vs.

Roman Sterlingov

Civil/Criminal No. 21-CR-00399

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | Defendants Notice of Intent to Present Expert Testimony | 7/19 | 7/19 | | |
| B | CV - Dr. Itiel Dror | 7/19 | 7/19 | Dr. Dror | |
| C | CV - J.W. Verret | 7/19 | 7/19 | | |
| D | CV - Jeff Fischbach | 7/19 | 7/19 | | |
| E | CV - Jonelle Still | | | | |

United States of America

VS.

Roman Sterlingov

Civil/Criminal No. __21-CR-00399__

| Government Plaintiff Defendant ☑ Joint Court | | | | | |
|---|---|---|---|---|---|
| **EXHIBIT NUMBER** | **DESCRIPTION OF EXHIBITS** | **MARKED FOR I.D.** | **RECEIVED IN EVIDENCE** | **WITNESS** | **EXHIBITS SENT INTO JURY (date & time)** |
| A | Supplemental Summary of Qualifications and Expected Testimony for Jonelle Still | 8/22/23 | 8/22/23 | Still | |
| B | Jonelle Still - CV | 8/22/23 | " | " | |
| C | Ciphertrace Expert Report | " | " | " | |
| D | Ciphertrace Data Credibility in Cryptocurrency Investigations Power Point | " | " | " | |
| E | Elizabeth Bisbee Expert Report | | | | |
| F | Elizabeth Bisbee Supplemental Expert Report | | | | |
| G | Government's Supplemental Notice of Intent to Present Expert Testimony | | | | |
| H | Valerie Mazars de Mazarin - CV | | | | |
| I | FBI Communication - IP Overlap Analysis | | | | |
| J | IP Overlap Analysis - Valerie Mazars de Mazarin | | | | |

Daubert Hrg. 8/22/23

United States of America

VS.

Roman Sterlingov

Civil/Criminal No. ___21-CR-00399___

Government
Plaintiff
Defendant     [ ✓ ]
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| K | Sterlingov Devices Review Summary | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |