U.S. VS. Sterlingov

Civil/Criminal No. 21-cr-399

Daubert No. 0

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Defense Expert Notice (ECF 122), including Exhibit B (ECF 122-2) | | | | |
| 2 | Defense Reply to Government's Opposition to Defendant's Expert Notice (ECF 133) | | | | |
| 3 | Dr. Cabanas CV | | | | |
| 4 | Monero Whitepaper | | | | |
| 5 | Monero Policy Working Group (MPWG) - EU Public Comment | 6/16/23 | ✓ | Cabanas | |
| 6 | MPWG - FATF Public Comment | " | ✓ | " | |
| 7 | MPWG - EU PPP Public Comment | " | ✓ | " | |
| 8 | MPWG - FinCEN Public Comment | " | ✓ | " | |
| 9 | MPWG - FinCEN Comment (Blog) | " | ✓ | " | |
| 10 | ArticMine - Reddit Profile | " | | " | |

U.S. _____ vs. _____ Civil/Criminal No. _____
Sterlingov

- [✓] Government
- [ ] Plaintiff
- [ ] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Artic Mine - BitcoinTalk Profile | 6/16/23 | | Cabanas | |
| 12 | Int'l Business Times Article: "Monero Rises from Dark Web" | | | | |
| 13 | Reuters Article: "'Privacy Coin' Monero Offers Near Total Anonymity" | | | | |
| 14 | ArticMine Reddit Post re: Blockchain Analysis Lobbying for Delisting Monero | 6/16/23 | ✓ | Cabanas | |
| 15 | ArticMine Reddit Post re: Delisting | 6/16/23 | ✓ | " | |
| 16 | Jonathan Scott CV | | | | |
| 17 | MobiePay Smart Contract Audit Report | | | | |
| 18 | Jonathan Scott YouTube Channel | | | | |
| 19 | "Catalangate Vectors" Report | | | | |
| 20 | "Disproving Citizen Lab" Report | | | | |

| | | | Civil/Criminal No. _____ |
|---|---|---|---|

U.S. _____

VS.

Sterlingov _____

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY. (date & time) |
|---|---|---|---|---|---|
| 21 | "Exonerating Rwanda" Report | | | | |
| 22 | "Exonerating Morocco" Report | | | | |
| 23 | "PseudoScience" Report | | | | |
| 24 | "Review of Catalangate" Report | | | | |
| 25 | "Uncovering Citizen Lab" Report | | | | |
| 26 | Jonathan Scott Medium Blog Page | | | | |
| 27 | Jonathan Scott Blog Post: "True Life: Recovering Bug Bounty Hacker" | | | | |
| 28 | Jonathan Scott Blog Post: "Expelled: The Cost of Speaking Truth" | | | | |
| 29 | Jonathan Scott Blog Post: "NSO Through the Veil" | | | | |
| 30 | @jonathandata1 Tweets re: Breadcrumbs | | | | |

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

U.S. _____ VS. _____ Civil/Criminal No. _____
Sterlingov

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | @jonathandata1 Tweets re: Chainalyis | | | | |
| 32 | @jonathandata1 Tweets (Morocco) | | | | |
| 33 | @jonathandata1 Tweets re: InfoSec | | | | |
| 34 | @jonathandata1 Tweet (Microwave Meme) | | | | |
| 35 | @jonathandata1 Tweets re: C.K. | | | | |
| 36 | "Jonathan Scott is Becoming the Alex Jones of Cybersecurity" | | | | |
| 37 | @jonathandata1 Tweet re: payment | | | | |
| 38 | @jonathandata1 Tweet re: Northcentral Expulsion | | | | |
| 39 | @jonathandata1 Tweet re: @TorEkelandPLLC | | | | |
| 40 | @jonathandata1 pinned Tweet re: spyware research | | | | |

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

U.S. _____ VS. _____ Civil/Criminal No. _____
Sterlingov

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 41 | @jonathandata1 Tweets re: Daubert Hearing | | | | |
| 42 | ZroBlack Complaint (ECF 1) | | | | |
| 43 | ZroBlack Amended Complaint (ECF 35) | | | | |
| 44 | ZroBlack - Villarreal Declaration (ECF 44-4) | | | | |
| 45 | ZroBlack - Pro Se Motion for Sanctions (ECF 71) | | | | |
| 46 | Zroblack - Awarding Attorneys Fees (ECF 91) | | | | |
| 47 | Government Expert Report - Scholl | | | | |
| 48 | Government Expert Report - Bisbee | | | | |

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

U.S. _____ vs. _____ Sterlingov

Civil/Criminal No. 21-cr-399

Daubert Hrg

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Mr. Scholl - Curriculum Vitae | 6/23/23 | 6/23/23 | Scholl | |
| 2 | Government Expert Report - Scholl | 6/23/23 | '' | '' | |
| 3 | Government Expert Report - Scholl - Attachment Summary | 6/23/23 | '' | '' | |
| 4 | Ms. Bisbee - Curriculum Vitae | 6/23/23 | 6/23/23 | Bisbee | |
| 5 | Government Expert Report - Bisbee | 6/23/23 | 6/23/23 | '' | |
| 6 | Government Expert Report - Bisbee - Attachment Summary | '' | '' | '' | |

United States    VS.    Sterlingov

Civil/Criminal No. 21-cr-399 (RDM)

Daubert Hrg. 8/09/23   8/03/23

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | CV for Valerie Mazars de Mazarin | 8/03/23 | 8/03/23 | Mazars de Mazarin | |
| 2 | IP Overlap Analysis Report | 8/03/23 | 8/03/23 | Mazars de Mazarin | |
| 3 | CV for Sarah Glave | | | Glave | |
| 4 | Financial Summary Charts | | | Glave | |
| 5 | Code Reactor Invoice 1001 | | | Glave | |
| 6 | Code Reactor Invoice 1002 | | | Glave | |
| 7 | CV for Theodore J. Vlahakis | | | Vlahakis | |
| 8 | FinCEN Form 107 - RMSB | | | Vlahakis | |
| 9 | FinCEN Form 104 - CTR | | | Vlahakis | |
| 10 | Defense Expert Report, Jonelle Still | 8/09/23 | 8/09/23 | Still | |

|  | United States | VS. | Civil/Criminal No. | 21-cr-399 (RDM) |
|---|---|---|---|---|
| Government ✓ | | | | |
| Plaintiff ☐ | | | | |
| Defendant ☐ | Sterlingov | | | |
| Joint ☐ | | | | |
| Court ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | CipherTrace Sentry | 8/22/23 | 8/22/23 | Still | |
| 12 | CipherTrace Sentry (2) | 8/22/23 | 8/22/23 | Still | |
| 13 | CipherTrace Inspector | 8/22/23 | 8/22/23 | Still | |
| 14 | CipherTrace Mastercard Materials | 8/22/23 | 8/22/23 | Still | |
| 15 | CipherTrace Press Release - Jevans Canadian Testimony | " | " | Still | |
| 16 | Affidavit of Jonelle Still, LCX AG v. John Does 1-25, et al. (N.Y. Sup. Ct.) | " | " | Still | |
| 17 | Cryptocurrency Anti-Money Laundering Report, 2018 Q3 (CipherTrace) | " | " | Still | |
| 18 | Bitcoin Fog Market Addresses Co-Spend (1st page) | | | Still | |
| 19 | Virtual Asset Analysis Report, Luke Scholl | " | | Still | |
| 20 | Chainalysis Report, Elizabeth Bisbee | | | Still | |

United States    vs.    Sterlingov    Civil/Criminal No. 21-cr-399 (RDM)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Chainalysis Supplemental Appendix Key | 8/22/23 | 8/22/23 | Still | |
| 22 | Kappos, et al., How to Peel a Million: Validating and Expanding Bitcoin Clusters | 8/23/23 | 8/23/23 | Still | |
| 23 | Androulaki, et al., Evaluating User Privacy in Bitcoin | 8/23/23 | " | Still | |
| 24 | Meiklejohn, et al., A Fistful of Bitcoins: Characterizing Payments Among Men with No Names | 8/23/23 | " | Still | |
| 25 | Goldfeder, et al., When the cookie meets the blockchain: Privacy risks of web payments via cryptocurrencies | 8/23/23 | " | Still | |
| 26 | Ermilov, et al., Automatic Bitcoin Address Clustering | 8/23/23 | 8/23/23 | Still | |
| 27 | U.S. Dept. of Justice, Horizontal Merger Guidelines | 8/23/23 | 8/23/23 | Still | |