IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**ROMAN STERLINGOV,**

   Defendant.

Criminal No. 21-CR-399 (RDM)

**DECLARATION OF ELIZABETH BISBEE IN SUPPORT OF CHAINALYSIS'
RESPONSE TO DEFENDANT'S NOTICE REGARDING EXPERT BRYAN BISHOP
AND REACTOR SOURCE CODE**

1. I, Elizabeth Bisbee, hereby declare as follows. I am the Director of Investigation Solutions at Chainalysis. I am familiar with the lengths to which Chainalysis goes to protect its valuable trade secrets related to its software source code and technical infrastructure, and the irreparable damage that abuse or disclosure of that information would cause Chainalysis.

2. Chainalysis software source code as well as all other technical infrastructure that Defendant's proposed individual, Mr. Bishop, seeks to review, consists of highly proprietary confidential trade secret information. Chainalysis goes to great lengths to protect its valuable trade secrets related to its source code and technical infrastructure.

3. Chainalysis trade secrets associated with its software source code and technical stack is valuable and drives the entire value of Chainalysis' business.

4. Disclosure of Chainalysis proprietary and valuable source code would irreparably harm Chainalysis business, because any person could use that to steal Chainalysis' software and unfairly and unlawfully compete with Chainalysis. Criminals and other third parties could also use the disclosed trade secrets to attempt to evade detection or frustrate compliance with regulatory or other obligations, which would also irreparably harm Chainalysis' business.

5. Even if Chainalysis' source code and other trade secrets were not disclosed, just by viewing them the Defense counsel and their proposed individual, Mr. Bishop, could gain proprietary trade secret information that could be used to irreparably harm Chainalysis by reproducing its software, unfairly competing with Chainalysis, or developing cryptocurrency software protocols, such as wallets, that could potentially evade detection.

6. There would be no monetary remedy for abuse or disclosure of Chainalysis proprietary trade secrets related to its source code and technical infrastructure. Once the source code and technical infrastructure trade secrets are disclosed, they cannot be made secret again.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of September, 2023 in Tulsa, Oklahoma.

*Elizabeth Bisbee*