# Exhibit C

9/6/23, 7:59 AM                    (3) Bryan Bishop on X: "@matthew_d_green @TheBlueMatt @lopp so you think coinbase is gonna pass info gathered from their customers…

Case 1:21-cr-00399-RDM   Document 185-5   Filed 09/08/23   Page 2 of 3

← Post

Search

**Jameson Lopp** ✓  @lopp · Dec 18, 2020

LOL if the US Treasury thought Bitcoiners were gonna let bullshit slide because it's the holidays. Your fellow authoritarians already locked us up at home; what else were we gonna do?

💬 23   🔁 35   ♥ 612

**Matt Corallo** @TheBlueMatt · Dec 18, 2020
Wen lawsuit, sir?

💬 4   ♥ 17

**Jameson Lopp** ✓  @lopp · Dec 19, 2020

Personally I consider it a tactical error to face your opponent on a battleground they have constructed.

💬 3   🔁 2   ♥ 70

**Matt Corallo** @TheBlueMatt · Dec 19, 2020

So… just let the law go into effect and hurt users who want to buy bitcoin to transact with because businesses will make it hard/invasive by threat of force.

💬 3   ♥ 4

**Ian Miers** @secparam · Dec 19, 2020

It's rushed, but it seems hard to defend crypto not being subject to CTRs if CTRs are a thing.  And convincing the feds or a court CTRs are bad will be hard.

💬 2   ♥ 1

**Matt Corallo** @TheBlueMatt · Dec 19, 2020

No question, but there are procedural questions, too, which at min would force a Biden administration to defend the regs. Given the timeline before inauguration things are less clear. The point, really, was "ok, if bitcoiners aren't gonna take this, what are you doing about it?"

💬 1   ♥ 1

**Ian Miers** @secparam · Dec 19, 2020

I mean to me it's funny, it will rapidly encourage self hosted wallets.  Not out of nefariousness, just ease of use.  The question I have is what happens to e.g. ln payments.

💬 1

**Matt Corallo** @TheBlueMatt · Dec 19, 2020

LN isn't in any way involved? Still, I'm dubious of your conclusion. The larger issue is people will have a much harder time buying bitcoin and withdrawing to their own wallet – a step many likely will not take.

💬 2   ♥ 2

**Matthew Green** @matthew_d_green · Dec 19, 2020

In theory it seems easy for exchanges to add a checkbox that says "I certify that I own this wallet I'm withdrawing to" but of course the danger is that 1) some exchanges will decide to implement this rule in a maximalist, risk-avoidant way, and 2) worse regs will follow.

💬 2   ♥ 2

**Matthew Green** @matthew_d_green · Dec 19, 2020

Of course the real problem is that exchanges will collect the information about wallet address ownership and share it with Chainalysis and their ilk, which will use it to supercharge the effectiveness of their tracing systems.

(The "good news" is they probably already do, so 🤷 )

**Relevant people**

**Bryan Bishop** ✓
@kanzure
[Follow]
mad science | board @ LedgerX | co-founded Custodia Bank (prev. CTO)

**Matthew Green**
@matthew_d_green
[Follow]
I teach cryptography at Johns Hopkins. Mastodon at matthew_d_green@ioc.exchange and BlueSky at matthewdgreen.bsky.social.

**Matt Corallo**
@TheBlueMatt
[Follow]
10th known contributor to Bitcoin Core. Full-Time Open-Source Bitcoin+Lightning Projects @spiralbtc. Networking and musings @as397444. Mostly reposting @soona.

**What's happening**

MLB · Last night
**Orioles at Angels**


**Bryan Bishop** ✓
@kanzure

So you think Chainalysis uses info passed from their customers? What makes you think that their customers would ever authorize that?

3:44 PM · Dec 19, 2020

**2** Likes

Reply

**Matthew Green** @matthew_d_green · Dec 19, 2020
Because it makes a lot of sense? The value of Chainalysis's data to an exchange is entirely a function of how much data Chainalysis has to do their analysis. Eg correlating customer accounts on different exchanges.

1    1

**Bryan Bishop** ✓ @kanzure · Dec 19, 2020
That's... not the product that blockchain surveillance ("analytics") vendors are offering.

To be clear, I support privacy and various forms of coinswap magic, but we'll never make progress if we don't understand what the problem is.

2

### Search sidebar

Politics · Trending
**Covid**
529K posts

Politics · Trending
**Barack Obama**
Trending with Tucker Carlson

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2023 X Corp.