# Exhibit D



| | |
|---|---|
| Document title: | Federal Reserve Board - Federal Reserve Board announces denial of application by Custodia Bank, Inc. to become a member of the Federal Reserve System |
| Capture URL: | https://www.federalreserve.gov/newsevents/pressreleases/orders20230127a.htm |
| Page loaded at (UTC): | Fri, 08 Sep 2023 09:15:12 GMT |
| Capture timestamp (UTC): | Fri, 08 Sep 2023 09:15:43 GMT |
| Capture tool: | 10.27.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | dUcmz6iFZYpqwcaWs6ktnQ |
| User: | mofo-cmiddleman |

PDF REFERENCE #:   ijDaC2wpvHQSv6yZRhTz7v

# Board of Governors of the Federal Reserve System

*The Federal Reserve, the central bank of the United States, provides the nation with a safe, flexible, and stable monetary and financial system.*

Home > News & Events > Press Releases

## Press Release

January 27, 2023

### Federal Reserve Board announces denial of application by Custodia Bank, Inc. to become a member of the Federal Reserve System

For release at 11:30 a.m. EST

Share

The Federal Reserve Board on Friday announced its denial of the application by Custodia Bank, Inc., Cheyenne, Wyoming, to become a member of the Federal Reserve System. The Board has concluded that the firm's application as submitted is inconsistent with the required factors under the law.

Custodia is a special purpose depository institution, chartered by the state of Wyoming, which does not have federal deposit insurance. The firm proposed to engage in novel and untested crypto activities that include issuing a crypto asset on open, public and/or decentralized networks.

The firm's novel business model and proposed focus on crypto-assets presented significant safety and soundness risks. The Board has previously made clear that such crypto activities are highly likely to be inconsistent with safe and sound banking practices. The Board also found that Custodia's risk management framework was insufficient to address concerns regarding the heightened risks associated with its proposed crypto activities, including its ability to mitigate money laundering and terrorism financing risks.

In light of these and other concerns, the firm's application as submitted was inconsistent with the factors the Board is required to evaluate by law. The Board's order will be released following a review for confidential information.

For media inquiries, please email media@frb.gov or call 202-452-2955.

**Related Content**

Board Votes

Last Update: January 27, 2023



**BOARD OF GOVERNORS of the FEDERAL RESERVE SYSTEM**

About the Fed
News & Events
Monetary Policy
Supervision & Regulation
Financial Stability
Payment Systems
Economic Research
Data
Consumers & Communities

**TOOLS AND INFORMATION**

Contact
Publications
Freedom of Information (FOIA)
Office of Inspector General
Budget & Performance | Audit
No FEAR Act
Español
Website Policies | Privacy Program
Accessibility

**STAY CONNECTED**





BOARD OF GOVERNORS of the FEDERAL RESERVE SYSTEM • 20th Street and Constitution Avenue N.W., Washington, DC 20551

Document title: Federal Reserve Board - Federal Reserve Board announces denial of application by Custodia Bank, Inc. to become a member of the Federal Reserve…
Capture URL: https://www.federalreserve.gov/newsevents/pressreleases/orders20230127a.htm
Capture timestamp (UTC): Fri, 08 Sep 2023 09:15:43 GMT
Page 1 of 1