# Exhibit H



| | |
|---|---|
| Document title: | Bitcoin Vaults: Developer Bryan Bishop Releases Prototype for Secure On-Chain Storage - CoinDesk |
| Capture URL: | https://www.coindesk.com/tech/2020/04/13/bitcoin-vaults-developer-bryan-bishop-releases-prototype-for-secure-on-chain-storage/ |
| Page loaded at (UTC): | Fri, 08 Sep 2023 09:19:25 GMT |
| Capture timestamp (UTC): | Fri, 08 Sep 2023 09:20:16 GMT |
| Capture tool: | 10.27.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | qzi9DnpJZ31Cm7tVfyF1ne |
| User: | mofo-cmiddleman |

PDF REFERENCE #:     c1YB2Y5Jm4A5FFyNWp2HvQ








### Tech

# Bitcoin Vaults: Developer Bryan Bishop Releases Prototype for Secure On-Chain Storage

The basic idea involves storing bitcoin on-chain in a particularly secure manner that allows for recovery from security mistakes.

By Brady Dale   Apr 13, 2020 at 4:15 p.m. UTC   Updated Sep 14, 2021 at 8:28 a.m. UTC





ADVERTISEMENT

"People are not good at securing their keys," said Bryan Bishop, a longtime bitcoin developer. "To the extent that we can write software better and secure [bitcoin] better, that's a win.

As CoinDesk previously reported, the idea of a bitcoin vault has been around since 2016. The original proposal required a hard fork that core developers never implemented.



somehow, you have a clawback mechanism.

Users of such vaults would effectively be deciding to limit the pace at which their bitcoin (BTC) could be released in the event of a breach. The stored bitcoin would be divided into a series of what Bishop is calling "shards." These shards could only release their bitcoin to a hot wallet one at a time at some pre-set interval.

The proposal also calls for something called a watchtower which would monitor vaults. Any time it saw BTC move from a shard, it would likely notify the owner. If the attempt to transfer the bitcoin had not been authorized, the user could activate a pre-signed transaction that would move all the BTC to an off-chain cold wallet, before the bitcoin could unlock for use by the attacker.



Under certain conditions, the watchtower might skip the notification step and simply initiate moving to the cold wallet anyway.

"To operate this vault and everything that runs with it will require software at a minimum. This is not a manual procedure," Bishop said. It's not yet clear whether users would run their own watchtowers or if that will need to be something that's shared by users.



Bryan Bishop in 2010.

Here is one adversary vaults might help users defend against: themselves. This model of timed release could be useful, for example, for bitcoin holders to "pay

Bryan Bishop in 2010.

Here is one adversary vaults might help users defend against: themselves. This model of timed release could be useful, for example, for bitcoin holders to "pay themselves" at set intervals, while introducing self-imposed friction over their ability to spend profligately.

"I want to make it clear that this is experimental, it's a prototype," Bishop said.

It's worth noting Bishop's implementation has been written assuming that Bitcoin Improvement Proposal 119 will one day be adopted. It will work as is now, but if BIP 119 is adopted, "It makes some of the security a little bit tighter," Bishop said.

Bishop is known these days as part of the team launching Avanti Bank in Wyoming, but this project is independent work. There are no immediate plans for Avanti, founded by blockchain advocate Caitlin Long, to adopt it.

# Related projects

Meanwhile, Bishop is not the only person to work on vaults for bitcoin's existing codebase.

ADVERTISEMENT

Since proposing the design last year, Kevin Loaec of Chainsmiths took it and modified it into something "targetted at people (actually: companies) who need to move the funds often and relatively fast ... It's a whole other level than the 'multisig' used today by most," Loaec wrote to CoinDesk in an email.

Chainsmiths calls the product Revault, and expects to raise money around it soon.

Bob McElrath, formerly of Fidelity, is working on a similar implementation with several collaborators now, which he says will be described soon in academic papers. His description broadly applies to Bishop's work as well.

STORY CONTINUES BELOW

Recommended for you:

Document title: Bitcoin Vaults: Developer Bryan Bishop Releases Prototype for Secure On-Chain Storage - CoinDesk
Capture URL: https://www.coindesk.com/tech/2020/04/13/bitcoin-vaults-developer-bryan-bishop-releases-prototype-for-secure-on-chain-storage/
Capture timestamp (UTC): Fri, 08 Sep 2023 09:20:16 GMT
Page 4 of 7

STORY CONTINUES BELOW






**Recommended for you:**

- How the Top 1% Covers Crypto
- Crypto Spot Market August Trading Volume Hits 4.5-Year Low as Volatility Fails to Spur Activity
- Find Who's Responsible for DeFi Projects and Regulate Them, Global Securities Body Says
- **Sponsored by eToro**
  Join eToro and get $10 of free crypto. Get free access to millions of investors' ideas. Explore a new way to invest, plus get $10 of free crypto when you sign up.

"This kind of wallet is terribly complex," McElrath wrote, "having at least three distinct wallets: an 'active' wallet (used to send & receive), a 'vault' (timelocked storage), and a 'recovery' wallet (destination for funds in case of attack)."

Ittay Eyal, a developer who was also part of the team that made the original vault proposal with Sirer, told CoinDesk, "We are actually in the process of developing a provably secure implementation of a vault for Ethereum in collaboration with Certora."



Newsletter → | Every Wednesday

**The Protocol**

Sign up for The Protocol, our weekly newsletter exploring the tech behind crypto one block at a time.

[Enter your Email]   [Sign Up]

By clicking 'Sign Up', you agree to receive newsletter from CoinDesk as well as other partner offers and accept our terms of services and privacy policy.

**DISCLOSURE**

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

 Brady Dale

Brady Dale

Learn more about **Consensus 2024**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

**Read more about**

Security   Developers   Bitcoin   Bryan Bishop

**For You**  *Recommended by Outbrain*



This AI stock will revolutionize the food industry
Financial Star News



A Game Where Everything is Possible
BuzzDaily Winners

---

**CoinDesk**

**About**
- About
- Masthead
- Contributors
- Careers
- Company News

**Stay Updated**
- Events
- CoinDesk Studios
- Newsletters
- Follow

**Get In Touch**
- Contact Us
- Advertise
- Accessibility Help
- Sitemap

**The Fine Print**
- Ethics Policy
- Privacy
- Terms Of Use
- Update My Cookie Consent
- Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.





This AI stock will revolutionize the food industry
Financial Star News



A Game Where Everything is Possible
BuzzDaily Winners

