# Exhibit K

PageVault

| | |
|---|---|
| Document title: | Custodia launches with US dollar deposits, preps crypto custody \| Banking Dive |
| Capture URL: | https://www.bankingdive.com/news/custodia-deposits-crypto-custody-caitlin-long-federal-reserve/690763/ |
| Page loaded at (UTC): | Fri, 08 Sep 2023 09:22:01 GMT |
| Capture timestamp (UTC): | Fri, 08 Sep 2023 09:22:42 GMT |
| Capture tool: | 10.27.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | 7pme52tt8GzJM9o19bSVx4 |
| User: | mofo-cmiddleman |

PDF REFERENCE #:    kobo12rJHDskm5fTerm8Lh

[Ad: Fix Business Account Opening with proven best practices — MANTL]

 **BANKING DIVE**   Deep Dive   Opinion   Library   Events   Press Releases                                              Sign up

Commercial   Retail   Credit Unions   Payments   Regulations & Policy   Technology   Risk   Fintech

# Custodia launches with US dollar deposits, preps crypto custody

The bank, which is engaged in a legal battle with the Fed, said it's initially serving U.S. business customers only and awaiting final regulatory clearance to launch its bitcoin custody service.

Published Aug. 14, 2023

**Anna Hrushka**
Senior Reporter

   



alfexe via Getty Images

Custodia Bank on Friday announced it is now accepting U.S. dollar deposits and U.S. government money market fund services.

"We are opening slowly & carefully," the bank said in a post on the X platform on Friday. The bank said it began serving customers last month.

The Cheyenne, Wyoming-based firm said it is initially serving U.S. business customers only and is not yet authorized to operate in all 50 U.S. states.

"We got our bank regulator's approval to take customer funds," Custodia CEO Caitlin Long told Decrypt on Friday. "The bar is very high for banks to launch, and we cleared it."

### SPONSORED by MANTL
**Grow more business accounts**
Read the six proven best practices for business account opening.

Learn More

## Get the free newsletter
Subscribe to Banking Dive for top news, trends & analysis

Work email address

Sign up

## MOST POPULAR


**DEEP DIVE**
Goldman's strategy retreat leaves GreenSky in limbo


Morgan Stanley to roll out AI bot this month


San Francisco to set up US's first municipal bank


Fed issues enforcement order to Kansas bank

## LIBRARY RESOURCES


**PLAYBOOK**
5 Ways Banks Can Prepare for Increased Fraud Risk

Document title: Custodia launches with US dollar deposits, preps crypto custody | Banking Dive
Capture URL: https://www.bankingdive.com/news/custodia-deposits-crypto-custody-caitlin-long-federal-reserve/690763/
Capture timestamp (UTC): Fri, 08 Sep 2023 09:22:42 GMT                                                                                                       Page 1 of 4

"We got our bank regulator's approval to take customer funds," Custodia CEO Caitlin Long told Decrypt on Friday. "The bar is very high for banks to launch, and we cleared it."

The crypto-focused bank is awaiting final regulatory clearance to launch its bitcoin custody service, which Long told Decrypt is on the firm's six-to-12 month roadmap.



SPONSORED by MANTL

**Grow more business accounts**

Read the six proven best practices for business account opening.

Learn More

Long, a former managing director at Morgan Stanley, founded Custodia under the name Avanti Financial Group in 2020. The bank was among the first to be granted a special-purpose depository institution charter under Wyoming's crypto-friendly law, passed in 2019.

"[S]pecial thanks go to our team, our investors and all our partners — especially in the face of regulatory pressure on the #digitalasset industry," the bank said.

The firm's official launch comes as the crypto space has faced heightened scrutiny and skepticism from regulators and lawmakers following a year of high-profile scandals that have rocked the digital-asset sector.

Custodia on Friday, touted its "regional bank-style" risk management program, emphasizing it "took the hard path" of becoming a regulated bank.

Meanwhile, Custodia continues to pursue its lawsuit against both the Federal Reserve and the Federal Reserve Bank of Kansas City over an "unlawful delay" to its request to join the central bank's payments system. That access, Custodia claims, is vital to its ability to operate effectively and efficiently.

The Fed in January rejected Custodia's application to become a member of the Federal Reserve System, citing significant safety and soundness risks. Hours after the Fed's denial, the Kansas City Fed announced its decision to reject the bank's separate request for a Fed master account.

POST   SHARE   TWEET   PRINT   EMAIL

Filed Under: Commercial, Regulations & Policy, Technology, Risk

## LIBRARY RESOURCES



**PLAYBOOK**
**5 Ways Banks Can Prepare for Increased Fraud Risk**
Custom content for Ekata



**PLAYBOOK**
**3 Ways Print Helps Banking Institutions Personalize Contact**
Custom content for FedEx Office

**PLAYBOOK**
**How the Right Fintech Partner Can Drive Innovation**
Custom content for Reseda Group

View all

## COMPANY ANNOUNCEMENTS



**Andersen and General Financing Introduce an Innovative FinTech App**
From Andersen



**Northeast Bank Joins Forces with Narmi to Revolutionize the Consumer Account Opening Experienc...**
From Narmi



**Research: Cardholder Loyalty Hinges on Debit, Credit Card Rewards**
From Valuedynamx

View all | Post a press release







Filed Under: Commercial, Regulations & Policy, Technology, Risk

# Banking Dive news delivered to your inbox

Get the free daily newsletter read by industry experts

Work email address

Sign up

## COMPANY ANNOUNCEMENTS

View all | Post a press release

**Andersen and General Financing Introduce an Innovative FinTech App**
From Andersen
August 31, 2023


**Northeast Bank Joins Forces with Narmi to Revolutionize the Consumer Account Opening Experienc...**
From Narmi
September 05, 2023


**Research: Cardholder Loyalty Hinges on Debit, Credit Card Rewards**
From Valuedynamx
September 05, 2023


## EDITORS' PICKS



**How banks could fit into Elon Musk's plans for an 'everything app'**
The billionaire's intent to bring the social media platform into the banking and payments landscape presents both opportunities and risks for traditional banks, experts said.
By Anna Hrushka • July 31, 2023



**Regulators want banks to hold more debt to shield against failures**

## LATEST IN COMMERCIAL


**San Francisco to set up US's first municipal bank**
By Rajashree Chakravarty


**FDIC seeks bids for $33B in Signature CRE loans**
By Dan Ennis


**Ex-Wells Fargo exec Tolstedt should serve prison time, prosecutors say**
By Gabrielle Saulsbery


**Upgrade sets sights on auto loans as legacy banks pull back**


From Andersen
August 31, 2023

Opening Experience...
From Narmi
September 05, 2023


From Valuedynamx
September 05, 2023


---

**EDITORS' PICKS**



How banks could fit into Elon Musk's plans for an 'everything app'

The billionaire's intent to bring the social media platform into the banking and payments landscape presents both opportunities and risks for traditional banks, experts said.

By Anna Hrushka • July 31, 2023



Regulators want banks to hold more debt to shield against failures

Under the proposal, large banks would be required to maintain a minimum amount of eligible long-term debt equal to 3.5% of average total assets or 6% of risk-weighted assets, whichever is higher.

By Anna Hrushka • Aug. 29, 2023

**LATEST IN COMMERCIAL**


San Francisco to set up US's first municipal bank
By Rajashree Chakravarty


FDIC seeks bids for $33B in Signature CRE loans
By Dan Ennis


Ex-Wells Fargo exec Tolstedt should serve prison time, prosecutors say
By Gabrielle Saulsbery


Upgrade sets sights on auto loans as legacy banks pull back
By Anna Hrushka

---

INDUSTRY DIVE

   

**EXPLORE**
About
Editorial Team
Contact Us
Newsletter
Article Reprints
Press Releases
What We're Reading

**REACH OUR AUDIENCE**
Advertising
Post a press release
Submit an opinion piece

**RELATED PUBLICATIONS**
CFO Dive
Payments Dive

Informa   Industry Dive is an Informa business

© 2023 Industry Dive. All rights reserved. | View our other publications | Privacy policy | Terms of use | Take down policy.
Cookie Preferences / Do Not Sell