# Exhibit L

PageVault

| | |
|---|---|
| Document title: | LedgerX - Products, Competitors, Financials, Employees, Headquarters Locations |
| Capture URL: | https://www.cbinsights.com/company/ledgerx |
| Page loaded at (UTC): | Fri, 08 Sep 2023 09:22:50 GMT |
| Capture timestamp (UTC): | Fri, 08 Sep 2023 09:23:16 GMT |
| Capture tool: | 10.27.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | cPNg7xp1q9ixBP5S84D8RZ |
| User: | mofo-cmiddleman |

PDF REFERENCE #:     7qXK5gdNNfajYnPu3eaqDk



Document title: LedgerX - Products, Competitors, Financials, Employees, Headquarters Locations
Capture URL: https://www.cbinsights.com/company/ledgerx
Capture timestamp (UTC): Fri, 08 Sep 2023 09:23:16 GMT
Page 1 of 3









Document title: LedgerX - Products, Competitors, Financials, Employees, Headquarters Locations
Capture URL: https://www.cbinsights.com/company/ledgerx
Capture timestamp (UTC): Fri, 08 Sep 2023 09:23:16 GMT

Page 3 of 3