Exhibit 'A'

# United States v. Roman Sterlingov



Bitcoin Fog Company

You're not logged in :: LOGIN / REGISTER

## Login

Username: 

Password: 

LOGIN

Register here if you do not already have an account.

(C) Bitcoin Fog Company

PGP public key / Clearnet website / Bitcointalk.org thread / Logout

The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**                                          simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, Guest. Please login or register.

| | | Forever | Login |

Login with username, password and session length

**News:** ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin Core, could allow your bitcoins to be stolen. Immediately updating Bitcoin Core 0.9.1 is required in some cases, especially if you're using 0.9.0. Download. More info.

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 [All]                                        print

| Author | Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times) |

**Akemashite Omedetou**
Member

Activity: 74

BITCOIN FOG

Ignore

**[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**                #1
October 27, 2011, 05:05:07 PM

"Bitcoin anonymization taken seriously". (last update: 2013-03-12)
Public website with basically the same information from this thread:
http://www.bitcoinfog.com
Service link (you will need tor): http://fogcore5n3ov3tui.onion
Experimental clearnet or gate (similar to tor2web.org, use SSL):
https://gate.bitcoinfog.com
Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

The bitcoin network might be anonymous in terms of single-handedly revealing your ip address, but the transaction history is recorded in the block chain and is publically available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just interested researchers (http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html) have acquired any one of your addresses or transactions, they could easily track your money around the network.

And knowing your transaction history, connecting your bitcoin addresses to real life is possible, because you will at some point need to exchange your bitcoins to or from a fiat currency using a bank account number, a credit card, LR account or similar service which is much less anonymous than the bitcoin network.

We are providing a solution for this: using our service you mix up your bitcoins in our own pool with other users' bitcoins, and get paid back to other accounts from your mixed pool, which, if properly done by you can eliminate any chance of finding your payments and making it impossible to prove any connection between a deposit and a withdraw inside our service.

**How Bitcoin Fog works**
You register an account on our website and deposit bitcoins to the designated address. After a couple of network confirmations, your money is registered on your

The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**                                    simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, Guest. Please login or register.

| | | Forever | Login |

Login with username, password and session length

News: ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin Core, could allow your bitcoins to be stolen. Immediately updating Bitcoin Core to 0.9.1 is required in some cases, especially if you're using 0.9.0. Download. More info.

Search

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization

« previous topic next topic »

print

Pages: 1 2 3 4 5 6 7 8 9 10 11 [All]

| | Author | Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times) |

**Akemashite Omedetou**
Member

Activity: 74

**[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**     #1

October 27, 2011, 05:05:07 PM

"Bitcoin anonymization taken seriously". (last update: 2013-03-12)
Public website with basically the same information from this thread:
http://www.bitcoinfog.com
Service link (you will need tor): http://fogcore5n3ov3tui.onion
Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
https://gate.bitcoinfog.com
Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

The bitcoin network might be anonymous in terms of single-handedly revealing your ip address, but the transaction history is recorded in the block chain and is publically available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just interested researchers (http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html) have acquired any one of your addresses or transactions, they could easily track your money around the network.



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**                                         simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, Guest. Please login or register.

[ ] [ ] [ Forever ▾ ] [ Login ]
Login with username, password and session length

News: ◆◆ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.

[ ] [ Search ]

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > [ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 [All]                    print

Author     Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times)

**Akemashite**     [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization          #1
**Omedetou**       October 27, 2011, 05:05:07 PM
Member
                   "Bitcoin anonymization taken seriously". (last update: 2013-03-12)
                   Public website with basically the same information from this thread:
Activity: 74       http://www.bitcoinfog.com
                   Service link (you will need tor): http://fogcore5n3ov3tui.onion
                   Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
                   https://gate.bitcoinfog.com
BITCOIN FOG        Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

                   The bitcoin network might be anonymous in terms of single-handedly revealing your
                   ip address, but the transaction history is recorded in the block chain and is
                   publically available, which makes your anonymity very vulnerable. Once the

address. After a couple of network confirmations, your money is registered on your

We are providing a solution for this: using our service you mix up your bitcoins in our own pool with other users' bitcoins, and get paid back to other accounts from our mixed pool, which, if properly done by you can eliminate any chance of finding your payments and making it impossible to prove any connection between a deposit and a withdraw inside our service.



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**                                                    simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, Guest. Please login or register.

[                ] [          ] [Forever ▾] [Login]
Login with username, password and session length

News: ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin
Core, could allow your bitcoins to be stolen. Immediately
updating Bitcoin Core to 0.9.1 is required in some cases,
especially if you're using 0.9.0. Download. More info.

🔍 [                    ] [Search]

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > [ANNOUNCE] Bitcoin Fog:
Secure Bitcoin Anonymization

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 [All]                              print

| Author | Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times) |

**Akemashite**
**Omedetou**
Member

Activity: 74

BITCOIN FOG

💡 **[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**          #1
October 27, 2011, 05:05:07 PM

"Bitcoin anonymization taken seriously". (last update: 2013-03-12)
Public website with basically the same information from this thread:
http://www.bitcoinfog.com
Service link (you will need tor): http://fogcore5n3ov3tui.onion
Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
https://gate.bitcoinfog.com
Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

◄ ▬▬ ►   The bitcoin network might be anonymous in terms of single-handedly revealing your
ip address, but the transaction history is recorded in the block chain and is
publically available, which makes your anonymity very vulnerable. Once the
interested parties, be it authorities or just interested researchers

For security purposes, the service operates through the Tor network only. You can be sure your data is processed securely and only by our server if you use our .onion address. On the other hand, this also makes us feel more secure, knowing that we will never be found and dealt with by proper authorities. (Even if Tor network would

**How Bitcoin Fog works**
You register an account on our website and deposit bitcoins to the designated
address. After a couple of network confirmations, your money is registered on your



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**     simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, Guest. Please login or register.

[ Forever ▾ ] [ Login ]
Login with username, password and session length

News: ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin Core, could allow your bitcoins to be stolen. Immediately updating Bitcoin Core to 0.9.1 is required in some cases, especially if you're using 0.9.0. Download. More info.

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 [All]     print

Author     Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times)

**Akemashite Omedetou**
Member

Activity: 74

BITCOIN FOG

[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization     #1
October 27, 2011, 05:05:07 PM

"Bitcoin anonymization taken seriously". (last update: 2013-03-12)
Public website with basically the same information from this thread:
http://www.bitcoinfog.com
Service link (you will need tor): http://fogcore5n3ov3tui.onion
Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
https://gate.bitcoinfog.com
Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

The bitcoin network might be anonymous in terms of single-handedly revealing your ip address, but the transaction history is recorded in the block chain and is publically available, which makes your anonymity very vulnerable. Once the

This is better for you as well; while a freenet service may swear on not cooperating with authorities in case they show up at their homes, we can say with high certainty that not only will we not cooperate with any authorities, the authorities will not actually be able to show up at our doorstep, because finding a tor doorstep has proven difficult.

How Bitcoin Fog works
You register an account on our website and deposit bitcoins to the designated address. After a couple of network confirmations, your money is registered on your



The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**                                                    simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, Guest. Please login or register.

[ ] [ ] [ Forever ] [ Login ]
Login with username, password and session length

**News:** ♦♦ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin Core, could allow your bitcoins to be stolen. Immediately updating Bitcoin Core to 0.9.1 is required in some cases, especially if you're using 0.9.0. Download. More info.

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 [All]                                    print

Author    Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times)

**Akemashite Omedetou**
Member

Activity: 74

BITCOIN FOG

**[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**    #1
October 27, 2011, 05:05:07 PM

"Bitcoin anonymization taken seriously". (last update: 2013-03-12)
Public website with basically the same information from this thread:
http://www.bitcoinfog.com
Service link (you will need tor): http://fogcore5n3ov3tui.onion
Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
https://gate.bitcoinfog.com
Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

The bitcoin network might be anonymous in terms of single-handedly revealing your ip address, but the transaction history is recorded in the block chain and is publically available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just interested researchers

Do you keep logs?
We keep logs for 1 week for debugging and troubleshooting purposes. After that they are automatically deleted. ALL logs are taken care of. Even the bitcoin client

your payments and making it impossible to prove any connection between a deposit and a withdraw inside our service.

**How Bitcoin Fog works**
You register an account on our website and deposit bitcoins to the designated address. After a couple of network confirmations, your money is registered on your

## Summary Table of BITCOIN FOG Darknet Market Exposure

| Counterparty Name | | Directly Sent to BITCOIN FOG | Indirectly Sent to BITCOIN FOG | Directly Received from BITCOIN FOG | Indirectly Received from BITCOIN FOG |
|---|---|---|---|---|---|
| SILK ROAD | BTC | 377102.7388 | 101783.57 | 106522.7697 | 51273.39 |
| | USD | $9,724,911 | $10,340,446 | $2,321,637 | $1,471,025 |
| SILK ROAD 2.0 | BTC | 22863.74065 | 12438.155 | 11274.31369 | 4320.23 |
| | USD | $12,582,929 | $6,463,629 | $5,852,300 | $2,534,628 |
| ALPHABAY | BTC | 5700.845981 | 2826.69 | 3651.443827 | 2638.945 |
| | USD | $3,062,842 | $1,868,844 | $1,679,212 | $1,342,528 |
| AGORA | BTC | 41972.36366 | 25679.985 | 26398.44487 | 10027.08 |
| | USD | $14,231,729 | $8,624,142 | $8,588,675 | $3,389,947 |
| NUCLEUS | BTC | 5240.193979 | 2820.15 | 2829.752662 | 1463.475 |
| | USD | $1,438,077 | $886,452 | $802,798 | $400,639 |
| ABRAXAS | BTC | 4116.93734 | 1895.51 | 2066.420789 | 903.39 |
| | USD | $1,027,249 | $558,194 | $516,058 | $229,535 |
| PANDORA | BTC | 2032.569964 | 418.28 | 553.2503671 | 401.155 |
| | USD | $1,254,828 | $238,695 | $299,141 | $260,550 |
| SHEEP | BTC | 7646.828974 | 2747.84 | 1547.522515 | 1925.09 |
| | USD | $2,788,483 | $1,494,597 | $361,895 | $551,001 |
| BLACK BANK | BTC | 2918.068006 | 2146.795 | 1632.1633 | 947.065 |
| | USD | $912,669 | $1,043,156 | $427,255 | $280,495 |
| WELCOME TO VIDEO | BTC | 0 | 0 | 2.47269674 | 1.675 |
| | USD | $0 | $0 | $989 | $846 |

# Register new account

Registration is free, you will be able to deposit and withdraw bitcoins when you are registered.

As an anonymous service, we do not collect any additional information about you besides a user name and a password. A downside of this is that you will have to keep track of your password. You will not be able to recover it.

| | |
|---|---|
| Choose username: | |
| Choose password: | |
| Confirm password: | |
| Security text: | |

Username can contain alphanumeric characters and any of these: _-.
It should be between 3 and 32 characters long.

Password can contain alphanumeric characters and any of these: _-.!@#$%^&*()
It can be between 6 and 128 characters long.



enocesdi

If uncertain, interpret l,I and O as letters, not numerals.
Click here if you can't see the image.

Document 1-1 :: 1511 :: PREMIUM BTC :: HOME / DEPOSIT / WALLET / SUPPORT



# Bitcoin Fog Company

## Support messages

You can use this page to securely communicate with our staff.

hello, i need help.

i created my account to clean my coins from selling ecstasy.  I sold molly on apollon and ive been selling on WSM and dream but all the exit scams and cops got me spooked.  Im new to this and im worried im gonna get caught.

I need help cleaning my bitcoin and I dont trust the big mixers after best mixer. Bitcoin fog has been around forever you you guys must be doing

Send

(C) Bitcoin Fog Company

PGP public key / Clearnet website / Bitcointalk.org thread / Logout

You can use this page to securely communicate with our staff.

hello, i need help.

i created my account to clean my coins from selling ecstasy.  I sold molly on apollon and ive been selling on WSM and dream but all the exit scams and cops got me spooked.  Im new to this and im worried im gonna get caught.

I need help cleaning my bitcoin and I dont trust the big mixers after best mixer. Bitcoin fog has been around forever you you guys must be doing

**Send**

34pQQkTWMXPsQ65qKE3pTHnnjP47ZDfzSD





cea5bb8c8ca5c08e7d078ca6bb4e46bf4a6bbcca390f610e74c0065add1048c5

2019-09-11 13:57

1A1spnkqgMwJykE9PzCptgntjwrod7gJy1          0.03125643 BTC

198uJktWrBufUzaeXQm8W2g7R5VwoQc67E          0.00631415 BTC

34pQQkTWMXPsQ65qKE3pTHnnjP47ZDfzSD          0.02488936 BTC

23.6 sat/vB – 5,292 sat   $0.54

212736 confirmations   +0.02488936 BTC



Значит первый шаг самый охуенный - это вроде бы
1) Европейский банк трансфер сразу из моего банка на аккаунт в mtgox. Занимает может пару бизнесдней, но вроде бы дешево.

2) Потом продаёшь евро в биткойны, и потом биткойны в доллары

3) выводишь на либертирезерв через www.aurumxchange.com

So the first step is the most fucking mind-blowing - it seems to be
1) A European bank transfer directly from my bank to mtgox account. It takes a couple of business days perhaps, but it seems to be cheap.

2) Then you sell euros in exchange for bitcoins, and then bitcoins in exchange for dollars

3) you transfer to liberty-reserve through www.aurumxchange.com

 GoDaddy

Contact Us 24/7 ⌄

Every great idea deserves its own domain name 🔍

## Your Cart
GoDaddy empowers 21 million entrepreneurs.



**fbi-test-domain-purchase.com**
.COM Domain Registration

2 Years ⌄

$22.00
~~$43.98~~
49% off

Renews September 2025 for $43.98 🗑

○ **Full Domain Protection**  RECOMMENDED          $9.99/yr

- Prevents hackers from stealing your domain or making any other unauthorized changes.
- Requires your approval via 2-factor verification for vital changes like deleting or transferring a domain.

✉ **Microsoft 365 Email Essentials**          [ Get It ]
$1.99/mo ~~$5.99~~

- 10GB email storage
- Email, calendar & contacts in sync across all devices

### Order Summary

1 item

**Subtotal** (USD)          $22.00

4 interest-free payments of $5.50. **Klarna.**
Learn More

Subtotal does not include applicable taxes

**Have a promo code?**

○ Nice! You saved $21.98 on your order.

[ **I'm Ready to Pay** ]

✓ Satisfaction Guaranteed
If you're not completely happy with your purchase, contact our
GoDaddy Guides, 24/7/365, and we'll make it right.



*Figure 18: Flow of funds from MTGOX ACCOUNT 1 to infrastructure purchases.*

# FLOW OF FUNDS FROM MTGOX ACCOUNT TO INFRASTRUCTURE PURCHASES

UNITED STATES V ROMAN STERLINGOV



8/25/23, 9:15 AM                                                        Bitcoin Fog Company



**BITCOIN FOG**
CLEARNET PORTAL

You are almost there...
http://fogcore5n3ov3tui.onion ;)

The Wayback Machine - https://web.archive.org/web/20111107231134/http://www.bitcoinfog.com:80/

## Where is the Fog?

To access Bitcoin Fog you will need Tor. Tor is an open-source anonymization network.

A short overview of Tor Project.

For easy setup: Tor Browser bundle.

When you are done setting up tor, simply go to this address:

http://fogcore5n3ov3tui.onion

http://fogcore5n3ov3tui.onion ;)

The website you are currently browsing is just an information page about how to access the real thing. Bitcoin fog is not hosted on the same server and can only be accessed through tor.

## What is bitcoin fog?

The bitcoin network might be anonymous in terms of single-handedly revealing your ip address, but the transaction history is recorded in the block chain and is publically available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just interested researchers (http://anonymityin-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html) have acquired any one of your addresses or transactions, they could easily track your money around the network.

And knowing your transaction history, connecting your bitcoin addresses to real you is possible, because you will at some point need to exchange your bitcoins to or from a fiat currency using a bank account number, a credit card, LR account or similar service which is much less anonymous than the bitcoin network.

We are providing a solution for this: using our service you mix up your bitcoins in our own pool with other users' bitcoins, and get paid back to other accounts from our mixed pool, which, if properly done by you can eliminate any chance of finding your payments and making it impossible to prove any connection between a deposit and a withdraw inside our service.

## How the service works

You register an account on our website and deposit bitcoins to the designated address. After a couple of network confirmations, your money is registered on your Fog account, and you can schedule withdrawals. Each withdrawal will be split in a random number of payouts, depending on the amount, and the relative size of each payout will be randomized as well. Even the timing of those payouts will be randomly spread out over a period of time you will specify.

Ideally you should deposit an amount of bitcoins to the Fog, wait some time (which will depend on how many users are using the service, right now in the starting phase we recommend a week) and request a withdrawal, which will not have the same amount as the original deposit, leaving some funds in the Fog.

Then you should deposit another batch of bitcoins and withdraw yet another amount, again different from the amount you have deposited. This time it can be lower than deposited, or higher, adding the funds you have left from the previous deposit. This way there is no practically reliable way to do statistical analysis on the block chain and link your deposits to your withdrawals.

8/25/23, 9:15 AM                                          Bitcoin Fog Company

**BITCOIN FOG**
CLEARNET PORTAL

You are almost there...
http://fogcore5n3ov3tui.onion :)

The Wayback Machine - https://web.archive.org/web/20111107235134/http://www.bitcoinfog.com:80/

**Where is the Fog?**

To access Bitcoin Fog you will need Tor. Tor is an open-source anonymization network.

A short overview of Tor Project.

For easy setup: Tor Browser bundle                        http://fogcore5n3ov3tui.onion :)

# Where is the Fog?

To access Bitcoin Fog you will need Tor. Tor is an open-source anonymization network.

A short overview of Tor Project.

For easy setup: Tor Browser bundle

When you are done setting up tor, simply go this address:

http://fogcore5n3ov3tui.onion

The website you are currently browsing is just an information page about how to access the real thing. Bitcoin fog is not hosted on the same server and can only be accessed through tor.

The Wayback Machine - https://web.archive.org/web/20140410040648/https://bitcointalk.org/index...

**Bitcoin Forum**

simple machines forum

April 10, 2014, 04:06:24 AM

Welcome, Guest. Please login or register.

[                    ] [                    ] [ Forever ▾ ] [ Login ]
Login with username, password and session length

**News:** ◆◆ A bug in OpenSSL, used by Bitcoin-Qt/Bitcoin Core, could allow your bitcoins to be stolen. Immediately updating Bitcoin Core to 0.9.1 is required in some cases, especially if you're using 0.9.0. Download. More info.

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Economy > Marketplace > Service Announcements > [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization

« previous topic next topic »

print

Pages: 1 2 3 4 5 6 7 8 9 10 11 [All]

| | Author | Topic: [ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization  (Read 60475 times) |

**Akemashite Omedetou**
Member

Activity: 74

BITCOIN FOG

Ignore

**[ANNOUNCE] Bitcoin Fog: Secure Bitcoin Anonymization**    #1
October 27, 2011, 05:05:07 PM

"Bitcoin anonymization taken seriously". (last update: 2013-03-12)
Public website with basically the same information from this thread:
http://www.bitcoinfog.com
Service link (you will need tor): http://fogcore5n3ov3tui.onion
Experimental clearnet or gate (similar to tor2web.org, uses SSL):
https://gate.bitcoinfog.com
Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

The bitcoin network might be anonymous in terms of single-handedly revealing your ip address, but the transaction history is recorded in the block chain and is publically available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just interested researchers (http://anonymity-in-bitcoin.blogspot.com/2011/07/bitcoin-is-not-anonymous.html) have acquired any one of your addresses or transactions, they could easily track your money around the network.

And knowing your transaction history, connecting your bitcoin addresses to real you is possible, because you will at some point need to exchange your bitcoins to or from a fiat currency using a bank account number, a credit card, LR account or similar service which is much less anonymous than the bitcoin network.

We are providing a solution for this: using our service you mix up your bitcoins in our own pool with other users' bitcoins, and get paid back to other accounts from our mixed pool, which, if properly done by you can eliminate any chance of finding your payments and making it impossible to prove any connection between a deposit and a withdraw inside our service.

**How Bitcoin Fog works**
You register an account on our website and deposit bitcoins to the designated address. After a couple of network confirmations, your money is registered on your



"Bitcoin anonymization taken seriously". (last update: 2013-03-12)
Public website with basically the same information from this thread:
http://www.bitcoinfog.com
Service link (you will need tor): http://fogcore5n3ov3tui.onion
Experimental clearnet tor gate (similar to tor2web.org, uses SSL):
https://gate.bitcoinfog.com
Twitter feed for updates: https://twitter.com/#!/@BitcoinFog

**Killdozer**

**Sent PMs**

Hello!
Did you already outsource the blindbitcoin site to someone else? If not, I am very much willing to discuss taking over, I think the service is great and operating such a website would be very interesting. Besides, I believe I have all the needed techincal qualifications.
Do you have a jabber account? Perhaps we could discuss this in more detail there?

## Killdozer

### Sent PMs

Hello!
Did you already outsource the blindbitcoin site to someone else? If not, I am very much willing to discuss taking over, I think the service is great and operating such a website would be very interesting. Besides, I believe I have all the needed techincal qualifications.
Do you have a jabber account? Perhaps we could discuss this in more detail there?

## Akemashite Omedetou

### Sent PMs

I don't know if it was you personally, but thanks for unlocking my account. I never anticipated so much trolling in the now-deleted "Bitcoin fog" topic yesterday. The idea was to create it before the actual announcement, to be able to reserve first two answers for updates and extra information, because we are planning to use a topic here as the main discussion place for the service. Nevertheless, I won't do any more such experiments, I'll just put the announcement in at 1700 UTC, plain and simple. The service itself is basically a blindbitcoin- implementation with improvements and more professionally done, operating through tor.
Thanks for understanding.



**Akemashite Omedetou**
Member

Activity: 74

BITCOIN FOG

I have been following Blind Bitcoin project and in fact, many of the ideas in our service originated in that. (We are not however using any codebase from BB. Our solution is customly written.)

# M247 - Romania

Shormint@hotmail.com

# Mt. Gox
# AurumXchange
# Liberty Reserve

# Heavydist@gmail.com



# Akemashite Omedetou
# Shormint@hotmail.com



# plasma@plasmadivision.com

**Subject:** [Mt.Gox] Account creation confirmation
**From:** Mt.Gox <info@mtgox.com>
**Date:** 9/29/2011, 3:28 AM
**To:** roso987341870 <plasma@plasmadivision.com>

Welcome to Mt.Gox!

Thank you for creating your account with us.

Your login: roso987341870

In order to enable your account, you need to enter your validation code on the Mt.Gox website.

Your confirmation code: YAA6GE3HTMXFGBU6

Alternatively you can click on or copy in your browser this url:
https://mtgox.com/users/register_confirm?ID=908f8fe5-d8bb-4e7b-a7e9-d1120c78b5b7&Code=YAA6GE3HTMXFGBU6

Best regards,
The Mt.Gox Team
info@mtgox.com
https://mtgox.com/

plasma@plasmadivision.com



# Mt. Gox Accounts

| Login | Email |
|---|---|
| volfprius | volf.prius@hotmail.com |
| roso987341870 | plasma@plasmadivision.com |
| peternfs | nfs9000@hotmail.com |
| kolbasa | kolbasa99@rambler.ru |

| | 212.117.160.123 | 212.16.7.171 | 213.66.214.217 | 61.19.252.148 | 70.90.169.13 | 83.248.132.4 | 83.254.53.11 | 95.168.163.228 |
|---|---|---|---|---|---|---|---|---|
| **BITSTAMP-HEAVY** | | | X | | X | | |
| **BTCE-HEAVYDIST** | | | | | X | | |
| **BT-KILLDOZER** | | | X | | X | X | |
| **LOCALBIT-GOTHENCOIN** | | | | | X | | |
| **LR-HEAVYDIST** | | | | | X | | |
| **LR-PLASMA** | X | | | X | X | X | |
| **LR-SHORMINT** | X | | | | X | | | X |
| **MTGOX-KOLBASA** | X | X | | | X | | | X |
| **MTGOX-PETERNFS** | X | X | | | | | |
| **MTGOX-PLASMA** | | | | | X | X | |
| **MTGOX-VOLFPRIUS** | X | | | X | | | |
| **TWITTER-CRAYKILLDOZER** | | | | | X | | |

Aug. 3, 2016, 1:36 p.m.

None

"Dear Roman, thank you for your reply and the provided document. 1. Would it be possible to provide us with some screenshots of email confirmations you have received from Mt.Gox for the purchased bitcoin? 2. Additionally could you confirm if you were using any crypto-currency tumblers? We thank you for your cooperation and look forward to hearing from you. If you have any questions, please feel free to ask. Best regards, Rok Pristov"

Aug. 3, 2016, 1:36 p.m.

None

"Dear Roman, thank you for your reply and the provided document. 1. Would it be possible to provide us with some screenshots of email confirmations you have received from Mt.Gox for the purchased bitcoin? 2. Additionally could you confirm if you were using any crypto-currency tumblers? We thank you for your cooperation and look forward to hearing from you. If you please feel free to ask. Best regards, Rok Pristov"

Roman Sterlingov (52443)

Aug. 3, 2016, 1:57 p.m.

problems? 2. Additionally could you confirm if you were using any crypto-currency tumblers? I don't know if I did with the specific funds sent to your exchange. It's not impossible. I did a lot of experimenting with bitcoins back in the day, it was a very new and exciting technology. I haven't done this recently, but my account here is very old, I don't really remember. As you probably understand, I don't keep a record of every thing I do on my computer for years to come... If it would be in your terms at the time that this kind of information would need to be kept, then I would have done it."

◆ Bitstamp, dollars, probably like 50k?
Withdrawn everything when they started delaying withdrawals and asking for 10 stupid questions.

Do not use them, tell everyone to stop using them...









