**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | **No. 21-cr-399 (RDM)** |
| v. | |
| ROMAN STERLINGOV | |
| Defendant. | |

# JOINT STATUS REPORT REGARDING FOREIGN LANGUAGE TRANSLATIONS

Mr. Sterlingov, by and through Defense Counsel submits the following Joint Status Report in response to the Court's August 30, 2023, Order directing the parties to meet and confer regarding the Government's foreign language translations.

1. The Government has produced translations from Swedish, Romanian, and Russian documents that it represents it intends to introduce into evidence at trial.

2. On September 10, 2023, the Government produced a list of 23 translations and matching source documents that are written primarily in Russian, or Swedish, or contain elements of each.  The Government represents that the list includes original source documents and translations previously produced in discovery. The Government represents that there are five additional, previously produced original source documents and accompanying translations that it will seek to introduce.

3. On September 10, 2023, the parties conferred and agreed that the defendant would not object to the admissibility of the Romanian language translation.

4. As the remaining foreign language productions are in Swedish and Russian, both languages that Mr. Sterlingov speaks, the Defense represents it would like to facilitate Mr. Sterlingov's review of these translation alongside their complete original sources.

5. The Defense represents Mr. Sterlingov cannot currently access discovery. The hard drive containing discovery was not transferred with him from the Northern Neck Regional Jail to the Rappahannock Regional Jail. The state facility where Mr. Sterlingov is currently incarcerated pretrial does not facilitate Zoom sessions to prepare for trial, and attorneys are limited to 20-minute phone calls with Mr. Sterlingov.

6. The Defense represents it will provide Mr. Sterlingov with hard copies of the translations and their complete original sources no later than Thursday, September 14, 2023, for his review.

WHEREFORE, the parties are hopeful that Mr. Sterlingov will be able to review the translations in time to ascertain whether Russian and/or Swedish translators will be witnesses at trial.

Dated: September 11, 2023
Brooklyn, NY

        Respectfully submitted,

        /s/ Tor Ekeland
        Tor Ekeland (NYS Bar No. 4493631)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        tor@torekeland.com

        /s/ Michael Hassard
        Michael Hassard (NYS Bar No. 5824768)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        michael@torekeland.com

        *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, the forgoing document was filed with the Clerk of Court using the CM/ECF System and sent by email to the attorneys for the Government listed below:

s/ Tor Ekeland

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov