**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

        Plaintiff,

v.

ROMAN STERLINGOV

        Defendant.

**No. 21-cr-399 (RDM)**

## DEFENSE RESPONSE TO THE COURT'S SEPTEMBER 8, 2023, MINUTE ORDER REQUESTING CASES ON EXPERT TESTIMONY RELATED TO LAW AND COGNITIVE AND CONFIRMATION BIAS

In response to the Court's September 8, 2023, Minute Order requesting cases related to the admissibility of expert testimony on confirmation and cognitive bias, as well as the admissibility of expert testimony related to matters of law, the Defense submits the following lists.

### Cases Related to Expert Testimony on Matters of Law

*United States v. Bilzerian*, 926 F. 2d 1285, 1294 (2d Cir. 1991) (stating "[f]inally, expert testimony on issues of law is inadmissible.").

*U.S. Commodity Futures Trading Comm'n v. Moncada*, 12 Civ. 8791 (CM), at *3 (S.D.N.Y. June 30, 2014) ("Finally, expert testimony on issues of law is inadmissible.").

*Haritatos v. Hasbro, Inc.*, 6:05-CV-930 (N.D.N.Y. Oct. 23, 2007) (stating that "as a general rule, expert testimony on issues of law is inadmissible.").

## Cases Related to Confirmation and Cognitive Bias Cases

*United States v. Douglas*, No. 21-3032 (D.C. Cir. July 7, 2023) (dissenting opinion discussing confirmation bias as an issue when it comes to reasonable suspicion).

*Nikolova v. Univ. of Tex. at Austin*, 1:19-CV-877-RP, at *4 (W.D. Tex. Mar. 11, 2022) ("However, this testimony [on confirmation bias] provides important context to aid the jury in its determination.").

*United States v. Wells,* Case No. 3:13-cr-00008-SLG (D. Alaska Jul. 17, 2019) (holding testimony on confirmation bias admissible if a proper foundation is laid).

*Rainsberger v. Benner*, No. 1:16-cv-00103-TWP-MJD (S.D. Ind. Nov. 18, 2019) (allowing expert testimony on confirmation bias).

Dated: September 11, 2023
Brooklyn, NY

Respectfully submitted,


/s/ Michael Hassard
Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com


*Counsel for Defendant Roman Sterlingov*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, the forgoing document was filed with the

Clerk of Court using the CM/ECF System and sent by email to the attorneys for the Government

listed below:

<u>s/ Michael Hassard</u>

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov