# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROMAN STERLINGOV**,<br><br>　　　　　Defendant. | Criminal No. 21-CR-399 (RDM) |

### [PROPOSED] HEURISTIC INFORMATION PROTECTIVE ORDER

This Heuristic Information Protective Order supplements the Protective Order approved by the Court on September 17, 2021 (ECF No. 18), and which Chainalysis Inc. ("Chainalysis") incorporates herein by reference. Where the Protective Order Governing Discovery and this Heuristic Code Protective Order conflict in their treatment, this Protective Order shall control.

Chainalysis, Inc. hereby submits a supplemental protective order to govern the information or items relevant to the voluntary production of heuristic information that relates to this matter in response to the Court's August 30, 2023 order (August 30, 2023, Order). In providing this Protective Order, Chainalysis neither waives any objections nor concedes to Defendant's requests for review of any material outside of what has been voluntarily provided. Accordingly, it is HEREBY ORDERED THAT:

### Highly Confidential Heuristic Information Materials

1.　The government may provide access to defense counsel (defined as counsel of record in this case) and one designated expert [insert named expert] with access to voluntarily provided heuristic information that contains certain trade secret and proprietary information, including heuristic data, files and associated information, disclosure of which to another party would create a substantial risk of serious harm that could not be avoided by less restrictive means

1

sf-5629143

("HIGHLY CONFIDENTIAL HEURISTIC INFORMATION").

2. The protections conferred by this Protective Order cover not only HIGHLY CONFIDENTIAL HEURISTIC INFORMATION (as defined above), but also (1) any information copied from HIGHLY CONFIDENTIAL HEURISTIC INFORMATION; (2) all copies, excerpts, summaries, or compilations of HIGHLY CONFIDENTIAL HEURISTIC INFORMATION in any form and created by any individual; and (3) any testimony, conversations, or presentations that might reveal HIGHLY CONFIDENTIAL HEURISTIC INFORMATION.

3. Prior to being given access to any HIGHLY CONFIDENTIAL HEURISTIC INFORMATION, [insert named expert], will swear and affirm that he/she is not a past or current employee of a competitor to Chainalysis, that he/she is not and is not anticipated to become an employee of a competitor to Chainalysis, that he/she is hereby prohibited from engaging in competitive behavior with Chainalysis during this litigation and for five (5) years following the conclusion of this litigation, and that he/she will comply with the terms of this Protective Order. [Insert named expert] will return a signed acknowledgement form attached as Attachment A to this Order to the Court, the United States, and Chainalysis.

4. Prior to being given access to any HIGHLY CONFIDENTIAL HEURISTIC INFORMATION, defense counsel will swear and affirm that they will comply with the terms of this Protective Order. Defense counsel will return a signed acknowledgement form attached as Attachment B to this Order to the Court, the United States, and Chainalysis.

5. All HIGHLY CONFIDENTIAL HEURISTIC INFORMATION may be used by defense counsel and their expert [insert named expert] solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without notice to the government, Chainalysis and further order of this Court.

6. The defendant, defense counsel, and [insert named expert] shall not disclose any HIGHLY CONFIDENTIAL HEURISTIC INFORMATION to any person or entity without notice to the government, Chainalysis and prior permission from the Court.

7. Defense counsel and [insert named expert] shall maintain in its custody and control any materials and all copies made thereof derived in any way from HIGHLY CONFIDENTIAL HEURISTIC INFORMATION and shall not disclose such information in any way to any other person.

8. Upon conclusion of all stages of this case or any action brought pursuant to 28 U.S.C. Section 2255, any materials and all copies made thereof derived in any way from HIGHLY CONFIDENTIAL HEURISTIC INFORMATION shall be destroyed or returned to the United States or Chainalysis, unless otherwise ordered by the Court. The Court may require a certification as to the disposition of any such materials.

9. The procedures for use of HIGHLY CONFIDENTIAL HEURISTIC INFORMATION during any hearing or the trial of this matter shall be determined by the parties, Chainalysis, and the Court in advance of the hearing or trial. No party shall disclose HIGHLY CONFIDENTIAL HEURISTIC INFORMATION in open court or in public filings without prior consideration by the Court.

### Scope of this Order

11. **Supplemental Nature of This Order.** This Order supplements and does not modify the existing Protective Order Governing Discovery (ECF No. 18), which was entered by the Court on September 17, 2021

12. **Modification Permitted.** Nothing in this Order shall prevent any party from seeking modification of this Order or from objecting to discovery that it believes to be otherwise

improper.

13. **No Waiver**. Chainalysis neither waives any objections nor concedes to Defendant's requests for review of any Source Code.

14. **No Ruling on Discoverability or Admissibility**. This Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

IT IS SO ORDERED this _____ day of _____ 2023.

_____
Randolph D. Moss
United States District Judge

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, [insert named expert], declare under penalty of perjury that I have read in its entirety and understand the Heuristic Information Protective Order that was issued by the United States District Court for the District of Columbia on [date] in the case of *United States v. Sterlingov*, No. 21-CR-399 (RDM).  I agree to comply with and to be bound by all the terms of this Heuristic Information Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Heuristic Information Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further swear and affirm that I am not a past or current employee of a competitor to Chainalysis, that I am not and am not anticipated to become an employee of a competitor to Chainalysis, that I am hereby prohibited from engaging in competitive behavior with Chainalysis during this litigation and for five years following the conclusion of this litigation.

I further agree to submit to the jurisdiction of the United States District Court for the District of Columbia for the purpose of enforcing the terms of this Heuristic Information Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____
     [printed name]

Signature: _____
     [signature]

EXHIBIT B

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, [insert name of defense counsel], declare under penalty of perjury that I have read in its entirety and understand the Heuristic Information Protective Order that was issued by the United States District Court for the District of Columbia on [date] in the case of *United States v. Sterlingov*, No. 21-CR-399 (RDM).  I agree to comply with and to be bound by all the terms of this Heuristic Information Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Heuristic Information Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the District of Columbia for the purpose of enforcing the terms of this Heuristic Information Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____


Printed name: _____
            [printed name]

Signature: _____
            [signature]