UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROMAN STERLINGOV**,<br><br>Defendant. | Criminal No. 21-CR-399 (RDM) |

### [PROPOSED] HEURISTIC INFORMATION PROTECTIVE ORDER TO JONELLE STILL

This Heuristic Information Protective Order supplements the Protective Order approved by the Court on September 17, 2021 (ECF No. 18), and which Chainalysis Inc. ("Chainalysis") incorporates herein by reference. Where the Protective Order Governing Discovery and this Heuristic Code Protective Order conflict in their treatment, this Protective Order shall control.

Chainalysis hereby submits a supplemental protective order to govern the information or items relevant to the voluntary production of heuristic information that relates to this matter in response to the Court's August 30, 2023 order (August 30, 2023, Order). In providing this Protective Order, Chainalysis neither waives any objections nor concedes to Defendant's requests for review of any material outside of what has been voluntarily provided. Accordingly, it is HEREBY ORDERED THAT:

### Highly Confidential Heuristic Information Materials

1. The government may provide access to defense counsel (defined as counsel of record in this case) and Jonelle Still with access to voluntarily provided heuristic information that contains certain trade secret and proprietary information, including heuristic data, files and associated information, disclosure of which to another party, person, or entity would create a substantial risk of serious harm that could not be avoided by less restrictive means ("HIGHLY

1

CONFIDENTIAL HEURISTIC INFORMATION").

2. The protections conferred by this Protective Order cover not only HIGHLY CONFIDENTIAL HEURISTIC INFORMATION (as defined above), but also (1) any information copied from HIGHLY CONFIDENTIAL HEURISTIC INFORMATION; (2) all copies, excerpts, summaries, or compilations of HIGHLY CONFIDENTIAL HEURISTIC INFORMATION in any form and created by any individual; and (3) any testimony, conversations, or presentations that might reveal HIGHLY CONFIDENTIAL HEURISTIC INFORMATION.

3. Prior to being given access to any HIGHLY CONFIDENTIAL HEURISTIC INFORMATION, Jonelle Still, will swear and affirm that she understands and agrees that she is hereby prohibited from utilizing this HIGHLY CONFIDENTIAL HEURISTIC INFORMATION as well as any thoughts or impressions or ideas derived therefrom in order to engage in any competitive behavior with Chainalysis, that she expressly will not share this HIGHLY CONFIDENTIAL HEURISITC INFORMATION with Ciphertrace, any of its employees or contractors, or any investors in Ciphertrace, and that she will not [without prior leave of the Court] utilize any devices or systems belonging to Ciphertrace in order to view, examine, save, download, process, or analyze this HIGHLY CONFIDENTIAL HEURISTIC INFORMATION, and that she will comply with the terms of this Protective Order. Jonelle Still will return a signed acknowledgement form attached as Attachment A to this Order to the Court, the United States, and Chainalysis.

4. Prior to being given access to any HIGHLY CONFIDENTIAL HEURISTIC INFORMATION, defense counsel will swear and affirm that they will comply with the terms of this Protective Order. Defense counsel will return a signed acknowledgement form attached as Attachment B to this Order to the Court, the United States, and Chainalysis.

5. All HIGHLY CONFIDENTIAL HEURISTIC INFORMATION may be used by

defense counsel and their expert Jonelle Still solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without notice to the government, Chainalysis and further order of this Court.

6. The defendant, defense counsel, and Jonelle Still shall not disclose any HIGHLY CONFIDENTIAL HEURISTIC INFORMATION to any person or entity without notice to the government, Chainalysis and prior permission from the Court.

7. Defense counsel and Jonelle Still shall maintain in its custody and control any materials and all copies made thereof derived in any way from HIGHLY CONFIDENTIAL HEURISTIC INFORMATION and shall not disclose such information in any way to any other person or entity.

8. Upon conclusion of all stages of this case or any action brought pursuant to 28 U.S.C. Section 2255, any materials and all copies made thereof derived in any way from HIGHLY CONFIDENTIAL HEURISTIC INFORMATION shall be destroyed or returned to the United States or Chainalysis, unless otherwise ordered by the Court. The Court may require a certification as to the disposition of any such materials.

9. The procedures for use of HIGHLY CONFIDENTIAL HEURISTIC INFORMATION during any hearing or the trial of this matter shall be determined by the parties, Chainalysis, and the Court in advance of the hearing or trial. No party shall disclose HIGHLY CONFIDENTIAL HEURISTIC INFORMATION in open court or in public filings without prior consideration by the Court.

## Scope of this Order

11. **Supplemental Nature of This Order.** This Order supplements and does not modify the existing Protective Order Governing Discovery (ECF No. 18), which was entered by

sf-5629143

the Court on September 17, 2021.

12.   **Modification Permitted.** Nothing in this Order shall prevent any party from seeking modification of this Order or from objecting to discovery that it believes to be otherwise improper.

13.   **No Waiver.** Chainalysis neither waives any objections nor concedes to Defendant's requests for review of any Source Code.

14.   **No Ruling on Discoverability or Admissibility.** This Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

IT IS SO ORDERED this 13th day of September 2023.

Randolph D. Moss
United States District Judge

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, Jonelle Still, declare under penalty of perjury that I have read in its entirety and understand the Heuristic Information Protective Order that was issued by the United States District Court for the District of Columbia on [date] in the case of *United States v. Sterlingov*, No. 21-CR-399 (RDM). I agree to comply with and to be bound by all the terms of this Heuristic Information Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Heuristic Information Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further swear and affirm that I understand and agree that I am hereby prohibited from utilizing this HIGHLY CONFIDENTIAL HEURISTIC INFORMATION as well as any thoughts or impressions or ideas derived therefrom in order to engage in any competitive behavior with Chainalysis. I swear and affirm that I expressly will not share this HIGHLY CONFIDENTIAL HEURISITC INFORMATION with Ciphertrace, any of its employees or contractors, or any ~~(without prior leave of the Court)~~. RDM investors in Ciphertrace, and that I will not utilize any systems belonging to Ciphertrace in order to view, examine, save, download, process or analyze this HIGHLY CONFIDENTIAL HEURISTIC INFORMATION, and that I will comply with all of the terms of this Protective Order. I further agree to submit to the jurisdiction of the United States District Court for the District of Columbia for the purpose of enforcing the terms of this Heuristic Information Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

sf-5629143

City and State where sworn and signed: _____

Printed name: _____
                 [printed name]

Signature: _____
            [signature]

## EXHIBIT B

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

     I, [insert name of defense counsel], declare under penalty of perjury that I have read in its entirety and understand the Heuristic Information Protective Order that was issued by the United States District Court for the District of Columbia on [date] in the case of *United States v. Sterlingov*, No. 21-CR-399 (RDM). I agree to comply with and to be bound by all the terms of this Heuristic Information Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Heuristic Information Protective Order to any person or entity except in strict compliance with the provisions of this Order.

     I further agree to submit to the jurisdiction of the United States District Court for the District of Columbia for the purpose of enforcing the terms of this Heuristic Information Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____
                 [printed name]

Signature: _____
             [signature]