# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America_____ )<br>Plaintiff(s) )<br> )<br>vs. )<br>Roman Sterlingov_____ )<br>Defendant(s) ) | Case Number: 21-CR-00399-RDM |

## DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  Tauseef Saeed Ahmed

2. State bar membership number: New York: 5614508

3. Business address, telephone and fax numbers:
   4004 Jerusalem Ave, Seaford, NY 11783

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   New York, New Jersey, EDNY, SDNY, NDNY

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐    No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐    No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☑ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

9/10/2023
DATE

[signature]
SIGNATURE OF ATTORNEY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \| | |
| | \| | |
| v. | \| | No.: 21-CR-00399-RDM |
| | \| | |
| ROMAN STERLINGOV | \| | |

**MOTION TO APPEAR PRO HAC VICE**

TAUSEEF S. AHMED, undersigned counsel for Defendant, ROMAN STERLINGOV, moves this Court for permission to appear *pro hac vice*, stating:

1. Movant graduated from Hofstra University School of Law in 2017 and is a member of the State Bar of New York, as well as the United States District Court for the Eastern District of New York. Attached as **Exhibit A** is a copy of a Certificate of Good Standing from the United States District Court for the Eastern District of New York, where the Movant resides.

2. Movant does not reside in the District of Columbia, is not regularly employed in this District, and is not regularly engaged in the practice of law in this Court.

3. Pursuant to Local Rule 44.1 attached is Movant's Declaration.

Therefore, undersigned counsel moves this Court for admission *pro hac* vice in this matter in accordance with *United States v. Gonzalez-Lopez*, 548 U.S. 140 (2006).

Dated: 9/14/2023

Brooklyn, New York

Submitted,

___/s/Tauseef Ahmed_____  Tauseef S. Ahmed NYS B__ __4508

Tor Ekeland Law, PLLC Of Counsel 30 Wall Street 8th Floor New York, NY 10005

tauseef@torekeland.com (718) 737-7264

*Attorney for Defendant Roman Sterlingov*

**CERTIFICATE OF SERVICE**

I hereby certify that on September [14], 2023, Tor Ekeland, with my consent, electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF System, which sent notification of filing to all relevant parties.

_____ Jesselyn Radack, [signature: DocuSigned by C2A61FFB701A415...] Esq.

**SPONSORING ATTORNEY**

https://na4.docusign.net/Signing/?ti=4ba550adb4c1488e8037d395769df496

9/14/23, 3:14 PM
Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of New York

# CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____ , Clerk of this Court,

certify that _____ Tauseef Saeed Ahmed _____ , Bar # _____ 5614508 _____ ,

was duly admitted to practice in this Court on _____ 09/13/2019 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Central Islip _____ on _____ 08/28/2023 _____
                              (Location)                                                (Date)

_____ Brenna B. Mahoney _____
CLERK OF COURT

*Alison Fortunato*
Alison Fortunato _____ , DEPUTY CLERK

