# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **Case No: 21-CR-00399-RDM**<br>)<br>) |
| **ROMAN STERLINGOV**, | )<br>) |
| Defendant. | )<br>)<br>) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Pursuant to Civil Local Rule 83.2(c)(2), sponsoring attorney Jesselyn Radack moves for the admission and appearance of attorney Tauseef S. Ahmed *pro hac vice* in the above-entitled action for Defendant Roman Sterlingov. This motion is supported by the Declaration of Tauseef S. Ahmed, filed herewith. As set forth in Mr. Ahmed's declaration, he is admitted and an active member in good standing with the following courts and bars: the New York Bar, New Jersey Bar, U.S. District Court for the Eastern District of New York, U.S. District Court for the Southern District of New York, and the U.S. District Court for the Northern District of New York. This motion is supported and signed by myself, Jesselyn Radack, an active and sponsoring member of the Bar of this Court.

Dated this  20  day of September, 2023.

Respectfully submitted,

    /s/ Jesselyn Radack
Jesselyn Radack
District Court of District of Columbia Bar # 452987
Sponsoring Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September 2023, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Tor Ekeland

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov