AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____Brenna B. Mahoney_____, Clerk of this Court, certify that _____Tauseef Saeed Ahmed_____, Bar # _____5614508_____, was duly admitted to practice in this Court on _____09/13/2019_____, and is in good standing as a member of the Bar of this Court.

Dated at _____Central Islip_____ on _____08/28/2023_____
          *(Location)*                                    *(Date)*

Brenna B. Mahoney
CLERK OF COURT

*Alison Fortunato*
Alison Fortunato, DEPUTY CLERK

