UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>          Defendant. | No. 21-cr-399 (RDM) |

# NOTICE REGARDING CIPHERTRACE EXPERT TESTIMONY AND REVIEW OF LATEST CHAINALYSIS PRODUCTION

Defense Counsel for Defendant Roman Sterlingov wishes to inform the Court that they were contacted by Ciphertrace's counsel, A. Joseph Jay III, late in the morning of September 22, 2023[1]. In that communication, Mr. Jay informed Defense Counsel that upon further consultation with his client, Ciphertrace, neither Ms. Still nor Ciphertrice are willing and able to review the latest discovery produced by Chainalysis that was the subject of yesterday morning's hearing.

Mr. Jay confirmed, however, that Ciphertrace expert, Ms. Jonelle Still, is still available to testify based on her review of the discovery and her expert report produced to the Court. He further confirmed to Defense Counsel that Ms. Still will be available to testify on any day and time that the Court may find convenient.

Finally, Mr. Jay confirmed that Ciphertrace is taking steps to immediately have all persons, including Ms. Still and those who assisted her or reviewed discovery in this matter, to

---

[1] The Court will recall that Mr. Jay had promised the Court during the hearing the prior day that he would confirm with Defense Counsel whether Ms. Still and/or Ciphertrace would be able to review the highly sensitive heuristic information produced by Chainalysis by this morning, September 22, 2023.

1

personally sign the acknowledgement to the protective order in this case (Dkt. No. 18) and will promptly provide undersigned counsel with copies of such acknowledgements.

Dated: September 22, 2023
Alexandria, Virginia

        Respectfully submitted,

        <u>/s/ Michael Hassard</u>
        Michael Hassard (NYS Bar No. 5824768)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        michael@torekeland.com

        <u>/s/ Tor Ekeland</u>
        Tor Ekeland (NYS Bar No. 4493631)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        tor@torekeland.com

        *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September 2023, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov