```
1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,               No. 1: 21-399

5          vs.                          Washington, DC
                                        September 21, 2023
6    ROMAN STERLINGOV,
                                        4:05 p.m.
7              Defendant.
     _____/          AFTERNOON SESSION
8

9              TRANSCRIPT OF PRETRIAL CONFERENCE
            BEFORE THE HONORABLE RANDOLPH D. MOSS
10             UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Plaintiff:      CATHERINE PELKER
13                           U.S. DEPARTMENT OF JUSTICE
                             950 Pennsylvania Ave NW
14                           Washington, DC 20530

15                           CHRISTOPHER BRODIE BROWN
                             DOJ-USAO
16                           601 D Street, N.W.
                             Suite 5.1527
17                           Washington, DC 20530

18
     For the Defendant:      TOR EKELAND
19                           MICHAEL HASSARD
                             TOR EKELAND LAW PLLC
20                           30 Wall Street
                             8th Floor
21                           Brooklyn, NY 10005

22   Court Reporter:         SHERRY LINDSAY
                             Official Court Reporter
23                           U.S. District & Bankruptcy Courts
                             333 Constitution Avenue, NW
24                           Room 6710
                             Washington, DC 20001
25
```

1                P R O C E E D I N G S

2          THE COURT:  All right.  So I think the question

3    before us at this point is just whether we can commence had a

4    trial on Tuesday, October 10th and then run from there until

5    November 3rd, which is a Friday, which gives us one day less

6    than four weeks.  Give me one second here.

7          I am just checking to see how hard a stop it is on

8    November 3rd.  I am scheduled to start another trial on

9    November 6th.  And I don't have any reason to think that trial

10   is not going.  So it would be a hard stop on the 3rd.

11   Obviously, if the jury was deliberating while I am in the other

12   trial, that wouldn't be a problem and I can balance those other

13   efforts.

14          As far as I can tell, the only real conflict that we

15   have with starting on October 10th is whether Mr. Fischbach

16   will be available to testify.  Obviously, his testimony

17   wouldn't be required until sometime probably in late October or

18   conceivably in early November, but probably late October.  And

19   I appreciate, Mr. Fischbach, your making yourself available.  I

20   know that there is another case in Missouri that you have going

21   on, so we wanted to get your input on your schedule and if

22   there is some way we can make this work.

23          MR. FISCHBACH:  Yes, Your Honor, nice to see you.

24   You can hear me okay?

25          THE COURT:  I can hear you fine.  Thank you.

1           MR. FISCHBACH:  Yeah, I think it is Kansas.  But I

2    have got to be honest, once I am in Kansas City, I get a little

3    confused with the difference of one side of the water or the

4    other.

5           THE COURT:  Kansas City, let's leave it at that then.

6           MR. FISCHBACH:  Kansas City.  So that case is set to

7    run -- it begins on the 16th of October.  Typically with this

8    attorney and he put it on the calendar, he will want me to come

9    up about a week ahead of that to prepare -- to help him

10   prepare.  And then typically sit through the government's case

11   at counsel table -- near counsel table.  And then the defense

12   case starts on -- right now, we are estimating we start on the

13   6th, which I am hoping it starts by the 6th or before the 6th

14   because I have got another trial that starts in California on

15   the 13th of November.

16          THE COURT:  I guess the question for you -- is this a

17   situation where you are going to need to be there every day for

18   trial or could you break away for a day or two to come here for

19   the trial in this case?

20          MR. FISCHBACH:  It is a situation where it is

21   spontaneous that I could help them, because we don't know what

22   the schedule looks like for trial.  I don't have any ability to

23   tell you that.  I have been precontracted for the entirety of

24   the trial and have been paid up front for it.  So at this time,

25   I am not in a position to commit to not being there.  But it is

1   certainly possible, you know, things can change on a dime in

2   court.

3            THE COURT:  Right.  Have you heard anything about

4   whether there is any possibility of a continuance in that case

5   or not?

6            MR. FISCHBACH:  Specifically to the contrary.  That

7   case has already been continued for years.  It is apparently a

8   very big case out there.  And I have been told it is not moving

9   at all, no matter what happens.

10           THE COURT:  All right.  And then if the Court begins

11  the trial here on November 27th and runs through December 22nd,

12  will you be available for that?

13           MR. FISCHBACH:  The only issue I have specifically

14  with that is that we have personal commitments.  I had promised

15  my wife that -- I have worked -- every single month I have been

16  out of town for at least 2023, that I would finish out December

17  actually going to see family.  So it certainly gets in the way

18  of that, but --

19           THE COURT:  We would -- if we did that, I think we

20  would be taking off no later than after December 22nd, because

21  we are going to have jurors who are going to want to take the

22  week off as well at the end of December.

23           MR. FISCHBACH:  Yeah.  I have got the first -- it is

24  only hopeful, because obviously everything else could

25  continue -- since I am expecting everything else to be done no

1    later than the end of November, we have got our first away set

2    for December 4th.

3            THE COURT:  I'm sorry.  You missed -- I missed some

4    words you said.  Can you say that again?

5            MR. FISCHBACH:  I got the first thing on the calendar

6    is December 4th where we would be going away.  I am -- I am

7    being hesitant with all of this because I know that the one

8    thing in my schedule that always could change, as much as my

9    wife has somehow stuck with me almost 30 years through this,

10   one thing I hate to do is to make her fall victim to it.  But

11   that is one time that certainly would have some chance of being

12   possibly if I could bring her with me.

13           THE COURT:  Again here, you know, I mean, I think I

14   have to defer to others on this.  But certainly my impression

15   is that your presence here would only be required for a day or

16   two, based on what I have had.  I wouldn't expect your

17   testimony to last any longer than that.  So if you were with

18   your wife somewhere, you might have to get on a plane and fly

19   here and fly back.  Is that something that would be workable?

20           MR. FISCHBACH:  Part of that -- I am a little out of

21   the loop on this.  Part of that is going to depend on Court or

22   counsel.  Last time I was there in your presence, I understood

23   this was covered by CJA.  Right now my understanding is it

24   might not be covered at all.  So it is really going to be

25   dependent on those funds to be able to do that.  It certainly

1    is possible.

2         THE COURT:  That is -- Mr. Sterlingov made a decision

3    he didn't want to proceed under CJA anymore.  So there are no

4    CJA funds.  You would have to obtain funding from

5    Mr. Sterlingov or whatever defense fund has put together for

6    him.

7         MR. FISCHBACH:  So right now one of the reasons that

8    it has been so difficult to put this on the calendar to put to

9    anything other than days that I have previously committed to

10   and I understand it was under CJA -- part of the difficulty in

11   holding dates is because at this point -- and I am loathe to

12   say this in open court, but I don't think there are any secrets

13   here.  I actually haven't been paid going forward in the case

14   anyway.  So it certainly would be a burden, seeing as I am

15   still waiting on CJA funds from several months of work from San

16   Francisco, but again it is certainly possible.

17        THE COURT:  I mean, that is an issue between you and

18   the defendant and the defense counsel.  Mr. Sterlingov, as I

19   said, made a decision not to proceed under CJA, so there are no

20   CJA funds available.  I am not privy to whatever relationships

21   you have with defendant and defense counsel with respect to

22   compensation and whether you are prepared to proceed without

23   compensation in covering some or all of your expenses.  I don't

24   know whether the defense can cover some of your expenses.  That

25   is outside of my bailiwick.  I think that is an issue that

1   relates not only to whether the trial proceeds in October,

2   November, or any other time.  You have to get here.  And if you

3   are not paid, you have to make a decision about whether you

4   want to do it or not.  And that is not my business.

5          MR. FISCHBACH:  Yeah.  My greater concern is making

6   sure that I am not going deeply of the pocket, at least until

7   CJA funds from prior cases catch up.  But as you said, that is

8   something that defense counsel will have to catch me up on.

9   Again, part of the issue here for me is that this was a case I

10  prepared for, which I already thought would be complete at this

11  point.

12         THE COURT:  I'm sorry.  Say that again.  I missed

13  something you said again there.  You broke up.

14         MR. FISCHBACH:  I think -- I am not looking at my

15  calendar, but this was a case I expected to be finishing up

16  somewhere around now.  And so I don't -- I haven't had a chance

17  to catch up with counsel on what events have changed in terms

18  of funding the case.

19         THE COURT:  Fair enough.  And, I mean, it was the

20  defendant who actually asked the Court to postpone the case, so

21  that is what happened.  Here, I am just trying to figure out

22  how we proceed in light of that.  And I suppose it is important

23  for me to know whether you remain prepared to appear as an

24  expert witness in the case and under what circumstances.

25  Because the last thing in the world I want to do is to schedule

1  the trial at a time that is not everyone else's preference to

2  accommodate your schedule and have you say, well, I am not

3  doing it anyway, because I am not going to pay out of pocket to

4  fly out there or no one is paying for my hotel room or whatever

5  else it might be or I am foregoing salary that I would be

6  earning somewhere else where I don't think I am going to get

7  paid here.  That is not my business.  The only thing which is

8  my business is, I don't want to be in a situation in which we

9  schedule around your availability and then it turns out you are

10  not prepared to proceed.

11        MR. FISCHBACH:  Sure.  I will certainly tell you

12  right now and I always presume I am on the record, especially

13  while I am speaking with the Court.  At this moment, I don't

14  feel prepared only because I understand a lot of things have

15  happened that I just haven't had a chance -- I just literally

16  got out of trial myself.  I haven't had a chance to catch up

17  with anything.  I do feel a little concerned about catching up

18  for December, seeing as I am coming right out of a long

19  November trial.  So I want to be honest about the concern.

20        I was previously asked about February and March,

21  which I do feel comfortable with and had let them know that was

22  a time that was available on my calendar.  Quite frankly, I am

23  a little bit more confident I will understand the case better

24  at that point.  But I also will be very honest with the Court,

25  I don't know that is impossible by December.

```
 1              THE COURT:  I'm sorry.  Say that again.

 2              MR. FISCHBACH:  I said, I just want to be honest with

 3    the Court, I don't known that it is impossible to be ready by

 4    December.  But I do have certain concerns seeing as I will be

 5    going back to back in trials.  And I, quite frankly, have

 6    fallen out of the loop just while I have been in these last two

 7    trials.

 8              THE COURT:  What about my prior question about the

 9    funding issues and whether you are prepared to be a witness

10    either in December or February or March in the case?  Because

11    as I said, I don't want to schedule around your availability

12    and then have you say, I have got clients who are paying me.

13    And I really can't take time off from the paying work to go do

14    this.  And I don't have a view one way or the other on that

15    other than just to say, I need to know the answer as to whether

16    you are going to be available for trial and actually willing to

17    participate in trial in December and February or March, if I am

18    going to make a scheduling decision based on that.

19              MR. FISCHBACH:  Your Honor, one of the reasons

20    February and March, I was able to give a very quick, easy

21    answer is that falls into a different calendar year.  And I

22    always allocate a certain amount of time for pro bono work.

23    And I am beyond it for this particular year.  So if I have to

24    do pro bono work, at least I can make it a part of that time.

25    I haven't agreed to do any other pro bono work yet for 2024.
```

1    For 2023, the only way I could do this is if I could be assured

2    I have got those funds coming.  Because we are still awaiting

3    right now on funds.  And, quite frankly, the account is thinner

4    than we like it to be.

5              THE COURT:  When you talk about funds coming, are you

6    talking about the funds from San Francisco or funds from the

7    defense fund in this case?

8              MR. FISCHBACH:  Both.  At this point, seeing how much

9    time we took going well beyond what we thought we would pro

10    bono in San Francisco, it wasn't expected to be pro bono, it

11    should be paid.  I am accepting that right now as all of the

12    pro bono time I have left.  If I can get December work and my

13    wife is aware of this and it pays, we are probably going to

14    take it.  Because we had a 6-figure, about $100,000 CJA case

15    that appears it is going to be unpaid.  So, yeah, we are quite

16    honestly trying to make sure that we have got money before we

17    are late on mortgage payments.

18              But, again, I always allocate several weeks for pro

19    bono work per year.  That starts fresh for 2024, so I don't see

20    that problem by then.  And I fully expect that the account will

21    be topped off through billing by February.

22              THE COURT:  All right.  Is there anything that either

23    the government or the defense would like me to ask

24    Mr. Fischbach?  You are welcome to ask the questions yourself

25    if you have anything else you want to ask about availability.

1          MS. PELKER:  I think it is less of a question for

2     Mr. Fischbach and more one for defense counsel and possibly a

3     follow-up for counsel in this Kansas case.  It would be in the

4     government's experience, highly unusual for a defense cell

5     phone witness to sit at counsel table for a month-long trial,

6     for the entirety of trial.  And that appears to be what is

7     being suggested here.  I just have a hard time believing that

8     Mr. Fischbach is truly unavailable to fly out for any one- to

9     two-day period in October and November.  And the government is

10    happy to be flexible on the timing there within reason.

11          Is the Kansas case actually sitting five days a week?

12    We could have Mr. Fischbach come in on Friday.

13          THE COURT:  Do you know that?  Are they sitting five

14    days a week, Mr. Fischbach?

15          MR. FISCHBACH:  That is at least how I have got it on

16    my calendar.  I would like to address that because I feel that

17    was very much directed at me.  The Court could pull transcripts

18    or I'd be happy to provide transcripts.  I sat for two weeks

19    straight in San Francisco in federal court before Judge Breyer

20    at counsel table every single day, five days a week as well as

21    preparing all weekend and providing things to the Court over

22    the weekend.  I may be a very unusual witness.  There probably

23    aren't a lot of witnesses that have done this for over three

24    decades either.  I very, very often sit at counsel table.  That

25    is not unusual at all.  And with this particular attorney, not

1     at all unusual for him, because he has got the funds, which is

2     why he is a fantastic attorney to be able to work for.  He

3     has --

4            THE COURTROOM DEPUTY:  Mr. Fischbach, you are frozen.

5            Mr. Fischbach, are you there?

6            MS. PELKER:  Your Honor, just while we are trying to

7     get Mr. Fischbach back on the line, the government doesn't --

8     neither want to concern itself with the defendant's choice of

9     how to move forward with funding.  And perhaps there is an

10     inquiry that should take place out of the government's

11     presence.  But the various representations of the different

12     defense experts and the defense's representations as they are

13     doing their fundraising and the information coming in from the

14     fundraising, just simply don't seem to add up or be consistent

15     about the defense making statements saying they have gone so

16     far deep into debt, are about to be evicted therefore need all

17     of the donations, are getting what appeared to be sizable

18     donations, could also be a commingling in an IOLTA account.

19         And the government is not trying to make any sort of

20     assertions here, but things just are not adding up with the

21     defense experts then saying that a lot of them are doing it pro

22     bono or are expecting to get paid and haven't been paid.

23         THE COURT:  I think you are right, that is probably a

24     conversation that if I have it, I ought to have it ex parte

25     with the defense.

1    Any luck with Mr. Fischbach?

2    THE COURTROOM DEPUTY:  I'm getting him back on.  He

3    is on on here, but some kind of way the Zoom on this -- so the

4    courtroom can have it connected.

5    THE COURT:  All right.

6    (Pause.)

7    THE COURTROOM DEPUTY:  Mr. Fischbach, can you hear

8    me?

9    MR. FISCHBACH:  Yes, I do.  Thank you.

10    THE COURTROOM DEPUTY:  I apologize.  I don't know

11    what happened.

12    THE COURT:  So, Mr. Fischbach, we did lose you

13    partway through what you were saying.  But I think the point

14    that would be helpful for me to hear a little bit more about --

15    is your testimony in the case in Kansas City just about

16    telephone location data?  What is the nature of the testimony

17    that you are giving there or the breadth of it?

18    MR. FISCHBACH:  Largely about cellular location data,

19    yes.  But it is a part of my practice always -- and quite

20    honestly, I guess I am humbled to know that the DOJ in DC isn't

21    that familiar with testimony.  It is pretty typical for me to

22    be a part of the defense case during the government's case.

23    And it is very typical for me to sit at counsel table, because

24    witnesses who are speaking about that technology, in this

25    particular case cell phone -- and there goes mine -- that it is

1   very typical for them to be effectively speaking over counsel.

2   So in that case, I sit at counsel table to what would amount to

3   an interpreter and to assist defense counsel in their

4   cross-examination of those witnesses, something I think would

5   have been useful in this case.  I just don't know that they

6   have the budget.

7          THE COURT:  So I understand that.  And, look, I know

8   nothing about the case in Kansas City, other than it is a

9   murder trial and this is the third trial in that case.  But I

10  can imagine a case in which there is a day or two or three of

11  testimony relating to the cellular location where you would

12  need to be sitting beside counsel to help them understand it,

13  to help them craft cross-examination questions and so forth and

14  also to be prepared yourself for the testimony that you are

15  going to give on the same subject in the defense case.

16         And I understand also that you may not know when that

17  is going to happen in the case.  And you don't know, as you sit

18  here today, what order the State of Kansas is going to put on

19  its evidence in that case.  But are you suggesting as well that

20  you would be and you need to be there throughout the case so

21  when there is testimony from alleged or purported, you know,

22  testimony from custodian of records relating to bank accounts,

23  whatever else it might be in the case, do you need to be there

24  for that as well?

25         MR. FISCHBACH:  A great deal of what I do is

1    strategic litigation.  So that is typically how the attorneys

2    come to use me over the last 25 years, 25-ish.  So it wouldn't

3    surprise me.  All I know is he asked me to be available and

4    this is somebody who I have three other cases right now, who

5    very much makes up for my ability to do pro bono cases.  So

6    when someone like that asks me for it and I know that I can be

7    paid for all of that time, I certainly like to make myself

8    available.  But I agree with you 100 percent, there will

9    undoubtedly be some period of time where I call up my family

10   and say, guess what, it doesn't look like they will need me for

11   next four days and I go home.

12          THE COURT:  I guess the question is if we did that

13   and had some flexibility in this case, as hard as it might be

14   on you, instead of flying home could you fly here?

15          MR. FISCHBACH:  Possibly so.  The problem is I just

16   don't know if and when that will occur, if at all.  And, of

17   course, I can't speak to counsel.  But I don't know how much of

18   this case they are going to want me to be monitoring as part of

19   the government's case, which quite honestly seems likely, but

20   it wasn't something specifically discussed.

21          THE COURT:  It wasn't clear to me whether you were

22   prepared to do that on a pro bono basis or not to sit through

23   this case.  This case, we are talking about a month-long case

24   here.

25          MR. FISCHBACH:  Yeah.  Thank goodness there is Zoom

1    in the courtroom.

2              THE COURT:  There is not.  There will not be during

3    trial.

4              MR. FISCHBACH:  Well, then that could certainly be --

5    I would say it would be unlikely.  I certainly can't afford at

6    least right now to be there every day.  And I don't know how

7    much of it got on the record before I got cut off.  But I did,

8    in fact, spend two weeks in San Francisco for that purpose.  So

9    by February, it would be something I would like to be able to

10   be back in the position to do.  And if so, I don't have any

11   other cases that have asked for that time yet pro bono.

12             THE COURT:  All right.  Anything else that the

13   defense thinks I should ask about?

14             MR. EKELAND:  No, Your Honor.

15             THE COURT:  Does the defense think it would make

16   sense for me to ask the government to step out to talk about

17   some of these funding issues now?  Is that something you think

18   would be helpful?  Because only to the extent that it relates

19   to the availability of Mr. Fischbach.  And as I said, the last

20   thing I want to do is postpone the trial or schedule around his

21   calendar and then for him to say, you know, I can't afford to

22   do this.  And so, for example if I move the case to December

23   over October, I wouldn't want to be in a situation in which he

24   says, look it is the end of my pro bono year and I am not

25   getting paid, so I am not going to do it.  So it could be

1   helpful, but I will defer to you as to whether you want to get

2   into that or not.

3          I need to know whether he is really going to be here

4   or not.

5          MR. EKELAND:  If I am understanding Mr. Fischbach

6   correctly, he is saying that he would be willing to do the case

7   pro bono in February.  Of course, we are -- I haven't had a

8   chance to speak with him, because he has been so busy, about

9   this and everything that happened with the scheduling.  And we

10  are going to look for funds to pay him.  But I don't know,

11  honestly, if we are going to be able to raise that money for

12  October or November.  Mr. Fischbach is somebody I have worked

13  with for years and who has sat through other trials of mine.

14         And if I am understanding him correctly, he is saying

15  that he could come and would be willing to work pro bono in

16  February if I was unable to raise the funds.  So, I mean, that

17  is, obviously, what we would prefer to do, to have him

18  available for the entire trial like we have worked together

19  before.  And then, you know, if I was able to pay him, I would,

20  if I am understanding him correctly.

21         THE COURT:  The problem I am having is this is still

22  very uncertain and unclear to the Court.  Where you are asking

23  me to postpone the trial a significant period of time and

24  Mr. Sterlingov is incarcerated.  And we have already postponed

25  the trial once from last January.  You are asking me to

```
1    postpone it.  And you are saying, we are hopeful we might be
2    able to possibly raise the funds to be able to pay him to be
3    here through the whole trial in February.  And that would be
4    ideal if we can do it, but I don't know really whether we can
5    do it or not.  And I don't really know whether we could raise
6    the funds for December for him to be here or not, probably not
7    for him to sit through the whole trial.  But maybe at least to
8    pay his expenses, but I don't really know.
9         That is what I am trying to pin down.  I don't think
10   it is fair in light of the public interest and the government
11   for me to say I am going to push the case to February, because
12   there is uncertainty and because you haven't had a chance to
13   talk with Mr. Fischbach about whether he is available or not.
14        MR. EKELAND:  Mr. Sterlingov has expressed a desire
15   to me to have Mr. Fischbach present for the trial.  And if I am
16   understanding Mr. Fischbach correctly, he is saying he is
17   willing to be present in February for the entirety of the
18   trial.
19        THE COURT:  I did not understand that.  If he is
20   willing to say that me to now, that regardless of whether he is
21   paid or not, on a pro bono basis, he is willing to sit here
22   through the entire trial in February, I'd like to know that.
23   Because that is not what I heard him saying.  I heard him
24   saying maybe, probably not if he is not getting paid to do the
25   whole thing.  But, you know, he would certainly be here to
```

1    testify, but whether he would sit through the whole trial, I

2    didn't hear him say that.  But maybe he is prepared to be here

3    for a month in February and March on a pro bono basis.  And

4    maybe I need to ask him that question.

5             Mr. Fischbach.

6             MR. FISCHBACH:  Yes.  I'm sorry.  I wasn't sure if

7    you were asking the question.

8             Yeah, for the month of February or March, at least at

9    this point, because they are not otherwise allocated, I

10   certainly can hold aside time for it.  I can't honestly tell

11   you any time when it is pro bono that I can be in a particular

12   case every single day or more logically I could be there, but I

13   may not be physically in the courtroom at every moment, if

14   somebody needs some consultation that is paying during that

15   time.  But, yes, I can make pro bono time in February, March,

16   as long as I am not deeply out of pocket.

17            THE COURT:  That is the problem I am still having

18   here.  There is a lot of still uncertainty about this.  Yes,

19   you can do it, but you can't promise me you would be there the

20   whole time, but maybe depending on other demands and depending

21   on whether you would be out of pocket or not.  And I just -- I

22   really -- I am at the point, quite frankly, where I am -- and

23   this is not directed at you, Mr. Fischbach, but where I am

24   getting pretty fed up.  Because I am being led along, not by

25   you, Mr. Fischbach, by representations to the Court that are

1   made without people having done their homework and asking for

2   continuances, not doing what the Court is instructing with

3   respect to scheduling and then just assuming, well, okay,

4   Judge, just reschedule it then to some other time.

5          And I think the government raises a fair point that

6   if I reschedule it for February, I am still concerned that I

7   have people who are dancing around a lot.  And what I am asking

8   for now and I am happy give you time, Mr. Fischbach, to talk

9   with Mr. Ekeland.  But I need certainty now if I am going to

10  make decisions with how we are going to proceed with this case,

11  I am done with maybe, I am not sure.  I will not consider any

12  arguments of that type at this point.  I have just had enough,

13  frankly.  Again, that is not directed at you, Mr. Fischbach,

14  because you are new to this issue.  But you haven't been privy

15  to the discussions we have been having over the past months, in

16  this case, where months and months of discussions about access

17  to evidence and experts who are unwilling to look at it.  And I

18  am told they will not look at it under any circumstances.  And

19  then I get them on the phone and they say, oh, yeah, we'll look

20  at it.  I need certainty if I am going to make decisions.  And

21  that is where the Court is at this point.

22         So if you want some time to confer with Mr. Ekeland,

23  that is fine.  I would have hoped that when I 3 or 4, 5, 6, 7

24  times requested the defense to talk to their experts and check

25  on their availability that they would have asked those

1    questions, but I need to know.  And I need certainty and then I

2    will make a decision.  And when I have complete certainty, I

3    will hold people to their word to me on pain of contempt.

4              MR. EKELAND:  Your Honor, may we have 10 minutes to

5    call Mr. Fischbach?

6              THE COURT:  If you want to step into the hall and do

7    that, you are welcome to do that.  Okay.  I will step off the

8    bench.

9              MR. EKELAND:  Thank you, Your Honor.

10             (Recess taken at 4:38 p.m.)

11             THE COURT:  All right, Mr. Ekeland.

12             MR. EKELAND:  Yes, Your Honor.  So I spoke with

13   Mr. Fischbach and I am going to briefly tell you my

14   understanding and he can affirm or deny.

15             THE COURT:  Okay.

16             MR. EKELAND:  He is willing to commit to February,

17   March to definitely testifying, to committing to testifying and

18   being here for critical days where we need him in terms of

19   witness testimony that we think he needs to hear and generally

20   consult what -- he would be present in DC and then what he

21   would just like to be able to do on days where maybe we

22   don't -- he is not -- his presence isn't critical in the

23   courtroom in ways that won't interfere with the trial, he just

24   may want to step off and work on another matter.  But not in a

25   way that would affect his testimony or his presence when the

1    defense needed him.

2         THE COURT:  Okay.  And what about December?

3         MR. EKELAND:  I think his position on December is the

4    same as before.  He has told his wife that they would take time

5    off.  I don't think anything has changed on that.  We didn't

6    really discuss that.  We discussed November and him coming off

7    of the trials.  And we mainly just discussed February and

8    March, Your Honor.

9         THE COURT:  And the issue that I guess I am still

10   unsure about -- I am unsure about a lot of this, but I am

11   particularly unsure about whether we are really in a position

12   in which we can go in October and whether Mr. Fischbach is

13   really needed or will actually even be there every day during

14   the relevant days in October.  And I understand that it may be

15   somewhat outside of his control.  And I would be happy to call

16   the judge out there and get her take, if you the parties think

17   it would be helpful on -- you know, on the schedule in that

18   case.  But, you know, if it turns out that Mr. Fischbach is

19   going to be at home for two weeks or whatever it might be and

20   it is just a matter that he doesn't know that now, because he

21   doesn't know what the schedule in the case is, we can find out

22   what the schedule in the case is going to be to try and address

23   that.  So that is at least one significant question I still

24   have.

25            And I understand that Mr. Fischbach was paid to be

1    there throughout the trial.  And, obviously, I am not going to
2    require that he be here if it is going to be inconsistent with
3    his responsibilities there or undermine in any way the defense
4    in that case.  But it is just a little hard to believe that he
5    is going to be needed throughout the trial, given the nature
6    and the focus of his testimony.  And it seems fairly discrete
7    and focused and not -- he is not going to be presumably helping
8    to choose the jury.  He is not going to be crafting closing
9    arguments.  He is not going to be presumably advising on
10   cross-examination of percipient witnesses.  And so I -- I would
11   imagine, but I could be wrong about this.  There are going to
12   be substantial periods of time where he is either out in the
13   hall doing what he was talking about here, working on other
14   cases or he is going to be at home.  What I'd rather not have
15   happen here is have us put this case off because Mr. Fischbach
16   isn't available in October to have Mr. Fischbach then sitting
17   at home when we were actually hoping he would be testifying
18   here.  If we can know that now, I would just as soon know that.
19        Mr. Fischbach, is that something that is possible or
20   am I mistaken about what your role is in that case there?
21        MR. FISCHBACH:  Yeah.  I hate to tell the judge when
22   he is mistaken, but in this case I don't think you will be
23   insulted.  I do typically assist with both opening and closing,
24   especially with attorneys I have been working with for a long
25   time.  And I will put Mr. Ekeland on the spot in my

1    reflections, the last time we were in federal court, I helped

2    him with his closing.  So that is not atypical for me.  In San

3    Francisco I actually did the bulk of the selection of the jury.

4    I was there that ahead of time.

5            THE COURT:  You -- I'm sorry.  This is a little

6    bewildering to me.  I am actually friends with Judge Breyer.  I

7    would be happy to have a conversation with him about this.  It

8    is bewildering to me saying you were involved in choosing the

9    jury in that case.

10           MR. FISCHBACH:  I would actually very much appreciate

11   it if you could call Judge Breyer and remind him there is a CJA

12   form waiting for his signature.  He will tell you that I was

13   there -- as a matter of fact he put it on record that I had

14   been there since jury selection and did sit at counsel table.

15   I was effectively in that case though, obviously, not legally

16   cocounsel.

17           THE COURT:  I'd certainly hope not legally, because

18   you would have some criminal liability for that, if you were.

19           MR. FISCHBACH:  In fact, it was a joke while they

20   were there, this might be the first case of ineffective

21   assistance of non-counsel had I screwed anything up.  I am

22   actually quite proud of the jury that I picked.

23           THE COURT:  All right.  Ms. Pelker.

24           MR. FISCHBACH:  Please, if you would, ask Judge

25   Breyer.  I think --

1        THE COURT:  The real question I guess is are you

2   going to be involved in choosing the jury in Kansas City?  I am

3   going to call the judge there.  Are you going to be involved in

4   choosing the jury there and what role will you play?

5        MR. FISCHBACH:  I don't think the judge would know if

6   I was or wasn't.  But with this particular attorney, I doubt

7   it.  He has that very well -- typically -- so that is not my

8   general approach with him.  But what I do know is that every

9   hour that I can justify being paid and charging him, whether it

10  is simply to watch the trial, if that is what he desires or to

11  help him as often will happen where what -- where he will have

12  one of his assistants effectively transcribing the trial to me

13  wherever I am, that is money that I really at this moment,

14  because of Judge Breyer's case do need to try to collect.

15  We --

16        THE COURT:  I thought you told me you were paid in

17  advance.  I'm sorry.  I thought you told me you were paid in

18  advance for that case.

19        MR. FISCHBACH:  I am.  But I have to return

20  everything that I don't earn.  It is part of a retainer.

21        THE COURT:  Ms. Pelker.

22        MS. PELKER:  Your Honor, I think that we have managed

23  to resolve any of the defense objections to the October 10th

24  trial date.  And starting October 10th going the next month,

25  aside from Mr. Fischbach's availability.  Trial is going to go

1    for a month.  The government is happy to be flexible on the

2    exact timing of Mr. Fischbach's testimony and that we haven't

3    heard a clear articulation that Mr. Fischbach is unavailable or

4    that his availability the month following October 10th is going

5    to be materially different than what his availability would

6    have been if we had been in trial right now.

7           And it doesn't sound to the government at least, as

8    though Mr. Fischbach and defense counsel in this case had had

9    an agreement that Mr. Fischbach was going to be sitting at

10   counsel table or sitting for the entirety of trial, given that

11   we would be in trial right now and that there is no need to

12   postpone an October 10th trial date an additional four months

13   based on speculations about potential availability or

14   nonavailability.

15          THE COURT:  All right.  I mean, I suppose what I

16   heard in part here is that the unavailability is that he could

17   be earning money taking notes, even if he is not necessary to

18   defense in that case, but he would like to use as much of the

19   retainer there as he can.

20          MS. PELKER:  Again, the government is not concerning

21   itself with how Mr. Fischbach is earning funds for other cases,

22   but would point out that he had committed to doing this case.

23   Is it is not clear to the government whether he thought he was

24   going to be paid out of CJA funds for what would have been

25   trial right now.

1          THE COURT:  Right.

2          MS. PELKER:  Or what the payment structure would be

3    for February.  But that doesn't seem to impact the availability

4    question.  And that it really is just whether Mr. Fischbach is

5    going to have a day sometime over the course of the month from

6    October 10th following the month -- the month following that.

7          THE COURT:  I suppose the other possibility here is

8    that I went back and reviewed the Daubert rulings, my

9    conclusions with respect to what Mr. Fischbach will be allowed

10   to testify to in this case.  And it is hard for me to believe

11   it would take more than a day including the direct, the cross

12   and any redirect in this case.  And if I can determine -- and

13   maybe we just need to ask, if they are not sitting on Fridays

14   in Kansas City, that would be a simple answer, we'll sit here

15   on a Friday to do this.  I don't know.  Mr. Fischbach, is that

16   something you can determine just with an email to counsel

17   asking if they are sitting on Fridays?

18         MR. FISCHBACH:  I could certainly ask him that.  The

19   bigger question is whether or not he needs me on Fridays in

20   terms of preparing for Monday.

21         THE COURT:  But you can do that on Saturday and

22   Sunday, if you needed to.

23         MR. FISCHBACH:  And, again, looking back to San

24   Francisco, I worked on the days we were dark, including a

25   Monday and a Friday that were both dark and Saturday, Sunday.

1    It is just not unusual, once I am in trial, I am dedicated very

2    much to that time.  But I will certainly ask -- I will

3    certainly ask counsel if he sees a period of time that he won't

4    need me during the case.

5             THE COURT:  I would appreciate that, if you can do

6    that, including whether they are sitting on Fridays or if there

7    is some other period of time where he thinks he is not going to

8    need you.  I guess that I need that information and then I can

9    make a decision about what to do.  Does the government have a

10   view or a preference between December or February?  It seems to

11   me there are -- it is earlier, but there are some greater risks

12   with the November and December timeframe with just juror

13   availability.

14            MS. PELKER:  The government spoke with our witnesses.

15   We can make December work.  I think the government has the same

16   concerns that it is going to be very difficult to get a jury

17   who will be able to be sat from the Monday after Thanksgiving

18   until the Friday before Christmas with everything happening in

19   that time.  It doesn't give any room for issue or error.

20            THE COURT:  This is what I am going to do.  I would

21   love to get it done in the November, December timeframe.  I

22   think that -- my goal here is to avoid any further

23   difficulties, scheduling problems, hurdles in this case and to

24   be completely definitive about what we are doing.  And I just

25   worry the November to December period may raise some problems.

1    And so I am going to have to decide between starting on

2    October 10th and starting on February 12th, with respect to the

3    trial.

4              I will note with respect to, you know,

5    Mr. Fischbach's availability that the defense was saying to me,

6    I think a day before we were going to start trial, yes, we want

7    to go to trial starting in September.  So I would presume the

8    defense was ready at that point in time.  And they told me they

9    were ready to go to trial starting in September.  I assume

10   that, frankly, the same issues with respect to Mr. Fischbach's

11   pro bono budget for the year were present there that are

12   present now.

13             But I will have to decide between the October date I

14   think and the February date and -- to make that decision I do

15   just need to know whether Mr. Fischbach is going to have any

16   availability during the trial in Kansas City in any period of

17   time when he is not needed there either on a Friday or whether

18   there is just some other portion of the case that doesn't have

19   anything to do with his expert testimony in the case.  And I

20   appreciate the fact that he is somebody who has a lot of

21   appearance with criminal trials.  And he may be somebody who

22   defense counsel would like to bounce things off of or get his

23   reactions to, things unless he was actually retained to be a

24   jury consultant or retained to consult on issues relating to

25   other witnesses, that are not giving testimony relating to

1    cellular location, I guess I am not putting a lot of weight on

2    that.

3           But I do need to know whether based on his

4    obligations in that case and also making sure that he is not

5    doing anything that would interfere with the right of the

6    defendant in that case to have a fair trial, whether there are

7    some days when he is not available.

8           So, Mr. Fischbach, if you could send an email or a

9    text, whatever is appropriate to the attorney who has retained

10   you in that case.  Tell the attorney that there is a judge who

11   very much would like to be able to go to trial in October and

12   early November here.  And say that the judge has asked you to

13   inquire of him whether there is some period of time in the

14   Kansas City trial when your presence will not be needed.

15          MR. FISCHBACH:  Yes, Your Honor.  While you were

16   speaking, I fired off a quick text message to him.

17          THE COURT:  Great.

18          MR. FISCHBACH:  I am waiting for his response.

19          Just for clarification, I know he is going to ask

20   me -- I don't know the flight time between DC and Kansas City.

21   I have never done that.  Am I -- since you said there won't be

22   Zoom during the trial.  I am presuming and actually I know from

23   counsel, they want me there in person.  So it seems as though I

24   am asking for more than a day if I understand the flight time.

25          THE COURT:  I don't know.  I am just like anyone else

1    here I can look it up right now.  I am happy to take a look.

2    My guess --

3            MS. PELKER:  Our paralegal is indicating that it is

4    about a 3-hour flight direct.

5            THE COURT:  About a 3-hour flight.  I guess the

6    question is how often there are flights and whether there are

7    flights that you could take a flight out on a Thursday evening

8    at 5:00 p.m. and be here by 8:00 and then testify.  And

9    presumably I mean I'd hope that you could do a fair amount of

10   your prep perhaps by Zoom or the telephone or even, frankly,

11   now before you start the case in Kansas City with Mr. Ekeland.

12   If you need to sit down with him, you can come and do that now

13   or he can go to you now.  But let's see.

14           MR. FISCHBACH:  Part of the concern that I think we

15   are not directly addressing is that I am presuming, although I

16   don't know until a case happens that a good deal of my

17   testimony will be in rebuttal.  And so one of the things I need

18   to make sure that I am prepared for is that I have either

19   personally witnessed or at least very well read transcripts of

20   the government's witnesses in relation to my testimony.

21           THE COURT:  That is --

22           MR. FISCHBACH:  That is always my concern.  I want to

23   make sure the Court knows I am not personally comfortable with

24   a condensed timeline.  But, again, that is up to counsel if

25   they feel like it represents their client.  That is not my

1    decision.

2         THE COURT:  So I completely understand that desire of

3    yours and I completely support it.  And I think that you should

4    be able to do that.  And I guess I would be willing to talk to

5    the parties about whether there is a way in which we could

6    allow you to view particular government witnesses, if you are

7    not here, by Zoom.  And whether there were a way to do that.

8    There is prohibition on broadcasting criminal proceedings in

9    federal court.  I would have to make sure it was not in

10   violation of that.  There may be a way to do that to make sure

11   if you can't actually be here personally, you could actually

12   see the testimony.

13        MS. PELKER:  Your Honor, I believe the government is

14   ordering the daily rough transcripts and so defense counsel

15   would be perfectly able to share them with Mr. Fischbach for

16   his review of the relevant government witnesses, if that would

17   assist.

18        THE COURT:  So I am just looking at flights online.

19   And I see a flight leaving at 4:55 p.m. from Kansas City

20   arriving in DC at 8:15.  And it looks to me like, just on

21   Southwest, there are many flights every day one, two, three,

22   four -- it looks like -- just the page I am looking at shows 14

23   flights a day just on Southwest.  So I think that travel

24   shouldn't be too much of an issue.  But I understand your

25   point.  And I do think we would have to make arrangements and

1    do it in such a way that you would have the availability to

2    observe and review the testimony that you would be responding

3    to.

4              MR. FISCHBACH:  I think at least for -- based on my

5    experience with Mr. Ekeland, I think it would be significant to

6    be able to view that live, assuming I have the time to do it.

7    Only because, otherwise, I don't have ability to assist him

8    with cross, unless there was some agreement between the parties

9    that cross wasn't going to occur until the following day.

10             MS. PELKER:  Is Mr. Fischbach -- this may be a

11   question between Mr. Fischbach and defense counsel.  To the

12   extent they are talking about one particular witness and I

13   think it would probably be Ms. Mazars de Mazarin, this would be

14   pertinent cross for, we could likely time it so that we would

15   do a direct and then the cross would be the next day.  My only

16   hesitation is that we are already on a compressed timeframe.

17   And if we are having her -- we are putting her on in the

18   morning and then we are holding things over to assist with

19   cross -- but the government is absolutely happy to try and work

20   with defense counsel and the Court to facilitate this kind of

21   working out.

22             MR. EKELAND:  Your Honor --

23             THE COURT:  Yes.

24             MR. EKELAND:  We just don't anticipate that with

25   Ms. Mazars de Mazarin.  The government has also I believe

1    noticed -- I don't know if they are going to call him is it

2    St. Michael John also as an expert.  Also the government is

3    calling three cooperating witnesses that I anticipate

4    Mr. Fischbach would be enormously helpful if he could listen to

5    their testimony because they are being brought in to talk about

6    mixers and the Tor network and any number of things.  So I

7    just -- I don't -- the defense doesn't just think it is just

8    Ms. Mazars, although it includes her.  I think the value of

9    Mr. Fischbach -- and, you know, we have worked together for

10   years is just having him here to see -- particularly in a case

11   like this, which is so highly technical, I mean, I just -- I

12   think his presence for the defense is --

13              THE COURT:  So I would agree with you if

14   Mr. Fischbach was the technical expert on these issues in a way

15   that you didn't have anybody else.  And I think given the

16   nature of the devices that were in Mr. Sterlingov's possession,

17   it is clear that he has some technical expertise and can be of

18   some assistance to you as your client is sitting next to you.

19   You, obviously, have a great deal of experience and knowledge

20   in this field.  And you have others who know a great deal about

21   technology.  And so if this were -- if this were cellular phone

22   tracking using particular technology, I get it.  But if it is

23   like how Tor works -- I would be surprised if -- you can

24   correct me on this, I would be surprised if Mr. Fischbach knew

25   mere about that than you do, Mr. Ekeland.

1          MR. EKELAND:  I have learned quite a good deal from

2     him.  And that is the reason I have been working with him for

3     years and I find his advice invaluable.  And I think there is a

4     reason he is willing to come in on February and March, you

5     know, on a pro bono basis to work on this case.  And I -- I

6     don't know what to say to that.  I think his knowledge goes

7     beyond this characterization of him as some sort of solely a

8     cell phone, mobile phone expert.

9          THE COURT:  I am not suggesting that.  What I am

10    saying though is that to the extent that he is being offered as

11    an expert on Tor and related issues, it is not some unique

12    knowledge that he has.  And I understand you might have a

13    wonderful paralegal who worked with you on every case and you

14    say, I'd love to have the paralegal with me.  The Sixth

15    Amendment doesn't go that far.  So the question is, is there

16    something that interferes with your ability to put on an

17    effective defense.  We put the trial off on your request.  And

18    I understand that you would prefer to have Mr. Fischbach, you

19    know, at your side the entire trial -- if it turns out he is

20    not willing to do that because it is financially too tough on

21    him, it is not going to violate Mr. Sterlingov's Sixth

22    Amendment rights, he is not going to have an ineffective

23    assistance of counsel claim because Mr. Fischbach decides he

24    can't be there to bounce ideas off of, to share experience over

25    the years with you as you are putting on your defense.  And the

1    question is whether he has some area of technical experience

2    that someone else doesn't have so not having him there, with

3    respect to the cooperating witnesses, puts Mr. Sterlingov at a

4    disadvantage in a manner that violates his Sixth Amendment

5    rights.  And that I am finding it hard to get my head around.

6    And I do understand and I am sympathetic to the notion that if

7    there is testimony that Mr. Fischbach is going to be offering

8    in the case that he needs to hear that testimony and he might,

9    in fact, have questions relating to cross-examination on that

10   testimony, that he would want you to ask in ways that might,

11   among other things, better help set up his rebuttal testimony.

12   And he is going to want you to avoid a record in some way with

13   respect to what the witness' testimony is so he can come back

14   and explain why he disagrees in some respect.

15            I am on board with that.  I think you are pushing

16   this a little far.  And you have probably gathered a little bit

17   of incredulity by the Court on the notion that Mr. Fischbach is

18   essentially Perry Mason and that he is -- you know, I am not

19   demeaning his abilities in any way, but he is an expert witness

20   in this case.  He is not part of the defense team more broadly.

21   And Mr. Sterlingov is well represented by experienced counsel

22   in the case.  And he is -- and Mr. Fischbach is an expert on a

23   fairly limited set of questions at this point.  And I think

24   that is what I want to be focusing on.

25            MR. EKELAND:  Your Honor, it is hard to -- I just

1    don't know what the cooperating witnesses, the extent of what

2    they will by testifying to, so it is hard to ascertain that.

3                THE COURT:  All right.  Mr. Fischbach, have you

4    gotten any response to your text message yet?

5                MR. FISCHBACH:  Let me double check.  I had my phone

6    silenced.

7                No, I have not received anything from him yet.

8                THE COURT:  All right.  Well, it is 5:15 and I guess

9    what I will ask is, Mr. Fischbach, as soon as you hear

10   something, if you can let Mr. Ekeland know if you can then

11   promptly file with the Court, Mr. Ekeland, a notice letting me

12   know what the answers are from the attorney in this case.  If

13   you can let me know who the attorney is and with some precision

14   what he said in response to Mr. Fischbach's questions, the

15   closer you can get to giving me his exact words, I would

16   appreciate it, because I think we have had some mistranslation

17   issues here.  And I want to make sure we are avoiding those

18   issues.  And then I will issue an order.

19                Ms. Pelker.

20                MS. PELKER:  Your Honor, the government would just

21   suggest that the Court had previously raised the possibility of

22   Your Honor reaching out to the judge in Kansas to get a better

23   sense of the trial schedule.

24                THE COURT:  Yeah.

25                MS. PELKER:  And the judge may have a better sense

1    of -- than the defense attorney in that case of exactly what

2    the judge's plans are.  And that may be an expedient way to get

3    an answer as well.

4           THE COURT:  So why don't I get the response from

5    Mr. Ekeland and I will consider whether it makes sense for me

6    to reach out to the judge in that case as well and to get her

7    input.  So I will do that.  And I will just issue an order.

8           But let me, just while we are all here, because I

9    will do this on the record.  I will just enter a minute order.

10   But while we are here, I want to make sure that Mr. Sterlingov,

11   who is the one who is sitting in jail, that it is, in fact, his

12   preference to wait until February 12th and that he understands

13   his rights under the Speedy Trial Act and wants to waive those

14   rights and that he is requesting that I postpone the trial

15   until February 12th.

16          THE DEFENDANT:  Your Honor, I understand that we have

17   decided to postpone the trial from the original date, partly

18   due to my request.

19          THE COURT:  Right.

20          THE DEFENDANT:  You did find a very quick date in

21   October as I had asked you and I do appreciate that.  And it is

22   not my preference to wait until February.  But it seems that,

23   you know, the circumstances are just leaving me really no

24   choice, because I don't want to go to trial without the experts

25   that I am being told that we need.  So, yes, I am okay with

1  postponing the trial until February.

2  　　　　THE COURT:  If Mr. Fischbach is available for a few

3  days during the October trial, is that what you would like to

4  do, if he can be here?

5  　　　　THE DEFENDANT:  In that case, I would still like to

6  go in February, because it is my understanding from how the

7  facts have been presented to me that he will not be able to

8  effectively provide his expertise in just one or two days.  I

9  have heard him today as well and I don't know how these things

10  usually go, but when I hear that he is going to be in another

11  trial that is also going to take weeks --

12  　　　　THE COURT:  Right.

13  　　　　THE DEFENDANT:  -- and we are asking him to fly for 6

14  hours every Friday to give some testimony and -- it just sounds

15  like it would be really hard like practically for him to do and

16  still be focused on both cases.  And as I understand, my

17  counsel will also want to prep him.  There is other work

18  involved than just his testimony for like one or two days.

19  　　　　THE COURT:  That is true.

20  　　　　THE DEFENDANT:  So just the way I understand these

21  things, I don't know if this is correct, but in that case I'd

22  like him to go -- I would like us to go in February.

23  　　　　THE COURT:  Okay.  Have you had an opportunity to

24  confer with Mr. Ekeland about the Speedy Trial Act and your

25  rights under the Speedy Trial Act?

1          THE DEFENDANT:  Yes.

2          THE COURT:  And are you prepared to waive time

3   between now and February 20, 2024 under the Speedy Trial Act?

4          THE DEFENDANT:  Yes, Your Honor.  Can I just --

5          THE COURT:  Go ahead, please.

6          THE DEFENDANT:  I would also like to add some

7   something about the jail situation.

8          THE COURT:  Yes.

9          THE DEFENDANT:  This also goes back to -- I do

10  appreciate that you -- it sounds like you have been talking to

11  the marshals and have been somewhat instrumental in them moving

12  me between the different locations.  I just want to make it

13  clear that nobody here are making up issues about the jail.  It

14  has been really hard to prepare for this trial.  The first two

15  jails where they kept me, Northern Neck, has provided a hard

16  drive after a long time.  It was hard to use, because they had

17  like a 10-year-old computer where all of the files didn't open.

18  They had to drive me for two hours every day to the court.

19  There have been a lot of issues with Northern Neck.

20          THE COURT:  Right.

21          THE DEFENDANT:  There have been a lot of issues with

22  Rappahannock Jail.  Perhaps I don't need to go into all of the

23  details.  It is my understand that the current location,

24  Alexandria is actually a better jail that actually follows most

25  federal standards, as I understand them, which the other jails

1    actually did not.  I have had a lot of conversations about

2    that.  So my understanding is that Alexandria jail is not going

3    to -- is not going to prevent my preparing for this case, if we

4    can resolve the hard drive issue, which I believe is not yet

5    resolved.  But I believe that you said that the marshals told

6    you they will be able to provide it there.

7              THE COURT:  Yes.

8              THE DEFENDANT:  So if those issues are resolved, it

9    should be fine.

10             THE COURT:  But one thing -- I do apologize for

11   interrupting -- but I want to make sure you are aware of and I

12   have not spoken to the Marshals Service about this and I don't

13   want to speak for him in any way and I don't know what they

14   will do.  But I do know that the jail in Alexandria, as you

15   know, is a much smaller jail.  And it has real capacity

16   problems, because there are a lot of folks who want to be

17   there, particularly when they are on trial in this court.  If

18   we postpone the trial until February, I don't know this, but it

19   is possible that you will get moved somewhere else.  Because

20   they will have to free up some of the space in that jail for

21   someone who needs to be in this courthouse.  If that happens,

22   and it may be that Mr. Ekeland should at least let the Marshals

23   Service know that if there are other considerations.  In other

24   words, I can imagine a world -- I don't know whether this would

25   be the case or not.  You know, I just make suggestions to the

1  Marshals Service.  They determine the stuff.  It is not in my

2  jurisdiction.  They could decide, for example, to send you to a

3  jail that is closer to New York where Mr. Ekeland and

4  Mr. Hassard are located and maybe that would make life easier

5  getting in touch with you there.  I just don't know.  I don't

6  want you to make your decision on the assumption that you are

7  going to stay in the Alexandria jail, because I don't know

8  whether that is true or not.

9          THE DEFENDANT:  That is understandable.  And this was

10  the last thing that I wanted to mention, is that some location

11  like Alexandria, like I said, I don't think they would cause

12  any additional problems in me preparing the case --

13          THE COURT:  Right.

14          THE DEFENDANT:  -- given an assumption that I would

15  have some time there before the trial, because every time they

16  move you, there is a period of time where a lot of facilities

17  are just not available.

18          THE COURT:  Right.

19          THE DEFENDANT:  I did not have access to any phone

20  for like six days.  I did not have access to attorney phones

21  for eight days.

22          THE COURT:  Yeah.

23          THE DEFENDANT:  I did not have access to like shower

24  and basic necessities and any of my files or any of the hard

25  drive right after they moved me.

```
 1                    THE COURT:  Right.

 2                    THE DEFENDANT:  So I --

 3                    THE COURT:  I understand.

 4                    THE DEFENDANT:  I don't know if you can do anything

 5      about it, but it is just my concern, because with the original

 6      trial date, they had moved me just one day before the trial.

 7                    THE COURT:  Right.

 8                    THE DEFENDANT:  And like I said, for a week, I didn't

 9      have access to anything.  So I am wondering, if we would have

10      kept the original date, you know, if we didn't have any of the

11      other issues, how would I be able to get to trial and get a --

12      you know, have a fair chance at participating?  It wouldn't be

13      possible, I would say.

14                    THE COURT:  I do -- I mean, I appreciate your

15      concerns and I think they are fair concerns that you are

16      raising.  What I would encourage Mr. Ekeland and Mr. Hassard to

17      do, if things are working well right now at the Alexandria

18      jail, I would encourage them to do as much of the prep as they

19      can with you there now.  Because I just don't know if and when

20      you might get moved in ways that could involve some disruption.

21      So I encourage them to take advantage of this time.  And there

22      has been many, many months, obviously, before we reach the

23      approach to trial.  I don't know everything that happened

24      during that period of time.  But hopefully they can get you the

25      hard drive right away and they can do whatever prep they need
```

1   to do.

2          As soon as the briefing is done, I will decide the

3   question about your access to the latest production.  And I

4   just need the briefing from the parties on that.  And if there

5   are issues, as I hope you understand, I will address them to

6   the extent I can as they come up.

7          The other thing I wanted to make sure that you

8   understood though as well is even if I were to push the trial

9   date back to February 12th, I want you to make sure that you

10  understand that the government has represented to the Court and

11  Mr. Ekeland has represented to the Court, no new experts at

12  this point.  So this time is not going to be used looking for

13  new experts or seeking to offer any new experts in the case.  I

14  just want to make sure that you understand that and you

15  understood when Mr. Ekeland made that representation to the

16  Court.

17             THE DEFENDANT:  I understand that.

18             THE COURT:  All right.  All right.

19             THE DEFENDANT:  So with regards to -- thank you for

20  everything you said about the marshals and the jail.  And just

21  that last part that if you have any control over that, if they

22  have to move me, could you please make sure they don't move me

23  a day before trial, whenever they move me back or --

24             THE COURT:  I can say something to the Marshal

25  Service about it now.  They don't even tell me when they are

1    moving you.  I hear about it from others, so I don't even get

2    advanced word, unless I have had a discussion previously where

3    I have asked that something be done.  But I am happy to mention

4    that to the marshal.  And, quite frankly I think it is probably

5    a pretty good practice for everybody who is going to trial to

6    try to provide some time for the reasons you have identified.

7    So I am happy to mention that.

8            So what I am going to do is -- I haven't made my

9    decision yet about the trial date.  And I want to hear directly

10   from Mr. Fischbach.  And I may reach out to the judge in Kansas

11   City, if need be.  And I will make a decision.  But I am, in

12   the light of Mr. Sterlingov's request that I push the trial

13   back to February 12th, and the fact that he's represented he

14   understands his right under the Speedy Trial Act and all of the

15   representations that have been made to me with respect to the

16   time the defense needs to prepare, I am going to exclude time

17   between now and February 12, 2024 under the interest of justice

18   exception to the Speedy Trial Act.  And the Court concludes

19   that would serve the interest of justice and those interests

20   outweigh the best interest of the public and the defendant in a

21   speedy trial.  In particular, as of today, we are not in a

22   position in which I know that the witnesses are going to be

23   available and that Mr. Sterlingov is going to be in a position

24   in which he can put on his case if we start in October.  And

25   given the additional time that the defense has requested and

1    given the fact that there is this additional material that the

2    defense needs to review that hopefully an expert will be able

3    to review promptly.  And given the representations that have

4    been made to me with respect to the current availability of

5    defense counsel, the Court concludes that it is in the interest

6    of justice to continue the matter until February 12th, 2024.

7    And that those interests outweigh the best interest of the

8    public and the defendant in the speedy trial.  So the Court

9    concludes that the continuance does serve the interest of the

10   public and that interest outweighs the best interest of the

11   public and the defendant in a speedy trial.  And so I will

12   exclude time between now and February 12, 2024.

13          But if I conclude that consistent with

14   Mr. Sterlingov's rights to put on a full defense in the case it

15   is possible to move the case up to the October 10th date, I

16   will do that.  But at least on the record as it currently

17   stands, I am not yet persuaded that it is possible to do that.

18   As I said, things may change in a way that allow me to do that,

19   in particular.  If I learn that there is any way in which

20   Mr. Fischbach can be available for the critical portions of

21   this case in which he needs to either hear testimony or to

22   present testimony himself.

23          MS. PELKER:  And, Your Honor, I think the government

24   has made its position on the October 10th date clear, we don't

25   want to belabor it.  But just to note that we do need to issue

1    subpoenas for witnesses and writ people in, so as much lead

2    time as we possibly can on a trial date.

3            THE COURT:  I hope I can enter an order on this

4    tomorrow.

5            So, Mr. Fischbach, is that -- you know how responsive

6    the attorney is.  Do you think you are going to hear something

7    back in the next several hours?

8            MR. FISCHBACH:  To be very honest, I doubt that I

9    will.  He tends to work pretty late, but I do expect I will

10   probably hear from him overnight.

11           THE COURT:  Okay.  If you hear from him overnight,

12   get it to Mr. Ekeland.  Mr. Ekeland, I am going to direct that

13   by noon tomorrow, you file something, even if it is to say that

14   Mr. Fischbach hasn't heard anything.  And my goal is to be able

15   to issue an order by the end of the day tomorrow.  Because I

16   know people need to make plans.  And there are witnesses who

17   need to plan for travel.  And everyone has schedules.  And so I

18   think I need to decide which of the two dates we are going with

19   at the end of day.

20           MR. EKELAND:  Yes, Your Honor.

21           MS. PELKER:  Your Honor had previously indicated you

22   would be issuing a minute order regarding the protective order

23   terms.  We are working on coming up with arrangements for

24   Ms. Still to be able to do her review as early as hopefully

25   Monday or Tuesday.

1          THE COURT:  Great.

2          MS. PELKER:  Chainalysis counsel has expressed

3     concerns about any amendments that would seek to -- and I don't

4     think this was the Court's intention -- seek to undercut or

5     remove any of the protections from the new protective order.

6     And they just want to look at that minute order.  And so the

7     sooner that can be entered, we just want to have some leeway to

8     be able to ensure that any issues can be worked out.

9          THE COURT:  Let me read to the parties what I am

10    proposing.  And I had one question, which you can perhaps

11    clarify for me.  Minute order:  "This order clarifies that the

12    original protective order entered in this case, docket 18,

13    applies to each and every individual who has viewed or will

14    view sensitive information provided by Chainalysis; each and

15    every individual must personally sign attachment A attached to

16    docket 18.  The Court further clarifies what it has always

17    understood to be true:  Any individual who receives sensitive

18    information, 1, may not disclose that information to any other

19    person who is not subject to the protective order at docket 18

20    and who has not also signed attachment A, and, 2, may not use

21    that information for any purpose other than in connection with

22    this case."

23          And the question I had for you was, was the reference

24    to sensitive information, the right category?  Because I think

25    there were maybe two categories under the protective order.  I

1    just wanted to make sure I was referring to the right category

2    under docket 18.

3              MS. PELKER:  Your Honor, I believe that is not

4    restricted to sensitive information.  Any information provided

5    under the protective order cannot be used for any purpose other

6    than the defense of this case.  But I think that the issue here

7    still is that the propriety information from Chainalysis that

8    came over in the last batch has -- and warrants and I don't

9    think anyone is disagreeing, warrants additional protections

10   beyond what is in the standard protective order at docket 18

11   for just sensitive information, which is still really fairly

12   broad.  Whereas the new propriety information was intended to

13   just be --

14             THE COURT:  Fair enough.  So what if I add a

15   sentence.  I am going to hand my computer back to my clerk so

16   she can add the sentence or two.  But what if I were to add a

17   sentence or two that says, The Court further understands, based

18   on -- further understands -- understands that, at the request

19   of counsel for CipherTrace and counsel for Chainalysis, that

20   the material produced by the government on, insert date, will

21   be viewed by Ms. Still (And any other CipherTrace employee

22   working with her who signs attachment A and abides by the

23   conditions herein) at a neutral location to be agreed upon by

24   the parties, shall not be removed from that location and shall

25   not be downloaded on any computers or servers other than those

1    mutually agreed upon by the parties.

2              Does that address the concern do you think?

3              MS. PELKER:  I think so, Your Honor.  And then again

4    I can --

5              THE COURT:  Mr. Ekeland, is that okay with you?

6              MR. EKELAND:  Yes.  I just -- that is my

7    understanding.  I just want to make sure it doesn't -- I am a

8    little tired at the end of the day.  It doesn't apply to the

9    copy I think I downloaded or Mr. Hassard downloaded from the

10   government, which we are not planning on circulating anywhere.

11   I want to make sure I don't inadvertently get --

12             THE COURT:  What I am talking about is just the

13   disclosure to CipherTrace or to CipherTrace employees.

14             MR. EKELAND:  Then we are okay with what the Court

15   just read.

16             THE COURT:  Okay.

17             MS. PELKER:  I believe the other protective order

18   that the defense did sign with the Court's modifications would

19   still control what was disclosed to the defense.

20             THE COURT:  Correct.

21             MS. PELKER:  Your Honor, I'd just suggest making it

22   explicit here that the restriction on use -- that the material

23   cannot be used by Ms. Still or anyone else at CipherTrace for

24   any purpose other than defense of --

25             THE COURT:  That is -- I think that is what the first

1   sentence said already.  Again, I can read that to you.  I think

2   that is what -- maybe it was the second sentence.  But what I

3   previously said was the Court further clarifies what it has

4   always understood to be true:  Any individual who receives

5   sensitive information -- and I will just change that to say,

6   receives information pursuant to the protective order, may not

7   disclose that information to any other person who is not

8   subject to the protective order and who has not also signed

9   attachment A; and may not use that information for any purpose

10  other than in connection with this case.

11           MS. PELKER:  And, Your Honor, I think our only other

12  suggestion could be to add in potentially a sentence at the end

13  of the discussion specific to CipherTrace, explicitly noting

14  that Ms. Still or anyone else working with her may not discuss

15  any of the materials with anyone else other than defense

16  counsel.  Because otherwise it does appear to leave open the

17  possibility of Ms. Still discussing the information, albeit not

18  sharing the actual substance -- not the material itself with

19  any of the other defense experts in the case.

20           THE COURT:  I think that it is --

21           MS. PELKER:  To the extent that the defense has other

22  experts who have signed an agreement for the other materials.

23  But if Ms. Still were to review these materials and then want

24  to go and talk about what she saw with the other expert --

25           THE COURT:  I see what you are saying.

1    MS. PELKER:  -- that absent leave of the Court, that

2    would be improper.  The prohibition on Ms. Still discussing

3    what she sees with anyone else absent leave from the Court.

4    THE COURT:  Okay.  Mr. Ekeland?  Because I think

5    concern is that the others may not be subject to the same terms

6    or conditions.

7    MR. EKELAND:  Well --

8    THE COURT:  I would be open to it, if you came back

9    to me and said there was another expert who wanted to agree to

10   the same terms and conditions.

11   MR. EKELAND:  I think that might be the easiest

12   solution.  Everybody has signed the protective order.  And I

13   think that if for some -- I don't know what -- if for some

14   reason Ms. Still needs to discuss this with other experts, they

15   will --

16   THE COURT:  Let me say this -- I think that any of

17   your other experts -- maybe not.  I can't remember the second

18   protective order.  I was wondering if any of the other experts

19   signed the second protective order, but I can't remember if it

20   was limited to CipherTrace.

21   MS. PELKER:  No.  There was the original one that had

22   non-compete language that was then --

23   THE COURT:  I am talking about --

24   MS. PELKER:  It is specifically drafted for

25   Ms. Still.  And there were concerns about the specific experts

1    the defense had put forward as experts who may not --

2    Mr. Laurent and potentially others who the defense may have

3    consulted with who appear to be -- have interests very adverse

4    to Chainalysis.

5             THE COURT:  So for present purposes, why don't I just

6    include something, but with the understanding, Mr. Ekeland,

7    that you are welcome to come back to me if anyone needs to look

8    at something and we figure out how to handle it.  But I will

9    add a sentence at the end, it is further ordered that those who

10   have received -- or will receive access to the material

11   disclosed by the government on, insert date, shall not disclose

12   that information to anyone who is not a signatory to the

13   protective order at docket, insert the second protective order.

14   So, for example, they can disclose it to Mr. Ekeland without

15   prior leave of the Court.

16             MS. PELKER:  Could it perhaps be shall not disclose

17   or discuss that information to the extent that there may be a

18   difference between disclosure of the actual --

19             THE COURT:  I'm sorry.  Say it again.  I am not

20   hearing you.

21             MS. PELKER:  I'm sorry.  Could it possibly disclose

22   or discuss that information?

23             THE COURT:  That is fine.

24             Mr. Ekeland, is that acceptable?  And just come back

25   to me if there is an issue.

1          MR. EKELAND:  I think that is the best thing to do.

2     And I -- I -- Ms. Still -- nobody has looked at this

3     information.  And I don't think that the Court has changed

4     anything that we discussed this morning.  But, obviously, Mr. J

5     will take a look at this and let us know if there are any

6     issues.

7          THE COURT:  I think this is essentially what I

8     discussed with him this morning, so I think we are good.  And

9     this doesn't relate to, I think, CipherTrace concerns more --

10    the last sentence deals with the other experts.  And I think

11    some of them it is probably not going to be a problem having

12    them sign, if they need to, a fairly restrictive protective

13    order because they are just not -- they don't compete in a

14    relevant space, so I don't see that being a big problem.

15         Anything else before we adjourn?

16         MS. PELKER:  No, thank you, Your Honor.

17         MR. EKELAND:  I just have one quick thing.  It will

18    just take a second.  In the government's filing last night,

19    they said that we filed Ms. Still's expert report on the

20    docket.  And I would just like to clarify for the record that

21    we only did that after we first emailed it to the Court and the

22    government in an email.  And then the Court informed us and

23    asked us to file it on the docket, which we then did.  I just

24    wanted to clarify that for the record, Your Honor.

25         THE COURT:  Let me -- I guess the question is whether

1    I should order that docket be sealed.

2              MS. PELKER:  Your Honor, it has been so widely

3    circulated and quoted, I think that is kind of out of the bag.

4    The government would note that the supplemental report from

5    Ms. Still, to the extent that there is additional analysis of

6    these new heuristics, we would ask because that is potentially

7    sensitive that not be docketed.

8              MR. EKELAND:  And on that point, no objection from

9    the defense on that.

10             THE COURT:  But I will order that then.  I am going

11   to order that any supplemental reports by the government or by

12   the defense relating to the materials that were produced most

13   recently by the government shall be under seal.

14             MR. EKELAND:  Your Honor, will you be -- I can't

15   remember what the due date is for the supplemental expert

16   report.  I am just wondering if the Court could look at the due

17   date based on what happened today in terms of --

18             THE COURT:  I think the due dates are what they are

19   at this point.  But if you want to file a motion in light of

20   where we are requesting that be amended, you can do so.  And,

21   quite frankly, how much additional time the Court can provide

22   will turn in part on what trial date we come up with.

23             MR. EKELAND:  Understood, Your Honor.  Thank you.

24             THE COURT:  Anything else before we adjourn?

25             MS. PELKER:  No, Your Honor.

1            THE COURT:  My thanks to the court staff who stayed

2    later than they should have.  So thank you.  All right.  Have a

3    good evening.

4            (Proceedings concluded at 5:46 p.m.)

1                          C E R T I F I C A T E

2

3              I, SHERRY LINDSAY, Official Court Reporter, certify

4       that the foregoing constitutes a true and correct transcript of

5       the record of proceedings in the above-entitled matter.

6

7

8

9

10                          Dated this 24th day of October, 2023.

11

12                          _____
                            Sherry Lindsay, RPR
13                          Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

MR. EKELAND: [22]  16/14  17/5
18/14  21/4  21/9  21/12  21/16  22/3
33/22  33/24  35/1  36/25  47/20  50/6
50/14  52/7  52/11  54/1  54/17  55/8
55/14  55/23

MR. FISCHBACH: [39]  2/23  3/1  3/6
3/20  4/6  4/13  4/23  5/5  5/20  6/7
7/5  7/14  8/11  9/2  9/19  10/8  11/15
13/9  13/18  14/25  15/15  15/25  16/4
19/6  23/21  24/10  24/19  24/24  25/5
25/19  27/18  27/23  30/15  30/18
31/14  31/22  33/4  37/5  47/8

MS. PELKER: [28]  11/1  12/6  25/22
26/20  27/2  28/14  31/3  32/13  33/10
37/20  37/25  46/23  47/21  48/2  49/3
50/3  50/17  50/21  51/11  51/21  52/1
52/21  52/24  53/16  53/21  54/16
55/21  55/25

THE COURT: [105]

THE COURTROOM DEPUTY: [4]  12/4
13/2  13/7  13/10

THE DEFENDANT: [20]  38/16  38/20
39/5  39/13  39/20  40/1  40/4  40/6
40/9  40/21  41/8  42/9  42/14  42/19
42/23  43/2  43/4  43/8  44/17  44/19

## $

$100,000 [1]  10/14

## 1

10 [1]  21/4
10-year-old [1]  40/17
100 percent [1]  15/8
10005 [1]  1/21
10th [10]  2/4  2/15  25/23  25/24
26/4  26/12  27/6  29/2  46/15  46/24
12 [2]  45/17  46/12
12th [6]  29/2  38/12  38/15  44/9
45/13  46/6
13th [1]  3/15
14 [1]  32/22
16th [1]  3/7
18 [5]  48/12  48/16  48/19  49/2
49/10

## 2

20 [1]  40/3
20001 [1]  1/24
2023 [4]  1/5  4/16  10/1  57/10
2024 [6]  9/25  10/19  40/3  45/17
46/6  46/12
20530 [2]  1/14  1/17
21 [1]  1/5
21-399 [1]  1/4
22nd [2]  4/11  4/20
24th [1]  57/10
25 [1]  15/2
25-ish [1]  15/2
27th [1]  4/11

## 3

3-hour [2]  31/4  31/5
30 [2]  1/20  5/9
333 [1]  1/23
399 [1]  1/4
3rd [3]  2/5  2/8  2/10

## 4

4:05 [1]  1/6
4:38 [1]  21/10
4:55 p.m [1]  32/19
4th [2]  5/2  5/6

## 5

5.1527 [1]  1/16
5:00 p.m [1]  31/8
5:15 and [1]  37/8
5:46 [1]  56/4

## 6

6-figure [1]  10/14
601 [1]  1/16
6710 [1]  1/24
6th [4]  2/9  3/13  3/13  3/13

## 8

8:00 [1]  31/8
8:15 [1]  32/20
8th [1]  1/20

## 9

950 [1]  1/13

## A

abides [1]  49/22
abilities [1]  36/19
ability [4]  33/12  55/5  33/7  35/16
able [21]  5/25  9/20  12/2  16/9
17/11  17/19  18/2  18/2  21/21  28/17
30/11  32/4  32/15  33/6  39/7  41/6
43/11  46/2  47/14  47/24  48/8
about [60]
above [1]  57/5
above-entitled [1]  57/5
absent [2]  52/1  52/3
absolutely [1]  33/19
acceptable [1]  53/24
accepting [1]  10/11
access [7]  20/16  42/19  42/20
42/23  43/9  44/3  53/10
accommodate [1]  8/2
account [3]  10/3  10/20  12/18
accounts [1]  14/22
Act [6]  38/13  39/24  39/25  40/3
45/14  45/18
Action [1]  1/3
actual [2]  51/18  53/18
actually [18]  4/17  6/13  7/20  9/16
11/11  22/13  23/17  24/3  24/6  24/10
24/22  29/23  30/22  32/11  32/11
40/24  40/24  41/1
add [7]  12/14  40/6  49/14  49/16
49/16  51/12  53/9
adding [1]  12/20
additional [7]  26/12  42/12  45/25
46/1  49/9  55/5  55/21
address [4]  11/16  22/22  44/5  50/2
addressing [1]  31/15
adjourn [2]  54/15  55/24
advance [2]  17/17  25/18
advanced [1]  45/2
advantage [1]  43/21
adverse [1]  53/3
advice [1]  35/3
advising [1]  23/9
affect [1]  21/25
affirm [1]  21/14
afford [2]  16/5  16/21
after [5]  4/20  28/17  40/16  42/25
54/21
AFTERNOON [1]  1/7
again [15]  5/4  5/13  6/16  7/9  7/12
7/13  9/1  10/18  20/13  26/20  27/23
31/24  50/3  51/1  53/19
agree [3]  15/8  34/13  52/9
agreed [3]  9/25  49/23  50/1
agreement [3]  26/9  33/8  51/22
ahead [1]  3/9  24/4  40/5
albeit [1]  51/17
Alexandria [6]  40/24  41/2  41/14
42/7  42/11  43/17
all [29]  2/2  4/9  4/10  5/7  5/24
6/23  10/11  10/22  11/21  11/25  12/1
12/16  13/5  15/3  15/7  15/16  16/21
21/11  24/23  26/15  37/3  37/8  38/8
40/17  40/22  44/18  44/18  45/14
56/2
alleged [1]  14/21
allocate [2]  9/22  10/18
allocated [1]  19/9

allow [2]  32/6  46/18
almost [1]  5/9
along [1]  19/24
already [5]  4/7  7/10  17/24  33/16
51/1
also [14]  8/24  12/18  14/14  14/16
30/4  33/25  34/2  34/2  39/11  39/17
40/6  40/9  48/20  51/8
although [2]  31/15  34/8
always [8]  5/8  8/12  9/22  10/18
13/19  31/22  48/16  51/4
am [102]
amended [1]  55/20
Amendment [3]  35/15  35/22  36/4
amendments [1]  48/3
AMERICA [1]  1/3
among [1]  36/11
amount [3]  9/22  14/2  31/9
analysis [1]  55/5
another [6]  2/8  2/20  3/14  21/24
39/10  52/9
answer [4]  9/15  9/21  27/14  38/3
answers [1]  37/12
anticipate [2]  33/24  34/3
any [53]  2/9  3/22  4/4  5/17  6/12
7/2  9/25  11/8  12/19  13/1  16/10
19/11  20/11  20/18  23/3  25/23
27/12  28/19  28/22  29/15  29/16
34/6  36/19  37/4  41/13  42/12  42/19
42/24  42/24  43/10  44/13  44/21
46/19  48/3  48/5  48/7  48/17  48/18
48/21  49/4  49/5  49/21  49/25  50/24
51/4  51/7  51/9  51/15  51/19  52/16
52/18  54/5  55/11
anybody [1]  34/15
anymore [1]  6/3
anyone [8]  30/25  49/9  50/23  51/14
51/15  52/3  53/7  53/12
anything [17]  4/3  6/9  8/17  10/22
10/25  16/12  22/5  24/21  29/19  30/5
37/7  43/4  43/9  47/14  54/4  54/15
55/24
anyway [2]  6/14  8/3
anywhere [1]  50/10
apologize [2]  13/10  41/10
apparently [1]  4/7
appear [3]  7/23  51/16  53/3
appearance [1]  29/21
APPEARANCES [1]  1/11
appeared [1]  12/17
appears [2]  10/15  11/6
applies [1]  48/13
apply [1]  50/8
appreciate [8]  2/19  24/10  28/5
29/20  37/16  38/21  40/10  43/14
approach [2]  25/8  43/23
appropriate [2]  30/9
are [115]
area [1]  36/1
aren't [1]  11/23
arguments [2]  20/12  23/9
around [6]  7/16  8/9  9/11  16/20
20/7  36/5
arrangements [2]  32/25  47/23
arriving [1]  32/20
articulation [1]  26/3
as [64]
ascertain [1]  37/2
aside [2]  19/10  25/25
ask [15]  10/23  10/24  10/25  16/13
16/16  19/4  24/24  27/13  27/18  28/2
28/3  30/19  36/10  37/9  55/6
asked [9]  7/20  8/20  15/3  16/11
20/25  30/12  38/21  45/3  54/23
asking [8]  17/22  17/25  19/7  20/1
20/7  27/17  30/24  39/13
asks [1]  15/6
assertions [1]  12/20
assist [5]  14/3  23/23  32/17  33/7
33/18
assistance [3]  24/21  34/18  35/23

**A**

assistants [1]  25/12
assume [1]  29/9
assuming [2]  20/3 33/6
assumption [2]  42/6 42/14
assured [1]  10/1
attached [1]  48/15
attachment [4]  48/15 48/20 49/22 51/9
attorney [11]  3/8 11/25 12/2 25/6 30/9 30/10 37/12 37/13 38/1 42/20 47/6
attorneys [2]  15/1 23/24
atypical [1]  24/2
availability [15]  8/9 9/11 10/25 16/19 20/25 25/25 26/4 26/5 26/13 27/3 28/13 29/5 29/16 33/1 46/4
available [16]  2/16 2/19 4/12 6/20 8/22 9/16 15/3 15/8 17/18 18/13 23/16 30/7 39/2 42/17 45/23 46/20
Ave [1]  1/13
Avenue [1]  1/23
avoid [2]  28/22 36/12
avoiding [1]  37/17
awaiting [1]  10/2
aware [2]  10/13 41/11
away [4]  3/18 5/1 5/6 43/25

**B**

back [18]  5/19 9/5 9/5 12/7 13/2 16/10 27/8 27/23 36/13 40/9 44/9 44/23 45/13 47/7 49/15 52/8 53/7 53/24
bag [1]  55/3
bailiwick [1]  6/25
balance [1]  2/12
bank [1]  14/22
Bankruptcy [1]  1/23
based [7]  5/16 9/18 26/13 30/3 33/4 49/17 55/17
basic [1]  42/24
basis [4]  15/22 18/21 19/3 35/5
batch [1]  49/8
be [201]
because [48]  14/3 3/21 4/20 4/24 5/7 6/11 7/25 8/3 8/14 9/10 10/2 10/14 11/16 12/1 13/23 16/18 17/8 18/11 18/12 18/23 19/9 19/24 20/14 22/20 23/15 24/17 25/14 33/7 34/5 35/20 35/23 37/16 38/8 38/24 39/6 40/16 41/16 41/19 42/7 42/15 43/5 43/19 47/15 48/24 51/16 52/4 54/13 55/6
been [29]  3/23 3/24 4/7 4/8 4/15 6/8 6/13 9/6 12/22 14/5 17/8 20/14 20/15 23/24 24/14 26/6 26/6 26/24 35/2 39/7 40/10 40/11 40/14 40/19 40/21 43/22 45/15 46/4 55/2
before [17]  1/9 2/3 3/13 10/16 11/19 16/7 17/19 22/4 28/18 29/6 31/11 42/15 43/6 43/22 44/23 54/15 55/24
begins [2]  3/7 4/10
being [11]  3/25 5/7 5/11 11/7 19/24 21/18 25/9 34/5 35/10 38/25 54/14
belabor [1]  46/25
believe [8]  23/4 27/10 32/13 33/25 41/4 41/5 49/3 50/17
believing [1]  11/7
bench [1]  21/8
beside [1]  14/12
best [4]  45/20 46/7 46/10 54/1
better [5]  8/23 36/11 37/22 37/25 40/24
between [12]  6/17 28/10 29/1 29/13 30/20 33/8 33/11 40/3 40/12 45/17 46/12 53/18
bewildering [2]  24/6 24/8
beyond [4]  9/23 10/9 35/7 49/10

**C**

big [2]  4/8 54/14
bigpicture [2]  24/9 54/7
billing [1]  10/21
bit [3]  8/23 13/14 36/16
board [1]  36/15
bono [20]  9/22 9/24 9/25 10/10 10/10 10/12 10/19 12/22 15/5 15/22 16/11 16/24 17/7 17/15 18/21 19/3 19/11 19/15 29/11 35/5
both [4]  10/8 23/23 27/25 39/16
bounce [2]  29/22 35/24
breadth [1]  13/17
break [1]  3/18
Breyer [4]  11/19 24/6 24/11 24/25
Breyer's [1]  25/14
briefing [2]  44/2 44/4
briefly [1]  21/13
bring [1]  5/12
broad [1]  49/12
broadcasting [1]  32/8
broadly [1]  36/20
BRODIE [1]  1/15
broke [1]  7/13
Brooklyn [1]  1/24
brought [1]  34/5
BROWN [1]  1/15
budget [2]  14/6 29/11
bulk [1]  24/3
burden [1]  6/14
business [3]  7/4 8/7 8/8
busy [1]  17/8

**C**

calendar [8]  3/8 5/5 6/8 7/15 8/22 9/21 11/16 16/21
California [1]  3/14
call [6]  15/9 21/5 22/15 24/11 25/3 34/1
calling [1]  34/3
came [2]  49/8 52/8
can [66]
can't [11]  9/13 15/17 16/5 16/21 19/10 19/19 32/11 35/24 52/17 52/19 55/14
cannot [2]  49/5 50/23
capacity [1]  41/15
case [96]
cases [7]  7/7 15/4 15/5 16/11 23/14 26/21 39/16
catch [4]  7/7 7/8 7/17 8/16
catching [1]  8/17
categories [1]  48/25
category [2]  48/24 49/1
CATHERINE [1]  1/12
cause [1]  42/11
cell [3]  11/4 13/25 35/8
cellular [4]  13/18 14/11 30/1 34/21
certain [2]  9/4 9/22
certainly [17]  4/1 4/17 5/11 5/14 5/25 6/14 6/16 8/11 15/7 16/4 16/5 18/25 19/10 24/17 27/18 28/2 28/3
certainty [4]  20/9 20/20 21/1 21/2
certify [1]  57/3
Chainalysis [5]  48/2 48/14 49/7 49/19 53/4
chance [7]  5/11 7/16 8/15 8/16 17/8 18/12 43/12
change [4]  4/1 5/8 46/18 51/5
changed [3]  7/17 22/5 54/9
characterization [1]  35/7
charging [1]  25/9
check [2]  20/24 37/5
checking [1]  2/7
choice [2]  12/8 38/24
choose [1]  23/8
choosing [3]  24/8 25/2 25/4
Christmas [1]  28/18
CHRISTOPHER [1]  1/15
CipherTrace [8]  49/19 49/21 50/13

**C**

50/13 50/23 51/13 52/20 54/9
circulating [1]  50/10
circumstances [1]  7/24 20/18 38/23
City [13]  3/2 3/5 3/6 3/15 14/8 25/2 27/14 29/16 30/14 30/20 31/11 32/19 45/11
CJA [11]  5/23 6/3 6/4 6/10 6/15 6/19 6/20 7/7 10/14 24/11 26/24
claim [1]  35/23
clarification [1]  30/19
clarifies [3]  48/11 48/16 51/3
clarify [3]  48/11 54/20 54/24
clear [6]  15/21 26/3 26/23 34/17 40/13 46/24
clerk [1]  49/15
client [2]  31/25 34/18
clients [1]  9/12
closer [2]  37/15 42/3
closing [3]  23/8 23/23 24/2
cocounsel [1]  24/16
collect [1]  25/14
COLUMBIA [1]  1/1
come [12]  3/8 3/18 11/12 15/2 17/15 31/12 35/4 36/13 44/6 53/7 53/24 55/22
comfortable [2]  8/21 31/23
coming [6]  8/18 10/2 10/5 12/13 22/6 47/23
commence [1]  2/3
commingling [1]  12/18
commit [1]  3/25 21/16
commitments [1]  4/14
committed [2]  6/9 26/22
committing [1]  21/17
compensation [2]  6/22 6/23
compete [2]  52/22 54/13
complete [2]  7/10 21/2
completely [3]  28/24 32/2 32/3
compressed [1]  33/16
computer [2]  40/17 49/15
computers [1]  49/25
conceivably [1]  2/18
concern [8]  7/5 8/19 12/8 31/14 31/22 43/5 50/2 52/5
concerned [2]  8/17 20/6
concerning [1]  26/20
concerns [7]  9/4 28/16 43/15 43/15 48/3 52/25 54/9
conclude [1]  46/13
concluded [1]  56/4
concludes [3]  45/18 46/5 46/9
conclusions [1]  27/9
condensed [1]  31/24
conditions [3]  49/23 52/6 52/10
confer [2]  20/22 39/24
CONFERENCE [1]  1/9
confident [1]  8/23
conflict [1]  2/14
confused [1]  3/3
connected [1]  13/4
connection [2]  48/21 51/10
consider [2]  20/11 38/5
considerations [1]  41/23
consistent [2]  12/14 46/13
constitutes [1]  57/4
Constitution [1]  1/23
consult [2]  21/20 29/24
consultant [1]  29/24
consultation [1]  19/14
consulted [1]  53/3
contempt [1]  21/3
continuance [2]  4/4 46/9
continuances [1]  20/2
continue [2]  4/25 46/6
continued [1]  4/7
contrary [1]  4/6
control [3]  22/15 44/21 50/19
conversation [2]  12/24 24/7
conversations [1]  41/1
cooperating [3]  34/3 36/3 37/1

## C

copy [1]   50/9
correct [4]   34/24 39/21 50/20
57/4
correctly [4]   17/6 17/14 17/20
18/16
could [34]   3/18 3/21 4/24 5/8
5/12 10/1 10/1 11/12 11/17 12/18
15/14 16/4 16/25 17/15 18/5 19/12
23/11 24/11 26/16 27/18 30/8 31/7
31/9 32/5 32/11 33/14 34/4 42/2
43/20 44/22 51/12 53/16 53/21
55/16
counsel [38]   3/11 3/11 5/22 6/18
6/21 7/8 7/17 11/2 11/3 11/5
11/20 11/24 13/23 14/1 14/2 14/3
14/12 15/17 24/14 24/21 26/8
26/10 27/16 28/3 29/22 30/23
31/24 32/14 33/11 33/20 35/23
36/21 39/17 46/5 48/2 49/19 49/19
51/16
course [1]   15/17 17/7 27/5
court [48]   1/1 1/22 1/22 4/2 4/10
5/21 6/12 7/20 8/13 8/24 9/3
11/17 11/19 11/21 17/22 19/25
20/2 20/21 24/1 31/23 32/9 33/20
36/17 37/11 37/21 40/18 41/17
44/10 44/11 44/16 45/18 46/5 46/8
48/16 49/17 50/14 51/3 52/1 52/3
53/15 54/3 54/21 54/22 55/16
55/21 56/1 57/3 57/13
Court's [2]   48/4 50/18
courthouse [1]   41/21
courtroom [4]   13/4 16/1 19/13
21/23
Courts [1]   1/23
cover [1]   6/24
covered [2]   5/23 5/24
covering [1]   6/23
craft [1]   14/13
crafting [1]   23/8
criminal [4]   1/3 24/18 29/21 32/8
critical [2]   21/18 21/22 46/20
cross [10]   14/4 14/13 23/10 27/11
33/8 33/9 33/14 33/15 33/19 36/9
cross-examination [4]   14/4 14/13
23/10 36/9
current [2]   40/23 46/4
currently [1]   46/16
custodian [1]   14/22
cut [1]   16/7

## D

daily [1]   32/14
dancing [1]   20/7
dark [2]   27/24 27/25
data [2]   13/16 13/18
date [18]   25/24 26/12 29/13 29/14
38/17 38/20 43/6 43/10 44/9 45/9
46/15 46/24 47/2 49/20 53/11
55/15 55/17 55/22
Dated [1]   57/10
dates [3]   6/11 47/18 55/18
Daubert [1]   27/8
day [25]   2/5 3/17 3/18 5/15 11/9
11/20 14/10 16/6 19/12 22/13 27/5
27/11 29/6 30/24 32/21 32/23 33/9
33/15 40/18 43/6 44/23 47/15
47/19 50/8 57/10
days [15]   6/9 11/11 11/14 11/20
15/11 21/18 21/21 22/14 27/24
30/7 39/3 39/8 39/18 42/20 42/21
DC [8]   1/5 1/14 1/17 1/24 13/20
21/20 30/20 32/9
de [2]   33/13 33/25
deal [5]   14/25 31/16 34/19 34/20
35/1
deals [1]   54/10
debt [1]   12/16
decades [1]   11/24
December [21]   4/11 4/16 4/20 4/22

5/2 5/6 8/18 8/25 9/4 9/10 9/17
10/24 11/2 11/22 11/23 28/11
28/12 28/15 28/21 28/25
December 4th [2]   5/2 5/6
decide [5]   29/1 29/13 42/2 44/2
47/18
decided [1]   38/17
decides [1]   35/23
decision [11]   6/2 6/19 7/3 9/18
21/2 28/9 29/14 32/1 42/6 45/9
45/11
decisions [2]   20/10 20/20
dedicated [1]   28/1
deep [1]   12/16
deeply [2]   7/6 19/16
defendant [9]   1/7 1/18 6/18 6/21
7/20 30/6 45/20 46/8 46/11
defendant's [1]   12/8
defense [53]   3/11 6/5 6/18 6/21
6/24 7/8 10/7 10/23 11/2 11/4
12/12 12/15 12/21 12/25 13/22
14/3 14/15 16/13 16/15 20/24 24/7
23/3 25/23 26/8 26/18 29/5 29/8
29/22 32/14 33/11 33/20 34/7
34/12 35/17 35/25 36/20 38/1
45/16 45/25 46/2 46/5 46/14 49/6
50/18 50/19 50/24 51/15 51/19
51/21 53/1 53/2 55/9 55/12
defense's [1]   12/12
defer [2]   5/14 17/1
definitely [1]   21/17
definitive [1]   28/24
deliberating [1]   2/11
demands [1]   19/20
demeaning [1]   36/19
deny [1]   21/14
DEPARTMENT [1]   1/13
depend [1]   5/21
dependent [1]   5/25
depending [2]   19/20 19/20
desire [2]   18/14 32/2
desires [1]   25/10
details [1]   40/23
determine [3]   27/12 27/16 42/1
devices [1]   34/16
did [15]   4/19 13/12 15/12 16/7
18/19 24/3 24/14 38/20 41/1 42/19
42/20 42/23 50/24 52/21 54/23
didn't [7]   6/3 19/2 22/5 34/15
40/17 43/8 43/10
difference [2]   3/3 53/18
different [4]   9/21 12/11 26/5
40/12
difficult [2]   6/8 28/16
difficulties [1]   28/23
difficulty [1]   6/10
dime [1]   4/1
direct [4]   21/11 31/4 33/15 47/12
directed [3]   11/17 19/23 20/13
directly [2]   31/15 45/9
disadvantage [1]   36/4
disagreeing [1]   49/9
disagrees [1]   36/14
disclose [6]   48/18 51/7 53/11
53/14 53/16 53/21
disclosed [2]   50/19 53/11
disclosure [2]   50/13 53/18
discrete [1]   23/6
discuss [5]   22/6 51/14 52/14
53/17 53/22
discussed [5]   15/20 22/6 22/7
54/4 54/8
discussing [2]   51/17 52/2
discussion [2]   45/2 51/13
discussions [2]   20/15 20/16
disruption [1]   43/20
DISTRICT [4]   1/1 1/1 1/10 1/23
do [79]
docket [9]   48/12 48/16 48/19 49/2
49/10 53/13 54/20 54/23 55/1
docketed [1]   55/7
does [5]   16/15 28/9 46/9 50/2

51/16
doesn't [5]   13/8 15/10 22/20
22/21 26/7 27/3 28/19 29/18 34/7
35/15 36/2 50/7 50/9 50/9
doing [8]   8/3 12/13 12/21 20/2
23/13 26/22 28/24 30/5
DOJ [2]   1/15 13/20
DOJ-USAO [1]   1/15
don't [70]
donations [2]   12/17 12/18
done [8]   4/25 11/23 20/1 20/11
28/21 30/21 44/2 45/3
double [1]   37/5
doubt [2]   25/6 47/8
down [2]   18/9 31/12
downloaded [3]   49/25 50/9 50/9
drafted [1]   52/24
drive [5]   40/16 40/18 41/4 42/25
43/25
due [4]   38/18 55/15 55/16 55/18
during [9]   13/22 16/2 19/14 22/13
28/4 29/16 30/22 39/3 43/24

## E

each [2]   48/13 48/14
earlier [1]   28/11
early [3]   2/18 30/12 47/24
earn [1]   25/20
earning [3]   8/6 26/17 26/21
easier [1]   42/4
easiest [1]   52/11
easy [1]   9/20
effective [1]   35/17
effectively [4]   14/1 24/15 25/12
39/8
efforts [1]   2/13
eight [1]   42/21
either [7]   9/10 10/22 11/24 23/12
29/17 31/18 46/21
EKELAND [25]   1/18 1/19 20/9 20/22
21/11 23/25 31/11 33/5 34/25
37/10 37/11 38/5 39/24 41/22 42/3
43/16 44/11 44/15 47/12 47/12
50/5 52/4 53/6 53/14 53/24
else [17]   4/24 4/25 8/5 8/6 10/25
14/23 16/12 30/25 34/15 36/2
41/19 50/23 51/14 51/15 52/3
54/15 55/24
else's [1]   8/1
email [3]   27/16 30/8 54/22
emailed [1]   54/21
employee [1]   49/21
employees [1]   50/13
encourage [3]   43/16 43/18 43/21
end [8]   4/22 5/1 16/24 47/15
47/19 50/8 51/12 53/9
enormously [1]   34/4
enough [3]   7/19 20/12 49/14
ensure [1]   48/8
enter [2]   38/9 47/3
entered [2]   48/7 48/12
entire [3]   17/18 18/22 35/19
entirety [4]   3/23 11/6 18/17
26/10
entitled [1]   57/5
error [1]   28/19
especially [2]   8/12 23/24
essentially [2]   36/18 54/7
estimating [1]   3/12
even [7]   22/13 26/17 31/10 44/8
44/25 45/1 47/13
evening [2]   31/7 56/3
events [1]   7/17
every [15]   3/17 4/15 11/20 16/6
19/12 19/13 22/13 25/8 32/21
35/13 39/14 40/18 42/15 48/13
48/15
everybody [2]   45/5 52/12
everyone [2]   8/1 47/17
everything [7]   4/24 4/25 17/9
25/20 28/18 43/23 44/20
evicted [1]   12/16

**E**

evidence [2] 14/19 20/17
ex [1] 12/24
exact [2] 26/2 37/15
exactly [1] 38/1
examination [4] 14/4 14/13 23/10 36/9
example [3] 16/22 42/2 53/14
exception [1] 45/18
exclude [2] 45/16 46/12
expect [3] 5/16 10/20 47/9
expected [2] 7/15 10/10
expecting [2] 4/25 12/22
expedient [1] 38/2
expenses [3] 6/23 6/24 18/8
experience [5] 11/4 33/5 34/19 35/24 36/1
experienced [1] 36/21
expert [13] 7/24 29/19 34/2 34/14 35/8 35/11 36/19 36/22 46/2 51/24 52/9 54/19 55/15
expertise [2] 34/17 39/8
experts [16] 12/12 12/21 20/17 20/24 38/24 44/11 44/13 44/13 51/19 51/22 52/14 52/17 52/18 52/25 53/1 54/10
explain [1] 36/14
explicit [1] 50/22
explicitly [1] 51/13
expressed [2] 18/14 48/2
extent [8] 16/18 33/12 35/10 37/1 44/6 51/21 53/17 55/5

**F**

facilitate [1] 33/20
facilities [1] 42/16
fact [8] 16/8 24/13 24/19 29/20 36/9 38/11 45/13 46/1
facts [1] 39/7
fair [8] 7/19 18/10 20/5 30/6 31/9 43/12 43/15 49/14
fairly [4] 23/6 36/23 49/11 54/12
fall [1] 5/10
fallen [1] 9/6
falls [1] 9/21
familiar [1] 13/21
family [2] 4/17 15/9
fantastic [1] 12/2
far [4] 2/14 12/16 35/15 36/16
February [36] 8/20 9/10 9/17 9/20 10/21 16/9 17/7 17/16 18/3 18/11 18/17 18/22 19/3 19/8 19/15 20/6 21/16 22/7 27/3 28/10 29/2 29/14 35/4 38/12 38/15 38/22 39/1 39/6 39/22 40/3 41/18 44/9 45/13 45/17 46/6 46/12
February 12 [1] 46/12
February 12th [6] 29/2 38/12 38/15 44/9 45/13 46/6
February 20 [1] 40/3
fed [1] 19/24
federal [4] 11/19 24/1 32/9 40/25 31/25
feel [5] 8/14 8/17 8/21 11/16 31/25
few [1] 39/2
field [1] 34/20
figure [3] 7/21 10/14 53/8
file [4] 37/11 47/13 54/23 55/19
filed [1] 54/19
files [2] 40/17 42/24
filing [1] 54/18
financially [1] 35/20
find [3] 22/21 35/3 38/20
finding [1] 36/5
fine [4] 2/25 20/23 41/9 53/23
finish [1] 4/16
finishing [1] 7/15
fired [1] 30/16
first [7] 4/23 5/1 5/5 24/20 40/14 50/25 54/21
Fischbach [60]

**Fischbach's [5]** 25/25 26/2 29/5 29/6 29/7
five [3] 11/11 11/13 11/20
flexibility [1] 15/13
flexible [2] 11/10 26/1
flight [6] 30/20 30/24 31/4 31/5 31/7 32/19
flights [5] 31/6 31/7 32/18 32/21 32/23
Floor [1] 1/20
fly [6] 5/18 5/19 8/4 11/8 15/14 39/13
flying [1] 15/14
focus [1] 23/6
focused [2] 23/7 39/16
focusing [1] 36/24
folks [1] 41/16
follow [1] 11/3
follow-up [1] 11/3
following [4] 26/4 27/6 27/6 33/9
follows [1] 40/24
foregoing [2] 8/5 57/4
form [1] 24/12
forth [1] 14/13
forward [3] 6/13 12/9 53/1
four [4] 2/6 15/11 26/12 32/22
Francisco [7] 6/16 10/6 10/10 11/19 16/8 24/3 27/24
frankly [9] 8/22 9/5 10/3 19/22 20/13 29/10 31/10 45/4 55/21
free [1] 41/20
fresh [1] 10/19
Friday [7] 2/5 11/12 27/15 27/25 28/18 29/17 39/14
Fridays [4] 27/13 27/17 27/19 28/6
friends [1] 24/6
front [1] 3/24
frozen [1] 12/4
full [1] 46/14
fully [1] 10/20
fund [2] 6/5 10/7
funding [5] 6/4 7/18 9/9 12/9 16/17
fundraising [2] 12/13 12/14
funds [17] 5/25 6/4 6/15 6/20 7/7 10/2 10/3 10/5 10/6 10/6 12/1 17/10 17/16 18/2 18/6 26/21 26/24 26/24 53/9
further [6] 28/22 48/16 49/17 49/18 51/3 53/9

**G**

gathered [1] 36/16
general [1] 25/8
generally [1] 21/19
get [29] 2/21 3/2 5/18 7/2 8/6 10/12 12/7 12/22 17/1 20/19 22/16 28/16 28/21 29/22 34/22 36/5 37/15 37/22 38/2 38/4 38/6 41/19 43/11 43/11 43/20 43/24 45/1 47/12 50/11
gets [1] 4/17
getting [6] 12/17 13/2 16/25 18/24 19/24 42/5
give [6] 2/6 9/20 14/15 20/8 28/19 39/14
given [7] 23/5 26/10 34/15 42/14 45/25 46/1 46/3
gives [1] 2/5
giving [3] 13/17 29/25 37/15
go [17] 9/13 15/11 22/12 25/25 29/7 29/9 30/11 31/13 35/15 38/24 39/6 39/10 39/22 39/22 40/5 40/22 51/24
goal [2] 28/22 47/14
goes [3] 13/25 35/6 40/9
going [81]
gone [1] 12/15
good [5] 31/16 35/1 45/5 54/8 56/3
goodness [1] 15/25
got [13] 3/2 3/14 4/23 5/1 5/5

**H**

8/16 9/12 10/2 10/16 11/15 12/1 46/7
gotten [1] 37/4
government [30] 10/23 11/9 12/7 12/19 16/16 18/10 20/5 26/1 26/7 26/20 26/23 28/9 28/14 28/15 32/6 32/13 32/16 33/19 33/25 34/2 37/20 44/10 46/23 49/20 50/10 53/11 54/22 55/4 55/11 55/13
government doesn't [1] 12/7
government's [7] 3/10 11/4 12/10 13/22 15/19 31/20 54/18
great [5] 14/25 30/17 34/19 34/20 48/1
greater [2] 7/5 28/11
guess [13] 3/16 13/20 15/10 15/12 22/9 25/1 28/8 30/1 31/2 31/5 32/4 37/8 54/25

**H**

had [33] 2/3 4/14 5/16 7/16 8/15 8/16 8/21 10/14 15/13 17/7 18/12 20/12 24/13 24/21 26/6 26/8 26/8 26/22 37/5 37/16 37/21 38/21 39/23 40/16 40/18 41/1 43/6 45/2 47/21 48/10 48/23 52/21 53/1
hall [2] 21/6 23/13
hand [1] 49/15
handle [1] 53/8
happen [3] 14/17 23/15 25/11
happened [6] 7/21 8/15 13/11 17/9 43/23 55/17
happening [1] 28/18
happens [3] 4/9 31/16 41/21
happy [10] 11/10 11/18 20/8 22/15 24/7 26/1 31/1 33/19 45/3 45/7
hard [16] 2/7 2/10 11/7 15/13 23/4 27/10 36/5 36/25 37/2 39/15 40/14 40/15 40/16 41/4 42/24 43/25
has [41] 4/7 5/9 6/5 6/8 12/1 12/3 17/8 17/13 18/14 22/4 22/5 25/7 28/15 29/20 30/9 30/12 33/25 34/17 35/12 36/1 40/14 40/15 41/15 43/22 44/10 44/11 45/25 46/24 47/17 48/2 48/13 48/16 48/20 49/8 51/3 51/8 51/21 52/12 54/2 54/3 55/2
hasn't [1] 47/14
HASSARD [4] 1/19 42/4 43/16 50/9
hate [2] 5/10 23/21
have [143]
haven't [11] 6/13 7/16 8/15 8/16 9/25 12/22 17/7 18/12 20/14 24/2 45/8
having [8] 4/21 17/17 19/17 20/1 20/15 33/17 34/10 36/2 54/11
he [99]
he's [1] 45/13
head [1] 36/5
hear [15] 2/24 2/25 13/7 13/14 19/2 21/19 36/8 37/9 39/10 45/1 45/9 46/21 47/6 47/10 47/11
heard [7] 4/3 18/23 18/23 26/3 26/16 39/9 47/14
hearing [1] 53/20
help [6] 3/9 3/21 14/12 14/13 25/11 36/11
helped [1] 24/1
helpful [5] 13/14 16/18 17/1 22/17 34/4
helping [1] 23/7
her [10] 5/10 5/12 22/16 33/17 33/17 34/8 38/6 47/24 49/22 51/14
here [46] 2/6 3/18 4/11 5/13 5/15 5/19 6/13 7/2 7/9 7/21 8/7 11/7 12/20 13/3 14/18 15/14 15/24 17/3 18/3 18/6 18/21 18/25 19/2 19/18 21/18 23/2 23/13 23/15 23/18 26/16 27/7 27/14 28/22 30/12 31/1 31/8 32/7 32/11 34/10 37/17 38/8 38/10 39/4 40/13 49/6 50/22

**H**

herein [1]   49/23
hesitant [1]   5/7
hesitation [1]   33/16
heuristics [1]   55/6
highly [2]   11/4 34/11
him [49]   3/9 6/6 12/1 13/2 16/21
  17/8 17/10 17/14 17/17 17/19
  17/20 18/2 18/16 18/7 18/23 18/23
  19/2 19/4 21/18 22/1 22/6 24/2
  24/7 24/11 25/8 25/9 25/11 27/18
  30/13 30/16 31/12 33/7 34/1 34/10
  35/2 35/2 35/7 35/21 36/2 37/7
  39/9 39/13 39/15 39/17 39/22
  41/13 47/10 47/11 54/8
himself [1]   46/22
his [34]   2/16 16/20 18/8 21/22
  21/25 21/25 22/3 22/4 22/15 23/3
  23/6 24/2 24/12 25/12 26/4 26/5
  29/19 29/22 30/3 30/18 32/16
  34/12 35/3 35/6 36/4 36/11 36/19
  37/15 38/11 38/13 39/8 39/18
  45/14 45/24
hold [2]   19/10 21/3
holding [2]   6/11 33/18
home [5]   15/11 15/14 22/19 23/14
  23/17
homework [1]   20/1
honest [5]   3/2 8/19 8/24 9/2 47/8
honestly [5]   10/16 13/20 15/19
  17/11 19/10
Honor [30]   2/23 9/19 12/6 16/14
  21/4 21/9 21/12 22/8 25/22 30/15
  32/13 33/22 36/25 37/20 37/22
  38/16 40/4 46/23 47/20 47/21 49/3
  50/3 50/21 51/11 54/16 54/24 55/2
  55/14 55/23 55/25
HONORABLE [1]   1/9
hope [4]   24/17 31/9 44/5 47/3
hoped [1]   20/23
hopeful [2]   4/24 18/1
hopefully [3]   43/24 46/2 47/24
hoping [2]   3/13 23/17
hotel [1]   8/4
hour [3]   25/9 31/4 31/5
hours [3]   39/14 40/18 47/7
how [18]   2/7 7/22 10/8 11/15 12/9
  15/1 15/17 16/6 20/10 26/21 31/6
  34/23 39/6 39/9 43/11 47/5 53/8
  55/21
humbled [1]   13/20
hurdles [1]   28/23

**I**

I'd [8]   11/18 18/22 23/14 24/17
  31/9 35/14 39/21 50/21
I'm [9]   5/3 7/12 9/1 13/2 19/6
  24/5 25/17 53/19 53/21
ideal [1]   18/4
ideas [1]   35/24
identified [1]   45/6
imagine [3]   14/10 23/11 41/24
impact [1]   27/3
important [1]   7/22
impossible [2]   8/25 9/3
impression [1]   5/14
improper [1]   52/2
inadvertently [1]   50/11
incarcerated [1]   17/24
include [1]   53/6
includes [1]   34/8
including [3]   27/11 27/24 28/6
inconsistent [1]   23/2
incredulity [1]   36/17
indicated [1]   47/21
indicating [1]   31/3
individual [4]   48/13 48/15 48/17
  51/4
ineffective [2]   24/20 35/22
information [21]   12/13 28/8 48/14
  48/18 48/18 48/21 48/24 49/4 49/4

informed [1]   54/22
input [2]   2/21 38/7
inquire [1]   30/13
inquiry [1]   12/10
insert [3]   49/20 53/11 53/13
instead [1]   15/14
instructing [1]   20/2
instrumental [1]   40/11
insulted [1]   23/23
intended [1]   49/12
intention [1]   48/4
interest [9]   18/10 45/17 45/19
  45/20 46/5 46/7 46/9 46/10 46/10
interests [3]   45/19 46/5 57/3
interfere [2]   21/23 30/5
interferes [1]   35/16
interpreter [1]   14/3
interrupting [1]   41/11
invaluable [1]   35/3
involve [1]   43/20
involved [4]   24/8 25/2 25/3 39/18
IOLTA [1]   12/18
is [314]
ish [1]   15/2
isn't [3]   13/20 21/22 23/16
issue [15]   4/13 6/17 6/25 7/9
  20/14 22/9 28/19 32/24 37/18 38/7
  41/4 46/25 47/15 49/6 53/25
issues [16]   9/9 16/17 29/10 29/24
  34/14 35/11 37/17 37/18 40/13
  40/19 40/21 41/8 43/11 44/5 48/8
  54/6
issuing [1]   47/22
it [186]
it got [1]   16/7
its [2]   14/19 46/24
itself [3]   12/8 26/21 51/18

**J**

jail [13]   38/11 40/7 40/13 40/22
  40/24 41/2 41/14 41/15 41/20 42/3
  42/7 43/18 44/20
jails [2]   40/15 40/25
January [1]   17/25
John [1]   34/2
joke [1]   24/19
judge [17]   1/10 11/19 20/4 22/16
  23/21 24/6 24/11 24/24 25/3 25/5
  25/14 30/10 30/12 37/22 37/25
  38/6 45/10
judge's [1]   38/2
jurisdiction [1]   42/2
juror [1]   28/12
jurors [1]   5/21
jury [10]   2/11 23/8 24/3 24/9
  24/14 24/22 25/2 25/4 28/16 29/24
just [86]
justice [4]   1/13 45/17 45/19 46/6
justify [1]   25/9

**K**

Kansas [18]   3/1 3/2 3/5 3/6 11/3
  11/11 13/15 14/8 14/18 25/2 27/14
  29/16 30/14 30/20 31/11 32/19
  37/22 45/10
kept [2]   40/15 43/10
kind [3]   13/3 33/20 55/3
knew [1]   34/24
know [83]
knowledge [3]   34/19 35/6 35/12
known [1]   9/3
knows [1]   31/23

**L**

language [1]   52/22
Largely [1]   13/18
last [13]   5/17 5/22 7/25 9/6 15/2
  16/19 17/25 24/1 42/10 44/21 49/8
  54/10 54/18

late [4]   2/17 2/18 10/17 47/9
  51/11 53/6 55/20 56/2
latest [1]   44/3
Laurent [1]   53/2
LAW [1]   1/19
lead [1]   47/1
learn [1]   46/19
learned [1]   35/1
least [13]   4/16 7/6 9/24 11/15
  16/6 18/7 19/8 22/23 26/7 31/19
  33/4 41/22 46/16
leave [5]   3/5 51/16 52/1 52/3
  53/15
leaving [2]   32/19 38/23
led [1]   19/24
leeway [1]   48/7
left [1]   10/12
legally [2]   24/15 24/17
less [2]   2/5 11/1
let [10]   8/21 37/5 37/10 37/13
  38/8 41/22 48/9 52/16 54/5 54/25
let's [2]   3/5 31/13
letting [1]   37/11
liability [2]   24/18
life [1]   42/4
light [4]   7/22 18/10 45/12 55/19
like [36]   3/22 10/4 10/23 11/16
  15/6 15/7 15/10 16/9 17/18 18/22
  21/21 26/18 29/22 30/11 30/25
  31/25 32/20 32/22 34/11 34/23
  39/3 39/5 39/15 39/15 39/18 39/22
  39/22 40/6 40/10 40/17 42/11
  42/11 42/20 42/23 43/8 54/20
likely [2]   15/19 33/14
limited [2]   36/23 52/20
LINDSAY [3]   1/22 57/3 57/12
line [1]   12/7
listen [1]   34/4
literally [1]   8/15
litigation [1]   15/1
little [10]   3/2 5/20 8/17 8/23
  13/14 23/4 24/5 36/16 36/16 50/8
live [1]   33/6
loathe [1]   6/11
located [1]   42/4
location [8]   13/16 13/18 14/11
  30/1 40/23 42/10 49/23 49/24
locations [1]   40/12
logically [1]   19/12
long [6]   8/18 11/5 15/23 19/16
  23/24 40/16
longer [1]   5/17
look [13]   14/7 15/10 16/24 17/10
  20/17 20/18 20/19 31/1 31/1 48/6
  53/7 54/5 55/16
looked [1]   54/2
looking [5]   7/14 27/23 32/18
  32/22 44/12
looks [3]   3/22 32/20 32/22
loop [2]   5/21 9/6
lose [1]   13/12
lot [13]   8/14 11/23 12/21 19/18
  20/7 22/10 29/20 30/1 40/19 40/21
  41/1 41/16 42/16
love [2]   28/21 35/14
luck [1]   13/1

**M**

made [8]   6/2 6/19 20/1 44/15 45/8
  45/15 46/4 46/24
mainly [1]   22/7
make [37]   2/22 5/10 7/3 9/18 9/24
  10/16 12/19 15/7 16/15 19/15
  20/10 20/20 21/2 28/9 28/15 29/14
  31/18 31/23 32/9 32/10 32/25
  37/17 38/10 40/12 41/11 41/25
  42/4 42/6 44/7 44/9 44/14 44/22
  45/11 47/16 49/1 50/7 50/11
makes [2]   15/5 38/5
making [6]   2/19 7/5 12/15 30/4
  40/13 50/21
managed [1]   25/22

**M**

manner [1]   36/4
many [3]   32/21 43/22 43/22
March [10]   8/20 9/10 9/17 9/20
  19/3 19/8 19/15 21/17 22/8 35/4
marshal [2]   44/24 45/4
marshals [6]   40/11 41/5 41/12
  41/22 42/1 44/20
Mason [1]   36/18
material [4]   46/1 49/20 50/22
  51/18 53/10
materially [1]   26/5
materials [4]   51/15 51/22 51/23
  55/12
matter [6]   4/9 21/24 22/20 24/13
  46/6 57/5
may [24]   11/22 14/16 19/13 21/4
  21/24 22/14 28/25 29/21 32/10
  33/10 37/25 38/2 41/22 45/10
  46/18 48/18 48/20 51/6 51/9 51/14
  52/5 53/1 53/2 53/17
maybe [12]   18/7 18/24 19/2 19/4
  19/20 20/11 21/21 27/13 42/4
  48/25 51/2 52/17
Mazarin [2]   33/13 33/25
Mazars [3]   33/13 33/25 34/8
me [75]
mean [8]   5/13 6/17 7/19 17/16
  26/15 31/9 34/11 43/14
mention [3]   42/10 45/3 45/7
mere [1]   34/25
message [2]   30/16 37/4
MICHAEL [2]   1/19 34/2
might [13]   5/18 5/24 8/5 14/23
  15/13 18/1 18/12 19/24 20/35 12 36/8
  36/10 43/20 52/11
mine [2]   13/25 17/13
minute [4]   38/9 47/22 48/6 48/11
minutes [1]   21/4
missed [3]   5/3 5/3 7/12
Missouri [1]   2/20
mistaken [2]   23/20 23/22
mistranslation [1]   37/16
mixers [1]   34/6
mobile [1]   35/8
modifications [1]   50/18
moment [3]   8/13 19/13 25/13
Monday [4]   27/20 27/25 28/17
  47/25
money [4]   10/16 17/11 25/13 26/17
monitoring [1]   15/18
month [11]   4/15 11/5 15/23 19/3
  19/8 25/24 26/1 26/4 27/5 27/6
  27/6
month-long [2]   11/5 15/23
months [6]   6/15 20/15 20/16 20/16
  26/12 43/22
more [8]   8/23 11/2 13/14 19/12
  27/11 30/24 36/20 54/9
morning [3]   33/18 54/4 54/8
mortgage [1]   10/17
MOSS [1]   1/9
most [2]   40/24 55/12
motion [1]   55/19
move [7]   12/9 16/22 42/16 44/22
  44/22 44/23 46/15
moved [4]   41/19 42/25 43/6 43/20
moving [3]   4/8 40/11 45/1
Mr [23]   20/9 20/22 21/5 21/11
  23/25 31/11 33/5 34/25 37/10
  37/11 39/24 41/22 42/3 43/16
  44/11 44/15 47/12 47/12 50/5 52/4
  53/6 53/14 53/24
Mr. [83]
Mr. Ekeland [1]   38/5
Mr. Fischbach [59]
Mr. Fischbach's [5]   25/25 26/2
  29/5 29/10 37/14
Mr. Hassard [3]   42/4 43/16 50/9
Mr. J [1]   54/4
Mr. Laurent [1]   53/2

**Mr. Sterlingov [9]**   6/2 6/5 6/18
  15/23 16/10 18/4 18/12 41/7
  45/23
**Mr. Sterlingov's [4]**   34/16 35/21
  45/12 46/14
**Ms. [18]**   24/23 25/21 33/13 33/25
  34/8 37/19 47/24 49/21 50/23
  51/14 51/17 51/23 52/2 52/14
  52/25 54/2 54/19 55/5
**Ms. Mazars [3]**   33/13 33/25 34/8
**Ms. Pelker [3]**   24/23 25/21 37/19
**Ms. Still [11]**   47/24 49/21 50/23
  51/14 51/17 51/23 52/2 52/14
  52/25 54/2 55/5
**Ms. Still's [1]**   54/19
much [15]   5/8 10/8 11/17 15/5
  15/17 16/7 24/10 26/18 28/2 30/11
  32/24 41/15 43/18 47/1 55/21
murder [1]   14/9
must [1]   48/15
mutually [1]   50/1
my [50]   4/15 5/8 5/8 5/14 5/23
  6/25 7/4 7/5 7/14 8/4 8/7 8/8
  8/22 9/8 10/12 11/16 13/19 15/5
  15/9 16/24 21/13 23/25 25/7 27/8
  28/22 31/2 31/16 31/20 31/22
  31/25 33/4 33/15 36/5 37/5 38/18
  38/22 39/6 39/16 40/23 41/2 41/3
  42/1 42/24 43/5 45/8 47/14 49/15
  49/15 50/6 56/1
myself [2]   8/16 15/7

**N**

N.W [1]   1/16
nature [3]   13/16 23/5 34/16
near [1]   3/11
necessary [1]   26/17
necessities [1]   42/24
Neck [2]   40/15 40/19
need [34]   3/17 9/15 12/16 14/12
  14/20 14/23 15/10 17/3 19/4 20/9
  20/20 21/1 21/1 21/18 25/14 26/11
  27/13 28/4 28/8 28/8 29/15 30/3
  31/12 31/17 38/25 40/22 43/25
  44/4 45/11 46/25 47/16 47/17
  47/18 54/12
needed [6]   22/1 22/13 23/5 27/22
  29/17 30/14
needs [10]   19/14 21/19 27/19 36/8
  41/21 45/16 46/2 46/21 52/14 53/7
neither [1]   12/8
network [1]   34/6
neutral [1]   49/23
never [1]   30/21
new [8]   20/14 42/3 44/11 44/13
  44/13 48/5 49/12 55/6
next [5]   15/11 25/24 33/15 34/18
  47/7
nice [1]   2/23
night [1]   54/18
no [16]   1/4 4/9 4/20 4/25 6/3
  6/19 8/4 16/14 26/11 37/7 38/23
  44/11 52/21 54/16 55/8 55/25
nobody [2]   40/13 54/2
non [2]   24/21 52/22
non-compete [1]   52/22
non-counsel [1]   24/21
nonavailability [1]   26/14
noon [1]   47/13
Northern [2]   40/15 40/19
not [132]
note [3]   29/4 46/25 55/4
notes [1]   26/17
nothing [1]   14/8
notice [1]   37/11
noticed [1]   34/1
noting [1]   51/13
notion [2]   36/6 36/17
November [16]   2/5 2/8 2/9 2/18
  3/15 4/11 5/1 7/2 8/19 11/9 17/12
  22/6 28/12 28/21 28/25 30/12
November 27th [1]   4/11

**November 3rd [2]**   2/5 2/8
**November 27th [1]**   4/9
now [29]   3/12 5/23 6/7 7/16 8/12
  10/3 10/11 15/4 16/6 16/17 18/20
  20/8 20/9 22/20 23/18 26/6 26/11
  26/25 29/12 31/12 31/13 31/12
  31/13 40/3 43/17 43/19 44/25
  45/17 46/12
number [1]   34/6
NW [2]   1/13 1/23
NY [1]   1/21

**O**

objection [1]   55/8
objections [1]   25/23
obligations [1]   30/4
observe [1]   33/2
obtain [1]   6/4
obviously [9]   2/11 2/16 4/24
  17/17 23/1 24/15 34/19 43/22 54/4
occur [2]   15/16 33/9
October [26]   2/4 2/15 2/17 2/18
  3/7 7/1 11/9 16/23 17/12 22/12
  22/14 23/16 25/23 25/24 26/4
  26/12 27/6 29/2 29/13 30/11 38/21
  39/3 45/24 46/15 46/24 57/10
October 10th [9]   2/4 2/15 25/23
  25/24 26/4 26/12 27/6 29/2 46/24
off [14]   4/20 4/22 9/13 10/21
  16/7 21/17 21/24 22/5 22/6 23/15
  29/22 30/16 35/17 35/24
offer [1]   44/13
offered [1]   35/10
offering [1]   36/7
Official [3]   1/22 57/3 57/13
often [3]   11/24 25/11 31/6
oh [1]   20/19
okay [12]   2/24 20/3 21/7 21/15
  22/2 38/25 39/23 47/11 50/5 50/14
  50/16 52/4
old [1]   40/17
once [3]   3/2 17/25 28/1
one [25]   2/5 2/6 3/3 5/7 5/10
  5/11 6/7 8/4 9/14 9/19 11/2 11/8
  22/23 25/12 31/17 32/21 33/12
  38/11 39/8 39/18 41/10 43/6 48/10
  52/21 54/17
online [1]   32/18
only [13]   2/14 4/13 4/24 5/15 7/1
  8/7 8/14 10/1 16/18 33/7 33/15
  51/11 54/21
open [4]   6/12 40/17 51/16 52/8
opening [1]   23/23
opportunity [1]   39/23
order [29]   14/18 37/18 38/7 38/9
  47/3 47/15 47/22 47/22 47/22 48/5 48/6
  48/11 48/11 48/12 48/19 48/25
  49/5 49/10 50/17 51/6 51/8 52/12
  52/18 52/19 53/13 53/13 54/13
  55/1 55/10 55/11
ordered [1]   53/9
ordering [1]   32/14
original [5]   38/17 43/5 43/10
  48/12 52/21
other [46]   2/11 2/12 3/4 6/9 7/2
  9/14 9/15 9/25 14/8 15/4 16/11
  17/13 19/20 20/4 23/13 26/21 27/7
  28/7 29/18 29/25 36/11 39/17
  40/25 41/23 41/23 43/11 44/7
  48/18 48/21 49/5 49/21 49/25
  50/17 50/24 51/7 51/10 51/11
  51/15 51/19 51/21 52/1 52/4 51/24
  52/14 52/17 52/18 54/10
others [5]   5/14 34/20 45/1 52/5
  53/2
otherwise [3]   19/9 33/7 51/16
ought [1]   12/24
our [4]   5/1 28/14 33/3 51/11
out [31]   4/8 4/16 4/16 5/20 7/21
  8/3 8/4 8/9 8/16 8/18 9/6 11/8
  12/10 16/16 19/16 19/21 22/16
  22/18 22/21 23/12 26/22 26/24

**O**

out... [9] 3|17 33/21 35/19 37/22 38/6 45/10 48/8 53/8 55/3
outside [2] 6/25 22/15
outweigh [2] 45/20 46/7
outweighs [1] 46/10
over [11] 11/21 11/23 14/1 15/2 16/23 20/15 27/5 33/18 35/24 44/21 49/8
overnight [2] 47/10 47/11

**P**

p.m [5] 1/6 21/10 31/8 32/19 56/4
page [1] 32/22
paid [16] 3/24 6/13 7/3 8/7 10/11 12/22 12/22 15/7 16/25 18/21 18/24 22/25 25/9 25/16 25/17 26/24
pain [1] 21/3
paralegal [3] 31/3 35/13 35/14
part [14] 5/20 5/21 6/10 7/9 9/24 13/19 13/22 15/18 25/20 26/16 31/14 36/20 44/21 55/22
parte [1] 12/24
participate [1] 9/17
participating [1] 43/12
particular [10] 9/23 11/25 13/25 19/11 25/6 32/6 33/12 34/22 45/21 46/19
particularly [3] 22/11 34/10 41/17
parties [7] 22/16 32/5 33/8 44/4 48/9 49/24 50/1
partly [1] 38/17
partway [1] 13/13
past [1] 20/15
Pause [1] 13/6
pay [5] 8/3 17/10 17/19 18/2 18/8
paying [4] 8/4 9/12 9/13 19/14
payment [1] 27/2
payments [1] 10/17
pays [1] 10/13
PELKER [4] 1/12 24/23 25/21 37/19
Pennsylvania [1] 1/13
people [5] 20/1 20/7 21/3 47/1 47/16
per [1] 10/19
percent [1] 15/8
percipient [1] 23/10
perfectly [1] 32/15
perhaps [5] 12/9 31/10 40/22 48/10 53/16
period [10] 11/9 15/9 17/23 28/3 28/7 28/25 29/16 30/13 42/16 43/24
periods [1] 23/12
Perry [1] 36/18
person [3] 30/23 48/19 51/7
personably [1] 31/23
personal [1] 4/14
personally [3] 31/19 32/11 48/15
persuaded [1] 46/17
pertinent [1] 33/14
phone [8] 11/5 13/25 20/19 34/21 35/8 35/8 37/5 42/19
phones [1] 42/20
physically [1] 19/13
picked [1] 24/22
pin [1] 18/9
place [1] 12/10
Plaintiff [2] 1/4 1/12
plan [1] 47/17
plane [1] 5/18
planning [1] 50/10
plans [2] 38/2 47/16
play [1] 25/4
please [3] 24/24 40/5 44/22
PLLC [1] 1/19
pocket [4] 7/6 8/3 19/16 19/21
point [18] 2/3 6/11 7/11 8/24 10/8 13/13 19/9 19/22 20/5 20/12

20/21 26/22 29/8 32/25 36/23 44/16 45/11 45/13 45/17
portion [1] 29/18
portions [1] 46/20
position [7] 3/25 16/10 22/3 22/11 45/22 45/23 46/24
possession [1] 34/16
possibility [4] 4/4 27/7 37/21 51/17
possible [8] 4/1 6/1 6/16 23/19 41/19 43/13 46/15 46/17
possibly [6] 5/12 11/2 11/25 18/2 47/2 53/21
postpone [8] 7/20 16/20 17/23 18/1 26/12 38/14 38/17 41/18
postponed [1] 17/24
postponing [1] 39/1
potential [1] 26/13
potentially [3] 51/12 53/2 55/6
practically [1] 39/15
practice [2] 13/19 45/5
precision [1] 37/13
precontracted [1] 3/23
prefer [2] 17/17 35/18
preference [4] 8/1 28/10 38/12 38/22
prep [4] 31/10 39/17 43/18 43/25
prepare [4] 3/9 3/10 40/14 45/16
prepared [11] 6/22 7/10 7/23 8/10 8/14 9/9 14/14 15/22 19/2 31/18 40/2
preparing [4] 11/21 27/20 41/3 42/12
presence [5] 5/15 5/22 12/11 21/22 21/25 30/14 34/12
present [7] 18/15 18/17 21/20 29/11 29/12 46/22 53/5
presented [1] 39/7
presumably [3] 23/7 23/9 31/9
presume [2] 8/12 29/7
presuming [2] 30/22 31/15
PRETRIAL [1] 1/9
pretty [4] 13/21 19/24 45/5 47/9
prevent [1] 41/3
previously [6] 6/9 8/20 37/21 45/2 47/21 51/3
prior [3] 7/7 9/8 53/15
privy [2] 6/20 20/14
pro [20] 9/22 9/24 9/25 10/9 10/10 10/12 10/18 12/21 15/5 15/22 16/11 16/24 17/7 17/15 18/21 19/3 19/11 19/15 29/11 35/5 26/11 29/12 29/14 54/11 54/14
problem [7] 2/12 10/20 15/15 17/21 19/17 54/11 54/14
problems [7] 28/23 28/25 41/16 42/12
proceed [6] 6/3 6/19 6/22 7/22 8/10 20/10
proceedings [2] 32/8 56/4 57/5
proceeds [1] 7/1
produced [2] 49/20 55/12
production [1] 44/3
prohibition [2] 32/8 52/2
promise [1] 19/19
promised [1] 4/14
promptly [2] 37/11 46/3
proposing [1] 49/7
propriety [2] 49/7 49/12
protections [2] 48/5 49/9
protective [16] 47/22 48/5 48/12 48/19 48/25 49/5 49/10 50/17 51/6 51/8 52/12 52/18 52/19 53/13 53/13 54/12
proud [1] 24/22
provide [5] 11/18 39/8 41/6 45/6 55/21
provided [3] 40/15 48/14 49/4
providing [1] 11/21
public [5] 18/10 45/20 46/8 46/10

46/11
purported [1] 14/21
purpose [5] 16/8 48/21 49/5 50/24 51/9
purposes [1] 53/5
pursuant [1] 51/6
push [3] 18/11 44/8 45/12
pushing [1] 36/15
put [13] 3/8 6/5 6/8 6/8 14/18 23/15 23/25 24/13 35/16 35/17 45/24 46/14 53/1
puts [1] 36/3
putting [3] 30/1 33/17 35/25

**Q**

question [19] 2/2 3/16 9/8 11/1 15/12 19/4 19/7 22/23 25/1 27/4 27/19 31/6 33/11 35/15 36/1 44/3 48/10 48/23 54/25
questions [6] 10/24 14/13 21/1 36/9 36/23 37/14
quick [4] 9/20 30/16 38/20 54/17
quite [11] 8/22 9/5 10/3 10/15 13/19 15/19 19/22 24/22 35/1 45/4 55/21
quoted [1] 55/3

**R**

raise [5] 17/11 17/16 18/2 18/5 28/25
raised [1] 37/21
raises [1] 20/5
raising [1] 43/16
RANDOLPH [1] 1/9
Rappahannock [1] 40/22
rather [1] 23/14
reach [3] 38/6 43/22 45/10
reaching [1] 37/22
reactions [1] 29/23
read [4] 31/19 48/9 50/15 51/1
ready [3] 9/3 29/8 29/9
real [3] 2/14 25/1 41/15
really [16] 5/24 9/13 17/3 18/4 18/5 18/8 19/22 22/6 22/11 22/13 25/13 27/4 38/23 39/15 40/14 49/11
reason [5] 2/9 11/10 35/2 35/4 52/14
reasons [2] 6/7 9/19 45/6
rebuttal [2] 31/17 36/11
receive [1] 53/10
received [2] 37/7 53/10
receives [3] 48/17 51/4 51/6
recently [1] 55/13
Recess [1] 21/10
record [9] 8/12 16/7 24/13 36/12 38/9 46/16 54/20 54/24 57/5
records [1] 14/22
redirect [1] 27/12
reference [1] 48/23
referring [1] 49/1
reflections [1] 24/1
regarding [1] 47/22
regardless [1] 18/20
regards [1] 44/19
relate [1] 54/9
related [1] 35/11
relates [2] 7/1 16/18
relating [6] 14/11 14/22 29/24 29/25 36/9 55/12
relation [1] 31/20
relationships [1] 6/20
relevant [3] 22/14 32/16 54/14
remain [1] 7/23
remember [3] 52/17 52/19 55/15
remind [1] 24/11
remove [1] 48/5
removed [1] 49/24
report [3] 54/19 55/4 55/16
Reporter [4] 1/22 1/22 57/3 57/13
reports [1] 55/11

**R**

representation [1]  44/15
representations [5]  12/11 12/12
 19/25 45/15 46/3
represented [4]  36/21 44/10 44/11
 45/13
represents [1]  31/25
request [4]  35/17 38/18 45/12
 49/18
requested [2]  20/24 45/25
requesting [2]  38/14 55/20
require [1]  23/2
required [2]  2/17 5/15
reschedule [2]  20/4 20/6
resolve [2]  25/23 41/4
resolved [2]  41/5 41/8
respect [11]  6/21 20/3 27/9 29/2
 29/4 29/10 36/3 36/13 36/14 45/15
 46/4
responding [1]  33/2
response [4]  30/18 37/4 37/14
 38/4
responsibilities [1]  23/3
responsive [1]  47/5
restricted [1]  49/4
restriction [1]  50/22
restrictive [1]  54/12
retained [3]  29/23 29/24 30/9
retainer [2]  25/20 26/19
return [1]  25/19
review [6]  32/16 33/2 46/2 46/3
 47/24 51/23
reviewed [1]  27/8
right [43]  2/2 3/12 4/3 4/10 5/23
 6/7 8/12 8/18 10/3 10/11 10/22
 12/23 13/5 15/4 16/6 16/12 21/11
 24/23 26/6 26/11 26/15 26/25 27/1
 30/5 31/1 37/3 37/8 38/19 39/12
 40/20 42/13 42/18 42/25 43/1 43/7
 43/17 43/25 44/18 44/18 45/14
 48/24 49/1 56/2
rights [6]  35/22 36/5 38/13 38/14
 39/25 46/14
risks [1]  28/11
role [2]  23/20 25/4
ROMAN [1]  1/6
room [3]  1/24 8/4 28/19
rough [1]  32/14
RPR [1]  57/12
rulings [1]  27/8
run [2]  2/4 3/7
runs [1]  4/11

**S**

said [18]  5/4 6/19 7/7 7/13 9/2
 9/11 16/19 30/21 37/14 41/5 42/11
 43/8 44/20 46/18 51/1 51/3 52/9
 54/19
salary [1]  8/5
same [6]  14/15 22/4 28/15 29/10
 52/5 52/10
San [7]  6/15 10/6 10/10 11/19
 16/8 24/2 27/23
sat [3]  11/18 17/13 28/17
Saturday [2]  27/21 27/25
saw [1]  51/24
say [23]  5/4 6/12 7/12 8/2 9/1
 9/12 9/15 15/10 16/5 16/21 18/11
 18/20 19/2 20/19 30/12 35/6 35/14
 43/13 44/24 47/13 51/5 52/16
 53/19
saying [13]  12/15 12/21 13/13
 17/6 17/14 18/1 18/16 18/23 18/24
 24/8 29/5 35/10 51/25
says [2]  16/24 49/17
schedule [12]  2/21 3/22 5/8 7/25
 8/2 8/9 9/11 16/20 22/17 22/21
 22/22 37/23
scheduled [1]  2/8
schedules [1]  47/17
scheduling [4]  9/18 17/9 20/3

28/23
 screaming [1]  41/21
seal [1]  55/13
sealed [1]  55/1
second [6]  2/6 51/2 52/17 52/19
 53/13 54/18
secrets [1]  6/12
see [10]  2/7 2/23 4/17 10/19
 31/13 32/12 32/19 34/10 51/25
 54/14
seeing [4]  6/14 8/18 9/4 10/8
seek [2]  48/3 48/4
seeking [1]  44/13
seem [2]  12/14 27/3
seems [5]  15/19 23/6 28/10 30/23
 38/22
sees [2]  28/3 52/3
selection [2]  24/3 24/14
send [2]  30/8 42/2
sense [4]  16/16 37/23 37/25 38/5
 49/4 49/11 51/5 55/7
sensitive [7]  48/14 48/17 48/24
 49/4 49/11 51/5 55/7
sentence [8]  49/15 49/16 49/17
 51/1 51/2 51/12 53/9 54/10
September [3]  1/5 29/7 29/9
serve [2]  45/19 46/9
servers [1]  49/25
Service [4]  41/12 41/23 42/1
 44/25
SESSION [1]  1/7
set [4]  3/6 5/1 36/11 36/23
several [3]  6/15 10/18 47/7
shall [5]  49/24 49/24 53/11 53/16
 55/13
share [2]  32/15 35/24
sharing [1]  51/18
she [3]  49/16 51/24 52/3
SHERRY [1]  1/22 57/3 57/12
should [8]  10/11 12/10 16/13 32/3
 41/9 41/22 45/25 51/5 56/2
shouldn't [1]  32/24
shower [1]  42/23
shows [1]  32/22
side [2]  3/3 35/19
sign [3]  48/15 50/18 54/12
signatory [1]  53/12
signature [1]  24/12
signed [5]  48/20 51/8 51/22 52/12
 52/19
significant [3]  17/23 22/23 33/5
signs [1]  49/22
silenced [1]  37/6
simple [1]  27/14
simply [2]  12/14 25/10
since [3]  4/25 24/14 30/21
single [3]  4/15 11/20 19/12
sit [13]  3/10 11/5 11/24 13/23
 14/2 14/17 15/22 18/7 18/21 19/1
 24/14 27/14 31/12
sitting [11]  11/11 11/13 14/12
 23/16 26/9 26/10 27/13 27/17 28/6
 34/18 38/11
situation [5]  3/17 3/20 8/8 16/23
 40/7
six [1]  42/20
Sixth [3]  35/14 35/21 36/4
sizable [1]  12/17
smaller [1]  41/15
so [91]
solely [1]  35/7
solution [1]  52/12
some [40]  2/22 5/3 5/11 6/23 6/24
 13/3 15/9 15/13 16/17 19/14 20/4
 20/22 24/8 28/7 28/11 28/25
 29/18 30/7 30/13 33/8 34/17 34/18
 35/7 35/11 36/11 36/12 36/14 37/13
 37/16 39/14 40/6 41/20 42/10
 42/15 43/20 45/6 48/7 52/13 52/13
 54/11
somebody [5]  15/4 17/12 19/14
 19/20 29/21
somehow [1]  5/9

someone [3]  15/6 36/2 41/21
something [15]  6/19 7/8 7/13 14/4
 15/20 16/9 16/17 23/19 27/16
 35/16 37/10 40/7 44/24 45/3 47/6
 47/13 53/6 53/8
sometime [2]  2/17 27/5
somewhat [2]  22/15 40/11
somewhere [4]  5/18 7/16 8/6 41/19
soon [3]  23/18 37/9 44/2
sooner [1]  48/7
sorry [8]  5/3 7/12 9/1 19/6 24/5
 25/17 53/19 53/21
sort [2]  12/19 35/7
sound [1]  26/7
sounds [2]  39/14 40/10
Southwest [2]  32/21 32/23
space [2]  41/20 54/14
speak [3]  15/17 17/8 41/13
speaking [4]  8/13 13/24 14/1
 30/16
specific [2]  51/13 52/25
specifically [4]  4/6 4/13 15/20
 52/24
speculations [1]  26/13
speedy [9]  38/13 39/24 39/25 40/3
 45/14 45/18 45/21 46/8 46/11
spend [1]  16/8
spoke [2]  21/12 28/14
spoken [1]  41/12
spontaneous [1]  3/21
spot [1]  23/25
St. [1]  34/2
St. Michael [1]  34/2
staff [1]  56/1
standard [1]  49/10
standards [1]  40/25
stands [1]  46/17
start [5]  2/8 3/12 29/6 31/11
 45/24
starting [6]  2/15 25/24 29/1 29/2
 29/7 29/9
starts [4]  3/12 3/13 3/14 10/19
State [1]  14/18
statements [1]  12/15
STATES [3]  1/1 1/3 1/10
stay [1]  42/7
stayed [1]  56/1
step [4]  16/16 21/6 21/7 21/24
STERLINGOV [10]  1/6 6/2 6/5 6/18
 17/24 18/14 36/3 36/21 38/10
 45/23
Sterlingov's [4]  34/16 35/21
 45/12 46/14
still [24]  6/15 10/2 17/21 19/17
 19/18 20/6 22/9 22/23 39/5 39/16
 47/24 49/7 49/11 49/21 50/19
 50/23 51/14 51/17 51/23 52/2
 52/14 52/25 54/2 54/5 55/5
Still's [1]  54/19
stop [2]  2/7 2/10
straight [1]  11/19
strategic [1]  15/1
Street [2]  1/16 1/20
structure [1]  27/2
stuck [1]  5/9
stuff [1]  42/1
subject [4]  14/15 48/19 51/8 52/5
subpoenas [1]  47/1
substance [1]  51/18
substantial [1]  23/12
such [1]  33/1
suggest [2]  37/21 50/21
suggested [1]  11/7
suggesting [2]  14/19 35/9
suggestion [1]  51/12
suggestions [1]  41/25
Suite [1]  1/16
Sunday [2]  27/22 27/25
supplemental [3]  55/4 55/11 55/15
support [1]  32/3
suppose [3]  7/22 26/15 27/7
sure [20]  7/6 8/11 10/16 19/6

**S**

**sure...** [16]  207/1 30/4 31/18 31/23 32/9 32/10 37/17 38/10 41/11 44/7 44/9 44/14 44/22 49/1 50/7 50/11
**surprise** [1]  15/3
**surprised** [2]  34/23 34/24
**sympathetic** [1]  36/6

**T**

**table** [9]  3/11 3/11 11/5 11/20 11/24 13/23 14/2 24/14 26/10
**take** [13]  4/21 9/13 10/14 12/10 22/4 22/16 27/11 31/1 31/7 39/11 43/21 54/5 54/18
**taken** [1]  21/10
**taking** [2]  4/20 26/17
**talk** [8]  10/5 16/16 18/13 20/8 20/24 32/4 34/5 51/24
**talking** [7]  10/6 15/23 23/13 33/12 40/10 50/12 52/23
**team** [1]  36/20
**technical** [4]  34/11 34/14 34/17 36/1
**technology** [3]  13/24 34/21 34/22
**telephone** [2]  13/16 31/10
**tell** [9]  2/14 3/23 8/11 19/10 21/13 23/21 24/12 30/10 44/25
**tends** [1]  47/9
**terms** [7]  7/17 21/18 27/20 47/23 52/5 52/10 55/17
**testify** [4]  2/16 19/1 27/10 31/8
**testifying** [4]  21/17 21/17 23/17 37/2
**testimony** [29]  2/16 5/17 13/15 13/16 13/21 14/14 14/14 14/21 14/22 21/19 21/25 23/6 26/2 29/19 29/25 31/17 31/20 32/12 33/2 34/5 36/7 36/8 36/10 36/11 36/13 39/14 39/18 46/21 46/22
**text** [3]  30/9 30/16 37/4
**than** [21]  2/6 4/20 5/1 5/17 6/9 9/15 10/4 14/8 26/5 27/11 30/24 34/25 38/1 39/18 48/21 49/6 49/25 50/24 51/10 51/15 56/2
**thank** [8]  2/25 13/9 15/25 21/9 44/19 54/16 55/23 56/2
**thanks** [1]  56/1
**Thanksgiving** [1]  28/17
**that** [441]
**their** [8]  12/13 14/3 20/1 20/24 20/25 21/3 31/25 34/5
**them** [15]  3/21 8/21 12/21 14/1 14/12 14/13 20/19 32/15 40/11 40/25 43/18 43/21 44/5 54/11 54/12
**then** [31]  2/4 3/5 3/10 3/11 4/10 8/9 9/12 10/20 12/21 16/4 16/21 17/19 20/3 20/4 20/19 21/1 21/20 23/16 28/8 31/8 33/15 33/18 37/10 37/18 50/3 50/14 51/23 52/22 54/22 54/23 55/10
**there** [96]
**therefore** [1]  12/16
**these** [7]  9/6 16/17 34/14 39/9 39/20 51/23 55/6
**they** [56]  11/13 12/12 12/15 14/5 15/10 15/18 19/9 20/18 20/19 20/25 22/4 24/19 27/13 27/17 28/6 29/8 29/9 30/23 31/25 33/12 34/1 34/5 37/2 40/15 40/16 40/18 41/6 41/13 41/17 41/20 42/1 42/22 42/11 42/15 42/25 43/6 43/15 43/18 43/24 43/25 43/25 44/6 44/21 44/22 44/23 44/25 44/25 48/6 52/14 53/14 52/14 54/13 54/13 54/19 55/18 56/2
**thing** [12]  5/5 5/8 5/10 7/25 8/7 16/20 18/25 41/10 42/10 44/7 54/1 54/17
**things** [14]  4/1 8/14 11/21 12/20

29/22 29/23 31/17 33/18 34/6 39/13 54/3
**think** [74]
**thinks** [2]  16/13 28/7
**thinner** [1]  10/3
**third** [1]  14/9
**this** [110]
**those** [12]  2/12 5/25 10/2 14/4 20/25 37/17 38/13 41/8 45/19 46/7 49/25 53/9
**though** [5]  24/15 26/8 30/23 35/10 44/8
**thought** [5]  7/10 10/9 25/16 25/17 26/23
**three** [5]  11/23 14/10 15/4 32/21 34/3
**through** [11]  3/10 4/11 5/9 10/21 13/13 15/22 17/13 18/3 18/7 18/22 19/1
**throughout** [3]  14/20 23/1 23/5
**Thursday** [1]  31/7
**time** [55]  3/24 5/11 5/22 7/2 8/1 8/22 9/13 9/22 9/24 10/9 10/12 11/7 15/7 15/9 16/11 17/23 19/10 19/11 19/15 19/15 19/20 20/4 20/8 20/22 22/4 23/12 23/25 24/1 24/4 28/2 28/3 28/7 28/19 29/8 29/17 30/13 30/20 30/24 33/16 34/14 40/2 40/16 42/15 42/15 42/16 43/21 43/24 44/12 45/6 45/16 45/16 45/25 46/12 47/2 55/21
**timeframe** [3]  28/12 28/21 33/16
**timeline** [1]  31/24
**times** [1]  20/24
**timing** [2]  11/10 26/2
**tired** [1]  50/8
**today** [4]  14/18 39/9 45/21 55/17
**together** [3]  6/5 17/18 34/9
**told** [8]  4/8 20/18 22/4 25/16 25/17 29/8 38/25 41/5
**tomorrow** [3]  47/4 47/13 47/15
**too** [2]  34/22 35/20
**took** [1]  10/9
**topped** [1]  10/21
**TOR** [5]  1/18 1/19 34/6 34/23 35/11
**touch** [1]  42/5
**tough** [1]  35/20
**town** [1]  4/16
**tracking** [1]  34/22
**transcribing** [1]  25/12
**transcript** [2]  1/9 57/4
**transcripts** [4]  11/17 11/18 31/19 32/14
**travel** [2]  32/23 47/17
**trial** [86]
**trials** [5]  9/5 9/7 17/13 22/7 29/21
**true** [5]  39/19 42/8 48/17 51/4 57/4
**truly** [1]  11/8
**try** [4]  22/22 25/14 33/19 45/6
**trying** [5]  7/21 10/16 12/6 12/19 18/9
**Tuesday** [2]  2/4 47/25
**turn** [1]  55/22
**turns** [3]  8/9 22/18 35/19
**two** [17]  3/18 5/16 9/6 11/9 11/18 14/10 16/8 22/19 32/21 39/8 39/18 40/14 40/18 47/18 48/25 49/16 49/17
**two-day** [1]  11/9
**type** [1]  20/12
**typical** [3]  13/21 13/23 14/1
**typically** [5]  3/7 3/10 15/1 23/23 25/7

**U**

**U.S** [2]  1/13 1/23
**unable** [1]  17/16
**unavailability** [1]  26/16
**unavailable** [2]  11/8 26/3

**uncertain** [1]  17/22
**uncertainty** [2]  17/12 19/18
**unclear** [1]  17/22
**under** [14]  6/3 6/10 6/19 7/24 20/18 38/13 39/25 40/3 45/14 45/17 48/25 49/2 49/5 55/13
**undercut** [1]  48/4
**undermine** [1]  23/3
**understand** [25]  6/10 8/14 8/23 14/7 14/12 14/16 18/19 22/14 22/25 30/24 32/2 32/24 35/12 35/18 36/6 38/16 39/16 39/20 40/23 40/25 43/3 44/5 44/10 44/14 44/17
**understandable** [1]  42/9
**understanding** [10]  5/23 17/5 17/14 17/20 18/16 21/14 39/6 41/2 50/7 53/6
**understands** [5]  38/12 45/14 49/17 49/18 49/18
**understood** [6]  5/22 44/8 44/15 48/17 51/4 55/23
**undoubtedly** [1]  15/9
**unique** [1]  35/11
**UNITED** [3]  1/1 1/3 1/10
**unless** [3]  29/23 33/8 45/2
**unlikely** [1]  16/5
**unpaid** [1]  10/15
**unsure** [3]  22/10 22/10 22/11
**until** [12]  2/4 2/17 7/6 28/18 31/16 33/9 38/12 38/15 38/22 39/1 41/18 46/6
**unusual** [5]  11/4 11/22 11/25 12/1 28/1
**unwilling** [1]  20/17
**up** [25]  3/9 3/24 7/7 7/8 7/13 7/15 7/17 8/16 8/17 11/3 12/14 12/20 15/5 15/9 19/24 24/21 31/1 31/24 36/11 40/13 41/20 44/6 46/15 47/23 55/22
**upon** [2]  49/23 50/1
**us** [7]  2/3 2/5 23/15 39/22 54/5 54/22 54/23
**USAO** [1]  1/15
**use** [6]  15/2 26/18 40/16 48/20 50/22 51/9
**used** [3]  44/12 49/5 50/23
**useful** [1]  14/5
**using** [1]  34/22
**usually** [1]  39/10

**V**

**value** [1]  34/8
**various** [1]  12/11
**very** [20]  4/8 8/24 9/20 11/17 11/22 11/24 11/24 13/23 14/1 15/5 17/22 24/10 25/7 28/1 28/16 30/11 31/19 38/20 47/8 53/3
**victim** [1]  5/10
**view** [5]  9/14 28/10 32/6 33/6 48/14
**viewed** [2]  48/13 49/21
**violate** [1]  35/21
**violates** [1]  36/4
**violation** [1]  32/10
**vs** [1]  1/5

**W**

**wait** [2]  38/12 38/22
**waiting** [3]  6/15 24/12 30/18
**waive** [2]  38/13 40/2
**Wall** [1]  1/20
**want** [43]  3/8 4/21 6/3 7/4 7/25 8/8 8/19 9/2 9/11 10/25 12/8 15/18 16/20 16/23 17/1 20/22 21/6 21/24 29/6 30/23 31/22 36/10 36/12 36/24 37/17 38/10 38/24 39/17 40/12 41/11 41/13 41/16 42/6 44/9 44/14 45/9 46/25 48/6 48/7 50/7 50/11 51/23 55/19
**wanted** [6]  2/21 42/10 44/7 49/1 52/9 54/24

**W**

**wants [1]**   38/13
**warrants [2]**   49/8 49/9
**was [44]**   2/11 5/22 5/23 6/10 7/9
7/15 7/19 8/20 8/21 8/22 9/20
11/17 17/16 17/19 22/25 23/13
24/4 24/12 24/15 24/19 25/6 26/9
26/23 29/5 29/8 29/23 32/9 33/8
34/14 40/16 42/9 48/4 48/23 48/23
49/1 49/12 50/19 51/2 51/3 52/9
52/18 52/20 52/21 52/22
**Washington [4]**   1/5 1/14 1/17 1/24
**wasn't [6]**   10/10 15/20 15/21 19/6
25/6 33/9
**watch [1]**   25/10
**water [1]**   3/3
**way [19]**   2/22 4/17 9/14 10/1 13/3
21/25 23/3 32/5 32/7 32/10 33/1
34/14 36/12 36/19 38/2 39/20
41/13 46/18 46/19
**ways [3]**   21/23 36/10 43/20
**we [114]**
**we'll [2]**   20/19 27/14
**week [6]**   3/9 4/22 11/11 11/14
11/20 43/8
**weekend [2]**   11/21 11/22
**weeks [6]**   2/6 10/18 11/18 16/8
22/19 39/11
**weight [1]**   30/1
**welcome [3]**   10/24 21/7 53/7
**well [18]**   4/22 8/2 10/9 11/20
14/19 14/24 16/4 20/3 25/7 31/19
36/21 37/8 38/3 38/6 39/9 43/17
44/8 52/7
**went [1]**   27/8
**were [27]**   5/17 13/13 15/21 19/7
23/17 24/1 24/8 24/18 24/20 25/16
25/17 27/24 27/25 29/6 29/9 29/11
30/15 32/7 34/16 34/21 34/21 44/8
48/25 49/16 51/23 52/25 55/12
**what [77]**
**whatever [7]**   6/5 6/20 8/4 14/23
22/19 30/9 43/25
**when [19]**   10/5 14/16 14/21 15/6
15/16 19/11 20/23 21/2 21/25
23/17 23/21 29/17 30/7 30/14
39/10 41/17 43/19 44/15 44/25
**whenever [1]**   44/23
**where [23]**   3/17 3/20 5/6 8/6
14/11 15/9 17/22 19/22 19/23
20/16 20/21 21/18 21/21 23/12
25/11 25/11 28/7 40/15 40/17 42/3
42/16 45/2 55/20
**Whereas [1]**   49/12
**wherever [1]**   25/13
**whether [39]**   2/3 2/15 4/4 6/22
6/24 7/1 7/3 7/23 9/9 9/15 15/21
17/1 17/3 18/4 18/5 18/13 18/20
19/1 19/21 22/11 22/12 25/9 26/23
27/4 27/19 28/6 29/15 29/17 30/3
30/6 30/13 31/6 32/5 32/7 36/1
38/5 41/24 42/8 54/25
**which [25]**   2/5 2/5 3/13 7/10 8/7
8/8 8/21 12/1 14/10 15/19 16/23
22/12 32/5 34/11 40/25 41/4 45/22
45/24 46/19 46/21 47/18 48/10
49/11 50/10 54/23
**while [8]**   2/11 8/13 9/6 12/6
24/19 30/15 38/8 38/10
**who [39]**   4/21 7/20 9/12 13/24
15/4 15/4 17/13 20/7 20/17 28/17
29/20 29/21 30/9 30/10 34/20
35/13 37/13 38/11 38/11 41/16
41/21 45/5 47/16 48/13 48/17
48/19 48/20 49/22 51/4 51/7 51/8
51/22 52/9 53/1 53/2 53/3 53/9
53/12 56/1
**whole [5]**   18/3 18/7 18/25 19/1
19/20
**why [4]**   12/2 36/14 38/4 53/5
**widely [1]**   55/2

**wife [5]**   4/15 5/9 5/18 10/13 22/4
**willing [10]**   9/16 17/6 17/15
18/17 18/20 18/21 21/16 32/4 35/4
35/20
**within [1]**   11/10
**without [4]**   6/22 20/1 38/24 53/14
**witness [7]**   7/24 9/9 11/5 11/22
21/19 33/12 36/19
**witness' [1]**   36/13
**witnessed [1]**   31/19
**witnesses [15]**   11/23 13/24 14/4
23/10 28/14 29/25 31/20 32/6
32/16 34/3 36/3 37/1 45/22 47/1
47/16
**won't [3]**   21/23 28/3 30/21
**wonderful [1]**   35/13
**wondering [3]**   43/9 52/18 55/16
**word [2]**   21/3 45/2
**words [3]**   5/4 37/15 41/24
**work [16]**   2/22 6/15 9/13 9/22
9/24 9/25 10/12 10/19 12/2 17/15
21/24 28/15 33/19 35/5 39/17 47/9
**workable [1]**   5/19
**worked [7]**   4/15 17/12 17/18 27/24
34/9 35/13 48/8
**working [8]**   23/13 23/24 33/21
35/2 43/17 47/23 49/22 51/14
**works [1]**   34/23
**world [2]**   7/25 41/24
**worry [1]**   28/25
**would [109]**
**wouldn't [6]**   2/12 2/17 5/16 15/2
16/23 43/12
**writ [1]**   47/1
**wrong [1]**   23/11

**Y**

**yeah [10]**   3/1 4/23 7/5 10/15
15/25 19/8 20/19 23/21 37/24
42/22
**year [6]**   9/21 9/23 10/19 16/24
29/11 40/17
**years [7]**   4/7 5/9 15/2 17/13
34/10 35/3 35/25
**yes [17]**   2/23 13/9 13/19 19/6
19/15 19/18 21/12 29/6 30/15
33/23 38/25 40/1 40/4 40/8 41/7
47/20 50/6
**yet [7]**   9/25 16/11 37/4 37/7 41/4
45/9 46/17
**York [1]**   42/3
**you [220]**
**your [58]**
**yours [1]**   32/3
**yourself [3]**   2/19 10/24 14/14

**Z**

**Zoom [5]**   13/3 15/25 30/22 31/10
32/7