UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROMAN STERLINGOV<br><br>Defendant. | **No. 21-cr-399 (RDM)** |

**DEFENDANT'S NOTICE TO THE COURT IN REPSONSE TO MINUTE ORDER REQUESTING ESTIMATED TRIAL TIME AND WITHDRAWING TAUSEEF AHMED'S PRO HAC VICE ADMISSION**

Roman Sterlingov, by and through undersigned counsel, files this Notice in response to the Court's Minute Order from February 4, 2024, requesting the parties' best estimate as to the amount of time they expect their witness testimony to take, including cross-examination.

The Defense estimates its case-in-chief, including cross-examination, to take 5-10 days.

Additionally, the Defense hereby withdraws Tauseef Ahmed's pro hac vice admission granted by this Court on September 21, 2023. He will no longer be participating in this trial. A Proposed Order is attached.

Dated: February 5, 2024
Brooklyn, New York

                          Respectfully submitted,

                          <u>/s/ Michael Hassard</u>
                          Michael Hassard (NYS Bar No. 5824768)
                          *Pro Hac Vice*
                          Tor Ekeland Law, PLLC
                          30 Wall Street, 8th Floor
                          New York, NY
                          t:  (718) 737 - 7264
                          f:  (718) 504 - 5417
                          michael@torekeland.com

                          <u>/s/ Tor Ekeland</u>
                          Tor Ekeland (NYS Bar No. 4493631)
                          *Pro Hac Vice*
                          Tor Ekeland Law, PLLC
                          30 Wall Street, 8th Floor
                          New York, NY
                          t:  (718) 737 - 7264
                          f:  (718) 504 - 5417
                          tor@torekeland.com

                          *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov