UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S NOTICE IN RESPONSE TO
MINUTE ORDER REGARDING TRIAL WITNESSES

The United States of America respectfully responds to the Court's February 2, 2024 Minute Order requiring the parties to "to submit a notice on or before February 7, 2024 with the names of individuals who may testify or whose names will be mentioned during the trial."  The Minute Order further instructed, "If that list does not differ from the list of names already included in the final voir dire, Dkt. 186-1 at 5-6, the notice should simply state that no changes have been made." *Id.*

The government does not have any additions to its previously submitted witness list.

In light of the defense stipulations regarding the authenticity of items retrieved from the defendant's electronic devices, the government no longer anticipates needing to call Tracy Daun, Ryan Lamb, Diana Irwin, John Henry Smith, or Matthew St. Jean to testify at trial; it is possible that their names will be briefly mentioned by testifying witnesses when explaining the handling of the electronics and files.

The government also no longer anticipates needing to call translators Liviu-Lee Roth or Alexander Goldberg.  The government is awaiting the defense's response as to whether proposed testimony from translators Sayorah (Sarah) Krulikowski and Sergei Miroff can be addressed through stipulation; at present, they should remain included on the witness list.

Mr. James Barlow is no longer available to testify for the government and can be removed from the government's witness list.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
*/s/ Jeffrey Pearlman*
C. Alden Pelker, Maryland Bar
Jeff Pearlman, D.C. Bar No. 466901
Trial Attorneys, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007 (Pelker)
(202) 579-6543 (Pearlman)
Catherine.Pelker@usdoj.gov
Jeffrey.Pearlman2@usdoj.gov