UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>　　　　Defendant. | **No. 21-cr-399 (RDM)** |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Motion to Exclude Any Testimony About Deepweb Marketplaces, it is hereby

ORDERED, that all references to deepweb marketplaces are excluded.

Dated this _____ day of February 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE