UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>v.<br><br>ROMAN STERLINGOV<br><br>　　　　Defendant. | No. 21-cr-399 (RDM) |

**DEFENDANT'S MOTION IN LIMINE OBJECTING TO GOVERNMENT'S LATE R.16 PRODUCTION AND REQUESTS FOR OTHER MISCELLANEOUS RELIEF**

　　　　Last night, on Saturday, February 11, 2024, at 9:15 pm, less than 36 hours before the beginning of trial, the Government produced a large batch of new discovery to the Defense. The last-minute discovery contains 71 documents totaling over 1 gigabyte of data. The Defense objects to this late Rule 16 discovery and has not had time to review it. Nor can Mr. Sterlingov, as the jail has taken his laptop, that he used for discovery review, away from him on the eve of trial. The considerable volume of the last-minute production, only some of which is *Jencks* material, may require the Defense to either; a) request a short continuance to review the last-minute production; b) move to exclude the last-minute production; or c) request such relief as appropriate under the circumstances. Additionally, the Defense is concerned that some of the late disclosure contains *Brady* material.

　　　　A cursory review of the material produced at the last minute by the Government reveals that many of the documents contain dates from 2019, 2020 and earlier, and that there is no apparent reason for the Government's delay in meeting their Rule 16 obligations. This is the

second time that the Government has produced substantial discovery on the brink of trial, as the Government did the same thing just days before the trial date scheduled for September 2023.

## MISCELLANEOUS RELIEF

Additionally, the Defense requests that this Court rule on the Defendant's *Daubert* motions and make its determination on the scope and limitations of the expert witness testimony. The Defense will no longer be calling Jonelle Still or Dr. Itiel Dror as expert witnesses, so the Court need not make any determination as to them.

Furthermore, the Defense attaches updated cryptocurrency forensics qualifications acquired by proffered Defense expert witnesses Dr. Francisco Cabanas and Professor J.W. Verret for the Court and the Government.

On September 19, 2023, Dr. Francisco Cabanas acquired a Cryptocurrency Tracing Certified Examiner (CTCE) certificate from Ciphertrace (attached as Ex. A). On December 21, 2023, Professor J.W. Verret earned his board certification and designation as a Certified Cryptocurrency Forensic Investigator (CCFI) from the McAfee Institute (attached as Ex. B). These certifications should satisfy this Court's previously expressed concerns as to whether Professor Verret and Dr. Cabanas can testify as to blockchain analysis, as these certifications are equal to or exceed the certifications held by the Government's proffered expert witnesses.

The Defense further requests that this Court rule on the Defendant's Motion to Dismiss (Dkt. 46). Particularly, the Defense requests a decision on the venue issue, as it seeks guidance on this issue as well as the statute of limitations issue in relation to the trial.

Finally, the Defense asks this Court for clarification on its interpretation of FRE 704 as it relates to expert testimony on ultimate issues.

Dated: February 11th, 2024
Brooklyn, New York

                              Respectfully submitted,

                              /s/ Michael Hassard
                              Michael Hassard (NYS Bar No. 5824768)
                              *Pro Hac Vice*
                              Tor Ekeland Law, PLLC
                              30 Wall Street, 8th Floor
                              New York, NY
                              t:  (718) 737 - 7264
                              f:  (718) 504 - 5417
                              michael@torekeland.com

                              /s/ Tor Ekeland
                              Tor Ekeland (NYS Bar No. 4493631)
                              *Pro Hac Vice*
                              Tor Ekeland Law, PLLC
                              30 Wall Street, 8th Floor
                              New York, NY
                              t:  (718) 737 - 7264
                              f:  (718) 504 - 5417
                              tor@torekeland.com

                              *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.Pearlman@usdoj.gov