# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant*. | Criminal Action No. 21-399 (RDM) |

## ORDER

The Court has been informed that there is difficulty with respect to barber services at the D.C. Jail. As a result, the Defense has requested permission for Mr. Sterlingov to shave each morning prior to trial with an electric razor provided by defense counsel. It is hereby **ORDERED** that the Defense's request is **GRANTED**.

It is further **ORDERED** that the U.S. Marshals Service shall permit Mr. Sterlingov to shave using an electric razor prior to trial each morning until the close of trial. If the U.S. Marshals Service has any security concerns regarding this procedure, the Court requests that those concerns be promptly brought to the Court's attention.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: February 21, 2024