**Pelker, Catherine (CRM)**

| | |
|---|---|
| **From:** | Pelker, Catherine (CRM) |
| **Sent:** | Monday, February 12, 2024 10:03 PM |
| **To:** | Jeff M. Fischbach, ABFE |
| **Cc:** | Pearlman, Jeffrey (CRM); Brown, Christopher (USADC); Tor Bernhard Ekeland; Michael Hassard |
| **Subject:** | RE: [EXTERNAL] Sterlingov Password Document |

Hello Mr. Fischbach,

You may recall that because of the volume of discovery, the files were provided on multiple drives. If you open the "BTC-Fog_Disco_Log" file that is visible on your first screenshot, it should include a key. Your second screenshot appears to be showing the contents of BTC_F-3. The relevant file was on BTC_F-2.

*C. Alden Pelker*
Deputy Director, National Cryptocurrency Enforcement Team
Computer Crime & Intellectual Property Section
Criminal Division
U.S. Department of Justice
Catherine.Pelker@usdoj.gov

---

**From:** Jeff M. Fischbach, ABFE
**Sent:** Monday, February 12, 2024 9:29 PM
**To:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Cc:** Pearlman, Jeffrey (CRM) <Jeffrey.Pearlman2@usdoj.gov>; Brown, Christopher (USADC) <CBROWN8@usa.doj.gov>; Tor Bernhard Ekeland <tor@torekeland.com>; Michael Hassard <Michael@torekeland.com>
**Subject:** Re: [EXTERNAL] Sterlingov Password Document

That sounds like it would be found inside a forensic image file, as opposed to outside.

If it helps, here are the root and secondary folders on that drive. Doesn't that provide any clues?

Jeff Michael Fischbach
Forensic Technologist ■ Litigation Consultant ■ Adviser ■ Lecturer ■ Public Speaker
SecondWave, Inc., Los Angeles, CA
http://linqapp.com/jeff_fischbach

On Mon, Feb 12, 2024, 9:19 PM Jeff M. Fischbach, ABFE wrote:

> If you're still up for a bit, I'll have a look and let you know.

On Mon, Feb 12, 2024, 9:14 PM Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov> wrote:

> Hello Mr. Fischbach,
>
> I will confirm this with our expert, but below is the information that I have regarding the file:

1

The file name is hq1.psafe3.

It was retrieved from the SanDisk Cruzer Blade 8GB USB (IRS 1000275898_2_A_USB3; FBI 1B9_13)

The file path is home/heavydist/Documents/hq1.psafe3

The password is "███████████"


Regards,


*C. Alden Pelker*
Deputy Director, National Cryptocurrency Enforcement Team
Computer Crime & Intellectual Property Section
Criminal Division
U.S. Department of Justice
Catherine.Pelker@usdoj.gov
███████████

---

**From:** Jeff M. Fischbach, ABFE <███████████>
**Sent:** Monday, February 12, 2024 8:49 PM
**To:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>; Pearlman, Jeffrey (CRM) <Jeffrey.Pearlman2@usdoj.gov>; Brown, Christopher (USADC) <CBROWN8@usa.doj.gov>
**Cc:** Tor Bernhard Ekeland <tor@torekeland.com>; Michael Hassard <Michael@torekeland.com>
**Subject:** [EXTERNAL] Sterlingov Password Document


Good evening! Sorry for the late evening email. I wanted to readh-out and see if any of you could help identify the location of the "password document" ("psafe") on the encrypted HD. Possibly Michael misheard the name of the file, but I have been unable to find anything by that name, outside any device image files.


Any direction would be greatly appreciated.


Best,


Jeff Michael Fischbach
Forensic Technologist ■ Litigation Consultant ■ Adviser ■ Lecturer ■ Public Speaker

SecondWave, Inc., Los Angeles, CA
http://linqapp.com/jeff_fischbach