UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ROMAN STERLINGOV,

    *Defendant*.

Criminal No. 21-399 (RDM)

## JURY VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**Count One: Conspiracy to Money Launder**

    __X__        _____
    Guilty      Not Guilty

**If you find the Defendant guilty beyond a reasonable doubt as to Count One, do you unanimously find:**

The Defendant conspired to launder money in violation of 18 U.S.C. § 1956(a)(1)(A)(i) (object one)?

    Yes __X__      No _____

The Defendant conspired to launder money in violation of 18 U.S.C. § 1956(a)(1)(B)(i) (object two)?

    Yes __X__      No _____

**Count Two: Money Laundering**

    __X__        _____
    Guilty      Not Guilty

### Count Three: Operating an Unlicensed Money Transmitting Business

__X__  _____
Guilty    Not Guilty

**If you find the Defendant guilty beyond a reasonable doubt as to Count Three, do you unanimously find:**

The Defendant operated a money transmitting business without an appropriate money transmitting license in the District of Columbia?

Yes __X__    No _____

The Defendant operated a money transmitting business that failed to comply with the money transmitting business registration requirements under federal law?

Yes __X__    No _____

The Defendant operated a money transmitting business that involved the transportation or transmission of funds that were known to the Defendant to have been derived from a criminal offense or were intended to be used to promote or support unlawful activity?

Yes __X__    No _____

### Count Four: Money Transmission Without a License in D.C.

__X__  _____
Guilty    Not Guilty

Dated this _12_ day of March, 2024

Signature of Foreperson