### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ROMAN STERLINGOV,

*Defendant.*

Criminal No. 21-399 (RDM)

### SPECIAL VERDICT FORM FOR FORFEITURE PROCEEDING

1. We, the jury, unanimously find by a preponderance of the evidence, that $349,625.72, seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is:

    Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts One, Two, and Three of the Indictment, namely Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business, or property traceable thereto.

    YES _____X_____

    NO _____

2. We, the jury, unanimously find by a preponderance of the evidence, that approximately 0.10877 Bitcoin (BTC) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is

    Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts One, Two, and Three of the Indictment, namely Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business, or property traceable thereto.

1

YES _____ X _____

NO _____

3.  We, the jury, unanimously find by a preponderance of the evidence, that approximately 205.9625 Ethereum (ETH) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is:

> Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts One, Two, and Three of the Indictment, namely Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business, or property traceable thereto.

> YES _____ X _____

> NO _____

4.  We, the jury, unanimously find by a preponderance of the evidence, that approximately 9,371.52683 Stellar (XLM) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is

> Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts One, Two and Three of the Indictment, namely Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business, or property traceable thereto.

> YES _____ X _____

> NO _____

5.  We, the jury, unanimously find by a preponderance of the evidence, that approximately 35.9998 Monero (XMR) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN, named in the Forfeiture Allegation of the Indictment, is

Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts One, Two, and Three of the Indictment, namely Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business, or property traceable thereto.

YES _____ X _____

NO _____

6. We, the jury, unanimously find by a preponderance of the evidence, that approximately 1,354 BTC currently held in the Bitcoin Fog wallet, identified by root address 1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw, named in the Forfeiture Allegation of the Indictment, is

Property, real or personal, involved in the offense(s) for which defendant Roman Sterlingov has been convicted as charged in Counts One, Two, and Three of the Indictment, namely Money Laundering Conspiracy, Money Laundering, and/or Operating an Unlicensed Money Transmitting Business, or property traceable thereto.

YES _____ X _____

NO _____

Dated this 12 day of March, 2024

Signature of Foreperson

3