```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                       Criminal Action
4              Plaintiff,             No. 1: 21-399

5         vs.                          Washington, DC
                                       February 29, 2024
6    ROMAN STERLINGOV,
                                       9:38 a.m.
7              Defendant.
     _____/          MORNING PROCEEDINGS
8

9                    TRANSCRIPT OF JURY TRIAL
             BEFORE THE HONORABLE RANDOLPH D. MOSS
10                UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiff:      CATHERINE PELKER
                             U.S. DEPARTMENT OF JUSTICE
14                           950 Pennsylvania Ave NW
                             Washington, DC 20530
15
                             CHRISTOPHER BRODIE BROWN
16                           DOJ-USAO
                             601 D Street, N.W.
17                           Suite 5.1527
                             Washington, DC 20530
18
                             JEFFREY PEARLMAN
19                           DOJ-CRM
                             Ccips
20                           US Dept of Justice
                             1301 New York Ave NW
21                           Washington, DC 20005

22

23               APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                      APPEARANCES CONTINUED

 2    For the Defendant:       TOR EKELAND
                               MICHAEL HASSARD
 3                             TOR EKELAND LAW PLLC
                               30 Wall Street
 4                             8th Floor
                               Brooklyn, NY 10005
 5

 6
      Court Reporter:          SHERRY LINDSAY
 7                             Official Court Reporter
                               U.S. District & Bankruptcy Courts
 8                             333 Constitution Avenue, NW
                               Room 6710
 9                             Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        TABLE OF CONTENTS

 2                           WITNESSES

 3    Valerie Mazars de Mazarin

 4         Cross-examination by Mr. Ekeland          5
           Redirect examination by Ms. Pelker       54
 5

 6    Theodore Vlahakis

 7         Direct examination by Mr. Pearlman        71
           Cross-examination by Mr. Ekeland         81
 8         Redirect examination by Mr. Pearlman     84

 9    Larry Harmon

10         Direct examination by Mr. Pearlman       85

11

12                          EXHIBITS

13    Defense Exhibit 32                            27
      Government Exhibit 35B                        78
14    Government Exhibit 45C                         87
      Government Exhibit 45D                         89
15    Government Exhibits 46, 46A                   100

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S
2           THE COURT:  All right.  Anything before we get the
3    jury?
4           MS. PELKER:  No, Your Honor.  Just if we need to call
5    the case and enter our appearance.
6           THE COURT:  We can call the case with the jury here.
7           But, Mr. Ekeland.
8           MR. EKELAND:  Yes, Your Honor.  One small thing,
9    yesterday it is my understanding that when Mr. Sterlingov was
10   in court, somebody managed to gain access to his cell, we think
11   by fooling the guard who was controlling the opening and
12   closing of the gate.  They stole all of his food.  He has
13   documents subject to protective order in this case in that
14   cell.  We are not aware if any of them were stolen.  But
15   Mr. Sterlingov wasn't able to do a complete review.  But we
16   just wanted to put on the record that somebody gained access
17   without authorization to his cell yesterday.
18           And just to the extent that the Court does have any
19   sway in these matters, if we could get him transferred over to
20   CTF, we would appreciate that.
21           THE COURT:  All right.  Let's go ahead and get the
22   jury.
23           (Jury in at 9:39 a.m.)
24           THE COURT:  All right.  Welcome back, members of the
25   jury.  And the witness can come back to the witness stand.
```

1          Is the government done?

2          MS. PELKER:  Yes, Your Honor.

3          THE COURT:  So it is your witness, Mr. Ekeland.

4          THE COURTROOM DEPUTY:  Criminal case 21-399, *United

5  States versus Roman Sterlingov*.

6          Would counsel please approach the podium, state their

7  name for the record starting with government counsel.

8          MS. PELKER:  Good morning, Your Honor.  Alden Pelker

9  for the United States joined at counsel table by Christopher

10  Brown and Jeff Pearlman.

11          THE COURT:  Okay.

12          MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland

13  for defendant, Roman Sterlingov, who is present in court.  And

14  joining me at counsel table is Michael Hassard.

15          THE COURT:  All right.  Good morning.  And you can

16  proceed when you are ready.

17          MR. EKELAND:  Thank you, Your Honor.

18                         CROSS-EXAMINATION

19  BY MR. EKELAND:

20  Q.   Good morning, Ms. Mazars.

21  A.   Good morning.

22  Q.   Are you ready?

23  A.   Yes.

24  Q.   When you searched Mr. Sterlingov's devices, you didn't

25  find any of the private keys to the Bitcoin Fog cluster?

CROSS-EXAMINATION OF MS. MAZARS                          6

1   A.   No.

2   Q.   And you didn't find any of those private keys to the

3   Bitcoin Fog cluster in any of Mr. Sterlingov's private notes?

4   A.   No.

5   Q.   And you didn't find any administrator passwords to Bitcoin

6   Fog in his decrypted password vault?

7   A.   Not labeled as such, no.

8   Q.   And you didn't find any log-in credentials to the Bitcoin

9   Fog servers in any of Mr. Sterlingov's devices?

10  A.   There were a lot of log-in credentials, but none of them

11  were labeled for Bitcoin Fog.

12  Q.   And as far as you were aware, none of them were to Bitcoin

13  Fog?

14  A.   Not that I am aware, no.

15  Q.   And the phrase Bitcoin Fog doesn't appear anywhere in any

16  of his devices?

17  A.   Not that I saw, no.

18  Q.   And the phrase Bitcoin Fog doesn't appear anywhere in his

19  notes?

20  A.   No, not that I saw.

21  Q.   And the phrase Bitcoin Fog doesn't appear anywhere in his

22  emails that you searched?

23  A.   I didn't review all of the emails, but I didn't see it.

24  Q.   And you are not aware of there being a trace of anything

25  related to Bitcoin Fog on any of his devices?

1    A.    To -- like the website or the money, like specifically by

2    name?

3    Q.    Specifically by name?

4    A.    No.

5    Q.    And in relation to the clearnet website

6    www.BitcoinFog.com, you didn't find a trace of that on any of

7    his devices, did you?

8    A.    No.

9    Q.    And you worked with Mr. Scholl on this investigation?

10    A.    Yes.

11    Q.    And you communicated with him?

12    A.    Yes.

13    Q.    And you listened to his testimony in this court?

14    A.    Yes, some of it.

15    Q.    And you heard him testify that the government doesn't have

16    the Bitcoin Fog servers?

17    A.    Yes.

18    Q.    And he was telling the truth?

19    A.    Yes.

20    Q.    And you heard him testify that the government doesn't have

21    the Bitcoin Fog server logs?

22    A.    Yes.

23    Q.    And he was telling the truth?

24    A.    Yes.

25    Q.    And you heard him testify that the government doesn't have

1    the Bitcoin Fog ledgers?

2              MS. PELKER:  Objection, Your Honor, to the extent

3    that he is simply asking her to now comment on the truthfulness

4    of --

5              THE COURT:  Yeah.  Why don't you ask her the

6    questions yourself rather than asking about his testimony.  It

7    is more appropriate.

8    BY MR. EKELAND:

9    Q.   The government doesn't have the Bitcoin Fog ledgers, do

10   they?

11   A.   No.

12   Q.   And you haven't examined any of the source code to Bitcoin

13   Fog, have you?

14   A.   No, not that I am aware.

15   Q.   And could you explain to the jury what source code is?

16   A.   Source code is the underlying code that makes up the --

17   probably the website that you see and also the functionality of

18   how the site would work, the mixing, the transfer of Bitcoin,

19   et cetera.

20   Q.   Thank you.  And the reason you haven't examined the

21   Bitcoin Fog source code is because the government doesn't have

22   it?

23   A.   Well, the government never found the back end.  So even if

24   there were pieces of it, there was nothing I recognized as the

25   back end source code to Bitcoin Fog.  So, no, I didn't examine

CROSS-EXAMINATION OF MS. MAZARS                    9

1    anything like that.

2    Q.    And you just -- I wanted to make sure I heard you right.

3    You just testified that the government never found anything

4    related to the back end of Bitcoin Fog?

5    A.    Not that I am aware.

6    Q.    And are you aware of what programming language Bitcoin Fog

7    source code is written in?

8    A.    Well, I didn't review it, so not for certain.

9    Q.    And when you searched Mr. Sterlingov's devices, you didn't

10   find a single communication between him and anybody running

11   Bitcoin Fog, did you?

12   A.    Meaning Akemashite Omedetou?

13   Q.    Yes or anybody running Bitcoin Fog?

14   A.    No.

15   Q.    And you didn't find any communication between

16   Mr. Sterlingov and anybody -- well, withdrawn.

17        You didn't find any notes regarding the running of Bitcoin

18   Fog in any of Mr. Sterlingov's notes?

19   A.    Of Bitcoin Fog specifically, no.

20   Q.    And there is hundreds of pages of notes, aren't there?

21   A.    Yes, it appeared so.

22   Q.    And they are covering all sorts of aspects of

23   Mr. Sterlingov's life in great detail; correct?

24   A.    Yes.

25   Q.    And those notes span years?

1    A.    I am not sure of the actual dates, but I believe so.

2    Q.    And you also looked through his dating apps?

3    A.    No.  I looked from an extraction from a tablet that had

4    screenshots and photos.  And many of the screenshots appeared

5    to be of dating app chats.  But I don't remember if I looked

6    through specific dating apps.  Maybe on other phone

7    extractions, if Axiom had pulled them out in the chat message,

8    I might have seen them.  But I didn't pull out those apps

9    specifically to go through.

10   Q.    In those screenshots and everything that you just

11   mentioned that you looked through, you didn't see a single

12   communication between Mr. Sterlingov and anybody running

13   Bitcoin Fog?

14   A.    I mean, nobody else, no.

15   Q.    Now, I would just like to turn the discussion to your IP

16   address analysis.  Okay?

17   A.    Yes.

18   Q.    And that is what we -- you testified about I believe

19   yesterday; correct?

20   A.    Yes.

21   Q.    And that was the result of your IP address analysis is

22   what the government put up as that foam exhibit beside you?

23   A.    Yes, that was the summary of the results.

24   Q.    And could you just remind the jury again what an IP

25   address is?

CROSS-EXAMINATION OF MS. MAZARS

1  A.    An IP address is the identifier that a computer uses as

2  its address on the internet or the place that other computer's

3  communications can find it.

4  Q.    And an IP address can be spoofed; correct?

5  A.    Theoretically, yes.

6  Q.    Can you explain to the jury what IP address spoofing is?

7  A.    In some technical contexts there are ways to make IP

8  addresses appear to be other IP addresses.  Sometimes in

9  hacking conventions and places where there is public Wi-Fi, you

10  will see people attempt to run programs to disguise their IP

11  addresses as other ones.

12  Q.    And IP addresses aren't a form of personal identification,

13  are they?

14  A.    Not on their own, no.

15  Q.    And thousands of people can share the same IP address at

16  the same time?

17  A.    Thousands, yes, on some servers that would be big enough.

18  Q.    Like say "The New York Times" servers?

19  A.    Coming out of "The New York Times" servers?

20  Q.    Come in, coming out?

21  A.    Thousands of users could access the server, which is a

22  little different from sharing the IP.

23  Q.    But you wouldn't disagree with me that large numbers of

24  people can share the same IP address at the same time?

25  A.    Depending on what type of setup they are coming out of,

CROSS-EXAMINATION OF MS. MAZARS

1  no, I wouldn't disagree, there are some servers that could
2  support that.
3  Q.   For instance, the people in this courtroom using the
4  court's Wi-Fi are probably sharing the same IP address;
5  correct?
6  A.   Yes, probably.
7  Q.   We are not the same people because we are sharing the same
8  IP address; correct?
9  A.   Right, not the same people.
10 Q.   And if you were, say, selling Bitcoin to somebody in a
11 McDonald's or a cafe, you might log in to the same IP address
12 to complete that transaction; correct?
13 A.   Connect to McDonald's Wi-Fi to access -- yes, you might.
14 Q.   And in that case, those two people would be sharing the
15 same IP address; correct?
16 A.   Yes, they could be.
17 Q.   At the same time?
18 A.   Yes.
19 Q.   And the same thing could happen with open Wi-Fi in a cafe?
20 A.   Yes.
21 Q.   And do you recall testifying yesterday, I believe you read
22 I think it was from Mr. Sterlingov's notes about connecting to
23 open Wi-Fi in a cafe and whether it was safe?
24 A.   Yes.
25 Q.   Would you ever connect to an open Wi-Fi in a cafe without

CROSS-EXAMINATION OF MS. MAZARS

1   VPN?

2   A.    Sometimes, yes.

3   Q.    Sometimes.  But in the times that you didn't, why wouldn't

4   you?

5   A.    Usually, it was because I was doing work and wanted the

6   anonymity.

7   Q.    Right.  Because if you don't use VPN, when you connect to

8   open Wi-Fi in public, people can sniff your internet traffic;

9   right?

10  A.    Theoretically, yes, they could.

11  Q.    And then they could get your credit cards if you were

12  buying stuff on Amazon?

13  A.    I don't know about that because the traffic would be over

14  https and encrypted.

15  Q.    If -- well, that is -- if it was encrypted, they wouldn't

16  be able to get it.  But if it was http, they would be able to

17  sniff your information; right?

18  A.    Yes, they might.

19  Q.    And you are aware that there are people out there who

20  sniff internet traffic at public sites to collect information

21  like credit cards and personal information about people;

22  correct?

23  A.    Yes, I am aware of that.

24  Q.    And that is why people use -- one of the reasons people

25  use VPNs is to protect their information when it is being

CROSS-EXAMINATION OF MS. MAZARS

1   transmitted on the internet; correct?

2   A.   Yes, I would agree with that.

3   Q.   And there are a large number of companies that offer a

4   variety of VPN services; correct?

5   A.   Yeah, there are quite a few.

6   Q.   And you use VPN on a regular basis?

7   A.   Yes.

8   Q.   And you use it for security reasons?

9   A.   I use it for a variety of different reasons.  But, yes,

10  sometimes for security.

11  Q.   Could you tell the jury some of those reasons?

12  A.   Oftentimes, I will use it for work if I need to look up a

13  website of interest or work, meaning investigation-related

14  topics, but I am at home.  I don't necessarily want those

15  searches to be coming out of my home and linked over the

16  internet with my IDs and things I am interested in.  So that is

17  probably the most common time I turn my VPN on is when I want

18  to -- my internet browsing to go into work mode.

19  Q.   And the VPN helps protect your personal privacy, doesn't

20  it?

21  A.   Yes.

22  Q.   It helps keep you safe?

23  A.   Yes, I believe so.

24  Q.   And do you recall testifying about proxy servers

25  yesterday?

CROSS-EXAMINATION OF MS. MAZARS

1    A.    Yes.

2    Q.    And proxy servers are similar to VPNs in that they protect

3    your privacy?

4    A.    Yes.  They do give you -- like VPNs, they give you a

5    different IP address to come out of so that it is not your own,

6    so it would conceal your own personal one from the rest of the

7    internet.

8    Q.    And a lot of businesses use proxy servers?

9    A.    I am not really sure.

10   Q.    You have no reason to believe that is not true?

11   A.    Use them how so?

12   Q.    I'm sorry?

13   A.    Because Who is lookups, a lot of times businesses' main IP

14   addresses, as I trace them, do come back the business on the

15   record.  But I don't know what other -- so in those cases they

16   might not be using proxy servers, there could be other uses

17   they have for proxy servers that I am not thinking of.

18   Q.    There is a lot of businesses that rent proxy servers just

19   like VPNs?

20   A.    I don't know.

21   Q.    And could you explain to the jury the difference between a

22   static and a dynamic IP address?

23   A.    In general, a static IP address stays the same.  And a

24   dynamic IP address will change slightly each time you connect

25   to it.  One way -- for example, at home you could set up your

1    router if you -- because of the way you have things set up,

2    always want to come out of the same exact IP address each time

3    you set it to be static.  But if you set it to be dynamic, it

4    uses something called DHCP to pick an IP within a range that is

5    available to you.

6    Q.    And server logs, among other things -- but server logs

7    record IP addresses; correct?

8    A.    Yes, generally, they do.

9    Q.    And generally they record the time that the IP address

10   logs into the server?

11   A.    Yes.

12   Q.    And usually the server logs tell you what time zone the IP

13   address is logging in from -- I guess the time zone for the

14   server; correct?

15   A.    I would say connects to instead of logs in, more like

16   accesses.  Sometimes the time zone is specified, but other

17   times I found it to be implied.

18   Q.    And when you did your IP address analysis you actually

19   didn't have native server logs to do that analysis; correct?

20   A.    I am not sure which original form they had.  Many of them

21   were provided in the form of what looks like legal process or

22   spreadsheets.  But IRS and FBI in some cases gave me those.

23   Q.    But you don't know if you actually reviewed the original

24   server logs when you did your IP address analysis?

25   A.    In their original form, I don't know.  And some of them

1    looked like they may have been pulled from the company or

2    organization.  So, in some cases, no.

3    Q.   And the time stamps in the documents that you reviewed to

4    get the log-in information, not all of them told you what time

5    zone the log in was in; correct?

6    A.   I believe that is correct.

7    Q.   And you just -- when you didn't know what -- withdrawn.

8         When the time zone wasn't designated, you just assumed it

9    was UTC?

10   A.   No, I did a few more steps.  If the time zone wasn't

11   specifically indicated in the time stamp or at the very top,

12   then I'd go back into other documentation that came with the

13   data in the logs, if there was a registration info or something

14   I'd read through those to see if time zone was indicated for

15   the whole set anywhere else.  But in the absence of any time

16   zone information at all or a note saying all times are local,

17   for example, then I went with the convention, which is UTC.

18   Q.   And that means potentially the times that you are using

19   for your timing analysis could be off by hours?

20   A.   If the provider of the records had them in a specific time

21   zone and didn't indicate that, then the offset could be a

22   matter of hours.

23   Q.   Uh-huh.  And you didn't examine any of the traffic logs

24   for the servers involved?

25   A.   The only traffic I examined were for the Moon VPN servers.

 1   But I don't believe that that data was part of the IP analysis.

 2   I don't think so.

 3   Q.    And just I think you answered my question.  I want to make

 4   sure I understood you.  So for the IP address analysis, you

 5   didn't look at any of the traffic logs for the servers involved

 6   with that?

 7   A.    Unless they were provided in the set to analyze.

 8   Q.    And there were no log-out times recorded in the legal

 9   process that you looked at?

10   A.    I'm sorry.  Did you say log-out times?

11   Q.    Yes, log out.

12   A.    I think there might have been some log-out times in there.

13   But I didn't consider the specific action that was happening

14   when I looked at the IP access.  I treated log in and log outs

15   neutrally.  There might have been some log-out lines though.

16   Q.    And when -- just now you were describing your methodology

17   that you used in this IP address overlap.  This was the first

18   time that you have ever done this; correct?

19   A.    Comparing different data sources looking for IP addresses

20   that appear in common and how close together, to clarify, is

21   something that I do for almost every case.  But the specific

22   way I conducted this analysis, I designed for the data set I

23   was given.

24   Q.    And that was -- this was the first time that you did it

25   this specific way; correct?

1          MS. PELKER:  Objection; asked and answered.

2          MR. EKELAND:  She didn't answer the question.

3          THE COURT:  I think she did answer the question.

4   BY MR. EKELAND:

5   Q.   And this methodology, you can't name me one scientific

6   peer-reviewed paper attesting to its accuracy?

7   A.   It is not a scientific methodology.  It was a research

8   analysis.

9   Q.   And can you name me one academic white paper, research

10  paper attesting to the accuracy of your methodology?

11  A.   The methodology in particular, I didn't define in a

12  scientific way, so it couldn't be tested.  It was a review of

13  different data sources and an analysis of the observations in

14  there.  And what that meant to my interpretation of -- so I

15  didn't define like a peer abstract methodology that I could

16  search other papers for.

17  Q.   So would it be fair to say that it was a nonscientific

18  methodology?

19          MS. PELKER:  Objection; misstating the witness'

20  testimony.

21          THE COURT:  My concern is just perhaps some confusion

22  about how you are both using the word scientific.  And so maybe

23  it is better to ask her how she would characterize her

24  methodology.  I think there may be some disconnect between the

25  way you are using the word scientific.

1    BY MR. EKELAND:

2    Q.    In terms of your IP address analysis, you actually didn't

3    make any attributions in relation to who -- the identity behind

4    any of the emails that were part of your IP address analysis?

5    A.    That is correct.  The attributions were made by the case

6    team in general.  But that analysis looked for users in common

7    without specifically naming any users.

8    Q.    And you don't actually attribute the shormint@hotmail.com

9    email address to Mr. Sterlingov in your analysis, do you?

10   A.    In that writeup, no.

11   Q.    And when you -- in that writeup that we are discussing at

12   the end of it, this is your -- if I am understanding your

13   conclusions in your analysis, you have two groups of email

14   addresses at the end of that report that you are talking about?

15   A.    Yes.

16   Q.    And the first group of -- you say email addresses that

17   were likely to have been used maybe by the same user in that

18   group you put Mr. Sterlingov's heavydist@gmail.com, his

19   plasma@plasmadivision.com, I think the log in to his Killdozer

20   account on Bitcoin Talk and the cray Killdozer -- his cray

21   Killdozer Twitter account and I think you also put Volf.prius

22   in there.  But you don't put shormint@hotmail.com in that

23   group, do you?

24   A.    Although I am doing this from memory, I have don't have it

25   in front of me.  I believe Shormint was in the second bullet

1  point group.

2  Q.   And the second bullet point group you said likely was the

3  same user, you grouped Shormint@hotmail.com, the

4  NFS9000@hotmail.com account that was associated with Mt. Gox

5  account number 2; and you also put the Kolbasa99.ru account in

6  that group; correct?

7  A.   I believe so.  That sounds right.

8  Q.   And the majority, but not all, of your IP address analysis

9  involved these series of traces that Mr. Scholl did in October

10 related to those transactions you heard him testify about in

11 October and November of 2011?

12 A.   I'm sorry.  Did you ask if the analysis involved them?

13 Q.   Let me rephrase if my question wasn't clear.

14    The email -- your IP address analysis was -- the date

15 range for that was between 2011 and 2013?

16 A.   I don't really remember.

17 Q.   Do you remember looking at the traces that Mr. Scholl did,

18 such as the trace for the initial DNS registration and the

19 traces involving Mt. Gox account number 2 and Mt. Gox account

20 number 3?

21 A.   Yes, I think I looked at those traces.

22 Q.   And those traces were all just in October and November of

23 2011?

24 A.   I am not sure.

25 Q.   Do you recall looking at any other traces besides the

1    October, November 2011 traces?

2    A.    I could have.  But I don't remember them very distinctly,

3    since the money tracing isn't my essential area, so I am not

4    sure.  But I could have, for sure.

5    Q.    And none of the IP addresses or anything that you looked

6    at when you did your IP address analysis involved a log-in to

7    the Bitcoin Fog server, did it?

8    A.    No.

9    Q.    You don't know any kind of statistical error rate or

10   anything for your IP address analysis, do you?

11   A.    It wasn't a statistical analysis.

12   Q.    You were essentially guessing?

13          MS. PELKER:  Objection.

14          THE WITNESS:  No.

15   BY MR. EKELAND:

16   Q.    But you can't tell me with certainty the identification of

17   anyone behind any of those emails?

18   A.    I did not in that writeup attribute any of the emails to

19   any specific person, other than what research the case team had

20   already did.

21   Q.    You recall testifying about the Tor browser?

22   A.    Yes.

23   Q.    And the Tor browser was developed by the United States

24   Navy?

25   A.    Originally, yes, it was.

1    Q.    And the United States Navy did it to hide its signal

2    traffic; correct?

3    A.    I believe so.

4    Q.    And then the United States Navy gave it to the Tor

5    nonprofit?

6    A.    I think so.

7    Q.    The Tor browser and Tor is now administered by a

8    nonprofit?

9    A.    Yes.

10    Q.    And anybody in this courtroom could can go on the internet

11    and download the Tor browser?

12    A.    Yes.

13    Q.    And the Tor browser is a privacy tool?

14    A.    Yes, sometimes it gets described that way.

15    Q.    And you would agree with me that political dissidents all

16    over the world use the Tor browser to protect themselves?

17            MS. PELKER:  Objection; relevance.  There is no

18    suggestion that Mr. Sterlingov is a political dissident.

19            THE COURT:  It may be better to lay a foundation to

20    see if she has any knowledge of which particular groups are

21    using it.

22            MR. EKELAND:  I can move on, Your Honor.

23            THE COURT:  You are welcome to ask the question, I

24    just think you need a foundation.

25            MR. EKELAND:  It is okay.

CROSS-EXAMINATION OF MS. MAZARS

1          THE COURT:  I remind the jury that the questions are

2     not evidence.

3     BY MR. EKELAND:

4     Q.   I would like to turn to your device review.  Mr. Hassard,

5     if we could get up what is in evidence as Government

6     Exhibit 710A and go to page 6.

7          And do you see down here where it says, paint that shields

8     against radio waves?

9     A.   Yes.

10    Q.   Do you remember reading that to the jury yesterday in your

11    testimony?

12    A.   Yes.

13    Q.   And when you reviewed Mr. Sterlingov's devices, were any

14    of them painted with radio wave blocking paint?

15    A.   No.

16          MR. EKELAND:  You can take this down, Mr. Hassard.

17    BY MR. EKELAND:

18    Q.   You testified as to I think file carving yesterday?

19    A.   Yes.

20    Q.   Could you explain to the jury what that is?

21    A.   File carving is a process by which forensic tools usually

22    scan through unallocated space, so the parts of the computer's

23    hard drive that aren't being taken up by files that appear to

24    the user.  And it is a process of looking through and

25    attempting to pull out files and parts of files that may have

1    been left behind by previous uses.

2    Q.    And you performed file carving on Mr. Sterlingov's

3    devices?

4    A.    Yes, I did.

5    Q.    And you testified previously you didn't find anything

6    related to Bitcoin Fog?

7    A.    No.

8    Q.    And do you recall testifying about RAID yesterday?

9    A.    Yes.

10    Q.    And RAID stands for redundant array of inexpensive disks?

11    A.    Independent.

12    Q.    Thank you.  And that is just a way, essentially, of just

13    sort of grouping a bunch of hard drives together; correct?

14    A.    Yes.  Having them work together to act as one entity.

15    Q.    And as part of that process, the RAID process in setting

16    up all of these hard drives, you have to zero out the hard

17    drives; right?

18    A.    I have set up a RAID before without wiping or zeroing out

19    the hard drives.  But it usually involves formatting them,

20    which will overwrite it with the type of structure it needs.

21    But I don't believe I have set one up without doing a full zero

22    out.

23    Q.    But normally -- and it is not unusual to zero out the hard

24    drives and reformat them, as you say, when you are setting up a

25    RAID configuration?

1    A.    Zeroing out and reformatting are slightly different, but,

2    no, it is not uncommon to start from empty drives.

3    Q.    And as part of your forensic review, you create a log or a

4    list of all of the devices that you are reviewing for a case?

5    A.    They weren't all the devices that I ever reviewed.

6    Because in this case, review was very rolling and ongoing.  But

7    at one point to get organized, I loaded many of the devices

8    that FBI provided me into one forensic tool list.  And I went

9    through and tagged files of interest from there.  At the end, I

10   gathered all of the tags and exported those so the devices that

11   they came from would be in that spreadsheet too.  Is that

12   the --

13   Q.    But you also created -- maybe it is, but did you also

14   create a list of the devices in this case that you reviewed

15   and --

16        Mr. Hassard, if you could put up what is not in evidence

17   as Defendant's Exhibit 32.

18   A.    I also did build a markdown table of devices I reviewed

19   with some short notes about what was on them at a high level to

20   assist the case team in remembering generally which one was

21   which.

22   Q.    If you could look at your screen right there.  And do you

23   see that.  Is that what you were just talking about?

24   A.    Yes, that is the table.

25   Q.    And that says that you are the author of it?

1    A.    Yes, I wrote this.

2    Q.    And you created that in the course of working on this

3    case?

4    A.    Yes, that is right.

5    Q.    And this is an accurate, authentic depiction of the device

6    summary that you created?

7         Mr. Hassard can scroll through it, if you would like.

8    A.    I thought I had it in a table format, but the contents and

9    the structure all look the same.

10              MR. EKELAND:  Your Honor, at this point in time, the

11   defense would like to offer what has been marked for

12   identification as Defendant's Exhibit 32 into evidence?

13              THE COURT:  Any objection?

14              MS. PELKER:  No objection, Your Honor.

15              THE COURT:  Defense Exhibit 32 is admitted and may be

16   published to the jury.

17              (Whereupon, Defense Exhibit No. 32 was admitted.)

18   BY MR. EKELAND:

19   Q.    And, Mr. Hassard, if you could scroll down a little bit to

20   the next page.  And right there, can you stop there.

21   Mr. Hassard, can you go down a little bit?  I'm sorry.  No,

22   keep going.

23         And if you -- do you see right here where it says a 6

24   terabyte hard drive BitLocker encrypted?

25   A.    Yes.

1   Q.    Could not review.  Could you explain to the jury what

2   BitLocker is?

3   A.    BitLocker is Windows' full disk encryption.

4   Q.    And who provided you with these items for review?  Did you

5   pick them up from the IRS or how did you end up with them? I

6   guess is what I am asking.

7   A.    When I made this list, I was reviewing the evidence items

8   in the form of their images, which had already been put on

9   FBI's network.  So I went to the network where FBI hosts these

10   things and went to the folder for the Bitcoin Fog case.  And

11   all of these images were there in the folder labeled.  And all

12   of the computer ones that were compatible with my tool, I added

13   one at a time and then started to look through them.  I noticed

14   that one of those images was encrypted and the data wasn't

15   showing up.  So I added it to the list because it was one of

16   the files that I ingested, the image files.

17       But since I didn't remember anything about any of the

18   devices being that big and encrypted, I asked around the case

19   team for it.  And it turned out that what I believe happened,

20   is that someone at FBI had made an image of a staging hard

21   drive that IRS had used and added it it to the same folder, so

22   that that hard drive should have been in like a working copy

23   folder.  But instead at some point, someone made an image of

24   it, which would be encrypted because the hard drives we use are

25   pin protected.  And that image ended up in the same folder.  So

1    it ended up in the report, because it was part of the analysis

2    I did.  But after writing it up this way, I determined that it

3    wasn't one of Mr. Sterlingov's hard drives.

4    Q.   It is a mistake?  It shouldn't have been listed as one of

5    his devices?

6              MS. PELKER:  Objection; this isn't a list of his

7    devices.

8              MR. EKELAND:  Can we scroll to the top of this

9    exhibit?

10   BY MR. EKELAND:

11   Q.   Sterlingov device review summary is what it says at the

12   top; correct?

13   A.   Indicating, yes, they were the devices I reviewed for the

14   Sterlingov case.

15   Q.   Just to be clear, that 6 terabyte BitLocker encrypted

16   device was not seized from Mr. Sterlingov when he was arrested

17   at the airport?

18   A.   After reviewing it, I determined that, yes, it was not one

19   of the seized devices.

20   Q.   Mr. Hassard, if we could go to Government Exhibit 368.

21   And this should be in evidence, I believe.

22             THE COURTROOM DEPUTY:  It is in there, but as a

23   demonstrative.

24             It is in evidence as a demonstrative.

25             MR. EKELAND:  As a demonstrative.  Can we publish

1    this to the jury?

2              THE COURT:  You can.

3    BY MR. EKELAND:

4    Q.   Ms. Mazars, do you recall testifying about

5    Mr. Sterlingov's phone the other day, the LTE device?

6    A.   Oh, the LTE device, yes.

7    Q.   Yes.  And this is essentially -- what is happening here is

8    there is -- this is just essentially a way for somebody to get

9    multiple internet streams and combine them into one stream; is

10   that correct?

11   A.   I am not sure if they are always combined or if sometimes

12   they are split up and distributed, because I never tested it

13   out.  But there can be multiple SIM cards, because there are

14   four spots here, at least out of the box.

15   Q.   But you never tested the device?

16   A.   I never turned it on and tried to make it stream, no.

17   Generally, unless there is a real need to, I don't do that with

18   evidence items.

19   Q.   Do you recall testifying yesterday about how the phone

20   could be used to avoid law enforcement?

21   A.   The LTE device?

22   Q.   Yes.

23   A.   Yes.

24   Q.   And do you recall one of the things I think you said was

25   that one of the ways that that could be done is if law

CROSS-EXAMINATION OF MS. MAZARS

1    enforcement was just monitoring one stream and another -- law

2    enforcement was monitoring modem number 1 and the activity that

3    was really happening was on number 4, that would be a way to

4    evade law enforcement.  Do I have your testimony right on that?

5    A.    That is not what I was trying to say.  What I was

6    describing was that maybe the actor would have a home internet

7    connection or internet connection at work that law enforcement

8    would be monitoring.  But instead of connecting to that at all,

9    the actor would only connect to the LTE device.  I wasn't

10   referring to law enforcement monitoring only one modem.  I was

11   referring to the typical process where they might think to

12   monitor the house specifically and its traffic.

13   Q.    So that what you are -- in your hypothetical, the same

14   thing would happen if somebody just used a hotspot on their

15   smartphone?

16   A.    The built in one?  Yes.

17   Q.    There is -- essentially, I think if I understand your

18   hypothetical is that, well, law enforcement's monitoring

19   wouldn't work if the suspect just simply used another way to

20   access the internet.  Is that what you are saying?

21   A.    It wouldn't be exactly the same as a phone hotspot,

22   because I would say in most cases, when you are not using your

23   hotspot, you connect your phone to your home Wi-Fi.  So there

24   would still be some attribution there.  I would compare this

25   more to using an external hotspot that you never connected to

CROSS-EXAMINATION OF MS. MAZARS

1    your home network.

2    Q.    You are aware that you can buy devices like this on

3    Amazon?

4    A.    I didn't know that it was on Amazon, but I have no reason

5    to doubt that.

6    Q.    And when you examined this device, you didn't find a trace

7    of anything related to Bitcoin Fog, did you?

8    A.    No.

9    Q.    I would like to now talk about Linux and SSH, which you

10   were testifying about yesterday.  Do you recall that?

11   A.    Yes.

12   Q.    Could you explain to the jury what Linux is?

13   A.    Linux is an operating system.  If you think about Windows

14   or Mac OS being operating systems, so the software that lets

15   you interact with the computer in its own specific way.  Linux

16   is another version of those that programmers tend to like.

17   People who like to customize many aspects of their computer

18   experience tend to like Linux.  And it has a lot of free

19   add-ons and things like that.

20   Q.    There is roughly 33 million Linux users in the world,

21   aren't there?

22   A.    I am not sure.

23   Q.    Are you a Linux user?

24   A.    Yes, I am.

25   Q.    And Android phones operate on Linux?

1    A.    Yes, a form of Linux.

2    Q.    And then you testified about SSH.  Could you just remind

3    the jury what that is?

4    A.    SSH, secure shell is a form of a -- a way to remotely

5    connect to another computer server.  It is a command that you

6    type in a terminal or command prompt window.  It is SSH, and

7    the username you're logging into that computer as, at sign and

8    a way to access the computer.  So that will be an IP address

9    sometimes or other times it will be the domain name,

10   the dot-com.

11   Q.    And SSH is a little bit similar to VPN in that it is a

12   secure way of remotely logging into a computer in that somebody

13   can't sniff your traffic, because it is encrypted; right?

14   A.    It is encrypted.

15   Q.    Right.  And you use SHH all of the time?

16   A.    Yes.

17   Q.    And you use Bash all of the time; correct?

18   A.    Yes.

19   Q.    And could you just explain to the jury what Bash is?

20   A.    The command-type window where instead of using the visual

21   elements of the computer, you type in the commands directly

22   line by line or run scripts with them in.  That is what Bash

23   is.

24   Q.    And we are talking about all of this and what you were

25   talking about yesterday was all in the context of Linux and

1    Linux commands; correct?

2    A.    Yes.

3    Q.    So you also testified about SSH tunnels yesterday.  Could

4    you just explain to the jury what an SSH tunnel is, if you

5    know?

6    A.    I don't remember specifically talking about SSH tunnels.

7    I know I used tunnelings as a metaphor to explain encrypted

8    remote connections, but I don't specifically remember what you

9    are referencing.

10   Q.    So when you log in with SSH through Bash, which is like

11   the portal that you are logging in from.  You can either use

12   that to log in locally to the computer you are on or you can

13   use it to remotely access a computer thousands of miles away?

14   A.    Yes.

15   Q.    And one of the uses of Linux and SSH and Bash is for

16   people to remotely access their home computers; correct?

17   A.    Yes, they could.

18   Q.    And do you recall testifying yesterday or reading about a

19   site called ignorelist.com?

20   A.    Yes.

21   Q.    And ignore list is a dynamic DNS, isn't it?

22   A.    I believe so, yes.

23   Q.    Could you explain to the jury what a dynamic DNS is?

24   A.    Dynamic DNS is a service that you can sign up for,

25   sometimes pay for and use when you want an IP address to have a

CROSS-EXAMINATION OF MS. MAZARS

1    domain that points to it that doesn't change.

2        I discussed a little bit about how occasionally home IP

3    addresses can change or that addresses to some things on a home

4    network could shift around within a range.  So if you have

5    something set up to remotely connect to a network, oftentimes

6    someone's home network and the IP address changes, it would

7    break your connection.  So some people prefer to have a name

8    they can remember, a website name that acts as a shorthand way

9    to connect to their network.  And if the IP changes or anything

10   changes, they can go into their settings and update it so their

11   domain name still works.

12   Q.   Is it fair to say that it is a convenient way to log in to

13   your home computer remotely through Linux?

14   A.   To log into any computer.  I also saw it used when I

15   worked national security cyber in the context of virtual

16   private servers, but it is a -- I would say it is a convenience

17   mechanism.

18   Q.   And ignorelist.com is a free service?

19   A.   I don't remember the exact name of the DNS service, but

20   ignore list and Hop Do I remember from doing cyber research all

21   linked back to -- it might have been No IP, but one of the big

22   dynamic DNS services.

23   Q.   Mr. Hassard, if we could put up what is in evidence as

24   Government Exhibit 720.

25       And, Ms. Mazars, do you remember testifying about this

CROSS-EXAMINATION OF MS. MAZARS

1    yesterday?

2    A.    Yes.

3    Q.    And can you just briefly tell the jury what this is?

4    A.    This is a configuration file, so sort of a settings file

5    for a tool called Tiger VNC, which allows for remote

6    connections, connections to other computers that aren't there

7    on your network or physically there.

8    Q.    And Tiger VNC is a video application tool?

9    A.    Is a what?

10    Q.    It is for video viewing?

11    A.    I have never used it, so I am not sure.

12    Q.    You don't know -- you have no reason to think that it is

13    not?

14              MS. PELKER:  Objection, Your Honor.

15    BY MR. EKELAND:

16    Q.    -- for viewing media files and video?

17              THE COURT:  Sustained.  She said she doesn't know.

18    BY MR. EKELAND:

19    Q.    Bitcoin Fog wasn't a video site, was it?

20    A.    Not that I am aware of.

21    Q.    And in this configuration file you didn't see anything

22    related to configuring Bitcoin Fog?

23    A.    It is a configuration for the VNC tool, not for any

24    website, including Bitcoin Fog.

25    Q.    Right.  Thank you.  We can take this down, Mr. Hassard.

CROSS-EXAMINATION OF MS. MAZARS

1          If we can put up what is in evidence as Government

2     Exhibit 722.

3          And do you recognize this from your testimony yesterday?

4     A.   Yes.

5     Q.   And do you see where it says Putty.log?

6     A.   Yes, under log file name.

7     Q.   Thank you.  Could you explain to the jury what Putty is?

8     A.   Putty is a tool that allows for remote detections, TTY

9     connections specifically.  It is a client of sorts, meaning a

10    program that you would run to do the TTY connections to other

11    computers or servers.

12    Q.   And when you look at this, do you see anything in it that

13    is related to Bitcoin Fog?

14    A.   I don't see Bitcoin Fog referenced in this file.  I don't

15    know exactly what was used on the IP it was to connect to, but

16    nothing that I know to be directly related to Bitcoin Fog.

17    Q.   And this is entirely consistent with Mr. Sterlingov

18    remotely accessing his home computer?

19    A.   Yes, that is right.

20    Q.   And you said yesterday, I think if I heard you correctly,

21    that the government never obtained Mr. Sterlingov's home

22    computer or any of his computers in Sweden?

23    A.   Yes.

24    Q.   And the United States government worked with Swedish law

25    enforcement on this case for years; is that correct?

CROSS-EXAMINATION OF MS. MAZARS

1    A.    I don't know.

2    Q.    But the reason the government doesn't have

3    Mr. Sterlingov's Swedish computers has nothing to do with

4    Mr. Sterlingov; correct?

5    A.    I'm sorry.  I don't understand what you mean.

6    Q.    Well, Mr. Sterlingov did not in any way prevent the United

7    States government from seizing his computers in Sweden, did he?

8    A.    I don't know.  There is no way I am aware of.

9    Q.    Do you know why the United States government --

10         MS. PELKER:  Objection.

11   BY MR. EKELAND:

12   Q.    -- hasn't obtained Mr. Sterlingov's computers from Sweden?

13         THE COURT:  Yeah.  I think it is beyond the scope of

14   the witness' testimony.

15         MR. EKELAND:  She testified yesterday that the United

16   States government does not have Mr. Sterlingov's computers from

17   his apartment, so I am following up on that.

18         THE COURT:  Why don't you lay a foundation to see if

19   she has any knowledge on this topic, because it doesn't sound

20   like she does.

21   BY MR. EKELAND:

22   Q.    Do you know why the United States government does not have

23   Mr. Sterlingov's computers from Sweden?

24   A.    I have discussed briefly with members of the case team.  I

25   didn't entirely understand the details especially because a lot

1    of this played out on the administrative side and I think

2    before I was working on it.  I understood it to be issues

3    related to communication and timing, the timing of what actions

4    were being taken investigatively on the case until a certain

5    point when it just seemed too late to get them.  But I don't

6    understand legally and administratively exactly what went wrong

7    or what happened.

8    Q.   If we could take down this exhibit, Mr. Hassard.

9         If we could put up Government Exhibit 723.

10        Do you recall testifying about this exhibit yesterday?

11   A.   Yes.

12   Q.   And could you just briefly explain to the jury what we are

13   looking at?

14   A.   This is essentially attaching and -- so storage remotely

15   meaning a place where files could live, so that you could see

16   the files on a local computer.  You see the two folders

17   bunkerX_media and bunkerX media, one of them lives on the

18   computer, the person typing this is using, and the other is in

19   a remote location.  And it links the two so that those files

20   could be shared.

21   Q.   This is Linux; correct?

22   A.   I'm sorry?

23   Q.   This is Linux we are looking at; right?

24   A.   Yes.

25   Q.   And in Linux in order to access a hard drive, you have to

1    mount the hard drive; correct?

2    A.    Yes.

3    Q.    And that is not like say your normal PC where you don't

4    have to mount the hard drive to access the information;

5    correct?

6    A.    On Windows a lot of steps happen more automatically for

7    you, but you could.

8    Q.    But in Linux, you actually have to give the command to

9    mount the hard drive to access the hard drive?

10   A.    Yes, in Linux you need to do these things manually.

11   Q.    And so what we are seeing here is entirely consistent with

12   Mr. Sterlingov remotely accessing his home computer's hard

13   drive via Linux?

14   A.    If bunkerX is his home computer, yes.

15   Q.    Do you see how it says bunkerX_home?

16   A.    But home --

17   Q.    We can take that down.  I'm sorry?

18   A.    The home directory is the main user directory in Linux.

19   Q.    It could also be his home computer?

20   A.    It could also.

21   Q.    It is entirely consistent with it being his home computer?

22   A.    Yes.

23   Q.    And there is nothing on here that you see that is related

24   to Bitcoin Fog at all?

25   A.    No.

CROSS-EXAMINATION OF MS. MAZARS

1    Q.   Okay.  If we could move on to Government Exhibit 724.  And

2    this is essentially the unmounting of the hard drive, do I have

3    that correct?

4    A.   Yes, the script to unmount both.

5    Q.   Once again, we see bunkerX home at the end here.

6         You can take that down, Mr. Hassard.

7              THE COURT:  That wasn't a question.  You are

8    testifying.

9              MR. EKELAND:  I apologize, Your Honor, you are

10   correct.

11   BY MR. EKELAND:

12   Q.   Do you see how it says bunkerX home at the end?

13   A.   Yes, it says bunkerX home.

14   Q.   Thank you.  You can take that down, Mr. Hassard.

15        And if we could get up what we just -- can we get

16   Government Exhibit 725 up.

17        Do you recognize that from your testimony yesterday?

18   A.   Yes.

19   Q.   And do you see how it says ignorelist.com?

20   A.   Yes.

21   Q.   And that was the dynamic DNS that you just testified

22   about?

23   A.   Yes, that was my understanding.

24   Q.   And you don't see anything on here related to Bitcoin Fog

25   at all, do you?

CROSS-EXAMINATION OF MS. MAZARS

1    A.   No, not in this file.

2    Q.   If we could take that down, Mr. Hassard.

3         And if we could go to Government Exhibit 726.  And do you

4    recall testifying about this yesterday?

5    A.   Yes.

6    Q.   And, Mr. Hassard, if we could scroll down a little bit, I

7    just would like to see the whole thing.  This is the VNC --

8         Could we go back to the top, Mr. Hassard?

9         This is the Tiger VNC again that was in the first exhibit

10   of the sequence; correct?

11   A.   Yes, the same tool.

12   Q.   And nothing in this is related, that you can tell, to

13   Bitcoin Fog, is it?

14   A.   No.

15   Q.   All right.  If we would go to Government Exhibit 729,

16   which is in evidence.  And then do you recall testifying about

17   this yesterday?

18   A.   Yes.

19   Q.   And, Mr. Hassard, if we could scroll down all of the way

20   to the bottom.  And do you see anything in this exhibit related

21   to Bitcoin Fog?

22   A.   No.

23   Q.   Thank you.  If we could go to Government Exhibit 731.  And

24   this, again, is Mr. Sterlingov's Bash history that you

25   testified about yesterday?

1    A.    Yes, I believe this is the one.

2    Q.    And this is entirely consistent with Mr. Sterlingov

3    logging into his home computer in Sweden?

4    A.    Yes, that was my impression.

5    Q.    And nothing on this is related to the operation of Bitcoin

6    Fog at all, is it?

7    A.    Not in this file on this computer.

8    Q.    And, Mr. Hassard, if we could switch now to what is in

9    evidence as Government Exhibit 733.  Do you recall testifying

10   about this yesterday?

11   A.    Yes.

12   Q.    And, Mr. Hassard, if we could scroll down.  And this is

13   entirely consistent with Mr. Sterlingov logging into his home

14   computer in Sweden?

15   A.    I'm sorry.  Could you scroll up again, please?

16         It seemed like a script to start VNC, which does remote

17   connections.  I didn't -- I am not seeing anything specific.

18   Q.    And VNC --

19   A.    I am not seeing any -- at first glance, I am not seeing

20   anything here specific to which computer is being connected to.

21   Q.    Mr. Hassard, if we could scroll to the top again.

22         Do you see where it says VNC viewers?

23   A.    Yes.

24   Q.    Your understanding of that, that the VNC viewer is for

25   video or media files or cameras?

CROSS-EXAMINATION OF MS. MAZARS                    44

1    A.    I tend to know VNC as a remote viewer tool as in you view

2    what is on the other computer.  I have not personally used it

3    for video or associate it with video viewing, but it could be.

4    Q.    For instance, it could be used to control or view security

5    cameras in a person's home; correct?

6    A.    Yes, it could.

7    Q.    Mr. Hassard, you could take this down.

8              MR. EKELAND:  Your Honor, do you -- I am just --

9              THE COURT:  We have been only going for about an

10   hour.

11   BY MR. EKELAND:

12   Q.    Okay.  Keep going.  Mr. Hassard, if we could go to what is

13   in evidence as Government Exhibit 710A.

14        Is that 710A?

15        If we could scroll to the top of that.  All right.  And

16   then if we could go to scroll down a bit to where it says --

17   I'm sorry.  I'd like 513B.  My apologies.

18        What is in evidence as 513B.  My apologies.

19              THE COURTROOM DEPUTY:  I'm sorry.  What number?

20              MR. EKELAND:  513B, as in boy.

21              THE COURTROOM DEPUTY:  Thank you.

22   BY MR. EKELAND:

23   Q.    Mr. Hassard, if you could scroll to the top of this?  Is

24   that it?  Is this published to the jury?

25        So do you recall testifying about this yesterday?

CROSS-EXAMINATION OF MS. MAZARS

1    A.    Yes.

2    Q.    And this is Mr. Sterlingov's SpiderOak account summary?

3    A.    Yes.

4    Q.    And could you just remind the jury what SpiderOak is?

5    A.    A cloud backup service.

6    Q.    And SpiderOak encrypts your data?

7    A.    I believe so, yes.

8    Q.    Could you just briefly explain to the jury again what data

9    encryption is?

10   A.    To encrypt data, depending on which encryption algorithm

11   or method is being used, a program will mathematically change

12   all of the values it is seeing to different ones in a way that

13   makes that data garbled and unreadable.  And then to decrypt

14   it, to run another program to mathematically put them back

15   where they were originally, you need a password or pin or some

16   type of value to prove that you are the -- that you have access

17   to it.

18   Q.    And do you back up your data?

19   A.    I should.  I generally don't.

20   Q.    But when you do -- but you do sometimes back up your data?

21         MS. PELKER:  Objection; relevance.  He can ask her --

22   her personal activities are not relevant.

23         MR. EKELAND:  They are absolutely relevant, Your

24   Honor.  They have been making it seem like backing up your data

25   and encrypting it --

CROSS-EXAMINATION OF MS. MAZARS

1              THE COURT:  First of all, don't start arguing your
2    case.  I will allow you to ask the question, if you have a
3    follow up.  But, obviously, her personal practices are not what
4    is relevant.  If you are using it to set up some other
5    question, that is okay.
6    BY MR. EKELAND:
7    Q.    Do you sometimes --
8    A.    To do one correction, yes, technically Apple automatically
9    backs up a lot of my phone data for me, so I do some regular
10   personal backups.
11   Q.    When Apple does it, it encrypts the data backup; right?
12   A.    Yes.
13   Q.    And the reason Apple does that is so that bad actors can't
14   access your personal data?
15   A.    I think they do it for liability to them, but I am not
16   sure.
17   Q.    Would you agree with me that encrypting your data backup
18   is standard op sec?
19   A.    Yes.
20   Q.    Could you remind the jury what op sec means?
21   A.    Operational security.  It is some steps and methods you
22   take to put barriers between your own identity and home and
23   address, things close to you and your activities usually in
24   this context online.
25   Q.    And encryption also helps protect your financial data,

1    your personal information, sensitive information and stuff you

2    just generally don't want third parties to get, you would agree

3    with that?

4    A.   Yes, I would agree with that.

5    Q.   And SpiderOak is a company that provides online encrypted

6    data backup?

7    A.   Yes.

8    Q.   And this is merely an account summary for Mr. Sterlingov's

9    SpiderOak data backup account?

10   A.   Yes, it appears to be.

11   Q.   And Mr. Sterlingov has this data backup in his own name?

12   A.   Yes.

13   Q.   And if we could just scroll down just a little bit.  And

14   do you see where -- scroll up a little bit to active devices,

15   Mr. Hassard.  Stop right there.

16       Do you see these three active devices here, one bunkerX,

17   Mailwoo and blast?

18   A.   Is that Btest?

19   Q.   Btest, yeah.  I'm sorry.  Do you see all of those?

20   A.   Yes.

21   Q.   It is not your testimony that any of those are Bitcoin

22   Fog, is it?

23   A.   No, I don't know what Btest is.  BunkerX, appears to be

24   the -- by name, the same computer that the remote connections

25   were made to.  And Mailwoo might have been the Moon VPN.

CROSS-EXAMINATION OF MS. MAZARS

1    Because of that review it was at one time running Mailwoo, but

2    I am really not sure for certain what any of them were backing

3    up.

4    Q.   Is Mailwoo is an email program; is that right?

5    A.   Yes, email server client to help you manage an email

6    server.

7    Q.   You said that To the Moon was running the Mailwoo email

8    server client at at least one point?

9    A.   It had some Mailwoo databases.

10   Q.   And you are not aware of Bitcoin Fog ever running any kind

11   of email server client, are you?

12   A.   I don't remember if it had a mail subdomain at any point.

13   But, no, I have never visited the site, so I am not aware of

14   any email features, but I just don't know.

15   Q.   If we could take this down, Mr. Hassard.

16        If we could go back now to what is in evidence as

17   Government Exhibit 710A, going to page 2.

18        Let me clear my screen.

19        And then is that published?  Thank you.  And then,

20   Ms. Mazars, do you see the bold header there, "We use the back

21   up service instead of storing them purely on some VPS"?

22   A.   Yes.

23   Q.   Could you just read the whole -- let me clear this out so

24   it is easier to read the whole paragraph there.  Starting

25   right -- could you read that paragraph?

1    A.    "In general, SpiderOak specifically sells its services

2    using the argument, which is sort of like, even we do not have

3    access to your data.  If there is such a service, which in a

4    mess of all sorts of Googles and Facebooks that constantly hide

5    the fact that they disclose all of the data of users and sell

6    them left and right comes out and says that we will at least do

7    it safely, then it probably makes more sense to also support it

8    rather than just use it.  Still no one can be trusted and you

9    just need encrypt all of the data constantly.  Vote with a

10   dollar, so to speak.  Also pure engineers appear in their

11   videos.  It shows that these are stubborn technicians."

12   Q.    Would it be fair to say is it your understanding of this

13   paragraph that Mr. Sterlingov is expressing a concern with

14   having his data sold by companies like Facebook and the like?

15   A.    Yes.

16   Q.    And that is it your understanding that one of the concerns

17   that Mr. Sterlingov is expressing here is a concern over data

18   privacy?

19   A.    Yes.

20   Q.    And you would agree with me that many people use

21   encryption and VPN and the Tor browser out of a concern for

22   data privacy?

23   A.    That -- I am not sure how many people use the Tor browser.

24   In general, is privacy one of the reasons people use these

25   tools?  I'd agree, yes.

1    Q.    You use Tor; right?

2    A.    Yes.

3    Q.    And, Mr. Hassard, I want to scroll down and look for the

4    heading that says bunkerX main on this.  If you can -- there,

5    stop right there.  This is it, right here.

6          And then if you could just read that paragraph right

7    there.

8    A.    "Should I leave encrypting in a regular bunker X backup?

9    In fact, who are we defending ourselves against?  The main

10   backups will kind of already be in ENCFS anyway or perhaps, for

11   example, one could save them in the cloud then, without another

12   ENCFS actually.  That duplicity itself encrypts is, of course,

13   helpful against hackers getting on Mailwoo, but it also depends

14   on where one would leave the password."

15   Q.    And is it your understanding that one of the concerns that

16   Mr. Sterlingov is expressing here is having his data accessed

17   by hackers?

18   A.    Yes.

19   Q.    Would you understand the sentence here where he says, "In

20   fact, who are we defending ourselves against?" is sort of

21   expressing some kind of doubt over whether or not he should

22   encrypt his data at all?

23   A.    I am not sure.  I thought it was more a philosophical

24   question.

25   Q.    But you don't see him expressing a concern of encrypting

1    his data to evade law enforcement in that paragraph, do you?

2    A.    Not in this paragraph.

3    Q.    You can take that down, Mr. Hassard.  You reviewed records

4    in relation to Mr. Sterlingov's To the Moon server in Romania?

5    A.    Yes.

6    Q.    Did you review the actual physical server itself?

7    A.    Not the physical server, but the server images, yes.

8    Q.    And that in a certain sense limits your review of the full

9    capability of the server knowing what it could do -- actually

10   do?

11   A.    I wouldn't say that reviewing only images limits the

12   capability of understanding it.  I always review images and in

13   most cases, never, unless it is a laptop or something, interact

14   with the physical device.

15   Q.    Do you know where the physical device is?

16   A.    Right now, no, I don't know where it is.

17   Q.    Do you know what type of server it was?

18   A.    I don't remember off the top of my head.  It might have

19   been Engine X, but I would have to look in my report again.

20   Q.    As part of your review of the materials related to the To

21   the Moon server, you reviewed the traffic report related to

22   that server provided by the Romanian authorities?

23   A.    Yes.  I also reviewed the packet capture.

24   Q.    Are you -- am I understanding your testimony correctly

25   that the traffic report and that packet capture are two

1   separate things?

2   A.   I don't understand what you mean by traffic report.

3   Q.   I'm sorry.

4   A.   The two projects involving that server that I completed

5   were first, reviewing the images of the server on -- which came

6   in the form of three image files.  And at some other point, I

7   got access to the packet capture, the communication in and out

8   from that server or whichever IP was asked for.  And I reviewed

9   that separately.

10  Q.   And when you reviewed that packet capture, you didn't see

11  anything related to Bitcoin Fog, did you?

12  A.   I couldn't identify the majority of IP addresses it was

13  communicating with, but nothing that I directly recognized as

14  being Bitcoin Fog.

15  Q.   And did you check any of those IP addresses against the

16  so-called Bitcoin Fog cluster that Mr. Scholl testified about?

17  A.   No.

18  Q.   And in the -- you did keyword searches in relation to the

19  P caps?

20  A.   Yes, I did at some point, I think.

21  Q.   One of those words you searched was Shormint?

22  A.   Yes.

23  Q.   And you got no results when you searched the P caps for

24  Shormint?

25  A.   That is right.

1      BY MR. EKELAND:  No further questions, Your Honor.

2          THE COURT:  All right.  I don't know how much time,

3      Ms. Pelker, you need, whether we should take the break now or

4      if you can -- if it is quick, we can finish up and do the

5      break.

6          MS. PELKER:  I don't think it will be long.  But

7      maybe just a short break and then we can go ahead.

8          THE COURT:  Why don't we take our morning break now.

9      It 11:00 now.  We will take a break until 11:15.  Please don't

10     discuss the case among yourselves and don't conduct any

11     research about the case and I will see you shortly.

12          (Jury out at 11:00 a.m.)

13          THE COURT:  You can take your break as well.  I just

14     ask that you not discuss your testimony until it is complete.

15          Anything anyone wants to raise before the break?

16          MS. PELKER:  No, Your Honor.

17          MR. EKELAND:  No, Your Honor.

18          THE COURT:  Okay.  See you shortly.

19          (Recess taken at 11:01 a.m.)

20          THE COURT:  Who is the government's next -- I'm

21     sorry.  Let's get the defendant.

22          All right.  Just before you get the jury --

23          THE COURTROOM DEPUTY:  Okay.

24          THE COURT:  Who is the government's next witness?

25          MR. PEARLMAN:  It is the FinCEN witness Ted Vlahakis.

REDIRECT EXAMINATION OF MS. MAZARS

1        THE COURT:  Okay.  Sounds good.  Let's get the jury.

2        (Jury in at 11:22 a.m.)

3        THE COURT:  All right.  And, Ms. Pelker, you may

4   proceed when you are ready.

5        MS. PELKER:  Thank you, Your Honor.

6                    REDIRECT EXAMINATION

7   BY MS. PELKER:

8   Q.   CS Mazars, defense counsel asked you whether there was

9   anything in the devices or notes related to Bitcoin Fog.  To

10  clarify, was there anything that you saw that had the words

11  Bitcoin Fog specifically in them from the defendant's devices

12  or notes?

13  A.   No.

14  Q.   But was there information and discussions that would be

15  consistent with someone running a darknet site and a mixer?

16        MR. EKELAND:  Objection; leading.

17        THE COURT:  Overruled.

18        THE WITNESS:  Yes.

19  BY MS. PELKER:

20  Q.   So when Mr. Ekeland was asking you about whether there was

21  anything related to Bitcoin Fog, what was your understanding of

22  the question?

23  A.   My understanding was related to Bitcoin Fog, the site by

24  name or by a known URL, the .onion, anything explicitly linked

25  to the website.

1    Q.    So you weren't saying that there wasn't evidence that

2    would be relevant to determining whether Mr. Sterlingov's

3    activity was consistent with running Bitcoin Fog?

4              MR. EKELAND:  Objection; leading.

5              THE COURT:  Sustained.

6              You can rephrase the question.

7    BY MS. PELKER:

8    Q.    Was there -- in your review, did you see activity that

9    would have been consistent with someone who was running a site

10   like Bitcoin Fog?

11             MR. EKELAND:  Objection; asked and answered.

12             THE COURT:  Overruled.

13             THE WITNESS:  Yes.

14   BY MS. PELKER:

15   Q.    And in your review of Mr. Sterlingov's devices, did you

16   find evidence -- did you find multiple pieces of evidence

17   regarding him connecting to different computers?

18   A.    Doing remote connections, yes, or numerous references to

19   that and giving commands as we saw in the commands histories.

20   Q.    Did we show every single one or even a -- did we show all

21   of those questions and evidence to the jury in your testimony

22   yesterday and today?

23   A.    I don't believe so, no.

24   Q.    And regarding bunker, can you tell just from your review

25   of the data that the government does have what was on bunker

1    for sure?

2    A.    No.

3    Q.    And could bunker be a home computer?

4    A.    Yes, it could.

5    Q.    Could it also be a server somewhere?

6    A.    Yes, it could.

7    Q.    And can you tell what files are on bunker from your

8    review?

9    A.    No.   Especially since in the command histories, once the

10    connection if it were successful was made to bunker or any

11    other computer or server, the commands that were run next on

12    it, would not appear in that same command history.   It would

13    appear on the remote computer's command history.   So any files

14    that may have been created or listed, would not have been

15    visible to me.

16    Q.    So when Mr. Ekeland was asking whether you saw references

17    to Bitcoin Fog in those connections, even if it were a

18    connection to Bitcoin Fog servers, would you see that in these

19    logs?

20    A.    No, not necessarily.

21    Q.    And based on your review of these -- this evidence of

22    remote connections, what is your understanding of whether there

23    are additional devices and electronics that the defendant

24    controlled that the -- whether the government has actually been

25    able to review all of them?

1          MR. EKELAND:  Objection; compound, vague and

2     ambiguous.

3          THE COURT:  Overruled.

4          THE WITNESS:  I believe there was at least one other

5     device or computer that the team did not review.

6     BY MS. PELKER:

7     Q.   And did you see evidence that the defendant was connecting

8     to multiple -- was connecting to remote devices or remote

9     devices at various times?

10    A.   Yes.  There were multiple connection attempts in the

11    commands that appeared under different profiles and at

12    different points in the file.  I wouldn't be able to tell you

13    exactly when in time without going deeper into the laptop

14    forensics.  But in general, yes.

15    Q.   If we could pull up Exhibit 723.  And here Mr. Ekeland was

16    asking you about the indication of bunkerX_home.  Does home in

17    this exhibit necessarily mean a home computer?

18    A.   I didn't understand it that way personally when I read it.

19    But --

20    Q.   How would you read this?

21    A.   As the Linux directory home, because there is Linux

22    directory home, because there is a Linux directory media as

23    well.

24    Q.   And can you explain what the Linux home directory is?

25    A.   It is the directory that contains the user profiles.

REDIRECT EXAMINATION OF MS. MAZARS

1    Q.    Is that on any Linux device, including a device or server?

2    A.    Yes, generally they would all have home.

3    Q.    Turning briefly to the Romania server review.  When you --

4    the defense -- Mr. Ekeland asked you about searching P cap for

5    certain words related to this case, do you recall that line of

6    questioning?

7    A.    Yes.

8    Q.    And would you necessarily -- in P cap going through a

9    server's network traffic, would the -- would you necessarily

10   expect to see Shormint or Bitcoin Fog appearing in plain text

11   that you could search?

12   A.    A lot of network traffic is encrypted, for example,

13   anything going over https or like some of the encrypted

14   connections, TCP connections that were described earlier, it

15   was full content P cap.  But a decent amount I would say of the

16   contents were encrypted.  So the main value would be from the

17   source and destination IPs and the size of the data more so

18   than specific contents.

19   Q.    And because the data is encrypted, what impact does that

20   have on your ability to do meaningful keyword searches?

21   A.    The keyword searches would only hit on terms that were

22   there all together within a packet, not encrypted.  So simply,

23   the keyword searches would not be able to read all of the

24   packet's data.

25   Q.    And defense counsel asked you about, I think, checking IP

1    addresses against the Bitcoin addresses in the Bitcoin Fog

2    cluster.  Do you remember that question?

3    A.    Yes.

4    Q.    Are IP addresses the same as Bitcoin addresses?

5    A.    No.

6    Q.    So would you expect to see an IP address in a list of

7    Bitcoin addresses?

8    A.    Not in a list of Bitcoin addresses.

9    Q.    Mr. Ekeland asked you about the LTE router device.  Do you

10   recall that line of questions?

11   A.    Yes.

12   Q.    And he asked whether the LTE router could have been

13   purchased on Amazon.  Have you ever seen this device for sale

14   on Amazon?

15   A.    I have not.

16   Q.    I would like to pull up Defendant's Exhibit 32, the device

17   report.

18         And, Ms. Mazars, can you explain again, what the purpose

19   was of putting together this sort of high level summary?

20   A.    When I pulled the images, which were named mostly by their

21   evidence number, from FBI's network and analyzed them, there

22   were quite a few of them that I ended up adding into my

23   forensic tool.  And during case discussions, it started to

24   become more and more cumbersome to refer to specifically which

25   one out of memory, the one that has the Xeoma security camera,

1    the one that has this.  So for ease of discussion and just to

2    document my work in general, I made this summary to make a

3    simplified clear version of the images I added to the tool at

4    that time.

5    Q.   So does a summary list all of the relevant files that were

6    found on the device or things that kind of stood out to you to

7    jog your memory about a particular device?

8    A.   It was to jog memory about a particular device.

9    Q.   So does what is listed here in the summary section

10   necessarily note all of the files of interest that you

11   discovered on those devices?

12   A.   No, it doesn't.

13   Q.   And if we could scroll down to the BitLocker drive that

14   defense asked you about.  CS Mazars, was this a case that FBI

15   and IRS worked together?

16   A.   Yes.

17   Q.   Was some evidence initially acquired by IRS and others by

18   FBI?

19   A.   Yes, I think so.

20   Q.   And did IRS make some of the initial images of the devices

21   seized from the defendant when he was arrested?

22   A.   Yes, I believe so.

23   Q.   And did you then later review images of some of those

24   devices?

25   A.   Yes.

REDIRECT EXAMINATION OF MS. MAZARS     61

1   Q.   And is it your understanding that IRS provided those

2   images to the FBI?

3   A.   Yes, IRS did provide some images or copies of images to

4   FBI on hard drives.

5   Q.   And specifically regarding 1B13, is this simply a drive

6   from IRS that contains the images of Mr. Sterlingov's devices?

7   A.   Yes, it was.

8   Q.   And is that why it was included in the 1B numbers for

9   Mr. Sterlingov's case?

10  A.   It was.  Because it was in the same -- stored in the same

11  place on the network as the other images.  And since I ingested

12  it into my tool at the time of the report, I included it in the

13  summary.

14  Q.   I would like to turn briefly to your IP overlap analysis.

15  And first, CS Mazars, just to be clear do people who are not

16  criminals use Linux and SSH and VPNs and proxies?

17  A.   Yes.

18  Q.   But in your work, is it relevant when you see someone who

19  is suspected of a crime using those services?

20  A.   Yes, it is.

21  Q.   And why is that?

22  A.   Because anonymity is a big feature of any type of

23  cybercrime.  And observing which tools and techniques are used

24  can greatly assist the investigators in trying to peel back

25  those layers of anonymity and attribute the activity.

1    Q.    And are these, in fact, tools that criminals use to try to

2    conceal their activity from law enforcement?

3    A.    Yes.

4    Q.    Regarding your IP address analysis, Mr. Ekeland asked you

5    about certain groupings.  Do you recall that line of questions?

6    A.    Yes.

7    Q.    As well as attribution?

8    A.    Yes.

9    Q.    Now, was your role in doing the IP address analysis when

10   you were -- you were doing this part of your review to make

11   individual attributions of who was controlling the account?

12   A.    No, it wasn't.

13   Q.    And, in fact, if we could actually scroll over to the

14   first tab here.

15         Were the accounts that you reviewed for many of them

16   already previously attributed or had some attribution

17   information with them?

18   A.    Yes.

19   Q.    So what was your -- when -- what was your purpose in doing

20   this review?

21   A.    It was to compare the sources and look for commonalties

22   specifically, in IP addresses occurring across multiple sets of

23   logs and, in particular, the ones that occurred close together

24   in time.

25   Q.    And were you ruling out attribution when you were doing

1    this when you were doing your IP address analysis and looking

2    at the Shormint account, were you saying that it definitely was

3    not associated with any other particular address?

4              MR. EKELAND:  Objection; leading.

5              THE COURT:  Sustained.

6              You can rephrase the question.

7    BY MS. PELKER:

8    Q.   If we could go to the tab of 123 underscore chart here.

9         Now, Mr. Ekeland was asking you about the connections

10   between the Shormint account and some of the other accounts.

11   Do you recall that?

12   A.   Yes.

13   Q.   And looking at this tab here, can you walk through what --

14   just note the different accounts that were accessed by this 123

15   IP address?

16   A.   Liberty Reserve Shormint account, the Mt. Gox Volf.prius

17   account, the Liberty Reserve account for

18   plasma@plasmadivision.com, the Mt. Gox account for Peter NFS,

19   and the Mt. Gox account for Kolbasa.

20   Q.   So does this include both the Liberty Reserve Shormint

21   account and Mr. Sterlingov's true name Liberty Reserve

22   PlasmaDivision account?

23   A.   Yes, it does.

24   Q.   And does it also include the Peter NFS Kolbasa and

25   Volf.prius burner or short-term use accounts?

1    A.    Yes.

2    Q.    And what was the significance of the timing proximity of

3    all of these accesses for you?

4              MR. EKELAND:  Objection; leading.

5              THE COURT:  Overruled.

6              THE WITNESS:  I noticed that --

7    BY MR. PEARLMAN:

8    Q.    We don't have to go through all of the time stamps.

9              MR. EKELAND:  Objection, Your Honor.

10             THE WITNESS:  I am trying to summarize.

11             I noticed that all of the accesses happened in late

12   November of 2011.  And that in terms of time sequence, some

13   accounts that were visited, most notably here, Liberty Reserve

14   Shormint account were visited again after other accounts in

15   order.  So that matter of a few days definitely caught my

16   attention.

17             The groupings finding that I believe Mr. Ekeland was

18   referring to was from an initial IP overlap writeup I did where

19   I took an extremely conservative approach and focused on what I

20   considered the closest overlaps.  That was a way of filtering a

21   dataset that had so many IPs into this core set of interest.

22             MR. EKELAND:  Objection, Your Honor.

23             Could we pick up the phone for a moment?

24             (Conference held at the bench.)

25             MR. EKELAND:  Your Honor, I am wondering now if what

REDIRECT EXAMINATION OF MS. MAZARS

1    I just heard from the witness is that she now has a different

2    expert opinion than what was disclosed in her expert report.

3    She just testified that what she was talking about when I

4    crossed her on was in an initial expert opinion.  But there has

5    been no additional expert opinion disclosed to us.  And it is

6    my understanding that the time for expert conclusions are well

7    past.  And so I am a little bit -- I don't know what to think

8    of what I just heard.

9              THE COURT:  Ms. Pelker.

10             MS. PELKER:  I don't think that is at all what the

11   witness was testifying to.  She was explaining her --

12   Mr. Ekeland was crossing her on this initial report.  We

13   provided and presented testimony about this summary spreadsheet

14   that lists out the different IP addresses.  She is not offering

15   a new opinion.

16             MR. EKELAND:  Your Honor, to the extent that she is

17   offering or disclosing a new expert opinion that has not been

18   disclosed to the defense, we object.

19             THE COURT:  That is the question though.  Ms. Pelker

20   is saying she is not, so you need to explain to me why she is.

21             MR. EKELAND:  Because she just testified this was in

22   an initial report and somehow this chart that she was

23   testifying was somehow different.  But if I recall correctly

24   that chart was in the initial report, so I am just very

25   confused.  Is the witness testifying that she has reached a new

 1    expert conclusion different than her initial report?  Maybe we

 2    should --

 3            THE COURT:  Ms. Pelker, I don't know if you to want

 4    ask the question, if it needs to be.  I am looking at the real

 5    time and I just don't see this in the real time.  So it is

 6    maybe that it is just not accurately captured at this point.

 7    But I don't see this in the real time as I am looking at it

 8    now.  I see a reference to an initial IP overlap writeup.  I

 9    don't see a difference in different reports.

10            MS. PELKER:  I think that we may just also be talking

11    a little bit about apples and oranges.  This is just a summary

12    of different log ins and time stamps.  There was a report and

13    an assessment of certain events that were in such close

14    temporal proximity that she could say with near certainty that

15    these were the same individuals.  She is presenting this and

16    saying she is looking at this and these are the different time

17    stamps.  And she is commenting on the temporal proximity.  That

18    is not a different opinion.

19            THE COURT:  All right.  I guess I don't see any basis

20    for thinking there is a different opinion that hasn't been

21    disclosed here.  So to the extent there is an objection, it is

22    overruled.

23            (End of bench conference.)

24            THE COURT:  You may continue.

25    BY MS. PELKER:

1    Q.    CS Mazars, were you done with your answer?

2    A.    No.  I was continuing to try to provide more clarity

3    around the summary spreadsheet and it's -- my process of

4    putting it together.

5    Q.    Could you go ahead and explain based on what is here in

6    front of you of this summary chart, based on what is here in

7    front of you with this summary chart how you're able to view

8    the different accesses and connections?

9    A.    I'm sorry.  What do you mean, how can I view them?

10   Q.    What is your -- can you explain the significance of these

11   accesses and times related to --

12             MR. EKELAND:  Objection, Your Honor.

13             THE COURT:  What is the objection?

14             MR. EKELAND:  There was a pending question.  And then

15   counsel was testifying and not asking a question.

16             MS. PELKER:  I am happy to go back to the question.

17   I was trying to be responsive to Mr. Ekeland's concerns.

18             Can we actually read back what the question was?

19             THE COURT:  I think if you are asking -- I think your

20   question was, "Could you go ahead and explain based on what is

21   here in front of you of this summary chart, the basis on what

22   is here in front of you with the summary chart, how you are

23   able to view the different accesses and connections?"

24             MS. PELKER:  That is not artfully --

25             THE COURT:  Maybe you want to rephrase the question.

1          MS. PELKER:  Thank you, Your Honor.

2    BY MS. PELKER:

3    Q.   CS Mazars, can you explain how you are able to connect

4    different accounts together or make assessments about them

5    based on this IP analysis?

6          MR. EKELAND:  Objection; leading.

7          THE COURT:  Overruled.

8          THE WITNESS:  So for this IP analysis and to make

9    this table where I took the IPs as -- that as I explained, I

10   first located as being of interest, and then went back in their

11   data sources to pull all of their occurrences, once I did that

12   to make these tables, where I see all of the times that each IP

13   appeared in different files and seeing them all being in late

14   November from a particular source, to me, the equivalent might

15   be if you were investigating a bank robbery and you got

16   information that someone saw a 2012 white Nissan Altima outside

17   of the bank at that time, outside of a house where some of the

18   money was found; and then, in another source, you look at the

19   Home Depot security footage and before the robbery, there was a

20   white, you know, Altima of the same year there.

21          Many different people can drive that type of car.

22   But whether or not they are connected, you have to consider how

23   it looks depending on in what order the events -- it was

24   spotted and how close together.  And so from analyzing many

25   sets of IPs, I look at this data all together.  And I don't see

1    this as different people driving the car.  This, to me, is one

2    complete story and I believe that it was the same user

3    accessing all of them.

4              MR. EKELAND:  Objection, Your Honor.  Can we talk on

5    the phone for a second?

6              (Conference held at the bench.)

7              MR. EKELAND:  To the extent that the witness just

8    testified that the same user accessed all of these accounts,

9    that is not what was disclosed in her expert report.  Her

10   expert report clearly says that she groups two users -- I asked

11   her about this on Daubert.  This is not -- I don't understand

12   this testimony.

13             THE COURT:  Ms. Pelker.

14             MS. PELKER:  Your Honor, defense counsel crossed her

15   on the assessments here and how multiple people can be using

16   these different proxy servers.  We just asked her to explain

17   how she has put together this chart.

18             MR. EKELAND:  She just testified that the same user

19   is behind all of these accounts and that is not what was

20   disclosed in her expert report.

21             THE COURT:  I do think that Ms. Pelker is right on

22   this.  You did open the door on this yourself on your

23   cross-examination by asking her and sort of suggesting to her

24   they were all different and can't be connected.  And the

25   government is entitled to come back and rebut the impression

```
1   that you left in that regard, so the objection is overruled.

2           MR. EKELAND:  Your Honor, may I be heard?

3           THE COURT:  You have been heard, but you can be heard

4   again, if you would like.

5           MR. EKELAND:  If I recall her testimony correctly,

6   she said that she grouped the users into two groups.  And that

7   one -- she testified that one user accessed the emails and in

8   the accounts related to Mr. Sterlingov and Volf.prius and the

9   other account, which was the Shormint related emails were

10  separate and so we object.

11          THE COURT:  I understand.

12          Go ahead.

13          MS. PELKER:  For the record, that wasn't the Daubert

14  hearing testimony.  She was asked very specifically about two

15  distinct groupings that she had done as part of her initial

16  analysis.  She explicitly said that this was not saying that

17  these groups -- that those users were not grouped together.

18          THE COURT:  I have ruled on the objection and we can

19  move on.

20          (End of bench conference.)

21          THE COURT:  The witness is excused.  Thank you.

22          THE WITNESS:  Thank you.

23          MR. PEARLMAN:  May I get the next witness, Your

24  Honor?

25          THE COURT:  Yes.
```

1                        THEODORE VLAHAKIS, sworn.

2                    THE WITNESS:  I do.

3                    THE COURTROOM DEPUTY:  Thank you.

4                    THE WITNESS:  Thank you.

5                    THE COURT:  All right.  And you may proceed.

6                        DIRECT EXAMINATION

7    BY MR. PEARLMAN:

8    Q.   Hi, sir.  How are you?

9    A.   Good.  How are you?

10   Q.   Good.  Could you -- I don't know if you introduced

11   yourself before, but can you again introduce yourself to the

12   members of the jury.  State your first name and your last name

13   and spell it, please?

14   A.   Hi.  Good morning.  My name is Theodore Vlahakis.  Last

15   name is spelled V, as in Victor, L-A-H-A-K-I-S, as in Sam;

16   first name is Theodore, T-H-E-O-D-O-R-E.

17   Q.   Where do you work?

18   A.   I work at the US Department of Treasury, Financial Crimes

19   Enforcement Network, commonly known as FinCEN.

20   Q.   What is FinCEN?

21   A.   FinCEN is a bureau of the US Department of Treasury tasked

22   with protecting the US financial system against money

23   laundering and similar types of financial crimes.

24   Q.   Can you tell us a little bit about your education and

25   experience insofar as it relates to your present job?

1    A.    Yes.  I have a BA from Brandeis University.  And I have a

2    JD from University George Mason School of law.  And I am a

3    member of the District of Columbia bar.

4    Q.    When did you start working for FinCEN?

5    A.    March of 2009.

6    Q.    And what was your starting title and responsibilities?

7    A.    Starting title was Bank Secrecy Act resource center

8    specialist.  And that position involved answering regulatory

9    inquiries about the Bank Secrecy Act, which is the federal

10   anti-money laundering statute.  And these inquiries came from

11   financial institutions, regulators and law enforcement.  And

12   the responses were provided via phone and email.

13   Q.    So if I, as a regulated body, had questions for FinCEN

14   about how the rules might be applied, I could get in touch with

15   FinCEN?

16   A.    Correct.

17   Q.    And by phone or by email?

18   A.    Yes.  And all responses were provided within at least 24

19   hours and the responses were not -- it was not a live line, so,

20   you know, the caller had to leave a voicemail, but they were

21   responded to very promptly.

22   Q.    At some point, did you move to the enforcement division at

23   FinCEN?

24   A.    Yes.

25   Q.    What does that division do?

DIRECT EXAMINATION OF MR. VLAHAKIS

1    A.    That division essentially investigates financial

2    institutions for possible violations of the Bank Secrecy Act,

3    which is, again, the federal anti-money laundering statute and

4    takes necessary action against those institutions.

5    Q.    And did you say your current role was -- what is your

6    current title?

7    A.    My current role is senior compliance officer.

8    Q.    So can you tell the jury a bit about your current

9    responsibilities?

10   A.    Sure.  I educate financial institutions about their

11   compliance obligations under the Bank Secrecy Act.  I provide

12   training to internal and external stakeholders.  So that could

13   be a new hire, it could be an interdivisional training.  I also

14   provide training to law enforcement, US Attorney's Offices.

15   And I testify as a fact witness in criminal money laundering

16   trials.

17   Q.    Can you explain what the Bank Secrecy Act is?

18   A.    Yes.  So the Bank Secrecy Act is a federal anti-money

19   laundering statute that was enacted in 1970.  And it requires

20   financial institutions to keep certain records relating to

21   transactions, to file reports relating to certain transactions,

22   to engage in transaction monitoring to have an anti-money

23   laundering program.  And the purpose of this is to help protect

24   the financial system.

25   Q.    How does it help protect the financial system?

1  A.   Okay.  As I mentioned, the financial institutions need to

2  file certain reports with FinCEN.  I will just use that as an

3  example.  These reports include, currency transaction reports

4  or CTRs.  And those are reports for any transaction in currency

5  exceeding $10,000 by or on behalf of a person or entity during

6  the course of a business day, whether or not they may be

7  suspicious.

8       Another type of report is a suspicious activity report or

9  SAR.  Those reports are filed by financial institutions if they

10  believe that suspicious activity has possibly occurred,

11  suspicious transactions may have occurred.  And those reports,

12  are -- once we receive them, they are electronically filed.

13  They are input to a database.  And that database is searchable

14  by law enforcement as they conduct their investigations and

15  FinCEN staff with a need to know.  And that aids in conducting

16  these investigations, and as we say, following the money trail.

17  Because these reports contain crucial information about the

18  types of transactions, who is involved, all identifying

19  information.  And so it allows law enforcement to put the

20  pieces together when they conduct their investigations.

21  Q.   And as a general matter, how does FinCEN ensure compliance

22  with the institutions that it regulates in terms of anti-money

23  laundering?

24  A.   A number of ways.  We -- to ensure compliance, as I

25  mentioned, there is the regulatory helpline.  And that is more

DIRECT EXAMINATION OF MR. VLAHAKIS

1    of a passive route.  So if an institution has questions, for

2    example, when should they file one of these reports like a CTR,

3    SAR they can contact this helpline.  So any type of questions

4    related to recordkeeping, anti-money laundering programs,

5    reporting they can call the helpline.  FinCEN also engages in

6    proactive training with regulators and financial institutions.

7         And FinCEN has an extensive publicly available website

8    with training guides.  And so, for example, if an institution

9    would like to know what to put in their anti-money laundering

10   program, we have guidance or what may constitute a suspicious

11   activity report.  And we have guidance and that guidance always

12   states the contact information on the regulatory helpline if

13   they have questions.

14   Q.   For the anti-money laundering program, what is the

15   expectation of what these institutions are supposed to be doing

16   to police themselves?

17   A.   So the overarching purpose of the anti-money laundering

18   program is to -- we want to help ensure the financial

19   institution is not laundering money, wittingly or unwittingly.

20   So we impose four requirements on the institutions as a part of

21   this anti-money laundering program.

22        The first one is policies and procedures.  They need to

23   have policies and procedures to ensure compliance with our

24   requirements under the BSA.  They need to have what is called a

25   compliance officer.  So that is just somebody who is in charge

1    of filing the necessary reports, as I mentioned, keeping

2    records.  And basically just ensuring that the institution is

3    not laundering money.  They need to have an independent review

4    of this program.  So somebody who is, obviously, not the

5    compliance officer, not working at the institution, auditing

6    the program.  And they need to have -- excuse me -- education

7    and training of the staff in our requirement, so some type of

8    training program that they hold at regular intervals.

9    Q.    Do you know what know your customer laws are?

10   A.    Yes.

11   Q.    Can you explain that and how that relates to FinCEN?

12   A.    Yes.  So know your customer is very similar to the

13   anti-money laundering program that I just described.  And know

14   your customer essentially requires financial institutions to

15   have a reasonable belief that they know the identity of the

16   person conducting the transaction.  And so how would they do

17   that?  Obtaining a government issued ID, for example, or if

18   they can't do that, you know, a reasonable alternative.  So

19   that they know if, let's say John Smith wants to send money

20   somewhere or goes to a bank and wants to open an account, they

21   know that this person actually is John Smith.  So they need to

22   collect the appropriate ID.

23   Q.    For all of these rules and regulations of FinCEN, does

24   FinCEN offer any online assistance to publicize what those

25   rules are?

DIRECT EXAMINATION OF MR. VLAHAKIS

1    A.    Yes.

2    Q.    And so does it have its own website?

3    A.    Yes.   The website is www.FinCEN.gov.   And the way the

4    website works is we have tabs like on the upper part of the

5    screen.   And you can -- if you are a certain type of financial

6    institution, for example a bank, you can click on banks and it

7    will list all of the guidance pieces, webinars, administrative

8    rulings, advisories, FAQ documents that you may be looking for.

9    For example, you mentioned know your customer.   We have

10   guidance pieces on that, webinars.   And also let's say, I don't

11   know where to look on the website.   We have a search bar in the

12   upper right, works very much like Google.   So I can type in

13   know your customer or anti-money laundering program.   And it

14   will pull up a list of all related documents.

15        So even if you are not a savvy user or experienced user of

16   our website, it is pretty easy to find what you are looking

17   for.

18   Q.    Has FinCEN provided guidance about virtual currency?

19   A.    Yes.

20   Q.    And did FinCEN provide guidance about virtual currency in

21   March of 2013?

22   A.    Yes.

23   Q.    Where is the main office of FinCEN?

24   A.    Washington, DC.

25   Q.    I want to show you a couple of forms.   Ms. De Falco, if

1    you could pull up 35B.  Thank you.

2         This is not in evidence.

3              THE COURTROOM DEPUTY:  Okay.

4    BY MR. PEARLMAN:

5    Q.   Do you recognize what this form is?

6    A.   Yes.

7    Q.   What is this form?

8    A.   This form is FinCEN form 107, registration of money

9    service business or RMSB.

10   Q.   And is this form something that a money service business

11   would need to fill out to comply with the rules of FinCEN?

12   A.   Yes.

13   Q.   And does it --

14              MR. PEARLMAN:  At this time, we would move to

15   introduce 35B, Your Honor.

16              THE COURT:  Any objection?

17              MR. EKELAND:  No objection.

18              THE COURT:  Exhibit 35B is admitted and may be

19   published to the jury.

20              (Whereupon, Exhibit No. 35B was admitted.)

21   BY MR. PEARLMAN:

22   Q.   Okay.  So showing the jury 35B.  This is the registration

23   of money service form.  Is this something that is filed by mail

24   or filed electronically?

25   A.   Electronically.

1    Q.   And does a person or business need to file this regardless

2    of what state or District of Columbia they are in?

3    A.   Yes.  Excuse me.  Yes.

4    Q.   And I don't want to go into specifically what a money

5    service business is.  But do you need to register if you are a

6    money service business?

7    A.   Yes, within 180 days of establishing your business.

8    Q.   Just going down this form, if we could look at page 2.  Do

9    you see where it says registrant information?

10   A.   Yes.

11   Q.   And does that include what is listed as part 3,

12   individual's last name or entity's legal name?

13   A.   Yes.

14   Q.   Does the form also through 7 through 11 give you an

15   opportunity to provide address type information?

16   A.   Yes.  Correct.

17   Q.   What is there at number 16 that you can also provide?

18   A.   Field 16, email address.

19   Q.   And just looking at number 18, what does that indicate?

20   A.   Name of compliance contact person for this registered MSB.

21   Q.   If we could go to page 3, number 34.  Is this where

22   someone would indicate where they are physically located and/or

23   providing MSB activities?

24   A.   Correct.

25   Q.   And does that include the District of Columbia?

1    A.    Yes.

2    Q.    And if you could go to page 4, please.  Do you see at 36,

3    where it indicates money service business activities of the

4    registrant in the US?

5    A.    Yes.

6    Q.    With one of those -- would you read what box is at

7    letter F?

8    A.    F, money transmitter.

9    Q.    Okay.  We can pull this down.  So does FinCEN regulate

10   the -- how does FinCEN regulations work with state regulations

11   concerning money laundering and these businesses?

12   A.    Each state may have different requirements.  And so those

13   requirements are left up to the states.  But FinCEN is

14   concerned with the Bank Secrecy Act, which is federal in

15   nature.  And so someone may be in compliance with their state

16   requirement, let's say, but not with FinCEN.  And so we are

17   just concerned with the federal requirements under the BSA.

18   Q.    Does FinCEN maintain the registrations filed on behalf of

19   the individuals who file these forms?

20   A.    Yes.

21   Q.    And do they keep the records?

22   A.    Yes.

23   Q.    And are the records preserved in the course of business?

24   A.    They are, yes.

25   Q.    Is FinCEN sometimes asked to perform searches of its

```
1   databases to determine whether someone is registered with

2   FinCEN as a particular type of business?

3   A.   Yes.

4   Q.   And if I could show 35C.  What do you recognize what type

5   of -- just looking at page 1 and 2.

6        And these are already into evidence.

7        Do you recognize what this form is?

8   A.   Yes.

9   Q.   Is this an example of a response to a research request?

10  A.   Yes.

11            MR. PEARLMAN:  Okay.  We can pull that down.  The

12  Court's indulgence.

13            Pass the witness, Your Honor.

14            THE COURT:  All right.  Mr. Ekeland, any questions?

15                       CROSS-EXAMINATION

16  BY MR. EKELAND:

17  Q.   You testified that FinCEN didn't offer any guidance on

18  virtual currencies until March 2013; is that correct?

19  A.   That was an official guidance piece that we issued in

20  2013.

21  Q.   And in 2011, had FinCEN issued any guidance whatsoever in

22  relation to cryptocurrencies?

23  A.   2011, FinCEN issued what is called the MSB or money

24  service business final rule.  And that 2013 guidance is

25  actually just explaining the relevant portions of that rule,
```

1    that certain entities engaging in cryptocurrency exchange would

2    be required to register.

3    Q.    And were those -- did that include mixers in 2011?

4    A.    I'm sorry, sir.  Could you please --

5               MR. PEARLMAN:  Objection; beyond the scope.

6               MR. EKELAND:  They have brought him in to testify

7    about money business licensing registration.  And I am asking

8    for clarification on the rule that Mr. Pearlman asked him about

9    the guidance in March of 2013.

10              THE COURT:  Let's pick up the phone.

11              (Conference held at the bench.)

12              MR. PEARLMAN:  Your Honor, we tried to circumscribe

13   this testimony in conformance with your order that we not get

14   into details about which Your Honor might instruct the jury.

15   It seems that Mr. Ekeland is going directly to whether the

16   FinCEN rules apply to the specific facts of this case.  And so

17   we think that this is not only beyond the scope, but it is

18   inappropriate.

19              MR. EKELAND:  I am not trying to get into that, Your

20   Honor.  And I can maybe clarify my question.  What I was really

21   trying to get to is whether or not FinCEN had offered any

22   guidance on cryptocurrency before 2013.  Because when he

23   testified in response to Mr. Pearlman's question that FinCEN

24   had issued guidance in March 2013 on cryptocurrencies, it

25   wasn't clear to me whether or not there had been prior

1    guidance.  So that is merely what I was asking on.

2            THE COURT:  Although I think he answered that

3    question already by saying there was the prior regulation,

4    which the guidance then explained.  And then I think your

5    question that drew the objection was essentially, were mixers

6    covered in 2011, which I think does cross the line that we all

7    agreed upon and is something in which I would be instructing

8    the jury about what the rules were.  It wasn't a rule in 2011,

9    that is an issue to take up with me, I think.

10           If you are asking for clarification with what kind of

11   guidance was, you are entitled to, I suppose, ask about

12   following up on Mr. Pearlman's questions.

13           MR. EKELAND:  I will keep it to that, Your Honor.  I

14   wasn't -- I was actually surprised that he mentioned there had

15   been the rule in 2011, so that caught me offguard, honestly.

16           THE COURT:  Mr. Pearlman, does that address your

17   concern?

18           MR. PEARLMAN:  It does, Your Honor.  But I guess I'd

19   ask that at the end of his testimony that you just instruct the

20   jury that you will be instructing as to what rules and

21   regulations the jury will have to consider.

22           THE COURT:  Any objection to that?

23           MR. EKELAND:  No objection, Your Honor.

24           THE COURT:  Okay.

25           (End of bench conference.)

1          BY THE COURT:  You may proceed.

2          MR. EKELAND:  Thank you, Your Honor.

3   BY MR. EKELAND:

4   Q.   Just for clarity's sake, prior to March 2013 had FinCEN

5   issued any guidance in relation to cryptocurrencies?

6   A.   Guidance, no; rules relating to it, yes.

7          BY MR. EKELAND:  No further questions, Your Honor.

8          THE COURT:  All right.  Any redirect?

9                    REDIRECT EXAMINATION

10  BY MR. PEARLMAN:

11  Q.   Without getting into what those rules were, did the

12  guidance change what the rules were concerning cryptocurrency?

13  A.   No.  Just explained those rules.

14         MR. PEARLMAN:  No further questions.

15         THE COURT:  All right.  The witness is excused.

16  Thank you.

17         THE WITNESS:  Thank you.

18         THE COURT:  And members of the jury, I will instruct

19  you on the law that you should apply in this case.  And I think

20  that was the reason we were being somewhat careful there is

21  because it is up to me to tell you what the law is that you

22  should apply in this case.  And I will do that at the end of

23  the case.  All right.  Anything else?  Let's see now, who is

24  your next witness?

25         MR. PEARLMAN:  Larry Harmon, Your Honor.

```
 1              THE COURT:  How long do you think it will take?

 2              I am trying to figure out whether we should take an

 3    early lunch break or --

 4              MR. PEARLMAN:  We could --

 5              THE COURT:  I'm sorry.

 6              MR. PEARLMAN:  I interrupted you, Your Honor.

 7              THE COURT:  Go ahead.

 8              MR. PEARLMAN:  I think it will take about a half an

 9    hour on direct at most.

10              THE COURT:  Does the jury have a preference to an

11    early lunch break now or going for another 20 minutes?

12              Go for another 20?  I see some nods.

13              All right.  Lets go for 20 and we'll break at 12:30.

14                         LARRY HARMON, sworn.

15              THE WITNESS:  Yes.

16              THE COURTROOM DEPUTY:  Thank you.  Please be seated.

17                         DIRECT EXAMINATION

18    BY MR. PEARLMAN:

19    Q.   Good afternoon, sir.

20    A.   Good afternoon.

21    Q.   Sir, can you introduce yourself to the members of the jury

22    by clearly stating your first and last name and spelling your

23    first and last name?

24    A.   My name is Larry Harmon, spelled, L-A-R-R-Y, H-A-R-M-O-N.

25    Q.   Mr. Harmon, were you arrested back in February of 2020?
```

1   A.   Yes.

2   Q.   Were you arrested in connection with the administration of

3   a mixer called Helix and later Helix Light?

4   A.   Yes.

5   Q.   Were you criminally charged and thus arrested for that?

6   A.   Yes.

7   Q.   Was one of the charges that you had that you were charged

8   with conspiracy to launder money?

9   A.   Yes.

10   Q.   In August of 2021, did you eventually plead guilty to one

11   count of money laundering conspiracy, pursuant to the Title 18

12   U.S.C. 1956(h)?

13   A.   Yes.

14   Q.   Sir, I want to show you what has been marked for

15   identification purposes as 45C.

16       Sir, while you are taking a look at the document, do you

17   recognize this document?

18   A.   Yes, that is my plea agreement.

19   Q.   And on page 1, does it indicate your attorney, Charles

20   Flood?

21   A.   Yes.

22   Q.   And then looking at the -- is that letter dated August 6,

23   2021?

24   A.   Yes.

25   Q.   If you could go to the last page or -- yes.  Where it says

DIRECT EXAMINATION OF LARRY HARMON

1   defendant's acceptance, do you see that?

2   A.   Yes.

3   Q.   Is that your signature?

4   A.   Yes, it is.

5   Q.   And is that dated -- it appears to be 8/10/21?

6   A.   Yes.

7   Q.   Okay.  Did you sign this agreement and understand it?

8   A.   Yes.

9   Q.   Did you have a chance to consult with Mr. Flood about this

10  agreement?

11  A.   Yes.

12          MR. PEARLMAN:  At this time, Your Honor, I'd like to

13  introduce Government Exhibit 45C?

14          THE COURT:  Any objection.

15          MR. EKELAND:  No objection.

16          THE COURT:  Government Exhibit 45C is admitted and

17  may be published to the jury.

18          (Whereupon, Exhibit No. 45C was admitted.)

19  BY MR. PEARLMAN:

20  Q.   Showing you page 1 of the exhibit when you testified it

21  was a letter dated August 6 to Mr. Flood, is that what you were

22  talking about?

23  A.   Yes.

24  Q.   And then just going to the last page where it said

25  defendant's acceptance, is that what you were referring to?

DIRECT EXAMINATION OF LARRY HARMON

1    A.    Yes.

2    Q.    And now I would like to show you Government Exhibit 45D,

3    which has not been offered into evidence:  Do you recognize

4    Government Exhibit 45D?

5    A.    It looks like my statement of offense.

6    Q.    We can take a minute to look at it.  Let's go to the last

7    page.  Do you see a paragraph labeled defendant's acceptance?

8    A.    Yes.

9    Q.    Is that your signature at the bottom?

10   A.    Yes.

11   Q.    Is that also dated August 10th, 2021?

12   A.    Yes.

13   Q.    Is that the same date that you signed the plea agreement?

14   A.    Yes.

15   Q.    Okay.  Just go back up to the top, please, of page 1 where

16   it says statement of the offense and related conduct.  Is this

17   the statement of offense that you signed?

18   A.    Yes.

19             MR. PEARLMAN:  At this time, Your Honor, we would

20   move to introduce Government Exhibit 45D.

21             THE COURT:  Any objection?

22             MR. EKELAND:  No objection.

23             THE COURT:  Exhibit 45D is admitted and may be

24   published to the jury.

25             (Whereupon, Exhibit No. 45D was admitted.)

1    BY MR. PEARLMAN:

2    Q.    I just want to show the jury when you indicated statement

3    of the offense and related conduct is this page 1 what you were

4    referring to?

5    A.    Yes.

6    Q.    And does that say United States versus Larry Dean Harmon?

7    A.    Yes, it does.

8    Q.    And let's go to the last page.  When we were speaking

9    about the defendant's acceptance, is that your signature there?

10   A.    Yes.

11   Q.    Sir, when you signed these documents, did you have a

12   chance to consult with Mr. Flood, your counsel, about signing

13   these documents?

14   A.    Yes.

15   Q.    And did you, in fact, plead guilty to money laundering

16   conspiracy?

17   A.    Yes.

18   Q.    If I could ask you to speak up a little bit, sir.

19   A.    Yes, I did.

20   Q.    And speak into the microphone.  I appreciate that.

21         Did the government dismiss other charges as part of that

22   plea agreement?

23   A.    Yes, they did.

24   Q.    If we can go back to 45C.  And if you could go up to the

25   top please, Ms. De Falco.

DIRECT EXAMINATION OF LARRY HARMON

1          At the time that you pled guilty, did you have an
2    understanding about what the maximum sentence under the statute
3    was for the money laundering conspiracy?

4    A.    It was 20 years.

5    Q.    And by the way, who did you plead in front of?

6    A.    Judge Beryl Howell.

7    Q.    Judge Beryl Howell?

8    A.    Yes.

9    Q.    Is she the one who will be sentencing you?

10   A.    Yes.

11   Q.    And I need to ask you a couple of questions about the
12   United States sentencing guidelines.  Do you have a general
13   understanding of what the United States sentencing guidelines
14   are?

15   A.    Yes.

16   Q.    What is your general understanding?

17   A.    So it is a point system in which your crimes get a point
18   and any mitigating factors get a certain number of points.  And
19   then there is a chart that you add up those points.  And it
20   gives you what is the recommended sentencing that the judge
21   should give.

22   Q.    Is that usually within a range?

23   A.    Yes.

24   Q.    Does the judge have to follow that recommendation?

25   A.    No, they don't, unless it is a mandatory minimum, then

1   they have to give the mandatory minimum.

2   Q.   At least the mandatory minimum?

3   A.   Right.

4   Q.   But is that a place where the court is supposed to start

5   and consider?

6   A.   Yes.

7   Q.   In your particular case, what is your understanding of the

8   biggest factor in your charge that affects the guidelines?

9   A.   For my case, it was the amount of money that -- or Bitcoin

10   that went through my service that was the -- had the most

11   points to my sentencing guidelines.

12   Q.   And if you could go to page 2, Ms. De Falco.  Keep going

13   down, please.

14       Okay.  Do you see there for the sentencing guidelines

15   analysis at page 2 of 15?  Do you see that?

16   A.   Yes.

17   Q.   And do you see a subparagraph, estimated offense level

18   under the guidelines?

19   A.   Yes.

20   Q.   Can you read that first sentence?

21   A.   "Your client agrees and will acknowledge at the time of

22   the plea of guilty to the offense stated above that pursuant to

23   USSG 1B1.3 your client is criminally responsible for laundering

24   transactions totaling at least 354,468 Bitcoin, the equivalent

25   of approximately $311,145,854 at the time of the transactions,

1   which quantity represents the total amount involved in your

2   client's relevant criminal conduct.  Your client further agrees

3   that" --

4   Q.   You can stop there.

5   A.   Okay.

6   Q.   And this will be available for the jury.  So what is your

7   understanding about how much laundering you took responsibility

8   for, was it the full amount of the Bitcoin?

9   A.   Yeah, that amount.

10   Q.   And so in calculating the sentencing guidelines, what was

11   determined to be the guideline range, the anticipated guideline

12   range?

13   A.   With that amount and for me, it was life in prison.

14   Q.   Would that be affected by the statutory maximum?

15   A.   Yes.  So for that crime, there was a maximum of 20 years.

16   Q.   So you could do no more than 20 years?

17   A.   Correct.

18        THE COURT:  Can I interrupt just to ask you a

19   question.  Is your lawyer here today?

20        THE WITNESS:  No.

21        THE COURT:  Did you consult with your lawyer before

22   coming today?

23        THE WITNESS:  Yeah.

24        THE COURT:  Did you obtain advice about whether you

25   should come here today from your lawyer?

DIRECT EXAMINATION OF LARRY HARMON

1      THE WITNESS:  Yes.

2      THE COURT:  Are you comfortable being here and

3   testifying today without your lawyer?

4      THE WITNESS:  Yes.

5      THE COURT:  Okay.  I just wanted to make sure that he

6   wasn't without counsel.

7      MR. PEARLMAN:  And we have been in touch with his

8   lawyer, Your Honor.

9      THE COURT:  All right.  Thank you.

10  BY MR. PEARLMAN:

11  Q.   As a condition of your plea agreement, did you agree to

12  provide cooperation to the government?

13  A.   Yes.

14  Q.   Ms. De Falco, could you turn to page 6, please.

15       Do you see in line 9, it says cooperation?

16  A.   Yes.

17  Q.   Could you just read that first sentence under subparagraph

18  A?

19  A.   "Your client shall cooperate fully, truthfully, completely

20  and forthrightly with the office and other federal, state and

21  local law enforcement authorities identified by this office in

22  any and all matters as to which the government deems the

23  cooperation relevant."

24  Q.   And then a few lines down towards the right-hand side it

25  says, "Any refusal."  Do you see that?

DIRECT EXAMINATION OF LARRY HARMON

1   A.   Yes.

2   Q.   Could you read that sentence and it is admittedly a

3   lengthy sentence?

4   A.   "Any refusal by your client to cooperate fully,

5   truthfully, completely and forthrightly as directed by this

6   office and other federal, state and local law enforcement

7   authorities identified by this office in any and all matters in

8   which the government deems your client's assistance relevant

9   will constitute a breach of this agreement by your client and

10  will relieve the government of its obligations under this

11  agreement including but not limited to its obligation to inform

12  this Court and the Departure Guidelines Committee of the US

13  Attorney's Office for the District of Columbia of any

14  assistance your client has provided."

15  Q.   So to try to sum up, what is it you are seeking to get out

16  of this agreement?

17  A.   So I am seeking to get the prosecution to recommend a

18  lighter sentence.

19  Q.   To who should the government offer its recommendation?

20  A.   To the judge.

21  Q.   Does the judge have to follow what the government says?

22  A.   No.

23  Q.   And what is it that the government, to your understanding,

24  expects in turn?

25  A.   That I cooperate in helping them with any investigations

1    truthfully and to the best of my ability.

2    Q.    Just the investigation regarding Bitcoin Fog or any other

3    investigation the government asks you about?

4    A.    Any other one.

5    Q.    And if you fail to follow the terms of the agreement, what

6    can the government do?

7    A.    They can take away this agreement and not recommend any

8    lighter sentence, but I will still have pled guilty.

9    Q.    You still will have pled guilty?

10   A.    Yes.

11   Q.    Do you know somebody named Roman Sterlingov?

12   A.    No.

13   Q.    Let me ask you a couple questions about yourself.  What

14   area of the United States are you from?

15   A.    Akron, Ohio.

16   Q.    Do you have computer programming experience?

17   A.    Yes.

18   Q.    Do you have computer programming experience by education

19   and formal training?

20          MR. EKELAND:  Objection, Your Honor.  Can we pick up

21   the phone for a moment?

22          (Conference held at the bench.)

23          MR. EKELAND:  Your Honor, I don't understand the

24   relevance of this witness.  He hasn't been -- and this is an

25   objection we did raise before, but I don't understand.  He

1   hasn't been noticed as an expert.  He doesn't know

2   Mr. Sterlingov.  I don't see even how he is a fact witness.

3   And what I am concerned about is where this is going is that it

4   is an attempt by the government to back door in 702 testimony

5   that hasn't been noticed.

6              I thought maybe that he -- maybe he was being brought

7   in to testify, oh, he somehow, you know, mixed with Bitcoin Fog

8   or there was some kind of factual basis.  As I am flipping

9   through the statement of the offense, I don't see that.  So I

10  am concerned here on relevance grounds, 702 grounds and frankly

11  also 403, because of what he did was pretty bad.

12             THE COURT:  All right.

13             MR. PEARLMAN:  Well, so the fact that he did

14  something that was, quote, pretty bad, does not establish a 403

15  violation.  He has already testified he is here today to talk

16  about his relationship with Bitcoin Fog.  He used the Bitcoin

17  Fog mixer.  Mr. Ekeland has been aware for several months that

18  Mr. Harmon was going to testify.  And we provided discovery

19  about Mr. Harmon.

20             THE COURT:  Yeah.  So it sounds to me like you have

21  answered the question Mr. Ekeland raised.  And so we have got

22  another 2 or 3 minutes because I have to break because I have

23  got something I need to do at 12:30, so why don't we continue.

24             (End of bench conference.)

25             THE COURT:  You may continue.

DIRECT EXAMINATION OF LARRY HARMON

```
 1              MR. PEARLMAN:  The objection is overruled, Your
 2   Honor?
 3              THE COURT:  Yes.
 4   BY MR. PEARLMAN:
 5   Q.   Sir, did you have formal training in the area of computer
 6   science?
 7   A.   I had one semester in college.
 8   Q.   Did you have other just experiential training with
 9   computer programming and computer science?
10   A.   My dad was a programmer.  And he got me books on
11   programming.  I pretty much learned myself.
12   Q.   Did you attempt to use those skills to use in the business
13   world in the marketplace?
14              MR. EKELAND:  Objection; leading.
15              THE COURT:  Overruled.
16              THE WITNESS:  Yes.  I created many websites and made
17   my life basically about programming.
18   BY MR. PEARLMAN:
19   Q.   About programming?
20   A.   Yeah, I used it to make a living.
21   Q.   At some point, did you become familiar with something
22   called the darknet?
23   A.   Yes.
24   Q.   Did you become familiar with something called Tor browser?
25   A.   Yes.
```

1    Q.   Are you familiar with Tor browser?

2    A.   Yes.

3    Q.   Have you used Tor browser?

4    A.   Yes.

5    Q.   Did you observe anything about Tor browser related to the

6    ability of someone to easily find specific sites on Tor

7    browser?

8              MR. EKELAND:  Objection; leading.

9              THE COURT:  Overruled.

10             THE WITNESS:  So can you rephrase that?

11   BY MR. PEARLMAN:

12   Q.   Sure.  Did you see a need within the darknet to be able to

13   search for certain types of things on the darknet and try to

14   satisfy that with your programming skills?

15   A.   Right.

16             MR. EKELAND:  Objection; leading and compound.

17             THE COURT:  Overruled.

18             THE WITNESS:  So when I was on the dark web, I

19   noticed there was lots of darknet sites, about five or six

20   marketplaces, they are called.  There was about five or six big

21   ones.  And in order to view them, you had to create an account,

22   log in, and then you could see the different items through

23   their search on each separate one.

24             And I created a way that would make it so that you

25   could search all of them from one website.

DIRECT EXAMINATION OF LARRY HARMON

1    BY MR. PEARLMAN:

2    Q.   What did you call that website?

3    A.   Grams.

4    Q.   So was Grams only accessible through the Tor browser or

5    was it accessible on the regular internet?

6    A.   Only through Tor.

7    Q.   So what did you have Grams set out to do?

8    A.   It was supposed to be the darknet search engine, but it

9    only searched the darknet marketplaces and then I added

10   features as time went on.

11   Q.   Let me show you what has been marked for identification

12   purposes as 46 and 46A.  Let's start with 46.

13        Do you recognize what 46 is?

14   A.   Yes.  That is the homepage for Grams.

15   Q.   Let me show you what has been marked for identification

16   purposes as 46A.  Do you recognize what 46A is?

17   A.   A frequently asked questions for Grams.

18   Q.   Is Grams a site that you controlled?

19   A.   Yes.

20   Q.   Are these fair and accurate versions of what someone might

21   see if they went to Grams?

22   A.   Yes.

23        MR. PEARLMAN:  Okay.  Move to introduce Government

24   Exhibit 46 and 46A?

25        THE COURT:  Any objection?

DIRECT EXAMINATION OF LARRY HARMON

1          MR. EKELAND:  Hearsay and relevance, in particularly

2    in relation to the it look like frequently asked questions, it

3    looked like there was a lot of hearsay in there and honestly

4    relevance.

5          THE COURT:  Can you page up for me to the frequently

6    asked questions?

7          MR. PEARLMAN:  It is not being offered for the truth,

8    Your Honor, only to give examples to the jury of what the pages

9    looked like.

10          THE COURT:  All right.  So I will go ahead and admit

11   46 and 46A, but instruct the jury this is not for truth of the

12   matter asserted, but just so you can see what the website

13   looked like.

14          (Whereupon, Exhibit Nos. 46, 46A were admitted.)

15   BY MR. PEARLMAN:

16   Q.   So showing 46, is this an example of the homepage?

17   A.   Yes.

18   Q.   And up there in the left-hand corner, is that Grams?

19   A.   Yes.

20   Q.   And then, do you see something towards the bottom in the

21   middle called Helix Light?

22   A.   Yes.

23   Q.   And then looking at 46A, what is Grams words?

24   A.   Grams words was a copy of Google ad words where people

25   could bid on keywords to get their ads placed on my search

DIRECT EXAMINATION OF LARRY HARMON

1    engine.

2    Q.   So, for example, if -- can you give us an example of that?

3    A.    So if someone created an ad, let's say for cocaine, and

4    they wanted it to be at the top of a search for someone

5    searching for cocaine, they would create the ad through my site

6    and then they could bid on how much they paid per view of that

7    search engine and/or that search keyword to have their ad at

8    the top and other people could bid on the same keyword.

9    Q.   When did you first launch Grams?

10   A.   April 2014.

11          BY MR. PEARLMAN:  Is this a good place to stop?

12          THE COURT:  I think this is probably a good place for

13   our lunch break.  It is a little after 12:30.  Why don't we

14   come back at 1:30.  And I will just remind you, don't discuss

15   the case, even amongst yourself, don't conduct any type of

16   research and steer clear of someone associated with the case so

17   you don't overhear any hallway chatter.

18          (Jury out at 12:34 p.m.)

19          THE COURT:  All right.  And the witness can take his

20   break as well.  I ask that you not discuss your testimony with

21   anybody until it is complete and just be back at 1:30.

22          THE WITNESS:  Okay.

23          THE COURT:  I am going to ask my law clerk to bring

24   you all copies of my opinion that I am getting ready to issue

25   today on the Daubert issues relating to Reactor.  And I am

DIRECT EXAMINATION OF LARRY HARMON

1  going to ask that you treat it all under seal.  And what I

2  really want you to do is look at it.  I don't think I have

3  included anything in there that needs to be sealed, but I want

4  you all to take -- put eyes on it, just to make sure that you

5  agree with that.  And if there is anything that you think I

6  need to redact, I would ask that you let me know by the end of

7  the day so that I can file this on the docket today.  But if

8  there is an issue, I want to make sure I don't inadvertently

9  put something up that I shouldn't.  All right.

10       MS. PELKER:  One note, Your Honor.

11       THE COURT:  Yes.

12       MS. PELKER:  We do anticipate calling Ms. Bisbee

13  after lunch.  Is that still fine with the sequencing for the

14  Daubert?

15       THE COURT:  Yes.  The opinion is issued as of when I

16  hand it to you.  I just won't put it up on the docket until

17  then.  I have already given you my reasons for this before.

18  This is just more providing a more detailed explanation of the

19  reasons that I gave fairly briefly from the bench.

20       MS. PELKER:  Thank you, Your Honor.

21       THE COURT:  Okay.  Thank you.

22       (Recess taken at 12:35 p.m.)

23

24

25

1                    C E R T I F I C A T E

2

3           I, SHERRY LINDSAY, Official Court Reporter, certify

4     that the foregoing constitutes a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9

10                    Dated this 1st day of March, 2024.

11

12                    _____
                      Sherry Lindsay, RPR
13                    Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. EKELAND: [22]  5/19 8/8
19/4 20/1 22/15 24/3 24/17 27/18
29/10 30/3 36/15 36/18 38/11
38/21 41/11 44/11 44/22 46/6 53/1
81/16 84/3 84/7
BY MR. PEARLMAN: [15]  64/7 71/7
78/4 78/21 84/10 85/18 87/19 89/1
93/10 97/4 97/18 98/11 99/1
100/15 101/11
BY MS. PELKER: [8]  54/7 54/19
55/7 55/14 57/6 63/7 66/25 68/2
BY THE COURT: [1]  84/1
MR. EKELAND: [49]  4/8 5/12 5/17
19/2 23/22 23/25 24/16 27/10 29/8
29/25 38/15 41/9 44/8 44/20 45/23
53/17 54/16 55/4 55/11 57/1 63/4
64/4 64/9 64/22 64/25 65/16 65/21
67/12 67/14 68/6 69/4 69/7 69/18
70/2 70/5 78/17 82/6 82/19 83/13
83/23 84/2 87/15 88/22 95/20
95/23 97/14 98/8 98/16 100/1
MR. PEARLMAN: [19]  53/25 70/23
78/14 81/11 82/5 82/12 83/18
84/14 84/25 85/4 85/6 85/8 87/12
88/19 93/7 96/13 97/1 99/23 100/7
MS. PELKER: [26]  4/4 5/2 5/8 8/2
19/1 19/19 22/13 23/17 27/14 29/6
36/14 38/10 45/21 53/6 53/16 54/5
65/10 66/10 67/16 67/24 68/1
69/14 70/13 102/10 102/12 102/20
THE COURT: [94]  4/2 4/6 4/21
4/24 5/3 5/11 5/15 8/5 19/3 19/21
23/19 23/23 24/1 27/13 27/15 30/2
36/17 38/13 38/18 41/7 44/9 46/1
53/2 53/8 53/13 53/18 53/22 54/24
54/1 54/3 54/17 55/5 55/12 57/3
63/5 64/5 65/9 65/19 66/3 66/19
66/24 67/13 67/19 67/25 68/7
69/13 69/21 70/3 70/11 70/18
70/21 70/25 71/5 78/16 78/18
81/14 82/10 83/2 83/16 83/22
83/24 84/8 84/15 84/18 85/1 85/5
85/7 85/10 87/14 87/16 88/21
88/23 92/18 92/21 92/24 93/2 93/5
93/9 96/12 96/20 96/25 97/3 97/15
98/9 98/17 99/25 100/5 100/10
101/12 101/19 101/23 102/11
102/15 102/21
THE COURTROOM DEPUTY: [8]  5/4
29/22 44/19 44/21 53/23 71/3 78/3
85/16
THE WITNESS: [20]  22/14 54/18
55/13 57/4 64/6 64/10 68/8 70/22
71/2 71/4 84/17 85/15 92/20 92/23
93/1 93/4 97/16 98/10 98/18
101/22

**$**

**$10,000 [1]**  74/5
**$311,145,854 [1]**  91/25

**.**

**.onion [1]**  54/24

**1**

**100 [1]**  3/15
**10005 [1]**  2/4
**107 [1]**  78/8
**10th [1]**  88/11
**11 [1]**  79/14
**11:00 [1]**  53/12
**11:00 now [1]**  53/9
**11:01 [1]**  53/19
**11:15 [1]**  53/9
**11:22 [1]**  54/2
**123 [2]**  63/8 63/14
**12:30 [3]**  85/13 96/23 101/13
**12:34 [1]**  101/18
**12:35 [1]**  102/22
**1301 [1]**  1/20

**15 [1]**  91/15
**1501 [1]**  1/24
**1600 [1]**  2/18
**18 [2]**  79/19 86/11
**180 [1]**  79/7
**1956 [1]**  86/12
**1970 [1]**  73/19
**1:30 [2]**  101/14 101/21
**1B [1]**  61/8
**1B1.3 [1]**  91/23
**1B13 [1]**  61/5
**1st [1]**  103/10

**2**

**20 [6]**  85/11 85/12 85/13 90/4
92/15 92/16
**20001 [1]**  2/9
**20005 [1]**  1/21
**2009 [1]**  72/5
**2011 [11]**  21/11 21/15 21/23 22/1
64/12 81/21 81/23 82/3 83/6 83/8
83/15
**2012 [1]**  68/16
**2013 [9]**  21/15 77/21 81/18 81/20
81/24 82/9 82/22 82/24 84/4
**2014 [1]**  101/10
**2020 [1]**  85/25
**2021 [3]**  86/10 86/23 88/11
**2024 [2]**  1/5 103/10
**20530 [2]**  1/14 1/17
**21 [1]**  87/5
**21-399 [2]**  1/4 5/4
**24 [1]**  72/18
**27 [1]**  3/13
**29 [1]**  1/5

**3**

**30 [1]**  2/3
**32 [6]**  3/13 26/17 27/12 27/15
27/17 59/16
**33 million [1]**  32/20
**333 [1]**  2/8
**34 [1]**  79/21
**354,468 [1]**  91/24
**35B [6]**  3/13 78/1 78/15 78/18
78/20 78/22
**35C [1]**  81/4
**36 [1]**  80/2
**368 [1]**  29/20
**399 [2]**  1/4 5/4

**4**

**403 [2]**  96/11 96/14
**45C [6]**  3/14 86/15 87/13 87/16
87/18 89/24
**45D [6]**  3/14 88/2 88/4 88/20
88/23 88/25
**46 [8]**  3/15 99/12 99/12 99/13
99/24 100/11 100/14 100/16
**46A [8]**  3/15 99/12 99/16 99/16
99/24 100/11 100/14 100/23

**5**

**5.1527 [1]**  1/17
**513B [3]**  44/17 44/18 44/20
**54 [1]**  3/4

**6**

**601 [1]**  1/16
**6710 [1]**  2/8

**7**

**702 [2]**  96/4 96/10
**71 [1]**  3/7
**710A [4]**  24/6 44/13 44/14 48/17
**720 [1]**  35/24
**722 [1]**  37/2
**723 [2]**  39/9 57/15
**724 [1]**  41/1
**725 [1]**  41/16
**726 [1]**  42/3
**729 [1]**  41/16

**731 [1]**  42/23
**733 [1]**  42/24
**78 [1]**  3/13

**8**

**8/10/21 [1]**  87/5
**81 [1]**  3/7
**84 [1]**  3/8
**85 [1]**  3/10
**87 [1]**  3/14
**89 [1]**  3/14
**8th [1]**  2/4

**9**

**950 [1]**  1/14
**9:38 [1]**  1/6
**9:39 [1]**  4/23

**A**

**a.m [5]**  1/6 4/23 53/12 53/19 54/2
**ability [3]**  58/20 95/1 98/6
**able [10]**  4/15 13/16 13/16 56/25
57/12 58/23 67/7 67/23 68/3 98/12
**about [85]**  8/6 10/18 12/22 13/13
13/21 14/24 19/22 20/14 21/10
22/21 25/8 26/19 26/23 28/17 30/4
30/19 32/9 32/10 32/13 33/2 33/24
33/25 34/3 34/6 34/18 35/2 35/25
39/10 41/22 42/4 42/16 42/25
43/10 44/9 44/25 52/16 53/11
54/20 57/16 58/4 58/25 59/9 60/7
60/8 60/14 62/5 63/9 65/3 65/13
66/11 68/4 69/11 70/14 71/24 72/9
72/14 73/8 73/10 74/17 77/18
77/20 82/7 82/8 82/14 83/8 83/11
85/8 87/9 87/22 89/9 89/12 90/2
90/11 92/7 92/24 95/3 95/13 96/3
96/16 96/19 97/17 97/19 98/5
98/19 98/20
**above [2]**  91/22 103/5
**above-entitled [1]**  103/5
**absence [1]**  17/15
**absolutely [1]**  45/23
**abstract [1]**  19/15
**academic [1]**  19/9
**acceptance [4]**  87/1 87/25 88/7
89/9
**access [16]**  4/10 4/16 11/21 12/13
18/14 31/20 33/8 34/13 34/16
39/25 40/4 40/9 45/16 46/14 49/3
52/7
**accessed [4]**  50/16 63/14 69/8
70/7
**accesses [6]**  16/16 64/3 64/11
67/8 67/11 67/23
**accessible [2]**  99/4 99/5
**accessing [3]**  37/18 40/12 69/3
**account [24]**  20/20 20/21 21/4
21/5 21/5 21/19 21/19 45/2 47/8
47/9 62/11 63/2 63/10 63/16 63/17
63/17 63/18 63/19 63/21 63/22
64/14 70/9 76/20 98/21
**accounts [10]**  62/15 63/10 63/14
63/25 64/13 64/14 68/4 69/8 69/19
70/8
**accuracy [2]**  19/6 19/10
**accurate [2]**  27/5 99/20
**accurately [1]**  66/6
**acknowledge [1]**  91/21
**acquired [1]**  60/17
**across [1]**  62/22
**act [8]**  25/14 72/7 72/9 73/2
73/11 73/17 73/18 80/14
**action [3]**  1/3 18/13 73/4
**actions [1]**  39/3
**active [4]**  47/14 47/16
**activities [4]**  45/22 46/23 79/23
80/3
**activity [8]**  31/2 55/3 55/8 61/25
62/2 74/8 74/10 75/11
**actor [2]**  31/6 31/9

actors [1] 46/13
acts [1] 35/8
actual [2] 10/1 51/6
actually [13] 16/18 16/23 20/2
 20/8 40/8 50/12 51/9 56/24 62/13
 67/18 76/21 81/25 83/14
ad [4] 100/24 101/3 101/5 101/7
add [2] 32/19 90/19
add-ons [1] 32/19
added [5] 28/12 28/15 28/21 60/3
 99/9
adding [1] 59/22
additional [2] 56/23 65/5
address [44] 10/16 10/21 10/25
 11/1 11/2 11/4 11/6 11/15 11/24
 12/4 12/8 12/11 12/15 15/5 15/22
 15/23 15/24 16/2 16/9 16/13 16/18
 16/24 18/4 18/17 20/2 20/4 20/9
 21/8 21/14 22/6 22/10 33/8 34/25
 35/6 46/23 59/6 62/4 62/9 63/1
 63/3 63/15 79/15 79/18 83/16
addresses [22] 11/8 11/8 11/11
 11/12 15/14 16/7 18/19 20/14
 20/16 22/5 35/3 35/3 52/12 52/15
 59/1 59/1 59/4 59/4 59/7 59/8
 62/22 65/14
administered [1] 23/7
administration [1] 86/2
administrative [2] 39/1 77/7
administratively [1] 39/6
administrator [1] 6/5
admit [1] 100/10
admitted [9] 27/15 27/17 78/18
 78/20 87/16 87/18 88/23 88/25
 100/14
admittedly [1] 94/2
ads [1] 100/25
advice [1] 92/24
advisories [1] 77/8
affected [1] 92/14
affects [1] 91/8
after [5] 29/2 29/18 64/14 101/13
 102/13
afternoon [2] 85/19 85/20
again [5] 10/24 41/5 42/9 42/24
 43/15 43/21 45/8 51/19 59/18
 64/14 70/4 71/11 73/3
against [8] 24/8 50/9 50/13 50/20
 52/15 59/1 71/22 73/4
agree [9] 14/2 23/15 46/17 47/2
 47/4 49/20 49/25 93/11 102/5
agreed [1] 83/7
agreement [11] 86/18 87/7 87/10
 88/13 89/22 93/11 94/9 94/11
 94/16 95/5 95/7
agrees [2] 91/21 92/2
ahead [7] 4/21 53/7 67/5 67/20
 70/12 85/7 100/10
aids [1] 74/15
airport [1] 29/17
Akemashite [1] 9/12
Akron [1] 95/15
Alden [1] 5/8
algorithm [1] 45/10
all [85] 4/2 4/12 4/21 4/24 5/15
 6/23 9/22 17/4 17/16 17/16 21/8
 21/22 23/15 25/16 26/4 26/5 26/10
 27/9 28/11 28/11 31/8 33/15 33/17
 33/24 33/25 35/20 40/24 41/25
 42/15 42/19 43/6 44/15 45/12 46/1
 47/19 49/4 49/9 49/19 50/22 53/2
 53/22 54/3 55/20 56/25 58/2 58/22
 58/23 60/5 60/10 64/3 64/8 64/11
 65/10 66/19 68/11 68/12 68/13
 68/25 69/3 69/8 69/19 69/24 71/5
 72/18 74/18 76/23 77/7 77/14
 81/14 83/6 84/8 84/15 84/23 85/13
 93/9 93/22 94/7 96/12 98/25
 100/10 101/19 101/24 102/1 102/4
 102/9

allow [1] 46/2
allowing [1] 45/25
almost [1] 18/21
already [8] 22/20 28/8 50/10
 62/16 81/6 83/3 96/15 102/17
also [26] 8/17 10/2 20/21 21/5
 26/13 26/13 26/18 34/3 35/14
 40/19 40/20 46/25 49/7 49/10
 50/13 51/23 56/5 63/24 66/10
 73/13 75/5 77/10 79/14 79/17
 88/11 96/11
alternative [1] 76/18
Although [2] 20/24 83/2
Altima [1] 68/16 68/20
always [4] 16/2 30/11 51/12 75/11
am [50] 6/14 8/14 9/5 10/1 13/23
 14/14 14/16 15/9 15/17 16/20
 20/12 20/24 21/24 22/3 28/6 30/11
 32/22 32/24 36/11 36/20 38/8
 38/17 43/17 43/19 43/19 44/8
 46/15 48/2 48/13 49/23 50/23
 51/24 64/10 64/25 65/7 65/24 66/4
 66/7 67/16 72/2 82/7 82/19 85/2
 94/17 96/3 96/8 96/10 101/23
 101/24 101/25
Amazon [3] 13/12 32/3 32/4 59/13
 59/14
ambiguous [1] 57/2
AMERICA [1] 1/3
among [2] 16/6 53/10
amongst [1] 101/15
amount [6] 58/15 91/9 92/1 92/8
 92/9 92/13
analysis [31] 10/16 10/21 16/18
 16/19 16/24 17/19 18/1 18/4 18/22
 19/8 19/13 20/2 20/4 20/6 20/9
 20/13 21/8 21/12 21/14 22/6 22/10
 22/11 29/1 61/14 62/4 62/9 63/1
 68/5 68/8 70/16 91/15
analyze [1] 18/7
analyzed [1] 59/21
analyzing [1] 68/24
Android [1] 32/25
anonymity [3] 13/6 61/22 61/25
another [11] 31/1 31/19 32/16
 33/5 45/14 50/11 68/18 74/8 85/11
 85/12 96/22
answer [3] 19/2 19/3 67/1
answered [5] 18/3 19/1 55/11 83/2
 96/21
answering [1] 72/8
anti [12] 72/10 73/3 73/18 73/22
 74/22 75/4 75/9 75/14 75/17 75/21
 76/13 77/13
anti-money [12] 72/10 73/3 73/18
 73/22 74/22 75/4 75/9 75/14 75/17
 75/21 76/13 77/13
anticipate [1] 102/12
anticipated [1] 92/11
any [75] 4/14 4/18 5/25 6/2 6/3
 6/5 6/8 6/9 6/15 6/25 7/6 8/12
 9/15 9/17 9/18 17/15 17/23 18/5
 20/3 20/4 20/7 21/25 22/9 22/17
 22/18 22/19 23/20 24/13 27/13
 28/17 35/14 36/23 37/22 38/6
 38/19 43/19 47/21 48/2 48/10
 48/12 48/14 52/15 53/10 56/10
 56/13 58/1 61/22 63/3 66/19 74/4
 75/3 76/24 78/16 81/14 81/17
 81/21 82/21 83/22 84/5 84/8 87/14
 88/21 90/18 93/22 93/25 94/4 94/7
 94/13 94/25 95/2 95/4 95/7 99/25
 101/15 101/17
anybody [6] 9/10 9/13 9/16 10/12
 23/10 101/21
anyone [2] 22/17 53/15
anything [27] 4/2 6/24 9/1 9/3
 22/5 22/10 25/5 28/17 32/7 35/9
 36/21 37/12 41/24 42/20 43/17
 43/20 52/11 53/15 54/9 54/10
 54/21 54/24 58/13 84/23 98/5
 102/3 102/5

anyway [1] 50/10
anywhere [2] 6/21 17/15
apartment [1] 38/17
apologies [2] 44/17 44/18
apologize [1] 41/9
app [1] 10/5
appear [9] 6/15 6/18 6/21 11/8
 18/20 24/23 49/10 56/12 56/13
appearance [1] 4/5
APPEARANCES [3] 1/12 1/23 2/1
appeared [4] 9/21 10/4 57/11
 68/13
appearing [1] 58/10
appears [3] 47/10 47/23 87/5
Apple [3] 46/8 46/11 46/13
apples [1] 66/11
application [1] 36/8
applied [1] 72/14
apply [3] 82/16 84/19 84/22
appreciate [2] 4/20 89/20
approach [2] 5/6 64/19
appropriate [2] 8/7 76/22
approximately [1] 91/25
apps [3] 10/2 10/6 10/8
April [1] 101/10
April 2014 [1] 101/10
are [106]
area [3] 22/3 95/14 97/5
aren't [5] 9/20 11/12 24/23 32/21
 36/6
arguing [1] 46/1
argument [1] 49/2
around [3] 28/18 35/4 67/3
array [1] 25/10
arrested [5] 29/16 60/21 85/25
 86/2 86/5
artfully [1] 67/24
as [79] 6/7 6/12 6/12 8/24 10/22
 11/1 11/11 15/14 21/18 24/5 24/18
 25/14 25/15 25/24 26/3 26/17
 27/12 29/4 29/22 29/24 29/25
 31/21 33/7 34/7 35/8 35/23 37/1
 43/9 44/1 44/1 44/13 44/18 44/20
 48/16 51/20 52/13 53/13 55/19
 57/21 57/22 59/4 61/11 62/7 62/7
 66/7 68/9 68/9 68/10 69/1 70/15
 71/15 71/15 71/19 71/25 72/13
 73/15 74/1 74/2 74/14 74/16 74/21
 74/24 75/20 76/1 79/11 81/2 83/20
 86/15 89/21 93/11 93/22 94/5 96/1
 96/8 99/10 99/12 99/16 101/20
 102/15
ask [18] 8/5 19/23 21/12 23/23
 45/21 46/2 53/14 66/4 83/11 83/19
 89/18 90/11 92/18 95/13 101/20
 101/23 102/1 102/6
asked [19] 19/1 28/18 52/8 54/8
 55/11 58/4 58/25 59/9 59/12 60/14
 62/4 69/10 69/16 70/14 80/25 82/8
 99/17 100/2 100/6
asking [13] 8/3 8/6 28/6 54/20
 56/16 57/16 63/9 67/15 67/19
 69/23 82/7 83/1 83/10
asks [1] 95/3
aspects [2] 9/22 32/17
asserted [1] 100/12
assessment [1] 66/13
assessments [2] 68/4 69/15
assist [2] 26/20 61/24
assistance [3] 76/24 94/8 94/14
associate [1] 44/3
associated [3] 21/4 63/3 101/16
assumed [1] 17/8
attaching [1] 39/14
attempt [3] 11/10 96/4 97/12
attempting [1] 24/25
attempts [1] 57/10
attention [1] 64/16
attesting [2] 19/6 19/10
attorney [1] 86/19
Attorney's [2] 73/14 94/13
attribute [3] 20/8 22/18 61/25

## A

**attributed [1]**  62/16
**attribution [4]**  31/24 62/7 62/16 62/25
**attributions [3]**  20/3 20/5 62/11
**auditing [1]**  76/5
**August [4]**  86/10 86/22 87/21 88/11
**August 10th [1]**  88/11
**August 6 [2]**  86/22 87/21
**authentic [1]**  27/5
**author [1]**  26/25
**authorities [3]**  51/22 93/21 94/7
**authorization [1]**  4/17
**automatically [2]**  40/6 46/8
**available [3]**  16/5 75/7 92/6
**Ave [2]**  1/14 1/20
**Avenue [1]**  2/8
**avoid [1]**  30/20
**aware [15]**  4/14 6/12 6/14 6/24 8/14 9/5 9/6 13/19 13/23 32/2 36/20 38/8 48/10 48/13 96/17
**away [2]**  34/13 95/7
**Axiom [1]**  10/7

## B

**BA [1]**  72/1
**back [25]**  4/24 4/25 8/23 8/25 9/4 15/14 17/12 35/21 42/8 45/14 45/18 45/20 48/16 48/20 61/24 67/16 67/18 68/10 69/25 85/25 88/15 89/24 96/4 101/14 101/21
**backing [2]**  45/24 48/2
**backs [1]**  46/9
**backup [7]**  45/5 46/11 46/17 47/6 47/9 47/11 50/8
**backups [2]**  46/10 50/10
**bad [3]**  46/13 96/11 96/14
**bank [11]**  68/15 68/17 72/7 72/9 73/2 73/11 73/17 73/18 76/20 77/6 80/14
**Bankruptcy [1]**  2/7
**banks [1]**  77/6
**bar [2]**  72/3 77/11
**barriers [1]**  46/22
**based [5]**  56/21 67/5 67/6 67/20 68/5
**Bash [6]**  33/17 33/19 33/22 34/10 34/15 42/24
**basically [2]**  76/2 97/17
**basis [4]**  14/6 66/19 67/21 96/8
**be [87]**  1/12 11/4 11/8 11/17 12/14 12/16 13/13 13/16 13/16 14/15 15/16 15/16 16/3 16/3 16/17 17/19 17/21 19/12 19/17 19/24 23/19 26/11 27/15 28/24 29/15 29/21 30/13 30/20 30/25 31/3 31/8 31/21 31/24 33/8 33/9 37/16 39/2 39/20 40/19 44/3 44/4 47/10 47/23 49/8 49/12 50/10 53/6 54/14 55/2 56/3 56/5 57/12 58/16 58/23 61/15 66/4 66/10 67/17 68/15 69/15 69/24 70/2 70/3 72/14 73/13 73/13 74/6 75/15 77/8 78/18 80/15 82/2 83/7 83/20 85/16 87/5 87/17 88/23 90/9 92/6 92/11 92/14 98/12 99/8 101/4 101/21 102/3
**because [30]**  8/21 12/7 13/5 13/7 13/13 15/13 16/1 26/6 28/15 28/24 29/1 30/12 30/13 31/22 33/13 38/19 38/25 48/1 57/21 57/22 58/19 61/10 61/22 65/21 74/17 82/22 84/21 96/11 96/22 96/22
**become [3]**  59/24 97/21 97/24
**been [34]**  17/1 18/12 18/15 20/17 25/1 27/11 28/8 28/22 29/4 35/21 44/9 45/24 47/25 51/19 55/9 56/14 56/14 56/24 59/12 65/5 65/17 66/20 70/3 82/25 83/15 86/14 88/3 93/7 95/24 96/1 96/5 96/17 99/11 99/15

**before [12]**  1/9 4/2 25/18 39/2 92/21 95/25 102/17
**behalf [2]**  74/5 80/18
**behind [4]**  20/3 22/17 25/1 69/19
**being [16]**  6/24 13/25 24/23 28/18 32/14 39/4 40/21 43/20 45/11 52/14 68/10 68/13 84/20 93/2 96/6 100/7
**belief [1]**  76/15
**believe [22]**  10/1 10/18 12/21 14/23 15/10 17/6 18/1 20/25 21/7 23/3 25/21 28/19 29/21 34/22 43/1 45/7 55/23 57/4 60/22 64/17 69/2 74/10
**bench [9]**  64/24 69/23 69/6 70/20 82/11 83/25 95/22 96/24 102/19
**Beryl [2]**  90/6 90/7
**beside [1]**  10/22
**besides [1]**  21/25
**best [1]**  95/1
**better [2]**  19/23 23/19
**between [8]**  9/10 9/15 10/12 15/21 19/24 21/15 46/22 63/10
**beyond [3]**  38/13 82/5 82/17
**bid [3]**  100/25 101/6 101/8
**big [5]**  11/17 28/18 35/21 61/22 98/20
**biggest [1]**  91/8
**Bisbee [1]**  102/12
**bit [13]**  27/19 27/21 33/11 35/2 42/6 44/16 47/13 47/14 65/7 66/11 71/24 73/8 89/18
**Bitcoin [68]**  5/25 6/3 6/5 6/8 6/11 6/12 6/15 6/18 6/21 6/25 7/16 7/21 8/1 8/9 8/12 8/18 8/21 8/25 9/4 9/6 9/11 9/13 9/17 9/19 10/13 12/10 20/20 22/7 25/6 28/10 32/7 36/19 36/22 36/24 37/13 37/14 37/16 40/24 41/24 42/13 42/21 43/5 47/21 48/10 52/11 52/12 52/16 54/9 54/11 54/21 54/23 55/3 55/10 56/17 56/18 58/10 59/1 59/1 59/4 59/7 59/8 91/9 91/24 92/8 95/2 96/7 96/16 96/16
**BitLocker [5]**  27/24 28/2 28/3 29/15 60/13
**blast [1]**  47/17
**blocking [1]**  24/14
**body [1]**  72/13
**bold [1]**  48/20
**books [1]**  97/10
**both [3]**  19/22 41/4 63/20
**bottom [3]**  42/20 88/9 100/20
**box [2]**  30/14 80/6
**boy [1]**  44/20
**Brandeis [1]**  72/1
**breach [1]**  94/9
**break [1]**  35/7 53/3 53/5 53/7 53/8 53/9 53/13 53/15 85/3 85/11 85/13 96/22 101/13 101/20
**briefly [7]**  36/3 38/24 39/12 45/8 58/3 61/14 102/19
**bring [1]**  101/23
**BRODIE [1]**  1/15
**Brooklyn [1]**  2/4
**brought [2]**  82/6 96/6
**BROWN [2]**  1/15 5/10
**browser [14]**  22/21 22/23 23/7 23/11 23/13 23/16 49/21 49/23 97/24 98/1 98/3 98/5 98/7 99/4
**browsing [1]**  14/18
**BSA [2]**  75/24 80/17
**Btest [1]**  47/18 47/19 47/23
**build [1]**  26/18
**built [1]**  31/16
**bullet [2]**  20/25 21/2
**bunch [1]**  25/13
**bunker [6]**  50/8 55/24 55/25 56/3 56/7 56/10
**bunkerX [11]**  39/17 39/17 40/14

40/15 41/5 41/12 41/13 47/16 47/22 48/7 63/9
**bureau [1]**  71/21
**burner [1]**  63/25
**business [14]**  15/14 74/6 78/9 78/10 79/1 79/5 79/6 79/7 80/3 80/23 81/2 81/24 82/7 97/12
**businesses [3]**  15/8 15/18 80/11
**businesses' [1]**  15/13
**buy [1]**  32/2
**buying [1]**  13/12

## C

**cafe [4]**  12/11 12/19 12/23 12/25
**calculating [1]**  92/10
**call [4]**  4/4 4/6 75/5 99/2
**called [11]**  16/4 34/19 36/5 52/16 75/24 81/23 86/3 97/22 97/24 98/20 100/21
**caller [1]**  72/20
**calling [1]**  102/12
**came [4]**  17/12 26/11 52/5 72/10
**camera [1]**  59/25
**cameras [2]**  43/25 44/5
**can [89]**  4/6 4/25 5/15 11/3 11/4 11/6 11/15 11/24 13/8 19/9 23/10 23/22 24/16 27/7 27/20 27/21 29/8 29/25 30/2 30/13 32/2 34/11 34/12 34/24 35/3 35/8 35/10 36/3 36/25 37/1 40/17 41/6 41/14 41/15 42/12 45/21 49/8 50/4 51/3 53/4 53/4 53/7 53/13 55/6 55/24 56/7 57/24 59/18 61/24 63/6 63/13 67/9 67/10 67/18 68/3 68/21 69/4 69/15 70/3 70/18 71/11 71/24 73/8 73/17 75/3 75/5 76/11 77/5 77/6 77/12 79/17 80/9 81/11 82/20 85/21 88/6 89/24 91/20 92/4 92/18 96/9 95/7 95/20 98/10 100/5 100/12 101/2 101/19 102/7
**can't [6]**  19/5 22/16 33/13 46/13 69/24 76/18
**cap [3]**  58/4 58/8 58/15
**capability [2]**  51/9 51/12
**caps [2]**  52/19 52/23
**capture [4]**  51/23 51/25 52/7 52/10
**captured [1]**  66/6
**car [2]**  68/21 69/1
**cards [3]**  13/11 13/21 30/13
**careful [1]**  84/20
**carving [3]**  24/18 24/21 25/2
**case [34]**  4/5 4/6 4/13 5/4 12/14 18/21 20/5 22/19 26/4 26/6 26/14 26/20 27/3 28/10 28/18 29/14 37/25 38/24 39/4 46/2 53/10 53/11 58/5 59/23 60/14 61/9 82/16 84/19 84/22 84/23 91/7 91/9 101/15 101/16
**cases [5]**  15/15 16/22 17/2 31/22 51/13
**CATHERINE [1]**  1/13
**caught [2]**  64/15 83/15
**Ccips [1]**  1/19
**cell [3]**  4/10 4/14 4/17
**center [1]**  72/7
**certain [14]**  9/8 39/4 48/2 51/8 58/5 62/5 66/13 73/20 73/21 74/2 77/5 82/1 90/18 98/13
**certainty [2]**  12/16 66/14
**certify [1]**  103/3
**cetera [1]**  8/19
**chance [2]**  87/9 89/12
**change [5]**  15/24 35/1 35/3 45/11 84/12
**changes [3]**  35/6 35/9 35/10
**characterize [1]**  19/23
**charge [2]**  75/25 91/8
**charged [2]**  86/6 86/7
**charges [2]**  86/7 89/21
**Charles [1]**  86/19
**chart [9]**  63/8 65/22 65/24 67/6

## C


**chart... [5]** 67/7 67/21 67/22 69/17 90/19
**chat [1]** 10/7
**chats [1]** 10/5
**chatter [1]** 101/17
**check [1]** 52/15
**checking [1]** 58/25
**CHRISTOPHER [2]** 1/15 5/9
**circumscribe [1]** 82/12
**clarification [2]** 82/8 83/10
**clarify [3]** 18/20 54/10 82/20
**clarity [1]** 67/2
**clarity's [1]** 84/4
**clear [8]** 21/13 29/15 48/18 48/23 60/3 61/15 82/25 101/16
**clearly [2]** 69/10 85/22
**clearnet [1]** 7/5
**clerk [1]** 101/23
**click [1]** 77/6
**client [11]** 37/9 48/5 48/8 48/11 91/21 91/23 92/2 93/19 94/4 94/9 94/14
**client's [2]** 92/2 94/8
**close [5]** 18/20 46/23 62/23 66/13 68/24
**closest [1]** 64/20
**closing [1]** 4/12
**cloud [2]** 45/5 50/11
**cluster [4]** 5/25 6/3 52/16 59/2
**cocaine [2]** 101/3 101/5
**code [7]** 8/12 8/15 8/16 8/16 8/21 8/25 9/7
**collect [2]** 13/20 76/22
**college [1]** 97/7
**COLUMBIA [5]** 1/1 72/3 79/2 79/25 94/13
**com [1]** 33/10
**combine [1]** 30/9
**combined [1]** 30/11
**come [8]** 4/25 11/20 15/5 15/14 16/2 69/25 92/25 101/14
**comes [1]** 49/6
**comfortable [1]** 93/2
**coming [5]** 11/19 11/20 11/25 14/15 92/22
**command [7]** 33/5 33/6 33/20 40/8 56/9 56/12 56/13
**command-type [1]** 33/20
**commands [6]** 33/21 34/1 55/19 55/19 56/11 57/11
**comment [1]** 8/3
**commenting [1]** 66/17
**Committee [1]** 94/12
**common [3]** 14/17 18/20 20/6
**commonalties [1]** 62/21
**commonly [1]** 71/19
**communicated [1]** 7/11
**communicating [1]** 52/13
**communication [5]** 9/10 9/15 10/12 39/3 52/7
**communications [1]** 11/3
**companies [2]** 14/3 49/14
**company [2]** 17/1 47/5
**compare [2]** 31/24 62/21
**Comparing [1]** 18/19
**compatible [1]** 28/12
**complete [5]** 4/15 12/12 53/14 69/2 101/21
**completed [1]** 52/4
**completely [2]** 93/19 94/5
**compliance [9]** 73/7 73/11 74/21 74/24 75/23 75/25 76/5 79/20 80/15
**comply [1]** 78/11
**compound [2]** 57/1 98/16
**computer [35]** 11/1 28/12 32/15 32/17 33/5 33/7 33/8 33/12 33/21 34/12 34/13 35/13 35/14 37/18 37/22 39/16 39/18 40/14 40/19 40/21 43/3 43/7 43/14 43/20 44/2 47/24 56/3 56/11 57/5 57/17 95/16 95/18 97/6 97/9 97/9
**computer's [4]** 11/2 24/22 40/12 56/13
**computers [10]** 34/16 36/6 37/11 37/22 38/3 38/7 38/12 38/16 38/23 55/17
**conceal [2]** 15/6 62/2
**concern [6]** 19/21 49/13 49/17 49/21 50/25 83/17
**concerned [4]** 80/14 80/17 96/3 96/10
**concerning [2]** 80/11 84/12
**concerns [3]** 49/16 50/15 67/17
**conclusion [1]** 66/1
**conclusions [2]** 20/13 65/6
**condition [1]** 93/11
**conduct [7]** 53/10 74/14 74/20 88/16 89/3 92/2 101/15
**conducted [1]** 18/22
**conducting [2]** 74/15 76/16
**conference [8]** 64/24 66/23 69/6 70/20 82/11 83/25 95/22 96/24
**configuration [4]** 25/25 36/4 36/21 36/23
**configuring [1]** 36/22
**conformance [1]** 82/13
**confused [1]** 65/25
**confusion [1]** 19/21
**connect [11]** 12/13 12/25 13/7 15/24 31/9 31/23 33/5 35/5 35/9 37/15 68/3
**connected [4]** 31/25 43/20 68/22 69/24
**connecting [5]** 12/22 31/8 55/17 57/7 57/8
**connection [7]** 31/7 31/7 35/7 56/10 56/18 57/10 86/2
**connections [15]** 34/8 36/6 36/6 37/9 37/10 43/17 47/24 55/18 56/17 56/22 58/14 58/14 63/9 67/8 67/23
**connects [1]** 16/15
**conservative [1]** 64/19
**consider [4]** 18/13 68/22 83/21 91/5
**considered [1]** 64/20
**consistent [8]** 37/17 40/11 40/21 43/2 43/13 54/15 55/3 55/9
**conspiracy [4]** 86/8 86/11 89/16 90/3
**constantly [2]** 49/4 49/9
**constitute [2]** 75/10 94/9
**constitutes [1]** 103/4
**Constitution [1]** 2/8
**consult [3]** 87/9 89/12 92/21
**contact [3]** 75/3 75/12 79/20
**contain [1]** 74/17
**contains [2]** 57/25 61/6
**content [1]** 58/15
**contents [4]** 3/1 27/8 58/16 58/18
**context [3]** 33/25 35/15 46/24
**contexts [1]** 11/7
**continue [3]** 66/24 96/23 96/25
**CONTINUED [2]** 1/23 2/1
**continuing [1]** 67/2
**control [1]** 44/4
**controlled [2]** 56/24 99/18
**controlling [2]** 4/11 62/11
**convenience [1]** 35/16
**convenient [1]** 35/12
**convention [1]** 17/17
**conventions [1]** 11/9
**cooperate [3]** 93/19 94/4 94/25
**cooperation [3]** 93/12 93/15 93/23
**copies [2]** 61/3 101/24
**copy [2]** 28/22 100/24
**core [1]** 64/21
**corner [1]** 100/18
**correct [41]** 9/23 10/19 11/4 12/5 12/8 12/12 12/15 13/22 14/1 14/4 16/7 16/14 16/19 17/5 17/6 18/18 18/25 20/5 21/6 23/2 25/13 29/12 30/10 33/17 34/1 34/16 37/25 38/4 39/21 40/1 40/5 41/3 41/10 42/10 44/5 72/16 79/16 79/24 81/18 92/17 103/4
**correction [1]** 46/8
**correctly [4]** 37/20 51/24 65/23 70/5
**could [116]**
**could just [1]** 50/6
**couldn't [2]** 19/12 52/12
**counsel [10]** 5/6 5/7 5/9 5/14 54/8 58/25 67/15 69/14 89/12 93/6
**count [1]** 86/11
**couple [3]** 77/25 90/11 95/13
**course [4]** 27/2 50/12 74/6 80/23
**court [11]** 1/1 2/6 2/7 4/10 4/18 5/13 7/13 91/4 94/12 103/3 103/13
**court's [2]** 12/4 81/12
**courtroom [2]** 12/3 23/10
**Courts [1]** 2/7
**covered [1]** 83/6
**covering [1]** 9/22
**cray [2]** 20/20 20/20
**create [4]** 26/3 26/14 98/21 101/5
**created [7]** 26/13 27/2 27/6 56/14 97/16 98/24 101/3
**credentials [2]** 6/8 6/10
**credit [2]** 13/11 13/21
**crime [2]** 61/19 92/15
**crimes [3]** 71/18 71/23 90/17
**criminal [4]** 1/3 5/4 73/15 92/2
**criminally [2]** 86/5 91/23
**criminals [2]** 61/16 62/1
**CRM [1]** 1/19
**cross [6]** 3/4 3/7 5/18 69/23 81/15 83/6
**cross-examination [5]** 3/4 3/7 5/18 69/23 81/15
**crossed [2]** 65/4 69/14
**crossing [1]** 65/12
**crucial [1]** 74/17
**cryptocurrencies [3]** 81/22 82/24 84/5
**cryptocurrency [3]** 82/1 82/22 84/12
**CS [5]** 54/8 60/14 61/15 67/1 68/3
**CTF [1]** 4/20
**CTR [1]** 75/2
**CTRs [1]** 74/4
**cumbersome [1]** 59/24
**currencies [1]** 81/18
**currency [4]** 74/3 74/4 77/18 77/20
**current [4]** 73/5 73/6 73/7 73/8
**customer [5]** 76/9 76/12 76/14 77/9 77/13
**customize [1]** 32/17
**cyber [2]** 35/15 35/20
**cybercrime [1]** 61/23


## D


**dad [1]** 97/10
**dark [1]** 98/18
**darknet [7]** 54/15 97/22 98/12 98/13 98/19 99/8 99/9
**data [36]** 17/13 18/1 18/19 18/22 19/13 28/14 45/6 45/8 45/10 45/13 45/18 45/20 45/24 46/9 46/11 46/14 46/17 46/25 47/6 47/9 47/11 49/3 49/5 49/9 49/14 49/17 49/22 50/16 50/22 51/1 55/25 58/17 58/19 58/24 68/11 68/25
**database [2]** 74/13 74/13
**databases [2]** 48/9 81/1
**dataset [1]** 64/21
**date [2]** 21/14 88/13
**dated [5]** 86/22 87/5 87/21 88/11 103/10
**dates [1]** 10/1
**dating [3]** 10/2 10/5 10/6
**Daubert [4]** 69/11 70/13 101/25

**D**

Daubert... [1]   102/14
day [4]   30/5 74/6 102/7 103/10
days [2]   64/15 79/7
DC [6]   1/5 1/14 1/17 1/21 2/9
77/24
de [5]   3/3 77/25 89/25 91/12
93/14
Dean [1]   89/6
decent [1]   58/15
decrypt [1]   45/13
decrypted [1]   6/6
deems [2]   93/22 94/8
deeper [1]   57/13
defendant [7]   1/7 2/2 5/13 53/21
56/23 57/7 60/21
defendant's [8]   26/17 27/12 54/11
59/16 87/1 87/25 88/7 89/9
defending [2]   50/9 50/20
defense [10]   3/13 27/11 27/15
27/17 54/8 58/4 58/25 60/14 65/18
69/14
define [2]   19/11 19/15
definitely [1]   63/2 64/15
demonstrative [1]   29/23 29/24
29/25
DEPARTMENT [3]   1/13 71/18 71/21
Departure [1]   94/12
depending [3]   11/25 45/10 68/23
depends [1]   50/13
depiction [1]   27/5
Depot [1]   68/19
Dept [1]   1/20
described [3]   23/14 58/14 76/13
describing [2]   18/16 31/6
designated [1]   17/8
designed [1]   18/22
destination [1]   58/17
detail [1]   9/23
detailed [1]   102/18
details [2]   38/25 82/14
detections [1]   37/8
determine [1]   81/1
determined [1]   29/2 29/18 92/11
determining [1]   55/2
developed [1]   22/23
device [21]   24/4 27/5 29/11 29/16
30/5 30/6 30/15 30/21 31/9 32/6
51/14 51/15 57/5 58/1 58/1 59/9
59/13 59/16 60/6 60/7 60/8
devices [32]   5/24 6/9 6/16 6/25
7/7 9/9 24/13 25/3 26/4 26/5 26/7
26/10 26/14 26/18 28/18 29/5 29/7
29/13 29/19 32/2 47/14 47/16 54/9
54/11 55/15 56/23 57/8 57/9 60/11
60/20 60/24 61/6
DHCP [1]   16/4
did [75]   7/7 9/11 16/18 16/24
17/10 18/10 18/24 19/3 21/9 21/12
21/17 22/6 22/7 22/18 22/20 23/1
25/4 26/13 26/18 28/4 28/5 29/2
32/7 38/6 38/7 51/6 52/11 52/15
52/18 52/20 55/8 55/15 55/16
55/20 55/20 57/5 57/7 60/20 60/23
61/3 64/18 68/11 69/22 72/4 72/22
73/5 77/20 82/3 84/11 86/10 87/7
87/9 89/11 89/15 89/19 89/21
89/23 90/1 90/5 92/21 92/24 93/11
95/25 96/11 96/13 97/5 97/8 97/12
97/21 97/24 98/5 98/12 99/2 99/7
101/9
didn't [35]   5/24 6/2 6/5 6/8 6/23
6/23 7/6 8/25 9/8 9/9 9/15 9/17
10/8 10/11 13/3 16/19 17/7 17/21
17/23 18/5 18/13 19/2 19/11 19/15
20/2 25/5 28/17 32/4 32/6 36/21
38/25 43/17 52/10 57/18 81/17
difference [2]   15/21 66/9
different [30]   11/22 14/9 15/5
18/19 19/13 26/1 45/12 55/17
57/11 57/12 63/14 65/1 65/14

65/23 66/1 66/9 66/12 66/16 66/18
68/17 68/23 68/23 69/8 69/14 69/17
69/1 69/16 69/24 80/12 98/22
direct [5]   3/7 3/10 71/6 85/9
85/17
directed [1]   94/5
directly [4]   33/21 37/16 52/13
82/15
directory [7]   40/18 40/18 57/21
57/22 57/22 57/24 57/25
disagree [2]   11/23 12/1
disclose [1]   49/5
disclosed [6]   65/2 65/5 65/18
66/21 69/9 69/20
disclosing [1]   65/17
disconnect [1]   19/24
discovered [1]   60/11
discovery [1]   96/18
discuss [4]   53/10 53/14 101/14
101/20
discussed [2]   35/2 38/24
discussing [1]   20/11
discussion [2]   10/15 60/1
discussions [2]   54/14 59/23
disguise [1]   11/10
disk [1]   28/3
disks [1]   25/10
dismiss [1]   89/21
dissident [1]   23/18
dissidents [1]   23/15
distinct [1]   70/15
distinctly [1]   22/2
distributed [1]   30/12
DISTRICT [8]   1/1 1/1 1/10 2/7
72/3 79/2 79/25 94/13
division [3]   72/22 72/25 73/1
DNS [7]   21/18 34/21 34/23 34/24
35/19 35/22 41/21
do [115]
docket [2]   102/7 102/16
document [3]   60/2 86/16 86/17
documentation [1]   17/12
documents [6]   4/13 17/3 77/8
77/14 89/11 89/13
does [39]   4/18 38/16 38/20 38/22
43/16 46/11 46/13 55/25 57/16
58/19 60/5 60/9 63/20 63/23 63/24
72/25 73/25 74/21 76/23 77/2
78/13 79/1 79/11 79/14 79/19
79/25 80/9 80/10 80/18 83/6 83/16
83/18 85/10 86/19 89/6 89/7 90/24
94/21 96/14
doesn't [15]   6/15 6/18 6/21 7/15
7/20 7/25 8/9 8/21 14/19 35/1
36/17 38/2 38/19 60/12 96/1
doing [11]   13/5 20/24 25/21 35/20
55/18 62/9 62/10 62/19 62/25 63/1
63/11
DOJ [2]   1/16 1/19
DOJ-CRM [1]   1/19
DOJ-USAO [1]   1/16
dollar [1]   49/10
domain [3]   33/9 35/1 35/11
don't [73]   8/5 10/5 13/7 13/13
14/14 15/15 15/20 16/23 16/25
18/1 18/2 20/8 20/22 20/24 21/16
22/2 22/9 25/21 30/17 34/6 34/8
35/19 36/12 37/14 37/14 38/1 38/5
38/8 38/18 39/5 40/3 41/24 45/19
46/1 47/2 47/23 48/12 48/14 50/25
51/16 51/18 52/2 53/2 53/6 53/8
53/9 53/10 55/23 64/8 65/7 65/10
66/3 66/5 66/7 66/9 66/19 68/25
69/11 71/10 71/10 79/4 90/25
95/23 95/25 96/2 96/9 96/23
101/13 101/14 101/15 101/17 102/2
102/8
done [5]   5/1 18/18 30/25 67/1
70/15
door [2]   92/22 96/4
dot [1]   33/10
doubt [2]   32/5 50/21

down [25]   24/7 24/16 27/19 27/21
36/7 36/9 36/11 39/19 41/14 42/2
42/6 42/13 42/12 44/7 44/16 47/13
48/15 50/3 51/3 60/13 79/8 80/9
81/11 91/13 93/24
download [1]   23/11
drew [1]   83/5
drive [14]   24/23 27/24 28/21
28/22 39/25 40/1 40/4 40/9 40/9
40/13 41/2 60/13 61/5 68/21
drives [9]   25/13 25/16 25/17
25/19 25/24 26/2 28/24 29/3 61/4
driving [1]   69/1
duplicity [1]   50/12
during [2]   59/23 74/5
dynamic [8]   15/22 15/24 16/3
34/21 34/23 34/24 35/22 41/21

**E**

each [5]   15/24 16/2 68/12 80/12
98/23
earlier [1]   58/14
early [2]   85/3 85/11
ease [1]   60/1
easier [1]   48/24
easily [1]   98/6
easy [1]   77/16
educate [1]   73/10
education [3]   71/24 76/6 95/18
either [1]   34/11
EKELAND [20]   2/2 2/3 3/4 3/7 4/7
5/3 5/12 54/20 56/16 57/15 58/4
59/9 62/4 63/9 64/17 65/12 81/14
82/15 96/17 96/21
Ekeland's [1]   67/17
electronically [3]   74/12 78/24
78/25
electronics [1]   56/23
elements [1]   33/21
else [3]   10/14 17/15 84/23
email [13]   20/9 20/13 20/16 21/14
48/4 48/5 48/5 48/7 48/11 48/14
72/12 72/17 79/18
emails [6]   6/22 6/23 20/4 22/17
22/18 70/7 70/9
empty [1]   26/2
enacted [1]   73/19
ENCFS [2]   50/10 50/12
encrypt [3]   45/10 49/9 50/22
encrypted [16]   13/14 13/15 27/24
28/14 28/18 28/24 29/15 33/13
33/14 34/7 47/5 58/12 58/13 58/16
58/19 58/22
encrypting [4]   45/25 46/17 50/8
50/25
encryption [5]   28/3 45/9 45/10
46/25 49/21
encrypts [3]   45/6 46/11 50/12
end [16]   8/23 8/25 9/4 20/12
20/14 26/9 28/5 41/5 41/12 66/23
70/20 83/19 83/25 84/22 96/24
102/6
ended [3]   28/25 29/1 59/22
enforcement [17]   30/20 31/1 31/2
31/4 31/7 31/10 37/25 51/1 62/2
71/19 72/11 72/22 73/14 74/14
74/19 93/21 94/6
enforcement's [1]   31/18
engage [1]   73/22
engages [1]   75/5
engaging [1]   82/1
engine [4]   51/19 99/8 101/1 101/7
engineers [1]   49/10
enough [1]   11/17
ensure [4]   74/21 74/24 75/18
75/23
ensuring [1]   76/2
enter [1]   4/5
entirely [6]   37/17 38/25 40/11
40/21 43/2 43/13
entities [1]   82/1
entitled [3]   69/25 83/11 103/5

**E**

entity [2] 25/14 74/5
entity's [1] 79/12
equivalent [2] 68/14 91/24
error [1] 22/9
especially [2] 38/25 56/9
essential [1] 22/3
essentially [10] 22/12 25/12 30/7
30/8 31/17 39/14 41/2 73/1 76/14
83/5
establish [1] 96/14
establishing [1] 79/7
estimated [1] 91/17
et [1] 8/19
evade [2] 31/4 51/1
even [7] 8/23 49/2 55/20 56/17
77/15 96/2 101/15
events [2] 66/13 68/23
eventually [1] 86/10
ever [5] 12/25 18/18 26/5 48/10
59/13
every [2] 18/21 55/20
everything [1] 10/10
evidence [26] 24/2 24/5 26/16
27/12 28/7 29/21 29/24 30/18
35/23 37/1 42/16 43/9 44/13 44/18
48/16 55/1 55/16 55/16 55/21
56/21 57/7 59/21 60/17 78/2 81/6
88/3
exact [2] 16/2 35/19
exactly [4] 31/21 37/15 39/6
57/13
examination [13] 3/4 3/4 3/7 3/7
3/8 3/10 5/18 54/6 69/23 71/6
81/15 84/9 85/17
examine [2] 8/25 17/23
examined [4] 8/12 8/20 17/25 32/6
example [14] 15/25 17/17 50/11
58/12 74/3 75/2 75/8 76/17 77/6
77/9 81/9 100/16 101/2 101/2
examples [1] 100/8
exceeding [1] 74/5
exchange [1] 82/1
excuse [2] 76/6 79/3
excused [2] 70/21 84/15
exhibit [43] 3/13 3/13 3/14 3/14
10/22 24/6 26/17 27/12 27/15
27/17 29/9 29/20 35/24 37/2 39/8
39/9 39/10 41/1 41/16 42/3 42/9
42/15 42/20 42/23 42/9 44/13
48/17 57/15 57/17 59/16 78/18
78/20 87/13 87/16 87/18 87/20
88/2 88/4 88/20 88/23 88/25 99/24
100/14
Exhibit 368 [1] 29/20
Exhibit 45C [1] 87/13
Exhibit 45D [4] 88/2 88/4 88/20
88/23
Exhibit 46 [1] 99/24
Exhibit 710A [3] 24/6 44/13 48/17
Exhibit 720 [1] 35/24
Exhibit 722 [1] 37/2
Exhibit 723 [2] 39/9 57/15
Exhibit 724 [1] 41/1
Exhibit 725 [1] 41/16
Exhibit 726 [1] 42/3
Exhibit 729 [1] 42/15
Exhibit 731 [1] 42/23
Exhibit 733 [1] 43/9
EXHIBITS [2] 3/12 3/15
expect [2] 58/10 59/6
expectation [1] 75/15
expects [1] 94/24
experience [4] 32/18 71/25 95/16
95/18
experienced [1] 77/15
experiential [1] 97/8
expert [11] 65/2 65/2 65/4 65/5
65/6 65/17 66/1 69/9 69/10 69/20
96/1
explain [23] 8/15 11/6 15/21

explained [3] 68/9 83/4 84/13
explaining [2] 65/11 81/25
explanation [1] 102/18
explicitly [2] 54/24 70/16
exported [1] 26/10
expressing [5] 49/13 49/17 50/16
50/21 50/25
extensive [1] 75/7
extent [5] 4/18 8/2 65/16 66/21
69/7
external [2] 31/25 73/12
extraction [1] 10/3
extractions [1] 10/7
extremely [1] 64/19
eyes [1] 102/4

**F**

Facebook [1] 49/14
Facebooks [1] 49/4
fact [9] 49/5 50/9 50/20 62/1
62/13 73/15 89/15 96/2 96/13
factor [1] 91/8
factors [1] 90/18
facts [1] 82/16
factual [1] 96/8
fail [1] 95/5
fair [4] 19/17 35/12 49/12 99/20
fairly [1] 102/19
Falco [4] 77/25 89/25 91/12 93/14
familiar [3] 97/21 97/24 98/1
FAQ [1] 77/8
far [1] 6/12
FBI [8] 16/22 26/8 28/9 28/20
60/14 60/18 61/2 61/4
FBI's [2] 28/9 59/21
feature [1] 61/22
features [2] 48/14 99/10
February [2] 1/5 85/25
federal [7] 72/9 73/3 73/18 80/14
80/17 93/20 94/6
few [5] 14/5 17/10 59/22 64/15
93/24
Fi [8] 11/9 12/4 12/13 12/19
12/23 12/25 13/8 31/23
Field [1] 79/18
figure [1] 85/2
file [17] 24/18 24/21 25/2 36/4
36/4 36/21 37/6 37/14 42/1 43/7
57/12 73/21 74/2 75/2 79/1 80/19
102/7
filed [5] 74/9 74/12 78/23 78/24
80/18
files [17] 24/23 24/25 24/25 26/9
28/16 28/16 36/16 39/15 39/16
39/19 43/25 52/6 56/7 56/13 60/5
60/10 68/13
filing [1] 76/1
fill [1] 78/11
filtering [1] 64/20
final [1] 81/24
financial [16] 46/25 71/18 71/22
71/23 72/11 73/11 73/10 73/20
73/24 73/25 74/1 74/9 75/6 75/18
76/14 77/5
FinCEN [35] 53/25 71/19 71/20
71/21 72/4 72/13 72/15 72/23 74/2
74/15 74/21 75/5 75/7 76/11 76/23
76/24 77/18 77/20 77/23 78/8
78/11 80/9 80/10 80/13 80/16
80/18 80/25 81/2 81/17 81/21
81/23 82/16 82/21 82/23 84/4
find [15] 5/25 6/2 6/5 6/8 7/6
9/10 9/15 9/17 11/3 25/5 32/6
55/16 55/16 77/16 98/6
finding [1] 64/17
fine [1] 102/13
finish [1] 53/4
first [18] 18/17 18/24 20/16 42/9

24/20 28/1 32/12 33/19 34/4 34/7
45/8 45/11 48/9 62/9 62/13 63/4
65/20 67/5 67/10 67/20 68/3 69/16
73/17 76/11
five [2] 98/19 98/20
flipping [1] 96/8
Flood [4] 86/20 87/9 87/21 89/12
Floor [1] 2/4
foam [1] 10/22
focused [1] 64/19
Fog [58] 5/25 6/3 6/6 6/9 6/11
6/13 6/15 6/18 6/21 6/25 7/16
7/21 8/1 8/9 8/13 8/21 8/25 9/4
9/6 9/11 9/13 9/18 9/19 10/13
22/7 25/6 28/10 32/7 36/19 36/22
36/24 37/13 37/14 37/16 40/24
41/24 42/13 42/21 43/6 47/22
48/10 52/11 52/14 52/16 54/9
54/11 54/21 54/23 55/3 55/10
56/17 56/18 58/10 59/1 95/2 96/7
96/16 96/17
folder [5] 28/10 28/11 28/21
28/23 28/25
folders [1] 39/16
follow [4] 46/3 90/24 94/21 95/5
following [3] 38/17 74/16 83/12
food [1] 4/12
fooling [1] 4/11
footage [1] 68/19
foregoing [1] 103/4
forensic [4] 24/21 26/3 26/8
59/23
forensics [1] 57/14
form [17] 11/12 16/20 16/21 16/25
28/8 33/1 33/4 52/6 78/5 78/7
78/8 78/8 78/10 78/23 79/8 79/14
81/7
formal [2] 95/19 97/5
format [1] 27/8
formatting [1] 25/19
forms [2] 77/25 80/19
forthrightly [2] 93/20 94/5
found [5] 8/23 9/3 16/17 60/6
68/18
foundation [3] 23/19 23/24 38/18
four [2] 30/14 75/20
frankly [1] 96/10
free [2] 32/18 35/18
frequently [3] 99/17 100/2 100/5
front [6] 20/25 67/6 67/7 67/21
67/22 90/5
full [5] 25/21 28/3 51/8 58/15
92/8
fully [2] 93/19 94/4
functionality [1] 8/17
further [4] 53/1 84/7 84/14 92/2

**G**

gain [1] 4/10
gained [1] 4/16
garbled [1] 45/13
gate [1] 4/12
gathered [1] 26/10
gave [3] 16/22 23/4 102/19
general [9] 15/23 20/6 49/1 49/24
57/14 60/2 74/21 90/12 90/16
generally [7] 16/8 16/9 26/20
30/17 45/19 47/2 58/2
George [1] 72/2
get [26] 4/2 4/19 4/21 13/11
13/16 17/4 24/5 26/7 30/8 39/5
41/15 41/15 47/2 53/21 53/22 54/1
70/23 72/14 82/13 82/19 82/21
90/17 90/18 94/15 94/17 100/25
gets [1] 23/14
getting [3] 50/13 84/11 101/24
give [8] 15/4 15/4 40/8 79/14
90/21 91/1 100/8 101/2
given [2] 18/23 102/17
gives [1] 90/20
giving [1] 55/19
glance [1] 43/19
gmail.com [1] 20/18

**G**

go [37]   4/21 10/9 14/18 17/12
23/10 24/6 27/21 29/20 35/10 42/3
42/8 42/15 42/23 44/12 44/16
48/16 53/7 63/8 64/8 67/5 67/16
67/20 70/12 79/4 79/21 80/2 85/7
85/12 85/13 86/25 88/6 88/15 89/8
89/24 89/24 91/12 100/10
goes [1]   76/20
going [16]   27/22 44/9 44/12 48/17
57/13 58/8 58/13 79/8 82/15 85/11
87/24 91/12 96/3 96/18 101/23
102/1
good [13]   5/8 5/12 5/15 5/20 5/21
54/1 71/9 71/10 71/14 85/19 85/20
101/11 101/12
Google [2]   77/12 100/24
Googles [1]   49/4
got [6]   52/7 52/23 68/15 96/21
96/23 97/10
government [55]   3/13 3/14 3/14
3/15 5/1 5/7 7/15 7/20 7/25 8/9
8/21 8/23 9/3 10/22 24/5 29/20
35/24 37/1 37/21 37/24 38/2 38/7
38/9 38/16 38/22 39/9 41/1 41/16
42/3 42/15 42/23 43/9 44/13 48/17
55/25 56/24 69/25 76/17 87/13
87/16 88/2 88/4 89/20 89/21 93/12
93/22 94/8 94/10 94/19 94/21
94/23 95/3 95/6 96/4 99/23
government's [2]   53/20 53/24
Gox [6]   21/4 21/19 21/19 63/16
63/18 63/19
Grams [11]   99/3 99/4 99/7 99/14
99/17 99/18 99/21 100/18 100/23
100/24 101/9
great [1]   9/23
greatly [1]   61/24
grounds [2]   96/10 96/10
group [6]   20/16 20/18 20/23 21/1
21/2 21/6
grouped [2]   21/3 70/6 70/17
grouping [1]   25/13
groupings [3]   62/5 64/17 70/15
groups [5]   20/13 23/20 69/10 70/6
70/17
guard [1]   4/11
guess [4]   16/13 28/6 66/19 83/18
guessing [1]   22/12
guidance [20]   75/10 75/11 75/11
77/7 77/10 77/18 77/20 81/17
81/19 81/21 81/24 82/9 82/22
82/24 83/1 83/4 83/11 84/5 84/6
84/12
guideline [2]   92/11 92/11
guidelines [8]   90/12 90/13 91/8
91/11 91/14 91/18 92/10 94/12
guides [1]   75/8
guilty [6]   86/10 89/15 90/1 91/22
95/8 95/9

**H**

H-A-R-M-O-N [1]   85/24
hackers [2]   50/13 50/17
hacking [1]   11/9
had [27]   10/3 10/7 16/20 17/20
22/19 27/8 28/8 28/20 28/21 48/9
48/12 54/10 62/16 64/21 70/15
72/13 72/20 81/21 82/21 82/24
82/25 83/14 84/4 86/7 91/10 97/7
98/21
half [1]   85/8
hallway [1]   101/17
hand [3]   93/24 100/18 102/16
happen [3]   12/19 31/14 40/6
happened [3]   28/19 39/7 64/11
happening [3]   18/13 30/7 31/3
happy [1]   67/16
hard [19]   24/23 25/13 25/16 25/16
25/19 25/23 27/24 28/20 28/22
28/24 29/3 39/25 40/1 40/4 40/9

**H**

40/9 40/12 41/2 61/4
Harmon [28]   24/23 24/25 24/25
85/25 89/16 96/19 96/19
has [26]   4/12 23/20 27/11 32/18
38/3 38/19 47/11 56/24 59/25 60/1
65/1 65/4 65/17 65/25 69/17 74/10
75/1 75/7 77/18 86/14 88/3 94/14
96/15 96/17 99/11 99/15
hasn't [5]   38/12 66/20 95/24 96/1
96/5
HASSARD [28]   2/2 5/14 24/4 24/16
26/16 27/7 27/19 27/21 29/20
35/23 36/25 39/8 41/6 41/14 42/2
42/6 42/8 42/19 43/8 43/12 43/21
44/7 44/12 44/23 47/15 48/15 50/3
51/3
have [111]
haven't [2]   8/12 8/20
having [3]   25/14 49/14 50/16
he [28]   4/12 7/18 7/23 8/3 29/16
38/7 45/21 50/19 50/21 59/12
60/21 82/22 83/2 83/14 93/5 95/24
95/25 96/1 96/2 96/6 96/6 96/7
96/11 96/13 96/15 96/15 96/16
97/10
head [1]   51/18
header [1]   48/20
heading [1]   50/4
heard [11]   7/15 7/20 7/25 9/2
71/10 37/20 65/1 65/8 70/2 70/3
70/3
hearing [1]   70/14
hearsay [2]   100/1 100/3
heavydist [1]   20/18
held [4]   64/24 69/6 82/11 95/22
Helix [3]   86/3 86/3 100/21
help [4]   48/5 73/23 73/25 75/18
helpful [1]   50/13
helping [1]   94/25
helpline [4]   74/25 75/3 75/5
75/12
helps [3]   14/19 14/22 46/25
her [22]   8/3 8/5 19/23 19/23
45/21 45/22 46/3 65/2 65/4 65/11
65/12 66/1 69/9 69/9 69/11 69/14
69/16 69/20 69/23 69/23 70/5
70/15
here [32]   4/6 24/7 27/23 30/7
30/14 40/11 40/23 41/5 41/24
43/20 47/16 49/17 50/5 50/16
50/19 57/15 60/9 62/14 63/8 63/13
64/13 66/21 67/5 67/6 67/21 67/22
69/15 92/19 92/25 93/2 96/10
Hi [2]   71/8 71/14
hide [2]   23/1 49/4
high [2]   26/19 59/19
him [11]   4/19 7/11 7/15 7/20 7/25
9/10 21/10 50/25 55/17 82/6 82/8
hire [1]   73/13
his [36]   4/10 4/12 4/17 6/6 6/16
6/18 6/21 6/25 7/7 7/13 8/6 10/2
20/18 20/19 20/20 29/5 29/6 37/18
37/22 38/7 38/17 40/12 40/14
40/19 40/21 43/3 43/13 47/11
49/14 50/16 50/22 51/1 83/19 93/7
96/16 101/19
histories [2]   55/19 56/9
history [3]   42/24 56/12 56/13
hit [1]   58/21
hold [1]   76/8
home [36]   14/14 14/15 15/25 31/6
31/23 32/1 34/16 35/2 35/3 35/6
35/13 37/18 37/21 40/12 40/14
40/15 40/16 40/18 40/19 40/21
41/5 41/12 41/13 43/3 43/13 44/5
46/22 56/3 57/16 57/16 57/17
57/21 57/22 57/24 58/22 68/19
homepage [2]   99/14 100/16
honestly [2]   83/15 100/3
Honor [49]   4/4 4/8 5/2 5/8 5/12
5/17 8/2 23/22 27/10 27/14 36/14

41/9 44/8 45/24 53/1 53/16 53/17
54/7 54/23 61/23 65/16 65/17 67/12
68/1 69/4 69/10 70/2 70/24 78/15
81/13 82/12 82/14 82/20 83/13
83/18 83/23 84/2 84/7 84/25 85/6
87/12 88/19 93/8 95/20 95/23 97/2
100/8 102/10 102/20
HONORABLE [1]   1/9
Hop [1]   35/20
hosts [1]   28/9
hotmail.com [4]   20/8 20/22 21/3
21/4
hotspot [4]   31/14 31/21 31/23
31/25
hour [2]   44/10 85/9
hours [3]   17/19 17/22 72/19
house [1]   31/12 68/17
how [34]   8/18 15/11 18/20 19/22
19/23 28/5 30/19 35/2 40/15 41/12
41/19 49/23 53/2 57/20 67/7 67/9
67/22 68/3 68/22 68/24 69/15
69/17 71/8 71/9 72/14 73/25 74/21
76/11 76/16 80/10 85/1 92/7 96/2
101/6
Howell [2]   90/6 90/7
http [1]   13/16
https [2]   13/14 58/13
huh [1]   17/23
hundreds [1]   9/20
hypothetical [2]   31/13 31/18

**I**

I'd [6]   17/12 17/14 44/17 49/25
83/18 87/12
I'm [16]   15/12 18/10 21/12 27/21
38/5 39/22 40/17 43/15 44/17
44/19 47/19 52/3 53/20 67/9 82/4
85/5
ID [2]   76/17 76/22
identification [6]   11/12 22/16
27/12 86/15 99/11 99/15
identified [2]   93/21 94/7
identifier [1]   11/1
identify [1]   52/12
identifying [1]   74/18
identity [3]   20/3 46/22 76/15
IDs [1]   14/16
ignore [2]   34/21 35/20
ignorelist.com [3]   34/19 35/18
41/19
image [5]   28/16 28/20 28/23 28/25
52/6
images [16]   28/8 28/11 28/14 51/7
51/11 51/12 52/5 59/20 60/3 60/20
60/23 61/2 61/3 61/3 61/6 61/11
impact [1]   58/19
implied [1]   16/17
impose [1]   75/20
impression [2]   43/4 69/25
inadvertently [1]   102/8
inappropriate [1]   82/18
include [6]   63/20 63/24 74/3
79/11 79/25 82/3
included [1]   61/8 61/12 102/3
including [3]   36/24 58/1 94/11
independent [2]   25/11 76/3
indicate [4]   17/21 79/19 79/22
86/19
indicated [3]   17/11 17/14 89/2
indicates [1]   80/3
Indicating [1]   29/13
indication [1]   57/16
individual [1]   62/11
individual's [1]   79/12
individuals [2]   66/15 80/19
indulgence [1]   81/12
inexpensive [1]   25/10
info [1]   17/13
inform [1]   94/11
information [17]   13/17 13/20
13/21 13/25 17/4 17/16 40/4 47/1
47/1 54/14 62/17 68/16 74/17

I

information... **[4]** 74/19 75/12
79/9 79/15
ingested **[2]** 28/16 61/11
initial **[10]** 21/18 60/20 64/18
65/4 65/12 65/22 65/24 66/1 66/8
70/15
initially **[1]** 60/17
input **[1]** 74/13
inquiries **[2]** 72/9 72/10
ins **[1]** 66/12
insofar **[1]** 71/25
instance **[2]** 12/3 44/4
instead **[5]** 16/15 28/23 31/8
33/20 48/21
institution **[6]** 75/1 75/8 75/19
76/2 76/5 77/6
institutions **[12]** 72/11 73/2 73/4
73/10 73/20 74/1 74/9 74/22 75/6
75/15 75/20 76/14
instruct **[4]** 82/14 83/19 84/18
100/11
instructing **[2]** 83/7 83/20
interact **[2]** 32/15 51/13
interdivisional **[1]** 73/13
interest **[5]** 14/13 26/9 60/10
64/21 68/10
interested **[1]** 14/16
internal **[1]** 73/12
internet **[13]** 11/2 13/8 13/20
14/1 14/16 14/18 15/7 23/10 30/9
31/6 31/7 31/20 99/5
interpretation **[1]** 19/14
interrupt **[1]** 92/18
interrupted **[1]** 85/6
intervals **[1]** 76/18
introduce **[6]** 71/11 78/15 85/21
87/13 88/20 99/23
introduced **[1]** 71/10
investigates **[1]** 73/1
investigating **[1]** 68/15
investigation **[4]** 7/9 14/13 95/2
95/3
investigation-related **[1]** 14/13
investigations **[4]** 74/14 74/16
74/20 94/25
investigatively **[1]** 39/4
investigators **[1]** 61/24
involved **[8]** 17/24 18/5 21/9
21/12 22/6 72/8 74/18 92/1
involves **[1]** 25/19
involving **[2]** 21/19 52/4
IP **[66]** 10/15 10/21 10/24 11/1
11/4 11/6 11/7 11/8 11/10 11/12
11/15 11/22 11/24 12/4 12/8 12/11
12/15 15/5 15/13 15/22 15/23
15/24 16/2 16/4 16/7 16/9 16/12
16/18 16/24 18/1 18/4 18/14 18/17
18/19 20/2 20/4 21/8 21/14 22/5
22/6 22/10 33/8 34/25 35/2 35/6
35/9 35/21 37/15 52/8 52/12 52/15
58/25 59/4 59/6 61/14 62/4 62/9
62/22 63/1 63/15 64/18 65/14 66/8
68/5 68/8 68/12
IPs **[4]** 58/17 64/21 68/9 68/25
IRS **[9]** 16/22 28/5 28/21 60/15
60/17 60/20 61/1 61/3 61/6
is **[381]**
isn't **[3]** 22/3 29/6 34/21
issue **[3]** 83/9 101/24 102/8
issued **[7]** 76/17 81/19 81/21
81/23 82/24 84/5 102/15
issues **[2]** 39/2 101/25
it **[281]**
it's **[1]** 67/3
items **[4]** 28/4 28/7 30/18 98/22
its **[11]** 11/2 19/6 23/1 31/12
32/15 49/1 77/2 80/25 94/10 94/11
94/19
itself **[2]** 50/12 51/6

J

JD **[1]** 7/2
Jeff **[1]** 5/10
JEFFREY **[1]** 1/18
job **[1]** 71/25
jog **[2]** 60/7 60/8
John **[2]** 76/19 76/21
joined **[1]** 5/9
joining **[1]** 5/14
judge **[7]** 1/10 90/6 90/7 90/20
90/24 94/20 94/21
jury **[52]** 1/9 4/3 4/6 4/22 4/23
4/25 8/15 10/24 11/6 14/11 15/21
24/1 24/10 24/20 27/16 28/1 30/1
32/12 33/3 33/19 34/4 34/23 36/3
37/7 39/12 44/24 45/4 45/8 46/20
53/12 53/22 54/1 54/2 55/21 71/12
73/8 78/19 78/22 82/14 83/8 83/20
83/21 84/18 85/10 85/21 87/17
88/24 89/2 92/6 100/8 100/11
101/18
just **[89]** 4/4 4/16 4/18 9/2 9/3
10/10 10/15 10/24 15/18 17/7 17/8
18/3 18/16 19/21 21/22 23/24
25/12 25/12 26/23 29/15 30/8 31/1
31/14 31/19 33/2 33/19 34/4 36/3
39/5 39/12 41/15 41/21 42/7 44/8
45/4 45/8 47/2 47/13 47/13 48/14
48/23 49/8 49/9 50/6 53/7 53/13
53/22 55/24 60/1 61/15 63/14 65/1
65/3 65/8 65/21 65/24 66/5 66/6
66/10 66/11 69/7 69/16 69/18 74/2
75/25 76/2 76/13 79/8 79/19 80/17
81/5 81/25 83/19 84/4 84/13 87/24
88/15 89/2 92/18 93/5 93/17 95/2
97/8 100/12 101/14 101/21 102/4
102/16 102/18
JUSTICE **[2]** 1/13 1/20

K

keep **[7]** 14/22 27/22 44/12 73/20
80/21 83/13 91/12
keeping **[1]** 76/1
keys **[2]** 5/25 6/2
keyword **[6]** 52/18 58/20 58/21
58/23 101/7 101/8
keywords **[1]** 100/25
Killdozer **[3]** 20/19 20/20 20/21
kind **[7]** 22/9 48/10 50/10 50/21
60/6 83/10 96/8
know **[47]** 13/13 15/15 15/20 16/23
16/25 17/7 22/9 32/4 34/5 34/7
36/12 36/17 37/15 37/16 38/1 38/8
38/9 38/22 44/1 47/23 48/14 51/15
51/16 51/17 53/2 65/7 66/3 68/20
71/10 72/20 74/15 75/9 76/9 76/9
76/12 76/13 76/15 76/18 76/19
76/21 77/9 77/11 77/13 95/11 96/1
96/7 102/6
knowing **[1]** 51/9
knowledge **[2]** 23/20 38/19
known **[2]** 54/24 71/19
Kolbasa **[2]** 63/19 63/24
Kolbasa99.ru **[1]** 21/5

L

L-A-H-A-K-I-S **[1]** 71/15
L-A-R-R-Y **[1]** 85/24
labeled **[4]** 6/7 6/11 28/11 88/7
language **[1]** 9/6
laptop **[2]** 51/13 57/13
large **[2]** 11/23 14/3
Larry **[5]** 3/9 84/25 85/14 85/24
89/6
last **[9]** 71/12 71/14 79/12 85/22
85/23 86/25 87/24 88/6 89/8
late **[3]** 39/5 64/11 68/13
later **[2]** 60/23 86/3
launch **[1]** 101/9
launder **[1]** 86/8
laundering **[22]** 71/23 72/10 73/3

73/15 73/19 73/23 74/23 75/4 75/9
75/11 75/21 76/1 76/3
76/13 77/13 80/11 86/11 89/15
90/3 91/23 92/7
law **[21]** 2/3 30/20 30/25 31/1
31/4 31/7 31/10 31/18 37/24 51/1
62/2 72/2 72/11 73/14 74/14 74/19
84/19 84/21 93/21 94/6 101/23
laws **[1]** 76/9
lawyer **[5]** 92/19 92/21 92/25 93/3
93/8
lay **[2]** 23/19 38/18
layers **[1]** 61/25
leading **[8]** 54/16 55/4 63/4 64/4
68/6 97/14 98/8 98/16
learned **[1]** 97/11
least **[7]** 30/14 48/8 49/6 57/4
72/18 91/2 91/24
leave **[3]** 50/8 50/14 72/20
ledgers **[2]** 8/1 8/9
left **[5]** 25/1 49/6 70/1 80/13
100/18
left-hand **[1]** 100/18
legal **[3]** 16/21 18/8 79/12
legally **[1]** 39/6
lengthy **[1]** 94/3
let **[7]** 21/13 48/18 48/23 95/13
99/11 99/15 102/6
let's **[12]** 4/21 53/21 54/1 76/19
77/10 80/16 82/10 84/23 88/6 89/8
99/12 101/3
lets **[2]** 32/14 85/13
letter **[3]** 80/7 86/22 87/21
letter F **[1]** 80/7
level **[3]** 26/19 59/19 91/17
liability **[1]** 46/15
Liberty **[5]** 63/16 63/17 63/20
63/21 64/13
licensing **[1]** 82/7
life **[3]** 9/23 92/13 97/17
Light **[2]** 86/3 100/21
lighter **[2]** 94/18 95/8
like **[49]** 7/1 7/1 9/1 10/15 11/18
13/21 15/14 15/19 16/15 16/21 17/1
19/15 24/4 27/7 27/11 28/22 32/2
32/9 32/16 32/17 32/18 32/19
34/10 38/20 40/3 42/7 43/16 44/17
45/24 49/2 49/14 49/14 55/10
58/13 59/16 61/14 70/4 75/2 75/9
77/4 77/12 87/12 88/2 88/5 96/20
100/2 100/3 100/9 100/13
likely **[2]** 20/17 21/2
limited **[1]** 94/11
limits **[2]** 51/8 51/11
LINDSAY **[3]** 2/6 103/3 103/12
line **[8]** 33/22 33/22 58/5 59/10
62/5 72/19 83/6 93/15
lines **[2]** 18/15 93/24
linked **[3]** 14/15 35/21 54/24
links **[1]** 39/19
Linux **[26]** 32/9 32/12 32/13 32/15
32/18 32/20 32/23 32/25 33/1
33/25 34/1 34/15 35/13 39/21
39/23 39/25 40/8 40/10 40/13
40/18 57/21 57/21 57/22 57/24
58/1 61/16
list **[13]** 26/4 26/8 26/14 28/7
28/15 29/6 34/21 35/20 59/6 59/8
60/5 77/7 77/14
listed **[4]** 29/4 56/14 60/9 79/11
listened **[1]** 7/13
lists **[1]** 65/14
little **[13]** 11/22 27/19 27/21
33/11 35/2 42/6 47/13 47/14 65/7
66/11 71/24 89/18 101/13
live **[2]** 39/15 72/19
lives **[1]** 39/17
living **[1]** 97/20
loaded **[1]** 26/7
local **[4]** 17/16 39/16 93/21 94/6
locally **[1]** 34/12
located **[2]** 68/10 79/22

**L**

location [1]  39/19
log [22]  6/8 6/10 12/11 17/4 17/5
  18/8 18/10 18/11 18/12 18/14
  18/14 18/15 20/19 22/6 26/3 34/10
  34/12 35/12 35/14 37/6 66/12
  98/22
log-in [4]  6/8 6/10 17/4 22/6
log-out [4]  18/8 18/10 18/12
  18/15
logging [6]  16/13 33/7 33/12
  34/11 43/3 43/13
logs [13]  7/21 16/6 16/6 16/10
  16/12 16/15 16/19 16/24 17/13
  17/23 18/5 56/19 62/23
long [2]  53/6 85/1
look [17]  14/12 18/5 26/22 27/9
  28/13 37/12 50/3 51/19 62/21
  68/18 68/25 77/11 79/8 86/16 88/6
  100/2 102/2
looked [13]  10/2 10/3 10/5 10/11
  17/1 18/9 18/14 20/6 21/21 22/5
  100/3 100/9 100/13
looking [17]  18/19 21/17 21/25
  24/24 39/13 39/23 63/1 63/13 66/4
  66/7 66/16 77/8 77/16 79/19 81/5
  86/22 100/23
looks [3]  16/21 68/23 88/5
lookups [1]  15/13
lot [10]  6/10 15/8 15/13 15/18
  32/18 38/25 40/6 46/9 58/12 100/3
lots [1]  98/19
LTE [6]  30/5 30/6 30/21 31/9 59/9
  59/12
lunch [4]  85/3 85/11 101/13
  102/13

**M**

Mac [1]  32/14
made [8]  20/5 28/7 28/20 28/23
  47/25 56/10 60/2 97/16
mail [2]  48/12 78/23
Mailwoo [7]  47/17 47/25 48/1 48/4
  48/7 48/9 50/13
main [6]  15/13 40/18 50/4 50/9
  58/16 77/23
maintain [1]  80/18
majority [2]  21/8 52/12
make [16]  9/2 11/7 18/3 20/3
  30/16 60/2 60/20 62/10 68/4 68/8
  68/12 93/5 97/20 98/24 102/4
  102/8
makes [3]  8/16 45/13 49/7
making [1]  45/24
manage [1]  48/5
managed [1]  4/10
mandatory [3]  90/25 91/1 91/2
manually [1]  40/10
many [11]  10/4 16/20 26/7 32/17
  49/20 49/23 62/15 64/21 68/21
  68/24 97/16
March [7]  72/5 77/21 81/18 82/9
  82/24 84/4 103/10
March 2013 [3]  81/18 82/24 84/4
markdown [1]  26/18
marked [4]  27/11 86/14 99/11
  99/15
marketplace [1]  97/13
marketplaces [2]  98/20 99/9
Mason [1]  72/2
materials [1]  51/20
mathematically [2]  45/11 45/14
matter [5]  17/22 64/15 74/21
  100/12 103/5
matters [3]  4/19 93/22 94/7
maximum [3]  90/2 92/14 92/15
may [23]  17/1 19/24 23/19 24/25
  27/15 54/3 56/14 66/10 66/24 70/2
  70/23 71/5 74/6 74/11 75/10 77/8
  78/18 80/12 80/15 84/1 87/17
  88/23 96/25

maybe [12]  10/6 19/22 20/17 26/13
  26/16 86/6 86/22 87/19 72/22
  96/6 96/6
Mazarin [1]  3/3
Mazars [11]  3/3 5/20 30/4 35/25
  48/20 54/8 59/18 60/14 61/15 67/1
  68/3
McDonald's [2]  12/11 12/13
me [33]  5/14 11/23 16/22 19/5
  19/9 20/25 21/13 22/16 23/15 26/8
  46/9 46/17 48/18 48/23 49/20
  56/15 65/20 68/14 69/1 76/6 79/3
  82/25 83/9 83/15 84/21 92/13
  95/13 96/20 97/10 99/11 99/15
  100/5 102/6
mean [5]  10/14 38/5 52/2 57/17
  67/9
meaning [4]  9/12 14/13 37/9 39/15
meaningful [1]  58/20
means [2]  17/18 46/20
meant [1]  19/14
mechanism [1]  35/17
media [5]  36/16 39/17 39/17 43/25
  57/22
member [1]  72/3
members [5]  4/24 38/24 71/12
  84/18 85/21
memory [4]  20/24 59/25 60/7 60/8
mentioned [6]  10/11 74/1 74/25
  76/1 77/9 83/14
merely [4]  47/8 83/1
mess [1]  97/14
message [1]  10/7
metaphor [1]  34/7
method [1]  45/11
methodology [8]  18/16 19/5 19/7
  19/10 19/11 19/15 19/18 19/24
methods [1]  46/21
MICHAEL [2]  2/2 5/14
microphone [1]  89/20
middle [1]  100/21
might [15]  10/8 12/11 12/13 13/18
  15/16 18/12 18/15 31/11 35/21
  47/25 51/18 68/14 72/14 82/14
  99/20
miles [1]  34/13
million [1]  32/20
minimum [3]  90/25 91/1 91/2
minute [1]  88/6
minutes [2]  85/11 96/22
misstating [1]  19/19
mistake [1]  29/4
mitigating [1]  90/18
mixed [1]  96/17
mixer [3]  54/15 86/3 96/17
mixers [2]  82/3 83/5
mixing [1]  8/18
mode [1]  14/18
modem [2]  31/2 31/10
moment [2]  64/23 95/21
money [36]  7/1 22/3 68/18 71/22
  72/10 73/3 73/15 73/18 73/22
  74/16 74/22 75/4 75/9 75/14 75/17
  75/19 75/21 76/3 76/13 76/19
  77/13 78/8 78/10 78/23 79/4 79/6
  80/3 80/8 80/11 81/23 82/7 86/8
  86/11 89/15 90/3 91/9
monitor [1]  31/12
monitoring [6]  31/1 31/2 31/8
  31/10 31/18 73/22
months [1]  96/17
Moon [5]  17/25 47/25 48/7 51/4
  51/21
more [15]  8/7 16/15 17/10 31/25
  40/6 49/7 50/23 58/17 59/24 59/24
  67/2 74/25 92/16 102/18 102/18
morning [8]  1/7 5/8 5/12 5/15
  5/20 5/21 53/8 71/14
MOSS [1]  1/9
most [6]  14/17 31/22 51/13 64/13
  85/9 91/10
mostly [1]  59/20

mount [3]  40/1 40/4 40/9
move [10]  30/10 30/12 72/18 72/19 72/22
  78/14 88/20 99/23
Mr [11]  3/4 3/7 3/7 3/8 3/10 5/3
  7/9 21/9 21/17 47/15 52/16
Mr. [95]  4/7 4/9 4/15 5/24 6/3
  6/9 9/9 9/16 9/18 9/23 10/12
  12/22 20/9 20/18 23/18 24/4 24/13
  24/16 25/2 26/16 27/7 27/19 27/21
  29/3 29/16 29/20 30/5 35/23 36/25
  37/17 37/21 38/3 38/4 38/6 38/12
  38/16 38/23 39/8 40/12 41/6 41/14
  42/2 42/6 42/8 42/19 42/24 43/2
  43/8 43/12 43/13 43/21 44/7 44/12
  44/23 45/2 47/8 47/11 48/15 49/13
  49/17 50/3 50/16 51/3 51/4 54/20
  55/2 55/15 56/16 57/15 58/4 59/9
  61/6 61/9 62/4 63/9 63/21 64/17
  65/12 67/17 70/8 81/14 82/8 82/15
  82/23 83/13 82/13 85/25 87/9
  87/21 89/12 96/2 96/17 96/18
  96/19 96/21
Mr. Ekeland [14]  4/7 54/20 56/16
  57/15 58/4 59/9 62/4 63/9 64/17
  65/12 81/14 82/15 96/17 96/21
Mr. Ekeland's [1]  67/17
Mr. Flood [3]  87/9 87/21 89/12
Mr. Harmon [3]  85/25 96/18 96/19
Mr. Hassard [25]  24/4 24/16 26/16
  27/7 27/19 27/21 29/20 35/23
  36/25 39/8 41/6 41/14 42/2 42/6
  42/8 42/19 43/8 43/12 43/21 44/7
  44/12 44/23 48/15 50/3 51/3
Mr. Pearlman [2]  82/8 83/16
Mr. Pearlman's [2]  82/23 83/12
Mr. Sterlingov [19]  4/9 4/15 9/16
  10/12 20/9 23/18 29/16 37/17 38/4
  38/6 40/12 43/2 43/13 47/11 49/13
  49/17 50/16 70/8 96/2
Mr. Sterlingov's [26]  5/24 6/3
  6/9 9/9 9/18 9/23 12/22 20/18
  24/13 25/2 29/3 30/5 37/21 38/3
  38/12 38/16 38/23 42/24 45/2 47/8
  51/4 52/2 55/15 61/6 61/9 63/21
Ms [1]  3/4
Ms. [17]  5/20 30/4 35/25 48/20
  53/3 54/3 59/18 65/9 65/19 66/3
  69/13 69/21 77/25 89/25 91/12
  93/14 102/12
Ms. Bisbee [1]  102/12
Ms. De [4]  77/25 89/25 91/12
  93/14
Ms. Mazars [5]  5/20 30/4 35/25
  48/20 59/18
Ms. Pelker [7]  53/3 54/3 65/9
  65/19 66/3 69/13 91/12
MSB [3]  79/20 79/23 81/23
Mt. [6]  21/4 21/19 21/19 63/16
  63/18 63/19
Mt. Gox [6]  21/4 21/19 21/19
  63/16 63/18 63/19
much [5]  53/2 77/12 92/7 97/11
  101/6
multiple [7]  30/9 30/13 55/16
  57/8 57/10 62/22 69/15
my [43]  4/9 14/15 14/16 14/17
  14/18 18/3 19/14 19/21 21/13 22/3
  28/12 41/23 43/4 44/17 44/18 46/9
  48/18 51/18 51/19 54/23 59/22
  60/2 61/12 64/15 65/6 67/3 71/14
  73/7 82/20 85/24 86/18 88/5 91/9
  91/10 91/11 95/1 97/10 97/17
  100/25 101/5 101/23 101/24 102/17
myself [1]  97/11

**N**

N.W [1]  1/16
name [26]  5/7 7/2 7/3 19/5 19/9
  33/9 35/7 35/8 35/11 35/19 37/6
  47/11 47/24 54/24 63/21 71/12
  71/12 71/14 71/15 71/16 79/12
  79/12 79/20 85/22 85/23 85/24

## N

**named [2]** 59/20 95/11
**naming [1]** 20/7
**national [1]** 35/15
**native [1]** 16/19
**nature [1]** 80/15
**Navy [3]** 22/24 23/1 23/4
**near [1]** 66/14
**necessarily [6]** 14/14 56/20 57/17 58/8 58/9 60/10
**necessary [2]** 73/4 76/1
**need [23]** 4/4 14/12 23/24 30/17 40/10 45/15 49/9 53/3 65/20 74/1 74/15 75/22 75/24 76/3 76/6 76/21 78/11 79/1 79/5 90/11 96/23 98/12 102/6
**needs [3]** 25/20 66/4 102/3
**network [13]** 28/9 28/9 32/1 35/4 35/5 35/6 35/9 36/7 58/9 58/12 59/21 61/11 71/19
**neutrally [1]** 18/15
**never [10]** 8/23 9/3 30/12 30/15 30/16 31/25 36/11 37/21 48/13 51/13
**new [7]** 1/20 11/18 11/19 65/15 65/17 65/25 73/13
**next [7]** 1/23 27/20 53/20 53/24 56/11 70/23 84/24
**NFS [2]** 63/18 63/24
**NFS9000 [1]** 21/4
**Nissan [1]** 68/16
**no [78]** 1/4 4/4 6/1 6/4 6/7 6/14 6/17 6/20 7/4 7/8 8/11 8/14 8/25 9/14 9/19 10/3 10/14 11/14 12/1 15/10 17/2 17/10 18/8 20/10 22/8 22/14 23/17 24/15 25/7 26/2 27/14 27/17 27/21 30/16 32/4 32/8 35/21 36/12 38/8 40/25 42/1 42/14 42/22 47/23 48/13 49/8 51/16 52/17 52/23 53/1 53/16 53/17 54/13 55/23 56/2 56/9 56/20 59/5 60/12 62/12 65/5 67/2 78/17 78/20 83/23 84/6 84/7 84/13 84/14 87/15 87/18 88/22 88/25 90/25 92/16 92/20 94/22 95/12
**nobody [1]** 10/14
**nods [1]** 85/12
**none [3]** 6/10 6/12 22/5
**nonprofit [2]** 23/5 23/8
**nonscientific [1]** 19/17
**normal [1]** 40/3
**normally [1]** 25/23
**Nos [1]** 100/14
**not [109]**
**notably [1]** 64/13
**note [4]** 17/16 60/10 63/14 102/10
**notes [10]** 6/3 6/19 9/17 9/18 9/20 9/25 12/22 26/19 54/9 54/12
**nothing [7]** 8/24 37/16 38/3 40/23 42/12 43/5 52/13
**noticed [6]** 28/13 64/6 64/11 96/1 96/5 98/19
**November [5]** 21/11 21/22 22/1 64/12 68/14
**November 2011 [1]** 22/1
**now [19]** 8/3 10/15 18/16 23/7 32/9 43/8 48/16 51/16 53/3 53/8 53/9 62/9 63/9 64/25 65/1 66/8 84/23 85/11 88/2
**number [13]** 14/3 21/5 21/19 21/20 31/2 31/3 44/19 59/21 74/24 79/17 79/19 79/21 90/18
**numbers [2]** 11/23 61/8
**numerous [1]** 55/18
**NW [3]** 1/14 1/20 2/8
**NY [1]** 2/4

## O

**object [2]** 65/18 70/10
**objection [43]** 8/2 19/1 19/19 22/13 23/17 27/13 27/14 29/6

36/14 38/10 45/21 54/16 55/4 64/7 66/2 66/8 66/9 69/4 70/1 66/21 67/12 67/13 68/6 69/4 70/1 70/18 78/16 78/17 82/5 83/5 83/22 83/23 87/18 88/21 88/22 90/20 95/25 97/1 97/14 98/8 98/16 99/25
**obligation [1]** 94/11
**obligations [2]** 73/11 94/10
**observations [1]** 19/13
**observe [1]** 98/5
**observing [1]** 61/23
**obtain [1]** 92/24
**obtained [2]** 37/21 38/12
**Obtaining [1]** 76/17
**obviously [2]** 46/3 76/4
**occasionally [1]** 35/2
**occurred [3]** 62/23 74/10 74/11
**occurrences [1]** 68/11
**occurring [1]** 62/22
**October [4]** 21/9 21/11 21/22 22/1
**off [2]** 17/19 51/18
**offense [7]** 88/5 88/16 88/17 89/3 91/17 91/22 96/9
**offer [5]** 14/3 27/11 76/24 81/17 94/19
**offered [3]** 82/21 88/3 100/7
**offering [2]** 65/14 65/17
**offguard [1]** 83/15
**office [6]** 77/23 93/20 93/21 94/6 94/7 94/13
**officer [3]** 73/7 75/25 76/5
**Offices [1]** 73/14
**official [4]** 2/7 81/19 103/3 103/13
**offset [1]** 17/21
**oftentimes [2]** 14/12 35/5
**oh [2]** 30/6 96/7
**Ohio [1]** 95/15
**okay [23]** 5/11 10/16 23/25 41/1 44/12 46/5 53/18 53/23 54/1 74/1 78/3 78/22 80/9 81/11 83/24 87/7 88/15 91/14 92/5 93/5 99/23 101/22 102/21
**Omedetou [1]** 9/12
**once [4]** 54/9 56/9 68/11 74/12
**one [57]** 4/8 13/24 15/6 15/25 19/5 19/9 25/14 25/21 26/7 26/8 26/20 28/13 28/14 28/15 29/3 29/4 29/18 30/9 30/24 30/25 31/1 31/10 31/16 34/15 35/21 39/17 43/1 46/8 46/16 48/1 48/8 49/8 49/16 49/24 50/11 50/14 50/15 52/21 55/20 57/4 59/25 59/25 60/1 69/1 70/7 70/7 75/2 75/22 80/6 86/7 86/10 90/9 95/4 97/7 98/23 98/25 102/10
**ones [5]** 11/11 28/12 45/12 62/23 98/21
**ongoing [1]** 26/6
**online [3]** 46/24 47/5 76/24
**only [11]** 17/25 31/9 31/10 44/9 51/11 58/21 82/17 99/4 99/6 99/9 100/8
**ons [1]** 32/19
**op [2]** 46/18 46/20
**open [6]** 12/19 12/23 12/25 13/8 69/22 76/20
**opening [1]** 4/11
**operate [1]** 32/25
**operating [2]** 32/13 32/14
**operation [1]** 43/5
**Operational [1]** 46/21
**opinion [9]** 65/2 65/4 65/5 65/15 65/17 66/18 66/20 101/24 102/15
**opportunity [1]** 79/15
**oranges [1]** 66/11
**order [6]** 4/13 39/25 64/15 68/23 82/13 98/21
**organization [1]** 17/2
**organized [1]** 26/7
**original [3]** 16/20 16/23 16/25
**originally [2]** 22/25 45/15

## QS

**QS [1]** 32/14
**others [2]** 9/11 11/11
**other [30]** 5/25 11/8 11/11 15/15 15/16 16/6 16/16 17/12 19/16 21/25 22/19 30/5 33/9 36/6 37/10 39/18 44/2 46/4 52/6 56/11 57/4 61/11 63/3 63/10 64/14 70/9 89/21 93/20 94/6 95/2 95/4 97/8 101/8
**others [1]** 60/17
**our [6]** 4/5 53/8 75/23 76/7 77/16 101/13
**ourselves [2]** 50/9 50/20
**out [38]** 10/7 10/8 11/19 11/20 11/25 13/19 14/15 15/5 16/2 18/8 18/10 18/11 18/12 18/15 24/25 25/16 25/18 25/22 25/23 26/1 28/19 30/13 30/14 39/1 48/23 49/6 49/21 52/7 53/12 59/25 60/6 62/25 65/14 78/11 85/2 94/15 99/7 101/18
**outs [1]** 18/14
**outside [2]** 68/16 68/17
**over [8]** 4/19 13/13 14/15 23/16 49/17 50/21 58/13 62/13
**overarching [1]** 75/17
**overhear [1]** 101/17
**overlap [4]** 18/17 61/14 64/18 66/8
**overlaps [1]** 64/20
**overruled [11]** 54/17 55/12 57/3 64/5 66/22 68/7 70/1 97/1 97/15 98/9 98/17
**overwrite [1]** 25/20
**own [7]** 11/14 15/5 15/6 32/15 46/22 47/11 77/2

## P

**p.m [2]** 101/18 102/22
**packet [5]** 51/23 51/25 52/7 52/10 58/22
**packet's [1]** 58/24
**page [20]** 1/23 24/6 27/20 48/17 79/8 79/21 80/2 81/5 86/19 86/25 87/20 87/24 88/7 88/15 89/3 89/8 91/12 91/15 93/14 100/5
**pages [2]** 9/20 100/8
**paid [1]** 101/6
**paint [2]** 24/7 24/14
**painted [1]** 24/14
**paper [3]** 19/6 19/19 19/10
**papers [1]** 19/16
**paragraph [7]** 48/24 48/25 49/13 50/6 51/1 51/2 88/7
**part [12]** 18/1 20/4 25/15 26/3 29/1 51/20 62/10 70/15 75/20 77/4 79/11 89/21
**particular [9]** 19/11 23/20 60/7 60/8 62/23 63/3 68/14 81/2 91/7
**particularly [1]** 100/1
**parties [1]** 47/2
**parts [2]** 24/22 24/25
**Pass [1]** 81/13
**passive [1]** 75/1
**password [3]** 6/6 45/15 50/14
**passwords [1]** 6/5
**past [1]** 65/7
**pay [1]** 34/25
**PC [1]** 40/3
**PEARLMAN [7]** 1/18 3/7 3/8 3/10 5/10 82/8 83/16
**Pearlman's [2]** 82/23 83/12
**peel [1]** 61/24
**peer [2]** 19/6 19/15
**peer-reviewed [1]** 19/6
**PELKER [10]** 1/13 3/4 5/8 53/3 54/3 65/9 65/19 66/9 69/13 69/21
**pending [1]** 67/14
**Pennsylvania [1]** 1/14
**people [24]** 11/10 11/15 11/24 12/3 12/7 12/9 12/14 13/8 13/19 13/21 13/24 13/24 32/17 34/16 35/7 49/20 49/23 49/24 61/15

**P**

**people... [5]** 68/22 69/1 69/15 100/24 101/8
**per [1]** 101/6
**perform [1]** 80/25
**performed [1]** 25/2
**perhaps [2]** 19/21 50/10
**person [7]** 22/19 39/18 74/5 76/16 76/21 79/1 79/20
**person's [1]** 44/5
**personal [9]** 11/12 13/21 14/19 15/6 45/22 46/3 46/10 46/14 47/1
**personally [2]** 44/2 57/18
**Peter [2]** 63/18 63/24
**philosophical [1]** 50/23
**phone [12]** 10/6 30/5 30/19 31/21 31/23 46/9 64/23 69/5 72/12 72/17 82/10 95/21
**phones [1]** 32/25
**photos [1]** 10/4
**phrase [3]** 6/15 6/18 6/21
**physical [4]** 51/6 51/7 51/14 51/15
**physically [2]** 36/7 79/22
**pick [5]** 16/4 28/5 64/23 82/10 95/20
**piece [1]** 81/19
**pieces [5]** 8/24 55/16 74/20 77/7 77/10
**pin [2]** 28/25 45/15
**place [6]** 11/2 39/15 61/11 91/4 101/11 101/12
**placed [1]** 100/25
**places [1]** 11/9
**plain [1]** 58/10
**Plaintiff [2]** 1/4 1/13
**plasma [2]** 20/19 63/18
**PlasmaDivision [1]** 63/22
**plasmadivision.com [2]** 20/19 63/18
**played [1]** 39/1
**plea [5]** 86/18 88/13 89/22 91/22 93/11
**plead [3]** 86/10 89/15 90/5
**please [11]** 5/6 43/15 53/9 71/13 80/2 82/4 85/16 88/15 89/25 91/13 93/14
**pled [3]** 90/1 95/8 95/9
**PLLC [1]** 2/3
**podium [1]** 5/6
**point [15]** 21/1 21/2 26/7 27/10 28/23 39/5 48/8 48/12 52/6 52/20 66/6 72/22 90/17 90/17 97/21
**points [5]** 35/1 57/12 90/18 90/19 91/11
**police [1]** 75/16
**policies [2]** 75/22 75/23
**political [2]** 23/15 23/18
**portal [1]** 34/11
**portions [1]** 81/25
**position [1]** 72/8
**possible [1]** 73/2
**possibly [1]** 74/10
**potentially [1]** 17/18
**practices [1]** 46/3
**prefer [1]** 35/7
**preference [1]** 85/10
**present [2]** 5/13 71/25
**presented [1]** 65/13
**presenting [1]** 66/15
**preserved [1]** 80/23
**pretty [4]** 77/16 96/11 96/14 97/11
**prevent [1]** 38/6
**previous [1]** 25/1
**previously [2]** 25/5 62/16
**prior [3]** 82/25 83/3 84/4
**prison [1]** 92/13
**privacy [6]** 14/19 15/3 23/13 49/18 49/22 49/24
**private [4]** 5/25 6/2 6/3 35/16

**proactive [1]** 75/6
**probably [7]** 17/1 32/23 33/5 49/7 101/12
**procedures [2]** 75/22 75/23
**proceed [4]** 5/16 54/4 71/5 84/1
**proceedings [2]** 1/7 103/5
**process [8]** 16/21 18/9 24/21 24/24 25/15 25/15 51/11 67/3
**profiles [2]** 57/11 57/25
**program [14]** 37/10 45/11 45/14 48/4 73/23 75/10 75/14 75/18 75/21 76/4 76/6 76/8 76/13 77/13
**programmer [1]** 97/10
**programmers [1]** 32/16
**programming [8]** 9/6 95/16 95/18 97/9 97/11 97/17 97/19 98/14
**programs [2]** 11/10 75/4
**projects [1]** 52/4
**prompt [1]** 33/6
**promptly [1]** 72/21
**prosecution [1]** 94/17
**protect [7]** 13/25 14/19 15/2 23/16 46/25 73/23 73/25
**protected [1]** 28/25
**protecting [1]** 71/22
**protective [1]** 4/13
**prove [1]** 45/16
**provide [8]** 61/3 67/2 73/11 73/14 77/20 79/15 79/17 93/12
**provided [12]** 16/21 18/7 26/8 28/4 51/22 61/1 65/13 72/12 72/18 77/18 94/14 96/18
**provider [1]** 17/20
**provides [1]** 47/5
**providing [2]** 79/23 102/18
**proxies [1]** 61/16
**proximity [3]** 64/2 66/14 66/17
**proxy [7]** 14/24 15/2 15/8 15/16 15/17 15/18 69/16
**public [3]** 11/9 13/8 13/20
**publicize [1]** 76/24
**publicly [1]** 75/7
**publish [1]** 29/25
**published [6]** 27/16 44/24 48/19 78/19 87/17 88/24
**pull [9]** 10/8 24/25 57/15 59/16 68/11 77/14 78/1 80/9 81/11
**pulled [3]** 10/7 17/1 59/20
**purchased [1]** 59/13
**pure [1]** 49/10
**purely [1]** 48/21
**purpose [4]** 59/18 62/19 73/23 75/17
**purposes [3]** 86/15 99/12 99/16
**pursuant [2]** 86/11 91/22
**put [19]** 4/16 10/22 20/18 20/21 20/22 21/5 26/16 28/8 35/23 37/1 39/9 45/14 46/22 69/17 74/19 75/9 102/4 102/9 102/16
**putting [2]** 59/19 67/4
**Putty [2]** 37/7 37/8
**Putty.log [1]** 37/5

**Q**

**quantity [1]** 92/1
**question [27]** 18/3 19/2 19/3 21/13 23/23 41/7 46/2 46/5 50/24 54/22 55/6 59/2 63/6 65/19 66/4 67/14 67/15 67/16 67/18 67/20 67/25 82/20 82/23 83/3 83/5 92/19 96/21
**questioning [1]** 58/6
**questions [19]** 8/6 24/1 53/1 55/21 59/10 62/5 72/13 75/1 75/3 75/13 81/14 83/12 84/7 84/14 90/11 95/13 99/17 100/2 100/6
**quick [1]** 53/4
**quite [2]** 14/5 59/22
**quote [1]** 96/14

**R**

**radio [2]** 24/8 24/14

**RAID [5]** 25/8 25/10 25/15 25/18 25/22 26/1
**raise [2]** 53/15 95/25
**raised [1]** 96/21
**RANDOLPH [1]** 1/9
**range [6]** 16/4 21/15 35/4 90/22 92/11 92/12
**rate [1]** 22/9
**rather [2]** 8/6 49/8
**reached [1]** 65/25
**Reactor [1]** 101/25
**read [14]** 12/21 17/14 48/23 48/24 48/25 50/6 57/18 57/20 58/23 67/18 80/6 91/20 93/17 94/2
**reading [2]** 24/10 34/18
**ready [4]** 5/16 5/22 54/4 101/24
**real [4]** 30/17 66/4 66/5 66/7
**really [6]** 15/9 21/16 31/3 48/2 82/20 102/2
**reason [7]** 8/20 15/10 32/4 36/12 38/2 46/13 84/20
**reasonable [2]** 76/15 76/18
**reasons [7]** 13/24 14/8 14/9 14/11 49/24 102/17 102/19
**rebut [1]** 69/25
**recall [21]** 12/21 14/24 21/25 22/21 25/8 30/4 30/19 30/24 32/10 34/18 39/10 42/4 42/16 43/9 44/25 58/5 59/10 62/5 63/11 65/23 70/5
**receive [1]** 74/12
**Recess [2]** 53/19 102/22
**recognize [9]** 37/3 41/17 78/5 81/4 81/7 86/17 88/3 99/13 99/16
**recognize what [1]** 81/4
**recognized [2]** 8/24 52/13
**recommend [2]** 94/17 95/7
**recommendation [2]** 90/24 94/19
**recommended [1]** 90/20
**record [7]** 4/16 5/7 15/15 16/7 16/9 70/13 103/5
**recorded [1]** 18/8
**recordkeeping [1]** 75/4
**records [6]** 17/20 51/3 73/20 76/2 80/21 80/23
**redact [1]** 102/6
**redirect [5]** 3/4 3/8 54/6 84/8 84/9
**redundant [1]** 25/10
**refer [1]** 59/24
**reference [1]** 66/8
**referenced [1]** 37/14
**references [2]** 55/18 56/16
**referencing [1]** 34/9
**referring [5]** 31/10 31/11 64/13 87/25 89/4
**reformat [1]** 25/24
**reformatting [1]** 26/1
**refusal [2]** 93/25 94/4
**regard [1]** 70/1
**regarding [6]** 9/17 55/17 55/24 61/5 62/4 95/2
**regardless [1]** 79/1
**register [2]** 79/5 82/2
**registered [2]** 79/20 81/1
**registrant [2]** 79/9 80/4
**registration [5]** 17/13 21/18 78/8 78/22 82/7
**registrations [1]** 80/18
**regular [5]** 14/6 46/9 50/8 76/8 99/5
**regulate [1]** 80/9
**regulated [1]** 72/13
**regulates [1]** 74/22
**regulation [1]** 83/3
**regulations [4]** 76/23 80/10 80/10 83/21
**regulators [2]** 72/11 75/6
**regulatory [3]** 72/8 74/25 75/12
**related [30]** 6/25 9/4 14/13 21/10 25/6 32/7 36/22 37/13 37/16 39/3 40/23 41/24 42/12 42/20 43/5 51/20 51/21 52/11 54/9 54/21

**R**

**related...** **[10]**   54/23 58/5 67/11
70/8 70/9 75/4 77/14 88/16 89/3
98/5
**relates** **[2]**   71/25 76/11
**relating** **[4]**   73/20 73/21 84/6
101/25
**relation** **[7]**   7/5 20/3 51/4 52/18
81/22 84/5 100/2
**relationship** **[1]**   96/16
**relevance** **[6]**   23/17 45/21 95/24
96/10 100/1 100/4
**relevant** **[10]**   45/22 45/23 46/4
55/2 60/5 61/18 81/25 92/2 93/23
94/8
**relieve** **[1]**   94/10
**remember** **[15]**   10/5 21/16 21/17
22/2 24/10 28/17 34/6 34/8 35/8
35/19 35/20 35/25 48/12 51/18
59/2
**remembering** **[1]**   26/20
**remind** **[6]**   10/24 24/1 33/2 45/4
46/20 101/14
**remote** **[12]**   34/8 36/5 37/8 39/19
43/16 44/1 47/24 55/18 56/13
56/22 57/8 57/8
**remotely** **[9]**   33/4 33/12 34/13
34/16 35/5 35/13 37/18 39/14
40/12
**rent** **[1]**   15/18
**rephrase** **[5]**   21/13 55/6 63/6
67/25 98/10
**report** **[20]**   20/14 29/1 51/19
51/21 51/25 52/2 59/17 61/12 65/2
65/12 65/22 65/24 66/1 66/12 69/9
69/10 69/20 74/8 74/8 75/11
**Reporter** **[4]**   2/6 2/7 103/3 103/13
**reporting** **[1]**   75/5
**reports** **[11]**   66/9 73/21 74/2 74/3
74/3 74/4 74/9 74/11 74/17 75/2
76/1
**represents** **[1]**   92/1
**request** **[1]**   81/9
**required** **[1]**   82/2
**requirement** **[2]**   76/7 80/16
**requirements** **[5]**   75/20 75/24
80/12 80/13 80/17
**requires** **[2]**   73/19 76/14
**research** **[7]**   19/7 19/9 22/19
35/20 53/11 81/9 101/16
**Reserve** **[5]**   63/16 63/17 63/20
63/21 64/13
**resource** **[1]**   72/7
**responded** **[1]**   72/21
**response** **[2]**   81/9 82/23
**responses** **[3]**   72/12 72/18 72/19
**responsibilities** **[2]**   72/6 73/9
**responsibility** **[1]**   92/7
**responsible** **[1]**   91/23
**responsive** **[1]**   67/17
**rest** **[1]**   15/6
**result** **[1]**   10/21
**results** **[2]**   10/23 52/23
**review** **[27]**   4/15 6/23 9/8 19/12
24/4 26/3 26/6 28/1 28/4 29/11
48/1 51/6 51/8 51/12 51/20 55/8
55/15 55/24 56/8 56/21 56/25 57/5
58/3 60/23 62/10 62/20 76/3
**reviewed** **[14]**   16/23 17/3 19/6
24/13 26/5 26/14 26/18 29/13 51/3
51/21 51/23 52/8 52/10 62/15
**reviewing** **[5]**   26/4 28/7 29/18
51/11 52/5
**right** **[54]**   4/2 4/21 4/24 5/15 9/2
12/9 13/7 13/9 13/17 21/7 25/17
26/22 27/4 27/20 27/23 31/4 33/13
33/15 36/25 37/19 39/23 42/15
44/15 46/11 47/15 48/4 48/25 49/6
50/1 50/5 50/5 50/6 51/16 52/25
53/2 53/22 54/3 66/19 69/21 71/5
77/12 81/14 84/8 84/15 84/23

85/13 91/3 92/19 93/24 96/12 98/15
102/14 102/18 102/21 102/23 102/24 102/9
**right-hand** **[1]**   93/24
**RMSB** **[1]**   78/9
**robbery** **[2]**   68/15 68/19
**role** **[3]**   62/9 73/5 73/7
**rolling** **[1]**   26/6
**ROMAN** **[4]**   1/6 5/5 5/13 95/11
**Romania** **[2]**   51/4 58/3
**Romanian** **[1]**   51/22
**Room** **[1]**   2/8
**roughly** **[1]**   32/20
**route** **[1]**   75/1
**router** **[3]**   16/1 59/9 59/12
**RPR** **[1]**   103/12
**rule** **[5]**   81/24 81/25 82/8 83/8
83/15
**ruled** **[1]**   70/18
**rules** **[11]**   72/14 76/23 76/25
78/11 82/16 83/8 83/20 84/6 84/11
84/12 84/13
**ruling** **[1]**   62/25
**rulings** **[1]**   77/8
**run** **[5]**   11/10 33/22 37/10 45/14
56/11
**running** **[11]**   9/10 9/13 9/17 10/12
48/1 48/7 48/10 54/15 55/3 55/9

**S**

**safe** **[2]**   12/23 14/22
**safely** **[1]**   49/7
**said** **[8]**   21/2 30/24 36/17 37/20
48/7 70/6 70/16 87/24
**sake** **[1]**   84/4
**sale** **[1]**   59/13
**Sam** **[1]**   71/15
**same** **[34]**   11/15 11/16 11/24 11/24
12/4 12/7 12/7 12/9 12/11 12/15
12/17 12/19 15/23 16/2 20/17 21/3
27/9 28/21 28/25 31/13 31/21
42/11 47/24 56/12 59/4 61/10
61/10 66/15 68/20 69/2 69/8 69/18
88/13 101/8
**SAR** **[2]**   74/9 75/3
**satisfy** **[1]**   98/14
**save** **[1]**   50/11
**savvy** **[1]**   77/15
**saw** **[7]**   6/17 6/20 35/14 54/10
55/19 56/16 68/16
**say** **[23]**   11/18 12/10 16/15 18/10
19/17 20/16 25/24 31/5 31/22
35/12 35/16 40/3 49/12 51/11
58/15 66/14 73/5 74/16 76/19
77/10 80/16 89/6 101/3
**saying** **[8]**   17/16 31/20 55/1 63/2
65/20 66/16 70/16 83/3
**says** **[21]**   24/7 26/25 27/23 29/11
37/5 40/15 41/12 41/12 41/13 41/19
43/22 44/16 49/6 50/4 50/19 69/10
79/9 86/25 88/16 93/15 93/25
94/21
**scan** **[1]**   24/22
**Scholl** **[4]**   7/9 21/9 21/17 52/16
**School** **[1]**   72/2
**science** **[2]**   97/6 97/9
**scientific** **[5]**   19/5 19/7 19/12
19/22 19/25
**scope** **[3]**   38/13 82/5 82/17
**screen** **[3]**   26/22 48/18 77/5
**screenshots** **[3]**   10/4 10/4 10/10
**script** **[2]**   41/4 43/16
**scripts** **[1]**   33/22
**scroll** **[16]**   27/7 27/19 29/8 42/6
42/19 43/12 43/15 43/21 44/15
44/16 44/23 47/13 47/14 50/3
60/13 62/13
**seal** **[1]**   102/1
**sealed** **[1]**   102/3
**search** **[11]**   19/16 58/11 77/11
98/13 98/23 98/25 99/8 100/25
101/4 101/7 101/7
**searchable** **[1]**   74/13

**searched** **[6]**   5/24 6/22 9/9 52/21
52/22 52/24
**searches** **[6]**   14/15 52/18 58/20
58/21 58/23 80/25
**searching** **[2]**   58/4 101/5
**seated** **[1]**   85/16
**sec** **[2]**   46/18 46/20
**second** **[3]**   20/25 21/2 69/5
**Secrecy** **[7]**   72/7 72/9 73/2 73/11
73/17 73/18 80/14
**section** **[1]**   60/9
**secure** **[2]**   33/4 33/12
**security** **[7]**   14/8 14/10 35/15
44/4 46/21 59/25 68/19
**see** **[64]**   6/23 8/17 10/11 11/10
17/14 23/20 24/7 26/23 27/23
36/21 37/5 37/12 37/14 38/18
39/15 39/16 40/15 40/23 41/5
41/12 41/19 41/24 42/7 42/20
43/22 47/14 47/16 47/19 48/20
50/25 52/10 53/11 53/18 55/8
56/18 57/7 58/10 59/6 61/18 66/5
66/7 66/8 66/9 66/19 68/12 68/25
79/9 80/2 84/23 85/12 87/1 88/7
91/14 91/15 91/17 93/15 93/25
96/2 96/9 98/12 98/22 99/21
100/12 100/20
**seeing** **[6]**   40/11 43/17 43/19
43/19 45/12 68/13
**seeking** **[2]**   94/15 94/17
**seem** **[1]**   45/24
**seemed** **[2]**   39/5 43/16
**seems** **[1]**   82/15
**seen** **[2]**   10/8 59/13
**seized** **[3]**   29/16 29/19 60/21
**seizing** **[1]**   38/7
**sell** **[1]**   49/5
**selling** **[1]**   12/10
**sells** **[1]**   49/1
**semester** **[1]**   97/7
**send** **[1]**   76/19
**senior** **[1]**   73/7
**sense** **[2]**   49/7 51/8
**sensitive** **[1]**   47/1
**sentence** **[8]**   50/19 90/2 91/20
93/17 94/2 94/3 94/18 95/8
**sentencing** **[7]**   90/9 90/12 90/13
90/20 91/11 91/14 92/10
**separate** **[3]**   52/1 70/10 98/23
**separately** **[1]**   52/9
**sequence** **[2]**   42/10 64/12
**sequencing** **[1]**   102/13
**series** **[1]**   21/9
**server** **[30]**   7/21 11/21 16/6 16/6
16/10 16/12 16/14 16/19 16/24
22/7 33/5 48/5 48/6 48/8 48/11
51/4 51/6 51/7 51/7 51/9 51/17
51/21 51/22 52/4 52/5 52/8 56/5
56/11 58/1 58/3
**server's** **[1]**   58/9
**servers** **[19]**   6/9 7/16 11/17 11/18
11/19 12/1 14/24 15/2 15/8 15/16
15/17 15/18 17/24 17/25 18/5
35/16 37/11 56/18 69/16
**service** **[14]**   34/24 35/18 35/19
45/5 48/21 49/3 78/9 78/10 78/23
79/5 79/6 80/3 81/24 91/10
**services** **[4]**   14/4 35/22 49/1
61/19
**set** **[13]**   15/25 16/1 16/3 16/3
17/15 18/7 18/22 25/18 25/21 35/5
46/4 64/21 99/7
**sets** **[2]**   62/22 68/25
**setting** **[2]**   25/15 25/24
**settings** **[2]**   35/10 36/4
**setup** **[1]**   11/25
**several** **[1]**   96/17
**shall** **[1]**   93/19
**share** **[2]**   11/15 11/24
**shared** **[1]**   39/20
**sharing** **[4]**   11/22 12/4 12/7 12/14
**she** **[34]**   19/2 19/3 19/23 23/20

**she... [30]** 36/17 36/17 38/15 38/19 38/20 65/1 65/3 65/3 65/11 65/14 65/16 65/20 65/20 65/21 65/22 65/25 66/14 66/15 66/16 66/17 69/10 70/4 70/6 70/6 70/7 70/14 70/15 70/16 90/9
**shell [1]** 33/4
**SHERRY [3]** 2/6 103/3 103/12
**SHH [1]** 33/15
**shields [1]** 24/7
**shift [1]** 35/4
**shormint [13]** 20/8 20/22 20/25 21/3 52/21 52/24 58/10 63/2 63/10 63/16 63/20 64/14 70/9
**short [3]** 26/19 53/7 63/25
**short-term [1]** 63/25
**shorthand [1]** 35/8
**shortly [2]** 51/21 53/18
**should [14]** 28/22 29/21 45/19 50/8 50/21 53/3 66/2 75/2 84/19 84/22 85/2 90/21 92/25 94/19
**shouldn't [2]** 29/4 102/9
**show [9]** 55/20 55/20 77/25 81/4 86/14 88/2 89/2 99/11 99/15
**showing [4]** 28/15 78/22 87/20 100/16
**shows [1]** 49/11
**side [2]** 39/1 93/24
**sign [3]** 33/7 34/24 87/7
**signal [1]** 23/1
**signature [3]** 87/3 88/9 89/9
**signed [3]** 88/13 88/17 89/11
**significance [2]** 64/2 67/10
**signing [1]** 89/12
**SIM [1]** 30/13
**similar [4]** 15/2 33/11 71/23 76/12
**simplified [1]** 60/3
**simply [4]** 8/3 31/19 58/22 61/5
**since [4]** 22/3 28/17 56/9 61/11
**single [3]** 9/10 10/11 55/20
**sir [9]** 71/8 82/4 85/19 85/21 86/14 86/16 89/11 89/18 97/5
**site [9]** 8/18 34/19 36/19 48/13 54/15 54/23 55/9 99/18 101/5
**sites [3]** 13/20 98/6 98/19
**six [2]** 98/19 98/20
**size [1]** 58/17
**skills [2]** 97/12 98/14
**slightly [2]** 15/24 26/1
**small [1]** 4/8
**smartphone [1]** 31/15
**Smith [2]** 76/19 76/21
**sniff [4]** 13/8 13/17 13/20 33/13
**so [134]**
**so-called [1]** 52/16
**software [1]** 32/14
**sold [1]** 49/14
**some [40]** 7/14 11/7 11/17 12/1 14/11 16/22 16/25 17/2 18/12 18/15 19/21 19/24 26/19 28/23 31/24 35/3 35/7 45/15 46/4 46/9 46/21 48/9 48/21 50/21 52/6 52/20 58/13 60/17 60/20 60/23 61/3 62/16 63/10 64/12 68/17 72/22 76/7 85/12 96/8 97/21
**somebody [9]** 4/10 4/16 12/10 30/8 31/14 33/12 75/25 76/4 95/11
**somehow [3]** 65/22 65/23 96/7
**someone [14]** 28/20 28/23 54/15 55/9 61/18 68/16 79/22 80/15 81/1 98/6 99/20 101/3 101/4 101/16
**someone's [1]**
**something [14]** 16/4 17/13 18/21 35/5 51/13 78/10 78/23 83/7 96/14 96/23 97/21 97/24 100/20 102/9
**sometimes [12]** 11/8 13/2 13/3 14/10 16/16 23/14 30/11 33/9 34/25 45/20 46/7 80/25
**somewhat [1]** 84/20

**somewhere [2]** 56/5 76/20
**soon [1]** 18/11
**sorry [4]** 21/7 21/10 21/13 27/21 38/5 39/22 40/17 43/15 44/17 44/19 47/19 52/3 53/21 67/9 82/4 85/5
**sort [6]** 25/13 36/4 49/2 50/20 59/19 69/23
**sorts [1]** 9/22 37/9 49/4
**sound [1]** 38/19
**sounds [3]** 21/7 54/1 96/20
**source [9]** 8/12 8/15 8/16 8/21 8/25 9/7 58/17 68/14 68/18
**sources [4]** 18/19 19/13 62/21 68/11
**space [1]** 24/22
**span [1]** 9/25
**speak [3]** 49/10 89/18 89/20
**speaking [1]** 89/8
**specialist [1]** 72/8
**specific [2]** 10/6 17/20 18/13 18/21 18/25 22/19 32/15 43/17 43/20 58/18 82/16 98/6
**specifically [17]** 7/1 7/3 9/19 10/9 17/11 20/7 31/12 34/6 34/8 37/9 49/1 54/11 59/24 61/5 62/22 70/14 79/4
**specified [1]** 16/16
**spell [1]** 71/13
**spelled [2]** 71/15 85/24
**spelling [1]** 85/22
**SpiderOak [6]** 45/2 45/4 45/6 47/5 47/9 49/1
**split [1]** 30/12
**spoofed [1]** 11/4
**spoofing [1]** 11/6
**spots [1]** 30/14
**spotted [1]** 68/24
**spreadsheet [3]** 26/11 65/13 67/3
**spreadsheets [1]** 16/22
**SSH [11]** 32/9 33/2 33/4 33/6 33/11 34/3 34/4 34/6 34/10 34/15 61/16
**staff [2]** 74/15 76/7
**staging [1]** 28/20
**stakeholders [1]** 73/12
**stamp [1]** 17/11
**stamps [4]** 17/3 64/8 66/12 66/17
**stand [1]** 4/25
**standard [1]** 46/18
**stands [1]** 25/10
**start [6]** 26/2 43/16 46/1 72/4 91/4 99/12
**started [2]** 28/13 59/23
**starting [4]** 5/7 48/24 72/6 72/7
**state [8]** 5/6 71/12 79/2 80/10 80/12 80/15 93/20 94/6
**stated [1]** 91/22
**statement [5]** 88/5 88/16 88/17 89/2 96/9
**states [19]** 1/1 1/3 1/10 5/5 5/9 22/23 23/1 23/4 37/24 38/7 38/9 38/16 38/22 75/12 80/13 89/6 90/12 90/13 95/14
**static [3]** 15/22 15/23 16/3
**stating [1]** 85/22
**statistical [2]** 22/9 22/11
**statute [4]** 72/10 73/3 73/19 90/2
**statutory [1]** 92/14
**stays [1]** 15/23
**steer [1]** 101/16
**steps [3]** 17/10 40/6 46/21
**STERLINGOV [25]** 1/6 4/9 4/15 5/5 5/13 9/16 10/12 20/9 23/18 29/11 29/14 29/16 37/17 38/4 38/6 40/12 43/2 43/13 47/11 49/13 49/17 50/16 70/8 95/11 96/2
**Sterlingov's [26]** 5/24 6/3 6/9 9/9 9/18 9/23 12/22 20/18 24/13 25/2 29/3 30/5 37/21 38/3 38/12 38/16 38/23 42/24 47/8 51/4 55/2 55/15 61/6 61/9 63/21
**still [6]** 31/24 35/11 49/8 95/8

95/9 102/13
**stole [1]** 4/14
**stolen [1]** 4/14
**stood [1]** 60/6
**stop [5]** 27/20 47/15 50/5 92/4 101/11
**storage [1]** 39/14
**stored [1]** 61/10
**storing [1]** 48/21
**story [1]** 69/2
**stream [3]** 30/9 30/16 31/1
**streams [1]** 30/9
**Street [2]** 1/16 2/3
**structure [2]** 25/20 27/9
**stubborn [1]** 49/11
**stuff [2]** 13/12 47/1
**subdomain [1]** 48/12
**subject [1]** 4/13
**subparagraph [2]** 91/17 93/17
**successful [1]** 56/10
**such [4]** 6/7 21/18 49/3 66/13
**suggesting [1]** 69/23
**suggestion [1]** 23/18
**Suite [1]** 1/17
**sum [1]** 94/15
**summarize [1]** 64/10
**summary [17]** 10/23 27/6 29/11 45/2 47/8 59/19 60/2 60/5 60/9 61/13 65/13 66/11 67/3 67/6 67/7 67/21 67/22
**support [2]** 12/2 49/7
**suppose [1]** 83/11
**supposed [3]** 75/15 91/4 99/8
**sure [21]** 9/2 10/1 15/9 16/20 18/4 21/24 22/4 22/4 30/11 32/22 36/11 46/16 48/2 49/23 50/23 56/1 73/10 93/5 98/12 102/4 102/8
**surprised [1]** 83/14
**suspect [1]** 31/19
**suspected [1]** 61/10
**suspicious [5]** 74/7 74/8 74/10 74/11 75/10
**Sustained [3]** 36/17 55/5 63/5
**sway [1]** 4/19
**Sweden [6]** 37/22 38/7 38/12 38/23 43/3 43/14
**Swedish [2]** 37/24 38/3
**switch [1]** 43/8
**sworn [2]** 71/1 85/14
**system [5]** 32/13 71/22 73/24 73/25 90/17
**systems [1]** 32/14

---

**T**

**T-H-E-O-D-O-R-E [1]** 71/16
**tab [3]** 62/14 63/8 63/13
**table [7]** 2/10 5/9 5/14 26/18 26/24 27/8 68/9
**tables [1]** 68/12
**tablet [1]** 10/3
**tabs [1]** 77/4
**tagged [1]** 26/9
**tags [1]** 26/10
**take [23]** 24/16 36/25 39/8 40/17 41/6 41/14 42/2 44/7 46/22 48/15 51/3 53/3 53/8 53/9 53/13 83/9 85/1 85/2 85/8 88/6 95/7 101/19 102/4
**taken [4]** 24/23 39/4 53/19 102/22
**takes [1]** 73/4
**taking [1]** 86/16
**talk [4]** 20/20 32/9 69/4 96/15
**talking [8]** 20/14 26/23 33/24 33/25 34/6 65/3 66/10 87/22
**tasked [1]** 71/21
**TCP [1]** 58/14
**team [6]** 20/6 22/19 26/20 28/19 38/24 57/5
**technical [1]** 11/7
**technically [1]** 46/8
**technicians [1]** 49/11
**techniques [1]** 61/23

**Ted [1]**   53/25
**tell [11]**   14/11 16/12 22/16 36/3 42/12 55/24 56/7 57/12 71/24 73/8 84/21
**telling [2]**   7/18 7/23
**temporal [2]**   66/14 66/17
**tend [3]**   32/16 32/18 44/1
**terabyte [2]**   27/24 29/15
**term [1]**   63/25
**terminal [1]**   33/6
**terms [5]**   20/2 58/21 64/12 74/22 95/5
**tested [3]**   19/12 30/12 30/15
**testified [19]**   9/3 10/18 24/18 25/5 33/2 34/3 38/15 41/21 42/25 52/16 65/3 65/21 69/8 69/18 70/7 81/17 82/23 87/20 96/15
**testify [8]**   7/15 7/20 7/25 21/10 73/15 82/6 96/7 96/18
**testifying [20]**   12/21 14/24 22/21 25/8 30/4 30/19 32/10 34/18 35/25 39/10 41/8 42/4 42/16 43/9 44/25 65/11 65/23 65/25 67/15 93/3
**testimony [20]**   7/13 8/6 19/20 24/11 31/4 37/3 38/14 41/17 47/21 51/24 53/14 55/21 65/13 69/12 70/5 70/14 82/13 83/19 96/4 101/20
**text [1]**   58/10
**than [7]**   8/6 22/19 49/8 58/18 65/2 66/1 92/16
**Thank [23]**   5/17 8/20 25/12 36/25 37/7 41/14 42/23 44/21 48/19 54/5 68/1 70/21 70/22 71/3 71/4 78/1 84/2 84/16 84/17 85/16 93/9 102/20 102/21
**that [490]**
**their [25]**   5/6 11/10 11/14 13/25 16/25 28/8 31/14 32/17 34/16 35/9 35/10 35/10 49/10 59/20 62/2 68/10 68/11 73/23 74/14 74/20 75/9 80/15 98/23 100/25 101/7
**them [45]**   4/14 6/10 6/12 10/7 10/8 15/11 15/14 16/20 16/25 17/4 17/20 21/12 22/2 24/14 25/14 25/19 25/24 26/19 28/5 28/5 28/13 30/9 33/22 39/5 39/17 45/14 46/15 48/2 48/21 49/6 50/11 54/11 56/25 59/21 59/22 62/15 62/17 67/9 68/4 68/13 69/3 74/12 94/25 98/21 98/25
**themselves [2]**   23/16 75/16
**then [33]**   13/11 17/12 17/17 17/21 23/4 28/13 33/2 42/16 44/16 45/13 48/19 48/19 49/7 50/6 50/11 53/7 60/23 67/14 68/10 68/18 83/4 83/4 86/22 87/24 90/19 90/25 93/24 98/22 99/9 100/20 100/23 101/6 102/17
**Theodore [4]**   3/6 71/1 71/14 71/16
**Theoretically [2]**   11/5 13/10
**there [90]**   6/10 6/24 8/24 8/24 9/20 9/20 11/7 11/9 12/1 13/19 13/19 14/3 14/5 15/16 15/18 17/13 18/8 18/12 18/12 18/15 19/14 19/24 20/22 23/17 26/9 26/22 27/20 27/20 28/11 29/22 30/8 30/13 30/13 30/17 31/17 31/23 31/24 32/20 32/21 36/6 36/7 38/8 40/23 47/15 48/20 48/24 49/3 50/4 50/5 50/7 54/8 54/10 54/14 54/20 55/1 55/8 56/22 57/4 57/10 57/21 57/22 58/22 59/21 59/25 65/4 66/12 66/20 66/21 67/14 68/19 68/20 74/25 79/17 82/25 83/3 83/14 84/20 89/9 90/19 91/14 92/4 92/15 96/8 98/19 98/20 100/3 100/3 100/18 102/3 102/5 102/8
**these [35]**   4/19 21/9 25/16 28/4 28/9 28/11 40/10 47/16 49/11

**they [75]**   4/12 8/10 9/22 11/13 11/25 12/16 13/10 13/11 13/15 13/16 13/18 16/5 15/2 15/4 15/4 15/15 15/17 16/8 16/9 16/20 17/1 18/7 26/5 26/11 29/13 30/11 30/12 31/11 34/17 35/8 35/10 45/15 45/23 45/24 46/15 49/5 58/2 68/22 69/24 72/20 74/6 74/9 74/12 74/13 74/14 74/20 75/2 75/3 75/5 75/13 75/22 75/24 76/3 76/6 76/8 76/15 76/16 76/18 76/19 76/20 76/21 79/2 79/22 80/21 80/24 82/6 89/23 90/25 91/1 95/7 98/20 99/11 101/4 101/5 101/6 101/6
**thing [4]**   4/8 12/19 31/14 42/7
**things [12]**   14/16 16/1 16/6 28/10 30/24 32/19 35/3 40/10 46/23 52/1 60/6 98/13
**think [43]**   4/10 12/22 18/2 18/3 18/12 19/3 19/24 20/19 20/21 21/21 23/6 23/24 24/18 30/24 31/11 31/17 32/13 36/12 37/20 38/13 39/1 46/15 52/20 53/6 58/25 60/19 65/7 65/10 66/10 67/19 67/19 69/21 82/17 83/2 83/4 83/6 83/9 84/19 85/1 85/8 101/12 102/2 102/5
**thinking [2]**   15/17 66/20
**third [1]**   47/2
**this [176]**
**those [42]**   6/2 9/25 10/8 10/10 12/14 14/11 14/14 15/15 16/22 17/14 21/10 21/21 21/22 22/17 26/10 28/14 32/16 39/19 47/19 47/21 52/15 52/21 55/21 56/17 60/11 60/23 61/1 61/19 61/25 70/17 73/4 74/4 74/9 74/11 76/24 80/6 80/12 82/3 84/11 84/13 90/19 97/12
**though [2]**   18/15 65/19
**thought [3]**   27/8 50/23 96/6
**thousands [4]**   11/15 11/17 11/21 34/13
**three [2]**   47/16 52/6
**through [23]**   10/2 10/6 10/9 10/11 17/14 24/22 24/24 26/9 27/7 28/13 34/10 35/13 58/8 63/13 64/8 79/14 79/14 91/10 96/9 98/22 99/4 99/6 101/5
**thus [1]**   86/5
**Tiger [3]**   36/5 36/8 42/9
**time [46]**   11/16 11/24 12/17 14/17 15/24 16/2 16/9 16/12 16/13 16/16 17/3 17/4 17/8 17/10 17/11 17/14 17/15 17/20 18/18 18/24 27/10 28/13 33/15 33/17 48/1 53/2 57/13 60/4 61/12 62/24 64/8 64/12 65/6 66/5 66/5 66/7 66/12 66/16 68/17 78/14 87/12 88/19 90/1 91/21 91/25 99/10
**times [14]**   11/18 11/19 13/3 15/13 16/17 17/16 17/18 18/8 18/10 18/12 33/9 57/9 67/11 68/12
**timing [4]**   17/19 39/3 39/3 64/2
**title [4]**   72/16 72/7 73/6 86/11
**today [8]**   55/22 92/19 92/22 92/25 93/3 96/15 101/25 102/7
**together [14]**   18/20 25/13 25/14 58/22 59/19 60/15 62/23 67/4 68/4 68/24 68/25 69/17 70/17 74/20
**told [1]**   17/4
**too [2]**   26/11 39/5
**took [3]**   64/19 68/9 92/7
**tool [12]**   23/13 26/8 28/12 36/5 36/8 36/23 37/8 42/11 44/1 59/23 60/3 61/12
**tools [4]**   24/21 49/25 61/23 62/1

**top [12]**   17/11 29/8 29/12 42/8 43/7 82/18 87/16 88/11 88/15 89/25 101/4 101/8
**topic [1]**   38/19
**topics [1]**   14/14
**TOR [21]**   2/2 2/3 5/12 22/21 22/23 23/4 23/7 23/7 23/11 23/13 23/16 49/21 49/23 50/1 97/24 98/1 98/3 98/5 98/6 99/4 99/6
**total [1]**   92/1
**totaling [1]**   91/24
**touch [2]**   72/14 93/7
**towards [2]**   93/24 100/20
**trace [5]**   6/24 7/6 15/14 21/18 32/6
**traces [7]**   21/9 21/17 21/19 21/21 21/22 21/25 22/1
**tracing [1]**   22/3
**traffic [14]**   13/8 13/13 13/20 17/23 17/25 18/5 23/2 31/12 33/13 51/21 51/25 52/2 58/9 58/12
**trail [1]**   74/16
**training [10]**   73/12 73/13 73/14 75/6 75/8 76/7 76/8 95/19 97/5 97/8
**transaction [5]**   12/12 73/22 74/3 74/4 76/16
**transactions [7]**   21/10 73/21 73/21 74/11 74/18 91/24 91/25
**transcript [2]**   1/9 103/4
**transfer [1]**   8/18
**transferred [1]**   4/19
**transmitted [1]**   14/1
**transmitter [1]**   80/8
**Treasury [2]**   71/18 71/21
**treat [1]**   102/1
**treated [1]**   18/14
**TRIAL [1]**   1/9
**trials [1]**   73/16
**tried [2]**   30/16 82/12
**true [3]**   15/10 63/21 103/4
**trusted [1]**   49/8
**truth [4]**   7/18 7/23 100/7 100/11
**truthfully [3]**   93/19 94/5 95/1
**truthfulness [1]**   8/3
**try [4]**   62/1 67/2 94/15 98/13
**trying [7]**   31/5 61/24 64/10 67/17 82/19 82/21 85/2
**TTY [2]**   37/8 37/10
**tunnel [1]**   34/4
**tunnelings [1]**   34/7
**tunnels [2]**   34/3 34/6
**turn [6]**   10/15 14/17 24/4 61/14 93/14 94/24
**turned [1]**   28/19 30/16
**Turning [1]**   58/3
**Twitter [1]**   20/21
**two [9]**   12/14 20/13 39/16 39/19 51/25 52/4 69/10 70/6 70/14
**type [18]**   11/25 25/20 33/6 33/20 33/21 45/16 51/17 61/22 68/21 74/8 75/3 76/7 77/5 77/12 79/15 81/2 81/4 101/15
**types [3]**   71/23 74/18 98/13
**typical [1]**   31/11
**typing [1]**   39/18

**U**

**U.S [2]**   1/13 2/7
**U.S.C [1]**   86/12
**Uh [1]**   17/23
**Uh-huh [1]**   17/23
**unallocated [1]**   24/22
**uncommon [1]**   26/2
**under [10]**   37/6 57/11 73/11 75/24 80/17 90/2 91/18 93/17 94/10 102/1
**underlying [1]**   8/16
**underscore [1]**   63/8
**understand [12]**   31/17 38/5 38/25 39/6 50/19 52/2 57/18 69/11 70/11 87/7 95/23 95/25

**U**

understanding [20]  4/9 20/12
41/23 43/24 49/12 49/16 50/15
51/12 51/24 54/21 54/23 56/22
61/1 65/6 90/2 90/13 90/16 91/7
92/7 94/23
understood [2]  18/4 39/2
UNITED [17]  1/1 1/3 1/10 5/4 5/9
22/23 23/1 23/4 37/24 38/6 38/9
38/15 38/22 89/6 90/12 90/13
95/14
University [2]  72/1 72/2
unless [4]  18/7 30/17 51/13 90/25
unmount [1]  41/4
unmounting [1]  41/2
unreadable [1]  45/13
until [6]  39/4 53/9 53/14 81/18
101/21 102/16
unusual [1]  25/23
unwittingly [1]  75/19
up [59]  8/16 10/22 14/12 15/25
16/1 24/5 24/23 25/16 25/18 25/21
25/24 26/16 28/5 28/5 28/15 28/25
29/1 29/2 30/12 34/24 35/5 35/23
37/1 38/17 39/9 41/15 41/16 43/15
45/18 45/20 45/24 46/3 46/4 46/9
47/14 48/3 48/21 53/4 57/15 59/16
59/22 64/23 77/14 78/1 80/13
82/10 83/9 83/12 84/21 88/15
89/18 89/24 90/19 94/15 95/20
100/5 100/18 102/9 102/16
update [1]  35/10
upon [1]  83/7
upper [2]  77/4 77/12
URL [1]  54/24
us [10]  1/20 65/5 71/18 71/21
71/22 71/24 73/14 80/4 94/12
101/2
USAO [1]  1/16
use [28]  13/7 13/24 13/25 14/6
14/8 14/9 14/12 15/8 15/11 23/16
28/24 33/15 33/17 34/11 34/13
34/25 48/20 49/8 49/20 49/23
49/24 50/1 61/16 62/1 63/25 74/2
97/12 97/12
used [17]  18/17 20/17 28/21 30/20
31/14 31/19 34/7 35/14 36/11
37/15 44/2 44/4 45/11 61/23 96/16
97/20 98/3
user [12]  20/17 21/3 24/24 32/23
40/18 57/25 69/2 69/8 69/18 70/7
77/15 77/15
username [1]  33/7
users [8]  11/21 20/6 20/7 32/20
49/5 69/10 70/6 70/17
uses [5]  11/1 15/16 16/4 25/1
34/15
using [14]  12/3 15/16 17/18 19/22
19/25 23/21 31/22 31/25 33/20
39/18 46/4 49/2 61/19 69/15
USSG [1]  91/23
usually [6]  13/5 16/12 24/21
25/19 46/23 90/22
UTC [2]  17/9 17/17

**V**

vague [1]  57/1
Valerie [1]  3/3
value [2]  45/16 58/16
values [1]  45/12
variety [2]  14/4 14/9
various [1]  57/9
vault [1]  6/6
version [2]  32/16 60/3
versions [1]  99/20
versus [2]  5/5 89/6
very [8]  17/11 22/2 26/6 65/24
70/14 72/12 76/12 77/12
via [2]  40/13 72/12
Victor [1]  71/15
video [7]  36/8 36/10 36/16 36/19

43/25 44/3 44/4
Vojnovic [2]  3/21 3/22
view [7]  44/1 44/4 67/7 67/9
67/23 98/21 101/6
viewer [2]  43/24 44/1
viewers [1]  43/22
viewing [3]  36/10 36/16 44/3
violation [1]  96/15
violations [1]  73/2
virtual [4]  35/15 77/18 77/20
81/18
visible [1]  56/15
visited [3]  48/13 64/13 64/14
visual [1]  33/20
Vlahakis [4]  3/6 53/25 71/1 71/14
VNC [10]  36/5 36/8 36/23 42/7
42/9 43/16 43/18 43/22 43/24 44/1
voicemail [1]  72/20
Volf.prius [4]  20/21 63/16 63/25
70/8
Vote [1]  49/9
VPN [10]  13/1 13/7 14/4 14/6
14/17 14/19 17/25 33/11 47/25
49/21
VPNs [5]  13/25 15/2 15/4 15/19
61/16
VPS [1]  48/21
vs [1]  1/5

**W**

walk [1]  63/13
Wall [1]  2/3
want [17]  14/14 14/17 16/2 18/3
34/25 47/2 50/3 66/3 67/25 75/18
77/25 79/4 86/14 89/2 102/2 102/3
102/8
wanted [5]  4/16 9/2 13/5 93/5
101/4
wants [3]  53/15 76/19 76/20
was [174]
Washington [6]  1/5 1/14 1/17 1/21
2/9 77/24
wasn't [17]  4/15 17/8 17/10 21/13
22/11 28/14 29/3 31/9 36/19 41/7
55/1 62/12 70/13 82/25 83/8 83/14
93/6
wave [1]  24/14
waves [1]  24/8
way [27]  15/25 16/1 18/22 18/25
19/12 19/25 23/14 25/12 29/2 30/8
31/3 31/19 32/15 33/4 33/8 33/12
35/8 35/12 38/6 38/8 42/19 45/12
57/18 64/20 77/3 90/5 98/24
ways [3]  11/7 30/25 74/24
we [113]
we'll [1]  85/13
web [1]  98/18
webinars [2]  77/7 77/10
website [16]  7/1 7/5 8/17 14/13
35/8 36/24 54/25 75/7 77/2 77/3
77/4 77/11 77/16 98/25 99/2
100/12
websites [1]  97/16
welcome [2]  4/24 23/23
well [12]  8/23 9/8 9/16 13/15
31/18 38/6 53/13 57/23 62/7 65/6
96/13 101/20
went [9]  17/17 26/8 28/9 28/10
39/6 68/10 91/10 99/10 99/21
were [76]  4/14 6/10 6/11 6/12
6/12 8/24 12/10 13/11 16/21 17/25
18/7 18/8 18/16 20/4 20/5 20/17
21/22 22/12 24/13 26/23 28/11
28/22 29/13 32/10 33/24 39/4
45/15 47/25 48/2 52/5 56/10 56/11
56/17 57/10 58/14 58/16 58/21
59/20 59/22 60/5 62/10 62/10
62/15 62/25 63/1 63/2 63/14
64/13 64/14 66/13 66/15 67/1
68/15 69/24 70/9 70/17 72/12
72/18 72/19 72/20 82/3 83/5 83/8
84/11 84/12 84/20 85/25 86/2 86/5

86/7 87/21 87/25 89/3 89/8 100/14
Case 1:21-cr-00399-RDM    Document 286    Filed 03/16/24    Page 118 of 119
what [157]
whatsoever [1]  81/21
when [55]  4/9 5/16 5/24 9/9 13/7
13/25 14/17 16/18 16/24 17/7 17/8
18/14 18/16 20/11 22/6 24/13
25/24 28/7 29/16 31/22 32/6 34/10
34/25 35/14 37/12 39/5 45/20
46/11 52/10 52/23 54/4 54/20
56/16 57/13 57/18 58/3 59/20
60/21 61/18 62/9 62/19 62/25 63/1
65/3 72/4 74/20 75/2 82/22 87/20
89/2 89/8 89/11 98/18 101/9
102/15
where [34]  11/9 24/7 27/23 28/9
31/11 33/20 37/5 39/15 40/3 43/22
44/16 45/15 47/14 50/14 50/19
51/15 51/16 64/18 68/9 68/12
68/17 71/17 77/11 77/23 79/9
79/21 79/22 80/3 86/25 87/24
88/15 91/4 96/3 100/24
Whereupon [5]  27/17 78/20 87/18
88/25 100/14
whether [18]  12/23 50/21 53/3
54/8 54/20 55/2 56/16 56/22 56/24
59/12 68/22 74/6 81/1 82/15 82/21
82/25 85/2 92/24
which [36]  11/21 16/20 17/17
23/20 24/21 25/20 26/20 26/21
28/8 28/24 32/9 34/10 36/5 42/16
43/16 43/20 45/10 49/2 49/3 52/5
59/20 59/24 61/23 70/9 72/9 73/3
80/14 82/14 83/6 83/7 88/3
90/17 92/1 93/22 94/8
whichever [1]  52/8
while [1]  86/16
white [3]  19/9 68/16 68/20
who [23]  4/11 5/13 13/19 15/13
20/3 28/4 32/17 50/9 50/20 53/20
53/24 55/9 61/15 61/18 62/11
74/18 75/25 76/4 80/19 90/5 90/5
90/9 94/19
whole [4]  17/15 42/7 48/23 48/24
why [12]  8/5 13/3 13/24 38/9
38/18 38/22 53/8 61/8 61/21 65/20
96/23 101/13
Wi [8]  11/9 12/4 12/13 12/19
12/23 12/25 13/8 31/23
Wi-Fi [8]  11/9 12/4 12/13 12/19
12/23 12/25 13/8 31/23
will [32]  11/10 14/12 15/24 25/20
33/8 33/9 45/11 46/2 49/6 50/10
53/6 53/9 53/11 74/2 77/7 77/14
83/13 83/20 83/21 84/18 84/22
85/1 85/8 90/9 91/21 92/6 94/9
94/10 95/8 95/9 100/10 101/14
window [2]  33/6 33/20
Windows [2]  32/13 40/6
Windows' [1]  28/3
wiping [1]  25/18
withdrawn [2]  9/16 17/7
within [7]  16/4 35/4 58/22 72/18
79/7 90/22 98/12
without [10]  4/17 12/25 20/7
25/18 25/21 50/11 57/13 84/11
93/3 93/6
witness [18]  4/25 4/25 5/3 53/24
53/25 65/1 65/11 65/25 69/7 70/21
70/23 73/15 81/13 84/15 84/24
95/24 96/2 101/19
witness' [2]  19/19 38/14
WITNESSES [1]  3/2
wittingly [1]  75/19
won't [1]  102/16
wondering [1]  64/25
word [2]  19/22 19/25
words [6]  52/21 54/10 58/5 100/23
100/24 100/24
work [13]  8/18 13/5 14/12 14/13
14/18 25/14 31/7 31/19 60/2 61/18
71/17 71/18 80/10

**W**

**worked [4]**  7/5 35/15 37/24 60/15
**working [5]**  27/2 28/22 39/2 72/4
76/5
**works [3]**  35/11 77/4 77/12
**world [3]**  23/16 32/20 97/13
**would [76]**  4/20 5/6 8/18 10/15
11/17 12/14 12/25 13/13 13/16
14/2 15/6 16/15 19/17 19/23 23/15
24/4 26/11 27/7 27/11 28/24 31/3
31/6 31/8 31/9 31/14 31/22 31/24
31/24 32/9 35/6 35/16 37/10 42/7
42/15 46/17 47/2 47/4 49/12 49/20
50/14 50/19 51/19 54/14 55/2 55/9
56/12 56/12 56/14 56/18 57/20
58/2 58/8 58/9 58/9 58/15 58/16
58/21 58/23 59/6 59/16 61/14 70/4
75/9 76/16 78/11 78/14 79/22 80/6
82/1 83/7 88/2 88/19 92/14 98/24
101/5 102/6
**wouldn't [8]**  11/23 12/1 13/3
13/15 31/19 31/21 51/11 57/12
**writeup [5]**  20/10 20/11 22/18
64/18 66/8
**writing [1]**  29/2
**written [1]**  9/7
**wrong [1]**  39/6
**wrote [1]**  27/1
**www.BitcoinFog.com [1]**  7/6
**www.FinCEN.gov [1]**  77/3

**X**

**Xeoma [1]**  59/25

**Y**

**yeah [8]**  8/5 14/5 38/13 47/19
92/9 92/23 96/20 97/20
**year [1]**  68/20
**years [5]**  9/25 37/25 90/4 92/15
92/16
**yes [231]**
**yesterday [25]**  4/9 4/17 10/19
12/21 14/25 24/10 24/18 25/8
30/19 32/10 33/25 34/3 34/18 36/1
37/3 37/20 38/15 39/10 41/17 42/4
42/17 42/25 43/10 44/25 55/22
**York [3]**  1/20 11/18 11/19
**you [573]**
**you sometimes [1]**  46/7
**you're [2]**  33/7 67/7
**your [186]**
**yourself [7]**  8/6 69/22 71/11
71/11 85/21 95/13 101/15
**yourselves [1]**  53/10

**Z**

**zero [3]**  25/16 25/21 25/23
**zeroing [2]**  25/18 26/1
**zone [9]**  16/12 16/13 16/16 17/5
17/8 17/10 17/14 17/16 17/21