```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
                                          Criminal Action
 4              Plaintiff,                No. 1: 21-399

 5         vs.                            Washington, DC
                                          March 7, 2024
 6   ROMAN STERLINGOV,
                                          9:22 a.m.
 7              Defendant.
     _____/           MORNING PROCEEDINGS
 8

 9                   TRANSCRIPT OF JURY TRIAL
             BEFORE THE HONORABLE RANDOLPH D. MOSS
10                UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiff:      CATHERINE PELKER
                             U.S. DEPARTMENT OF JUSTICE
14                           950 Pennsylvania Ave NW
                             Washington, DC 20530
15
                             CHRISTOPHER BRODIE BROWN
16                           DOJ-USAO
                             601 D Street, N.W.
17                           Suite 5.1527
                             Washington, DC 20530
18
                             JEFFREY PEARLMAN
19                           DOJ-CRM
                             Ccips
20                           US Dept of Justice
                             1301 New York Ave NW
21                           Washington, DC 20005

22

23              APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                          APPEARANCES CONTINUED

 2     For the Defendant:        TOR EKELAND
                                 MICHAEL HASSARD
 3                               TOR EKELAND LAW PLLC
                                 30 Wall Street
 4                               8th Floor
                                 Brooklyn, NY 10005
 5

 6
       Court Reporter:          SHERRY LINDSAY
 7                              Official Court Reporter
                               U.S. District & Bankruptcy Courts
 8                             333 Constitution Avenue, NW
                              Room 6710
 9                            Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    TABLE OF CONTENTS

 2                        WITNESSES

 3    Roman Sterlingov

 4        Cross-examination continued by Mr. Brown      34
          Redirect examination by Mr. Ekeland          51
 5

 6    Valerie Mazars de Mazarin

 7        Direct examination by Ms. Pelker             58
          Cross-examination by Mr. Ekeland             61
 8

 9                        EXHIBITS

10    Government Exhibit 721 withdrawn                  60
      Defense Exhibit 143 admitted                     62
11

12                       MISCELLANY

13    Closing argument by Ms. Pelker                    64

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  Criminal case 21-399, United

3    States of America versus Roman Sterlingov.

4              Would counsel please approach the podium and state

5    their name for the record starting with government counsel.

6              MR. BROWN:  Good morning, Your Honor.  AUSA Chris

7    brown for the government.  With me at counsel table are C.

8    Alden Pelker and Jeff Pearlman.

9              THE COURT:  Good morning.

10             MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland

11   for Defendant Roman Sterlingov, who is present in court.  And

12   joining me at counsel table is Michael Hassard.

13             THE COURT:  Good morning to you as well.

14             So we are here to continue the charging conference.

15   I have four things on my agenda and you may all have additional

16   items that you would like to raise now as well.  But I need to

17   hear more from you and consider what to do about the willful

18   blindness instruction.  I need to see what to do about the --

19   instruct the jury that they need to be unanimous with respect

20   to which or both of the two objects of the conspiracy have been

21   proved.  I want your views on, if we do get to the forfeiture

22   proceeding, how you intend that to work.  And, finally, any

23   comments that you may have on the proposed verdict form.

24             So why don't we start with the couple of more

25   substantial issues.  And I -- I know the government was going
```

1    to look overnight at the question of whether in its view

2    unanimity was required with respect to the objects of the

3    conspiracy, which is the way I drafted the instructions.

4           Mr. Brown.

5           MR. BROWN:  Yes, Your Honor.  We did do some

6    additional research on that.  And we are satisfied that it does

7    make sense to have a special unanimity requirement.

8           THE COURT:  So I probably should add that to the

9    special unanimity charge, which was on page 69 then.

10          MR. BROWN:  Yes, Your Honor.  I think that would be

11    appropriate.  And just one note in page -- I think it is

12    page 39, where there is the substantive discussion of the

13    conspiracy charge.  We would just ask that the Court make it

14    clear that the jury doesn't have to be unanimous as to -- they

15    don't have to find unanimously that both objects were fulfilled

16    or were agreed to as part of the conspiracy.  They can chose

17    either one or the other or both.

18          THE COURT:  I thought I did, but that is that not --

19          MR. BROWN:  So, Your Honor, I think the instructions

20    that you circulated last night at the top of page 39.  There is

21    the sentence, "It is enough that the government proves beyond a

22    reasonable doubt that there was a common understanding among

23    those who were involved to commit" -- and we would insert the

24    words "at least one of the crimes that are the two alleged

25    objects of the conspiracy."

 1                    THE COURT:  Okay.

 2                    MR. BROWN:  Just to make it clear that the jury could

 3      choose object one, object two, or both or neither.

 4                    THE COURT:  Okay.  I think you are correct as a

 5      matter of law, so I just need to make sure the instructions are

 6      correct on that.  And then I do later say, you must be

 7      unanimous as to at least one of the objectives that the

 8      defendants conspired to accomplish.  That is on page 41.

 9                    MR. BROWN:  Yes, Your Honor.

10                    THE COURT:  Okay.  That is a reasonable addition.

11      And I take it, Mr. Ekeland, that you have no objection to

12      requiring unanimity?

13                    MR. EKELAND:  No objection, Your Honor.

14                    THE COURT:  And anything on the other suggestion that

15      Mr. Brown made?

16                    MR. EKELAND:  I think that is a correct reading of

17      the law.

18                    THE COURT:  Okay.  Agreed.

19                    All right.  So now willful blindness, who wants to go

20      first on it, I am fine.

21                    MR. BROWN:  Yes, Your Honor.  We so we think, number

22      one, the instruction is appropriate.  This is a pattern jury

23      instruction.  And, number two, we think that the evidence that

24      was adduced at trial supports at least giving the instruction

25      to the jury.  There are essentially two prongs to a willful

1    blindness -- to the willful blindness standard.  Number one is

2    the defendant must subjectively believe there is a high

3    probability that a fact exists and referring to *Global-Tech*

4    *Appliances*.  And with respect to the defendant's subjective

5    belief, the proof adduced at trial includes, number one, the

6    defendant -- it is undisputed that the defendant had a Silk

7    Road account that he used to purchase psychedelic drugs.

8    Number two, the defendant's Killdozer account posted that the

9    entire Bitcoin network is "plausibly deniable money

10   laundering."  The defendant's Exploit account, Meth, although

11   that may be disputed, the Meth post, you know, the defendant

12   using that moniker posted, referring to Tor hidden services

13   "Drugs are sold and unfortunately child pornography."  And this

14   is not to mention, you know, to the extent that there has been

15   a preliminary showing at least, a prima facie showing that the

16   defendant is Akemashite Omedetou.  The Akemashite Omedetou

17   posts are rife with references to using Bitcoin Fog to protect

18   criminal activity.  So we think that there is sufficient

19   evidence in the record to justify subjective belief.

20           And then, the second prong is deliberate actions to

21   avoid learning of that fact.  And the evidence at trial that

22   came in about the design and structure of Bitcoin Fog includes

23   the fact that Bitcoin Fog deliberately deleted logs.  It made

24   logs of transactions that were purged after one week.  So there

25   is a deliberate action to destroy records of transactions.  And

1    also maybe a little bit of a more abstract point, the user

2    interface was designed not to collect any identifying

3    information about the transactions or the nature of those

4    transactions.  So we think both prongs of the *Global-Tech* legal

5    standard are satisfied here.

6            THE COURT:  And so you think this is relevant to the

7    question of whether Mr. Sterlingov knew that Bitcoin Fog was

8    being used to launder the proceeds of illegal activity?

9            MR. BROWN:  Yes, Your Honor.  So it is relevant to

10   the money laundering conspiracy in Count 1.

11           THE COURT:  Right.

12           MR. BROWN:  It is also relevant to the 1960(b)(1)(C)

13   prong, which is operating a money transmitting business that

14   essentially transacts in either the proceeds of crime or

15   property that -- that transacts in property that the defendant

16   knew was either the proceeds of crime or intended to promote

17   crime.  So that element of knowledge comes in both in the

18   substantive offenses that were the objects of the conspiracy

19   that the defendant knew that the transactions executed by

20   Bitcoin Fog involved the proceeds of some unlawful activity.

21   That is what the statute requires, proceeds of some unlawful

22   activity.  That is a knowledge standard.  But as we have

23   briefed it.  Even that knowledge standard incorporates and was

24   intended by Congress to incorporate a willful blindness

25   standard.  The same knowledge question comes in at

1    1960(b)(1)(C) at Count 3.  And, again, we think the law on

2    willful blindness is willful blindness is an alternative way of

3    satisfying the knowledge prong.  So we think it is fair to

4    instruct the jury they may find that the defendant had

5    knowledge of a fact, if they find that the defendant

6    deliberately closed his eyes to something that would otherwise

7    be obvious to them.  And we think that is a --

8            THE COURT:  What about the knowledge requirement as

9    it relates to some of the registration requirements?  So, for

10   example, you know, as I have drafted the instructions here to

11   convict on Count 4, the jury would have to conclude that

12   Mr. Sterlingov knowingly engaged in the business of money

13   transmission in the District of Columbia.

14           MR. BROWN:  Yes, Your Honor.  So I think I was a

15   little bit confused by the question.  The knowledge requirement

16   in Count 4 and the first two prongs of Count 3, the knowledge

17   really applies to the operation of the business, it doesn't

18   apply to the failure to register or failure to obtain a

19   license.

20           THE COURT:  I understand that.  What I was going to

21   say though is, knowing that he was operating a business in DC,

22   or knowing even that he was operating a money laundering

23   business that had this sufficient nexus in the United States

24   for purposes of Count 3.

25           MR. BROWN:  Yes, Your Honor.  And I think that

1    also -- the willful blindness instruction would be appropriate

2    in those situations too, to the extent that there is any

3    knowledge.  There is a requirement that he has knowledge with

4    respect to the geographic location of the business.  I think it

5    is -- if he is -- number one, the knowledge of Silk Road.  He

6    knows that Silk Road is a drug marketplace that operates

7    globally.  It was operated out of the United States.  It had

8    United States vendors.  There is certainly a high probability

9    that among the customers of Silk Road are other darknet

10   markets, there would be customers located in the District of

11   Columbia.  And there would therefore be customers of Bitcoin

12   Fog who are interested in using that to mask their transactions

13   or their drug sales on darknet markets like Silk Road.  And,

14   again, you know, going back to the -- you know, the structure

15   and design of Bitcoin Fog, it was -- I mean, it was in English.

16   It wasn't in, you know, Russian or Swedish or some other -- or

17   Spanish or some other language. -- there were numerous

18   references in the Akemashite Omedetou posts comparing the idea

19   that Bitcoin Fog was based on Tor, that this was sort of an

20   imitation of or following the model, I should say, of Silk Road

21   that, you know, it is hard to find a Tor hidden service, just

22   look at Silk Road.

23          There is a clear indication that the creation of

24   Bitcoin Fog was designed to be shielded on Tor just the same

25   way that Silk Road was.  And the whole user interface was

1    designed not to collect any sort of user identification

2    information, including where those users might reside.

3            THE COURT:  I actually think this is a really

4    interesting question.  And as you know, as I read

5    *Alston-Graves,* the D.C. Circuit prior to the Superior Court

6    decision in *Global-Tech* was the one Circuit that expressed

7    skepticism about willful blindness.  But the skepticism that

8    the D.C. Circuit expressed was that if the statute requires

9    knowledge, then you ought not be able to prove it with

10   something other than knowledge.  If willful blindness means you

11   didn't actually know, then how can you violate the statute?

12   And, obviously, in *Global-Tech* the Supreme Court was aware and

13   cited to the D.C. Circuit and I think fairly can be seen to

14   have just taken a different view on that question.

15           But the reason I bring this up it does seem to me

16   that there are two variations or ways of thinking about it, one

17   is just an instruction on what it means to know something.  And

18   in the same way, you can say you might rely on circumstantial

19   evidence or all of the evidence and draw reasonable inferences

20   and, you know, we never know what is in someone else's head and

21   therefore you can rely on their actions and all of the evidence

22   to infer what is in their head.  It is arguably a variation on

23   that.  If there is a high probability that something is true

24   and someone is engaged in conduct that is avoiding that, it is

25   fair to infer that they actually do know it.  And that they

1    are -- their actions to avoid it are actually some evidence

2    that they know what is going on.

3            There is the other version, which is that people

4    ought not to be able to escape liability by saying, I am a drug

5    mule, don't tell me what is in the bag.  But I am picking it up

6    from the drug dealer and I am dropping it off at another drug

7    dealer, but don't tell me what is in there.  And, again, maybe

8    that is another way of inference -- again, what I am

9    wondering -- two things based on all of that windup is, one,

10   whether -- one possibility might be not to give a willful

11   blindness instruction, which -- just calling it out separately

12   suggests to the jury that it is enough just to keep from

13   knowing something, but to actually just build it into the

14   definition of knowledge at some point.  And to just say, that

15   one can know something -- knowledge doesn't require certainty.

16   But if there is a -- if you believe that to a high degree -- to

17   a -- if you believe that there is high probability that

18   something is the case and you don't actually believe otherwise,

19   you can infer that the person knew the facts.  And I don't have

20   a strong view on that.  I am just throwing that out as one

21   possibility.

22           The other thing is I am wondering in light *of*

23   *Global-Tech* and its apparent approval of the model penal code

24   language, as well as Justice Scalia's plurality opinion in

25   *United States versus Santos,* which also I think cites

1    approvingly to the model penal code in the context of money

2    laundering, if giving a version of the model penal code

3    instruction would be preferable to giving the model that you

4    have proposed which, obviously, doesn't come from the D.C.

5    Circuit since the D.C. Circuit is not terribly receptive to

6    charging in any event.

7          So if I did the latter, it would be something along

8    the following lines:  You may find the defendant had knowledge

9    of the fact, if you find a defendant deliberately closed his

10   eyes, to what otherwise would be obvious to him.  In other

11   words, when knowledge of the existence of a particular fact is

12   an element of an offense, such knowledge is established if a

13   person has a subjective belief that there is high probability

14   of its existence unless he actually believes it does not exist,

15   thus although knowledge on the part of a defendant cannot be

16   established merely by demonstrating that a defendant was

17   negligent, reckless, careless or foolish, knowledge can be

18   inferred if a defendant deliberately blinded himself to the

19   existence of a fact that he had a high -- that he believed --

20   that he was aware of a high probability of its existence or

21   something like that.

22         MR. BROWN:  Yes, Your Honor.  I think that does sound

23   appropriate.  We are not wedded to this language.  And, I mean,

24   in fairness the -- there are no D.C. Circuit substantive --

25         THE COURT:  I understand.  No, the red book doesn't

1    even have one in it.

2             MR. BROWN:  That is true.  Yes.

3             I think the model penal code approach makes sense.

4    And I think that certainly the Supreme Court's opinion in

5    *Global-Tech* and the other circuits that have approved these

6    sorts of instructions, the way that they phrased it is this is

7    a way to prove knowledge, as opposed to this is a certain

8    alternative scienter requirement.  So I think that that

9    approach as the Court just read it --

10            THE COURT:  One of the reasons I said this is an

11   interesting question, because it is also -- it is ultimately

12   just an epistemological question of what the word belief means

13   or knowledge means.  And I believe the way knowledge is defined

14   in epistemology is a justified true belief.  And the question

15   for present purposes is whether it is -- you have a belief and

16   you believe things without being certain.  And I am not sure

17   there is any law on the question of whether the word belief

18   means preponderance, something less than preponderance,

19   something more than preponderance.  And I don't think there is

20   any law that I am aware of on that question, but we all believe

21   lots and lots of things to be true where we are far from

22   certain that they are true.

23            I believe we'll get through closings today, but maybe

24   not.  So I don't know if providing some additional help for the

25   jury in some way, maybe the model penal code is the way to do

1   it just with respect really with what it means to know

2   something which ultimately turns on what it means to believe

3   something.

4           MR. BROWN:  Yes, Your Honor.  I think that is a

5   helpful way to think about it in the way that in thinking of

6   like a willful blindness instruction, it is also relevant

7   that -- I mean, there is no such thing -- there is very rarely

8   direct proof of knowledge even for knowledge from the

9   circumstances of -- circumstantial evidence of direct knowledge

10  is very close to circumstantial evidence or direct evidence of

11  willful blindness or deliberate blinding.

12          THE COURT:  In that spirit, I guess another distinct

13  possibility to put on the table would be dropping the first

14  sentence of the willful blindness instruction.  So not starting

15  with that you may find the defendant had the knowledge of a

16  fact if you find that he deliberately closed his eyes to what

17  would otherwise have been obvious to him, but instead just

18  after giving the usual knowledge instruction say, when

19  knowledge of the existence a particular fact is an element of

20  the offense, such knowledge can be established if a person is

21  aware of a high probability of its existence, unless he

22  actually believed that it does not exist, thus although

23  knowledge on the part of defendant cannot be established by

24  mere negligence and so forth.  It can be inferred if a

25  defendant deliberately blinded himself to the existence of the

 1    facts where he knew -- where he believed there was a high

 2    probability they were true or something like that.  I am really

 3    just searching for answers here.  I don't have a strong view on

 4    this issue.

 5              MR. BROWN:  Your Honor, I don't think the government

 6    has a strong view.  I think any of these formulations are

 7    consistent with the law.

 8              THE COURT:  Okay.

 9              MR. BROWN:  It does make sense, I think as the Court

10    suggests to frame this just in terms of the definition of

11    knowledge for the jury as opposed to sort of introducing this

12    as a separate concept.

13              THE COURT:  All right.  Let me see what Mr. Ekeland

14    has to say on this.

15              MR. EKELAND:  I agree with the Court that this is an

16    interesting epistemological question.  I think in *Alston-Graves*

17    the D.C. Circuit did a good job in just pointing out what is so

18    problematic about the willful blindness instruction.  And that

19    is essentially that it allows for basically a scienter in a

20    criminal case based on a negligence and recklessness standard.

21    And I think why I think the defense thinks this is such a

22    problematic instruction and it should just be stricken is that

23    essentially it is changing, I think, the statutory scienter

24    requirement in that it is introducing something that -- I mean,

25    we are just sitting here trying to discuss the definition and

1   the vagaries of it, because I think there is some ambiguity or

2   vagueness to just the epistemological concept of knowledge.

3   And it is just -- I think the jurors should be instructed on

4   the scienter requirement based on the statutory language and

5   what the law requires and not introduce some outside concept

6   that arguably modifies the scienter requirement and also

7   potentially introduces a negligence and recklessness standard.

8          THE COURT:  So two things:  One is, even in

9   *Alston-Graves,* which is sort of the most extreme view of -- the

10  next extreme case for not giving the instruction, the Court

11  there didn't say, even in that case don't ever give it.  It

12  just said give it with real caution and it has to be an

13  appropriate case.  It does strike me that a money laundering

14  case in a case in which the alleged conduct involved

15  obfuscating who it was we were dealing with and was marketed on

16  that ground is -- if there is ever a case for it, it seems like

17  that is the case where it would be appropriate.  So even under

18  *Alston-Graves,* I think it may very well be appropriate.  But

19  *Alston-Graves* was dicta.  But the Supreme Court's opinion in

20  *Global-Tech* comes after *Alston-Graves.*  And arguably it is

21  dicta, although I am not sure it is dicta.  I mean it was

22  certainly necessary to the holding in the case, although it was

23  a civil case rather than a criminal case.  And the Supreme

24  Court expresses approval of the model penal code language and

25  actually expresses some disapproval of *Alston-Graves* in the

1    context of doing that.  So I think the state of the law is the

2    Court should be cautious about this.

3              MR. EKELAND:  I think this is a question for Congress

4    in terms of writing the statute.  And that the danger here --

5    you know, we can see how slippery this concept is.  Is that

6    actually what is happening is that the actual statute itself is

7    being modified and the scienter requirement in the statute is

8    being modified.  And if Congress had wanted to put this in the

9    statute, Congress is quite capable of saying -- putting that in

10   the statutory language and it is not there.  So I think the

11   Court understands my point.

12             THE COURT:  I do understand your point.  But that

13   leads me back to some of the questions that I was asking

14   Mr. Brown about of then, you know, would your preference be --

15   if I conclude that it is appropriate to give the jury some

16   guidance on -- additional guidance on knowledge, particularly

17   in a context in which steps are taken to obfuscate who you are

18   dealing with, so if I cross that bridge and say, well, I think

19   I need something just beyond the usual knowledge instruction,

20   do you have a view about whether I should give a separate

21   willful blindness instruction or whether I should fold

22   something into the knowledge instruction?  And if I fold

23   something into the knowledge instruction, should I just give

24   sort of the second half, using the model penal code language

25   about, you know, the person being aware of or believing that

1    there is a high probability of the existence of a fact, that

2    the person doesn't actually believe does not exist?

3            MR. EKELAND:  Just to make it clear, I think it is

4    obvious, because we object to any of the language.  But if the

5    Court is going to put something in, like, I mean, this is -- I

6    think the problem is with the concept, right, in saying you

7    intentionally don't know something, so it is bringing in the

8    sort of intentional scienter concept to a state of ignorance

9    and --

10           THE COURT:  I'm sorry.  Just to -- I don't mean to

11   interrupt you.  But it is not -- I see your point on that I and

12   I am sympathetic to that point.

13           MR. EKELAND:  I'm sorry.

14           THE COURT:  But I think the model penal code approach

15   that I am talking about requires that the government actually

16   prove that the person believed that there was a high

17   probability of the existence of a fact, which, you know --

18           MR. EKELAND:  But, again, that goes back to the

19   statutory language that Congress drafted.  And that is not the

20   scienter requirement in the statute.

21           THE COURT:  But isn't it?  Again, you know, this goes

22   back to the question of what the word knowledge means.  I think

23   there is a high probability that we are going to give closing

24   arguments today.  I don't have any reason to think that is not

25   the case.  And as long as I am justified in that view and it

1    turns out to be true, then I knew that fact; right?

2             MR. EKELAND:  I would disagree with that, because you

3    wouldn't know the fact until it empirically occurred.

4             THE COURT:  That is -- I mean, I know the sun is

5    going to rise tomorrow.

6             MR. EKELAND:  Well, now we are to Hume's problem of

7    induction.  Right?  If we are going to get into epistemology,

8    you don't know that for certain.  That is an inductive argument

9    based on what -- maybe the -- I'm sorry, Your Honor.

10             THE COURT:  We are going down a path here that has no

11    relevance here to this case because the effect --

12             MR. EKELAND:  Well --

13             THE COURT:  I'm sorry.  Let me finish.  The events in

14    this case have occurred in the past, so the analogy may not

15    have been a perfect one.  But if I thought that there was a

16    high probability that I would get stuck in traffic coming to

17    work today and I was justified in that belief, because I turned

18    on the news this morning and they said there was a traffic jam

19    because of the State of the Union Address and they were closing

20    a whole bunch of roads.  And I, in fact, got stuck in traffic,

21    you would say I had knowledge; right?

22             MR. EKELAND:  Not necessarily because what I -- and I

23    guess what this is getting at and I think this is why it is so

24    slippery is there is a distinction to be made between deductive

25    knowledge, which follows by logical necessity, I see Silk Road

1    making deposits into Bitcoin Fog, therefore I can necessarily

2    conclude that it is true that Bitcoin Fog is, you know, taking

3    money from Silk Road.  Whereas opposed to the inductive

4    approach, I have seen a set of empirical circumstances occur.

5    It is not necessarily going to happen the next time.  I think

6    this is why this instruction is so problematic.  I am not

7    trying to get into an epistemological argument, I will just say

8    the defense objects to any willful blindness instruction by the

9    Court.  And if the Court is going to, you know, put one in,

10   then I think the model penal code one based on the high

11   probability of knowledge comes closest to --

12             THE COURT:  It is not high probability of knowledge.

13   That is --

14             MR. EKELAND:  I'm sorry.  I probably misspoke what --

15             THE COURT:  Yeah.  It is a high probability of --

16   where someone is aware of the high probability of the existence

17   of a fact.

18             Let me ask you -- I am not sure you finished your

19   sentence here.  But the question is, okay, fine, I am giving

20   something, what is your preference?  If I am giving something,

21   what is your preference if I am giving something or do you have

22   a preference?

23             MR. EKELAND:  So the model penal code one, you just

24   said and then what was the other one?  A modification that --

25   taking out the first sentence to the instruction and the

1    proposed jury charge is --

2         THE COURT:  Just including it in the definition of

3    knowledge rather than having separate willful blindness

4    instruction?

5         MR. EKELAND:  That is a tough one.

6         I'd probably go with the model penal code.

7         THE COURT:  As a separate instruction?

8         MR. EKELAND:  As a separate instruction.

9         THE COURT:  That is fine.

10         MR. EKELAND:  Over defense's objection, just to be

11    clear.

12         THE COURT:  No.  I understand the defense objects.  I

13    will say, just for the record on this, I think that our

14    discussion there to my mind is evidence of why this is

15    necessary.  And that just to actually inform the jury, because

16    I think you are wrong in saying that the word knowledge in a

17    criminal statute requires the type of deductive conclusion that

18    you are talking about versus inductive conclusions.

19         And I don't think the word knowledge is included --

20    is limited to those circumstances in which you can say, you

21    know, I saw with my very own two eyes Silk Road deposit money

22    into Bitcoin Fog and withdrawing money from Bitcoin Fog.  I

23    don't think that is what the word knowledge means.  I think, as

24    I said, I think it is a justified, true belief.  And I think to

25    the extent that we are talking about what is in the defendant's

1    head, that simply means whether he believed it to be the case.

2    And the belief can be formed based on deduction or induction.

3              MR. EKELAND:  Not to argue epistemology with the

4    Court, that raises the question what justification and truth

5    is.  And I have heard the Court and I understand.  We do have

6    some other smaller things.

7              THE COURT:  Why don't you give me those?  Let me see.

8    I want to make sure -- I have got the version from last night

9    in front of me.

10             MR. EKELAND:  So on the statute of limitations

11   language -- this isn't a substantive point.  This is a style

12   point.

13             THE COURT:  Can you point me to the page you are

14   looking at?

15             MR. EKELAND:  Yes.  Let me find it.  I lost it here.

16             THE COURT:  While you are looking for that, I just

17   want to state this for the record.  I will go back and tinker

18   with the language and show you the language again, I am

19   convinced that a willful blindness of some sort is appropriate

20   here.  And in reaching that conclusion, I recognize that courts

21   need to be extremely cautious in giving willful blindness

22   instructions.  And I am also concerned about not in any way

23   watering down the meaning of the word knowledge of in the

24   knowledge requirement in the statute.  But I think on the facts

25   of this case and for the reasons that Mr. Brown gave, but also

1    just given the entire nature of the alleged conspiracy and

2    alleged criminal conduct here, which was founded on the notion

3    of blindness and not knowing who you are dealing with.  And

4    intentionally to engage in criminal activity, that if there is

5    ever a case in which it is appropriate, it is this sort of

6    case.  So that is the reason that I conclude that it is

7    appropriate.  I agree, frankly, with the sentiment expressed in

8    the D.C. Circuit's decision in *Alston-Graves* that the Court has

9    to be extremely cautious in giving this type of instruction.

10   And I also in doing so will also go out of my way to make clear

11   to the jury that this is not -- that a finding of negligence or

12   recklessness or carelessness is not sufficient.

13              Okay.  You have a page number for me?

14              MR. EKELAND:  Yes.  Page 65 of the statute of

15   limitations, third paragraph down.  This is not a substantive

16   point.  This is a stylistic point.

17              THE COURT:  Okay.

18              MR. EKELAND:  We discussed this briefly yesterday.

19              THE COURT:  Sixty-five?

20              MR. EKELAND:  Sixty-six, my apologies.  Sixty-six,

21   third full paragraph down starting, I will instruct you that

22   the government must prove beyond a reasonable doubt that

23   conduct related to Counts 1, 3 and 4, we would just -- I

24   think -- I forgot what we changed it to yesterday, but the

25   language in the original is continued up until the following

1    dates.

2              THE COURT:  Yes.

3              MR. EKELAND:  Stylistically I think that is a little

4    confusing.  It implies that the conduct was occurring.  And

5    what we are suggesting is saying something to the effect of,

6    related to Counts 1, 3 and 4 occurred on or after and then,

7    those dates.  And I think what I am -- I think what -- the

8    reason this language is in here is because there is a concern

9    that while the conspiracy could have started before the statute

10   of limitations and continued on afterwards.  So if that is a

11   concern maybe just add a sentence saying, you know, if you find

12   that the -- you know, the conspiracy started before the statute

13   of limitations, but was still continuing into it, you know,

14   that -- you know, addressing that concern.  But the language

15   just I think sounds a little bit like, A, it assumes the

16   conduct was occurring beforehand.  And I think it is just a

17   little confusing.  And I want to make clear it has to have

18   occurred on or after the date of the applicable statute of

19   limitations.

20             And then, the next page, I don't -- I am a little

21   confused by this, where it says for Count 2 -- this is starting

22   on the bottom of page 66.  I will instruct you that the

23   government must prove beyond a reasonable doubt that the

24   financial transaction charged in Count 2 must have occurred

25   before the following date.  I think that should be after, on or

1    after June 14th, 2016 or am I just confused about that?

2              THE COURT:  I think you may be right.  Let's see

3    here.

4              MR. EKELAND:  I think that is just a typo.

5              THE COURT:  Does the government agree with that,

6    change the word before to after?

7              MR. BROWN:  Yes, Your Honor.

8              THE COURT:  That is a good catch.  Thank you.

9              MR. EKELAND:  I wasn't sure if it was one of those

10   things where I wasn't sure if I didn't understand the --

11             And is there an instruction -- maybe I missed it --

12   on just abandonment of the conspiracy?

13             THE COURT:  I don't think there is.  I don't recall

14   one in there.

15             MR. EKELAND:  I don't either.  I was hoping we could

16   add a boiler plate abandonment of the conspiracy, if you find

17   that even if he did join the conspiracy and he took some

18   affirmative step to, you know, whatever the law is on that, I

19   think there is standard --

20             THE COURT:  My recollection for the law on that is --

21   and this is just off the top of my head.  But the law is, you

22   know, something of the nature, you have to go to authorities

23   and turn your co-conspirators in or something to that effect.

24   It is not enough to simply say, I stopped doing it.

25             MR. EKELAND:  No, it is not enough.  I can't off the

1    top of my head, you like say, for instance, the thing that pops

2    into my head is Mr. Sterlingov testified, I stopped doing

3    freelance jobs in 2013; right?  I think that could be, again,

4    without having taken a deep dive into the law --

5              THE COURT:  I will take a look at it and -- to give

6    the instruction, you will have to convince me that there is

7    some evidentiary basis for it.  And I think we both need to

8    look at it, but, as I said, my recollection is it requires a

9    lot more than that rather than I just stopped doing it.

10              MR. EKELAND:  But that is a fact question for the

11    jury if they were properly instructed; right?

12              THE COURT:  No.  I have to conclude that there is

13    some factual basis, you know, and an iota of evidence before I

14    give an instruction.

15              MR. EKELAND:  Okay.  No argument.  You know, if the

16    Court takes a look at it and let us know and --

17              THE COURT:  If you want to point me to some evidence

18    of abandonment beyond just the fact that he allegedly stopped

19    doing freelance jobs.

20              MR. EKELAND:  It is the defense position that there

21    is no evidence of a conspiracy.  We don't need to go down the

22    rabbit hole.

23              THE COURT:  Okay.

24              MR. EKELAND:  There is -- on page 56 -- let me make

25    sure I am looking at the right thing.

1          THE COURT:  Just before we move off the statute of

2     limitations, does the government have any objection to the

3     change of adding occurred on or after instead of continued up

4     to at least?

5          MR. BROWN:  Your Honor, I think that would actually

6     introduce more confusion, the language here.  Because the issue

7     here, as the preceding paragraph makes clear, these are -- at

8     least some of the offenses charged here are continuing

9     offenses.  And so the relevant question for the jury really is,

10    whether there was a continuation of the offense past the

11    relevant statute of limitations dates.  So I think at most

12    looking at the sentence here -- I would have to do some word

13    smithing, but something to the effect of began -- either

14    occurred after those dates or began before and continued

15    through, you know, up to at least the following dates.  But I

16    think just in terms of way the evidence came in, there is, you

17    know, a basis -- if the jury is going to find that Counts 1, 3

18    and 4, you know -- if there is a basis for Counts 1, 3 and 4,

19    the jury is going to find that they began before the relevant

20    statute of limitations dates.  So the question really is for

21    the jury whether those offenses continued, not whether they,

22    you know, occurred necessarily.

23          MR. EKELAND:  I think that language, if you say

24    began -- I think the issue we were having is with the

25    continued, because it implies like it actually did happen.  I

1    think saying that it began and then, you know, or occurred

2    after like that -- the thing I was concerned with is there is

3    an implicit assumption in the language that is in there right

4    now, that it actually did occur and continued into the relevant

5    dates.

6            THE COURT:  What if I just say that the conduct

7    related to Counts 1, 3 and 4, if any, continued up to -- so

8    just insert "if any"?  I am not suggesting it did happen or

9    there was any conduct.

10            MR. EKELAND:  I'm sorry.  Could you repeat the

11    language, Your Honor, just so I can --

12            THE COURT:  Yeah.  Sure.  I will instruct you that

13    the government must prove beyond a reasonable doubt that

14    conduct related to Counts 1, 3 and 4, if any, occurred or

15    continued up to at least the following dates.

16            MR. EKELAND:  Yeah.  Okay.

17            THE COURT:  So I will do that.  I will insert the "if

18    any".

19            MR. EKELAND:  Yeah.

20            THE COURT:  Okay.  All right.  And you were going to

21    56, I think?

22            MR. EKELAND:  Yeah.  56, it discusses FinCEN --

23            THE COURT:  Yes.

24            MR. EKELAND:  -- under the money services.  Business

25    must register with the Secretary of Treasury -- I am going to

1    drop this.  I am going -- withdrawn.  I am not going to argue

2    that point.

3              And then I think that is it, unless the Court has any

4    question of the defense right now.

5              THE COURT:  No.  Does the government have any

6    additional comments or evidence?

7              MR. BROWN:  Your Honor, just one very, very minor

8    comment on page 35 in the discussion of Count 2, where it says

9    at the bottom of the paragraph of Count 2, unlawful activity on

10   November 21st, 2019 --

11             THE COURT:  Yes.

12             MR. BROWN:  We would ask the Court to insert on or

13   about November 21st.

14             THE COURT:  That is fine.

15             MR. BROWN:  I think that is consistent with the way

16   the charge was phrased in the superseding indictment.

17             THE COURT:  That is my understanding as well.

18             Okay.  Fine.  Anything else?

19             MR. BROWN:  Nothing further, Your Honor.

20             THE COURT:  Anything else?

21             MR. EKELAND:  Nothing further, Your Honor.

22             THE COURT:  All right.  So should we go ahead and get

23   the jury?

24             I'm sorry.  Give me a second.

25             Any comments on the verdict form?

1            MR. BROWN:  Nothing from the government, Your Honor.

2            THE COURT:  Anything from the defense?

3            MR. EKELAND:  No, Your Honor.

4            THE COURT:  And then what do you all anticipate

5    that -- if there is a conviction on a relevant count, are you

6    anticipating having like another proceeding on forfeiture or

7    just some argument on forfeiture?

8            MR. BROWN:  So, Your Honor, we haven't set it in

9    stone.  As the Court is aware, the evidentiary standards for

10   forfeiture proceeding under 32.2 are more relaxed.  We can rely

11   on hearsay.  So I -- and the jury can rely on evidence that was

12   introduced at trial that they are familiar with.  So I think at

13   most we would anticipate, you know, essentially having one

14   witness who can testify to kind of an analysis of the relevant

15   properties that are subject to forfeiture.  And then, you know,

16   I think it is sometimes done where there is essentially an

17   attorney summation.  But this is not like a big closing

18   argument.  It would just be maybe a little bit of witness

19   testimony.  Obviously, the defense would have an opportunity to

20   present evidence.  But then, you know, we would just want to

21   sort of tee that up for the jury in hopefully a more relaxed

22   form than compared to closing arguments.

23           THE COURT:  Would I instruct the jury on the law

24   before or after you do that?

25           MR. BROWN:  Your Honor --

1          THE COURT:  Because I don't have preliminary jury

2    instructions to tell them what they are doing.

3          MR. BROWN:  Yes, Your Honor.  That is a good point.

4    And we did submit --

5          THE COURT:  You submitted instructions, but just one

6    set.

7          MR. BROWN:  Yes, Your Honor.  And those instructions,

8    now that I think about it, are sort of phrased in terms of the

9    standards that the jury should apply.  The government

10   ultimately doesn't have a strong feeling one way or the other.

11   It might make sense to -- we can go through it.  And some of

12   those instructions are really phrased more globally in terms of

13   this is what forfeiture is.  This is -- it is a lower standard

14   of proof.  This is the purpose of it.  And those could be given

15   as more of a preliminary instruction.  We could present the

16   very limited case that we want to present and then have the

17   Court instruct with respect to the specific standards that are

18   applied to those properties.

19         THE COURT:  Mr. Ekeland, do you have a view on this?

20         MR. EKELAND:  I think we are generally in accord with

21   that.  I am not expecting any big proceeding.  And I think it

22   might be helpful to -- without having a strong opinion on it

23   for the jury to hear it beforehand to have something to frame

24   everything that is going on.

25         THE COURT:  I have had jurors ask me before in other

1    cases to give them more instructions up front, so that may make

2    sense here if we get to that point.

3              All right.  That is fine.  And any update on whether

4    there is going to be a rebuttal case or not?

5              MR. BROWN:  Yes, Your Honor.  Just a very short,

6    like, 10-minute direct examination of Ms. Mazars de Mazarin.

7              THE COURT:  Is that going to involve exhibits, do you

8    know, new exhibits?

9              MR. BROWN:  No new exhibits.

10             THE COURT:  No new exhibits.  All right.

11             I guess why don't we go ahead and get the jury and

12   continue then?

13             Mr. Sterlingov can go back to the witness box.

14             MR. EKELAND:  Your Honor, real quick housekeeping at

15   some point maybe at the break about the stipulation we agreed

16   to yesterday.

17             THE COURT:  Okay.  Great.  Before we rest, you ought

18   to resolve that so it can be read to the jury.

19             MR. EKELAND:  Yes.

20             THE COURT:  If you have agreement with respect to

21   stipulation --

22             If you are in agreement, I will -- you know, I can

23   read it to the jury whenever you think appropriate and I am

24   happy to have either side read, whoever wants to.  You don't

25   need me if you are in agreement.

1          MR. EKELAND:  I will read it at an appropriate point.

2          (Jury in at 10:11 a.m.)

3          THE COURT:  Welcome back.

4          Mr. Brown, you may continue.

5                    CROSS-EXAMINATION CONTINUED

6    BY MR. BROWN:

7    Q.    Good morning, Mr. Sterlingov.

8    A.    Good morning.

9    Q.    Now, during your direct exam, you testified that I believe

10   it was by 2019 you were exploring leaving Sweden; is that

11   correct?

12   A.    I was exploring it probably earlier, but, yeah, around

13   that time.

14   Q.    And that was for tax reasons?

15   A.    Tax reasons and I also wanted to travel more.

16   Q.    And by 2020, you had started living in other countries; is

17   that correct?

18   A.    For some parts of the year.

19   Q.    And I believe was it your testimony that you could live in

20   Sweden for no more than six months for tax purposes?

21   A.    Yes.

22   Q.    And where else were you living during that time after 2020

23   and beyond?

24   A.    That was mostly Germany and Spain.

25   Q.    Now, you testified that you started buying Bitcoin -- when

1   was it that you first started buying Bitcoin?

2   A.    Around 2010.

3   Q.    And at that point, you were employed by the company CapO

4   Marknadskommunikation?

5   A.    Yes, that is correct.

6   Q.    And that was essentially your only source of funds to buy

7   the Bitcoin, was your salary?

8   A.    That and a few freelance jobs, but also only that, yeah.

9   Q.    And you have testified in a pretrial hearing on

10  January 31st, 2023; correct?

11  A.    Yes.

12  Q.    And during that hearing, when you were asked about the

13  source of your funds, you didn't mention freelance jobs or

14  selling items, did you?

15  A.    I am not sure.

16  Q.    And what was your monthly salary at CapO?

17  A.    I believe it was around 25,000 Swedish krona which is

18  around 2,500 per month.

19  Q.    And if you multiply 2,500 per month by 12 months, that

20  works out to about 30,000 US dollars per year?

21  A.    How much did you say?

22  Q.    30,000; is that correct?

23  A.    No.  I think it is 2500 per month that would be more than

24  3,000 per year.

25  Q.    If it were 10 months, 2,500 times 10 would be 25,000;

CROSS-EXAMINATION OF MR. STERLINGOV

1   right?

2   A.   Yes.

3   Q.   And then if it were two months more, that would be another

4   5,000; correct?

5   A.   Right, so that is 30,000, not 3,000.

6   Q.   I apologize if I misspoke.  It would be about $30,000 per

7   year; correct?

8   A.   Right.

9   Q.   And you testified earlier this week that you were going to

10   Bitcoin meetups during this time?

11   A.   That is correct.

12   Q.   And that you were purchasing Bitcoin at these Bitcoin

13   meetups?

14   A.   Sometimes at the meetups, sometimes I would meet people

15   outside of a meetup.  But, yes, on the meetups as well.

16   Q.   You testified that some of your trades could be as high as

17   2,000 or a few thousand dollars; correct?

18   A.   That was probably rare.  Some of them -- I think most of

19   them were smaller, but, yeah, I think I had had trades for a

20   few thousand.

21   Q.   And you left CapO at some point in 2014; is that correct?

22   A.   That is correct.

23   Q.   And since that point from 2014 through 2021 you had no

24   other significant sources of income?

25   A.   That is correct.  That studio did not really give me a lot

1    of income.

2    Q.   And you had Bitcoin that was appreciating in price;

3    correct?

4    A.   Yes.

5    Q.   But you can't buy more Bitcoin with the Bitcoin by selling

6    Bitcoin, can you?

7    A.   Yes.  I can sell it and then use that money to buy

8    Bitcoin, I guess, but not -- it wouldn't be a lot more Bitcoin

9    because I had no, like, fiat -- I had no kronas coming in from

10   any paycheck or anything like that.

11   Q.   Now, you have testified about being a user of Bitcoin Fog;

12   correct?

13   A.   That is correct.

14   Q.   And you acknowledge that many of your financial accounts,

15   such as Kraken or Poloniex or other cryptocurrency accounts,

16   those received funds from Bitcoin Fog; correct?

17   A.   They received funds that I mixed through Bitcoin Fog.  I

18   was using Bitcoin Fog and then I deposited funds into my

19   exchange accounts.

20   Q.   And when you were -- when you testified, when you say that

21   you were sending funds to Bitcoin Fog to mix them before

22   sending them to Kraken or another account, where do these funds

23   originate when they go to Bitcoin Fog in your testimony?

24   A.   That was the Bitcoin that I had bought and accumulated

25   buying and selling it.

1    Q.    And where are the records of those transactions stored?

2    A.    Those records would be in the wallets that I had at the

3    time.  They would be in my paper wallets.

4    Q.    Would those wallets be saved on a different computer?

5    A.    Different than -- I have had like six, seven computers

6    over the past 13 years.  That is why you see my bunker X is

7    named X, as the Roman numeral for 10.  That is like every time

8    I reinstall it, the number will increase.

9    Q.    And is bunker X different from the laptop that you were

10   carrying when you were arrested?

11   A.    Yes, that is different.

12   Q.    Where is bunker X?

13   A.    Right now, I don't know.  I haven't been able to -- I

14   don't know how much I can say.  Well --

15   Q.    Where did you last see bunker X?

16   A.    That was at my home in Sweden.

17   Q.    Even though you were living in Germany and other places

18   from 2020 onward?

19   A.    Right.  Well, at that point it wasn't there.  Rather I

20   stored it there.  It wasn't online though.  But the last time I

21   saw it was in my apartment.

22   Q.    Now, yesterday, you testified about private key

23   transactions or maybe it wasn't yesterday, maybe it was earlier

24   in the week you testified about transactions in which you

25   handed over your private keys to a wallet to somebody else;

1    correct?

2    A.    Yes.

3    Q.    And you testified that this happened once with somebody

4    who is not very familiar with Bitcoin and you had to set up

5    their wallet for them?

6    A.    Yes.

7    Q.    And when did that transaction occur?

8    A.    That was in one of the earlier meetups.

9    Q.    If we could pull up Government Exhibit 313A, please, which

10   is already in evidence.  I just want to make clear for the

11   record, this transfer here of Bitcoin out of your Mt. Gox

12   account, this is not the instance that you are thinking of when

13   you transferred private keys to someone else?

14   A.    As I have said before, when I am looking at this chart, I

15   don't remember the specific transactions or addresses.  This

16   was supposedly going on, again, 13 years ago, so I don't know

17   specifically what this transaction is or isn't.

18   Q.    Now we can take this down, please.

19        You were asked during your direct examination about

20   invoices you prepared for your company, Code Reactor.  Do you

21   recognize that?

22   A.    Yes.

23   Q.    And you testified earlier that you created the Code

24   Reactor invoices for tax purposes; is that correct?

25   A.    Yes.  For taxing my Bitcoin that I still had for the jobs

1    that I had been doing earlier.

2    Q.    And I wanted to clarify this testimony because I am not

3    sure if I followed it.  You said that you completed these jobs

4    three or four years prior; is that correct?

5    A.    Yes.

6    Q.    And so if an invoice is dated on date X, you would have --

7    the job would have been conducted three or four years before

8    date X.  Is that your testimony?

9    A.    Yeah.

10   Q.    And the Bitcoin transactions that corresponded to those

11   invoices, were those Bitcoin transactions that occurred on the

12   date listed on the invoice or was that the date that you

13   created the invoice?

14   A.    The date listed on the invoice would probably be similar

15   to the date that the invoice was created.

16   Q.    And is it your testimony these were all real freelance

17   jobs that you conducted?

18   A.    Yeah.  They were real freelance jobs.  But at that point,

19   I didn't have exact knowledge about specific jobs like how much

20   was each job and how much was each invoice for.  So specific

21   amounts and information on the invoice, I understood they could

22   be not completely correct, because I was just putting

23   information that I could recall at the time.  Because I knew

24   that I wouldn't need to send invoices anywhere, so I wasn't as

25   adamant about keeping them 100 percent correct.

1    Q.    So there may be details on those invoices that are not

2    true; is that correct?

3    A.    Incorrect, not -- yeah.

4    Q.    I would like to direct your attention to Exhibit 719A,

5    please.  And this is an example of an invoice that we looked at

6    earlier in the case; correct?

7    A.    I think so.

8    Q.    And looking at the top of -- here.  The date of this

9    invoice is April 29th, 2016?

10   A.    Yes.

11   Q.    And so in your testimony this invoice would have been

12   created three or four years after April 2016; is that correct?

13   A.    No.  I said that the date that invoice was created that

14   would probably be a very similar date to the date on the

15   invoice.

16   Q.    So this invoice is dated April 29th, 2016.  Is it your

17   testimony that you would have created this invoice at on or

18   about April 29th, 2016?

19   A.    Yeah.  Because that was -- so that would be the date where

20   I am taking this money into the Swedish financial system, like

21   Swedish bank, where the Swedish like tax office and the country

22   can actually see the money and like tax it and do all of that.

23   They can't really understand Bitcoin wallets or Bitcoin

24   payments or like money that I had in my Bitcoin wallet, I

25   didn't see any way for me just go to them and say here is

1    Bitcoin.

2    Q.   So it is your testimony that the work that is referenced

3    in this invoice occurred three or four years earlier than 2016?

4    A.   Yes.

5    Q.   There is a reference here named Artem Chukanov.  Is that a

6    real customer?

7    A.   Yes.

8    Q.   And you have never sent or received any emails to or from

9    Artem Chukanov in your heavydist@gmail.com,

10   Spam@plasmadivision.com or plasma@plasmadivision.com emails?

11   A.   I am not sure.  I had to -- when I was registering these

12   invoices -- so I kept the -- the point with invoices was just

13   to keep track of what money I had taxed and not.  And it was

14   just for my own reference.  So I -- the customers that you

15   recorded there, I tried to recall them as best I could at that

16   time, which was a few years after jobs have happened.

17   Sometimes I just had to go -- I had to reference the website

18   and look it up on the DNS what name was there.

19   Q.   And there is a --

20   A.   This is what I meant when I said there is some information

21   on these invoices that might be incorrect.

22   Q.   And there is an address here.  Is this an address that you

23   remembered by memory or had to look up on the internet?

24   A.   For this one, I am not sure.  I don't remember.

25   Q.   And it is your testimony that Artem Chukanov did actually

1   pay you for services referenced in this invoice?

2   A.   Yes.  Well, I had a customer or client that paid me for

3   services.  Yeah.

4   Q.   Was that customer or client named Artem Chukanov?

5   A.   I am not sure anymore the specific names.  I had to go

6   back and try look up.  If I looked up a name on the DNS and

7   that wasn't the same name as the person who was dealing with

8   me, then it wouldn't even be the same name on the invoice.

9   Q.   And there is payment information down here at the bottom

10  of the invoice, isn't there?

11  A.   Yes.

12  Q.   And there is an international bank account number;

13  correct?

14  A.   Yes.

15  Q.   And this not your bank account number, is it?

16  A.   Yeah.  I think this is an account that I pulled from

17  Bitstamp where I was paying somebody from Bitstamp at an

18  earlier date.  And I messed up the account, because that was

19  the account that was still listed on the Bitstamp account.

20  Q.   So I'd like to direct your attention to Exhibits 432A and

21  432C, which I believe have been previously admitted.

22       Scrolling down to the bottom of the first page of 432A,

23  there is reference here to a bank account number that ends --

24  starts SE, ends 6637.  And then looking at Exhibit 432C, these

25  are records returned from the Swedish authorities pursuant to a

CROSS-EXAMINATION OF MR. STERLINGOV

1   multilateral mutual legal assistance treaty request providing

2   details about Swedish bank account records.  At the bottom of

3   page 1 of Exhibit 432C, there is a reference to a bank account

4   number.  Is this the same bank account number that we just saw

5   on the invoice that we were looking at?

6   A.   I don't remember the actual number, but it could be.

7   Q.   Well, this bank account belongs to Frederik Akerström,

8   according to this information from Sweden; correct?

9   A.   Yes.

10  Q.   And then flipping back to 719A, down at the bottom, that

11  is the same Swedish bank account ending in 6637; isn't it?

12  A.   Yes.

13  Q.   And then beneath that there is a Bitcoin address starting

14  1EUDR; isn't that true?

15  A.   Yes.

16  Q.   And it is your testimony that Artem Chukanov or maybe a

17  different customer paid you Bitcoin for approximately 660 Euros

18  three or four years earlier than this invoice; correct?

19  A.   Yes.

20       Well, I don't know the actual -- the sum.

21  Q.   But it is your testimony that this invoice corresponds to

22  a real payment by a customer for approximately 660 Euros?

23  A.   Yes.  But it -- approximately, yes.  But specific amounts

24  may be incorrect as well.  I had not taxed this money back when

25  these jobs were happening, which I should have done.  A few

CROSS-EXAMINATION OF MR. STERLINGOV

1  years after I realized that I should tax it and I just tried to

2  figure out what would be the best, correct legal way to do it

3  and this is the way I came up with.  I haven't had any problems

4  with the Swedish tax office.  I believe it is all taxed as it

5  should have been.  But if I made some mistake there, I am happy

6  to work with them on that.

7  Q.   Just to be clear, did the customer here pay you in 2016 to

8  that Bitcoin address or did he pay you three or four years

9  earlier to that Bitcoin address?

10  A.   That was much earlier.

11  Q.   If we could flip to Exhibit 306 and I believe it is page

12  5.

13       And so this is a printout from a blockchain explorer

14  showing a Bitcoin transaction one day after this invoice is

15  dated on April 30th, 2016; correct?

16            MR. EKELAND:  Objection.  Is there a question?

17            MR. BROWN:  It was a leading question.

18            THE COURT:  Overruled.

19  BY MR. BROWN:

20  Q.   Is that true, Mr. Sterlingov?

21  A.   I can see that the date on this screenshot is April 30,

22  2016.

23  Q.   And this is a transaction into that same Bitcoin address

24  that you had listed on your invoice; correct?

25            THE COURT:  I'm sorry.

CROSS-EXAMINATION OF MR. STERLINGOV

1           THE COURTROOM DEPUTY:  Is this supposed to be
2      published?
3           MR. BROWN:  Please publish this.
4           THE COURT:  You said Exhibit 306?
5           MR. BROWN:  Yes.  It was admitted through Ms. Glave's
6      testimony.
7      BY MR. BROWN:
8      Q.   So, Mr. Sterlingov, I have circled here the recipient
9      address of this transaction on April 30th, 1EUDR.  That is the
10     same Bitcoin address that was listed at the bottom of your
11     invoice, isn't it?
12     A.   It could be.  The addresses are on the -- Bitcoin
13     addresses on the invoices, they were just my own wallets where
14     I already had the Bitcoin.  I knew that the Swedish government
15     did not require me to make or send any invoices.  I also knew
16     they didn't really understand Bitcoin.  And if I had Bitcoin on
17     my Bitcoin wallets, I couldn't even show it to them.  The first
18     point at which, as I understood it, the Swedish tax office
19     would, like, understand the payments and was able to tax those
20     payments was when they came into a Swedish bank.
21     Q.   Did you repay yourself the same approximate amount that
22     Artem Chukanov supposedly paid you three or four years earlier
23     on April 30th, 2016?
24     A.   I didn't repay myself or pay myself.  I just transferred
25     the money that I was taxing at that time to a specific wallet

1    to be able to track it.

2    Q.    And you transferred it from this 1PLBO Bitcoin address;

3    correct?

4    A.    It looks like it.

5    Q.    And the source of funds for the 1PLBO Bitcoin address was

6    Bitcoin Fog, wasn't it?

7    A.    I didn't have any funds that were sourced from Bitcoin

8    Fog.

9    Q.    Directing your attention to Exhibit 414A, which is already

10   in evidence.  This is another Code Reactor invoice that you

11   prepared; correct?

12   A.    Yes.

13   Q.    And then the date of this invoice is February 12th, 2017;

14   correct?

15   A.    Yes.

16   Q.    And is it your testimony that you prepared this on or

17   about February 12th, 2017?

18   A.    It would be somewhere around that date.

19   Q.    And you prepared it for a customer that you did business

20   with three or four years earlier?

21   A.    Right.  Except I didn't prepare it for the customer.  I

22   was never going to send it to the customer.  The customer was

23   all gone.  I prepared it for my own records.

24   Q.    And the customer listed here is Anton Beckman; is that

25   correct?

CROSS-EXAMINATION OF MR. STERLINGOV

1   A.   That's correct.

2   Q.   And Anton Beckman has an address in Hong Kong; correct?

3   A.   That's correct.

4   Q.   Is Anton Beckman the real name of the customer for this

5   invoice?

6   A.   To the best of my recollection, yes.  I think the guy from

7   Hong Kong that was a some sort of scraping project where I was

8   helping them scrape the information from some sort of trading

9   system.

10  Q.   And had you kept records of Anton Beckman in Hong Kong or

11  were you remembering this from memory when you created the

12  invoice?

13  A.   Sometimes it was from memory, sometimes it had -- if I

14  could find some records or if I could find a domain name that

15  was associated with it, I would look up the domain name.

16  Q.   Now, this was the invoice that you sent to Bitstamp; isn't

17  that correct?

18  A.   Yes.  I -- I mean, I have got to say at the time I knew

19  that my invoices were not all correct.  I knew that I kept them

20  for my own records.  I just got really frustrated with

21  Bitstamp, but I shouldn't have sent them this.

22  Q.   Why shouldn't you have sent them?

23  A.   Because, like I said, these invoices were just for my own

24  records.  And I mean, I knew that -- I didn't keep the

25  information with -- I wasn't due diligent enough with the

CROSS-EXAMINATION OF MR. STERLINGOV

1    information on this invoice.

2    Q.    Now, directing your attention to Exhibit 414C and message

3    29, please.   Now Exhibit 414C, these are the records of your

4    account from the exchange Bitstamp; correct?

5    A.    That is correct.

6    Q.    And in message 29, the date of this message is March 3rd,

7    2018; correct?

8    A.    That is correct.

9    Q.    And this is a message from an employee of Bitstamp to you

10   asking for you to explain a transaction that occurred on

11   February 12th, 2017 originating from this Bitcoin address;

12   correct?

13   A.    Correct.

14   Q.    Can we scroll down and see how you responded.

15         You responded on March 7th, 2018; correct?

16   A.    Yes.

17   Q.    And you told Bitstamp that you found the invoice that this

18   was in response to this payment; correct?

19   A.    Yes.

20   Q.    And you sent the invoice that we were just looking at to

21   Bitstamp, didn't you?

22   A.    I think I did in a follow-up message or message before

23   that.

24   Q.    Isn't it true that Bitstamp found a mistake in the

25   invoice?

1    A.    I think so.

2    Q.    And what was that mistake?

3    A.    Wasn't it a number, the invoice number or --

4    Q.    If we could scroll down to post 31.  Isn't it true that

5    Bitstamp told you, "We have noticed that the BTC address

6    specified on your submitted address never received any BTC."

7    Isn't that true?

8    A.    Yeah, I think it says that.

9    Q.    And scroll down to your reply in the next post.  You

10   explained that there was an error in the Bitcoin address,

11   because it was listed as starting with the number 1 instead of

12   the number 3; correct?

13   A.    Yes.

14   Q.    And if we can flip back to Exhibit 414A and just look at

15   the bottom.  Wasn't this the source of the error, it was that

16   leading number was 1 when it should have been 3; correct?

17   A.    That is what the message says, yeah.

18   Q.    And then going back to Exhibit 414C, you told Bitstamp the

19   following:  "This was clarified personally to my client from

20   whom I received the funds."  Correct?

21   A.    Yeah, that is correct.  At this point, I was -- like I was

22   explaining earlier.  I was really frustrated with the Bitstamp

23   support.  I kind of thought that they -- I suspected they were

24   asking all of those questions for some other reason, because

25   they just didn't have the money or something.  Because I just

1   never dealt with this kind of KYC before.  I had accounts in

2   other exchanges.  And I had KYC questions.  I had just never

3   seen anything like this.  And at this point, I am just trying

4   to get my money out and just don't use Bitstamp ever again.

5   So, yeah.  I might have some things that were incorrect.

6   Q.   In fact, you created this whole invoice -- the whole

7   invoice was fake, wasn't it?

8   A.   No, it wasn't fake.  It represents a real job.

9   Q.   You just testified that real job occurred years before

10  2017; correct?

11  A.   Yes.

12  Q.   And Bitstamp was asking about a transaction in 2017;

13  correct?

14  A.   Yes.

15  Q.   Directing your attention to Exhibit 305 at page 9.  Do you

16  recall seeing this exhibit during Ms. Glave's testimony?

17  A.   I think I do.

18  Q.   And isn't it true that there were at least eight invoices

19  that you created that were all paid out of Bitcoin Fog?

20  A.   So like I said, the Bitcoin addresses or the Bitcoin

21  wallet were just my own wallets that -- for the Bitcoin that I

22  already had, because I received it years before that.

23           MR. BROWN:  No further questions at this time.

24           THE COURT:  All right.  Redirect.

25                    REDIRECT EXAMINATION

1    BY MR. EKELAND:

2    Q.   Mr. Sterlingov, did you use your Code Reactor invoices to

3    money launder?

4    A.   No.  I didn't use it to money launder.  I used it to tax

5    funds that I hadn't taxed that I thought that I should have

6    taxed earlier.

7    Q.   Could you just explain to the jury why you were using

8    these Code Reactor invoices to pay your Swedish taxes?

9    A.   So I tried to figure out what the best way would be or

10   like easiest way for me to tax some money that I had before

11   which was in Bitcoin, which the tax office did not understand.

12   And I didn't really consult anybody, I just started researching

13   on the internet and this was a way I found that I could tax it.

14   Q.   And at the time that you were doing these Code Reactor

15   invoices, had the Swedish government issued any clear guidance

16   on paying taxes related to Bitcoin income?

17   A.   No, they had not.  I couldn't find any.  That was one of

18   the problems.

19   Q.   And Mr. Brown asked you about your purchases of Bitcoin

20   after you left your job at CapO.  Do you recall that?

21   A.   I think so.

22   Q.   During the period after you left CapO, did the price of

23   Bitcoin go up and down?

24   A.   Yes.  It went down a lot throughout the time, mostly up

25   though if you --

REDIRECT EXAMINATION OF MR. STERLINGOV

1   Q.   Were there any times where you were able to buy when the
2   price of Bitcoin was low and then later sell it when the price
3   of Bitcoin was high?
4   A.   Well, yeah, that -- was I ever able to buy it?  Can you --
5   Q.   I am just wondering if there were times when during the
6   period after you left CapO, that you were able to buy Bitcoin
7   at a lower price than you later sold it at.
8   A.   Yes.  Are you asking if I was able to -- I mean, the
9   answer is, yes.  I was able to and I did it a few times.
10  Q.   And in terms of the source of funds that you used to
11  purchase Bitcoin, did you also use funds that you got from
12  selling items on the Swedish version of Craigslist?
13  A.   Well, yes.  I guess, when I was -- I think this question
14  came up before.  So the items that I sold on Swedish Craiglist,
15  I guess many of those items were bought with my paycheck.  So
16  that money originally came from the paycheck.  But if I bought
17  an item first and then I sold it, then it came from Craigslist.
18  I am trying to be clear.
19  Q.   And then you I think testified that none of the source of
20  your funds was from Bitcoin Fog.  What did you mean by that?
21  A.   Well, I mean I never received any like fees or royalties
22  or I don't know what they call them, like the fees that the
23  mixer supposedly collects.
24        MR. EKELAND:  No further questions.
25        THE COURT:  All right.  The witness can step down.

1              I guess the question is whether Mr. Ekeland has

2    anything else.

3              MR. EKELAND:  I'm sorry.

4              THE COURT:  Do you have anything else?  Do you want

5    to come to the podium?

6              Why don't you come to the podium?

7              MR. EKELAND:  That is a good point, Your Honor.

8              The defense rests, Your Honor.

9              THE COURT:  All right.  Thank you.

10             Mr. Brown.

11             MR. BROWN:  If we could ask -- this would be a good

12   place, if we could ask for a short recess to get our witness.

13             THE COURT:  All right.  So let's see.  It is a

14   quarter -- why don't we come back at 5 minutes after 11:00.

15   Even though you have now heard the government's case, the

16   defense case, still do not discuss the case even amongst

17   yourselves.  And I will see you back here at 5 minutes after

18   11:00.

19             (Jury out at 10:47 a.m.)

20             THE COURT:  All right.  Anything anyone wants to

21   raise before the break?

22             MR. BROWN:  No, Your Honor.

23             MR. EKELAND:  Your Honor, at this point in time the

24   defense moves for a directed verdict on the basis that no

25   reasonable juror could find the defendant guilty on this

1    evidence.

2              THE COURT:  For the same reasons I have previously

3    given, that motion is denied.

4              Was there -- I forget was there something more

5    administerial that you had wanted to raise?  I can't remember.

6              MR. EKELAND:  I think it was just the stipulation.

7              THE COURT:  All right.

8              MR. BROWN:  We can read that.

9              THE COURT:  Okay.  So Mr. Brown can -- if you want to

10   start by reading that when the jury comes back or when do you

11   want to do that?

12             MR. EKELAND:  We can read it when they come back.

13             MR. BROWN:  We could read it in or we could have the

14   Court read it in.

15             THE COURT:  Whichever you prefer.  I am happy to do

16   it or you can do it yourselves.

17             MR. EKELAND:  I think if it could come from you, if

18   we can send it to you.  Is that okay?

19             THE COURT:  That is fine.  Make sure if you send it

20   to me, copy Mr. Brown to make sure you are all on the same

21   page.  I don't want to read something that someone frowns at as

22   I am doing it.

23             I will see you shortly.

24             (Recess taken at 10:49 a.m.)

25             THE COURT:  All right.  Before we get the jury,

1    Mr. Ekeland, anything else on the withdrawal from the

2    conspiracy issue?  I just took a quick look at it.  I need to

3    defer to you on this, but the red book commentary indicates

4    that there has to be some affirmative action to defeat or

5    disavow the purpose of the conspiracy and that the defendant

6    bears the burden of proof showing withdrawal.  So I don't know

7    if you have anything else to add on that or if you think that

8    is a correct statement of the law.

9              MR. EKELAND:  I think that is correct, Your Honor.

10             THE COURT:  And is there any evidence of an

11   affirmative action to defeat or disavow the purpose of the

12   conspiracy?

13             MR. EKELAND:  To the extent -- it is not even clear

14   to us what the act was joining the conspiracy, because this all

15   seems to be inchoate innuendo.  But if it would be anything, I

16   think it would be just stopping doing the freelance work.  I

17   mean, I had problems saying what the affirmative act is,

18   because I don't see any affirmative agreement anywhere.  This

19   theory of conspiracy just seems to be based on being implicit.

20             THE COURT:  Okay.  I don't think that is sufficient

21   to justify providing that instruction.  So I won't provide the

22   instruction.  We are reposting the jury instructions for a

23   final look before you give your closings just to make sure

24   there is not anything that I have missed or that you still

25   think needs correction in those instructions.

1           And should we get the jury then and proceed?

2           MS. PELKER:  Yes, Your Honor.

3           THE COURT:  And also we do need to break at 12:30

4    today, which I know may be in the midst of closings.  But just

5    so -- it probably helps for you to be aware of that so you can

6    figure out how to pace things.  And if you want to break a

7    little bit earlier, because it is a natural breaking point in

8    closings, you are welcome to do that too.  Okay.  I think we

9    are ready for the jury.

10          (Jury in at 11:19 a.m.)

11          THE COURT:  We are now ready for the government's

12   rebuttal case.  Before we hear from the government, there is

13   another stipulation from the parties that I want to read to

14   you.  And I will remind you that a stipulation is an agreement

15   between the parties with respect to the evidence in a certain

16   respect.  And you should take a stipulation as undisputed

17   evidence for purposes of your deliberations.

18          And the stipulation is on April 28th, 2021, the

19   United States Department of Justice issued a press release

20   announcing Mr. Sterlingov's arrest for the alleged operation of

21   Bitcoin Fog.  The press also covered Mr. Sterlingov's arrest.

22          Okay.  And you may call your witness.

23          MS. PELKER:  The governments calls CS Mazars de

24   Mazarin.

25          THE COURT:  Okay.

```
1                   Valerie Mazars de Mazarin, previously sworn.

2                   THE COURT:  You may proceed.

3                               DIRECT EXAMINATION

4    BY MS. PELKER:

5    Q.    CS Mazars, do you remember your prior testimony regarding

6    Exhibit 721?

7    A.    Yes.

8    Q.    And can you remind the jury what your understanding was of

9    Exhibit 721?

10   A.    My understanding of that exhibit was that it was a

11   screenshot of some dating app messages that the case team had

12   determined were sent by the defendant.

13   Q.    Do you recall what device the image was retrieved from?

14   A.    The image itself was retrieved from the tablet.

15   Q.    If we could pull up Defendant's Exhibit 32.  And can you

16   remind the jury what this was?

17   A.    This was the overview of all of the devices' images that I

18   analyzed in my forensic examination of -- for the case and some

19   high level notes about what I found on them.

20   Q.    Do you see the tablet on this list?

21   A.    Yes.

22   Q.    Can you point that out where it appears on the chart?

23   A.    The first row, 1B1.

24   Q.    And did you perform a forensic analysis of the tablet?

25   A.    No.
```

1  Q.   Did you later assist in a limited triage of an extraction

2  of this tablet obtained by the IRS?

3  A.   Yes, a processed version of the extraction in Axiom, which

4  is a forensic tool.

5  Q.   To clarify, did you view the extraction from the IRS in

6  the forensic tool Axiom?

7  A.   Yes.

8  Q.   And when you view an extraction in Axiom, do you see the

9  files in the way they appear on the device?

10  A.   No.

11  Q.   Can you explain that?

12  A.   So as I think I described previously, the forensic tool

13  apart from showing the files in the tree, makes lots of little

14  categories to help the examiner view documents by type.  So

15  everything it thinks is a Word document, for example, will go

16  regardless of which location or even which device, if you have

17  loaded multiple, all of those will go into a documents folder.

18  And there will also be an images folder.  And, for example, in

19  that folder, so to speak, it will have all of the image files

20  that were found as is on the device as the user might have seen

21  it.  But additionally it will be things Axiom thinks are image

22  files that were retrieved from zip files, like archives,

23  sometimes that were carved out of videos or PowerPoints or

24  PDFs.

25       It is not clear to me exactly which pattern matching it

1    does to find images.  But on occasion I found images that came

2    from other documents pulled out by -- depending on how the case

3    was processed and put in those folders.

4    Q.   When the government was reviewing the tablet extraction,

5    did Exhibit 721 appear to you to be part of a dating ebook?

6    A.   No.

7    Q.   You have now heard the defendant's testimony.  Do you have

8    any reason to doubt that it was originally part of a dating

9    ebook?

10   A.   I have no reason to doubt that.

11   Q.   And not drafted by the defendant?

12   A.   That is correct.

13   Q.   If you had seen that it was part of an ebook, would you

14   have testified to this exhibit in that way?

15   A.   Not at all.

16            MS. PELKER:  The government moves to withdraw

17   Exhibit 721 and passes the witness.

18            (Whereupon, Government Exhibit No. 721 was

19   withdrawn.)

20            THE COURT:  Any objection?

21            MR. EKELAND:  Yes, we object, Your Honor.  It is --

22   should we go on the phone?

23            THE COURT:  No.  I think if you want to leave -- the

24   government has requested it withdrawn.  They offered it, but if

25   you want to offer it or leave it in evidence, that is fine.

1          MR. EKELAND:  We want it to remain in evidence.

2          THE COURT:  Okay.  That is fine.

3          MS. PELKER:  That is fine.

4          THE COURT:  Any cross?

5                         CROSS-EXAMINATION

6    BY MR. EKELAND:

7    Q.   Ms. Mazars, is it your testimony that what is in evidence

8    as Government Exhibit 721, is just an extraction resulting from

9    Axiom?

10   A.   The way I saw it, it must have been, because I saw the

11   exhibit exactly as is.  But if it came from a greater document,

12   then it must have been a file that Axiom found somewhere on the

13   device.  Where exactly it found it, I am not sure.

14   Q.   And, Mr. Hassard, could we put in what has been admitted

15   in evidence as Government Exhibit 721 and publish it to the

16   jury?

17          THE COURT:  I think maybe we should relabel this as a

18   defense at this point, since the government has withdrawn it.

19   Do you want to give it a defense number?

20          MR. EKELAND:  Yes, that is fine.  If I could -- if

21   Ms. Walker can let us know what the -- or Mr. Hassard.

22          THE COURTROOM DEPUTY:  The next exhibit number is

23   143.

24          MR. EKELAND:  We submit this exhibit as 143, Your

25   Honor.

1          THE COURT:  Okay.  Defense Exhibit 143.

2          (Whereupon, Defense Exhibit No. 143 was admitted.)

3     BY MR. EKELAND:

4     Q.   Ms. Mazars, when you say you reviewed it, is this how it

5     was when you reviewed it?

6     A.   This is how I remember seeing it.

7     Q.   And when you saw it, your understanding of it was that it

8     was coming from a chat file from the defendant?

9     A.   No.  I didn't think it came from a chat file.  At the time

10    that I pulled it up, I noticed that it appeared to be low

11    resolution and was in some kind of image format, I think.  I

12    don't remember.  And so I noted that it appeared to be a

13    screenshot taken at some point, but not a native or actual chat

14    file.

15    Q.   But you didn't do anything to check or confirm that, did

16    you?

17    A.   No.  Because it was on an IRS laptop.  I was sitting next

18    to my team as they were reviewing it and I pointed it out.  But

19    this was after I had already done my review.  And I was not

20    adding it to my list of artifacts.

21    Q.   And when you testified about this previously, you didn't

22    testify that this was from an ebook, did you?

23    A.   No, I didn't.

24          MR. EKELAND:  No further questions.

25          THE COURT:  All right.  Any redirect?

1          MS. PELKER:  No, Your Honor.

2          THE COURT:  All right.  The witness is excused.

3  Thank you.

4          All right.  Ms. Pelker, anything else?

5          MS. PELKER:  No, Your Honor.

6          THE COURT:  And does the government rest then?

7          MS. PELKER:  The government rests.

8          THE COURT:  All right.  Members of the jury, that

9  concludes the presentation of the evidence in this case and we

10 are now ready for closing arguments.

11         So government can proceed first.

12         MS. PELKER:  Your Honor, can we turn this podium the

13 way it was previously?

14         THE COURTROOM DEPUTY:  You want this one?  It has to

15 be this one.

16         MS. PELKER:  If the jury can take a stretch break,

17 we'll need between 1 to 2 minutes.

18         THE COURT:  While you are doing that I will also, I

19 just remind you, as you are getting ready to hear the arguments

20 from the lawyers, their arguments are for purposes of helping

21 you understand the evidence that has been admitted from their

22 perspective, but their arguments are not evidence.  And the

23 evidence is what you have heard and it is your recollection of

24 the evidence rather than what the lawyers argue that controls.

25 So keep in mind that it is your recollection of the evidence

1    that is controlling.

2            MS. PELKER:  Thank you, Mr. Brown and Mr. Pearlman.

3            Is that okay for the court reporter?

4            THE COURT:  Yeah, that is fine.

5            MS. PELKER:  And with Ms. Walker's assistance, the

6    government does have a closing PowerPoint to display.

7            THE COURTROOM DEPUTY:  I'm sorry.

8            MS. PELKER:  The government does have a closing

9    PowerPoint to display.

10            THE COURT:  Okay.  Hold on.

11            And you may proceed.

12            MS. PELKER:  Thank you, Your Honor.

13                        CLOSING ARGUMENT

14            MS. PELKER:  Bitcoin Fog was a staple of the darknet

15    money laundering world.  And it was set up and run for a decade

16    by the defendant, Roman Sterlingov; the defendant, who designed

17    Bitcoin Fog to be the highest possible anonymity outpost in the

18    Bitcoin world, a place for serious criminals with real problems

19    with the law to hide their money.

20            At the beginning of this case, we told you that we

21    would prove beyond a reasonable doubt that the defendant was

22    the creator, owner and operator of the darknet money laundering

23    operation that was Bitcoin Fog.  And that is exactly what we

24    have shown.  You have heard testimony from over a dozen

25    witnesses and seen hundreds of exhibits.  You have heard step

1    by step how the defendant registered and paid for

2    BitcoinFog.com.  The defendant tried to hide his connection to

3    these payments, sending them through different steps and

4    accounts that he created just for that purpose.

5            But the government was able to trace the money and

6    connect the activity back to the defendant.  You heard about

7    how the defendant sent money into Bitcoin Fog before it was

8    ever announced, when the only person who would know about it

9    was the administrator.  The defendant was user zero.

10           After the site's launch, hundreds of darknet drug

11   dealers came to rely on Bitcoin Fog to hide their money.

12   Bitcoin Fog laundered 10s of millions of dollars for criminals

13   on the darknet.  Drug dealers like Crystal Buddha and West

14   Coast RX; people seeking child sexual abuse material like Billy

15   Bob 1337, Slammer 88; hackers like Ilya Lichtenstein.  They all

16   came to Bitcoin Fog because they knew that the defendant would

17   help them hide their criminal payments from the authorities.

18           The defendant got a cut of all of the criminal

19   proceeds moving through Bitcoin Fog.  You heard about the

20   hundreds of thousands of dollars pouring into the defendant's

21   financial accounts, accounts at virtual currently exchanges

22   like LocalBitcoins, Kraken, Bitstamp.  And you heard that the

23   government was able to trace that money back to its source,

24   Bitcoin Fog.

25           The government -- the defendant's only meaningful

1    source of income, Bitcoin Fog.  And what happened to Bitcoin

2    Fog as soon as the defendant was arrested?  A decade long

3    criminal institution, suddenly halted operations.  The

4    $70 million worth of Bitcoin sitting in the Bitcoin Fog wallet,

5    it has sat untouched since just after the defendant was

6    arrested.  Why?  Because the Bitcoin Fog operator, the

7    defendant, can no longer access it.

8            For his actions, the defendant is charged with four

9    crimes:  Money laundering conspiracy, sting money laundering,

10    operating an unlicensed money transmitting business, and DC

11    money transmission without a license.

12            Over the next hour -- and we will break for lunch at

13    12:30, I am going to discuss some of the key pieces of evidence

14    and testimony that you will want to consider when you go back

15    to deliberate.  I am also going to explain how those facts

16    prove each of the elements that the government must show for

17    each count that the defendant is charged with.

18            The story of Bitcoin Fog began back in 2011.  The

19    darknet drug market Silk Road had given drug dealers a platform

20    to sell meth, heroin, cocaine, fentanyl to people all across

21    the United States and the world.  But the dealers had a

22    problem.  It turned out that Bitcoin, the cryptocurrency behind

23    all of those darknet drug payments was highly traceable.  And

24    law enforcement could follow those Bitcoin right back to the

25    dealers.

1          The defendant understood the need for anonymity.  He

2     was an early user of Silk Road and a member of the Russian

3     cybercriminal forum exploit.in.  He understood Bitcoin.  He

4     studied an early mixer.  And he saw an opportunity.  People

5     could send him their criminal Bitcoin proceeds and he would

6     make the funds untraceable by law enforcement.

7          First, the defendant tried to buy an existing mixer,

8     Blind Bitcoin.  Blind Bitcoin had already been shut down.  And

9     posts on the popular Bitcoin Talk forum warned that sort of

10    mixing could be illegal.  The defendant was watching this.

11    Undeterred by the money laundering concerns that others raised,

12    the defendant reached out to the Blind Bitcoin operator, Duncan

13    Townsend, and asked to buy Blind Bitcoin.  And here is where

14    the defendant made one of his first mistakes.  He used his

15    personal Bitcoin Talk account, Killdozer.  That account was

16    tied to Roman Sterlingov's true identity.

17         Duncan Townsend didn't sell Blind Bitcoin to the

18    defendant or anyone else, so the defendant launched his own

19    mixer, Bitcoin Fog.  He created a new username on Bitcoin Talk,

20    Akemashite Omedetou, and told everyone his site was loosely

21    based on Blind Bitcoin, but different.  Roman Sterlingov tried

22    to delete his Killdozer post with Mr. Townsend, but the damage

23    had been done.  Bitcoin Talk kept records of the messages and

24    law enforcement later got copies with a search warrant.

25         Why did the defendant set up a new anonymous Bitcoin

1    Talk account?  The defendant knew he couldn't set up a site
2    like Bitcoin Fog in his own name.  The defendant wanted Bitcoin
3    Fog to be a site for people who have real problems with the
4    law.  He knew that if a site could be traced back to him,
5    people might go to jail.  So what did he do?  He created a plan
6    to set up the servers and fund the site in a way that he
7    thought would be impossible to trace back to him.  He thought
8    that he could disappear into the Fog.  But the defendant didn't
9    realize that years later, many of those records would end up in
10    the hands of law enforcement.  And using those records, law
11    enforcement was able to pierce through the Fog and see exactly
12    who set up Bitcoin Fog, the defendant.

13        And over the past month, you have been able to see
14    those records right here in this courtroom.  In the first week
15    of this trial, Special Agent Rovensky showed you this chart and
16    walked through the records and spreadsheets step by step and
17    line by line showing how the defendant registered
18    BitcoinFog.com.

19        You heard more testimony from Mr. Scholl, the FBI
20    blockchain expert.  What did those records show?  They showed
21    conclusively that it was the defendant who registered and set
22    up Bitcoin Fog.  What exactly did the defendant do?  First, he
23    developed a plan to move the money in a way that he thought
24    couldn't be traced back to him.  And he saved his plan to a
25    Google Drive titled putting money.  He posted on Exploit asking

1    about ways to anonymously fund a Liberty Reserve account and

2    referencing Aurum Xchange.

3         In October 2011, the defendant put his plan into

4    motion.  Over the course of just over a week, the defendant

5    created a series of brand new accounts.  First, he created new

6    accounts at Liberty Reserve and Mt. Gox, tied to his

7    PlasmaDivision email account.  He needed a true name account to

8    receive a bank wire, the start of this chain.  Then, the

9    defendant created a Liberty Reserve account for his new alter

10   ego, Akemashite Omedetou.  He used his new email address,

11   Shormint@hotmail.com.

12        And then, all during this same time period, the

13   defendant created three more brand new Mt. Gox accounts to use

14   in the scheme:  NFS9000, Kolbasa and Volf.prius.  All of the

15   accounts on this chart were set up and controlled by the

16   defendant.  And the burner accounts, they were set up

17   specifically for this scheme, used for this scheme, and then

18   they were never used again.

19        On October 3rd, the defendant began testing and fine

20   tuning his plan.  This was the first time any of these accounts

21   were used.  The very first transactions out of the defendant's

22   brand new Mt. Gox and Liberty Reserve account tied to his true

23   name and the money was sent through the defendant's burner

24   accounts, Volf.prius, NFS9000 and Kolbasa.  After testing his

25   method, the defendant was ready to go for the real thing.

So on October 19th and 20th, the defendant rapidly moved funds through these accounts. Again, this time depositing money into the Shormint Liberty Reserve account. This money in the Shormint account came from the defendant. From there, the defendant was able to register and pay for BitcoinFog.com on High Hosting and Bitcoin Fog was born.

A few weeks later in November of 2011, the defendant again sent money out of his true name accounts through his burner accounts and into Bitcoin Fog. First, he sent a batch through Volf.prius. Then he used the burner accounts, Kolbasa and NFS9000, along with his Silk Road account. And then those burner accounts are never used again.

Those accounts Kolbasa, NFS9000 and Volf.prius, the only transactions that ever went through them were payments from the defendant's true name accounts. They were set up right before receiving the first transactions and abandoned right afterward. They were never used or even logged into ever again.

Their only purpose was to layer the defendant's payments. This becomes even more apparent when you look at the timing of these transactions. The defendant asked the government's experts whether these could be Mr. Sterlingov's sales to other people. But Mr. Scholl explained these transactions are too close in time and are in a repeated pattern. It was clear to Mr. Scholl that this was an

1   indication of layering, of sending money into an account and
2   then back out just to make the tracing harder.
3          Several things on this chart are not in real dispute.
4   The PlasmaDivision account at the top left, that is
5   Mr. Sterlingov's account.  And the payment to Shormint to High
6   Hosting down in the bottom right, that is the payment for the
7   Bitcoin Fog domain registration.  And on October 19th, the
8   defendant withdrew 36 Bitcoin from his Mt. Gox account.  And
9   the very next day, an equivalent amount in dollars was
10  deposited into the Shormint Liberty Reserve account.  In less
11  than 24 hours, the money moves through this series of accounts
12  on this chart, sometimes with just minutes between
13  transactions, all just to purchase a domain, something that
14  could have been done in a few minutes using a credit card.
15         But the defendant knew that he would be in trouble if
16  this site were linked back to him.  He knew the authorities
17  would be watching.  That is why he did this.  That is why he
18  came up with this plan.
19         Bank wire to Mt. Gox, convert to Bitcoin and then to
20  dollars, then send the money through Aurum Xchange to Liberty
21  Reserve.  Starting from Mt. Gox, that is the defendant's true
22  name Mt. Gox account and going to Liberty Reserve.  And what is
23  the Liberty Reserve account it was going to?  The Shormint
24  Liberty Reserve account, that is where the defendant is moving
25  these funds.

1    That isn't the only thing the defendant's true name

2    and Shormint account share.  The Shormint account's recovery

3    question was the same sort of random string of letters and

4    numbers that the defendant used again and again in his true

5    name accounts.  On October 27th, Bitcoin Fog was officially

6    launched.  It was announced on Bitcoin Talk and on Twitter.

7    And of all of the people in the world, who was its very first

8    customer?  Roman Sterlingov.

9    But there was something not quite right about the

10   defendant's deposit.  Because a normal customer can't deposit

11   funds into a service that doesn't exist yet.  But the defendant

12   sent money to Bitcoin Fog before its launch was announced.  The

13   only person who would have known about Bitcoin Fog at that time

14   was the person setting it up and running it, Roman Sterlingov.

15   You heard the defendant testify that he was a Bitcoin

16   Fog user.  He claimed that maybe he heard about Fog from

17   somebody at a meetup or online.  But that is not consistent

18   with the defendant being the very first person to send money to

19   Fog before it was ever announced.

20   A few weeks later, the defendant sends more money

21   into Bitcoin Fog.  This time using his account at Silk Road to

22   try to conceal the path.  The defendant was confident in the

23   invulnerability of Silk Road.  He wrote on the cybercriminal

24   forum Exploit, "Also like Silk Road, go ahead and accept

25   payments in Bitcoin, then you will not be intimidated by even

1    the US government."

2          But after Silk Road was taken down by law

3    enforcement, something happened that the defendant could not

4    have foreseen.  The FBI seized the site's records.  And that

5    meant law enforcement could trace the defendant's payments

6    through Silk Road.  He didn't use the money to buy drugs that

7    time.  He sent the money in and then right back out again,

8    through the burner accounts, NFS9000, Kolbasa and then off to

9    Bitcoin Fog.  And after that, all of the burner accounts are

10   abandoned, never used again.

11         The defendant was obsessively disciplined in hiding

12   himself online.  He used Tor, VPN and proxies for all of his

13   internet communications.  The defendant programmed kill

14   switches into his communications to make sure he would never

15   connect over an IP that could be used to identify him all to

16   make sure that his digital trail never came back to him.

17         But as CS Mazars testified, your IP can still be

18   significant, even if you are using Tor or proxies.  She

19   reviewed the IP records used by the defendant in his true name

20   and those tied to Akemashite Omedetou.  And what did she find?

21   Roman Sterlingov and Akemashite Omedetou using the same IP

22   close in time, evidence that Roman Sterlingov was Akemashite

23   Omedetou.

24         What did the IP analysis show?  First, that the

25   defendant and Akemashite Omedetou were repeatedly using some of

1    the same IP in very close periods of time.  Second, that

2    Akemashite Omedetou and the defendant were using the same

3    services at the same time, the same VPNs, proxy providers,

4    sharing common practices and op sec.  And, third, the Shormint

5    Liberty Reserve account was accessed from a residential IP tied

6    to Gothenburg, Sweden.  And who was living in Gothenburg at the

7    time?  The defendant.

8              CS Mazars' analysis showed repeated ties between the

9    defendant and the accounts tied to Bitcoin Fog.  Take, for

10   example, the .123 address controlled by Crypto VPN.  This was a

11   small obscure VPN service that was purchased through the

12   Shormint account.  The defendant talks about Crypto VPN in his

13   personal notes that he was carrying when he was arrested, shown

14   at the top of this slide.  Quite the coincidence.

15             But there was more.  Because what accounts were

16   accessed from that .123 IP address all around the same time?

17   The defendant's PlasmaDivision Liberty Reserve account in his

18   true name.  But also the Liberty Reserve Shormint account and

19   all of the Mt. Gox burner accounts, Volf.prius, Kolbasa and

20   NFS9000.  That is Peter NFS.  And on October 8th, the defendant

21   used a different IP ending in .148 to access his Liberty

22   Reserve PlasmaDivision account and the Mt. Gox Volf.prius

23   account.  Two different shared IPs on two different occasions.

24             The IP overlap cemented the links between all of the

25   burner accounts and the Shormint account.  Repeatedly, the

1   accounts are accessed from the same IPs.

2          The defense suggested that more than one person could

3   have been using these IPs at the same time.  But CS Mazars

4   explained the significance of these IPs and the timing to you.

5   It was like investigating a bank robbery and seeing a distinct

6   2012 white Nissan Altima leaving the scene.  Then, seeing the

7   same car in front of your suspect's house and at different

8   spots related to the crime.  Multiple people in the world can

9   be driving a 2012 white Nissan Altima.  But if you see the car

10  in all of the locations you are investigating at exactly the

11  right times, that is not a coincidence.

12          What did the defendant set up Bitcoin Fog to do?

13  Bitcoin Fog was designed to launder money.  It took customer

14  deposits, mixed them up with other customers' funds and allowed

15  users to withdraw Bitcoin that couldn't be traced back to them

16  or the crimes.

17          You heard testimony about the technical details that

18  made all of this possible.  The defendant went to great lengths

19  to make sure Bitcoin Fog's mixing was effective.  He made sure

20  that any authorities wouldn't be able to follow the funds.

21  That path would be lost in the Fog.  So who was using Bitcoin

22  Fog?  Criminals.  In the defendant's own words, people with

23  real problems with the law, people who would go to jail if the

24  server were found, people who wanted to avoid the authorities.

25  That is the user base the defendant wanted.  That is what he

1    designed Bitcoin Fog for.  And that is what he got.

2            Bitcoin Fog facilitated massive amounts of money

3    moving to and from darknet markets, 10s of millions of dollars,

4    from markets like Silk Road, Silk Road 2, Alpha Bay, Agora, the

5    list goes on.  Hundreds of drug dealers were relying on Bitcoin

6    Fog to help them stay hidden from the authorities, drug dealers

7    like Symbiosis who sent over $1.5 million through Bitcoin Fog

8    tied to his thousands of sales of cocaine.  Drug dealers like

9    Trevor Philips Enterprises who used Fog to launder over

10   $150,000 from his sale of cocaine and MDMA shipped from the

11   United States.  Trevor Philips Enterprises even included a

12   warning to customers that his drugs were so potent they could

13   kill you.  Drug dealers like peels4u and West Coast RX who sold

14   fentanyl and other drugs, again both from the United States.

15   Silk Road gave them a worldwide customer base and Bitcoin Fog

16   ensured they could stay hidden.

17           Mr. Scholl and Special Agent Santell walked you

18   through a sampling of darknet vendors who laundered their funds

19   through Bitcoin Fog.  But there were hundreds more like them.

20   For years, they have been able to stay hidden in the Fog,

21   thanks to the defendant.

22           And it wasn't just drug dealers.  Those darknet

23   markets pedaled stolen identification documents, stolen

24   financial information, hacking tools; and also on the darknet,

25   child sexual abuse material.  In a post on Exploit, the

1    defendant wrote, "Stop struggling and get a Tor hidden service.

2    For years drugs are sold and unfortunately child pornography

3    distributed through it."

4         The defendant said it was unfortunate that Tor hidden

5    services were used to distribute child pornography.

6    Unfortunate, but he certainly knew about it.  He then set up

7    Bitcoin Fog to help those very people, people like Billy Bob

8    1337 and Slammer 88 who used Bitcoin Fog to buy access to child

9    sexual abuse material on sites like Welcome to Video.  And when

10   Welcome to Video was taken down and law enforcement was working

11   to identify its users, those who used Bitcoin Fog were able to

12   disappear back into the Fog, just like the defendant intended.

13        Mr. Scholl testified that money continued to flow

14   into Bitcoin Fog even after the sites were taken down.  And

15   Bitcoin Fog continued laundering money right through

16   April 2021.  The defendant was disciplined in not keeping his

17   Bitcoin Fog notes and records on his devices, at least not in a

18   place or way that FBI and IRS could access.  But his retrieved

19   notes and unencrypted files still revealed quite a bit about

20   what the defendant was doing and thinking.

21        And, repeatedly, the defendant researched and talked

22   about concerns with people de-anonymizing Tor hidden services.

23   He wrote about address sniffing.  That is efforts by the

24   authorities to identify a Tor hidden services's true location.

25   That is what that is.  He wrote about setting up his own set of

1   Tor nodes in his control.  On Exploit, he wrote about Tor

2   hidden service configurations.  He planned a setup to mask

3   hidden service traffic going to a server.  CS Mazars explained

4   these various notes.  They were technical and complicated, the

5   product of a sophisticated computer user.  But she explained

6   the bottom line.  These weren't just the concerns of a VPN or

7   Tor user seeking privacy.  These were things that a Tor hidden

8   services administrator would be concerned with.  The concern

9   was centered on authorities locating a hidden services server.

10  Because the defendant did not want the authorities to find

11  Bitcoin Fog.

12          You heard the defendant's argument in opening, no

13  logs, no servers.  Unfortunately, the defendant's efforts to

14  hide his tracks were successful, in at least some ways.  The

15  government never got a copy of the Bitcoin Fog server, at least

16  not in a way they could access or read.  Why?  Because the

17  defendant hid it.  His work paid off.  Shortly after launching

18  Bitcoin Fog, the defendant posted to Exploit and told his

19  fellow criminals, stop struggling and get a Tor hidden

20  services.  He wrote, "If you configure such a server correctly

21  then no matter how hard one tries no one will fucking find

22  where it is."

23          The defense has suggested the defendant couldn't have

24  run Bitcoin Fog because it wasn't saved to a laptop he was

25  traveling with.  That is not how a website or server operates.

1    You saw evidence that the defendant had access to multiple

2    servers and devices over time, ample locations from which to

3    operate Bitcoin Fog.

4         Bitcoin Fog was designed to hide itself and the

5    person running it, the defendant.  And the evidence has shown

6    that the defendant had the ability, the skills and the

7    infrastructure to run Bitcoin Fog and keep it hidden.  The

8    defendant's devices were teeming with examples of his

9    connections to other computers.  There were numerous virtual

10   machines, VMs.  He had set up remote desktop software and

11   configured remote connections.  His notes said that he was

12   keeping additional cryptocurrency wallets in VMs, wallets the

13   government has not found.

14        He was repeatedly connecting back to bunker, a

15   computer in Sweden.  And now, he doesn't know where.  For a

16   while, the defendant backed up his data including a bunker at

17   SpiderOak.  But then posts emerged online suggesting that

18   SpiderOak had complied with an order from law enforcement.  So

19   what did the defendant do?  He decided that SpiderOak had been

20   burned.  He wrote in his notes, move everything off SpiderOak,

21   delete it from his computers.  It was burned.  All because

22   people were saying it complied with a court order.

23        The government was never able to get copies of the

24   defendant's servers at SpiderOak or servers at RamNode or the

25   other remote serves the defendant set up.  That was the point,

1    to hide the infrastructure and make it largely unreachable by

2    law enforcement.  The defendant's concerns with being caught by

3    law enforcement, continued.  Elsewhere in his notes, he flagged

4    VPN services that had been burned.  That is, complied with a

5    court order.  Because any service that would cooperate with law

6    enforcement when given a court order was a threat to the

7    defendant's anonymity.  He needed to stay hidden in the Fog.

8         Then there are the defendant's servers at M247 in

9    Romania, supposedly for his business, Moon VPN.  The defendant

10   rented server space at M247, configured from multiple IP

11   addresses.  He set up a business account at Kraken and the name

12   To the Moon received payments from his Moon VPN customers.  But

13   Moon VPN wasn't a functioning business.  When Special Agent

14   Price tried to set up an account on Moon VPN, the VPN service

15   never actually worked and the money going into the Moon VPN

16   Kraken account, it came from Bitcoin Fog.

17        In late 2015, around the same time Bitcoin Fog was

18   having technical issues, the defendant shipped a package to

19   M247.  And soon after that, Akemashite Omedetou told everyone

20   that Fog's hardware issues had been resolved.

21        The Romanian government found the defendant's servers

22   and seized them.  And when CS Mazars analyzed them, she found

23   three drives.  One, the records from Moon VPN.  The defendant's

24   business that by his own admission was never really

25   operational.  On a second drive, Bitcoin Core, a Bitcoin wallet

1    client.  And the third disk, wiped clean.  Nothing on it,

2    completely zeroed out.

3         Mr. Scholl testified about the Bitcoin Fog addresses,

4    how he studied them closely, learned their patterns.  And he

5    testified about the many, many transactions that moved through

6    Bitcoin Fog between 2011 and April 2021.  Too many to be manual

7    transactions that were automated, but those automated

8    transactions ground to a halt right after the defendant was

9    arrested.  Bitcoin Fog, a service that had been operating for

10   nearly a decade, abruptly stopped sending anymore transactions.

11        Right now there is $70 million worth of Bitcoin just

12   sitting in Bitcoin Fog's wallet and it hasn't moved since

13   April 2021.  $70 million, just sitting there.  Why hasn't it

14   moved?  Why wouldn't someone collect the money?  Because the

15   defendant was arrested.

16        Bitcoin Fog was laundering 10s of millions of dollars

17   every year.  And the defendant was getting a cut of every

18   single transaction that moved through the site.  2012, that was

19   around $85,000 a year.  By 2014, it surged to 1.8 million and

20   then settled into the mid to high six figures.  In total, the

21   defendant would have earned about $8 million from 2011 through

22   2021.

23        Now, defense suggested that the Bitcoin Fog operator

24   should have much more than that, upwards of 100 million or even

25   a billion dollars.  That in addition to running Bitcoin Fog,

1    Akemashite Omedetou was the world's shrewdest Bitcoin investor,

2    never spending a cent until cash out at the very highest point

3    of a notoriously volatile market.  But Professor Verret

4    conceded that even he didn't actually believe that this was

5    likely.  That is not consistent with the actual evidence that

6    you saw or your common sense.

7         What did you see?  You heard testimony from forensic

8    accountant Sarah Glave about the defendant's financial

9    accounts.  Specifically, the subset of his accounts that were

10   tied to his true name and for which the government could get

11   records.  These are not all of the defendant's assets.  He had

12   many, many more, such as the gold he kept hidden at his

13   mother's house, his Mycelium wallet on his phone and numerous

14   other accounts, known and unknown, that the government could

15   not access.

16        You heard that in 2013 alone, the defendant deposited

17   at least $260,000 worth of Bitcoin into his accounts in a

18   single year.  This was while he was working at his day job in

19   Sweden with a salary of around $30,000 per year.  In over just

20   three years, he spent $90,000 on prepaid cards.  Just prepaid

21   cards alone.  You saw the defendant not only deposited huge

22   sums of Bitcoin into his accounts, but also sold or transferred

23   out significant sums.  Especially in the early years, 2011,

24   2012, 2013, when the price of Bitcoin was rapidly rising, he

25   sold or sent out almost as much Bitcoin as he was depositing

1    into his accounts.  You heard the defendant's testimony and

2    explanation, but use your common sense, and remember testimony

3    of forensic accountant Sarah Glave and Luke Scholl, this was

4    not activity of someone who was holding onto their Bitcoin as a

5    longterm investment.

6              Ms. Glave walked you through her review and

7    calculations.  And what did she find?  The defendant's

8    expenditures, his spending exceeded the money coming into his

9    bank accounts through explainable sources.  What does that

10   mean?  As Ms. Glave testified, that is a sign of unexplained

11   sources of income.  What was the defendant's true income?

12   Bitcoin Fog.

13             When the defendant was arrested, he had half a

14   million dollars of cryptocurrency stored on his phone and

15   another $800,000 worth in his Kraken account.  He had just

16   recently purchased a 150,000 Tesla with Bitcoin.  Separate from

17   that Tesla purchase, he had transferred another $280,000 worth

18   of Bitcoin into his wallet into a single transaction.  Over a

19   quarter of a million dollars, just to use as casual, walking

20   around money on his phone.  He stored it in a wallet called

21   straight outta mint.  What was that mint that the funds had

22   come straight outta?  Bitcoin Fog.  Because with the defendant,

23   everything comes back to Bitcoin Fog.

24             Where did the majority of Roman Sterlingov's money

25   come from?  Bitcoin Fog.  His LocalBitcoins account, Bitcoin

1    Fog.  His Kraken accounts, Bitcoin Fog.  Mt. Gox, Bitcoin Fog.

2    Poloniex all from Bitcoin Fog.  Binance, Bitfinex, Bitstamp;

3    Bitcoin Fog, Bitcoin Fog, Bitcoin Fog.  Even the defendant's To

4    the Moon business account, the account that was supposed to be

5    receiving money from To the Moon clients, the money coming into

6    that account came from Bitcoin Fog.  Hundreds of thousands of

7    dollars pouring into accounts spread across numerous financial

8    institutions and exchanges.  And the government was able to

9    trace these funds back to Bitcoin Fog.

10                You heard testimony about the invoices for the

11   defendant's Code Reactor business -- well, what were intended

12   to look like invoices, invoices to different customers, at

13   different times, spread across the globe.  But as you saw,

14   there was something very strange about these invoices.  When

15   the government experts looked at where the money was coming

16   from, what did they find?  Customer payments for totally

17   different customers were coming from the same Bitcoin address.

18   And the funds had originated from Bitcoin Fog.  The defendant

19   tried to come up with an excuse for these invoices when he

20   testified.  They were for old customers or maybe not.  He

21   wanted to have them for his tax reporting, but he wasn't

22   planning to give them to anyone.  And the defendant could not

23   explain why he had gone to such great lengths to develop these

24   false invoices if he was trying to report his old freelance

25   earnings.  That is just not credible.  It more consistent with

1    the defendant misrepresenting his invoices to hide the funds

2    originating from Bitcoin Fog.

3          Remember what happened when Bitstamp asked the

4    defendant about his use of mixers?  The defendant was full of

5    excuses.  This was just a question about whether he was using

6    tumblers or mixers or he was angry, frustrated.  He said, he

7    couldn't remember if he did, he couldn't remember if he did, if

8    he did it was a long time ago.  But the evidence showed that

9    the defendant was actively receiving funds from Bitcoin Fog as

10   he was sending these messages.

11         Later, when Bitstamp again questioned the defendant

12   about the source of his funds he tried to use one of his fake

13   invoices.  But the address on the invoice, it wasn't even a

14   valid Bitcoin address.  Bitstamp caught on and kept asking

15   questions.  You heard the defendant testify about why he was so

16   frustrated with Bitstamp here.  He said that it seemed like

17   there was something else going on.  Well, something else was

18   going on.  Bitstamp had flagged the defendant's transactions as

19   suspicious.  That is why the defendant was so annoyed.  He knew

20   that Bitstamp was on to him.

21         And what happens after Bitstamp's inquiry?

22   Mr. Sterlingov abandoned the money.  He just leaves it sitting

23   there in the account and never logs in again.  And he writes a

24   note to himself, "Withdrawn everything when they started

25   delaying withdrawals and started and asking for ten stupid

1   questions.  Do not use them.  Tell everyone to stop using

2   them."  The defendant could afford to just abandon money at

3   Bitstamp, because he had plenty more coming in, his earnings

4   from Bitcoin Fog.

5          Members of the jury, the defense has no obligation to

6   put on a case, none.  They can sit here and put us to our

7   burden of proof.  But when they do put on a case, you have the

8   right to examine it and ask yourself, does it make sense?  The

9   defendant took the stand and walked you through each year of

10  his life since high school.  But when he was cross-examined by

11  Mr. Brown, his answer to almost every question was, I don't

12  remember.  I don't know.  It was a long time ago.  When asked

13  whether he registered the Bitcoin Fog domain, he said, I don't

14  remember doing it.  Members of the jury, you can use your own

15  common sense to evaluate that.

16         Your Honor, we have maybe 20 minutes, but I know we

17  have a hard stop at 12:20.

18         THE COURT:  12:30.  It is entirely up to you.

19         MS. PELKER:  We can break now.  I do think we'll go

20  just past 12:30 and I know there was a hard stop.

21         THE COURT:  Let me just check.  One second.

22         (Pause.)

23         THE COURT:  All right.  So let's go ahead and break

24  now.  I will stand up, members of the jury, so I can see you.

25  We are getting far along, obviously, in the case now.  You have

1   heard all of the evidence.  You have heard a portion of one of

2   the closing arguments.  Still do not discuss the case even

3   among yourselves.  No research.  It is 12:15.  Why don't we

4   come back at 1:30?  Have a nice lunch and I will see you at

5   1:30.

6              (Jury out at 12:16 p.m.)

7              THE COURTROOM DEPUTY:  You may be seated.

8              THE COURT:  All right.  Anything before we break?

9              MS. PELKER:  Not from the government, Your Honor.

10             MR. EKELAND:  Nothing from defense, Your Honor.

11             THE COURT:  All right.  I will see you all shortly.

12  All right.  Thank you.

13             (Recess taken at 12:17 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3              I, SHERRY LINDSAY, Official Court Reporter, certify

4    that the foregoing constitutes a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9

10                   Dated this 8th day of March, 2024.

11

12                   _____
                     Sherry Lindsay, RPR
13                   Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. BROWN: **[3]**   34/6 45/19
46/7
BY MR. EKELAND: **[3]**   52/1 61/6
62/3
BY MS. PELKER: **[1]**   58/4
MR. BROWN: **[37]**   4/6 5/5 5/10
5/19 6/2 6/9 6/21 8/9 8/12 9/14
9/25 13/22 14/2 15/4 16/5 16/9
26/7 28/5 30/7 30/12 30/15 30/19
31/1 31/8 31/25 32/3 32/7 33/5
33/9 45/17 46/3 46/5 51/23 54/11
54/22 55/8 55/13
MR. EKELAND: **[60]**   4/10 6/13 6/16
16/15 18/3 19/3 19/13 19/18 20/2
20/6 20/12 20/22 21/14 21/23 22/5
22/8 22/10 23/3 23/10 23/15 24/14
24/18 24/20 25/3 26/4 26/9 26/15
26/25 27/10 27/15 27/20 27/24
28/23 29/10 29/16 29/19 29/22
29/24 30/21 31/3 32/20 33/14
33/19 34/1 45/16 52/24 54/3 54/7
54/23 55/6 55/12 55/17 56/9 56/13
60/21 61/1 61/20 61/24 62/24
87/10
MS. PELKER: **[16]**   57/2 57/23
60/16 61/3 63/1 63/5 63/7 63/12
63/16 64/2 64/5 64/8 64/12 64/14
86/19 87/9
THE COURT: **[111]**
THE COURTROOM DEPUTY: **[6]**   4/2
46/1 61/22 63/14 64/7 87/7

**$**
**$1.5 [1]**   76/7
**$1.5 million [1]**   76/7
**$150,000 [1]**   76/10
**$260,000 [1]**   82/17
**$280,000 [1]**   83/17
**$30,000 [2]**   36/6 82/19
**$70 [3]**   66/4 81/11 81/13
**$70 million [3]**   66/4 81/11 81/13
**$8 [1]**   81/21
**$8 million [1]**   81/21
**$800,000 [1]**   83/15
**$85,000 [1]**   81/19
**$90,000 [1]**   82/20

**.**
**.123 [2]**   74/10 74/16
**.148 [1]**   74/21

**1**
**1.8 million [1]**   81/19
**10 [3]**   35/25 35/25 38/7
**10-minute [1]**   33/6
**100 [1]**   81/24
**100 percent [1]**   40/25
**10005 [1]**   2/4
**10:11 [1]**   34/2
**10:47 [1]**   54/19
**10:49 [1]**   55/24
**10s [3]**   65/12 76/3 81/16
**11:00 [2]**   54/14 54/18
**11:19 [1]**   57/10
**12 [1]**   35/19
**12:15 [1]**   87/3
**12:16 [1]**   87/6
**12:17 [1]**   87/13
**12:20 [1]**   86/17
**12:30 [4]**   57/3 66/13 86/18 86/20
**12th [3]**   47/13 47/17 49/11
**13 [2]**   38/6 39/16
**1301 [1]**   1/20
**1337 [2]**   65/15 77/8
**143 [5]**   3/10 61/23 61/24 62/1
62/2
**14th [1]**   26/1
**150,000 [1]**   83/16
**1960 [2]**   8/12 9/1
**19th [2]**   70/1 71/7

**1:30 [2]**   87/4 87/5
**1:33 [1]**   87/10
**1EUDR [2]**   44/14 46/9
**1PLBO [2]**   47/2 47/5

**2**
**2,000 [1]**   36/17
**2,500 [3]**   35/18 35/19 35/25
**20 [1]**   86/16
**20001 [1]**   2/9
**20005 [1]**   1/21
**2010 [1]**   35/2
**2011 [6]**   66/18 69/3 70/7 81/6
81/21 82/23
**2012 [4]**   75/6 75/9 81/18 82/24
**2013 [3]**   27/3 82/16 82/24
**2014 [3]**   36/21 36/23 81/19
**2015 [1]**   80/17
**2016 [10]**   26/1 41/9 41/12 41/16
41/18 42/3 45/7 45/15 45/24 46/18
**2017 [5]**   47/13 47/17 49/11 51/10
51/12
**2018 [2]**   49/7 49/15
**2019 [2]**   30/10 34/10
**2020 [3]**   34/16 34/22 38/18
**2021 [6]**   36/23 57/18 77/16 81/6
81/13 81/22
**2023 [1]**   35/10
**2024 [2]**   1/5 88/10
**20530 [2]**   1/14 1/17
**20th [1]**   70/1
**21-399 [2]**   1/4 1/6
**21st [2]**   30/10 30/13
**24 [1]**   71/11
**25,000 [2]**   35/17 35/25
**2500 [1]**   35/23
**27th [1]**   72/5
**28th [1]**   57/18
**29 [2]**   49/3 49/6
**29th [3]**   41/9 41/16 41/18

**3**
**3,000 [2]**   35/24 36/5
**30 [2]**   2/3 45/21
**30,000 [3]**   35/20 35/22 36/5
**305 [1]**   51/15
**306 [2]**   45/11 46/4
**30th [3]**   45/15 46/9 46/23
**31 [1]**   50/4
**313A [1]**   39/9
**31st [1]**   35/10
**32 [1]**   58/15
**32.2 [1]**   31/10
**333 [1]**   2/8
**34 [1]**   3/4
**35 [1]**   30/8
**36 [1]**   71/8
**39 [2]**   5/12 5/20
**399 [2]**   1/4 4/2
**3rd [2]**   49/6 69/19

**4**
**41 [1]**   6/8
**414A [2]**   47/9 50/14
**414C [3]**   49/2 49/3 50/18
**432A [2]**   43/20 43/22
**432C [3]**   43/21 43/24 44/3

**5**
**5,000 [1]**   36/4
**5.1527 [1]**   1/17
**51 [1]**   3/4
**56 [3]**   27/24 29/21 29/22
**58 [1]**   3/7

**6**
**60 [1]**   3/10
**601 [1]**   1/16
**61 [1]**   3/7
**62 [1]**   3/10
**64 [1]**   3/13

**65 [1]**   24/14
**66 [1]**   3/7
**660 [2]**   44/17 44/22
**6637 [2]**   43/24 44/11
**6710 [1]**   2/8
**69 [1]**   5/9

**7**
**719A [1]**   41/4 44/10
**721 [8]**   3/10 58/6 58/9 60/5 60/17
60/18 61/8 61/15
**7th [1]**   49/15

**8**
**88 [2]**   65/15 77/8
**8th [3]**   2/4 74/20 88/10

**9**
**950 [1]**   1/14
**9:22 [1]**   1/6

**A**
**a.m [5]**   1/6 34/2 54/19 55/24
57/10
**abandon [1]**   86/2
**abandoned [3]**   70/16 73/10 85/22
**abandonment [3]**   26/12 26/16 27/18
**ability [1]**   79/6
**able [20]**   11/9 12/4 38/13 46/19
47/1 53/1 53/4 53/6 53/8 53/9
65/5 65/23 68/11 68/13 70/5 75/20
76/20 77/11 79/23 84/8
**about [62]**   4/17 4/18 7/22 8/3 9/8
11/7 11/16 15/5 16/18 18/2 18/14
18/20 18/25 19/15 22/18 22/25
23/22 26/1 30/13 32/8 33/15 35/12
35/20 36/6 37/11 38/22 38/24
39/19 40/19 40/25 41/18 44/2
47/17 51/12 52/19 58/19 62/21
65/6 65/8 65/19 69/1 72/9 72/13
72/16 74/12 75/17 77/6 77/19
77/22 77/23 77/25 78/1 81/3 81/5
81/21 82/8 84/10 84/14 85/4 85/5
85/12 85/15
**above [1]**   88/5
**above-entitled [1]**   88/5
**abruptly [1]**   81/10
**abstract [1]**   8/1
**abuse [3]**   65/14 76/25 77/9
**accept [1]**   72/24
**access [7]**   66/7 74/21 77/8 77/18
78/16 79/1 82/15
**accessed [3]**   74/5 74/16 75/1
**accomplish [1]**   6/8
**accord [1]**   32/20
**according [1]**   44/8
**account [55]**   7/7 7/8 7/10 37/22
39/12 43/12 43/15 43/16 43/18
43/19 43/19 43/23 44/2 44/3 44/4
44/7 44/11 49/4 67/15 67/15 68/1
69/1 69/7 69/7 69/9 69/22 70/3
70/4 70/11 71/1 71/4 71/5 71/8
71/10 71/22 71/23 71/24 72/2
72/21 74/5 74/12 74/17 74/18
74/22 74/23 74/25 80/11 80/14
80/16 83/15 83/25 84/4 84/4 84/6
85/23
**account's [1]**   72/2
**accountant [2]**   82/8 83/3
**accounts [39]**   37/14 37/15 37/19
51/1 65/4 65/21 65/21 69/5 69/6
69/13 69/15 69/16 69/20 69/24
70/2 70/8 70/9 70/10 70/12 70/13
70/15 71/11 72/5 73/8 73/9 74/9
74/15 74/19 74/25 75/1 82/9 82/9
82/14 82/17 82/22 83/1 83/9 84/1
84/7
**accumulated [1]**   37/24
**acknowledge [1]**   37/14
**across [3]**   66/20 84/7 84/13
**act [2]**   56/14 56/17

**action [4]** 1/3 7/25 56/4 56/11
**actions [4]** 7/20 11/21 12/1 66/8
**actively [1]** 85/9
**activity [8]** 7/18 8/8 8/20 8/22 24/4 30/9 65/6 83/4
**actual [1]** 18/6 44/6 44/20 62/13 82/5
**actually [20]** 11/3 11/11 11/25 12/1 12/13 12/18 13/14 15/22 17/25 18/6 19/2 19/15 22/15 28/5 28/25 29/4 41/22 42/25 80/15 82/4
**adamant [1]** 40/25
**add [4]** 5/8 25/11 26/16 56/7
**adding [2]** 28/3 62/20
**addition [2]** 6/10 81/25
**additional [6]** 4/15 5/6 14/24 18/16 30/6 79/12
**additionally [1]** 59/21
**address [23]** 20/19 42/22 42/22 44/13 45/8 45/9 45/23 46/9 46/10 47/2 47/5 48/2 49/11 50/5 50/6 50/10 69/10 74/10 74/16 77/23 84/17 85/13 85/14
**addresses [6]** 39/15 46/12 46/13 51/20 80/11 81/3
**addressing [1]** 25/14
**adduced [2]** 6/24 7/5
**administerial [1]** 55/5
**administrator [2]** 65/9 78/8
**admission [1]** 80/24
**admitted [3]** 3/10 43/21 46/5 61/14 62/2 63/21
**affirmative [5]** 26/18 56/4 56/11 56/17 56/18
**afford [1]** 86/2
**after [33]** 7/24 15/18 17/20 25/6 25/18 25/25 26/1 26/6 28/3 28/14 29/2 31/24 34/22 41/12 42/16 45/1 45/14 52/20 52/22 53/6 54/14 54/17 62/19 65/10 66/5 69/24 73/2 73/9 77/14 78/17 80/19 81/8 85/21
**afterward [1]** 70/17
**afterwards [1]** 25/10
**again [22]** 9/1 10/14 12/7 12/8 19/18 19/21 23/18 27/3 39/16 51/4 69/18 70/2 70/8 70/12 70/18 72/4 72/4 73/7 73/10 76/14 85/11 85/23
**agenda [1]** 4/15
**Agent [3]** 68/15 76/17 80/13
**ago [3]** 39/16 85/8 86/12
**Agora [1]** 76/4
**agree [3]** 16/15 24/7 26/5
**agreed [3]** 5/16 6/18 33/15
**agreement [5]** 33/20 33/22 33/25 56/18 57/14
**ahead [4]** 30/22 33/11 72/24 86/23
**Akemashite [12]** 7/16 7/16 10/18 67/20 69/10 73/20 73/21 73/22 73/25 74/2 80/19 82/1
**Akerström [1]** 44/7
**Alden [1]** 4/8
**all [61]** 4/15 6/19 11/19 11/21 12/9 14/20 16/13 29/20 30/22 31/4 33/3 33/10 40/16 41/22 45/4 47/23 48/19 50/24 51/19 51/24 53/25 54/9 54/13 54/20 55/7 55/20 55/25 56/14 58/17 59/17 59/19 60/15 62/25 63/2 63/4 63/8 65/15 65/18 66/20 66/23 69/12 69/14 71/13 72/7 73/9 73/12 73/15 74/16 74/19 74/24 75/10 75/18 79/21 82/11 84/2 86/23 87/1 87/8 87/11 87/11 87/12
**alleged [5]** 5/24 17/14 24/1 24/2 57/20
**allegedly [1]** 27/18
**allowed [1]** 75/14
**allows [1]** 16/19
**almost [2]** 82/25 86/11
**alone [2]** 82/16 82/21

**along [3]** 13/7 70/11 86/25
**ALPHABETICAL [1]** 4/13
**already [6]** 39/10 46/14 47/9 51/22 62/19 67/8
**also [24]** 8/1 8/12 10/1 12/25 14/11 15/6 17/6 23/22 23/25 24/10 24/10 34/15 35/8 46/15 53/11 57/3 57/21 59/18 63/18 66/15 72/24 74/18 76/24 82/22
**Alston [8]** 11/5 16/16 17/9 17/18 17/19 17/20 17/25 24/8
**Alston-Graves [8]** 11/5 16/16 17/9 17/18 17/19 17/20 17/25 24/8
**alter [1]** 69/9
**alternative [2]** 9/2 14/8
**although [5]** 7/10 13/15 15/22 17/21 17/22
**Altima [2]** 75/6 75/9
**am [47]** 6/20 12/4 12/5 12/6 12/8 12/20 12/22 14/16 14/20 16/2 17/21 19/12 19/15 19/25 21/6 21/18 21/19 21/20 21/21 23/18 23/22 25/7 25/20 26/1 27/25 29/8 29/25 30/1 30/1 32/21 33/23 35/15 39/14 40/2 41/20 42/11 42/24 43/5 45/5 51/3 53/5 53/18 55/15 55/22 61/13 66/13 66/15
**ambiguity [1]** 17/1
**AMERICA [2]** 1/3 4/3
**among [3]** 5/22 10/9 87/3
**amongst [1]** 54/16
**amount [2]** 46/21 71/9
**amounts [3]** 40/21 44/23 76/2
**ample [1]** 79/2
**analogy [1]** 20/14
**analysis [4]** 31/14 58/24 73/24 74/8
**analyzed [2]** 58/18 80/22
**angry [1]** 85/6
**announced [4]** 65/8 72/6 72/12 72/19
**announcing [1]** 57/20
**annoyed [1]** 85/19
**anonymity [3]** 64/17 67/1 80/7
**anonymizing [1]** 77/22
**anonymous [1]** 67/25
**anonymously [1]** 69/1
**another [10]** 12/6 12/8 15/12 31/6 36/3 37/22 47/10 57/13 83/15 83/17
**answer [2]** 53/9 86/11
**answers [1]** 16/3
**anticipate [2]** 31/4 31/13
**anticipating [1]** 31/6
**Anton [4]** 47/24 48/2 48/4 48/10
**any [43]** 4/22 8/2 10/2 11/1 13/6 14/17 14/20 16/6 19/4 19/24 21/8 23/22 28/2 29/7 29/8 29/9 29/14 29/18 30/3 30/5 30/25 32/21 33/3 37/10 41/25 42/8 45/3 46/15 47/7 50/6 52/15 52/17 53/1 53/21 56/10 56/18 60/8 60/20 61/4 62/25 69/20 75/20 80/5
**anybody [1]** 52/12
**anymore [2]** 43/5 81/10
**anyone [3]** 54/20 67/18 84/22
**anything [16]** 6/14 30/18 30/20 31/2 37/10 51/3 54/2 54/4 54/20 56/1 56/7 56/15 56/24 62/15 63/4 87/8
**anywhere [2]** 40/24 56/18
**apart [1]** 59/13
**apartment [1]** 38/21
**apologies [1]** 24/20
**apologize [1]** 36/6
**app [1]** 58/11
**apparent [2]** 12/23 70/20
**appear [2]** 59/9 60/5
**APPEARANCES [3]** 1/12 1/23 2/1
**appeared [2]** 62/10 62/12
**appears [1]** 58/22
**Appliances [1]** 7/4

**applicable [1]** 25/18
**applicable [1]** 80/10
**applies [1]** 9/17
**apply [2]** 9/18 32/9
**appreciating [1]** 37/2
**approach [5]** 4/4 14/3 14/9 19/14 21/4
**appropriate [13]** 5/11 6/22 10/1 13/23 17/13 17/17 17/18 18/15 23/19 24/5 24/7 33/23 34/1
**approval [2]** 12/23 17/24
**approved [1]** 14/5
**approvingly [1]** 13/1
**approximate [1]** 46/21
**approximately [3]** 44/17 44/22 44/23
**April [12]** 41/9 41/12 41/16 41/18 45/15 45/21 46/9 46/23 57/18 77/16 81/6 81/13
**April 2016 [1]** 41/12
**April 2021 [3]** 77/16 81/6 81/13
**April 28th [1]** 57/18
**April 29th [3]** 41/9 41/16 41/18
**April 30 [1]** 45/21
**April 30th [3]** 45/15 46/9 46/23
**archives [1]** 59/22
**are [77]** 4/7 4/14 5/6 5/24 6/4 6/5 6/25 7/13 7/17 8/5 10/9 10/12 11/16 12/1 12/1 13/23 13/24 14/21 14/22 16/6 16/25 18/17 18/17 19/23 20/6 20/7 20/10 22/16 22/18 22/25 23/13 23/16 24/3 25/5 28/7 28/8 31/5 31/10 31/12 31/15 32/2 32/8 32/12 32/17 32/20 33/22 33/25 38/1 39/12 41/1 43/25 46/12 49/3 53/8 55/20 56/22 57/8 57/9 57/11 59/21 63/10 63/18 63/19 63/20 63/22 70/24 70/24 71/3 73/9 73/18 75/1 75/10 77/2 80/8 82/11 86/25
**arguably [3]** 11/22 17/6 17/20
**argue [3]** 23/3 30/1 63/24
**argument [8]** 3/13 20/8 21/7 27/15 31/7 31/18 64/13 78/12
**arguments [7]** 19/24 31/22 63/10 63/19 63/20 63/22 87/2
**around [10]** 34/12 35/2 35/17 35/18 47/18 74/16 80/17 81/19 82/19 83/20
**arrest [2]** 57/20 57/21
**arrested [7]** 38/10 66/2 66/6 74/13 81/9 81/15 83/13
**Artem [6]** 42/5 42/9 42/25 43/4 44/16 46/22
**artifacts [1]** 62/20
**as [66]** 4/13 4/16 5/14 5/16 6/4 6/7 8/22 9/8 9/10 11/4 11/4 12/20 12/24 12/24 14/7 14/9 16/9 16/11 16/12 19/25 19/25 22/7 22/8 22/23 27/8 28/7 30/17 31/9 32/15 36/15 36/16 36/16 37/15 38/7 39/14 40/24 42/15 43/7 44/24 45/4 46/18 50/11 55/21 57/16 59/12 59/20 59/20 61/8 61/11 61/15 61/17 61/24 62/18 63/19 66/2 66/2 73/17 82/12 82/25 83/2 83/4 83/10 83/19 84/13 85/9 85/18
**ask [7]** 5/13 21/18 30/12 32/25 54/11 54/12 86/8
**asked [7]** 35/12 39/19 52/19 67/13 70/21 85/3 86/12
**asking [8]** 18/13 49/10 50/24 51/12 53/8 68/25 85/14 85/25
**assets [1]** 82/11
**assist [1]** 59/1
**assistance [2]** 44/1 64/5
**associated [1]** 48/15
**assumes [1]** 25/15
**assumption [1]** 29/3
**attention [5]** 41/4 43/20 47/9 49/2 51/15
**attorney [1]** 31/17

**A**

Aurum [2]  69/2 71/20
AUSA [1]  4/6
authorities [10]  26/22 43/25
65/17 71/16 75/20 75/24 76/6
77/24 78/9 78/10
automated [2]  81/7 81/7
Ave [2]  1/14 1/20
Avenue [1]  2/8
avoid [3]  7/21 12/1 75/24
avoiding [1]  11/24
aware [8]  11/12 13/20 14/20 15/21
18/25 21/16 31/9 57/5
Axiom [4]  59/3 59/6 59/8 59/21
61/9 61/12

**B**

back [34]  10/14 18/13 19/18 19/22
23/17 33/13 34/3 43/6 44/10 44/24
50/14 50/18 54/14 54/17 55/10
55/12 65/6 65/23 66/14 66/18
66/24 68/4 68/7 68/24 71/2 71/16
73/7 73/16 75/15 77/12 79/14
83/23 84/9 87/4
backed [1]  79/16
bag [1]  12/5
bank [14]  41/21 43/12 43/15 43/23
44/2 44/3 44/4 44/7 44/11 46/20
69/8 71/19 75/5 83/9
Bankruptcy [1]  2/7
base [2]  75/25 76/15
based [9]  10/19 12/9 16/20 17/4
20/9 21/10 23/2 56/19 67/21
basically [1]  16/19
basis [5]  27/7 27/13 28/17 28/18
54/24
batch [1]  70/9
Bay [1]  76/4
be [106]
bears [1]  56/6
because [41]  14/11 17/1 19/4 20/2
20/11 20/17 20/19 20/22 22/15
25/8 28/6 28/25 32/1 37/9 40/2
40/22 40/23 41/19 43/18 48/23
50/11 50/24 50/25 51/22 56/14
56/18 57/7 61/10 62/17 65/16 66/6
72/10 74/15 78/10 78/16 78/24
79/21 80/5 81/14 83/22 86/3
Beckman [4]  47/24 48/2 48/4 48/10
becomes [1]  70/20
been [25]  4/20 7/14 15/17 20/15
38/13 40/1 40/7 41/11 43/21 45/5
50/16 61/10 61/12 61/14 63/21
67/8 67/23 68/13 71/14 75/3 76/20
79/19 80/4 80/20 81/9
before [30]  1/9 25/9 25/12 25/25
26/6 27/13 28/1 28/14 28/19 31/24
32/25 33/17 37/21 39/14 40/7
49/22 51/1 51/9 51/22 52/10 53/14
54/21 55/25 56/23 57/12 65/7
70/16 72/12 72/19 87/8
beforehand [2]  25/16 32/23
began [7]  28/13 28/14 28/19 28/24
29/1 66/18 69/19
beginning [1]  64/20
behind [1]  66/22
being [9]  8/8 14/16 18/7 18/8
18/25 37/11 56/19 72/18 80/2
belief [10]  7/5 7/19 13/13 14/12
14/14 14/15 14/17 20/17 22/24
23/2
believe [17]  7/2 12/16 12/17
12/18 14/13 14/16 14/20 14/23
15/2 19/2 34/9 34/19 35/17 43/21
45/4 45/11 82/4
believed [5]  13/19 15/22 16/1
19/16 23/1
believes [1]  13/14
believing [1]  18/25
belongs [1]  44/7
beneath [1]  44/13

best [4]  42/15 45/2 48/6 52/9
better [2]  46/3 57/17
beyond [8]  5/21 18/19 24/22 25/23
27/18 29/13 34/23 64/21
big [2]  31/17 32/21
billion [1]  81/25
Billy [2]  65/14 77/7
Binance [1]  84/2
bit [6]  8/1 9/15 25/15 31/18 57/7
77/19
Bitcoin [188]
BitcoinFog.com [3]  65/2 68/18
70/6
Bitfinex [1]  84/2
Bitstamp [24]  43/17 43/17 43/19
48/16 48/21 49/4 49/9 49/17 49/21
49/24 50/5 50/18 50/22 51/4 51/12
65/22 84/2 85/3 85/11 85/14 85/16
85/18 85/20 86/3
Bitstamp's [1]  85/21
Blind [6]  67/8 67/8 67/12 67/13
67/17 67/21
blinded [2]  13/18 15/25
blinding [1]  15/11
blindness [21]  4/18 6/19 7/1 7/1
8/24 9/2 9/2 10/1 11/7 11/10
12/11 15/6 15/11 15/14 16/18
18/21 21/8 22/3 23/19 23/21 24/3
blockchain [2]  45/13 68/20
Bob [2]  65/15 77/7
boiler [1]  26/16
book [2]  13/25 56/3
born [1]  70/6
both [8]  4/20 5/15 5/17 6/3 8/4
8/17 27/7 76/14
bottom [10]  25/22 30/9 43/9 43/22
44/2 44/10 46/10 50/15 71/6 78/6
bought [3]  37/24 53/15 53/16
box [1]  33/13
brand [3]  69/5 69/13 69/22
break [9]  33/15 54/21 57/3 57/6
63/16 66/12 86/19 86/23 87/8
breaking [1]  57/7
bridge [1]  18/18
briefed [1]  8/23
briefly [1]  24/18
bring [1]  11/15
bringing [1]  19/7
BRODIE [1]  1/15
Brooklyn [1]  2/4
brown [14]  1/15 3/4 4/7 5/4 6/15
18/14 23/25 34/4 52/19 54/10 55/9
56/16 56/23 86/11
BTC [2]  50/5 50/6
Buddha [1]  65/13
build [1]  12/13
bunch [1]  20/20
bunker [6]  38/6 38/9 38/12 38/15
79/14 79/16
burden [2]  56/6 86/7
burned [3]  79/20 79/21 80/4
burner [9]  69/16 69/23 70/9 70/10
70/12 73/8 73/9 74/19 74/25
business [15]  8/13 9/12 9/17 9/21
9/23 10/4 29/24 47/19 66/10 80/9
80/11 80/13 80/24 84/4 84/11
buy [10]  35/6 37/5 37/7 53/1 53/4
53/6 67/7 67/13 73/6 77/8
buying [3]  34/25 35/1 37/25

**C**

calculations [1]  83/7
call [2]  53/22 57/22
called [1]  83/20
calling [1]  12/11
calls [1]  57/23
came [17]  7/22 28/16 45/3 46/20
53/14 53/16 53/17 60/1 61/11 62/9
65/11 65/16 70/4 71/18 73/16
80/16 84/6
can [54]  5/16 11/11 11/13 11/18

11/21 12/15 12/19 13/17 15/20
14/11 17/5 17/17 23/19 23/2 23/13
29/11 31/10 31/11 32/14 32/11
33/13 33/18 33/22 37/6 37/7 38/14
39/18 41/22 45/21 49/14 50/14
53/4 53/25 55/8 55/9 55/12 55/16
55/18 57/5 58/8 58/15 58/22 59/11
61/21 63/11 63/12 63/16 66/7
73/17 75/8 86/6 86/14 86/19 86/24
can't [5]  26/25 37/5 41/23 55/5
72/10
cannot [2]  13/15 15/23
capable [1]  18/9
CapO [6]  35/3 35/16 36/21 52/20
52/22 53/6
car [2]  75/7 75/9
card [1]  71/14
cards [2]  82/20 82/21
careless [1]  13/17
carelessness [1]  24/12
carrying [2]  38/10 74/13
carved [1]  59/23
case [36]  4/2 12/18 16/20 17/10
17/11 17/13 17/14 17/14 17/16
17/17 17/22 17/23 17/23 19/25
20/11 20/14 23/1 23/25 24/5 24/6
32/16 33/4 41/6 54/15 54/16 54/16
57/12 58/11 58/18 60/2 63/9 64/20
86/6 86/7 86/25 87/2
cases [1]  33/1
cash [1]  82/2
casual [1]  83/19
catch [1]  26/8
categories [1]  59/14
CATHERINE [1]  1/13
caught [2]  80/2 85/14
caution [1]  17/12
cautious [3]  18/2 23/21 24/9
Ccips [1]  1/19
cemented [1]  74/24
cent [1]  82/2
centered [1]  78/9
certain [5]  14/7 14/16 14/22 20/8
57/15
certainly [4]  10/8 14/4 17/22
77/6
certainty [1]  12/15
certify [1]  88/3
chain [1]  69/8
change [2]  26/6 28/3
changed [1]  24/24
changing [1]  16/23
charge [4]  5/9 5/13 22/1 30/16
charged [4]  25/24 28/8 66/8 66/17
charging [2]  4/14 13/6
chart [6]  39/14 58/22 68/15 69/15
71/3 71/12
chat [3]  62/8 62/9 62/13
check [2]  62/15 86/21
child [6]  7/13 65/14 76/25 77/2
77/5 77/8
choose [1]  6/3
chose [1]  5/16
Chris [1]  4/6
CHRISTOPHER [1]  1/15
Chukanov [6]  42/5 42/9 42/25 43/4
44/16 46/22
circled [1]  46/8
Circuit [8]  11/5 11/6 11/8 11/13
13/5 13/5 13/24 16/17
Circuit's [1]  24/8
circuits [1]  14/5
circulated [1]  5/20
circumstances [3]  15/9 21/4 22/20
circumstantial [3]  11/18 15/9
15/10
cited [1]  11/13
cites [1]  12/25
civil [1]  17/23
claimed [1]  72/16
clarified [1]  50/19
clarify [2]  40/2 59/5

## C

**clean [1]** 81/1
**clear [15]** 5/14 6/2 10/23 19/3 22/11 24/10 25/17 28/7 39/10 45/7 52/15 53/18 56/13 59/25 70/25
**client [4]** 43/2 43/4 50/19 81/1
**clients [1]** 84/5
**close [4]** 15/10 70/24 73/22 74/1
**closed [3]** 9/6 13/9 15/16
**closely [1]** 81/4
**closest [1]** 21/11
**closing [10]** 3/13 19/23 20/19 31/17 31/22 63/10 64/6 64/8 64/13 87/2
**closings [4]** 14/23 56/23 57/4 57/8
**co [1]** 26/23
**co-conspirators [1]** 26/23
**Coast [2]** 65/14 76/13
**cocaine [3]** 66/20 76/8 76/10
**code [18]** 12/23 13/1 13/2 14/3 14/25 17/24 18/24 19/14 21/10 21/23 22/6 39/20 39/23 47/10 52/2 52/8 52/14 84/11
**coincidence [2]** 74/14 75/11
**collect [3]** 8/2 11/1 81/14
**collects [1]** 53/23
**COLUMBIA [3]** 1/1 9/13 10/11
**come [10]** 13/4 54/5 54/6 54/14 55/12 55/17 83/22 83/25 84/19 87/4
**comes [6]** 8/17 8/25 17/20 21/11 55/10 83/23
**coming [8]** 20/16 37/9 62/8 83/8 84/5 84/15 84/17 86/3
**comment [1]** 30/8
**commentary [1]** 56/3
**comments [3]** 4/23 30/6 30/25
**commit [1]** 5/23
**common [5]** 5/22 74/4 82/6 83/2 86/15
**communications [2]** 73/13 73/14
**company [2]** 35/3 39/20
**compared [1]** 31/22
**comparing [1]** 10/18
**completed [1]** 40/3
**completely [2]** 40/22 81/2
**complicated [1]** 78/4
**complied [3]** 79/18 79/22 80/4
**computer [3]** 38/4 78/5 79/15
**computers [3]** 38/5 79/9 79/21
**conceal [1]** 72/22
**conceded [1]** 82/4
**concept [6]** 16/12 17/2 17/5 18/5 19/6 19/8
**concern [4]** 25/8 25/11 25/14 78/8
**concerned [3]** 23/22 29/2 78/8
**concerns [4]** 67/11 77/22 78/6 80/2
**conclude [5]** 9/11 18/15 21/2 24/6 27/12
**concludes [1]** 63/9
**conclusion [2]** 22/17 23/20
**conclusions [1]** 22/18
**conclusively [1]** 68/21
**conduct [9]** 11/24 17/14 24/2 24/23 24/4 25/16 29/6 29/9 29/14
**conducted [2]** 40/7 40/17
**conference [1]** 4/14
**confident [1]** 72/22
**configurations [1]** 78/2
**configure [1]** 78/20
**configured [2]** 79/11 80/10
**confirm [1]** 62/15
**confused [3]** 9/15 25/21 26/1
**confusing [2]** 25/4 25/17
**confusion [1]** 28/6
**Congress [5]** 8/24 18/3 18/8 18/9 19/19
**connect [2]** 65/6 73/15
**connecting [1]** 79/14

**connection [1]** 65/2
**conspiracy [9]** 5/9 9/9 26/18 26/19 30/3
**consider [2]** 4/17 66/14
**consistent [5]** 16/7 30/15 72/17 82/5 84/25
**conspiracy [20]** 4/20 5/3 5/13 5/16 5/25 8/10 8/18 24/1 25/9 25/12 26/12 26/16 26/17 27/21 56/2 56/5 56/12 56/14 56/19 66/9
**conspirators [1]** 26/23
**conspired [1]** 6/8
**constitutes [1]** 88/4
**Constitution [1]** 2/8
**consult [1]** 52/12
**CONTENTS [1]** 3/1
**context [3]** 13/1 18/1 18/17
**continuation [1]** 28/10
**continue [3]** 4/14 33/12 34/4
**continued [16]** 1/23 2/1 3/4 24/25 25/10 28/13 28/14 28/21 28/25 29/4 29/7 29/15 34/5 77/13 77/15 80/3
**continuing [2]** 25/13 28/8
**control [1]** 78/1
**controlled [2]** 69/15 74/10
**controlling [1]** 64/1
**controls [1]** 63/24
**convert [1]** 71/19
**convict [1]** 9/11
**conviction [1]** 31/5
**convince [1]** 27/6
**convinced [1]** 23/19
**cooperate [1]** 80/5
**copies [2]** 67/24 79/23
**copy [2]** 55/20 78/15
**Core [1]** 80/25
**correct [60]** 6/4 6/6 6/16 34/11 34/17 35/5 35/10 35/22 36/4 36/7 36/11 36/17 36/21 36/22 36/25 37/3 37/12 37/13 37/16 39/1 39/24 40/4 40/22 40/25 41/2 41/6 41/12 42/13 44/8 44/18 45/2 45/15 45/24 47/3 47/11 47/14 47/25 48/1 48/2 48/3 48/17 48/19 49/4 49/25 49/7 49/8 49/12 49/13 49/15 49/18 50/12 50/16 50/20 50/21 51/10 51/13 56/8 56/9 60/12 88/4
**correction [1]** 56/25
**correctly [1]** 78/20
**corresponded [1]** 40/10
**corresponds [1]** 44/21
**could [49]** 6/2 25/9 26/15 27/3 29/10 32/14 32/15 34/19 36/16 39/9 40/21 40/23 42/15 44/6 45/11 46/12 48/14 48/14 50/4 52/7 52/13 54/11 54/12 54/25 55/13 55/13 55/17 58/15 61/14 61/20 66/24 67/5 67/10 68/4 68/8 70/22 71/14 73/3 73/5 73/15 75/2 76/12 76/16 77/18 78/16 82/10 82/14 84/22 86/2
**couldn't [8]** 46/17 52/17 68/1 68/24 75/15 78/23 85/7 85/12
**counsel [4]** 4/4 4/5 4/7 4/12
**count [12]** 8/10 9/1 9/11 9/16 9/16 9/24 25/21 25/24 30/8 30/9 31/5 66/17
**countries [1]** 34/16
**country [1]** 41/21
**Counts [6]** 24/23 25/6 28/17 28/18 29/7 29/14
**couple [1]** 4/24
**course [1]** 69/4
**court [32]** 1/1 2/6 2/7 4/11 5/13 11/5 11/12 14/9 16/9 16/15 17/10 17/24 18/2 18/11 19/5 21/9 21/9 23/4 23/5 24/8 27/16 30/3 30/12 31/9 32/17 55/14 64/3 79/22 80/5 80/8 80/8 88/13
**Court's [2]** 14/4 17/19
**courtroom [1]** 68/14
**courts [2]** 2/7 23/20
**covered [1]** 57/21

## Craiglist

**Craiglist [1]** 53/14
**craigslist [9]** 53/15 53/17
**created [16]** 39/23 40/13 40/15 41/12 41/13 41/17 48/11 51/6 51/19 65/4 67/19 68/5 69/5 69/5 69/9 69/13
**creation [1]** 10/23
**creator [1]** 64/22
**credible [1]** 84/25
**credit [1]** 71/14
**crime [4]** 8/14 8/16 8/17 75/8
**crimes [5]** 5/24 66/9 75/16
**criminal [12]** 1/3 4/2 7/18 16/20 17/23 22/17 24/2 24/4 65/17 65/18 66/3 67/5
**criminals [4]** 64/18 65/12 75/22 78/19
**CRM [1]** 1/19
**cross [7]** 3/4 3/7 18/18 34/5 61/4 61/5 86/10
**Cross-examination [4]** 3/4 3/7 34/5 61/5
**cross-examined [1]** 86/10
**Crypto [2]** 74/10 74/12
**cryptocurrency [4]** 37/15 66/22 79/12 83/14
**Crystal [1]** 65/13
**CS [7]** 57/23 58/5 73/17 74/8 75/3 78/3 80/22
**currently [1]** 65/21
**customer [17]** 42/6 43/2 43/4 44/17 44/22 45/7 47/19 47/21 47/22 47/22 47/24 48/4 72/8 72/10 75/13 76/15 84/16
**customers [9]** 10/9 10/10 10/11 42/14 76/12 80/12 84/12 84/17 84/20
**customers' [1]** 75/14
**cut [2]** 65/18 81/17
**cybercriminal [2]** 67/3 72/23

## D

**D.C [8]** 11/5 11/8 11/13 13/4 13/5 13/24 16/17 24/8
**damage [1]** 67/22
**danger [1]** 18/4
**darknet [12]** 10/9 10/13 64/14 64/22 65/10 65/13 66/19 66/23 76/3 76/18 76/22 76/24
**data [1]** 79/16
**date [18]** 25/18 25/25 40/6 40/8 40/12 40/12 40/14 40/15 41/8 41/13 41/14 41/14 41/19 43/18 45/21 47/13 47/18 49/6
**dated [4]** 40/6 41/16 45/15 88/10
**dates [8]** 25/1 25/7 28/11 28/14 28/15 28/20 29/5 29/15
**dating [3]** 58/11 60/5 60/8
**day [4]** 45/14 71/9 82/18 88/10
**DC [7]** 1/5 1/14 1/17 1/21 2/9 9/21 66/10
**de [3]** 3/6 33/6 57/23 58/1 77/22
**de-anonymizing [1]** 77/22
**dealer [2]** 12/6 12/7
**dealers [10]** 65/11 65/13 66/19 66/21 66/25 76/5 76/6 76/8 76/13 76/22
**dealing [4]** 17/15 18/18 24/3 43/7
**dealt [1]** 51/1
**decade [3]** 64/15 66/2 81/10
**decided [1]** 79/19
**decision [2]** 11/6 24/8
**deduction [1]** 23/2
**deductive [2]** 20/24 22/17
**deep [1]** 27/4
**defeat [2]** 56/4 56/11
**defendant [127]**
**defendant's [35]** 7/4 7/8 7/10 22/25 58/15 60/7 65/20 65/25 69/21 69/23 70/15 70/19 71/21 72/1 72/10 73/5 74/17 75/22 78/12 78/13 79/8 79/24 80/2 80/7 80/8

**D**

**defendant's...** **[10]** 80/21 80/23 82/8 82/11 83/1 83/7 83/11 84/3 84/11 85/18
**defendants** **[1]** 6/8
**defense** **[20]** 3/10 16/21 21/8 22/12 27/20 30/4 31/2 31/19 54/8 54/16 54/24 61/18 61/19 62/1 62/2 75/2 78/23 81/23 86/5 87/10
**defense's** **[1]** 22/10
**defer** **[1]** 56/3
**defined** **[1]** 14/13
**definition** **[4]** 12/14 16/10 16/25 22/2
**degree** **[1]** 12/16
**delaying** **[1]** 85/25
**delete** **[2]** 67/22 79/21
**deleted** **[1]** 7/23
**deliberate** **[4]** 7/20 7/25 15/11 66/15
**deliberately** **[6]** 7/23 9/6 13/9 13/18 15/16 15/25
**deliberations** **[1]** 57/17
**demonstrating** **[1]** 13/16
**deniable** **[1]** 7/9
**denied** **[1]** 55/3
**DEPARTMENT** **[2]** 1/13 57/19
**depending** **[1]** 60/2
**deposit** **[3]** 22/21 72/10 72/10
**deposited** **[4]** 37/18 71/10 82/16 82/21
**depositing** **[2]** 70/3 82/25
**deposits** **[2]** 21/1 75/14
**Dept** **[1]** 1/20
**described** **[1]** 59/12
**design** **[2]** 7/22 10/15
**designed** **[7]** 8/2 10/24 11/1 64/16 75/13 76/1 79/4
**desktop** **[1]** 79/10
**destroy** **[1]** 7/25
**details** **[3]** 41/1 44/2 75/17
**determined** **[1]** 58/12
**develop** **[1]** 84/23
**developed** **[1]** 68/23
**device** **[5]** 58/13 59/9 59/16 59/20 61/13
**devices** **[3]** 77/17 79/2 79/8
**devices'** **[1]** 58/17
**dicta** **[3]** 17/19 17/21 17/21
**did** **[50]** 5/5 5/18 13/7 16/17 26/17 28/25 29/4 29/8 32/4 35/14 35/21 36/25 38/15 39/7 42/25 45/7 45/8 46/15 46/21 47/19 49/22 52/2 52/11 52/22 53/9 53/11 53/20 58/24 59/1 59/5 60/5 62/15 62/22 67/25 68/5 68/20 68/22 71/17 73/20 73/24 75/12 78/10 79/19 82/7 83/7 83/24 84/16 85/7 85/7 85/8
**didn't** **[23]** 11/11 17/11 26/10 35/13 40/19 41/25 46/16 46/24 47/7 47/21 48/24 49/21 50/25 52/4 52/12 62/9 62/15 62/21 62/23 67/17 68/8 73/6 82/6
**different** **[15]** 11/14 38/4 38/5 38/9 38/11 44/17 65/3 67/21 74/21 74/23 74/23 75/7 84/12 84/13 84/17
**digital** **[1]** 73/16
**diligent** **[1]** 48/25
**direct** **[10]** 3/7 15/8 15/9 15/10 33/6 34/9 39/19 41/4 43/20 58/3
**directed** **[1]** 54/24
**directing** **[3]** 47/9 49/2 51/15
**disagree** **[1]** 20/2
**disappear** **[2]** 68/8 77/12
**disapproval** **[1]** 17/25
**disavow** **[2]** 56/5 56/11
**disciplined** **[2]** 73/11 77/16
**discuss** **[4]** 16/25 54/16 66/13 87/2

**discussed** **[1]** 24/18
**discussing** **[1]** 66/22
**discussion** **[3]** 5/12 22/14 30/8
**disk** **[1]** 81/1
**display** **[2]** 64/6 64/9
**dispute** **[1]** 71/3
**disputed** **[1]** 7/11
**distinct** **[2]** 15/12 75/5
**distinction** **[1]** 20/24
**distribute** **[1]** 77/5
**distributed** **[1]** 77/3
**DISTRICT** **[6]** 1/1 1/1 1/10 2/7 9/13 10/10
**dive** **[1]** 27/4
**DNS** **[2]** 42/18 43/6
**do** **[48]** 4/17 4/18 4/21 5/5 6/6 11/25 14/25 18/12 18/20 21/21 23/5 28/12 29/17 31/4 31/24 32/19 33/7 37/22 39/20 41/22 45/2 51/15 51/17 52/20 54/4 54/4 54/16 55/10 55/11 55/15 55/16 57/3 57/8 58/5 58/13 58/20 59/8 60/7 61/19 62/15 68/5 68/22 75/12 79/19 86/1 86/7 86/19 87/2
**document** **[2]** 59/15 61/11
**documents** **[4]** 59/14 59/17 60/2 76/23
**does** **[17]** 5/6 11/15 13/14 13/22 15/22 16/9 17/13 19/2 26/5 28/2 30/5 60/1 63/6 64/6 64/8 83/9 86/8
**doesn't** **[9]** 5/14 9/17 12/15 13/4 13/25 19/2 32/10 72/11 79/15
**doing** **[14]** 18/1 24/10 26/24 27/2 27/9 27/19 32/2 40/1 52/14 55/22 56/16 63/18 77/20 86/14
**DOJ** **[2]** 1/16 1/19
**DOJ-CRM** **[1]** 1/19
**DOJ-USAO** **[1]** 1/16
**dollars** **[12]** 35/20 36/17 65/12 65/20 71/9 71/20 76/3 81/16 81/25 83/14 83/19 84/7
**domain** **[5]** 48/14 48/15 71/7 71/13 86/13
**don't** **[46]** 4/24 5/15 12/5 12/7 12/18 12/19 14/19 14/24 16/3 16/5 17/11 19/7 19/10 19/24 20/8 22/19 22/23 27/21 25/20 26/13 26/13 26/15 27/21 32/1 33/11 33/24 38/13 38/14 39/15 39/16 42/24 44/6 44/20 51/4 53/22 54/6 54/14 55/21 56/6 56/18 56/20 62/12 86/11 86/12 86/13 87/3
**done** **[5]** 31/16 44/25 62/19 67/23 71/14
**doubt** **[7]** 5/22 24/22 25/23 29/13 60/8 60/10 64/21
**down** **[20]** 20/10 23/23 24/15 24/21 27/21 39/18 43/9 43/22 44/10 49/14 50/4 50/9 52/3 52/24 53/25 67/8 71/6 73/2 77/10 77/14
**dozen** **[1]** 64/24
**drafted** **[4]** 5/3 9/10 19/19 60/11
**draw** **[1]** 11/19
**drive** **[2]** 68/25 80/25
**drives** **[1]** 80/23
**driving** **[1]** 75/9
**drop** **[1]** 30/1
**dropping** **[2]** 12/6 15/13
**drug** **[15]** 10/6 10/13 12/4 12/6 12/6 65/10 65/13 66/19 66/19 66/23 76/5 76/6 76/8 76/13 76/22
**drugs** **[6]** 7/7 7/13 73/6 76/12 76/14 77/2
**due** **[1]** 48/25
**Duncan** **[2]** 67/12 67/17
**during** **[9]** 34/9 34/22 35/12 36/10 39/19 51/16 52/22 53/5 69/12

**E**

**each** **[5]** 40/20 40/20 66/16 66/17 86/9

**earlier** **[17]** 34/12 36/9 38/23 39/8 41/9 42/14 42/22 42/3 43/18 44/18 45/9 45/10 46/22 47/20 50/22 52/6 57/7
**early** **[3]** 67/2 67/4 82/23
**earned** **[1]** 81/21
**earnings** **[2]** 84/25 86/3
**easiest** **[1]** 52/10
**ebook** **[4]** 60/5 60/9 60/13 62/22
**effect** **[4]** 20/11 25/5 26/23 28/13
**effective** **[1]** 75/19
**efforts** **[2]** 77/23 78/13
**ego** **[1]** 69/10
**eight** **[1]** 51/18
**either** **[6]** 5/17 8/14 8/16 26/15 28/13 33/24
**EKELAND** **[10]** 2/2 2/3 3/4 3/7 4/10 6/11 16/13 32/19 54/1 56/1
**element** **[3]** 8/17 13/12 15/19
**elements** **[1]** 66/16
**else** **[13]** 30/18 30/20 34/22 38/25 39/13 54/2 54/4 56/1 56/7 63/4 67/18 85/17 85/17
**else's** **[1]** 11/20
**Elsewhere** **[1]** 80/3
**email** **[2]** 69/7 69/10
**emails** **[2]** 42/8 42/10
**emerged** **[1]** 79/17
**empirical** **[1]** 21/4
**empirically** **[1]** 20/3
**employed** **[1]** 35/3
**employee** **[1]** 49/9
**end** **[1]** 68/9
**ending** **[2]** 44/11 74/21
**ends** **[2]** 43/23 43/24
**enforcement** **[12]** 66/24 67/6 67/24 68/10 68/11 73/3 73/5 77/10 79/18 80/2 80/3 80/6
**engage** **[1]** 24/4
**engaged** **[2]** 9/12 11/24
**English** **[1]** 10/15
**enough** **[5]** 5/21 12/12 26/24 26/25 48/25
**ensured** **[1]** 76/16
**Enterprises** **[2]** 76/9 76/11
**entire** **[2]** 7/9 24/1
**entirely** **[1]** 86/18
**entitled** **[1]** 88/5
**epistemological** **[4]** 14/12 16/16 17/2 21/7
**epistemology** **[3]** 14/14 20/7 23/3
**equivalent** **[1]** 71/9
**error** **[2]** 50/10 50/15
**escape** **[1]** 12/4
**Especially** **[1]** 82/23
**essentially** **[7]** 6/25 8/14 16/19 16/23 31/13 31/16 35/6
**established** **[4]** 13/12 13/16 15/20 15/23
**Euros** **[2]** 44/17 44/22
**evaluate** **[1]** 86/15
**even** **[26]** 8/23 9/22 14/1 15/8 17/8 17/11 17/17 26/17 38/17 43/8 46/17 54/15 54/16 56/13 59/16 70/17 70/20 72/25 73/18 76/11 77/14 81/24 82/4 84/3 85/13 87/2
**event** **[1]** 13/6
**events** **[1]** 20/13
**ever** **[9]** 17/11 17/16 24/5 51/4 53/4 65/8 70/14 70/17 72/19
**every** **[4]** 38/7 81/17 81/17 86/11
**everyone** **[3]** 67/20 80/19 86/1
**everything** **[5]** 32/24 59/15 79/20 83/23 85/24
**evidence** **[41]** 6/23 7/19 7/21 11/19 11/19 11/21 12/1 15/9 15/10 15/10 22/14 27/13 27/17 27/21 28/16 30/6 31/11 31/20 39/10 47/10 55/1 56/10 57/15 57/17 60/25 61/1 61/7 61/15 63/9 63/21 63/22 63/23 63/24 63/25 66/13 73/22 79/1 79/5 82/5 85/8 87/1

## E

evidentiary [2] 27/7 31/9
exact [1] 40/19
exactly [7] 59/25 61/11 61/13
64/23 68/11 68/22 75/10
exam [1] 34/9
examination [11] 3/4 3/4 3/7 3/7
33/6 34/5 39/19 51/25 58/3 58/18
61/5
examine [1] 86/8
examined [1] 86/10
examiner [1] 59/14
example [5] 9/10 41/5 59/15 59/18
74/10
examples [1] 79/8
exceeded [1] 83/8
Except [1] 47/21
exchange [2] 37/19 49/4
exchanges [3] 51/2 65/21 84/8
excuse [1] 84/19
excused [1] 63/2
excuses [1] 85/5
executed [1] 8/19
exhibit [30] 3/10 3/10 39/9 41/4
43/24 44/3 45/11 46/4 47/9 49/2
49/3 50/14 50/18 51/15 51/16 58/6
58/9 58/10 58/15 60/5 60/14 60/17
60/18 61/8 61/11 61/15 61/22
61/24 62/1 62/2
Exhibit 305 [1] 51/15
Exhibit 306 [1] 46/4
Exhibit 313A [1] 39/9
Exhibit 414A [2] 47/9 50/14
Exhibit 414C [2] 49/2 50/18
Exhibit 432C [2] 43/24 44/3
Exhibit 719A [1] 41/4
Exhibit 721 [5] 58/6 58/9 60/5
60/17 61/8
exhibits [7] 3/9 33/7 33/8 33/9
33/10 43/20 64/25
exist [4] 13/14 15/22 19/2 72/11
existence [10] 13/11 13/14 13/19
13/20 15/19 15/21 15/25 19/1
19/17 21/16
existing [1] 67/7
exists [1] 7/3
expecting [1] 32/21
expenditures [1] 83/8
expert [1] 68/20
experts [2] 70/22 84/15
explain [5] 49/10 52/7 59/11
66/15 84/23
explainable [1] 83/9
explained [5] 50/10 70/23 75/4
78/3 78/5
explaining [1] 50/22
explanation [1] 83/2
Exploit [6] 7/10 68/25 72/24
76/25 78/1 78/18
exploit.in [1] 67/3
explorer [1] 45/13
exploring [2] 34/10 34/12
expressed [3] 11/6 11/8 24/7
expresses [2] 17/24 17/25
extent [4] 7/14 10/2 22/25 56/13
extraction [6] 59/1 59/3 59/5
59/8 60/4 61/8
extreme [2] 17/9 17/10
extremely [2] 23/21 24/9
eyes [4] 9/6 13/10 15/16 22/21

## F

facie [1] 7/15
facilitated [1] 76/2
fact [18] 7/3 7/21 7/23 9/5 13/9
13/11 13/19 15/16 15/19 19/1
19/17 20/1 20/3 20/20 21/17 27/10
27/18 51/6
facts [4] 12/19 16/1 23/24 66/15
factual [1] 27/13
failure [2] 9/18 9/18

fair [2] 9/3 11/25
fairly [2] 11/21 85/23
fairness [1] 13/24
fake [3] 51/7 51/8 85/12
false [1] 84/24
familiar [2] 31/12 39/4
far [2] 14/21 86/25
FBI [3] 68/19 73/4 77/18
February [3] 47/13 47/17 49/11
February 12th [3] 47/13 47/17
49/11
feeling [1] 32/10
fees [2] 53/21 53/22
fellow [1] 78/19
fentanyl [2] 66/20 76/14
few [9] 35/8 36/17 36/20 42/16
44/25 53/9 70/7 71/14 72/20
fiat [1] 37/9
figure [3] 45/2 52/9 57/6
figures [1] 81/20
file [4] 61/12 62/8 62/9 62/14
files [6] 59/9 59/13 59/19 59/22
59/22 77/19
final [1] 56/23
finally [1] 4/22
financial [7] 25/24 37/14 41/20
65/21 76/24 82/8 84/7
FinCEN [1] 29/22
find [23] 5/15 9/4 9/5 10/21 13/8
13/9 15/15 15/16 23/15 25/11
26/16 28/17 28/19 48/14 48/14
52/17 54/25 60/1 73/20 78/10
78/21 83/7 84/16
finding [1] 24/11
fine [13] 6/20 21/19 22/9 30/14
30/18 33/3 55/19 60/25 61/2 61/3
61/20 64/4 69/19
finish [1] 20/13
finished [1] 21/18
first [22] 6/20 9/16 15/13 21/25
35/1 43/22 46/17 53/17 58/23
63/11 67/7 67/14 68/14 68/22 69/5
69/20 69/21 70/9 70/16 72/7 72/18
73/24
five [1] 24/19
flagged [2] 80/3 85/18
flip [2] 45/11 50/14
flipping [1] 44/10
Floor [1] 2/4
flow [1] 77/13
Fog [110]
Fog's [3] 75/19 80/20 81/12
fold [2] 18/21 18/22
folder [3] 59/17 59/18 59/19
folders [1] 60/3
follow [3] 49/22 66/24 75/20
follow-up [1] 49/22
followed [1] 40/3
following [7] 10/20 13/8 24/25
25/25 28/15 29/15 50/19
follows [1] 20/25
foolish [1] 13/17
foregoing [1] 88/4
forensic [7] 58/18 58/24 59/4
59/6 59/12 82/7 83/3
foreseen [1] 73/4
forfeiture [6] 4/21 31/6 31/7
31/10 31/15 32/13
forget [1] 55/4
forgot [1] 24/24
form [3] 4/23 30/25 31/22
format [1] 62/11
formed [1] 23/2
formulations [1] 16/6
forth [1] 15/24
forum [3] 67/3 67/9 72/24
found [12] 49/17 49/24 52/13
58/19 59/20 60/1 61/12 61/13
75/24 79/13 80/21 80/22
founded [1] 74/2
four [10] 4/15 40/4 40/7 41/12
42/3 44/18 45/8 46/22 47/20 66/8

frame [2] 16/10 32/23
frank [1] 54/7
Frederik [1] 44/7
freelance [8] 27/3 27/19 35/8
35/13 40/16 40/18 56/16 84/24
front [3] 23/9 33/1 75/7
frowns [1] 55/21
frustrated [4] 48/20 50/22 85/6
85/16
fucking [1] 78/21
fulfilled [1] 5/15
full [2] 24/21 85/4
functioning [1] 80/13
fund [2] 68/6 69/1
funds [27] 35/6 35/13 37/16 37/17
37/18 37/21 37/22 47/5 47/7 50/20
52/5 53/10 53/11 53/20 67/6 70/2
71/25 72/11 75/14 75/20 76/18
83/21 84/9 84/18 85/1 85/9 85/12
further [5] 30/19 30/21 51/23
53/24 62/24

## G

gave [2] 23/25 76/15
generally [1] 32/20
geographic [1] 10/4
Germany [2] 34/24 38/17
get [16] 4/21 14/23 20/7 20/16
21/7 30/22 33/2 33/11 51/4 54/12
55/25 57/1 77/1 78/19 79/23 82/10
getting [4] 20/23 63/19 81/17
86/25
give [16] 12/10 17/11 17/12 18/15
18/20 18/23 19/23 23/7 27/5 27/14
30/24 33/1 36/25 56/23 61/19
84/22
given [5] 24/1 32/14 55/3 66/19
80/6
giving [10] 6/24 13/2 13/3 15/18
17/10 21/19 21/20 21/21 23/21
24/9
Glave [4] 82/8 83/3 83/6 83/10
Glave's [2] 46/5 51/16
Global [7] 7/3 8/4 11/6 11/12
12/23 14/5 17/20
Global-Tech [7] 7/3 8/4 11/6
11/12 12/23 14/5 17/20
globally [2] 10/7 32/12
globe [1] 84/13
gmail.com [1] 42/9
go [25] 6/19 22/6 23/17 24/10
26/22 27/21 30/22 32/11 33/11
33/13 37/23 41/25 42/17 43/5
52/23 59/15 59/17 60/22 66/14
68/5 69/25 72/24 75/23 86/19
86/23
goes [3] 19/18 19/21 76/5
going [32] 4/25 9/20 10/14 12/2
19/5 19/23 20/5 20/7 20/10 21/5
21/9 28/17 28/19 29/20 29/25 30/1
30/1 32/24 33/4 33/7 36/9 39/16
47/22 50/18 66/13 66/15 71/22
71/23 78/3 80/15 85/17 85/18
gold [1] 82/12
gone [2] 47/23 84/23
good [11] 4/6 4/9 4/10 4/13 16/17
26/8 32/3 34/7 34/8 54/7 54/11
Google [1] 68/25
got [9] 20/20 23/8 48/18 48/20
53/11 65/18 67/24 76/1 78/15
Gothenburg [2] 74/6 74/6
government [45] 3/10 4/5 4/7 4/25
5/21 16/5 19/15 24/22 25/23 26/5
28/2 29/13 30/5 31/1 32/9 39/9
46/14 52/15 57/12 60/4 60/16
60/18 60/24 61/8 61/15 61/18 63/6
63/7 63/11 64/6 64/8 65/5 65/23
65/25 66/16 73/1 78/15 79/13
79/23 80/21 82/10 82/14 84/8
84/15 87/9
government's [3] 54/15 57/11
70/22

**G**

governments [1]   57/23
Gox [11]   39/11 69/6 69/13 69/22
71/8 71/19 71/21 71/22 74/19
74/22 84/1
Graves [8]   11/5 16/16 17/9 17/18
17/19 17/20 17/25 24/8
great [3]   33/17 75/18 84/23
greater [1]   61/11
ground [2]   17/16 81/8
guess [7]   15/12 20/23 33/11 37/8
53/13 53/15 54/1
guidance [3]   18/16 18/16 52/15
guilty [1]   54/25
guy [1]   48/6

**H**

hackers [1]   65/15
hacking [1]   76/24
had [71]   7/6 9/4 9/23 10/7 13/8
13/19 15/15 18/8 20/21 32/25
34/16 36/19 36/19 36/23 37/2 37/9
37/9 37/24 38/2 38/5 39/4 39/25
40/1 41/24 42/11 42/13 42/17
42/17 42/23 43/2 43/5 44/24 45/3
45/24 46/14 46/16 48/10 48/13
51/1 51/2 51/2 51/22 52/10 52/15
52/17 55/5 56/17 58/11 60/13
62/19 66/19 66/21 67/8 67/23 79/1
79/6 79/10 79/18 79/19 80/4 80/20
81/9 82/11 83/13 83/15 83/17
83/21 84/18 84/23 85/18 86/3
hadn't [1]   52/5
half [2]   18/24 83/13
halt [1]   81/8
halted [1]   66/3
handed [1]   38/25
hands [1]   68/10
happen [3]   21/5 28/25 29/8
happened [5]   39/3 42/16 66/1 73/3
85/3
happening [2]   18/6 44/25
happens [1]   85/21
happy [3]   33/24 45/5 55/15
hard [4]   10/21 78/21 86/17 86/20
harder [1]   71/2
hardware [1]   80/20
has [23]   7/14 10/3 13/13 16/6
16/14 17/12 20/10 24/8 25/17 30/3
48/2 54/1 56/4 60/24 61/14 61/18
63/14 63/21 66/5 78/23 79/5 79/13
86/5
hasn't [2]   81/12 81/13
HASSARD [4]   2/2 4/12 61/14 61/21
have [109]
haven't [3]   31/8 38/13 45/3
having [7]   22/3 27/4 28/24 31/6
31/13 32/22 80/18
he [114]
head [6]   11/20 11/22 23/1 26/21
27/1 27/2
hear [4]   4/17 32/23 57/12 63/19
heard [21]   23/5 54/15 60/7 63/23
64/24 64/25 65/6 65/19 65/22
68/19 72/15 72/16 75/17 78/12
82/7 82/16 83/1 84/10 85/15 87/1
87/1
hearing [1]   35/9 35/12
hearsay [1]   31/11
heavydist [1]   42/9
help [5]   14/24 59/14 65/17 76/6
77/7
helpful [1]   15/5 32/22
helping [2]   48/8 63/20
helps [1]   57/5
her [1]   83/6
here [34]   4/14 8/5 9/10 16/3
16/25 18/4 20/10 20/11 21/19
23/15 23/20 24/2 25/8 26/3 28/6
28/7 28/8 28/12 33/2 39/11 41/8
41/25 42/5 42/22 43/9 43/23 45/7

---

46/8 47/24 54/17 67/13 68/14
heroin [1]   66/20
hid [1]   78/17
hidden [17]   7/12 10/21 76/6 76/16
76/20 77/1 77/4 77/22 77/24 78/2
78/3 78/7 78/9 78/19 79/7 80/7
82/12
hide [8]   64/19 65/2 65/11 65/17
78/14 79/4 80/1 85/1
hiding [1]   73/11
high [25]   7/2 10/8 11/23 12/16
12/17 13/13 13/19 13/20 15/21
16/1 19/1 19/16 19/23 20/16 21/10
21/12 21/15 21/16 36/16 53/3
58/19 70/6 71/5 81/20 86/10
highest [2]   64/17 82/2
highly [1]   66/23
him [10]   13/10 15/17 67/5 68/4
68/7 68/24 71/16 73/15 73/16
85/20
himself [4]   13/18 15/25 73/12
85/24
his [78]   9/6 13/9 15/16 65/2 66/8
67/14 67/14 67/18 67/20 67/22
68/2 68/24 69/3 69/6 69/9 69/10
69/20 69/22 69/24 70/8 70/8 70/11
71/8 72/4 72/21 73/12 73/14 73/16
73/19 74/12 74/17 74/21 76/8
76/10 76/12 77/16 77/17 77/18
77/25 78/1 78/14 78/17 78/18 79/8
79/11 79/16 79/20 79/21 80/3 80/9
80/12 80/24 82/9 82/10 82/12
82/13 82/17 82/17 82/18 82/22
83/1 83/8 83/8 83/14 83/15 83/18
83/20 83/25 84/1 84/21 84/24 85/1
85/4 85/12 85/12 86/3 86/10 86/11
Hold [1]   64/10
holding [2]   17/22 83/4
hole [1]   27/22
home [1]   38/16
Hong [3]   48/2 48/7 48/10
Honor [44]   4/6 4/10 5/5 5/10 5/19
6/9 6/13 6/21 8/9 9/14 9/25 13/22
15/4 16/5 20/9 26/7 28/5 29/11
30/7 30/19 30/21 31/1 31/3 31/8
31/25 32/3 32/7 33/5 33/14 54/7
54/8 54/22 54/23 56/9 57/2 60/21
61/25 63/1 63/5 63/12 64/12 85/9
87/9 87/10
HONORABLE [1]   1/9
hopefully [1]   31/21
hoping [1]   26/15
Hosting [2]   70/6 71/6
hotmail.com [1]   69/11
hour [1]   66/12
hours [1]   71/11
house [2]   75/7 82/13
housekeeping [1]   33/14
how [19]   4/22 11/11 18/5 35/21
38/14 40/19 40/20 49/14 57/6 60/2
62/4 62/6 65/1 65/7 66/15 68/17
78/21 78/25 81/4
huge [1]   82/21
Hume's [1]   20/6
hundreds [6]   64/25 65/10 65/20
76/5 76/19 84/6

**I**

I'd [2]   22/6 43/20
I'm [10]   19/10 19/13 20/9 20/13
21/14 29/10 30/24 45/25 54/3 64/7
idea [1]   10/18
identification [2]   11/1 76/23
identify [3]   73/15 77/11 77/24
identifying [1]   8/2
identity [1]   67/16
ignorance [1]   19/8
illegal [2]   8/8 67/10
Ilya [1]   65/15
image [5]   58/13 58/14 59/19 59/21
62/11

---

images [4]   58/17 59/18 60/1 60/1
implicit [2]   29/3 56/19
implies [2]   25/4 28/25
impossible [1]   68/7
inchoate [1]   56/15
included [2]   22/19 76/11
includes [2]   7/5 7/22
including [3]   11/2 22/2 79/16
income [6]   36/24 37/1 52/16 66/1
83/11 83/11
incorporate [1]   8/24
incorporates [1]   8/23
incorrect [4]   41/3 42/21 44/24
51/5
increase [1]   38/8
indicates [1]   56/3
indication [2]   10/23 71/1
indictment [1]   30/16
induction [2]   20/7 23/2
inductive [3]   20/8 21/3 22/18
infer [3]   11/22 11/25 12/19
inference [1]   12/8
inferences [1]   11/19
inferred [2]   13/18 15/24
inform [1]   22/15
information [11]   8/3 11/2 40/21
40/23 42/20 43/9 44/8 48/8 48/25
49/1 76/24
infrastructure [2]   79/7 80/1
innuendo [1]   56/15
inquiry [1]   85/21
insert [4]   5/23 29/8 29/17 30/12
instance [2]   27/1 39/12
instead [3]   15/17 28/3 50/11
institution [1]   66/3
institutions [1]   84/8
instruct [7]   4/19 9/4 24/21 25/22
29/12 31/23 32/17
instructed [2]   17/3 27/11
instruction [31]   4/18 6/22 6/23
6/24 10/1 11/17 12/11 13/3 15/6
15/14 15/18 16/18 16/22 17/10
18/19 18/21 18/22 18/23 21/6 21/8
21/25 22/4 22/7 22/8 24/9 26/11
27/6 27/14 32/15 56/21 56/22
instructions [13]   5/3 5/19 6/5
9/10 14/6 23/22 32/2 32/5 32/7
32/12 33/1 56/22 56/25
intend [1]   4/22
intended [4]   8/16 8/24 77/12
84/11
intentional [1]   19/8
intentionally [2]   19/7 24/4
interested [1]   10/12
interesting [3]   11/4 14/11 16/16
interface [2]   8/2 10/25
international [1]   43/12
internet [3]   42/23 52/13 73/13
interrupt [1]   19/11
intimidated [1]   72/25
introduce [2]   17/5 28/6
introduced [1]   31/12
introduces [1]   17/7
introducing [2]   16/11 16/24
investigating [2]   75/5 75/10
investment [1]   83/5
investor [1]   82/1
invoice [37]   40/6 40/12 40/13
40/14 40/15 40/20 40/21 41/5 41/9
41/11 41/13 41/15 41/16 41/17
42/3 43/1 43/8 43/10 44/5 44/18
44/21 45/14 45/24 46/11 47/10
47/13 48/5 48/12 48/16 49/1 49/17
49/20 49/25 50/3 51/6 51/7 85/13
invoices [24]   39/20 39/24 40/11
40/24 41/1 42/12 42/12 42/21
46/13 46/15 48/19 48/23 51/18
52/2 52/8 52/15 84/10 84/12 84/12
84/14 84/19 84/24 85/1 85/13
involve [1]   33/7
involved [3]   5/23 8/20 17/14

## I

invulnerability [1]   72/23
iota [1]   27/13
IP [11]   73/15 73/17 73/19 73/21
73/24 74/1 74/5 74/16 74/21 74/24
80/10
IPs [4]   74/23 75/1 75/3 75/4
IRS [4]   59/2 59/5 62/17 77/18
is [377]
isn't [13]   19/21 23/11 39/17
43/10 44/11 44/14 46/11 48/16
49/24 50/4 50/7 51/18 72/1
issue [4]   16/4 28/6 28/24 56/2
issued [2]   52/15 57/19
issues [3]   4/25 80/18 80/20
it [322]
item [1]   53/17
items [5]   4/16 35/14 53/12 53/14
53/15
its [9]   5/1 12/23 13/14 13/20
15/21 65/23 72/7 72/12 77/11
itself [3]   18/6 58/14 79/4

## J

jail [2]   68/5 75/23
jam [1]   20/18
January [1]   35/10
January 31st [1]   35/10
Jeff [1]   4/8
JEFFREY [1]   1/18
job [7]   16/17 40/7 40/20 51/8
51/9 52/20 82/18
jobs [11]   27/3 27/19 35/8 35/13
39/25 40/3 40/17 40/18 40/19
42/16 44/25
join [1]   26/17
joining [2]   4/12 56/14
JUDGE [1]   1/10
June [1]   26/1
June 14th [1]   26/1
juror [1]   54/25
jurors [2]   17/3 32/25
jury [48]   1/9 4/19 5/14 6/2 6/22
6/25 9/4 9/11 12/12 14/25 16/11
18/15 22/1 22/15 24/11 27/11 28/9
28/17 28/19 28/21 30/23 31/11
31/21 31/23 32/1 32/9 32/23 33/11
33/18 33/23 34/2 52/7 54/19 55/10
55/25 56/22 57/1 57/9 57/10 58/8
58/16 61/16 63/8 63/16 86/5 86/14
86/24 87/6
just [112]
JUSTICE [4]   1/13 1/20 12/24 57/19
justification [1]   23/4
justified [2]   14/14 19/25 20/17
22/24
justify [2]   7/19 56/21

## K

keep [5]   12/12 42/13 48/24 63/25
79/7
keeping [3]   40/25 77/16 79/12
kept [6]   42/12 48/10 48/19 67/23
82/12 85/14
key [2]   38/22 66/13
keys [2]   38/25 39/13
kill [2]   73/13 76/13
Killdozer [3]   7/8 67/15 67/22
kind [4]   31/14 50/23 51/1 62/11
knew [19]   8/7 8/16 8/19 12/19
16/1 20/1 40/23 46/14 46/15 48/18
48/19 48/24 65/16 68/1 68/4 71/15
71/16 77/6 85/19
know [62]   4/25 7/11 7/14 9/10
10/14 10/14 10/16 10/21 11/4
11/11 11/17 11/20 11/20 11/25
12/2 12/15 14/24 15/1 18/5 18/14
18/25 19/7 19/17 19/21 20/3 20/4
20/8 21/2 21/9 22/21 25/11 25/12
25/13 25/14 26/18 26/22 27/13
27/15 27/16 28/15 28/17 28/18

28/22 29/1 31/13 31/15 31/20 33/8
31/24   39/1 39/6   50/24 53/16
53/22 56/6 57/4 61/21 65/8 79/15
86/12 86/16 86/20
knowing [4]   9/21 9/22 12/13 24/3
knowingly [1]   9/12
knowledge [50]   8/17 8/22 8/23
8/25 9/3 9/5 9/8 9/15 9/16 10/3
10/3 10/5 11/9 11/10 12/14 12/15
13/8 13/11 13/12 13/15 13/17 14/7
14/13 14/13 15/8 15/8 15/9 15/15
15/18 15/19 15/20 15/23 16/11
17/2 18/16 18/19 18/22 18/23
19/22 20/21 20/25 21/11 21/12
22/3 22/16 22/19 22/23 23/23
23/24 40/19
known [2]   72/13 82/14
knows [1]   10/6
Kolbasa [6]   69/14 69/24 70/10
70/13 73/8 74/19
Kong [3]   48/2 48/7 48/10
Kraken [7]   37/15 37/22 65/22
80/11 80/16 83/15 84/1
krona [1]   35/17
kronas [1]   37/9
KYC [2]   51/1 51/2

## L

language [19]   10/17 12/24 13/23
17/4 17/24 18/10 18/24 19/4 19/19
23/11 23/18 23/18 24/25 25/8
25/14 28/6 28/23 29/3 29/11
laptop [3]   38/9 62/17 78/24
largely [1]   80/1
last [4]   5/20 23/8 38/15 38/20
late [1]   81/14
later [9]   6/6 53/2 53/7 59/1
67/24 68/9 70/7 72/20 85/11
latter [1]   13/7
launch [2]   65/10 72/12
launched [2]   67/18 72/6
launching [1]   78/17
launder [5]   8/8 52/3 52/4 75/13
76/9
laundered [2]   65/12 76/18
laundering [12]   7/10 8/10 9/22
13/2 17/13 64/15 64/22 66/9 66/9
67/11 77/15 81/16
law [30]   2/3 6/5 6/17 9/1 14/17
14/20 16/7 17/5 18/1 26/18 26/20
26/21 27/4 31/23 56/8 64/19 66/24
67/6 67/24 68/4 68/10 68/10 73/2
73/5 75/21 77/10 79/18 80/2 80/3
80/5
lawyers [2]   63/20 63/24
layer [1]   70/19
layering [1]   71/1
leading [2]   45/17 50/16
leads [1]   18/13
learned [1]   81/4
learning [1]   7/21
least [13]   5/24 6/7 6/24 7/15
28/4 28/8 28/15 29/15 51/18 77/17
78/14 78/15 82/17
leave [2]   60/23 60/25
leaves [1]   85/22
leaving [2]   34/10 75/6
left [5]   36/21 52/20 52/22 53/6
71/4
legal [3]   8/4 44/1 45/2
lengths [2]   75/18 84/23
less [2]   14/18 71/10
let [9]   16/13 20/13 21/18 23/7
23/15 27/16 27/24 61/21 86/21
let's [3]   26/2 54/13 86/23
letters [1]   72/3
level [1]   58/19
liability [2]   12/4
Liberty [14]   69/1 69/6 69/9 69/22
70/3 71/10 71/20 71/22 71/23
71/24 74/5 74/17 74/18 74/21
license [2]   9/19 66/11

Lichtenstein [1]   65/15
light [1]   12/22
like [52]   4/16 10/13 13/21 15/6
16/2 17/16 19/5 25/15 27/1 28/25
29/2 31/6 31/17 33/6 37/9 37/10
38/5 38/7 40/19 41/4 41/20 41/21
41/22 41/24 43/20 46/19 47/4
48/23 50/21 51/3 51/20 52/10
53/21 53/22 59/22 65/13 65/14
65/15 65/22 68/2 72/24 75/5 76/4
76/7 76/8 76/13 76/19 77/7 77/9
77/12 84/12 85/16
likely [1]   82/5
limitations [8]   23/10 24/15 25/10
25/13 25/19 28/2 28/11 28/20
limited [3]   22/20 32/16 59/1
LINDSAY [3]   2/6 88/3 88/12
line [3]   68/17 68/17 78/6
lines [1]   13/8
linked [1]   71/16
links [1]   74/24
list [3]   58/20 62/20 76/5
listed [7]   40/12 40/14 43/19
45/24 46/10 47/24 50/11
little [9]   8/1 9/15 25/3 25/15
25/17 25/20 31/18 57/7 59/13
live [1]   34/19
living [4]   34/16 34/22 38/17 74/6
loaded [1]   59/17
LocalBitcoins [2]   65/22 83/25
located [1]   10/10
locating [1]   78/9
location [2]   10/4 59/16 77/24
locations [2]   75/10 79/2
logged [1]   70/17
logical [1]   20/25
logs [4]   7/23 7/24 78/13 85/23
long [4]   19/25 66/2 85/8 86/12
longer [1]   66/7
longterm [1]   83/5
look [14]   5/1 10/22 27/5 27/8
27/16 42/18 42/23 43/6 48/15
50/14 56/2 56/23 70/20 84/12
looked [3]   41/5 43/6 84/15
looking [9]   23/14 23/16 27/25
28/12 39/14 41/8 43/24 44/5 49/20
looks [1]   47/4
loosely [1]   67/20
lost [2]   23/15 75/21
lot [4]   27/9 36/25 37/8 52/24
lots [3]   14/21 14/21 59/13
low [2]   53/2 62/10
lower [2]   32/13 53/7
Luke [1]   83/3
lunch [2]   66/12 87/4

## M

M247 [3]   80/8 80/10 80/19
machines [1]   79/10
made [7]   6/15 7/23 20/24 45/5
67/14 75/18 75/19
majority [1]   83/24
make [24]   5/7 5/13 6/2 6/5 16/9
19/3 23/8 24/10 25/17 27/24 32/11
33/1 39/10 46/15 55/19 55/20
56/23 67/6 71/2 73/14 73/16 75/19
80/1 86/8
makes [3]   14/3 28/7 59/13
making [1]   21/1
manual [1]   81/6
many [8]   37/14 53/15 68/9 81/5
81/5 81/6 82/12 82/12
March [4]   1/5 49/6 49/15 88/10
March 3rd [1]   49/6
March 7th [1]   49/15
market [2]   66/19 82/3
marketed [1]   17/15
marketplace [1]   10/6
markets [5]   10/10 10/13 76/3 76/4
76/23
Marknadskommunikation [1]   35/4

**M**

mask [2]   10/12 78/2
massive [1]   76/2
matching [1]   59/25
material [3]   65/14 76/25 77/9
matter [3]   6/5 78/21 88/5
may [18]   4/15 4/23 7/11 9/4 13/8
  15/15 17/18 20/14 26/2 33/1 34/4
  41/1 44/24 57/4 57/22 58/2 64/11
  87/7
maybe [16]   8/1 12/7 14/23 14/25
  20/9 25/11 26/11 31/18 33/15
  38/23 38/23 44/16 61/17 72/16
  84/20 86/16
Mazarin [4]   3/6 33/6 57/24 58/1
Mazars [11]   3/6 33/6 57/23 58/1
  58/5 61/7 62/4 73/17 75/3 78/3
  80/22
Mazars' [1]   74/8
MDMA [1]   76/10
me [31]   4/7 4/12 11/15 12/5 12/7
  16/13 17/13 18/13 20/13 21/18
  23/7 23/7 23/9 23/13 23/15 24/13
  27/6 27/17 27/24 30/24 32/25
  33/25 36/25 41/25 43/2 43/8 46/15
  52/10 55/20 59/25 86/21
mean [15]   10/15 13/23 15/7 16/24
  17/21 19/5 19/10 20/4 48/18 48/24
  53/8 53/20 53/21 56/17 83/10
meaning [1]   23/23
meaningful [1]   65/25
means [10]   11/10 11/17 14/12
  14/13 14/18 15/1 15/2 19/22 22/23
  23/1
meant [2]   42/20 73/5
meet [1]   36/14
meetup [2]   36/15 72/17
meetups [5]   36/10 36/13 36/14
  36/15 39/8
member [1]   67/2
members [4]   63/8 86/5 86/14 86/24
memory [3]   42/23 48/11 48/13
mention [2]   7/14 35/13
mere [1]   15/24
merely [1]   13/16
message [7]   49/2 49/6 49/6 49/9
  49/22 49/22 50/17
messages [3]   58/11 67/23 85/10
messed [1]   43/18
meth [3]   7/10 7/11 66/20
method [1]   69/25
MICHAEL [2]   2/2 4/12
mid [1]   81/20
midst [1]   57/4
might [9]   11/2 11/18 12/10 32/11
  32/22 42/21 51/5 59/20 68/5
million [9]   66/4 76/7 81/11 81/13
  81/19 81/21 81/24 83/14 83/19
millions [3]   65/12 76/3 81/16
mind [2]   22/14 63/25
minor [1]   30/7
mint [2]   83/21 83/21
minute [1]   33/6
minutes [6]   54/14 54/17 63/17
  71/12 71/14 86/16
MISCELLANY [1]   3/12
misrepresenting [1]   85/1
missed [2]   26/11 56/24
misspoke [2]   21/14 36/6
mistake [3]   45/5 49/24 50/2
mistakes [1]   67/14
mix [1]   37/21
mixed [2]   37/17 75/14
mixer [4]   53/23 67/4 67/7 67/19
mixers [2]   85/4 85/6
mixing [2]   67/10 75/19
model [13]   10/20 12/23 13/1 13/2
  13/3 14/3 14/3 14/25 17/24 18/24 19/14
  21/10 21/23 22/6
modification [1]   21/24
modified [2]   18/7 18/8
modifies [1]   17/6
modify [36]   10/10 13/6 16/25 17/2
  9/22 13/1 17/13 21/3 22/21 22/22
  29/24 37/7 41/20 41/22 41/24
  42/13 44/24 46/25 50/25 51/4 52/3
  52/4 52/10 53/16 64/15 64/19
  64/22 65/5 65/7 65/11 65/23 66/9
  66/9 66/10 66/11 67/11 68/23
  68/25 69/23 70/3 70/4 70/8 71/1
  71/11 71/20 72/12 72/18 72/20
  73/6 73/7 75/13 76/2 77/13 77/15
  80/15 81/14 83/8 83/20 83/24 84/5
  84/5 84/15 85/22 86/2
moniker [1]   7/12
month [4]   35/18 35/19 35/23 68/13
monthly [1]   35/16
months [4]   34/20 35/19 35/25 36/3
Moon [9]   80/9 80/12 80/12 80/13
  80/14 80/15 80/23 84/4 84/5
more [29]   4/17 4/24 8/1 14/19
  27/9 28/6 31/10 31/21 32/12 32/15
  33/1 34/15 34/20 35/23 36/3 37/5
  37/8 55/4 68/19 69/13 70/20 72/20
  74/15 75/2 76/19 81/24 82/12
  84/25 86/3
morning [8]   1/7 4/6 4/9 4/10 4/13
  20/18 34/7 34/8
MOSS [1]   1/9
most [4]   17/9 28/11 31/13 36/18
mostly [2]   34/24 52/24
mother's [1]   82/13
motion [2]   55/3 69/4
move [3]   28/1 68/23 79/20
moved [5]   70/2 81/5 81/12 81/14
  81/18
moves [1]   54/24 60/16 71/11
moving [3]   65/19 71/24 76/3
Mr [9]   3/4 3/4 3/7 68/19 70/23
  80/25 76/17 77/13 81/3
Mr. [33]   5/4 6/11 6/15 8/7 9/12
  16/13 18/14 23/25 27/2 32/19
  33/13 34/4 34/7 45/20 46/8 52/2
  52/19 54/1 54/10 55/9 55/20 56/1
  57/20 57/21 61/14 61/21 64/2 64/2
  67/22 70/22 71/5 85/22 86/11
Mr. Brown [11]   5/4 6/15 18/14
  23/25 34/4 52/19 54/10 55/9 55/20
  64/2 86/11
Mr. Ekeland [5]   6/11 16/13 32/19
  54/1 56/1
Mr. Hassard [2]   61/14 61/21
Mr. Pearlman [1]   64/2
Mr. Sterlingov [9]   8/7 9/12 27/2
  33/13 34/7 47/20 46/8 52/2 85/22
Mr. Sterlingov's [4]   57/20 57/21
  70/22 71/5
Mr. Townsend [1]   67/22
Ms [2]   3/7 3/13
Ms. [10]   33/6 46/5 51/16 61/7
  61/21 62/4 63/4 64/5 83/6 83/10
Ms. Glave [2]   83/6 83/10
Ms. Glave's [2]   46/5 51/16
Ms. Mazars [3]   33/6 61/7 62/4
Ms. Pelker [1]   63/4
Ms. Walker [1]   61/21
Ms. Walker's [1]   64/5
Mt. [11]   39/11 69/6 69/13 69/22
  71/8 71/19 71/21 71/22 74/19
  74/22 84/1
Mt. Gox [11]   39/11 69/6 69/13
  69/22 71/8 71/19 71/21 71/22
  74/19 74/22 84/1
much [7]   35/21 38/14 40/19 40/20
  45/10 81/24 82/5
mule [1]   12/5
multilateral [1]   44/1
multiple [4]   59/17 75/8 79/1
  80/10
multiply [1]   35/19
must [10]   6/6 7/2 24/22 25/23
  25/24 29/13 29/25 61/10 61/12
  66/16

mutual [1]   44/1
my [36]   5/4 5/14 9/4 11/13 14/14
  14/20 14/21 22/14 22/21 23/15 24/10 22/21
  24/10 24/20 26/20 26/21 27/1 27/2
  27/8 30/17 37/18 38/3 38/6 38/16
  38/21 39/25 41/24 42/14 46/13
  46/17 47/23 48/6 48/19 48/20
  48/23 50/19 51/4 51/21 53/15
  58/10 58/18 62/18 62/19 62/20
Mycelium [1]   82/13
myself [2]   46/24 46/24

**N**

N.W [1]   1/16
name [20]   4/5 42/18 43/6 43/7
  43/8 48/4 48/14 48/15 68/2 69/7
  69/23 70/8 72/16 72/22 72/1 72/5
  73/19 74/18 80/11 82/10
named [3]   38/7 42/5 43/4
names [1]   43/5
native [1]   62/13
natural [1]   57/7
nature [3]   8/3 24/1 26/22
nearly [1]   81/10
necessarily [4]   20/22 21/1 21/5
  28/22
necessary [2]   17/22 22/15
necessity [1]   20/25
need [14]   4/16 4/18 4/19 6/5
  18/19 23/21 27/7 27/21 33/25
  40/24 56/2 57/3 63/17 67/1
needed [2]   69/7 80/7
needs [1]   56/25
negligence [4]   15/24 16/20 17/7
  24/11
negligent [1]   13/17
neither [1]   6/3
network [1]   7/9
never [19]   11/20 42/8 47/22 50/6
  51/1 51/2 53/21 69/18 70/12 70/17
  73/10 73/14 73/16 78/15 79/23
  80/15 80/24 82/2 85/23
new [12]   1/20 33/8 33/9 33/10
  67/19 67/25 69/5 69/5 69/9 69/10
  69/13 69/22
news [1]   20/18
next [9]   1/23 17/10 21/5 25/20
  50/9 61/22 62/17 66/12 71/9
nexus [1]   9/23
NFS [1]   74/20
NFS9000 [6]   69/14 69/24 70/11
  70/13 73/8 74/20
nice [1]   87/4
night [2]   5/20 23/8
Nissan [2]   75/6 75/9
no [49]   1/4 6/11 6/13 13/24 13/25
  15/7 20/10 22/12 26/25 27/12
  27/15 27/21 30/5 31/3 33/9 33/10
  34/20 35/23 36/23 37/9 37/9 41/13
  51/8 51/23 52/4 52/17 53/24 54/22
  54/24 58/25 59/10 60/6 60/10
  60/18 60/23 62/2 62/9 62/17 62/23
  62/24 63/1 63/5 66/7 78/12 78/13
  78/21 78/21 86/5 87/3
nodes [1]   78/1
none [2]   53/19 86/6
normal [1]   72/10
not [95]
note [2]   5/11 85/24
noted [1]   62/12
notes [8]   58/19 74/13 77/17 77/19
  78/4 79/11 79/20 80/3
Nothing [5]   30/19 30/21 31/1 81/1
  87/10
noticed [2]   50/5 62/10
notion [1]   24/2
notoriously [1]   82/3
November [3]   30/10 30/13 70/7
November 21st [2]   30/10 30/13
now [25]   4/16 6/19 20/6 29/4 30/4
  32/8 34/9 34/25 37/11 38/13 38/22
  39/18 48/16 49/2 49/3 54/15 57/11
  60/7 63/10 79/15 81/11 81/23

**N**

now... **[3]** 86/19 86/24 88/25
number **[21]** 6/21 6/23 7/1 7/5 7/8
10/5 24/13 38/8 43/12 43/15 43/23
44/4 44/4 44/6 50/3 50/3 50/11
50/12 50/16 61/19 61/22
numbers **[1]** 72/4
numeral **[1]** 38/7
numerous **[4]** 10/17 79/9 82/13
84/7
NW **[3]** 1/14 1/20 2/8
NY **[1]** 2/4

**O**

obfuscate **[1]** 18/17
obfuscating **[1]** 17/15
object **[4]** 6/3 6/3 19/4 60/21
objection **[6]** 6/11 6/13 22/10
28/2 45/16 60/20
objectives **[1]** 6/7
objects **[7]** 4/20 5/2 5/15 5/25
8/18 21/8 22/12
obligation **[1]** 86/5
obscure **[1]** 74/11
obsessively **[1]** 73/11
obtain **[1]** 9/18
obtained **[1]** 59/2
obvious **[4]** 9/7 13/10 15/17 19/4
obviously **[4]** 11/12 13/4 31/19
86/25
occasion **[1]** 60/1
occasions **[1]** 74/23
occur **[3]** 21/4 29/4 39/7
occurred **[4]** 20/3 20/14 25/6
25/18 25/24 28/3 28/14 28/22 29/1
29/14 40/11 42/3 49/10 51/9
occurring **[2]** 25/4 25/16
October **[6]** 69/3 69/19 70/1 71/7
72/5 74/20
October 19th **[2]** 70/1 71/7
October 2011 **[1]** 69/3
October 27th **[1]** 72/5
October 8th **[1]** 74/20
off **[7]** 12/6 26/21 26/25 28/1
73/8 78/17 79/20
offense **[3]** 13/12 15/20 28/10
offenses **[4]** 8/18 28/8 28/9 28/21
offer **[1]** 60/25
offered **[1]** 60/24
office **[4]** 41/21 45/4 46/18 52/11
Official **[3]** 2/7 88/3 88/13
officially **[1]** 72/5
okay **[24]** 6/1 6/4 6/10 6/18 16/8
21/19 24/13 24/17 27/15 27/23
29/16 29/20 30/18 33/17 55/9
55/18 56/20 57/8 57/22 57/25 61/2
62/1 64/3 64/10
old **[2]** 84/20 84/24
Omedetou **[12]** 7/16 7/16 10/18
67/20 69/10 73/20 73/21 73/23
73/25 74/2 80/19 82/1
once **[1]** 39/3
one **[45]** 5/11 5/17 5/24 6/3 6/7
6/22 7/1 7/5 7/24 10/5 11/6 11/16
12/9 12/10 12/15 12/20 14/1 14/10
17/8 20/15 21/9 21/10 21/23 21/24
22/5 26/9 26/14 30/7 31/13 32/5
32/10 39/8 42/24 45/14 52/17
63/14 63/15 67/14 75/2 78/21
78/21 80/23 85/12 86/21 87/1
online **[4]** 38/20 72/17 73/12
79/17
only **[9]** 35/6 35/8 65/8 65/25
70/14 70/19 72/1 72/13 82/21
onward **[1]** 38/18
op **[1]** 74/4
opening **[1]** 78/12
operate **[1]** 79/3
operated **[1]** 10/7
operates **[2]** 10/6 78/25
operating **[5]** 8/13 9/21 9/22

66/10 81/9
operation **[7]** 5/18 9/14 9/21
operational **[1]** 80/25
operations **[1]** 66/3
operator **[4]** 64/22 66/6 67/12
81/23
opinion **[4]** 12/24 14/4 17/19
32/22
opportunity **[2]** 31/19 67/4
opposed **[3]** 14/7 16/11 21/3
order **[4]** 79/18 79/22 80/5 80/6
original **[1]** 24/25
originally **[2]** 53/16 60/8
originate **[1]** 37/23
originated **[1]** 84/18
originating **[2]** 49/11 85/2
other **[27]** 5/17 6/14 10/9 10/16
10/17 11/10 12/3 12/22 13/10 14/5
21/24 23/6 32/10 32/25 34/16
36/24 37/15 38/17 50/24 51/2 60/2
70/23 75/14 76/14 79/9 79/25
82/14
others **[1]** 67/11
otherwise **[4]** 9/6 12/18 13/10
15/17
ought **[3]** 11/9 12/4 33/17
our **[3]** 22/13 54/12 86/6
out **[30]** 10/7 12/11 12/20 16/17
20/1 21/25 24/10 35/20 39/11 45/2
51/4 51/19 52/9 54/19 57/6 58/22
59/23 60/2 62/18 66/22 67/12
69/21 70/8 71/2 73/7 81/2 82/2
82/23 82/25 87/6
outpost **[1]** 64/17
outside **[2]** 17/5 36/15
outta **[2]** 83/21 83/22
over **[14]** 22/10 38/6 38/25 64/24
66/12 68/13 69/4 69/4 73/15 76/7
76/9 79/2 82/19 83/18
overlap **[1]** 74/24
overnight **[1]** 5/1
Overruled **[1]** 45/18
overview **[1]** 58/17
own **[13]** 22/21 42/14 46/13 47/23
48/20 48/23 51/21 67/18 68/2
75/22 77/25 80/24 86/14
owner **[1]** 64/22

**P**

p.m **[2]** 87/6 87/13
pace **[1]** 57/6
package **[1]** 80/18
page **[18]** 1/23 5/9 5/11 5/12 5/20
6/8 23/13 24/13 24/14 25/20 25/22
27/24 30/8 43/22 44/3 45/11 51/15
55/21
page 39 **[1]** 5/12
paid **[6]** 43/2 44/17 46/22 51/19
65/1 78/17
paper **[1]** 38/3
paragraph **[4]** 24/15 24/21 28/7
30/9
part **[6]** 5/16 13/15 15/23 60/5
60/8 60/13
particular **[2]** 13/11 15/19
particularly **[1]** 18/16
parties **[2]** 57/13 57/15
parts **[1]** 34/18
passes **[1]** 60/17
past **[5]** 20/14 28/10 38/6 68/13
86/20
path **[3]** 20/10 72/22 75/21
pattern **[3]** 6/22 59/25 70/25
patterns **[1]** 81/4
Pause **[1]** 86/22
pay **[6]** 43/1 45/7 45/8 46/24 52/8
70/5
paycheck **[3]** 37/10 53/15 53/16
paying **[2]** 43/17 52/16
payment **[5]** 43/9 44/22 49/18 71/5
71/6
payments **[12]** 41/24 46/19 46/20

65/3 65/17 66/23 70/14 70/20
71/16 71/17 75/24 76/1 76/6
PDFs **[1]** 59/24
PEARLMAN **[3]** 1/18 4/8 64/2
pedaled **[1]** 76/23
peels4u **[1]** 76/13
PELKER **[5]** 1/13 3/7 3/13 4/8 63/4
penal **[11]** 12/23 13/1 13/2 14/3
14/25 17/24 18/24 19/14 21/10
21/23 22/6
Pennsylvania **[1]** 1/14
people **[17]** 12/3 36/14 65/14
66/20 67/4 68/3 68/5 70/23 72/7
75/8 75/22 75/23 75/24 77/7 77/7
77/22 79/22
per **[7]** 35/18 35/19 35/20 35/23
35/24 36/6 82/19
percent **[1]** 40/25
perfect **[1]** 20/15
perform **[1]** 58/24
period **[3]** 52/22 53/6 69/12
periods **[1]** 74/1
person **[13]** 12/19 13/13 15/20
18/25 19/2 19/16 43/7 65/8 72/13
72/14 72/18 75/2 79/5
personal **[2]** 67/15 74/13
personally **[1]** 50/19
perspective **[1]** 63/22
Peter **[1]** 74/20
Philips **[2]** 76/9 76/11
phone **[4]** 60/22 82/13 83/14 83/20
phrased **[4]** 14/30 30/16 32/8 32/12
picking **[1]** 12/5
pieces **[1]** 64/17
pierce **[1]** 68/11
place **[3]** 54/12 64/14 77/18
places **[1]** 38/17
Plaintiff **[2]** 1/4 1/13
plan **[6]** 68/5 68/23 68/24 69/3
69/20 71/18
planned **[1]** 78/2
planning **[1]** 84/22
plasma **[1]** 42/10
PlasmaDivision **[4]** 69/7 71/4
74/17 74/22
plasmadivision.com **[1]** 42/10
42/10
plasmadivision.com emails **[1]**
42/10
plate **[1]** 26/16
platform **[1]** 66/19
plausibly **[1]** 7/9
please **[6]** 4/4 39/9 39/18 41/5
46/3 49/3
plenty **[1]** 86/3
PLLC **[1]** 2/3
plurality **[1]** 12/24
podium **[4]** 4/4 54/5 54/6 63/12
point **[34]** 8/1 12/14 18/11 18/12
19/11 19/12 23/11 23/12 23/13
24/16 24/16 27/17 30/2 32/3 33/2
33/15 34/1 35/3 36/21 36/23 38/19
40/18 42/12 46/18 50/21 51/3 54/7
54/23 57/7 58/22 61/18 62/13
79/25 82/2
pointed **[1]** 62/18
pointing **[1]** 16/17
Poloniex **[2]** 37/15 84/2
pops **[1]** 27/1
popular **[1]** 67/9
pornography **[3]** 7/13 77/2 77/5
portion **[1]** 87/1
position **[1]** 27/20
possibility **[3]** 12/10 12/21 15/13
possible **[2]** 64/17 75/18
post **[5]** 7/11 50/4 50/9 67/22
76/25
posted **[4]** 7/8 7/12 68/25 78/18
posts **[4]** 7/17 10/18 67/9 79/17
potent **[1]** 76/12
potentially **[1]** 17/7
pouring **[2]** 65/20 84/7

**P**

PowerPoint [2]  64/6 64/9
PowerPoints [1]  59/23
practices [1]  74/4
preceding [1]  28/7
prefer [1]  55/15
preferable [1]  13/3
preference [4]  18/14 21/20 21/21
21/22
preliminary [3]  7/15 32/1 32/15
prepaid [2]  82/20 82/20
prepare [1]  47/21
prepared [5]  39/20 47/11 47/16
47/19 47/23
preponderance [3]  14/18 14/18
14/19
present [5]  4/11 14/15 31/20
32/15 32/16
presentation [1]  63/9
press [2]  57/19 57/21
pretrial [1]  35/9
previously [6]  43/21 55/2 58/1
59/12 62/21 63/13
price [7]  37/2 52/22 53/2 53/2
53/7 80/14 82/24
prima [1]  7/15
printout [1]  45/13
prior [3]  11/5 40/4 58/5
privacy [1]  78/7
private [3]  38/22 38/25 39/13
probability [16]  7/3 10/8 11/23
12/17 13/13 13/20 15/21 16/2 19/1
19/17 19/23 20/16 21/11 21/12
21/15 21/16
probably [8]  5/8 21/14 22/6 34/12
36/18 40/14 41/14 57/5
problem [3]  19/6 20/6 66/22
problematic [3]  16/18 16/22 21/6
problems [6]  45/3 52/18 56/17
64/18 68/3 75/23
proceed [4]  57/1 58/2 63/11 64/11
proceeding [4]  4/22 31/6 31/10
32/21
proceedings [2]  1/7 88/5
proceeds [7]  8/8 8/14 8/16 8/20
8/21 65/19 67/5
processed [2]  59/3 60/3
product [1]  78/5
Professor [1]  82/3
programmed [1]  73/13
project [1]  48/7
promote [1]  8/16
prong [3]  7/20 8/13 9/3
prongs [3]  6/25 8/4 9/16
proof [5]  7/5 15/8 32/14 56/6
86/7
properly [1]  27/11
properties [2]  31/15 32/18
property [2]  8/15 8/15
proposed [3]  4/23 13/4 22/1
protect [1]  7/17
prove [8]  11/9 14/7 19/16 24/22
25/23 29/13 64/21 66/16
proved [1]  4/21
proves [1]  5/21
provide [1]  56/21
providers [1]  74/3
providing [3]  14/24 44/1 56/21
proxies [2]  73/12 73/18
proxy [1]  74/3
psychedelic [1]  7/7
publish [2]  46/3 61/15
published [1]  46/2
pull [2]  39/9 58/15
pulled [3]  43/16 60/2 62/10
purchase [4]  7/7 53/11 71/13
83/17
purchased [2]  74/11 83/16
purchases [1]  52/19
purchasing [1]  36/12
purged [1]  7/24

purpose [5]  32/14 56/5 56/11 65/4
68/16 68/20 73/4 73/19 77/17
80/2
purposes [6]  9/24 14/15 34/20
39/24 57/17 63/20
pursuant [1]  43/25
put [10]  15/13 18/8 19/5 21/9
60/3 61/14 69/3 86/6 86/6 86/7
putting [3]  18/9 40/22 68/25

**Q**

quarter [2]  54/14 83/19
question [27]  5/1 8/7 8/25 9/15
11/4 11/14 14/11 14/12 14/14
14/17 14/20 16/16 18/3 19/22
21/19 23/4 27/10 28/9 28/20 30/4
45/16 45/17 53/13 54/1 72/3 85/5
86/11
questioned [1]  85/11
questions [8]  18/13 50/24 51/2
51/23 53/24 62/24 85/15 86/1
quick [2]  33/14 56/2
quite [4]  18/9 72/9 74/14 77/19

**R**

rabbit [1]  27/22
raise [3]  4/16 54/21 55/5
raised [1]  67/11
raises [1]  23/4
RamNode [1]  79/24
RANDOLPH [1]  1/9
random [1]  72/3
rapidly [2]  70/1 82/24
rare [1]  36/18
rarely [1]  15/7
rather [5]  17/23 22/3 27/9 38/19
63/24
reached [1]  67/12
reaching [1]  23/20
Reactor [7]  39/20 39/24 47/10
52/2 52/8 52/14 84/11
read [13]  11/4 14/9 33/18 33/23
33/24 34/1 55/8 55/12 55/13 55/14
55/21 57/13 78/16
reading [2]  6/16 55/10
ready [5]  57/9 57/11 63/10 63/19
69/25
real [14]  17/12 33/14 40/16 40/18
42/6 44/22 48/4 51/8 51/9 64/18
68/3 69/25 71/3 75/23
realize [1]  68/9
realized [1]  45/1
really [14]  9/17 11/3 15/1 16/2
28/9 28/20 32/12 36/25 41/23
46/16 48/20 50/22 52/12 80/24
reason [7]  11/15 19/24 24/6 25/8
50/24 60/8 60/10
reasonable [8]  5/22 6/10 11/19
24/22 25/23 29/13 54/25 64/21
reasons [5]  14/10 23/25 34/14
34/15 55/2
rebuttal [2]  33/4 57/12
recall [6]  26/13 40/23 42/15
51/16 52/20 58/13
receive [1]  69/8
received [8]  37/16 37/17 42/8
50/6 50/20 51/22 53/21 80/12
receiving [3]  70/16 84/5 85/9
recently [1]  13/5
receptive [1]  13/5
recess [3]  54/12 55/24 87/13
recipient [1]  46/8
reckless [1]  13/17
recklessness [3]  16/20 17/7 24/12
recognize [2]  23/20 39/21
recollection [5]  26/20 27/8 48/6
63/23 63/25
record [6]  4/5 7/19 22/13 23/17
39/11 88/5
recorded [1]  42/15
records [22]  7/25 38/1 38/2 43/25
44/2 47/23 48/10 48/14 48/20
48/24 49/3 67/23 68/9 68/10 68/14

recovery [1]  72/2
red [2]  13/25 56/3
redirect [4]  3/4 51/24 51/25
62/25
reference [5]  42/5 42/14 42/17
43/23 44/3
referenced [2]  42/2 43/1
references [2]  7/17 10/18
referencing [1]  69/2
referring [1]  7/3 7/12
regarding [1]  58/5
regardless [1]  59/16
register [3]  9/18 29/25 70/5
registered [4]  65/1 68/17 68/21
86/13
registering [1]  42/11
registration [2]  9/9 71/7
reinstall [1]  38/8
relabel [1]  61/17
related [6]  24/23 25/6 29/7 29/14
52/16 75/8
relates [1]  9/9
relaxed [2]  31/10 31/21
release [1]  57/19
relevance [1]  20/11
relevant [10]  8/6 8/9 8/12 15/6
28/9 28/11 28/19 29/4 31/5 31/14
rely [5]  11/18 11/21 31/10 31/11
65/11
relying [1]  76/5
remain [1]  61/1
remember [13]  39/15 42/24 44/6
55/5 58/5 62/6 62/12 83/2 85/3
85/7 85/7 86/12 86/14
remembered [1]  42/23
remembering [1]  48/11
remind [4]  57/14 58/8 58/16 63/19
remote [3]  79/10 79/11 79/25
rented [1]  80/10
repay [2]  46/21 46/24
repeat [1]  29/10
repeated [2]  70/24 74/8
repeatedly [4]  73/25 74/25 77/21
79/14
reply [1]  50/9
report [1]  84/24
reporter [5]  2/6 2/7 64/3 88/3
88/13
reporting [1]  84/21
reposting [1]  56/22
represents [1]  51/8
request [1]  44/1
requested [1]  60/24
require [2]  12/15 46/15
required [1]  5/2
requirement [11]  5/7 9/8 9/15
10/3 14/8 16/24 17/4 17/6 18/7
19/20 23/24
requirements [1]  9/9
requires [6]  8/21 11/8 17/5 19/15
22/17 27/8
requiring [1]  6/12
research [2]  5/6 87/3
researched [1]  77/21
researching [1]  52/12
Reserve [14]  69/1 69/6 69/9 69/22
70/3 71/10 71/21 71/22 71/23
71/24 74/5 74/17 74/18 74/22
reside [1]  11/2
residential [1]  74/5
resolution [1]  62/11
resolve [1]  33/18
resolved [1]  80/20
respect [9]  4/19 5/2 7/4 10/4
15/1 32/17 33/20 57/15 57/16
responded [2]  49/14 49/15
response [1]  49/18
rest [1]  33/17 63/6
rests [2]  54/8 63/7
resulting [1]  61/8

**R**

retrieved [4]   58/13 58/14 59/22
77/18
returned [1]   43/25
revealed [1]   77/19
review [2]   62/19 83/6
reviewed [2]   62/4 62/5 73/19
reviewing [2]   60/4 62/18
rife [1]   7/17
right [50]   6/19 8/11 16/13 19/6
20/1 20/7 20/21 26/2 27/3 27/11
27/25 29/3 29/20 30/4 30/22 33/3
33/10 36/1 36/5 36/8 38/13 38/19
47/21 51/24 53/25 54/9 54/13
54/20 55/7 55/25 62/25 63/2 63/4
63/8 66/24 68/14 70/16 70/17 71/6
72/9 73/7 75/11 77/15 81/8 81/11
86/8 86/23 87/8 87/11 87/12
rise [1]   20/5
rising [1]   82/24
Road [22]   7/7 10/5 10/6 10/9
10/13 10/20 10/22 10/25 20/25
21/3 22/21 66/19 67/2 70/11 72/21
72/23 72/24 73/2 73/6 76/4 76/4
76/15
roads [1]   20/20
robbery [1]   75/5
ROMAN [13]   1/6 3/3 4/3 4/11 38/7
64/16 67/16 67/21 72/8 72/14
73/21 73/22 83/24
Romania [1]   80/9
Romanian [1]   80/21
Room [1]   2/8
Rovensky [1]   68/15
row [1]   58/23
royalties [1]   53/21
RPR [1]   88/12
run [3]   64/15 78/24 79/7
running [3]   72/14 79/5 81/25
Russian [2]   10/16 67/2
RX [2]   65/14 76/13

**S**

said [18]   14/10 17/12 20/18 21/24
22/24 27/8 39/14 40/3 41/13 42/20
46/4 48/23 51/20 77/4 79/11 85/6
85/16 86/13
salary [3]   35/7 35/16 82/19
sale [1]   76/10
sales [3]   10/13 70/23 76/8
same [25]   8/25 10/24 11/18 43/7
43/8 44/4 44/11 45/23 46/10 46/21
55/2 55/20 69/12 72/3 73/21 74/1
74/2 74/3 74/3 74/16 75/1 75/3
75/7 80/17 84/17
sampling [1]   76/18
Santell [1]   76/17
Santos [1]   12/25
Sarah [2]   82/8 83/3
sat [1]   66/5
satisfied [2]   5/6 8/5
satisfying [1]   9/3
saved [3]   38/4 68/24 78/24
saw [11]   22/21 38/21 44/4 61/10
61/10 62/7 67/4 79/1 82/6 82/21
84/13
say [23]   6/6 9/21 10/20 11/18
12/14 15/18 16/14 17/11 18/18
20/21 21/7 22/13 22/20 26/24 27/1
28/23 29/6 35/21 37/20 38/14
41/25 48/18 62/4
saying [9]   12/4 18/9 19/6 22/16
25/5 25/11 29/1 56/17 79/22
says [4]   25/21 30/8 50/8 50/17
Scalia's [1]   12/24
scene [1]   75/6
scheme [3]   69/14 69/17 69/17
Scholl [7]   68/19 70/23 70/25
76/17 77/13 81/3 83/3
school [1]   86/10
scienter [8]   14/8 16/19 16/23

17/4 17/6 18/7 19/7 19/8 19/20
19/22
scraping [1]   48/7
screenshot [3]   45/21 58/11 62/13
scroll [3]   49/14 50/4 50/9
Scrolling [1]   43/22
SE [1]   43/24
search [1]   67/24
searching [1]   16/3
seated [1]   87/7
sec [1]   74/4
second [6]   7/20 18/24 30/24 74/1
80/25 86/21
Secretary [1]   29/25
see [26]   4/18 16/13 18/5 19/11
20/25 23/7 26/2 38/6 38/15 41/22
41/25 45/21 49/14 54/13 54/17
55/23 56/18 58/20 59/8 68/11
68/13 75/9 82/7 86/24 87/4 87/11
seeing [4]   51/16 62/6 75/5 75/6
seeking [2]   65/14 78/7
seem [1]   11/15
seemed [1]   85/16
seems [3]   17/16 56/15 56/19
seen [6]   11/13 21/4 51/3 59/20
60/13 64/25
seized [2]   73/4 80/22
sell [4]   37/7 53/2 66/20 67/17
selling [4]   35/14 37/5 37/25
53/12
send [8]   40/24 46/15 47/22 55/18
55/19 67/5 71/20 72/18
sending [6]   37/21 37/22 65/3 71/1
81/10 85/10
sends [1]   72/20
sense [9]   5/7 14/3 16/9 32/11
33/2 82/6 83/2 86/8 86/15
sent [14]   42/8 48/16 48/21 48/22
49/20 58/12 65/7 69/23 70/8 70/9
72/12 73/7 76/7 82/25
sentence [6]   5/21 15/14 21/19
21/25 25/11 28/12
sentiment [1]   24/7
separate [6]   16/12 18/20 22/3
22/7 22/8 83/16
separately [1]   12/11
series [2]   69/5 71/11
serious [1]   64/18
server [7]   75/24 78/3 78/9 78/15
78/20 78/25 80/10
servers [7]   68/6 78/13 79/2 79/24
79/24 80/8 80/21
serves [1]   79/25
service [9]   10/21 72/11 74/11
77/1 78/2 78/3 80/5 80/14 81/9
services [11]   7/12 29/24 43/1
43/3 74/3 77/5 77/22 78/8 78/9
78/20 80/4
services's [1]   77/24
set [20]   21/4 31/8 32/6 39/4
64/15 67/25 68/1 68/6 68/12 68/21
69/9 69/16 70/15 75/12 77/6
77/25 79/10 79/25 80/11 80/14
setting [2]   72/14 77/25
settled [1]   81/20
setup [1]   78/2
seven [1]   38/5
Several [1]   71/3
sexual [3]   65/14 76/25 77/9
share [1]   72/2
shared [1]   74/23
sharing [1]   74/4
she [5]   73/18 73/20 78/5 80/22
85/17
SHERRY [3]   2/6 88/3 88/12
shielded [1]   10/24
shipped [2]   76/10 80/18
Shormint [12]   69/11 70/3 70/4
71/5 71/10 71/23 72/2 72/2 74/4
74/12 74/18 74/25
short [2]   33/5 54/12
shortly [3]   55/23 78/17 87/11

should [21]   5/8 10/20 16/22 17/3
18/7 22/9 24/13 25/19 25/25
30/22 32/9 44/25 45/1 45/5 50/16
52/5 57/1 57/16 60/22 61/17 81/24
shouldn't [2]   48/21 48/22
show [5]   23/18 46/17 66/16 68/20
73/24
showed [4]   68/15 68/20 74/8 85/8
showing [6]   7/15 7/15 45/14 56/6
59/13 68/17
shown [3]   64/24 74/13 79/5
shrewdest [1]   82/1
shut [1]   67/8
side [1]   33/24
sign [1]   83/10
significance [1]   75/4
significant [3]   36/24 73/18 82/23
Silk [22]   7/6 10/5 10/6 10/9
10/13 10/20 10/22 10/25 20/25
21/3 22/21 66/19 67/2 70/11 72/21
72/23 72/24 73/2 73/6 76/4 76/4
76/15
similar [2]   40/14 41/14
simply [2]   23/1 26/24
since [6]   13/5 36/23 61/18 66/5
81/12 86/10
single [3]   81/18 82/18 83/18
sit [1]   86/6
site [7]   67/20 68/1 68/3 68/4
68/6 71/16 81/18
site's [2]   65/10 73/4
sites [2]   77/9 77/14
sitting [6]   16/25 62/17 66/4
81/12 81/13 85/22
situations [1]   10/2
six [5]   24/20 24/20 34/20 38/5
81/20
Sixty [3]   24/19 24/20 24/20
Sixty-five [1]   24/19
Sixty-six [2]   24/20 24/20
skepticism [2]   11/7 11/7
skills [1]   79/6
Slammer [2]   65/15 77/8
slide [1]   74/14
slippery [2]   18/5 20/24
small [1]   74/11
smaller [2]   23/6 36/19
smithing [1]   28/13
sniffing [1]   77/23
so [93]
software [1]   79/10
sold [8]   7/13 53/7 53/14 53/17
76/13 77/2 82/22 82/25
some [46]   5/5 8/20 8/21 9/9 10/16
10/17 12/1 12/14 14/24 14/25 17/1
17/5 17/25 18/13 18/15 23/6 23/19
26/17 27/7 27/13 27/17 28/8 28/12
31/7 32/11 33/15 34/18 36/16
36/18 36/21 42/20 45/5 48/7 48/8
48/14 50/24 51/5 52/10 56/4 58/11
58/18 62/11 62/13 66/13 73/25
78/14
somebody [4]   38/25 39/3 43/17
72/17
someone [7]   11/20 11/24 21/16
39/13 55/21 81/14 83/4
something [37]   9/6 11/10 11/17
11/23 12/13 12/18 13/7 13/7
13/21 14/18 14/19 15/2 15/3 16/2
16/24 18/19 18/22 18/23 19/5 19/7
21/20 21/20 21/21 25/5 26/22
26/23 28/13 32/23 50/25 55/4
55/21 71/13 72/9 73/3 84/14 85/17
85/17
sometimes [8]   31/16 36/14 36/14
42/17 48/13 48/13 59/23 71/12
somewhere [2]   47/18 61/12
soon [2]   66/2 80/19
sophisticated [1]   78/5
sorry [10]   19/10 19/13 20/9 20/13
21/14 29/10 30/24 45/25 54/3 64/7
sort [14]   10/19 11/1 16/11 17/9

**S**

sort... [10] 18/24 19/8 23/19 24/5 31/21 32/8 48/7 48/8 67/9 72/3
sorts [1] 14/6
sound [1] 13/22
sounds [1] 25/15
source [9] 35/6 35/13 47/5 50/15 53/10 53/19 65/23 66/1 85/12
sourced [1] 47/7
sources [3] 36/24 83/9 83/11
space [1] 80/10
Spain [1] 34/24
Spam [1] 42/10
Spanish [1] 10/17
speak [1] 59/19
special [5] 5/7 5/9 68/15 76/17 80/13
specific [7] 32/17 39/15 40/19 40/20 43/5 44/23 46/25
specifically [3] 39/17 69/17 82/9
specified [1] 50/6
spending [2] 82/2 83/8
spent [1] 82/20
SpiderOak [5] 79/17 79/18 79/19 79/20 79/24
spirit [1] 15/12
spots [1] 75/8
spread [2] 84/7 84/13
spreadsheets [1] 68/16
stand [2] 86/9 86/24
standard [9] 7/1 8/5 8/22 8/23 8/25 16/20 17/7 26/19 32/13
standards [3] 31/9 32/9 32/17
staple [1] 64/14
start [3] 4/24 55/10 69/8
started [8] 25/9 25/12 34/16 34/25 35/1 52/12 85/24 85/25
starting [7] 4/5 15/14 24/21 25/21 44/13 50/11 71/21
starts [1] 43/24
state [5] 4/4 18/1 19/8 20/19 23/17
statement [1] 56/8
STATES [12] 1/1 1/3 1/10 4/3 9/23 10/7 10/8 12/25 57/19 66/21 76/11 76/14
statute [18] 8/21 11/8 11/11 18/4 18/6 18/7 18/9 19/20 22/17 23/10 23/24 24/14 25/9 25/12 25/18 28/1 28/11 28/20
statutory [4] 16/23 17/4 18/10 19/19
stay [4] 76/6 76/16 76/20 80/7
step [6] 26/18 53/25 64/25 65/1 68/16 68/16
steps [2] 18/17 65/3
STERLINGOV [19] 1/6 3/3 4/3 4/11 8/7 9/12 27/2 33/13 34/7 45/20 46/8 52/2 64/16 67/21 72/8 72/14 73/21 73/22 85/22
Sterlingov's [6] 57/20 57/21 67/16 70/22 71/5 83/24
still [8] 25/13 39/25 43/19 54/16 56/24 73/17 77/19 87/2
sting [1] 66/9
stipulation [7] 33/15 33/21 55/6 57/13 57/14 57/16 57/18
stolen [2] 76/23 76/23
stone [1] 31/9
stop [5] 77/1 78/19 86/1 86/17 86/20
stopped [5] 26/24 27/2 27/9 27/18 81/10
stopping [1] 56/16
stored [4] 38/1 38/20 83/14 83/20
story [1] 66/18
straight [2] 83/21 83/22
strange [1] 84/14
Street [2] 1/16 2/3
stretch [1] 63/16

stricken [1] 16/22
strictly [1] 39/1
string [1] 72/3
strong [5] 12/20 16/13 16/16 32/10 32/22
structure [2] 7/22 10/14
struggling [2] 77/1 78/19
stuck [2] 20/16 20/20
studied [2] 67/4 81/4
studio [1] 36/25
stupid [1] 85/25
style [1] 23/11
stylistic [1] 24/16
Stylistically [1] 25/3
subject [1] 31/15
subjective [3] 7/4 7/19 13/13
subjectively [1] 7/2
submit [2] 32/4 61/14
submitted [2] 32/5 50/6
subset [1] 82/9
substantial [1] 4/25
substantive [5] 5/12 8/18 13/24 23/11 24/15
successful [1] 78/14
such [8] 13/12 15/7 15/20 16/21 37/15 78/20 82/12 84/23
suddenly [1] 66/3
sufficient [4] 7/18 9/23 24/12 56/20
suggested [3] 75/2 78/23 81/23
suggesting [3] 25/5 29/8 79/17
suggestion [1] 6/14
suggests [2] 12/12 16/10
Suite [1] 1/17
sum [1] 44/20
summation [1] 31/17
sums [2] 82/22 82/23
sun [1] 20/4
Superior [1] 11/5
superseding [1] 30/16
support [1] 50/23
supports [1] 6/24
supposed [2] 46/1 84/4
supposedly [4] 39/16 46/22 53/23 80/9
Supreme [4] 11/12 14/4 17/19 17/23
sure [22] 6/5 14/16 17/21 21/18 23/8 26/9 26/10 27/25 29/12 35/15 40/3 42/11 42/24 43/5 55/19 55/20 56/23 61/13 73/14 73/16 75/19 75/19
surged [1] 81/19
suspect's [1] 75/7
suspected [1] 50/23
suspicious [1] 85/19
Sweden [7] 34/10 34/20 38/16 44/8 74/6 79/15 82/19
Swedish [16] 10/16 35/17 41/20 41/21 41/21 43/25 44/2 44/11 45/4 46/14 46/18 46/20 52/8 52/15 53/12 53/14
switches [1] 73/14
sworn [1] 58/1
Symbiosis [1] 76/7
sympathetic [1] 19/12
system [2] 41/20 48/9

**T**

table [4] 2/12 4/7 4/12 15/13
tablet [5] 58/14 58/20 58/24 59/2 60/4
take [6] 6/11 27/5 39/18 57/16 63/16 74/9
taken [9] 11/14 18/17 27/4 55/24 62/13 73/2 77/10 77/14 87/13
takes [1] 27/16
taking [3] 21/2 21/25 41/20
Talk [6] 67/9 67/15 67/19 67/23 68/1 72/6
talked [1] 77/21
talking [3] 19/15 22/18 22/25

talks [1] 74/12
Tann... [13] 4/20 39/24 41/21 41/22 45/1 45/4 46/18 46/19 52/4 52/10 52/11 52/13 84/21
taxed [5] 42/13 44/24 45/4 52/5 52/6
taxes [2] 52/8 52/16
taxing [2] 39/25 46/25
team [2] 58/11 62/18
Tech [7] 7/3 8/4 11/6 11/12 12/23 14/5 17/20
technical [3] 75/17 78/4 80/18
tee [1] 31/21
teeming [1] 79/8
tell [4] 12/5 12/7 32/2 86/1
ten [1] 85/25
terms [6] 16/10 18/4 28/16 32/8 32/12 53/10
terribly [1] 13/5
Tesla [2] 83/16 83/17
testified [22] 27/2 34/9 34/25 35/9 36/9 36/16 37/11 37/20 38/22 38/24 39/3 39/23 51/9 53/19 60/14 62/21 73/17 77/13 81/3 81/5 83/10 84/20
testify [4] 31/14 62/22 72/15 85/15
testimony [26] 31/19 34/19 37/23 40/2 40/8 40/16 41/11 41/17 42/2 42/25 44/16 44/21 46/6 47/16 51/16 58/5 60/7 61/7 64/24 66/14 68/19 75/17 82/7 83/1 83/2 84/10
testing [2] 69/19 69/24
than [18] 11/10 14/18 14/19 17/23 22/3 27/9 27/9 31/22 34/20 35/23 38/5 42/3 44/18 53/7 63/24 71/11 75/2 81/24
Thank [6] 26/8 54/9 63/3 64/2 64/12 87/12
thanks [1] 76/21
that [596]
That's [2] 48/1 48/3
their [18] 4/5 10/12 10/13 11/21 11/22 12/1 39/5 63/20 63/21 63/22 64/19 65/11 65/17 67/5 70/19 76/18 81/4 83/4
them [34] 9/7 32/2 33/1 36/18 36/19 37/21 37/22 39/5 40/25 41/25 42/15 45/6 46/17 48/8 48/19 48/21 48/22 53/22 58/19 65/3 65/17 70/14 75/14 75/15 76/6 76/15 76/19 80/22 80/22 81/4 84/21 84/22 86/1 86/2
then [51] 5/9 6/6 7/20 11/9 11/11 18/14 20/1 21/10 21/24 25/6 25/20 29/1 30/3 31/4 31/15 31/20 32/16 33/12 36/3 37/7 37/18 43/8 43/24 44/10 44/13 47/13 50/18 53/2 53/17 53/17 53/19 57/1 61/12 63/6 69/8 69/12 69/17 70/10 70/11 71/2 71/19 71/20 72/25 73/7 73/8 75/6 77/6 78/21 79/17 80/8 81/20
theory [1] 56/19
there [98]
therefore [3] 10/11 11/21 21/1
these [33] 14/5 16/6 28/7 36/12 37/22 40/3 40/16 42/11 42/21 43/24 44/25 48/23 49/3 52/8 52/14 65/3 69/20 70/2 70/21 70/22 70/23 71/25 75/3 75/4 78/4 78/6 78/7 82/11 84/9 84/14 84/19 84/23 85/10
they [53] 4/19 5/14 5/16 9/4 9/5 11/25 11/25 12/2 14/6 14/22 16/2 20/18 20/19 27/11 28/19 28/21 31/12 32/2 37/17 37/23 38/3 40/18 40/21 41/23 46/13 46/16 46/20 50/23 50/23 50/24 52/17 53/22 55/12 59/9 60/24 62/18 65/15 65/16 68/20 69/16 69/18 70/15 70/17 76/12 76/16 76/20 78/4 78/16 84/16 84/20 85/24 86/6 86/7

**T**

thing [7]   12/22 15/7 27/1 27/25
29/2 69/25 72/1
things [12]   4/15 12/9 14/16 14/21
17/8 23/6 26/10 51/5 57/6 59/21
71/3 78/7
think [111]
thinking [4]   11/16 15/5 39/12
77/20
thinks [3]   16/21 59/15 59/21
third [4]   24/15 24/21 74/4 81/1
this [167]
this is [1]   19/5
those [41]   5/23 8/3 10/2 11/2
22/20 23/7 25/7 26/9 28/14 28/21
32/7 32/12 32/14 32/18 37/16 38/1
38/2 38/4 40/10 40/11 41/1 46/19
50/24 53/15 56/25 59/17 60/3
66/15 66/23 66/24 68/9 68/10
68/14 68/20 70/10 71/13 73/20
76/22 77/7 77/11 81/7
though [5]   9/21 38/17 38/20 52/25
54/15
thought [7]   5/18 20/15 50/23 52/5
68/7 68/7 68/23
thousand [2]   36/17 36/20
thousands [3]   65/20 76/8 84/6
threat [1]   80/6
three [11]   40/4 40/7 41/12 42/3
44/18 45/8 46/22 47/20 69/13
80/23 82/20
through [31]   14/23 28/15 32/11
36/23 37/17 46/5 65/3 65/19 68/11
68/16 69/23 70/2 70/8 70/10 70/14
71/11 71/20 73/6 73/8 74/1 76/7
76/18 76/19 77/3 77/15 81/5 81/18
81/21 83/6 83/9 86/9
throughout [1]   52/24
throwing [1]   12/20
thus [2]   13/15 15/22
tied [8]   67/16 69/6 69/22 73/20
74/5 74/9 76/8 82/10
ties [1]   74/8
time [33]   21/5 34/13 34/22 36/10
38/3 38/7 38/20 40/23 42/16 46/25
48/18 51/23 52/14 52/24 54/23
62/9 69/12 69/20 70/2 70/24 72/13
72/21 73/7 73/22 74/1 74/3 74/7
74/16 75/3 79/2 80/17 85/8 86/12
times [6]   35/25 53/1 53/5 53/9
75/11 84/13
timing [2]   70/21 75/4
tinker [1]   23/17
titled [1]   68/25
today [4]   14/23 19/24 20/17 57/4
told [7]   49/17 50/5 50/18 64/20
67/20 78/18 80/19
tomorrow [1]   20/5
too [4]   10/2 57/8 70/24 81/6
took [4]   26/17 56/2 75/13 86/9
tool [3]   59/4 59/6 59/12
tools [1]   76/24
top [6]   5/20 26/21 27/1 41/8 71/4
74/14
TOR [18]   2/2 2/3 4/10 7/12 10/19
10/21 10/24 73/12 73/18 77/1 77/4
77/22 77/24 78/1 78/1 78/7 78/7
78/19
total [1]   81/20
totally [1]   84/16
tough [1]   22/5
Townsend [3]   67/13 67/17 67/22
trace [5]   65/5 65/23 68/7 73/5
84/9
traceable [1]   66/23
traced [3]   68/4 68/24 75/15
tracing [1]   71/2
track [2]   42/13 47/1
tracks [1]   78/14
trades [2]   36/16 36/19
trading [1]   48/8

traffic [4]   20/16 20/18 20/20
trail [1]   73/16
transaction [10]   25/24 39/7 39/17
45/14 45/23 46/9 49/10 51/12
81/18 83/18
transactions [23]   7/24 7/25 8/3
8/4 8/19 10/12 38/1 38/23 38/24
39/15 40/10 40/11 69/21 70/14
70/16 70/21 70/24 71/13 81/5 81/7
81/8 81/10 85/18
transactions executed [1]   8/19
transacts [2]   8/14 8/15
transcript [2]   1/9 88/4
transfer [1]   39/11
transferred [5]   39/13 46/24 47/2
82/22 83/17
transmission [2]   9/13 66/11
transmitting [2]   8/13 66/10
travel [1]   34/15
traveling [1]   78/25
Treasury [1]   29/25
treaty [1]   44/1
tree [1]   59/13
Trevor [2]   76/9 76/11
triage [1]   59/1
trial [6]   1/9 6/24 7/5 7/21 31/12
68/15
tried [9]   42/15 45/1 52/9 65/2
67/7 67/21 80/14 84/19 85/12
tries [1]   78/21
trouble [1]   71/15
true [30]   11/23 14/2 14/14 14/21
14/22 16/2 20/1 21/2 22/24 41/2
44/14 45/20 49/24 50/4 50/7 51/18
67/16 69/7 69/22 70/8 70/15 71/21
72/1 72/4 73/19 74/18 77/24 82/10
83/11 88/4
truth [1]   23/4
try [2]   43/6 72/22
trying [5]   16/25 21/7 51/3 53/18
84/24
tumblers [1]   85/6
tuning [1]   69/20
turn [2]   26/23 63/12
turned [2]   20/17 66/22
turns [2]   15/2 20/1
Twitter [1]   72/6
two [14]   4/20 5/24 6/3 6/23 6/25
7/8 9/16 11/16 12/9 17/8 22/21
36/3 74/23 74/23
type [3]   12/17 24/9 59/14
typo [1]   26/4

**U**

U.S [2]   1/13 2/7
ultimately [3]   14/11 15/2 32/10
unanimity [1]   5/2 5/7 5/9 6/12
unanimous [3]   4/19 5/14 6/7
unanimously [1]   5/15
under [3]   17/17 29/24 31/10
understand [11]   9/20 13/25 18/12
22/12 23/5 26/10 41/23 46/16
46/19 52/11 63/21
understanding [5]   5/22 30/17 58/8
58/10 62/7
understands [1]   18/11
understood [4]   40/21 46/18 67/1
67/3
Undeterred [1]   67/11
undisputed [2]   7/6 57/16
unencrypted [1]   77/19
unexplained [1]   83/10
unfortunate [2]   77/4 77/6
unfortunately [3]   7/13 77/2 78/13
Union [1]   20/19
UNITED [12]   1/1 1/3 1/10 4/2 9/23
10/7 10/8 12/25 57/19 66/21 76/11
76/14
unknown [1]   82/14
unlawful [3]   8/20 8/21 30/9
unless [3]   13/14 15/21 30/3

unlicensed [1]   66/10
unreachable [1]   65/22
until [2]   20/3 24/25 82/2
untouched [1]   66/5
untraceable [1]   67/6
up [48]   11/15 12/5 24/25 28/3
28/15 29/7 29/15 31/21 33/1 39/4
39/9 42/18 42/23 43/6 43/6 43/18
45/3 48/15 49/22 52/23 52/24
53/14 58/15 62/10 64/15 67/25
68/1 68/6 68/9 68/12 68/22 69/15
69/16 70/15 71/18 72/14 75/12
75/14 77/6 77/25 79/10 79/16
79/25 80/11 80/14 84/19 86/18
86/24
update [1]   33/3
upwards [1]   81/24
us [7]   1/20 27/16 35/20 56/14
61/21 73/1 86/6
USAO [1]   1/16
use [13]   37/7 51/4 52/2 52/4
53/11 69/13 73/6 83/2 83/19 85/4
85/12 86/1 86/14
used [22]   7/7 8/8 52/4 53/10
67/14 69/10 69/17 69/18 69/21
70/10 70/12 70/24 73/10 73/10
73/12 73/15 73/19 74/21 76/9 77/5
77/8 77/11
user [11]   8/1 10/25 11/1 37/11
59/20 65/9 67/2 72/16 75/25 78/5
78/7
username [1]   67/19
users [3]   11/2 75/15 77/11
using [17]   7/12 7/17 10/12 18/24
37/18 52/7 68/10 71/14 72/21
73/18 73/21 73/25 74/2 75/3 75/21
85/5 86/1
usual [2]   15/18 18/19

**V**

vagaries [1]   17/1
vagueness [1]   17/2
Valerie [2]   3/6 58/1
valid [1]   85/14
variation [1]   11/22
variations [1]   11/16
various [1]   78/4
vendors [2]   10/8 76/18
verdict [3]   4/23 30/25 54/24
Verret [1]   82/3
version [5]   12/3 13/2 23/8 53/12
59/3
versus [3]   4/3 12/25 22/18
very [18]   15/7 15/10 17/18 22/21
30/7 30/7 32/16 33/5 39/4 41/14
69/21 71/9 72/7 72/18 74/1 77/7
82/2 84/14
Video [2]   77/9 77/10
videos [1]   59/23
view [12]   5/1 11/14 12/20 16/3
16/6 17/9 18/20 19/25 32/19 59/5
59/8 59/14
views [1]   4/21
violate [1]   11/11
virtual [2]   65/21 79/9
VMs [2]   79/10 79/12
volatile [1]   82/3
Volf.prius [6]   69/14 69/24 70/10
70/13 74/19 74/22
VPN [13]   73/12 74/10 74/11 74/12
78/6 80/4 80/9 80/12 80/13 80/14
80/14 80/15 80/23
VPNs [1]   74/3
vs [1]   1/5

**W**

walked [4]   68/16 76/17 83/6 86/9
Walker [1]   61/21
Walker's [1]   64/5
walking [1]   83/19
Wall [1]   2/3
wallet [11]   38/25 39/5 41/24

**W**

wallet... **[8]**   46/25 51/21 66/4
80/25 81/12 82/13 83/18 83/20
wallets **[9]**   38/2 38/3 38/4 41/23
46/13 46/17 51/21 79/12 79/12
want **[21]**   4/21 23/8 23/17 25/17
27/17 31/20 32/16 39/10 54/4 55/9
55/11 55/21 57/6 57/13 60/23
60/25 61/1 61/19 63/14 66/14
78/10
wanted **[8]**   18/8 34/15 40/2 55/5
68/2 75/24 75/25 84/21
wants **[3]**   6/19 33/24 54/20
warned **[1]**   67/9
warning **[1]**   76/12
warrant **[1]**   67/24
was **[254]**
Washington **[5]**   1/5 1/14 1/17 1/21
2/9
wasn't **[19]**   10/16 26/9 26/10
38/19 38/20 38/23 40/24 43/7 47/6
48/25 50/3 50/15 51/7 51/8 76/22
78/24 80/13 84/21 85/13
watching **[2]**   67/10 71/17
watering **[1]**   23/23
way **[31]**   5/3 9/2 10/25 11/18 12/8
14/6 14/7 14/13 14/25 14/25 15/5
15/5 23/22 24/10 28/16 30/15
32/10 41/25 45/2 45/3 52/9 52/10
52/13 59/9 60/14 61/10 63/13 68/6
68/23 77/18 78/16
ways **[3]**   11/16 69/1 78/14
we **[99]**
we'll **[3]**   14/23 63/17 86/19
website **[2]**   42/17 78/25
wedded **[1]**   13/23
week **[5]**   7/24 36/9 38/24 68/14
69/4
weeks **[2]**   70/7 72/20
welcome **[4]**   34/3 57/8 77/9 77/10
well **[20]**   4/13 4/16 12/24 17/18
18/18 20/6 20/12 30/17 36/15
38/14 38/19 43/2 44/7 44/20 44/24
53/4 53/13 53/21 84/11 85/17
went **[3]**   52/24 70/14 75/18
were **[84]**   5/15 5/16 5/23 7/24
8/18 10/17 16/2 17/15 20/19 27/11
28/24 29/20 34/10 34/22 35/3
35/12 35/25 36/3 36/9 36/12 36/19
37/20 37/21 38/9 38/10 38/17
39/19 40/11 40/16 40/18 44/5
44/25 46/13 47/7 48/11 48/19
48/23 49/20 50/23 51/5 51/18
51/19 51/21 52/7 52/14 53/1 53/1
53/5 53/6 53/15 58/12 59/20 59/22
59/23 62/18 69/15 69/16 69/18
69/21 70/14 70/15 70/17 71/16
73/25 74/2 74/15 75/24 76/5 76/12
76/19 77/5 77/11 77/14 78/4 78/7
78/14 79/8 79/9 79/22 81/7 82/9
84/11 84/17 84/20
weren't **[1]**   78/6
West **[2]**   65/13 76/13
what **[86]**   4/17 4/18 8/21 9/8 9/20
11/17 11/20 11/22 12/2 12/5 12/7
12/8 13/10 14/12 15/1 15/2 15/16
16/13 16/17 17/5 18/6 19/22 20/9
20/22 20/23 21/14 21/20 21/21
21/24 22/23 22/25 23/4 24/24 25/5
25/7 25/7 29/6 31/4 32/2 32/13
35/16 39/17 42/13 42/18 42/20
45/2 50/2 50/17 52/9 53/20 53/22
56/14 56/17 58/8 58/13 58/16
58/19 61/7 61/14 61/21 63/23
63/24 64/23 66/1 68/5 68/20 68/22
71/22 73/20 73/24 74/25 75/12
75/25 76/1 77/20 77/25 79/19 82/7
83/7 83/9 83/11 83/21 84/11 84/16
85/3 85/21
whatever **[1]**   26/18
when **[49]**   13/11 15/18 34/25 35/12

37/20 37/20 37/20 37/23 38/10
40/20 42/16 42/23 44/5 44/14
44/24 46/20 48/11 50/16 53/1 53/2
53/5 53/13 55/10 55/10 55/12 59/8
60/4 62/4 62/5 62/7 62/21 65/8
66/14 70/20 74/13 77/9 80/6 80/13
80/22 82/24 83/13 84/14 84/19
85/3 85/11 85/24 86/7 86/10 86/12
whenever **[1]**   33/23
where **[30]**   5/12 11/2 14/21 16/1
16/1 17/17 21/16 25/21 26/10 30/8
31/16 34/22 37/22 38/1 38/12
38/15 41/19 41/21 43/17 46/13
48/7 53/1 58/22 61/13 67/13 71/24
78/22 79/15 83/24 84/15
Whereas **[1]**   21/3
Whereupon **[2]**   60/18 62/2
whether **[16]**   5/1 8/7 12/10 14/15
14/17 18/20 18/21 23/1 28/10
28/21 28/21 33/3 54/1 70/22 85/5
86/13
which **[34]**   4/20 5/3 5/9 8/13 12/3
12/11 12/25 13/4 15/2 17/9 17/14
18/17 19/17 20/25 22/20 24/2 24/5
35/17 38/24 39/9 42/16 43/21
44/25 46/18 47/9 52/11 52/11 57/4
59/3 59/16 59/16 59/25 79/2 82/10
Whichever **[1]**   55/15
while **[5]**   23/16 25/9 63/18 79/16
82/18
white **[2]**   75/6 75/9
who **[28]**   4/11 5/23 6/19 10/12
17/15 18/17 24/3 31/14 39/4 43/7
44/16 65/8 68/3 68/12 68/21 72/7
72/13 74/6 75/21 75/23 75/24 76/7
76/9 76/13 76/18 77/8 77/11 83/4
whoever **[1]**   33/24
whole **[4]**   10/25 20/20 51/6 51/6
whom **[1]**   50/20
why **[23]**   4/24 16/21 20/23 21/6
22/14 23/7 33/11 38/6 48/22 52/7
54/6 54/14 66/6 67/25 71/17 71/17
78/16 81/13 81/14 84/23 85/15
85/19 87/3
will **[30]**   21/7 22/13 23/17 24/10
24/21 25/22 27/5 27/6 29/12 29/17
29/17 33/22 34/1 38/8 54/17 55/23
57/14 59/15 59/17 59/18 59/19
59/21 63/18 66/12 66/14 72/25
78/21 86/24 87/4 87/11
willful **[20]**   4/17 6/19 6/25 7/1
8/24 9/2 9/2 10/1 11/7 11/10
12/10 15/6 15/11 15/14 16/18
18/21 21/8 22/3 23/19 23/21
windup **[1]**   12/9
wiped **[1]**   81/1
wire **[2]**   69/8 71/19
withdraw **[2]**   60/16 75/15
withdrawal **[2]**   56/1 56/6
withdrawals **[1]**   85/25
withdrawing **[1]**   22/22
withdrawn **[6]**   31/10 30/1 60/19
60/24 61/18 85/24
withdrew **[1]**   71/8
without **[4]**   14/16 27/4 32/22
66/11
witness **[8]**   31/14 31/18 33/13
53/25 54/12 57/22 60/17 63/2
witnesses **[2]**   3/2 64/25
won't **[1]**   56/21
wondering **[1]**   12/9 12/22 53/5
word **[10]**   14/12 14/17 19/22 22/16
22/19 22/23 23/23 26/6 28/12
59/15
words **[3]**   5/24 13/11 75/22
work **[6]**   4/22 20/17 42/2 45/6
56/16 78/17
worked **[1]**   80/15
working **[2]**   77/10 82/18
works **[1]**   35/20
world **[5]**   64/15 64/18 66/21 72/7
75/8

world's **[1]**   82/1
worldwide **[1]**   72/1
worth **[5]**   66/4 81/11 82/17 83/15
83/17
would **[69]**   4/4 4/16 5/10 5/13
5/23 9/6 9/11 10/1 10/10 10/11
13/3 13/7 13/10 15/13 15/17 17/17
18/14 20/2 20/16 20/21 24/23 28/5
28/12 30/12 31/3 31/18 31/19
31/20 31/23 35/23 35/25 36/3 36/6
36/14 38/2 38/3 38/4 40/6 40/7
40/14 41/4 41/11 41/14 41/17
41/19 45/2 46/19 47/18 48/15 52/9
54/11 56/15 56/16 60/13 64/21
65/8 65/16 67/5 68/7 68/9 71/15
71/17 72/13 73/14 75/21 75/23
78/8 80/5 81/21
wouldn't **[16]**   20/3 37/8 40/24 43/8
75/20 81/14
writes **[1]**   85/23
writing **[1]**   18/4
wrong **[1]**   22/16
wrote **[7]**   72/23 77/1 77/23 77/25
78/1 78/20 79/20

**X**

Xchange **[2]**   69/2 71/20

**Y**

yeah **[20]**   21/15 29/12 29/16 29/19
29/22 34/12 35/8 36/19 40/9 40/18
41/3 41/19 43/3 43/16 50/8 50/17
50/21 51/5 53/4 64/4
year **[9]**   34/18 35/20 35/24 36/7
81/17 81/19 82/18 82/19 86/9
years **[19]**   38/6 39/16 40/4 40/7
41/12 42/3 42/16 44/18 45/1 45/8
46/22 47/20 51/9 51/22 68/9 76/20
77/2 82/20 82/23
yes **[66]**   5/5 5/10 6/9 6/21 8/9
9/14 9/25 13/22 14/2 15/4 23/15
24/14 25/2 26/7 29/23 30/11 32/3
32/7 33/5 33/19 34/21 35/5 35/11
36/2 36/15 37/4 37/7 38/11 39/2
39/6 39/22 39/25 40/5 41/10 42/4
42/7 43/2 43/11 43/14 44/9 44/12
44/15 44/19 44/23 44/23 46/5
47/12 47/15 48/6 48/18 49/16
49/19 50/13 51/11 51/14 52/24
53/8 53/9 53/12 57/2 58/7 58/21
59/3 59/7 60/21 61/20
yesterday **[5]**   24/18 24/24 33/16
38/22 38/23
yet **[1]**   72/11
York **[1]**   1/20
you **[334]**
your **[105]**
yourself **[2]**   46/21 86/8
yourselves **[3]**   54/17 55/16 87/3

**Z**

zero **[1]**   65/9
zeroed **[1]**   81/2
zip **[1]**   59/22