```
1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
2

3      UNITED STATES OF AMERICA,
                                                  Criminal Action
4                 Plaintiff,                      No. 1: 21-399

5            vs.                                  Washington, DC
                                                  March 12, 2024
6      ROMAN STERLINGOV,
                                                  11:11 a.m.
7                 Defendant.
       _____/
8

9                        TRANSCRIPT OF JURY TRIAL
                  BEFORE THE HONORABLE RANDOLPH D. MOSS
10                    UNITED STATES DISTRICT JUDGE

11

12     APPEARANCES:

13     For the Plaintiff:      CATHERINE PELKER
                               U.S. DEPARTMENT OF JUSTICE
14                             950 Pennsylvania Ave NW
                               Washington, DC 20530
15
                               CHRISTOPHER BRODIE BROWN
16                             DOJ-USAO
                               601 D Street, N.W.
17                             Suite 5.1527
                               Washington, DC 20530
18
                               JEFFREY PEARLMAN
19                             DOJ-CRM
                               Ccips
20                             US Dept of Justice
                               1301 New York Ave NW
21                             Washington, DC 20005

22

23                   APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1                      APPEARANCES CONTINUED

 2   For the Defendant:        TOR EKELAND
                               MICHAEL HASSARD
 3                             TOR EKELAND LAW PLLC
                               30 Wall Street
 4                             8th Floor
                               Brooklyn, NY 10005
 5

 6
     Court Reporter:           SHERRY LINDSAY
 7                             Official Court Reporter
                               U.S. District & Bankruptcy Courts
 8                             333 Constitution Avenue, NW
                               Room 6710
 9                             Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          TABLE OF CONTENTS

2                             WITNESSES

3       Luke Scholl

4              Direct examination by Mr. Brown              18
               Cross-examination by Mr. Ekeland            27
5

6                             MISCELLANY

7       Closing argument by Mr. Brown                      29
        Closing argument by Mr. Ekeland                    37
8

9                             EXHIBITS

10      Government Exhibit 1001                            22
        Government Exhibit 1002                            24
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    P R O C E E D I N G S
```

2            THE COURTROOM DEPUTY:  Criminal case 21-399, *United*

3    *States of America versus Roman Sterlingov.*

4            Would counsel please approach the podium and state

5    their name for the record starting with government counsel.

6            MR. BROWN:  Good afternoon, Your Honor.  AUSA Chris

7    Brown for the government.  And with me at counsel table are C.

8    Alden Pelker and Jeffrey Pearlman.

9            THE COURT:  All right.  Good morning.

10            MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland

11    for defendant Roman Sterlingov, who is present in court.  And

12    joining me at counsel table is Michael Hassard.

13            THE COURT:  All right.  Good morning to you as well.

14    So we have a verdict.  Before we bring the jury in, let me just

15    ask, was the government requesting that I poll the jury?

16            MR. BROWN:  No, Your Honor.

17            THE COURT:  Okay.  Would the defense request that I

18    poll the jury?

19            MR. EKELAND:  Yes, Your Honor.

20            THE COURT:  All right.  Let's get the jury.

21            (Jury in at 11:12 a.m.)

22            THE COURT:  All right.  Welcome back, members of the

23    jury.  If I could ask the foreperson to stand.  Has the jury

24    reached a unanimous verdict?

25            A JUROR:  We have, Your Honor.

```
 1              THE COURT:  If you could pass the verdict form to the
 2   clerk.
 3              All right.  And if I could ask the foreperson to
 4   stand please.  And we'll go through this count by count.
 5              How does the jury find with respect to Count 1,
 6   conspiracy to money laundering?
 7              A JUROR:  Guilty, Your Honor.
 8              THE COURT:  And do you unanimously find that the
 9   defendant conspired to launder money in violation of 18 U.S.C.
10   section 1956(a)(1)(A)(i)?
11              A JUROR:  Yes.
12              THE COURT:  Do you find that the defendant conspired
13   to launder money in violation of 18 U.S.C. section
14   1956(a)(1)(B)(i?).
15              A JUROR:  Yes, Your Honor.
16              THE COURT:  How does the jury find with respect to
17   Count 2, money laundering?
18              A JUROR:  Guilty, Your Honor.
19              THE COURT:  How does the jury find with respect to
20   Count 3, operating an unlicensed money transmitting business?
21              A JUROR:  Guilty.
22              THE COURT:  And do you unanimously find the defendant
23   operated a money laundering transmitting business without an
24   appropriate money transmitting license in the District of
25   Columbia?
```

1          A JUROR:  Yes.

2          THE COURT:  Do you find that the defendant operated a

3   money transmitting business that failed to comply with money

4   transmitting business requirements under federal law?

5          A JUROR:  Yes.

6          THE COURT:  Do you find that the defendant operated a

7   money transmitting business that involved the transportation or

8   transmission of funds that were known to the defendant to have

9   been derived from a criminal offense or were intended to be

10  used to promote or support unlawful activity?

11         A JUROR:  Yes.

12         THE COURT:  How does the jury find with respect to

13  Count 4, money transmission without a license in the District

14  of Columbia?

15         A JUROR:  Guilty, Your Honor.

16         THE COURT:  Okay.  So what I am going to do now is go

17  juror by juror and ask each of the jurors whether the verdict

18  as just read represents their verdict, their personal verdict

19  in the case.

20         So Juror number 1?

21         A JUROR:  Yes, Your Honor.

22         THE COURT:  Juror number 2?

23         A JUROR:  Yes.

24         THE COURT:  Juror number 3?

25         A JUROR:  Yes, Your Honor.

```
 1                    THE COURT:  Juror number 4?

 2                    A JUROR:  Yes.

 3                    THE COURT:  Juror number 5?

 4                    A JUROR:  Yes.

 5                    THE COURT:  Juror number 7?

 6                    A JUROR:  Yes.

 7                    THE COURT:  Juror number 8?

 8                    A JUROR:  Yes, Your Honor.

 9                    THE COURT:  Juror number 10?

10                    A JUROR:  Yes.

11                    THE COURT:  Juror number 12?

12                    A JUROR:  Yes, Your Honor.

13                    THE COURT:  Juror number 13?

14                    A JUROR:  Yes, Your Honor.

15                    THE COURT:  Juror number 15?

16                    A JUROR:  Yes, Your Honor.

17                    THE COURT:  And Juror number 16?

18                    A JUROR:  Yes, Your Honor.

19                    THE COURT:  All right.  Thank you.

20            So members of the jury, there is actually one more

21   step in this case.  And that is that I am going to ask you to

22   consider whether certain property seized by the government

23   should be forfeited in the case and what I am going to do is I

24   am going to ask you to step back into the jury room for a few

25   minutes.  I want to talk to the lawyers about that.  We'll come
```

1    out.  I will then give you instructions on that final task for

2    you in the case, provide an opportunity for the lawyers to

3    present anything else they want to present to you with respect

4    to that issue and then send you back to deliberate on that

5    final issue in the case.  I do thank you for your service.  I'm

6    sorry to have to continue it further, but this is another step

7    that we have to go through.  All right.

8                    (Jury out at 11:16 a.m.)

9                    THE COURT:  All right.  So I have the draft

10   forfeiture jury instructions.  I invited the defense to submit

11   anything they wanted to submit by March 8th.  They did not

12   submit anything.  The defense did not submit anything, so my

13   clerk --

14                    Do you have a copy?

15                    I can pass to you the instructions.

16                    The only thing that needs to be filled in in the

17   instructions are the counts in which there were convictions.

18   Otherwise I think they are in good shape.  But I will give you

19   all a chance to give them a quick look.  And also we have the

20   verdict form, which is, again, the one that the government

21   submitted with respect to forfeiture, which looks fine to me.

22   But there again we'll have to clarify the counts of conviction.

23   I think this only applies to the federal offenses and not to

24   the DC offense.

25                    MR. BROWN:  Yes, Your Honor.  Counts 1 through 3.

1          THE COURT:  I'm sorry?

2          MR. BROWN:  Counts 1 through 3, Your Honor.

3          THE COURT:  Okay.  Yes.  Correct.

4          While you all are looking at that, I will direct that

5    the clerk file and record the verdict.

6          All right.  Any final comments on the forfeiture jury

7    instructions?

8          MR. BROWN:  No, Your Honor.  And I guess the

9    government would suggest if the Court were to give a

10   preliminary instruction to sort of orient the jury, at least

11   the forfeiture generally instruction and the burden of proof,

12   but --

13         THE COURT:  I thought what we had discussed earlier

14   was that I would just read the final instructions now and on

15   the theory that -- and we can send them back to them -- back

16   with them to the jury room to have with them as they consider

17   it.  But I am not anticipating there is going to be a big gap

18   in time between when I give these instructions and when we

19   actually send the jury back to deliberate.  Which I guess the

20   question is, are you going to present argument or do you want

21   to present additional evidence?

22         MR. BROWN:  Yes, Your Honor.  Our plan is to just

23   present a very brief direct examination to supplement the

24   evidence that is already in the trial record.  We would

25   estimate maybe 10 minutes, calling Mr. Scholl back to the

1     stand.

2               THE COURT:  Okay.  And, Mr. Ekeland, what are your

3     views with respect to the process here?

4               MR. EKELAND:  We are fine with all of that.  If

5     anything, I would maybe do a brief cross of Mr. Scholl, but

6     that -- I think everything the Court has outlined is fine.

7               THE COURT:  All right.

8               MR. BROWN:  Your Honor, just to hopefully streamline

9     this further, because the forfeiture phase is an element of

10    sentencing, the case law is clear, we didn't brief this

11    pretrial, but the case law is clear that reliable hearsay is

12    admissible in a forfeiture proceeding.  And so I just wanted to

13    make sure that there is an understanding, so -- because we do

14    intend to admit two records, one of which arguably contains

15    hearsay.

16              THE COURT:  All right.  Mr. Ekeland.

17              MR. EKELAND:  I just didn't hear the last thing

18    Mr. Brown said which is arguably --

19              MR. BROWN:  One of which arguably contains hearsay.

20              And I did immediately before the verdict -- I emailed

21    defense counsel with two proposed additional exhibits to

22    supplement the record in this case.

23              MR. EKELAND:  We will take a look at them.  I haven't

24    looked at them.  I haven't seen them yet.  So I will just take

25    a look.

1        THE COURT:  If you have an objection as it is coming

2   in, you can raise that at that time then?

3        MR. EKELAND:  Certainly.

4        THE COURT:  Should we bring the jury back and I

5   should read them the jury instructions, the government can put

6   on anything it wants to put on, the defense can put on anything

7   it wants to put on.  We'll give you a finalized version of the

8   verdict form and the instructions that I will send back to the

9   jury.  But we can do that after we go through this brief

10  phrase.

11       MR. BROWN:  Yes, Your Honor.

12       THE COURT:  All right.  Let's get the jury.

13       (Jury in at 11:23 a.m.)

14       THE COURT:  Members of the jury, in view of your

15  verdict that the defendant is guilty on Counts 1 through 3 and

16  those were the federal counts of the indictment, you have

17  another task to perform before you are discharged.  I now must

18  ask you to render special verdicts considering property that

19  the government has alleged is subject to forfeiture by the

20  United States.

21       The purpose of forfeiture is to ensure that no one

22  profits from criminal conduct.  Forfeiture in this case means

23  that the defendant will be divested or deprived of his

24  ownership or his interest, if any, in certain property as a

25  penalty for committing violations of certain federal laws.  You

1  must now consider what verdict to render on the question of

2  whether there is a connection between the following specific

3  property and the counts to which you have already found the

4  defendant guilty.  The items that the government seeks to

5  forfeit in this matter include the following six items:

6  First, $349,625.72 seized from Kraken account number

7  AA68N84GQUXTDGMY held in the name of Roman Sterlingov and

8  number AA24N84GWW46KQ5Y held in the name of To the Moon, Roman.

9  Second, approximately .10877 Bitcoin currency, after

10  required fees, seized from Kraken accounts number

11  AA68N84GQUXTDGMY held in the name of Roman Sterlingov, and

12  number AA24N84GWW46KQ5Y held in the name of To The Moon LTD,

13  Roman.

14  Third, approximately 205.9625 Ethereum

15  cryptocurrency, after required fees, seized from Kraken

16  accounts number AA68N84GQUXTDGMY held in the name of Roman

17  Sterlingov and number AA24N84GWW46KQ5Y held in the name of To

18  The Moon LTD, Roman.

19  Fourth, approximately 9,371.52683 Stellar

20  cryptocurrency, after required fees, seized from Kraken account

21  numbers AA68N84GQUXTDGMY held in the name of Roman Sterlingov,

22  and number AA24N84GWW46KQ5Y held in the name of To the Moon,

23  Roman.

24  Fifth, approximately 35.9998 Monero cryptocurrency,

25  after required fees, seized from Kraken account numbers

1  AA68N84GQUXTDGMY, held in the name of Roman Sterlingov, and

2  number AA24N84GWW46KQ5Y, held in the name of To the Moon,

3  Roman.

4         And sixth, approximately 1,354 Bitcoin currency held

5  in the Bitcoin Fog wallet identified by root

6  1YZJKaAx2HAWvcbCXDBtQbBZcRU46WJqw.

7         You must now consider what verdict to render on the

8  question of whether there is a connection between that specific

9  property and Counts 1, 2 and/or 3 for which you have already

10  found the defendant guilty.

11         It is the government's burden to establish the

12  required connection between the specific property and the

13  offense or offenses committed by the defendant which would make

14  the property subject to forfeiture.  You should find that the

15  government has met its burden if it has established that

16  connection by a preponderance of the evidence.

17         This is a lower standard from that which applied to

18  the guilt or innocence phase of the trial.  At that stage of

19  the case, the government was required to meet its burden beyond

20  a reasonable doubt.  At this forfeiture stage, however, the

21  government need only establish its proof by a preponderance of

22  the evidence.

23         Preponderance of the evidence means that the

24  government has to prove evidence which considered in light of

25  the facts leads you to believe that what the government claims

1    is more likely true than not true.  To put it differently, if

2    you were to put the government's evidence and the defendant's

3    evidence on opposite sides of a balance scale, the government's

4    evidence would have to make the scale tip slightly on its side

5    of the balance.  If the government's evidence fails to do this,

6    then the government has not met its burden of proof.

7         So let me start with forfeiture pursuant 18 U.S.C.

8    section 982(a)(1).  Section 982(a)(1) of Title 18 of the United

9    States Code provides in relevant part that whoever engages in a

10   money laundering conspiracy in violation of Title 18 United

11   States Code section 1956(h) money laundering, in violation of

12   18 U.S.C. Code section 1956(a)(3)(A) or (B), or operating an

13   unlicensed money transmitting business in violation of 18

14   U.S.C. section 1960(a) shall forfeit to the United States any

15   property, real or personal, involved in such an offense or any

16   property traceable to such property.

17        The government alleges that certain properties are

18   forfeitable under this category because -- I'm sorry -- based

19   on the defendant's conviction or convictions.  Each item of

20   property is set out in a special verdict form, which I will

21   provide to you as well.

22        As to each item of property, you must determine

23   whether or not the applicable connection exists between the

24   property and the above category.

25        The phrase "any property real or personal involved

in" a money laundering offense includes:  First, the money or other property that was being laundered.

Second, any commissions or fees paid to the launderer.

And, third, any property used to facilitate the laundering offense.

Property that was used to facilitate the money laundering offense may include property that was not part of the transaction itself, but was used to make the money laundering offense easier to commit or harder to detect.  This may include untainted property if it was commingled with the property being laundered and facilitated the money laundering offense.

In the case of a money laundering conspiracy that takes the form of a business, the property that is "involved in" the money laundering conspiracy includes all funds that flowed through the business to bankroll or otherwise facilitate the conspiracy.  It is not limited to specific transactions.

Property involved in a money laundering offense includes any property traceable to the property that was involved in the offense.  The phrase any property traceable to such property includes property that was acquired or maintained with the proceeds of the underlying money laundering crime. The phrase "any property real or personal involved in" an unlicensed money transmitting business offense includes any

property involved in operation of the business during the time period while the business was operating in violation of the law, regardless of its purpose or whether the property was involved in specific transactions.  This includes any property that passed through the unlicensed money transmitting business' accounts during the relevant time period.

Property "involved in" an unlicensed money laundering transmitting business offense includes any property traceable to the property that was involved in the offense.  The phrase "any property traceable to" such property includes property that was acquired or maintained with the proceeds of the underlying money laundering crime.

Property traceable to the proceeds of an offense includes property that was acquired or maintained with the proceeds.  For example, if someone uses the proceeds of the crime to buy a car, the car is regarded as property traceable to the proceeds.  The point is that the proceeds of an offense remain the proceeds even as they change from one thing to another.

All instructions previously given to you concerning your consideration of the evidence, other than instructions on the standard of proof, will apply during your supplemental deliberations concerning the forfeiture allegations.  These previous instructions include, but are not limited to, instructions on the credibility of witnesses, your duty to

1  deliberate together and the necessity of reaching a unanimous

2  verdict.  In your consideration of the forfeiture allegations,

3  you are instructed that your previous determination, the

4  defendant is guilty of Counts 1, 2 and 3 charged in the

5  indictment is binding on this part of the proceeding.  Thus you

6  must not seek to discuss or reconsider the guilt or innocence

7  of the defendant.

8          While deliberating, you may consider any evidence

9  offered by the parties at any time during this trial.  Thus,

10  you may consider any evidence offered during the guilt or

11  innocence phase of the trial as well as any additional evidence

12  offered during the forfeiture phase of the trial.

13          You are also instructed that what happens to any

14  property that you find has a connection to a crime is

15  exclusively a matter for the Court to decide.  Similarly, any

16  claims that the forfeiture of the property will constitute

17  excessive punishment will be taken into account by the court at

18  a later time.  Your only concern is to determine whether the

19  government has established the requisite connection between the

20  specific property and the defendant's crimes.

21          Your verdict that these property are subject to

22  forfeiture must be unanimous.  That is, you must reach a

23  unanimous verdict as to each question on the specific verdict

24  form.

25          I will send back with you a copy of these

1    instructions during your deliberations as well as the special

2    verdict form that you can use in recording your verdict.

3            So we don't anticipate this phase, at least the

4    presentations for this phase taking a great deal of time.  But

5    the government does want to call an additional witness.

6            And, Mr. Brown, you may do so now.

7            MR. BROWN:  The government calls Luke Scholl.

8                    LUKE SCHOLL, sworn

9            THE WITNESS:  I do.

10           THE COURTROOM DEPUTY:  Thank you.  Please be seated.

11           THE COURT:  All right.  Mr. Brown, you may proceed

12   when you are ready.

13                    DIRECT EXAMINATION

14   BY MR. BROWN:

15   Q.    All right.  Good morning, Mr. Scholl.

16         Could you please reintroduce yourself to the jury?

17   A.    Yes.  My name is Luke Scholl; L-U-K-E, S-C-H-O-L-L.

18   Q.    During the trial did you testify about your

19   source-of-funds analysis for Mr. Sterlingov's accounts?

20   A.    Yes, sir, I did.

21   Q.    And what did you do to complete your source of funds

22   analysis?

23   A.    I analyzed the account records for Mr. Sterlingov's

24   accounts, identified the deposits and traced those funds

25   backwards.

1    Q.    And, in general, what was the substantial source of funds

2    for the funds deposited into Mr. Sterlingov's accounts?

3    A.    In general, sir, the substantial source of funds was

4    Bitcoin Fog.

5    Q.    I'd like to direct your attention to Government

6    Exhibit 356, which was admitted during the trial.

7              (Pause.)

8              THE COURT:  You all can pull the monitors back out

9    again.

10             MS. PELKER:  Do you want us to turn the large screen?

11             THE COURTROOM DEPUTY:  They have it on now, but thank

12   you.

13   BY MR. BROWN:

14   Q.    Is this exhibit your source-of-funds analysis?

15   A.    Yes, sir, a summary.

16   Q.    And you reviewed several accounts in your source-of-funds

17   analysis?

18   A.    Yes, sir, I did.

19   Q.    And so I would like to flip to the second page of this.

20   To start out here, was this one of Mr. Sterlingov's two Kraken

21   accounts?

22   A.    Yes, sir, it was.

23   Q.    And what was this account in the name of?

24   A.    This account is in the name of Roman Sterlingov.

25   Q.    And looking at the source of funds for this Kraken

1   account, what were the substantial sources of funds here?

2   A.   Substantial source of funds, indirect transfers from

3   Bitcoin Fog.

4   Q.   And are there also transfer into this account from

5   Mr. Sterlingov's LocalBitcoins account?

6   A.   Yes, sir, there are.

7   Q.   If we could flip back to page 1 of this exhibit.  What was

8   the substantial source of funds for the LocalBitcoin account?

9   A.   A substantial source of funds for the LocalBitcoins

10  account was Bitcoin Fog.

11  Q.   Is that going by dollar value or Bitcoin value or both?

12  A.   So there was 260 Bitcoin deposited, 64 Bitcoin were

13  directly from Bitcoin Fog, 35 Bitcoin were indirectly from

14  Bitcoin Fog, but the US dollar value -- a total US dollar value

15  of $870,000 approximately were deposited.  And approximately

16  $629,000 came direct from Bitcoin Fog and approximately $44,000

17  came indirectly from Bitcoin Fog.

18  Q.   And then flipping forward to page 3 of this.  Is this the

19  source-of-funds analysis for Mr. Sterlingov's second Kraken

20  account?

21  A.   Yes, sir, it is.

22  Q.   And what is this Kraken account in the name of?

23  A.   To the Moon, LTD.

24  Q.   And what was To the Moon, LTD?

25  A.   The VPN service Mr. Sterlingov was purporting to operate.

DIRECT EXAMINATION OF MR. SCHOLL

1  Q.   And what is the substantial source of funds for this To

2  the Moon, LTD Kraken account?

3  A.   The substantial source of funds is Bitcoin Fog.

4  Q.   Now, Mr. Scholl, are you familiar with the seizure of

5  funds from the defendant's two Kraken accounts?

6  A.   Yes, sir I am.

7  Q.   Was that seizure completed in or about July of 2021?

8  A.   I don't remember the exact date, but it sounds correct.

9  Q.   And at the time of the seizure, did the defendant's two

10 Kraken accounts contain a mix of different assets?

11 A.   Yes, sir, they did.

12 Q.   I would like to direct your attention to Exhibit 1001,

13 which is a new exhibit, which has not yet been admitted.

14      Mr. Scholl, do you recognize what has been marked as

15 Exhibit 1001?

16 A.   Yes, sir, I do.

17 Q.   And what is this exhibit?

18 A.   This is the IRS memorandum of the seizure.

19 Q.   And is this a fair and accurate copy of the IRS memorandum

20 for the seizure?

21 A.   Yes, sir, it is.

22      MR. BROWN:  The government moves to admit and publish

23 Government Exhibit 1001.

24      THE COURT:  Any objection?

25      MR. EKELAND:  Hearsay.

1          THE COURT:  So Exhibit 1001 is admitted and may be

2    published to the jury.

3          (Whereupon, Government Exhibit No. 1001 was

4    admitted.)

5    BY MR. BROWN:

6    Q.   Mr. Scholl, is this the IRS memo memorializing the seizure

7    of cryptocurrencies from those two Kraken accounts?

8    A.   Yes, sir, it is.

9    Q.   And if we scroll down to the bottom of this memo, does

10   this show which, if any, cryptocurrencies were seized from

11   those accounts?

12   A.   Yes, sir, it does.

13   Q.   And starting from the top line of the listing of

14   cryptocurrencies, what sort of cryptocurrency is listed in that

15   top line?

16   A.   Bitcoin, sir.

17   Q.   And it actually looks like are there two entries for

18   Bitcoin seizures from the account?

19   A.   Yes, sir, there are.

20   Q.   And do you have an understanding of why that was, why

21   there would be be two separate seizures of Bitcoin?

22   A.   Yes, sir, I do.  Generally when transferring large amounts

23   of money, we conduct a test transaction.  And it appears how

24   the IRS has noted it here, a test transfer and then a main

25   transfer.

1   Q.   And why would you undertake a test transfer?

2   A.   To make sure that there is not a typographical error in

3   address.

4   Q.   And besides Bitcoin, what other forms of cryptocurrency

5   were seized?

6   A.   Ethereum, Monero and Stellar Lumens, sir.

7   Q.   And are the totals of the cryptocurrency amounts in their

8   contemporary dollars values, are those listed in this memo?

9   A.   Yes, sir, they are.

10  Q.   Now, we can take this down.  And then directing your

11  attention to Government Exhibit 1002.

12       Let me back up.  Mr. Scholl, did -- at the time of these

13  seizures, did the government also seize fiat cryptocurrency

14  from these Kraken accounts?

15  A.   Yes, sir, they did.

16  Q.   And what form of fiat currency was held in the Kraken

17  accounts when the seizure warrant was served?

18  A.   Euros were held in the Kraken accounts, sir.

19  Q.   What form of currency was actually seized from the

20  accounts?

21  A.   The government received dollars from Kraken, sir.

22  Q.   Did Kraken convert the Euros into dollars at the time of

23  seizure?

24  A.   That is my understanding, sir, yes.

25  Q.   So directing your attention to what is on the screen,

1    which has been marked as 1002, which is two pages, do you

2    recognize this document?

3    A.   Yes, sir, I do.

4    Q.   And what is this document?

5    A.   It is a wire transfer.

6    Q.   And does this wire transfer document memorialize a

7    specific wire transfer?

8    A.   Yes, sir, it does.  The transfer from Kraken to Treasury

9    forfeiture funds.

10            MR. BROWN:  The government moves to admit and publish

11   Exhibit 1002?

12            THE COURT:  Any objection?

13            MR. EKELAND:  No objection.

14            THE COURT:  Exhibit 1002 is admitted and may be

15   published to the jury.

16            (Whereupon, Government Exhibit No. 1002 was

17   admitted.)

18   BY MR. BROWN:

19   Q.   And, Mr. Scholl, could you just review for the jury what

20   is shown on the screen here?

21   A.   This is the receipt for the wire transfer from Kraken to

22   Treasury for the funds seized from Mr. Sterlingov's accounts.

23   Q.   And, Mr. Scholl, when the government executed the seizure

24   warrant on Kraken, did Kraken collect funds from both of those

25   two accounts and produce them together?

1    A.    Yes, sir, they did.

2    Q.    We can take this down.  Mr. Scholl, during the trial you

3    also testified about the Bitcoin Fog cluster.  Do you recall

4    that?

5    A.    Yes, sir, I do.

6    Q.    And what is the Bitcoin Fog cluster?

7    A.    It is a collection of addresses attributed by Chainalysis

8    Reactor to Bitcoin Fog.

9    Q.    Now, directing your attention to trial Exhibit 326, which

10   was admitted during the trial.  What does this exhibit show?

11   A.    Sir, this exhibit shows a list of all of the addresses in

12   the Chainalysis Bitcoin Fog Cluster.

13   Q.    Could you identify by the first several letters, what is

14   the first address listed in the Bitcoin Fog cluster?

15   A.    Yes, sir.  1YZJKa.

16   Q.    And is there a special name for the first Bitcoin address

17   in a cluster like this?

18   A.    It is often referred to as the root address, sir.

19   Q.    Now, do you recall testifying about the early Bitcoin Fog

20   consolidation addresses?

21   A.    Yes, sir, I do.

22   Q.    What is a consolidation address?

23   A.    A consolidation address is an address that was used to

24   collect funds from multiple user deposit addresses.

25   Q.    And what role did consolidation addresses play -- let me

1    back up.  And do you see one of the Bitcoin Fog consolidation

2    addresses on the screen here?

3    A.    Yes, sir, I do.

4    Q.    Could you identify which one that is?

5    A.    In row two, sir, the same address, 1YZJKa.

6    Q.    And we can take this down.  And I'd like to direct your

7    attention to Government Exhibit 308, which was admitted at

8    trial.

9          It was admitted as a summary.

10         Mr. Scholl, do you recall Government Exhibit 308?

11   A.    Yes, sir, I do.

12   Q.    Is this your summary of the Bitcoin Fog cluster?

13   A.    Yes, sir, it is.

14   Q.    And as of the date of your testimony at trial, what was

15   the current balance in the Bitcoin Fog cluster?

16   A.    At trial, I testified that it was approximately

17   $70 million.

18   Q.    And approximately how many Bitcoin was in that?

19   A.    Approximately 1,354 Bitcoin, sir.

20   Q.    And remind the jury what you said about the last known

21   withdrawal from the Bitcoin Fog cluster?

22   A.    Yes, sir.  The last known withdrawal was on or about

23   April 29th, 2021.

24         MR. BROWN:  No further questions.

25         THE COURT:  All right.  Mr. Ekeland.

```
1                        CROSS-EXAMINATION
2    BY MR. EKELAND:
3    Q.   Good morning, Mr. Scholl.
4    A.   Good morning, sir.
5              MR. EKELAND:  May I proceed, Your Honor?
6              THE COURT:  You may.
7              MR. EKELAND:  Thank you.
8    BY MR. EKELAND:
9    Q.   Mr. Scholl, you testified at trial that in relation to
10   Mr. Sterlingov's Bitcoin Fog transactions, you never traced
11   through Bitcoin Fog to see the source deposits into Bitcoin
12   Fog; is that correct?
13   A.   Yes, sir, that is correct.  The government's position is
14   that they aren't necessarily deposits associated with the funds
15   withdrawn to Mr. Sterlingov's accounts.
16   Q.   But you have never traced through to determine that one
17   way or the other; correct?
18   A.   That is correct, sir.  I am not aware of any deposits
19   associated with those withdrawals.
20   Q.   And you didn't -- nevermind, withdrawn.
21        And then in relation to -- you just testified in relation
22   to some Ethereum that Mr. Sterlingov held; is that correct?
23   A.   Yes, sir, it is.
24   Q.   Bitcoin Fog didn't mix Ethereum, did it?
25   A.   No, sir.  The Ethereum was traded for in the Kraken
```

1    accounts.  Bitcoin was deposited to the Kraken accounts.  And

2    those Ethereum were generated through trades of the Bitcoin in

3    the Kraken account.

4    Q.    And you testified as to Monero.  And Bitcoin Fog didn't

5    mix Monero?

6    A.    That is correct, sir, it did not.  The Monero in the

7    Kraken account was obtained through selling Bitcoin and

8    purchasing Monero, sir.

9    Q.    And you testified to Stellar as well.  And Bitcoin Fog

10   didn't mix Stellar?

11   A.    That's correct, sir.

12   Q.    And you also testified about the Euros in the Kraken

13   account.  And Bitcoin Fog didn't mix Euros; correct?

14   A.    Yes, sir, it didn't.  The Euros again in the Kraken

15   account came from trading Bitcoin for Euros.

16            MR. EKELAND:  No further questions, Your Honor.

17            THE COURT:  All right.  Thank you.

18            Any redirect?

19            MR. BROWN:  No redirect, Your Honor.

20            THE COURT:  All right.  So the witness is excused.

21            Any further witnesses?

22            MR. BROWN:  No, Your Honor.

23            THE COURT:  Do you have any witnesses you would like

24   to call, Mr. Ekeland?

25            MR. EKELAND:  No, Your Honor.

1          THE COURT:  Mr. Brown, are there any remarks you want

2   to make to the jury?

3          MR. BROWN:  Yes, Your Honor.  And if you --

4          THE COURT:  That concludes the presentation of the

5   evidence along with all of the other evidence you have heard in

6   the case and we'll now move to arguments.

7          MR. BROWN:  Brief indulgence, Your Honor.

8                        CLOSING ARGUMENT

9          MR. BROWN:  All right.  Members of the jury, you have

10  one more task before this case is done.  This is called the

11  forfeiture phase of trial.  The purpose of forfeiture is to

12  insure that no one profits from their criminal conduct.  And in

13  this part of the trial, you will decide whether certain listed

14  properties constitute either proceeds of the defendant's crime

15  or were otherwise involved in the defendant's crimes.

16          When the defendant was indicted in this case, the

17  indictment contained something called a forfeiture allegation.

18  This provided formal notice that certain properties were

19  subject to forfeiture.  Why?  Because of the connection between

20  those properties and the defendant's crimes.  The indictment

21  listed six different specific properties.

22          Properties 1 through 5 are all properties seized from

23  the defendant's two Kraken accounts.  And that includes fiat

24  currency, US dollars, as well as various kinds of

25  cryptocurrencies:  Bitcoin, Ethereum, Stellar and Monero.  You

1    will recall testimony and exhibits about these Kraken accounts

2    from the trial and just now from Mr. Scholl's testimony.  I

3    will review this evidence with you briefly and review how the

4    Kraken accounts were used to receive and launder the

5    defendant's profits from operating Bitcoin Fog.

6            Property 6 is the Bitcoin Fog cluster, the group of

7    Bitcoin Fog addresses controlled and used by defendant's

8    service, Bitcoin Fog.  You will also recall trial evidence

9    relating to the Bitcoin Fog cluster as well as Mr. Scholl's

10   testimony here today.

11           Again, I will walk you through the evidence and

12   review how this cluster contains both the defendant's profits

13   and how it was used to facilitate the money laundering

14   conspiracy and the illegal money transmitting business.  In

15   deciding whether the government has carried its burden in

16   showing a connection between these properties and the

17   defendant's crimes, you are entitled to rely on the evidence at

18   trial, as well as Mr. Scholl's testimony here today.

19           Judge Moss has instructed you on the basic principles

20   you will apply in making your forfeiture determination.  And I

21   just wanted to review a couple of those.

22           Judge Moss told you about something called property

23   that is involved in a money laundering or unlicensed money

24   transmitting offense.  To understand the concept of property

25   involved in a offense, you can start with the idea of criminal

1   proceeds.  If a bank robber robs a bank and walks away with

2   $5,000, that $5,000 is his proceeds.  It is his profits from

3   committing the crime.  If a fraudster defrauds somebody out of

4   $1,000, that $1,000 is his proceeds.  It is what the defendant

5   gains from his crimes.

6           As Judge Moss instructed you, property involved in a

7   money laundering or unlicensed money transmitting offense is

8   broader than just proceeds.  It includes proceeds, but it also

9   includes some other categories of property.  First, if a money

10  launderer conducts a money laundering transaction with a

11  customer's money, the property involved in the offense includes

12  the customer's money that is the subject of the transaction.

13  So for Bitcoin Fog, the property involved in the offense,

14  includes all of the customer transactions sent through Bitcoin

15  Fog, not just the 1 to 3 percent fee.

16          Second, property involved in the offense includes the

17  money launderer's commission or fees.  That is the defendant's

18  profits, the 1 to 3 percent commission.

19          And, third, property involved in the offense also

20  includes facilitating property.  When a money launderer

21  commingles clean and dirty funds, that is facilitating

22  property.  Facilitating property can also include property used

23  to conduct the offense or make it harder to detect.

24          And Judge Moss also told you that when a conspiracy,

25  money laundering conspiracy takes the form of an illegal

1    business, as here, then the property involved in the conspiracy

2    includes all of the funds that flow through the business to

3    bankroll or otherwise facilitate the illegal business.

4         The same concept of property involved in an offense

5    applies to Count 3, operating an unlicensed money transmitting

6    business.  So this includes not just the defendant's 1 to

7    3 percent fee, but also any property that was involved in the

8    operation of the business during the time period when it was

9    operating here between 2011 through 2021.

10        And Judge Moss also instructed you about the concept

11   of tracing property that is traceable to the property involved

12   in an offense.  In this case, what does that mean?  It means

13   that the defendant earned Bitcoin from operating Bitcoin Fog

14   and he used that Bitcoin to buy another asset, maybe another

15   form of cryptocurrency, maybe converting the Bitcoin into fiat

16   currency like US dollars or Euros, then those assets are also

17   subject to forfeiture, because they are traceable to the assets

18   that the defendant purchased with Bitcoin.

19        Now, on to the specific properties.  I want to start

20   out with the Bitcoin Fog cluster.  During this trial, just now,

21   you heard testimony from the government's blockchain expert FBI

22   Staff Operations Specialist Luke Scholl.  He told you about the

23   Bitcoin Fog cluster.  This is the cluster of addresses

24   controlled by Bitcoin Fog.

25        During the lifetime of Bitcoin Fog, the Bitcoin Fog

1   cluster received and sent more than 1.2 million Bitcoin and

2   that it includes more than $395.5 million worth of Bitcoin

3   coming in.  And since there is a delay in sending out the

4   Bitcoin that is more than $402.8 million sent out on behalf of

5   Bitcoin Fog customers.  So the Bitcoin Fog cluster includes all

6   of the funds that were received by Bitcoin Fog or sent out from

7   Bitcoin Fog during its entire lifetime.  In other words, all of

8   the customer transactions, including that 1 to 3 percent fee

9   charged by the defendant, which is the difference between input

10  and output on individual transactions.

11          Mr. Scholl also provided a complete list of all of

12  the addresses in the Bitcoin Fog cluster and that is here in

13  Exhibit 326.  And this goes on to list every single one of the

14  more than 925,000 addresses clustered into the Bitcoin Fog

15  cluster.

16          The first address 1YZJKA is known as the root

17  address.  Mr. Scholl also testified in more detail during the

18  trial, about how the Bitcoin Fog cluster worked to facilitate

19  Bitcoin Fog, in other words how the cluster was used to make

20  the mixing and laundering possible.  As Mr. Scholl testified,

21  Bitcoin Fog originally operated through something called

22  consolidation addresses.  So when users sent money into Bitcoin

23  Fog, all of the deposit addresses would transfer or sweep into

24  the consolidation address.  That was sort of a holding area for

25  the user's funds.  And then they were commingled and

1    consolidated.  And then Bitcoin Fog would sent out peel chains

2    from consolidation addresses and break off individual payments

3    to go to individual users.

4         1YZJKA was one of the original consolidation

5    addresses.  So the Bitcoin Fog clustering wasn't just addresses

6    receiving or sending funds through Bitcoin Fog.  It was also

7    the machinery of the Bitcoin Fog process itself.  It was used

8    to consolidate, mix and launder and send out the funds through

9    Bitcoin Fog.

10        You also heard testimony about the defendant's two

11   Kraken accounts.  Mr. Scholl and Special Agent Rovensky

12   testified at trial that the defendant had two Kraken accounts.

13   One was the personal account in the name of Roman Sterlingov.

14   The other was purportedly a business account in the name of To

15   the Moon, LTD for the defendant's Moon VPN service.  But as the

16   trial evidence showed, both accounts were used to receive and

17   launder the defendant's profits from running Bitcoin Fog.

18        Mr. Scholl testified about his source of funds

19   analysis for those two accounts.  Mr. Scholl looked at the

20   defendant's LocalBitcoins account and determined that much of

21   the Bitcoin deposited into these LocalBitcoins accounts were

22   traceable to Bitcoin Fog.  Then he looked at the defendant's

23   two Kraken accounts.  As Mr. Scholl testified, that the

24   substantial or primary source of funds in both accounts was

25   Bitcoin Fog.  For the first Kraken account, there were 16

1   deposits totaling 84 Bitcoin, more than $247,000 sourced from

2   Bitcoin Fog.  There were another four deposits, totaling 16

3   Bitcoin or $164,000 from the defendant's LocalBitcoin accounts,

4   which in turn were substantially sourced from Bitcoin Fog.  So

5   this Kraken account, to begin with, contains a majority of

6   funds traceable back to Bitcoin Fog.  Those are the defendant's

7   profits, his criminal proceeds, that he earned from operating

8   Bitcoin Fog.  That is property involved in the money laundering

9   and unlicensed money transmitter offenses.

10          It is also property involved in the defendant's

11   crimes for a second reason.  Now, you probably noticed that the

12   defendant moved money from Bitcoin Fog to LocalBitcoins and

13   then on to Kraken.  That is layering, the money laundering

14   technique that Mr. Scholl testified about at trial.  So this is

15   an example of the defendant's self laundering, trying to clean

16   his own funds by sending them through multiple accounts before

17   converting them to fiat and spending them.  That made it harder

18   for Kraken or anyone else to identify the source of the

19   defendant's funds as coming from Bitcoin Fog.

20          During the trial you heard testimony about Bitstamp.

21   And remember how Bitstamp was asking the defendant where his

22   Bitcoin came from and pressing him to answer whether he had

23   ever used any cryptocurrency tumblers.  To avoid uncomfortable

24   questions like that, the defendant layered some of the funds

25   coming into his Kraken account through Bitcoin Fog.

1          So that is a second kind of way that this property is

2   involved in the defendant's money laundering offenses.  And

3   then there is the defendant's second Kraken account, To the

4   Moon, LTD.  Similar to his personal Kraken account, this

5   account was mostly funded by deposits from Bitcoin Fog.  Again,

6   these are the defendant's criminal proceeds from operating

7   Bitcoin Fog.

8          And again, To the Moon LTD, was also involved in the

9   defendant's self laundering.  You heard testimony at trial that

10  Moon VPN was basically a front for money laundering.  You heard

11  that IRS Special Agent Matt Price tried to sign up for Moon VPN

12  service using a fake name, Karl Marx, and an address in

13  Australia.  He paid for the service using Bitcoin.  And he

14  downloaded the software which didn't seem to work.  And he

15  tracked where his Bitcoin payment went.  And he saw on the

16  blockchain that no one even bothered to collect the Bitcoin

17  that he paid.  It was still sitting in the payment address as

18  of the date of Special Agent Price's testimony during trial.

19         And so what happened with the Kraken account opened

20  up for this nonfunctional business?  It was used as a piggy

21  bank for the defendant's spending funded by Bitcoin Fog.

22  Deposit Bitcoin from Bitcoin Fog into Kraken, convert to Euros

23  then withdraw and spend.  He did this again and again.

24  Thousands of dollars worth of Bitcoin laundered through the

25  Kraken To the Moon account.  It may not be a huge account

1  relative to the defendant's total earings.  But it did provide

2  the defendant with plausible deniability.  So if anybody asked

3  about where the money was coming from, the defendant had an

4  answer.  It came from his VPN business.  So both of these

5  Kraken accounts are comprised of proceeds from the defendant's

6  accounts.  And they were used to facilitate the defendant's

7  money laundering and unlicensed money transmitting business

8  crimes.

9         Over the past month of this case, you have seen the

10  evidence.  You have listened to the testimony and you have

11  carefully deliberated over the defendant's guilt.  We ask you

12  to turn your attention to this one final task.  And we ask that

13  you return the only verdict that is consistent with the

14  evidence in the case, that these six properties were involved

15  in the defendant's crimes and are subject to forfeiture.

16         THE COURT:  All right.  Mr. Ekeland.

17              CLOSING ARGUMENT

18         MR. EKELAND:  Briefly.

19         You just heard Mr. Brown say that the majority of the

20  funds or some of the accounts were mostly funded.  We just ask

21  that you take a look at the evidence to see what you can

22  clearly say was linked to Bitcoin Fog and what wasn't in making

23  your determination and make your determination very carefully.

24  Thank you.

25         THE COURT:  All right.  Thank you.

1          All right.  So I will let you go back to the jury

2    room to deliberate on this final issue.  I will promptly get

3    back to you my instructions and a copy of the special verdict

4    form for this final phase of the proceeding.

5          (Jury out at 12:03 p.m.)

6          THE COURT:  So I am going to ask that my clerk print

7    out copies of the final instruction of the special verdict form

8    and the instructions, just so you all can take a quick look at

9    that before we send it back.

10          MR. EKELAND:  Your Honor --

11          THE COURT:  Yes.

12          MR. EKELAND:  Just a brief bit of housekeeping, if I

13   may approach?

14          THE COURT:  That is fine.  Go ahead.

15          MR. EKELAND:  So Mr. Sterlingov has just asked if it

16   is possible -- and I have not discussed this with the

17   government yet, if his handwritten notes, his notes from his

18   computer and all of his passwords be sealed or in some way

19   protected from the public accessing them.

20          THE COURT:  Well, the -- I will let you discuss with

21   the government.  It strikes me if there is any PII in that that

22   would be appropriate to seal it, so any passwords, personal

23   telephone numbers, things like that, I think it would be

24   appropriate.  But under D.C. Circuit guidance I think as much

25   of the case has to be open to the public as possible.  You are

1    welcome to go through it and discuss it, in the first instance,

2    with the government.  If there are things that should be

3    redacted from any materials that are publically available, that

4    is acceptable to me.

5         I will say that it is not as -- the evidence is not

6    getting published online where someone can just go online and

7    find it.  So exhibits wouldn't be available online.  But if

8    there is something that should be redacted, I am happy to

9    consider doing so.  And with respect to his passports and/or

10   passports and other materials, I suppose that they will remain

11   as evidence in the control of the government for the time being

12   at least pending any appeal and final disposition of the case.

13        But I will let you confer with them in the first

14   instance about that as well.  I wouldn't anticipate anybody

15   would have access to his passports, for example.

16        MR. EKELAND:  Maybe the thing is to discuss it with

17   the government and file an appropriate motion.

18        THE COURT:  That is fine.

19        And then shall we set a date for sentencing?

20        THE COURTROOM DEPUTY:  Are the parties available --

21   are the parties available for July 15th at 10 a.m.?

22        MR. BROWN:  Your Honor, the government is available

23   July 15th.

24        THE COURT:  All right.  Mr. Ekeland.

25        MR. EKELAND:  One moment, Your Honor, waiting for my

1  calendar to boot up.

2          THE COURT:  Okay.  That is fine.

3          MR. EKELAND:  Yes, Your Honor, we are available that

4  day.

5          THE COURT:  So put the matter down for sentencing on

6  July 15th at 10:00 a.m.

7          And I will direct that the defense file its

8  sentencing memorandum on or before the 8th of July and that the

9  government file its sentencing memorandum on or before the 1st

10  of July.  And that way, Mr. Ekeland, you have an opportunity to

11  respond to anything that you might not anticipate the

12  government would raise.

13          My clerk is just getting the copies of the final

14  instructions and special verdict form for you to look at.

15          (Pause.)

16          THE COURT:  While she is doing that, is there

17  anything else that needs to be addressed before we adjourn?

18          MR. BROWN:  Your Honor, the government has loaded up

19  the two additional exhibits onto the drive.  I previously sent

20  them to the defense -- sent copies to the defense for their

21  review.  So the evidence is ready to go, from the government's

22  perspective.

23          THE COURT:  Is that acceptable to you, Mr. Ekeland?

24          MR. EKELAND:  I think so.  Which exhibits are they,

25  the ones you just showed?

1          MR. BROWN:  New Exhibit 1001, which was the IRS

2    seizure memorandum; and then 1002, which was the wire transfer

3    document.

4          MR. EKELAND:  No.  That is fine, Your Honor.

5          THE COURT:  That is fine to give that to the jury

6    then.

7          Anything else before we adjourn?

8          MR. BROWN:  Nothing else, Your Honor.

9          THE COURT:  Mr. Ekeland.

10          MR. EKELAND:  Nothing else, Your Honor.

11          THE COURT:  So maybe what I will do is I will step

12    off the bench.  And you all can look at the verdict form and

13    the instructions.  And if there is anything that you think

14    isn't right, let me know and I will come back out and we can

15    discuss that.  But if you have no concerns with it, then we can

16    send it back to the jury room.

17          MR. EKELAND:  Were those emailed to us?

18          THE COURT:  My clerk is printing them out in hard

19    copy.

20          And we will let you know when we hear something from

21    the jury otherwise.  All right.  Thank you.

22          (Recess taken at 12:11 p.m.)

23          THE COURT:  All right.  We have a verdict on the

24    forfeiture counts.  Would anybody like me to poll the jury with

25    respect to forfeiture?

```
1           MR. BROWN:  No, Your Honor.

2           MR. EKELAND:  Yes, Your Honor.

3           THE COURT:  Okay.  All right.  So I will do that.

4           THE COURTROOM DEPUTY:  Are we ready?

5           THE COURT:  Yes, we are ready.

6           (Jury in at 1:25 p.m.)

7           THE COURT:  All right.  If I could ask the foreperson

8    to stand.

9           Has the jury reached a verdict with respect to the

10   forfeiture proceedings?

11          A JUROR:  We have, Your Honor.

12          THE COURT:  Can I ask you to pass that to the deputy

13   clerk?  Okay.

14          If I could ask you to stand, please.  And I am going

15   to ask -- what is the jury's finding with respect to the

16   allegation that $349,225.72 seized from Kraken account and I am

17   going to use the shorthand AA68 held in the name of Roman

18   Sterlingov and number AA24NG4 held in the name of To the Moon,

19   LTD Roman named in the forfeiture allegation and the indictment

20   is property, real or personal, involved in the offense or

21   offenses for which the defendant Roman Sterlingov has been

22   convicted as charged in Counts 1, 2 and 3 of the indictment?

23          A JUROR:  Yes, Your Honor.

24          THE COURT:  And how does the jury find with respect

25   to the allegation that approximately .10877 Bitcoin
```

1    cryptocurrency, after required fees, seized from Kraken

2    accounts -- and I will use the shorthand again, number AA68

3    held in the name of Roman Sterlingov and number AA24N84 held in

4    the name of To the Moon LTD, Roman named in the forfeiture

5    allegation of the indictment is property real or personal

6    involved in the offense or offenses for which the defendant

7    Roman Sterlingov has been convicted as charged in Counts 1, 2

8    and 3 of the indictment?

9            A JUROR:  Yes, Your Honor.

10           THE COURT:  And how does the jury find with respect

11   to the allegation that approximately 205.9625 Ethereum

12   cryptocurrency, after required fees, seized from Kraken

13   accounts number AA68 held -- that again the shorthand held in

14   the name of Roman Sterlingov and number AA24N84 held in the

15   name of To the Moon LTD, Roman named in the forfeiture

16   allegation of the indictment is property, real or personal,

17   involved in the offense or offenses for which the defendant

18   Roman Sterlingov has been convicted as charged in Counts 1, 2

19   and 3 of the indictment?

20           A JUROR:  Yes, Your Honor.

21           THE COURT:  And how does the jury find that

22   approximately 9,371.5283 Stellar cryptocurrency, after required

23   fees, seized from the Kraken account number AA68, held in the

24   name of Roman Sterlingov, and number AA24N84, held in the name

25   of To the Moon, Roman named in the forfeiture allegation of the

1    indictment is property, real or personal, involved in the

2    offense or offenses for which the defendant, Roman Sterlingov,

3    has been convicted as charged in Counts 1, 2 and 3 of the

4    indictment?

5              A JUROR:  Yes, Your Honor.

6              THE COURT:  How does the jury find with respect to

7    the allegation that approximately 35.9998 Monero

8    cryptocurrency, after required fees, seized from Kraken

9    accounts number AA68 held in the name of Roman Sterlingov and

10   number AA24N84, held in the name of To the Moon, LTD, Roman

11   named in the forfeiture allegation in the indictment is

12   property, real or personal, involved in the offense or offenses

13   for which the defendant, Roman Sterlingov, has been convicted

14   as charged in Counts 1, 2 and 3 of the indictment?

15             A JUROR:  Yes, Your Honor.

16             THE COURT:  Finally, how does the jury find with

17   respect to the allegation that approximately 1,354 Bitcoin

18   currently held in the Bitcoin Fog wallet identified by root

19   address 1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw named in the

20   forfeiture allegation, in the indictment is property, real or

21   personal, involved in the offense or offenses for which the

22   defendant, Roman Sterlingov, has been convicted as charged in

23   Counts 1, 2 and 3 of the indictment?

24             A JUROR:  Yes, Your Honor.

25             THE COURT:  Just for clarity of the record, each time

1    that I referred to a count AA68, did you understand that I was

2    referring to AA68NG84GQUTXDGMY?

3              A JUROR:  I'm sorry.  Your Honor, TX or XT?

4              THE COURT:  XT.

5              A JUROR:  Yes, Your Honor.

6              THE COURT:  I referred to number AA24N84 that I was

7    referring to number AA24N84GWW46KQ5Y?

8              A JUROR:  Yes, Your Honor.

9              THE COURT:  So let me go through and ask each juror

10   one by one whether the verdict as just announced represents

11   your personal verdict with respect to each of those

12   allegations.

13              Juror number 1?

14              A JUROR:  Yes, Your Honor.

15              THE COURT:  Juror number 2?

16              A JUROR:  Yes, sir.

17              THE COURT:  Juror number 3?

18              A JUROR:  Yes, Your Honor.

19              THE COURT:  Juror number 4?

20              A JUROR:  Yes.

21              THE COURT:  Juror number 5?

22              A JUROR:  Yes.

23              THE COURT:  Juror number 7?

24              A JUROR:  Yes.

25              THE COURT:  Juror number 8?

1          A JUROR:  Yes, Your Honor.

2          THE COURT:  Juror number 10?

3          A JUROR:  Yes.

4          THE COURT:  Juror number 12?

5          A JUROR:  Yes, Your Honor.

6          THE COURT:  Juror number 13?

7          A JUROR:  Yes, Your Honor.

8          THE COURT:  Juror number 15?

9          A JUROR:  Yes, Your Honor.

10         THE COURT:  And Juror number 16?

11         A JUROR:  Yes, Your Honor.

12         THE COURT:  All right.  Anything else before I excuse

13    the jury?

14         MR. BROWN:  No, Your Honor.

15         MR. EKELAND:  No, Your Honor.

16         THE COURT:  Well, I thank you all very much for your

17    service.  This was a lengthy case that involved -- required

18    careful attention.  And so I am very appreciative.

19         You all are discharged.  You are free to discuss the

20    case or not discuss the case with anyone as you see fit.  At

21    this point, if you want to go back in the jury room, I would be

22    happy to come back and just say a brief hello to you.  But you

23    are also -- your service is complete and you are also more than

24    welcome to head out the door and I won't be insulted if you

25    pick up and leave.  But I will go in the jury room in a minute

1   or two, just to say hello for anyone who is still there.  But

2   you do have both my sincere thanks and the thanks of the Court

3   more generally for your service.  This was a substantial

4   portion of your time and commitment.  But it is also incredibly

5   important to our system and how our system works, so I do thank

6   you all for your service.  Thank you.

7            (Jury out at 1:32 p.m.)

8            THE COURT:  All right.  Anything else before we

9   adjourn?

10            MR. BROWN:  No, Your Honor.

11            MR. EKELAND:  No, Your Honor.

12            THE COURT:  All right.  Well, thank you all.  I know

13   for all of you this was an enormous undertaking and a

14   tremendous amount of energy from everyone involved.  And I

15   thank you all for your professionalism and the manner that you

16   handled this difficult case.  So I do very much appreciate your

17   service to the system on both sides as well, so thank you all.

18   And I am sure you all are in need of a little bit of rest at

19   this point.

20            So I am going to direct that the clerk record the

21   verdict with respect to the forfeiture as well.

22            All right.  And you all are excused.

23            MR. EKELAND:  Thank you, Your Honor.

24            (Proceedings concluded at 1:33 p.m.)

25

1                     C E R T I F I C A T E

2

3            I, SHERRY LINDSAY, Official Court Reporter, certify

4    that the foregoing constitutes a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9

10                       Dated this 18th day of April, 2024.

11

12                       _____
                         Sherry Lindsay, RPR
13                       Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**1YZJKaAx2HAWvcbCXDBtQbBZcRU46WJqw**
**1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw**
  **[1]**  44/19

**2**

**20001 [1]**  2/9
**20005 [1]**  1/21
**2011 [1]**  32/9
**2021 [3]**  21/7 26/23 32/9
**2024 [2]**  1/5 48/10
**205.9625 [2]**  12/14 43/11
**20530 [2]**  1/14 1/17
**21-399 [2]**  1/4 4/2
**22 [1]**  3/10
**24 [1]**  3/10
**260 [1]**  20/12
**27 [1]**  3/4
**29 [1]**  3/7
**29th [1]**  26/23

**3**

**3 percent [4]**  31/15 31/18 32/7
33/8
**30 [1]**  2/3
**308 [2]**  26/7 26/10
**326 [2]**  25/9 33/13
**333 [1]**  2/8
**35 [1]**  20/13
**35.9998 [2]**  12/24 44/7
**356 [1]**  19/6
**37 [1]**  3/7
**399 [2]**  1/4 4/2

**5**

**5.1527 [1]**  1/17

**6**

**601 [1]**  1/16
**64 [1]**  20/12
**6710 [1]**  2/8

**8**

**84 [1]**  35/1
**8th [3]**  2/4 8/11 40/8

**9**

**9,371.52683 [1]**  12/19
**9,371.5283 [1]**  43/22
**925,000 [1]**  33/14
**950 [1]**  1/14
**982 [2]**  14/8 14/8

**A**

**a.m [6]**  1/6 4/21 8/8 11/13 39/21
40/6
**AA24N84 [5]**  43/3 43/14 43/24
44/10 45/6
**AA24N84GWW46KQ5Y [6]**  12/8 12/12
12/17 12/22 13/2 45/7
**AA24NG4 [1]**  42/18
**AA68 [6]**  42/17 43/2 43/13 43/23
44/9 45/1
**AA68N84GQUXTDGMY [5]**  12/7 12/11
12/16 12/21 13/1
**AA68NG84GQUTXDGMY [1]**  45/2
**about [19]**  7/25 18/18 21/7 25/3
25/19 26/20 26/22 28/12 30/1
30/22 32/10 32/22 33/18 34/10
34/18 35/14 35/20 37/3 39/14
**above [2]**  14/24 48/5
**above-entitled [1]**  48/5
**acceptable [2]**  39/4 40/23
**access [1]**  39/15
**accessing [1]**  38/19
**account [34]**  12/6 12/20 12/25
17/17 18/23 19/23 19/24 20/1 20/4
20/5 20/8 20/10 20/20 20/22 21/2
22/18 28/3 28/7 28/13 28/15 34/13
34/14 34/20 34/25 35/5 35/25 36/3
36/4 36/5 36/19 36/25 36/25 42/16

**43/23**
**account [5]**  44/4 12/16 16/6
18/19 18/24 19/2 19/16 19/21 21/5
21/10 22/7 22/11 23/14 23/17
23/18 23/20 24/22 24/25 27/15
28/1 28/1 29/23 30/1 30/4 34/11
34/12 34/16 34/19 34/21 34/23
34/24 35/3 35/16 37/5 37/6 37/20
43/2 43/13 44/9
**accurate [1]**  21/19
**acquired [3]**  15/22 16/11 16/14
**Action [1]**  1/3
**activity [1]**  6/10
**actually [4]**  7/20 9/19 22/17
23/19
**additional [5]**  9/21 10/21 17/11
18/5 40/19
**address [14]**  23/3 25/14 25/16
25/18 25/22 25/23 25/23 26/5
33/16 33/17 33/24 36/12 36/17
44/19
**addressed [1]**  40/17
**addresses [15]**  25/7 25/11 25/20
25/24 25/25 26/2 30/7 32/23 33/12
33/14 33/22 33/23 34/2 34/5 34/5
**adjourn [3]**  40/17 41/7 47/9
**admissible [1]**  10/12
**admit [3]**  10/14 21/22 24/10
**admitted [9]**  19/6 21/13 22/1 22/4
24/14 24/17 25/10 26/7 26/9
**after [9]**  11/9 12/9 12/15 12/20
12/25 43/1 43/12 43/22 44/8
**afternoon [1]**  4/6
**again [11]**  8/20 8/22 19/9 28/14
30/11 36/5 36/8 36/23 36/23 43/2
43/13
**Agent [3]**  34/11 36/11 36/18
**ahead [1]**  38/14
**Alden [1]**  4/8
**all [57]**
**allegation [12]**  29/17 42/16 42/19
42/25 43/5 43/11 43/16 43/25 44/7
44/11 44/17 44/20
**allegations [3]**  16/23 17/2 45/12
**alleged [1]**  11/19
**alleges [1]**  14/17
**along [1]**  29/5
**already [3]**  9/24 12/3 13/9
**also [23]**  8/19 17/13 20/4 23/13
25/3 28/12 30/8 31/8 31/19 31/22
31/24 32/7 32/10 32/16 33/11
33/17 34/6 34/10 35/10 36/8 46/23
46/23 47/4
**am [14]**  6/16 7/21 7/23 7/24 9/17
21/6 27/18 38/6 39/8 42/14 42/16
46/18 47/18 47/20
**AMERICA [2]**  1/3 4/3
**amount [1]**  47/14
**amounts [2]**  22/22 23/7
**analysis [6]**  18/19 18/22 19/14
19/17 20/19 34/19
**analyzed [1]**  18/23
**announced [1]**  45/10
**another [6]**  8/6 11/17 16/19 32/14
32/14 35/2
**answer [2]**  35/22 37/4
**anticipate [3]**  18/3 39/14 40/11
**anticipating [1]**  9/17
**any [34]**  9/6 11/24 14/14 14/15
14/25 15/3 15/5 15/20 15/21 15/24
15/25 16/4 16/8 16/10 17/8 17/9
17/10 17/11 17/13 17/21 21/24
22/10 24/12 27/18 28/18 28/21
28/23 29/1 32/7 35/23 38/21 38/22
39/3 39/12
**anybody [3]**  37/2 39/14 41/24
**anyone [3]**  35/18 46/20 47/1
**anything [13]**  8/3 8/11 8/12 8/12
10/5 11/6 11/6 40/11 40/17 41/7
41/13 46/12 47/8
**appeal [1]**  39/12
**APPEARANCES [3]**  1/12 1/23 2/1

---

**A JUROR: [44]**  4/25 5/7 5/11 5/15
5/18 5/21 6/1 6/5 6/11 6/15 6/21
6/23 6/25 7/2 7/2 7/4 7/6 7/8 7/10
7/12 7/14 7/16 7/18 42/11 42/23
43/9 43/20 44/5 44/15 44/24 45/3
45/5 45/8 45/14 45/16 45/18 45/20
45/22 45/24 46/1 46/3 46/5 46/7
46/9 46/11
**BY MR. BROWN: [4]**  18/14 19/13
22/5 24/18
**BY MR. EKELAND: [2]**  27/2 27/8
**MR. BROWN: [25]**  4/6 4/16 8/25
9/2 9/8 9/22 10/8 10/19 11/11
18/7 21/22 24/10 26/24 28/19
28/22 29/3 29/7 29/9 39/22 40/18
41/1 41/8 42/1 46/14 47/10
**MR. EKELAND: [27]**  4/10 4/19 10/4
10/17 10/23 11/3 21/25 24/13 27/5
27/7 28/16 28/25 37/18 38/10
38/12 38/15 39/16 39/25 40/3
40/24 41/4 41/10 41/17 42/2 46/15
47/11 47/23
**MS. PELKER: [1]**  19/10
**THE COURT: [96]**
**THE COURTROOM DEPUTY: [5]**  4/2
18/10 19/11 39/20 42/4
**THE WITNESS: [1]**  18/9

**$**

**$1,000 [2]**  31/4 31/4
**$164,000 [1]**  35/3
**$247,000 [1]**  35/1
**$349,225.72 [1]**  42/16
**$349,625.72 [1]**  12/6
**$395.5 [1]**  33/2
**$395.5 million [1]**  33/2
**$402.8 [1]**  33/4
**$402.8 million [1]**  33/4
**$44,000 [1]**  20/16
**$5,000 [2]**  31/2 31/2
**$629,000 [1]**  20/16
**$70 [1]**  26/17
**$70 million [1]**  26/17
**$870,000 [1]**  20/15

**.**

**.10877 [2]**  12/9 42/25

**1**

**1,354 [3]**  13/4 26/19 44/17
**1.2 million [1]**  33/1
**10 [4]**  7/9 9/25 39/21 46/2
**10005 [1]**  2/4
**1001 [7]**  3/10 21/12 21/15 21/23
22/1 22/3 41/1
**1002 [7]**  3/10 23/11 24/1 24/14
24/14 24/16 41/2
**10:00 a.m [1]**  40/6
**11:11 [1]**  1/6
**11:12 [1]**  4/21
**11:16 [1]**  8/8
**11:23 [1]**  11/13
**12 [3]**  1/5 7/11 46/4
**12:03 [1]**  38/5
**12:11 [1]**  41/22
**13 [2]**  7/13 46/6
**1301 [1]**  1/20
**15 [2]**  7/15 46/8
**15th [3]**  39/21 39/23 40/6
**16 [4]**  7/17 34/25 35/2 46/10
**18 [8]**  3/4 5/9 5/13 14/7 14/8
14/10 14/12 14/13
**18th [1]**  48/10
**1956 [4]**  5/10 5/14 14/11 14/12
**1960 [1]**  14/14
**1:25 [1]**  42/6
**1:32 [1]**  47/7
**1:33 [1]**  47/24
**1st [1]**  40/9
**1YZJKa [4]**  25/15 26/5 33/16 34/4

## A

appears [1]   22/23
applicable [1]   14/23
applied [1]   13/17
applies [2]   8/23 32/5
apply [2]   16/22 30/20
appreciate [1]   47/16
appreciative [1]   46/18
approach [1]   4/4 38/13
appropriate [4]   5/24 38/22 38/24 39/17
approximately [16]   12/9 12/14 12/19 12/24 13/4 20/15 20/15 20/16 26/16 26/18 26/19 42/25 43/11 43/22 44/7 44/17
April [2]   26/23 48/10
April 29th [1]   26/23
are [46]   4/7 8/17 8/18 9/4 9/20 10/2 10/4 11/17 14/17 16/24 17/3 17/13 17/21 18/12 20/4 20/6 21/4 22/17 22/19 23/7 23/8 23/9 29/1 29/22 30/17 32/16 32/17 35/6 36/6 37/5 37/15 38/25 39/2 39/3 39/20 39/21 40/3 40/24 42/4 42/5 46/19 46/19 46/23 46/23 47/18 47/22
area [1]   33/24
aren't [1]   27/14
arguably [3]   10/14 10/18 10/19
argument [5]   3/7 3/7 9/20 29/8 37/17
arguments [1]   29/6
as [51]
ask [16]   4/15 4/23 5/3 6/17 7/21 7/24 11/18 37/11 37/12 37/20 38/6 42/7 42/12 42/14 42/15 45/9
asked [2]   37/2 38/15
asking [1]   35/21
asset [1]   32/14
assets [3]   21/10 32/16 32/17
associated [2]   27/14 27/19
attention [8]   19/5 21/12 23/11 23/25 25/9 26/7 37/12 46/18
attributed [1]   25/7
AUSA [1]   4/6
Australia [1]   36/13
available [6]   39/3 39/7 39/20 39/21 39/22 40/3
Ave [2]   1/14 1/20
Avenue [1]   2/8
avoid [1]   35/23
aware [1]   27/18
away [1]   31/1

## B

back [22]   4/22 7/24 8/4 9/15 9/15 9/19 9/25 11/4 11/8 17/25 19/8 20/7 23/12 26/1 35/6 38/1 38/3 38/9 41/14 41/16 46/21 46/22
backwards [1]   18/25
balance [3]   14/3 14/5 26/15
bank [3]   31/1 31/1 36/21
bankroll [2]   15/17 32/3
Bankruptcy [1]   2/7
based [1]   14/18
basic [1]   30/19
basically [1]   36/10
be [23]   6/9 7/23 8/16 9/17 11/23 17/17 17/22 18/10 22/21 22/21 22/21 24/14 36/25 38/18 38/22 38/23 38/25 39/2 39/7 39/8 40/17 46/21 46/24
because [5]   10/9 10/13 14/18 29/19 32/17
been [10]   6/9 21/13 21/14 24/1 42/21 43/7 43/18 44/3 44/13 44/22
before [13]   1/9 4/14 10/20 11/17 29/10 35/16 38/9 40/8 40/9 40/17 41/7 46/12 47/8
begin [1]   35/5
behalf [1]   33/4
being [3]   15/2 15/12 39/11

believe [1]   13/25
belongings [1]   32/22
besides [1]   23/4
between [10]   9/18 12/2 13/8 13/12 14/23 17/19 29/19 30/16 32/9 33/9
beyond [1]   13/19
big [1]   9/17
binding [1]   17/5
bit [2]   38/12 47/18
Bitcoin [106]
Bitstamp [2]   35/20 35/21
blockchain [2]   32/21 36/16
boot [1]   40/1
both [8]   20/11 24/24 30/12 34/16 34/24 37/4 47/2 47/17
bothered [1]   36/16
bottom [1]   22/9
break [1]   34/2
brief [7]   9/23 10/5 10/10 11/9 29/7 38/12 46/22
briefly [2]   30/3 37/18
bring [2]   4/14 11/4
broader [1]   31/8
BRODIE [1]   1/15
Brooklyn [1]   2/4
BROWN [9]   1/15 3/4 3/7 4/7 10/18 18/6 18/11 29/1 37/19
burden [6]   9/11 13/11 13/15 13/19 14/6 30/15
business [22]   5/20 5/23 6/3 6/4 6/7 14/13 15/15 15/17 15/25 16/1 16/2 16/8 30/14 32/1 32/2 32/3 32/6 32/8 34/14 36/20 37/4 37/7
business' [1]   16/5
buy [2]   16/16 32/14

## C

calendar [1]   40/1
call [2]   18/5 28/24
called [4]   29/10 29/17 30/22 33/21
calling [1]   9/25
calls [1]   18/7
came [5]   20/16 20/17 28/15 35/22 37/4
can [20]   8/15 9/15 11/2 11/5 11/6 11/9 18/2 19/8 23/10 25/2 26/6 30/25 31/22 37/21 38/8 39/6 41/12 41/14 41/15 42/12
car [2]   16/16 16/16
careful [1]   46/18
carefully [2]   37/11 37/23
carried [1]   30/15
case [24]   4/2 6/19 7/21 7/23 8/2 8/5 10/10 10/11 10/22 11/22 13/19 15/14 29/9 29/10 29/16 32/12 37/9 37/14 38/25 39/12 46/17 46/20 46/20 47/16
categories [1]   31/9
category [2]   14/18 14/24
CATHERINE [1]   1/13
Ccips [1]   1/19
certain [6]   7/22 11/24 11/25 14/17 29/13 29/18
Certainly [1]   11/3
certify [1]   48/3
Chainalysis [2]   25/7 25/12
chains [1]   34/1
chance [1]   8/19
change [1]   16/18
charged [8]   17/4 33/9 42/22 43/7 43/18 44/3 44/14 44/22
Chris [1]   4/6
CHRISTOPHER [1]   1/15
Circuit [1]   38/24
claims [2]   13/25 17/16
clarify [1]   8/22
clarity [1]   44/25
clean [2]   31/21 35/15
clear [2]   10/10 10/11
clearly [1]   37/22
clerk [8]   5/2 8/13 9/5 38/6 40/13

41/18 42/13 47/20
closing [2]   9/8 37/17
cluster [20]   25/3 25/6 25/12 25/14 25/17 26/12 26/15 26/21 30/6 30/9 30/12 32/20 32/23 32/23 33/1 33/5 33/12 33/15 33/18 33/19
clustered [1]   33/14
clustering [1]   34/5
Code [3]   14/9 14/11 14/12
collect [3]   24/24 25/24 36/16
collection [1]   25/7
COLUMBIA [3]   1/1 5/25 6/14
come [3]   7/25 41/14 46/22
coming [5]   11/1 33/3 35/19 35/25 37/3
comments [1]   9/6
commingled [2]   15/11 33/25
commingles [1]   31/21
commission [2]   31/17 31/18
commissions [1]   15/3
commit [1]   15/10
commitment [1]   47/4
committed [1]   13/13
committing [2]   11/25 31/3
complete [3]   18/21 33/11 46/23
completed [1]   21/7
comply [1]   6/3
comprised [1]   37/5
computer [1]   38/18
concept [3]   30/24 32/4 32/10
concern [1]   17/18
concerning [2]   16/20 16/23
concerns [1]   41/15
concluded [1]   47/24
concludes [1]   29/4
conduct [4]   11/22 22/23 29/12 31/23
conducts [1]   31/10
confer [1]   39/13
connection [9]   12/2 13/8 13/12 13/16 14/23 17/14 17/19 29/19 30/16
consider [7]   7/22 9/16 12/1 13/7 17/8 17/10 39/9
consideration [2]   16/21 17/2
considered [1]   13/24
considering [1]   11/18
consistent [1]   37/13
consolidate [1]   34/8
consolidated [1]   34/1
consolidation [9]   25/20 25/22 25/23 25/25 26/1 33/22 33/24 34/2 34/4
conspiracy [9]   5/6 14/10 15/14 15/16 15/18 30/14 31/24 31/25 32/1
conspired [2]   5/9 5/12
constitute [2]   17/16 29/14
constitutes [1]   48/4
Constitution [2]   2/8
contain [1]   21/10
contained [1]   29/17
contains [4]   10/14 10/19 30/12 35/5
contemporary [1]   23/8
CONTENTS [1]   3/1
continue [1]   8/6
CONTINUED [2]   1/23 2/1
control [1]   39/11
controlled [2]   30/7 32/24
convert [2]   23/22 36/22
converting [2]   32/15 35/17
convicted [6]   42/22 43/7 43/18 44/3 44/13 44/22
conviction [2]   8/22 14/19
convictions [2]   8/17 14/19
copies [3]   38/7 40/13 40/20
copy [5]   8/14 17/25 21/19 38/3 41/19
correct [11]   9/3 21/8 27/12 27/13 27/17 27/18 27/22 28/6 28/11 28/13 48/4

**C**

**could [10]**   4/23 5/1 5/3 18/16
20/7 24/19 25/13 26/4 42/7 42/14
**counsel [5]**   4/4 4/5 4/7 4/12
10/21
**count [8]**   5/4 5/4 5/5 5/17 5/20
6/13 32/5 45/1
**counts [16]**   8/17 8/22 8/25 9/2
11/15 11/16 12/3 13/9 17/4 41/24
42/22 43/7 43/18 44/3 44/14 44/23
**couple [1]**   30/21
**court [11]**   1/1 2/6 2/7 4/11 9/9
10/6 17/15 17/17 47/2 48/3 48/13
**Courts [1]**   2/7
**credibility [1]**   16/25
**crime [6]**   15/23 16/12 16/16 17/14
29/14 31/3
**crimes [8]**   17/20 29/15 29/20
30/17 31/5 35/11 37/8 37/15
**criminal [8]**   1/3 4/2 6/9 11/22
29/12 30/25 35/7 36/6
**CRM [1]**   1/19
**cross [3]**   3/4 10/5 27/1
**Cross-examination [2]**   3/4 27/1
**cryptocurrencies [4]**   22/7 22/10
22/14 29/25
**cryptocurrency [13]**   12/15 12/20
12/24 22/14 23/4 23/7 23/13 32/15
35/23 43/1 43/12 43/22 44/8
**currency [6]**   12/9 13/4 23/16
23/19 29/24 32/16
**current [1]**   26/15
**currently [1]**   44/18
**customer [2]**   31/14 33/8
**customer's [2]**   31/11 31/12
**customers [1]**   33/5

**D**

**D.C [1]**   38/24
**date [4]**   21/8 26/14 36/18 39/19
**Dated [1]**   48/10
**day [2]**   40/4 48/10
**DC [6]**   1/5 1/14 1/17 1/21 2/9
8/24
**deal [1]**   18/4
**decide [2]**   17/15 29/13
**deciding [1]**   30/15
**defendant [33]**   1/7 2/2 4/11 5/9
5/12 5/22 6/2 6/6 6/8 11/15 11/23
12/4 13/10 13/13 17/4 17/7 29/16
31/4 32/13 32/18 33/9 34/12 35/12
35/21 35/24 37/2 37/3 42/21 43/6
43/17 44/2 44/13 44/22
**defendant's [35]**   14/2 14/19 17/20
21/5 21/9 29/14 29/15 29/20 29/23
30/5 30/7 30/12 30/17 31/17 32/6
34/10 34/15 34/17 34/20 34/22
35/3 35/6 35/10 35/15 35/19 36/2
36/3 36/6 36/9 36/21 37/1 37/5
37/6 37/11 37/15
**defense [8]**   4/17 8/10 8/12 10/21
11/6 40/7 40/20 40/20
**defrauds [1]**   31/3
**delay [1]**   33/3
**deliberate [4]**   8/4 9/19 17/1 38/2
**deliberated [1]**   37/11
**deliberating [1]**   17/8
**deliberations [2]**   16/23 18/1
**deniability [1]**   37/2
**DEPARTMENT [1]**   1/13
**deposit [3]**   25/24 33/23 36/22
**deposited [5]**   19/2 20/12 20/15
28/1 34/21
**deposits [7]**   18/24 27/11 27/14
27/18 35/1 35/2 36/5
**deprived [1]**   11/23
**Dept [1]**   1/20
**deputy [1]**   42/12
**derived [1]**   6/9
**detail [1]**   33/17
**detect [2]**   15/10 31/23

**determination [4]**   17/3 30/20
30/20 39/4
**determine [3]**   14/22 17/18 27/16
**determined [1]**   34/20
**did [21]**   8/11 8/12 10/20 18/18
18/20 18/21 19/18 21/9 21/11
23/12 23/13 23/15 23/22 24/24
25/1 25/25 27/24 28/6 36/23 37/1
45/1
**didn't [9]**   10/10 10/17 27/20
27/24 28/4 28/10 28/13 28/14
36/14
**difference [1]**   33/9
**different [2]**   21/10 29/21
**differently [1]**   14/1
**difficult [1]**   29/3
**direct [10]**   3/4 9/4 9/23 18/13
19/5 20/16 21/12 26/6 40/7 47/20
**directing [3]**   23/10 23/25 25/9
**directly [1]**   20/13
**dirty [1]**   31/21
**discharged [2]**   11/17 46/19
**discuss [7]**   17/6 38/20 39/1 39/16
41/15 46/19 46/20
**discussed [2]**   9/13 38/16
**disposition [1]**   39/12
**DISTRICT [6]**   1/1 1/1 1/10 2/7
5/24 6/13
**divested [1]**   11/23
**do [38]**   5/8 5/12 5/22 6/2 6/6
6/16 7/23 8/5 8/14 9/20 10/5
10/13 11/9 14/5 18/6 18/9 18/21
19/10 21/14 21/16 22/20 22/22
24/1 24/3 25/3 25/5 25/19 25/21
26/1 26/3 26/10 26/11 28/23 41/11
42/3 47/2 47/5 47/16
**document [4]**   24/2 24/4 24/6 41/3
**does [16]**   5/5 5/16 5/19 6/12 18/5
22/9 22/12 24/6 24/8 25/10 32/12
42/24 43/10 43/21 44/6 44/16
**doing [2]**   39/9 40/16
**DOJ [2]**   1/16 1/19
**DOJ-CRM [1]**   1/19
**DOJ-USAO [1]**   1/16
**dollar [3]**   20/11 20/14 20/14
**dollars [6]**   23/8 23/21 23/22
29/24 32/16 36/24
**don't [2]**   18/3 21/8
**done [1]**   29/10
**door [1]**   46/24
**doubt [1]**   13/20
**down [5]**   22/9 23/10 25/2 26/6
40/5
**downloaded [1]**   36/14
**draft [1]**   8/9
**drive [1]**   40/19
**during [18]**   16/1 16/6 16/22 17/9
17/10 17/12 18/1 18/18 19/6 25/2
25/10 32/8 32/20 32/25 33/7 35/17
35/20 36/18
**duty [1]**   16/25

**E**

**each [7]**   6/17 14/19 14/22 17/23
44/25 45/9 45/11
**earings [1]**   37/1
**earlier [1]**   9/13
**early [1]**   25/19
**earned [2]**   32/13 35/7
**easier [1]**   15/10
**either [1]**   29/14
**EKELAND [14]**   2/2 2/3 3/4 3/7 4/10
10/2 10/16 26/25 28/24 37/16
39/24 40/10 40/23 41/9
**element [1]**   10/9
**else [8]**   8/3 35/18 40/17 41/7
41/8 41/10 46/12 47/8
**emailed [2]**   10/20 41/17
**energy [1]**   47/14
**engages [1]**   14/9
**enormous [1]**   47/13
**ensure [1]**   11/21

**entire [1]**   33/7
**entitled [1]**   48/5
**entries [1]**   22/17
**error [1]**   23/2
**establish [2]**   13/11 13/21
**established [2]**   13/15 17/19
**estimate [1]**   9/25
**Ethereum [8]**   12/14 23/6 27/22
27/24 27/25 28/2 29/25 43/11
**Euros [8]**   23/18 23/22 28/12 28/13
28/14 28/15 32/16 36/22
**even [2]**   16/18 36/16
**ever [1]**   35/23
**every [1]**   33/13
**everyone [1]**   47/14
**everything [1]**   10/6
**evidence [27]**   9/21 9/24 13/16
13/22 13/23 13/24 14/2 14/3 14/4
14/5 16/21 17/8 17/10 17/11 29/5
29/5 30/3 30/8 30/11 30/17 34/16
37/10 37/14 37/21 39/5 39/11
40/21
**exact [1]**   21/8
**examination [5]**   3/4 3/4 9/23
18/13 27/1
**example [3]**   16/15 35/15 39/15
**excessive [1]**   17/17
**exclusively [1]**   17/15
**excuse [1]**   46/12
**excused [2]**   28/20 47/22
**executed [1]**   24/23
**exhibit [23]**   3/10 3/10 19/6 19/14
20/7 21/12 21/13 21/15 21/17
21/23 22/1 22/3 23/11 24/11 24/14
24/16 25/9 25/10 25/11 26/7 26/10
33/13 41/1
**Exhibit 1001 [1]**   21/23
**Exhibit 308 [1]**   26/7
**Exhibit 326 [2]**   25/9 33/13
**Exhibit 356 [1]**   19/6
**exhibits [6]**   3/9 10/21 30/1 39/7
40/19 40/24
**exists [1]**   14/23
**expert [1]**   32/21

**F**

**facilitate [7]**   15/5 15/7 15/17
30/13 32/3 33/18 37/6
**facilitated [1]**   15/12
**facilitating [3]**   31/20 31/21
31/22
**facts [1]**   13/25
**failed [1]**   6/3
**fails [1]**   14/5
**fair [1]**   21/19
**fake [1]**   36/12
**familiar [1]**   21/4
**FBI [1]**   32/21
**federal [4]**   6/4 8/23 11/16 11/25
**fee [3]**   31/15 32/7 33/8
**fees [10]**   12/10 12/15 12/20 12/25
15/3 31/17 43/1 43/12 43/23 44/8
**few [1]**   7/24
**fiat [5]**   23/13 23/16 29/23 32/15
35/17
**Fifth [1]**   12/24
**file [4]**   9/5 39/17 40/7 40/9
**filled [1]**   8/16
**final [10]**   8/1 8/5 9/6 9/14 37/12
38/2 38/4 38/7 39/12 40/13
**finalized [1]**   11/7
**Finally [1]**   44/16
**find [17]**   5/5 5/8 5/12 5/16 5/19
5/22 6/2 6/6 6/12 13/14 17/14
39/7 42/24 43/10 43/21 44/6 44/16
**finding [1]**   42/15
**fine [8]**   8/21 10/4 10/6 38/14
39/18 40/2 41/4 41/5
**first [10]**   12/6 15/1 25/13 25/14
25/16 31/9 33/16 34/25 39/1 39/13
**fit [1]**   46/20
**flip [2]**   19/19 20/7

**F**

flipping [1]  20/18
Floor [1]  2/4
flow [1]  32/2
flowed [1]  15/17
Fog [70]
following [2]  12/2 12/5
foregoing [1]  48/4
foreperson [3]  4/23 5/3 42/7
forfeit [2]  12/5 14/14
forfeitable [1]  14/18
forfeited [1]  7/23
forfeiture [35]  8/10 8/21 9/6
  9/11 10/9 10/12 11/19 11/21 11/22
  13/14 13/20 14/7 16/23 17/2 17/12
  17/16 17/22 29/11 29/11 29/11
  29/17 29/19 30/20 32/17 37/15
  41/24 41/25 42/10 42/19 43/4
  43/15 43/25 44/11 44/20 47/21
form [15]  5/1 8/20 11/8 14/20
  15/15 17/24 18/2 23/16 23/19
  31/25 32/15 38/4 38/7 40/14 41/12
formal [1]  29/18
forms [1]  23/4
forward [1]  20/18
found [2]  12/3 13/10
four [1]  35/2
Fourth [1]  12/19
fraudster [1]  31/3
free [1]  46/19
front [1]  36/10
funded [3]  36/5 36/21 37/20
funds [37]  6/8 15/16 18/19 18/21
  18/24 19/1 19/2 19/3 19/14 19/16
  19/25 20/1 20/2 20/8 20/9 20/19
  21/1 21/3 21/5 24/9 24/22 24/24
  25/24 27/14 31/21 32/2 33/6 33/25
  34/6 34/8 34/18 34/24 35/6 35/16
  35/19 35/24 37/20
further [5]  8/6 10/9 26/24 28/16
  28/21

**G**

gains [1]  31/5
gap [1]  9/17
general [2]  19/1 19/3
generally [3]  9/11 22/22 47/3
generated [1]  28/2
get [3]  4/20 11/12 38/2
getting [2]  39/6 40/13
give [7]  8/1 8/18 8/19 9/9 9/18
  11/7 41/5
given [1]  16/20
go [13]  5/4 6/16 8/7 11/9 34/3
  38/1 38/14 39/1 39/6 40/21 45/9
  46/21 46/25
goes [1]  33/13
going [11]  6/16 7/21 7/23 7/24
  9/17 9/20 20/11 38/6 42/14 42/17
  47/20
good [8]  4/6 4/9 4/10 4/13 8/18
  18/15 27/3 27/4
government [43]  3/10 3/10 4/5 4/7
  4/15 7/22 8/20 9/9 11/5 11/19
  12/4 13/15 13/19 13/21 13/24
  13/25 14/6 14/17 17/19 18/5 18/7
  19/5 21/22 21/23 22/3 23/11 23/13
  23/21 24/10 24/16 24/24 24/23 26/7
  26/10 30/15 38/17 38/21 39/2
  39/11 39/17 39/22 40/9 40/12
  40/18
government's [7]  13/11 14/2 14/3
  14/5 27/13 32/21 40/21
great [1]  18/4
group [1]  30/6
guess [2]  9/8 9/19
guidance [1]  38/24
guilt [4]  13/18 17/6 17/10 37/11
guilty [8]  5/7 5/18 5/21 6/15
  11/15 12/4 13/10 17/4

**H**

had [4]  9/13 54/12 35/22 37/3
handled [1]  47/16
handwritten [1]  38/17
happened [1]  36/19
happens [1]  17/13
happy [2]  39/8 46/22
hard [1]  41/18
harder [3]  15/10 31/23 35/17
has [25]  4/23 10/6 11/19 13/15
  13/15 13/24 14/6 17/14 17/19
  21/13 21/14 22/24 24/11 30/19
  30/19 38/15 38/25 40/18 42/9
  42/21 43/7 43/18 44/3 44/13 44/22
HASSARD [2]  2/2 4/12
have [31]  4/14 4/25 6/8 8/6 8/7
  8/9 8/14 8/19 8/22 9/16 11/1
  11/16 12/3 13/9 14/4 19/11 22/20
  27/16 28/23 29/5 29/9 37/9 37/10
  37/10 38/16 39/15 40/10 41/15
  41/23 42/11 47/2
haven't [2]  10/23 10/24
he [11]  32/14 32/22 34/22 35/7
  35/22 36/13 36/13 36/14 36/15
  36/17 36/23
head [1]  46/24
hear [2]  10/17 41/20
heard [7]  29/5 32/21 34/10 35/20
  36/9 36/10 37/19
hearsay [4]  10/11 10/15 10/19
  21/25
held [26]  12/7 12/8 12/11 12/12
  12/16 12/17 12/21 12/22 13/1 13/2
  13/4 23/16 23/18 27/22 42/17
  42/18 43/3 43/3 43/13 43/13 43/14
  43/23 43/24 44/9 44/10 44/18
hello [2]  46/22 47/1
here [11]  10/3 19/20 20/1 22/24
  24/20 26/2 30/10 30/18 32/1 32/9
  33/12
him [1]  35/22
his [20]  11/23 11/24 31/2 31/2
  31/4 31/5 34/18 35/7 35/16 35/21
  35/25 36/4 36/15 37/4 38/17 38/17
  38/17 38/18 39/9 39/15
holding [1]  33/24
Honor [61]
HONORABLE [1]  1/9
hopefully [1]  10/8
housekeeping [1]  38/12
how [18]  5/5 5/16 5/19 6/12 22/23
  26/18 30/3 30/12 30/13 33/18
  33/19 35/21 42/24 43/10 43/21
  44/6 44/16 47/5
however [1]  13/20
huge [1]  36/25

**I**

I invited [1]  8/10
I'd [2]  19/5 26/6
I'm [4]  8/5 9/1 14/18 45/3
idea [1]  30/25
identified [3]  13/5 18/24 44/18
identify [3]  25/13 26/4 35/18
illegal [3]  30/14 31/25 32/3
immediately [1]  10/20
important [1]  47/5
include [5]  12/5 15/8 15/11 16/24
  31/22
includes [20]  15/1 15/16 15/20
  15/22 15/25 16/4 16/8 16/10 16/14
  29/23 31/8 31/9 31/11 31/14 31/16
  31/20 32/2 32/6 33/2 33/5
including [1]  33/8
incredibly [1]  47/4
indicted [1]  29/16
indictment [16]  11/16 17/5 29/17
  29/20 42/19 42/22 43/5 43/8 43/16
  43/19 44/1 44/4 44/11 44/14 44/20
  44/23
indirect [1]  20/2

indirectly [2]  20/13 20/17
individual [5]  34/2 34/3
indulgence [1]  29/7
innocence [3]  13/18 17/6 17/11
input [1]  33/9
instance [2]  39/1 39/14
instructed [5]  17/3 17/13 30/19
  31/6 32/10
instruction [3]  9/10 9/11 38/7
instructions [18]  8/1 8/10 8/15
  8/17 9/7 9/14 9/18 11/5 11/8
  16/20 16/21 16/24 16/25 18/1 38/3
  38/8 40/14 41/13
insulted [1]  46/24
insure [1]  29/12
intend [1]  10/14
intended [1]  6/9
interest [1]  11/24
invited [1]  8/10
involved [36]  6/7 14/15 14/25
  15/15 15/19 15/21 15/24 16/1 16/4
  16/7 16/9 29/15 30/23 30/25 31/6
  31/11 31/13 31/16 31/19 32/1 32/4
  32/7 32/11 35/8 35/10 36/2 36/8
  37/14 42/20 43/6 43/17 44/1 44/12
  44/21 46/17 47/14
IRS [6]  21/18 21/19 22/6 22/24
  36/11 41/1
is [142]
isn't [1]  41/14
issue [3]  8/4 8/5 38/2
it [62]
item [2]  14/19 14/22
items [2]  12/4 12/5
its [10]  13/15 13/19 13/21 14/4
  14/6 16/3 30/15 33/7 40/7 40/9
itself [2]  15/9 34/7

**J**

JEFFREY [2]  1/18 4/8
joining [1]  4/12
JUDGE [6]  1/10 30/19 30/22 31/6
  31/24 32/10
July [6]  21/7 39/21 39/23 40/6
  40/8 40/10
July 15th [3]  39/21 39/23 40/6
juror [27]  6/17 6/17 6/20 6/22
  6/24 7/1 7/3 7/5 7/7 7/9 7/11
  7/13 7/15 7/17 45/9 45/13 45/15
  45/17 45/19 45/21 45/23 45/25
  46/2 46/4 46/6 46/8 46/10
jurors [1]  6/17
jury [50]
jury's [1]  42/15
just [29]  4/14 6/18 9/14 9/22
  10/8 10/12 10/17 10/24 24/19
  27/21 30/2 30/21 31/8 31/15 32/6
  32/20 34/5 37/19 37/20 38/8 38/12
  38/15 39/6 40/13 40/25 44/25
  45/10 46/22 47/1
Just a [1]  38/12
JUSTICE [2]  1/13 1/20

**K**

Karl [1]  36/12
kind [1]  36/1
kinds [1]  29/24
know [3]  41/14 41/20 47/12
known [4]  6/8 26/20 26/22 33/16
Kraken [50]

**L**

L-U-K-E [1]  18/17
large [2]  19/10 22/22
last [3]  10/17 26/20 26/22
later [1]  17/18
launder [5]  5/9 5/13 30/4 34/8
  34/17
laundered [3]  15/2 15/12 36/24
launderer [1]  15/4 31/10 31/20
launderer's [1]  31/17

**L**

laundering [29]   5/6 5/17 5/23
14/10 14/11 15/1 15/6 15/8 15/10
15/12 15/14 15/16 15/19 15/23
16/7 16/12 30/13 30/23 31/7 31/10
31/25 33/20 35/8 35/13 35/15 36/2
36/9 36/10 37/7
law [5]   2/3 6/4 10/10 10/11 16/3
laws [1]   11/25
lawyers [2]   7/25 8/2
layered [1]   35/24
layering [1]   35/13
leads [1]   13/25
least [3]   9/10 18/3 39/12
leave [1]   46/25
lengthy [1]   46/17
let [10]   4/14 14/7 23/12 25/25
38/1 38/20 39/13 41/14 41/20 45/9
Let's [2]   4/20 11/12
letters [1]   25/13
license [2]   5/24 6/13
lifetime [2]   32/25 33/7
light [1]   13/24
like [11]   19/5 19/19 21/12 22/17
25/17 26/6 28/23 32/16 35/24
38/23 41/24
likely [1]   14/1
limited [2]   15/18 16/24
LINDSAY [3]   2/6 48/3 48/12
line [2]   22/13 22/15
linked [1]   37/22
list [3]   25/11 33/11 33/13
listed [5]   22/14 23/8 25/14 29/13
29/21
listened [1]   37/10
listing [1]   22/13
little [1]   47/18
loaded [1]   40/18
LocalBitcoin [2]   20/8 35/3
LocalBitcoins [5]   20/5 20/9 34/20
34/21 35/12
look [7]   8/19 10/23 10/25 37/21
38/8 40/14 41/12
looked [1]   10/24 34/19 34/22
looking [2]   9/4 19/25
looks [2]   8/21 22/17
lower [1]   13/17
LTD [12]   12/12 12/18 20/23 20/24
21/2 34/15 36/4 36/8 42/19 43/4
43/15 44/10
Luke [5]   3/3 18/7 18/8 18/17
32/22
Lumens [1]   23/6

**M**

machinery [1]   34/7
made [1]   35/17
main [1]   22/24
maintained [3]   15/22 16/11 16/14
majority [1]   35/5 37/19
make [9]   10/13 13/13 14/4 15/9
23/2 29/2 31/23 33/19 37/23
making [2]   30/20 37/22
manner [1]   47/15
many [1]   26/18
March [2]   1/5 8/11
March 8th [1]   8/11
marked [2]   21/14 24/1
Marx [1]   36/12
materials [2]   39/3 39/10
Matt [1]   36/11
matter [4]   12/5 17/15 40/5 48/5
may [12]   15/8 15/11 17/8 17/10
18/6 18/11 22/1 24/14 27/5 27/6
36/25 38/13
maybe [6]   9/25 10/5 32/14 32/15
39/16 41/11
me [12]   4/7 4/12 4/14 8/21 14/7
23/12 25/25 38/21 39/4 41/14
41/24 45/9
mean [1]   32/12
means [3]   11/22 13/23 32/12
meant [1]   17/21
members [4]   4/22 7/20 11/14 29/9
memo [3]   22/6 22/9 23/8
memorandum [5]   21/18 21/19 40/8
40/9 41/2
memorialize [1]   24/6
memorializing [1]   22/6
met [2]   13/15 14/6
MICHAEL [2]   2/2 4/12
might [1]   40/11
million [4]   26/17 33/1 33/2 33/4
minute [1]   46/25
minutes [2]   7/25 9/25
MISCELLANY [1]   3/6
mix [6]   21/10 27/24 28/5 28/10
28/13 34/8
mixing [1]   33/20
moment [1]   39/25
Monero [8]   22/24 23/6 28/4 28/5
28/6 28/8 29/25 44/7
money [52]
monitors [1]   19/8
month [1]   37/9
Moon [20]   12/8 12/12 12/18 12/22
13/2 20/23 20/24 21/2 34/15 35/15
36/4 36/8 36/10 36/11 36/25 42/18
43/4 43/15 43/25 44/10
more [11]   7/20 14/1 29/10 30/1
33/2 33/4 33/14 33/17 35/1 46/23
47/3
morning [6]   4/9 4/10 4/13 18/15
27/3 27/4
MOSS [6]   1/9 30/19 30/22 31/6
31/24 32/10
mostly [2]   36/5 37/20
motion [1]   39/17
move [1]   29/6
moved [1]   35/12
moves [2]   21/22 24/10
Mr [25]   3/4 3/4 3/7 3/7 9/25 10/5
18/15 21/4 21/14 22/6 24/19 24/23
25/2 26/10 27/3 27/9 30/9 30/18
33/11 33/17 33/20 34/11 34/19
34/23 35/14
Mr. [29]   10/2 10/16 10/18 18/6
18/11 18/19 18/23 19/2 19/20 20/5
20/19 20/25 23/12 24/22 26/25
27/10 27/15 27/22 28/24 29/1 30/2
34/18 37/16 37/19 38/15 39/24
40/10 40/23 41/9
Mr. Brown [5]   10/18 18/6 18/11
29/1 37/19
Mr. Ekeland [9]   10/2 10/16 26/25
28/24 37/16 39/24 40/10 40/23
41/9
Mr. Scholl [2]   23/12 34/18
Mr. Scholl's [1]   30/2
Mr. Sterlingov [3]   20/25 27/22
38/15
Mr. Sterlingov's [9]   18/19 18/23
19/2 19/20 20/5 20/19 24/22 27/10
27/15
much [4]   34/20 38/24 46/16 47/16
multiple [2]   25/24 35/16
must [7]   11/17 12/1 13/7 14/22
17/6 17/22 17/22
my [9]   8/12 18/17 23/24 38/3 38/6
39/25 40/13 41/18 47/2

**N**

N.W [1]   1/16
name [29]   4/5 12/7 12/8 12/11
12/12 12/16 12/17 12/21 12/22
13/1 13/2 18/17 19/23 19/24 20/22
25/16 34/13 34/14 34/16 42/17
42/18 43/3 43/4 43/14 43/15 43/24
43/24 44/9 44/10
named [6]   42/19 43/4 43/15 43/25
44/11 44/19
necessarily [1]   27/14
necessity [1]   17/1
need [2]   13/21 47/18
needs [2]   27/10 27/16
never [2]   27/10 27/16
nevermind [1]   27/20
new [3]   1/20 21/13 41/1
NEXT [1]   1/23
no [22]   1/4 4/16 9/8 11/21 22/3
24/13 24/16 26/24 27/25 28/16
28/19 28/22 28/25 29/12 36/16
41/4 41/15 42/1 46/14 46/15 47/10
47/11
nonfunctional [1]   36/20
not [23]   8/11 8/12 8/23 9/17 14/1
14/6 14/23 15/8 15/18 16/24 17/6
21/13 23/2 27/18 28/6 31/15 32/6
36/25 38/16 39/5 39/5 40/11 46/20
noted [1]   22/24
notes [2]   38/17 38/17
Nothing [2]   41/8 41/10
notice [1]   29/18
noticed [1]   35/11
now [16]   6/16 9/14 11/17 12/1
13/7 18/6 19/11 21/4 23/10 25/9
25/19 29/6 30/2 32/19 32/20 35/11
number [43]   6/20 6/22 6/24 7/1
7/3 7/5 7/7 7/9 7/11 7/13 7/15
7/17 12/6 12/8 12/10 12/12 12/16
12/17 12/22 13/2 42/18 43/2 43/3
43/13 43/14 43/23 43/24 44/9
44/10 45/6 45/7 45/13 45/15 45/17
45/19 45/21 45/23 45/25 46/2 46/4
46/6 46/8 46/10
numbers [3]   12/21 12/25 38/23
NW [3]   1/14 1/20 2/8
NY [1]   2/4

**O**

objection [4]   11/1 21/24 24/12
24/13
obtained [1]   28/7
off [2]   34/2 41/12
offense [32]   6/9 8/24 13/13 14/15
15/1 15/6 15/8 15/10 15/13 15/19
15/21 15/25 16/8 16/9 16/13 16/17
30/24 30/25 31/7 31/11 31/13
31/16 31/19 31/22 32/4 32/12
42/20 43/6 43/17 44/2 44/12 44/21
offenses [10]   8/23 13/13 35/9
36/2 42/21 43/6 43/17 44/2 44/12
44/21
offered [3]   17/9 17/10 17/12
Official [3]   2/7 48/3 48/13
often [1]   25/18
Okay [7]   4/17 6/16 9/3 10/2 40/2
42/3 42/13
one [20]   7/20 8/20 10/14 10/19
11/21 16/18 19/20 26/1 26/4 27/16
29/10 29/12 33/13 34/4 34/13
36/16 37/12 39/25 45/10 45/10
ones [1]   40/25
online [3]   39/6 39/6 39/7
only [5]   8/16 8/23 13/21 17/18
37/13
open [1]   38/25
opened [1]   36/19
operate [1]   20/25
operated [4]   5/23 6/2 6/6 33/21
operating [9]   5/20 14/12 16/2
30/5 32/5 32/9 32/13 35/7 36/6
operation [2]   16/1 32/8
Operations [1]   32/22
opportunity [2]   8/2 40/10
opposite [1]   14/3
orient [1]   9/10
original [1]   34/4
originally [1]   33/21
other [10]   15/2 16/21 23/4 27/17
29/5 31/9 33/7 33/19 34/14 39/10
otherwise [5]   8/18 15/17 29/15
32/3 41/21
our [3]   9/22 47/5 47/5
out [18]   8/1 8/8 14/20 19/8 19/20

**O**

out... [13]   31/3 32/20 33/3 33/4
33/6 34/1 34/8 38/5 38/7 41/14
41/18 46/24 47/7
outlined [1]   10/6
output [1]   33/10
over [2]   37/9 37/11
own [1]   35/16
ownership [1]   11/24

**P**

p.m [5]   38/5 41/22 42/6 47/7
47/24
page [4]   1/23 19/19 20/7 20/18
pages [1]   24/1
paid [3]   15/3 36/13 36/17
part [4]   14/9 15/8 17/5 29/13
parties [3]   17/9 39/20 39/21
pass [3]   5/1 8/15 42/12
passed [1]   16/5
passports [3]   39/9 39/10 39/15
passwords [2]   38/18 38/22
past [1]   37/9
Pause [2]   19/7 40/15
payment [2]   35/16 36/17
payments [1]   34/2
PEARLMAN [2]   1/18 4/8
peel [1]   34/1
PELKER [2]   1/13 4/8
penalty [1]   11/25
pending [1]   39/12
Pennsylvania [1]   1/14
percent [4]   31/15 31/18 32/7 33/8
perform [1]   11/17
period [3]   16/2 16/6 32/8
personal [14]   6/18 14/15 14/25
15/24 34/13 36/4 38/22 42/20 43/5
43/16 44/1 44/12 44/21 45/11
perspective [1]   40/22
phase [8]   10/9 13/18 17/11 17/12
18/3 18/4 29/11 38/4
phrase [5]   11/10 14/25 15/21
15/24 16/9
pick [1]   46/25
piggy [1]   36/20
PII [1]   38/21
Plaintiff [2]   1/4 1/13
plan [1]   9/22
plausible [1]   37/2
play [1]   25/25
please [5]   4/4 5/4 18/10 18/16
42/14
PLLC [1]   2/3
podium [1]   4/4
point [3]   16/17 46/21 47/19
poll [3]   4/15 4/18 41/24
portion [1]   47/4
position [1]   27/13
possible [3]   33/20 38/16 38/25
preliminary [1]   9/10
preponderance [2]   13/16 13/21
13/23
present [6]   4/11 8/3 8/3 9/20
9/21 9/23
presentation [1]   29/4
presentations [1]   18/4
pressing [1]   35/22
pretrial [1]   10/11
previous [2]   16/24 17/3
previously [2]   16/20 40/19
Price [1]   36/11
Price's [1]   36/18
primary [1]   34/24
principles [1]   30/19
print [1]   38/6
printing [1]   41/18
probably [1]   35/11
proceed [2]   18/11 27/5
proceeding [3]   10/12 17/5 38/4
proceedings [3]   42/10 47/24 48/5
proceeds [17]   15/23 16/11 16/13

process [2]   10/3 34/7
produce [1]   24/25
professionalism [1]   47/15
profits [8]   11/22 29/12 30/5
30/12 31/2 31/18 34/17 35/7
promote [1]   6/10
promptly [1]   38/2
proof [4]   9/11 13/21 14/6 16/22
properties [10]   14/17 29/14 29/18
29/20 29/21 29/22 29/22 30/16
32/19 37/14
property [71]
proposed [1]   10/21
protected [1]   38/19
prove [1]   13/24
provide [3]   8/2 14/21 37/1
provided [2]   29/18 33/11
provides [1]   14/9
public [2]   38/19 38/25
publically [1]   39/3
publish [2]   21/22 24/10
published [3]   22/2 24/15 39/6
pull [1]   19/8
punishment [1]   17/17
purchased [1]   32/18
purchasing [1]   28/8
purportedly [1]   34/14
purporting [1]   20/25
purpose [3]   11/21 16/3 29/11
pursuant [1]   14/7
put [7]   11/5 11/6 11/6 11/7 14/1
14/2 40/5

**Q**

question [4]   9/20 12/1 13/8 17/23
questions [3]   26/24 28/16 35/24
quick [2]   8/19 38/8

**R**

raise [2]   11/2 40/12
RANDOLPH [1]   1/9
reach [1]   17/22
reached [2]   4/24 42/9
reaching [1]   17/1
Reactor [1]   25/8
read [3]   6/18 9/14 11/5
ready [4]   18/12 40/21 42/4 42/5
real [9]   14/15 14/25 15/24 42/20
43/5 43/16 44/1 44/12 44/20
reason [1]   35/11
reasonable [1]   13/20
recall [5]   25/3 25/19 26/10 30/1
30/8
receipt [1]   24/21
receive [2]   30/4 34/16
received [3]   23/21 33/1 33/6
receiving [1]   34/6
Recess [1]   41/22
recognize [2]   21/14 24/2
reconsider [1]   17/6
record [7]   4/5 9/5 9/24 10/22
44/25 47/20 48/5
recording [1]   18/2
records [2]   10/14 18/23
redacted [2]   39/3 39/8
redirect [2]   28/18 28/19
referred [3]   25/18 45/1 45/6
referring [1]   45/2 45/7
regarded [1]   16/16
regardless [1]   16/3
reintroduce [1]   18/16
relating [1]   30/9
relation [3]   27/9 27/21 27/21
relative [1]   37/1
relevant [2]   14/9 16/6
reliable [1]   10/11
rely [1]   30/17
remain [2]   16/18 39/10
remarks [1]   29/1

remember [2]   21/8 35/21
remind [1]   47/22
render [3]   11/18 12/1 13/7
Reporter [4]   2/6 2/7 48/3 48/13
represents [2]   6/18 45/10
request [1]   4/17
requesting [1]   4/15
required [11]   12/10 12/15 12/20
12/25 13/12 13/19 43/1 43/12
43/22 44/8 46/17
requirements [1]   6/4
requisite [1]   17/19
respect [17]   5/5 5/16 5/19 6/12
8/3 8/21 10/3 39/9 41/25 42/9
42/15 42/24 43/10 44/6 44/17
45/11 47/21
respond [1]   40/11
rest [1]   47/18
return [1]   37/13
review [4]   24/19 30/3 30/3 30/12
30/21 40/21
reviewed [1]   19/16
right [31]   4/9 4/13 4/20 4/22 5/3
7/19 8/7 8/9 9/6 10/7 10/16 11/12
18/11 18/15 26/25 28/17 28/20
29/9 37/16 37/25 38/1 39/24 41/14
41/21 41/23 42/3 42/7 46/12 47/8
47/12 47/22
robber [1]   31/1
robs [1]   31/1
role [1]   25/25
ROMAN [31]   1/6 4/3 4/11 12/7 12/8
12/11 12/13 12/16 12/18 12/21
12/23 13/1 13/3 19/24 34/13 42/17
42/19 42/21 43/3 43/4 43/7 43/14
43/15 43/18 43/24 43/25 44/2 44/9
44/10 44/13 44/22
room [7]   2/8 7/24 9/16 38/2 41/16
46/21 46/25
root [4]   13/5 25/18 33/16 44/18
Rovensky [1]   34/11
row [1]   26/5
RPR [1]   48/12
running [1]   34/17

**S**

S-C-H-O-L-L [1]   18/17
said [2]   10/18 26/20
same [2]   26/5 32/4
saw [1]   36/15
say [5]   37/19 37/22 39/5 46/22
47/1
scale [2]   14/3 14/4
Scholl [26]   3/3 9/25 10/5 18/7
18/8 18/15 18/17 21/4 21/14 22/6
23/12 24/19 24/23 25/2 26/10 27/3
27/9 32/22 33/11 33/17 33/20
34/11 34/18 34/19 34/23 35/14
Scholl's [3]   30/2 30/9 30/18
screen [4]   19/10 23/25 24/20 26/2
scroll [1]   22/9
seal [1]   38/22
sealed [1]   38/18
seated [1]   18/10
second [8]   12/9 15/3 19/19 20/19
31/16 35/11 36/1 36/3
section [7]   5/10 5/13 14/8 14/8
14/11 14/12 14/14
see [4]   26/1 27/11 37/21 46/20
seek [1]   17/6
seeks [1]   12/4
seem [1]   36/14
seen [2]   10/24 37/9
seize [1]   23/13
seized [16]   7/22 12/6 12/10 12/15
12/20 12/25 22/10 23/5 23/19
24/22 29/22 42/16 43/1 43/12
43/23 44/8
seizure [10]   21/4 21/7 21/9 21/18
21/20 22/6 23/17 23/23 24/23 41/2
seizures [3]   22/18 22/21 23/13
self [2]   35/15 36/9

**S**

selling [1]  28/7
send [8]  8/4 9/15 9/19 11/8 17/25 34/8 38/9 41/16
sending [3]  33/3 34/6 35/16
sent [8]  31/14 33/1 33/4 33/6 33/22 34/1 40/19 40/20
sentencing [5]  10/10 39/19 40/5 40/8 40/9
separate [1]  22/21
served [1]  23/17
service [11]  8/5 20/25 30/8 34/15 36/12 36/13 46/17 46/23 47/3 47/6 47/17
set [2]  14/20 39/19
several [2]  19/16 25/13
shall [2]  14/14 39/19
shape [1]  8/18
she [1]  40/16
SHERRY [3]  2/6 48/3 48/12
shorthand [3]  42/17 43/2 43/13
should [6]  7/23 11/4 11/5 13/14 39/2 39/8
show [2]  22/10 25/10
showed [2]  34/16 40/25
showing [1]  30/16
shown [1]  24/20
shows [1]  25/11
side [1]  14/4
sides [2]  14/3 47/17
sign [1]  36/11
Similar [1]  36/4
Similarly [1]  17/15
since [1]  33/3
sincere [1]  47/2
single [1]  33/13
sir [46]  18/20 19/3 19/15 19/18 19/22 20/6 20/21 21/6 21/11 21/16 21/21 22/8 22/12 22/16 22/19 22/22 23/6 23/9 23/15 23/18 23/21 23/24 24/3 24/8 25/1 25/5 25/11 25/15 25/18 25/21 26/3 26/5 26/11 26/13 26/19 26/22 27/4 27/13 27/18 27/23 27/25 28/6 28/8 28/11 28/14 45/16
sitting [1]  36/17
six [3]  12/5 29/21 37/14
sixth [1]  13/4
slightly [1]  14/4
so [46]  4/14 6/16 6/20 7/20 8/9 8/12 10/12 10/13 10/24 14/7 18/3 18/6 19/19 20/12 22/1 23/25 28/20 31/13 32/6 33/5 33/22 34/5 35/4 35/14 36/1 36/19 37/2 37/4 38/1 38/6 38/8 38/15 38/22 39/7 39/9 40/5 40/21 40/24 41/11 42/3 45/9 46/18 47/5 47/16 47/17 47/20
software [1]  36/14
some [5]  27/22 31/9 35/24 37/20 38/18
somebody [1]  31/3
someone [2]  16/15 39/6
something [5]  29/17 30/22 33/21 39/8 41/20
sorry [4]  8/6 9/1 14/18 45/3
sort [3]  9/10 22/14 33/24
sounds [1]  21/8
source [17]  18/19 18/21 19/1 19/3 19/14 19/16 19/25 20/2 20/8 20/9 20/19 21/1 21/3 27/11 34/18 34/24 35/18
sourced [2]  35/1 35/4
sources [1]  20/1
special [10]  11/18 14/20 18/1 25/16 34/11 36/11 36/18 38/3 38/7 40/14
Specialist [1]  32/22
specific [10]  12/2 13/8 13/12 15/18 16/4 17/20 17/23 24/7 29/21 32/19
spend [1]  36/23

spending [2]  35/17 36/21
spent [1]  28/12
stage [1]  13/18 13/20
stand [5]  4/23 5/4 10/1 42/8 42/14
standard [1]  13/17 16/22
start [4]  14/7 19/20 30/25 32/19
starting [2]  4/5 22/13
state [1]  4/4
STATES [8]  1/1 1/3 1/10 4/3 11/20 14/9 14/11 14/14
Stellar [6]  12/19 23/6 28/9 28/10 29/25 43/22
step [4]  7/21 7/24 8/6 41/11
STERLINGOV [24]  1/6 4/3 4/11 12/7 12/11 12/17 12/21 13/1 19/24 20/25 27/22 34/13 38/15 42/18 42/21 43/3 43/7 43/14 43/18 43/24 44/2 44/9 44/13 44/22
Sterlingov's [9]  18/19 18/23 19/2 19/20 20/5 20/19 24/22 27/10 27/15
still [2]  36/17 47/1
streamline [1]  10/8
Street [2]  1/16 2/3
strikes [1]  38/21
subject [7]  11/19 13/14 17/21 29/19 31/12 32/17 37/15
submit [4]  8/10 8/11 8/12 8/12
submitted [1]  8/21
substantial [10]  19/1 19/3 20/1 20/2 20/8 20/9 21/1 21/3 34/24 47/3
substantially [1]  35/4
such [4]  14/15 14/16 15/22 16/10
suggest [1]  9/9
Suite [1]  1/17
summary [3]  19/15 26/9 26/12
supplement [2]  9/23 10/22
supplemental [1]  16/22
support [1]  6/10
suppose [1]  39/10
sure [3]  10/13 23/2 47/18
sweep [1]  33/23
sworn [1]  18/8
system [3]  47/5 47/5 47/17

**T**

table [3]  2/10 4/7 4/12
take [7]  10/23 10/24 23/10 25/2 26/6 37/21 38/8
taken [2]  17/17 41/22
takes [1]  17/15 31/25
taking [1]  18/4
talk [1]  7/25
task [4]  8/1 11/17 29/10 37/12
technique [1]  35/14
telephone [1]  38/23
test [3]  22/23 22/24 23/1
testified [13]  25/3 26/16 27/9 27/21 28/4 28/9 28/12 33/17 33/20 34/12 34/18 34/23 35/14
testify [1]  18/18
testifying [1]  25/19
testimony [11]  26/14 30/1 30/2 30/10 30/18 32/21 34/10 35/20 36/9 36/18 37/10
than [9]  14/1 16/21 31/8 33/1 33/2 33/4 33/14 35/1 46/23
thank [16]  7/19 8/5 18/10 19/11 27/7 28/17 37/24 37/25 41/21 44/16 47/5 47/6 47/12 47/15 47/17 47/23
thanks [2]  47/2 47/2
that [174]
That's [1]  28/11
their [6]  4/5 6/18 6/18 23/7 29/12 40/20
them [17]  8/19 9/15 9/15 9/16 9/16 10/23 10/24 10/24 11/5 24/25 35/16 35/17 35/17 38/19 39/13 40/20 41/18

then [20]  8/1 8/4 11/2 14/6 20/18 22/24 31/6 31/15 31/18 31/22 32/16 33/25 34/1 34/22 35/13 36/3 36/23 39/19 41/2 41/6 41/15
theory [1]  9/15
there [26]  7/20 8/17 8/22 9/17 10/13 12/2 13/8 20/4 20/6 20/12 22/17 22/19 22/21 23/2 25/16 29/1 33/3 34/25 35/2 36/3 38/21 39/2 39/8 40/16 41/13 47/1
these [12]  9/18 16/23 17/21 17/25 23/12 23/14 30/1 30/16 34/21 36/6 37/4 37/14
they [17]  8/3 8/11 8/11 8/18 9/16 16/18 19/11 21/11 23/9 23/15 25/1 27/14 32/17 33/25 37/6 39/10 40/24
thing [4]  8/16 10/17 16/18 39/16
things [2]  38/23 39/2
think [7]  8/18 8/23 10/6 38/23 38/24 40/24 41/13
third [3]  12/14 15/5 31/19
this [80]
those [15]  11/16 18/24 22/7 22/11 23/8 24/24 27/19 28/2 29/20 30/21 32/16 34/19 35/6 41/17 45/11
thought [1]  9/13
Thousands [1]  36/24
through [25]  5/4 8/7 8/25 9/2 11/9 11/15 15/17 16/5 27/11 27/16 28/2 28/7 29/22 30/11 31/14 32/2 32/9 33/21 34/6 34/8 35/16 35/25 36/24 39/1 45/9
Thus [2]  17/5 17/9
time [14]  9/18 11/2 16/1 16/6 17/9 17/18 18/4 21/9 23/12 23/22 32/8 39/11 44/25 47/4
tip [1]  14/4
Title [2]  14/8 14/10
today [2]  30/10 30/18
together [2]  17/1 24/25
told [2]  30/22 31/24 32/22
top [2]  22/13 22/15
TOR [2]  2/2 2/3 4/10
total [2]  20/14 37/1
totaling [2]  35/1 35/2
totals [1]  23/7
traceable [11]  14/16 15/20 15/21 16/8 16/10 16/13 16/16 32/11 32/17 34/22 35/6
traced [3]  18/24 27/10 27/16
tracing [1]  32/11
tracked [1]  36/15
traded [1]  27/25
trades [1]  28/2
trading [1]  28/15
transaction [4]  15/9 22/23 31/10 31/12
transactions [6]  15/18 16/4 27/10 31/14 33/8 33/10
transcript [2]  1/9 48/4
transfer [11]  20/4 22/24 22/25 23/1 24/5 24/6 24/7 24/8 24/21 33/23 41/2
transferring [1]  22/22
transfers [1]  20/2
transmission [2]  6/8 6/13
transmitter [1]  35/9
transmitting [15]  5/20 5/23 5/24 6/3 6/4 6/7 14/13 15/25 16/5 16/8 30/14 30/24 31/7 32/5 37/7
transportation [1]  6/7
Treasury [2]  24/8 24/22
tremendous [1]  47/14
trial [28]  1/9 9/24 13/18 17/9 17/11 17/12 18/18 19/6 25/2 25/9 25/10 26/8 26/14 26/16 27/9 29/11 29/13 30/2 30/8 30/18 32/20 33/18 34/12 34/16 35/14 35/20 36/9 36/18
tried [1]  36/11
true [3]  14/1 14/1 48/4

**T**

**trying [1]**  35/15
**tumblers [1]**  35/23
**turn [3]**  19/10 35/4 37/12
**two [18]**  10/14 10/21 19/20 21/5
  21/9 22/7 22/17 22/21 24/21 24/1 24/25
  26/5 29/23 34/10 34/12 34/19
  34/23 40/19 47/1
**TX [1]**  45/3
**typographical [1]**  23/2

**U**

**U.S [2]**  1/13 2/7
**U.S.C [5]**  5/9 5/13 14/7 14/12
  14/14
**unanimous [4]**  4/24 17/1 17/22
  17/23
**unanimously [2]**  5/8 5/22
**uncomfortable [1]**  35/23
**under [3]**  6/4 14/18 38/24
**underlying [2]**  15/23 16/12
**understand [2]**  30/24 45/1
**understanding [3]**  10/13 22/20
  23/24
**undertake [1]**  23/1
**undertaking [1]**  47/13
**UNITED [8]**  1/1 1/3 1/10 4/2 11/20
  14/8 14/10 14/14
**unlawful [1]**  6/10
**unlicensed [10]**  5/20 14/13 15/25
  16/5 16/7 30/23 31/7 32/5 35/9
  37/7
**untainted [1]**  15/11
**up [7]**  23/12 26/1 36/11 36/20
  40/1 40/18 46/25
**us [7]**  1/20 19/10 20/14 20/14
  29/24 32/16 41/17
**USAO [1]**  1/16
**use [3]**  18/2 42/17 43/2
**used [16]**  6/10 15/5 15/7 15/9
  25/23 30/4 30/7 30/13 31/22 32/14
  33/19 34/7 34/16 35/23 36/20 37/6
**user [1]**  25/24
**user's [1]**  33/25
**users [2]**  33/22 34/3
**uses [1]**  16/15
**using [2]**  36/12 36/13

**V**

**value [4]**  20/11 20/11 20/14 20/14
**values [1]**  23/8
**various [1]**  29/24
**verdict [30]**  4/14 4/24 5/1 6/17
  6/18 6/18 8/20 9/5 10/20 11/8
  11/15 12/1 13/7 14/20 17/2 17/21
  17/23 17/23 18/2 18/2 37/13 38/3
  38/7 40/14 41/12 42/13 42/9 45/10
  45/11 47/21
**verdicts [1]**  11/18
**version [1]**  11/7
**versus [1]**  4/3
**very [5]**  9/23 37/23 46/16 46/18
  47/16
**view [1]**  11/14
**views [1]**  10/3
**violation [6]**  5/9 5/13 14/10
  14/11 14/13 16/2
**violations [1]**  11/25
**VPN [5]**  20/25 34/15 36/10 36/11
  37/4
**vs [1]**  1/5

**W**

**waiting [1]**  39/25
**walk [1]**  30/11
**walks [1]**  31/1
**Wall [1]**  2/3
**wallet [2]**  13/5 44/18
**want [8]**  7/25 8/3 9/20 18/5 19/10
  29/1 32/19 46/21
**wanted [3]**  8/11 10/12 30/21

**wants [2]**  11/6 11/7
**warrant [1]**  24/5
**was [71]**
**Washington [5]**  1/5 1/14 1/17 1/21
  2/9
**wasn't [2]**  34/5 37/22
**way [4]**  27/17 36/1 38/18 40/10
**we [40]**  4/14 4/14 4/25 8/7 8/19
  9/13 9/15 9/18 9/24 10/4 10/10
  10/13 10/13 11/4 11/9 11/9 18/3
  20/7 22/9 22/23 23/10 25/2 26/6
  37/11 37/12 37/20 38/9 39/19 40/3
  40/17 41/7 41/14 41/15 41/20
  41/20 41/23 42/4 42/5 42/11 47/8
**we'll [5]**  5/4 7/25 8/22 11/7 29/6
**welcome [3]**  4/22 39/1 46/24
**well [14]**  4/13 14/21 17/11 18/1
  28/9 29/24 30/9 30/18 38/20 39/14
  46/16 47/12 47/17 47/21
**went [1]**  36/15
**were [28]**  6/8 6/9 8/17 9/9 11/16
  14/2 20/1 20/12 20/13 20/15 22/12
  23/5 23/18 28/2 29/15 29/18 30/4
  33/6 33/25 34/16 34/21 34/25 35/2
  35/4 37/6 37/14 37/20 41/17
**what [39]**  6/16 7/23 9/13 10/2
  12/1 13/7 13/25 17/13 18/21 19/1
  19/23 20/1 20/7 20/22 20/24 21/1
  21/14 21/17 22/14 23/4 23/16
  23/19 23/25 24/4 24/19 25/6 25/10
  25/13 25/22 25/25 26/14 26/20
  31/4 32/12 36/19 37/21 37/22
  41/11 42/15
**when [12]**  9/18 9/18 18/12 22/22
  23/17 24/23 29/16 31/20 31/24
  32/8 33/22 41/20
**where [4]**  35/21 36/15 37/3 39/6
**Whereupon [2]**  22/3 24/16
**whether [11]**  6/17 7/22 12/2 13/8
  14/23 16/3 17/18 29/13 30/15
  35/22 45/10
**which [34]**  8/17 8/20 8/21 9/19
  10/14 10/18 10/19 12/3 13/9 13/13
  13/17 13/24 14/20 19/6 21/13
  21/13 22/10 24/1 24/1 25/9 26/4
  26/7 33/9 35/4 36/14 40/24 41/1
  41/2 42/21 43/6 43/17 44/2 44/13
  44/21
**while [4]**  9/4 16/2 17/8 40/16
**who [2]**  4/11 47/1
**whoever [1]**  14/9
**why [4]**  22/20 22/20 23/1 29/19
**will [32]**  8/1 8/18 9/4 10/23
  10/24 11/8 11/23 14/20 16/22
  17/16 17/17 17/25 29/13 30/1 30/3
  30/8 30/11 30/20 38/1 38/2 38/20
  39/5 39/10 39/13 40/7 41/11 41/11
  41/14 41/20 42/3 43/2 46/25
**wire [5]**  24/5 24/6 24/7 24/21
  41/2
**withdraw [1]**  36/23
**withdrawal [2]**  26/21 26/22
**withdrawals [1]**  27/19
**withdrawn [2]**  27/15 27/20
**without [2]**  5/23 6/13
**witness [2]**  18/5 28/20
**witnesses [4]**  3/2 16/25 28/21
  28/23
**won't [1]**  46/24
**words [2]**  33/7 33/19
**work [1]**  36/14
**worked [1]**  33/18
**works [1]**  47/5
**worth [2]**  33/2 36/24
**would [21]**  4/4 4/17 9/9 9/14 9/24
  10/5 13/13 14/4 19/19 21/12 22/21
  23/1 28/23 33/23 34/1 38/22 38/23
  39/15 40/12 41/24 46/21
**wouldn't [2]**  39/7 39/14

**X**

**XT [2]**  45/3 45/4

**Y**

**yes [78]**
**yet [3]**  10/24 21/13 38/17
**York [1]**  1/20
**you [157]**
**your [97]**
**yourself [1]**  18/16