UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant.* | 21-CR-399 (RDM)<br><br>**Unopposed Motion for a 7-Day Continuance of Defendant's Response to Government's Motion For Preliminary Order of Forfeiture** |

Defendant Roman Sterlingov moves this Court, through undersigned counsel, for a seven-day continuance of his response to the Government's Motion for Preliminary Order of Forfeiture. This is the first continuance request by either the Government or the Defense on this motion sequence. The Government does not oppose this continuance request.

The Defense requests this Continuance in order to provide it with enough time to comprehensively review each of the Government's arguments, and conduct an in-depth analysis of the complex cryptocurrency transactions that are at issue in this motion.

Dated: June 12, 2024
New York, New York

        Respectfully submitted,

        <u>/s/ Michael Hassard</u>
        Michael Hassard (NYS Bar No. 5824768)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        michael@torekeland.com

        <u>/s/ Tor Ekeland</u>
        Tor Ekeland (NYS Bar No. 4493631)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        tor@torekeland.com

        *Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.pearlman@usdoj.gov