UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENSE MOTION
FOR EXTENSION OF THE DEFENSE SENTENCING MEMORANDUM DEADLINE**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully opposes the defendant's Motion To Extend Time To File Defendant's Sentencing Submission by One Week, ECF No. 315:

1. The defense has had ample opportunity to prepare its sentencing memorandum. It has been on notice of the original sentencing date (July 15, 2024) since the date of the verdict (March 12, 2024), and it has been on notice of the revised sentencing date (August 21, 2024) and associated deadlines since the Court's scheduling order on June 28, 2024. The defense offers no good cause why it could not have prepared for the defendant's sentencing submission earlier, or for its inability to do so by the existing August 8, 2024 deadline.

2. As noted in the defense motion, the government's sentencing memorandum, ECF No. 314, contains no information that is new to the defense.

3. The sole justification offered by the defense for the requested extension is the difficulty of mailing materials and scheduling telephone calls with the defendant while he is in jail. *See* ECF No. 315, at 1. The government is surprised that the defense team has made no plans to meet in-person with Mr. Sterlingov to prepare his sentencing submission. Since the verdict, members of the defense team have traveled around the world for speaking engagements related to

this case, most recently appearing at the Bitcoin 2024 conference in Nashville, Tennessee, in late July 2024. On August 3, 2024—two days after the government filed its sentencing memorandum—Mr. Ekeland tweeted the following:



4. The government is concerned about further delay of the sentencing hearing. The Court should have adequate time to review both parties' sentencing submissions. Depending on the substance of the defendant's filing, the government may seek leave to file a reply. And even without any reply, the government in fairness should be allowed more than three business days to review the defense filing and prepare a response before the August 21, 2024 sentencing hearing.

For the foregoing reasons, the government respectfully opposes the defense motion.

                    Respectfully submitted,
                    MATTHEW M. GRAVES
                    UNITED STATES ATTORNEY
                    D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
                    Christopher B. Brown, D.C. Bar No. 1008763
                    Special Assistant United States Attorney
                    U.S. Attorney's Office for the District of Columbia
                    601 D Street, N.W.
                    Washington, DC 20530
                    (202) 353-0018
                    Christopher.Brown8@usdoj.gov

                    */s/ C. Alden Pelker*
                    */s/ Jeffrey Pearlman*
                    C. Alden Pelker, Maryland Bar
                    Jeff Pearlman, D.C. Bar No. 466901
                    Trial Attorneys, U.S. Department of Justice
                    Computer Crime & Intellectual Property Section
                    1301 New York Ave., N.W., Suite 600
                    Washington, D.C. 20005
                    (202) 616-5007 (Pelker)
                    (202) 579-6543 (Pearlman)
                    Catherine.Pelker@usdoj.gov
                    Jeffrey.Pearlman2@usdoj.gov