UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>    Defendant. | No. 21-cr-399 (RDM) |

### MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*

I, Justin V. Shur, a member in good standing of the bar of the District of Columbia and the bar of this Court, hereby move pursuant to LCrR 44.1(c), for Marc Fernich, an attorney from the State of New York, to be admitted *pro hac vice* to appear and practice in this Court for the purpose of representing Defendant Roman Sterlingov in the above-captioned matter.

Mr. Fernich's declaration and a certificate of good standing at the Bar of the State of New York are attached hereto.

Dated:  September 26, 2024
        Washington, D.C.

Respectfully submitted,

/s/ Justin V. Shur
D.C. Bar #973855
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W., Ste. 500
Washington, D.C.  20037
Telephone: (202) 556-2005
Facsimile: (202) 556-2001
jshur@mololamken.com

## CERTIFICATE OF SERVICE

I, Justin V. Shur, hereby certify that on this date, September 26, 2024, I caused the foregoing Motion for Counsel to Appear *Pro Hac Vice* and the Supporting Declaration of Marc Fernich to be served on all participants in the case via the CM/ECF system.

/s/ Justin V. Shur
D.C. Bar #973855
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W., Ste. 500
Washington, D.C. 20037
Telephone: (202) 556-2005
Facsimile: (202) 556-2001
jshur@mololamken.com