UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ROMAN STERLINGOV,

    Defendant.

No. 21-cr-399 (RDM)

## DECLARATION OF MARC FERNICH IN SUPPORT OF PRO HAC VICE ADMISSION

**MARC FERNICH**, affirms the following under the pains and penalties of perjury:

1. I am an attorney duly admitted to practice law in the State of New York. I submit this Declaration in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing defendant Roman Sterlingov.

2. My full name and contact information is:

    Marc Fernich
    Law Office of Marc Fernich
    800 Third Avenue, Floor 20
    New York, NY 10022
    (212) 446-2346

3. I am a member of the bar in good standing in the following jurisdictions: New York; Massachusetts; U.S. Supreme Court; U.S. Court of Appeals – Second, Third, Fourth, Ninth, Eleventh circuits; U.S. District Courts – Southern and Eastern New York, Vermont. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from any office located in the District of Columbia.

6. A certificate of good standing from the State of New York is attached hereto.

Dated: September 26, 2024                                         _____
                                                                   Marc Fernich