# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ROMAN STERLINGOV,

*Defendant.*

Criminal Action No. 21-399 (RDM)

## NOTICE

The Court contacted the U.S. Sentencing Commission seeking information as to what sentences judges have imposed over the past fifteen years for convictions under 18 U.S.C. § 1956, where the relevant guideline is § 2S1.1(a)(2) with a final offense level of 43, and Criminal History Category of I. The U.S. Sentencing Commission provided the following response:

> We have been advised that the case involves a conviction under 18 U.S.C. § 1956, and that the guideline that applies in the case is 2S1.1. We also have been advised that the base offense level (BOL) has been determined under subsection (a)(2) of that guideline, based on the amount of loss in the case, that there is no adjustment for acceptance of responsibility, and that the resulting final offense level is 43. Also, we understand that the defendant is not providing substantial assistance to the government. Finally, we understand that the defendant has been assigned to Criminal History Category I.
>
> We searched our records for the last ten fiscal years looking for cases that met the search criteria. We found only three cases. As you may appreciate, a final offense level of 43 is extremely unusual in general, and especially in 2S1.1 cases when the BOL under the money laundering guideline is based on the loss table from 2B1.1. The sentences in those three cases were 121 months, 156 months, and 240 months.
>
> In order to provide additional information to you, we reran our search without the limitation on the lack of an adjustment for acceptance of responsibility. This provided only two more cases meeting the remaining

search criteria. The sentences in those cases were 36 months and 360 months.

                                                <u>/s/ Randolph D. Moss</u>
                                                RANDOLPH D. MOSS
                                                United States District Judge

Date:  October 29, 2024