```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3       * * * * * * * * * * * * * * *    )
         UNITED STATES OF AMERICA,        )    Criminal Action
 4                                        )     No. 21-00399
                          Plaintiff,      )
 5                                        )
            vs.                           )    AFTERNOON SESSION
 6                                        )
         ROMAN STERLINGOV,                )    Washington, D.C.
 7                                        )    February 21, 2024
                          Defendant.      )    1:20 p.m.
 8       * * * * * * * * * * * * * * *    )

 9

10

11                     TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE RANDOLPH D. MOSS
12                   UNITED STATES DISTRICT JUDGE

13       APPEARANCES:

14       FOR THE PLAINTIFF:       CHRISTOPHER BROWN, ESQ.
                                  UNITED STATES ATTORNEY'S OFFICE FOR
15                                  THE DISTRICT OF COLUMBIA
                                  601 D Street, Northwest
16                                Suite 5.1527
                                  Washington, D.C. 20530
17
                                  CATHERINE PELKER, ESQ.
18                                U.S. DEPARTMENT OF JUSTICE
                                  950 Pennsylvania Avenue, Northwest
19                                Washington, D.C. 20530

20                                JEFFREY PEARLMAN, ESQ.
                                  U.S. DEPARTMENT OF JUSTICE
21                                1301 New York Avenue, Northwest
                                  Washington, D.C. 2005
22

23       FOR THE DEFENDANT:       TOR EKELAND, ESQ.
                                  MICHAEL HASSARD, ESQ.
24                                TOR EKELAND LAW, PLLC
                                  30 Wall Street
25                                Eighth Floor
                                  Brooklyn, New York 10005
```

```
 1     REPORTED BY:              LISA EDWARDS, RDR, CRR
                                 Official Court Reporter
 2                               United States District Court for the
                                   District of Columbia
 3                               333 Constitution Avenue, Northwest
                                 Room 6706
 4                               Washington, D.C. 20001
                                 (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                    INDEX

2

3      WITNESS                                                      PAGE

4

       LUKE SCHOLL
5
           Direct Examination by Mr. Pelker (Continued)            4
6

7

8                              E X H I B I T S

9
       Exhibit No.                                            Received
10

11         353-A                                                   43

12         326                                                     65

13         322                                                     68

14         308                                                     75

15         3                                                       87

16         5                                                       87

17         7                                                       87

18         325                                                     90

19         437                                                     98

20         311                                                    106

21         312                                                    107

22         313-B to C                                             111

23         315 and 315-A                                          122

24         878-883 and                                            130
           899-901
25

1          THE COURT:  Before you get the jurors, consistent

2    with my preliminary jury instructions, I got a note with a

3    question from one juror.  And the note says -- I'm pretty

4    sure it must relate to this witness -- "You said that the

5    blockchain analysis is fairly accurate.  Can you say to what

6    percentage that it is accurate?"

7          And my inclination is to tell the jurors that I

8    got a note.  I don't think I'd even tell the other jurors

9    what the note is.  I'd say I got a note, and that what I

10   would request is that the juror listen to the direct and

11   cross-examinations of the witness and then after it's all

12   through, to let me know whether the juror still has the same

13   question.

14         I suspect this is something that's going to be

15   addressed -- I'm not going to tell them this, but just for

16   your benefit, I assume this is something that's going to be

17   addressed in some detail.  I know in the cross-examination

18   the defense intends to get into this question.

19         But my inclination for now would be to just say

20   that I've got a note, and just let me know when all the

21   testimony is done whether you still have the question at

22   that point in time.

23         Any objection to handling it that way?

24         MS. PELKER:  No, your Honor.

25         MR. EKELAND:  No, your Honor.

```
1              THE COURT:  That's what we'll do, then.

2              THE COURTROOM DEPUTY:  All rise.

3              (Whereupon, the jury entered the courtroom at 1:22

4     p.m. and the following proceedings were had:)

5              THE COURTROOM DEPUTY:  The jury is present.

6              You may be seated and come to order.

7              THE COURT:  Welcome back.

8              The witness can return to the witness box.

9              While he's making his way up to the witness box, I

10    just wanted to let you all know, consistent with my

11    preliminary jury instruction, I did get a note with one

12    question from a juror.

13             And what I'd ask the jurors to do is just listen

14    to the testimony; and when all the testimony is done with

15    this witness, before the witness is finally excused, let me

16    know if you still have the question at that point in time

17    and whether the question has been addressed through the

18    testimony up until that point.

19             So you may proceed.

20             MS. PELKER:  Thank you, your Honor.

21             If we could go ahead and pull back up the

22    demonstrative PowerPoint for the jury.  I believe we're on

23    Slide 16.

24       (LUKE SCHOLL, GOVERNMENT WITNESS, PREVIOUSLY SWORN.)

25                  CONTINUED DIRECT EXAMINATION
```

1    BY MS. PELKER:

2    Q.  Mr. Scholl, could you explain again at a high level

3    what's shown here?

4    A.  At a high level, what's shown in this exhibit is a user

5    making a deposit of Bitcoin into a mixing service at Address

6    B, a deposit address for that mixing service, where those

7    coins are pooled with funds from other users and

8    subsequently a user withdrawing Bitcoin from the mixing

9    service, withdrawn from Address C and going to Address D

10   that the user controls.

11          The mixing service inhibits our ability to trace

12   the input and connect it with an output from a mixing

13   service.

14   Q.  Are there different kinds of mixing?

15   A.  Yes, ma'am.

16   Q.  Can you explain, again just at a high level, some of

17   those different types?

18   A.  Yes, ma'am.  Custodial and noncustodial mixing services

19   at a high level, custodial services like Bitcoin Fog, where

20   there's a centralized entity controlling those funds, and

21   noncustodial, like in a CoinJoin mixer, for example.

22          THE COURT:  I'll just remind the witness, if you

23   can make sure you go slowly.  I know everyone -- different

24   people have tendencies to speak more quickly.  But it's

25   harder for the court reporter.

```
 1                    THE WITNESS:  Yes, sir.

 2                    THE COURT:  Thank you.

 3                    THE WITNESS:  Yes, your Honor.

 4     BY MS. PELKER:

 5     Q.  Mr. Scholl, what's shown on this slide here?

 6     A.  This slide is showing an example of a CoinJoin mixing

 7     process.

 8     Q.  And can you walk the jury through how a CoinJoin process

 9     occurs.

10     A.  Yes, ma'am.  Unlike in a custodial mixing service, in

11     the CoinJoin process, users' funds are mixed within a single

12     transaction versus making multiple hops through intermediary

13     addresses in a custodial service.

14                    In this transaction, Alice, Bob and Charlie

15     combine their inputs and send funds to three different

16     output addresses, one of which belonged to Alice, one of

17     which would belong to Bob and one of which would belong to

18     Charlie.  But it's difficult for an investigator analyzing

19     the blockchains to determine which of the outputs belongs to

20     which user.

21     Q.  What does that look like on the blockchain?

22     A.  This is an example.  But on the blockchain, often

23     CoinJoin mixing services involve very large transactions.

24     You can see in this screenshot from a block explorer 118

25     different inputs going to 199 different outputs.  And in
```

1    this case, the outputs all have similar values.

2    Q.  We spoke earlier about looking for patterns on the

3    blockchain.  Does this sort of transaction stand out?

4    A.  Yes, ma'am.

5    Q.  So if you were looking at this transaction, would you

6    apply co-spend and cluster, all of these addresses,

7    together?

8    A.  No, ma'am.

9    Q.  And why is that?

10   A.  Because it's a very unusual transaction.  The number of

11   inputs and number of outputs stands out.  It's probably a

12   CoinJoin.

13   Q.  Does Chainalysis also screen for CoinJoins?

14   A.  Yes, ma'am, it does.

15   Q.  Could you give some examples of different mixing

16   services, of named custodial mixing services?

17   A.  Sure.  Sinbad, Helix, Bitcoin Fog, Best Mixer.

18   Q.  Why do criminals use mixers?

19   A.  Criminals use mixers to obscure the flow of funds, to

20   make it difficult for blockchain investigators to follow the

21   money, to break the connection between an input address and

22   withdrawal address.

23   Q.  In addition to law enforcement, do financial

24   institutions also monitor transactions on the blockchain?

25   A.  Yes, ma'am.

1    Q.  And do those financial institutions also use Chainalysis

2    and similar tools?

3              MR. EKELAND:  Objection.

4              THE COURT:  What's the objection?

5              (Whereupon, the following bench conference was

6    held:)

7              MR. EKELAND:  Mr. Scholl has not been noticed as

8    an expert in financial institutions or the compliance

9    programs or anything of the like.  He's on the stand to

10   testify as to blockchain tracing and cryptocurrency, not how

11   financial institutions work.

12             THE COURT:  Ms. Pelker?

13             MS. PELKER:  I think he's testifying about the

14   reliability of Chainalysis and its use in a variety of

15   formats.  He is noticed as an expert in blockchain analysis,

16   which includes getting records from financial institutions,

17   including cryptocurrency exchanges.

18             MR. EKELAND:  Your Honor, he has not been noticed

19   as an expert in the reliability of Chainalysis and its error

20   rates or anything.  This is again a covert attempt to

21   bolster Chainalysis when this is not what he's been noticed

22   as an expert on.  If the Chainalysis expert perhaps wants to

23   go there, we can address that issue here.  But this is just

24   outside the scope of what he's been noticed as an expert on.

25             It's also, I don't think, relevant to his

1    testimony.  He's up here to talk about the traces in this

2    case.  I thought he was just going to give an explanatory

3    background, you know, on Bitcoin and cryptocurrency that

4    would be helpful to the jury.  But now we're importing

5    outside issues that he's not an expert in.

6            THE COURT:  So he actually does -- he is noticed

7    to testify about what Chainalysis Reactor is and how he uses

8    it in his work, including how he verified Chainalysis

9    results in this case.  Let me just take a look further here.

10           Ms. Pelker, anything else on this?  I have to say,

11   I think it may be okay to have a question just on the fact

12   that financial institutions use it and describe what the

13   tool is.

14           But I think that Mr. Ekeland has a point, that if

15   it's going beyond that in terms of using this as a basis of

16   testifying more about how Chainalysis Reactor is used by

17   others, I'm not sure I see it's within the scope of the

18   expert designation.

19           MS. PELKER:  Your Honor, we're not seeking to

20   elicit testimony from Mr. Scholl about any specifics on a

21   particular financial institution's use of Chainalysis, but

22   rather that financial institutions do blockchain analysis.

23   And, therefore, cybercriminals, one of the things that they

24   need to do is evade blockchain analysis because they don't

25   want to be flagged by the financial institutions.

1          THE COURT:  Mr. Ekeland?

2          MR. EKELAND:  Then not only do we have the expert

3    problem, but we have a 403 problem, because the implication

4    being is that anybody who's using a mixer is a criminal,

5    which we know from Chainalysis's own data isn't true.

6          Again, this is outside the scope of the noticed

7    testimony.  He's not -- he hasn't been noticed to come on

8    the stand and say, you know, Everybody who uses a mixer is a

9    criminal.  He's been brought on the stand to go through the

10   traces and, you know, give a basic background on

11   cryptocurrency.  So I think on top of the 702 problem, we've

12   got a 403 and a 401 problem.

13         MS. PELKER:  He was noticed as an expert on the

14   *modus operandi* of cybercriminals, which includes that they

15   want to evade blockchain analysis.  They want to evade

16   blockchain analysis by law enforcement, but also by

17   financial institutions because that is, in fact, an integral

18   part of their money-laundering step, being able to get their

19   money into financial institutions and use it.

20         MR. EKELAND:  Your Honor, when he was moved in as

21   an expert, I don't believe that the Government moved him in

22   as an expert on the *modus operandi* of financial criminals.

23   I believe that they moved him in as an expert on

24   cryptocurrency and blockchain tracing.

25         MS. PELKER:  He was noticed to include a

1    discussion of the, quote, "*modus operandi* of criminals

2    operating on the blockchain on the darknet, including common

3    money-laundering techniques used to complicate blockchain

4    analysis."

5              That includes evading the blockchain analysis by

6    financial institutions.

7              MR. EKELAND:  That was not the Government's motion

8    in front of the Court currently at this trial.  And we have

9    no opportunity to object to it when they moved him in.  If

10   they wanted to move him in as an expert in the *modus*

11   *operandi* of criminals, they should have clearly stated that

12   here in the courtroom.  And they didn't.

13             THE COURT:  But it was in their notice and it was

14   part of the *Daubert* hearing.  It was part of their expert

15   designation.  I don't think they need to say at the

16   beginning that they qualified him.  They can come back and

17   qualify him on this, I guess, in addition at this point.

18             So in my mind, the question is just whether it was

19   in the expert designation or not, not whether when they

20   moved him in initially here in front of me they listed that

21   as one of the grounds, because they could always still do

22   that.

23             MR. EKELAND:  I don't have the expert designation

24   in front of me.  But I do not -- I don't recall them

25   discussing financial institutions and the financial

```
 1     institutions' use of Chainalysis.  And I think this is just

 2     going to be highly prejudicial because I think the reason

 3     that the Government's bringing it in, they're trying to use

 4     the imprimatur of a financial institution using Chainalysis

 5     to bolster its reliability when, again, you know the

 6     defense's position on the reliability of Chainalysis

 7     Reactor.

 8              THE COURT:  Right.  But that's the position for

 9     both sides to argue to the jury about.

10              But I take it what Ms. Pelker was saying before,

11     she was actually reading from the expert designation.  Is

12     that correct?

13              MS. PELKER:  Yes, your Honor.

14              THE COURT:  All right.  So I think it falls within

15     the expert designation.  And if there's a question about

16     whether he's qualified and you want her to lay a foundation

17     on this, I'm willing to allow that, if that's what you're

18     asking.

19              MR. EKELAND:  Yes.  Thank you.

20              THE COURT:  Okay.  Well, go ahead and you can lay

21     your foundation on his knowledge with respect to these

22     issues, then.

23              MS. PELKER:  Yes, your Honor.

24              (Whereupon, the following proceedings were had in

25     open court:)
```

Scholl - DIRECT - By Ms. Pelker

```
1    BY MS. PELKER:

2    Q.  Mr. Scholl, in your work, do you have the occasion to

3    observe and study how cybercriminals launder their funds

4    through cryptocurrencies?

5    A.  Yes, ma'am.

6    Q.  And what does that involve?

7    A.  It involves many different tactics; but generally

8    speaking, making complicated transactions, trying to obscure

9    chain address analysis, hopping between different

10   blockchains, using exchanges that do not follow anti-money

11   laundering programs and KYC requirements and using mixing

12   services, to name few.

13   Q.  Can you explain -- this may be redundant from some of

14   your introduction -- but explain to the jury and to the

15   Court what the basis is for your knowledge about those

16   topics.

17   A.  I've been investigating cybercriminals and their use of

18   cryptocurrency since 2015.

19   Q.  And what type of cases have you worked on?

20   A.  Darknet market investigations, ransomware

21   investigations, hacking cases with computer intrusions,

22   account takeovers, SIM swaps, where an actor gains access to

23   an account through stealing a victim phone number, those

24   sorts of cases.

25   Q.  And in those cases, do criminals frequently try to evade
```

```
 1    a blockchain analysis?

 2    A.  Yes.

 3    Q.  And is one of the goals to evade blockchain analysis by

 4    law enforcement?

 5    A.  Yes, ma'am.

 6    Q.  Do they also have a goal of trying to evade blockchain

 7    analysis by financial institutions?

 8    A.  Yes, ma'am.

 9    Q.  And why is that?

10    A.  Because financial institutions could close their

11    account, could report them to law enforcement by filing a

12    suspicious activity report, and potentially they could lose

13    their money.

14              MS. PELKER:  Your Honor, the Government would now

15    seek to qualify Mr. Scholl under the areas that we just

16    discussed on the phone.

17              THE COURT:  All right.  The Court concludes that

18    he's qualified to testify as an expert in those areas.

19              MR. EKELAND:  Excuse me.  I'm sorry.  Your Honor,

20    could we pick up the phone for one moment?

21              (Whereupon, the following bench conference was

22    held:)

23              MR. EKELAND:  So it's clear on the record what we

24    just qualified him additionally as an expert on?

25              THE COURT:  I think Ms. Pelker was trying to be --
```

1    she was trying to avoid, I think, being more prejudicial

2    than necessary.  But she can put it on the record here.  I

3    think I had in front of me the language she had used about

4    expertise in cybercriminals evading law enforcement or

5    something to that effect.

6              Why don't you put it on the record.

7              MS. PELKER:  Yes, your Honor.

8              We're qualifying Mr. Scholl as an expert in the

9    *modus operandi* of criminals who use cryptocurrency and the

10   different evasion techniques that they use.

11             THE COURT:  That's what I understood.

12             MR. EKELAND:  Okay.  I just wanted it on the

13   record.  Thank you, your Honor.

14             THE COURT:  Thank you.

15             (Whereupon, the following proceedings were had in

16   open court:)

17   BY MS. PELKER:

18   Q.  Mr. Scholl, what do criminals need to be mindful of if

19   they're trying to avoid blockchain analysis by financial

20   institutions?

21   A.  They need to be mindful of where their funds are being

22   sent to those financial institutions from and where they're

23   sending their funds out of the financial institutions.

24   Q.  Let's say that a customer of a financial institution is

25   receiving a bunch of money from a darknet market selling

1    stolen identities.

2              What would that criminal need to be aware of and

3    cognizant of with regard to the financial institution?

4    A.  The criminal would need to be aware that the financial

5    institution is likely monitoring the blockchain and using

6    similar types of tools in order to determine where those

7    funds are coming from.  The financial institution has an

8    obligation to monitor for suspicious activity and illicit

9    activity.

10   Q.  What would the criminal be concerned that the financial

11   institution could do?

12   A.  There are a lot of things that the criminal could be

13   concerned that the financial institution could do, including

14   filing a suspicious activity report, closing their account

15   and potentially sequestering their funds.

16   Q.  And you said suspicious activity report.  What is a

17   suspicious activity report, just to be clear for the jury?

18   A.  It's a report that financial institutions file when they

19   identify suspicious activity:  large amounts of fund

20   movements without a reasonable source of income, illicit

21   activity, funds coming in from darknet market, for example,

22   or some other identified illicit activity.

23   Q.  What is law enforcement able to do with that sort of

24   reported information?

25   A.  We could conduct a logical investigation.  Generally,

1     you could be searching for identifiers that are associated

2     with your subject against those records to see if there were

3     financial institutions filing suspicious activity reports.

4     Yeah.  We can request additional information from those

5     financial institutions about that activity.

6     Q.  Mr. Scholl, I'd like to have you walk us through what

7     logical investigative steps you could take to investigate

8     particular activity.

9               If a victim is tricked into sending a scammer

10    their life savings in Bitcoin, what does law enforcement do

11    to investigate that?

12    A.  Yeah.  Law enforcement would trace those funds forward.

13    So if the victim provided a transaction or an address that

14    the funds were sent to, law enforcement can follow those

15    funds on the blockchain and look for places where we can

16    send legal process to identify the actor and, in an ideal

17    case, seize the funds and provide them back to the victim

18    through restitution.

19    Q.  And can you speak to, from your recent work, how that

20    would play out?

21    A.  Yes, ma'am.  Recently, I was investigating an account

22    takeover at a U.S.-based cryptocurrency exchange.  The

23    victim account was hacked into by an attacker and funds were

24    withdrawn from that victim's account to the amount of

25    several hundred thousand dollars, this individual's living

1   savings.

2          And I was able to trace those funds on the

3   blockchain to addresses that had been identified by another

4   FBI office as being connected with suspicious activity.

5          Subsequently, the FBI obtained a search warrant

6   and seized several million dollars' worth of illicit funds.

7          That subject pled guilty and our victim in

8   New Jersey will be receiving at least a portion of his money

9   back.

10  Q.  And does law enforcement use blockchain analysis in that

11  way in a variety of different cases every day?

12  A.  Yes, ma'am.  Every day.

13  Q.  What happens if the criminal that you are trying to

14  investigate is using a mixer?

15  A.  It becomes much more difficult.  Your investigation,

16  depending on the mixer and the particular circumstances, law

17  enforcement may not be able to follow the flow of funds.

18  Q.  And because of that, do criminals often seek to use

19  mixers?

20  A.  Yes, ma'am, they do.

21  Q.  What is law enforcement doing about illegal mixers?

22  A.  Law enforcement internationally is attempting to take

23  down illegal mixing services.

24  Q.  Turning to Exhibit 11 --

25          MR. EKELAND:  Objection, your Honor.  Can we go on

```
 1       the phone for a second?

 2                (Whereupon, the following bench conference was

 3       held:)

 4                MR. EKELAND:  Your Honor, there's nothing in

 5       evidence about the illegality of mixers.  I believe that

 6       this Court even ruled in one of its rulings that mixing

 7       per se without any kind of money laundering isn't illegal.

 8       And I think the counsel was testifying when they said

 9       essentially illegal mixers.  And I also think Mr. Scholl

10       testified to something that has no legal basis and was a

11       legal conclusion.

12                So I would ask, A, the Court note the objection;

13       and, B, we would ask for, you know, an instruction to the

14       jury that mixers per se aren't illegal and what the issue is

15       is that the money laundering through mixers is what is

16       illegal.

17                MS. PELKER:  Your Honor, we were actually trying

18       to use "illegal" as an adjective to avoid this issue.

19                I do think, though, that while it is

20       hypothetically possible to run a mixer that does not operate

21       illegally, that that is very different than saying that

22       mixers -- that there are legitimate mixer business models in

23       this form actually out in operation.

24                But I can rephrase the question and say mixers --

25       the mixers that are operating illegally.  That's all we were
```

Scholl - DIRECT - By Ms. Pelker

1    trying to ask.

2              MR. EKELAND:  I think that's just as problematic,

3    and I don't think it's clear at all to the jury.  I think we

4    should simply ask questions about mixers maybe taking in

5    illicit funds or I think there's a number of ways to phrase

6    it.

7              I also think that the jury is going to be

8    needlessly -- could get really confused on this point and

9    think mixers just by themselves are illegal, which is just,

10   to my understanding, not the law.

11             THE COURT:  Well, it seems to me that that's

12   something that you can just clear up on cross-examination.

13   You can just ask that question of the witness on

14   cross-examination and make that point.

15             I do understand the ambiguity in the question and

16   to the extent it might be misunderstood to be suggesting

17   that all mixers are illegal, although I don't believe that's

18   what was intended.

19             But maybe going forward, if you can just phrase it

20   in a way that avoids that issue.

21             MS. PELKER:  Yes, your Honor.

22             MR. EKELAND:  Your Honor, is it possible just to

23   get either at this point or before the jury deliberates an

24   instruction for the jury just letting -- just clarifying

25   that point, as a matter of law, that mixers just on their

1    own aren't illegal?

2              THE COURT:  I don't think you would want the

3    instruction I would give because I would give -- the

4    instruction would be that, per se, a mixer is not illegal.

5    But -- and there has to be a big "but" afterwards -- when it

6    is used for the purpose of obscuring illegal transactions

7    and the person who's running the mixer is aware of that, it

8    is illegal.

9              We can talk about this later at some point in

10   time.  But it would be misleading for the jury for me to

11   give the instruction that you want now because it is

12   something that varies depending on the circumstances.  But

13   the types of mixers that I think the witness is talking

14   about are the ones that are being used, at least in his

15   view, in view of his testimony -- in his view for purposes

16   of obscuring illegal activity, which is illegal.

17             But I don't think we should try and craft this at

18   this point.  If there's confusion at some later point with

19   respect to the jury, I can come back to that if I need to.

20   But I think this is something you can clear up just on your

21   cross by asking him whether all mixers are illegal.

22             Let's proceed.

23             (Whereupon, the following proceedings were had in

24   open court:)

25             MS. PELKER:  If we could pull up Exhibit 11, which

1    should be a Twitter screenshot that has been previously

2    admitted.

3    BY MS. PELKER:

4    Q.  Mr. Scholl, do you recognize this?

5    A.  Yes, ma'am, I do.

6    Q.  Could you read -- what is this, first of all?

7    A.  These are tweets from the Bitcoin Fog Twitter account.

8    Q.  Could you read this series of tweets from the bottom up?

9    A.  Yes, ma'am.  One of two:  Bestmixer.io takedown.  And

10   there's a link to Europol's website.  It says, "The Dutch

11   FIOD has gathered information on all the interactions on

12   this platform in the past year.  This includes IP addresses,

13   transaction details, Bitcoin addresses and chat messages."

14   Q.  And the message above that?

15   A.  Two of two:  "This information will now be analyzed by

16   the FIOD in cooperation with Europol and intelligence

17   packages will be shared with other countries," end quote.

18   "This is why you need to use only a Tor-based mixing service

19   (such a surprise.)"

20   Q.  What was Bestmixer?

21   A.  Bestmixer was another Bitcoin mixing service.

22   Q.  How was Bestmixer different than Bitcoin Fog?

23   A.  Bestmixer operated on the clearweb, the regular

24   internet; and Bitcoin Fog operated on the darknet behind a

25   Tor hidden service site.

 1    Q.  Toward the end of the top post, what does Bitcoin Fog

 2    say about that distinction between a clearnet site and Tor?

 3    A.  He says, "This is why you need to use only a Tor-based

 4    mixing service (such a surprise)."

 5    Q.  And so what is Bitcoin Fog saying about the benefits of

 6    using Tor rather than a clearnet site like Bestmixer?

 7    A.  He's implying that the Tor hidden service site won't be

 8    taken down and, therefore, your user information on that

 9    site won't fall into the hands of law enforcement.

10    Q.  Mr. Scholl, did you also review the content posted to

11    bitcoinfog.com?

12    A.  Yes, ma'am, I did.

13           MS. PELKER:  I'd like to now pull up Exhibit 2,

14    the Bitcoin Fog clearnet site, which should already be in

15    evidence.

16    BY MS. PELKER:

17    Q.  Scrolling down a bit, could you read the first two

18    paragraphs under the heading, "What is Bitcoin Fog?"

19    A.  Yes, ma'am.  "The Bitcoin network might be anonymous in

20    terms of single-handedly revealing your IP address, but the

21    transaction history is recorded in the blockchain and is

22    publicly available, which makes your anonymity very

23    vulnerable.

24           "Once the interested parties, be it authorities or

25    just interested researchers" -- and there's another link --

1      "have acquired any one of your addresses or transactions,

2      they could easily track your money around the network.

3              "And knowing your transaction history, connecting

4      your Bitcoin addresses to real you is possible because you

5      will at some point need to exchange your Bitcoins to or from

6      a fiat currency using a bank account number, a credit card,

7      LR account or similar service which is much less anonymous

8      than the Bitcoin network."

9      Q.  Can you explain what Akemashite Omedetou is saying

10     there?

11     A.  What Akemashite Omedetou is saying is blockchain

12     analysis is a thing, and you'll have to use your Bitcoin at

13     some sort of service linked to your true identity at some

14     point and you can be tracked to those services.

15     Q.  And is that, in fact, the sort of blockchain analysis

16     technique and work that you just testified to?

17     A.  Precisely.

18     Q.  Can you read the solution that Akemashite Omedetou sets

19     out in that next paragraph?

20     A.  "We are providing a solution for this:  Using our

21     service, you mix up your Bitcoins in our own pool with other

22     users' Bitcoins and get paid back to other accounts from our

23     mixed pool, which, if properly done by you, can eliminate

24     any chance of finding your payments and making it impossible

25     to prove any connection between a deposit and a withdraw

1    inside our service."

2    Q.  What is he saying there?

3    A.  He's saying that he's operating a mixing service that

4    can break or hinder the ability for law enforcement to trace

5    those funds.

6         MR. EKELAND:  Your Honor, could we just one moment

7    go on the phones?

8         (Whereupon, the following bench conference was

9    held:)

10         MR. EKELAND:  Akemashite Omedetou is being

11    gendered as a man.  And I think -- unless the Court thinks

12    there's some sort of foundation for that, I think that's

13    prejudicial to Mr. Sterlingov.  I don't think there's

14    anything in the evidence supporting the gender of Mr. or

15    Mrs. or Ms. Akemashite Omedetou.

16         MS. PELKER:  I think that Akemashite Omedetou is a

17    male name in Japanese.  But we're happy to use "they" as a

18    gender-neutral pronoun, if that's what the defense is

19    asking.

20         MR. EKELAND:  It means Happy New Year in Japanese,

21    is my understanding.  So if the Government is agreeing to

22    using a neutral pronoun, then we agree to that.

23         THE COURT:  Ms. Pelker?  Is it used as a name in

24    Japan?

25         MS. PELKER:  I may -- I apologize.  I may have

1    misunderstood, your Honor.  I think it's a bit silly; but

2    honestly, rather than argue about it, we're fine with just

3    using "they."  And to the extent that we make a mistake, it

4    is inadvertent; and if defense counsel reminds us, we'll

5    continue using "they."

6              THE COURT:  That's fine.  I appreciate that.

7              It does remind me, though -- we don't need to do

8    this now.  But at the end of the day, I wouldn't mind if the

9    Government made a little bit more of a proffer to me,

10    because I think you, or it may have been Mr. Brown, had

11    indicated to me earlier that the Government thought it had

12    already established at least a *prima facie* case or a

13    preponderance case for me that Mr. Sterlingov is, in fact,

14    Akemashite Omedetou.

15              And just having you put that on the record for me

16    would be helpful.  But we don't have to do it now.  We can

17    do that later.

18              MS. PELKER:  Yes, your Honor.

19              THE COURT:  We'll proceed.

20              (Whereupon, the following proceedings were had in

21    open court:)

22    BY MS. PELKER:

23    Q.  Mr. Scholl, if you could --

24              MS. PELKER:  If we could actually scroll down a

25    bit.

Scholl - DIRECT - By Ms. Pelker

1    BY MS. PELKER:

2    Q.  Directing your attention to this next service, entitled

3    "How the Service Works."  You don't need to read each

4    paragraph aloud.  But could you explain to the jury what's

5    described here?

6    A.  Yes, ma'am.

7    Q.  It can be in general, nontechnical terms.

8    A.  Akemashite Omedetou is describing how the service works

9    and giving users tips about how to maintain their unanimity

10   using the service, how to best use the service to provide

11   the least amount of information to law enforcement.

12   Q.  Could you read the last sentence at the bottom of this

13   page, starting with "this way."

14   A.  Yes, ma'am.  "This way, there is no practically reliable

15   way to do statistical analysis on the blockchain and link

16   your deposits to your withdrawals."

17   Q.  What is Akemashite Omedetou saying there?

18   A.  The claim about statistical analysis is referring to not

19   withdrawing the same amount that you put in.  He's saying

20   that if you follow these best practices, there will be no

21   way to link the deposit to the withdrawal.

22   Q.  Directing your attention now to the top of the next

23   page, under, "Do I get same Bitcoins back?"  Again, no need

24   to read this whole section aloud, but can you explain

25   generally at a high level, nontechnical, what's described

1    here?

2    A.  Yes, ma'am.  So he's answering this question about if

3    the funds you get back are your same Bitcoins, and he's

4    basically saying there's no your or my Bitcoins.  The word

5    we use is "fungible."  But that Bitcoins are

6    interchangeable.

7    Q.  Directing your attention to the second paragraph, could

8    you read the first two sentences there?

9    A.  Yes, ma'am.  "A link could be made if you would get paid

10   from the same address that you have deposited Bitcoins to.

11   This is not the case with Bitcoin Fog."

12   Q.  Was the information on the bitcoinfog.com clearnet site

13   in this announcement also included in Akemashite Omedetou's

14   announcement post on Bitcoin Talk?

15   A.  Yes, ma'am.

16   Q.  Now, in addition to reading Akemashite Omedetou's own

17   description of Bitcoin Fog, have you yourself studied how

18   Bitcoin Fog operated?

19   A.  Yes, ma'am.

20   Q.  Can you describe it generally?

21   A.  Early on, ma'am, the Bitcoin Fog service was utilizing

22   consolidation addresses.  Users were provided a deposit

23   address.  At some point, many user deposits were swept into

24   a consolidation address.  And then peel chains formed,

25   sending withdrawals out and sending the consolidated funds

Scholl - DIRECT - By Ms. Pelker

 1    down the peel chain.

 2    Q.  So what was the impact of that on anyone who was trying

 3    to trace the funds?

 4    A.  It was difficult to trace funds through Bitcoin Fog.

 5    Q.  Did you help to create a series of graphics summarizing

 6    how Bitcoin Fog operated?

 7    A.  Yes, ma'am, I did.

 8    Q.  I'd like to show you Exhibit 323, which has not been

 9    admitted.

10              Showing you Exhibit 323, do you recognize it?

11    A.  Yes, I do.

12    Q.  And what is it?

13    A.  These are graphics depicting the operation of Bitcoin

14    Fog that I created --

15    Q.  And do they fairly and accurately --

16    A.  -- with the assistance of a graphic designer.

17    Q.  Do they fairly and accurately summarize the underlying

18    transactions at a high level related to Bitcoin Fog's

19    operation?

20    A.  Yes, ma'am, they do.

21              MS. PELKER:  The Government moves to admit Exhibit

22    323.

23              THE COURT:  Are you admitting this or is it just a

24    demonstrative?

25              MS. PELKER:  We're admitting this.  I believe this

 1      is a summary chart, summarizing the underlying transactions.

 2              THE COURT:  Any objection?

 3              MR. EKELAND:  Yes, your Honor.  We object for the

 4      grounds that -- on the grounds that we just discussed

 5      before, and I think the Court is aware of them.

 6              THE COURT:  I'm not sure.  If you can get on the

 7      phones.

 8              (Whereupon, the following bench conference was

 9      held:)

10              MR. EKELAND:  This goes to Mr. Scholl not being a

11      technical expert in the operation of Bitcoin Fog.  I also

12      think it's not complete.

13              But we object that now we've gone from sort of

14      high-level summary that the Court said it would permit to

15      now, you know, a technical description of the mixer with

16      consolidation outputs and user outputs.  And we just think

17      it's crossed the line into impermissible expert testimony.

18              THE COURT:  Ms. Pelker?

19              MS. PELKER:  Your Honor, I think this is very high

20      level.  It's a couple circles on a page that's used to

21      describe fund flow into and then out of the mixer.

22              THE COURT:  I do think -- this does strike me as

23      fairly simplistic, actually.  But I guess the only question

24      I have is whether there's a basis for introducing this as an

25      exhibit versus just as a demonstrative at this point.

1          I don't know, Mr. Ekeland, if you want to address

2     that question.

3          MR. EKELAND:  Well, I don't think either.

4          But if it's going to come in, we just -- you know,

5     it should only be used as a demonstrative, you know.

6          And the other concern is that -- what it's going

7     to be used as a springboard to talk about.  Obviously,

8     Mr. Scholl is going to be talking about this demonstrative.

9     And this looks a lot like the intention here is to discuss

10    the technical inner workings of Bitcoin Fog.

11         MS. PELKER:  Mr. Scholl's report included his

12    discussion of how he validated the cluster, which includes

13    the identification of consolidation addresses and how those

14    funds flowed.  That's all the Government's looking to do

15    here.  Again, it's very high level.

16         THE COURT:  Yes.  I think this is within his

17    expert designation and is appropriate.

18         I'm going to go ahead and just permit you to

19    publish it as a demonstrative.  Maybe you can come back to

20    me if you think there's a basis for an exhibit.  But it

21    seems to me it's probably more appropriate as a

22    demonstrative.

23         MS. PELKER:  Yes, your Honor.

24         (Whereupon, the following proceedings were had in

25    open court:)

 1          THE COURT:  You may publish Exhibit 32 to the jury

 2    as a demonstrative.

 3    BY MS. PELKER:

 4    Q.  Mr. Scholl, can you explain what's shown here on the

 5    screen?  You should now be able to draw if we've done this

 6    correctly.

 7    A.  Yes, ma'am.  This is a schematic showing the early

 8    operation of Bitcoin Fog.  On the left, we have a user

 9    depositing funds to a gold circle, which represents a

10    Bitcoin Fog deposit address.  So when the user logged into

11    their Bitcoin Fog account, the Bitcoin Fog website provided

12    them with a deposit address.  Those are labeled gold.  Those

13    are colored gold here.

14          And then there's a large transaction that sweeps

15    four different users' deposit addresses, sending those funds

16    into the consolidation address.

17          And then subsequently, peel chains would form out

18    of that consolidation address as funds are withdrawn by

19    users.  And this happened multiple times.

20          I would point out to the jury that we've

21    highlighted here in the box in the bottom right -- I can

22    circle it --

23    Q.  You may have to expand the arrow to select one of the

24    drawings, but we can see it.

25    A.  I'm making a box.

Scholl - DIRECT - By Ms. Pelker

1          THE COURT:  You may be able to just draw with your

2     finger.

3     BY MS. PELKER:

4     Q.  Well, straighter lines than I had, I suppose.

5     A.  We've selected a withdrawal address for User 1.  But

6     that's only known to the user and to the Bitcoin Fog

7     service.  That isn't known to an investigator looking at all

8     this on the blockchain.

9          And this is a simplified graphic.  In many cases,

10     there would be dozens of user deposit addresses in gold

11     involved in the movement of funds in the consolidation

12     address.  These peel chains in real life are considerably

13     longer than just the five peel chain addresses in white that

14     are shown.

15          And users also could receive withdrawals in

16     multiple transactions instead of a single transaction.  This

17     is just a simplified graphic of how the process worked.

18     Q.  Mr. Scholl, I do want to drill into that a bit more.

19          How many addresses, roughly, are -- would actually

20     be in the group of gold deposit addresses?

21     A.  Dozens of addresses in some cases.  Early on, when

22     the -- when Bitcoin Fog was just starting, they were

23     smaller.  But as time went on and Bitcoin Fog became more

24     popular, there would be dozens of user withdrawals involved

25     in one transaction where those user withdrawals -- or user

```
 1        deposits are co-spent and sent to the consolidation address.
 2                THE COURT:  I'll remind you to go slow.
 3        BY MS. PELKER:
 4        Q.  Then on the right-hand side, where you discuss the peel
 5        chains, how many addresses and transactions are actually
 6        occurring that underlie this diagram?
 7        A.  In some cases, hundreds of addresses.
 8        Q.  And so does this chart take that voluminous underlying
 9        data and then summarize it in a way that's easier for the
10        jury to understand?
11        A.  Yes, ma'am.
12                MS. PELKER:  Your Honor, the Government would
13        renew its motion to have this admitted as a summary chart.
14                THE COURT:  For now, let's -- it's been published.
15        We can discuss that later.
16                MS. PELKER:  Yes, your Honor.
17        BY MS. PELKER:
18        Q.  Now, Mr. Scholl, can you walk through on this chart how
19        this would actually play out for User 1 in a transaction?
20        If we can find a way to get the tracing to work.  Otherwise,
21        just pointing to the different buttons.  So starting with
22        the User 1 deposit.
23        A.  So User 1 creates an account at the Bitcoin Fog website
24        and receives a deposit address for where to send funds.
25                They create a transaction from their wallet,
```

Scholl - DIRECT - By Ms. Pelker

1    sending funds into that deposit address.  Funds can stay in

2    that deposit address for a period of time.

3            And eventually, a transaction initiated by Bitcoin

4    Fog moves all the funds from the individual user deposit

5    addresses into the consolidation address.

6            And subsequently, as users schedule withdrawals

7    from the Fog service, they're paid out from these peel

8    chains here.

9            MS. PELKER:  If we could now clear that off and

10   move to Page 2, please.

11   BY MS. PELKER:

12   Q.  Can you explain what's shown here?

13   A.  This is a similar graphic.  The purpose of this graphic

14   was to explain that the consolidation addresses used by Fog

15   changed over time.  And, yeah, it involved multiple sweeps

16   of deposit funds into those consolidation addresses and

17   multiple peel chains.

18   Q.  Was this the model that was used by Bitcoin Fog for its

19   early years of operation?

20   A.  Yes, ma'am.

21   Q.  Were you able to identify some of Fog's consolidation

22   addresses from that time period?

23   A.  Yes, ma'am.

24   Q.  Showing you Exhibit 353-A, which has not yet been

25   admitted, what is 353-A?

Scholl - DIRECT - By Ms. Pelker

1    A.  This is a list of Bitcoin Fog consolidation addresses

2    from 2011 to 2014.

3    Q.  Does this accurately list the consolidation addresses

4    summarizing their role in the voluminous underlying

5    transactions?

6    A.  Yes, ma'am, it does.

7                MS. PELKER:  The Government moves to admit Exhibit

8    353-A.

9                THE COURT:  Any objection?

10                MR. EKELAND:  Yes, your Honor.  Can we pick up the

11    phone?

12                (Whereupon, the following bench conference was

13    held:)

14                MR. EKELAND:  This is hearsay.  And as the

15    Government's own witnesses just have testified, they do not

16    have the Bitcoin Fog servers.  They do not have the Bitcoin

17    Fog ledgers.  They do not have the Bitcoin Fog server logs.

18    So there's no way that the Government can actually validate

19    or verify this information.

20                And as such, it is purely speculation.  It is

21    hearsay.  And it is impermissible expert opinion.

22                THE COURT:  Ms. Pelker?

23                MS. PELKER:  Your Honor, the witness, who is an

24    expert, just testified as to how he reviewed the Bitcoin Fog

25    transactions and identified consolidation addresses.

1      Consolidation addresses were addressed in both experts'

2      expert reports and explains part of the validation of the

3      Bitcoin Fog cluster because of its pattern of activity

4      regarding these consolidation addresses.

5              MR. EKELAND:  Your Honor, that was before we had

6      definitive testimony from the Government's own investigator

7      and I think from more than one witness in this case that the

8      Government does not have the Bitcoin Fog server, they do not

9      have the Bitcoin Fog ledger and they do not have the Bitcoin

10     Fog server logs.  So there is no way that Mr. Scholl can

11     have tested the accuracy of his theory here, and it has no

12     scientific or any kind of empirical basis.

13             THE COURT:  Well, you've been making that point to

14     me now for at least six months.  So the notion that this

15     comes to you as a surprise is kind of a remarkable

16     proposition.

17             But I guess the question I just have is whether

18     the Government has laid a sufficient foundation on this yet.

19     And I don't really know how you want to proceed, if you want

20     me to provisionally admit this and you work back from this.

21     But I do think at some point you need to sort of lay the

22     foundation of sort of where these particular addresses came

23     from.

24             MS. PELKER:  Your Honor, I think either one would

25     work.  We can ask a few more additional foundational

 1    questions and then put it in or provisionally admit it and

 2    then ask the questions.

 3              THE COURT:  Well, I guess to my mind I think we do

 4    need a foundation of where these particular addresses came

 5    from.  So why don't I let you lay more of a foundation.

 6              MS. PELKER:  Yes, your Honor.

 7              (Whereupon, the following proceedings were had in

 8    open court:)

 9              THE COURT:  Proceed.

10    BY MS. PELKER:

11    Q.  Mr. Scholl, in your review of the Bitcoin Fog

12    transactions, did you identify additional consolidation

13    addresses?  Did you identify consolidation addresses?

14    A.  Yes, ma'am.

15    Q.  Ignore what's currently on the screen.

16    A.  Ignoring what's on the screen.  Yes, ma'am.

17    Q.  Can you explain how you were able to identify those

18    consolidation addresses?

19    A.  I was able to identify those consolidation addresses by

20    analyzing the transactions into the Bitcoin Fog cluster.

21    Q.  And what -- can you give a bit more detail about what

22    about those transactions allowed you to pick out

23    consolidation addresses?

24    A.  I could look at deposits, so the first transaction into

25    the cluster, and then see a large transaction sweeping those

1      deposits into the consolidation address.

2              I could review that address on the Bitcoin Fog

3      blockchain and see that it was stopped being used at a

4      certain point in time, and then I would go and look for new

5      deposits into the Bitcoin Fog cluster after that first

6      consolidation address was no longer being used and observe

7      that they got swept to a different address and that that

8      pattern happened over and over and over again of a deposit

9      comes in, a large transaction sweeping multiple user

10     deposits goes to the same address over and over again for a

11     period of time.

12              Subsequently, that address stops being used and I

13     go back and look for more deposits coming into the cluster

14     and see where they're swept to and verify that behavior over

15     and over again.

16              MS. PELKER:  If we could pull back up Exhibit 323

17     and go to that second page that's shown there.

18     BY MS. PELKER:

19     Q.  Can you explain that using the kind of grayed-out

20     consolidation address and then the new consolidation address

21     as an example?

22     A.  Yeah.  So --

23              MR. BROWN:  If we could publish this.  323, which

24     has been published as a demonstrative to the jury.

25              THE COURTROOM DEPUTY:  Got it.

 1     BY MS. PELKER:

 2     Q.  If you can explain that with the grayed-out portion and

 3     then the not-grayed-out portion as an example.

 4     A.  Sure.  So initially, there was one consolidation address

 5     at Bitcoin Fog.  That address started with 1YZ -- YZ -- I'm

 6     not going to -- it's on the graphic.  1YZJKA.

 7            And when a deposit came into the Bitcoin Fog

 8     cluster, it was subsequently combined into one large

 9     transaction with all -- a bunch of other user deposits and

10     sent to 1YZJKA.

11            And then another series of user deposits happens,

12     like this happens over time.  This user makes a deposit this

13     day and another user makes a different deposit the other

14     day.  And the deposit addresses are collecting funds.

15            Eventually, those funds are swept in one

16     transaction into the same address, 1YZJKA.  That address was

17     used for a period of time.

18            And looking at the blockchain, there was a time

19     when 1YZJKA no longer had activity.  So I went back and

20     started looking at where new deposits coming into Fog were

21     going and I identified new deposit addresses at Fog and

22     observed on the blockchain where the transactions that swept

23     these user deposits into the new consolidation address.

24            I observed that the same consolidation address was

25     used multiple times again for a period of time where

1    multiple user deposits were swept into a single address.

2                    MR. EKELAND:  Your Honor, may we talk on the

3    phones for a moment?

4                    (Whereupon, the following bench conference was

5    held:)

6                    MR. EKELAND:  So, your Honor, I'm told that the

7    only time that Mr. Scholl mentions consolidation addresses

8    is once in his report, and it doesn't go into anywhere near

9    the level of detail I'm hearing from him on the stand.

10                   I haven't looked at this.  I just got handed this

11   note.  He also refers to the consolidation address as very

12   likely as Bitcoin Fog.  So this seems to be, if I'm being

13   informed correctly, expert testimony that wasn't noticed in

14   this level of detail.

15                   THE COURT:  All right.  Ms. Pelker?

16                   MS. PELKER:  Your Honor, I think defense counsel

17   just said that consolidation addresses were discussed in the

18   report.  There's also in the report a discussion of Bitcoin

19   Fog validation.  We also -- the Court asked the witness to

20   provide additional detail, and that's what he is now

21   attempting to do here to explain how he identified those

22   consolidation addresses.  That's all he's seeking to do.

23                   THE COURT:  I'm going to allow it.  So you can

24   proceed.

25                   (Whereupon, the following proceedings were had in

```
 1    open court:)

 2    BY MS. PELKER:

 3    Q.  Mr. Scholl, as you were observing these patterns and

 4    doing additional tracing, did you identify a list of

 5    specific consolidation addresses that were used over time?

 6    A.  Yes, ma'am, I did.

 7    Q.  And were you able to identify those consolidation

 8    addresses using the sort of tracing and observing patterns

 9    that you just testified to?

10    A.  Yes, ma'am, I was.

11              MS. PELKER:  The Government now moves to admit

12    Exhibit 353-A.

13              THE COURT:  Exhibit 353-A is admitted and may be

14    published to the jury.

15              (Whereupon, Government's Exhibit No. 353-A was

16    entered into evidence.)

17    BY MS. PELKER:

18    Q.  Mr. Scholl, can you explain what is shown here?

19    A.  This is a list of Bitcoin Fog consolidation addresses

20    that were used in the time period of 2011 to 2014.

21    Q.  And can you explain again just generally how you were

22    able to identify and verify these consolidation addresses?

23    A.  I was able to review on the Bitcoin blockchain deposits

24    being swept into each of these addresses consistently,

25    multiple transactions over a period of time.  Then one
```

1    address would stop being used.

2    So the first one was 1YZJKA.  After that address

3    was no longer being used in the Bitcoin blockchain, I went

4    back and looked for new deposits into the Bitcoin Fog

5    cluster and observed where they were being swept to.  Each

6    of these addresses had multiple transactions that matched

7    the same pattern that I've described.

8    Q.  Did this use of consolidation addresses help you to

9    validate the Bitcoin Fog cluster as a whole?

10    A.  Yes, ma'am.

11    Q.  Why was that?

12    A.  It was consistent with Akemashite Omedetou's own

13    description of how Bitcoin Fog operated.

14    Q.  Now, did Bitcoin Fog's consolidation address model

15    change over time?

16    A.  Yes, ma'am, it did.

17    Q.  And how was that?

18    A.  In 2014, the internal mixing service became much more

19    complicated.

20    MS. PELKER:  If we could go back to 323 and go to

21    the next slide.

22    BY MS. PELKER:

23    Q.  Can you explain what's shown here?

24    A.  Yes, ma'am.  This is a slide depicting the later

25    operation of Bitcoin Fog.

1    Q.  And just generally, without getting into too in the

2    weeds on any of the technical details, can you explain

3    what's happening?

4    A.  Yes, ma'am.  Funds were no longer swept to a singular

5    consolidation address.  Instead, they were sent to many

6    different addresses, and funds were combined in different

7    ways.

8            This was actually looking at one of -- this is a

9    simplified version, looking at the FBI undercover

10   transaction.

11   Q.  Did you review posts on Bitcoin Talk made by Akemashite

12   Omedetou?

13   A.  Yes, ma'am, I did.

14   Q.  And what was Bitcoin Talk?

15   A.  Bitcoin Talk was a forum for discussing anything and

16   everything about Bitcoin.

17   Q.  What was the significance of Bitcoin Talk back in 2011?

18   A.  It was the primary place where people on the internet

19   discussed Bitcoin.

20   Q.  Are you familiar with the process for creating a Bitcoin

21   Talk account?

22   A.  Yes, ma'am, I am.

23   Q.  Can you describe it generally?

24   A.  It's like creating an account on any online forum.  You

25   go there.  You go to the website and create a username for

1    yourself.  And then you pick a password, verify the

2    password.  You provide an email address.

3    Q.  How long does the process take?

4    A.  Just a couple of minutes.

5    Q.  Has your review of Akemashite Omedetou's posts informed

6    your understanding of Bitcoin Fog's operation?

7    A.  Yes, ma'am.

8    Q.  Before we pull up the posts, do people sometimes make

9    mistakes using mixers that might allow -- that can allow law

10   enforcement to trace their transactions?

11   A.  Yes, ma'am.

12   Q.  And again, without getting into anything sensitive, can

13   you explain generally what that might be?

14   A.  Just making mistakes with how they're handling funds

15   coming in and out.  For example, they could withdraw funds

16   to the same address they sent them from, which would make an

17   obvious connection.  And then there's more layers of

18   sophistication from that.

19          They could withdraw to an address that

20   subsequently co-spends with the address they sent into the

21   Fog from.  That would also allow law enforcement to make a

22   connection.

23   Q.  Did Akemashite advertise Bitcoin Fog as designed for

24   avoiding that sort of analysis?

25   A.  Yes, ma'am.

1    Q.  And did Akemashite specifically warn people to avoid

2    making those particular types of mistakes that could allow

3    them to be caught by the authorities?

4    A.  Yes, ma'am.

5            MS. PELKER:  If we could pull up Exhibit 1 and go

6    to Page 2.

7    BY MS. PELKER:

8    Q.  Could you read the third paragraph from the bottom,

9    starting with "Another thing to consider," and you can stop

10   about halfway through after "pretty obvious."

11   A.  "Another thing to consider is the amount of your

12   withdrawal.  If you transfer 1.382 to us and the next day

13   you withdraw about 1.38 Bitcoins to another account, those

14   amounts will be visible in the blockchain.  And unless there

15   were ten other people that day that also withdrew just 1.38

16   Bitcoins, the link between your deposit and your withdrawal

17   will be pretty obvious.

18           "You will still have plausible deniability since

19   nobody else has access to our servers and can actually prove

20   that those Bitcoins came from your account, but the link

21   will be found nevertheless."

22   Q.  What is Akemashite describing in the first portion of

23   this paragraph?

24   A.  He's describing a behavior where you deposit a specific

25   amount of funds and then withdraw a very similar amount of

1    funds subsequently, and describing how that would allow an

2    investigator to see this very specific amount coming in and

3    this very specific amount going out.  They're probably

4    related.

5    Q.  What does he mean by "you will still have plausible

6    deniability"?

7    A.  He means that there won't be a record on the blockchain

8    showing that funds are connected in this way and that the

9    Bitcoin Fog service logs would be the only record.

10           MS. PELKER:  If we could go now to post No. 24 on

11   Page 13.  And scrolling down a bit.

12   BY MS. PELKER:

13   Q.  Can you describe generally what's shown here?  Just who

14   is it a post by?

15   A.  It's a post by Akemashite Omedetou.

16   Q.  And can you read just the last -- after it says,

17   "Casascius, your idea sounds interesting," could you read

18   from there to the bottom of the page?

19   A.  "I don't know about implementing the whole thing you

20   have described.  But the idea of having only one

21   payout/transaction every week and combining all deposits and

22   payouts in it is definitely worth something.  It eliminates

23   all sorts of timing analysis as long as there are enough

24   users every week."

25   Q.  What does Akemashite Omedetou mean by "eliminate timing

Scholl - DIRECT - By Ms. Pelker

1    analysis"?

2    A.  He means that, again, using certain amounts of specific

3    values and the frequency or the time between deposit and

4    withdrawal, an investigator might be able to draw

5    conclusions about linking a withdrawal to a deposit.

6         But if they just batched all of their withdrawals

7    in one large transaction every week, there would be no

8    timing analysis.  You wouldn't be able to say, Oh, it was

9    close in time to this one, because all the transactions

10   happened -- all the withdrawals happened at the same time.

11        MS. PELKER:  If we could move down to this next

12   page.

13   BY MS. PELKER:

14   Q.  Could you read under the large block quotes starting

15   with "However"?  So about a paragraph --

16   A.  Yeah.  I see it.

17   Q.  -- "However, I don't see."

18   A.  "However, I don't see that it does much for

19   anonymization since the fact that the money came from our

20   service will be visible anyways.  As of now, all payouts are

21   mostly done from the same address.  An analysis of precision

22   does not do much for identifying the deposit associated with

23   this withdrawal, since they are all randomized.  Or am I

24   missing something?"

25   Q.  What does he mean by "the fact that the money -- the

1    fact the money came from our service will be visible"?

2    A.  He's speculating that people will --

3         MR. EKELAND:  Objection, your Honor.  Can we speak

4    on the phone?

5         (Whereupon, the following bench conference was

6    held:)

7         MR. EKELAND:  It's just the gender issue again.

8         MS. PELKER:  I apologize.  I've grown very

9    accustomed to referring to him as a he.  I apologize.

10        THE COURT:  I understand.  Let's going forward do

11   your best.

12        Thank you.

13        (Whereupon, the following proceedings were had in

14   open court:)

15   BY MS. PELKER:

16   Q.  What do they mean when they're talking about "the fact

17   that the money came from our service will be visible"?

18   A.  He means that an investigator, law enforcement, will be

19   able to determine addresses that belong to Bitcoin Fog.

20        MS. PELKER:  If we could now go to Page 36 and the

21   section above the last text box.  If we scroll down.  Thank

22   you.

23   BY MS. PELKER:

24   Q.  Could you read the section starting with "We are

25   working."

Scholl - DIRECT - By Ms. Pelker

1    A.  "We are working on some schemes to really have a lot of

2    addresses and make it look like we are inputting and

3    outputting funds out of the system and back in, when in

4    reality those will be just obfuscation transactions between

5    our own addresses.  The problem with that is how make our

6    addresses really look like they are external.  There are

7    some ways, but none we know of are bulletproof."

8    Q.  What are they talking about here?

9    A.  They're talking about implementing new obfuscation

10   techniques.  They're talking about creating fake

11   withdrawals.

12            MS. PELKER:  If we could go to post No. 56 on Page

13   40.

14   BY MS. PELKER:

15   Q.  Is this another post by Akemashite Omedetou?

16   A.  Yes, ma'am.

17   Q.  Can you read the sentence starting with "We are now

18   working"?

19   A.  "We are now working on a solution that is going to warn

20   a user if he/she is withdrawing larger amounts per address

21   than what should be safe considering current money flow (sum

22   over a couple of days).  It should be ready soon."

23   Q.  What is Akemashite describing there?

24   A.  He's describing another feature that he's implementing

25   in Bitcoin Fog that's intended to alert a user if they were

1    sending too many funds through Bitcoin Fog, which could make

2    their withdrawals obvious to law enforcement.

3    Q.  Turning now to Page 46 -- apologies -- 42.  This is a

4    longer post.  But could you read the first paragraph?

5    A.  Yes, ma'am.  "We have been thinking about whether it is

6    safe to reveal such information, but it seems that revealing

7    an average total throughput wouldn't hurt too much.  As of

8    right now, February 2012, we have on average somewhat over

9    150 to 200 Bitcoin going through the system per day, some

10   days more, some days less.

11        "We will not reveal the number of transactions at

12   this time, as that would aid an analyzer in distinguishing

13   real payouts from our internal transfers we make to

14   obfuscate the money flow."

15   Q.  Why would the Bitcoin Fog operator be reluctant to

16   reveal additional information about Fog's activity?

17   A.  Any additional information could be used to identify

18   what's going on in the service.

19   Q.  Moving to the second paragraph, no need to read all of

20   it.  But what does Akemashite generally describe there?

21   A.  He's describing --

22        MR. EKELAND:  Objection, your Honor.  Can we speak

23   on the phone?

24        (Whereupon, the following bench conference was

25   held:)

1           MR. EKELAND:  Again, your Honor, there's nothing

2      in evidence that establishes that Akemashite Omedetou is a

3      male.  And there's a core foundational issue here because

4      the Government is, of course, claiming that

5      Mr. Sterlingov is Akemashite Omedetou.

6           But as the Court I think just heard from

7      Mr. Rovensky's testimony, they just don't have a foundation

8      for that.  And I think perhaps we need some kind of

9      foundation or some kind of evidence for referring to

10     Akemashite Omedetou as a male, because it could be a female

11     or some other gender.  And I think this is highly

12     prejudicial to Mr. Sterlingov.

13          THE COURT:  Well, are you asking, though, that

14     counsel confer with the witness?  Because this is the

15     witness who's doing it.  The witness has no idea what we're

16     talking about here.

17          So are you asking that during a break she confer

18     with the witness and just ask him to avoid that going

19     forward?

20          MR. EKELAND:  Or if the Court could just instruct

21     the witness that the gender of Akemashite Omedetou is not in

22     evidence and to use a gender-neutral pronoun for reference

23     to that.

24          THE COURT:  I'm not inclined to get involved

25     myself on weighing in on the evidence one way or the other

1    because I think the Government would say there is evidence

2    at this point that it is a he.

3            I also will say that people -- this may be an

4    unfortunate aspect of our culture -- but people often do use

5    "he" in a nongendered way.  I certainly have -- in written

6    opinions, I try to switch between "he" and "she" when I do

7    this in opinions.  But it's not an uncommon thing to use

8    "he" at times when one is uncertain about the gender.  I

9    think you're welcome to ask about this on cross.  And if

10   you'd like the Government counsel during a break to have a

11   conversation with the witness privately about this, I have

12   no problem with that whatsoever.

13           MR. EKELAND:  If the conversation is purely

14   limited to that, then the defense is okay with it.  But we

15   would also just at some point like to hear from -- have the

16   Government put on the record what the basis is for tying

17   Mr. Sterlingov to Akemashite Omedetou, because we just don't

18   see it.

19           THE COURT:  "He" is at most tying this thing to

20   half the population of the world.  So it's hardly as

21   prejudicial as you are suggesting.  In any event, as I said,

22   I think "he" is also used in a nongendered way at times.  So

23   I don't see it as prejudicial as you do.

24           But I think Ms. Pelker is doing her best to

25   address your concerns.  But the only other way to address

1    your concerns is for her to have a conversation with the

2    witness, just ask him to do the same, which, as I said, I'm

3    happy to have them do during a break.

4            MR. EKELAND:  Okay.  We'd like them to do that,

5    then, just if it's limited to that, during the break.

6            THE COURT:  Okay.

7            MS. PELKER:  Your Honor, Mr. Brown has just

8    reminded me that all of the identifiers for the fictitious

9    accounts were male names.  So while the Government does

10   submit that we have more than -- that we have put forth

11   evidence that this is Mr. Sterlingov, at a minimum all of

12   the identities associated with Akemashite Omedetou are men.

13           THE COURT:  What are those names?

14           MS. PELKER:  Vasily Kunnikov and the Greek name

15   that I am currently now blanking on.  But another male name.

16           THE COURT:  That's a fair point.  So obviously,

17   that reduces a lot of the concern.

18           MR. EKELAND:  Your Honor, the Government is

19   maintaining that those are not real names.  So I don't

20   necessarily agree with the Court on that.  But I think our

21   objection and point has been made.

22           THE COURT:  Okay.

23           (Whereupon, the following proceedings were had in

24   open court:)

25           THE COURT:  You may proceed.

Scholl - DIRECT - By Ms. Pelker

1    BY MS. PELKER:

2    Q.  And now moving to the second paragraph, what does he

3    describe generally there?

4    A.  Generally, Akemashite is describing that he has

5    implemented such a warning system to warn users if they're

6    withdrawing too much funds, that would be able to be

7    analyzed by law enforcement.

8         To give maybe an example -- and these are simple

9    numbers -- but if Bitcoin Fog only had 100 Bitcoin in it and

10   you then made a deposit of 200 Bitcoin and then tried to

11   withdraw 198 Bitcoin, it would be very obvious that the

12   person that input the 200 Bitcoin would be the person who

13   just withdrew 198 Bitcoin.

14        It gets -- the analysis gets more complicated than

15   that.  But that's kind of what he's saying here, that you

16   can break the amount of anonymity provided by a mixer by

17   inundating the mixer with too much money or withdrawing too

18   much at a particular time.

19   Q.  Turning now to Page 47, in the second paragraph, what is

20   Akemashite describing generally in this post?

21   A.  He's describing another technique for making analysis of

22   what's going on inside Bitcoin Fog more difficult that

23   involves reusing addresses.

24   Q.  Can you read starting with "This seems to help" in the

25   middle of that second paragraph?

1    A.  Yes, ma'am.  "This seems to help obscuring the origins

2    of the Bitcoins.  Even if authorities would find one of your

3    deposit addresses, they won't even be sure that all of the

4    deposits to that address were made by you."

5    Q.  Who is Akemashite Omedetou saying that he's trying to

6    help Bitcoin Fog users evade?

7    A.  Authorities, ma'am.

8    Q.  Turning to Page 58, could you read the paragraph under

9    the box starting with "I imagine that by now."

10   A.  "I imagine that by now, someone somewhere has sniffed

11   enough information about Fog addresses for being able to

12   tell when a transaction goes in or out of the Fog.  For a

13   deposit transaction, this is harder, since an address can be

14   completely new and unseen on the network, but it would be

15   possible to make that connection afterwards."

16   Q.  And what is Akemashite Omedetou saying here about the

17   Bitcoin Fog cluster?

18   A.  He's saying that someone somewhere would be able to

19   figure out the addresses controlled by Bitcoin Fog, the

20   addresses in the Bitcoin Fog cluster.

21   Q.  Can you read from the final paragraph of this post at

22   the top of the next page, starting with -- actually,

23   scrolling back up, "If someone sees two transactions."

24   A.  Sorry.  Can you repeat that, ma'am?

25            MS. PELKER:  If we could do a search for "If

1    someone sees."

2    BY MS. PELKER:

3    Q.  The final paragraph --

4    A.  I see it.  I have it.

5    Q.  Yes.

6    A.  How much would you like me to read?

7    Q.  From there through the end of the paragraph.

8    A.  Yes, ma'am.  "If someone sees two transactions in and

9    out of the Fog, approximately for the same amount at the

10   same time, there the connection can be made as well.  It is

11   still difficult and they couldn't prove it was your

12   transaction without finding us anyway, but the simple truth

13   is that timing gives a lot of information.  Of course, in

14   some way, we already combat this by having the lowest

15   withdrawal time period of six hours, which, given the

16   current deposit rate at around 10X per hour gives enough

17   obscurity for small deposits."

18   Q.  What is Akemashite saying there?

19   A.  He's saying that this statistical analysis can be done

20   and that this six-hour withdrawal time provides some amount

21   of security for small deposits.

22            THE COURT REPORTER:  Did you say security or

23   obscurity?

24            THE WITNESS:  I'm not sure which I actually said.

25   But yeah.  The six hours provides obscurity for small

Scholl - DIRECT - By Ms. Pelker

1    deposits.

2    BY MS. PELKER:

3    Q.  Did Akemashite generally succeed in preventing law

4    enforcement from readily linking deposits to withdrawals

5    through Bitcoin Fog?

6    A.  Yes, ma'am.

7    Q.  Were the descriptions that you've just read and others

8    set out by Akemashite generally consistent with the activity

9    that you observed in the Bitcoin Fog addresses?

10    A.  Yes, ma'am.

11         MS. PELKER:  Your Honor, we can go to the next

12    section or we can take a break.  I wasn't sure what your

13    Honor's plan was for breaks for the afternoon.

14         THE COURT:  So if we can go for maybe another 15

15    minutes before we break.  That might break the afternoon up

16    more evenly then.

17         MS. PELKER:  Yes, your Honor.

18    BY MS. PELKER:

19    Q.  Mr. Scholl, we spoke about clustering earlier.  In your

20    work, do you often have to determine what addresses are

21    controlled by a particular entity?

22    A.  Yes, ma'am.

23    Q.  And now I'm showing you what has not yet been admitted

24    as Exhibit 326, the list of Bitcoin Fog addresses.  326.

25         Mr. Scholl, what is this?

1    A.  This is a list of all of the addresses that were

2    contained within the Chainalysis Reactor Bitcoin Fog

3    cluster, a list of all the addresses attributed by

4    Chainalysis to belong to Bitcoin Fog.

5    Q.  Scrolling from the top all the way down to the bottom --

6    maybe not scrolling, but maybe just dragging -- how many

7    addresses are listed here in total?

8    A.  There's 925,744 rows.  I think there's a header.  So

9    925,743 addresses.

10    Q.  And is this a fair and accurate depiction or copy of the

11    addresses that are included in the Bitcoin Fog cluster that

12    you used for your analysis?

13    A.  Yes, ma'am.

14             MS. PELKER:  The Government moves to admit Exhibit

15    326.

16             THE COURT:  Any objection?

17             MR. EKELAND:  Yes, your Honor.  If we could pick

18    up the phone.

19             (Whereupon, the following bench conference was

20    held:)

21             MR. EKELAND:  So we're going to object on, A, lack

22    of foundation.

23             B, this is all hearsay.

24             And, three, 702 grounds, as we previously said,

25    argued in our *Daubert* motions.

Scholl - DIRECT - By Ms. Pelker

1            But also, just in terms of the foundation that

2    Mr. Scholl doesn't have the requisite knowledge of the

3    operation or the source code or anything in relation to

4    Chainalysis Reactor to be able to accurately say that this

5    cluster -- this list of clusters is accurate.

6            THE COURT:  Ms. Pelker?

7            MS. PELKER:  I think that we went through this at

8    length in the *Daubert* hearing, your Honor, that Mr. Scholl

9    does not need to have an in-depth understanding of the

10   Chainalysis source code or its engineering to be able to

11   testify to his opinions that are based on that data.  And

12   this is the list of addresses that he has used in his

13   analysis.  That's all we're saying.

14           MR. EKELAND:  Your Honor, it's being offered as

15   the list of Bitcoin Fog addresses, the Bitcoin Fog cluster.

16   This was a core issue at the *Daubert* hearing.  This was what

17   we challenged Elizabeth Bisbee on.

18           And Mr. Scholl is not the witness to be able to

19   bring in -- he doesn't have expertise on the accuracy of the

20   Chainalysis Reactor software, which, of course, the Court is

21   sick of hearing from us now, has no known verified error

22   rates, no independent model validation and everything else

23   we raised in the *Daubert*.

24           If this cluster is going to come in at all, it

25   should be coming in through Elizabeth Bisbee.

Scholl - DIRECT - By Ms. Pelker

```
1              THE COURT:  Is Ms. Bisbee going to testify to this

2      as well?

3              MS. PELKER:  Yes, your Honor.  She will offer --

4      there's 326-A, which is the same list of addresses, just

5      formatted differently.

6              For whatever it's worth, Mr. Scholl will testify

7      about the flow of funds between Bitcoin Fog and others.  The

8      consolidation addresses that he identified are here within

9      this cluster address list.  He'll testify to different

10     tracings that he did to addresses that are specifically

11     within this list of addresses in the Bitcoin Fog cluster.

12             We think it's entirely appropriate for him to

13     bring in and admit these addresses.  We're actually not

14     planning to necessarily admit the full list of addresses for

15     all of the other clusters.  We don't think that that's

16     necessary.

17             But Mr. Scholl, as with a large part of his expert

18     report, will testify to flow of funds between Bitcoin Fog,

19     these addresses and various darknet markets.  That was the

20     subject of extensive testimony at the Daubert hearing for

21     Mr. Scholl.

22             MR. EKELAND:  Your Honor --

23             THE COURT:  Okay.

24             MR. EKELAND:  -- there's 925,000 addresses here.

25     And I don't take the Government to be saying that Mr. Scholl
```

 1    traced through 925,000 addresses.

 2              To the extent that Mr. Scholl is going to testify

 3    about addresses that he traced to, then we should address

 4    that as that comes up.

 5              But just admitting bulk 925,000 addresses that

 6    have been supposedly properly clustered by Chainalysis

 7    Reactor, it lacks foundation.  It's hearsay.  It's a 702

 8    problem.  And he's not even the witness to do it through.

 9              THE COURT:  I remain puzzled by the hearsay

10    objection.

11              But with respect to the foundation, I guess the

12    question I have is whether Ms. Bisbee will be in a better

13    position to testify with respect to Reactor and how Reactor

14    works and whether I should provisionally admit this now for

15    purposes of his testimony but then let you come back to it

16    with Ms. Bisbee, who can lay more of a foundation with

17    respect to Reactor and how Reactor works.

18              MS. PELKER:  We certainly -- we can do that, your

19    Honor.

20              I do think that it's appropriately admitted

21    through Mr. Scholl to the extent that he is going to testify

22    about his use of these addresses.

23              But as long as this isn't curtailing that

24    testimony, that's fine.

25              THE COURT:  Yes.  I think it makes sense.  The

1    main thing is I think that there ought to be a witness where

2    Mr. Ekeland is going to be able to cross-examine that

3    witness with the heuristics that I directed be provided and

4    have some understanding of how Reactor works.  And I take it

5    that it's probably more likely Ms. Bisbee than Mr. Scholl

6    who can testify as to that.

7                MS. PELKER:  I think that is right, your Honor.

8                I will say, though, that Mr. Ekeland -- and I'm

9    sure that he will get up and cross-examine Mr. Scholl as

10   to -- I'm sure Mr. Ekeland will point out a particular

11   address and ask how Mr. Scholl knows this particular address

12   is included in the cluster.

13               That's going to be a big line of cross.  But I

14   think that's appropriately dealt with on cross.

15               THE COURT:  Well, I'm going to go ahead and I'll

16   provisionally admit the exhibit with the understanding that

17   you're going to come back to it with Ms. Bisbee and lay more

18   of a foundation with respect to how Reactor actually works

19   with Ms. Bisbee.

20               MS. PELKER:  Yes, your Honor.

21               THE COURT:  Okay.

22               (Whereupon, the following proceedings were had in

23   open court:)

24               THE COURT:  326 is provisionally admitted and may

25   be published to the jury.

```
 1                  (Whereupon, Government's Exhibit No. 326 was
 2       entered into evidence.)
 3       BY MS. PELKER:
 4       Q.  Mr. Scholl, could you explain how you determined that
 5       these addresses were clustered as Bitcoin Fog?
 6       A.  It's pretty simple.  In the Chainalysis Reactor tool, I
 7       can review all of the addresses assigned to a cluster.
 8       Q.  And why start with Chainalysis?
 9       A.  It's a tool that I rely on frequently in my work and I
10       found it to be very reliable.
11       Q.  And did you use any other tools here in validating the
12       Bitcoin Fog cluster of addresses?
13       A.  Yes, ma'am.  I consulted TRM Labs' blockchain analysis
14       tool for significant addresses in this case.
15       Q.  And what did that yield?
16       A.  TRM Labs corroborated each of those attributions in
17       Chainalysis.  TRM corroborated those addresses as belonging
18       to Bitcoin Fog.
19       Q.  And did the consolidation addresses that you testified
20       to earlier also appear in this list?
21       A.  Yes, ma'am.
22       Q.  How did your study of the behavior of Bitcoin Fog help
23       you to validate the addresses that it controlled?  In a
24       nontechnical way.
25       A.  Can you ask the question again, please, ma'am?
```

1    Q.  How did your study of the behavior of Bitcoin Fog and

2    its transactions and consolidation addresses help you to

3    validate the addresses that it controlled?

4    A.  Yeah.  By analyzing the behavior with the consolidation

5    addresses and the user deposits being swept there and peel

6    chains forming, I could check my own work and confirm that

7    those addresses were in the Bitcoin Fog cluster.  And it was

8    consistent with the description of Akemashite Omedetou of

9    how the service operated.

10   Q.  And in your work, did you have additional occasions to

11   validate specific addresses within the Bitcoin Fog cluster?

12   A.  Yes, ma'am, I did.  I reviewed undercover transactions

13   made by IRS-CI and the FBI.

14   Q.  Now, what did that review of undercover transactions

15   involve?

16   A.  It involved reviewing the documentation provided for

17   those transactions and confirming that the deposit addresses

18   and the addresses used to withdraw funds in those undercover

19   transactions, which the Government knows belong to Bitcoin

20   Fog based on the undercover transactions, were clustered

21   appropriately.  There's a graphic explaining this in more

22   detail.

23   Q.  Before we go to the undercover transaction graphic, can

24   you explain, was this Bitcoin Fog list of addresses

25   something that you or Chainalysis created for this case or

1    did it already exist?

2    A.  It already existed.

3    Q.  And does Chainalysis -- why did it already exist?

4    A.  This is work that Chainalysis would have done in the

5    course of its normal business.  Chainalysis is in the

6    business of identifying cryptocurrency addresses and

7    grouping them into clusters.

8    Q.  And does it just cluster Bitcoin Fog or does it have

9    other clusters?

10    A.  No.  It has thousands of entities.

11    Q.  Does that include some of the exchange clusters that you

12    testified to earlier?

13    A.  Yes, ma'am, it does.

14    Q.  Does it also include clusters for various darknet

15    markets and other services?

16    A.  Yes, ma'am, it does.

17    Q.  And in your work, have you found those clusters and the

18    attribution to generally be reliable?

19         MR. EKELAND:  Objection, your Honor.  This is

20    cumulative.

21         THE COURT:  Overruled.

22         THE WITNESS:  Can you ask the question again,

23    ma'am?

24    BY MS. PELKER:

25    Q.  In your work, have you found that clustering an

1    attribution to generally be reliable?

2    A.  Yes, ma'am.  I found it very reliable.

3    Q.  Turning back to the undercover transactions, did you

4    make a chart that was summarizing those transactions that

5    you reviewed?

6    A.  Yes, ma'am, I did.

7            MS. PELKER:  If we could pull up Exhibit 322,

8    which has not yet been admitted.

9            Your Honor, I believe it will be fairly quick and

10   then we can take our break.

11           THE COURT:  Okay.

12   BY MS. PELKER:

13   Q.  Showing you Exhibit 322, does this accurately -- fairly

14   and accurately summarize the undercover transactions that

15   you reviewed?

16   A.  Yes, ma'am.

17           MS. PELKER:  The Government moves to admit Exhibit

18   322 as a summary.

19           THE COURT:  Any objection?

20           MR. EKELAND:  Just hearsay.

21           THE COURT:  Overruled.

22           You may -- Exhibit 322 is admitted and may be

23   published to the jury.

24           (Whereupon, Government's Exhibit No. 322 was

25   entered into evidence.)

Scholl - DIRECT - By Ms. Pelker

1    BY MS. PELKER:

2    Q.  Now, Mr. Scholl, using this chart, can you walk the jury

3    through how the FBI undercover transactions moved --

4    transaction moved?

5    A.  Yes, ma'am.  First, I would describe that there's two

6    boxes on this graphic.  The blue box on the outside is

7    addresses known to belong to Bitcoin Fog based on the

8    undercover transactions.  And the red box is addresses that

9    were in the Chainalysis Bitcoin Fog cluster.

10            On top is the FBI undercover transaction.  The FBI

11   undercover visited the Bitcoin Fog website, received a

12   deposit address and sent funds to that deposit address.

13            Based on the fact that Bitcoin Fog provided that

14   address to the undercover for the deposit to the Fog, the

15   Government knows that that address belongs to Bitcoin Fog.

16            You'll see that that address was in the Bitcoin

17   Fog cluster properly attributed by Chainalysis.

18            Subsequently, the FBI undercover scheduled

19   withdrawals from Bitcoin Fog and received payments to the

20   address that they withdrew funds to.  So the Government

21   knows that those two addresses sending funds to the

22   undercover withdrawal address also belonged to Bitcoin Fog

23   and both of those addresses were appropriately attributed to

24   Bitcoin Fog by Chainalysis.

25   Q.  Now directing your attention below that to the IRS

1    undercover, was this one of the transactions that Mr. Price

2    testified about last week?

3    A.  Yes, ma'am, it was.

4    Q.  Can you walk us through this transaction?

5    A.  Yes, ma'am.  In a similar fashion, the IRS undercover

6    received a deposit address from Bitcoin Fog and sent funds

7    there.

8          That address was obviously known at that point to

9    belong to Bitcoin Fog by the Government and it was

10   appropriately clustered in the Bitcoin Fog cluster.

11         Then a withdrawal occurred.  That address that

12   sent the funds to the withdrawal address to at the bottom

13   right is known to the Government to belong to Bitcoin Fog.

14   But it was not in Chainalysis's Bitcoin Fog cluster.

15   Q.  How did this tracing help you to validate or verify the

16   Chainalysis cluster?

17   A.  So in this case -- I'm going to use the -- bear with me.

18   This is the only address that wasn't attributed to Bitcoin

19   Fog.  But importantly, Chainalysis did not attribute this

20   cluster -- this address to any entity.  Chainalysis just

21   says essentially, We don't know who controls this.

22   Chainalysis clustering is conservative in that way.

23         This is a small number of examples here, but this

24   behavior -- this result is consistent with my experience in

25   Chainalysis, using Chainalysis, which is all of the

1      addresses here that Chainalysis did say belonged to the

2      Bitcoin Fog cluster were in fact known to the Government to

3      belong to Bitcoin Fog; that is, the red box is totally

4      inside of the blue box.

5              And the green circle here, Withdrawal Address 3,

6      was not clustered as Bitcoin Fog even though the Government

7      knows that it is.  Chainalysis didn't have the level of

8      confidence in order to assign it to its conservative cluster

9      of Bitcoin Fog addresses.

10             Notably, this address was adjacent to Bitcoin Fog,

11     so funds came out of Bitcoin Fog, went to the circled

12     address, and so it's consistent with a Bitcoin Fog address,

13     just not clusters by Chainalysis.  Chainalysis is

14     conservative.

15     Q.  If you didn't have all of the undercover records from

16     FBI and IRS, would you have been able to trace these

17     transactions through Bitcoin Fog?

18     A.  No, ma'am, I would not.

19     Q.  So if you were investigating a darknet drug dealer and

20     the dealer sent their money into Fog in this way, would you

21     be able to trace their money through?

22     A.  No, ma'am, I wouldn't have.

23             MS. PELKER:  Your Honor, this is a good time to

24     take a break.

25             THE COURT:  Let's take our afternoon break.  Why

```
 1          don't we come back at 3:15.
 2                    Don't discuss the case even amongst yourselves.
 3          Don't conduct any research.  I'll see you back here in a
 4          little over 20 minutes.
 5                    THE COURTROOM DEPUTY:  All rise.
 6                    (Whereupon, the jury exited the courtroom at 2:52
 7          p.m. and the following proceedings were had:)
 8                    THE COURT:  You can take your break as well.
 9                    THE WITNESS:  Yes, sir.
10                    MS. PELKER:  Your Honor, one point.  It might be
11          easier to do it on the record with the witness.
12                    THE COURT:  Oh, yes.
13                    MS. PELKER:  Did defense counsel want me to confer
14          with the witness?  Perhaps the Court --
15                    THE COURT:  Do you want to do that right now with
16          all of us listening?
17                    MR. EKELAND:  Just for the limited purpose.
18                    THE COURT:  I can just do it as well.
19                    So you don't hear the objections that are being
20          raised.
21                    THE WITNESS:  No.
22                    THE COURT:  But one of the concerns that the
23          defense raised was referring to Akemashite as "he."  And I'd
24          ask you to try to use gender-neutral language.
25                    THE WITNESS:  I understand.
```

Scholl - DIRECT - By Ms. Pelker

1          MS. PELKER:  For the record, the Government is not

2      conceding that we have not put forth sufficient evidence.

3          THE COURT:  Right.

4          MS. PELKER:  We just -- for the sake of efficiency

5      of time, we can use the gender-neutral pronoun.

6          THE COURT:  Yes.  Okay.  Fair enough.

7          Anything else to address before we adjourn?

8          MS. PELKER:  No, your Honor.

9          MR. EKELAND:  No, your Honor.

10          THE COURT:  So coming back to this issue about the

11      conditional admission, I just think that Ms. Bisbee should

12      be prepared to address Reactor and the heuristics and how

13      the different heuristics work.

14          MS. PELKER:  Yes, your Honor.

15          THE COURT:  Thank you.

16          THE COURTROOM DEPUTY:  Court is in recess.

17          (Thereupon a recess was taken, after which the

18      following proceedings were had:)

19          THE COURT:  The witness can come back up.

20          (The witness retakes the witness stand.)

21          THE COURT:  Ready to get the jury?

22          Let's get the jury.

23          THE COURTROOM DEPUTY:  All rise.

24          (Whereupon, the jury entered the courtroom at 3:23

25      p.m. and the following proceedings were had:)

Scholl - DIRECT - By Ms. Pelker

```
 1              THE COURTROOM DEPUTY:  The jury is present.

 2          You may be seated and come to order.

 3              THE COURT:  All right.  You may continue when

 4      you're ready.

 5              MS. PELKER:  Thank you, your Honor.

 6      BY MS. PELKER:

 7      Q.  Mr. Scholl, in doing your review, did you do a

 8      macro-level analysis of the transactions in the Bitcoin Fog

 9      cluster?

10      A.  Yes, ma'am, I did.

11      Q.  Did that involve reviewing in the aggregate thousands of

12      transactions associated with Bitcoin Fog?

13      A.  Yes, ma'am.

14      Q.  Did you assist with preparing a chart summarizing your

15      findings?

16      A.  Yes, ma'am, I did.

17      Q.  I'd like to direct your attention to Exhibit 308, which

18      has not yet been admitted.

19              Mr. Scholl, does this accurately summarize the

20      figures from your review of the Bitcoin Fog cluster?

21      A.  Yes, ma'am, it does.

22              MS. PELKER:  The Government moves to admit Exhibit

23      308 as a summary.

24              THE COURT:  Any objection?

25              MR. EKELAND:  Yes, your Honor.  Hearsay and 702.
```

1          THE COURT:  Exhibit 308 is admitted and may be

2     published to the jury.

3          (Whereupon, Government's Exhibit No. 308 was

4     entered into evidence.)

5     BY MS. PELKER:

6     Q.  Mr. Scholl, can you walk us through these figures on

7     this chart?

8     A.  Yes, ma'am.  Number of addresses in the blockchain Fog

9     cluster:  925,743.

10    Q.  Just pausing there, that's the same number of addresses

11    on that large spreadsheet that we were just looking at?

12    A.  That's correct.

13    Q.  Okay.  How many deposits had the Bitcoin Fog cluster

14    received?

15    A.  521,042.

16    Q.  And how about -- how many Bitcoin in total were

17    received?

18    A.  Approximately 1,284,251 Bitcoins.

19    Q.  And did you calculate the value of that Bitcoin at the

20    time the funds were received?

21    A.  Yes, ma'am.

22    Q.  How much was that?

23    A.  $395.5 million, approximately.

24    Q.  How many withdrawals occurred from the Bitcoin Fog

25    cluster?

Scholl - DIRECT - By Ms. Pelker

```
1    A.  692,224.

2    Q.  Why are there more withdrawals than deposits?

3    A.  Generally, users can withdraw funds in multiple

4    withdrawals that they made in a deposit -- in a single

5    deposit.

6    Q.  How many Bitcoin were sent in those withdrawals?

7    A.  Approximately 1,280,935 Bitcoin.

8    Q.  How much was that worth at the time in U.S. dollars?

9    A.  Approximately $402.8 million.

10   Q.  When was the last -- what -- around what time period did

11   you do this review and analysis?

12   A.  In 2022.

13   Q.  Now, what was the last withdrawal from Bitcoin Fog?

14   A.  The last withdrawal occurred on April 29, 2021.

15   Q.  Was that date significant in this investigation?

16   A.  Yes, ma'am.  It was approximately two days after

17   Mr. Sterlingov's arrest.

18   Q.  Have there been additional deposits into the Bitcoin Fog

19   cluster after that date?

20   A.  Yes, ma'am, there have been.

21   Q.  Now, can you explain the significance of why there have

22   been deposits but not withdrawals?

23              MR. EKELAND:  Objection.

24              THE COURT:  What's the objection?

25              MR. EKELAND:  Vague and ambiguous as to
```

Scholl - DIRECT - By Ms. Pelker

1    significance.  It's leading.

2              THE COURT:  Overruled.

3              THE WITNESS:  Again, just in that example, just

4    like in that example with Bob and Alice, Alice's wallet

5    doesn't have to be online.  Anyone can send funds to a

6    Bitcoin address.

7              So I don't know why people were sending funds

8    after the service was no longer operating.  But there are

9    small deposits that occurred after April 29th, 2021.

10   BY MS. PELKER:

11   Q.  And why is the withdrawal -- why is the withdrawal

12   timing that's significant --

13             THE COURT REPORTER:  I'm sorry.  Could you please

14   start that question again.

15   BY MS. PELKER:

16   Q.  Why is it the withdrawal timing, then, that is

17   significant to you for your review?

18             MR. EKELAND:  Objection.

19             THE COURT:  Overruled.

20             MR. EKELAND:  Asked and answered.

21             THE COURT:  I'm sorry?

22             MR. EKELAND:  I just said asked and answered.

23             THE COURT:  Overruled.

24             THE WITNESS:  The withdrawal time is significant

25   because that's the last time essentially Bitcoin Fog was

1    operating, that a transaction on the blockchain associated

2    with Bitcoin Fog occurred or created by Bitcoin Fog

3    occurred.

4    BY MS. PELKER:

5    Q.  Now, with this volume of activity shown here on this

6    address -- on --

7             MR. EKELAND:  Your Honor, I'm sorry.  Could we

8    pick up the phone for a moment?

9             (Whereupon, the following bench conference was

10   held:)

11            MR. EKELAND:  Your Honor, it's the basis for

12   Mr. Scholl's opinion that Bitcoin Fog stopped on April 29th,

13   2021.  And the last withdrawal on that -- that occurred on

14   that date I don't believe was something that was disclosed

15   in the expert report.

16            THE COURT:  I think as a matter of fact -- correct

17   me if I'm wrong -- but I thought the expert report did talk

18   about him tracing funds into and out of the Bitcoin Fog.  Is

19   that not right?

20            MS. PELKER:  That's correct, your Honor.  And the

21   disclosure included that Mr. Scholl was going to testify

22   about the Bitcoin Fog cluster.  This is just a summary of

23   high -- of stats about the Bitcoin Fog cluster.

24            MR. EKELAND:  It's significant that the Government

25   is arguing that the last withdrawal was on April 29th, two

1    days after Mr. Sterlingov was arrested.  And, you know, I

2    think that also opens the door to a whole line of

3    questioning regarding Mr. Sterlingov being in jail during

4    this period.

5              MS. PELKER:  Your Honor, I agree that the timing

6    is significant.  That's why the Government's bringing

7    this -- eliciting this testimony.  It's certainly no

8    surprise to the defense.  This was a point that came up in

9    *Daubert* hearings, as well as some of the pretrial

10   litigation.

11             THE COURT:  Well, we certainly shouldn't get into

12   his being incarcerated in any way.  But I think the jury

13   could reasonably infer that at least the Government's point

14   is, having been caught, he stopped, whether he was

15   incarcerated or not.

16             So I think it's okay.  But just let's be careful

17   not to draw that out.

18             MR. EKELAND:  Your Honor, I think this opens the

19   door to the fact that Mr. Sterlingov was in jail when this

20   happened and I think this just -- you know, maybe we need to

21   have a sidebar about this.

22             But the fact that Mr. Sterlingov was arrested and

23   has been in jail this entire time, now that the Government

24   is bringing in the evidence of the last -- you know,

25   quote-unquote, what they claim to be the last withdrawal

1    from Bitcoin Fog raises the issue that the defense needs to

2    perhaps raise that Mr. Sterlingov has been in jail.

3            THE COURT:  That would be, it seems to me,

4    completely against your interest in the case, to argue that

5    Bitcoin Fog stopped operating because your client was in

6    jail.  I don't understand any reason to do that other than

7    to appeal to an improper jury motive, because otherwise it's

8    extremely damaging to your case.

9            MR. EKELAND:  How did he shut it off if he was in

10   jail?

11           THE COURT:  Well, we can cross this bridge when we

12   get to it.  And I'll be happy to hear further argument on

13   that question.

14           But I just ask before anyone offers any testimony

15   on that question or asks any questions about that that we

16   have a chance to address it before doing so.

17           Okay.  Let's go ahead.

18           (Whereupon, the following proceedings were had in

19   open court:)

20           THE COURT:  You may proceed.

21   BY MS. PELKER:

22   Q.  Mr. Scholl, with this volume of activity shown on this

23   chart, would an administrator be manually clicking "send" on

24   every transaction?

25   A.  Almost certainly not.

Scholl - DIRECT - By Ms. Pelker

1    Q.  Why is that?

2    A.  There's just too many transactions that some of this

3    activity would have been automated.

4    Q.  And -- sorry.  Could you repeat that again?  Some of

5    this activity would have been...?

6    A.  Automated.

7    Q.  Now, is there Bitcoin still sitting in the Bitcoin Fog

8    wallet right now?

9    A.  Yes, ma'am, there is.

10   Q.  And why is that?

11   A.  It would appear to me that this service shut down with

12   funds still in the cluster.

13   Q.  What's the value of that Bitcoin balance?

14   A.  The chart here says 58.9 million.  As of the price last

15   night, it was approximately $70 million.

16   Q.  Who would have access to those funds currently sitting

17   in the Bitcoin Fog cluster?

18   A.  The administrator of Bitcoin Fog.

19   Q.  And has any of that money moved out of the wallet since

20   April 2021?

21   A.  No, ma'am.

22   Q.  Mr. Scholl, did you also review records related to

23   Bitcoin Fog's earnings?

24   A.  Yes, ma'am.

25              MS. PELKER:  If we could pull up Exhibit 2, which

1    has already been admitted.

2              MR. EKELAND:  Your Honor, objection.  Can we talk

3    again on the phone?

4              (Whereupon, the following bench conference was

5    held:)

6              MR. EKELAND:  Mr. Scholl has not been noticed as

7    an expert in financial analysis.  And we're going far afield

8    here from the tracing that he's been noticed on and the

9    basic testimony of cryptocurrency.  We're now just getting

10   into speculative numbers, which I believe he's pulling from

11   Chainalysis based on the whole cluster analysis.

12             MS. PELKER:  Your Honor, that's -- all we're about

13   to do is show Mr. Scholl the archive.org posts that have

14   been admitted and some additional scrapes where it says that

15   the fees are 1 to 3 percent.

16             And then Mr. Scholl has prepared a chart where it

17   is 1 percent, 2 percent, 3 percent of the transactions that

18   he has already reviewed and testified to.  It's not any sort

19   of additional sophisticated analysis or anything that would

20   require additional expert work.  So it's literally just

21   taking those transactions and multiplying them by .01, .02

22   and .03.

23             MR. EKELAND:  Your Honor, this is what I believe

24   the Government noticed Sarah Glave for, to the extent that

25   she's covering this thing.  Again, Mr. Scholl is not noticed

1    as an expert in financial analysis or anything of the sort.

2    And we will be hearing from Ms. Glave.  We just think this

3    is outside the scope of the noticed expert testimony and not

4    an area of his expertise.

5          MS. PELKER:  The defense objected to using Sarah

6    Glave to testify about things regarding additional analysis

7    on top of blockchain analysis.

8          Ms. Glave is going to be testifying to financial

9    accounts and tracing what she did there.  This is just

10   taking the work and attachment that Mr. Scholl did and

11   calculating 1, 2 and 3 percent on top of that.  That's not

12   any sort of additional expert work.  To the extent it is, it

13   was disclosed in his disclosure about testimony about the

14   Bitcoin Fog cluster and its transactions.  And the summary

15   chart that's about to be -- we hope is about to be admitted

16   has been provided to the defense.

17         MR. EKELAND:  This is financial forensics, your

18   Honor.  And it's speculative.  It's expert opinion on

19   basically cash flow volume and --

20         THE COURT:  If it's simply multiplying one number

21   by .2 percent or something like that, it strikes me that

22   it's just lay expert testimony that doesn't really need to

23   be noticed anyway.  It's hard to imagine you would need any

24   time to prepare to cross-examine a witness on this or

25   there's any question regarding his competence to conduct

Scholl - DIRECT - By Ms. Pelker

1    that simple multiplication.

2          MS. PELKER:  Just to be clear, your Honor, it

3    is -- it's that he has the list of the transactions and then

4    it's essentially -- the Excel function is doing .01 percent

5    of the transactions.  But again, it's just a multiplication

6    that I could do, and I am definitely not a financial analyst

7    expert.

8          MR. EKELAND:  Your Honor, there's issues here in

9    terms of valuation of the Bitcoin, the exchange rate,

10   whether -- you know, what date you're valuing this at,

11   what -- the date the Bitcoin that was inputted into Bitcoin

12   Fog, what the valuation of the Bitcoin was then versus the

13   output valuation.

14         It's not just simple multiplication.  Maybe on the

15   final product.

16         But the mere fact that you are arriving at this

17   value that you're going to multiply from, that value itself

18   is full of all sorts of assumptions that Mr. Scholl is not

19   qualified on.

20         And also you've got -- I think another potential

21   issue here is you don't have any kind of separation on what

22   were illicit funds and what are legal funds.  There's no

23   distinction here.  Like this is forensically unsound from a

24   financial point of view and it's just not as simple as

25   simple multiplication.

1           THE COURT:  You've actually, I think, made the

2    argument easier for me or this question easier for me

3    because he has been -- he was notified as an expert on

4    Bitcoin pricing.  And so I think to the extent that this is

5    just flowing out of that, it's acceptable, and I think you

6    can cross-examine him on the question of, you know,

7    distinguishing between illicit or not illicit.

8           It would be inappropriate, I think, if the

9    Government in the questioning suggested that every one of

10   these transactions was an illicit one.  I think that's a

11   fair point.

12          But I'm going to allow him to just testify as to

13   running the Excel spreadsheet at 2 percent of the figures.

14   And he was notified as an expert with respect to pricing, if

15   that's an issue.

16          All right.

17          (Whereupon, the following proceedings were had in

18   open court:)

19          MS. PELKER:  If we could please pull up Exhibit 2,

20   which was previously admitted.  If we could scroll down to

21   the end of the Page 3 there.

22   BY MS. PELKER:

23   Q.  Could you read the first two short paragraphs under

24   "Fees and Requirements"?

25   A.  Yes, ma'am.  "The service takes 2 percent fee on all

Scholl - DIRECT - By Ms. Pelker

1    deposits.  No other fees are in place.  No complex

2    calculations based on the number of withdrawals or similar."

3    Q.  Could you read the next sentence there as well?

4    A.  "Minimum withdraw amount is 1.00 BTC."

5            MS. PELKER:  If we could scroll up at the top.

6    BY MS. PELKER:

7    Q.  Could you note the date of this capture from

8    archive.org?

9    A.  Yes, ma'am.  In the URL right here, 2011 November 7th at

10   2311.

11   Q.  Did the fee for Bitcoin Fog change over time from that 2

12   percent fee?

13   A.  Yes, ma'am.

14   Q.  Did you review additional captures from archive.org?

15   A.  Yes, I did.

16           MS. PELKER:  If we could pull up several exhibits

17   now which are not yet in evidence.

18   BY MS. PELKER:

19   Q.  Showing you Exhibits 3, 5 and 7, are these additional

20   archive.org scrapes of bitcoinfog.com?

21   A.  Yes, ma'am.

22   Q.  And do they each fairly and accurately depict the

23   Bitcoin Fog site as it was collected by archive at the times

24   indicated?

25   A.  Yes, ma'am.

Scholl - DIRECT - By Ms. Pelker

1            MS. PELKER:  The Government moves to admit
2     Exhibits 3, 5 and 7.
3            THE COURT:  Exhibits 3, 5 and 7 are admitted and
4     published to the jury.
5            (Whereupon, Government's Exhibit Nos. 3, 5 and 7
6     were entered into evidence.)
7            MS. PELKER:  If we could pull up Exhibit 3.
8     BY MS. PELKER:
9     Q.  What's the date that --
10           MR. EKELAND:  Your Honor, can we just put a
11    objection on the record to hearsay?
12           THE COURT:  I took it you already had an
13    objection.  If you'd like to -- I thought I had already
14    ruled on that.  But if you want to add to it, you're welcome
15    to.
16           MR. EKELAND:  We object on hearsay grounds.
17           THE COURT:  Okay.
18    BY MS. PELKER:
19    Q.  What is the date that this scrape was collected?
20    A.  2011, December 9th.
21           MS. PELKER:  If we could scroll down to the end on
22    Page 3.
23    BY MS. PELKER:
24    Q.  Could you read the fee section?
25    A.  "The service takes 1 percent to 3 percent randomized for

1    obscurity fee on each deposit.  No other fees are in place.

2    No complex calculations based on the number of withdraws or

3    similar.

4            "Minimum withdraw amount is 1.00 BTC."

5    Q.  What is meant by "randomized for obscurity"?

6    A.  What that means is that the exact fee taken out from the

7    user's deposit is not deterministic, that it'll change

8    between -- a value between 1 and 3 percent.  And what that

9    does is prevents the same kind of analysis of 1 Bitcoin came

10   in, so .98 Bitcoin should be going out.  If you randomize

11   the fee, investigators will not be able to calculate

12   precisely what the withdrawal amount would be.

13   Q.  Turning your attention now to Exhibit 5, what is the

14   date that this scrape was collected?

15   A.  2013, March 11th -- May 11th.  Excuse me.

16   Q.  Scrolling down to the end on Page 3, has anything

17   changed here?

18   A.  Yes, ma'am.

19   Q.  Can you explain what it is?

20   A.  The minimum withdraw amount has changed from 1.00 BTC to

21   0.03 BTC.

22   Q.  And is -- has the service fee changed or stayed the

23   same?

24   A.  The service fee has stayed the same, 1 to 3 percent.

25   Q.  And now pulling up Exhibit 7, what's the date that this

1    scrape was collected?

2    A.  2014, November 21st.

3    Q.  Scrolling down to the end on Page 3, has anything

4    changed here?

5    A.  Yes, ma'am.

6    Q.  And what was that?

7    A.  The minimum withdraw amount has changed again.  Now it's

8    0.035 BTC.

9    Q.  And what is the service fee?

10   A.  The service fee is 1 to 3 percent.

11   Q.  And what does -- what do these updates to the minimum

12   withdraw amount indicate to you about updates to

13   bitcoinfog.com generally?

14   A.  I think it would update the minimum withdraw amount

15   based on the value of Bitcoin going up over time, the price

16   of Bitcoin.

17   Q.  Is the 1 to 3 percent transaction fee in line with the

18   fees that were charged on the undercover transactions that

19   you reviewed?

20   A.  Yes, ma'am.  It was consistent.

21   Q.  Did you calculate Bitcoin Fog's likely earnings based on

22   these fees?

23   A.  Yes, ma'am, I did.

24   Q.  And to do so, did you review the transactions in the

25   Bitcoin Fog cluster?

Scholl - DIRECT - By Ms. Pelker

1    A.  Yes, ma'am, I did.

2    Q.  I'm showing you Exhibit 325, which has not yet been

3    admitted.

4            Mr. Scholl, what is this?

5    A.  These are figures and charts I created explaining how

6    much money the Bitcoin Fog administrator would have earned

7    through fees.

8    Q.  Does it fairly and accurately reflect and summarize your

9    calculations?

10   A.  Yes, ma'am.

11           MS. PELKER:  The Government moves to admit Exhibit

12   325.

13           THE COURT:  Any objection?

14           MR. EKELAND:  Yes.  Objection.  Hearsay and 702.

15           THE COURT:  The objection is overruled.  Exhibit

16   325 is admitted and may be published to the jury.

17           (Whereupon, Government's Exhibit No. 325 was

18   entered into evidence.)

19   BY MS. PELKER:

20   Q.  Mr. Scholl, can you walk the jury through what you did

21   and what's shown here?

22   A.  Yes, ma'am.  I added up all of the U.S. -- all of the

23   deposits, the U.S. dollar values by year, and then

24   calculated what the U.S. dollar value at 1 percent, 2

25   percent and 3 percent of those deposits would be.  And then

1    I put it on a chart.

2    Q.  Why 1, 2 and 3 percent?

3    A.  That was the range of the fee, according to the Bitcoin

4    Fog website.  After the initial 2 percent fee was randomized

5    to 1 to 3 percent, it was consistent according to the

6    Bitcoin Fog website.

7    Q.  Now, is that what's shown on the graph that's on the

8    right hand or middle of the screen?

9    A.  Yes, ma'am.

10   Q.  Are the breakdowns of the calculations and the table on

11   the upper left?

12   A.  I'm sorry.  Can you ask that question again, please,

13   ma'am?

14   Q.  Is the actual figures for that graph on the table that

15   is in the upper left-hand corner?

16   A.  Yes, ma'am.

17           MS. PELKER:  If we can try and zoom in on that

18   table.

19   BY MS. PELKER:

20   Q.  Now, assuming 2 percent, could you walk us through how

21   much Bitcoin Fog would have earned each year?

22   A.  So we're here.  In 2011, that would have been $276.

23           In 2012, $85,120.

24           In 2013, $705,470.

25           In 2014, 1,850,896.

```
1                      In 2015, $1,170,572.

2                      In 2016, $767,180.

3                      In 2017, $839,521.

4                      In 2018, $896,647.

5                      In 2019, $516,456.

6                      In 2020, $731,603.

7                      In 2021, $346,298.
```

8  Q.  What would the total amount earned by Bitcoin Fog have

9  been, assuming a 2 percent fee?

10 A.  Approximately $7,910,039.

11 Q.  And what if it had been just 1 percent?

12 A.  If it was 1 percent, the total would have been

13 approximately $3,955,020.

14 Q.  And if it had been 3 percent?

15 A.  If it had been 3 percent, approximately $11,865,059.

16 Q.  And when you were doing these calculations, Mr. Scholl,

17 were you taking into account any sort of expenses or

18 distributions or any other concept?

19 A.  No, ma'am, I wasn't.  Just the amount of fees that would

20 have been charged by Bitcoin Fog.

21          MS. PELKER:  We can go ahead and take this down.

22 BY MS. PELKER:

23 Q.  Mr. Scholl, we previously heard testimony from Special

24 Agent Rovensky regarding Bitcoin Fog's initial registration

25 at High Hosting.

Scholl - DIRECT - By Ms. Pelker

```
1              Did you review those records?
2    A.  Yes, ma'am, I did.
3    Q.  What was the purpose of your review?
4    A.  The purpose of the review was to determine the source of
5    funds for the purchase of the bitcoinfog.com domain name at
6    High Hosting.
7    Q.  Were you able to determine where those funds originated?
8    A.  Yes, ma'am, I was.
9    Q.  Where was that?
10   A.  Mr. Sterlingov's Mt. Gox account.
11   Q.  Did the Bitcoin Fog website payment come directly from
12   an account in Mr. Sterlingov's own name in just one step?
13   A.  No, ma'am, it didn't.
14   Q.  Could you describe generally how it came?
15   A.  Funds were deposited in Mr. Sterlingov's Mt. Gox
16   account.  They were converted to Bitcoin.  They were
17   withdrawn from the service and sent back into a different
18   account at Mt. Gox, and then a third account at Mt. Gox
19   converted to U.S. dollars, moved through the AurumXChange
20   and then deposited into the Shormint Liberty Reserve
21   account.
22   Q.  In your experience, is it common to take that many steps
23   to do a simple transactional payment?
24   A.  No, ma'am.
25   Q.  Are you familiar with layering?
```

Scholl - DIRECT - By Ms. Pelker

 1    A.   Yes, ma'am, I am.

 2    Q.   Can you explain what layering is?

 3    A.   Layering is a money-laundering technique that actors use

 4    to conceal the source or destination of funds by moving

 5    funds through multiple intermediary accounts.

 6    Q.   Do you often see layering in your work on criminal cases

 7    involving cryptocurrency?

 8    A.   Yes, ma'am.

 9    Q.   What's the effect of layering transactions?

10    A.   It makes the analysis more complicated.  There's more

11    steps to go through.  There's more possibilities that we

12    don't have -- or cannot get records from one of the

13    intermediary accounts.  It makes the tracing more difficult.

14    Q.   Now, you testified earlier that it's not common for

15    legitimate users to do these multistep transactions.  Do you

16    have experience tracing those complex layered transactions

17    in your criminal investigations?

18    A.   Yes, ma'am, I do.

19    Q.   And in a money-laundering investigation, how do you

20    trace those layered transactions?

21    A.   One transaction at a time, get the account records for

22    the next account, analyze where the money came in, where the

23    money went out and continue following the flow of funds to

24    the next account.

25    Q.   Is that what you did here to trace the funds from the

 1    Defendant's account to High Hosting?

 2    A.  Yes, ma'am, it is.

 3              MS. PELKER:  We'd like to now pull up Exhibit

 4    313-A, which I believe is now the electronic version, as

 5    well as 313, the physical chart, with the assistance of

 6    Mr. Pearlman.

 7    BY MS. PELKER:

 8    Q.  While having that brought up, Mr. Scholl, is this the

 9    same chart that Special Agent Rovensky testified to

10    yesterday?

11    A.  Yes, ma'am, it is.

12    Q.  And using the electronic chart in front of you while

13    Mr. Pearlman gets the physical one set up, can you describe

14    big-picture what's shown here?

15    A.  What's shown here is a flow of funds from

16    Mr. Sterlingov's plasma@plasmadivision.com account in the

17    top left, ultimately purchasing --

18              MR. EKELAND:  Objection.  That's a fact not in

19    evidence, your Honor.

20              THE COURT:  Overruled.

21              THE WITNESS:  -- those funds ultimately resulting

22    in a purchase at High Hosting.

23    BY MS. PELKER:

24    Q.  So I'd like to drill down into this starting from the

25    bottom right, the October payment to High Hosting.

1              Did you review High Hosting records regarding that

2    transaction?

3    A.  Yes, ma'am, I did.

4    Q.  And are those the High Hosting records that Special

5    Agent Rovensky testified to previously?

6    A.  Yes, ma'am, they are.

7    Q.  What did those High Hosting records indicate regarding

8    how the domain bitcoinfog.com was purchased?

9    A.  They indicated that the payment came from Liberty

10   Reserve.

11   Q.  What was Liberty Reserve?

12   A.  Liberty Reserve was a virtual currency exchange.

13   Q.  And what happened to Liberty Reserve?

14   A.  It was taken down by law enforcement.

15   Q.  What happened to the user transaction records when it

16   was seized by law enforcement?

17   A.  The Government obtained the records.

18   Q.  Did you review the Liberty Reserve records --

19   transaction information for that High Hosting payment?

20   A.  Yes, ma'am, I did.

21   Q.  And were you able to determine what Liberty Reserve

22   account it came from?

23   A.  Yes, ma'am.  It came from the Shormint Liberty Reserve

24   account.

25   Q.  Can you show us where that is on this chart in front of

Scholl - DIRECT - By Ms. Pelker

1    you?

2    A.  This is the account and that's the payment.  The account

3    here and the payment here.

4              THE COURT:  Can the court reporter hear okay if

5    he's not in the box?

6              THE COURT REPORTER:  I'll speak up if I can't,

7    Judge.

8              THE COURT:  Okay.  Thank you.

9    BY MS. PELKER:

10   Q.  Did you review the Liberty Reserve transaction records

11   for that Shormint account?

12   A.  Yes, ma'am, I did.

13   Q.  And are those the account records that Special Agent

14   Rovensky testified to yesterday?

15   A.  Yes, ma'am, they are.

16   Q.  Last week, potentially.

17              And did those records show the payment to High

18   Hosting?

19   A.  Yes, ma'am, they did.

20   Q.  Were you able to tell how that Shormint Liberty Reserve

21   account was funded by looking at the Liberty Reserve

22   records?

23   A.  Yes, ma'am.

24   Q.  How was that?

25   A.  It was funded from a payment through AurumXChange.

1    Q.  What was AurumXChange?

2    A.  It was another virtual currency exchange at the time.

3          MS. PELKER:  I'd like to pull up Exhibit 437,

4    which is not yet in evidence.

5    BY MS. PELKER:

6    Q.  Do you recognize this?

7    A.  Yes, ma'am.

8    Q.  And what do you recognize it to be?

9    A.  A screenshot of AurumXChange from the Wayback Machine.

10   Q.  Is this a fair and accurate depiction of the

11   AurumXChange service site as it was captured by archive.org

12   in 2011?

13   A.  Yes, ma'am.

14         MS. PELKER:  The Government moves to admit Exhibit

15   437.

16         THE COURT:  Any objection?

17         MR. EKELAND:  No objection.

18         THE COURT:  Exhibit 437 is admitted and may be

19   published to the jury.

20         (Whereupon, Government's Exhibit No. 437 was

21   entered into evidence.)

22   BY MS. PELKER:

23   Q.  Mr. Scholl, can you explain what's shown here?

24   A.  This is the home page for the AurumXChange Company's

25   website.

1    Q.  And what services is it claiming to offer?

2    A.  It's offering Liberty Reserve to multiple other

3    exchanges.

4    Q.  Was U.S. law enforcement able to obtain records from

5    AurumXChange?

6    A.  No, ma'am, it was not.

7    Q.  And why was that?  Was AurumXChange responsive to

8    requests from law enforcement at the time?

9    A.  No, ma'am.  The AurumXChange was not responsive at the

10   time.

11   Q.  Were you nonetheless able to identify a matching payment

12   into AurumXChange?

13   A.  Yes, ma'am, I was.

14   Q.  How were you able to identify that transaction without

15   the AurumXChange account records?

16   A.  I was able to identify the AurumXChange account at

17   Mt. Gox and review those records.

18   Q.  Returning your attention to the chart at Exhibits 313

19   and 313-A, what payment did you trace going into

20   AurumXChange?

21   A.  I traced this payment here.

22   Q.  What was the source of that payment?

23   A.  The source of that payment was the Kolbasa Mt. Gox

24   account.

25   Q.  Could you explain, what are Mt. Gox redeem codes?

Scholl - DIRECT - By Ms. Pelker

1    A.  Mt. Gox redeem codes are a way of transferring funds

2    between Mt. Gox accounts, much like a gift card has a code

3    that you can then redeem and receive funds on a platform.

4    Mt. Gox redeem codes worked in a similar way.

5    Q.  So if a Mt. Gox user wanted to send money to another

6    user through a redeem code, how would that play out?

7    A.  The user would generate the redeem code, which would act

8    as a withdrawal from their account, and provide that

9    information to the user they wanted to transfer the funds

10   to, and then that second user would redeem those funds as a

11   deposit into their account.

12   Q.  If you were looking at an account that received money

13   from a redeem code and you wanted to know as an investigator

14   where that money came from, what do you look for?

15   A.  I would look for the account that generated the redeem

16   code.

17   Q.  And so did you determine what account had generated the

18   Mt. Gox redeem code that was sent to AurumXChange on the

19   bottom left?

20   A.  Yes.  The Kolbasa Mt. Gox account generated the redeem

21   code ending in 18CAB.

22   Q.  And did you review the Mt. Gox account records for that

23   Kolbasa account?

24   A.  Yes, ma'am, I did.

25   Q.  Are those the same records that Special Agent Rovensky

1    testified to?

2    A.  Yes, ma'am, they are.

3    Q.  And what did that account -- what did those account

4    records show with regard to the 18CAB redeem code?

5    A.  It showed that the Kolbasa999 account generated the

6    redeem code ending in 18CAB.  It was noted as a withdrawal

7    of 80 U.S. dollars from the Kolbasa account.

8    Q.  Was there anything else that helped you confirm that

9    this Kolbasa account was connected to the Shormint Liberty

10    Reserve account?

11    A.  Yes, ma'am, there was.

12    Q.  What was that?

13    A.  It was the IP address that was used to access the

14    Kolbasa account and then subsequently accessed the Shormint

15    Liberty Reserve account.

16    Q.  How close in time were they accessed from the same IP?

17    A.  Approximately six minutes.

18    Q.  From your review of the Kolbasa account records, were

19    you able to determine how that 18CAB redeem code had

20    actually been purchased?

21    A.  Yes, ma'am, I was.

22    Q.  And could you explain that?

23    A.  That redeem code was purchased with U.S. dollars in the

24    Kolbasa Mt. Gox account.  Those U.S. dollars had come to the

25    Mt. -- the Kolbasa account in multiple transactions

1    converting Bitcoin deposited to Kolbasa, converting those

2    Bitcoin into dollars.

3    Q.  And were you able to determine how the Kolbasa account

4    for this transaction was initially funded?

5    A.  Yes, ma'am, I was.

6    Q.  And what was that?

7    A.  There was a 35 Bitcoin redeem code redeemed as a deposit

8    to the account.  That redeem code ended in FFD2B.

9    Q.  Were you able to determine where the FFD2B redeem code

10   that funded this transaction had come from prior to the

11   Kolbasa account deposit?

12   A.  Yes, ma'am, I was.

13   Q.  Where was that?

14   A.  If we scroll up, that was here.  The nfs9000@hotmail.com

15   Mt. Gox account.

16          MS. PELKER:  If we could zoom out a bit so that we

17   can see the full chart.

18   BY MS. PELKER:

19   Q.  Did you review the records for that NFS9000 Mt. Gox

20   account?

21   A.  Yes, ma'am, I did.

22          MS. PELKER:  If we could pull up those NFS9000

23   account transaction records at 408A, which were previously

24   admitted.

25

Scholl - DIRECT - By Ms. Pelker

1    BY MS. PELKER:

2    Q.  Are these the same reports that Special Agent Rovensky

3    testified to previously for the NFS9000 account?

4    A.  Yes, ma'am, they are.

5    Q.  If I could direct your attention to Line 5.  What does

6    this show with regard to that FFD2B redeem code?  We may

7    need to scroll over to the right of that.

8    A.  On 10-19-2011, there was a withdrawal from this account

9    in the amount of 35 Bitcoin.  In the memo it reads,

10   "Generate redeem code, Mt. Gox."  And the code ends with

11   FFD2B.

12   Q.  Directly above that in Line 4, can you see where that

13   money came from?

14   A.  Yes, ma'am.

15   Q.  Where is that?

16   A.  On 10-19-2011, there was a deposit of 35.999 Bitcoin.

17   The deposit address listed in the memo was 1HVKJ.

18   Q.  Were you able to trace that transaction -- I guess, what

19   is that string of letters and numbers?

20   A.  That is a Bitcoin address, ma'am.

21   Q.  And were you able to trace that transaction?

22   A.  Yes, ma'am, I was.

23   Q.  How were you able to do that?

24   A.  I was able to review deposits to that address on the

25   Bitcoin blockchain.

Scholl - DIRECT - By Ms. Pelker

1          MR. EKELAND:  Objection, your Honor.  Can we pick

2     up the phone for a moment?

3          (Whereupon, the following bench conference was

4     held:)

5          MR. EKELAND:  This is all cumulative.  Agent

6     Rovensky's already testified to this.

7          THE COURT:  I think you objected and said it

8     really should be Mr. Scholl who was testifying to this,

9     which I think cut short the other witness's testimony.  So

10    the objection is overruled.

11         MR. EKELAND:  Your Honor, may I be heard on this

12    for a moment?  I objected on the fact that Mr. Rovensky was

13    going to offer expert testimony.  And then the Court said,

14    Well, he can just speak to the tracing.

15         THE COURT:  Right.

16         MR. EKELAND:  Now Mr. Scholl is not offering any

17    expert testimony.  He is merely doing the same trace that

18    Mr. Rovensky did.

19         So that's our basis for a cumulative objection.

20         THE COURT:  I don't think it's cumulative.  I

21    think it's actually offering sort of a different detail on

22    it that I think was cut short for the reasons that I said

23    before.

24         So the objection is overruled.

25         (Whereupon, the following proceedings were had in

```
1    open court:)

2    BY MS. PELKER:

3    Q.  Mr. Scholl, how were you able to trace that transaction?

4    A.  I was able to review transaction records on the Bitcoin

5    blockchain for the Bitcoin address listed, 1HVKJ.

6    Q.  I'd like to show you Exhibit 311, 1HVK.

7            MS. PELKER:  I believe this was previously

8    published as a demonstrative but not admitted.  We'll now be

9    seeking to admit it as -- to actually admit the exhibit.

10   BY MS. PELKER:

11   Q.  Mr. Scholl, I'm showing you Exhibit 311.  Do you

12   recognize it?

13   A.  Yes, ma'am, I do.

14   Q.  And what is it?

15   A.  It's raw transaction data for the deposit to 1HVKJ.

16   Q.  And is this and the subsequent slides a fair and

17   accurate depiction of the transaction information that you

18   reviewed?

19   A.  Yes, ma'am, it is.

20           MS. PELKER:  The Government moves to admit Exhibit

21   311.

22           THE COURT:  Any objection?

23           MR. EKELAND:  Just hearsay.

24           THE COURT:  311 is admitted and may be published

25   to the jury.
```

Scholl - DIRECT - By Ms. Pelker

```
 1                  (Whereupon, Government's Exhibit No. 311 was

 2        entered into evidence.)

 3                  MS. PELKER:  If we could go to the next slide.

 4        BY MS. PELKER:

 5        Q.  Can you, using this, explain what's shown in this

 6        transaction?

 7        A.  What's shown in this transaction is the transaction ID

 8        was 0FC05B, et cetera.  And that 1HVKJ received 35.999

 9        Bitcoin.  The sending address was 14RZFWF.  And again, the

10        input here is a reference to a previous transaction.

11        Q.  And directing your attention to this next slide, what's

12        shown in this view?

13        A.  This is a screenshot from mempool.space of the same

14        transaction.

15        Q.  And to orient us, we have started with the 1HVK address.

16        What are you now looking at?

17        A.  I'm looking at the transaction that sent funds into

18        1HVKJ.

19        Q.  And what address was that?

20        A.  That was 14RZFWF.

21        Q.  Did you then look up that sending address, 14RZFW, on

22        the blockchain to determine where those funds had come from?

23        A.  Yes, ma'am, I did.

24                  MS. PELKER:  I'd like to pull up now Exhibit 312,

25        which I believe has not been admitted.
```

```
 1                 THE COURTROOM DEPUTY:  312?

 2                 MS. PELKER:  It may be a demonstrative.

 3                 THE COURTROOM DEPUTY:  I have it admitted on the

 4       15th by Rovensky.

 5                 MS. PELKER:  We'll be seeking to continue its

 6       admission.

 7       BY MS. PELKER:

 8       Q.  Mr. Scholl, showing you Exhibit 312, can you describe

 9       what this is?

10       A.  This is transaction data for the deposit into 14RZFW.

11       Q.  And does this accurately reflect the information that

12       you retrieved regarding that transaction?

13       A.  Yes, ma'am, it does.

14                 MS. PELKER:  And if this has not been admitted,

15       the Government moves to admit Exhibit 312.

16                 THE COURT:  Mr. Ekeland?

17                 MR. EKELAND:  No objection.

18                 THE COURT:  Exhibit 312 is admitted.

19                 (Whereupon, Government's Exhibit No. 312 was

20       entered into evidence.)

21       BY MS. PELKER:

22       Q.  And, Mr. Scholl, can you remind us again, what's shown

23       on this slide?

24       A.  So this is the raw transaction of the funds going into

25       14RZFWF in the amount of 35.995 Bitcoin.  And on the chart,
```

Scholl - DIRECT - By Ms. Pelker

1    that's right here.

2    Q.  Are you able to tell where the funds going into 14RZFW

3    are coming from?

4    A.  Yes, ma'am, I was.

5    Q.  And where was that?

6    A.  They were coming from Bitcoin address 1JZBUK in --

7    Q.  If we could -- go ahead.

8    A.  In this transaction here.

9    Q.  If we can turn your attention back to the chart.

10          MS. PELKER:  And if we could pull it up on the

11    screen as well.

12    BY MS. PELKER:

13    Q.  Can you show us where we are now in your tracing?

14    A.  We just looked at this transaction here.  So this is

15    1JZBU.  And this is 14RZFW.

16    Q.  Were you able to determine the source of the funds into

17    the 1JZBUK address?

18    A.  Yes, ma'am, I was.

19    Q.  What was that?

20    A.  It was Mr. Sterlingov's Mt. Gox account, the

21    plasma@plasmadivision.com account.

22    Q.  And did you review the records for that Mt. Gox

23    withdrawal?

24    A.  Yes, ma'am, I did.

25          MS. PELKER:  If we could pull up Exhibit 406-A,

1    those Plasma Division account transactions.

2    BY MS. PELKER:

3    Q.  Turning your attention to Line 589, can you explain

4    what's shown here?

5    A.  Yes, ma'am.  There's a withdrawal on 10-19-2011 in the

6    amount of 36 Bitcoin.  And in the memo it says, "Bitcoin

7    withdrawn to 1JZBUK."

8    Q.  And going up to Line 288, what is shown there?

9    A.  A deposit on 10-12-2011 in the amount of 89.87 euros.

10    Q.  And what did Mr. Sterlingov do with those euros?

11    A.  He converted them to Bitcoin in multiple transactions.

12    Q.  Can you point on the chart to where we are now?

13    A.  We're here.

14         MS. PELKER:  If we could pull the chart back up on

15    the screen as well.

16         Let the record reflect that Mr. Scholl is pointing

17    to the top left box, referring to the Mt. Gox account 1.

18    BY MS. PELKER:

19    Q.  Now, in preparation for trial, did you work with a trial

20    illustrator to prepare a visual that explains this

21    transaction?

22    A.  Yes, ma'am, I did.

23    Q.  And what was the purpose of putting together that

24    visual?

25    A.  To make an anesthetically pleasing version and make it

1    clear for the jury to understand.

2    Q.  Showing you Exhibit 313-B.

3         MS. PELKER:  Actually, this has not yet been

4    admitted.  If we can pull it down for the jury.  Thank you.

5    BY MS. PELKER:

6    Q.  Is this the chart summarizing the flow of funds that

7    you've walked through?

8    A.  Yes, ma'am, it is.

9    Q.  Does this fairly and accurately summarize the flow of

10   funds for the High Hosting domain purchase of

11   bitcoinfog.com?

12   A.  Yes, ma'am, it does.

13   Q.  Showing you Exhibit 313-C, which is the physical -- have

14   you also reviewed Exhibit 313-C, which is the physical

15   printoff?

16   A.  Yes, ma'am.

17   Q.  Is that simply the same chart but printed off?

18   A.  Yes, ma'am.

19   Q.  Does it fairly and accurately capture the

20   transactions --

21   A.  It does.

22   Q.  -- summarize the transactions?

23        MS. PELKER:  The Government moves to admit and

24   publish Exhibits 313-B and 313-C.

25        THE COURT:  Any objection?

1          MR. EKELAND:  No objection.

2          THE COURT:  Exhibits 313-B and 313-C are admitted

3   and may be published to the jury.

4          (Whereupon, Government's Exhibit Nos. 313-B to C

5   were entered into evidence.)

6          MS. PELKER:  We may have to have Mr. Pearlman just

7   stand there for the rest of the day.

8          Thank you, Mr. Pearlman.

9   BY MS. PELKER:

10  Q.  Mr. Scholl, can you walk through the payment for the

11  Bitcoin Fog domain from start to finish using this chart?

12  A.  Yes, ma'am.  On the chart or on the digital?

13  Q.  Probably on the digital, and then if you can gesture to

14  the chart it may be easier for the court reporter.

15  A.  There was an 89.87 euro deposit to the Plasma Division

16  account here.  Those funds were converted to Bitcoin inside

17  of the Plasma Division account.

18         MR. EKELAND:  Objection, your Honor.  Can we speak

19  on the phone?

20         (Whereupon, the following bench conference was

21  held:)

22         MR. EKELAND:  I would argue now we are going

23  through this transaction once again now for the third time

24  now.  This is cumulative.  I don't see what's new about this

25  testimony except we have a different summary chart.

1          MS. PELKER:  He's now walking through from start

2    to finish.  We're wrapping up here.  We're just having him

3    go from start to finish and then he'll pull up the putting

4    money document and explain the different steps.

5          THE COURT:  I'll allow it.  Go ahead.

6          (Whereupon, the following proceedings were had in

7    open court:)

8    BY MS. PELKER:

9    Q.  You can continue, Mr. Scholl.

10   A.  I don't recall what the last thing I said was.  But the

11   89.87 euro deposit to the Plasma Division account at Mt. Gox

12   was converted to Bitcoin.  On 10-19, approximately 36

13   Bitcoin were withdrawn from the account and sent to the

14   Bitcoin address 1JZBUK.

15         35.9995 Bitcoin were sent to the Bitcoin address

16   14RZFW.

17         35.999 Bitcoin were sent to the NFS 9000 account

18   at Mt. Gox.

19         Those Bitcoin were used to generate a redeem code

20   ending in FFD2B.  Those funds were withdrawn.  That redeem

21   code was deposited into the Kolbasa 99 account, same redeem

22   code ending in FFD2B.

23         35 Bitcoin were created -- converted into multiple

24   transactions on 10-20-2011 to approximately 80 .5 USD,

25   $80.50.  And those funds were used to generate a redeem code

1    ending in 18CAB.

2              That redeem code was redeemed by the AurumXChange

3    account and subsequently 77.60 U.S. dollars were deposited

4    into the Shormint Liberty Reserve account on 10-20-2011.

5              On 10-25-2011, those funds were used to make a

6    payment to High Hosting to purchase the bitcoinfog.com

7    domain registration and hosting.

8    Q.  How quickly is the money moving from the Defendant's

9    true name account through these intermediate hops into the

10    Liberty Reserve Shormint account?

11    A.  The withdrawal from -- I'm going to clear the screen --

12    the withdrawal from the Plasma Division account occurred on

13    10-19.  The deposit to the Shormint Liberty Reserve account

14    occurred on 10-20.

15    Q.  Mr. Scholl, did you review the putting money or

16    depositing money document retrieved from the Defendant's

17    Google drive?

18    A.  Yes, ma'am, I did.

19    Q.  Directing your attention to Exhibit 818-B, which should

20    already be in evidence, could you explain or remind the jury

21    what this document is?

22    A.  This is a translated version from a document found in

23    Mr. Sterlingov's account.

24    Q.  And how does the steps set out in this document that

25    Mr. Rovensky testified about compare to the fund flow shown

 1    on your chart?

 2    A.  These steps are consistent with the fund flow.  I would

 3    add that there are additional steps in the fund flow, but

 4    each of these steps in the putting money document occurred

 5    in the transfer of funds from Mr. Sterlingov's Mt. Gox

 6    account into the Shormint Liberty Reserve account.

 7    Q.  Could you please read aloud each step in this putting

 8    money document and then direct us to where in the chart the

 9    step occurs.

10    A.  "Step 1:  A European bank transfer directly from my bank

11    to Mt. Gox account.  It takes a couple of business days

12    perhaps, but it seems to be cheap."

13         That's the 89.87 euro deposit to the Plasma

14    Division account.

15    Q.  And Step 2?

16    A.  "Step 2:  Then you sell those euros in exchange for

17    Bitcoin and then Bitcoins in exchange for dollars."

18         So sold those euros for Bitcoin.  Then there's

19    obviously the other tracing and eventually these Bitcoin are

20    sold for U.S. dollars.

21    Q.  And just for the record, can you describe aloud where

22    you're pointing when you're pointing to the steps?

23    A.  Sure.  When the funds were converted to Bitcoin, they

24    were converted in the plasma@plasmadivision Mt. Gox account,

25    Mr. Sterlingov's true name Mt. Gox account.

1    And then when the funds were subsequently -- the

2    Bitcoin were converted back to U.S. dollars as described in

3    Step 2, that occurred here in the Kolbasa 99 Mt. Gox

4    account.

5    Q.  Can you then read the next step from the document?

6    A.  "Step 3:  You transfer to Liberty Reserve through

7    www.AurumXChange.com."

8    Q.  Can you point on the chart to where that's occurring?

9    A.  The transfer came out of the Kolbasa 99 Mt. Gox account

10    through the AurumXChange and into the Liberty Reserve

11    account Shormint here on 10-20-2011.

12    Q.  Is the flow of funds described in the Defendant's notes

13    consistent with the payment for the Bitcoin Fog domain?

14    A.  Yes, ma'am, it is.

15    Q.  Was this the only time the Defendant sent money to the

16    NSF 9000 and Kolbasa accounts?

17    A.  No, ma'am, it is not.

18    Q.  Did you prepare a chart showing those transactions?

19    A.  Yes, ma'am, I did.

20    Q.  I'd like to show you Exhibit 315, which is not yet in

21    evidence.

22    Do you recognize this?

23    A.  Yes, ma'am, I do.

24    Q.  And did you review voluminous account records in

25    preparing this chart?

 1    A.  Yes, ma'am, I did.

 2    Q.  Does the chart in front of you accurately summarize the

 3    records and the flow of funds that you reviewed?

 4    A.  Yes, ma'am, it does.

 5    Q.  And did you also assist in preparing a physical printoff

 6    of the same chart at Exhibit 315-A?

 7    A.  Yes, ma'am, I did.

 8            MS. PELKER:  The Government moves to admit and --

 9    BY MS. PELKER:

10    Q.  And do these fairly and accurately -- do both of these

11    fairly and accurately depict the transactions as they

12    occurred?

13    A.  Yes, ma'am, they do.

14            MS. PELKER:  The Government moves to admit and

15    publish Exhibits 315 and 315-A.

16            THE COURT:  Any objection?

17            MR. EKELAND:  Yes, your Honor.  I think we should

18    pick up the phone for this one.

19            (Whereupon, the following bench conference was

20    held:)

21            MR. EKELAND:  So besides the usual hearsay

22    objections, there's a 403 objection here.  This chart is

23    misleading.

24            And if you look at the green arrow that starts at

25    the bottom and is going back up to the AurumXChange and it's

1    pointing into AurumXChange, it's misleading in that it's

2    giving the impression that the funds are flowing back to Mr.

3    Sterlingov's plasma@plasmadivision AurumXChange account when

4    actually what's happening is those funds are going back to

5    AurumXChange, but not Mr. Sterlingov's account.

6            So I think this is, like, very prejudicial.  It's

7    very confusing.  And it's not an accurate depiction of what

8    actually happened.

9            THE COURT:  Ms. Pelker?

10           MS. PELKER:  Your Honor, the arrow isn't going

11   into the Plasma Division AurumXChange account.  It's going

12   into the AurumXChange box and the witness is going to

13   testify that that's an arrow showing the funds went back to

14   AurumXChange but that we don't know where it went.

15           MR. EKELAND:  Your Honor, this is -- if you look

16   at that, it's, like, very confusing to the jury.  That's,

17   like, not clear at all.  And visual impressions that are

18   given primacy have a lot of psychological impact.

19           This is improper.  This should not be done like

20   this.

21           MS. PELKER:  Your Honor, the defense had ample

22   time to ask us to move the arrow around, which is

23   essentially what they're asking for here.

24           I think that the chart is very clear.  The witness

25   is going to testify that it's going to the outside of the

1   AurumXChange box.  And if this was such a big issue, defense
2   could have raised it.
3            MR. EKELAND:  Your Honor, we did not waive any of
4   our objections.  There's voluminous, voluminous discovery in
5   this case.  And this is something, as we slowly went through
6   all of this stuff, we noticed.
7            But then we got something --
8            THE COURT:  When did you notice it?
9            MR. EKELAND:  We noticed it a couple days ago.
10  But then we got new exhibits that I got told that this arrow
11  was removed from.  So I'm surprised to actually see this.  I
12  thought this wasn't an issue.
13           But regardless, it still is an issue.  We haven't
14  waived our right to object.  We certainly can object under
15  the Rules of Evidence.  And the Government knew exactly what
16  it was doing when it did this, and it shouldn't have done it
17  in the first place.  It's not our responsibility to make
18  anonymous leading exhibits on behalf of the Government.
19           THE COURT:  Well, it is your responsibility to
20  raise it in a timely manner.
21           But was there a different version, Ms. Pelker?
22           MS. PELKER:  So the different version -- so, first
23  of all, the version without the arrow I believe is
24  Mr. Ekeland referring to 314, which is a different
25  transaction that's being traced through.  That's why there's

Scholl - DIRECT - By Ms. Pelker

1    no arrow.  It's two different charts.

2            We provided an update to this chart which simply

3    specified the -- if you look, there's "$80 (plasma) (spam)

4    (plasma)" for clarity.  But that arrow and its placement has

5    not changed, at least not intentionally, not as the

6    Government's aware, since this chart was originally included

7    in Mr. Sterlingov's expert report.

8            And for whatever reason --

9            THE COURT:  You meant Mr. Scholl, not

10    Mr. Sterlingov.

11            MS. PELKER:  Yes, your Honor.

12            And defense, their prior expert, Ms. Still, made a

13    point about the line for the Silk Road account and the pas.

14    I think we've been through many times how the Government has

15    drawn its line here.  I think it's clear.  There is a box

16    that is all of AurumXChange.  There is one account within

17    AurumXChange.  You see that with the Mt. Gox box.  It's

18    multiple accounts within the Mt. Gox box.  Liberty Reserve,

19    there's a larger box.  And then the Defendant's Sterlingov

20    LR account box.

21            The whole reason that the Government provides

22    those charts in advance is to avoid this issue on the stand.

23            THE COURT:  Right.  I understand.  And I'm in

24    agreement with that.

25            So this is what I'm going to do:  I think defense

1    has had plenty of opportunity to raise concerns about this.

2    I think that you can use this in examining the witness; and

3    I'm not at all -- you can clarify with the witness, and

4    Mr. Ekeland can clarify with the witness that we don't know

5    which AurumXChange account the money went into when it was

6    done.

7            My bigger concern, though, is two weeks from now

8    when the jury is deliberating, having this exhibit in the

9    form that it's in.  So what I would request is that you

10   confer with Mr. Ekeland about potentially modifying the

11   chart just before it goes into the jury; and it may be that

12   it's as simple as just extending the arrow up a little bit

13   further so it's not even pointing towards the blue or purple

14   portion of the box and just towards the black portion of the

15   box.

16           But I'll let you all work that out.  If you can't

17   work it out, you can come back to me.

18           So before we actually send it in to the jury, I'd

19   like it to be modified simply because I'm concerned two

20   weeks from now they may not remember the clarification in

21   the testimony.  But I think it's appropriate for now.

22           MS. PELKER:  That's fine, your Honor.

23           THE COURT:  Okay.  Proceed.

24           (Whereupon, the following proceedings were had in

25   open court:)

Scholl - DIRECT - By Ms. Pelker

```
1              THE COURT:  You may proceed.

2              THE COURTROOM DEPUTY:  One second.

3              THE COURT:  Yes.

4              THE COURTROOM DEPUTY:  (Confers with the Court

5     privately.)

6              THE COURT:  The jurors asked if you could put up

7     313-B again, because they weren't sure it looked the same as

8     313-C.  So if you could put that back up again.

9              MS. PELKER:  Apologies.  If we could pull up the

10    313 -- either the second page of this or 313-A.  I think

11    it's the second page.

12             THE COURT:  So 313-A is now in front of the jury?

13             MS. PELKER:  No.  This is 313-B.

14             There were two slides, one with the IP address,

15    one without the IP address.  I can ask Mr. Scholl.

16             THE COURT:  Why don't you clarify it with the

17    witness.

18             I should say, I very much appreciate the

19    attentiveness of the jury.  That's what we ask of you.  So

20    thank you.

21             MS. PELKER:  If we could go up to the top of

22    313-B, please.

23    BY MS. PELKER:

24    Q.  Mr. Scholl, without going through the detail here,

25    what's shown on this chart?
```

Scholl - DIRECT - By Ms. Pelker

1    A.  This is the same flow of funds from the Plasma Mt. Gox

2    account into the Shormint Liberty Reserve account.

3    Q.  And scrolling down now to Page 2 of this, what has

4    changed on this view?

5    A.  The IP address connecting the two accounts has been

6    added in this view.

7            THE COURT:  Are all those in evidence at this

8    point?

9            MS. PELKER:  They should be.  Yes.

10           THE COURTROOM DEPUTY:  313-A -- 313, 313-A and

11   313-B and 313-C.

12           MS. PELKER:  Yes.  And 313-B is two pages, one --

13   I apologize, your Honor.  I didn't realize that one we were

14   pulling it up.  It's two pages.  One shows the IP address --

15   one shows just the tracing with the funds.  Then one shows

16   the funds plus the IP address.

17           THE COURT:  Thank you.

18           You may proceed.

19           MS. PELKER:  The Government moves to admit

20   Exhibits 315 and 315-A.

21           THE COURT:  Subject to our discussion, 315 and

22   315-A are admitted.

23           (Whereupon, Government's Exhibit Nos. 315 and

24   315-A were entered into evidence.)

25

Scholl - DIRECT - By Ms. Pelker

1    BY MS. PELKER:

2    Q.  Mr. Scholl, can you explain at a high level what's shown

3    on this chart?

4    A.  This is a trace of a similar flow of funds using similar

5    tactics and techniques and similar accounts and exchanges.

6    Q.  I'd like to return your attention to Exhibit 406-A, the

7    Plasma Division account at Mt. Gox, which should be in

8    evidence.

9         Oh, are these the same records that were

10   referenced in the last chart and in your and Special Agent

11   Rovensky's testimony?

12   A.  Yes, ma'am, they are.

13        MS. PELKER:  If we could scroll to the top of the

14   euro deposit section, starting at Line 283.

15   BY MS. PELKER:

16   Q.  I guess it's still highlighted, but directing your

17   attention to Line 288, can you remind the jury what's shown

18   there?

19   A.  In 288, there's the deposit of 89.87 euros into

20   Mr. Sterlingov's Mt. Gox account.

21   Q.  Is that the deposit that was discussed and shown in the

22   prior chart showing the payments for the Bitcoin Fog domain?

23   A.  Yes, ma'am, that is.

24   Q.  Is that the -- is that payment the first deposit into

25   Mr. Sterlingov's account?

Scholl - DIRECT - By Ms. Pelker

1    A.  No, ma'am, it's not.

2    Q.  Where is that initial deposit?

3    A.  In Row 283, a deposit of 100 euros.  And the euros would

4    be further off the screen to the right.

5    Q.  And what date is that occurring?

6    A.  10-3-2011.

7    Q.  And what happens next as recorded on the next couple

8    rows in this spreadsheet?

9    A.  Those euros are used to purchase Bitcoin in Rows 284,

10   285, 286 and 287.  BTC bought.

11   Q.  And so are we looking at here the very first

12   transactions in Mr. Sterlingov's account?

13   A.  Yes, ma'am.

14           MS. PELKER:  If we could now go to the top of the

15   Bitcoin transaction section, which charts on Row 510.

16   BY MS. PELKER:

17   Q.  What's shown here as the first Bitcoin transactions in

18   the account?

19   A.  On 10-3-2011, there's a deposit of 8 Bitcoin.  And the

20   memo reads "BTC bought."

21   Q.  Is that the Bitcoin side of the transaction purchase

22   that we looked at above?

23   A.  Yes, ma'am.  The records are broken down into different

24   sections:  US dollars, euros and Bitcoin.

25           So for a transaction purchasing Bitcoin with

 1    euros, there's this euro transaction, spending euros, and

 2    then there's BTC or Bitcoin being purchased as a second

 3    entry.

 4    Q.  What does the Defendant immediately do after buying that

 5    Bitcoin as shown in the next few rows?

 6    A.  The BTC are subsequently sold.

 7    Q.  And so at this point in October of -- October 3rd, what

 8    has occurred?

 9    A.  A deposit came into the account in euros.  Those euros

10    were used to purchase Bitcoin and then those Bitcoin were

11    sold for U.S. dollars.

12            MS. PELKER:  Can we scroll up to the U.S. dollar

13    transaction section at the very top.

14    BY MS. PELKER:

15    Q.  What's shown in Rows 2 through 11?

16    A.  In Rows 2 through 11, we have U.S. dollars being earned

17    from the sale of those Bitcoin, and then there's fees

18    associated with the transactions.

19    Q.  And can you show us on the chart where we are at this

20    point?

21    A.  We're still all the way in the top left, converting

22    euros into dollars.  So there's intermediary transactions.

23    There's multiple transactions that converted those euros to

24    Bitcoin and then Bitcoin to dollars.  And that's all right

25    here in this line.

Scholl - DIRECT - By Ms. Pelker

1    Q.  And what happens in Row 12, going back to the

2    transaction record?

3    A.  In Row 12, there is a withdrawal of $25 via a redeem

4    code.

5            Dr. Ramje, can you scroll right?  The redeem code

6    ends in 4841F.

7    Q.  And is that process of using the converted funds to buy

8    redeem codes repeated?

9    A.  Yes, ma'am.

10   Q.  And directing your attention to Lines 23 and 24, can you

11   explain what's shown there?

12   A.  There's additional withdrawals of U.S. dollars via

13   redeem codes.  So 25 U.S. dollars again and then 80 U.S.

14   dollars generated from the redeem codes ending in 92562

15   and -- I covered up the second one unintentionally -- the

16   second one ending in 23E1D.

17           MS. PELKER:  If you can pull back up Exhibit 315

18   and put the chart on the screen.

19   BY MS. PELKER:

20   Q.  Can you point out each of the redeem codes that you just

21   identified in the spreadsheet?

22           MS. PELKER:  If we could zoom in.  Thank you.

23           THE WITNESS:  There's the redeem codes in the top

24   left of the Plasma Division account ending in 4841F, 92562

25   and 23E1D.

```
1     BY MS. PELKER:

2     Q.  Can you just point to where that is on the large

3     physical chart as well.

4     A.  4841F, 92562 and 23E1D.  Those three redeem codes.

5     Q.  Were you able to tell where those October 3rd redeem

6     codes went?

7     A.  Yes, ma'am, I was.

8     Q.  And where was that?

9     A.  To the AurumXChange.

10    Q.  Did you review the transaction records in the

11    AurumXChange Mt. Gox account corresponding to those redeem

12    codes?

13    A.  Yes, ma'am, I did.

14    Q.  I'd like to direct your attention to Exhibit 410-A, and

15    going to Row 2366.

16          MS. PELKER:  If we could scroll over so we can

17    actually see the redeem code, please.

18    BY MS. PELKER:

19    Q.  What's shown here?

20    A.  This is showing a deposit into the Mt. Gox account of

21    the AurumXChange in the amount of $25 using redeem code

22    4841F.

23    Q.  Moving to Row 2374, what's shown here?

24    A.  This is another deposit of 25 U.S. dollars from the

25    redeem code ending in 92562.
```

1    Q.  And Row 2380, what's shown here?

2    A.  This is a deposit of 80 U.S. dollars into the

3    AurumXChange Mt. Gox account from the redeem code ending in

4    23E1D.

5    Q.  Did you also review emails from the Defendant's accounts

6    corresponding to these transactions?

7    A.  Yes, ma'am, I did.

8    Q.  I'd like to show you Exhibits --

9            MS. PELKER:  I don't believe all of these have

10   been admitted.  It's Exhibits 878 through 883 and 899

11   through 901.

12           THE COURTROOM DEPUTY:  899 through...?

13           MS. PELKER:  901.

14           THE COURTROOM DEPUTY:  Thank you.

15           MR. EKELAND:  I'm sorry, Ms. Pelker.  Could you

16   give us the total range again one more time?  It a lot of

17   stuff.  We just need to check it out.

18           MS. PELKER:  878 through 883 and 899 through 901.

19           MR. EKELAND:  Through 9 --

20           MS. PELKER:  Through 901.

21           MR. EKELAND:  So 878 through 883 and then 889

22   through 901?

23           MS. PELKER:  Yes.  It's just the AurumXChange

24   confirmation emails.

25           MR. EKELAND:  Plasma emails.  Yeah.  I just want

1    to put my eyes on them real quick.

2    BY MS. PELKER:

3    Q.  Mr. Scholl, do you recognize these?

4    A.  Yes, ma'am, I do.

5    Q.  Generally speaking, what are they?

6    A.  They're emails to plasmadivision.com email accounts in

7    the AurumXChange.

8            THE COURT REPORTER:  And or in?  And or in the

9    AurumXChange?

10    BY MS. PELKER:

11    Q.  You can rephrase your answer.  What are these?

12            THE COURT:  Start over.

13            THE WITNESS:  Emails to plasma@plasmadivision.com

14    and spam@plasmadivision.com from the AurumXChange.

15            Sorry, ma'am.

16    BY MS. PELKER:

17    Q.  Are these true and accurate copies of the emails from

18    the AurumXChange that was retrieved from the Defendant's

19    email account?

20    A.  Yes, ma'am, they are.

21            MS. PELKER:  Mr. Ekeland, were you able to find

22    them?

23            MR. EKELAND:  Are you moving them in?

24            MS. PELKER:  Yes.

25            MR. EKELAND:  No objection.

Scholl - DIRECT - By Ms. Pelker

```
 1                 MS. PELKER:  The Government moves to admit.
 2                 THE COURT:  Exhibits 878 through 883 and 899
 3       through 901 are admitted and may be published to the jury.
 4                 (Whereupon, Government's Exhibit Nos. 878-883 and
 5       899-901 were entered into evidence.)
 6       BY MS. PELKER:
 7       Q.  If we could take first Exhibits 878, 879 and 880,
 8       starting with 878, can you explain what's shown here?
 9       A.  In 878, we have an email from noreply@aurumxchange.com
10       to plasma@plasmadivision.com on 10-3-2011.
11       Q.  And what's shown in the body of the email?
12       A.  It's the redeem code ending in 4841F in the amount of
13       $25.
14       Q.  And directing your attention to Exhibit 879, what is
15       shown here for that same order?
16       A.  It's another email from noreply@aurumxchange.com to
17       plasma@plasmadivision.com.  And it says in the subject line,
18       "We have sent you a payment towards order E012999."
19       Q.  And now going to Exhibit 880 and scrolling down to
20       Page 2, what is shown here?
21       A.  This is showing that the order was completed.  So the
22       first two emails were, "We've received your payment for this
23       exchange order."  Then "We've sent your payment for this
24       exchange order."  And then he got an email showing that the
25       order was completed.
```

1    Q.  Did --

2    A.  And the paid-to account is the Roso 7234852 Liberty

3    Reserve account, funds sent to the Liberty Reserve.

4    Q.  Did you also review emails relating to the 92562 redeem

5    code?

6    A.  Yes, ma'am, I did.

7            MS. PELKER:  If we could pull up Exhibit 899.

8    BY MS. PELKER:

9    Q.  What redeem code is indicated in this email?

10   A.  This is redeem code 92562.

11   Q.  Directing your attention to Exhibit 901.

12           MS. PELKER:  And let the record reflect the

13   witness was pointing at the board to the redeem code.

14           THE COURT:  The record may so reflect.

15   BY MS. PELKER:

16   Q.  What is shown here on Exhibit 901?

17   A.  This is the order completion, again funds going to the

18   Liberty Reserve account.  And the account name is Roso

19   7234852.

20   Q.  And now showing you Exhibit 881, what redeem code does

21   this pertain to?

22   A.  This pertains to the redeem code ending in 23E1D.

23   Q.  And showing you Exhibit 883, what's shown here?

24   A.  The order is completed.  $80 transferred to the Liberty

25   Reserve account Roso 7234852.

1          MS. PELKER:  If we could put Exhibit 315, the

2     chart, back up on the screen.

3     BY MS. PELKER:

4     Q.  Can you point out what you just showed with the emails?

5     A.  Yeah.  I'm clearing the screen.  One second, ma'am.

6          So those emails show that the redeem codes that

7     left the plasma@plasmadivision.com Mt. Gox account were used

8     to fund exchange orders at the AurumXChange using

9     plasma@plasmadivision and spam@plasmadivision.com accounts.

10    And all of those redeem codes were sent minus fees to the

11    Liberty Reserve account, Mr. Sterlingov's Liberty Reserve

12    account.

13    Q.  If you could just draw arrows on the screen in front of

14    you showing that flow of funds that we've traced through

15    now?

16    A.  So the redeem code leaves the plasmadivision.com Mt. Gox

17    account, is sent to the AurumXChange Mt. Gox account.

18    AurumXChange credits orders for exchanging U.S. dollars to

19    Liberty Reserve U.S. dollars.  So the funds go this way.

20         And the same thing for the other redeem codes,

21    $25, $25 and $80.  And the amounts that they came out at at

22    the Liberty Reserve are 78.4 Liberty Reserve U.S. dollars,

23    24.5 Liberty Reserve U.S. dollars and 24.5 Liberty Reserve

24    U.S. dollars.

25    Q.  Directing your attention to Exhibit 403, the Sterlingov

1    Liberty Reserve account, if we can go to the transactions

2    tab, can you explain what's shown here?

3    A.  Yes, ma'am.  This is the Sterlingov -- Mr. Sterlingov's

4    Liberty Reserve account, the same account we were just

5    describing funds going to.

6    Q.  Can you explain what's shown in the first three activity

7    rows in this account?

8    A.  The first three rows show transfers from the

9    AurumXChange Company to the Roso 7234852 Liberty Reserve

10   account in the amounts of 24.5, 24.5 and 78.4 Liberty

11   Reserve U.S. dollars.

12   Q.  In the memo texts are there exchange order numbers

13   noted?

14   A.  Yes, there are.  Would you like me to read them?

15   Q.  I don't think we need to read them in, but are those the

16   exchange orders pertaining to the AurumXChange -- the

17   transactions that we just reviewed?

18   A.  Yes, ma'am, they are.

19   Q.  And what happens to these funds after they are deposited

20   into Mr. Sterlingov's Liberty Reserve account?

21   A.  They're withdrawn from Mr. Sterlingov's Liberty Reserve

22   account and sent to Mt. Gox.

23          MS. PELKER:  Your Honor, are we stopping at 4:45

24   or 5:00 today?

25          THE COURT:  Probably just whatever is -- sometime

Scholl - DIRECT - By Ms. Pelker

1    between now and the next ten minutes, whatever is convenient

2    for you.

3                 MS. PELKER:  We can pause -- we can stop now or we

4    can keep going.  It's up to the jury.

5                 THE COURT:  The jurors are ready to call it a day.

6                 MS. PELKER:  This is a good breaking point.

7                 THE COURT:  I understand.

8                 Okay.  So let's see.  We're going to start

9    tomorrow morning at 9:00 again.  I'd just ask that you don't

10   discuss the case with anyone and don't conduct any type of

11   research relating to the case.  Have a nice evening.  I will

12   see you back here tomorrow.

13                I appreciate how attentive the jury is being, so

14   thank you for that.

15                THE COURTROOM DEPUTY:  All rise.

16                (Whereupon, the jury exited the courtroom at 4:46

17   p.m. and the following proceedings were had:)

18                THE COURTROOM DEPUTY:  You may be seated.

19                THE COURT:  The witness can step down.  I'd just

20   ask that you not discuss your testimony with anybody until

21   it's complete.

22                THE WITNESS:  Yes, Your Honor.

23                THE COURT:  I'll see you back here at 9:00.

24                (Thereupon, Luke Scholl retired from the courtroom

25   and the following proceedings were had:)

1          THE COURT:  Ms. Pelker, anything to raise before

2     we adjourn?

3          MS. PELKER:  Your Honor, just for witness

4     scheduling, could we get clarity as to whether we're sitting

5     on Friday?  The Government's very happy to put on testimony

6     on Friday.  We just --

7          THE COURT:  You tell me how quickly you feel like

8     we're moving, because I just want to make sure that we're

9     not going to have jurors who are telling me that they've got

10     plans and they're -- they're going to have to take a week

11     off or something if it's going too long.

12          MS. PELKER:  I think that we are okay, but still

13     running a bit behind.  But we're within the window that we

14     had given the Court.

15          That said, if there's time to sit on Friday, we're

16     very happy to sit on Friday.

17          THE COURT:  Mr. Ekeland?

18          MR. EKELAND:  I mean, we take the same position as

19     the Government.  I don't see us -- right now I see our

20     case -- I mean, this depends on the Government's cross, of

21     course, but I see our case not taking more than a week.

22          So I'm in agreement with the Government that I

23     think we are on schedule and we can probably avoid sitting

24     on Friday.

25          But we all know how trial goes, so I defer to the

1    Court on that.

2                THE COURT:  Right.

3                Well, we could do a half day on Friday.  We could

4    sit Friday morning.  I'll have to move a couple matters, but

5    that's not terribly difficult if I can do that.

6                So it's just -- you know, you all are in a much

7    better position than I am to judge.  We'll need some time,

8    if there is a conviction, for the forfeiture issue.

9                MR. EKELAND:  Your Honor, may I just speak with

10   Ms. Pelker for a moment?

11               THE COURT:  Yes.  Sure.

12               (Discussion had off the record between counsel.)

13               MS. PELKER:  Your Honor, our only concern I think

14   is really the forfeiture proceeding --

15               THE COURT:  Right.

16               MS. PELKER:  -- just if we're losing the jury.

17   But I guess we do have the -- we would not want to do this,

18   but we could call the jury back at a future date.

19               THE COURT:  Maybe what we should do is just sit

20   for a short day on Friday and maybe just from 9:30 until

21   lunchtime or something like that or 10:00 until lunchtime to

22   get in a little bit and just to keep things moving that way.

23               MR. EKELAND:  Could we start at 10:00 on Friday

24   and go until lunch?

25               THE COURT:  Yes.  So 10:00 until lunch?  We'll

1    just tell the jury we'll come in for a few hours.

2            MS. PELKER:  That's fine.  Can we confirm with the

3    jurors?

4            THE COURT:  Yes.  I'll confirm this tomorrow

5    morning with the jurors just to make sure no one has

6    scheduled an appointment or something like that because I

7    think they are on notice that they should get -- take care

8    of their personal matters on Friday.  So we'll confirm that.

9            So tentatively, let's plan on 10:00 until lunch on

10    Friday, but let's confirm to make sure the jurors can do it.

11            MS. PELKER:  Thank you, your Honor.

12            THE COURT:  Anything else before we adjourn for

13    the day?

14            MR. EKELAND:  Tomorrow morning I just would ask

15    that I could address something at sidebar that we discussed

16    before -- over the phones before I do my cross of

17    Mr. Scholl.  I just need resolution on that issue and I

18    would like to discuss it.

19            THE COURT:  And I take it -- that question is --

20    well, why don't you tell me what the question is to make

21    sure I'm focusing on the right thing.

22            MR. EKELAND:  I don't want to say it out loud in

23    the open courtroom.  I'd rather discuss it over the phone.

24            THE COURT:  Pick up the phone.

25            (Whereupon, the following bench conference was

1    held:)

2              MR. EKELAND:  So it's the issue of

3    Mr. Sterlingov's incarceration in relation to the shutdown

4    of Bitcoin Fog.  And I think, you know, I would like to

5    think about it.

6              Also, I don't know how the cross is going to go.

7    And I understand the Court's concern, and one of the things

8    is -- to speak sort of freely on the point, it occurs to me

9    we could just limit it to the fact that he was still under

10    detention at that point from the airport.  We don't have to

11    go into the whole thing that he's been in jail for,

12    whatever, the last three years.

13              THE COURT:  Ms. Pelker, that seems okay to me.

14              MS. PELKER:  That's fine with the Government.  I

15    mean, I think that there's evidence that he was arrested on

16    a certain date, and the jury can -- because they don't know

17    that he's detained.  But that's fine with the Government.

18              THE COURT:  The only thing is that if you want to

19    do it with this witness, with Mr. Scholl, I'm not sure if --

20    is Mr. Scholl the right guy to do it with?  Was he involved

21    at that time?

22              MS. PELKER:  No, your Honor.  I think he knows the

23    date of the arrest, but I don't know that he would know any

24    sort of specifics about the incarceration.

25              THE COURT:  Is there anybody -- another witness

```
1    who's coming who could do that?
2              MS. PELKER:  Mr. Rovensky -- I don't believe so.
3    No one else who's coming --
4              MR. EKELAND:  Your Honor, we could just maybe
5    stipulate to it.
6              THE COURT:  I'll leave that up to you and the
7    Government.  You can talk about doing that if you'd like to.
8    I also suspect that he may well know.
9              But the only thing I want to just be careful about
10   is making sure that he doesn't slip up and say more than you
11   want him to say or more than Mr. Sterlingov or others may
12   want him to say in response to the question.
13             So if you're going to ask the question, I think
14   maybe what I would suggest that you do is talk to Ms. Pelker
15   about whether -- what you are thinking about and see if you
16   can agree to preview it with the witness, because I think
17   it's a noncontroversial proposition.  So I'm not worried
18   about him being prepared on it.  In fact, being prepared on
19   it may avoid problems; and that way, he'll know not to say
20   more than you want or to answer in a limited fashion.
21   That's all okay with me.
22             And then the only other thing is I'd like you to
23   confer with Mr. Sterlingov about this in advance and make
24   sure that this is his decision and that's what he'd like to
25   do, and then I probably would just want to voir-dire him
```

1    tomorrow morning to make sure, having had the evening to

2    think about it and talk to you about it, that he is of the

3    view that he wants you to ask about his -- even a short

4    period of incarceration.

5              MR. EKELAND:  I think that's a very good idea,

6    Your Honor.  The defense agrees.

7              THE COURT:  Okay.  That's acceptable to the

8    Government as well?

9              MS. PELKER:  Yes, your Honor.

10             THE COURT:  All right.  I will see you all

11   tomorrow morning.  Thank you.

12             MR. EKELAND:  Thank you, your Honor.

13             (Proceedings concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

1                          <u>**CERTIFICATE**</u>

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings produced to the

7      best of my ability.

8

9

10                   Dated this 21st day of February, 2024.

11

12              <u>/s/ Lisa Edwards, RDR, CRR</u>
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$1,170,572** [1] - 92:1
**$11,865,059** [1] - 92:15
**$25** [5] - 126:3, 127:21, 130:13, 132:21
**$276** [1] - 91:22
**$3,955,020** [1] - 92:13
**$346,298** [1] - 92:10
**$516,456** [1] - 92:5
**$7,910,039** [1] - 92:10
**$70** [1] - 81:15
**$705,470** [1] - 91:24
**$731,603** [1] - 92:6
**$767,180** [1] - 92:2
**$80** [3] - 119:3, 131:24, 132:21
**$80.50** [1] - 112:25
**$839,521** [1] - 92:3
**$85,120** [1] - 91:23
**$896,647** [1] - 92:4

## /

**/s** [1] - 141:12

## 0

**0.03** [1] - 88:21
**0.035** [1] - 89:8
**01** [2] - 82:21, 84:4
**02** [1] - 82:21
**03** [1] - 82:22
**0FC05B** [1] - 106:8

## 1

**1** [21] - 34:5, 35:19, 35:22, 35:23, 47:5, 82:15, 82:17, 83:11, 87:25, 88:8, 88:9, 88:24, 89:10, 89:17, 90:24, 91:2, 91:5, 92:11, 92:12, 109:17, 114:10
**1,280,935** [1] - 76:7
**1,284,251** [1] - 75:18
**1,850,896** [1] - 91:25
**1.00** [3] - 86:4, 88:4, 88:20
**1.38** [2] - 47:13, 47:15
**1.382** [1] - 47:12

**10-12-2011** [1] - 109:9
**10-19** [2] - 112:12, 113:13
**10-19-2011** [3] - 103:8, 103:16, 109:5
**10-20** [1] - 113:14
**10-20-2011** [3] - 112:24, 113:4, 115:11
**10-25-2011** [1] - 113:5
**10-3-2011** [3] - 124:6, 124:19, 130:10
**100** [2] - 56:9, 124:3
**10005** [1] - 1:25
**106** [1] - 3:20
**107** [1] - 3:21
**10:00** [4] - 136:21, 136:23, 136:25, 137:9
**10X** [1] - 58:16
**11** [4] - 19:24, 22:25, 125:15, 125:16
**111** [1] - 3:22
**118** [1] - 7:24
**11th** [2] - 88:15
**12** [2] - 126:1, 126:3
**122** [1] - 3:23
**13** [1] - 48:11
**130** [1] - 3:24
**1301** [1] - 1:21
**14RZFW** [5] - 106:21, 107:10, 108:2, 108:15, 112:16
**14RZFWF** [3] - 106:9, 106:20, 107:25
**15** [1] - 59:14
**150** [1] - 52:9
**15th** [1] - 107:4
**16** [1] - 5:23
**18CAB** [5] - 100:21, 101:4, 101:6, 101:19, 113:1
**198** [2] - 56:11, 56:13
**199** [1] - 7:25
**1:20** [1] - 1:7
**1:22** [1] - 5:3
**1HVK** [2] - 105:6, 106:15
**1HVKJ** [5] - 103:17, 105:5, 105:15, 106:8, 106:18
**1JZBU** [1] - 108:15
**1JZBUK** [4] - 108:6, 108:17, 109:7, 112:14
**1YZ** [1] - 41:5
**1YZJKA** [5] - 41:6, 41:10, 41:16, 41:19, 44:2

## 2

**2** [23] - 24:13, 36:10, 47:6, 81:25, 82:17, 83:11, 83:21, 85:13, 85:19, 85:25, 86:11, 90:24, 91:2, 91:4, 91:20, 92:9, 114:15, 114:16, 115:3, 122:3, 125:15, 125:16, 130:20
**20** [1] - 72:4
**200** [3] - 52:9, 56:10, 56:12
**20001** [2] - 2:4, 141:14
**2005** [1] - 1:21
**2011** [7] - 37:2, 43:20, 45:17, 86:9, 87:20, 91:22, 98:12
**2012** [2] - 52:8, 91:23
**2013** [2] - 88:15, 91:24
**2014** [5] - 37:2, 43:20, 44:18, 89:2, 91:25
**2015** [2] - 14:18, 92:1
**2016** [1] - 92:2
**2017** [1] - 92:3
**2018** [1] - 92:4
**2019** [1] - 92:5
**202** [2] - 2:4, 141:15
**2020** [1] - 92:6
**2021** [5] - 76:14, 77:9, 78:13, 81:20, 92:7
**2022** [1] - 76:12
**2024** [2] - 1:7, 141:10
**20530** [2] - 1:16, 1:19
**21** [1] - 1:7
**21-00399** [1] - 1:4
**21st** [2] - 89:2, 141:10
**23** [1] - 126:10
**2311** [1] - 86:10
**2366** [1] - 127:15
**2374** [1] - 127:23
**2380** [1] - 128:1
**23E1D** [5] - 126:16, 126:25, 127:4, 128:4, 131:22
**24** [2] - 48:10, 126:10
**24.5** [4] - 132:23, 133:10
**25** [2] - 126:13, 127:24
**283** [2] - 123:14, 124:3
**284** [1] - 124:9

**285** [1] - 124:10
**286** [1] - 124:10
**287** [1] - 124:10
**288** [3] - 109:8, 123:17, 123:19
**29** [1] - 76:14
**29th** [3] - 77:9, 78:12, 78:25
**2:52** [1] - 72:6

## 3

**3** [25] - 3:15, 71:5, 82:15, 82:17, 83:11, 85:21, 86:19, 87:2, 87:3, 87:5, 87:7, 87:22, 87:25, 88:8, 88:16, 88:24, 89:3, 89:10, 89:17, 90:25, 91:2, 91:5, 92:14, 92:15, 115:6
**30** [1] - 1:24
**308** [5] - 3:14, 74:17, 74:23, 75:1, 75:3
**311** [6] - 3:20, 105:6, 105:11, 105:21, 105:24, 106:1
**312** [7] - 3:21, 106:24, 107:1, 107:8, 107:15, 107:18, 107:19
**313** [4] - 95:5, 99:18, 121:10, 122:10
**313-A** [6] - 95:4, 99:19, 121:10, 121:12, 122:10
**313-B** [10] - 3:22, 110:2, 110:24, 111:2, 111:4, 121:7, 121:13, 121:22, 122:11, 122:12
**313-C** [6] - 110:13, 110:14, 110:24, 111:2, 121:8, 122:11
**314** [1] - 118:24
**315** [8] - 3:23, 115:20, 116:15, 122:20, 122:21, 122:23, 126:17, 132:1
**315-A** [6] - 3:23, 116:6, 116:15, 122:20, 122:22, 122:24
**32** [1] - 33:1
**322** [6] - 3:13, 68:7, 68:13, 68:18, 68:22, 68:24
**323** [6] - 30:8, 30:10, 30:22, 40:16, 40:23,

44:20
**325** [5] - 3:18, 90:2, 90:12, 90:16, 90:17
**326** [3] - 3:12, 59:24, 60:15, 64:24, 65:1
**326-A** [1] - 62:4
**333** [2] - 2:3, 141:14
**35** [3] - 102:7, 103:9, 112:23
**35.995** [1] - 107:25
**35.999** [3] - 103:16, 106:8, 112:17
**35.9995** [1] - 112:15
**353-A** [7] - 3:11, 36:24, 36:25, 37:8, 43:12, 43:13, 43:15
**354-3269** [2] - 2:4, 141:15
**36** [1] - 50:20, 109:6, 112:12
**395.5** [1] - 75:23
**3:15** [1] - 72:1
**3:23** [1] - 73:24
**3rd** [2] - 125:7, 127:5

## 4

**4** [2] - 3:5, 103:12
**40** [1] - 51:13
**401** [1] - 11:12
**402.8** [1] - 76:9
**403** [4] - 11:3, 11:12, 116:22, 132:25
**406-A** [2] - 108:25, 123:6
**408A** [1] - 102:23
**410-A** [1] - 127:14
**42** [1] - 52:3
**43** [1] - 3:11
**437** [5] - 3:19, 98:3, 98:15, 98:18, 98:20
**46** [1] - 52:3
**47** [1] - 56:19
**4841F** [5] - 126:6, 126:24, 127:4, 127:22, 130:12
**4:45** [1] - 133:23
**4:46** [1] - 134:16

## 5

**5** [8] - 3:16, 86:19, 87:2, 87:3, 87:5, 88:13, 103:5, 112:24
**5.1527** [1] - 1:16
**510** [1] - 124:15
**521,042** [1] - 75:15
**56** [1] - 51:12

**58** [1] - 57:8
**58.9** [1] - 81:14
**589** [1] - 109:3
**5:00** [1] - 133:24

**6**

**601** [1] - 1:15
**65** [1] - 3:12
**6706** [1] - 2:3
**68** [1] - 3:13
**692,224** [1] - 76:1

**7**

**7** [6] - 3:17, 86:19, 87:2, 87:3, 87:5, 88:25
**702** [5] - 11:11, 60:24, 63:7, 74:25, 90:14
**7234852** [4] - 131:2, 131:19, 131:25, 133:9
**75** [1] - 3:14
**77.60** [1] - 113:3
**78.4** [2] - 132:22, 133:10
**7th** [1] - 86:9

**8**

**8** [1] - 124:19
**80** [4] - 101:7, 112:24, 126:13, 128:2
**818-B** [1] - 113:19
**87** [3] - 3:15, 3:16, 3:17
**878** [7] - 128:10, 128:18, 128:21, 130:2, 130:7, 130:8, 130:9
**878-883** [2] - 3:24, 130:4
**879** [2] - 130:7, 130:14
**880** [2] - 130:7, 130:19
**881** [1] - 131:20
**883** [5] - 128:10, 128:18, 128:21, 130:2, 131:23
**889** [1] - 128:21
**89.87** [5] - 109:9, 111:15, 112:11, 114:13, 123:19
**899** [5] - 128:10, 128:12, 128:18, 130:2, 131:7

**899-901** [2] - 3:24, 130:5

**9**

**9** [1] - 128:19
**90** [1] - 3:18
**9000** [2] - 112:17, 115:16
**901** [8] - 128:11, 128:13, 128:18, 128:20, 128:22, 130:3, 131:11, 131:16
**925,000** [3] - 62:24, 63:1, 63:5
**925,743** [2] - 60:9, 75:9
**925,744** [1] - 60:8
**92562** [6] - 126:14, 126:24, 127:4, 127:25, 131:4, 131:10
**950** [1] - 1:18
**98** [2] - 3:19, 88:10
**99** [3] - 112:21, 115:3, 115:9
**9:00** [2] - 134:9, 134:23
**9:30** [1] - 136:20
**9th** [1] - 87:20

**A**

**ability** [3] - 6:11, 26:4, 141:7
**able** [45] - 11:18, 17:23, 19:2, 19:17, 33:5, 34:1, 36:21, 39:17, 39:19, 43:7, 43:22, 43:23, 49:4, 49:8, 50:19, 56:6, 57:11, 57:18, 61:4, 61:10, 61:18, 64:2, 71:16, 71:21, 88:11, 93:7, 96:21, 97:20, 99:4, 99:11, 99:14, 99:16, 101:19, 102:3, 102:9, 103:18, 103:21, 103:23, 103:24, 105:3, 105:4, 108:2, 108:16, 127:5, 129:21
**acceptable** [2] - 85:5, 140:7
**access** [4] - 14:22, 47:19, 81:16, 101:13
**accessed** [2] - 101:14, 101:16
**according** [2] - 91:3, 91:5

**account** [129] - 14:22, 14:23, 15:11, 17:14, 18:21, 18:23, 18:24, 23:7, 25:6, 25:7, 33:11, 35:23, 45:21, 45:24, 47:13, 47:20, 92:17, 93:10, 93:12, 93:16, 93:18, 93:21, 94:21, 94:22, 94:24, 95:1, 95:16, 96:22, 96:24, 97:2, 97:11, 97:13, 97:21, 99:15, 99:16, 99:24, 100:8, 100:11, 100:12, 100:15, 100:17, 100:20, 100:22, 100:23, 101:3, 101:5, 101:7, 101:9, 101:10, 101:14, 101:15, 101:18, 101:24, 101:25, 102:3, 102:8, 102:11, 102:15, 102:20, 102:23, 103:3, 103:8, 108:20, 108:21, 109:1, 109:17, 111:16, 111:17, 112:11, 112:13, 112:17, 112:21, 113:3, 113:4, 113:9, 113:10, 113:12, 113:13, 113:23, 114:6, 114:11, 114:14, 114:24, 114:25, 115:4, 115:9, 115:11, 115:24, 117:3, 117:5, 117:11, 119:13, 119:16, 119:20, 120:5, 122:2, 123:7, 123:20, 123:25, 124:12, 124:18, 125:9, 126:24, 127:11, 127:20, 128:3, 129:19, 131:2, 131:3, 131:18, 131:25, 132:7, 132:11, 132:12, 132:17, 133:1, 133:4, 133:7, 133:10, 133:20, 133:22
**accounts** [1] - 25:22, 55:9, 83:9, 94:5, 94:13, 100:2, 115:16, 119:18, 122:5, 123:5, 128:5, 129:6, 132:9
**accuracy** [2] - 38:11, 61:19
**accurate** [9] - 4:5, 4:6, 60:10, 61:5,

98:10, 105:17, 117:7, 129:17, 141:4
**accurately** [15] - 30:15, 30:17, 37:3, 61:4, 68:13, 68:14, 74:19, 86:22, 90:8, 107:11, 110:9, 110:19, 116:2, 116:10, 116:11
**accustomed** [1] - 50:9
**acquired** [1] - 25:1
**act** [1] - 100:7
**Action** [1] - 1:3
**activity** [23] - 15:12, 17:8, 17:9, 17:14, 17:16, 17:17, 17:19, 17:21, 17:22, 18:3, 18:5, 18:8, 19:4, 22:16, 38:3, 41:19, 52:16, 59:8, 78:5, 80:22, 81:3, 81:5, 133:6
**actor** [2] - 14:22, 18:16
**actors** [1] - 94:3
**actual** [1] - 91:14
**add** [2] - 87:14, 114:3
**added** [2] - 90:22, 122:6
**addition** [3] - 8:23, 12:17, 29:16
**additional** [18] - 18:4, 38:25, 39:12, 42:20, 43:4, 52:16, 52:17, 66:10, 76:18, 82:14, 82:19, 82:20, 83:6, 83:12, 86:14, 86:19, 114:3, 126:12
**additionally** [1] - 15:24
**Address** [4] - 6:5, 6:9, 71:5
**address** [96] - 6:6, 8:21, 8:22, 9:23, 14:9, 18:13, 24:20, 29:10, 29:23, 29:24, 32:1, 33:10, 33:12, 33:16, 33:18, 34:5, 34:12, 35:1, 35:24, 36:1, 36:2, 36:5, 40:1, 40:2, 40:6, 40:7, 40:10, 40:12, 40:20, 41:4, 41:5, 41:16, 41:23, 41:24, 42:1, 42:11, 44:1, 44:2, 44:14, 45:5, 46:2, 46:16, 46:19, 46:20, 49:21, 51:20, 54:25, 57:4,

57:13, 62:9, 63:3, 64:11, 69:12, 69:14, 69:15, 69:16, 69:20, 69:22, 70:6, 70:8, 70:11, 70:12, 70:18, 70:20, 71:10, 71:12, 73:7, 73:12, 77:6, 78:6, 80:16, 101:13, 103:17, 103:20, 103:24, 105:5, 106:9, 106:15, 106:19, 106:21, 108:6, 108:17, 112:14, 112:15, 121:14, 121:15, 122:5, 122:14, 122:16, 137:15
**addressed** [4] - 4:15, 4:17, 5:17, 38:1
**addresses** [102] - 7:13, 7:16, 8:6, 19:3, 23:12, 23:13, 25:1, 25:4, 29:22, 32:13, 33:15, 34:10, 34:13, 34:19, 34:20, 34:21, 35:5, 35:7, 36:5, 36:14, 36:16, 36:22, 37:1, 37:3, 37:25, 38:1, 38:4, 38:22, 39:4, 39:13, 39:18, 39:19, 39:23, 41:14, 41:21, 42:7, 42:17, 42:22, 43:5, 43:8, 43:19, 43:22, 43:24, 44:6, 44:8, 45:6, 50:19, 51:2, 51:5, 51:6, 56:23, 57:3, 57:11, 57:19, 57:20, 59:9, 59:20, 59:24, 60:1, 60:3, 60:7, 60:9, 60:11, 61:12, 61:15, 62:4, 62:8, 62:10, 62:11, 62:13, 62:14, 62:19, 62:24, 63:1, 63:3, 63:5, 63:22, 65:5, 65:7, 65:12, 65:14, 65:17, 65:19, 65:23, 66:2, 66:3, 66:5, 66:7, 66:11, 66:17, 66:18, 66:24, 67:6, 69:7, 69:8, 69:21, 69:23, 71:1, 71:9, 75:8, 75:10
**adjacent** [1] - 71:10
**adjective** [1] - 20:18
**adjourn** [3] - 73:7, 135:2, 137:12
**administrator** [3] - 80:23, 81:18, 90:6
**admission** [2] -

144

73:11, 107:6
**admit** [24] - 30:21, 37:7, 38:20, 39:1, 43:11, 60:14, 62:13, 62:14, 63:14, 64:16, 68:17, 74:22, 87:1, 90:11, 98:14, 105:9, 105:20, 107:15, 110:23, 116:8, 116:14, 122:19, 130:1
**admitted** [32] - 23:2, 30:9, 35:13, 36:25, 43:13, 59:23, 63:20, 64:24, 68:8, 68:22, 74:18, 75:1, 82:1, 82:14, 83:15, 85:20, 87:3, 90:3, 90:16, 98:18, 102:24, 105:8, 105:24, 106:25, 107:3, 107:14, 107:18, 110:4, 111:2, 122:22, 128:10, 130:3
**admitting** [3] - 30:23, 30:25, 63:5
**advance** [2] - 119:22, 139:23
**advertise** [1] - 46:23
**afield** [1] - 82:7
**AFTERNOON** [1] - 1:5
**afternoon** [3] - 59:13, 59:15, 71:25
**afterwards** [2] - 22:5, 57:15
**Agent** [8] - 92:24, 95:9, 96:5, 97:13, 100:25, 103:2, 104:5, 123:10
**aggregate** [1] - 74:11
**ago** [1] - 118:9
**agree** [4] - 26:22, 55:20, 79:5, 139:16
**agreeing** [1] - 26:21
**agreement** [2] - 119:24, 135:22
**agrees** [1] - 140:6
**ahead** [8] - 5:21, 13:20, 32:18, 64:15, 80:17, 92:21, 108:7, 112:5
**aid** [1] - 52:12
**airport** [1] - 138:10
**Akemashite** [37] - 25:9, 25:11, 25:18, 26:10, 26:15, 26:16, 27:14, 28:8, 28:17, 29:13, 29:16, 44:12, 45:11, 46:5, 46:23, 47:1, 47:22, 48:15, 48:25, 51:15, 51:23,

52:20, 53:2, 53:5, 53:10, 53:21, 54:17, 55:12, 56:4, 56:20, 57:5, 57:16, 58:18, 59:3, 59:8, 66:8, 72:23
**alert** [1] - 51:25
**Alice** [3] - 7:14, 7:16, 77:4
**Alice's** [1] - 77:4
**allow** [9] - 13:17, 42:23, 46:9, 46:21, 47:2, 48:1, 85:12, 112:5
**allowed** [1] - 39:22
**almost** [1] - 80:25
**aloud** [4] - 28:4, 28:24, 114:7, 114:21
**ambiguity** [1] - 21:15
**ambiguous** [1] - 76:25
**AMERICA** [1] - 1:3
**amount** [26] - 18:24, 28:11, 28:19, 47:11, 47:25, 48:2, 48:3, 56:16, 58:9, 58:20, 86:4, 88:4, 88:12, 88:20, 89:7, 89:12, 89:14, 92:8, 92:19, 103:9, 107:25, 109:6, 109:9, 127:21, 130:12
**amounts** [6] - 17:19, 47:14, 49:2, 51:20, 132:21, 133:10
**ample** [1] - 117:21
**analysis** [39] - 4:5, 9:15, 10:22, 10:24, 11:15, 11:16, 12:4, 12:5, 14:9, 15:1, 15:3, 15:7, 16:19, 19:10, 25:12, 25:15, 28:15, 28:18, 46:24, 48:23, 49:1, 49:8, 49:21, 56:14, 56:21, 58:19, 60:12, 61:13, 65:13, 74:8, 76:11, 82:7, 82:11, 82:19, 83:1, 83:6, 83:7, 88:9, 94:10
**analyst** [1] - 84:6
**analyze** [1] - 94:22
**analyzed** [2] - 23:15, 56:7
**analyzer** [1] - 52:12
**analyzing** [3] - 7:18, 39:20, 66:4
**anesthetically** [1] - 109:25
**announcement** [2] - 29:13, 29:14

**anonymity** [2] - 24:22, 56:16
**anonymization** [1] - 49:19
**anonymous** [3] - 24:19, 25:7, 118:18
**answer** [2] - 129:11, 139:20
**answered** [2] - 77:20, 77:22
**answering** [1] - 29:2
**anti** [1] - 14:10
**anti-money** [1] - 14:10
**anyway** [2] - 58:12, 83:23
**anyways** [1] - 49:20
**apologies** [2] - 52:3, 121:9
**apologize** [4] - 26:25, 50:8, 50:9, 122:13
**appeal** [1] - 80:7
**appear** [2] - 65:20, 81:11
**aPPEARANCES** [1] - 1:13
**apply** [1] - 8:6
**appointment** [1] - 137:6
**appreciate** [3] - 27:6, 121:18, 134:13
**appropriate** [4] - 32:17, 32:21, 62:12, 120:21
**appropriately** [5] - 63:20, 64:14, 66:21, 69:23, 70:10
**April** [5] - 76:14, 77:9, 78:12, 78:25, 81:20
**archive** [1] - 86:23
**archive.org** [5] - 82:13, 86:8, 86:14, 86:20, 98:11
**area** [1] - 83:4
**areas** [2] - 15:15, 15:18
**argue** [4] - 13:9, 27:2, 80:4, 111:22
**argued** [1] - 60:25
**arguing** [1] - 78:25
**argument** [2] - 80:12, 85:2
**arrest** [2] - 76:17, 138:23
**arrested** [1] - 79:1, 79:22, 138:15
**arriving** [1] - 84:16
**arrow** [10] - 33:23,

116:24, 117:10, 117:13, 117:22, 118:10, 118:23, 119:1, 119:4, 120:12
**arrows** [1] - 132:13
**aspect** [1] - 54:4
**assign** [1] - 71:8
**assigned** [1] - 65:7
**assist** [2] - 74:14, 116:5
**assistance** [2] - 30:16, 95:5
**associated** [6] - 18:1, 49:22, 55:12, 74:12, 78:1, 125:18
**assume** [1] - 4:16
**assuming** [2] - 91:20, 92:9
**assumptions** [1] - 84:18
**attachment** [1] - 83:10
**attacker** [1] - 18:23
**attempt** [1] - 9:20
**attempting** [2] - 19:22, 42:21
**attention** [19] - 28:2, 28:22, 29:7, 69:25, 74:17, 88:13, 99:18, 103:5, 106:11, 108:9, 109:3, 113:19, 123:6, 123:17, 126:10, 127:14, 130:14, 131:11, 132:25
**attentive** [1] - 134:13
**attentiveness** [1] - 121:19
**ATTORNEY'S** [1] - 1:14
**attribute** [1] - 70:19
**attributed** [4] - 60:3, 69:17, 69:23, 70:18
**attribution** [2] - 67:18, 68:1
**attributions** [1] - 65:16
**AurumXChange** [41] - 93:19, 97:25, 98:1, 98:9, 98:11, 98:24, 99:5, 99:7, 99:9, 99:12, 99:15, 99:16, 99:20, 100:18, 113:2, 115:10, 116:25, 117:1, 117:3, 117:5, 117:11, 117:12, 117:14, 118:1, 119:16, 119:17, 120:5, 127:9, 127:11, 127:21, 128:3, 128:23, 129:7, 129:9,

129:14, 129:18, 132:8, 132:17, 132:18, 133:9, 133:16
**authorities** [4] - 24:24, 47:3, 57:2, 57:7
**automated** [2] - 81:3, 81:6
**available** [1] - 24:22
**Avenue** [4] - 1:18, 1:21, 2:3, 141:14
**average** [2] - 52:7, 52:8
**avoid** [8] - 16:1, 16:19, 20:18, 47:1, 53:18, 119:22, 135:23, 139:19
**avoiding** [1] - 46:24
**avoids** [1] - 21:20
**aware** [5] - 17:2, 17:4, 22:7, 31:5, 119:6

## B

**background** [2] - 10:3, 11:10
**balance** [1] - 81:13
**bank** [3] - 25:6, 114:10
**based** [11] - 23:18, 24:3, 61:11, 66:20, 69:7, 69:13, 82:11, 86:2, 88:2, 89:15, 89:21
**basic** [2] - 11:10, 82:9
**basis** [9] - 10:15, 14:15, 20:10, 31:24, 32:20, 38:12, 54:16, 78:11, 104:19
**batched** [1] - 49:6
**bear** [1] - 70:17
**became** [2] - 34:23, 44:18
**becomes** [1] - 19:15
**been..** [1] - 81:5
**BEFORE** [1] - 1:11
**beginning** [1] - 12:16
**behalf** [1] - 118:18
**behavior** [6] - 40:14, 47:24, 65:22, 66:1, 66:4, 70:24
**behind** [2] - 23:24, 135:13
**belong** [9] - 7:17, 50:19, 60:4, 66:19, 69:7, 70:9, 70:13, 71:3

**belonged** [3] - 7:16, 69:22, 71:1
**belonging** [1] - 65:17
**belongs** [2] - 7:19, 69:15
**below** [1] - 69:25
**bench** [16] - 9:5, 15:21, 20:2, 26:8, 31:8, 37:12, 42:4, 50:5, 52:24, 60:19, 78:9, 82:4, 104:3, 111:20, 116:19, 137:25
**benefit** [1] - 4:16
**benefits** [1] - 24:5
**best** [5] - 28:10, 28:20, 50:11, 54:24, 141:7
**Best** [1] - 8:17
**Bestmixer** [5] - 23:20, 23:21, 23:22, 23:23, 24:6
**Bestmixer.io** [1] - 23:9
**better** [2] - 63:12, 136:7
**between** [16] - 8:21, 14:9, 24:2, 25:25, 47:16, 49:3, 51:4, 54:6, 62:7, 62:18, 85:7, 88:8, 100:2, 134:1, 136:12
**beyond** [1] - 10:15
**big** [4] - 22:5, 64:13, 95:14, 118:1
**big-picture** [1] - 95:14
**bigger** [1] - 120:7
**Bisbee** [9] - 61:17, 61:25, 62:1, 63:12, 63:16, 64:5, 64:17, 64:19, 73:11
**bit** [11] - 24:17, 27:1, 27:9, 27:25, 34:18, 39:21, 48:11, 102:16, 120:12, 135:13, 136:22
**Bitcoin** [232] - 6:5, 6:8, 6:19, 8:17, 10:3, 18:10, 23:7, 23:13, 23:21, 23:22, 23:24, 24:1, 24:5, 24:14, 24:18, 24:19, 25:4, 25:8, 25:12, 29:11, 29:14, 29:17, 29:18, 29:21, 30:4, 30:6, 30:13, 30:18, 31:11, 32:10, 33:8, 33:10, 33:11, 34:6, 34:22, 34:23, 35:23, 36:3,

36:18, 37:1, 37:16, 37:17, 37:24, 38:3, 38:8, 38:9, 39:11, 39:20, 40:2, 40:5, 41:5, 41:7, 42:12, 42:18, 43:19, 43:23, 44:3, 44:4, 44:9, 44:13, 44:14, 44:25, 45:11, 45:14, 45:15, 45:16, 45:17, 45:19, 45:20, 46:6, 46:23, 48:9, 50:19, 51:25, 52:1, 52:9, 52:15, 56:9, 56:10, 56:11, 56:12, 56:13, 56:22, 57:6, 57:17, 57:19, 57:20, 59:5, 59:9, 59:24, 60:2, 60:4, 60:11, 61:15, 62:7, 62:11, 62:18, 65:5, 65:12, 65:18, 65:22, 66:1, 66:7, 66:11, 66:19, 66:24, 67:8, 69:7, 69:9, 69:11, 69:13, 69:15, 69:16, 69:19, 69:22, 69:24, 70:6, 70:9, 70:10, 70:13, 70:14, 70:18, 71:2, 71:3, 71:6, 71:9, 71:10, 71:11, 71:12, 71:17, 74:8, 74:12, 74:20, 75:13, 75:16, 75:19, 75:24, 76:6, 76:7, 76:13, 76:18, 77:6, 77:25, 78:2, 78:12, 78:18, 78:22, 78:23, 80:1, 80:5, 81:7, 81:13, 81:17, 81:18, 81:23, 83:14, 84:9, 84:11, 84:12, 85:4, 86:11, 86:23, 88:9, 88:10, 89:15, 89:16, 89:21, 89:25, 90:6, 91:3, 91:6, 91:21, 92:8, 92:20, 92:24, 93:11, 93:16, 102:1, 102:2, 102:7, 103:9, 103:16, 103:20, 103:25, 105:4, 105:5, 106:9, 107:25, 108:6, 109:6, 109:11, 111:11, 111:16, 112:12, 112:13, 112:14, 112:15, 112:17, 112:19, 112:23, 114:17, 114:18, 114:19, 114:23, 115:2, 115:13, 123:22, 124:9, 124:15, 124:17,

124:19, 124:21, 124:24, 124:25, 125:2, 125:5, 125:10, 125:17, 125:24, 138:4
**bitcoinfog.com** [8] - 24:11, 29:12, 86:20, 89:13, 93:5, 96:8, 110:11, 113:6
**Bitcoins** [14] - 25:5, 25:21, 25:22, 28:23, 29:3, 29:4, 29:5, 29:10, 47:13, 47:16, 47:20, 57:2, 75:18, 114:17
**black** [1] - 120:14
**blanking** [1] - 55:15
**block** [2] - 7:24, 49:14
**blockchain** [43] - 4:5, 7:21, 7:22, 8:3, 8:20, 8:24, 9:10, 9:15, 10:22, 10:24, 11:15, 11:16, 11:24, 12:2, 12:3, 12:5, 15:1, 15:3, 15:6, 16:19, 17:5, 18:15, 19:3, 19:10, 24:21, 25:11, 25:15, 28:15, 34:8, 40:3, 41:18, 41:22, 43:23, 44:3, 47:14, 48:7, 65:13, 75:8, 78:1, 83:7, 103:25, 105:5, 106:22
**blockchains** [2] - 7:19, 14:10
**blue** [3] - 69:6, 71:4, 120:13
**board** [1] - 131:13
**Bob** [3] - 7:14, 7:17, 77:4
**body** [1] - 130:11
**bolster** [2] - 9:21, 13:5
**bottom** [10] - 23:8, 28:12, 33:21, 47:8, 48:18, 60:5, 70:12, 95:25, 100:19, 116:25
**bought** [2] - 124:10, 124:20
**box** [21] - 5:8, 5:9, 33:21, 33:25, 50:21, 57:9, 69:6, 69:8, 71:3, 71:4, 97:5, 109:17, 117:12, 118:1, 119:15, 119:17, 119:18, 119:19, 119:20, 120:14, 120:15
**boxes** [1] - 69:6
**break** [14] - 8:21,

26:4, 53:17, 54:10, 55:3, 55:5, 56:16, 59:12, 59:15, 68:10, 71:24, 71:25, 72:8
**breakdowns** [1] - 91:10
**breaking** [1] - 134:6
**breaks** [1] - 59:13
**bridge** [1] - 80:11
**bring** [2] - 61:19, 62:13
**bringing** [3] - 13:3, 79:6, 79:24
**broken** [1] - 124:23
**Brooklyn** [1] - 1:25
**brought** [2] - 11:9, 95:8
**BROWN** [2] - 1:14, 40:23
**Brown** [2] - 27:10, 55:7
**BTC** [9] - 86:4, 88:4, 88:20, 88:21, 89:8, 124:10, 124:20, 125:2, 125:6
**bulk** [1] - 63:5
**bulletproof** [1] - 51:7
**bunch** [2] - 16:25, 41:9
**business** [4] - 20:22, 67:5, 67:6, 114:11
**buttons** [1] - 35:21
**buy** [1] - 126:7
**buying** [1] - 125:4
**BY** [83] - 2:1, 6:1, 7:4, 14:1, 16:17, 23:3, 24:16, 27:22, 28:1, 33:3, 34:3, 35:3, 35:17, 36:11, 39:10, 40:18, 41:1, 43:2, 43:17, 44:22, 47:7, 48:12, 49:13, 50:15, 50:23, 51:14, 56:1, 58:2, 59:2, 59:18, 65:3, 67:24, 68:12, 69:1, 74:6, 75:5, 77:10, 77:15, 78:4, 80:21, 85:22, 86:6, 86:18, 87:8, 87:18, 87:23, 90:19, 91:19, 92:22, 95:7, 95:23, 97:9, 98:5, 98:22, 102:18, 103:1, 105:2, 105:10, 106:4, 107:7, 107:21, 108:12, 109:2, 109:18, 110:5, 111:9, 112:8, 116:9, 121:23, 123:1, 123:15, 124:16, 125:14, 126:19,

127:1, 127:18, 129:2, 129:10, 129:16, 130:6, 131:8, 131:15, 132:3

**C**

**calculate** [3] - 75:19, 88:11, 89:21
**calculated** [1] - 90:24
**calculating** [1] - 83:11
**calculations** [5] - 86:2, 88:2, 90:9, 91:10, 92:16
**cannot** [1] - 94:12
**capture** [2] - 86:7, 110:19
**captured** [1] - 98:11
**captures** [1] - 86:14
**card** [2] - 25:6, 100:2
**care** [1] - 137:7
**careful** [2] - 79:16, 139:9
**Casascius** [1] - 48:17
**case** [19] - 8:1, 10:2, 10:9, 18:17, 27:12, 27:13, 29:11, 38:7, 65:14, 66:25, 70:17, 72:2, 80:4, 80:8, 118:5, 134:10, 134:11, 135:20, 135:21
**cases** [9] - 14:19, 14:21, 14:24, 14:25, 19:11, 34:9, 34:21, 35:7, 94:6
**cash** [1] - 83:19
**CATHERINE** [1] - 1:17
**caught** [2] - 47:3, 79:14
**centralized** [1] - 6:20
**certain** [3] - 40:4, 49:2, 138:16
**certainly** [6] - 54:5, 63:18, 79:7, 79:11, 80:25, 118:14
**CERTIFICATE** [1] - 141:1
**certify** [1] - 141:4
**cetera** [1] - 106:8
**chain** [3] - 14:9, 30:1, 34:13
**Chainalysis** [40] - 8:13, 9:1, 9:14, 9:19, 9:21, 9:22, 10:7, 10:8,

10:16, 10:21, 13:1, 13:4, 13:6, 60:2, 60:4, 61:4, 61:10, 61:20, 63:6, 65:6, 65:8, 65:17, 66:25, 67:3, 67:4, 67:5, 69:9, 69:17, 69:24, 70:16, 70:19, 70:20, 70:22, 70:25, 71:1, 71:7, 71:13, 82:11

**Chainalysis's** [2] - 11:5, 70:14

**chains** [7] - 29:24, 33:17, 34:12, 35:5, 36:8, 36:17, 66:6

**challenged** [1] - 61:17

**chance** [2] - 25:24, 80:16

**change** [3] - 44:15, 86:11, 88:7

**changed** [8] - 36:15, 88:17, 88:20, 88:22, 89:4, 89:7, 119:5, 122:4

**charged** [2] - 89:18, 92:20

**Charlie** [2] - 7:14, 7:18

**chart** [49] - 31:1, 35:8, 35:13, 35:18, 68:4, 69:2, 74:14, 75:7, 80:23, 81:14, 82:16, 83:15, 91:1, 95:5, 95:9, 95:12, 96:25, 99:18, 102:17, 107:25, 108:9, 109:12, 109:14, 110:6, 110:17, 111:11, 111:12, 111:14, 111:25, 114:1, 114:8, 115:8, 115:18, 115:25, 116:2, 116:6, 116:22, 117:24, 119:2, 119:6, 120:11, 121:25, 123:3, 123:10, 123:22, 125:19, 126:18, 127:3, 132:2

**charts** [4] - 90:5, 119:1, 119:22, 124:15

**chat** [1] - 23:13

**cheap** [1] - 114:12

**check** [2] - 66:6, 128:17

**CHRISTOPHER** [1] - 1:14

**CI** [1] - 66:13

**circle** [3] - 33:9, 33:22, 71:5

**circled** [1] - 71:11

**circles** [1] - 31:20

**circumstances** [2] - 19:16, 22:12

**claim** [2] - 28:18, 79:25

**claiming** [2] - 53:4, 99:1

**clarification** [1] - 120:20

**clarify** [3] - 120:3, 120:4, 121:16

**clarifying** [1] - 21:24

**clarity** [2] - 119:4, 135:4

**clear** [12] - 15:23, 17:17, 21:3, 21:12, 22:20, 36:9, 84:2, 110:1, 113:11, 117:17, 117:24, 132:16

**clearing** [1] - 132:5

**clearly** [1] - 12:11

**clearnet** [4] - 24:2, 24:6, 24:14, 29:12

**clearweb** [1] - 23:23

**clicking** [1] - 80:23

**client** [1] - 80:5

**close** [3] - 15:10, 49:9, 101:16

**closing** [1] - 17:14

**cluster** [46] - 8:6, 32:12, 38:3, 39:20, 39:25, 40:5, 40:13, 41:8, 44:5, 44:9, 57:17, 57:20, 60:3, 60:11, 61:5, 61:15, 61:24, 62:9, 62:11, 64:12, 65:7, 65:12, 66:7, 66:11, 67:8, 69:9, 69:17, 70:10, 70:14, 70:16, 70:20, 71:2, 71:8, 74:9, 74:20, 75:9, 75:13, 75:25, 76:19, 78:22, 78:23, 81:12, 81:17, 82:11, 83:14, 89:25

**clustered** [5] - 63:6, 65:5, 66:20, 70:10, 71:6

**clustering** [3] - 59:19, 67:25, 70:22

**clusters** [8] - 61:5, 62:15, 67:7, 67:9, 67:11, 67:14, 67:17, 71:13

**co** [3] - 8:6, 35:1, 46:20

**co-spend** [1] - 8:6

**co-spends** [1] -

46:20

**co-spent** [1] - 35:1

**code** [38] - 61:3, 61:10, 100:2, 100:6, 100:7, 100:13, 100:16, 100:18, 100:21, 101:4, 101:6, 101:19, 101:23, 102:7, 102:8, 102:9, 103:6, 103:10, 112:19, 112:21, 112:22, 112:25, 113:2, 126:4, 126:5, 127:17, 127:21, 127:25, 128:3, 130:12, 131:5, 131:9, 131:10, 131:13, 131:20, 131:22, 132:16

**codes** [14] - 99:25, 100:1, 100:4, 126:8, 126:13, 126:14, 126:20, 126:23, 127:4, 127:6, 127:12, 132:6, 132:10, 132:20

**cognizant** [1] - 17:3

**CoinJoin** [6] - 6:21, 7:6, 7:8, 7:11, 7:23, 8:12

**CoinJoins** [1] - 8:13

**coins** [1] - 6:7

**collected** [4] - 86:23, 87:19, 88:14, 89:1

**collecting** [1] - 41:14

**colored** [1] - 33:13

**Columbia** [2] - 2:2, 141:13

**COLUMBIA** [2] - 1:1, 1:15

**combat** [1] - 58:14

**combine** [1] - 7:15

**combined** [2] - 41:8, 45:6

**combining** [1] - 48:21

**coming** [12] - 17:7, 17:21, 40:13, 41:20, 46:15, 48:2, 61:25, 73:10, 108:3, 108:6, 139:1, 139:3

**common** [3] - 12:2, 93:22, 94:14

**Company** [1] - 133:9

**Company's** [1] - 98:24

**compare** [1] - 113:25

**competence** [1] - 83:25

**complete** [3] - 31:12, 134:21, 141:6

**completed** [3] - 130:21, 130:25, 131:24

**completely** [2] - 57:14, 80:4

**completion** [1] - 131:17

**complex** [3] - 86:1, 88:2, 94:16

**compliance** [1] - 9:8

**complicate** [1] - 12:3

**complicated** [4] - 14:8, 44:19, 56:14, 94:10

**computer** [1] - 14:21

**conceal** [1] - 94:4

**conceding** [1] - 73:2

**concept** [1] - 92:18

**concern** [5] - 32:6, 55:17, 120:7, 136:13, 138:7

**concerned** [3] - 17:10, 17:13, 120:19

**concerns** [4] - 54:25, 55:1, 72:22, 120:1

**concluded** [1] - 140:13

**concludes** [1] - 15:17

**conclusion** [1] - 20:11

**conclusions** [1] - 49:5

**conditional** [1] - 73:11

**conduct** [4] - 17:25, 72:3, 83:25, 134:10

**confer** [5] - 53:14, 53:17, 72:13, 120:10, 139:23

**conference** [16] - 9:5, 15:21, 20:2, 26:8, 31:8, 37:12, 42:4, 50:5, 52:24, 60:19, 78:9, 82:4, 104:3, 111:20, 116:19, 137:25

**confers** [1] - 121:4

**confidence** [1] - 71:8

**confirm** [6] - 66:6, 101:8, 137:2, 137:4, 137:8, 137:10

**confirmation** [1] - 128:24

**confirming** [1] - 66:17

**confused** [1] - 21:8

**confusing** [2] - 117:7, 117:16

**confusion** [1] - 22:18

**completed**

**connect** [1] - 6:12

**connected** [3] - 19:4, 48:8, 101:9

**connecting** [2] - 25:3, 122:5

**connection** [6] - 8:21, 25:25, 46:17, 46:22, 57:15, 58:10

**conservative** [3] - 70:22, 71:8, 71:14

**consider** [2] - 47:9, 47:11

**considerably** [1] - 34:12

**considering** [1] - 51:21

**consistent** [11] - 4:1, 5:10, 44:12, 59:8, 66:8, 70:24, 71:12, 89:20, 91:5, 114:2, 115:13

**consistently** [1] - 43:24

**consolidated** [1] - 29:25

**consolidation** [44] - 29:22, 29:24, 31:16, 32:13, 33:16, 33:18, 34:11, 35:1, 36:5, 36:14, 36:16, 36:21, 37:1, 37:3, 37:25, 38:1, 38:4, 39:12, 39:13, 39:18, 39:19, 39:23, 40:1, 40:6, 40:20, 41:4, 41:23, 41:24, 42:7, 42:11, 42:17, 42:22, 43:5, 43:7, 43:19, 43:22, 44:8, 44:14, 45:5, 62:8, 65:19, 66:2, 66:4

**constitutes** [1] - 141:4

**Constitution** [2] - 2:3, 141:14

**consulted** [1] - 65:13

**contained** [1] - 60:2

**content** [1] - 24:10

**continue** [5] - 27:5, 74:3, 94:23, 107:5, 112:9

**Continued** [1] - 3:5

**CONTINUED** [1] - 5:25

**controlled** [4] - 57:19, 59:21, 65:23, 66:3

**controlling** [1] - 6:20

**controls** [2] - 6:10, 70:21

**convenient** [1] - 134:1

**conversation** [3] - 54:11, 54:13, 55:1

**converted** [11] - 93:16, 93:19, 109:11, 111:16, 112:12, 112:23, 114:23, 114:24, 115:2, 125:23, 126:7

**converting** [3] - 102:1, 125:21

**conviction** [1] - 136:8

**cooperation** [1] - 23:16

**copies** [1] - 129:17

**copy** [1] - 60:10

**core** [2] - 53:3, 61:16

**corner** [1] - 91:15

**correct** [4] - 13:12, 75:12, 78:16, 78:20

**correctly** [2] - 33:6, 42:13

**corresponding** [2] - 127:11, 128:6

**corroborated** [2] - 65:16, 65:17

**counsel** [7] - 20:8, 27:4, 42:16, 53:14, 54:10, 72:13, 136:12

**countries** [1] - 23:17

**couple** [7] - 31:20, 46:4, 51:22, 114:11, 118:9, 124:7, 136:4

**course** [5] - 53:4, 58:13, 61:20, 67:5, 135:21

**Court** [22] - 2:1, 2:2, 12:8, 14:15, 15:17, 20:6, 20:12, 26:11, 31:5, 31:14, 42:19, 53:6, 53:20, 55:20, 61:20, 72:14, 104:13, 121:4, 135:14, 136:1, 141:12, 141:13

**court** [19] - 6:25, 13:25, 16:16, 22:24, 27:21, 32:25, 39:8, 43:1, 50:14, 55:24, 64:23, 73:16, 80:19, 85:18, 97:4, 105:1, 111:14, 112:7, 120:25

**COURT** [156] - 1:1, 4:1, 5:1, 5:7, 6:22, 7:2, 9:4, 9:12, 10:6, 11:1, 12:13, 13:8, 13:14, 13:20, 15:17, 15:25, 16:11, 16:14, 21:11, 22:2, 26:23,

27:6, 27:19, 30:23, 31:2, 31:6, 31:18, 31:22, 32:16, 33:1, 34:1, 35:2, 35:14, 37:9, 37:22, 38:13, 39:3, 39:9, 42:15, 42:23, 43:13, 50:10, 53:13, 53:24, 54:19, 55:6, 55:13, 55:16, 55:22, 55:25, 58:22, 59:14, 60:16, 61:6, 62:1, 62:23, 63:9, 63:25, 64:15, 64:21, 64:24, 67:21, 68:11, 68:19, 68:21, 71:25, 72:8, 72:12, 72:15, 72:18, 72:22, 73:3, 73:6, 73:10, 73:15, 73:19, 73:21, 74:3, 74:24, 75:1, 76:24, 77:2, 77:13, 77:19, 77:21, 77:23, 78:16, 79:11, 80:3, 80:11, 80:20, 83:20, 85:1, 87:3, 87:12, 87:17, 90:13, 90:15, 95:20, 97:4, 97:6, 97:8, 98:16, 98:18, 104:7, 104:15, 104:20, 105:22, 105:24, 107:16, 107:18, 110:25, 111:2, 112:5, 116:16, 117:9, 118:8, 118:19, 119:9, 119:23, 120:23, 121:1, 121:3, 121:6, 121:12, 121:16, 122:7, 122:17, 122:21, 129:8, 129:12, 130:2, 131:14, 133:25, 134:5, 134:7, 134:19, 134:23, 135:1, 135:7, 135:17, 136:2, 136:11, 136:15, 136:19, 136:25, 137:4, 137:12, 137:19, 137:24, 138:13, 138:18, 138:25, 139:6, 140:7, 140:10

**Court's** [1] - 138:7

**COURTROOM** [16] - 5:2, 5:5, 40:25, 72:5, 73:16, 73:23, 74:1, 107:1, 107:3, 121:2, 121:4, 122:10, 128:12, 128:14, 134:15, 134:18

**courtroom** [7] - 5:3, 12:12, 72:6, 73:24,

134:16, 134:24, 137:23

**covered** [1] - 126:15

**covering** [1] - 82:25

**covert** [1] - 9:20

**craft** [1] - 22:17

**create** [3] - 30:5, 35:25, 45:25

**created** [5] - 30:14, 66:25, 78:2, 90:5, 112:23

**creates** [1] - 35:23

**creating** [3] - 45:20, 45:24, 51:10

**credit** [1] - 25:6

**credits** [1] - 132:18

**criminal** [9] - 11:4, 11:9, 17:2, 17:4, 17:10, 17:12, 19:13, 94:6, 94:17

**Criminal** [1] - 1:3

**criminals** [9] - 8:18, 8:19, 11:22, 12:1, 12:11, 14:25, 16:9, 16:18, 19:18

**cross** [16] - 4:11, 4:17, 21:12, 21:14, 22:21, 54:9, 64:2, 64:9, 64:13, 64:14, 80:11, 83:24, 85:6, 135:20, 137:16, 138:6

**cross-examination** [3] - 4:17, 21:12, 21:14

**cross-examinations** [1] - 4:11

**cross-examine** [4] - 64:2, 64:9, 83:24, 85:6

**crossed** [1] - 31:17

**CRR** [3] - 2:1, 141:3, 141:12

**cryptocurrencies** [1] - 14:4

**cryptocurrency** [11] - 9:10, 9:17, 10:3, 11:11, 11:24, 14:18, 16:9, 18:22, 67:6, 82:9, 94:7

**culture** [1] - 54:4

**cumulative** [5] - 67:20, 104:5, 104:19, 104:20, 111:24

**currency** [3] - 25:6, 96:12, 98:2

**current** [2] - 51:21, 58:16

**curtailing** [1] - 63:23

**custodial** [5] - 6:18, 6:19, 7:10, 7:13, 8:16

**customer** [1] - 16:24

**cut** [2] - 104:9, 104:22

**cybercriminals** [5] - 10:23, 11:14, 14:3, 14:17, 16:4

# D

**D.C** [6] - 1:6, 1:16, 1:19, 1:21, 2:4, 141:14

**damaging** [1] - 80:8

**darknet** [8] - 12:2, 14:20, 16:25, 17:21, 23:24, 62:19, 67:14, 71:19

**data** [5] - 11:5, 35:9, 61:11, 105:15, 107:10

**date** [14] - 76:15, 76:19, 78:14, 84:10, 84:11, 86:7, 87:9, 87:19, 88:14, 88:25, 124:5, 136:18, 138:16, 138:23

**Dated** [1] - 141:10

**Daubert** [7] - 12:14, 60:25, 61:8, 61:16, 61:23, 62:20, 79:9

**days** [6] - 52:10, 76:16, 79:1, 114:11, 118:9

**days)** [1] - 51:22

**dealer** [2] - 71:19, 71:20

**dealt** [1] - 64:14

**December** [1] - 87:20

**decision** [1] - 139:24

**Defendant** [3] - 1:7, 115:15, 125:4

**DEFENDANT** [1] - 1:23

**Defendant's** [7] - 95:1, 113:8, 113:16, 115:12, 119:19, 128:5, 129:18

**defense** [16] - 4:18, 26:18, 27:4, 42:16, 54:14, 72:13, 72:23, 79:8, 80:1, 83:5, 83:16, 117:21, 118:1, 119:12, 119:25, 140:6

**defense's** [1] - 13:6

**defer** [1] - 135:25

**definitely** [2] - 48:22, 84:6

**definitive** [1] - 38:6

**deliberates** [1] -

21:23

**deliberating** [1] - 120:8

**demonstrative** [11] - 5:22, 30:24, 31:25, 32:5, 32:8, 32:19, 32:22, 33:2, 40:24, 105:8, 107:2

**deniability** [2] - 47:18, 48:6

**DEPARTMENT** [2] - 1:18, 1:20

**depict** [2] - 86:22, 116:11

**depicting** [2] - 30:13, 44:24

**depiction** [4] - 60:10, 98:10, 105:17, 117:7

**deposit** [63] - 6:5, 6:6, 25:25, 28:21, 29:22, 33:10, 33:12, 33:15, 34:10, 34:20, 35:22, 35:24, 36:1, 36:2, 36:4, 36:16, 40:8, 41:7, 41:12, 41:13, 41:14, 41:21, 47:16, 47:24, 49:3, 49:5, 49:22, 56:10, 57:3, 57:13, 58:16, 66:17, 69:12, 69:14, 70:6, 76:4, 76:5, 88:1, 88:7, 100:11, 102:7, 102:11, 103:16, 103:17, 105:15, 107:10, 109:9, 111:15, 112:11, 113:13, 114:13, 123:14, 123:19, 123:21, 123:24, 124:2, 124:3, 124:19, 125:9, 127:20, 127:24, 128:2

**deposited** [7] - 29:10, 93:15, 93:20, 102:1, 112:21, 113:3, 133:19

**depositing** [2] - 33:9, 113:16

**deposits** [31] - 28:16, 29:23, 35:1, 39:24, 40:1, 40:5, 40:10, 40:13, 41:9, 41:11, 41:20, 41:23, 42:1, 43:23, 44:4, 48:21, 57:4, 58:17, 58:21, 59:1, 59:4, 66:5, 75:13, 76:2, 76:18, 76:22, 77:9, 86:1, 90:23, 90:25, 103:24

**depth** [1] - 61:9
**DEPUTY** [16] - 5:2, 5:5, 40:25, 72:5, 73:16, 73:23, 74:1, 107:1, 107:3, 121:2, 121:4, 122:10, 128:12, 128:14, 134:15, 134:18
**describe** [12] - 10:12, 29:20, 31:21, 45:23, 48:13, 52:20, 56:3, 69:5, 93:14, 95:13, 107:8, 114:21
**described** [6] - 28:5, 28:25, 44:7, 48:20, 115:2, 115:12
**describing** [11] - 28:8, 47:22, 47:24, 48:1, 51:23, 51:24, 52:21, 56:4, 56:20, 56:21, 133:5
**description** [4] - 29:17, 31:15, 44:13, 66:8
**descriptions** [1] - 59:7
**designation** [7] - 10:18, 12:15, 12:19, 12:23, 13:11, 13:15, 32:17
**designed** [1] - 46:23
**designer** [1] - 30:16
**destination** [1] - 94:4
**detail** [8] - 4:17, 39:21, 42:9, 42:14, 42:20, 66:22, 104:21, 121:24
**details** [2] - 23:13, 45:2
**detained** [1] - 138:17
**detention** [1] - 138:10
**determine** [13] - 7:19, 17:6, 50:19, 59:20, 93:4, 93:7, 96:21, 100:17, 101:19, 102:3, 102:9, 106:22, 108:16
**determined** [1] - 65:4
**deterministic** [1] - 88:7
**diagram** [1] - 35:6
**different** [30] - 6:14, 6:17, 6:23, 7:15, 7:25, 8:15, 14:7, 14:9, 16:10, 19:11, 20:21, 23:22, 33:15, 35:21, 40:7, 41:13, 45:6, 62:9, 73:13, 93:17,

104:21, 111:25, 112:4, 118:21, 118:22, 118:24, 119:1, 124:23
**differently** [1] - 62:5
**difficult** [8] - 7:18, 8:20, 19:15, 30:4, 56:22, 58:11, 94:13, 136:5
**digital** [2] - 111:12, 111:13
**dire** [1] - 139:25
**Direct** [1] - 3:5
**direct** [5] - 4:10, 74:17, 103:5, 114:8, 127:14
**DIRECT** [1] - 5:25
**directed** [1] - 64:3
**directing** [11] - 28:2, 28:22, 29:7, 69:25, 106:11, 113:19, 123:16, 126:10, 130:14, 131:11, 132:25
**directly** [3] - 93:11, 103:12, 114:10
**disclosed** [2] - 78:14, 83:13
**disclosure** [2] - 78:21, 83:13
**discovery** [1] - 118:4
**discuss** [8] - 32:9, 35:4, 35:15, 72:2, 134:10, 134:20, 137:18, 137:23
**discussed** [6] - 15:16, 31:4, 42:17, 45:19, 123:21, 137:15
**discussing** [2] - 12:25, 45:15
**discussion** [5] - 12:1, 32:12, 42:18, 122:21, 136:12
**distinction** [2] - 24:2, 84:23
**distinguishing** [2] - 52:12, 85:7
**distributions** [1] - 92:18
**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:15
**District** [3] - 2:2, 2:2, 141:13
**district** [1] - 141:13
**Division** [9] - 109:1, 111:15, 111:17, 112:11, 113:12, 114:14, 117:11, 123:7, 126:24
**document** [8] -

112:4, 113:16, 113:21, 113:22, 113:24, 114:4, 114:8, 115:5
**documentation** [1] - 66:16
**dollar** [3] - 90:23, 90:24, 125:12
**dollars** [27] - 18:25, 76:8, 93:19, 101:7, 101:23, 101:24, 102:2, 113:3, 114:17, 114:20, 115:2, 124:24, 125:11, 125:16, 125:22, 125:24, 126:12, 126:13, 126:14, 127:24, 128:2, 132:18, 132:19, 132:22, 132:23, 132:24, 133:11
**dollars'** [1] - 19:6
**domain** [7] - 93:5, 96:8, 110:10, 111:11, 113:7, 115:13, 123:22
**done** [10] - 4:21, 5:14, 25:23, 33:5, 49:21, 58:19, 67:4, 117:19, 118:16, 120:6
**door** [2] - 79:2, 79:19
**down** [22] - 19:23, 24:8, 24:17, 27:24, 30:1, 48:11, 49:11, 50:21, 60:5, 81:11, 85:20, 87:21, 88:16, 89:3, 92:21, 95:24, 96:14, 110:4, 122:3, 124:23, 130:19, 134:19
**dozens** [3] - 34:10, 34:21, 34:24
**Dr** [1] - 126:5
**dragging** [1] - 60:6
**draw** [5] - 33:5, 34:1, 49:4, 79:17, 132:13
**drawings** [1] - 33:24
**drawn** [1] - 119:15
**drill** [2] - 34:18, 95:24
**drive** [1] - 113:17
**drug** [1] - 71:19
**during** [5] - 53:17, 54:10, 55:3, 55:5, 79:3
**Dutch** [1] - 23:10

**E**

**E012999** [1] - 130:18

early [4] - 29:21, 33:7, 34:21, 36:19
**earned** [4] - 90:6, 91:21, 92:8, 125:16
**earnings** [2] - 81:23, 89:21
**easier** [5] - 35:9, 72:11, 85:2, 111:14
**easily** [1] - 25:2
**EDWARDS** [2] - 2:1, 141:3
**Edwards** [1] - 141:12
**effect** [2] - 16:5, 94:9
**efficiency** [1] - 73:4
**Eighth** [1] - 1:25
**either** [4] - 21:23, 32:3, 38:24, 121:10
**Ekeland** [12] - 10:14, 11:1, 32:1, 64:2, 64:8, 64:10, 107:16, 118:24, 120:4, 120:10, 129:21, 135:17
**EKELAND** [96] - 1:23, 1:24, 4:25, 9:3, 9:7, 9:18, 11:2, 11:20, 12:7, 12:23, 13:19, 15:19, 15:23, 16:12, 19:25, 20:4, 21:2, 21:22, 26:6, 26:10, 26:20, 31:3, 31:10, 32:3, 37:10, 37:14, 38:5, 42:2, 42:6, 50:3, 50:7, 52:22, 53:1, 53:20, 54:13, 55:4, 55:18, 60:17, 60:21, 61:14, 62:22, 62:24, 67:19, 68:20, 72:17, 73:9, 74:25, 76:23, 76:25, 77:18, 77:20, 77:22, 78:7, 78:11, 78:24, 79:18, 80:9, 82:2, 82:6, 82:23, 83:17, 84:8, 87:10, 87:16, 90:14, 95:18, 98:17, 104:1, 104:5, 104:11, 104:16, 105:23, 107:17, 111:1, 111:18, 111:22, 116:17, 116:21, 117:15, 118:3, 118:9, 118:15, 128:19, 128:21, 128:25, 129:23, 129:25, 135:18, 136:9, 136:23, 137:14, 137:22, 138:2, 139:4, 140:5, 140:12
**electronic** [2] - 95:4,

95:12
**elicit** [1] - 10:20
**eliciting** [1] - 79:7
**eliminate** [2] - 25:23, 48:25
**eliminates** [1] - 48:22
**Elizabeth** [2] - 61:17, 61:25
**email** [8] - 46:2, 129:6, 129:19, 130:9, 130:11, 130:16, 130:24, 131:9
**emails** [10] - 128:5, 128:24, 128:25, 129:6, 129:13, 129:17, 130:22, 131:4, 132:4, 132:6
**empirical** [1] - 38:12
**end** [8] - 23:17, 24:1, 27:8, 58:7, 85:21, 87:21, 88:16, 89:3
**ended** [1] - 102:8
**ending** [12] - 100:21, 101:6, 112:20, 112:22, 113:1, 126:14, 126:16, 126:24, 127:25, 128:3, 130:12, 131:22
**ends** [2] - 103:10, 126:6
**enforcement** [26] - 8:23, 11:16, 15:4, 15:11, 16:4, 17:23, 18:10, 18:12, 18:14, 19:10, 19:17, 19:21, 19:22, 24:9, 26:4, 28:11, 46:10, 46:21, 50:18, 52:2, 56:7, 59:4, 96:14, 96:16, 99:4, 99:8
**engineering** [1] - 61:10
**entered** [14] - 5:3, 43:16, 65:2, 68:25, 73:24, 75:4, 87:6, 90:18, 98:21, 106:2, 107:20, 111:5, 122:24, 130:5
**entire** [1] - 79:23
**entirely** [1] - 62:12
**entities** [1] - 67:10
**entitled** [1] - 28:2
**entity** [3] - 6:20, 59:21, 70:20
**entry** [1] - 125:3
**error** [2] - 9:19, 61:21
**ESQ** [5] - 1:14, 1:17, 1:20, 1:23, 1:23

149

**essentially** [5] - 20:9, 70:21, 77:25, 84:4, 117:23
**established** [1] - 27:12
**establishes** [1] - 53:2
**et** [1] - 106:8
**euro** [5] - 111:15, 112:11, 114:13, 123:14, 125:1
**European** [1] - 114:10
**Europol** [1] - 23:16
**Europol's** [1] - 23:10
**euros** [15] - 109:9, 109:10, 114:16, 114:18, 123:19, 124:3, 124:9, 124:24, 125:1, 125:9, 125:22, 125:23
**evade** [7] - 10:24, 11:15, 14:25, 15:3, 15:6, 57:6
**evading** [2] - 12:5, 16:4
**evasion** [1] - 16:10
**evening** [2] - 134:11, 140:1
**evenly** [1] - 59:16
**event** [1] - 54:21
**eventually** [3] - 36:3, 41:15, 114:19
**Evidence** [1] - 118:15
**evidence** [31] - 20:5, 24:15, 26:14, 43:16, 53:2, 53:9, 53:22, 53:25, 54:1, 55:11, 65:2, 68:25, 73:2, 75:4, 79:24, 86:17, 87:6, 90:18, 95:19, 98:4, 98:21, 106:2, 107:20, 111:5, 113:20, 115:21, 122:7, 122:24, 123:8, 130:5, 138:15
**exact** [1] - 88:6
**exactly** [1] - 118:15
**Examination** [1] - 3:5
**examination** [3] - 4:17, 21:12, 21:14
**EXAMINATION** [1] - 5:25
**examinations** [1] - 4:11
**examine** [4] - 64:2, 64:9, 83:24, 85:6
**examining** [1] -

120:2
**example** [10] - 6:21, 7:6, 7:22, 17:21, 40:21, 41:3, 46:15, 56:8, 77:3, 77:4
**examples** [2] - 8:15, 70:23
**Excel** [2] - 84:4, 85:13
**except** [1] - 111:25
**exchange** [13] - 18:22, 25:5, 67:11, 84:9, 96:12, 98:2, 114:16, 114:17, 130:23, 130:24, 132:8, 133:12, 133:16
**exchanges** [4] - 9:17, 14:10, 99:3, 123:5
**exchanging** [1] - 132:18
**excuse** [2] - 15:19, 88:15
**excused** [1] - 5:15
**Exhibit** [73] - 3:9, 19:24, 22:25, 24:13, 30:8, 30:10, 30:21, 33:1, 36:24, 37:7, 40:16, 43:12, 43:13, 43:15, 47:5, 59:24, 60:14, 65:1, 68:7, 68:13, 68:17, 68:22, 68:24, 74:17, 74:22, 75:1, 75:3, 81:25, 85:19, 87:5, 87:7, 88:13, 88:25, 90:2, 90:11, 90:15, 90:17, 95:3, 98:3, 98:14, 98:18, 98:20, 105:6, 105:11, 105:20, 106:1, 106:24, 107:8, 107:15, 107:18, 107:19, 108:25, 110:2, 110:13, 110:14, 111:4, 113:19, 115:20, 116:6, 122:23, 123:6, 126:17, 127:14, 130:4, 130:14, 130:19, 131:7, 131:11, 131:16, 131:20, 131:23, 132:1, 132:25
**exhibit** [6] - 6:4, 31:25, 32:20, 64:16, 105:9, 120:8
**exhibits** [3] - 86:16, 118:10, 118:18
**Exhibits** [12] - 86:19, 87:2, 87:3, 99:18,

110:24, 111:2, 116:15, 122:20, 128:8, 128:10, 130:2, 130:7
**exist** [2] - 67:1, 67:3
**existed** [1] - 67:2
**exited** [2] - 72:6, 134:16
**expand** [1] - 33:23
**expenses** [1] - 92:17
**experience** [3] - 70:24, 93:22, 94:16
**expert** [46] - 9:8, 9:15, 9:19, 9:22, 9:24, 10:5, 10:18, 11:2, 11:13, 11:21, 11:22, 11:23, 12:10, 12:14, 12:19, 12:23, 13:11, 13:15, 15:18, 15:24, 16:8, 31:11, 31:17, 37:3, 37:21, 37:24, 38:2, 42:13, 62:17, 78:15, 78:17, 82:7, 82:20, 83:1, 83:3, 83:12, 83:18, 83:22, 84:7, 85:3, 85:14, 104:13, 104:17, 119:7, 119:12
**expertise** [3] - 16:4, 61:19, 83:4
**experts'** [1] - 38:1
**explain** [36] - 6:2, 6:16, 14:13, 14:14, 25:9, 28:4, 28:24, 33:4, 36:12, 36:14, 39:17, 40:19, 41:2, 42:21, 43:18, 43:21, 44:23, 45:2, 46:13, 65:4, 66:24, 76:21, 88:19, 94:2, 98:23, 99:25, 101:22, 106:5, 109:3, 112:4, 113:20, 123:2, 126:11, 130:8, 133:2, 133:6
**explaining** [2] - 66:21, 90:5
**explains** [2] - 38:2, 109:20
**explanatory** [1] - 10:2
**explorer** [1] - 7:24
**extending** [1] - 120:12
**extensive** [1] - 62:20
**extent** [7] - 21:16, 27:3, 63:2, 63:21, 82:24, 83:12, 85:4
**external** [1] - 51:6
**extremely** [1] - 80:8
**eyes** [1] - 129:1

**F**

**facie** [1] - 27:12
**fact** [18] - 10:11, 11:17, 25:15, 27:13, 49:19, 49:25, 50:1, 50:16, 69:13, 71:2, 78:16, 79:19, 79:22, 84:16, 95:18, 104:12, 138:9, 139:18
**fair** [6] - 55:16, 60:10, 73:6, 85:11, 98:10, 105:16
**fairly** [12] - 4:5, 30:15, 30:17, 31:23, 68:9, 68:13, 86:22, 90:8, 110:9, 110:19, 116:10, 116:11
**fake** [1] - 51:10
**fall** [1] - 24:9
**falls** [1] - 13:14
**familiar** [2] - 45:20, 93:25
**far** [1] - 82:7
**fashion** [2] - 70:5, 139:20
**FBI** [9] - 19:4, 19:5, 45:9, 66:13, 69:3, 69:10, 69:18, 71:16
**feature** [1] - 51:24
**February** [3] - 1:7, 52:8, 141:10
**fee** [15] - 85:25, 86:11, 86:12, 87:24, 88:1, 88:6, 88:11, 88:22, 88:24, 88:9, 89:10, 89:17, 91:3, 91:4, 92:9
**fees** [9] - 82:15, 86:1, 88:1, 89:18, 89:22, 90:7, 92:19, 125:17, 132:10
**Fees** [1] - 85:24
**female** [1] - 53:10
**few** [4] - 14:12, 38:25, 125:5, 137:1
**FFD2B** [6] - 102:8, 102:9, 103:6, 103:11, 112:20, 112:22
**fiat** [1] - 25:6
**fictitious** [1] - 55:8
**figure** [1] - 57:19
**figures** [5] - 74:20, 75:6, 85:13, 90:5, 91:14
**file** [1] - 17:18
**filing** [3] - 15:11, 17:14, 18:3
**final** [3] - 57:21,

58:3, 84:15
**finally** [1] - 5:15
**financial** [36] - 8:23, 9:1, 9:8, 9:11, 9:16, 10:12, 10:21, 10:22, 10:25, 11:17, 11:19, 11:22, 12:6, 12:25, 13:4, 15:7, 15:10, 16:19, 16:22, 16:23, 16:24, 17:3, 17:4, 17:7, 17:10, 17:13, 17:18, 18:3, 18:5, 82:7, 83:1, 83:8, 83:17, 84:6, 84:24
**findings** [1] - 74:15
**fine** [7] - 27:2, 27:6, 63:24, 120:22, 137:2, 138:14, 138:17
**finger** [1] - 34:2
**finish** [3] - 111:11, 112:2, 112:3
**FIOD** [2] - 23:11, 23:16
**first** [19] - 23:6, 24:17, 29:8, 39:24, 40:5, 44:2, 47:22, 52:4, 69:5, 85:23, 118:17, 118:22, 123:24, 124:11, 124:17, 130:7, 130:22, 133:6, 133:8
**five** [1] - 34:13
**flagged** [1] - 10:25
**Floor** [1] - 1:25
**flow** [20] - 8:19, 19:17, 31:21, 51:21, 52:14, 62:7, 62:18, 83:19, 94:23, 95:15, 110:6, 110:9, 113:25, 114:2, 114:3, 115:12, 116:3, 122:1, 123:4, 132:14
**flowed** [1] - 32:14
**flowing** [2] - 85:5, 117:2
**focusing** [1] - 137:21
**Fog** [152] - 6:19, 8:17, 23:7, 23:22, 23:24, 24:1, 24:5, 24:14, 24:18, 29:11, 29:17, 29:18, 29:21, 30:4, 30:6, 30:14, 31:11, 32:10, 33:8, 33:10, 33:11, 34:6, 34:22, 34:23, 35:23, 36:4, 36:7, 36:14, 36:18, 37:1, 37:16, 37:17, 37:24, 38:3, 38:8, 38:9, 38:10, 39:11, 39:20, 40:2,

40:5, 41:5, 41:7, 41:20, 41:21, 42:12, 42:19, 43:19, 44:4, 44:9, 44:13, 44:25, 46:21, 46:23, 48:9, 50:19, 51:25, 52:1, 52:15, 56:9, 56:22, 57:6, 57:11, 57:12, 57:17, 57:19, 57:20, 58:9, 59:5, 59:9, 59:24, 60:2, 60:4, 60:11, 61:15, 62:7, 62:11, 62:18, 65:5, 65:12, 65:18, 65:22, 66:1, 66:7, 66:11, 66:20, 66:24, 67:8, 69:7, 69:9, 69:11, 69:13, 69:14, 69:15, 69:17, 69:19, 69:22, 69:24, 70:6, 70:9, 70:10, 70:13, 70:14, 70:19, 71:2, 71:3, 71:6, 71:9, 71:10, 71:11, 71:12, 71:17, 71:20, 74:8, 74:12, 74:20, 75:8, 75:13, 75:24, 76:13, 76:18, 77:25, 78:2, 78:12, 78:18, 78:22, 78:23, 80:1, 80:5, 81:7, 81:17, 81:18, 83:14, 84:12, 86:11, 86:23, 89:25, 90:6, 91:4, 91:6, 91:21, 92:8, 92:20, 93:11, 111:11, 115:13, 123:22, 138:4

**Fog's** [8] - 30:18, 36:21, 44:14, 46:6, 52:16, 81:23, 89:21, 92:24

**follow** [5] - 8:20, 14:10, 18:14, 19:17, 28:20

**following** [38] - 5:4, 9:5, 13:24, 15:21, 16:15, 20:2, 22:23, 26:8, 27:20, 31:8, 32:24, 37:12, 39:7, 42:4, 42:25, 50:5, 50:13, 52:24, 55:23, 60:19, 64:22, 72:7, 73:18, 73:25, 78:9, 80:18, 82:4, 85:17, 94:23, 104:3, 104:25, 111:20, 112:6, 116:19, 120:24, 134:17, 134:25, 137:25

**FOR** [4] - 1:1, 1:14, 1:14, 1:23

**foregoing** [1] - 141:4
**forensically** [1] - 84:23
**forensics** [1] - 83:17
**forfeiture** [2] - 136:8, 136:14
**form** [3] - 20:23, 33:17, 120:9
**formats** [1] - 9:15
**formatted** [1] - 62:5
**formed** [1] - 29:24
**forming** [1] - 66:6
**forth** [2] - 55:10, 73:2
**forum** [2] - 45:15, 45:24
**forward** [4] - 18:12, 21:19, 50:10, 53:19
**foundation** [15] - 13:16, 13:21, 26:12, 38:18, 38:22, 39:4, 39:5, 53:7, 53:9, 60:22, 61:1, 63:7, 63:11, 63:16, 64:18
**foundational** [2] - 38:25, 53:3
**four** [1] - 33:15
**freely** [1] - 138:8
**frequency** [1] - 49:3
**frequently** [2] - 14:25, 65:9
**Friday** [11] - 135:5, 135:6, 135:15, 135:16, 135:24, 136:3, 136:4, 136:20, 136:23, 137:8, 137:10
**front** [9] - 12:8, 12:20, 12:24, 16:3, 95:12, 96:25, 116:2, 121:12, 132:13
**full** [4] - 62:14, 84:18, 102:17, 141:5
**function** [1] - 84:4
**fund** [6] - 17:19, 31:21, 113:25, 114:2, 114:3, 132:8
**funded** [4] - 97:21, 97:25, 102:4, 102:10
**funds** [108] - 6:7, 6:20, 7:11, 7:15, 8:19, 14:3, 16:21, 16:23, 17:7, 17:15, 17:21, 18:12, 18:14, 18:15, 18:17, 18:23, 19:2, 19:6, 19:17, 21:5, 26:5, 29:3, 29:25, 30:3, 30:4, 32:14, 33:9, 33:15, 33:18, 34:11, 35:24, 36:1, 36:4, 36:16, 41:14, 41:15, 45:4, 45:6,

46:14, 46:15, 47:25, 48:1, 48:8, 51:3, 52:1, 56:6, 62:7, 62:18, 66:18, 69:12, 69:20, 69:21, 70:6, 70:12, 71:11, 75:20, 76:3, 77:5, 77:7, 78:18, 81:12, 81:16, 84:22, 93:5, 93:7, 93:15, 94:4, 94:5, 94:23, 94:25, 95:15, 95:21, 100:1, 100:3, 100:9, 100:10, 106:17, 106:22, 107:24, 108:2, 108:16, 110:6, 110:10, 111:16, 112:20, 112:25, 113:5, 114:5, 114:23, 115:1, 115:12, 116:3, 117:2, 117:4, 117:13, 122:1, 122:15, 122:16, 123:4, 126:7, 131:3, 131:17, 132:14, 132:19, 133:5, 133:19
**fungible** [1] - 29:5
**future** [1] - 136:18

## G

**gains** [1] - 14:22
**gathered** [1] - 23:11
**gender** [9] - 26:14, 26:18, 50:7, 53:11, 53:21, 53:22, 54:8, 72:24, 73:5
**gender-neutral** [4] - 26:18, 53:22, 72:24, 73:5
**gendered** [1] - 26:11
**general** [1] - 28:7
**generally** [21] - 14:7, 17:25, 28:25, 29:20, 42:31, 45:1, 45:23, 46:13, 48:13, 52:20, 56:3, 56:4, 56:20, 59:3, 59:8, 67:18, 68:1, 76:3, 89:13, 93:14, 129:5
**generate** [4] - 100:7, 103:10, 112:19, 112:25
**generated** [5] - 100:15, 100:17, 100:20, 101:5, 126:14
**gesture** [1] - 111:13
**gift** [1] - 100:2
**given** [3] - 58:15, 117:18, 135:14
**Glave** [4] - 82:24,

83:2, 83:6, 83:8
**goal** [1] - 15:6
**goals** [1] - 15:3
**gold** [5] - 33:9, 33:12, 33:13, 34:10, 34:20
**Google** [1] - 113:17
**Government** [55] - 11:21, 15:14, 26:21, 27:9, 27:11, 30:21, 35:12, 37:7, 37:18, 38:8, 38:18, 43:11, 53:4, 54:1, 54:10, 54:16, 55:9, 55:18, 60:14, 62:25, 66:19, 68:17, 69:15, 69:20, 70:9, 70:13, 71:2, 71:6, 73:1, 74:22, 78:24, 79:23, 82:24, 85:9, 87:1, 90:11, 96:17, 98:14, 105:20, 107:15, 110:23, 116:8, 116:14, 118:15, 118:18, 119:14, 119:21, 122:19, 130:1, 135:19, 135:22, 138:14, 138:17, 139:7, 140:8
**GOVERNMENT** [1] - 5:24
**Government's** [22] - 12:7, 13:3, 32:14, 37:15, 38:6, 43:15, 65:1, 68:24, 75:3, 79:6, 79:13, 87:5, 90:17, 98:20, 106:1, 107:19, 111:4, 119:6, 122:23, 130:4, 135:5, 135:20
**Gox** [41] - 93:10, 93:15, 93:18, 99:17, 99:23, 99:25, 100:1, 100:2, 100:4, 100:5, 100:18, 100:20, 100:22, 101:24, 102:15, 102:19, 103:10, 108:20, 108:22, 109:17, 112:11, 112:18, 114:5, 114:11, 114:24, 114:25, 115:3, 115:9, 119:17, 119:18, 122:1, 123:7, 123:20, 127:11, 127:20, 128:3, 132:7, 132:16, 132:17, 133:22
**graph** [2] - 91:7, 91:14

**graphic** [9] - 30:16, 34:9, 34:17, 36:13, 41:6, 66:21, 66:23, 69:6
**graphics** [2] - 30:5, 30:13
**grayed** [3] - 40:19, 41:2, 41:3
**grayed-out** [2] - 40:19, 41:2
**Greek** [1] - 55:14
**green** [2] - 71:5, 116:24
**grounds** [5] - 12:21, 31:4, 60:24, 87:16
**group** [1] - 34:20
**grouping** [1] - 67:7
**grown** [1] - 50:8
**guess** [8] - 12:17, 31:23, 38:17, 39:3, 63:11, 103:18, 123:16, 136:17
**guilty** [1] - 19:7
**guy** [1] - 138:20

## H

**hacked** [1] - 18:23
**hacking** [1] - 14:21
**half** [2] - 54:20, 136:3
**halfway** [1] - 47:10
**hand** [3] - 35:4, 91:8, 91:15
**handed** [1] - 42:10
**handedly** [1] - 24:20
**handling** [2] - 4:23, 46:14
**hands** [1] - 24:9
**Happy** [1] - 26:20
**happy** [5] - 26:17, 55:3, 80:12, 135:5, 135:16
**hard** [1] - 83:23
**harder** [2] - 6:25, 57:13
**hardly** [1] - 54:20
**HASSARD** [1] - 1:23
**he/she** [1] - 51:20
**header** [1] - 60:8
**heading** [1] - 24:18
**hear** [4] - 54:15, 72:19, 80:12, 97:4
**heard** [3] - 53:6, 92:23, 104:11
**hearing** [7] - 12:14, 42:9, 61:8, 61:16, 61:21, 62:20, 83:2
**hearings** [1] - 79:9

**hearsay** [12] - 37:14, 37:21, 60:23, 63:7, 63:9, 68:20, 74:25, 87:11, 87:16, 90:14, 105:23, 116:21

**held** [16] - 9:6, 15:22, 20:3, 26:9, 31:9, 37:13, 42:5, 50:6, 52:25, 60:20, 78:10, 82:5, 104:4, 111:21, 116:20, 138:1

**Helix** [1] - 8:17

**help** [8] - 30:5, 44:8, 56:24, 57:1, 57:6, 65:22, 66:2, 70:15

**helped** [1] - 101:8

**helpful** [2] - 10:4, 27:16

**hereby** [1] - 141:3

**heuristics** [3] - 64:3, 73:12, 73:13

**hidden** [2] - 23:25, 24:7

**High** [12] - 92:25, 93:6, 95:1, 95:22, 95:25, 96:1, 96:4, 96:7, 96:19, 97:17, 110:10, 113:6

**high** [11] - 6:2, 6:4, 6:16, 6:19, 28:25, 30:18, 31:14, 31:19, 32:15, 78:23, 123:2

**high-level** [1] - 31:14

**highlighted** [2] - 33:21, 123:16

**highly** [2] - 13:2, 53:11

**hinder** [1] - 26:4

**history** [2] - 24:21, 25:3

**home** [1] - 98:24

**honestly** [1] - 27:2

**Honor** [93] - 4:24, 4:25, 5:20, 7:3, 9:18, 10:19, 11:20, 13:13, 13:23, 15:14, 15:19, 16:7, 16:13, 19:25, 20:4, 20:17, 21:21, 21:22, 26:6, 27:1, 27:18, 31:3, 31:19, 32:23, 35:12, 35:16, 37:10, 37:23, 38:5, 38:24, 39:6, 42:2, 42:6, 42:16, 50:3, 52:22, 53:1, 55:7, 55:18, 59:11, 59:17, 60:17, 61:8, 61:14, 62:3, 62:22, 63:19, 64:7, 64:20, 67:19, 68:9, 71:23, 72:10,

73:8, 73:9, 73:14, 74:5, 74:25, 78:7, 78:11, 78:20, 79:5, 79:18, 82:2, 82:12, 82:23, 83:18, 84:2, 84:8, 87:10, 95:19, 104:1, 104:11, 111:18, 116:17, 117:10, 117:15, 117:21, 118:3, 119:11, 120:22, 122:13, 133:23, 134:22, 135:3, 136:9, 136:13, 137:11, 138:22, 139:4, 140:6, 140:9, 140:12

**Honor's** [1] - 59:13

**HONORABLE** [1] - 1:11

**hope** [1] - 83:15

**hopping** [1] - 14:9

**hops** [2] - 7:12, 113:9

**hosting** [1] - 113:7

**Hosting** [12] - 92:25, 93:6, 95:1, 95:22, 95:25, 96:1, 96:4, 96:7, 96:19, 97:18, 110:10, 113:6

**hour** [2] - 58:16, 58:20

**hours** [3] - 58:15, 58:25, 137:1

**hundred** [1] - 18:25

**hundreds** [1] - 35:7

**hurt** [1] - 52:7

**hypothetically** [1] - 20:20

## I

**ID** [1] - 106:7

**idea** [4] - 48:17, 48:20, 53:15, 140:5

**ideal** [1] - 18:16

**identification** [1] - 32:13

**identified** [7] - 17:22, 19:3, 37:25, 41:21, 42:21, 62:8, 126:21

**identifiers** [2] - 18:1, 55:8

**identify** [14] - 17:19, 18:16, 36:21, 39:12, 39:13, 39:17, 39:19, 43:4, 43:7, 43:22, 52:17, 99:11, 99:14, 99:16

**identifying** [2] -

49:22, 67:6

**identities** [2] - 17:1, 55:12

**identity** [1] - 25:13

**ignore** [1] - 39:15

**ignoring** [1] - 39:16

**illegal** [16] - 19:21, 19:23, 20:7, 20:9, 20:14, 20:16, 20:18, 21:9, 21:17, 22:1, 22:4, 22:6, 22:8, 22:16, 22:21

**illegality** [1] - 20:5

**illegally** [2] - 20:21, 20:25

**illicit** [9] - 17:8, 17:20, 17:22, 19:6, 21:5, 84:22, 85:7, 85:10

**illustrator** [1] - 109:20

**imagine** [3] - 57:9, 57:10, 83:23

**immediately** [1] - 125:4

**impact** [2] - 30:2, 117:18

**impermissible** [2] - 31:17, 37:21

**implemented** [1] - 56:5

**implementing** [3] - 48:19, 51:9, 51:24

**implication** [1] - 11:3

**implying** [1] - 24:7

**importantly** [1] - 70:19

**importing** [1] - 10:4

**impossible** [1] - 25:24

**impression** [1] - 117:2

**impressions** [1] - 117:17

**imprimatur** [1] - 13:4

**improper** [2] - 80:7, 117:19

**in-depth** [1] - 61:9

**inadvertent** [1] - 27:4

**inappropriate** [1] - 85:8

**incarcerated** [2] - 79:12, 79:15

**incarceration** [3] - 138:3, 138:24, 140:4

**inclination** [2] - 4:7, 4:19

**inclined** [1] - 53:24

**include** [3] - 11:25,

67:11, 67:14

**included** [6] - 29:13, 32:11, 60:11, 64:12, 78:21, 119:6

**includes** [5] - 9:16, 11:14, 12:5, 23:12, 32:12

**including** [4] - 9:17, 10:8, 12:2, 17:13

**income** [1] - 17:20

**independent** [1] - 61:22

**INDEX** [1] - 3:1

**indicate** [2] - 89:12, 96:7

**indicated** [4] - 27:11, 86:24, 96:9, 131:9

**individual** [1] - 36:4

**individual's** [1] - 18:25

**infer** [1] - 79:13

**information** [17] - 17:24, 18:4, 23:11, 23:15, 24:8, 28:11, 29:12, 37:19, 52:6, 52:16, 52:17, 57:11, 58:13, 96:19, 100:9, 105:17, 107:11

**informed** [2] - 42:13, 46:5

**inhibits** [1] - 6:11

**initial** [3] - 91:4, 92:24, 124:2

**initiated** [1] - 36:3

**inner** [1] - 32:10

**input** [4] - 6:12, 8:21, 56:12, 106:10

**inputs** [3] - 7:15, 7:25, 8:11

**inputted** [1] - 84:11

**inputting** [1] - 51:2

**inside** [4] - 26:1, 56:22, 71:4, 111:16

**instead** [2] - 34:16, 45:5

**institution** [7] - 13:4, 16:24, 17:3, 17:5, 17:7, 17:11, 17:13

**institution's** [1] - 10:21

**institutions** [20] - 8:24, 9:1, 9:8, 9:11, 9:16, 10:12, 10:22, 10:25, 11:17, 11:19, 12:6, 12:25, 15:7, 15:10, 16:20, 16:22, 16:23, 17:18, 18:3, 18:5

**institutions'** [1] - 13:1

**instruct** [1] - 53:20

**instruction** [6] - 5:11, 20:13, 21:24, 22:3, 22:4, 22:11

**instructions** [1] - 4:2

**integral** [1] - 11:17

**intelligence** [1] - 23:16

**intended** [2] - 21:18, 51:25

**intends** [1] - 4:18

**intention** [1] - 32:9

**intentionally** [1] - 119:5

**interactions** [1] - 23:11

**interchangeable** [1] - 29:6

**interest** [1] - 80:4

**interested** [2] - 24:24, 24:25

**interesting** [1] - 48:17

**intermediary** [4] - 7:12, 94:5, 94:13, 125:22

**intermediate** [1] - 113:9

**internal** [2] - 44:18, 52:13

**internationally** [1] - 19:22

**internet** [2] - 23:24, 45:18

**introducing** [1] - 31:24

**introduction** [1] - 14:14

**intrusions** [1] - 14:21

**inundating** [1] - 56:17

**investigate** [3] - 18:7, 18:11, 19:14

**investigating** [3] - 14:17, 18:21, 71:19

**investigation** [4] - 17:25, 19:15, 76:15, 94:19

**investigations** [3] - 14:20, 14:21, 94:17

**investigative** [1] - 18:7

**investigator** [7] - 7:18, 34:7, 38:6, 48:2, 49:4, 50:18, 100:13

**investigators** [2] - 8:20, 88:11

**involve** [4] - 7:23, 14:6, 66:15, 74:11

**involved** [6] - 34:11, 34:24, 36:15, 53:24, 66:16, 138:20
**involves** [2] - 14:7, 56:23
**involving** [1] - 94:7
**IP** [9] - 23:12, 24:20, 101:13, 101:16, 121:14, 121:15, 122:5, 122:14, 122:16
**IRS** [4] - 66:13, 69:25, 70:5, 71:16
**IRS-CI** [1] - 66:13
**issue** [18] - 9:23, 20:14, 20:18, 21:20, 50:7, 53:3, 61:16, 73:10, 80:1, 84:21, 85:15, 118:1, 118:12, 118:13, 119:22, 136:8, 137:17, 138:2
**issues** [3] - 10:5, 13:22, 84:8
**it'll** [1] - 88:7
**itself** [1] - 84:17

### J

**jail** [7] - 79:3, 79:19, 79:23, 80:2, 80:6, 80:10, 138:11
**Japan** [1] - 26:24
**Japanese** [2] - 26:17, 26:20
**JEFFREY** [1] - 1:10
**Jersey** [1] - 19:8
**Judge** [1] - 97:7
**judge** [1] - 136:7
**JUDGE** [1] - 1:11
**juror** [4] - 4:3, 4:10, 4:12, 5:12
**jurors** [10] - 4:1, 4:7, 4:8, 5:13, 121:6, 134:5, 135:9, 137:3, 137:5, 137:10
**JURY** [1] - 1:10
**jury** [58] - 4:2, 5:3, 5:5, 5:11, 5:22, 7:8, 10:4, 13:9, 14:14, 17:17, 20:14, 21:3, 21:7, 21:23, 21:24, 22:10, 22:19, 28:4, 33:1, 33:20, 35:10, 40:24, 43:14, 64:25, 68:23, 69:2, 72:6, 73:21, 73:22, 73:24, 74:1, 75:2, 79:12, 80:7, 87:4, 90:16, 90:20, 98:19, 105:25, 110:1, 110:4, 111:3,

113:20, 117:16, 120:8, 120:11, 120:18, 121:12, 121:19, 123:17, 130:3, 134:4, 134:13, 134:16, 136:16, 136:18, 137:1, 138:16
**JUSTICE** [2] - 1:18, 1:20

### K

**keep** [2] - 134:4, 136:22
**kind** [9] - 20:7, 38:12, 38:15, 40:19, 53:8, 53:9, 56:15, 84:21, 88:9
**kinds** [1] - 6:14
**knowing** [1] - 25:3
**knowledge** [3] - 13:21, 14:15, 61:2
**known** [7] - 34:6, 34:7, 61:21, 69:7, 70:8, 70:13, 71:2
**knows** [6] - 64:11, 66:19, 69:15, 69:21, 71:7, 138:22
**Kolbasa** [16] - 99:23, 100:20, 100:23, 101:7, 101:9, 101:14, 101:18, 101:24, 101:25, 102:1, 102:3, 102:11, 112:21, 115:3, 115:9, 115:16
**Kolbasa999** [1] - 101:5
**Kunnikov** [1] - 55:14
**KYC** [1] - 14:11

### L

**labeled** [1] - 33:12
**Labs** [1] - 65:16
**Labs'** [1] - 65:13
**lack** [1] - 60:21
**lacks** [1] - 63:7
**laid** [1] - 38:18
**language** [2] - 16:3, 72:24
**large** [11] - 7:23, 17:19, 33:14, 39:25, 40:9, 41:8, 49:7, 49:14, 62:17, 75:11, 127:2
**larger** [2] - 51:20, 119:19
**last** [17] - 28:12, 48:16, 50:21, 70:2,

76:10, 76:13, 76:14, 77:25, 78:13, 78:25, 79:24, 79:25, 81:14, 97:16, 112:10, 123:10, 138:12
**launder** [1] - 14:3
**laundering** [7] - 11:18, 12:3, 14:11, 20:7, 20:15, 94:3, 94:19
**law** [28] - 8:23, 11:16, 15:4, 15:11, 16:4, 17:23, 18:10, 18:12, 18:14, 19:10, 19:16, 19:21, 19:22, 21:10, 21:25, 24:9, 26:4, 28:11, 46:9, 46:21, 50:18, 52:2, 56:7, 59:3, 96:14, 96:16, 99:4, 99:8
**LAW** [1] - 1:24
**lay** [7] - 13:16, 13:20, 38:21, 39:5, 63:16, 64:17, 83:22
**layered** [2] - 94:16, 94:20
**layering** [5] - 93:25, 94:2, 94:3, 94:6, 94:9
**layers** [1] - 46:17
**leading** [2] - 77:1, 118:18
**least** [7] - 19:8, 22:14, 27:12, 28:11, 38:14, 79:13, 119:5
**leave** [1] - 139:6
**leaves** [1] - 132:16
**ledger** [1] - 38:9
**ledgers** [1] - 37:17
**left** [9] - 33:8, 91:11, 91:15, 95:17, 100:19, 109:17, 125:21, 126:24, 132:7
**left-hand** [1] - 91:15
**legal** [4] - 18:16, 20:10, 20:11, 84:22
**legitimate** [2] - 20:22, 94:15
**length** [1] - 61:8
**less** [2] - 25:7, 52:10
**letters** [1] - 103:19
**letting** [1] - 21:24
**level** [14] - 6:2, 6:4, 6:16, 6:19, 28:25, 30:18, 31:14, 31:20, 32:15, 42:9, 42:14, 71:7, 74:8, 123:2
**Liberty** [39] - 93:20, 96:9, 96:11, 96:12, 96:13, 96:18, 96:21, 96:23, 97:10, 97:20,

97:21, 99:2, 101:9, 101:15, 113:4, 113:10, 113:13, 114:6, 115:6, 115:10, 119:18, 122:2, 131:2, 131:3, 131:18, 131:24, 132:11, 132:19, 132:22, 132:23, 133:1, 133:4, 133:9, 133:10, 133:20, 133:21
**life** [2] - 18:10, 34:12
**likely** [4] - 17:5, 42:12, 64:5, 89:21
**limit** [1] - 138:9
**limited** [4] - 54:14, 55:5, 72:17, 139:20
**line** [8] - 31:17, 64:13, 79:2, 89:17, 119:13, 119:15, 125:25, 130:17
**Line** [6] - 103:5, 103:12, 109:3, 109:8, 123:14, 123:17
**lines** [1] - 34:4
**Lines** [1] - 126:10
**link** [7] - 23:10, 24:25, 28:15, 28:21, 29:9, 47:16, 47:20
**linked** [1] - 25:13
**linking** [2] - 49:5, 59:4
**LISA** [2] - 2:1, 141:3
**Lisa** [1] - 141:12
**list** [17] - 37:1, 37:3, 43:4, 43:19, 59:24, 60:1, 60:3, 61:5, 61:12, 61:15, 62:4, 62:9, 62:11, 62:14, 65:20, 66:24, 84:3
**listed** [4] - 12:20, 60:7, 103:17, 105:5
**listen** [2] - 4:10, 5:13
**listening** [1] - 72:16
**literally** [1] - 82:20
**litigation** [1] - 79:10
**living** [1] - 18:25
**logged** [1] - 33:10
**logical** [2] - 17:25, 18:7
**logs** [3] - 37:17, 38:10, 48:9
**look** [14] - 7:21, 10:9, 18:15, 39:24, 40:4, 40:13, 51:2, 51:6, 100:14, 100:15, 106:21, 116:24, 117:15, 119:3
**looked** [5] - 42:10, 44:4, 108:14, 121:7,

124:22
**looking** [14] - 8:2, 8:5, 32:14, 34:7, 41:18, 41:20, 45:8, 45:9, 75:11, 97:21, 100:12, 106:16, 106:17, 124:11
**looks** [1] - 32:9
**lose** [1] - 15:12
**losing** [1] - 136:16
**loud** [1] - 137:22
**lowest** [1] - 58:14
**LR** [2] - 25:7, 119:20
**Luke** [1] - 134:24
**LUKE** [2] - 3:4, 5:24
**lunch** [3] - 136:24, 136:25, 137:9
**lunchtime** [1] - 136:21

### M

**ma'am** [169] - 6:15, 6:18, 7:10, 8:4, 8:8, 8:14, 8:25, 14:5, 15:5, 15:8, 18:21, 19:12, 19:20, 23:5, 23:9, 24:12, 24:19, 28:6, 28:14, 29:2, 29:9, 29:15, 29:19, 29:21, 30:7, 30:20, 33:7, 35:11, 36:20, 36:23, 37:6, 39:14, 39:16, 43:6, 43:10, 44:10, 44:16, 44:24, 45:4, 45:13, 45:22, 46:7, 46:11, 46:25, 47:4, 51:16, 52:5, 57:1, 57:7, 57:24, 58:8, 59:6, 59:10, 59:22, 60:13, 65:13, 65:21, 65:25, 66:12, 67:13, 67:16, 67:23, 68:2, 68:6, 68:16, 69:5, 70:3, 70:5, 71:18, 71:22, 74:10, 74:13, 74:16, 74:21, 75:8, 75:21, 76:16, 76:20, 81:9, 81:21, 81:24, 85:25, 86:9, 86:13, 86:21, 86:25, 88:18, 89:5, 89:20, 89:23, 90:1, 90:10, 90:22, 91:9, 91:13, 91:16, 92:19, 93:2, 93:8, 93:13, 93:24, 94:1, 94:8, 94:18, 95:2, 95:11, 96:3, 96:6, 96:20, 96:23, 97:12, 97:15, 97:19, 97:23,

98:7, 98:13, 99:6, 99:9, 99:13, 100:24, 101:2, 101:11, 101:21, 102:5, 102:12, 102:21, 103:4, 103:14, 103:20, 103:22, 105:13, 105:19, 106:23, 107:13, 108:4, 108:18, 108:24, 109:5, 109:22, 110:8, 110:12, 110:16, 110:18, 111:12, 113:18, 115:14, 115:17, 115:19, 115:23, 116:1, 116:4, 116:7, 116:13, 123:12, 123:23, 124:1, 124:13, 124:23, 126:9, 127:7, 127:13, 128:7, 129:4, 129:15, 129:20, 131:6, 132:5, 133:3, 133:18

**Machine** [1] - 98:9
**macro** [1] - 74:8
**macro-level** [1] - 74:8
**main** [1] - 64:1
**maintain** [1] - 28:9
**maintaining** [1] - 55:19
**male** [5] - 26:17, 53:3, 53:10, 55:9, 55:15
**man** [1] - 26:11
**manner** [1] - 118:20
**manually** [1] - 80:23
**March** [1] - 88:15
**market** [3] - 14:20, 16:25, 17:21
**markets** [2] - 62:19, 67:15
**matched** [1] - 44:6
**matching** [1] - 99:11
**matter** [2] - 21:25, 78:16
**matters** [2] - 136:4, 137:8
**mean** [7] - 48:5, 48:25, 49:25, 50:16, 135:18, 135:20, 138:15
**means** [5] - 26:20, 48:7, 49:2, 50:18, 88:6
**meant** [2] - 88:5, 119:9
**memo** [5] - 103:9,

103:17, 109:6, 124:20, 133:12
**mempool.space** [1] - 106:13
**men** [1] - 55:12
**mentions** [1] - 42:7
**mere** [1] - 84:16
**merely** [1] - 104:17
**message** [1] - 23:14
**messages** [1] - 23:13
**MICHAEL** [1] - 1:23
**middle** [2] - 56:25, 91:8
**might** [7] - 21:16, 24:19, 46:9, 46:13, 49:4, 59:15, 72:10
**million** [5] - 19:6, 75:23, 76:9, 81:14, 81:15
**mind** [3] - 12:18, 27:8, 39:3
**mindful** [2] - 16:18, 16:21
**minimum** [7] - 55:11, 86:4, 88:4, 88:20, 89:7, 89:11, 89:14
**minus** [1] - 132:10
**minutes** [5] - 46:4, 59:15, 72:4, 101:17, 134:1
**misleading** [3] - 22:10, 116:23, 117:1
**missing** [1] - 49:24
**mistake** [1] - 27:3
**mistakes** [3] - 46:9, 46:14, 47:2
**misunderstood** [2] - 21:16, 27:1
**mix** [1] - 25:21
**mixed** [2] - 7:11, 25:23
**mixer** [13] - 6:21, 11:4, 11:8, 19:14, 19:16, 20:20, 20:22, 22:4, 22:7, 31:15, 31:21, 56:16, 56:17
**Mixer** [1] - 8:17
**mixers** [18] - 8:18, 8:19, 19:19, 19:21, 20:5, 20:9, 20:14, 20:15, 20:22, 20:24, 20:25, 21:4, 21:9, 21:17, 21:25, 22:13, 22:21, 46:9
**mixing** [20] - 6:5, 6:6, 6:8, 6:11, 6:12, 6:14, 6:18, 7:6, 7:10, 7:23, 8:15, 8:16, 14:11, 19:23, 20:6, 23:18,

23:21, 24:4, 26:3, 44:18
**model** [3] - 36:18, 44:14, 61:22
**models** [1] - 20:22
**modified** [1] - 120:19
**modifying** [1] - 120:10
**modus** [5] - 11:14, 11:22, 12:1, 12:10, 16:9
**moment** [7] - 15:20, 26:6, 42:3, 78:8, 104:2, 104:12, 136:10
**money** [38] - 8:21, 11:18, 11:19, 12:3, 14:10, 15:13, 16:25, 19:8, 20:7, 20:15, 25:2, 49:19, 49:25, 50:1, 50:17, 51:21, 52:14, 56:17, 71:20, 71:21, 81:19, 90:6, 94:3, 94:19, 94:22, 94:23, 100:5, 100:12, 100:14, 103:13, 112:4, 113:8, 113:15, 113:16, 114:4, 114:8, 115:15, 120:5
**money-laundering** [4] - 11:18, 12:3, 94:3, 94:19
**monitor** [2] - 8:24, 17:8
**monitoring** [1] - 17:5
**months** [1] - 38:14
**morning** [8] - 134:9, 136:4, 137:5, 137:14, 140:1, 140:11
**MOSS** [1] - 1:11
**most** [1] - 54:19
**mostly** [1] - 49:21
**motion** [2] - 12:7, 35:13
**motions** [1] - 60:25
**motive** [1] - 80:7
**move** [5] - 12:10, 36:10, 49:11, 117:22, 136:4
**moved** [9] - 11:20, 11:21, 11:23, 12:9, 12:20, 69:3, 69:4, 81:19, 93:19
**movement** [1] - 34:11
**movements** [1] - 17:20
**moves** [17] - 30:21, 36:4, 37:7, 43:11, 60:14, 68:17, 74:22, 87:1, 90:11, 98:14,

105:20, 107:15, 110:23, 116:8, 116:14, 122:19, 130:1
**moving** [8] - 52:19, 56:2, 94:4, 113:8, 127:23, 129:23, 135:8, 136:22
**MR** [95] - 4:25, 9:3, 9:7, 9:18, 11:2, 11:20, 12:7, 12:23, 13:19, 15:19, 15:23, 16:12, 19:25, 20:4, 21:2, 21:22, 26:6, 26:10, 26:20, 31:3, 31:10, 32:3, 37:10, 37:14, 38:5, 40:23, 42:2, 42:6, 50:3, 50:7, 52:22, 53:1, 53:20, 54:13, 55:4, 55:18, 60:17, 60:21, 61:14, 62:22, 62:24, 67:19, 68:20, 72:17, 73:9, 74:25, 76:23, 76:25, 77:18, 77:20, 77:22, 78:7, 78:11, 78:24, 79:18, 80:9, 82:2, 82:6, 82:23, 83:17, 84:8, 87:10, 87:16, 90:14, 95:18, 98:17, 104:1, 104:5, 104:11, 104:16, 105:23, 107:17, 111:1, 111:18, 111:22, 116:17, 116:21, 117:15, 118:3, 118:9, 128:15, 128:19, 128:21, 128:25, 129:23, 129:25, 135:18, 136:9, 136:23, 137:14, 137:22, 138:2, 139:4, 140:5, 140:12
**MS** [221] - 4:24, 5:20, 6:1, 7:4, 9:13, 10:19, 11:13, 11:25, 13:13, 13:23, 14:1, 15:14, 16:7, 16:17, 20:17, 21:21, 22:25, 23:3, 24:13, 24:16, 26:16, 26:25, 27:18, 27:22, 27:24, 28:1, 30:21, 30:25, 31:19, 32:11, 32:23, 33:3, 34:3, 35:3, 35:12, 35:16, 35:17, 36:9, 36:11, 37:7, 37:23, 38:24, 39:6, 39:10, 40:16, 40:18, 41:1, 42:16, 43:2, 43:11, 43:17, 44:20, 44:22, 47:5, 47:8, 48:10, 48:12,

49:11, 49:13, 50:8, 50:15, 50:20, 50:23, 51:12, 51:14, 55:7, 55:14, 56:1, 57:25, 58:2, 59:2, 59:11, 59:17, 59:18, 60:14, 61:7, 62:3, 63:18, 64:7, 64:20, 65:3, 67:24, 68:7, 68:12, 68:17, 69:1, 71:23, 72:10, 72:13, 73:1, 73:4, 73:8, 73:14, 74:5, 74:6, 74:22, 75:5, 77:10, 77:15, 78:4, 78:20, 79:5, 80:21, 81:25, 82:12, 83:5, 84:2, 85:19, 85:22, 86:5, 86:6, 86:16, 86:18, 87:1, 87:7, 87:8, 87:18, 87:21, 87:23, 90:11, 90:19, 91:17, 91:19, 92:21, 92:22, 95:3, 95:7, 95:23, 97:9, 98:3, 98:5, 98:14, 98:22, 102:16, 102:18, 102:22, 103:1, 105:2, 105:7, 105:10, 105:20, 106:3, 106:4, 106:24, 107:2, 107:5, 107:7, 107:14, 107:21, 108:10, 108:12, 108:25, 109:2, 109:14, 109:18, 110:3, 110:5, 110:23, 111:6, 111:9, 112:1, 112:8, 116:8, 116:9, 116:14, 117:10, 117:21, 118:22, 119:11, 120:22, 121:9, 121:13, 121:21, 121:23, 122:9, 122:12, 122:19, 123:1, 123:13, 123:15, 124:14, 124:16, 125:12, 125:14, 126:17, 126:19, 126:22, 127:1, 127:16, 127:18, 128:9, 128:13, 128:18, 128:20, 128:23, 129:2, 129:10, 129:16, 129:21, 129:24, 130:1, 130:6, 131:7, 131:8, 131:12, 131:15, 132:1, 132:3, 133:23, 134:3, 134:6, 135:3, 135:12,

136:13, 136:16, 137:2, 137:11, 138:14, 138:22, 139:2, 140:9
**Mt** [42] - 93:10, 93:15, 93:18, 99:17, 99:23, 99:25, 100:1, 100:2, 100:4, 100:5, 100:18, 100:20, 100:22, 101:24, 101:25, 102:15, 102:19, 103:10, 108:20, 108:22, 109:17, 112:11, 112:18, 114:5, 114:11, 114:24, 114:25, 115:3, 115:9, 119:17, 119:18, 122:1, 123:7, 123:20, 127:11, 127:20, 128:3, 132:7, 132:16, 132:17, 133:22
**multiple** [18] - 7:12, 33:19, 34:16, 36:15, 36:17, 40:9, 41:25, 42:1, 43:25, 44:6, 76:3, 94:5, 99:2, 101:25, 109:11, 112:23, 119:18, 125:23
**multiplication** [4] - 84:1, 84:5, 84:14, 84:25
**multiply** [1] - 84:17
**multiplying** [2] - 82:21, 83:20
**multistep** [1] - 94:15
**must** [1] - 4:4

**N**

**name** [10] - 14:12, 26:17, 26:23, 55:14, 55:15, 93:5, 93:12, 113:9, 114:25, 131:18
**named** [1] - 8:16
**names** [3] - 55:9, 55:13, 55:19
**near** [1] - 42:8
**necessarily** [2] - 55:20, 62:14
**necessary** [2] - 16:2, 62:16
**need** [26] - 10:24, 12:15, 16:18, 16:21, 17:2, 17:4, 22:19, 23:18, 24:3, 25:5, 27:7, 28:3, 28:23, 38:21, 39:4, 52:19, 53:8, 61:9, 79:20,

83:22, 83:23, 103:7, 128:17, 133:15, 136:7, 137:17
**needlessly** [1] - 21:8
**needs** [1] - 80:1
**network** [4] - 24:19, 25:2, 25:8, 57:14
**neutral** [5] - 26:18, 26:22, 53:22, 72:24, 73:5
**nevertheless** [1] - 47:21
**new** [10] - 40:4, 40:20, 41:20, 41:21, 41:23, 44:4, 51:9, 57:14, 111:24, 118:10
**New** [4] - 1:21, 1:25, 19:8, 26:20
**next** [18] - 25:19, 28:2, 28:22, 44:21, 47:12, 49:11, 57:22, 59:11, 86:3, 94:22, 94:24, 106:3, 106:11, 115:5, 124:7, 125:5, 134:1
**NFS** [1] - 112:17
**NFS9000** [3] - 102:19, 102:22, 103:3
**nfs9000@hotmail. com** [1] - 102:14
**nice** [1] - 134:11
**night** [1] - 81:15
**nobody** [1] - 47:19
**noncontroversial** [1] - 139:17
**noncustodial** [2] - 6:18, 6:21
**none** [1] - 51:7
**nonetheless** [1] - 99:11
**nongendered** [2] - 54:5, 54:22
**nontechnical** [3] - 28:7, 28:25, 65:24
**noreply@ aurumxchange.com** [2] - 130:9, 130:16
**normal** [1] - 67:5
**Northwest** [5] - 1:15, 1:18, 1:21, 2:3, 141:14
**Nos** [4] - 87:5, 111:4, 122:23, 130:4
**not-grayed-out** [1] - 41:3
**notably** [1] - 71:10
**note** [10] - 4:2, 4:3, 4:8, 4:9, 4:20, 5:11, 20:12, 42:11, 86:7
**noted** [2] - 101:6,

133:13
**notes** [2] - 115:12, 141:5
**nothing** [2] - 20:4, 53:1
**notice** [3] - 12:13, 118:8, 137:7
**noticed** [19] - 9:7, 9:15, 9:18, 9:21, 9:24, 10:6, 11:6, 11:7, 11:13, 11:25, 42:13, 82:6, 82:8, 82:24, 82:25, 83:3, 83:23, 118:6, 118:9
**notified** [2] - 85:3, 85:14
**notion** [1] - 38:14
**November** [2] - 86:9, 89:2
**NSF** [1] - 115:16
**number** [12] - 8:10, 8:11, 14:23, 21:5, 25:6, 52:11, 70:23, 75:8, 75:10, 83:20, 86:2, 88:2
**numbers** [4] - 56:9, 82:10, 103:19, 133:12

**O**

**obfuscate** [1] - 52:14
**obfuscation** [2] - 51:4, 51:9
**object** [7] - 12:9, 31:3, 31:13, 60:21, 87:16, 118:14
**objected** [3] - 83:5, 104:7, 104:12
**objection** [39] - 4:23, 9:3, 9:4, 19:25, 20:12, 31:2, 37:9, 50:3, 52:22, 55:21, 60:16, 63:10, 67:19, 68:19, 72:24, 76:23, 76:24, 77:18, 82:2, 87:11, 87:13, 90:13, 90:14, 90:15, 95:18, 98:16, 98:17, 104:1, 104:10, 104:19, 104:24, 105:22, 107:17, 110:25, 111:1, 111:18, 116:16, 116:22, 129:25
**objections** [3] - 72:19, 116:22, 118:4
**obligation** [1] - 17:8
**obscure** [2] - 8:19, 14:8
**obscuring** [1] - 22:6,

22:16, 57:1
**obscurity** [5] - 58:17, 58:23, 58:25, 88:1, 88:5
**observe** [2] - 14:3, 40:6
**observed** [4] - 41:22, 41:24, 44:5, 59:9
**observing** [2] - 43:3, 43:8
**obtain** [1] - 99:4
**obtained** [2] - 19:5, 96:17
**obvious** [5] - 46:17, 47:10, 47:17, 52:2, 56:11
**obviously** [4] - 32:7, 55:16, 70:8, 114:19
**occasion** [1] - 14:2
**occasions** [1] - 66:10
**occurred** [13] - 70:11, 75:24, 76:14, 77:9, 78:2, 78:3, 78:13, 113:12, 113:14, 114:4, 115:3, 116:12, 125:8
**occurring** [3] - 35:6, 115:8, 124:5
**occurs** [3] - 7:9, 114:9, 138:8
**October** [4] - 95:25, 125:7, 127:5
**OF** [6] - 1:1, 1:3, 1:10, 1:15, 1:18, 1:20
**offer** [3] - 62:3, 99:1, 104:13
**offered** [1] - 61:14
**offering** [3] - 99:2, 104:16, 104:21
**offers** [1] - 80:14
**OFFICE** [1] - 1:14
**office** [1] - 19:4
**official** [1] - 141:12
**Official** [1] - 2:1
**often** [5] - 7:22, 19:18, 54:4, 59:20, 94:6
**Omedetou** [22] - 25:9, 25:11, 25:18, 26:10, 26:15, 26:16, 27:14, 28:8, 28:17, 45:12, 48:15, 48:25, 51:15, 53:2, 53:5, 53:10, 53:21, 54:17, 55:12, 57:5, 57:16, 66:8
**Omedetou's** [4] - 29:13, 29:16, 44:12, 46:5

**once** [3] - 24:24, 42:8, 111:23
**one** [56] - 4:3, 5:11, 7:16, 7:17, 10:23, 12:21, 15:3, 15:20, 20:6, 23:9, 25:1, 26:6, 33:23, 34:25, 38:7, 38:24, 41:4, 41:8, 41:15, 43:25, 44:2, 45:8, 48:20, 49:7, 49:9, 53:25, 54:8, 57:2, 70:1, 72:10, 72:22, 83:20, 85:9, 85:10, 93:12, 94:12, 94:21, 95:13, 116:18, 119:16, 121:2, 121:14, 121:15, 122:12, 122:13, 122:14, 122:15, 126:15, 126:16, 128:16, 132:5, 137:5, 138:7, 139:3
**ones** [1] - 22:14
**online** [2] - 45:24, 77:5
**open** [16] - 13:25, 16:16, 22:24, 27:21, 32:25, 39:8, 43:1, 50:14, 55:24, 64:23, 80:19, 85:18, 105:1, 112:7, 120:25, 137:23
**opens** [2] - 79:2, 79:18
**operandi** [5] - 11:14, 11:22, 12:1, 12:11, 16:9
**operate** [1] - 20:20
**operated** [6] - 23:23, 23:24, 29:18, 30:6, 44:13, 66:9
**operating** [6] - 12:2, 20:25, 26:3, 77:8, 78:1, 80:5
**operation** [9] - 20:23, 30:13, 30:19, 31:11, 33:8, 36:19, 44:25, 46:6, 61:3
**operator** [1] - 52:15
**opinion** [3] - 37:21, 78:12, 83:18
**opinions** [3] - 54:6, 54:7, 61:11
**opportunity** [2] - 12:9, 120:1
**order** [13] - 5:6, 17:6, 71:8, 74:2, 130:15, 130:18, 130:21, 130:23, 130:24, 130:25, 131:17, 131:24, 133:12

**orders** [3] - 132:8, 132:18, 133:16
**orient** [1] - 106:15
**originally** [1] - 119:6
**originated** [1] - 93:7
**origins** [1] - 57:1
**otherwise** [2] - 35:20, 80:7
**ought** [1] - 64:1
**output** [3] - 6:12, 7:16, 84:13
**outputs** [6] - 7:19, 7:25, 8:1, 8:11, 31:16
**outputting** [1] - 51:3
**outside** [6] - 9:24, 10:5, 11:6, 69:6, 83:3, 117:25
**overruled** [9] - 67:21, 68:21, 77:2, 77:19, 77:23, 90:15, 95:20, 104:10, 104:24
**own** [10] - 11:5, 22:1, 25:21, 29:16, 37:15, 38:6, 44:12, 51:5, 66:6, 93:12

**P**

**p.m** [5] - 1:7, 5:4, 72:7, 73:25, 134:17
**packages** [1] - 23:17
**PAGE** [1] - 3:3
**Page** [14] - 36:10, 47:6, 48:11, 50:20, 51:12, 52:3, 56:19, 57:8, 85:21, 87:22, 88:16, 89:3, 122:3, 130:20
**page** [10] - 28:13, 28:23, 31:20, 40:17, 48:18, 49:12, 57:22, 98:24, 121:10, 121:11
**pages** [2] - 122:12, 122:14
**paid** [4] - 25:22, 29:9, 36:7, 131:2
**paid-to** [1] - 131:2
**paragraph** [15] - 25:19, 28:4, 29:7, 47:8, 47:23, 49:15, 52:4, 52:19, 56:2, 56:19, 56:25, 57:8, 57:21, 58:3, 58:7
**paragraphs** [2] - 24:18, 85:23
**part** [5] - 11:18, 12:14, 38:2, 62:17
**particular** [10] - 10:21, 18:8, 19:16,

38:22, 39:4, 47:2, 56:18, 59:21, 64:10, 64:11
**parties** [1] - 24:24
**pas** [1] - 119:13
**password** [2] - 46:1, 46:2
**past** [1] - 23:12
**pattern** [3] - 38:3, 40:8, 44:7
**patterns** [3] - 8:2, 43:3, 43:8
**pause** [1] - 134:3
**pausing** [1] - 75:10
**payment** [21] - 93:11, 93:23, 95:25, 96:9, 96:19, 97:2, 97:3, 97:17, 97:25, 99:11, 99:19, 99:21, 99:22, 99:23, 111:10, 113:6, 115:13, 123:24, 130:18, 130:22, 130:23
**payments** [3] - 25:24, 69:19, 123:22
**payout/transaction** [1] - 48:21
**payouts** [3] - 48:22, 49:20, 52:13
**PEARLMAN** [1] - 1:20
**Pearlman** [4] - 95:6, 95:13, 111:6, 111:8
**peel** [9] - 29:24, 30:1, 33:17, 34:12, 34:13, 35:4, 36:7, 36:17, 66:5
**Pelker** [18] - 3:5, 9:12, 10:10, 13:10, 15:25, 26:23, 31:18, 37:22, 42:15, 54:24, 61:6, 117:9, 118:21, 125:1, 135:1, 136:10, 138:13, 139:14
**PELKER** [222] - 1:17, 4:24, 5:20, 6:1, 7:4, 9:13, 10:19, 11:13, 11:25, 13:13, 13:23, 14:1, 15:14, 16:7, 16:17, 20:17, 21:21, 22:25, 23:3, 24:13, 24:16, 26:16, 26:25, 27:18, 27:22, 27:24, 28:1, 30:21, 30:25, 31:19, 32:11, 32:23, 33:3, 34:3, 35:3, 35:12, 35:16, 35:17, 36:9, 36:11, 37:7, 37:23, 38:24, 39:6,

39:10, 40:16, 40:18, 41:1, 42:16, 43:2, 43:11, 43:17, 44:20, 44:22, 47:5, 47:7, 48:10, 48:12, 49:11, 49:13, 50:8, 50:15, 50:20, 50:23, 51:12, 51:14, 55:7, 55:14, 56:1, 57:25, 58:2, 59:2, 59:11, 59:17, 59:18, 60:14, 61:7, 62:3, 63:18, 64:7, 64:20, 65:3, 67:24, 68:7, 68:12, 68:17, 69:1, 71:23, 72:10, 72:13, 73:1, 73:4, 73:8, 73:14, 74:5, 74:6, 74:22, 75:5, 77:10, 77:15, 78:4, 78:20, 79:5, 80:21, 81:25, 82:12, 83:5, 84:2, 85:19, 85:22, 86:5, 86:6, 86:16, 86:18, 87:1, 87:7, 87:8, 87:18, 87:21, 87:23, 90:11, 90:19, 91:17, 91:19, 92:21, 92:22, 95:3, 95:7, 95:23, 97:9, 98:3, 98:5, 98:14, 98:22, 102:16, 102:18, 102:22, 103:1, 105:2, 105:7, 105:10, 105:20, 106:3, 106:4, 106:24, 107:2, 107:5, 107:7, 107:14, 107:21, 108:10, 108:12, 108:25, 109:2, 109:14, 109:18, 110:3, 110:5, 110:23, 111:6, 111:9, 112:1, 112:8, 116:8, 116:9, 116:14, 117:10, 117:21, 118:22, 119:11, 120:22, 121:9, 121:13, 121:21, 121:23, 122:9, 122:12, 122:19, 123:1, 123:13, 123:15, 124:14, 124:16, 125:12, 125:14, 126:17, 126:19, 126:22, 127:1, 127:16, 127:18, 128:9, 128:13, 128:18, 128:20, 128:23, 129:2, 129:10, 129:16, 129:21, 129:24, 130:1, 130:6,

131:7, 131:8, 131:12, 131:15, 132:1, 132:3, 133:23, 134:3, 134:6, 135:3, 135:12, 136:13, 136:16, 137:2, 137:11, 138:14, 138:22, 139:2, 140:9
**Pennsylvania** [1] - 1:18
**people** [9] - 6:24, 45:18, 46:8, 47:1, 47:15, 50:2, 54:3, 54:4, 77:7
**per** [6] - 20:7, 20:14, 22:4, 51:20, 52:9, 58:16
**percent** [28] - 82:15, 82:17, 83:11, 83:21, 84:4, 85:13, 85:25, 86:12, 87:25, 88:8, 88:24, 89:10, 89:17, 90:24, 90:25, 91:2, 91:4, 91:5, 91:20, 92:9, 92:11, 92:12, 92:14, 92:15
**percentage** [1] - 4:6
**perhaps** [5] - 9:22, 53:8, 72:14, 80:2, 114:12
**period** [11] - 36:2, 36:22, 40:11, 41:17, 41:25, 43:20, 43:25, 58:15, 76:10, 79:4, 140:4
**permit** [2] - 31:14, 32:18
**person** [3] - 22:7, 56:12
**personal** [1] - 137:8
**pertain** [1] - 131:21
**pertaining** [1] - 133:16
**pertains** [1] - 131:22
**phone** [5] - 14:23, 15:16, 15:20, 20:1, 37:11, 50:4, 52:23, 60:18, 78:8, 82:3, 104:2, 111:19, 116:18, 137:23, 137:24
**phones** [4] - 26:7, 31:7, 42:3, 137:16
**phrase** [2] - 21:5, 21:19
**physical** [6] - 95:5, 95:13, 110:13, 110:14, 116:5, 127:3
**pick** [9] - 15:20, 37:10, 39:22, 46:1,

60:17, 78:8, 104:1, 116:18, 137:24
**picture** [1] - 95:14
**place** [4] - 45:18, 86:1, 88:1, 118:17
**placement** [1] - 119:4
**places** [1] - 18:15
**Plaintiff** [1] - 1:4
**PLAINTIFF** [1] - 1:14
**plan** [2] - 59:13, 137:9
**planning** [1] - 62:14
**plans** [1] - 135:10
**plasma** [2] - 119:3, 119:4
**Plasma** [11] - 109:1, 111:15, 111:17, 112:11, 113:12, 114:13, 117:11, 122:1, 123:7, 126:24, 128:25
**plasma@**
**plasmadivision** [3] - 114:24, 117:3, 132:9
**plasma@**
**plasmadivision.com** [6] - 95:16, 108:21, 129:13, 130:10, 130:17, 132:7
**plasmadivision. com** [2] - 129:6, 132:16
**platform** [2] - 23:12, 100:3
**plausible** [2] - 47:18, 48:5
**play** [3] - 18:20, 35:19, 100:6
**pleasing** [1] - 109:25
**pled** [1] - 19:7
**plenty** [1] - 120:1
**PLLC** [1] - 1:24
**plus** [1] - 122:16
**point** [43] - 4:22, 5:16, 5:18, 10:14, 12:17, 21:8, 21:14, 21:23, 21:25, 22:9, 22:18, 25:5, 25:14, 29:23, 31:25, 33:20, 38:13, 38:21, 40:4, 54:2, 54:15, 55:16, 55:21, 64:10, 70:8, 72:10, 79:8, 79:13, 84:24, 85:11, 109:12, 115:8, 119:13, 122:8, 125:7, 125:20, 126:20, 127:2, 132:4, 134:6, 138:8, 138:10
**pointing** [7] - 35:21,

109:16, 114:22, 117:1, 120:13, 131:13
**pool** [2] - 25:21, 25:23
**pooled** [1] - 6:7
**popular** [1] - 34:24
**population** [1] - 54:20
**portion** [6] - 19:8, 41:2, 41:3, 47:22, 120:14
**position** [5] - 13:6, 13:8, 63:13, 135:18, 136:7
**possibilities** [1] - 94:11
**possible** [4] - 20:20, 21:22, 25:4, 57:15
**post** [10] - 24:1, 29:14, 48:10, 48:14, 48:15, 51:12, 51:15, 52:4, 56:20, 57:21
**posted** [1] - 24:10
**posts** [4] - 45:11, 46:5, 46:8, 82:13
**potential** [1] - 84:20
**potentially** [4] - 15:12, 17:15, 97:16, 120:10
**PowerPoint** [1] - 5:22
**practically** [1] - 28:14
**practices** [1] - 28:20
**precisely** [2] - 25:17, 88:12
**precision** [1] - 49:21
**prejudicial** [7] - 13:2, 16:1, 26:13, 53:12, 54:21, 54:23, 117:6
**preliminary** [2] - 4:2, 5:11
**preparation** [1] - 109:19
**prepare** [3] - 83:24, 109:20, 115:18
**prepared** [4] - 73:12, 82:16, 139:18
**preparing** [3] - 74:14, 115:25, 116:5
**preponderance** [1] - 27:13
**present** [2] - 5:5, 74:1
**pretrial** [1] - 79:9
**pretty** [4] - 4:3, 47:10, 47:17, 65:6
**preventing** [1] - 59:3
**prevents** [1] - 88:9
**preview** [1] - 139:16

**previous** [1] - 106:10
**PREVIOUSLY** [1] - 5:24
**previously** [8] - 23:1, 60:24, 85:20, 92:23, 96:5, 102:23, 103:3, 105:7
**price** [3] - 70:1, 81:14, 89:15
**pricing** [2] - 85:4, 85:14
**prima** [1] - 27:12
**primacy** [1] - 117:18
**primary** [1] - 45:18
**printed** [1] - 110:17
**printoff** [2] - 110:15, 116:5
**privately** [2] - 54:11, 121:5
**problem** [7] - 11:3, 11:11, 11:12, 51:5, 54:12, 63:8
**problematic** [1] - 21:2
**problems** [1] - 139:19
**proceed** [11] - 5:19, 22:22, 27:19, 38:19, 39:9, 42:24, 55:25, 80:20, 120:23, 121:1, 122:18
**proceeding** [1] - 136:14
**proceedings** [22] - 5:4, 13:24, 16:15, 22:23, 27:20, 32:24, 39:7, 42:25, 50:13, 55:23, 64:22, 72:7, 73:18, 73:25, 80:18, 85:17, 104:25, 112:6, 120:24, 134:17, 134:25, 141:6
**Proceedings** [1] - 140:13
**process** [8] - 7:7, 7:8, 7:11, 18:16, 34:17, 45:20, 46:3, 126:7
**produced** [1] - 141:6
**product** [1] - 84:15
**proffer** [1] - 27:9
**programs** [2] - 9:9, 14:11
**pronoun** [4] - 26:18, 26:22, 53:22, 73:5
**properly** [3] - 25:23, 63:6, 69:17
**proposition** [2] - 38:16, 139:17
**prove** [3] - 25:25,

47:19, 58:11
**provide** [5] - 18:17, 28:10, 42:20, 46:2, 100:8
**provided** [9] - 18:13, 29:22, 33:11, 56:16, 64:3, 66:16, 69:13, 83:16, 119:2
**provides** [3] - 58:20, 58:25, 119:21
**providing** [1] - 25:20
**provisionally** [5] - 38:20, 39:1, 63:14, 64:16, 64:24
**psychological** [1] - 117:18
**publicly** [1] - 24:22
**publish** [5] - 32:19, 33:1, 40:23, 110:24, 116:15
**published** [13] - 35:14, 40:24, 43:14, 64:25, 68:23, 75:2, 87:4, 90:16, 98:19, 105:8, 105:24, 111:3, 130:3
**pull** [23] - 5:21, 22:25, 24:13, 40:16, 46:8, 47:5, 68:7, 81:25, 85:19, 86:16, 87:7, 95:3, 98:3, 102:22, 106:24, 108:10, 108:25, 109:14, 110:4, 112:3, 121:9, 126:17, 131:7
**pulling** [3] - 82:10, 88:25, 122:14
**purchase** [7] - 93:5, 95:22, 110:10, 113:6, 124:9, 124:21, 125:10
**purchased** [4] - 96:8, 101:20, 101:23, 125:2
**purchasing** [2] - 95:17, 124:25
**purely** [2] - 37:20, 54:13
**purple** [1] - 120:13
**purpose** [6] - 22:6, 36:13, 72:17, 93:3, 93:4, 109:23
**purposes** [2] - 22:15, 63:15
**put** [16] - 16:2, 16:6, 27:15, 28:19, 39:1, 54:16, 55:10, 73:2, 87:10, 91:1, 121:6, 121:8, 126:18, 129:1, 132:1, 135:5
**putting** [5] - 109:23, 112:3, 113:15, 114:4,

114:7
**puzzled** [1] - 63:9

**Q**

**qualified** [5] - 12:16, 13:16, 15:18, 15:24, 84:19
**qualify** [2] - 12:17, 15:15
**qualifying** [1] - 16:8
**questioning** [2] - 79:3, 85:9
**questions** [4] - 21:4, 39:1, 39:2, 80:15
**quick** [2] - 68:9, 129:1
**quickly** [3] - 6:24, 113:8, 135:7
**quote** [3] - 12:1, 23:17, 79:25
**quote-unquote** [1] - 79:25
**quotes** [1] - 49:14

**R**

**raise** [4] - 80:2, 118:20, 120:1, 135:1
**raised** [4] - 61:23, 72:20, 72:23, 118:2
**raises** [1] - 80:1
**Ramje** [1] - 126:5
**RANDOLPH** [1] - 1:11
**randomize** [1] - 88:10
**randomized** [4] - 49:23, 87:25, 88:5, 91:4
**range** [2] - 91:3, 128:16
**ransomware** [1] - 14:20
**rate** [2] - 58:16, 84:9
**rates** [2] - 9:20, 61:22
**rather** [4] - 10:22, 24:6, 27:2, 137:23
**raw** [2] - 105:15, 107:24
**RDR** [3] - 2:1, 141:3, 141:12
**Reactor** [15] - 10:7, 10:16, 13:7, 60:2, 61:4, 61:20, 63:7, 63:13, 63:17, 64:4, 64:18, 65:6, 73:12
**read** [28] - 23:6, 23:8,

24:17, 25:18, 28:3, 28:12, 28:24, 29:8, 47:8, 48:16, 48:17, 49:14, 50:24, 51:17, 52:4, 52:19, 56:24, 57:8, 57:21, 58:6, 59:7, 85:23, 86:3, 87:24, 114:7, 115:5, 133:14, 133:15
**readily** [1] - 59:4
**reading** [2] - 13:11, 29:16
**reads** [2] - 103:9, 124:20
**ready** [4] - 51:22, 73:21, 74:4, 134:5
**real** [5] - 25:4, 34:12, 52:13, 55:19, 129:1
**reality** [1] - 51:4
**realize** [1] - 122:13
**really** [7] - 21:8, 38:19, 51:1, 51:6, 83:22, 104:8, 136:14
**reason** [4] - 13:2, 80:6, 119:8, 119:21
**reasonable** [1] - 17:20
**reasonably** [1] - 79:13
**reasons** [1] - 104:22
**receive** [2] - 34:15, 100:3
**Received** [1] - 3:9
**received** [9] - 69:11, 69:19, 70:6, 75:14, 75:17, 75:20, 100:12, 106:8, 130:22
**receives** [1] - 35:24
**receiving** [2] - 16:25, 19:8
**recent** [1] - 18:19
**recently** [1] - 18:21
**recess** [2] - 73:16, 73:17
**recognize** [7] - 23:4, 30:10, 98:6, 98:8, 105:12, 115:22, 129:3
**record** [17] - 15:23, 16:2, 16:6, 16:13, 27:15, 48:7, 48:9, 54:16, 72:11, 73:1, 87:11, 109:16, 114:21, 126:2, 131:12, 131:14, 136:12
**recorded** [2] - 24:21, 124:7
**records** [33] - 9:16, 18:2, 71:15, 81:22, 93:1, 94:12, 94:21,

96:1, 96:4, 96:7, 96:15, 96:17, 96:18, 97:10, 97:13, 97:17, 97:22, 99:4, 99:15, 99:17, 100:22, 100:25, 101:4, 101:18, 102:19, 102:23, 105:4, 108:22, 115:24, 116:3, 123:9, 124:23, 127:10

**red** [2] - 69:8, 71:3

**redeem** [50] - 99:25, 100:1, 100:3, 100:4, 100:6, 100:7, 100:10, 100:13, 100:15, 100:18, 100:20, 101:4, 101:6, 101:19, 101:23, 102:7, 102:8, 102:9, 103:6, 103:10, 112:19, 112:20, 112:21, 112:25, 113:2, 126:3, 126:5, 126:8, 126:13, 126:14, 126:20, 126:23, 127:4, 127:5, 127:11, 127:17, 127:21, 127:25, 128:3, 130:12, 131:4, 131:9, 131:10, 131:13, 131:20, 131:22, 132:6, 132:10, 132:16, 132:20

**redeemed** [2] - 102:7, 113:2

**reduces** [1] - 55:17

**redundant** [1] - 14:13

**reference** [2] - 53:22, 106:10

**referenced** [1] - 123:10

**referring** [6] - 28:18, 50:9, 53:9, 72:23, 109:17, 118:24

**refers** [1] - 42:11

**reflect** [5] - 90:8, 107:11, 109:16, 131:12, 131:14

**regard** [3] - 17:3, 101:4, 103:6

**regarding** [8] - 38:4, 79:3, 83:6, 83:25, 92:24, 96:1, 96:7, 107:12

**regardless** [1] - 118:13

**registration** [2] - 92:24, 113:7

**regular** [1] - 23:23

**relate** [1] - 4:4

**related** [3] - 30:18, 48:4, 81:22

**relating** [2] - 131:4, 134:11

**relation** [2] - 61:3, 138:3

**relevant** [1] - 9:25

**reliability** [4] - 9:14, 9:19, 13:5, 13:6

**reliable** [5] - 28:14, 65:10, 67:18, 68:1, 68:2

**reluctant** [1] - 52:15

**rely** [1] - 65:9

**remain** [1] - 63:9

**remarkable** [1] - 38:15

**remember** [1] - 120:20

**remind** [6] - 6:22, 27:7, 35:2, 107:22, 113:20, 123:17

**reminded** [1] - 55:8

**reminds** [1] - 27:4

**removed** [1] - 118:11

**renew** [1] - 35:13

**repeat** [2] - 57:24, 81:4

**repeated** [1] - 126:8

**rephrase** [2] - 20:24, 129:11

**report** [14] - 15:11, 15:12, 17:14, 17:16, 17:17, 17:18, 32:11, 42:8, 42:18, 62:18, 78:15, 78:17, 119:7

**REPORTED** [1] - 2:1

**reported** [1] - 17:24

**reporter** [3] - 6:25, 97:4, 111:14

**REPORTER** [4] - 58:22, 77:13, 97:6, 129:8

**Reporter** [2] - 2:1, 141:12

**reports** [3] - 18:3, 38:2, 103:2

**represents** [1] - 33:9

**request** [3] - 4:10, 18:4, 120:9

**requests** [1] - 99:8

**require** [1] - 82:20

**requirements** [1] - 14:11

**Requirements** [1] - 85:24

**requisite** [1] - 61:2

**research** [2] - 72:3,

134:11

**researchers** [1] - 24:25

**Reserve** [39] - 93:20, 96:10, 96:11, 96:12, 96:13, 96:18, 96:21, 96:23, 97:10, 97:20, 97:21, 99:2, 101:10, 101:15, 113:4, 113:10, 113:13, 114:6, 115:6, 115:10, 119:18, 122:2, 131:3, 131:18, 131:25, 132:11, 132:19, 132:22, 132:23, 133:1, 133:4, 133:9, 133:11, 133:20, 133:21

**resolution** [1] - 137:17

**respect** [7] - 13:21, 22:19, 63:11, 63:13, 63:17, 64:18, 85:14

**response** [1] - 139:12

**responsibility** [2] - 118:17, 118:19

**responsive** [2] - 99:7, 99:9

**rest** [1] - 111:7

**restitution** [1] - 18:18

**result** [1] - 70:24

**resulting** [1] - 95:21

**results** [1] - 10:9

**retakes** [1] - 73:20

**retired** [1] - 134:24

**retrieved** [3] - 107:12, 113:16, 129:18

**return** [2] - 5:8, 123:6

**returning** [1] - 99:18

**reusing** [1] - 56:23

**reveal** [3] - 52:6, 52:11, 52:16

**revealing** [2] - 24:20, 52:6

**review** [33] - 24:10, 39:11, 40:2, 43:23, 45:11, 46:5, 65:7, 66:14, 74:7, 74:20, 76:11, 77:17, 81:22, 86:14, 89:24, 93:1, 93:3, 93:4, 96:1, 96:18, 97:10, 99:17, 100:22, 101:18, 102:19, 103:24, 105:4, 108:22, 113:15, 115:24,

127:10, 128:5, 131:4

**reviewed** [10] - 37:24, 66:12, 68:5, 68:15, 82:18, 89:19, 105:18, 110:14, 116:3, 133:17

**reviewing** [2] - 66:16, 74:11

**right-hand** [1] - 35:4

**rise** [4] - 5:2, 72:5, 73:23, 134:15

**Road** [1] - 119:13

**role** [1] - 37:4

**ROMAN** [1] - 1:6

**Room** [1] - 2:3

**Roso** [4] - 131:2, 131:18, 131:25, 133:9

**roughly** [1] - 34:19

**Rovensky** [11] - 92:24, 95:9, 96:5, 97:14, 100:25, 103:2, 104:12, 104:18, 107:4, 113:25, 139:2

**Rovensky's** [3] - 53:7, 104:6, 123:11

**Row** [7] - 124:3, 124:15, 126:1, 126:3, 127:15, 127:23, 128:1

**rows** [5] - 60:8, 124:8, 125:5, 133:7, 133:8

**Rows** [3] - 124:9, 125:15, 125:16

**ruled** [2] - 20:6, 87:14

**Rules** [1] - 118:15

**rulings** [1] - 20:6

**run** [1] - 20:20

**running** [3] - 22:7, 85:13, 135:13

**S**

**safe** [2] - 51:21, 52:6

**sake** [1] - 73:4

**sale** [1] - 125:17

**Sarah** [2] - 82:24, 83:5

**savings** [2] - 18:10, 19:1

**scammer** [1] - 18:9

**schedule** [2] - 36:6, 135:23

**scheduled** [2] - 69:18, 137:6

**scheduling** [1] - 135:4

**schematic** [1] - 33:7

**schemes** [1] - 51:1

**SCHOLL** [2] - 3:4, 5:24

**Scholl** [76] - 6:2, 7:5, 9:7, 10:20, 14:2, 15:15, 16:8, 16:18, 18:6, 20:9, 23:4, 24:10, 27:23, 31:10, 32:8, 33:4, 34:18, 35:18, 38:10, 39:11, 42:7, 43:3, 43:18, 59:19, 59:25, 61:2, 61:8, 61:18, 62:6, 62:17, 62:21, 62:25, 63:2, 63:21, 64:5, 64:9, 64:11, 65:4, 69:2, 74:7, 74:19, 75:6, 78:21, 80:22, 81:22, 82:6, 82:13, 82:16, 82:25, 83:10, 84:18, 90:4, 90:20, 92:16, 92:23, 95:8, 98:23, 104:8, 104:16, 105:3, 105:11, 107:8, 107:22, 109:16, 111:10, 112:9, 113:15, 119:9, 121:15, 121:24, 123:2, 129:3, 134:24, 137:17, 138:19, 138:20

**Scholl's** [2] - 32:11, 78:12

**scientific** [1] - 38:12

**scope** [4] - 9:24, 10:17, 11:6, 83:3

**scrape** [3] - 87:19, 88:14, 89:1

**scrapes** [2] - 82:14, 86:20

**screen** [13] - 8:13, 33:5, 39:15, 39:16, 91:8, 108:11, 109:15, 113:11, 124:4, 126:18, 132:2, 132:5, 132:13

**screenshot** [4] - 7:24, 23:1, 98:9, 106:13

**scroll** [11] - 27:24, 50:21, 85:20, 86:5, 87:21, 102:14, 103:7, 123:13, 125:12, 126:5, 127:16

**scrolling** [9] - 24:17, 48:11, 57:23, 60:5, 60:6, 88:16, 89:3, 122:3, 130:19

**se** [3] - 20:7, 20:14, 22:4

**search** [2] - 19:5,

57:25
**searching** [1] - 18:1
**seated** [3] - 5:6,
74:2, 134:18
**second** [15] - 20:1,
29:7, 40:17, 52:19,
56:2, 56:19, 56:25,
100:10, 121:2,
121:10, 121:11,
125:2, 126:15,
126:16, 132:5
**section** [8] - 28:24,
50:21, 50:24, 59:12,
87:24, 123:14,
124:15, 125:13
**sections** [1] - 124:24
**security** [2] - 58:21,
58:22
**see** [31] - 7:24,
10:17, 18:2, 33:24,
39:25, 40:3, 40:14,
48:2, 49:16, 49:17,
49:18, 54:18, 54:23,
58:4, 69:16, 72:3,
94:6, 102:17, 103:12,
111:24, 118:11,
119:17, 127:17,
134:8, 134:12,
134:23, 135:19,
135:21, 139:15,
140:10
**seek** [2] - 15:15,
19:18
**seeking** [4] - 10:19,
42:22, 105:9, 107:5
**sees** [3] - 57:23,
58:1, 58:8
**seize** [1] - 18:17
**seized** [2] - 19:6,
96:16
**select** [1] - 33:23
**selected** [1] - 34:5
**sell** [1] - 114:16
**selling** [1] - 16:25
**send** [7] - 7:15,
18:16, 35:24, 77:5,
80:23, 100:5, 120:18
**sending** [11] - 16:23,
18:9, 29:25, 33:15,
36:1, 52:1, 69:21,
77:7, 106:9, 106:21
**sense** [1] - 63:25
**sensitive** [1] - 46:12
**sent** [25] - 16:22,
18:14, 35:1, 41:10,
45:5, 46:16, 46:20,
69:12, 70:6, 70:12,
71:20, 76:6, 93:17,
100:18, 106:17,
112:13, 112:15,

112:17, 115:15,
130:18, 130:23,
131:3, 132:10,
132:17, 133:22
**sentence** [3] - 28:12,
51:17, 86:3
**sentences** [1] - 29:8
**separation** [1] -
84:21
**sequestering** [1] -
17:15
**series** [3] - 23:8,
30:5, 41:11
**server** [3] - 37:17,
38:8, 38:10
**servers** [2] - 37:16,
47:19
**service** [41] - 6:5,
6:6, 6:9, 6:11, 6:13,
7:10, 7:13, 23:18,
23:21, 23:25, 24:4,
24:7, 25:7, 25:13,
25:21, 26:1, 26:3,
28:2, 28:8, 28:10,
29:21, 34:7, 36:7,
44:18, 48:9, 49:20,
50:1, 50:17, 52:18,
66:9, 77:8, 81:11,
85:25, 87:25, 88:22,
88:24, 89:9, 89:10,
93:17, 98:11
**Service** [1] - 28:3
**services** [10] - 6:18,
6:19, 7:23, 8:16,
14:12, 19:23, 25:14,
67:15, 99:1
**SESSION** [1] - 1:5
**set** [3] - 59:8, 95:13,
113:24
**sets** [1] - 25:18
**several** [3] - 18:25,
19:6, 86:16
**shared** [1] - 23:17
**Shormint** [12] -
93:20, 96:23, 97:11,
97:20, 101:9, 101:14,
113:4, 113:10,
113:13, 114:6,
115:11, 122:2
**short** [5] - 85:23,
104:9, 104:22,
136:20, 140:3
**show** [13] - 30:8,
82:13, 96:25, 97:17,
101:4, 103:6, 105:6,
108:13, 115:20,
125:19, 128:8, 132:6,
133:8
**showed** [2] - 101:5,
132:4

**showing** [22] - 7:6,
30:10, 33:7, 36:24,
48:8, 59:23, 68:13,
86:19, 90:2, 105:11,
107:8, 110:2, 110:13,
115:18, 117:13,
123:22, 127:20,
130:21, 130:24,
131:20, 131:23,
132:14
**shown** [43] - 6:3, 6:4,
7:5, 33:4, 34:14,
40:17, 43:18,
44:23, 48:13, 78:5,
80:22, 90:21, 91:7,
95:14, 95:15, 98:23,
106:5, 106:7, 106:12,
107:22, 109:4, 109:8,
113:25, 121:25,
123:2, 123:17,
123:21, 124:17,
125:5, 125:15,
126:11, 127:19,
127:23, 128:1, 130:8,
130:11, 130:15,
130:20, 131:16,
131:23, 133:2, 133:6
**shows** [3] - 122:14,
122:15
**shut** [2] - 80:9, 81:11
**shutdown** [1] - 138:3
**sick** [1] - 61:21
**side** [2] - 35:4,
124:21
**sidebar** [2] - 79:21,
137:15
**sides** [1] - 13:9
**significance** [3] -
45:17, 76:21, 77:1
**significant** [7] -
65:14, 76:15, 77:12,
77:17, 77:24, 78:24,
79:6
**Silk** [1] - 119:13
**silly** [1] - 27:1
**SIM** [1] - 14:22
**similar** [13] - 8:1, 9:2,
17:6, 25:7, 36:13,
47:25, 70:5, 86:2,
88:3, 100:4, 123:4,
123:5
**simple** [9] - 56:8,
58:12, 65:6, 84:1,
84:14, 84:24, 84:25,
93:23, 120:12
**simplified** [3] - 34:9,
34:17, 45:9
**simplistic** [1] - 31:23
**simply** [5] - 21:4,
83:20, 110:17, 119:2,

120:19
**Sinbad** [1] - 8:17
**single** [5] - 7:11,
14:20, 34:16, 42:1,
76:4
**single-handedly** [1]
- 24:20
**singular** [1] - 45:4
**sit** [4] - 135:15,
135:16, 136:4, 136:19
**site** [9] - 23:25, 24:2,
24:6, 24:7, 24:9,
24:14, 29:12, 86:23,
98:11
**sitting** [4] - 81:7,
81:16, 135:4, 135:23
**six** [5] - 38:14, 58:15,
58:20, 58:25, 101:17
**six-hour** [1] - 58:20
**Slide** [1] - 5:23
**slide** [7] - 7:5, 7:6,
44:21, 44:24, 106:3,
106:11, 107:23
**slides** [1] - 105:16,
121:14
**slip** [1] - 139:10
**slow** [1] - 35:2
**slowly** [2] - 6:23,
118:5
**small** [5] - 58:17,
58:21, 58:25, 70:23,
77:9
**smaller** [1] - 34:23
**sniffed** [1] - 57:10
**software** [1] - 61:20
**sold** [4] - 114:18,
114:20, 125:6, 125:11
**solution** [3] - 25:18,
25:20, 51:19
**someone** [5] - 57:10,
57:18, 57:23, 58:1,
58:8
**sometime** [1] -
133:25
**sometimes** [1] - 46:8
**somewhat** [1] - 52:8
**somewhere** [2] -
57:10, 57:18
**soon** [1] - 51:22
**sophisticated** [1] -
82:19
**sophistication** [1] -
46:18
**sorry** [9] - 15:19,
57:24, 77:13, 77:21,
78:7, 81:4, 91:12,
128:15, 129:15
**sort** [17] - 8:3, 17:23,
25:13, 25:15, 26:12,
31:13, 38:21, 38:22,

43:8, 46:24, 82:18,
83:1, 83:12, 92:17,
104:21, 138:8, 138:24
**sorts** [3] - 14:24,
48:23, 84:18
**sounds** [1] - 48:17
**source** [8] - 17:20,
61:3, 61:10, 93:4,
94:4, 99:22, 99:23,
108:16
**spam** [1] - 119:3
**spam@
plasmadivision.com**
[2] - 129:14, 132:9
**speaking** [2] - 14:8,
129:5
**Special** [7] - 92:23,
95:9, 96:4, 97:13,
100:25, 103:2, 123:10
**specific** [6] - 43:5,
47:24, 48:2, 48:3,
49:2, 66:11
**specifically** [2] -
47:1, 62:10
**specifics** [2] - 10:20,
138:24
**specified** [1] - 119:3
**speculating** [1] -
50:2
**speculation** [1] -
37:20
**speculative** [2] -
82:10, 83:18
**spend** [1] - 8:6
**spending** [1] - 125:1
**spends** [1] - 46:20
**spent** [1] - 35:1
**spreadsheet** [4] -
75:11, 85:13, 124:8,
126:21
**springboard** [1] -
32:7
**stand** [8] - 8:3, 9:9,
11:8, 11:9, 42:9,
73:20, 111:7, 119:22
**stands** [1] - 8:11
**start** [8] - 65:8,
77:14, 111:11, 112:1,
112:3, 129:12, 134:8,
136:23
**started** [3] - 41:5,
41:20, 106:15
**starting** [13] - 28:13,
34:22, 35:21, 47:9,
49:14, 50:24, 51:17,
56:24, 57:9, 57:22,
95:24, 123:14, 130:8
**starts** [1] - 116:24
**States** [2] - 2:2,
141:13

**STATES** [4] - 1:1, 1:3, 1:11, 1:14
**statistical** [3] - 28:15, 28:18, 58:19
**stats** [1] - 78:23
**stay** [1] - 36:1
**stayed** [2] - 88:22, 88:24
**stealing** [1] - 14:23
**stenographic** [1] - 141:5
**step** [6] - 11:18, 93:12, 114:7, 114:9, 115:5, 134:19
**Step** [5] - 114:10, 114:15, 114:16, 115:3, 115:6
**steps** [9] - 18:7, 93:22, 94:11, 112:4, 113:24, 114:2, 114:3, 114:4, 114:22
**STERLINGOV** [1] - 1:6
**Sterlingov** [18] - 26:13, 27:13, 53:5, 53:12, 54:17, 55:11, 79:1, 79:3, 79:19, 79:22, 80:2, 109:10, 119:10, 119:19, 132:25, 133:3, 139:11, 139:23
**Sterlingov's** [20] - 76:17, 93:10, 93:12, 93:15, 95:16, 108:20, 113:23, 114:5, 114:25, 117:3, 117:5, 119:7, 123:20, 123:25, 124:12, 132:11, 133:3, 133:20, 133:21, 138:3
**still** [15] - 4:12, 4:21, 5:16, 12:21, 47:18, 48:5, 58:11, 81:7, 81:12, 118:13, 119:12, 123:16, 125:21, 135:12, 138:9
**stipulate** [1] - 139:5
**stolen** [1] - 17:1
**stop** [3] - 44:1, 47:9, 134:3
**stopped** [4] - 40:3, 78:12, 79:14, 80:5
**stopping** [1] - 133:23
**stops** [1] - 40:12
**straighter** [1] - 34:4
**Street** [2] - 1:15, 1:24
**strike** [1] - 31:22
**strikes** [1] - 83:21
**string** [1] - 103:19
**studied** [1] - 29:17

**study** [3] - 14:3, 65:22, 66:1
**stuff** [2] - 118:6, 128:17
**subject** [5] - 18:2, 19:7, 62:20, 122:21, 130:17
**submit** [1] - 55:10
**subsequent** [1] - 105:16
**subsequently** [13] - 6:8, 19:5, 33:17, 36:6, 40:12, 41:8, 46:20, 48:1, 69:18, 101:14, 113:3, 115:1, 125:6
**succeed** [1] - 59:3
**sufficient** [2] - 38:18, 73:2
**suggest** [1] - 139:14
**suggested** [1] - 85:9
**suggesting** [2] - 21:16, 54:21
**Suite** [1] - 1:16
**sum** [1] - 51:21
**summarize** [8] - 30:17, 35:9, 68:14, 74:19, 90:8, 110:9, 110:22, 116:2
**summarizing** [6] - 30:5, 31:1, 37:4, 68:4, 74:14, 110:6
**summary** [8] - 31:1, 31:14, 35:13, 68:18, 74:23, 78:22, 83:14, 111:25
**supporting** [1] - 26:14
**suppose** [1] - 34:4
**supposedly** [1] - 63:6
**surprise** [3] - 23:19, 38:15, 79:8
**surprise)** [1] - 24:4
**surprised** [1] - 118:11
**suspect** [2] - 4:14, 139:8
**suspicious** [8] - 15:12, 17:8, 17:14, 17:16, 17:17, 17:19, 18:3, 19:4
**swaps** [1] - 14:22
**sweeping** [2] - 39:25, 40:9
**sweeps** [2] - 33:14, 36:15
**swept** [10] - 29:23, 40:7, 40:14, 41:15, 41:22, 42:1, 43:24, 44:5, 45:4, 66:5

**switch** [1] - 54:6
**SWORN** [1] - 5:24
**system** [3] - 51:3, 52:9, 56:5

## T

**tab** [1] - 133:2
**table** [3] - 91:10, 91:14, 91:18
**tactics** [2] - 14:7, 123:5
**takedown** [1] - 23:9
**takeover** [1] - 18:22
**takeovers** [1] - 14:22
**technical** [4] - 31:11, 31:15, 32:10, 45:2
**technique** [3] - 25:16, 56:21, 94:3
**techniques** [4] - 12:3, 16:10, 51:10, 123:5
**ten** [2] - 47:15, 134:1
**tendencies** [1] - 6:24
**tentatively** [1] - 137:9
**terms** [5] - 10:15, 24:20, 28:7, 61:1, 84:9
**terribly** [1] - 136:5
**tested** [1] - 38:11
**testified** [17] - 20:10, 25:16, 37:15, 37:24, 43:9, 65:19, 67:12, 70:2, 82:18, 94:14, 95:9, 96:5, 97:14, 101:1, 103:3, 104:6, 113:25
**testify** [17] - 9:10, 10:7, 15:18, 61:11, 62:1, 62:6, 62:9, 62:18, 63:2, 63:13, 63:21, 64:6, 78:21, 83:6, 85:12, 117:13, 117:25
**testifying** [9] - 9:13, 10:16, 20:8, 83:8, 104:8
**testimony** [30] - 4:21, 5:14, 5:18, 10:1, 10:20, 11:7, 22:15, 31:17, 38:6, 42:13, 53:7, 62:20, 63:15, 63:24, 79:7, 80:14, 82:9, 83:3, 83:13, 83:22, 92:23, 104:9, 104:13, 104:17, 111:25, 120:21, 123:11, 134:20, 135:5

**text** [1] - 50:21
**texts** [1] - 133:12
**THE** [189] - 1:1, 1:11, 1:14, 1:15, 1:23, 4:1, 5:1, 5:2, 5:5, 5:7, 6:22, 7:1, 7:2, 7:3, 9:4, 9:12, 10:6, 11:1, 12:13, 13:8, 13:14, 13:20, 15:17, 15:25, 16:11, 16:14, 21:11, 22:2, 26:23, 27:6, 27:19, 30:23, 31:2, 31:6, 31:18, 31:22, 32:16, 33:1, 34:1, 35:2, 35:14, 37:9, 37:22, 38:13, 39:3, 39:9, 40:25, 42:15, 42:23, 43:13, 50:10, 53:13, 53:24, 54:19, 55:6, 55:13, 55:16, 55:22, 55:25, 58:22, 58:24, 59:14, 60:16, 61:6, 62:1, 62:23, 63:9, 63:25, 64:15, 64:21, 64:24, 67:21, 67:22, 68:11, 68:19, 68:21, 71:25, 72:5, 72:8, 72:9, 72:12, 72:15, 72:18, 72:21, 72:22, 72:25, 73:3, 73:6, 73:10, 73:15, 73:16, 73:19, 73:21, 73:23, 74:1, 74:3, 74:24, 75:1, 76:24, 77:2, 77:3, 77:13, 77:19, 77:21, 77:23, 77:24, 78:16, 79:11, 80:3, 80:11, 80:20, 83:20, 85:1, 87:3, 87:12, 87:17, 90:13, 90:15, 95:20, 95:21, 97:4, 97:6, 97:8, 98:16, 98:18, 104:7, 104:15, 104:20, 105:22, 105:24, 107:1, 107:3, 107:16, 107:18, 110:25, 111:2, 112:5, 116:16, 117:9, 118:8, 118:19, 119:9, 119:23, 120:23, 121:1, 121:2, 121:3, 121:4, 121:6, 121:12, 121:16, 122:7, 122:10, 122:17, 122:21, 126:23, 128:12, 128:14, 129:8, 129:12, 129:13, 130:2, 131:14, 133:25, 134:5, 134:7, 134:15, 134:18,

134:19, 134:22, 134:23, 135:1, 135:7, 135:17, 136:2, 136:11, 136:15, 136:19, 136:25, 137:4, 137:12, 137:19, 137:24, 138:13, 138:18, 138:25, 139:6, 140:7, 140:10
**themselves** [1] - 21:9
**theory** [1] - 38:11
**therefore** [2] - 10:23, 24:8
**Thereupon** [2] - 73:17, 134:24
**they've** [1] - 135:9
**thinking** [2] - 52:5, 139:15
**thinks** [1] - 26:11
**third** [3] - 47:8, 93:18, 111:23
**thousand** [1] - 18:25
**thousands** [2] - 67:10, 74:11
**three** [6] - 7:15, 60:24, 127:4, 133:6, 133:8, 138:12
**through..** [1] - 128:12
**throughput** [1] - 52:7
**timely** [1] - 118:20
**timing** [4] - 48:23, 48:25, 49:8, 58:13, 77:12, 77:16, 79:5
**tips** [1] - 28:9
**today** [1] - 133:24
**together** [2] - 8:7, 109:23
**tomorrow** [6] - 134:9, 134:12, 137:4, 137:14, 140:1, 140:11
**took** [1] - 87:12
**tool** [4] - 10:13, 65:6, 65:9, 65:14
**tools** [3] - 9:2, 17:6, 65:11
**top** [17] - 11:11, 24:1, 28:22, 57:22, 60:5, 69:10, 83:7, 83:11, 86:5, 95:17, 109:17, 121:21, 123:13, 124:14, 125:13, 125:21, 126:23
**topics** [1] - 14:16
**Tor** [6] - 23:18, 23:25, 24:2, 24:3, 24:6, 24:7
**TOR** [2] - 1:23, 1:24

**Tor-based** [2] - 23:18, 24:3
**total** [6] - 52:7, 60:7, 75:16, 92:8, 92:12, 128:16
**totally** [1] - 71:3
**toward** [1] - 24:1
**towards** [3] - 120:13, 120:14, 130:18
**trace** [17] - 6:11, 18:12, 19:2, 26:4, 30:3, 30:4, 46:10, 71:16, 71:21, 94:20, 94:25, 99:19, 103:18, 103:21, 104:17, 105:3, 123:4
**traced** [5] - 63:1, 63:3, 99:21, 118:25, 132:14
**traces** [2] - 10:1, 11:10
**tracing** [15] - 9:10, 11:24, 35:20, 43:4, 43:8, 70:15, 78:18, 82:8, 83:9, 94:13, 94:16, 104:14, 108:13, 114:19, 122:15
**tracings** [1] - 62:10
**track** [1] - 25:2
**tracked** [1] - 25:14
**transaction** [68] - 7:12, 7:14, 8:3, 8:5, 8:10, 18:13, 23:13, 24:21, 25:3, 33:14, 34:16, 34:25, 35:19, 35:25, 36:3, 39:24, 39:25, 40:9, 41:9, 41:16, 45:10, 49:7, 57:12, 57:13, 58:12, 66:23, 69:4, 69:10, 70:4, 78:1, 80:24, 89:17, 94:21, 96:2, 96:15, 96:19, 97:10, 99:14, 102:4, 102:10, 102:23, 103:18, 103:21, 105:3, 105:4, 105:15, 105:17, 106:6, 106:7, 106:10, 106:14, 106:17, 107:10, 107:12, 107:24, 108:8, 108:14, 109:21, 111:23, 118:25, 124:15, 124:21, 124:25, 125:1, 125:13, 126:2, 127:10
**transactional** [1] - 93:23
**transactions** [67] -

7:23, 8:24, 14:8, 22:6, 25:1, 30:18, 31:1, 34:16, 35:5, 37:5, 37:25, 39:12, 39:20, 39:22, 41:22, 43:25, 44:6, 46:10, 49:9, 51:4, 52:11, 57:23, 58:8, 66:2, 66:12, 66:14, 66:17, 66:19, 66:20, 68:3, 68:4, 68:14, 69:3, 69:8, 70:1, 71:17, 74:8, 74:12, 81:2, 82:17, 82:21, 83:14, 84:3, 84:5, 85:10, 89:18, 89:24, 94:9, 94:15, 94:16, 94:20, 101:25, 109:1, 109:11, 110:20, 110:22, 112:24, 115:18, 116:11, 124:12, 124:17, 125:18, 125:22, 125:23, 128:6, 133:1, 133:17
**transcript** [2] - 141:5, 141:6
**TRANSCRIPT** [1] - 1:10
**transfer** [6] - 47:12, 100:9, 114:5, 114:10, 115:6, 115:9
**transferred** [1] - 131:24
**transferring** [1] - 100:1
**transfers** [2] - 52:13, 133:8
**translated** [1] - 113:22
**trial** [4] - 12:8, 109:19, 135:25
**TRIAL** [1] - 1:10
**tricked** [1] - 18:9
**tried** [1] - 56:10
**TRM** [3] - 65:13, 65:16, 65:17
**true** [7] - 11:5, 25:13, 113:9, 114:25, 129:17, 141:4, 141:5
**truth** [1] - 58:12
**try** [5] - 14:25, 22:17, 54:6, 72:24, 91:17
**trying** [11] - 13:3, 14:8, 15:6, 15:25, 16:1, 16:19, 19:13, 20:17, 21:1, 30:2, 57:5
**turn** [1] - 108:9
**turning** [7] - 19:24, 52:3, 56:19, 57:8,

68:3, 88:13, 109:3
**tweets** [2] - 23:7, 23:8
**Twitter** [1] - 23:1, 23:7
**two** [20] - 23:9, 23:15, 24:17, 29:8, 57:23, 58:8, 69:5, 69:21, 76:16, 78:25, 85:23, 119:1, 120:7, 120:19, 121:14, 122:5, 122:12, 122:14, 130:22
**tying** [2] - 54:16, 54:19
**type** [2] - 14:19, 134:10
**types** [4] - 6:17, 17:6, 22:13, 47:2

## U

**U.S** [28] - 1:18, 1:20, 76:8, 90:22, 90:23, 90:24, 93:19, 99:4, 101:7, 101:23, 101:24, 113:3, 114:20, 115:2, 125:11, 125:12, 125:16, 126:12, 126:13, 127:24, 128:2, 132:18, 132:19, 132:22, 132:23, 132:24, 133:11
**U.S.-based** [1] - 18:22
**ultimately** [2] - 95:17, 95:21
**unanimity** [1] - 28:9
**uncertain** [1] - 54:8
**uncommon** [1] - 54:7
**under** [8] - 15:15, 24:18, 28:23, 49:14, 57:8, 85:23, 118:14, 138:9
**undercover** [19] - 45:9, 66:12, 66:14, 66:18, 66:20, 66:23, 68:3, 68:14, 69:3, 69:8, 69:10, 69:11, 69:14, 69:18, 69:22, 70:1, 70:5, 71:15, 89:18
**underlie** [1] - 35:6
**underlying** [4] - 30:17, 31:1, 35:8, 37:4

**understood** [1] - 16:11
**unfortunate** [1] - 54:4
**unintentionally** [1] - 126:15
**UNITED** [4] - 1:1, 1:3, 1:11, 1:14
**united** [1] - 2:2
**United** [1] - 141:13
**unless** [2] - 26:11, 47:14
**unlike** [1] - 7:10
**unquote** [1] - 79:25
**unseen** [1] - 57:14
**unsound** [1] - 84:23
**unusual** [1] - 8:10
**up** [65] - 5:9, 5:18, 5:21, 10:1, 15:20, 21:12, 22:20, 22:25, 23:8, 24:13, 25:21, 37:10, 40:16, 46:8, 47:5, 57:23, 59:15, 60:18, 63:4, 64:9, 68:7, 73:19, 78:8, 79:8, 81:25, 85:19, 86:5, 86:16, 87:7, 88:25, 89:15, 90:22, 95:3, 95:8, 95:13, 97:6, 98:3, 102:14, 102:22, 104:2, 106:21, 106:24, 108:10, 108:25, 109:8, 109:14, 112:2, 112:3, 116:18, 116:25, 120:12, 121:6, 121:8, 121:9, 121:21, 122:14, 125:12, 126:15, 126:17, 131:7, 132:2, 134:4, 137:24, 139:6, 139:10
**update** [2] - 89:14, 119:2
**updates** [2] - 89:11, 89:12
**upper** [2] - 91:11, 91:15
**URL** [1] - 86:9
**US** [1] - 124:24
**USD** [1] - 112:24
**User** [4] - 34:5, 35:19, 35:22, 35:23
**user** [31] - 6:4, 6:8, 6:10, 7:20, 24:8, 29:23, 31:16, 33:8, 33:10, 34:6, 34:10, 34:24, 34:25, 36:4, 40:9, 41:9, 41:11, 41:12, 41:13, 41:23,

42:1, 51:20, 51:25, 66:5, 96:15, 100:5, 100:6, 100:7, 100:9, 100:10
**user's** [1] - 88:7
**username** [1] - 45:25
**users** [11] - 6:7, 28:9, 29:22, 33:19, 34:15, 36:6, 48:24, 56:5, 57:6, 76:3, 94:15
**users'** [3] - 7:11, 25:22, 33:15
**uses** [2] - 10:7, 11:8
**usual** [1] - 116:21
**utilizing** [1] - 29:21

## V

**vague** [1] - 76:25
**validate** [6] - 37:18, 44:9, 65:23, 66:3, 66:11, 70:15
**validated** [1] - 32:12
**validating** [1] - 65:11
**validation** [3] - 38:2, 42:19, 61:22
**valuation** [3] - 84:9, 84:12, 84:13
**value** [7] - 75:19, 81:13, 84:17, 88:8, 89:15, 90:24
**values** [3] - 8:1, 49:3, 90:23
**valuing** [1] - 84:10
**varies** [1] - 22:12
**variety** [2] - 9:14, 19:11
**various** [2] - 62:19, 67:14
**Vasily** [1] - 55:14
**verified** [2] - 10:8, 62:21
**verify** [5] - 37:19, 40:14, 43:22, 46:1, 70:15
**version** [7] - 45:9, 95:4, 109:25, 113:22, 118:21, 118:22, 118:23
**versus** [3] - 7:12, 31:25, 84:12
**via** [2] - 126:3, 126:12
**victim** [6] - 14:23, 18:9, 18:13, 18:17, 18:23, 19:7
**victim's** [1] - 18:24
**view** [8] - 22:15, 84:24, 106:12, 122:4,

122:6, 140:3
**virtual** [2] - 96:12, 98:2
**visible** [4] - 47:14, 49:20, 50:1, 50:17
**visited** [1] - 69:11
**visual** [3] - 109:20, 109:24, 117:17
**voir** [1] - 139:25
**voir-dire** [1] - 139:25
**volume** [3] - 78:5, 80:22, 83:19
**voluminous** [5] - 35:8, 37:4, 115:24, 118:4
**vs** [1] - 1:5
**vulnerable** [1] - 24:23

## W

**waive** [1] - 118:3
**waived** [1] - 118:14
**walk** [9] - 7:8, 18:6, 35:18, 69:2, 70:4, 75:6, 90:20, 91:20, 111:10
**walked** [1] - 110:7
**walking** [1] - 112:1
**Wall** [1] - 1:24
**wallet** [4] - 35:25, 77:4, 81:8, 81:19
**wants** [2] - 9:22, 140:3
**warn** [3] - 47:1, 51:19, 56:5
**warning** [1] - 56:5
**warrant** [1] - 19:5
**Washington** [6] - 1:6, 1:16, 1:19, 1:21, 2:4, 141:14
**Wayback** [1] - 98:9
**ways** [3] - 21:5, 45:7, 51:7
**website** [9] - 23:10, 33:11, 35:23, 45:25, 69:11, 91:4, 91:6, 93:11, 98:25
**weeds** [1] - 45:2
**week** [7] - 48:21, 48:24, 49:7, 70:2, 97:16, 135:10, 135:21
**weeks** [2] - 120:7, 120:20
**weighing** [1] - 53:25
**welcome** [3] - 5:7, 54:9, 87:14
**whatsoever** [1] - 54:12

**white** [1] - 34:13
**whole** [7] - 28:24, 44:9, 48:19, 79:2, 82:11, 119:21, 138:11
**willing** [1] - 13:17
**window** [1] - 135:13
**withdraw** [14] - 25:25, 46:15, 46:19, 47:13, 47:25, 56:11, 66:18, 76:3, 86:4, 88:4, 88:20, 89:7, 89:12, 89:14
**Withdrawal** [1] - 71:5
**withdrawal** [31] - 8:22, 28:21, 34:5, 47:12, 47:16, 49:4, 49:5, 49:23, 58:15, 58:20, 69:22, 70:11, 70:12, 76:13, 76:14, 77:11, 77:16, 77:24, 78:13, 78:25, 79:25, 88:12, 100:8, 101:6, 103:8, 108:23, 109:5, 113:11, 113:12, 126:3
**withdrawals** [19] - 28:16, 29:25, 34:15, 34:24, 34:25, 36:6, 49:6, 49:10, 51:11, 52:2, 59:4, 69:19, 75:24, 76:2, 76:4, 76:6, 76:22, 86:2, 126:12
**withdrawing** [5] - 6:8, 28:19, 51:20, 56:6, 56:17
**withdrawn** [8] - 6:9, 18:24, 33:18, 93:17, 109:7, 112:13, 112:20, 133:21
**withdraws** [1] - 88:2
**withdrew** [3] - 47:15, 56:13, 69:20
**WITNESS** [15] - 3:3, 5:24, 7:1, 7:3, 58:24, 67:22, 72:9, 72:21, 72:25, 77:3, 77:24, 95:21, 126:23, 129:13, 134:22
**witness** [42] - 4:4, 4:11, 5:8, 5:9, 5:15, 6:22, 21:13, 22:13, 37:23, 38:7, 42:19, 53:14, 53:15, 53:18, 53:21, 54:11, 55:2, 61:18, 63:8, 64:1, 64:3, 72:11, 72:14, 73:19, 73:20, 83:24, 117:12, 117:24, 120:2, 120:3, 120:4, 121:17, 131:13,

134:19, 135:3, 138:19, 138:25, 139:16
**witness's** [1] - 104:9
**witnesses** [1] - 37:15
**word** [1] - 29:4
**workings** [1] - 32:10
**Works** [1] - 28:3
**works** [5] - 28:8, 63:14, 63:17, 64:4, 64:18
**world** [1] - 54:20
**worried** [1] - 139:17
**worth** [4] - 19:6, 48:22, 62:6, 76:8
**wrapping** [1] - 112:2
**written** [1] - 54:5
**www. AurumXChange. com** [1] - 115:7

## Y

**Year** [1] - 26:20
**year** [3] - 23:12, 90:23, 91:21
**years** [2] - 36:19, 138:12
**yesterday** [2] - 95:10, 97:14
**yield** [1] - 65:15
**York** [2] - 1:21, 1:25
**yourself** [2] - 29:17, 46:1
**yourselves** [1] - 72:2
**YZ** [1] - 41:5

## Z

**zoom** [3] - 91:17, 102:16, 126:22