1            UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
2

3    * * * * * * * * * * * * * * *    )
     UNITED STATES OF AMERICA,        )    Criminal Action
4                                     )     No. 21-00399
                    Plaintiff,        )
5                                     )
       vs.                            )    **AFTERNOON SESSION**
6                                     )
     ROMAN STERLINGOV,                )    Washington, D.C.
7                                     )    March 6, 2024
                    Defendant.        )    1:43 p.m.
8                                     )
     * * * * * * * * * * * * * * *    )
9

10

11                  TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE RANDOLPH D. MOSS
12                UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   FOR THE PLAINTIFF:        CHRISTOPHER BROWN, ESQ.
                               UNITED STATES ATTORNEY'S OFFICE FOR
15                               THE DISTRICT OF COLUMBIA
                               601 D Street, Northwest
16                             Suite 5.1527
                               Washington, D.C. 20530
17
                               CATHERINE PELKER, ESQ.
18                             U.S. DEPARTMENT OF JUSTICE
                               950 Pennsylvania Avenue, Northwest
19                             Washington, D.C. 20530

20
     FOR THE DEFENDANT:        TOR EKELAND, ESQ.
21                             MICHAEL HASSARD, ESQ.
                               TOR EKELAND LAW, PLLC
22                             30 Wall Street
                               Eighth Floor
23                             Brooklyn, New York 10005

24

25

```
 1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
 2                              United States District Court for the
                                  District of Columbia
 3                              333 Constitution Avenue, Northwest
                                Room 6706
 4                              Washington, D.C. 20001
                                (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                              INDEX

2

3    WITNESS                                              PAGE

4

     ROMAN STERLINGOV
5
        Cross-Examination By Mr. Brown                     64
6

7

8                          E X H I B I T S

9

     Exhibit No.                                      Received
10

11
                     NO EXHIBITS MARKED
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              THE COURT:  Mr. Sterlingov can return to the

2    witness box.

3              (The Defendant retakes the witness stand.)

4              THE COURTROOM DEPUTY:  You may be seated.

5              THE COURT:  Ready for the jury?

6              MR. BROWN:  Yes, your Honor.

7              MR. EKELAND:  Yes, your Honor.

8              THE COURT:  Please bring in the jury.

9              THE COURTROOM DEPUTY:  All rise.

10             (Whereupon, the jury entered the courtroom at 1:43

11   p.m. and the following proceedings were had:)

12             THE COURTROOM DEPUTY:  The jury is present.  You

13   may be seated and come to order.

14             THE COURT:  You may proceed when you're ready,

15   Mr. Brown.

16        (ROMAN STERLINGOV, DEFENSE WITNESS, PREVIOUSLY SWORN.)

17                       CROSS-EXAMINATION

18   BY MR. BROWN:

19   Q.  Good afternoon, Mr. Sterlingov.

20   A.  Good afternoon.

21   Q.  Now, I want to make sure that the record is totally

22   clear on one fact.  You don't remember whether or not you

23   set up the clearnet domain bitcoinfog.com.  Is that correct?

24   A.  I doubt that I set it up.  If you were asking me about

25   buying the actual domain name, I feel like I would have
```

1    remembered that.  I said I don't remember the specific

2    transactions that were or were not involved in the trace

3    that they were showing.  I'm not sure about those.

4    Q.  But it's your testimony that you don't remember one way

5    or the other.  Correct?

6              MR. EKELAND:  Asked and answered.

7              THE COURT:  Overruled.

8              THE WITNESS:  Can you be more specific?

9    BY MR. BROWN:

10   Q.  Isn't it your testimony that you cannot remember one way

11   or the other whether you set up the clearnet domain

12   bitcoinfog.com?

13   A.  Is it the same -- exactly same question?  I feel like

14   I've answered that.  I can answer it again.

15              I doubt I -- I think I would have remembered if I

16   actually registered the domain name, like going to the

17   registrar, to the actual page that sells the domain names,

18   because I've been using Bitcoin Fog after that.

19   Q.  Why --

20   A.  I am less certain about any individual transactions.

21   They've been showing a lot of transactions from apparently

22   13 years ago.  I don't have any memory of those.  But I

23   don't have any -- I don't really remember any individual

24   transactions from 13 years ago.  So I can't say one way or

25   another about the individual transactions.

```
1    Q.  And you're not actually denying that you did set up the
2    domain bitcoinfog.com.  Correct?
3    A.  Like I said, I doubt that I actually bought the domain
4    name on the registrar page.
5    Q.  Is it your testimony that you doubt you did it or is it
6    your testimony that you did not do it?
7              MR. EKELAND:  Objection.  Compound.
8              THE COURT:  Overruled.
9              THE WITNESS:  I don't remember doing it.  And I
10   doubt that I would have done it and not remember it.
11   BY MR. BROWN:
12   Q.  And you gave an interview with two reporters from Wired
13   Magazine.  Correct?
14             MR. EKELAND:  Objection.  Outside the scope.
15             THE COURT:  Overruled.
16   BY MR. BROWN:
17   Q.  You gave an interview with two Wired reporters.
18   Correct?
19   A.  I think it was only one.  At least one.
20   Q.  So you gave an interview with one Wired reporter?
21   A.  Yeah.
22   Q.  And that was on August 2nd, 2022?
23   A.  I don't remember the actual date.  And to answer this
24   question, I have to ask the judge.
25             THE WITNESS:  Can I do that?
```

```
 1              THE COURT:  I'm sorry?  You have to ask whether to

 2    answer?

 3              THE WITNESS:  Yes.  Because you told me to ask

 4    you.

 5              THE COURT:  Oh.

 6              MR. BROWN:  Just the date.

 7              THE COURT:  I think the question is just -- if you

 8    don't remember the date, that's fine.  You can tell him you

 9    don't remember the date.  He's just asking if you remember

10    the date or not.

11              THE WITNESS:  I remember the circumstances, and I

12    would like to share.  But I have to --

13              MR. BROWN:  That is not the question.

14              THE COURT:  That wasn't the question.  The

15    question is just whether you -- and particularly with

16    cross-examination, you should just listen to the question

17    you're asked, and if you'd just answer that question and not

18    other questions.  Your attorney will get a chance to ask you

19    later questions and to follow up.  But for present purposes,

20    you should just answer the questions exactly as they are put

21    to you.  Okay?

22              THE WITNESS:  I'll do my best.

23    BY MR. BROWN:

24    Q.  And you told those -- you told that one Wired Magazine

25    reporter that you, quote, "can't remember," end quote, if
```

1    you set up the bitcoinfog.com domain.  Correct?

2    A.  It sounds correct.  I don't remember the actual words.

3    Q.  And you also told that Wired reporter, "That was 11

4    years ago.  It's really hard for me to say anything

5    specific"?

6    A.  That sounds like -- I guess I don't have any reason to

7    doubt -- I'm sure you got the quote from somewhere.

8    Q.  Mr. Sterlingov, do you not remember what you told those

9    two Wired -- what you told that one Wired Magazine reporter?

10              MR. EKELAND:  Asked and answered.

11              THE WITNESS:  I remember the contents.  I don't

12   remember the actual words.  If you're asking me if that's my

13   exact quote, I don't know.

14              THE COURT:  Overruled.  Overruled.

15   BY MR. BROWN:

16   Q.  And you testified in a pretrial hearing in this case on

17   January 31st.  Correct?

18   A.  Yes.

19   Q.  And you were questioned about whether you set up the

20   bitcoinfog.com domain.  Correct?

21   A.  I think so.

22   Q.  And you said -- and I quote -- "I'm not sure."  And you

23   also said -- and I quote -- "I don't remember" --

24              MR. EKELAND:  Objection.  Counsel's testifying.

25   Is this -- is there a question?  Is he reading from the

```
 1    transcript?

 2               THE COURT:  I think this is permissible.

 3    BY MR. BROWN:

 4    Q.  And you said -- and I quote -- "I'm not sure."  And you

 5    said -- and I quote -- "I don't remember doing those

 6    transactions."  Correct?

 7    A.  I have no reason to doubt that your quote is accurate.

 8    Q.  Do you not remember what you said during your pretrial

 9    testimony on January 31st, 2023?

10    A.  If you're asking me about the general meaning, then I

11    remember.  But I don't remember the specific words from

12    that -- if you're reading me a quote, I...

13    Q.  And isn't it correct that on January 31st, 2023, you

14    were asked if you denied setting up the bitcoinfog.com

15    domain or if you didn't deny it.  And you said --

16    A.  Can you repeat, please?  If I was asked...?

17    Q.  Let me rephrase the question.

18               You were asked in that January 31st, 2023, hearing

19    about whether you denied to the Wired Magazine reporter

20    setting up the Bitcoin Fog domain.

21               And the question was, "But you did not deny it to

22    them and you're not denying it today?"

23               And your answer was, "That's correct."

24               Isn't that correct?

25    A.  You're asking about what I said on January 1st -- I'm
```

```
 1    sorry -- 31st?
 2    Q.  Yes.
 3    A.  I think that's correct.
 4    Q.  Now, is it your testimony that you registered domains
 5    for your work at Capo Marknadskommunikation?
 6    A.  Yes.  Registered domains, subdomains and just handling
 7    the DNS settings for some of the websites.
 8    Q.  And is it your testimony that you also set up domains in
 9    your freelance work?
10    A.  Yes.
11    Q.  And can you give a few examples of domains that you set
12    up for Capo or for your freelance work?
13    A.  No.  I don't remember specific names.  There were dozens
14    of them.
15    Q.  I'd like to direct your attention to Government's
16    Exhibit 315, please.
17              THE COURTROOM DEPUTY:  You said 315?
18              MR. BROWN:  Yes.  315.  Yes.  Actually, could we
19    scroll down?  Yes.  So Government's Exhibit 315.
20              Now, if we could zoom in to the top part of this
21    chart here.
22    BY MR. BROWN:
23    Q.  You've seen this chart before.  Right?
24    A.  Yes.
25    Q.  And you were questioned about it during your direct
```

1    examination?

2    A.  I believe I was questioned about a different chart.

3    Q.  Oh, yes.

4         Now, looking at this chart here, do you recognize

5    the account that's marked here as

6    Mt. Gox account 1, tied to the email address

7    plasma@plasmadivision.com?

8    A.  Oh, that's my email.  Yes.

9    Q.  And the account referred to in this chart, that's your

10   account.  Right?

11   A.  Yes.

12   Q.  And directing your attention to Exhibit 406-E, is

13   this -- this is user information that you provided for your

14   Mt. Gox account linked to plasma@plasmadivision.com?

15   A.  Looks like it.

16   Q.  And this is the Mt. Gox account in the name of

17   Roso987341870?

18   A.  I think that's the username.

19   Q.  And that's the username for your Mt. Gox account.

20   Correct?

21   A.  Yes.

22   Q.  You opened this Mt. Gox account on September 29th, 2011.

23   Correct?

24   A.  I don't remember the actual date.  But it could be

25   correct.

1    Q.  Could I direct your attention to Government's Exhibit

2    873, please.

3            Do you recognize this email?

4    A.  I don't recognize it as -- I mean, I don't remember this

5    email.  But I'm sure this is a real email.

6    Q.  And this is your email account,

7    plasma@plasmadivision.com?

8    A.  Yes.

9    Q.  And this email appears to correspond to your Mt. Gox

10   account with the username Roso987341870?

11   A.  Yes.

12   Q.  Now, going back to Exhibit 315, yesterday you were asked

13   if you had an AurumXChange account.

14            Do you remember that?

15   A.  Yes.

16   Q.  And do you remember how you answered that?

17   A.  Well, I don't remember if I had an AurumXChange account.

18   So I think I probably answered the same thing.

19   Q.  And, well, for the record to be clear, did you have an

20   AurumXChange account?

21   A.  I don't know.  I had a lot of different accounts and a

22   lot of different payment services.  I don't remember

23   specifically an AurumXChange account.

24   Q.  Directing your attention to Exhibit 878, please.  Now,

25   this is an email to your email account, isn't it,

1    plasma@plasmadivision.com?

2    A.  Yes.

3    Q.  And this is an email from AurumXChange.  Correct?

4    A.  Appears to be.

5    Q.  And this email details that AurumXChange received a

6    payment that's listed in this email; isn't that correct?

7    A.  Yes.

8    Q.  And you made that payment.  Correct?

9    A.  I don't have a recollection of that.  But it's possible.

10   Q.  And then directing your attention to Exhibit 881, this

11   is another email sent to your email account,

12   plasma@plasmadivision.com, isn't it?

13   A.  It looks to be.

14   Q.  And it is an email sent from AurumXChange, isn't it?

15   A.  It looks to be the same type of email as the last one.

16   Q.  And this email details another payment that you made

17   from your Mt. Gox account to AurumXChange.  Correct?

18   A.  Again, I don't remember this payment.  But that's what

19   the email says.

20   Q.  And then directing your attention to Exhibit 899, this

21   is another email to another one of your email accounts,

22   isn't it?

23   A.  @plasmadivision.  Yeah.

24   Q.  And this email account is spam@plasmadivision.com

25   instead of plasma@plasmadivision.com.  Correct?

```
1    A.  Yes.

2    Q.  And this email was sent from AurumXChange?

3    A.  Yes.

4    Q.  And this email confirms the payment that you made out of

5    your Mt. Gox account to AurumXChange.  Correct?

6    A.  Again, I don't remember an actual payment.  But this

7    could be what it -- yes.

8    Q.  And then flipping back to Exhibit 315, after those funds

9    were received in AurumXChange, they were sent forward to a

10   Liberty Reserve account, weren't they?

11   A.  That's what the chart says.

12   Q.  Do you have any recollection of sending those funds to a

13   Liberty Reserve account?

14   A.  I do not.

15   Q.  This is your Liberty Reserve account, isn't it?

16   A.  Yes.

17   Q.  And directing your attention to Exhibit 403, this is

18   account registration information that you provided in

19   setting up your Liberty Reserve account, didn't you?

20   A.  I think so.

21   Q.  And this account is set up with the email address

22   plasma@plasmadivision.com.  Correct?

23   A.  Yes.

24   Q.  And that's your email address?

25   A.  Yes.
```

Sterlingov - CROSS - By Mr. Brown

1    Q.  And it's in your name, Roman Sterlingov?

2    A.  Yes.

3    Q.  And for the account recovery question on Line 17, the

4    heading is "high school name"; isn't that correct?

5    A.  Yes.

6    Q.  And what did you put down for your account recovery

7    answer?

8    A.  It looks to be just some random numbers and letters.

9    Q.  And then turning to the last tab of this record and

10    looking at Lines 32, 34, 38 and 40, these were all log-in or

11    logout events that you did with your Liberty Reserve

12    account.  Correct?

13    A.  Again, I don't remember these transactions.  I don't

14    remember if I logged in or logged out.  But that's what the

15    records show.

16    Q.  And each of these log-in or logout events was done from

17    IP address 212.117.160.123.  Correct?

18    A.   That's what the record shows.

19    Q.  And directing your attention to Exhibit 364, the third

20    tab over, isn't it true that IP address 212.117.160.132

21    corresponds to a VPN company called Crypto VPN?

22    A.  I have no knowledge about that.  But that's what the --

23    your file here shows.  I don't remember what IP is -- or if

24    I ever knew what IP is owned by what company.  I don't

25    remember IP addresses like that.

1    Q.  And you used Crypto VPN.  Correct?

2    A.  I think so.  I'm not sure.

3    Q.  Now, going back to Exhibit 315, on October 8th, 2011,

4    after receiving those funds from AurumXChange, you sent $100

5    from your Liberty Reserve account to a Mt. Gox account

6    linked to the email volfprius@hotmail.com.  Correct?

7    A.  That's what the chart shows.

8    Q.  Do you deny that you sent $100 to the Mt. Gox account

9    linked to email address volfprius@hotmail.com?

10   A.  I am simply saying that I don't remember individual

11   transactions like these from 13 years ago.  I don't

12   remember.

13              MR. BROWN:  Now we can take this down.

14   BY MR. BROWN:

15   Q.  Directing your attention to Exhibit 316, Government's

16   Exhibit 316.  Now, zooming in just a little bit on the top

17   of this chart, in the upper left-hand corner, there is a

18   reference to your Liberty Reserve account.  Correct?

19   A.  Yes.

20   Q.  And that's the Liberty Reserve account that we were just

21   looking at.  Correct?

22   A.  Yes.

23   Q.  And this series of transactions starts with your Liberty

24   Reserve account sending $130 for your Mt. Gox account tied

25   to the email plasma@plasmadivision.com.  Correct?

```
1    A.  Yes.

2    Q.  And from plasma@plasmadivision.com, you sent

3    approximately 60 Bitcoin to your Silk Road account, didn't

4    you?

5    A.  That's what the chart says.

6    Q.  Do you remember doing this?

7    A.  I don't.  I don't remember specific transactions like

8    this from 13 years ago.  I just don't remember every time I

9    sent money somewhere or not send money somewhere.  I just

10   can't tell you.

11   Q.  But you don't deny that you sent approximately 60

12   Bitcoin from your Mt. Gox account to your Silk Road account?

13   A.  I guess I'm just saying that I don't remember.

14   Q.  And you didn't send it directly; you sent it through an

15   intermediate Bitcoin address that's marked here on the

16   right, 1PFK and so forth.  Correct?

17   A.  I don't know if that's an intermediary address or if

18   that's just how the wallet works or what the -- what

19   exact -- where the address is from or how it --

20   Q.  Now, that Bitcoin address -- and let me circle it on the

21   screen -- is that Bitcoin address part of one of your

22   wallets?

23   A.  I don't know.  I don't have a good memory for Bitcoin

24   addresses.  As you can see, they're pretty long streams of

25   various numbers.
```

1    Q.  And then from there, you sent -- you deposited a little

2    bit more than 60 Bitcoin into your Silk Road account.

3    Correct?

4    A.  That's what the chart says.

5    Q.  But you have no memory of this.  Is that your testimony?

6    A.  I don't.

7    Q.  And you wouldn't be able to explain why you sent the

8    Bitcoin indirectly through one intermediate address into

9    your Silk Road account?

10             MR. EKELAND:  Objection.  Asked and answered.

11             THE COURT:  Overruled.

12             THE WITNESS:  I don't know one way or another.  It

13    could be -- I don't know if that's part of a wallet or if

14    that's how wallet software works or what.  I don't know.

15    BY MR. BROWN:

16    Q.  And that's the Silk Road account that you opened with

17    the username pas, P-A-S.  Correct?

18    A.  Yes.

19    Q.  Now, directing your attention to Exhibit 603-D and

20    looking at Lines 6 and 7, these are transaction records for

21    your Silk Road address with the username pas, P-A-S.

22    Correct?

23    A.  I think so.

24    Q.  Do you recognize any of the other transactions on your

25    Silk Road account?

1    A.  If I recognize them?  No.  I don't -- I generally don't

2    remember transactions like that from 13 years ago, like how

3    much.

4    Q.  On November 27th, you deposited about 60 Bitcoin into

5    your Silk Road account, and that's shown in Line 6.

6    Correct?

7    A.  It says Deposit.  Yeah.

8    Q.  And then on Line 7, it shows that you withdrew

9    approximately 60 Bitcoin from your Silk Road account.

10   Correct?

11   A.  Yes.

12   Q.  And that was not linked to any purchase; it was just

13   moving funds through your Silk Road account.  Correct?

14   A.  That's what it says.  Yeah.

15   Q.  But you have no reason to doubt that these records are

16   accurate.  Correct?

17   A.  I do not.

18   Q.  And then moving on -- moving back to Exhibit 316, after

19   the funds leave Silk Road, they go to another Bitcoin

20   address, 1C7KW.  Correct?

21   A.  That's what the chart says.

22   Q.  And then shortly after that, the funds are moved to a

23   Mt. Gox account NFS and linked to an email

24   address nfs9000@hotmail.com.  Correct?

25   A.  That's what the chart says.

1    Q.  And is it your testimony that you just don't remember

2    any of these transactions?

3    A.  It is.  I don't remember individual transactions, like I

4    said, from 13 years ago.

5    Q.  And then turning your attention to Government's Exhibit

6    313-A, this set of transactions also starts in your Mt. Gox

7    account shown in the upper right-hand corner.  Is that

8    correct?

9    A.  Yes.

10   Q.  And you deposited 89.87 euros into your Mt. Gox account.

11   Correct?

12   A.  That's what the chart says.

13   Q.  Do you remember depositing those euros?

14   A.  I do not.  I've got to say, I don't really remember any

15   transaction from 13 years ago from any --

16   Q.  Now, directing --

17   A.  I just don't memorize my transaction, whether these are

18   my transactions or not.  I don't remember transfers like

19   that.

20   Q.  Even if you --

21   A.  I don't know whether anybody actually remembers their

22   transactions from 13 years ago, but I don't.

23   Q.  Even if you don't remember the exact details of this

24   transaction, do you remember what it was for?

25   A.  No.

1    Q.  And then directing your attention to Exhibit 406-A and

2    Line 288, this shows a deposit into your Mt. Gox account on

3    October 12th, 2011.  Correct?

4    A.  Yes.

5    Q.  And looking at Column H here, that deposit was from a

6    bank account in the name of Sterlingov, Roman.  Correct?

7    A.  Yes.

8    Q.  And then directing your attention to Exhibit 887, this

9    is an email you received in your email account

10   plasma@plasmadivision.com.  Right?

11   A.  It looks to be.

12   Q.  And this was sent from Mt. Gox.  Correct?

13   A.  I think so.

14   Q.  And this shows the deposit of 89.87 euros from a bank

15   account in your name to the Mt. Gox account in your name.

16   Correct?

17   A.  Yes.  It says the account here.  Yep.

18   Q.  And then going back to Exhibit 406-A and directing your

19   attention to Lines 289, 290 and 291, this shows that after

20   you deposited the euros from your bank account, you sold the

21   euros and purchased Bitcoin.  Isn't that correct?

22   A.  BTC bought -- yeah.  I think so.

23   Q.  And then going back to Exhibit 313-A, on October 19th,

24   2011, you sent out 36 of those Bitcoins that you had just

25   purchased to a Bitcoin address circled here.  Correct?

1    A.  I don't remember that transaction.  That's what the

2    chart says.

3    Q.  And the same day, that same Bitcoin address transfers to

4    another Bitcoin address and then transfers to the Mt. Gox

5    account tied to the email address nfs9000@hotmail.com.

6    Correct?

7    A.  That's what the chart says.

8    Q.  Now, you can't tell the jury anything further about this

9    transaction, can you?

10   A.  I really can't.  I --

11   Q.  So you can't tell the jury -- sorry.

12   A.  I don't have any specific information, like remembering

13   a specific transaction or...

14   Q.  Is it your testimony that this relates to a peer-to-peer

15   Bitcoin sale?

16   A.  It's a -- it's what I think it could relate to.  It's

17   either -- it could be a peer-to-peer sale, which I had been

18   doing a lot of those at the time.  Another possibility is

19   that it could be related to a freelance job that I was

20   taking at the time.

21   Q.  And the possibility that it relates to a freelance job,

22   you can't tell the jury any details about the freelance job

23   that this would relate to, can you?

24   A.  I don't remember specific details about that.

25   Q.  Now, looking at the bottom right-hand corner of this

```
 1    chart, there's reference to another Liberty Reserve account.
 2    Correct?
 3    A.  Yes.
 4    Q.  And this is Liberty Reserve account number U0845692.
 5    Correct?
 6    A.  Yes.
 7    Q.  And directing your attention to Exhibit 401, this is
 8    account registration information for Liberty Reserve account
 9    number U0845692.  Correct?
10    A.  Yes.
11    Q.  And this is the Liberty Reserve account that is tied to
12    the email address shormint@hotmail.com?
13    A.  Yes.
14    Q.  And it's registered in the name of Vasily Kunnikov?
15    A.  That's what it says.
16    Q.  By the way, is Vasily a boy's name or a girl's name?
17    A.  Vasily is a Russian name for a male name.
18    Q.  And the account recovery question here is favorite
19    movie; isn't that correct?
20    A.  Yes.
21    Q.  And is it possible to read the account recovery answer?
22    A.  It looks like just a set of random letters, which was
23    really common at the time.  I -- several people at the
24    meet-ups that I remember, they actually taught me to always
25    put the random letters, as I did on my account.  This is not
```

1    my account.  This was a very common practice at the time.

2            I'm not sure if you're trying to say that random

3    letters on this account means something that -- and random

4    numbers and letters in my account, if you're trying to

5    connect those two.  It seems like you're trying to make that

6    link.

7    Q.  Mr. Sterlingov, I have not asked you a question.

8    A.  You asked me about the recovery answer.

9    Q.  Now, you don't know anything about this Shormint Liberty

10   Reserve account U0845692 paying for a specific VPN service

11   in 2011 called Crypto VPN, do you?

12   A.  I believe I've seen something in this case.  I don't --

13   Q.  And you have no -- you can't tell the jury anything

14   about the Shormint Liberty Reserve account number U0845692

15   being accessed on October 10th, 2011, on October 25th, 2011,

16   from an IP address with an abuse contact for Swedish Telia

17   in Gothenburg, Sweden?

18   A.  I don't have any specific recollection of that,

19   whether -- I don't know if I ever had any information about

20   that.

21   Q.  And, Mr. Sterlingov, you've never sent a message to

22   another user saying that you were going to send $9.50 in

23   Liberty Reserve payments from this account, do you?

24   A.  I'm not even sure what you're referring to.  No.

25   Q.  It's your testimony that you've never sent funds out of

1      this account?

2      A.   I have no recollection of sending any funds from this

3      account or seeing this account before.

4      Q.   Now, I'd like to direct your attention to Exhibit 818-B.

5                Now, during your direct examination, you were

6      asked if this -- you wrote this document.  Right?

7      A.   I was asked if I was -- if I wrote this document, I

8      believe.

9      Q.   And what is your testimony?  Did you write this

10     document?

11     A.   I'm not sure if I wrote it or if I wrote it from

12     somebody's instructions or maybe if I copied it from

13     somewhere.  Some of the other lines in this document, the

14     other text items, they suggest to me that this is -- this

15     was a -- that it could have been a document where I was

16     copy/pasting different information and just putting them in

17     the same document.

18     Q.   And that first line, "So the first step is the most

19     effing mind-blowing," it's your testimony that you didn't

20     write that line yourself in the original Russian?

21     A.   I don't think I ever gave that testimony.  I said I'm

22     not sure exactly how this text came to be in this document,

23     if it was typed or if it was copied or if it was recorded by

24     me from instructions from somebody giving me instructions.

25                And also I have to mention that there's just a

1    small mistranslation there from Russian because they made me

2    read the Russian original.  This document was in Russian.

3    It doesn't say mind-blowing; it just says great.  It's a

4    weird -- I don't know if it matters.  I just don't like...

5              I don't understand what -- what "mind-blowing"

6    would refer to in this context.

7    Q.  Now, you were asked about this during your direct

8    examination and you said --

9    A.  Sorry.  About what?

10   Q.  You were asked about this during your direct

11   examination.

12   A.  Are you saying about this document?  I can't hear.

13   Q.  Mr. Sterlingov, let me finish the question.  I'm just

14   trying to go slowly for you.

15             You were asked about this document during your

16   direct examination.

17   A.  Yes.

18   Q.  And you said something to the effect that this was --

19   that these steps were a typical arrangement in that time, in

20   2011.  Is that correct?

21   A.  I don't think I said that these particular steps were a

22   typical arrangement.  I think I said that going between

23   different payment systems and different accounts was

24   typical, because many of the systems didn't work with each

25   other.  And especially people sending money between the

```
 1    Eastern European countries, there were -- there was a lot of
 2    friction between the different systems.  I think I said
 3    something like that.
 4    Q.  Now, if somebody were trying to set up a website, is it
 5    your testimony that this would be a typical way to pay for
 6    that website registration?
 7              MR. EKELAND:  Objection.
 8              THE COURT:  Overruled.
 9              THE WITNESS:  Are you asking me, like, to
10    speculate?  I don't understand.
11    BY MR. BROWN:
12    Q.  Would you like me to repeat the question, sir?
13    A.  Yes, please.
14    Q.  If somebody were setting up a website, is it your
15    testimony that going through these steps would be a typical
16    way to pay for the website registration?
17    A.  I don't know.  I think people set up websites in many
18    ways.  I don't know.
19    Q.  So it's your testimony that it's neither typical nor
20    atypical.  You just don't know?
21              MR. EKELAND:  Objection.
22              THE COURT:  Overruled.
23              THE WITNESS:  Yes.  I don't understand what
24    "typical" would mean in this context.
25
```

Sterlingov - CROSS - By Mr. Brown

1    BY MR. BROWN:

2    Q.  How about common?  Would this be a common way to pay for

3    setting up a website?

4            MR. EKELAND:  Objection.

5            THE COURT:  What's the objection?

6            MR. EKELAND:  A, calls for speculation.  B, vague

7    and ambiguous as to common.  C, asked and answered.

8            THE COURT:  Overruled.

9            THE WITNESS:  I don't know if these are common

10   steps.  I think maybe what this question goes to is, I think

11   you asked me once before if this was common.  And I gave you

12   an answer that it doesn't look like a common set of steps

13   for setting up a domain or website.

14            But I -- after the day I had to go back and I had

15   to think about all the questions that I've received.  And

16   actually, a more truthful answer is that I don't know if

17   this is common.

18   BY MR. BROWN:

19   Q.  So just so the jury is able to follow along, you're

20   referring to testimony you gave on January 31st, 2023.

21   Correct?

22   A.  Yes.

23   Q.  And that was in a pretrial hearing on this case?

24   A.  Yes.

25   Q.  And you were questioned whether going through these

1    steps would be a common way to pay for a website

2    registration?

3    A.  Something like that, yes.

4    Q.  And at the time, you said that it does not sound like a

5    common or regular way.  Correct?

6    A.  Yes.

7    Q.  And your testimony here today is you've changed your

8    mind about that.  Correct?

9    A.  Yes.

10           Also, that I didn't understand the question as

11   good as I thought I did.  And I just don't have any

12   knowledge of whether this is a common set of steps.

13   Q.  Now, Mr. Sterlingov, if one wanted to convert euros to

14   Liberty Reserve dollars, would all of these steps be

15   required?

16           MR. EKELAND:  Objection.  Calls for speculation.

17           THE COURT:  Overruled.

18           THE WITNESS:  I don't know.  They might have been

19   many years ago when, like I said, there were a lot of

20   friction between moving funds, between different payment

21   systems and wallets and crypto and different currencies.

22   BY MR. BROWN:

23   Q.  Mr. Sterlingov, I'd like to direct your attention to

24   Exhibit 437.

25           Now, is it your testimony that AurumXChange did

1    not accept bank wires in 2011?

2    A.  I don't know specifically whether AurumXChange accepted

3    bank wires in 2011.  In general, I can say that a lot of

4    these -- this type of exchanges and this type of accounts

5    and payment services, there was a lot of friction; and a lot

6    of payment methods were not accepted.

7            In addition, really, to -- it was a typical

8    situation where you went on a website and it said that it

9    accepted something; and then you tried to send that type of

10   payment and you go, like, a couple of pages in and then they

11   say, Well, we actually don't accept it or, like, We're

12   not -- typically, we accept it, but right now there are no

13   reserves in this type of currency.

14           There were a lot of problems similar to that --

15   Q.  Mr. Sterlingov --

16   A.  -- just in general.  I'm not sure that this is specific

17   to AurumXChange website.

18   Q.  Specifically with respect to AurumXChange, do you have

19   experience trying to send euros to AurumXChange and

20   AurumXChange not accepting them?

21   A.  I don't know.  I don't remember.

22   Q.  So you can't say whether you could have just converted

23   euros into Liberty Reserve dollars using AurumXChange

24   without going through Bitcoin first?

25   A.  I don't know.  I believe it's the same question.

```
1    Q.  Now, shifting focus --
2              MR. BROWN:  We can take down these exhibits.
3    BY MR. BROWN:
4    Q.  You testified earlier that you first learned about
5    Bitcoin Fog during Bitcoin meet-ups?
6    A.  About Bitcoin Fog specifically or mixing?
7    Q.  The question was about Bitcoin Fog.  Please correct me
8    if my memory is not accurate.
9              Did you testify yesterday that you first learned
10   about Bitcoin Fog during Bitcoin meet-ups?
11   A.  I don't know if I did.  It was either on a meet-up or
12   from a person that I was trading with.
13   Q.  Do you remember the person who told you about Bitcoin
14   Fog?
15   A.  No.  I remember the person that got me into mixing, but
16   I'm not sure if he gave me the actual address to Bitcoin Fog
17   or if he told me the name and to look it up or if I found it
18   somewhere after talking to him.  I'm not sure.
19   Q.  And to the best of your recollection, how did you meet
20   this person who told you about mixing?
21   A.  He wasn't the first one that told me about mixing.
22             But this particular person, this is the one that
23   told me about all the robberies and how he mixed because he
24   was trading in person.  I met him -- I was trading Bitcoin
25   with him.
```

1    Q.  And when did this person first tell you about mixing?

2    A.  Are you asking for a specific date?

3    Q.  To the best of your knowledge, when did this person tell

4    you about mixing?

5    A.  I don't remember a specific date.

6    Q.  To the best of your knowledge, where were you when this

7    person told you about mixing?

8    A.  Oh, we were in -- we met in Gothenburg, in --

9    Q.  And where in Gothenburg were you?

10   A.  It's a place close to something called Brunnsparken.

11   Q.  And do you remember the name of this person?

12   A.  I do not.  I think you asked me once again.

13   Q.  And when did you first learn about Bitcoin Fog then?

14            MR. EKELAND:  Objection.  Asked and answered.

15            THE COURT:  Overruled.

16            THE WITNESS:  I don't remember specifically.  But

17   it was either on the meet-ups or it was this person that was

18   talking about the robberies or I learned about it on the

19   internet after talking to this person and becoming more

20   serious about mixing.  I'm not sure which specific.

21   BY MR. BROWN:

22   Q.  So is it your testimony that you might have learned

23   about Bitcoin Fog not from talking to a person, but learning

24   about it on the internet?

25   A.  I might have.

1    Q.  And I don't suppose you remember when you first learned

2    about Bitcoin Fog?

3    A.  I don't remember when I first learned about Bitcoin Fog.

4    I don't remember when I first learned about Liberty Reserve.

5    I don't remember when I -- exactly when I first learned

6    about Bitcoin.  I don't have that kind of memory going back

7    13 years or 14 or more.

8    Q.  When was your first transaction on Bitcoin Fog?

9    A.  I don't remember a specific date of my first transaction

10   on Bitcoin Fog.

11   Q.  How about an approximate date?  When was your first

12   transaction on Bitcoin Fog?

13   A.  Around 2000 -- I would have said -- well, I know what

14   this case says about when Bitcoin Fog has started.  So I

15   kind of know it has to be in 2011.

16           I thought it was earlier.  If -- when I was just

17   remembering it, I thought it was earlier.  But if it didn't

18   exist, I -- maybe my recollection was wrong.

19   Q.  Do you recall about when in 2011 your first transaction

20   would have been?

21   A.  I do not remember a specific date of my first

22   transaction on Bitcoin Fog.

23   Q.  Do you recall what season of the year it was?

24   A.  No.  I think I would have been inside.

25   Q.  Did you try any other mixers before Bitcoin Fog?

```
 1    A.  No.

 2    Q.  So Bitcoin Fog --

 3    A.  Maybe -- well --

 4    Q.  -- was the first mixer you used?

 5            MR. EKELAND:  Objection.  He was still answering

 6    the question, your Honor.

 7            THE COURT:  Well, you can answer.

 8            THE WITNESS:  If you count mixers -- so a lot of

 9    people on the meet-ups, they talked about mixing in general.

10            And before I knew about specific mixers, I also

11    knew that people were kind of doing their own mixing,

12    because you can -- it's like the way that you set up your

13    wallet and the way that you -- it's like you can have

14    different addresses and you can do, like, little things like

15    sending Bitcoin in a certain way and -- or not sending it

16    into a specific address.  Like people were doing that sort

17    of mixing.

18            I -- I saw that before I used an actual mixer.  So

19    if you count that as mixing, I might have done that before,

20    but not like a website mixing.

21    BY MR. BROWN:

22    Q.  It's your testimony that you might have experimented,

23    played around, with mixing your own transactions before you

24    used a mixer website?

25    A.  Yes.
```

1    Q.  Now, your user account on Bitcoin Talk is Killdozer.

2    Correct?

3    A.  Yes.

4              MR. BROWN:  If I could just pull up Government's

5    Exhibit 865.

6    BY MR. BROWN:

7    Q.  Do you recognize this email?

8    A.  I do not.  But I'm --

9    Q.  Do you --

10   A.  I have no reason to believe this is not a real email.

11   Q.  Do you recall setting up an account on the Bitcoin Wiki

12   in the name of Killdozer?

13   A.  I have to say I do not specifically recall that.

14   Q.  Now, directing your attention to Government's Exhibit

15   862-A, this is a translation from an email that you sent.

16   Correct?

17   A.  Yes.

18   Q.  And you sent this from your heavydist@gmail.com email

19   address.  Correct?

20   A.  Yes.

21   Q.  And you were telling the recipient of this email that

22   they could find you on Bitcoin Talk under the username

23   Killdozer.  Correct?

24   A.  Yes.  This looks to be a person that was setting up

25   another meet-up, and I told them about my --

1    Q.  And you told this person that they could find you on

2    Bitcoin Talk under the username Killdozer.  Correct?

3    A.  Yes.

4    Q.  Now, directing your attention to Exhibit 910, this is an

5    email thread that you sent to somebody from a website called

6    Total Commander.  Right?

7    A.  Yes.

8    Q.  And scrolling down to the bottom, there's a quoted

9    passage that's your words.  Correct?

10   A.  I believe so.  Yes.

11   Q.  And you told this person that the name Cray Killdozer

12   is, quote, "my identity, which I have been living with and

13   used in my work and the only one I associate myself with --

14   I associate myself in those contexts."  Correct?

15   A.  It's not a correct statement, but it's what I wrote.

16           If you look at the rest of the email, this was

17   a -- Total Commander was a piece of software that I was

18   using.  It's -- you can use it for free.  It just shows you

19   some commercials.  But you could also pay for it.  And I was

20   using for a long time.

21           And I was thinking, this is good software, you

22   know.  I should reward the people or -- I don't know if it

23   was one person or however it was -- I thought I should buy

24   the license.

25           And they didn't want to give me the license for

1      the name Cray Killdozer because they had some problem with,

2      like, nicknames.  I think that was the issue.

3              And I was just trying to convince them to give me

4      the license for the name that I wanted.

5      Q.  And is it your testimony today that you were not being

6      sincere when you told this person from Total Commander that

7      "this was my identity which I have been living with and used

8      in my work and the only one I associate myself in those

9      contexts"?  That was not sincere.  Is that your testimony?

10             MR. EKELAND:  Objection.

11             THE COURT:  Overruled.

12             THE WITNESS:  I would say it's an exaggeration.

13     It's -- like I already said, Killdozer was my account on

14     Bitcoin Talk.

15     BY MR. BROWN:

16     Q.  Mr. Sterlingov -- I'm sorry to interrupt.  The question

17     was not if Killdozer was your --

18     A.  I --

19     Q.  -- account on Bitcoin Talk.

20     A.  Oh.

21             THE COURT:  One at a time, please.

22     BY MR. BROWN:

23     Q.  The question was:  Were you being sincere in your

24     statement to the Total Commander person here?

25             MR. EKELAND:  Objection.  Asked and answered.

```
 1                THE COURT:  Overruled.
 2                THE WITNESS:  It's -- it was an exaggeration.
 3      BY MR. BROWN:
 4      Q.  Now, turning to Exhibit -- Government's Exhibit 13 and
 5      message ID 423953, now scrolling down to -- well, first of
 6      all, from this view, this is a series of posts made on
 7      Bitcoin Talk by your account, Killdozer.  Correct?
 8      A.  I believe so.
 9      Q.  And looking at this message, scrolling down just a
10      little bit, this is a message that you posted on Bitcoin
11      using your username, Killdozer.  Correct?
12      A.  I think so.
13      Q.  And the body of this message has to do with -- you're
14      trying to fix some errors in code.  Is that fair to say?
15      A.  Yes.  Just with a small addition that I don't know if
16      it's the code that I am trying to create or if this is a
17      code for a freelance job or something else.  But some sort
18      of code.
19      Q.  And this is a post that you made using Killdozer on
20      Bitcoin Talk.  Correct?
21      A.  I think so.
22      Q.  Do you think it might not be true?
23      A.  I just don't remember this post.  But I -- I think so.
24                MR. BROWN:  If we could scroll down a little bit
25      under the number 2, where it says "errors."  And then there
```

Sterlingov - CROSS - By Mr. Brown

1    is a series of text, a few lines of text here.

2    BY MR. BROWN:

3    Q.  Doesn't this refer to a user called heavydist?

4    A.  It does.

5    Q.  And that's you.  Right?

6    A.  I've used the username heavydist.

7    Q.  And then scrolling back up to the top of this message,

8    this was posted in August of 2011.  Correct?

9    A.  Yes.

10   Q.  And your status on Bitcoin Talk as of that date was as a

11   noobie.  Correct?

12   A.  I'm not sure.  It could have been.

13   Q.  Looking at that first block of text, isn't it correct

14   that you say, "But I am a noobie, so let's hope he will see

15   it here instead"?  Correct?

16   A.  Yes.

17   Q.  Now, isn't it true that on Bitcoin Talk, you could send

18   and receive private messages regardless of your status on

19   Bitcoin Talk?  Correct?

20   A.  I'm not sure one way or another.  I know that reputation

21   and status in general are important on many of these forums

22   and you get more access to various functions or messages or

23   things like that.

24   Q.  But you can't say -- you can't tell the jury that

25   noobies were restricted from sending or receiving private

1    messages on Bitcoin Talk, can you?

2    A.  I don't know about that.

3    Q.  And as Killdozer, you were the one who reached out to

4    Duncan Townsend about blind Bitcoin.  Isn't that correct?

5    A.  Could you repeat the question?

6    Q.  You were the one using the Bitcoin Talk account

7    Killdozer who reached out to Duncan Townsend about blind

8    Bitcoin?

9    A.  So I'm not sure.  As I think I testified yesterday or

10   today, it could have been me.  There's also another

11   possibility that I was sharing my account with somebody who

12   needed to just access the forum.

13   Q.  You used Jabber.  Right?

14   A.  I've used Jabber.

15   Q.  You were favoring Jabber as a means of communication

16   back in 2011.  Correct?

17            MR. EKELAND:  Objection.  Did you say "favoring"?

18   I just didn't --

19            THE COURT:  Yes.  Favoring.

20            MR. EKELAND:  Vague and ambiguous as to

21   "favoring."

22            THE COURT:  Overruled.

23            THE WITNESS:  I don't know.  I wouldn't

24   characterize it like that.

25

1   BY MR. BROWN:

2   Q.  And it's your testimony to the jury that you just can't

3   remember one way or another whether you reached out about

4   blind Bitcoin?

5           MR. EKELAND:  Objection.  Asked and answered.

6           THE COURT:  Overruled.

7           THE WITNESS:  Yes.  That's correct.

8           MR. BROWN:  Now we can take this down.

9   BY MR. BROWN:

10  Q.  And directing your attention to Exhibit 702 --

11          MR. BROWN:  And we'll have to shut off the monitor

12  in the gallery.

13          THE COURT:  While you're doing that, let me ask,

14  we are adjourning at 3:30 today.  The question is whether if

15  we powered straight through to 3:30, would we be done?  Or

16  should we take a break now for 15 minutes and then come back

17  and finish up at 3:30 with having to do some finishing

18  tomorrow?  We'll need some time for redirect as well.

19          MR. BROWN:  Your Honor, I'm not sure I'll finish

20  by 3:30, so this might be a good time.

21          THE COURT:  Why don't we go ahead take a break now

22  until 3:00.  I do know that we have to finish by 3:30 today.

23          I'll remind you once again, don't talk about the

24  case even amongst yourselves and don't conduct any type of

25  research.

```
 1                 THE COURTROOM DEPUTY:  All rise.
 2                 (Whereupon, the jury exited the courtroom at 2:43
 3      p.m. and the following proceedings were had:)
 4                 THE COURTROOM DEPUTY:  You may be seated.
 5                 THE COURT:  Anything anyone wants to say before
 6      the break?
 7                 MR. BROWN:  No, your Honor.
 8                 MR. EKELAND:  No, your Honor.
 9                 THE COURT:  All right.  I will see you back
10      shortly.
11                 THE COURTROOM DEPUTY:  All rise.
12                 (Thereupon a recess was taken, after which the
13      following proceedings were had:)
14                 THE COURTROOM DEPUTY:  All rise.
15                 THE COURT:  Ready to get the jury?
16                 MR. BROWN:  Yes.
17                 THE COURT:  Let's get the jury.
18                 THE COURTROOM DEPUTY:  All right.
19                 (Whereupon, the jury entered the courtroom at 3:06
20      p.m. and the following proceedings were had:)
21                 THE COURTROOM DEPUTY:  The jury is present.  You
22      may be seated and come toward order.
23                 THE COURT:  Mr. Brown, you may continue when
24      you're ready.
25
```

1    BY MR. BROWN:

2    Q.  Now, Mr. Sterlingov, during your direct examination, you

3    were asked about a password file.

4              Do you recall that testimony?

5    A.  I think so.

6    Q.  And directing your attention to Exhibit 702 -- and this

7    is the one that I think we already have the monitor for the

8    gallery turned off for this.  Now, this may not be the same

9    format that you're used to looking at.  But do you recognize

10   the content of Exhibit 702?

11   A.  I do recognize many of them.

12   Q.  And is this -- is the content -- is that content from

13   your password file that you kept?

14   A.  Yes.

15   Q.  And was this saved on a USB drive that you were carrying

16   at the time of your arrest?

17   A.  It -- I think so.  It could have been.

18   Q.  Do you --

19   A.  I don't know exactly where, which USB or what.

20   Q.  Do you have any reason to believe it was not saved on

21   one of the --

22   A.  No.

23   Q.  -- USBs?

24   A.  No.

25   Q.  And when you discussed this file during your direct

1    examination, isn't it true that you said that some of these

2    accounts belonged to you and some of them didn't belong to

3    you?

4    A.   Right.  I saved the accounts that I had to access from

5    my freelance jobs for my job at Capo and just various other

6    accounts that I had to share.  I sometimes would save them

7    in this file as well.  I would add in there.  I would try to

8    remove them after the job would be done, just not to keep

9    any other people's accounts or passwords.

10   Q.   And so -- well, let me ask you this:  For the accounts

11   that belonged to you, was it important for you to save the

12   log-in information for those accounts in your password file?

13              MR. EKELAND:  Objection.

14              THE COURT:  What's the objection?

15              MR. EKELAND:  Vague and ambiguous as to

16   "important."

17              THE COURT:  Overruled.

18              THE WITNESS:  Could you clarify that?

19   BY MR. BROWN:

20   Q.   For the accounts in this file that belonged to you, was

21   it important for you to save the user account and password

22   information in this file?

23   A.   I think you just asked the same question.  I don't -- I

24   don't understand the importance -- I don't understand.

25   Q.   Is one of the reasons why you kept this file because it

1    was your practice for account recovery questions to just put

2    in a line of code or gibberish?

3    A.   The reason for putting accounts in this file?

4    Q.   Let's try it this way.

5            So directing your attention to Exhibit 838,

6    please, this is an email that you sent from your

7    heavydist@gmail.com account.   Right?

8    A.   I think so.

9    Q.   You think so.   Do you have a recollection of sending

10   this email?

11   A.   I do not.

12   Q.   Do you believe somebody else might have sent this email?

13   A.   I have no reason to -- I don't know.   I don't think so.

14   Q.   Now, in the first line of this email, you, or whoever

15   wrote this email, talk about a secret answer.   Isn't that

16   correct?

17   A.   Yes.

18   Q.   And that's part of the account recovery process for, in

19   this case, Centre Gold.   Right?

20   A.   Yes.

21   Q.   So Centre Gold had it set up so you if forgot your

22   passport, you could type in a secret answer.   Correct?

23   A.   That's what it sounds like from reading the email.

24   Q.   And you explained to Centre Gold that it was your

25   practice to write some code like an extra password in such

1    fields.  Correct?

2    A.  Right.  But it's not just my practice; it was a common

3    practice that I've been taught.

4    Q.  And that means that if you happen to forget your

5    password for a given account, you would not be able to use

6    an account recovery process.  Correct?

7    A.   I wouldn't be able to use the account recovery process?

8    Q.  So if you sign up for an account and you forgot your

9    account password, and there's a secret answer or an account

10   recovery question, you would have to know the exact code

11   that you had entered when you set up that account.  You

12   couldn't just remember, say, you know, the name of the

13   street where you grew up on or your mother's maiden name.

14   Correct?

15   A.  Right.  I think the point is that you would try to save

16   that, whatever the answer was.

17   Q.  And is that --

18   A.  So I don't know -- it depends on the -- whatever it is.

19   They might still let you recover your account without it.

20   It just depends, I think.

21   Q.  And is that some of the information that you saved in

22   your password file?

23   A.  I might have, yeah.

24   Q.  Now, going back to Exhibit 702, is it your testimony

25   that for the accounts that don't belong to you, these were

1    accounts that you were given access to in the course of your

2    freelance work?

3    A.  My freelance work, my regular job and also just sharing

4    some of the accounts if -- if I was working with somebody on

5    some project.

6    Q.  Now, during your direct examination, you talked about

7    working on a project for BTC-X.

8            Do you remember that?

9    A.  Yes.

10   Q.  That's a project that you worked on in 2012.  Correct?

11   A.  I think so.

12   Q.  Not 2011.  Correct?

13   A.  I think so.

14   Q.  And in your testimony, you said that BTC-X shared

15   certain log-in information with you?

16   A.  Yes.

17   Q.  And BTC-X doesn't appear anywhere in your password list

18   here, does it?

19   A.  I'm not sure if it does.  If it doesn't, like I said

20   before, I try to go through this list and remove all the

21   accounts associated with past jobs or projects just so that

22   I don't keep any passwords that are owned by other people

23   just in case I get hacked so that those passwords get leaked

24   because of something that I did.  Sometimes I forget to

25   delete some of the accounts, but it's my best practice that

1    I try to delete them.

2    Q.  And just as kind of a side question, BTC-X didn't ask

3    you to register the domain name bitcoinfog.com.  Correct?

4    A.  No.

5    Q.  Now, during your direct examination, you said that you

6    had a system to mark which of these accounts belonged to

7    only you.  Correct?

8    A.  Yes.

9    Q.  And what was that system that you had?

10   A.  Right.  I would add the word "white" on the name of the

11   account.

12   Q.  And so directing your attention to Line 100, is this an

13   example of one of the accounts that you have marked "white"?

14   A.  Yes.

15   Q.  And this is a Liberty Reserve account in the name of

16   Jackson -- with a username Jacksonson.  Correct?

17   A.  Yes.  It's obviously not a perfect system.  And many

18   times I wouldn't do that on some accounts.  I wouldn't mark

19   them that way.

20   Q.  On some accounts you would not mark them as "white"?

21   A.  That's correct.

22   Q.  So that was not your system to keep track of accounts

23   that belonged to you versus accounts that may have belonged

24   to others?

25   A.  It was my system.  But it wasn't a perfect system and I

1    wasn't perfect at working with that system.

2    Q.  And so directing your attention to Line 105, is this

3    another example of an account that you've marked as "white"?

4    A.  Yes.

5    Q.  And this is the Mt. Gox account with username

6    Roso987341870?

7    A.  Yes.

8    Q.  And that's the same Mt. Gox account that we've been

9    talking about that you opened using your true name, Roman

10   Sterlingov?

11   A.  Yes.

12   Q.  Now, directing your attention to Line 65, this refers to

13   a Bitstamp account.  Isn't that true?

14   A.  Yes.

15   Q.  And it doesn't have the word "white."  Correct?

16   A.  That's correct.

17   Q.  And if you scroll -- if you look at Column B, there's a

18   number listed there?

19   A.  Is that a question?

20   Q.  Yes.  It is a question.  Is there a number listed there?

21   A.  Yes.

22   Q.  And that's 52443?

23   A.  Yes.

24   Q.  And then scrolling over to Column AA, which is the Notes

25   column here, you have an email address listed.  Right?

1    A.  I have what?

2    Q.  You have an email address listed under Column AA.

3    Right?

4    A.  Yes.

5    Q.  And that's your email address, heavydist@gmail.com?

6    A.  Yes.

7    Q.  And directing your attention to Exhibit 414-C, Bitstamp

8    account records, this is a record of your account at

9    Bitstamp.  Correct?

10   A.  Yes.

11   Q.  And looking at the second field down from the top, it

12   says customer ID and then it has the number 52443.  Correct?

13   A.  Yes.

14   Q.  Then going back to Exhibit 702, Line 28, this is your

15   Namecheap account, isn't it?

16   A.  Yes.  I think so.

17   Q.  And it's not labeled as "white," is it?

18   A.  It is not.

19   Q.  And in Column B, the username is kellerman.  Correct?

20   A.  Yes.

21   Q.  And then directing your attention to Exhibit 521-A, on

22   Page 1 here, these are Namecheap account records.  Right?

23   A.  Yes.

24   Q.  And this is your Namecheap account that you opened in

25   the name of Roman Sterlingov.  Right?

1    A.  Yes.

2    Q.  Now, if we scroll to Page 2, the username associated

3    with all of these entries is kellerman; isn't that correct?

4    A.  Yes.

5    Q.  Now, going back to Exhibit 702, Line 83, please.  Now,

6    this is an entry for an account on exploit.in.  Correct?

7    A.  Yes, it is.  But it has been incorrectly described as my

8    account.  It's not my account.

9    Q.  Is it your testimony that this account was given to you

10    for your freelance work?

11    A.  This account, I was hired to promote it, to promote the

12    reputation of that account.

13    Q.  Now, exploit.in is a cybercrime forum, isn't it?

14    A.  That's not how it was described to me.

15    Q.  Now, directing your attention --

16    A.  Looking at it afterwards, there seems to be some

17    cybercrime activity there.  After looking at it -- at some

18    information in this case, it --

19    Q.  Directing your attention to Exhibit 893, this is an

20    email that you received in your spam@plasmadivision.com

21    account?

22    A.  Correct.

23            MR. BROWN:  By the way, I think for the moment we

24    can turn the monitor back on.

25            MR. EKELAND:  Sorry.  I didn't hear you, Mr.

1      Brown.

2              MR. BROWN:  For the moment, I think we can turn

3      the monitor back on.

4              MR. EKELAND:  Oh, okay.

5      BY MR. BROWN:

6      Q.  And the date of this email is October 14th, 2008.

7      Correct?

8      A.  Yes.

9      Q.  And this is an email showing that you have registered an

10     account at exploit.in.  Correct?

11     A.  Yes.

12     Q.  And it's for a username called thetwo.  Correct?

13     A.  Yes.

14     Q.  And then directing your attention to Exhibit 898,

15     please, this is another email that you received in your

16     spam@plasmadivision.com account.  Right?

17     A.  Yes.

18     Q.  And this was received on September 20th, 2011.  Right?

19     A.  Yes.

20     Q.  And it's an email addressed to your account thetwo.

21     Correct?

22     A.  Yes.

23     Q.  And there's link here that includes the lines

24     "lostpassform."  Right?

25     A.  Yes.

1    Q.  Did you forget your password to exploit.in?

2    A.  I'm not sure.  It's possible.

3    Q.  And then --

4          MR. BROWN:  I'm sorry, Mr. Pearlman.  We do have

5    to turn the monitor back off.

6    BY MR. BROWN:

7    Q.  Returning to Exhibit 702, please.  Scrolling over to

8    Column K on Line 83, Column K, this reflects when the

9    information was entered into your password file.  Right?

10   A.  I think so.  I --

11         MR. BROWN:  If we scroll up to the very top of the

12   spreadsheet, can we see what Column K shows.

13   BY MR. BROWN:

14   Q.  So Column K shows the time the entry was created.

15   Right?

16   A.  I think so.

17   Q.  And then scrolling back down to Line 83, the entry for

18   the meth account on exploit.in was created on September

19   22nd, 2011?

20   A.  That's correct.

21   Q.  And that was two days after you received the lost

22   password account for your thetwo account @exploit.in.

23   Right?

24   A.  Yes, that's right.

25         MR. EKELAND:  Your Honor, I'm going to object as

```
 1    this being beyond the scope of the direct.
 2              THE COURT:  Overruled.
 3              THE WITNESS:  I just -- I would like to add it
 4    doesn't seem correct to describe that I lost the password,
 5    because that was a password restore link in that email and
 6    that would have given you the new password.
 7    BY MR. BROWN:
 8    Q.  Is it your testimony that you maintained your access to
 9    the username account thetwo@exploit.in?
10    A.  I'm not sure.  I don't remember this specific name.
11    Q.  Now, one more question about the password list.  This
12    had all of your important passwords that you needed to keep
13    track of.  Right?
14    A.  Yeah.
15    Q.  Why isn't there an entry in here for your user account
16    on Bitcoin Fog?
17    A.  I didn't really have a permanent account on Bitcoin Fog.
18    You could create an account in, like, a minute there.
19    Q.  Is it your testimony that every time you used Bitcoin
20    Fog you created a new user account?
21    A.  Every few times.  Every couple of times.  Yeah.
22    Q.  How many transactions do you think you've conducted on
23    Bitcoin Fog between 2011 and 2021?
24    A.  Maybe a few dozen.
25    Q.  That's it?
```

1    A.  I think so.

2    Q.  During your direct examination, you were asked about

3    offchain transactions.

4            Do you recall that line of questions?

5    A.  Yes.

6    Q.  And an offchain transaction is where you give somebody a

7    copy of your private keys instead of sending Bitcoin to them

8    on the blockchain.  Correct?

9    A.  Yes.  Or you give them the whole wallet or you give

10   them -- I've also heard people give them the restore phrase

11   for the wallet, but it's essentially the same thing as

12   giving them the wallet.

13   Q.  And this requires a lot of trust between the two

14   parties, doesn't it?

15   A.  Yes.  It requires trust in a sense that the other person

16   can access the account and they can move the funds.

17           As I mentioned earlier, I don't agree that it

18   requires that much trust for, like, small transactions

19   because it doesn't require that much trust that your friend

20   is not gonna scam you for, like, $100 worth of crypto or a

21   transaction.

22           And it's just -- the whole phrase that it requires

23   a lot of trust, I think there's like a lot of it -- there's

24   a lot in it.  I think it's just more complicated.  Like if

25   you give somebody -- if you give somebody a wallet and then

1    you don't use that wallet afterwards, it doesn't require any

2    trust, because they have taken over the wallet.

3    Q.  In your testimony, you said that you only did this with

4    friends because if they scammed you out of $50 --

5              MR. BROWN:  Oh, Ms. Walker, can you pull down the

6    screen, please.

7    BY MR. BROWN:

8    Q.  Sorry.  Let me start that again.

9              In your testimony, you said that you only did

10    these offchain transactions with friends because you said

11    something to the effect of if they scammed you out of $50,

12    then you're no longer friends.  Isn't that right?

13             MR. EKELAND:  Objection.  Mischaracterizes the

14    testimony.

15             THE COURT:  The jury's recollection will control.

16             THE WITNESS:  Excuse me.  I didn't hear you.  Your

17    Honor?  Is it overruled?

18             MR. BROWN:  Let me rephrase the question.

19             THE COURT:  Okay.

20    BY MR. BROWN:

21    Q.  You testified that you only did these transactions with

22    friends; and you provided an explanation, something to the

23    effect of -- and I'm not trying to quote you -- something to

24    the effect of, if your friend scammed you out of $50, then

25    you're no longer friends.  Is that the explanation that you

1    gave yesterday?

2              MR. EKELAND:  Objection.

3              THE COURT:  Overruled.

4              THE WITNESS:  Well, not exactly.  I said that

5    they're no longer friends if they scam you out of $50 as an

6    example.

7              I said specifically that I did it with at least

8    one person that wasn't technically my friend, like I

9    wouldn't call them a friend.  It was just a person on a

10   meet-up that didn't know how to set up their own wallet.  So

11   I set up a wallet for them and then I sent them the wallet.

12             But other than that, maybe I did it with a few

13   friends and maybe a couple more transactions that I don't

14   remember.  But not any large number of transactions.

15   BY MR. BROWN:

16   Q.  And isn't it true that actually the person who receives

17   your private keys has to trust you in that sort of

18   transaction?

19   A.  Not unless you delete the wallet.

20   Q.  Well --

21   A.  If I transfer somebody my wallet and they can see me on

22   the phone or whatever it is, on the computer, that I delete

23   it, I would say it doesn't require that much trust.  I mean,

24   I guess you can, like, try to --

25   Q.  So that person has to trust you that you've deleted all

1    your copies of the keys.  Correct?

2    A.  Well, I guess that's correct.  Yeah.

3    Q.  And you could have copies of those keys in more than one

4    place?

5    A.  I guess you could try technically to finagle that sort

6    of operation.  I don't think -- I don't think there is,

7    like, an easy way to do that technically.  Maybe there is.

8    I think it wouldn't be -- it wouldn't make sense for, like,

9    a $100 worth transaction.  But maybe somebody can do that.

10            But --

11   Q.  Mr. Sterlingov, you testified earlier today that you

12   kept copies of your Bitcoin wallet on more than one phone.

13   Right?

14   A.  That I kept copies of my Bitcoin wallet?

15   Q.  Isn't that what you told the jury earlier today?

16            ^ Header MR. EKELAND:  Objection.

17            THE WITNESS:  Could you point me to a specific --

18            THE COURT:  Mr. Brown, is this a good time to

19   break for the evening?

20            MR. BROWN:  We can bring for the evening.

21            THE COURT:  Why don't we break for the evening

22   now.

23            I want to talk to the lawyers just about the

24   schedule for tomorrow.  I think there's one juror who has to

25   run to an appointment.  And if you can't wait for a few

1    minutes while we figure this out, just let the deputy clerk

2    know and she'll send you an email or a text telling you what

3    time we're meeting in the morning.

4           Please don't discuss the case with anybody

5    overnight.  And I'll actually bring you back in to let you

6    know what time we're going to meet tomorrow.

7           So let's just take a break.

8           THE COURTROOM DEPUTY:  All rise.

9           (Whereupon, the jury exited the courtroom at 3:31

10   p.m. and the following proceedings were had:)

11          THE COURTROOM DEPUTY:  You may be seated.

12          THE COURT:  So I will have the draft jury

13   instructions to you all maybe within half an hour of getting

14   off the bench.  I'm just about done with them.

15          The question is:  Do you want to meet to talk

16   about those later tonight?  I want to make sure you have

17   time to look at them.  But we could at least get started

18   tonight, and if you wanted to finish up with any final

19   comments in the morning and maybe we could just ask the

20   jurors to come back at 10:00 a.m., and that way I don't have

21   jurors sitting here.  We can finish up with the jury

22   instructions by 10:00, finish up with the presentation of

23   the evidence and move to closing arguments tomorrow.

24          Does that make sense for the schedule?

25          MR. BROWN:  Yes, your Honor.  That's fine with the

1    Government.

2            MR. EKELAND:  Sorry.  Just so I understand, you

3    want to have the jury charge conference tonight?

4            THE COURT:  We'll start it tonight.  But if you

5    have more tomorrow morning, that would be fine as well.

6            MR. EKELAND:  Yeah.  Just what time are you

7    proposing?

8            THE COURT:  Well, I can get it to you by 4:00.  So

9    we could just go from 4:30 to 5:00.

10           MR. EKELAND:  Okay.  Sure.

11           THE COURT:  Okay.  So let's bring the jurors back

12    in and I will tell them -- well, why don't we bring them

13    back in.

14           THE COURTROOM DEPUTY:  Okay.

15           THE COURT:  I'll tell you what.  Any objection to

16    my just having the deputy clerk tell them 10:00 and admonish

17    them not to discuss the case?  If they don't know that one

18    by now, we're in trouble.

19           Is that acceptable to everyone?

20           MR. BROWN:  No objection, your Honor.

21           MR. EKELAND:  No objection, your Honor.

22           THE COURT:  Thanks.

23           (Thereupon, the courtroom deputy retired from the

24    courtroom and the following proceedings were had:)

25           THE COURT:  Anything that anyone else wants to

```
 1    raise before we break so I can get you the instructions?
 2              MR. BROWN:  No, your Honor.
 3              THE COURT:  If you want, you can wait here in the
 4    courtroom.  I'll give you hard copies of them.
 5              MR. EKELAND:  No, your Honor.
 6              THE COURT:  Okay.  Well, I will get them to you
 7    shortly.
 8              (Thereupon a recess was taken, after which the
 9    following proceedings were had:)
10              THE COURT:  All right.  I don't want to keep the
11    court staff too late tonight, but let's at least get started
12    on things.
13              Who wants to go first?
14              MR. BROWN:  Your Honor, the Government -- aside
15    from just a few sort of typos and minor language tweaks, we
16    don't have any substantive disagreement with the draft jury
17    instructions.
18              Just to flag, the conspiracy instruction seems to
19    require special unanimity; and I just don't know offhand if
20    that's required for the objects of the conspiracy.
21              THE COURT:  Yeah.  I think that's a good question.
22    In the past I think I've instructed on unanimity for the
23    objects of the conspiracy, and it's probably worth looking
24    at that overnight to make sure -- because it depends on --
25              MR. BROWN:  Yes.
```

1          THE COURT:  -- the type of conspiracy or the

2     particular conspiracy provision that we're dealing with as

3     to whether I think that's required or not.

4          MR. BROWN:  Yes, your Honor.

5          So that's a research question that we will look

6     into overnight.

7          THE COURT:  Okay.

8          MR. BROWN:  But other than that, we don't have any

9     significant concerns.  And we can, you know, send language

10    or typos or however the Court would best --

11         THE COURT:  Let me hear from Mr. Ekeland and then

12    we can talk about how to sort of submit the comments.

13         MR. EKELAND:  This is, of course, based on a speed

14    read.  But I mean, generally we have the same view as the

15    Government.

16         I will just quickly flip through some stuff that I

17    very hastily marked up.

18         THE COURT:  Okay.  Great.

19         MR. EKELAND:  And you know, I haven't given this a

20    thorough, close read.

21         But there's one question:  Is the indictment going

22    back with the jury?

23         THE COURT:  No.  I typically don't send the

24    indictment back.

25         MR. EKELAND:  I wanted to make sure on that.

1           What am I looking at?

2           THE COURT:  The other thing is, overnight I'll

3    work on a verdict form because I think, depending on where I

4    come out on the question of the objects of the conspiracy,

5    we may need a special verdict for that.  And I think that

6    there's agreement that we should have a special verdict with

7    respect to the three different ways of proving --

8           MR. EKELAND:  Yes.

9           THE COURT:  -- operating an unlicensed money

10   transaction business.

11          MR. EKELAND:  Yes.  I agree with that.  I did read

12   that.

13          THE COURT:  Okay.

14          MR. EKELAND:  And I think -- this is just for

15   purposes of the record.  I think we've already preserved

16   this, but I wanted -- we object to the willful blindness

17   instruction, because we just don't think there's anything --

18          THE COURT:  Tell me why you object to that.  Is it

19   because you think there's no evidentiary basis for it?

20          MR. EKELAND:  I think there's no evidentiary basis

21   for it.  There's nothing that's come out in this trial that

22   supports -- well, I think you know our position.

23          THE COURT:  I'm asking you, is there any other

24   reason to oppose that other than that?  Because my thinking

25   on that was that it's in the nature of a mixer itself that

1    one engages in willful blindness, or could.  I'm not saying

2    that it was done here, but there could be willful blindness

3    because the whole point of the mixer is to not know who the

4    transactions are coming from or who they're going to.

5              MR. EKELAND:  No, your Honor.

6              THE COURT:  Okay.  Well, I will get them to you

7    shortly.

8              (Thereupon a recess was taken, after which the

9    following proceedings were had:)

10             THE COURT:  All right.  I don't want to keep the

11   Court staff too late tonight, but let's at least get started

12   on things.

13             Who wants to go first?

14             MR. BROWN:  Your Honor, the Government -- aside

15   from just a few sort of typos and minor language tweaks, we

16   don't have any substantive disagreement with the draft jury

17   instructions.

18             Just to flag, the conspiracy instruction seems to

19   require special unanimity and I just don't know offhand if

20   that's required for the objects of the conspiracy.

21             THE COURT:  Yeah.  I think that's a good question.

22   In the past I think I've instructed on unanimity for the

23   objects of the conspiracy and it's probably worth looking at

24   that overnight to make sure -- because it depends on --

25             MR. BROWN:  Yes.

```
 1              THE COURT:  -- the type of conspiracy or the

 2     particular conspiracy provision that we're dealing with as

 3     to whether I think that's required or not.

 4              MR. BROWN:  Yes, your Honor.

 5              So that's a research question that we will look

 6     into overnight.

 7              THE COURT:  Okay.

 8              MR. BROWN:  But other than that, we don't have any

 9     significant concerns.  And we can, you know, send language

10     or typos or however the Court would best --

11              THE COURT:  Let me hear from Mr. Ekeland and then

12     we can talk about how to sort of submit the comments.

13              MR. EKELAND:  This is, of course, based on a speed

14     read.  But I mean, I think generally we have the same view

15     as the Government.  I will just quickly flip through some

16     stuff that I very hastily marked up.

17              THE COURT:  Okay.  Great.

18              MR. EKELAND:  And you know, I haven't given this a

19     thorough close read.

20              But one question, is the indictment going back

21     with the jury?

22              THE COURT:  No.  I typically don't send the

23     indictment back.

24              MR. EKELAND:  I wanted to make sure on that.

25              What am I looking at?
```

1          THE COURT:  The other thing is overnight I'll work

2     on a verdict form because I think, depending on where I come

3     out on the question of the objects of the conspiracy, we may

4     need a special verdict for that.  And I think that there's

5     agreement that we should have a special verdict with respect

6     to the three different ways of proving --

7          MR. EKELAND:  Yes.

8          THE COURT:  -- operating an unlicensed money

9     transaction business.

10         MR. EKELAND:  Yes.  I agree with that.  I did read

11    that.

12         THE COURT:  Okay.

13         MR. EKELAND:  And I think -- this is just for

14    purposes of the record.  I think we've already preserved

15    this, but I wanted -- we object to the willful blindness

16    instruction, because we just don't think there's anything --

17         THE COURT:  Tell me why you object to that.  Is it

18    because you think there's no evidentiary basis for it?

19         MR. EKELAND:  I think there's no evidentiary basis

20    for it.  There's nothing that's come out in this trial that

21    supports -- well, I think you know our position.

22         THE COURT:  I'm asking you, is there any other

23    reason to oppose that other than that?  Because my thinking

24    on that was that it's in the nature of a mixer itself, that

25    one engages in willful blindness or could.  I'm not saying

Charge Conference

1    that it was done here, but there could be willful blindness

2    because the whole point of the mixer is to not know who the

3    transactions are coming from or who they're going to.

4          MR. EKELAND:  But my concern there is that it

5    then -- it sort of almost becomes like a negligence

6    standard.  It's like, what is -- like, my concern is that,

7    like, where's the evidence that Mr. Sterlingov, like, turned

8    a blind eye?  Right?

9          Like because when you just say, Okay, well, the

10   mixer was running and, you know, people could have run

11   illicit funds through it, you know, "willful" implies

12   intentionality and more than a negligence standard.

13         So I think that my concern there is that this is

14   confusing to the jury, that they think it's, Oh, okay.  He

15   just ran a mixer.  He's automatically willfully blind.

16         But I can -- I'll look into it sort of deeper

17   tonight.

18         THE COURT:  Yes.  If you can do that.  And I will

19   do the same.

20         MR. EKELAND:  Thank you, your Honor.

21         And then where else?  I think we're generally okay

22   on the substantive counts.  I obviously want to read it

23   closer.  There's just an obvious typo on Page 57.

24   "Otherwise" in the header is spelled wrong.  It's just a

25   typo.

1                    THE COURT:  Let me see that while we're here.

2                    MR. EKELAND:  It says, "Money transmitting:

3          Otherwise," and the H and the E are transposed.

4                    THE COURT:  Oh, yes.  Thank you.

5                    MR. EKELAND:  That's low-hanging fruit.

6                    THE COURT:  Okay.

7                    MR. EKELAND:  On the venue, I'm happy with --

8                    Oh, on the statute of limitations, I'm assuming

9          those dates are just running back from the indictment, the

10         June 14, 2016, dates?  Is that where --

11                   THE COURT:  This is my understanding --

12                   MR. EKELAND:  Yeah.

13                   THE COURT:  -- of them.

14                   MR. BROWN:  Your Honor, sorry.  That reminds me.

15         In fairness, I think that Count 1 was added in the

16         superseding indictment.

17                   THE COURT:  Oh.

18                   MR. BROWN:  And so in fairness, I think that we

19         would be counting back five years from the superseding

20         indictment but for Count 1.

21                   THE COURT:  So you all will have to give me the

22         date for that tomorrow, I guess, unless you have it offhand.

23                   MR. BROWN:  So I think -- so the indictment was

24         July 18th, 2022, or the superseding indictment.  And so I

25         think for Count 1, the statute of limitations date would be

Charge Conference

1    July 8, 2017.

2             THE COURT:  Okay.

3             MR. EKELAND:  Sorry, your Honor.

4             THE COURT:  I'll add that.

5             MR. EKELAND:  Just the language leading up to it,

6    maybe I'm misunderstanding it.  This is just sort of for

7    style clarity.  It says, "I will instruct you that the

8    Government must prove beyond a reasonable doubt that conduct

9    related to Counts 1, 3 and 4 continued up until at least the

10   following dates."

11            THE COURT:  I think it should be "up to and

12   until."  Is that right?

13            MR. EKELAND:  Or it -- could it be "after"?

14   Aren't we saying after, after those dates?  It has to be

15   within those dates?  It's not going -- can we just say

16   something -- Counts 1, 3 and 4 continued after --

17            THE COURT:  Maybe it should be "up to at least"?

18   Is that what you're saying?

19            MR. EKELAND:  I'm sorry.  I just didn't hear what

20   you said.

21            THE COURT:  "Continued up to at least."

22            MR. EKELAND:  "Up to at least."  Oh, right.  So

23   then it's like touching -- I see where that's going.  I'm a

24   little tired.  And just --

25            THE COURT:  I'm happy to change that from "until"

Charge Conference

1    to "to," if that's clearer.  "Up to at least."

2              MR. EKELAND:  "Up to at least."  I think that

3    works.

4              And then that, I think, on our quick and hasty

5    read here at the end of a long day --

6              THE COURT:  Well, I will take a look at the

7    willful blindness issue as well as the unanimity requirement

8    on the objects of the conspiracy overnight.

9              And then do you all want to convene at 9:00

10   tomorrow morning?  Or do you think we need less time than

11   that?  I'm happy to start later, 9:15, if you think 45

12   minutes is enough.  But I don't want to keep the jury

13   waiting.

14             MR. EKELAND:  I'm happy with 9:15.  I'll take the

15   extra 15 minutes, if that's okay with the Government.

16             THE COURT:  Mr. Brown?

17             MR. BROWN:  9:15 sounds good.

18             THE COURT:  I'll see you all at 9:15 tomorrow,

19   then, for final comments on the instructions.

20             MR. EKELAND:  We're going a full day tomorrow and

21   I'm assuming we're going to try to get closings in tomorrow?

22   Is that the -- I'm trying to get a --

23             THE COURT:  My view is -- I'm not aware of any

24   jury issue.  My view is in general that we should just press

25   forward with everything we have.  So we may be able to get

Charge Conference

1    to closings tomorrow.

2          MR. EKELAND:  That's my hope.  Maybe the

3    Government can let us know -- maybe they already have,

4    because I haven't checked my email -- if they're doing a

5    rebuttal tomorrow or not or if we're just doing

6    Mr. Sterlingov and going into closings.

7          THE COURT:  How long do you think your closing

8    will last?

9          MR. EKELAND:  Honestly, I don't think -- I'm not

10   intending to go that long.  I would say like absolute top

11   ceiling -- and I don't think I'm going to go there -- two

12   hours.  I think more realistically, I'm going to try to

13   shoot for something like half an hour, an hour.  I'm not

14   looking to do some, you know, crazy thing.

15         THE COURT:  In my experience, shorter is typically

16   more effective.

17         MR. EKELAND:  I absolutely agree with that.

18         THE COURT:  Yes.  Okay.

19         Mr. Brown, anything else you can tell us about

20   scheduling?

21         MR. BROWN:  No, your Honor.

22         I mean, your Honor, I think for our closing plus

23   rebuttal, I think collectively maybe an hour and a half.

24   But -- oh, sorry.

25         My co-counsel are correcting me, your Honor.  Up

1    to two hours between closing and rebuttal.

2              THE COURT:  Okay.

3              MR. BROWN:  And the Government at this time

4    anticipates presenting a very short rebuttal witness, but

5    subject to change of plans.

6              THE COURT:  Have you disclosed who that is to the

7    defense yet?

8              MR. BROWN:  Yes, your Honor.  We've disclosed to

9    the defense.  We may call Ms. Mazars de Mazarin as a

10   rebuttal witness.

11             THE COURT:  All right.  Well, thank you all.

12   We're getting close.  So I will see you in the morning.

13   9:15.

14             MR. EKELAND:  Thank you, your Honor.

15             (Proceedings concluded.)

16

17

18

19

20

21

22

23

24

25

1                          **CERTIFICATE**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings produced to the

7      best of my ability.

8

9

10                   Dated this 6th day of March, 2024.

11

12              /s/ Lisa Edwards, RDR, CRR
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$100** [4] - 16:4, 16:8, 55:20, 58:9
**$130** [1] - 16:24
**$50** [4] - 56:4, 56:11, 56:24, 57:5
**$9.50** [1] - 24:22

## /

**/s** [1] - 73:12

## 1

**1** [7] - 11:6, 50:22, 68:15, 68:20, 68:25, 69:9, 69:16
**100** [1] - 48:12
**10005** [1] - 1:23
**105** [1] - 49:2
**10:00** [3] - 59:20, 59:22, 60:16
**10th** [1] - 24:15
**11** [1] - 8:3
**12th** [1] - 21:3
**13** [10] - 5:22, 5:24, 16:11, 17:8, 19:2, 20:4, 20:15, 20:22, 33:7, 38:4
**14** [2] - 33:7, 68:10
**14th** [1] - 52:6
**15** [2] - 41:16, 70:15
**17** [1] - 15:3
**18th** [1] - 68:24
**19th** [1] - 21:23
**1:43** [2] - 1:7, 4:10
**1C7KW** [1] - 19:20
**1PFK** [1] - 17:16
**1st** [1] - 9:25

## 2

**2** [2] - 38:25, 51:2
**2000** [1] - 33:13
**20001** [2] - 2:4, 73:14
**2008** [1] - 52:6
**2011** [18] - 11:22, 16:3, 21:3, 21:24, 24:11, 24:15, 26:20, 30:1, 30:3, 33:15, 33:19, 39:8, 40:16, 47:12, 52:18, 53:19, 54:23
**2012** [1] - 47:10
**2016** [1] - 68:10
**2017** [1] - 69:1

**202** [2] - 2:4, 73:15
**2021** [1] - 54:23
**2022** [2] - 6:22, 68:24
**2023** [4] - 9:9, 9:13, 9:18, 28:20
**2024** [2] - 1:7, 73:10
**20530** [2] - 1:16, 1:19
**20th** [1] - 52:18
**21-00399** [1] - 1:4
**212.117.160.123** [1] - 15:17
**212.117.160.132** [1] - 15:20
**22nd** [1] - 53:19
**25th** [1] - 24:15
**27th** [1] - 19:4
**28** [1] - 50:14
**288** [1] - 21:2
**289** [1] - 21:19
**290** [1] - 21:19
**291** [1] - 21:19
**29th** [1] - 11:22
**2:43** [1] - 42:2
**2nd** [1] - 6:22

## 3

**3** [2] - 69:9, 69:16
**30** [1] - 1:22
**313-A** [2] - 20:6, 21:23
**315** [7] - 10:16, 10:17, 10:18, 10:19, 12:12, 14:8, 16:3
**316** [3] - 16:15, 16:16, 19:18
**31st** [6] - 8:17, 9:9, 9:13, 9:18, 10:1, 28:20
**32** [1] - 15:10
**333** [2] - 2:3, 73:14
**34** [1] - 15:10
**354-3269** [2] - 2:4, 73:15
**36** [1] - 21:24
**364** [1] - 15:19
**35** [1] - 15:10
**3:00** [1] - 41:22
**3:06** [1] - 42:19
**3:30** [5] - 41:14, 41:15, 41:17, 41:20, 41:22
**3:31** [1] - 59:9

## 4

**4** [2] - 69:9, 69:16
**40** [1] - 15:10

**401** [1] - 23:7
**403** [1] - 14:17
**406-A** [2] - 21:1, 21:18
**406-E** [1] - 11:12
**414-C** [1] - 50:7
**423953** [1] - 38:5
**437** [1] - 29:24
**45** [1] - 70:11
**4:00** [1] - 60:8
**4:30** [1] - 60:9

## 5

**5.1527** [1] - 1:16
**521-A** [1] - 50:21
**52443** [2] - 49:22, 50:12
**57** [1] - 67:23
**5:00** [1] - 60:9

## 6

**6** [3] - 1:7, 18:20, 19:5
**60** [5] - 17:3, 17:11, 18:2, 19:4, 19:9
**601** [1] - 1:15
**603-D** [1] - 18:19
**64** [1] - 3:5
**65** [1] - 49:12
**6706** [1] - 2:3
**6th** [1] - 73:10

## 7

**7** [2] - 18:20, 19:8
**702** [7] - 41:10, 43:6, 43:10, 46:24, 50:14, 51:5, 53:7

## 8

**8** [1] - 69:1
**818-B** [1] - 25:4
**83** [3] - 51:5, 53:8, 53:17
**838** [1] - 45:5
**862-A** [1] - 35:15
**865** [1] - 35:5
**873** [1] - 12:2
**878** [1] - 12:24
**881** [1] - 13:10
**887** [1] - 21:8
**89.87** [2] - 20:10, 21:14
**893** [1] - 51:19

**898** [1] - 52:14
**899** [1] - 13:20
**8th** [1] - 16:3

## 9

**910** [1] - 36:4
**950** [1] - 1:18
**9:00** [1] - 70:9
**9:15** [5] - 70:11, 70:14, 70:17, 70:18, 72:13

## A

**a.m** [1] - 59:20
**AA** [2] - 49:24, 50:2
**ability** [1] - 73:7
**able** [5] - 18:7, 28:19, 46:5, 46:7, 70:25
**absolute** [1] - 71:10
**absolutely** [1] - 71:17
**abuse** [1] - 24:16
**accept** [2] - 30:1, 30:11, 30:12
**acceptable** [1] - 60:19
**accepted** [3] - 30:2, 30:6, 30:9
**accepting** [1] - 30:20
**access** [6] - 39:22, 40:12, 44:4, 47:1, 54:8, 55:16
**accessed** [1] - 24:15
**account** [122] - 11:5, 11:6, 11:9, 11:10, 11:14, 11:16, 11:19, 11:22, 12:6, 12:10, 12:13, 12:17, 12:20, 12:23, 12:25, 13:11, 13:17, 13:24, 14:5, 14:10, 14:13, 14:15, 14:18, 14:19, 14:21, 15:3, 15:6, 15:12, 16:5, 16:8, 16:18, 16:20, 16:24, 17:3, 17:12, 18:2, 18:9, 18:16, 18:25, 19:5, 19:9, 19:13, 19:23, 20:7, 20:10, 21:2, 21:6, 21:9, 21:15, 21:17, 21:20, 22:5, 23:1, 23:4, 23:8, 23:11, 23:18, 23:21, 23:25, 24:1, 24:3, 24:4, 24:10, 24:14, 24:23, 25:1, 25:3, 35:1, 35:11, 37:13,

37:19, 38:7, 40:6, 40:11, 44:21, 45:1, 45:7, 45:18, 46:5, 46:6, 46:7, 46:8, 46:9, 46:11, 46:19, 48:11, 48:15, 49:3, 49:5, 49:8, 49:13, 50:8, 50:15, 50:22, 50:24, 51:6, 51:8, 51:9, 51:11, 51:12, 51:21, 52:10, 52:16, 52:20, 53:18, 53:22, 54:9, 54:15, 54:17, 54:18, 54:20, 55:16
**accounts** [23] - 12:21, 13:21, 26:23, 30:4, 44:2, 44:4, 44:6, 44:9, 44:10, 44:12, 44:20, 45:3, 46:25, 47:1, 47:4, 47:21, 47:25, 48:6, 48:13, 48:18, 48:20, 48:22, 48:23
**accurate** [4] - 9:7, 19:16, 31:8, 73:4
**Action** [1] - 1:3
**activity** [1] - 51:17
**actual** [9] - 4:25, 5:17, 6:23, 8:2, 8:12, 11:24, 14:6, 31:16, 34:18
**add** [4] - 44:7, 48:10, 54:3, 69:4
**added** [1] - 68:15
**addition** [2] - 30:7, 38:15
**address** [27] - 11:6, 14:21, 14:24, 15:17, 15:20, 16:9, 17:15, 17:17, 17:19, 17:20, 17:21, 18:8, 18:21, 19:20, 19:24, 21:25, 22:3, 22:4, 22:5, 23:12, 24:16, 31:16, 34:16, 35:19, 49:25, 50:2, 50:5
**addressed** [1] - 52:20
**addresses** [3] - 15:25, 17:24, 34:14
**adjourning** [1] - 41:14
**admonish** [1] - 60:16
**afternoon** [2] - 4:19, 4:20
**AFTERNOON** [1] - 1:5
**afterwards** [2] - 51:16, 56:1
**ago** [10] - 5:22, 5:24,

8:4, 16:11, 17:8, 19:2, 20:4, 20:15, 20:22, 29:19
**agree** [4] - 55:17, 63:11, 66:10, 71:17
**agreement** [2] - 63:6, 66:5
**ahead** [1] - 41:21
**almost** [1] - 67:5
**ambiguous** [3] - 28:7, 40:20, 44:15
**AMERICA** [1] - 1:3
**answer** [16] - 5:14, 6:23, 7:2, 7:17, 7:20, 9:23, 15:7, 23:21, 24:8, 28:12, 28:16, 34:7, 45:15, 45:22, 46:9, 46:16
**answered** [10] - 5:6, 5:14, 8:10, 12:16, 12:18, 18:10, 28:7, 32:14, 37:25, 41:5
**answering** [1] - 34:5
**anticipates** [1] - 72:4
**appear** [1] - 47:17
**aPPEARANCES** [1] - 1:13
**appointment** [1] - 58:25
**approximate** [1] - 33:11
**arguments** [1] - 59:23
**arrangement** [2] - 26:19, 26:22
**arrest** [1] - 43:16
**aside** [2] - 61:14, 64:14
**asked..** [1] - 9:16
**associate** [3] - 36:13, 36:14, 37:8
**associated** [2] - 47:21, 51:2
**assuming** [2] - 68:8, 70:21
**attention** [30] - 10:15, 11:12, 12:1, 12:24, 13:10, 13:20, 14:17, 15:19, 16:15, 18:19, 20:5, 21:1, 21:8, 21:19, 23:7, 25:4, 29:23, 35:14, 36:4, 41:10, 43:6, 45:5, 48:12, 49:2, 49:12, 50:7, 50:21, 51:15, 51:19, 52:14
**attorney** [1] - 7:18
**ATTORNEY'S** [1] - 1:14
**atypical** [1] - 27:20

**August** [2] - 6:22, 39:8
**AurumXChange** [19] - 12:13, 12:17, 12:20, 12:23, 13:3, 13:5, 13:14, 13:17, 14:2, 14:5, 14:9, 16:4, 29:25, 30:2, 30:17, 30:18, 30:19, 30:20, 30:23
**automatically** [1] - 67:15
**Avenue** [3] - 1:18, 2:3, 73:14
**aware** [1] - 70:23

## B

**bank** [5] - 21:6, 21:14, 21:20, 30:1, 30:3
**based** [2] - 62:13, 65:13
**basis** [4] - 63:19, 63:20, 66:18, 66:19
**becomes** [1] - 67:5
**becoming** [1] - 32:19
**BEFORE** [1] - 1:11
**belong** [2] - 44:2, 46:25
**belonged** [6] - 44:2, 44:11, 44:20, 48:6, 48:23
**bench** [1] - 59:14
**best** [8] - 7:22, 31:19, 32:3, 32:6, 47:25, 62:10, 65:10, 73:7
**between** [8] - 26:22, 26:25, 27:2, 29:20, 54:23, 55:13, 72:1
**beyond** [2] - 54:1, 69:8
**bit** [4] - 16:16, 18:2, 38:10, 38:24
**Bitcoin** [65] - 5:18, 9:20, 17:3, 17:12, 17:15, 17:20, 17:21, 17:23, 18:2, 18:8, 19:4, 19:9, 19:19, 21:21, 21:25, 22:3, 22:4, 22:15, 30:24, 31:5, 31:6, 31:7, 31:10, 31:13, 31:16, 31:24, 32:13, 32:23, 33:2, 33:3, 33:6, 33:8, 33:10, 33:12, 33:14, 33:22, 33:25, 34:2, 34:15, 35:1, 35:11,

35:22, 36:2, 37:14, 37:19, 38:7, 38:10, 38:20, 39:10, 39:17, 39:19, 40:1, 40:4, 40:6, 40:8, 41:4, 54:16, 54:17, 54:19, 54:23, 55:7, 58:12, 58:14
**bitcoinfog.com** [7] - 4:23, 5:12, 6:2, 8:1, 8:20, 9:14, 48:3
**Bitcoins** [1] - 21:24
**Bitstamp** [3] - 49:13, 50:7, 50:9
**blind** [5] - 40:4, 40:7, 41:4, 67:8, 67:15
**blindness** [7] - 63:16, 64:1, 64:2, 66:15, 66:25, 67:1, 70:7
**block** [1] - 39:13
**blockchain** [1] - 55:8
**blowing** [3] - 25:19, 26:3, 26:5
**body** [1] - 38:13
**bottom** [2] - 22:25, 36:8
**bought** [2] - 6:3, 21:22
**box** [1] - 4:2
**boy's** [1] - 23:16
**break** [7] - 41:16, 41:21, 42:6, 58:19, 58:21, 59:7, 61:1
**bring** [5] - 4:8, 58:20, 59:5, 60:11, 60:12
**Brooklyn** [1] - 1:23
**BROWN** [72] - 1:14, 4:6, 4:18, 5:9, 6:11, 6:16, 7:6, 7:13, 7:23, 8:15, 9:3, 10:18, 10:22, 16:13, 16:14, 18:15, 27:11, 28:1, 28:18, 29:22, 31:2, 31:3, 32:21, 34:21, 35:4, 35:6, 37:15, 37:22, 38:3, 38:24, 39:2, 41:1, 41:8, 41:9, 41:11, 41:19, 42:7, 42:16, 43:1, 44:19, 51:23, 52:2, 52:5, 53:4, 53:6, 53:11, 53:13, 54:7, 56:5, 56:7, 56:18, 56:20, 57:15, 58:20, 59:25, 60:20, 61:2, 61:14, 61:25, 62:4, 62:8, 64:14, 64:25, 65:4, 65:8, 68:14, 68:18, 68:23, 70:17, 71:21,

72:3, 72:8
**Brown** [7] - 3:5, 4:15, 42:23, 52:1, 58:18, 70:16, 71:19
**Brunnsparken** [1] - 32:10
**BTC** [5] - 21:22, 47:7, 47:14, 47:17, 48:2
**BTC-X** [4] - 47:7, 47:14, 47:17, 48:23
**business** [2] - 63:10, 66:9
**buy** [1] - 36:23
**buying** [1] - 4:25
**BY** [34] - 2:1, 4:18, 5:9, 6:11, 6:16, 7:23, 8:15, 9:3, 10:22, 16:14, 18:15, 27:11, 28:1, 28:18, 29:22, 31:3, 32:21, 34:21, 35:6, 37:15, 37:22, 38:3, 39:2, 41:1, 41:9, 43:1, 44:19, 52:5, 53:6, 53:13, 54:7, 56:7, 56:20, 57:15

## C

**cannot** [1] - 5:10
**Capo** [3] - 10:5, 10:12, 44:5
**carrying** [1] - 43:15
**case** [10] - 8:16, 24:12, 28:23, 33:14, 41:24, 45:19, 47:23, 51:18, 59:4, 60:17
**CATHERINE** [1] - 1:17
**ceiling** [1] - 71:11
**Centre** [3] - 45:19, 45:21, 45:24
**certain** [3] - 5:20, 34:15, 47:15
**CERTIFICATE** [1] - 73:1
**certify** [1] - 73:4
**chance** [1] - 7:18
**change** [2] - 69:25, 72:5
**changed** [1] - 29:7
**characterize** [1] - 40:24
**charge** [1] - 60:3
**chart** [16] - 10:21, 10:23, 11:2, 11:4, 11:9, 14:11, 16:7, 16:17, 17:5, 18:4, 19:21, 19:25, 20:12,

22:2, 22:7, 23:1
**checked** [1] - 71:4
**CHRISTOPHER** [1] - 1:14
**circle** [1] - 17:20
**circled** [1] - 21:25
**circumstances** [1] - 7:11
**clarify** [1] - 44:18
**clarity** [1] - 69:7
**clear** [2] - 4:22, 12:19
**clearer** [1] - 70:1
**clearnet** [2] - 4:23, 5:11
**clerk** [2] - 59:1, 60:16
**close** [4] - 32:10, 62:20, 65:19, 72:12
**closer** [1] - 67:23
**closing** [4] - 59:23, 71:7, 71:22, 72:1
**closings** [3] - 70:21, 71:1, 71:6
**co** [1] - 71:25
**co-counsel** [1] - 71:25
**code** [7] - 38:14, 38:16, 38:17, 38:18, 45:2, 45:25, 46:10
**collectively** [1] - 71:23
**COLUMBIA** [2] - 1:1, 1:15
**Columbia** [2] - 2:2, 73:13
**Column** [9] - 21:5, 49:17, 49:24, 50:2, 50:19, 53:8, 53:12, 53:14
**column** [1] - 49:25
**coming** [2] - 64:4, 67:3
**Commander** [4] - 36:6, 36:17, 37:6, 37:24
**comments** [4] - 59:19, 62:12, 65:12, 70:19
**commercials** [1] - 36:19
**common** [13] - 23:23, 24:1, 28:2, 28:7, 28:9, 28:11, 28:12, 28:17, 29:1, 29:5, 29:12, 46:2
**communication** [1] - 40:15
**company** [2] - 15:21, 15:24

**complete** [1] - 73:6
**complicated** [1] - 55:24
**compound** [1] - 6:7
**computer** [1] - 57:22
**concern** [3] - 67:4, 67:6, 67:13
**concerns** [2] - 62:9, 65:9
**concluded** [1] - 72:15
**conduct** [2] - 41:24, 69:8
**conducted** [1] - 54:22
**conference** [1] - 60:3
**confirms** [1] - 14:4
**confusing** [1] - 67:14
**connect** [1] - 24:5
**conspiracy** [13] - 61:18, 61:20, 61:23, 62:1, 62:2, 63:4, 64:18, 64:20, 64:23, 65:1, 65:2, 66:3, 70:8
**constitutes** [1] - 73:4
**Constitution** [2] - 2:3, 73:14
**contact** [1] - 24:16
**content** [3] - 43:10, 43:12
**contents** [1] - 8:11
**context** [2] - 26:6, 27:24
**contexts** [2] - 36:14, 37:9
**continue** [1] - 42:23
**continued** [3] - 69:9, 69:16, 69:21
**control** [1] - 56:15
**convene** [1] - 70:9
**convert** [1] - 29:13
**converted** [1] - 30:22
**convince** [1] - 37:3
**copied** [2] - 25:12, 25:23
**copies** [5] - 58:1, 58:3, 58:12, 58:14, 61:4
**copy** [1] - 55:7
**copy/pasting** [1] - 25:16
**corner** [3] - 16:17, 20:7, 22:25
**correct** [107] - 4:23, 5:5, 6:2, 6:13, 6:18, 8:1, 8:2, 8:17, 8:20, 9:6, 9:13, 9:23, 9:24, 10:3, 11:20, 11:23, 11:25, 13:3, 13:6, 13:8, 13:17, 13:25,

14:5, 14:22, 15:4, 15:12, 15:17, 16:1, 16:6, 16:18, 16:21, 16:25, 17:16, 18:3, 18:17, 18:22, 19:6, 19:10, 19:13, 19:16, 19:20, 19:24, 20:8, 20:11, 21:3, 21:6, 21:12, 21:16, 21:21, 21:25, 22:6, 23:2, 23:5, 23:9, 23:19, 26:20, 28:21, 29:5, 29:8, 31:7, 35:2, 35:16, 35:19, 35:23, 36:2, 36:9, 36:14, 36:15, 38:7, 38:11, 38:20, 39:8, 39:11, 39:13, 39:15, 39:19, 40:4, 40:16, 41:7, 45:16, 45:22, 46:1, 46:6, 46:14, 47:10, 47:12, 48:3, 48:7, 48:18, 48:21, 49:15, 49:16, 50:9, 50:12, 50:19, 51:3, 51:6, 51:22, 52:7, 52:10, 52:12, 52:21, 53:20, 54:4, 55:8, 58:1, 58:2
**correcting** [1] - 71:25
**correspond** [1] - 12:9
**corresponds** [1] - 15:21
**counsel** [1] - 71:25
**counsel's** [1] - 8:24
**count** [2] - 34:8, 34:19
**Count** [3] - 68:15, 68:20, 68:25
**counting** [1] - 68:19
**countries** [1] - 27:1
**counts** [1] - 67:22
**Counts** [2] - 69:9, 69:16
**couple** [3] - 30:10, 54:21, 57:13
**course** [1] - 47:1, 62:13, 65:13
**Court** [7] - 2:1, 2:2, 62:10, 64:11, 65:10, 73:12, 73:13
**court** [1] - 61:11
**COURT** [101] - 1:1, 4:1, 4:5, 4:8, 4:14, 5:7, 6:8, 6:15, 7:1, 7:5, 7:7, 7:14, 8:14, 9:2, 18:11, 27:8, 27:22, 28:5, 28:8, 29:17, 32:15, 34:7,

37:11, 37:21, 38:1, 40:19, 40:22, 41:6, 41:13, 41:21, 42:5, 42:9, 42:15, 42:17, 42:23, 44:14, 44:17, 54:2, 56:15, 56:19, 57:3, 58:18, 58:21, 59:12, 60:4, 60:8, 60:11, 60:15, 60:22, 60:25, 61:3, 61:6, 61:10, 61:21, 62:1, 62:7, 62:11, 62:18, 62:23, 63:2, 63:9, 63:13, 63:18, 63:23, 64:6, 64:10, 64:21, 65:1, 65:7, 65:11, 65:17, 65:22, 66:1, 66:8, 66:12, 66:17, 66:22, 67:18, 68:1, 68:4, 68:6, 68:11, 68:13, 68:17, 68:21, 69:2, 69:4, 69:11, 69:17, 69:21, 69:25, 70:6, 70:16, 70:18, 70:23, 71:7, 71:15, 71:18, 72:2, 72:6, 72:11
**COURTROOM** [13] - 4:4, 4:9, 4:12, 10:17, 42:1, 42:4, 42:11, 42:14, 42:18, 42:21, 59:8, 59:11, 60:14
**courtroom** [7] - 4:10, 42:2, 42:19, 59:9, 60:23, 60:24, 61:4
**Cray** [2] - 36:11, 37:1
**crazy** [1] - 71:14
**create** [2] - 38:16, 54:18
**created** [3] - 53:14, 53:18, 54:20
**Criminal** [1] - 1:3
**CROSS** [1] - 4:17
**Cross** [1] - 3:5
**cross** [1] - 7:16
**CROSS-EXAMINATION** [1] - 4:17
**Cross-Examination** [1] - 3:5
**cross-examination** [1] - 7:16
**CRR** [3] - 2:1, 73:3, 73:12
**Crypto** [3] - 15:21, 16:1, 24:11
**crypto** [2] - 29:21, 55:20
**currencies** [1] - 29:21

**currency** [1] - 30:13
**customer** [1] - 50:12
**cybercrime** [2] - 51:13, 51:17

# D

**D.C** [5] - 1:6, 1:16, 1:19, 2:4, 73:14
**date** [15] - 6:23, 7:6, 7:8, 7:9, 7:10, 11:24, 32:2, 32:5, 33:9, 33:11, 33:21, 39:10, 52:6, 68:22, 68:25
**Dated** [1] - 73:10
**dates** [5] - 68:9, 68:10, 69:10, 69:14, 69:15
**days** [1] - 53:21
**de** [1] - 72:9
**dealing** [2] - 62:2, 65:2
**deeper** [1] - 67:16
**Defendant** [2] - 1:7, 4:3
**DEFENDANT** [1] - 1:20
**DEFENSE** [1] - 4:16
**defense** [2] - 72:7, 72:9
**delete** [4] - 47:25, 48:1, 57:19, 57:22
**deleted** [1] - 57:25
**denied** [2] - 9:14, 9:19
**deny** [4] - 9:15, 9:21, 16:8, 17:11
**denying** [2] - 6:1, 9:22
**DEPARTMENT** [1] - 1:18
**Deposit** [1] - 19:7
**deposit** [3] - 21:2, 21:5, 21:14
**deposited** [4] - 18:1, 19:4, 20:10, 21:20
**depositing** [1] - 20:13
**DEPUTY** [13] - 4:4, 4:9, 4:12, 10:17, 42:1, 42:4, 42:11, 42:14, 42:18, 42:21, 59:8, 59:11, 60:14
**deputy** [3] - 59:1, 60:16, 60:23
**describe** [1] - 54:4
**described** [2] - 51:7, 51:14
**details** [5] - 13:5,

13:16, 20:23, 22:22, 22:24
**different** [12] - 11:2, 12:21, 12:22, 25:16, 26:23, 27:2, 29:20, 29:21, 34:14, 63:7, 66:6
**direct** [15] - 10:15, 10:25, 12:1, 25:4, 25:5, 26:7, 26:10, 26:16, 29:23, 43:2, 43:25, 47:6, 48:5, 54:1, 55:2
**directing** [26] - 11:12, 12:24, 13:10, 13:20, 14:17, 15:19, 16:15, 18:19, 20:16, 21:1, 21:8, 21:18, 23:7, 35:14, 36:4, 41:10, 43:6, 45:5, 48:12, 49:2, 49:12, 50:7, 50:21, 51:15, 51:19, 52:14
**directly** [1] - 17:14
**disagreement** [2] - 61:16, 64:16
**disclosed** [2] - 72:6, 72:8
**discuss** [2] - 59:4, 60:17
**discussed** [1] - 43:25
**district** [1] - 73:13
**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:15
**District** [3] - 2:2, 2:2, 73:13
**DNS** [1] - 10:7
**document** [10] - 25:6, 25:7, 25:10, 25:13, 25:15, 25:17, 25:22, 26:2, 26:12, 26:15
**dollars** [2] - 29:14, 30:23
**domain** [13] - 4:23, 4:25, 5:11, 5:16, 5:17, 6:2, 6:3, 8:1, 8:20, 9:15, 9:20, 28:13, 48:3
**domains** [4] - 10:4, 10:6, 10:8, 10:11
**done** [8] - 6:10, 15:16, 34:19, 41:15, 44:8, 59:14, 64:2, 67:1
**doubt** [9] - 4:24, 5:15, 6:3, 6:5, 6:10, 8:7, 9:7, 19:15, 69:8
**down** [12] - 10:19,

77

15:6, 16:13, 31:2, 36:8, 38:5, 38:9, 38:24, 41:8, 50:11, 53:17, 56:5
**dozen** [1] - 54:24
**dozens** [1] - 10:13
**draft** [2] - 59:12, 61:16, 64:16
**drive** [1] - 43:15
**Duncan** [2] - 40:4, 40:7
**during** [13] - 9:8, 10:25, 25:5, 26:7, 26:10, 26:15, 31:5, 31:10, 43:2, 43:25, 47:6, 48:5, 55:2

## E

**Eastern** [1] - 27:1
**easy** [1] - 58:7
**EDWARDS** [2] - 2:1, 73:3
**Edwards** [1] - 73:12
**effect** [4] - 26:18, 56:11, 56:23, 56:24
**effective** [1] - 71:16
**effing** [1] - 25:19
**Eighth** [1] - 1:22
**either** [3] - 22:17, 31:11, 32:17
**Ekeland** [2] - 61:11, 65:11
**EKELAND** [68] - 1:20, 1:21, 4:7, 5:6, 6:7, 6:14, 8:10, 8:24, 18:10, 27:7, 27:21, 28:4, 28:6, 29:16, 32:14, 34:5, 37:10, 37:25, 40:17, 40:20, 41:5, 42:8, 44:13, 44:15, 51:25, 52:4, 53:25, 56:13, 57:2, 58:16, 60:2, 60:6, 60:10, 60:21, 61:5, 62:13, 62:19, 62:25, 63:8, 63:11, 63:14, 63:20, 64:5, 65:13, 65:18, 65:24, 66:7, 66:10, 66:13, 66:19, 67:4, 67:20, 68:2, 68:5, 68:7, 68:12, 69:3, 69:5, 69:13, 69:19, 69:22, 70:2, 70:14, 70:20, 71:2, 71:9, 71:17, 72:14
**email** [57] - 11:6, 11:8, 12:3, 12:5, 12:6, 12:9, 12:25, 13:3,

13:5, 13:6, 13:11, 13:14, 13:15, 13:16, 13:19, 13:21, 13:24, 14:2, 14:4, 14:21, 14:24, 16:6, 16:9, 16:25, 19:23, 21:9, 22:5, 23:12, 35:7, 35:10, 35:15, 35:18, 35:21, 36:5, 36:16, 45:6, 45:10, 45:12, 45:14, 45:15, 45:23, 49:25, 50:2, 50:5, 51:20, 52:6, 52:9, 52:15, 52:20, 54:5, 59:2, 71:4
**end** [2] - 7:25, 70:5
**engages** [2] - 64:1, 66:25
**entered** [4] - 4:10, 42:19, 46:11, 53:9
**entries** [1] - 51:3
**entry** [4] - 51:6, 53:14, 53:17, 54:15
**errors** [2] - 38:14, 38:25
**especially** [1] - 26:25
**ESQ** [4] - 1:14, 1:17, 1:20, 1:21
**essentially** [1] - 55:11
**European** [1] - 27:1
**euros** [8] - 20:10, 20:13, 21:14, 21:20, 21:21, 29:13, 30:19, 30:23
**evening** [3] - 58:19, 58:20, 58:21
**events** [2] - 15:11, 15:16
**evidence** [2] - 59:23, 67:7
**evidentiary** [4] - 63:19, 63:20, 66:18, 66:19
**exact** [4] - 8:13, 17:19, 20:23, 46:10
**exactly** [6] - 5:13, 7:20, 25:22, 33:5, 43:19, 57:4
**exaggeration** [2] - 37:12, 38:2
**Examination** [1] - 3:5
**examination** [11] - 7:16, 11:1, 25:5, 26:8, 26:11, 26:16, 43:2, 44:1, 47:6, 48:5, 55:2
**EXAMINATION** [1] - 4:17
**example** [3] - 48:13,

49:3, 57:6
**examples** [1] - 10:11
**exchanges** [1] - 30:4
**excuse** [1] - 56:16
**Exhibit** [42] - 3:9, 10:16, 10:19, 11:12, 12:1, 12:12, 12:24, 13:10, 13:20, 14:8, 14:17, 15:19, 16:3, 16:15, 16:16, 18:19, 19:18, 20:5, 21:1, 21:8, 21:18, 21:23, 23:7, 25:4, 29:24, 35:5, 35:14, 36:4, 38:4, 41:10, 43:6, 43:10, 45:5, 46:24, 50:7, 50:14, 50:21, 51:5, 51:19, 52:14, 53:7
**exhibits** [1] - 31:2
**EXHIBITS** [1] - 3:11
**exist** [1] - 33:18
**exited** [2] - 42:2, 56:9
**experience** [2] - 30:19, 71:15
**experimented** [1] - 34:22
**explain** [1] - 18:7
**explained** [1] - 45:24
**explanation** [2] - 56:22, 56:25
**exploit.in** [6] - 51:6, 51:13, 52:10, 53:1, 53:18, 53:22
**extra** [2] - 45:25, 70:15
**eye** [1] - 67:8

## F

**fact** [1] - 4:22
**fair** [1] - 38:14
**fairness** [2] - 68:15, 68:18
**favoring** [4] - 40:15, 40:17, 40:19, 40:21
**favorite** [1] - 23:18
**few** [8] - 10:11, 39:1, 54:21, 54:24, 57:12, 58:25, 61:15, 64:15
**field** [1] - 50:11
**fields** [1] - 46:1
**figure** [1] - 59:1
**file** [12] - 15:23, 43:3, 43:13, 43:25, 44:7, 44:12, 44:20, 44:22, 44:25, 45:3, 46:22, 53:9

**finale** [1] - 58:5
**final** [2] - 59:18, 70:19
**fine** [3] - 7:8, 59:25, 60:5
**finish** [7] - 26:13, 41:17, 41:19, 41:22, 59:18, 59:21, 59:22
**finishing** [1] - 41:17
**first** [23] - 25:18, 30:24, 31:4, 31:9, 31:21, 32:1, 32:13, 33:1, 33:3, 33:4, 33:5, 33:8, 33:9, 33:11, 33:19, 33:21, 34:4, 38:5, 39:13, 45:14, 61:13, 64:13
**five** [1] - 68:19
**fix** [1] - 38:14
**flag** [2] - 61:18, 64:18
**flip** [2] - 62:16, 65:15
**flipping** [1] - 62:14
**Floor** [1] - 1:22
**focus** [1] - 31:1
**Fog** [23] - 5:18, 9:20, 31:5, 31:6, 31:7, 31:10, 31:14, 31:16, 32:13, 32:23, 33:2, 33:3, 33:8, 33:10, 33:12, 33:14, 33:22, 33:25, 34:2, 54:16, 54:17, 54:20, 54:23
**follow** [2] - 7:19, 28:19
**following** [9] - 4:11, 42:3, 42:13, 42:20, 59:10, 60:24, 61:9, 64:9, 69:10
**FOR** [4] - 1:1, 1:14, 1:14, 1:20
**foregoing** [1] - 73:4
**forget** [3] - 46:4, 47:24, 53:1
**forgot** [2] - 45:21, 46:8
**form** [2] - 63:3, 66:2
**format** [1] - 43:9
**forth** [1] - 17:16
**forum** [2] - 40:12, 51:13
**forums** [1] - 39:21
**forward** [2] - 14:9, 70:25
**free** [1] - 36:18
**freelance** [10] - 10:9, 10:12, 22:19, 22:21, 22:22, 38:17, 44:5, 47:2, 47:3, 51:10
**friction** [3] - 27:2,

29:20, 30:5
**friend** [4] - 55:19, 56:24, 57:8, 57:9
**friends** [7] - 56:4, 56:10, 56:12, 56:22, 56:25, 57:5, 57:13
**fruit** [1] - 68:5
**full** [2] - 70:20, 73:5
**functions** [1] - 39:22
**funds** [11] - 14:8, 14:12, 16:4, 19:13, 19:19, 19:22, 24:25, 25:2, 29:20, 55:16, 67:11

## G

**gallery** [2] - 41:12, 43:8
**general** [6] - 9:10, 30:3, 30:16, 34:9, 39:21, 70:24
**generally** [4] - 19:1, 62:14, 65:14, 67:21
**gibberish** [1] - 45:2
**girl's** [1] - 23:16
**given** [6] - 46:5, 47:1, 51:9, 54:6, 62:19, 65:18
**Gold** [3] - 45:19, 45:21, 45:24
**gonna** [1] - 55:20
**Gothenburg** [3] - 24:17, 32:8, 32:9
**Government** [9] - 60:1, 61:14, 62:15, 64:14, 65:15, 69:8, 70:15, 71:3, 72:3
**Government's** [8] - 10:15, 10:19, 12:1, 16:15, 20:5, 35:4, 35:14, 38:4
**Gox** [21] - 11:6, 11:14, 11:16, 11:19, 11:22, 12:9, 13:17, 14:5, 16:5, 16:8, 16:24, 17:12, 19:23, 20:6, 20:10, 21:2, 21:12, 21:15, 22:4, 49:5, 49:8
**great** [3] - 26:3, 62:18, 65:17
**grew** [1] - 46:13
**guess** [6] - 8:6, 17:13, 57:24, 58:2, 58:5, 68:22

## H

**hacked** [1] - 47:23
**half** [3] - 59:13,
71:13, 71:23
**hand** [3] - 16:17,
20:7, 22:25
**handling** [1] - 10:6
**hanging** [1] - 68:5
**happy** [4] - 68:7,
69:25, 70:11, 70:14
**hard** [2] - 8:4, 61:4
**HASSARD** [1] - 1:21
**hastily** [2] - 62:17,
65:16
**hasty** [1] - 70:4
**header** [2] - 58:16,
67:24
**heading** [1] - 15:4
**hear** [6] - 26:12,
51:25, 56:16, 62:11,
65:11, 69:19
**heard** [1] - 55:10
**hearing** [3] - 8:16,
9:18, 28:23
**heavydist** [2] - 39:3,
39:6
**heavydist@gmail.
com** [3] - 35:18, 45:7,
50:5
**hereby** [1] - 73:3
**high** [1] - 15:4
**hired** [1] - 51:11
**honestly** [1] - 71:9
**Honor** [26] - 4:6, 4:7,
34:6, 41:19, 42:7,
42:8, 53:25, 56:17,
59:25, 60:20, 60:21,
61:2, 61:5, 61:14,
62:4, 64:5, 64:14,
65:4, 67:20, 68:14,
69:3, 71:21, 71:22,
71:25, 72:8, 72:14
**HONORABLE** [1] -
1:11
**hope** [1] - 39:14,
71:2
**hour** [4] - 59:13,
71:13, 71:23
**hours** [2] - 71:12,
72:1

## I

**I..** [1] - 9:12
**ID** [2] - 38:5, 50:12
**identity** [2] - 36:12,
37:7

**illicit** [1] - 67:11
**implies** [1] - 67:11
**importance** [1] -
44:24
**important** [5] -
39:21, 44:11, 44:16,
44:21, 54:12
**includes** [1] - 52:23
**incorrectly** [1] - 51:7
**INDEX** [1] - 3:1
**indictment** [9] -
62:21, 62:24, 65:20,
65:23, 68:9, 68:16,
68:20, 68:23, 68:24
**indirectly** [1] - 18:8
**individual** [5] - 5:20,
5:23, 5:25, 16:10,
20:3
**information** [12] -
11:13, 14:18, 22:12,
23:8, 24:19, 25:16,
44:12, 44:22, 46:21,
47:15, 51:18, 53:9
**inside** [1] - 33:24
**instead** [3] - 13:25,
39:15, 55:7
**instruct** [1] - 69:7
**instructed** [2] -
61:22, 64:22
**instruction** [4] -
61:18, 63:17, 64:18,
66:16
**instructions** [9] -
25:12, 25:24, 59:13,
59:22, 61:1, 61:17,
64:17, 70:19
**intending** [1] - 71:10
**intentionality** [1] -
67:12
**intermediary** [1] -
17:17
**intermediate** [2] -
17:15, 18:8
**internet** [2] - 32:19,
32:24
**interrupt** [1] - 37:16
**interview** [3] - 6:12,
6:17, 6:20
**involved** [1] - 5:2
**IP** [6] - 15:17, 15:20,
15:23, 15:24, 15:25,
24:16
**issue** [3] - 37:2, 70:7,
70:24
**items** [1] - 25:14
**itself** [2] - 63:25,
66:24

## J

**Jabber** [3] - 40:13,
40:14, 40:15
**Jackson** [1] - 48:16
**Jacksonson** [1] -
48:16
**January** [8] - 8:17,
9:9, 9:13, 9:18, 9:25,
28:20
**job** [7] - 22:19,
22:21, 22:22, 38:17,
44:5, 44:8, 47:3
**jobs** [2] - 44:5, 47:21
**judge** [1] - 6:24
**JUDGE** [1] - 1:11
**July** [2] - 68:24, 69:1
**June** [1] - 68:10
**juror** [1] - 58:24
**jurors** [3] - 59:20,
59:21, 60:11
**JURY** [1] - 1:10
**jury** [28] - 4:5, 4:8,
4:10, 4:12, 22:8,
22:11, 22:22, 24:13,
28:19, 39:24, 41:2,
42:2, 42:15, 42:17,
42:19, 42:21, 58:15,
59:9, 59:12, 59:21,
60:3, 61:16, 62:22,
64:16, 65:21, 67:14,
70:12, 70:24
**jury's** [1] - 56:15
**JUSTICE** [1] - 1:18

## K

**keep** [7] - 44:8,
47:22, 48:22, 54:12,
61:10, 64:10, 70:12
**kellerman** [2] -
50:19, 51:3
**kept** [4] - 43:13,
44:25, 58:12, 58:14
**keys** [4] - 55:7,
57:17, 58:1, 58:3
**Killdozer** [13] - 35:1,
35:12, 35:23, 36:2,
36:11, 37:1, 37:13,
37:17, 38:7, 38:11,
38:19, 40:3, 40:7
**kind** [4] - 33:6,
33:15, 34:11, 48:2
**knowledge** [4] -
15:22, 29:12, 32:3,
32:6
**Kunnikov** [1] - 23:14

## L

**labeled** [1] - 50:17
**language** [5] - 61:15,
62:9, 64:15, 65:9,
69:5
**large** [1] - 57:14
**last** [3] - 13:15, 15:9,
71:8
**late** [2] - 61:11, 64:11
**LAW** [1] - 1:21
**lawyers** [1] - 58:23
**leading** [1] - 69:5
**leaked** [1] - 47:23
**learn** [1] - 32:13
**learned** [8] - 31:4,
31:9, 32:18, 32:22,
33:1, 33:3, 33:4, 33:5
**learning** [1] - 32:23
**least** [11] - 6:19,
57:7, 59:17, 61:11,
64:11, 69:9, 69:17,
69:21, 69:22, 70:1,
70:2
**leave** [1] - 19:19
**left** [1] - 16:17
**left-hand** [1] - 16:17
**less** [3] - 5:20, 70:10
**letters** [5] - 15:8,
23:22, 23:25, 24:3,
24:4
**Liberty** [20] - 14:10,
14:13, 14:15, 14:19,
15:11, 16:5, 16:18,
16:20, 16:23, 23:1,
23:4, 23:8, 23:11,
24:9, 24:14, 24:23,
29:14, 30:23, 33:4,
48:15
**license** [3] - 36:24,
36:25, 37:4
**like..** [1] - 26:4
**limitations** [2] - 68:8,
68:25
**Line** [11] - 15:3, 19:5,
19:8, 21:2, 48:12,
49:2, 49:12, 50:14,
51:5, 53:8, 53:17
**line** [5] - 25:18,
25:20, 45:2, 45:14,
55:4
**Lines** [3] - 15:10,
18:20, 21:19
**lines** [3] - 25:13,
39:1, 52:23
**link** [3] - 24:6, 52:23,
54:5
**linked** [5] - 11:14,
16:6, 16:9, 19:12,
19:23
**LISA** [2] - 2:1, 73:3
**Lisa** [1] - 73:12
**list** [3] - 47:17, 47:20,
54:11
**listed** [5] - 13:6,
49:18, 49:20, 49:25,
50:2
**listen** [1] - 7:16
**living** [2] - 36:12,
37:7
**log** [4] - 15:10,
15:16, 44:12, 47:15
**log-in** [4] - 15:10,
15:16, 44:12, 47:15
**logged** [2] - 15:14
**logout** [2] - 15:11,
15:16
**look** [9] - 28:12,
31:17, 36:16, 49:17,
59:17, 62:5, 65:5,
67:16, 70:6
**looking** [17] - 11:4,
14:10, 15:21, 18:20,
21:5, 22:25, 38:9,
39:13, 43:9, 50:11,
51:16, 51:17, 61:23,
63:1, 64:23, 65:25,
71:14
**looks** [7] - 11:15,
13:13, 13:15, 15:8,
21:11, 23:22, 35:24
**lost** [2] - 53:21, 54:4
**lostpassform** [1] -
52:24
**low** [1] - 68:5
**low-hanging** [1] -
68:5

## M

**Magazine** [4] - 6:13,
7:24, 8:9, 9:19
**maiden** [1] - 46:13
**maintained** [1] - 54:8
**male** [1] - 23:17
**March** [2] - 1:7,
73:10
**mark** [3] - 48:6,
48:18, 48:20
**MARKED** [1] - 3:11
**marked** [6] - 11:5,
17:15, 48:13, 49:3,
62:17, 65:16
**Marknadskommuni
kation** [1] - 10:5
**matters** [1] - 26:4
**Mazarin** [1] - 72:9
**Mazars** [1] - 72:9

**mean** [6] - 12:4, 27:24, 57:23, 62:14, 65:14, 71:22

**meaning** [1] - 9:10

**means** [3] - 24:3, 40:15, 46:4

**meet** [11] - 23:24, 31:5, 31:10, 31:11, 31:19, 32:17, 34:9, 35:25, 57:10, 59:6, 59:15

**meet-up** [3] - 31:11, 35:25, 57:10

**meet-ups** [5] - 23:24, 31:5, 31:10, 32:17, 34:9

**meeting** [1] - 59:3

**memorize** [1] - 20:17

**memory** [5] - 5:22, 17:23, 18:5, 31:8, 33:6

**mention** [1] - 25:25

**mentioned** [1] - 55:17

**message** [6] - 24:21, 38:5, 38:9, 38:10, 38:13, 39:7

**messages** [3] - 39:18, 39:22, 40:1

**met** [2] - 31:24, 32:8

**meth** [1] - 53:18

**methods** [1] - 30:6

**MICHAEL** [1] - 1:21

**might** [10] - 29:18, 32:22, 32:25, 34:19, 34:22, 38:22, 41:20, 45:12, 46:19, 46:23

**mind** [4] - 25:19, 26:3, 26:5, 29:8

**mind-blowing** [3] - 25:19, 26:3, 26:5

**minor** [2] - 61:15, 64:15

**minute** [1] - 54:18

**minutes** [4] - 41:16, 59:1, 70:12, 70:15

**mischaracterizes** [1] - 56:13

**mistranslation** [1] - 26:1

**misunderstanding** [1] - 69:6

**mixed** [1] - 31:23

**mixer** [9] - 34:4, 34:18, 34:24, 63:25, 64:3, 66:24, 67:2, 67:10, 67:15

**mixers** [3] - 33:25, 34:8, 34:10

**mixing** [14] - 31:6,

31:15, 31:20, 31:21, 32:1, 32:4, 32:7, 32:20, 34:9, 34:11, 34:17, 34:19, 34:20, 34:23

**moment** [2] - 51:23, 52:2

**money** [6] - 17:9, 26:25, 63:9, 66:8, 68:2

**monitor** [5] - 41:11, 43:7, 51:24, 52:3, 53:5

**morning** [5] - 59:3, 59:19, 60:5, 70:10, 72:12

**MOSS** [1] - 1:11

**most** [1] - 25:18

**mother's** [1] - 46:13

**move** [2] - 55:16, 59:23

**moved** [1] - 19:22

**movie** [1] - 23:19

**moving** [4] - 19:13, 19:18, 29:20

**MR** [137] - 4:6, 4:7, 4:18, 5:6, 5:9, 6:7, 6:11, 6:14, 6:16, 7:6, 7:13, 7:23, 8:10, 8:15, 8:24, 9:3, 10:18, 10:22, 16:13, 16:14, 18:10, 18:15, 27:7, 27:11, 27:21, 28:1, 28:4, 28:6, 28:18, 29:16, 29:22, 31:2, 31:3, 32:14, 32:21, 34:5, 34:21, 35:4, 35:6, 37:10, 37:15, 37:22, 37:25, 38:3, 38:24, 39:2, 40:17, 40:20, 41:1, 41:5, 41:8, 41:9, 41:11, 41:19, 42:7, 42:8, 42:16, 43:1, 44:13, 44:15, 44:19, 51:23, 51:25, 52:2, 52:4, 52:5, 53:4, 53:6, 53:11, 53:13, 53:25, 54:7, 56:5, 56:7, 56:13, 56:18, 56:20, 57:2, 57:15, 58:16, 58:20, 59:25, 60:2, 60:6, 60:10, 60:20, 60:21, 61:2, 61:5, 61:14, 61:25, 62:4, 62:8, 62:13, 62:19, 62:25, 63:8, 63:11, 63:14, 63:20, 64:5, 64:14, 64:25, 65:4, 65:8, 65:13, 65:18,

65:24, 66:7, 66:10, 66:13, 66:19, 67:4, 67:20, 68:2, 68:5, 68:7, 68:12, 68:14, 68:18, 68:23, 69:3, 69:5, 69:13, 69:19, 69:22, 70:2, 70:14, 70:17, 70:20, 71:2, 71:9, 71:17, 71:21, 72:3, 72:8, 72:14

**Mt** [21] - 11:6, 11:14, 11:16, 11:19, 11:22, 12:9, 13:17, 14:5, 16:5, 16:8, 16:24, 17:12, 19:23, 20:6, 20:10, 21:2, 21:12, 21:15, 22:4, 49:5, 49:8

**must** [1] - 69:8

## N

**name** [28] - 4:25, 5:16, 6:4, 11:16, 15:1, 15:4, 21:6, 21:15, 23:14, 23:16, 23:17, 31:17, 32:11, 35:12, 36:11, 37:1, 37:4, 46:12, 46:13, 48:3, 48:10, 48:15, 49:9, 50:25, 54:10

**Namecheap** [3] - 50:15, 50:22, 50:24

**names** [2] - 5:17, 10:13

**nature** [2] - 63:25, 66:24

**need** [4] - 41:18, 63:5, 66:4, 70:10

**needed** [2] - 40:12, 54:12

**negligence** [2] - 67:5, 67:12

**never** [2] - 24:21, 24:25

**new** [2] - 54:6, 54:20

**New** [1] - 1:23

**NFS** [1] - 19:23

**nfs9000@hotmail. com** [2] - 19:24, 22:5

**nicknames** [1] - 37:2

**NO** [1] - 3:11

**noobie** [2] - 39:11, 39:14

**noobies** [1] - 39:25

**Northwest** [4] - 1:15, 1:18, 2:3, 73:14

**notes** [1] - 73:5

**Notes** [1] - 49:24

**nothing** [2] - 63:21, 66:20

**November** [1] - 19:4

**number** [8] - 23:4, 23:9, 24:14, 38:25, 49:18, 49:20, 50:12, 57:14

**numbers** [3] - 15:8, 17:25, 24:4

## O

**object** [5] - 53:25, 63:16, 63:18, 66:15, 66:17

**objection** [23] - 6:7, 6:14, 8:24, 18:10, 27:7, 27:21, 28:4, 28:5, 29:16, 32:14, 34:5, 37:10, 37:25, 40:17, 41:5, 44:13, 44:14, 56:13, 57:2, 58:16, 60:15, 60:20, 60:21

**objects** [7] - 61:20, 61:23, 63:4, 64:20, 64:23, 66:3, 70:8

**obvious** [1] - 67:23

**obviously** [2] - 48:17, 67:22

**October** [6] - 16:3, 21:3, 21:23, 24:15, 52:6

**OF** [5] - 1:1, 1:3, 1:10, 1:15, 1:18

**offchain** [3] - 55:3, 55:6, 56:10

**offhand** [3] - 61:19, 64:19, 68:22

**OFFICE** [1] - 1:14

**official** [1] - 73:12

**Official** [1] - 2:1

**once** [3] - 28:11, 32:12, 41:23

**one** [39] - 4:22, 5:4, 5:10, 5:24, 6:19, 6:20, 7:24, 8:9, 13:15, 13:21, 17:21, 18:8, 18:12, 29:13, 31:21, 31:22, 36:13, 36:23, 37:8, 37:21, 39:20, 40:3, 40:6, 41:3, 43:7, 43:21, 44:25, 48:13, 54:11, 57:8, 58:3, 58:12, 58:24, 60:17, 62:21, 64:1, 65:20, 66:25

**opened** [1] - 11:22, 18:16, 49:9, 50:24

**operating** [2] - 63:9, 66:8

**operation** [1] - 58:6

**oppose** [2] - 63:24, 66:23

**or..** [1] - 22:13

**order** [2] - 4:13, 42:22

**original** [2] - 25:20, 26:2

**otherwise** [2] - 67:24, 68:3

**outside** [1] - 6:14

**overnight** [8] - 59:5, 61:24, 62:6, 63:2, 64:24, 65:6, 66:1, 70:8

**overruled** [19] - 5:7, 6:8, 6:15, 8:14, 18:11, 27:8, 27:22, 28:8, 29:17, 32:15, 37:11, 38:1, 40:22, 41:6, 44:17, 54:2, 56:17, 57:3

**own** [3] - 34:11, 34:23, 57:10

**owned** [2] - 15:24, 47:22

## P

**P-A-S** [2] - 18:17, 18:21

**p.m** [5] - 1:7, 4:11, 42:3, 42:20, 59:10

**PAGE** [1] - 3:3

**page** [2] - 5:17, 6:4

**Page** [3] - 50:22, 51:2, 67:23

**pages** [1] - 30:10

**part** [4] - 10:20, 17:21, 18:13, 45:18

**particular** [4] - 26:21, 31:22, 62:2, 65:2

**particularly** [1] - 7:15

**parties** [1] - 55:14

**pas** [2] - 18:17, 18:21

**passage** [1] - 36:9

**passport** [1] - 45:22

**password** [16] - 43:3, 43:13, 44:12, 44:21, 45:25, 46:5, 46:9, 46:22, 47:17, 53:1, 53:9, 53:22, 54:4, 54:5, 54:6, 54:11

**passwords** [4] -

44:9, 47:22, 47:23, 54:12

**past** [3] - 47:21, 61:22, 64:22

**pay** [5] - 27:5, 27:16, 28:2, 29:1, 36:19

**paying** [1] - 24:10

**payment** [12] - 12:22, 13:6, 13:8, 13:16, 13:18, 14:4, 14:6, 26:23, 29:20, 30:5, 30:6, 30:10

**payments** [1] - 24:23

**Pearlman** [1] - 53:4

**peer** [4] - 22:14, 22:17

**peer-to-peer** [2] - 22:14, 22:17

**PELKER** [1] - 1:17

**Pennsylvania** [1] - 1:18

**people** [10] - 23:23, 26:25, 27:17, 34:9, 34:11, 34:16, 36:22, 47:22, 55:10, 67:10

**people's** [1] - 44:9

**perfect** [3] - 48:17, 48:25, 49:1

**permanent** [1] - 54:17

**permissible** [1] - 9:2

**person** [24] - 31:12, 31:13, 31:15, 31:20, 31:22, 31:24, 32:1, 32:3, 32:7, 32:11, 32:17, 32:19, 32:23, 35:24, 36:1, 36:11, 36:23, 37:6, 37:24, 55:15, 57:8, 57:9, 57:16, 57:25

**phone** [2] - 57:22, 58:12

**phrase** [2] - 55:10, 55:22

**piece** [1] - 36:17

**place** [2] - 32:10, 58:4

**Plaintiff** [1] - 1:4

**PLAINTIFF** [1] - 1:14

**plans** [1] - 72:5

**plasma@ plasmadivision.com** [10] - 11:7, 11:14, 12:7, 13:1, 13:12, 13:25, 14:22, 16:25, 17:2, 21:10

**plasmadivision** [1] - 13:23

**played** [1] - 34:23

**PLLC** [1] - 1:21

**plus** [1] - 71:22

**point** [4] - 46:15, 58:17, 64:3, 67:2

**position** [2] - 63:22, 66:21

**possibility** [3] - 22:18, 22:21, 40:11

**possible** [2] - 13:9, 23:21, 53:2

**post** [2] - 38:19, 38:23

**posted** [2] - 38:10, 39:8

**posts** [1] - 38:6

**powered** [1] - 41:15

**practice** [6] - 24:1, 45:1, 45:25, 46:2, 46:3, 47:25

**present** [3] - 4:12, 7:19, 42:21

**presentation** [1] - 59:22

**presenting** [1] - 72:4

**preserved** [2] - 63:15, 66:14

**press** [1] - 70:24

**pretrial** [3] - 8:16, 9:8, 28:23

**pretty** [1] - 17:24

**PREVIOUSLY** [1] - 4:16

**private** [4] - 39:18, 39:25, 55:7, 57:17

**problem** [1] - 37:1

**problems** [1] - 30:14

**proceed** [1] - 4:14

**proceedings** [10] - 4:11, 42:3, 42:13, 42:20, 59:10, 60:24, 61:9, 64:9, 72:15, 73:6

**process** [3] - 45:18, 46:6, 46:7

**produced** [1] - 73:6

**project** [3] - 47:5, 47:7, 47:10

**projects** [1] - 47:21

**promote** [2] - 51:11

**proposing** [1] - 60:7

**prove** [1] - 69:8

**provided** [3] - 11:13, 14:18, 56:22

**proving** [2] - 63:7, 66:6

**provision** [2] - 62:2, 65:2

**pull** [2] - 35:4, 56:5

**purchase** [1] - 19:12

**purchased** [2] - 21:21, 21:25

**purposes** [3] - 7:19, 63:15, 66:14

**put** [4] - 7:20, 15:6, 23:25, 45:1

**putting** [2] - 25:16, 45:3

## Q

**questioned** [4] - 8:19, 10:25, 11:2, 28:25

**questions** [6] - 7:18, 7:19, 7:20, 28:15, 45:1, 55:4

**quick** [1] - 70:4

**quickly** [2] - 62:16, 65:15

**quote** [12] - 7:25, 8:7, 8:13, 8:22, 8:23, 9:4, 9:5, 9:7, 9:12, 36:12, 56:23

**quoted** [1] - 36:8

## R

**raise** [1] - 61:1

**ran** [1] - 67:15

**RANDOLPH** [1] - 1:11

**random** [5] - 15:8, 23:22, 23:25, 24:2, 24:3

**RDR** [3] - 2:1, 73:3, 73:12

**reached** [3] - 40:3, 40:7, 41:3

**read** [10] - 23:21, 26:2, 62:14, 62:20, 63:11, 65:14, 65:19, 66:10, 67:22, 70:5

**reading** [3] - 8:25, 9:12, 45:23

**ready** [4] - 4:5, 4:14, 42:15, 42:24

**real** [2] - 12:5, 35:10

**realistically** [1] - 71:12

**really** [7] - 5:23, 8:4, 20:14, 22:10, 23:23, 30:7, 54:17

**reason** [9] - 8:6, 9:7, 19:15, 35:10, 43:20, 45:3, 45:13, 63:24, 66:23

**reasonable** [1] - 69:8

**reasons** [1] - 44:25

**rebuttal** [5] - 71:5, 71:23, 72:1, 72:4,

72:10

**receive** [1] - 39:18

**Received** [1] - 3:9

**received** [8] - 13:5, 14:9, 21:9, 28:15, 51:20, 52:15, 52:18, 53:21

**receives** [1] - 57:16

**receiving** [1] - 16:4, 39:25

**recess** [3] - 42:12, 61:8, 64:8

**recipient** [1] - 35:21

**recognize** [8] - 11:4, 12:3, 12:4, 18:24, 19:1, 35:7, 43:9, 43:11

**recollection** [8] - 13:9, 14:12, 24:18, 25:2, 31:19, 33:18, 45:9, 56:15

**record** [7] - 4:21, 12:19, 15:9, 15:18, 50:8, 63:15, 66:14

**recorded** [1] - 25:23

**records** [5] - 15:15, 18:20, 19:15, 50:8, 50:22

**recover** [1] - 46:19

**recovery** [10] - 15:3, 15:6, 23:18, 23:21, 24:8, 45:1, 45:18, 46:6, 46:7, 46:10

**redirect** [1] - 41:18

**refer** [2] - 26:6, 39:3

**reference** [2] - 16:18, 23:1

**referred** [1] - 11:9

**referring** [2] - 24:24, 28:20

**refers** [1] - 49:12

**reflects** [1] - 53:8

**regardless** [1] - 39:18

**register** [1] - 48:3

**registered** [5] - 5:16, 10:4, 10:6, 23:14, 52:9

**registrar** [2] - 5:17, 6:4

**registration** [5] - 14:18, 23:8, 27:6, 27:16, 29:2

**regular** [2] - 29:5, 47:3

**relate** [2] - 22:16, 22:23

**related** [2] - 22:19, 69:9

**relates** [2] - 22:14,

22:21

**remember** [70] - 4:22, 5:1, 5:4, 5:10, 5:23, 6:9, 6:10, 6:23, 7:8, 7:9, 7:11, 7:25, 8:2, 8:8, 8:11, 8:12, 8:23, 9:5, 9:8, 9:11, 10:13, 11:24, 12:4, 12:14, 12:16, 12:17, 12:22, 13:18, 14:6, 15:13, 15:14, 15:23, 15:25, 16:10, 16:12, 17:6, 17:7, 17:8, 17:13, 19:2, 20:1, 20:3, 20:13, 20:14, 20:18, 20:23, 20:24, 22:1, 22:24, 23:24, 30:21, 31:13, 31:15, 32:5, 32:11, 32:16, 33:1, 33:3, 33:4, 33:5, 33:9, 33:21, 38:23, 41:3, 46:12, 47:8, 54:10, 57:14

**remembered** [2] - 5:1, 5:15

**remembering** [2] - 22:12, 33:17

**remembers** [1] - 20:21

**remind** [1] - 41:23

**reminds** [1] - 68:14

**remove** [2] - 44:8, 47:20

**repeat** [3] - 9:16, 27:12, 40:5

**rephrase** [2] - 9:17, 56:18

**REPORTED** [1] - 2:1

**reporter** [5] - 6:20, 7:25, 8:3, 8:9, 9:19

**Reporter** [2] - 2:1, 73:12

**reporters** [2] - 6:12, 6:17

**reputation** [2] - 39:20, 51:12

**require** [5] - 55:19, 56:1, 57:23, 61:19, 64:19

**required** [5] - 29:15, 61:20, 62:3, 64:20, 65:3

**requirement** [1] - 70:7

**requires** [4] - 55:13, 55:15, 55:18, 55:22

**research** [3] - 41:25, 62:5, 65:5

**Reserve** [20] - 14:10, 14:13, 14:15, 14:19,

15:11, 16:5, 16:18, 16:20, 16:24, 23:1, 23:4, 23:8, 23:11, 24:10, 24:14, 24:23, 29:14, 30:23, 33:4, 48:15

**reserves** [1] - 30:13
**respect** [3] - 30:18, 63:7, 66:5
**rest** [1] - 36:16
**restore** [2] - 54:5, 55:10
**restricted** [1] - 39:25
**retakes** [1] - 4:3
**retired** [1] - 60:23
**return** [1] - 4:1
**returning** [1] - 53:7
**reward** [1] - 36:22
**right-hand** [2] - 20:7, 22:25
**rise** [5] - 4:9, 42:1, 42:11, 42:14, 59:8
**Road** [11] - 17:3, 17:12, 18:2, 18:9, 18:16, 18:21, 18:25, 19:5, 19:9, 19:13, 19:19
**robberies** [2] - 31:23, 32:18
**ROMAN** [3] - 1:6, 3:4, 4:16
**Roman** [4] - 15:1, 21:6, 49:9, 50:25
**Room** [1] - 2:3
**Roso987341870** [3] - 11:17, 12:10, 49:6
**run** [2] - 58:25, 67:10
**running** [2] - 67:10, 68:9
**Russian** [5] - 23:17, 25:20, 26:1, 26:2

## S

**sale** [2] - 22:15, 22:17
**save** [4] - 44:6, 44:11, 44:21, 46:15
**saved** [4] - 43:15, 43:20, 44:4, 46:21
**saw** [1] - 34:18
**scam** [2] - 55:20, 57:5
**scammed** [2] - 56:4, 56:11, 56:24
**schedule** [2] - 58:24, 59:24
**scheduling** [1] - 71:20

**school** [1] - 15:4
**scope** [2] - 6:14, 54:1
**screen** [2] - 17:21, 56:6
**scroll** [5] - 10:19, 38:24, 49:17, 51:2, 53:11
**scrolling** [7] - 36:8, 38:5, 38:9, 39:7, 49:24, 53:7, 53:17
**season** [1] - 33:23
**seated** [5] - 4:4, 4:13, 42:4, 42:22, 59:11
**second** [1] - 50:11
**secret** [3] - 45:15, 45:22, 46:9
**see** [9] - 17:24, 39:14, 42:9, 53:12, 57:21, 68:1, 69:23, 70:18, 72:12
**seeing** [1] - 25:3
**seem** [1] - 54:4
**sells** [1] - 5:17
**send** [11] - 17:9, 17:14, 24:22, 30:9, 30:19, 39:17, 59:2, 62:9, 62:23, 65:9, 65:22
**sending** [9] - 14:12, 16:24, 25:2, 26:25, 34:15, 39:25, 45:9, 55:7
**sense** [3] - 55:15, 58:8, 59:24
**sent** [22] - 13:11, 13:14, 14:2, 14:9, 16:4, 16:8, 17:2, 17:9, 17:11, 17:14, 18:1, 18:7, 21:12, 21:24, 24:21, 24:25, 35:15, 35:18, 36:5, 45:6, 45:12, 57:11
**September** [3] - 11:22, 52:18, 53:18
**series** [3] - 16:23, 38:6, 39:1
**serious** [1] - 32:20
**service** [1] - 24:10
**services** [2] - 12:22, 30:5
**SESSION** [1] - 1:5
**set** [20] - 4:23, 4:24, 5:11, 6:1, 8:1, 8:19, 10:8, 10:11, 14:21, 20:6, 23:22, 27:4, 27:17, 28:12, 29:12, 34:12, 45:21, 46:11, 57:10, 57:11

**setting** [8] - 9:14, 9:20, 14:19, 27:14, 28:3, 28:13, 35:11, 35:24
**settings** [1] - 10:7
**several** [1] - 23:23
**share** [2] - 7:12, 44:6
**shared** [1] - 47:14
**sharing** [2] - 40:11, 47:3
**shifting** [1] - 31:1
**shoot** [1] - 71:13
**Shormint** [2] - 24:9, 24:14
**shormint@hotmail.com** [1] - 23:12
**short** [1] - 72:4
**shorter** [1] - 71:15
**shortly** [4] - 19:22, 42:10, 61:7, 64:7
**show** [1] - 15:15
**showing** [5] - 5:3, 5:21, 52:9
**shown** [2] - 19:5, 20:7
**shows** [10] - 15:18, 15:23, 16:7, 19:8, 21:2, 21:14, 21:19, 26:18, 53:12, 53:14
**shut** [1] - 41:11
**side** [1] - 48:2
**sign** [1] - 46:8
**significant** [2] - 62:9, 65:9
**Silk** [11] - 17:3, 17:12, 18:2, 18:9, 18:16, 18:21, 18:25, 19:5, 19:9, 19:13, 19:19
**similar** [1] - 30:14
**simply** [1] - 16:10
**sincere** [1] - 37:6, 37:9, 37:23
**sitting** [1] - 59:21
**situation** [1] - 30:8
**slowly** [1] - 26:14
**small** [3] - 26:1, 38:15, 55:18
**software** [3] - 18:14, 36:17, 36:21
**sold** [1] - 21:20
**sometimes** [2] - 44:6, 47:24
**somewhere** [5] - 8:7, 17:9, 25:13, 31:18
**sorry** [13] - 7:1, 10:1, 22:11, 26:9, 37:16, 51:25, 53:4, 56:8, 60:2, 68:14, 69:3, 69:19, 71:24

**sort** [11] - 34:16, 38:17, 57:17, 58:5, 61:15, 62:12, 64:15, 65:12, 67:5, 67:16, 69:6
**sound** [1] - 29:4
**sounds** [4] - 8:2, 8:6, 45:23, 70:17
**spam@plasmadivision.com** [3] - 13:24, 51:20, 52:16
**special** [6] - 61:19, 63:5, 63:6, 64:19, 66:4, 66:5
**specific** [21] - 5:1, 5:8, 8:5, 9:11, 10:13, 17:7, 22:12, 22:13, 22:24, 24:10, 24:18, 30:16, 32:2, 32:5, 32:20, 33:9, 33:21, 34:10, 34:16, 54:10, 58:17
**specifically** [7] - 12:23, 30:2, 30:18, 31:6, 32:16, 35:13, 57:7
**speculate** [1] - 27:10
**speculation** [2] - 28:6, 29:16
**speed** [2] - 62:13, 65:13
**spelled** [1] - 67:24
**spreadsheet** [1] - 53:12
**staff** [2] - 61:11, 64:11
**stand** [1] - 4:3
**standard** [2] - 67:6, 67:12
**start** [3] - 56:8, 60:4, 70:11
**started** [4] - 33:14, 59:17, 61:11, 64:11
**starts** [2] - 16:23, 20:6
**statement** [2] - 36:15, 37:24
**STATES** [4] - 1:1, 1:3, 1:11, 1:14
**States** [2] - 2:2, 73:13
**status** [3] - 39:10, 39:18, 39:21
**statute** [2] - 68:8, 68:25
**stenographic** [1] - 73:5
**step** [1] - 25:18
**steps** [8] - 26:19,

26:21, 27:15, 28:10, 28:12, 29:1, 29:12, 29:14
**Sterlingov** [18] - 4:1, 4:19, 8:8, 15:1, 21:6, 24:7, 24:21, 26:13, 29:13, 29:23, 30:15, 37:16, 43:2, 49:10, 50:25, 58:11, 67:7, 71:6
**STERLINGOV** [3] - 1:6, 3:4, 4:16
**still** [2] - 34:5, 46:19
**straight** [1] - 41:15
**streams** [1] - 17:24
**street** [1] - 46:13
**Street** [2] - 1:15, 1:22
**stuff** [2] - 62:16, 65:16
**style** [1] - 69:7
**subdomains** [1] - 10:6
**subject** [1] - 72:5
**submit** [2] - 62:12, 65:12
**substantive** [3] - 61:16, 64:16, 67:22
**suggest** [1] - 25:14
**Suite** [1] - 1:16
**superseding** [3] - 68:16, 68:19, 68:24
**supports** [2] - 63:22, 66:21
**suppose** [1] - 33:1
**Sweden** [1] - 24:17
**Swedish** [1] - 24:16
**SWORN** [1] - 4:16
**system** [7] - 48:6, 48:9, 48:17, 48:22, 48:25, 49:1
**systems** [4] - 26:23, 26:24, 27:2, 29:21

## T

**tab** [2] - 15:9, 15:20
**taught** [2] - 23:24, 46:3
**technically** [3] - 57:8, 58:5, 58:7
**Telia** [1] - 24:16
**testified** [5] - 8:16, 31:4, 40:9, 56:21, 58:11
**testify** [1] - 31:9
**testifying** [1] - 8:24
**testimony** [34] - 5:4, 5:10, 6:5, 6:6, 9:9, 10:4, 10:8, 18:5, 20:1,

22:14, 24:25, 25:9,
25:19, 25:21, 27:5,
27:15, 27:19, 28:20,
29:7, 29:25, 32:22,
34:22, 37:5, 37:9,
41:2, 43:4, 46:24,
47:14, 51:9, 54:8,
54:19, 56:3, 56:9,
56:14

  **text** [6] - 25:14,
25:22, 39:1, 39:13,
59:2

  **THE** [141] - 1:1, 1:11,
1:14, 1:15, 1:20, 4:1,
4:4, 4:5, 4:8, 4:9,
4:12, 4:14, 5:7, 5:8,
6:8, 6:9, 6:15, 6:25,
7:1, 7:3, 7:5, 7:7,
7:11, 7:14, 7:22, 8:11,
8:14, 9:2, 10:17,
18:11, 18:12, 27:8,
27:9, 27:22, 27:23,
28:5, 28:8, 28:9,
29:17, 29:18, 32:15,
32:16, 34:7, 34:8,
37:11, 37:12, 37:21,
38:1, 38:2, 40:19,
40:22, 40:23, 41:6,
41:7, 41:13, 41:21,
42:1, 42:4, 42:5, 42:9,
42:11, 42:14, 42:15,
42:17, 42:18, 42:21,
42:23, 44:14, 44:17,
44:18, 54:2, 54:3,
56:15, 56:16, 56:19,
57:3, 57:4, 58:17,
58:18, 58:21, 59:8,
59:11, 59:12, 60:4,
60:8, 60:11, 60:14,
60:15, 60:22, 60:25,
61:3, 61:6, 61:10,
61:21, 62:1, 62:7,
62:11, 62:18, 62:23,
63:2, 63:9, 63:13,
63:18, 63:23, 64:6,
64:10, 64:21, 65:1,
65:7, 65:11, 65:17,
65:22, 66:1, 66:8,
66:12, 66:17, 66:22,
67:18, 68:1, 68:4,
68:6, 68:11, 68:13,
68:17, 68:21, 69:2,
69:4, 69:11, 69:17,
69:21, 69:25, 70:6,
70:16, 70:18, 70:23,
71:7, 71:15, 71:18,
72:2, 72:6, 72:11

  **Thereupon** [4] -
42:12, 60:23, 61:8,
64:8

  **thetwo** [3] - 52:12,

52:20, 53:22
  **thetwo@exploit.in**
[1] - 54:9

  **they've** [1] - 5:21
  **thinking** [3] - 36:21,
63:24, 66:23
  **third** [1] - 15:19
  **thorough** [2] - 62:20,
65:19
  **thread** [1] - 36:5
  **three** [2] - 63:7, 66:6
  **tied** [4] - 11:6, 16:24,
22:5, 23:11
  **tired** [1] - 69:24
  **today** [8] - 9:22,
29:7, 37:5, 40:10,
41:14, 41:22, 58:11,
58:15
  **tomorrow** [12] -
41:18, 58:24, 59:6,
59:23, 60:5, 68:22,
70:10, 70:18, 70:20,
70:21, 71:1, 71:5
  **tonight** [7] - 59:16,
59:18, 60:3, 60:4,
61:11, 64:11, 67:17
  **top** [6] - 10:20,
16:16, 39:7, 50:11,
53:11, 71:10
  **TOR** [2] - 1:20, 1:21
  **Total** [4] - 36:6,
36:17, 37:6, 37:24
  **totally** [1] - 4:21
  **touching** [1] - 69:23
  **toward** [1] - 42:22
  **Townsend** [2] - 40:4,
40:7
  **trace** [1] - 5:2
  **track** [2] - 48:22,
54:13
  **trading** [3] - 31:12,
31:24
  **transaction** [18] -
18:20, 20:15, 20:17,
20:24, 22:1, 22:9,
22:13, 33:8, 33:9,
33:12, 33:19, 33:22,
55:6, 55:21, 57:18,
58:9, 63:10, 66:9
  **transactions** [27] -
5:2, 5:20, 5:21, 5:24,
5:25, 9:6, 15:13,
16:11, 16:23, 17:7,
18:24, 19:2, 20:2,
20:3, 20:6, 20:18,
20:22, 34:23, 54:22,
55:3, 55:18, 56:10,
56:21, 57:13, 57:14,
64:4, 67:3
  **transcript** [3] - 9:1,

73:5, 73:6
  **TRANSCRIPT** [1] -
1:10
  **transfer** [1] - 57:21
  **transfers** [3] - 20:18,
22:3, 22:4
  **translation** [1] -
35:15
  **transmitting** [1] -
68:2
  **transposed** [1] -
68:3
  **TRIAL** [1] - 1:10
  **trial** [2] - 63:21,
66:20
  **tried** [1] - 30:9
  **trouble** [1] - 60:18
  **true** [9] - 15:20,
38:22, 39:17, 44:1,
49:9, 49:13, 57:16,
73:4, 73:5
  **trust** [9] - 55:13,
55:15, 55:18, 55:19,
55:23, 56:2, 57:17,
57:23, 57:25
  **truthful** [1] - 28:16
  **try** [10] - 33:25, 44:7,
45:4, 46:15, 47:20,
48:1, 57:24, 58:5,
70:21, 71:12
  **trying** [11] - 24:2,
24:4, 24:5, 26:14,
27:4, 30:19, 37:3,
38:14, 38:16, 56:23,
70:22
  **turn** [3] - 51:24, 52:2,
53:5
  **turned** [2] - 43:8,
67:7
  **turning** [3] - 15:9,
20:5, 38:4
  **tweaks** [2] - 61:15,
64:15
  **two** [8] - 6:12, 6:17,
8:9, 24:5, 53:21,
55:13, 71:11, 72:1
  **type** [9] - 13:15,
30:4, 30:9, 30:13,
41:24, 45:22, 62:1,
65:1
  **typed** [1] - 25:23
  **typical** [8] - 26:19,
26:22, 26:24, 27:5,
27:15, 27:19, 27:24,
30:7
  **typically** [4] - 30:12,
62:23, 65:22, 71:15
  **typo** [2] - 67:23,
67:25
  **typos** [4] - 61:15,

62:10, 64:15, 65:10

## U

  **U.S** [1] - 1:18
  **U0845692** [4] - 23:4,
23:9, 24:10, 24:14
  **unanimity** [5] -
61:19, 61:22, 64:19,
64:22, 70:7
  **under** [4] - 35:22,
36:2, 38:25, 50:2
  **united** [1] - 2:2
  **UNITED** [4] - 1:1,
1:3, 1:11, 1:14
  **United** [1] - 73:13
  **unless** [2] - 57:19,
68:22
  **unlicensed** [2] -
63:9, 66:8
  **up** [49] - 4:23, 4:24,
5:11, 6:1, 7:19, 8:1,
8:19, 9:14, 9:20, 10:8,
10:12, 14:19, 14:21,
27:4, 27:14, 27:17,
28:3, 28:13, 31:11,
31:17, 34:12, 35:4,
35:11, 35:24, 35:25,
39:7, 41:17, 45:21,
46:8, 46:11, 46:13,
53:11, 57:10, 57:11,
59:18, 59:21, 59:22,
62:17, 65:16, 69:5,
69:9, 69:11, 69:17,
69:21, 69:22, 70:1,
70:2, 71:25
  **upper** [2] - 16:17,
20:7
  **ups** [5] - 23:24, 31:5,
31:10, 32:17, 34:9
  **USB** [2] - 43:15,
43:19
  **USBs** [1] - 43:23
  **user** [7] - 11:13,
14:22, 35:1, 39:3,
44:21, 54:15, 54:20
  **username** [15] -
11:18, 11:19, 12:10,
18:17, 18:21, 35:22,
36:2, 38:11, 39:6,
48:16, 49:5, 50:19,
51:2, 52:12, 54:9

## V

  **vague** [3] - 28:6,
40:20, 44:15
  **various** [3] - 17:25,
39:22, 44:5

  **Vasily** [3] - 23:14,
23:16, 23:17
  **venue** [1] - 68:7
  **verdict** [6] - 63:3,
63:5, 63:6, 66:2, 66:4,
66:5
  **versus** [1] - 48:23
  **view** [5] - 38:6,
62:14, 65:14, 70:23,
70:24
  **volfprius@hotmail.
com** [2] - 16:6, 16:9
  **VPN** [5] - 15:21,
16:1, 24:10, 24:11
  **vs** [1] - 1:5

## W

  **wait** [2] - 58:25, 61:3
  **waiting** [1] - 70:13
  **Walker** [1] - 56:5
  **Wall** [1] - 1:22
  **wallet** [17] - 17:18,
18:13, 18:14, 34:13,
55:9, 55:11, 55:12,
55:25, 56:1, 56:2,
57:10, 57:11, 57:19,
57:21, 58:12, 58:14
  **wallets** [2] - 17:22,
29:21
  **wants** [4] - 42:5,
60:25, 61:13, 64:13
  **Washington** [5] -
1:6, 1:16, 1:19, 2:4,
73:14
  **ways** [3] - 27:18,
63:7, 66:6
  **website** [12] - 27:4,
27:6, 27:14, 27:16,
28:3, 28:13, 29:1,
30:8, 30:17, 34:20,
34:24, 36:5
  **websites** [2] - 10:7,
27:17
  **weird** [1] - 26:4
  **white** [6] - 48:10,
48:13, 48:20, 49:3,
49:15, 50:17
  **whole** [4] - 55:9,
55:22, 64:3, 67:2
  **Wiki** [1] - 35:11
  **willful** [6] - 63:16,
64:1, 64:2, 66:15,
66:25, 67:1, 67:11,
70:7
  **willfully** [1] - 67:15
  **Wired** [8] - 6:12,
6:17, 6:20, 7:24, 8:3,
8:9, 9:19

**wires** [2] - 30:1, 30:3
**withdrew** [1] - 19:8
**WITNESS** [25] - 3:3,
4:16, 5:8, 6:9, 6:25,
7:3, 7:11, 7:22, 8:11,
18:12, 27:9, 27:23,
28:9, 29:18, 32:16,
34:8, 37:12, 38:2,
40:23, 41:7, 44:18,
54:3, 56:16, 57:4,
58:17
**witness** [4] - 4:2, 4:3,
72:4, 72:10
**word** [2] - 48:10,
49:15
**words** [4] - 8:2, 8:12,
9:11, 36:9
**works** [3] - 17:18,
18:14, 70:3
**worth** [4] - 55:20,
58:9, 61:23, 64:23
**write** [3] - 25:9,
25:20, 45:25
**wrote** [6] - 25:6,
25:7, 25:11, 36:15,
45:15

## Y

**year** [1] - 33:23
**years** [12] - 5:22,
5:24, 8:4, 16:11, 17:8,
19:2, 20:4, 20:15,
20:22, 29:19, 33:7,
68:19
**yesterday** [4] -
12:12, 31:9, 40:9,
57:1
**York** [1] - 1:23
**yourself** [1] - 25:20
**yourselves** [1] -
41:24

## Z

**zoom** [1] - 10:20
**zooming** [1] - 16:16