UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant*. | **21-CR-399 (RDM**)<br><br>**Request to Recommend Placement** |

Roman Sterlingov, by and through undersigned counsel, respectfully requests this Honorable Court to include a judicial recommendation to house Mr. Sterlingov at the DC Jail during the pendency of his appeal, or alternatively, at FCI Danbury to facilitate family and legal visits. If neither are available, Mr. Sterlingov respectfully requests a recommendation to be housed at FCI Fort Dix.

Dated: November 14, 2024
Brooklyn, NY

Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

/s/ Michael Hassard
Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com

/s/  Maksim Nemtsev
Maksim Nemtsev (MA Bar No. 690826)
*Pro Hac Vice*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
t:  (617) 227-3700
f:  (718) 701-5922
max@mnpc.law

/s/ Marc Fernich
Mark Fernich (NY Bar No. 2472596)
*Pro Hac Vice*
800 Third Ave., Floor 20
New York, NY 10022
t:  (212) 446-2346
maf@fernichlaw.com


*Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of November 2024, the forgoing document was filed with

the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the

foregoing was sent to the following individuals via e-mail:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.pearlman@usdoj.gov