UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | **21-CR-399 (RDM)** |
| v. | **Notice of Appeal** |
| ROMAN STERLINGOV, | |
| *Defendant*. | |

Please take notice that Roman Sterlingov, by and through his undersigned attorneys, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia from the final judgment (Dkt. 340) entered in this action on November 13, 2024, which convicted the defendant of money laundering conspiracy (1s), money laundering (2s), operating an unlicensed money transmission business and aiding and abetting (3s), and money transmission without a license (4s).

This appeal is taken from the judgment of conviction and sentence imposed by the Court on November 8, 2024, and from all adverse rulings made by the Court during the course of this action.

Dated: November 19, 2024
Washington, DC

Respectfully submitted,


/s/ Michael Hassard
Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

/s/  Maksim Nemtsev
Maksim Nemtsev (MA Bar No. 690826)
*Pro Hac Vice*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
t:  (617) 227-3700
f:  (718) 701-5922
max@mnpc.law

/s/ Marc Fernich
Mark Fernich (NY Bar No. 2472596)
*Pro Hac Vice*
800 Third Ave., Floor 20
New York, NY 10022
t:  (212) 446-2346
maf@fernichlaw.com


*Counsel for Defendant Roman Sterlingov*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.pearlman@usdoj.gov