```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2

3      United States of America,      ) Criminal Action
                                      ) No. 21-cr-399
4                     Plaintiff,      )
                                      ) JURY TRIAL
5      vs.                            )
                                      ) Washington, DC
6      Roman Sterlingov,              ) February 13, 2024
                                      ) Time:  1:00 p.m.
7                     Defendant.      )
       _____
8
                      TRANSCRIPT OF JURY TRIAL
9                         HELD BEFORE
             THE HONORABLE JUDGE RANDOLPH D. MOSS
10                UNITED STATES DISTRICT JUDGE
       _____
11
                    A P P E A R A N C E S
12
       For Plaintiff:      Christopher Brown
13                         DOJ-USAO
                           601 D Street, NW, Suite 5.1527
14                         Washington, DC  20530
                           Email:  Christopher.brown6@usdoj.gov
15                         Catherine Pelker
                           US DOJ
16                         950 Pennsylvania Avenue NW
                           Washington, DC  20530
17                         Email:  Catherine.pelker@usdoj.gov
                           Jeffrey Pearlman
18                         DOJ-CRM
                           1301 New York Avenue NW
19                         Washington, DC  20005
                           Email:  Jeffrey.pearlman@usdoj.gov
20
       For Defendant:      Tor Ekeland
21                         Michael Hassard
                           Tor Ekeland Law PLLC
22                         30 Wall Street, 8th Floor
                           Brooklyn, NY  10005
23                         Email:  Tor@torekeland.com
                           Email:  Michael@torekeland.com
24

25     Court Reporter:     Janice E. Dickman, RMR, CRR, CRC
                           Email:  Janice_e_dickman@dcd.uscourts.gov
```

```
1       *  *  *  *  *  *  *P R O C E E D I N G S*  *  *  *  *  *  *

2                  MR. BROWN:  Do we need to call the case first or --

3                  THE COURT:  I think she's getting the jury.

4                  MR. BROWN:  If we could, one matter before the jury

5       comes in.  Sorry.

6                  Regarding Rule 615 -- I apologize, Your Honor.

7                  Under Rule 615, we just wanted to clear with the

8       Court whether it was okay, for opening statements only, if one

9       of our witnesses was in the courtroom?

10                 THE COURT:  Yes.  I was wondering about that more

11      generally because I've noticed some of the other witnesses have

12      been here.

13                 Is the witness a fact witness or an expert witness?

14                 MR. BROWN:  He is -- he is a fact witness,

15      Your Honor.

16                 THE COURT:  You want him here for your opening; is

17      that it?

18                 MR. BROWN:  Yes, Your Honor.

19                 THE COURT:  Any objection from the from the defense?

20                 MR. EKELAND:  I'm sorry.  I couldn't hear who it was.

21                 MR. BROWN:  It's one of our -- Agent Rovensky.

22                 MR. EKELAND:  No objection.

23                 THE COURT:  Without objection, you can do that.

24                 (Whereupon the jurors enter the courtroom.)

25                 THE COURTROOM DEPUTY:  Jury is present.  You may be
```

1    seated and come to order.

2              THE COURT:  All right.  Mr. Brown, when you're ready,

3    you may proceed.

4              MR. BROWN:  Your Honor, is the screen --

5              THE COURT:  Is the microphone not on?

6              MR. BROWN:  The screen.

7              THE COURT:  Oh, the screen.  No.  We got to wait for

8    the clerk.  Just a second.

9              THE COURTROOM DEPUTY:  I'm sorry.  Are you waiting

10    for me?

11              MR. BROWN:  Reconnect the screen.

12              THE COURT:  You may proceed.

13              MR. BROWN:  This is a case about an online money

14    laundering service, Bitcoin Fog.

15              Why was it called Bitcoin Fog?

16              THE COURT:  Oh, I'm sorry.  Just pause.

17              The jurors, two people can look at the same screen,

18    you can flip it forward.  The clerk will show you how to do

19    that.  Two people can see it at once.

20              My apologies, Mr. Brown.  All right.

21              MR. BROWN:  This is a case about an online money

22    laundering service called Bitcoin Fog.

23              So why was it called Bitcoin Fog?  Now, you've

24    probably experienced it at some point when it's so foggy or

25    misty outside that if you were trying to follow somebody with

1    your eyes as they walked down the street, after a certain

2    number of blocks they would seem to vanish into the mist.

3         Bitcoin Fog was designed to do the same thing for

4    transactions.  It was a service that allowed users to make

5    transactions that were untraceable.  So if somebody was

6    watching, trying to follow the money to track down illegal

7    activity, the money trail would vanish into Bitcoin Fog.  This

8    was by design.

9         Bitcoin Fog advertised itself as a way to make it

10   impossible for the authorities to have any chance of finding

11   your payments.  And the operators of Bitcoin Fog knew that they

12   were facilitating illegal activity, so they took elaborate

13   steps to conceal their identity, to hide themselves under

14   layers of fog and shadow.  In their own words:  We will never

15   be found and dealt with by proper authorities.

16        So who used Bitcoin Fog?  People who wanted or needed

17   to keep their transactions secret; drug dealers, buyers of

18   child pornography, also known as child sexual abuse material,

19   the hacker who stole digital goods and needed to cover his

20   tracks.

21        In fact, you will hear that during the lifetime of

22   Bitcoin Fog, it processed more than $400 million worth of

23   untraceable transactions, and that included tens of millions of

24   dollars in transactions to or from the infamous online drug

25   markets, such as Silk Road, AlphaBay, Agora.  These sites were

1    like an eBay for illegal drugs.  Markets selling heroine,

2    fentanyl, cocaine, any drug imaginable sold to buyers in the

3    United States and all over the world.

4         Bitcoin Fog played a key role in this online drug

5    trafficking economy.  Bitcoin Fog enabled the illegal drug

6    trade by giving buyers and sellers an online market industry

7    tool to conceal their drug transactions and to launder their

8    profits.  Bitcoin Fog was also used by users of a website

9    called Welcome to Video, which distributed child sexual abuse

10    material in exchange for Bitcoin.

11         The operators of Bitcoin Fog didn't do this for free.

12    They charged a fee, added 1 to 3 percent on top of every

13    transaction.  You put in $100, you get 97 or 98 or 99 dollars

14    back.

15         And who was behind Bitcoin Fog?  This man, Roman

16    Sterlingov led the effort to set up Bitcoin Fog.  He helped to

17    manage Bitcoin Fog.  And he profited from Bitcoin Fog for

18    almost ten years, from 2011 to 2021.  He knew his scheme was

19    illegal, so he designed it to keep it anonymous, to keep his

20    name out of it.  He took elaborate measures to keep himself

21    hidden in the fog too.  Unfortunately for Mr. Sterlingov, he

22    made mistakes, especially early on, and law enforcement was

23    able to piece it together.

24         So let's talk about what you will hear in this trial.

25    First, I'll explain a little bit more about what Bitcoin Fog

1  was and how it worked.  As you'll see, Bitcoin Fog was designed

2  from the beginning as a way to hide money and transactions from

3  lawful authorities.

4       Next, I'll give you a preview of the witnesses and

5  evidence you'll hear in this trial.  We'll show you how law

6  enforcement traced the creation of Bitcoin Fog back to Roman

7  Sterlingov and followed the trail of more than $1.8 million in

8  Bitcoin back to -- from Bitcoin Fog to Roman Sterlingov, and

9  I'll tell you about the charges in this case.

10      So to begin, this is what Bitcoin Fog looked like.

11      Now, you couldn't access Bitcoin Fog using an

12  ordinary web browser because Bitcoin Fog was hosted on a part

13  of the internet called the darknet or the dark web.  Users

14  can't access the dark web using a normal web browser.  Instead,

15  they have to download a special browser called a Tor Browser.

16      The Tor Browser may have some legitimate purposes,

17  but Bitcoin Fog was not one of them.  Like the name suggests,

18  Bitcoin Fog operated using an electronic currency known as

19  Bitcoin.  These are virtual coins.  Their value has fluctuated

20  widely over time and one Bitcoin has been at times worth

21  thousands or even tens of the thousands of dollars.  But a

22  Bitcoin can be divided into smaller units, just the same way a

23  dollar can be divided into cents.

24      Bitcoin Fog was known as mixer or tumbler.  Think of

25  a mixer this way:  If there is a bank robbery, law enforcement

1    could figure out the serial numbers on dollar bills stolen from

2    a bank.  When a bank robber used those marked bills to buy

3    something, say a fur coat, then agents can tie the money back

4    to the original robbery.

5         Here, a mixer works kind of like putting one of those

6    marked $20 bills into a bag full of other $20 bills, shaking it

7    up, and then taking out a different $20 bill to spend.  Now,

8    the guideline, the fur coat, is using different bills and the

9    purchase of the coat can't be linked back to the bank robbery,

10   in just the same way a user could send Bitcoin to Bitcoin Fog

11   and then Bitcoin Fog would mix or comingle those funds with a

12   bunch of other coins and Bitcoin Fog would then forward

13   different coins to erase the interest by the user.

14        The goal of all of this was to enable users to make

15   untraceable transactions.  Why?  So that lawful authorities

16   would not be able to trace the Bitcoin flows to the users of

17   the site.

18        During this trial you're going to hear about some

19   undercover transactions on Bitcoin Fog.  These are transactions

20   made by FBI and by the IRS Criminal Investigation Division from

21   locations here in the District of Columbia.  You'll see

22   screenshots and recordings showing you just how easy it was to

23   set up an account on Bitcoin Fog.

24        You'll see here the only information the IRS agent

25   had to provide was a user name and a password, and filling in

1    that security text, to prove he's not a robot, with the funny

2    cat picture.  No true name, no phone number, not even an email

3    address.  And you'll see the Bitcoin Fog had a secure

4    communications window to send messages to the Bitcoin Fog

5    administrator.  This was the most secure way to communicate

6    with Bitcoin Fog because the information went through the Tor

7    network that I mentioned a minute ago.

8            These undercover transactions also make clear that

9    Bitcoin Fog's operators knew it was being used to avoid

10   authorities and launder money.  The IRS agent here specifically

11   tells Bitcoin Fog that he's a drug dealer and that the purpose

12   of one of his transactions is to clean coins that he earned

13   from selling illegal drugs, Molly and MDMA on a darknet drug

14   market called Agora.  He also mentioned he sells drugs on Wall

15   Street Market, WSM, and the Dream Market, and wants to partner

16   with Bitcoin Fog to launder his money.

17           What happened?  The transaction went through.

18   Bitcoin Fog didn't demand any more information about the user's

19   identity or the purpose of the transaction.  It went ahead and

20   processed this transaction, just like it processed millions of

21   dollars worth of other transactions to or from darknet markets.

22   And that was by design because from the very beginning the

23   defendant marketed Bitcoin Fog as a service for criminals to

24   avoid authorities.  When he announced the launch of Bitcoin Fog

25   on October 27th, 2011, he made this crystal clear.

1          This is a screenshot of the announcement of the

2     launch of Bitcoin Fog.  It was advertised on a forum called

3     bitcointalk.org.  The defendant spoke through an alterego or

4     moniker Akemahite Omedetou, that means just Happy New Year in

5     Japanese.

6          The defendant explained why he created Bitcoin Fog.

7     It was because interested parties, be it authorities or just

8     interested researchers, could easily track your money around

9     the network.  He's talking about the Bitcoin network, which

10    we'll discuss in a minute.  Bitcoin Fog would make it

11    impossible to prove any connection between a deposit and a

12    withdrawal inside its service.  And Bitcoin Fog would operate

13    on the darknet on what is called the Tor network to make it

14    impossible for authorities to collect information about user

15    transactions.

16          Here he says:  For security purposes, this service

17    operates through the Tor network only.  This also makes us feel

18    more secure, knowing that we will never be found and dealt with

19    by proper authorities.  We can say with high certainty that not

20    only will we not cooperate with authorities, the authorities

21    will not actually be able to show up at our doorstep because

22    finding a Tor doorstep has proven difficult.

23          And finally, the defendant promised that he would

24    make no permanent records of user transactions.  Quote, all

25    logs are taken care of.

1          I would like to talk to you a little bit about what

2     Bitcoin is.  And you'll learn everything you need to know about

3     in this trial from the experts, the agents, and other witnesses

4     in this case.

5          The first thing you'll hear is that you can't hold

6     Bitcoin in your hands like a dollar bill.  It exists only

7     online, on the internet.  Bitcoin is sometimes called a virtual

8     currency or cryptocurrency.  You'll also hear that the Bitcoin

9     is not issued by a national government, like the U.S. dollar.

10    Instead, Bitcoin is managed by a network of computers running

11    specialized Bitcoin software.  Like other currencies, Bitcoin

12    has value based on supply and demand.  You can spend Bitcoin to

13    buy certain things online, you can send money around the world

14    using Bitcoin, or you can just save it like an investment.

15         Since the early 2010s, the value of Bitcoin has grown

16    from just a few cents per bit coin to tens of thousands of

17    dollars per Bitcoin.  Although, the value has also fluctuated a

18    lot over time.

19         One key concept that you will hear about is something

20    called the blockchain.  The blockchain is a public ledger;

21    money in, money out.  It keeps track of all Bitcoin

22    transactions.  It's like a giant bank statement that shows

23    every Bitcoin transaction for every Bitcoin user since the

24    beginning of Bitcoin, around 2009.  Millions of entries.  And

25    the whole thing is online and searchable.

1            The only identifying information for any transaction

2    is something called a Bitcoin address.  A Bitcoin address looks

3    something like this.  (Indicating.)  It's a long string of

4    letters and numbers generated by a computer program.  If

5    someone wants to send you Bitcoin, you would provide them with

6    your Bitcoin address.  It's sort of like telling someone your

7    mailing address if you wanted them to send you a check.  You

8    can have more than one Bitcoin address.  In fact, since you

9    create this with a computer program, you can have dozens,

10   hundreds, even thousands of Bitcoin addresses.

11           If you store a group of Bitcoin addresses together,

12   that's called a Bitcoin wallet.  The wallet holds the addresses

13   which have the Bitcoin in them.

14           So a transaction on the blockchain would look

15   something like this.  You would see one Bitcoin address there

16   on the left, sending money to another Bitcoin address or

17   addresses there on the right.  (Indicating.)  And sometimes

18   transactions might involve more than one sending or receiving

19   address.  And every transaction gets charged a small fee and

20   that fee goes to the actors who are recording the transactions

21   onto the blockchain.

22           Just by looking at a single transaction on the

23   blockchain, there's no way to tell who stands behind this

24   transaction, who owns the sending address, who owns the

25   receiving address.  And while there are plenty of legitimate

1    users of Bitcoin out there, that anonymity or secrecy can be

2    very desirable for individuals who made their Bitcoin by

3    committing criminal activities.

4        We talked about the ledger.  A person can trace

5    transactions on the blockchain, follow the movements of funds

6    from address one to address two to address three and so on,

7    almost like following a marked dollar bill as it moves through

8    the stream of commerce from one transaction to another.  And

9    then sooner or later the owner of the Bitcoin will provide

10   additional information at some point along that trail through a

11   legitimate exchange to cash out their money, to spend their

12   money in a known criminal forum.  And once there's a clue about

13   the identity of the owner, investigators can trace those

14   transactions back to their original source.

15       Bitcoin Fog was designed to make this trail vanish,

16   to make it impossible for lawful authorities to trace

17   transactions on the blockchain.  Is Bitcoin illegal?  Of course

18   not.  But there are rules and regulations in place to prevent

19   criminals in using financial institutions to launder money.

20       People who engage in drug dealing and/or other

21   criminal activity have a problem.  They have money.  And it

22   might be cash, it might be Bitcoin.  But sometimes it's hard to

23   spend that money without tipping people off to the fact that

24   they have an illegal source of income.  And that's where those

25   rules and regulations come into play.

1        You'll learn about something called the Bank Secrecy

2    Act.  Now, the name is a little confusing, but the Bank Secrecy

3    Act requires banks, money transmitters and other kinds of

4    financial institutions to keep certain records and reports

5    about customer transactions that are highly useful in criminal

6    tax and regulatory investigations.  This includes records of

7    cash transactions, reports on suspicious activity and the

8    collection of basic customer information.  This is known as

9    Know Your Customer, or KYC, so that banks are not dealing with

10    or enabling criminals.

11        All of these rules create a paper trail that can be

12    used by law enforcement to uncover illegal activity.  These

13    businesses are also required to maintain anti-money laundering

14    programs and take steps to prevent criminals from laundering

15    money on their platforms.  Criminals, of course, have no

16    interest in sharing their KYC information or having the reports

17    made of their transactions.  So they avoid legitimate financial

18    institutions and seek out platforms that will take their money,

19    no questions asked.  Bitcoin Fog was just such a site.

20        Now that I've talked about what Bitcoin Fog was and

21    how it worked, I would like to give you a preview of some of

22    the evidence you will see and the witnesses you are going to

23    hear from in this case.  The evidence will not come before you

24    in neat chronological order.  That's because no single witness

25    can tell you the entire story of the defendant's crimes.  Each

1    witness, each exhibit is like one piece of a puzzle.  And over

2    the coming days, we will be putting this puzzle together in

3    front of you one piece at a time.  By the end of the trial,

4    you'll be able to step back and see how those pieces fit

5    together.

6            The story of Bitcoin Fog begins in late 2011.  This

7    is when Roman Sterlingov begins to lay the groundwork for the

8    creation of his site.  In addition to the Bitcoin Fog website

9    itself which existed on the darknet, the defendant created and

10   registered a website on the open internet, also known as the

11   clearnet, called bitcoinfog.com.  And here's the picture of the

12   clearnet website.

13           You'll hear testimony that the darknet operates

14   through something called Tor network.  The name Tor comes from

15   The Onion Router, T-O-R.  The Tor network routes internet

16   traffic through a series of relay computers all over the world,

17   like layers of an onion, and this masks the IP address, the

18   internet protocol address, assigned by a service provider for

19   the computer that is connecting to the internet through Tor.

20           Websites can be hosted on the Tor network.  These are

21   called hidden services websites.  When people refer to the dark

22   web or the darknet, this is what they're referring to.  But as

23   you'll hear, there are two important characteristics each for

24   the websites.  First, the way web addresses are generated on

25   Tor means that there are going to be a lot of random letters

1    and numbers ending in .onion.  This makes Tor websites hard to

2    remember, unlike say ESPN.com, Washingtonpost.com.  Second,

3    hidden services websites are not searchable using regular

4    search engines like Google or Bing.  This makes them hard to

5    find.

6          So the defendant created a clearnet website, a

7    website in the real surface internet world that everyone uses

8    with an easy to remember address, bitcoinfog.com to act as a

9    virtual signpost telling users how to find Bitcoin Fog on the

10   darknet.  The clearnet website contained information about

11   Bitcoin Fog and a link to the Tor address for the Bitcoin Fog

12   darknet website.  Click the link and it takes you there.

13         When somebody sets up a website, they have to buy a

14   domain like a .com or .org from a domain register company like

15   GoDaddy.  It has to be registered and paid for.  It's usually a

16   very simple process.  But what happened here?

17         Just to give you a preview, this process, the way the

18   defendant did it involved moving money from an account in his

19   own name through multiple alias accounts and converting the

20   funds from euros to Bitcoin to another currency called Liberty

21   Reserve dollars just to register a website.

22         The defendant began this process of registering for

23   the clear domain bitcoinfog.com at the end of September 2011.

24   One of the defendant's e-mail addresses -- and you will hear

25   that he had many, many different email addresses -- was called

1    heavydist@gmail.com.  This was one of the addresses the

2    defendant openly used to carry on his personal affairs, even

3    though you couldn't tell from the name of the address that it

4    belongs to Mr. Sterlingov.

5          When the defendant was eventually arrested, he was

6    carrying account recovery for heavydist@gmail.com.  Heavydist

7    is Sterlingov.  On September 29th, created a Word document for

8    himself and saved it in his Google Drive account for

9    heavydist@gmail.com.  The name on the Word document is in

10   Russian.  It translates to "putting in money."  Here it is in

11   Russian, and here it is in translation.  (Indicating.)

12         The top part of the document outlines three rather

13   specific steps to register a domain.  He didn't just use a

14   credit card or write a check.  Instead, he chose to make the

15   following convoluted steps:  Step 1, bank transfer to Mt. Gox.

16   Step 2, convert euros into Bitcoins.  Step 3, send dollars to

17   Liberty Reserve through Warren Exchange.

18         What are Mt. Gox, Liberty Reserve, and Warren

19   Exchange, and why does he need to use multiple exchanges and

20   banks to register?  Well, these were all different kinds of

21   virtual currency exchanges or issues that were active back in

22   2011.  Think of them as something new.  Mt. Gox was a Bitcoin

23   exchange.  Warren Exchange allowed users to exchange Bitcoin

24   and other virtual currencies.  Liberty Reserve was an offshore

25   virtual currency issue based in Costa Rica that issued its own

1    virtual currency, Liberty Reserve dollars.  Liberty Reserve did

2    not collect customer information, and it was eventually shut

3    down by law enforcement.

4         Now, you'll see how defendant implemented his plan.

5    On the same day, September 29th, the defendant registered

6    accounts in his own name, Roman Sterlingov, on Liberty Reserve

7    and Mt. Gox, and he even uploaded a copy of his ID for Mt. Gox.

8    Notice he used another one of his email addresses

9    plasma@plasmadivision.com.  But, again, by itself, an email

10   address that doesn't use his true name, Roman Sterlingov.

11        Four days later, on October 3rd, 2011, the defendant

12   did a dry run of the transaction to register the domain name.

13   Just like it said in the Google doc, step 1, he deposited euros

14   into his Mt. Gox account.  Step 2, he converted the euros to

15   Bitcoin.  Step 3, he moved money from Mt. Gox to his own

16   Liberty Reserve account through Warren Exchange.

17        Now that the defendant had completed his dry run, it

18   was time to register the website for real.  Two weeks later, on

19   October 19th, 2011, the defendant initiated the transaction to

20   actually register the Bitcoin Fog domain.  Step 1, the

21   defendant deposited euros into his Mt. Gox account.  Step 2, he

22   converted the euros into Bitcoin.  Then before getting to Step

23   3, he did something even more complicated than in his dry run.

24   The defendant sent Bitcoin out of his Roman Sterlingov account

25   at Mt. Gox.  This account with the user name Rosso 97341870,

1    and he sent it to two other known proxies that were registered

2    in names.  Using the email addresses nfs9000@hotmail.com and

3    kolbasa99@rambler.ru.  He also created another account called

4    volfprius@hotmail.com and he used that for some of the

5    transactions.  All of these accounts were really Roman

6    Sterlingov.

7            So the funds went from the defendant's true name,

8    Roman Sterlingov, account at Mt. Gox, then rapidly passed

9    through two alias accounts at Mt. Gox.

10           Finally, Step 3, send funds to Liberty Reserve

11   through AurumXChange.  The kolbasa99 alias account at Mt. Gox

12   converted the Bitcoin to dollars and sent them to AurumXChange.

13   AurumXChange then converted the funds into Liberty Reserve

14   dollars, and those Liberty Reserve dollars were sent to another

15   Liberty Reserve account.

16           This was a new Liberty Reserve account.  It was

17   registered less than two weeks earlier, on October 7th, 2011.

18   The account was registered in the name of Vasily Kunnikov with

19   an email account shormint@hotmail.com, also Mr. Sterlingov.

20   The Shormint account at Liberty Reserve used these funds to pay

21   the fees for registering bitcoinfog.com.  And records from the

22   main registration showed that bitcoinfog.com was registered to

23   the email account shormint@hotmail.com and in the name

24   Akemashite Omedotou, also Mr. Sterlingov.  And here's what that

25   transaction looked like.

1          If any of that confused you, that was on purpose.

2     Roman Sterlingov went through all this trouble for an $80

3     website registration.  He could have done it in one step and

4     written a check or paid by credit card, but he chose to go

5     through these multiple steps to make it harder for someone to

6     trace back those payments to his real identity.

7          Roman Sterlingov did this to make sure his true

8     identity remained hidden in the fog.  And during this trial,

9     you will see the emails from Roman Sterlingov accounts.  You

10    will see the account records.

11          For all of these accounts, the Mt. Gox accounts, the

12    Liberty Reserve accounts, the AurumXChange accounts on Mt. Gox,

13    and you will see the website registration information for the

14    Bitcoin Fog document.  You will hear from the government's

15    witnesses who will walk you through this transaction one step

16    at a time.  And you'll hear from the computer scientist who

17    will talk about the IP addresses used in this and other

18    transactions.  You'll be able to see exactly how Roman

19    Sterlingov created the Bitcoin Fog clearnet website.

20          And here's what the clearnet website looked like.

21    What does it do?  It points the user directly to the Bitcoin

22    Fog site on the darknet.  Fog Core 5N30V32UI, just click.  So

23    what was the defendant's clearnet website to Bitcoin?  Well,

24    according to Bitcoin Fog's fictitious spokesperson, the

25    defendant's alter ego, Akemashite Omedotou, Bitcoin Fog was the

1    official public website of Bitcoin Fog.

2          You'll also see records showing that shortly before

3    the launch of the Bitcoin Fog on October 27th, 2011, the

4    defendant was trying to acquire an existing mixer website

5    called Blind Bitcoin.  On October 2nd, the defendant reached

6    out to the creator of Blind Bitcoin via private message on

7    bitcointalk -- on the bitcointalk forum.  The defendant wrote

8    using the alias Killdozer.  Killdozer is also Mr. Sterlingov.

9          He said, "Hello, did you already outsource the

10   Bitcoin site to someone else?  If not, I am very much willing

11   to discuss taking it over.  I think the service is great and

12   operating such a website would be very interesting.  Besides, I

13   believe I have all the needed technical qualifications."

14         The offer was declined, and that's what led to the

15   creation of the Bitcoin Fog.  But when Bitcoin Fog was created,

16   the defendant's alter ego, Akemashite Omedotou, made no secret

17   that what he was doing was based on Blind Bitcoin.  He says it

18   in private messages, and he says it publicly in the bitcointalk

19   forum.

20         We'll show you more evidence that the defendant was

21   involved in operating Bitcoin Fog not just at the beginning but

22   for years leading up to his arrest nearly ten years later, on

23   April 27th, 2021.

24         I mentioned earlier that you'll hear from a computer

25   scientist.  Valerie Mazars de Mazarin is a computer scientist

1    who worked for the FBI and now works for another federal law

2    enforcement agency.  She will explain her analysis of matching

3    IP addresses, sort of like matching phone numbers.  She'll show

4    you that certain IP addresses were used to access accounts tied

5    to the defendant's true name Roman Sterlingov and, also, close

6    in time some of those same IP addresses were used to access

7    alias or alterego accounts that were involved in setting up

8    bitcoinfog.com.

9         The computer scientist will also testify about her

10   analysis of the electronic devices found in the defendant's

11   possession when he was arrested.  She will testify that the

12   defendant had the Tor browser set up on multiple devices, and

13   that there were forensic traces of the defendant attempting to

14   act as a Tor website account with administrative privileges.

15   She'll also explain the vast array of anonymity or secrecy

16   services the defendant used, such as virtual private networks

17   have, VPNs, to hide his IP address and virtual servers to store

18   data remotely.  You'll be able to determine at the end of the

19   case that all this activity is consistent with operating a

20   hidden service on the Tor network like Bitcoin Fog.

21        You'll also see exhibits relating to the defendant

22   renting server space with a company in Romania.  Starting in

23   October 2015, Bitcoin Fog users were complaining about service

24   interruptions on the mixer website.  In late October, the

25   defendant rented server space in Romania with a company call

1    M247.

2            In November, the defendant sent a parcel to M247 in

3    Romania.  Now, we don't know what was in the parcel, but in

4    December the defendant's alterego, Akemashite Omedotou, told

5    users that service interruptions were due to a hardware

6    failure.  And then in January, Akemashite announced that he had

7    finally been able to resolve all of the technical issues.

8            At the end of this case you'll be able to see how the

9    defendant's purchase of the server space at M247 and his

10   shipment of an unknown parcel happened to coincide in time with

11   Bitcoin Fog dealing with hardware issues and resolving them.

12           You'll also hear that after the defendant was

13   arrested in 2021, Romanian authorities seized three drives from

14   the defendant's M247 servers.  One drive held data related to

15   him running something else, a VPN business he called Moon VPN.

16   One of the other drives was wiped clean.

17           You'll hear from the government's two blockchain

18   analysts, Luke Scholl, an FBI staff operations specialist, and

19   Elizabeth Bisbee from a company called Chainanalysis.

20           Mr. Scholl did three things.  First, he reconstructed

21   key transactions involved in setting up Bitcoin Fog in 2011.

22   He'll walk you through that October 2011 transaction to

23   register the website bitcoinfog.com.  He'll also explain how a

24   few weeks before Bitcoin Fog was launched, the defendant

25   withdrew a small amount of money from his Roman Sterlingov

1    account at Mt. Gox.  He sent those funds through a complicated

2    series of transactions, splitting it up, mining them, and

3    eventually merging it with other Bitcoin wallets.  And then on

4    November 10th, 2011, those funds were moved into Bitcoin Fog.

5    And this was the first known transaction on Bitcoin Fog.

6            Second, Mr. Scholl traced the flow of funds between

7    Bitcoin Fog and illegal darknet markets selling drugs, as well

8    as the illegal website Welcome to Video that trafficked in

9    child sexual abuse material.

10           And third, Mr. Scholl traced the flow of funds from

11   Bitcoin Fog to Roman Sterlingov.  More on that in a minute.

12           Ms. Bisbee is also a blockchain analyst.  She

13   analyzes the data on blockchain.  She's employed by a company

14   call Chainanalysis.  Chainanalysis is one of several companies

15   that offer software tools for blockchain analysis.

16           Ms. Bisbee will testify about how chain analysis

17   moves Bitcoin clusters together -- Bitcoin addresses together

18   to clusters identified with a specific entity.  She'll testify

19   about how the Bitcoin Fog cluster was identified.  She'll also

20   tell you about the flow of funds between Bitcoin Fog and

21   illegal darknet markets.

22           Now, the money.  You'll hear from a forensic

23   accountant named Sarah Glave.  She'll show you how the accounts

24   we can associate with the defendant received more than

25   $1.8 million in Bitcoin deposits between 2010 and 2020.  She

1    will show you that there's a significant mismatch between the

2    defendant's known income, his jobs, and so forth, and his

3    spending.  And this is a sign of hidden sources of income.

4         Ms. Glave, Mr. Scholl, and other witnesses will show

5    you that the majority of the defendant's identifiable income

6    came in the form of Bitcoin.  The defendant held numerous

7    accounts in his own name, Roman Sterlingov, using his

8    identifiable email addresses at crypto exchanges, like Mt. Gox,

9    LocalBitcoins, Binance, Bitfinex, BTSE, Circle, Poloniex, and

10   Kraken.

11        And where did this Bitcoin come from?  The majority

12   of it was traced back to one source, Bitcoin Fog.  For example,

13   the defendant had an account at the crypto exchange Bitstamp.

14   He deposited 715 Bitcoin that was worth about $125,000 into

15   this account.  Almost all of that Bitcoin could be traced back

16   to Bitcoin Fog.  More than 95 percent.

17        In 2016, Bitstamp started asking questions about the

18   defendant's deposits.  Bitstamp specifically asked if the

19   defendant was using any cryptocurrency tumblers.  The defendant

20   responded, "I don't know if I did with the specific funds sent

21   to your exchange.  It's not impossible.  I don't really

22   remember."

23        Meanwhile in files the defendant saved on his

24   devices, he wrote notes to himself about Bitstamp, saying,

25   "Withdrawing everything when they started delaying withdrawals

1    and asking for ten stupid questions.  Do not use them.  Tell

2    everyone to stop using them."

3              Roman Sterlingov knew that he had to keep his

4    activities hidden in the fog.  So when Bitstamp started asking

5    questions, "Do not use them, tell everyone to stop using them."

6              After the defendant was arrested, the government

7    served a seizure warrant -- a warrant that allows the

8    government to seize money from an account -- on a crypto

9    exchange call Kraken for two of the defendant's accounts there.

10    The government found more than $800,000 worth of U.S. dollars,

11    Bitcoin, and some other virtual currency in the defendant's

12    Kraken accounts.  One account was in the defendant's name,

13    Roman Sterlingov, and the other was supposed to be for his VPN

14    business, Moon VPN.

15              But where did the funds come from?  You'll see a

16    majority of the funds, even the majority of funds in his

17    business account from Moon VPN, came from Bitcoin Fog.

18              The government also found a Bitcoin wallet called

19    Mycelium on one of the defendant's phones he was carrying when

20    he was arrested.

21              This is a photo of that wallet app on his phone

22    showing that he was carrying Bitcoin valued at one time at

23    $546,510.91.  Over half a million dollars on his phone.

24              You'll see that the defendant kept separate

25    sub-wallets within the Mycelium and he gave them names like

1    "Earned, do not use," and "Account 15, straight out of mint."

2    When the government seized the Bitcoin from these

3    wallets and traced their origin on the blockchain, where did

4    the Bitcoin come from?  Again, the majority came from Bitcoin

5    Fog.

6    Like I said, you'll see direct evidence that Bitcoin

7    Fog processed more than $400 million in untraceable

8    transactions that included tens of millions of dollars for

9    darknet sites engaged in drug trafficking and other illegal

10    activity.

11    That will be further corroborated by two witnesses

12    who actually used Bitcoin Fog to launder money for their own

13    illegal activity.  They heard Bitcoin Fog was the go-to site

14    for money laundering.  They went to the site and used it as it

15    was designed to be used, and you'll have a chance to hear

16    directly from them.

17    And, finally, you'll see records of a sampling of the

18    many drug dealers who used Bitcoin Fog to launder their drug

19    proceeds.  These drug dealers sold drugs on online markets,

20    like Silk Road, based on the darknet.

21    This is what Silk Road looked like and these are some

22    of the many drug dealers on Silk Road who sold drugs online and

23    laundered their payments through Bitcoin Fog.  These records

24    will put a picture on all those numbers, the tens of millions

25    of dollars on online drug transactions that were facilitated by

1    Bitcoin Fog.

2            The government will show you all this through the

3    testimony of witnesses and documents that will be introduced.

4    Each witness and their documents will represent puzzle pieces

5    that will demonstrate the defendant's involvement in this

6    scheme.  And then at the end of this case, you'll have a chance

7    to evaluate the facts and determine how they fit into the

8    charges of this case.  The charges are represented by an

9    indictment.

10            Count 1 charges the defendant with money laundering

11   conspiracy.  This count charges the defendant with engaging in

12   a conspiracy -- basically an agreement to commit illegal

13   acts -- with the administrators, vendors, and others involved

14   in buying and selling illegal drugs on darknet markets.  The

15   aim of this conspiracy was to launder drug money, to conceal

16   drug proceeds, and to promote further drug trafficking

17   activity.

18            The criminal conspiracy does not always involve a

19   formal written agreement because people don't always take notes

20   on their criminal conspiracy.  As Judge Moss will instruct you,

21   you can figure out someone's intent or knowledge by looking at

22   the surrounding circumstances.

23            And here, both sides were getting something out of

24   the deal.  Bitcoin Fog did.  The defendant got to charge fees

25   on every transaction.  The darknet drug sellers and buyers got

1    a way to make their transactions untraceable.

2          The evidence will show that the defendant knew

3    exactly what he was doing and who his customers were.  But

4    Judge Moss will also tell you that the defendant doesn't need

5    to know specifically which crimes were generating the money

6    that was being laundered.  The defendant only needs to know

7    Bitcoin Fog was laundering the proceeds of some form of

8    unlawful activity.

9          And Judge Moss will tell you that a conspiracy is a

10    kind of crime known as a continuing offense.  This means the

11    crime lasts for the entire duration of the conspiracy.

12          Here, Bitcoin Fog was operational for nearly ten

13    years, starting in 2011 up until shortly after his arrest in

14    2021.  The evidence will show that the defendant was still

15    taking up money at least as recently as 2020, and Bitcoin Fog

16    remained an ongoing concern laundering money for users until

17    shortly after he was arrested.

18          Count 2 charges the defendant with money laundering.

19    This is the kind of money laundering offense based on

20    undercover activity by law enforcement.

21          In this case the undercover IRS agent communicated

22    with the defendant through Bitcoin Fog's secure website.  He

23    told the defendant that he was making a deposit involving the

24    proceeds of illegal drug sales.  He told the defendant that he

25    wanted Bitcoin Fog's help in cleaning his coins and working

1    together in the future.  And then without interruption, the

2    agent was able to complete the transaction and sent funds from

3    Bitcoin Fog.

4         Count 3 charges the defendant with operating an

5    unlicensed money transmitting business.  This is another

6    continuing offense.

7         For Bitcoin Fog this service continued to operate

8    until just after the defendant's arrest in April of 2021.  A

9    money transmitting business is just a type of business that

10   transfers funds on behalf of the public by any and all means.

11   A money transmitting business can be unlicensed or illegal in

12   one of three different ways.

13        Part one charges the defendant with operating a money

14   transmitting business without a required state license.  In

15   this case, without a license issued by the D.C. Department of

16   Insurance Securities and Banking, also known as DC DISB.

17   You'll hear more about it at trial.

18        Part 2 charges the defendant with operating a money

19   transmitting business without registering with the federal

20   government by submitting a registration form to the federal

21   agency known as FinCEN.

22        And Part 3 charges the defendant with operating in a

23   money transmitting business that involved the transmission of

24   funds that the defendant knew were either derived from a

25   criminal offense or intended to be used to promote or support

1    unlawful activity.

2              Finally, Count 4 charges the defendant directly with

3    a violation of the DC Money Transmitter Act by engaging in the

4    business of money transmission without a license issued by

5    DISB, another continuing offense.

6              Before I sit down, I want to ask you to do three

7    things:

8              First, listen closely to the facts and the evidence

9    in this case.

10             Second, follow Judge Moss's instructions on the law.

11             Third, use your common sense.  Same common sense that

12   you use every day in your important affairs outside of this

13   courtroom.  And at the end of this trial, you will be able to

14   see how law enforcement was able to pierce the fog surrounding

15   the defendant and track down his activities one piece of

16   evidence at a time.

17             You'll be able to put those pieces together for

18   yourselves and you will reach the only verdict that is

19   consistent with the evidence in this case, that the defendant,

20   Roman Sterlingov, is guilty on all counts.

21             THE COURT:  Thank you.

22             Mr. Ekeland?

23             MR. EKELAND:  Can we take a short break while we set

24   up and go to the bathroom real quick?

25             THE COURT:  All right.  So, members of the jury,

1    let's take a ten-minute break.  Let's come back at 2:10.

2            And I'll just remind you, as you're going to hear

3    over and over again, don't discuss the case, even among

4    yourselves, and don't conduct any type of research.  And we'll

5    see you soon.

6            (Whereupon the jurors leave the courtroom.)

7            THE COURT:  The deputy clerk heard from a couple of

8    jurors about some scheduling issues, but I can raise those

9    later.  And we may need to talk to those jurors at the end of

10   the day.  Okay.

11           (Recess from 2:01 to 2:18 p.m.)

12           THE COURT:  All right.  Bring the jury.

13           (Whereupon the jurors enter the courtroom.)

14           THE COURTROOM DEPUTY:  Jury is present.

15           You may be seated and come to order.

16           THE COURT:  All right.  Mr. Ekeland, you may proceed.

17           MR. EKELAND:  You're not going to see a single piece

18   of evidence in this case showing Mr. Sterlingov ever operating

19   Bitcoin Fog.  It's because the government doesn't have the

20   Bitcoin Fog servers, it doesn't have the Bitcoin Fog server

21   logs, and more importantly, the government doesn't have a

22   single eyewitness who is going to come up on this stand and

23   testify, oh, I saw Mr. Sterlingov operating Bitcoin Fog.  I

24   overheard him at a bar, drunk, talking about Bitcoin Fog, or

25   all of a sudden he had all sorts of money I didn't understand.

1          They don't have the Bitcoin Fog servers, they don't

2     have the Bitcoin Fog server logs, and they don't have any

3     eyewitnesses.  What you're going to learn is that this

4     investigation is the result of people sitting in Washington,

5     D.C. and other DoJ offices in front of computer screens using

6     their software and taking guesses as to who ran Bitcoin Fog.

7          The defense, we have an eyewitness, and his name is

8     Roman Sterlingov and he's sitting at that table right there and

9     he's going to go take that stand in this case and he's going to

10    testify as to what actually happened.  And he's going to do

11    something that the government never bothered to do:  He's going

12    to answer the government's questions because the government

13    never bothered, never bothered to ask Mr. Sterlingov any

14    questions before they arrested him on April 26, 2021 at

15    Los Angeles International Airport.

16          The government doesn't have the Bitcoin Fog servers,

17    they don't have the server logs and they don't have any

18    eyewitnesses.  And as you're going to learn as you go along in

19    this case, that that's important because the blockchain, as

20    Mr. Brown told you, doesn't contain any personal identifying

21    information.  It contains -- each block contains a lot of

22    information.  I'm simplifying.  You're going to hear a lot of

23    experts and we're going to do our best to explain all of this

24    to you.  But basically the blockchain will have an address

25    that's matched to a transaction and a transaction hash and

1    there's a bunch of other complicated stuff in there.

2         But what it doesn't have is people's personal names,

3    their addresses, their home addresses, their notes to anything.

4    That's why the government needs to use all this fancy tracing

5    software to try and ID people.

6         One of the things that you're going to learn is

7    that -- well, first of all, let me stop for a minute and go

8    over the burden of proof real quick.  This is something I think

9    everybody on this jury knows and has known probably since you

10   were a kid, and as Judge Moss told you, the defense doesn't

11   have any burden of proof.  We don't have to prove that

12   Mr. Sterlingov is innocent.  The government has the burden of

13   proof on every element of the case beyond a reasonable doubt.

14        And I trust that everybody on this jury -- because

15   I've never known a jury not to take that obligation

16   seriously -- to look at all the evidence in this case and hold

17   the government to its burden.

18        So before I get to this slide, which is fascinating,

19   the story really starts in 2002, roughly, when Roman Sterlingov

20   moves with his mother from Russia, to a small town in Sweden

21   called Jönköping.  I think I'm getting that right.

22        He goes to high school there, he gets into computers.

23   He's kind of a computer nerd, you're going to learn.  And he

24   takes a job when he's in high school with a local Swedish

25   marketing company that does print advertising, does internet

1    advertising.  He's a computer nerd.  He's doing all sorts of

2    things that a normal high school kid does.

3              While he's in high school in 2008, somebody named --

4    or people named -- nobody knows who this is -- named Satoshi

5    Nakamoto writes what is arguably the -- one of the most famous

6    white papers in the history of finance, and it's called

7    Bitcoin, a Peer-to-Peer Electronic Cash System.  And it's that

8    white paper that launches Bitcoin.  It's basically a very

9    complicated paper on cryptography, it's exhaustive.  You don't

10   need to understand, just understand in 2008 that's the birth of

11   Bitcoin.

12             2009 Bitcoin's just coming onto the scene.  And you

13   may know, you may have heard of exchanges like Coinbase or all

14   sorts of places now where you can go on the web and buy Bitcoin

15   and send it around and stuff like that.  Back in 2009 you

16   couldn't do that, right?  You could only do what was called

17   peer-to-peer transfers, which is basically you have a Bitcoin

18   wallet.  Mr. Brown told you about a wallet, a collection of

19   addresses that hold Bitcoin and, you know, I say, Hey, you

20   know, I'll sell you whatever, five Bitcoin for $10.  And I say,

21   you give me your wallet address and I'll send it to you.

22             That's the primary way you could transfer Bitcoin in

23   2009.  And private keys are like the keys to the address on the

24   blockchain, to the address that's holding the Bitcoin, and

25   whoever controls the private key controls the Bitcoin related

1    to that address on the public blockchain.  And what you're

2    going to learn is that, among other things, you can transfer

3    the private key, what's called off-chain.  Like, I can take my

4    private key, have it written down on a piece of paper.  You can

5    have it on a hard drive, a thumb drive, and I can give it to

6    you.  And then you would have control of the Bitcoin and there

7    won't be any chain on the block.  And that's going to be

8    important related to the government's tracing.

9            If you know who's got the private key, you

10    definitively know who's got that Bitcoin on the blockchain.  If

11    you don't, you're going to have to rely on other methods that

12    aren't necessarily, you'll learn, reliable.  And you'll hear

13    about this ad nauseam from the experts in this case.  And we'll

14    do our best to explain it to you.  For now understand, as

15    you'll learn from the experts, whoever has the private key,

16    that's really important to making an attribution because what

17    you'll learn here, what is going on here, it's an attribution

18    game, and it's based on a lot of assumptions.

19            For instance, Mr. Brown mentioned Chainanalysis.

20    It's a company that they come in and they use something called

21    heuristics to make guesses about what addresses are associated

22    on the blockchain.  And when you hear about Chainanalysis and

23    you hear the testimony from Ms. Bisbee, just remember that she

24    actually doesn't attribute anything to Mr. Sterlingov.

25            2009 there's no set price for Bitcoin because nobody

1    has really gotten into it yet.  January 1st, 2010 -- and these

2    prices are approximate based on internet market prices -- but

3    January 1st, 2010, one Bitcoin you could buy for 9 cents.  I

4    just checked it during lunch.  It's selling for about $48,000 a

5    Bitcoin right now.

6           So in 2010 what you're going to learn from

7    Sterlingov, that's when he gets into Bitcoin, and he's

8    fascinated by it.  And other people are starting to get into

9    Bitcoin, too.  And July 18, 2010, a company you're going to

10   hear a lot about in this case, Mt. Gox, it launches.

11          And Mt. Gox, you're going to learn, starts as an

12   exchange called Magic:  The Gathering online exchange and it

13   starts as an exchange for game cards between people and then

14   somebody gets the idea, for whatever reason, that, oh, Bitcoin

15   is a better thing to use on this site and Mt. Gox becomes one

16   of the first Bitcoin exchanges where you can go and you can,

17   you know, buy Bitcoin and take it out.

18          Now, the reason I'm talking about Mt. Gox is what --

19   Mr. Sterlingov had a Mt. Gox account.  He got one very early

20   on, and he did something that he did with almost all of his

21   accounts, and it's called KYC.  Mr. Brown was talking about the

22   Bank Secrecy Act and the money laundering department.  KYC, the

23   exchange, or whoever, they're going to ask you to put up your

24   driver's license.  Mr. Sterlingov put up his Mt. Gox account.

25   You'll see it referred to as a Mt. Gox Account Number 1.  He

1  puts up his Swedish ID for it.  He puts in his own name, right?

2  He used his email, plasma@plasmadivision that traces back to

3  him, right?

4         So you're going to learn from him in 2010 he's

5  getting into Bitcoin.  He's doing -- he's -- he'll tell you

6  about his first Bitcoin purchase.  I think it was at a bar

7  somewhere where he's kind of nervous, and he thinks he's

8  overpaying, right?  He's going to Bitcoin meet-ups.  He's

9  exchanging Bitcoin peer to peer, doing off-chain transactions,

10  and he's taking his paycheck at his day job at the marketing

11  company -- I think it's called Copo Markets Communication --

12  and he's buying Bitcoin with it.

13         He's really excited about this technology.  And he's

14  also doing freelance jobs for people.  And in those freelance

15  jobs, he's getting passwords to accounts.  He's meeting all

16  sorts of people.  He's traveling.  He's a young man now, right?

17  It's 2010.  He's -- what?  He's about 22, right?  He's a young

18  man.  He's now moved to Gothenburg, Sweden.

19         2001, Jan 1st, Bitcoin has gone up a little.  Still

20  really, really cheap.  It's 30 cents for one Bitcoin.  Now,

21  2011 is a big year in this case because it's where most of the

22  government is pointing to stuff saying that this shows that

23  Mr. Sterlingov set up Bitcoin Fog.  And primarily you heard

24  them talk about this DNS registration, which stands for domain

25  server registration.  You may be familiar with sites like

1    GoDaddy where you go register a domain name.  In this case

2    they're saying Mr. Sterlingov did.  They're saying he

3    registered the domain name not to the Bitcoin Fog onion site,

4    which is the dark website, they're saying, you would actually

5    have to go to mix it.  They're saying that he registered the

6    domain name to www.bitcoinfog.com clearnet site.  So -- and on

7    that clearnet site there was a link to go to the onion site, to

8    go mix it.  You had to go use the Tor browser to do it.

9    They're saying -- I think they showed you, like, three

10   versions -- three -- this translation they did from Russian for

11   his notes, three times that they called pudding money.

12          All right.  So those notes, that pudding money, that

13   whole thing they're trying to say, implied, is a nefarious

14   thing.  First of all, you're going to hear us dispute that

15   translation because instead of pudding, it's just deposit

16   money.  And what that is outlining is a very common practice

17   back in the day with Mt. Gox.  In order to get your money, you

18   buy the Bitcoin and redeem it from Mt. Gox.  You can't do it

19   straight up because it started as this hard gaming site.

20          You would get redemption codes for your Bitcoin, and

21   then you go redeem it at that other place called AurumXChange,

22   which specialized in redeeming, like, Mt. Gox redemption codes,

23   and you could redeem it for something called Liberty Reserve

24   dollars.  Right?  And those Liberty Reserve dollars you could

25   then go spend at certain sites on the internet, or you could

1    convert it into U.S. dollars because back in 2011 -- it's not

2    like now.  Right?  There's a lot of places -- there's not a lot

3    of places where you could go and convert the money.

4        But this trace -- and I'm not going to get into the

5    weeds on the trace because you're going to hear it ad nauseam

6    through the experts on the weave and trace.  The issue you'll

7    learn from our experts with the trace is that they can't

8    definitively attribute anything to Mr. Sterlingov besides this

9    Mt. Gox Account Number 1, the one that he used his driver's

10   license and ID for, because if you go to the next hop, they

11   don't have the private key for it.  They don't have anything

12   definitively tying Mr. Sterlingov to it.  Then they say, I

13   think it goes Mt. Gox Number 1, three addresses that they don't

14   have the private keys to Mt. Gox Account Number 2, and then Mt.

15   Gox Account Number 3, which they're claiming are Mr. Sterlingov

16   purely based on this IP address overlap going by their expert

17   named Valerie Mazars de Mazarin.

18       But what she will tell you is that she just made up

19   her methodology, that she's doing an IP address overlap just

20   based on proximity and time between IP addresses, and if you

21   don't know what an IP address is or any of this stuff, don't

22   worry.  As we go along, we'll explain it to you, but basically

23   what the government is arguing, because Mr. Sterlingov logged

24   into his Plasma Division account or one of his email accounts

25   that goes back to his name about the same time as somebody else

1    who they associate with Mt. Gox Account Number 2 and Mt. Gox

2    Number 3 in this long, convoluted transaction to register a

3    DNS, which is not illegal, by the way.  You'll learn that

4    because he's in close proximity to these other accounts that

5    log into the same IP address, he must control these accounts.

6         Well, what Ms. Mazars de Mazarin will tell you is

7    that thousands, ten of thousands or maybe even millions of

8    people can all be using the same IP address at the same time.

9    She'll say that on the stand, you know, along with saying,

10   well, I kind of made up my methodology, I'm guessing, and it's

11   likely but not 100 percent positive that maybe these people

12   used the same IP addresses.  So just keep that in mind as you

13   see the government do this long, sort of, trace claiming in

14   2011 Mr. Sterlingov registered the domain name to the clearnet

15   website, not even the actual onion site.  The clearnet

16   registration that I just talked about.

17        So, Bitcointalk, they just told you in this -- in

18   their opening, that they said Mr. Sterlingov is Akemashite

19   Omedetou -- which you'll learn is Happy New Year in Japanese --

20   and that he said all this stuff -- they were attributing all

21   this stuff from Mr. Sterlingov -- what you'll learn from our

22   experts and Mr. Sterlingov himself, because he's going to take

23   the stand and say he is not Akemashite Omedetou, you'll learn

24   that the attribution to Mr. Sterlingov as Akemashite Omedetou

25   is purely based on this shorenet@hotmail.com email address and

1    that the only way that they're tying him to that email address,

2    again, is an IP address overlap analysis that Ms. Valerie

3    Mazars de Mazarin will be testifying about.

4            They don't have -- you know, when they go back and

5    they execute that search warrant for that email, it doesn't go

6    back to Roman Sterlingov.  Right?  There's nothing in this case

7    that you'll see, you'll learn, that doesn't require you to make

8    some kind of guess, some kind of assumption, and make some kind

9    of leap.  You're not going do see any evidence of him operating

10   Bitcoin Fog anywhere.

11           So 2011, kind of a crazy year, you're going to see a

12   bunch of stuff from his accounts because when they arrested

13   him, they got him with all his devices at the airport.  And one

14   of the things they extracted from his devices was basically his

15   password vault.  You all may have one.  It's like a protected

16   encrypted thing that keeps all your passwords.  No passwords to

17   Bitcoin Fog anywhere in there.  But Mr. Sterlingov was a user

18   of Bitcoin Fog, and for legitimate reasons.  And the reason for

19   that -- and what you'll learn from one of the government's own

20   experts, the company Chainanalysis, that 90 percent of people

21   who use mixers use them for privacy purposes.

22           And what you'll learn is that if you do a

23   peer-to-peer transaction and somebody knows your address, they

24   can trace how much -- can see how much Bitcoin you have once

25   they know your address.  Right?  And then what can happen is

1    what you'll learn is called a wrench attack.  Basically

2    somebody comes to your house and mugs you for your private

3    keys.

4           So, you'll learn from Mr. Sterlingov that early on

5    somebody says to him, hey, man, you shouldn't be just doing

6    these peer-to-peer transactions straight up.  You should mix

7    before you, you know, sell the Bitcoin to somebody.

8           So he does.  He starts using Bitcoin Fog.  He uses

9    some other mixers, but he primarily uses Bitcoin Fog.

10          He did have a Bitcoin Fog account called Killdozer.

11    The government is absolutely right about that.  Bitcointalk is

12    the cite where you go and you talk about Bitcoin with anybody.

13    The government mentioned these private messages he had with

14    somebody named Duncan Townsend.

15          Mr. Sterlingov is going to tell you, you know, it may

16    have been me.  I may have been talking to him, but I don't

17    really remember.  It's 2011, I lent my account out to people

18    because there's sort of this prestige ranking on Bitcointalk,

19    but it could have been me.

20          Blind Bitcoin, which is what Duncan Townsend was on,

21    is a mixing -- mixing site that Mr. Townsend advertised to

22    everybody on Bitcointalk.  Hey, you can use my code if you

23    want, I'll share my code with you.  And you'll learn from him,

24    if he testifies, and I think the government already mentioned,

25    is that whoever ran Bitcoin Fog said they didn't use the blind

1    Bitcoin code.  And if Mr. Duncan testifies, what you'll learn

2    from him is that he searched his email and he never had any

3    contact with Mr. Sterlingov.

4          2011, you'll learn, is sort of a wild, wild west in

5    Bitcoin because people start to get active and there's all

6    sorts of activity.

7          You can see on January 1st, 2012, one Bitcoin is now

8    $5.28.  That's up from the 30 cents in a year.

9          Mr. Sterlingov is working at his job.  He's working

10   freelance jobs for people.  He's doing DNS registrations for

11   people.  He's getting passwords to accounts for jobs.  He's

12   doing all sorts of things that a young, 20-something would do

13   in Sweden at this time.  You're not going to see really any

14   evidence in 2012, or any of these years, of Mr. Sterlingov

15   operating Bitcoin Fog.

16         January 1st, 2013, look at that, Bitcoin has gone up

17   to $13.30.  And one of the things you'll learn from our expert

18   J.W. Verret, who is a CPA, certified fraud examiner, a law

19   professor over -- I hope I'm getting this right -- at George

20   Mason, is that if somebody had taken $1,000 in 2010 or 2011 and

21   put it into Bitcoin, it's starting to appreciate.  Right?

22   They're starting to make some money.

23         But Mr. Sterlingov is still keeping his day job and

24   he's working really hard, like everybody else.  And he's -- you

25   know, he's collecting Bitcoin.

1          August 2013, Silk Road shuts down.  The government

2     shuts it down.  You may have heard of Silk Road.  That was one

3     of the slides that the government showed you as the darknet

4     places where people went to go buy drugs and all sorts of stuff

5     like that.  You may have noticed, if you looked closely at the

6     slide, it also sold legal stuff, like books, and I can't

7     remember what else is on the slide.  When you see that slide

8     again, if it comes up, take a look at some of the legal stuff

9     that they sold.

10          Mr. Sterlingov's only contact with Silk Road, you'll

11     learn, is -- he did -- he had a Silk Road account and he bought

12     some mescaline back in the day, which Mr. Sterlingov will tell

13     you he's not even sure if it was legal or not in Sweden;

14     unclear.  But that's his entire contact with Silk Road, he'll

15     tell you; not this gigantic conspiracy that the government is

16     saying with the darknet and every single darknet entity on the

17     internet and then some.

18          So Sheep is another darknet site that shuts down in

19     November 2013.  A lot of these places, they use Bitcoin.

20     Bitcoin is kind of crazy, catching on.

21          Now, look at that.  January 1st, 2014, Bitcoin is now

22     up to $754.22.  Mr. Sterlingov has been buying Bitcoin with his

23     paycheck and now he's got some -- he's got some Bitcoin, he's

24     got some cash.  So he takes four months off from his job and

25     then he finally decides to quit.  Quit his job and he lives off

1    of his Bitcoin and he tries trading.  He tries doing all sorts

2    of things.  He starts a music studio with his friends; doesn't

3    quite work out.  He is doing a number of things that you do in

4    your mid-20s, but he's not really -- none of them really,

5    really pan out and he's still living on his Bitcoin.

6            August 2014, Pandora -- not to be confused with the

7    streaming site that Mr. Sterlingov used -- the darknet market,

8    that shuts down.  Silk Road shuts down in November 2014.

9    That's another one of the darknet markets.

10            January 1st, 2015, the price of Bitcoin has dropped.

11   You can see it's down to $314.25.  It's this year that

12   Mr. Sterlingov starts his -- one of his business ventures.  He

13   starts something called To the Moon, which he has this idea

14   where he's going to use a VPN service, a virtual private

15   network.  You may use it for work.  A lot -- most people,

16   you'll learn, are familiar with it.  If they want to stream a

17   show that they can't get in their geographic region, you can

18   use a VPN to switch your IP address.  So, like, you can get a

19   show in the UK if you want to.

20            So he gets this idea that he's going to have a VPN

21   business that you can pay for with Bitcoin, and that's what the

22   package that the government says is tied to Akemashite Omedetou

23   saying, at the end of 2015, that there's hardware problems with

24   the site.

25            This is Roman actually sending a server from his own

1  home in his name to Romania, to a server company that he pays

2  in his own name, and that you'll learn eventually the

3  government puts the server under surveillance with something

4  called a pen trap and they eventually seize the server and, you

5  guessed it, there's no evidence on it of him ever running

6  Bitcoin Fog.

7          Okay.  May 2015, Black Bank shuts down.  It's another

8  one of the darknet sites.  Agora shuts down September 2015.

9  One of the reasons I mention this to you is maybe ask you to

10 use the statute of limitations on some of these charges.  Judge

11 Moss will instruct you on that.  Judge Moss is the oracle when

12 it comes to the law.  Attorneys argue facts.

13         Abraxas shuts down November 2015.  November 2015,

14 Moon VPN service that I told you about.

15         Now to back up a second, because you'll hear a lot

16 about Kraken accounts, the two Kraken accounts that Mr.

17 Sterlingov had, they were both KYCs.  Mr. Sterlingov, you'll

18 see, he used his photo IDs and real names for that.

19         And when he decided in 2014 to quit his day job, he

20 took and consolidated a lot of his Bitcoin by mixing it through

21 Bitcoin Fog first and putting it in his KYC Kracken account.

22         So one of the Kracken accounts is his personal

23 account, the other one is for his business To the Moon.  And

24 just keep that in mind as we go along.

25         And look as you go along and just see how many KYC

1    accounts Mr. Sterlingov, who they're accusing of being a

2    criminal mastermind and hiding stuff behind the fog, actually

3    has.

4            So January 1st, 2016, Bitcoin is kind of back up,

5    it's $434.33.  Nuclear shuts down, that's another one of the

6    darknet sites they say he's a co-conspirator with.

7            Which, by the way, you're not going to see a single

8    communication between Mr. Sterlingov and one of these darknet

9    markets saying, hey, let's conspire.  You're not going to see

10   that anywhere.  They just don't have that.

11           And remember, they seized all his devices when they

12   arrested him and they searched them all.

13           Now, Bitcoin, 2017, it's up almost $1,000 a Bitcoin.

14   But, you know, Mr. Sterlingov is not too successful at this

15   point.  To the Moon is -- kind of just died.  He'll tell you

16   from the stand he underestimated how hard it would be to

17   actually run a business like this.  And there was a lot of

18   competitors, so he just kind of lets it sit idle.  Right?

19           AlphaBay shuts down 2017, July 5th.

20           2017, Mr. Sterlingov takes a trip to Miami, not

21   knowing that he's under investigation by the United States

22   government.  And you're going to learn that the United States

23   government had a grand jury seated, that they were issuing

24   search warrants, that they took photos of Mr. Sterlingov

25   picking up his girlfriend and girlfriend's mom from one of

1    these mini cruises in Miami.

2            They don't arrest Mr. Sterlingov in 2017.  The grand

3    jury, for whatever reason, doesn't issue an indictment.  You're

4    not going to see anything from the surveillance -- and

5    Mr. Sterlingov was in Miami for roughly three months -- showing

6    you that Mr. Sterlingov is operating Bitcoin Fog during this

7    period.

8            Look at that, January 1, 2018, Bitcoin started to

9    skyrocket.  It's now up to $13,657.  Mr. Sterlingov is now

10   sitting on a little bit of money.  But the government wants you

11   to think that he's getting all of this money from Bitcoin Fog,

12   you know, service fees and royalty payments.  But what

13   Mr. Verret will point out to you -- that's our certified fraud

14   financial examiner, the CPA -- is that Mr. Sterlingov should

15   have a lot more money than the $1.8 million that he had when

16   they arrested him.  Roughly 1.8 million.

17           And there are two cooperating witnesses the

18   government is bringing on.  Admitted felons who didn't go to

19   trial and testify on their own behalf.  One of them was -- when

20   the money was seized from him, he had roughly $220 million,

21   roughly, in Bitcoin.  We'll get into the exact number when he's

22   on the stand.  And they had tons of corroborating evidence

23   against them, as you'll see when they testify.

24           So among the videos seized in 2018, Mr. Sterlingov

25   will tell you he has nothing to do with that, he has nothing to

1   do with child pornography.  There was no child pornography on

2   any of his devices, you'll hear that directly from him.  And

3   you won't see a single piece of evidence in this case showing

4   that he dealt in that stuff.

5          January 1, 2019, one Bitcoin, down to $3,843.

6   Mr. Sterlingov is starting to get concerned about his

7   livelihood.  He's now getting in his 30s.  I think he's in his

8   early 30s.  He doesn't have any real skills or jobs beside, you

9   know, this Bitcoin that he's accumulated and has appreciated.

10  And what he doesn't know at this point, right around this time,

11  sometime in 2019, is the United States government is in contact

12  with the Swedish police and they have the Swedish police put

13  Mr. Sterlingov under surveillance.  And you guessed it, you're

14  not going to see anything from the Swedish police showing

15  Mr. Sterlingov operating Bitcoin Fog.

16         January 1st, 2020, Bitcoin is at 7,200.  Right around

17  2020, the government is reaching out to the Romanian

18  authorities.  That's where Mr. Sterlingov sent his one server,

19  the To the Moon server, and they've reached out -- it's called

20  an MLAT.  I think it's Multilateral Law Enforcement Treaty

21  (sic), something like that.  Right?  It's a cooperation

22  agreement between the United States and other countries between

23  law enforcement.

24         And they've reached out and they said, hey, can you

25  guys monitor the internet traffic to that To the Moon server,

```
 1   we think it's a Bitcoin Fog server.  So they monitor it for a
 2   little bit.  You guessed it, they don't find anything showing
 3   Mr. Sterlingov operating Bitcoin Fog.
 4            January 1st, 2021, Bitcoin is up to $29,374.
 5   Mr. Sterlingov, you'll learn from him, is still concerned about
 6   his future because you can see how volatile Bitcoin is.  It's
 7   going up and down and he's just worried that he's going to lose
 8   all his saving overnight.
 9            So he thinks he likes to travel.  At this point he's
10   not living in Sweden all the time because, you'll learn, the
11   tax rate in Sweden is like 50 percent.  So he's been kind of
12   being a digital nomad.  He'll tell you he hates the phrase, but
13   he's traveling and he's got all his computers.  He's got his
14   diary on his computer.  He's got his handwritten personal
15   notes.  He's got his backup codes.
16            Mr. Brown showed you one, the heavydist@gmail.
17   That's his email.  Even when he was arrested, they asked for
18   his email.  He told that to the arresting officers at LAX.
19            So he decides to get a -- he wants to become a
20   commercial airline pilot.  So he signs up for a flight school
21   intensive in Sacramento, California to get the process started.
22   It's like a two-week intensive.  And he has to quarantine in
23   Moscow for two weeks beforehand because there's this dispute,
24   it's COVID time.  You all remember COVID.  Hopefully that is in
25   the past.
```

1          So there's this dispute between Sweden -- which is in

2     this thing called the Shengen zone -- and the United States

3     about where you can quarantine for COVID.  And it turns out,

4     well, Moscow is the easiest place for him to quarantine for two

5     weeks before he comes to the United States.  And, yeah, he

6     speaks Russian.  He was born there, but he spent most of his

7     time growing up in Sweden.

8          So he quarantines in Moscow for two weeks.  He lands

9     at LAX and he's arrested at LAX, to his shock and surprise.  He

10    was actually arrested on April 26th.  It's late in the day and

11    it goes into the morning, that's why I've got the 27th on

12    there.

13         And when they arrest them, they arrest him with his

14    computers, his storage devices.  You'll see the actual list,

15    it's like roughly 3 terabytes worth of storage.  His diary is

16    on his computer.  He's got handwritten notes.  You'll see a

17    bunch of notes.  The government has gone through his documents,

18    his notes and his diary, everything, looking for something

19    showing that he's operating Bitcoin Fog.  And you're still not

20    going to see anything, anything directly showing him operating

21    Bitcoin Fog, even though when they arrested him they caught him

22    with all his devices, cell phones.

23         So after they arrest him, the government finally

24    decides to go get that server in Romania.  And on that server

25    they don't find any evidence that Mr. Sterlingov was operating

1    Bitcoin Fog from it.

2            The government doesn't have the Bitcoin Fog server,

3    they don't have the Bitcoin Fog server logs, and they don't

4    have any eyewitnesses.

5            January 1st, 2023, Bitcoin is down again $16,000.

6            January 1st this year, it's at $44,000.

7            We're going to go on a journey here.  Bitcoin

8    blockchain, you're going to learn more about it than you may

9    want to know.  It's confusing, it's difficult --

10            Your Honor (indicating).

11            THE COURT:  Yes?

12            A JUROR:  Break.

13            THE COURT:  A break.  Are you almost done?

14            MR. EKELAND:  I'm going to wrap up right now, sir.

15            I'm going to merely say that as you go through this

16    process, I just ask that you just remember the simple rule

17    you've known since you were a child, and that is the government

18    has the burden of proof on every element, every element of the

19    crime beyond a reasonable doubt.

20            Thank you.

21            THE COURT:  All right.  We'll take a break and come

22    back at ten minutes after three.  And we'll hear from the first

23    witness then.

24            And you're probably already able to repeat what I'll

25    say, but don't do any research and don't discuss the case.

1          (Whereupon the jurors leave the courtroom.)

2          MR. BROWN:  Your Honor, one point that Mr. Ekeland

3   raised in his opening statement is the fact that a grand jury

4   did not reach an indictment at a certain point in time.  We

5   would request -- because the Court has already given an

6   instruction to the jury that whether an indictment has been

7   returned should not be considered as evidence or not evidence

8   of guilt, we would request just a curative instruction to

9   clarify that whether or not a grand jury returned an indictment

10  in 2017 should not be construed as evidence for or against

11  Mr. Sterlingov's guilt.

12          THE COURT:  All right.  Mr. Ekeland?

13          MR. EKELAND:  No objection, Your Honor.

14          THE COURT:  All right.  We'll do that then.

15          MR. BROWN:  Your Honor, just the fact that a grand

16  jury sat does not mean an indictment was presented and turned

17  down.  That may also need to be clarified.

18          THE COURT:  Yeah, that gets -- I mean, I can tell

19  them that, I suppose, the grand jury proceedings are secret.

20  We have no idea what happened one way or another in a grand

21  jury.  Is that acceptable?

22          MR. BROWN:  Yeah.  We don't know what happened in the

23  grand jury.  We don't know why the grand jury may have done

24  something or not done something and the jury is instructed not

25  to take action or inaction by the grand jury as evidence of

```
 1          guilt or innocence.

 2                    THE COURT:  Mr. Ekeland?

 3                    MR. EKELAND:  No objection, Your Honor.

 4                    THE COURT:  I'm also going to mention that the

 5          lawyers' opening statements -- remind them that it's not

 6          evidence in the case.  So that's fine.

 7                    All right.  I'll let you all take your break.  The

 8          first witness is -- remind me.

 9                    MR. BROWN:  Your Honor, Matthew Price.

10                    One more issue.  We have a number of physical

11          exhibits for our first witness.  And we have an FBI agent who

12          has custody of those exhibits.  Does the Court have any

13          direction about how you want us to handle this, sort of handing

14          those exhibits up?  One option would be the agent could sort of

15          sit -- or, you know, stand back there with a bucket of items

16          or -- whatever the Court would prefer.

17                    THE COURT:  I really -- I don't have a strong view on

18          that.  I'm happy to do whatever you think makes sense.  I think

19          you may want to sort of ask me just to -- on the record in

20          front of the jury, say, "May the agent approach?"  Or however

21          you want to do it.  But I don't care if the agent stays back

22          there or brings them across the room, whatever is most

23          convenient.

24                    MR. BROWN:  Yes, and we'll ask for permission.

25                    (Recess from 2:58 p.m. to 3:03 p.m.)
```

1          THE COURT:  Ready to get the jury?

2          THE COURTROOM DEPUTY:  I have to wait for --

3          THE COURT:  Mr. Sterlingov is not here yet.

4          (Whereupon the defendant enters the courtroom.)

5          THE COURT:  Mr. Brown?

6          MR. BROWN:  Your Honor, one more issue.  During the

7    defense opening, they opened the door to this idea that the

8    government never talked to Mr. Sterlingov.  We think that that

9    opens the door to us bringing up the fact that when he was

10   arrested, agents asked if he would be willing to speak, and he

11   invoked the Fifth Amendment.

12          We wouldn't normally bring this up, but we think that

13   the defense has put this in issue by making a big deal out of

14   the idea that the government never talked to him, never gave

15   him an opportunity to explain himself when, in fact, we did.

16   So we would ask for permission to elicit that testimony with

17   our first witness.

18          MR. EKELAND:  Your Honor, I believe I said the

19   government never talked to Mr. Sterlingov before they arrested

20   him, and so we object to the government seeking to bring in

21   testimony regarding their interview of Mr. Sterlingov.  You

22   know, and submit if they're going to open the door to that,

23   then that opens up, you know, Mr. Greenberg's book, which

24   publishes an interview with the arresting agents with

25   Mr. Sterlingov.  So I -- we object to that.

1          THE COURT:  Well, I think you're right, that you did

2    say before he was arrested that they didn't talk to him.  I

3    think that is skating way close to the line on this.  I guess I

4    want to give it a little bit of thought.  I'm not inclined to

5    allow that questioning now -- because it's obviously a big

6    deal -- without my having a chance to look into it a little bit

7    further.

8          But it was, at a minimum, highly misleading to the

9    jury to do that, and you knew what you were doing by doing that

10   and leaving the jury with the impression that the government

11   never bothered to ask your client what he did.  But, I guess

12   I'm not convinced yet -- I don't know exactly what you're even

13   talking about with the book and how it opens the door to a

14   book.  The book doesn't come into evidence; that's called

15   hearsay.

16         But I do think that -- when I heard you say that, I

17   was pretty shocked.  You said it as well, but I do think you

18   said "before," and that is different than after the arrest.

19         So, unless someone can -- unless the government can

20   point me to some authority that suggests that's sufficient, I

21   guess I'm inclined at this point not to do anything with

22   respect to it.  But this may be something that if

23   Mr. Sterlingov is taking the stand, where there's going to have

24   to be some real care taken with respect to what he said and

25   what isn't said.

1          MR. BROWN:  Your Honor, would it be possible to have

2     a rough transcript of Mr. Ekeland's opening statement to see

3     exactly what he said?  Because it seems like there's a very

4     fine distinction that he is drawing here.

5          THE COURT:  That's fine to do that and I'm happy to

6     search for --

7          (Pause.)

8          THE COURT:  The quote is, "He's going to answer the

9     government's questions because the government never bothered,

10    never bothered to ask Mr. Sterlingov any questions when they

11    arrested him April 26, 2021 at the Los Angeles International

12    Airport."

13         MR. BROWN:  Your Honor, we still think that -- as the

14    Court phrased it, that's skating very, very close to the line.

15    We still think that that does open the door because it

16    certainly provides the jury with this impression that the

17    government never bothered, never bothered to speak to

18    Mr. Sterlingov, and that's just not true.  And we can

19    certainly --

20         THE COURT:  I mean --

21         MR. BROWN:  Even if he takes the stand -- sounds like

22    he is going to take the stand -- again, we wouldn't confront

23    him with his invocation of his Fifth Amendment rights but for

24    the fact that here he did -- his counsel has placed it into

25    issue.

1      THE COURT:  How much time elapsed from the time he

2    was approached at the airport and when he was arrested?  Was he

3    detained immediately so that his -- he actually had *Miranda*

4    rights immediately, because he was actually in detention

5    immediately?

6      MR. BROWN:  Your Honor, as our first witness will

7    testify, he was initially placed in secondary screening by a

8    CBP, Customs and Border Patrol, and at the conclusion of that

9    screening he was placed under arrest.  He was moved to a second

10   room and asked if he would be willing to speak.  He said

11   something to the effect of "lawyer" and -- or, he said, "I

12   speak English" and he said something to the effect of "I want a

13   lawyer" or "I want to speak to a lawyer" and so no further

14   questioning occurred.

15     THE COURT:  Well, I mean, it seems to me that -- I'm

16   sympathetic to your concern because I think it was misleading,

17   but on the other hand, I think you're potentially inviting

18   reversible error on this question.  The question is whether

19   it's worth it or whether there's something short of this that I

20   can do to address the concern.  I think it was definitely

21   misleading, I have no doubt about that.  And I think, given the

22   care with which it was done, it was probably something

23   considered in advance and should have been raised with me in

24   advance so we could have discussed this.  But I do worry that

25   it's a pretty substantial appellate issue, if I allow you to

1    get into whether he asserted his Fifth Amendment right after

2    his arrest.

3              MR. BROWN:  Yes, Your Honor.  We do think it's

4    essentially a continuous event when he was placed under arrest.

5              THE COURT:  For now, I'll let you all think about

6    this overnight tonight.  I don't know if we're going to finish

7    with this witness tonight or not.  And if it's something we

8    come back to and you have a basis for doing so, you can let me

9    know.

10             As I said, I am concerned that it potentially misled

11   the jury, and I understand why you're concerned about that.

12   But I think, on the other hand, allowing testimony about them

13   asserting their Fifth Amendment right is potentially highly

14   problematic.

15             MR. BROWN:  Yes, Your Honor.

16             THE COURT:  Okay.

17             (Whereupon the jurors enter the courtroom.)

18             THE COURTROOM DEPUTY:  You may be seated and come to

19   order.

20             THE COURT:  Members of the jury, just before we hear

21   from the first witness, I did want to clarify one thing, and

22   that -- in his opening statement Mr. Ekeland referred to a

23   grand jury in Miami in 2017.  And I want to stress to you that

24   the existence of an indictment or lack of the existence of

25   indictment is not evidence of wrongdoing or lack of evidence of

1    wrongdoing one way or the other.  We don't know what happened

2    before a grand jury, and it's nothing that you should consider

3    in any way in your deliberations.

4            And I want to, also, just to remind you more

5    generally that the lawyers' opening statements are not evidence

6    in this case.  In the next several weeks you'll be hearing the

7    evidence in the case and you should not rely on the lawyers'

8    statements to you because the lawyers' statements are not

9    evidence.  And you should rely simply on the evidence properly

10    admitted that you hear from the witnesses as they appear in the

11    case.

12            So if -- what you've just heard is an outline to help

13    you think about the evidence as it comes in, but it is not

14    evidence and you should not consider it in any way like that.

15            All right.  The government may call its first

16    witness.

17            MR. BROWN:  The government calls Matthew Price.

18                        MATTHEW PRICE,

19    was called as a witness and, having been first duly sworn, was

20    examined and testified as follows:

21                      DIRECT EXAMINATION

22    BY MR. BROWN:

23    Q.  Good afternoon --

24            THE COURT:  You may have a seat.

25    BY MR. BROWN:

1    Q.  -- Mr. Price.  Could you please introduce yourself to the

2    jury, spelling your first and last name?

3    A.  Yes.  My name is Matthew Price.  M-A-T-T-H-E-W, P-R-I-C-E.

4    Q.  And, Mr. Price, were you one of the case agents on the

5    Bitcoin Fog investigation?

6    A.  Yes, I was.

7    Q.  Were you employed by the IRS?

8    A.  I was.

9    Q.  What part of the IRS?

10   A.  The criminal investigation unit.

11   Q.  And why was the IRS criminal investigation unit involved in

12   investigations like these?

13   A.  IRS CI is a financial investigations unit.  The agents are

14   trained as forensic accountants with backgrounds in financial

15   investigations, and one of the areas of expertise was

16   particular to cryptocurrency investigations, applying forensic

17   accounting and financial investigation principals to

18   cryptocurrency.

19   Q.  And what was your position at IRS -- is it called IRS CI?

20   A.  It is.

21   Q.  And what was your position at IRS CI?

22   A.  Special agent in the cyber crimes unit.

23   Q.  What were your responsibilities as a member of the cyber

24   crimes squad?

25   A.  I investigated crimes with a cryptocurrency nexus,

1    primarily money laundering violations and related financial

2    crimes.

3    Q.  Did you receive any specialized training or experience in

4    cryptocurrency related investigations?

5    A.  I did.

6    Q.  What sort of training or experience did you receive during

7    your time there?

8    A.  I went through specialized training through the federal law

9    enforcement training center, as well as specific training from

10    the IRS criminal investigations cyber crimes program.  And then

11    on-the-job experience working cryptocurrency investigations.

12    Q.  Before you were employed by the IRS CI, did you have any

13    other government experience?

14    A.  Yes.  I began my career as a forensic accountant for the

15    Department of Defense.  I worked as a police officer for the

16    Montgomery County, Maryland Police Department, and I also spent

17    about five and a half years at the Central Intelligence Agency

18    as a targeting officer.

19    Q.  And are you still employed by IRS CI?

20    A.  No, I am not.

21    Q.  When did you leave IRS CI?

22    A.  I left IRS in the fall of 2021.

23    Q.  What has your subsequent career been since you left?

24    A.  I took a position with the Cryptocurrency Exchange and for

25    approximately two years was their head of investigations, and

1    for about the last six months, I worked at a blockchain analyst

2    firm.

3    Q.  What's your position there?

4    A.  I am the strategic engagement lead.

5    Q.  And just for the record, what is the blockchain analysis

6    you work for?

7    A.  Elliptic.

8    Q.  Now, are you familiar with the investigation into Bitcoin

9    Fog?

10   A.  Yes.

11   Q.  And generally speaking, at a high level, what was your

12   knowledge of that investigation based on?

13   A.  My knowledge is based on being assigned as one of the case

14   agents, as well as working with other agents assigned to the

15   case.

16   Q.  And at a very high level, what was Bitcoin Fog?

17   A.  Bitcoin Fog was a virtual currency mixing service that

18   operated on the darknet that allowed customers to mix virtual

19   currencies, primarily Bitcoin.

20   Q.  To get into a little bit of background, what is Bitcoin?

21   A.  Bitcoin is a unit of monetary value that is not backed by

22   any centralized government, that is transacted using a

23   technology called blockchain, somewhat analogous to digital

24   cash.

25           MR. EKELAND:  Objection, Your Honor.

1          Can we speak to the Court on the phone?

2          (A bench conference was held as follows:)

3          MR. EKELAND:  Your Honor, I'm concerned that the

4     government is attempting to use Mr. Price as a expert when we

5     agreed that there would be no other experts in this case by

6     stipulation earlier.  I don't understand why they are doing an

7     inquiry into his certifications and training and having him

8     talk about the blockchain, rather than just be a fact witness

9     to testify as to his investigation.

10          MR. BROWN:  Your Honor, I think Mr. Price is able to

11    testify from his own experience using and working with digital

12    currencies, including Bitcoin.  He worked with these throughout

13    his career as a cyber investigator at IRS CID.  His subsequent

14    career has all involved Bitcoin.  He is testifying as a fact

15    witness about matters with which he is already familiar.

16          THE COURT:  I don't know how far you want me to go

17    down this line, but what you're doing thus far seems fine to me

18    because I take it that these are not even approaching a

19    contested issue, but just sort of basic linguistics about what

20    we're talking about and simply setting the stage in a way

21    that's not contested and that he would know simply as a fact

22    witness, based on his limited experience.

23          So this doesn't strike me, at this point, as expert

24    testimony.  Maybe it's lay opinion testimony of some type, but

25    I don't even think it's that.  I think it's really just laying

 1    the foundation.

 2              But, if you go further and get into areas that are

 3    potentially disputed, then Mr. Ekeland can renew his objection

 4    at that point.  But to the extent it's really just the

 5    linguistics or terminology that we're using here that sets up

 6    his testimony, I think that's fine.

 7              MR. BROWN:  Yes, Your Honor.

 8              (Whereupon, the bench conference concludes.)

 9              THE COURT:  You may proceed.

10    BY MR. BROWN:

11    Q.  So, how do most people get Bitcoin?

12    A.  Primary means of obtaining Bitcoin is generally through a

13    cryptocurrency exchange.

14    Q.  What's a cryptocurrency exchange?

15    A.  A cryptocurrency exchange is a business that allows

16    customers to buy or trade cryptocurrencies through -- for

17    example, using the U.S. dollar to buy Bitcoin or the euro to

18    buy Ethereum or a token like that.

19    Q.  Are there any other ways that somebody might buy Bitcoin?

20    A.  Yes, there are.

21    Q.  And what are some of those other ways?

22    A.  Another common means is through something called a

23    cryptocurrency ATM, very similar to like an automated teller

24    machine.

25    Q.  Are there any cryptocurrency ATMs in the DC area?

1    A.  Yes, there are.

2    Q.  And have you seen any of these?

3    A.  Yes.  I actually saw one yesterday in the Giant Food in

4    Maryland.

5    Q.  And how does it work?

6    A.  Very similar to a regular ATM.  You put cash into it and

7    you provide the ATM with your Bitcoin deposit address and once

8    you've purchased the Bitcoin, you can have it sent to your

9    wallet.

10   Q.  Now I would like to define some basic terms here to start

11   out.

12            What is a Bitcoin address?

13   A.  A Bitcoin address generally looks like a series of letters

14   and numbers, kind of arranged in random.  But it is the unit or

15   designation or kind of signifier of where Bitcoin can be held.

16            MR. BROWN:  Now, I would like to pull up Exhibit 301

17   and have you look at that.

18            THE COURTROOM DEPUTY:  Is it at the laptop or at the

19   table?

20            At the table.

21            THE COURT:  Just for the members of the jury.  A

22   couple of things as you get oriented to this case.

23            We had a conversation on the phone before, that's

24   just when there is a legal issue that's being raised and the

25   parties want to discuss the legal issue.  You shouldn't

1    speculate about what we're discussing.  We're just resolving a

2    legal question.

3              And the way things are going to work as far as the

4    introduction of the evidence, just so you're following along,

5    is in most cases the evidence or the exhibits will be shown to

6    the witness first and me, and then there will be a motion after

7    a foundation is laid to admit the exhibit.

8              If I then conclude that it's admissible, I will then

9    admit the exhibit and it's only at that point that it will be

10   displayed for you to see.  Just to outline for you how things

11   work.

12             But you may proceed.

13   BY MR. BROWN:

14   Q.  Mr. Price, we're showing you Exhibit 301.

15             Are you familiar with this exhibit?

16   A.  I am.

17   Q.  And what does this appear to be?

18   A.  This appears to be a Bitcoin address.

19   Q.  And would this image of the Bitcoin address be helpful to

20   the jury to understand your testimony?

21   A.  Yes, it would.

22             MR. BROWN:  Your Honor, I would move to publish to

23   the jury.

24             THE COURT:  Any objection to admitting 301?

25             MR. EKELAND:  No objection, Your Honor.

```
1              THE COURT:  301 is admitted and may be published to

2      the jury.

3              (Government's Exhibit 301, admitted and published.)

4      BY MR. BROWN:

5      Q.  Mr. Price, could you describe what we're looking at here in

6      Exhibit 301?

7      A.  Yes.  This is a representation of a -- what a Bitcoin

8      address would look like.  As you can see, it has a series of

9      letters and -- excuse me -- numbers and both upper case and

10     lower case letters, anywhere from 25 to 36 characters.

11     Q.  And is a Bitcoin address used to store your Bitcoin?

12     A.  It can be, yes.

13     Q.  Do you know what a public key and a private key is?

14     A.  Yes.

15     Q.  And could you explain to the jury what those are?

16     A.  So Bitcoin and cryptocurrency operate under a principle

17     of essentially encryption.  It's public and private key

18     encryption, which means it's a two-part security system.  And

19     the address, as you see here, is the public portion of this.

20     There's also a private key that the person in control of this

21     address maintains to authorize transactions.

22     Q.  And what is a Bitcoin wallet?

23     A.  A wallet is a piece of software that can hold multiple

24     Bitcoin addresses.

25     Q.  And are there different kinds of wallets out there?
```

1    A.   There are.

2    Q.   And what are some of the different kinds?

3    A.   There are software wallets that could be on a computer.

4    Mobile wallets on a cell phone, mobile phone.  Hardware

5    wallets, paper wallets.  Several different types.

6    Q.   And have you heard the terms "custodial wallet" or

7    "noncustodial"?

8    A.   Yes.

9    Q.   And what do those terms mean?

10   A.   In a custodial wallet a Bitcoin user or Bitcoin customer is

11   giving a third party permission to store their private keys.

12   That's most commonly used in like cryptocurrency exchange.

13   Instead of maintaining the private keys yourself as a Bitcoin

14   user, you may use a password to authorize transactions, or a

15   PIN number with a crypto exchange.  In a noncustodial

16   situation, the third-party does not.  It would be the user

17   themselves.

18   Q.   And are there any security features for Bitcoin wallets?

19   A.   Yes.

20   Q.   What are some of the security features?

21   A.   Depending on the types of wallets, there are additional

22   password protections.  There are what are called cold storage

23   wallets, which are not connected to the internet.  They may

24   have levels of encryption applied to them.  There are also

25   backup features built into many different types of wallets.

1    Q.  And so if you wanted somebody to send money to you using

2    Bitcoin, what information would you give to them?

3    A.  I would probably give them this address here, if this

4    hypothetically was mine.

5    Q.  Now --

6              MR. BROWN:  We can close Exhibit 301.

7    BY MR. BROWN:

8    Q.  Are transactions recorded anywhere?

9    A.  Yes, they are.

10   Q.  And where are transactions recorded?

11   A.  Transactions are recorded on what's called the blockchain.

12   Q.  And let's break the blockchain down a bit.

13         What is the blockchain?

14   A.  The blockchain is a distributed leger of all transactions

15   occurring within the Bitcoin network.

16   Q.  And when you say "distributed leger," what -- let's start

17   with leger.

18         What information is contained in the leger?

19   A.  So I think of it very similar as to like a historic paper

20   ledger or a giant Excel spreadsheet, and it contains

21   information regarding sending and receiving addresses,

22   information about transactions, timestamps, amounts, and what's

23   called a transaction hash, which is kind of the entry point on

24   that ledger for a specific transaction.

25   Q.  Is there any fee associated with sending a Bitcoin

1    transaction?

2    A.   Yes.  All Bitcoin transactions require a fee that is

3    essentially a reward for miners on the Bitcoin network that

4    process and verify the transactions.

5    Q.   Is that fee recorded on the blockchain as well?

6    A.   Yes, it is.

7    Q.   Are there blockchain records like this for every single

8    transaction?

9    A.   Yes.

10   Q.   And where is the blockchain stored?

11   A.   So it's a distributed leger, so there are a number of

12   computers, individuals can volunteer to be part of a Bitcoin

13   network, and it is stored publicly using various computing power.

14   Q.   Is the information on the blockchain publicly accessible?

15   A.   It is.

16   Q.   And how could -- how could a member of the public look up

17   information on the blockchain?

18   A.   A very common way to do it is to use a free or open source

19   blockchain explorer.

20   Q.   And tell us more about -- what is a blockchain explorer?

21   A.   It is usually a website that is pulling data from the

22   Bitcoin blockchain, for example, that allows anyone who is

23   interested to take a look at specific transactions.

24   Q.   What are some common blockchain explorers that you've

25   encountered?

1    A.  Mempool.space, blockchain.com, blockchain.info.

2    Q.  And do they all pull from the same data set?

3    A.  Yes.

4    Q.  So I would like to show you Exhibit 302.  Do you see that

5    on your screen?

6    A.  I do.

7    Q.  Do you recognize this?

8    A.  I do.

9    Q.  And what do you recognize it to be?

10   A.  This is a screenshot of an open source blockchain explorer,

11   mempool.space.

12   Q.  And would this be helpful to the jury to understand your

13   testimony?

14   A.  Yes.

15          MR. BROWN:  Your Honor, the government requests 302

16   to be published to the jury.

17          THE COURT:  Any objection?

18          MR. EKELAND:  No objection.

19          THE COURT:  302 is admitted and may be published to

20   the jury.

21          (Government's Exhibit 302, admitted and published.)

22   BY MR. BROWN:

23   Q.  Now, Mr. Price, could your explain -- to begin with, do you

24   recognize which blockchain explorer this is from?

25   A.  I believe this is mempool.space.

1    Q.  Does mempool.space fairly and accurately display launching

2    data about the underlying Bitcoin transactions?

3    A.  Yes.

4    Q.  So could you please walk us through what this printout

5    shows?

6    A.  Sure.  I'm going to attempt to use the feature here to

7    circle things, and I apologize if I do this wrong.

8        So this is -- this is a record of a transaction on

9    the Bitcoin blockchain that occurred on September 11th, 2019,

10   at around 1:57 UTC time, which I highlighted here.  That is the

11   timestamp of the transaction.

12       And very similar to a ledger you may see, like an

13   Excel spreadsheet or bank ledger, or even balancing your check

14   ledger, this is going to show a history of transactions.

15       So starting on the left, this particular series of

16   letters and numbers that I just drew a line under with the red

17   arrow, that is a Bitcoin address, and it -- at one point it had

18   a balance of approximately 0.031 Bitcoin and it looks like the

19   Bitcoin was sent to the two addresses here on the right.  This

20   first one, beginning with 34pqqk, received approximately 0.024

21   Bitcoin.

22   Q.  And why are there two addresses on the right?

23   A.  So the Bitcoin network operates on the principal chain

24   addresses.  So similar to if I had a $1 bill and I purchased a

25   50-cent item, I would get 50 cents of change back.  In a

1    Bitcoin transaction instead of returning that to the original

2    wallet, it goes to a newly created wallet called a change

3    wallet, which is this second one here that I'm underlining.

4    Q.  Is that similar to any sort of real life transaction?

5    A.  Yeah.  Like, again, if you purchased a cup of coffee for

6    $5 -- or, sorry, 2.50 and you gave the clerk a five, you're

7    going to get $2.50 back.

8    Q.  And just one point of clarification, are you sure that it's

9    UTC time on the Mempool printout?

10   A.  It could actually be live.  I don't recall.  Some do it UTC

11   time, others will do it in -- depending what time your browser

12   is set on your computer.

13   Q.  Now, going back to this transaction, if you looked at this

14   and saw funds were being sent to that 34pqqk address, could you

15   then find out where that address sent money after that?

16   A.  Yes.

17   Q.  And by the way, you've been referring to these addresses

18   not by reading out the entire address.  Why is that?

19   A.  Mostly for ease of speaking, and it's a commonly used

20   practice to refer to the first six, seven letters of address.

21   Q.  So if you were looking at this, 34pqqk address, how does

22   the blockchain help you track where those funds went?

23            MR. EKELAND:  Objection, Your Honor.  Can we go to

24   the phone?

25            (Bench discussion.)

1          MR. EKELAND:  Your Honor, again, we're -- there seem

2     to be some small mistakes in what Mr. Price is testifying to as

3     an expert, and Mr. Brown is almost asking exclusively leading

4     questions.  So we're going to object.  I mean, we understand on

5     direct you can ask some leading questions to get things

6     establish, but this is -- the defense's opinion, we object

7     because we think it's gone too far and, again, we think we're

8     getting into the territory of expert opinion and I think this

9     is going to improperly prejudice the jury into thinking that

10    Mr. Price is not just a fact witness, that he's actually an

11    expert witness.

12         And I think that if the government wanted to explain

13    the basics of blockchain to people, they should have noticed an

14    expert to do that.  They've had ample time to do it.

15         MR. BROWN:  Your Honor, again, we are not into

16    anything controversial.  This is still sort of defining basic

17    terms, and it's well within Price's personal experience.  He's

18    not offering any opinions and he's not -- he's just defining

19    basic ideas about Bitcoin and the blockchain.  If the Court

20    wishes, we could ask one or two foundational questions.

21         I also, just for the record, am not mostly asking

22    leading questions.  Many of these -- some of them are, but --

23    because we're trying to move this forward, but if the Court

24    wants, we can ask one or two foundational questions to

25    establish his personal knowledge of this transaction.

1          THE COURT:  Yeah, I think that that's the point here.

2     With respect to whether a another question is leading or not,

3     I'm just going to leave it to Mr. Ekeland, but he needs to

4     object to the question as it comes up so I can decide whether

5     the question as framed is leading.  Maybe some were and some

6     weren't, but as to that I can't give you an omnibus answer to

7     the question.

8          But I do think that it's important that you establish

9     that this is not in the nature of expert testimony, but he's

10    testifying based on his own experience and that he's not here

11    as an expert.  And I think you can just frame your questions in

12    a way that is asking him about his own personal experience.

13         MR. BROWN:  Yes, Your Honor.  Thank you.

14         (Open court:)

15    BY MR. BROWN:

16    Q.  Mr. Price, are you familiar with the transaction shown

17    here?

18    A.  I am.

19    Q.  And how are you familiar with it?

20    A.  This is a transaction I conducted during the investigation

21    of Bitcoin Fog.

22    Q.  Now, Agent Price, are you familiar with -- or, Mr. Price,

23    are you familiar with something called a mixer or a tumbler?

24    A.  Yes, I am.

25    Q.  And basically speaking, what does a mixer, a tumbler do?

1    A.  Basically it takes deposits from multiple users and

2    combines them together, mixing them up to make it difficult to

3    follow the flow across the blockchain.

4    Q.  And we can close this exhibit.  And, Mr. Price, if you

5    could clear out your underlining, please.

6         Mr. Price, in your work as a cyber agent, did you

7    develop a familiarity with the darknet?

8    A.  Yes, I did.

9    Q.  And how did you develop this familiarity?

10   A.  Both through training and practical investigative work on

11   the darknet.

12   Q.  And just to define the term again, what is darknet?

13   A.  Darknet or dark web, they're somewhat used interchangeably.

14   It's a version of the internet that requires special software

15   to access.

16   Q.  And I would like to have you look at Exhibit 303.

17        Do you see that exhibit?

18   A.  Yes, I do.

19   Q.  Are you familiar with this exhibit?

20   A.  I am.

21   Q.  Will this exhibit be helpful to your testimony -- be

22   helpful for the jury to understand your testimony?

23   A.  Yes.

24             MR. BROWN:  The government moves to publish.

25             THE COURT:  Any objection to Exhibit 303?

```
1              MR. EKELAND:  Yeah, we object, Your Honor.

2              THE COURT:  I actually think that maybe this should

3      be treated as a demonstrative rather than an exhibit.

4              MR. BROWN:  Yes, Your Honor.  We could -- I think

5      that was our intent, Your Honor.

6              THE COURT:  Yeah, so I will accept 303 as a

7      demonstrative.  It's 303, but it's not in evidence.  It's

8      simply a demonstrative.

9              Members of the jury, so you'll know -- you'll learn a

10     lot about the law here as we go forward -- but only the

11     admitted exhibits will go back to you as you deliberate.

12     Demonstratives help you understand testimony as it comes in,

13     but they're not admitted and won't go back with you during your

14     deliberations.

15     BY MR. BROWN:

16     Q.  Mr. Price, using this exhibit, can you explain how the

17     darknet differs from other parts of the internet?

18     A.  Yes.  It's -- somewhat similar analogy I see commonly used

19     is like an iceberg.  There's a portion of the iceberg that is

20     above water, and that is the internet that we're all very

21     familiar with indexed by search engines.  We can easily type it

22     into Google and find the page.

23             Below the surface, kind of the vast portion of the

24     internet is what's called a deep web.

25     Q.  Mr. Price, could I pause?
```

```
1                    MR. BROWN:  The government moves to publish this.

2                    THE COURT:  You can publish a demonstrative.

3       BY MR. BROWN:

4       Q.  I'm sorry.  Mr. Price, could you continue?

5       A.  Yeah.  Just to kind of reiterate, I think of it like a

6       iceberg.  It's a very commonly used demonstrative in training

7       and various news articles and things like this.  The surface,

8       the piece of the iceberg you can see from the top is the

9       surface web we're all familiar with.  Below the surface the,

10      kind of, vast majority of the internet is the deep web.  That's

11      websites that aren't indexed maybe, like a government website

12      that's behind a password, or your company has websites

13      internally that not the public can access.  A small portion of

14      that, small portion of the iceberg, is kind of the dark web.

15      That's kind of the dark recess of the internet.  And, again, it

16      requires special software to access.

17                    MR. BROWN:  We can close that exhibit.

18      BY MR. BROWN:

19      Q.  Mr. Price, so what are some of the dark web or Tor websites

20      that you personally have visited in your work?

21      A.  I've visited numerous darknet markets, versions of the Silk

22      Road, Avalon Market, Hydra Market.  It listed child sexual

23      abuse material sites, darknet forums, carding sites, things of

24      that nature.

25      Q.  Are there other darknet-based services on -- available on
```

1    the darknet?

2    A.  Yes, there are many services; mixing sites, again, various

3    criminal forums, all kinds of different sites for illicit

4    activity.

5    Q.  For the markets, the darknet markets that you visited, what

6    sorts of goods and -- excuse me -- what sort of means of

7    payment is offered on those websites?

8    A.  Almost exclusively cryptocurrency, primarily Bitcoin.

9    Q.  Do you have an understanding why it's almost exclusively

10   cryptocurrency or Bitcoin?

11   A.  Yes.

12   Q.  And why is that?

13   A.  Primarily for security.  Cryptocurrency, there's a

14   perceived anonymity in cryptocurrency transactions.  So

15   individuals buying or selling, for example, cocaine through the

16   internet, through the dark web would not want to use a check or

17   a Mastercard or something, or PayPal, because it would give up

18   the -- potentially give up their identity.

19   Q.  And these darknet markets, do they typically openly

20   advertise the real identity of who operates these websites?

21   A.  They do not.

22   Q.  And for the darknet websites that you visited, what does

23   the web address or the URL look like?

24   A.  So it depends on the site.  Generally somewhat like a

25   Bitcoin exchange.  It will be a series of random letters and

1    numbers.  There is a little bit of ability to customize maybe

2    the first three or four characters, but a unique feature is

3    they almost always end with .onion instead of .com, like you

4    would expect.

5    Q.  Mr. Price, when did you first begin working on the Bitcoin

6    Fog investigation?

7    A.  In early 2019.

8    Q.  I would like you to look at Exhibit 201A.  Do you recognize

9    this exhibit?

10   A.  I do.

11   Q.  What is this exhibit?

12   A.  This is a screenshot of the login page of the Bitcoin Fog

13   hidden services site that I took during the course of the

14   investigation.

15   Q.  And does this screenshot fairly and accurately depict the

16   website as you viewed it at the time you took the screenshot?

17   A.  Yes.

18         MR. BROWN:  The government moves to admit and publish

19   Exhibit 201A.

20         THE COURT:  Any objection?

21         MR. EKELAND:  No objection.

22         THE COURT:  201A is admitted and may be published to

23   the jury.

24   BY MR. BROWN:

25   Q.  Did you access the Bitcoin Fog site on the dark web more

1    than one time?

2    A.  I did.

3    Q.  Approximately how many times do you think that you've

4    accessed the Bitcoin Fog website on the darknet?

5    A.  I believe it was around ten.

6    Q.  And just looking at the exhibit here, could you point out

7    some of the different features of this website?

8    A.  Yes.  So this is the initial, kind of, landing page for

9    Bitcoin Fog.  So it has a section to enter username and

10   password.

11   Q.  And then on the bottom of that website, are there any other

12   fields?

13   A.  Yes.  There are four hyperlinks at the bottom, one labeled

14   PGP public key, the next labeled clearnet website, the next

15   bitcointalk.org thread, and a logout link.

16   Q.  We'll return to those in a minute.

17          MR. BROWN:  We can close this exhibit.

18   BY MR. BROWN:

19   Q.  Based on your investigation, when did Bitcoin Fog launch?

20   A.  Approximately October 29th of 2011.

21   Q.  And was the launch publicly announced?

22   A.  Yes, it was.

23   Q.  And how was it publicly announced?

24   A.  It was publicly announced in a post on a forum called

25   bitcointalk.org.

1    Q.   Are you familiar with the website called archive.org?

2    A.   Yes.

3    Q.   What is archive.org?

4    A.   Archive.org is a website managed by the company called The

5    Internet Archives, and it maintains historical copies of web

6    pages.

7    Q.   And are these copies of web pages of a particular date and

8    time?

9    A.   Yes.  The site will take copies at various points in

10   history of the existence of a website.

11   Q.   And are these copies -- does the Internet Archive create

12   copies of every website in the world or just some or some more

13   or less?

14   A.   I believe it's a very accessible website.

15   Q.   Are some websites preserved more often than others?

16   A.   Yes.

17   Q.   And based on your understanding of archive.org, does it

18   capture accurate images of a website as of a particular date

19   and time?

20   A.   Yes.

21   Q.   And does it do this in the ordinary course of business?

22   A.   Yes.

23   Q.   And do these captures fairly and accurately represent the

24   way that the captured website looked on a particular date and

25   time?

1    A.   Yes.

2    Q.   So I would like to direct your attention to Government's

3    Exhibit Number 1.  Do you recognize this?

4    A.   I do.

5    Q.   And what is this?

6    A.   This is a screenshot from the internet archive of the

7    bitcointalk.org post announcing the launch of Bitcoin Fog.

8    Q.   And what is the date of the archived screen grab here?

9    A.   April 10th, 2014.

10   Q.   Based on your understanding of this particular website, is

11   that the earliest screen capture that is available on

12   archive.org?

13   A.   I believe it is, yes.

14          MR. BROWN:   The government moves to admit and publish

15   Government Exhibit Number 1.

16          THE COURT:  Any objection?

17          MR. EKELAND:  I would object.

18          THE COURT:  What's the objection?

19          MR. EKELAND:  Hearsay.

20          Hearsay, Your Honor.  We don't think it's a properly

21   certified business record either.

22          MR. BROWN:  Your Honor, to address the second point,

23   the defense stipulated to the authenticity of all archived.org

24   screenshots.

25          To address the hearsay -- I mean, first of all, we

1    haven't introduced any statement.  The hearsay here is we

2    intend to, at least to begin with, introduce statements that

3    are party opponent statements under the moniker Akemashite

4    Omedetou.

5            THE COURT:  Exhibit 1 is admitted and may be

6    published to the jury.

7            (Government's Exhibit 1, admitted and published.)

8    BY MR. BROWN:

9    Q.  Now, Mr. Price, if you were to scroll through this entire

10   document -- do you have an understanding of what this document

11   contains?

12   A.  Yes.

13   Q.  And what is that?

14   A.  It is the series of posts on the bitcointalk.org forum

15   regarding Bitcoin Fog.

16   Q.  And based on your review of this thread on bitcointalk --

17   first of all, looking at that first post at the top, who is the

18   author of that first post on the -- that page, the first page?

19   A.  The listed author is Akemashite Omedetou.

20   Q.  And who is Akemashite Omedetou?

21   A.  I believe it stands for Happy New Year in Japanese, but it

22   doesn't have a proper name on it.

23   Q.  And what is the -- what is the subject line for that first

24   post?

25   A.  The subject line states:  Announce Bitcoin Fog, secure

```
1    Bitcoin anonymization.

2    Q.  And what is the date of that post?

3    A.  October 27th, 2011.

4    Q.  And by the way, when you accessed the darknet site, was

5    there anything there identifying the author or operator of

6    Bitcoin Fog?

7    A.  No.

8    Q.  Did Akemashite Omedetou -- does that appear to be a real

9    name or not a real name?

10   A.  It appears to be a monicker.

11   Q.  Now starting from the top of that post, could you read the

12   first line there?

13   A.  The one in parenthesis -- I'm sorry, in quotations?

14   Q.  Starts with the quotation mark.

15   A.  Yes.  It states, "Bitcoin anonymization taken seriously."

16   Q.  And then beneath that, what is printed there?

17   A.  "Public website with basically the same information from

18   this thread," and a link to http:www.bitcoinfog.com.

19   Q.  And beneath that, what is listed?

20   A.  "Service link.  You will need Tor," and a hyperlink for

21   what appears to be a Tor.onion site.

22   Q.  Then dropping down to the bottom of that first line of

23   text, the one that starts, "Twitter."

24         What do you see there?

25   A.  "Twitter feed for updates," and a link to what appears to
```

1    be a Twitter page for @bitcoinfog.

2    Q.  Now, Agent Price -- or, Mr. Price, I would like to ask you

3    to read those first three full paragraphs, if you would.

4    A.  "The Bitcoin network might be anonymous in terms of single-

5    handedly revealing your IP address, but the transaction history

6    is recorded on the blockchain and is publicly available, which

7    makes your anonymity very vulnerable.  Once the interested

8    parties, be it authorities or just interested researchers, have

9    acquired any one of your addresses or transactions, they could

10   easily track your money around the network.

11        "And knowing your transaction history, connecting

12   your Bitcoin addresses to real you is possible because you

13   will, at some point, need to exchange your Bitcoins to or from

14   a fiat currency using a bank account number, a credit card, LR

15   account, or similar service which is much less anonymous than

16   the Bitcoin network.

17        "We are providing a solution for this.  Using our

18   service, you mix up your Bitcoins in our own pool with other

19   user's Bitcoins and get paid back to the other accounts from

20   our mixed pool, which, if properly done, you can eliminate any

21   chance of finding your payments and making it impossible to

22   prove any connection between a deposit or a withdrawal inside

23   our service."

24   Q.  And to summarize, what's your understanding of what is

25   being said in these first three paragraphs?

1    A.   It's stating that this service can help provide anonymity

2    for Bitcoin transactions by making it difficult to follow those

3    transactions across the PoD chain.

4    Q.   And I would like to turn to the second page here.

5         And about two-thirds of the page down is paragraph

6    starting "Another thing."

7         Do you see that?

8    A.   I do.

9    Q.   Could you read that paragraph, please?

10   A.   "Another thing to consider is the amount of the withdrawal.

11   If you transfer 1.382 to us and the next day you withdraw

12   around -- or, approximately 1.38 Bitcoins to another account,

13   those amounts will be visible in the blockchain.  And unless

14   there were ten other people that day that also withdraw just

15   1.38 Bitcoins, the link between your deposit and your

16   withdrawal will be pretty obvious.  You will still have

17   plausible deniability since nobody else has access to our

18   servers and can actually prove that those Bitcoins came from

19   your account, but the link will be found nevertheless."

20   Q.   And then dropping down to the bottom of the page, could you

21   read the paragraph that begins under "Why us?"

22   A.   "Why us?  There have been a couple of similar services

23   before, and as we see it, the problem with most of them was

24   that they were not professional enough, not secure enough, and

25   not taken seriously.  Thus, becoming subjects to easy hacking

1    and other problems." Parenthesis, "Mybitcoin, Blind Bitcoin,

2    et cetera. We on, the other hand, are here for the long."

3    Q. Does it continue on the next page?

4    A. It does.

5    Q. And could you read just the rest of -- the next three full

6    paragraphs, please.

7    A. "Long run. Our team consists of professional secure web

8    application developers with five to ten years experience and we

9    have built the solution from scratch with security being our

10   number one concern. We strive to be a mixing service that just

11   works and does not lose its Bitcoin private keys due to poorly

12   configured backups or because someone hacker-attacks on another

13   site from the same shared hosting or because of any other silly

14   reason."

15   Q. And could you continue, Mr. Price?

16   A. "The service is run on a dedicated server manually

17   configured for this very purpose, which does publicly connected

18   from the internet, not needed if using Tor. Bitcoin daemon is

19   run on another machine and all suspicious activity is monitored

20   and the website shuts down automatically if it even senses it

21   is under attack. It is manually monitored and checked on a

22   daily basis."

23   Q. Please continue for one more paragraph.

24   A. "For security purposes, the service operates through the

25   Tor network only. You can be sure your data is processed

1    securely and only by our server if you use our .onion address.

2    On the other hand, this also makes us feel more secure, knowing

3    that well never be found and dealt with by proper authorities."

4    Parenthesis, "Even if Tor network would be compromised, we have

5    taken all the necessary precautions to still stay hidden.

6         "This is better for you as well.  While a free net

7    service may swear on not cooperating with authorities in case

8    they show up at their homes, we can say with high certainty

9    that not only will we not cooperate with any authorities, the

10   authorities will not actually be able to show up at our

11   doorstep because finding a Tor doorstep has been proven

12   difficult."

13   Q.  And then towards the bottom of that page, do you see a

14   paragraph starting with -- beneath the heading, "Do you keep

15   logs"?

16   A.  Yes.

17   Q.  And could you read that whole paragraph, please?

18   A.  "We keep logs for one week for debugging and trouble-

19   shooting purposes.  After that, they are automatically deleted.

20   All logs are taken care of.  Even the Bitcoin client we use is

21   purged every week, starting with a fresh installation of only

22   the blockchain and importing all the addresses we need at that

23   point automatically, that way if you received a payment from us

24   a month ago, not even the address will be left on our server."

25   Q.  And does this post specify a fee for Bitcoin Fog?

1   A.  It does.

2   Q.  And what is that fee?

3   A.  Between 1 and 3 percent.

4   Q.  And then is there a notation in parenthesis regarding the

5   fee?

6   A.  Yes.

7   Q.  And what does that notation say?

8   A.  It says, "Randomized for obscurity."

9   Q.  And what does "Randomized for obscurity" mean?

10  A.  It means that the fee instead of being fixed, will be

11  randomized by each transaction.

12  Q.  Now, I would like to direct your attention to message

13  number 5 on this thread.  Or post number 5 on this thread.

14  A.  Okay.

15  Q.  Do you see it at the very bottom of that page?

16  A.  I do.

17  Q.  Who is the author of that post?

18  A.  Akemashite Omedetou.

19  Q.  And what is the date of that post?

20  A.  October 27th, 2011.

21  Q.  And how does that date relate to a launch of Bitcoin Fog?

22  A.  It's the same date as the original post announcing the

23  launch.

24  Q.  And if we could turn to the next page.

25          It appears that there's a box at the top of that post.

1    Do you see that box?

2    A.  I do.

3    Q.  And what do you understand that box to -- to mean?

4    A.  That box appears to be a quote of a previous post in this

5    forum thread.

6    Q.  And the way that this post is set up, does -- does there

7    appear to be a dialog involving Akemashite Omedetou?

8    A.  Yes.

9    Q.  And so could you read what's in the box?

10   A.  Inside the box it states, "How could you prove that your

11   service is not a honeypot?  I've always felt that one of the

12   most likely ways to be monitored out wazoo was to sign up for a

13   service which caters to privacy enthusiasts and survives for

14   more than a few weeks."

15   Q.  And then how does Akemashite Omedetou respond?

16       Could you read that first paragraph and then the three

17   bullets points beneath?

18   A.  Yes.

19       "That's a difficult one, isn't it?  If you have any

20   good ideas of how I could prove that Saragus is not run by the

21   government, I would like to hear them.  Everything I have is

22   circumstantial, but here are some points.

23       "The service specifically tries not to collect any

24   extra information about users than what is needed.  Any

25   government-run site would probably use this chance to get as

1    much information about users as they could.

2         They would probably not run the service in Tor

3    network because it is slower than a normal website and for them

4    there would not really be any point.  They would know that they

5    will never be shutdown.  There are a couple of similar services

6    out there that are not running through Tor, so I don't think

7    the community would get suspicious about yet another one.

8         "Right now it doesn't seem like any existing

9    government really has enough knowledge or will to do something

10    like this; play on our terms, so to speak.

11         "All I hear is French banks shutting down Mt. Gox

12    accounts and American senators shitting bricks about how

13    Bitcoin is illegal and so on.  They are not really in the net.

14    For them, Bitcoins are just another Liberty Dollars or Liberty

15    Reserves.  Right now billions of dollars are stolen each year

16    by means of carding, phishing, there are viruses, Trojans and

17    other things for them to really worry about.  Bitcoin just

18    seems too small right now for any authorities to really

19    consider seriously.  They don't seem to care so much about

20    Bitcoins just yet."

21    Q.  Now, Mr. Price, when you accessed Bitcoin Fog on the

22    darknet, did the website, the Tor website provide a way to

23    communicate with the Bitcoin Fog administrator?

24    A.  It did.

25    Q.  And what was that way?

1    A.   There was a message function built into the website.

2    Q.   Now still on this exhibit, I would like to move down to the

3    message or post number 26.

4         Do you see post number 26?

5    A.   I do.

6    Q.   And who is the author of post 26?

7    A.   Akemashite Omedetou.

8    Q.   What is the date of that post?

9    A.   November 10, 2011.

10   Q.   Now, if we scroll to the next page.

11        Down at the very bottom of post 26, could you read the

12   sentence starting "If you feel"?

13   A.   "If you feel this is somehow our fault still, please

14   contact us here or using the soon-to-be-done contact form in

15   the Tor service itself."

16   Q.   Now I would like to direct your attention to post number

17   86.  And do you see post 86?

18   A.   I do.

19   Q.   Is this another post that goes over to the next page?

20   A.   Yes.

21   Q.   What is the -- who is the author of post 86?

22   A.   Akemashite Omedetou.

23   Q.   And what is the date of this post?

24   A.   December 3rd, 2012.

25   Q.   If we could look at the next page here.  Could you read the

1    first block of text starting, "Yes," at the very top of the

2    page?

3    A.  "Yes, the service is operational, alive and well.  We have

4    been handling all the support through the secure contact form

5    on the hidden service, so we haven't been checking this thread.

6    It is nice to see that people haven't forgotten about it."

7    Q.  And then I would like to direct your attention to post

8    number 94.  Do you see post 94?

9    A.  Yes.

10   Q.  And who is the author of post 94?

11   A.  Akemashite Omedetou.

12   Q.  What's the date of this post?

13   A.  August 5th, 2013.

14   Q.  Could you please read that first block of text starting,

15   "We have the support"?

16   A.  "We have the support form on the website, which we have

17   been using for all customer contacts.  We trust that form much

18   more than any other external service, forum or mail server,

19   since that way we don't have another leak in the compromisation

20   chain that could become the weakest.  To access the form, you

21   must be logged in, which usually works, since it's very easy to

22   register.  No other way really to know who the messages are

23   from for a Tor HS."

24   Q.  What is a Tor HS?

25   A.  I believe it's referring to a Tor hidden service.

1    Q.   Now, going back to the very first page of this thread, to

2    that post, can we go back to that, please?

3         Looking at that original post, is there anything to

4    indicate whether this top message has been updated?

5    A.   Yes.

6    Q.   And where is that?  Could you circle it with your finger?

7    A.   It's on the first section of the post, in parenthesis, it

8    says, "Last update:  2013-3-12."

9    Q.   Have you reviewed other versions of this same thread at

10   other points in time?

11   A.   I have.

12   Q.   And do you have an understanding of what may have changed

13   between when this screen grab was captured and other times that

14   you may have reviewed this thread?

15   A.   Yes.

16   Q.   What has changed?

17   A.   The link to the Tor site, the service link, that has

18   changed over time.

19   Q.   And when you accessed Bitcoin Fog yourself, approximately

20   what time period was that?

21   A.   In 2019, fall of 2019.

22   Q.   And did you access it through the same Tor address that's

23   given here?

24   A.   No.

25   Q.   Is it common for Tor addresses to change?

```
1    A.   Yes.

2    Q.   And why is that?

3    A.   Any number of reasons.  Either security reasons, sometimes

4    operators will change the address to make it harder for law

5    enforcement or others to find it, potentially hardware issues,

6    needed to use new servers or hardware.  Any number of reasons.

7    Q.   Now, I would like to direct your attention to Exhibit 2.

8              THE COURTROOM DEPUTY:  What number?  I'm sorry.

9              MR. BROWN:  Exhibit 2, we're not published yet.

10             THE COURTROOM DEPUTY:  Um-hum.

11   BY MR. BROWN:

12   Q.   And, Mr. Price, could you please clear the floatation on

13   the screen?

14   A.   I did.

15   Q.   Sorry.  So I'm showing you Exhibit 2.  Do you recognize

16   this Exhibit?

17   A.   I do.

18   Q.   What do you recognize it to be?

19   A.   This is a screenshot from the web archive of Bitcoin Fog

20   clearnet portal.

21   Q.   And can you tell from looking at Exhibit 2 what date the

22   screenshot was taken?

23   A.   It appears to be a November -- November 7th of 2011.

24   Q.   How does that --

25   A.   I'm sorry for confusion.  Are you asking me the date of the
```

1    archive or the actual screenshot date?

2    Q.  The date of -- the archive was made.

3    A.  That was November 7th of 2011.

4    Q.  And how does November 7th of 2011 relate to the launch date

5    of Bitcoin Fog?

6    A.  It's a little over a week afterwards.

7    Q.  And based on your investigation, is this the earliest

8    screenshot that was archived by archive.org of the website?

9    A.  Yes.

10              MR. BROWN:  The government moves to admit and publish

11    Exhibit 2.

12              THE COURT:  Any objection?

13              MR. EKELAND:  We're going to object on hearsay

14    grounds.

15              THE COURT:  Objection to -- I mean, Exhibit 2 is

16    admitted and may be published to the jury.

17    BY MR. BROWN:

18    Q.  Now, Mr. Price, before we walk through the Exhibit 2, could

19    you explain why you were confused about the date?

20    A.  Yes.  The top left of the exhibit has a date of August

21    29th, 2013.

22    Q.  And what do you understand that date to be?

23    A.  I think that's actually just the date of the file that it

24    might have been saved for this.

25    Q.  And can you indicate with your finger where you see the

1    date of the actual capture by archive.org?

2    A.  It's in the -- right after the web.archive.org.  It's in

3    European date format.

4    Q.  Is that number starting 2011?

5    A.  Yes, starting with 2011/11/07.

6    Q.  Go ahead and clear that publication.

7         Now, starting from the upper left-hand corner of that

8    page, excepting the header that was printed on the document,

9    what do you see in the upper left-hand corner?

10   A.  I see a logo or a graphic that appears to be coins with the

11   Bitcoin logo on them and a cloud with a question mark in the

12   middle and beneath that the words "Bitcoin Talk internet

13   portal."

14   Q.  And this logo, was that the same logo on the Bitcoin Talk

15   thread?

16   A.  It does appear to be, yes.

17   Q.  And so do you see it starts, "Where is the fog?"

18   A.  I do.

19   Q.  And could you read that first line beneath there, if it's

20   large enough, or let us know if you need us to zoom in?

21   A.  Yes.  It says, "To access Bitcoin Fog, you will need Tor.

22   Tor is an open source anonymization network."

23   Q.  And then a couple lines down, could you read what it says

24   when you are done?

25   A.  "When you are done setting up Tor, simply go to this

1    address," and it has a hyperlink below.

2    Q.   And what does that hyperlink show?

3    A.   That hyperlink is a link to the Tor website for Bitcoin

4    Fog.

5    Q.   And then there's a sentence or two beneath that Tor website

6    address.  Could you read that little block of text?

7    A.   Beginning with "The website"?

8    Q.   Yes, please.

9    A.   "The website you are currently browsing is just an

10   information page about how to access the real thing.  Bitcoin

11   Fog is not hosted on the same server and can only be accessed

12   through Tor."

13   Q.   And then beneath that is there a section that starts "What

14   is Bitcoin Fog"?

15   A.   There is.

16   Q.   And could I just ask you to read that first paragraph

17   beneath?

18   A.   "The Bitcoin network might be anonymous in terms of

19   single-handedly revealing your IP address, but the transaction

20   history is recorded in the blockchain and is publicly

21   available, which makes your anonymity very vulnerable.  Once

22   the interested parties, be it authorities or just researchers,

23   have acquired any one of your addresses or transactions, they

24   could easily track your money around the network."

25   Q.   Does it sound familiar to you?

1    A.  It does.

2    Q.  And why does that sound familiar?

3    A.  It is similar, if not identical language to what is used on

4    the Bitcointalk.org post announcing Bitcoin Fog.

5    Q.  And scrolling through this page, I believe there are three

6    pages of the PDF.  If we could just simply walk through.

7         Have you previously had an opportunity to review this

8    exhibit?

9    A.  I have.

10   Q.  And substantively, how can you characterize the text on

11   this page?

12   A.  It's very similar --

13              MR. EKELAND:  Objection, Your Honor.

14              MR. BROWN:  Your Honor, we could have him read the

15   entire page.  Go to the phones.

16              (Bench discussion.)

17              MR. EKELAND:  Your Honor, our concern is, again, the

18   witness is being asked to make characterizations, offer

19   opinions.  He's talking about the Tor browser network and

20   making minor mistakes, and yet -- I mean, asking for the

21   summaries of reading these blocks -- rather than characterizing

22   them, let's have him read the whole thing.  But, like, asking

23   for opinions and summaries of things we think are inappropriate

24   and we object.

25              THE COURT:  I could be wrong, I think all the

1    government is trying to establish is it was the same language

2    that appeared elsewhere, which is making life a little bit

3    easier for everyone by speeding things along.  But I think if

4    you want him to read it, he can read it.  I don't think this is

5    expert by any reach.  The government is just saying -- just

6    searching for the proposition that you have the same language

7    in the other document.  But if you want him to read it, he can

8    do that.

9                MR. EKELAND:  Perhaps the government can just ask the

10   question:  Is this the same language in the other document?

11               THE COURT:  You would object on leading grounds.

12   That's a leading ground.

13               Mr. Brown, I should let you speak to this.

14               MR. BROWN:  Yes, Your Honor.  I mean, that is

15   essentially the issue.  I mean, he's not providing expert

16   testimony by summarizing a document that he has previously

17   reviewed.  We are just trying to speed this up for the jury.

18   But if the defense would prefer, we can have Mr. Price read

19   verbatim the statements by the website author.

20               THE COURT:  Or you can ask the question that

21   Mr. Ekeland just proposed.

22               I am going to ask you, though, to break pretty soon.

23   So find a convenient time to break because we have to talk to a

24   couple jurors, then we have another matter come in.

25               MR. BROWN:  Yes, Your Honor.

```
1                (Open court:)

2                THE COURT:  You may proceed.

3     BY MR. BROWN:

4     Q.  Mr. Price, just looking at that last page there where it

5     says "Fees and Requirements," could you read what it says

6     there?

7     A.  "The service takes 2 percent fee on all deposits.  No other

8     fees are in place.  No complex calculations based on the number

9     of withdrawals or similar.

10               "Minimum withdrawal amount is one Bitcoin.  We do

11    wait for six network confirmations on all deposits to prevent

12    double spending."

13    Q.  And comparing that to the Bitcoin thread, is that different

14    or the same?

15    A.  It's slightly different.

16    Q.  What's different about it?

17    A.  The fee and the minimum withdrawal amounts are different.

18    Q.  Now, setting that aside, that last bit of this -- and,

19    again, have you reviewed this entire exhibit before?

20    A.  Yes, I have.

21    Q.  Substantively, is the text on this exhibit, is it

22    essentially the same as the text in that announcement on

23    Bitcointalk.org?

24    A.  Yes, it is.

25               MR. BROWN:  Your Honor, we can take a break here.
```

1           THE COURT:  So I think we're going to break for the

2    evening now and come back at 9:30 tomorrow.  I'll remind you

3    overnight, don't discuss the case with anybody.  Don't conduct

4    any type of research.

5           There are a couple of jurors who had some scheduling

6    issues, and I'm just going to ask that the deputy clerk ask you

7    to stay back for a minute, just so I can ask you about the

8    scheduling issues.  Otherwise, have a nice evening, and I will

9    see you back here at 9:30 tomorrow.

10          THE COURTROOM DEPUTY:  All rise.

11          (Whereupon the jurors leave the courtroom.)

12          THE COURT:  All right.  You can step down.  I'll just

13   ask you not discuss your testimony with anybody this evening.

14          THE WITNESS:  Yes, Your Honor.

15          THE COURT:  Thank you.

16          (Whereupon, the witness leaves the courtroom.)

17          (Whereupon, juror No. 1 enters the courtroom.)

18          THE COURT:  Hello.  You can sit in the box.

19          The only reason I'm having you sit there is that's

20   where the microphone is.

21          And you -- we have Juror No. 1 here.

22          And you mentioned, I think to the deputy clerk, that

23   you had heard more from your doctor about scheduling of your

24   physical therapy.

25          THE JUROR:  Yeah.  I'm in very active physical

```
 1    therapy.  I had C2-D2 surgery that I'm recovering from and when

 2    I left yesterday, I could barely move.  I was in a lot of pain.

 3              I contacted him first thing this morning and he had

 4    emailed a letter saying that basically this is going to hamper

 5    my healing, that it's no good for me to sit for this long.

 6              THE COURT:  What if we moved you into a seat in the

 7    back and you were able to stand up occasionally, would that

 8    help?

 9              THE JUROR:  Yes and no.  I mean, I can't do the

10    exercises and things.  I mean, I'm not going to sit here and do

11    resistance bands.  I'm very concerned that -- and I don't want

12    to, you know, be part of this and all of a sudden have to say I

13    can't do this.  So that's why I contacted him first thing this

14    morning.

15              THE COURT:  What did he say in his letter?  What did

16    the doctor say?

17              THE JUROR:  Let's see.  Here's my picture -- I can't

18    find it.

19              This is -- just so you have a reference, a picture of

20    what's inside me now.  I have four rods and 16 --

21              THE COURT:  I can tell you're in pain.  You don't

22    have to convince me of that.

23              THE JUROR:  The letter is right here.

24              He stated that I had spinal surgery, C2 to D2,

25    posterior spinal fusion on 10/4.  Estimated six months of
```

1    recovery from this surgery.

2              "An important component of the recovery is regular

3    physical therapy, which patient is currently doing three times

4    per week due to posturer neck spasm and for muscle

5    strengthening.  We would strongly recommend patient continue

6    her formal physical therapy.  If you have questions, please

7    reach out."

8         I also get -- they're called trigger point

9    injections.  I had ten a couple weeks ago, all at once, in my

10   neck and shoulder.

11        THE COURT:  So we talked about this a little bit

12   during the jury selection process.  When is it -- or, is there

13   a way to do your physical therapy?

14        THE JUROR:  I will call them tonight.  Usually I end

15   up -- only because they're so backed up, usually between 11 and

16   2 seems that they do it, and I do it three times a week.

17        THE COURT:  And how far from here is it?

18        THE JUROR:  It's NRH Rehab, and it's -- where is

19   it --

20        THE COURT:  I guess my question is:  Is it something

21   where you could get there and back during the lunch break, or

22   is that not possible?

23        THE JUROR:  Not usually.  And usually by the time I'm

24   done, I am -- I can barely move.

25        THE COURT:  What about possibly at the end of the

1    day?

2              If it would help to get a note from the Court, where

3    I could request they could accommodate you, if possible, at the

4    end of the day.

5              THE JUROR:  I can call them right now to see if I can

6    do that.

7              THE COURT:  And then, also, you mentioned use of the

8    resistance bands.  If you want a place in the courthouse during

9    the breaks where you can go and get a little bit of privacy to

10   do that, we can find a place to do that.

11             THE JUROR:  I very much want to be a part of this.  I

12   just feel scared that I might get to a point from sitting or

13   standing -- plus, it's kind of distracting, I feel, to the

14   Court, that I could be flat out.  I could end up laying on the

15   floor --

16             THE COURT:  Right.  We don't want you --

17             THE JUROR:  -- which I don't want to do.

18             But I can continue on.  If it's okay, I will contact

19   the gentleman I work with and see if he can either do it early

20   in the morning or whenever.  I know they're not open weekends.

21             THE COURT:  Well, if you can just tell them that

22   you're in this trial and the Court has asked if there's any way

23   to try to accommodate you.  And if they want to talk to me, I'm

24   happy to talk to them about it.  But why don't you -- I want to

25   give you the evening and some time to try and figure this out.

```
 1                THE JUROR:  I'll call them.

 2                THE COURT:  Any questions from the lawyers before I

 3      allow Juror 1 to go now?

 4                MR. BROWN:  No, Your Honor.

 5                MR. EKELAND:  No, Your Honor.

 6                THE COURT:  Do you want to go do that now, or do you

 7      want to do that tonight and let us know tomorrow?

 8                THE JUROR:  I'll be here at 9:30.

 9                THE COURT:  Okay.  So we'll just see you at 9:30

10      tomorrow.

11                THE JUROR:  And I can let you know exactly what they

12      have to say.

13                THE COURT:  Wonderful.  And it will give you a little

14      more chance to think about it.  I mean, we would very much like

15      you to be a juror.

16                THE JUROR:  I definitely would.

17                THE COURT:  But we also want to be considerate with

18      your health and what you can do.

19                THE JUROR:  Thank you, Your Honor.  Thank you,

20      everyone.

21                THE COURT:  If I can just ask Glenda maybe to send

22      the other gentleman in.

23                (Juror No. 1 leaves the courtroom.)

24                (Whereupon juror No. 4 enters the courtroom.)

25                THE COURT:  How are you?
```

```
 1              THE JUROR:  Good, Your Honor.
 2              THE COURT:  I'm just having you in the box there so
 3     you're near the microphone.
 4              THE JUROR:  Okay.
 5              THE COURT:  And I think you had a scheduling issue
 6     you wanted to raise with us?
 7              THE JUROR:  Well, I have two issues, Your Honor.  My
 8     uncle passed, and that's the first issue.  The funeral is on
 9     Friday.  This Friday.
10              And the second issue is my granddaughter, who is
11     seven months old, has been identified to have COVID -- COVID
12     virus.  I am the only grandparent or call that they make to
13     support them in Maryland.  So that creates a burden on me.
14              THE COURT:  Let me ask you:  What time is the funeral
15     on Friday?
16              THE JUROR:  The funeral is at 11, but it's a
17     two-and-a-half -- no, it's not.  It's a three-and-a-half-hour
18     drive.
19              THE COURT:  Okay.  And this -- you said it's your
20     uncle?
21              THE JUROR:  Yes.
22              THE COURT:  And --
23              THE JUROR:  The issue it's not just my uncle.  My
24     family, the last name is thinning out in terms of males.  So
25     this uncle is the oldest living uncle, other than my brother.
```

```
1                  THE COURT:  And how important is it to you to be at
2       the funeral?
3                  THE JUROR:  Well, it's important to me and the
4       family.
5                  THE COURT:  All right.  Any follow-up questions?
6                  MR. EKELAND:  No, Your Honor.
7                  MR. BROWN:  No.
8                  THE COURT:  All right.  Well, so let's talk about
9       this more tomorrow.  And I'll see you back here at 9:30.
10                 THE JUROR:  Okay.  Thank you.
11                 (Whereupon juror No. 4 leaves the courtroom.)
12                 THE COURT:  Any thoughts from counsel at this point?
13                 I think that it sounds to me like if we want to keep
14      juror 4, that we're not going to be able to sit on Friday.  And
15      he seems to have other issues.
16                 And with respect to Juror No. 1, I guess we just need
17      to wait and see what she has to say.  It's obviously concerning
18      this early in a month-long case to potentially lose two jurors.
19      And we'll know more tomorrow.
20                 But, Mr. Brown, do you have any preliminary thoughts,
21      at least at this point?
22                 MR. BROWN:  Your Honor, I think with respect to
23      Juror 1, it sounds like the right course is to wait and see.
24      And the government shares the Court's concern about potentially
25      losing one or two jurors on our first day of testimony.
```

1          With respect to Juror Number 4, you know, I will say

2     I think the -- we are moving moderately quickly in the

3     government's case and so I think that if it's a choice between

4     losing Juror No. 4 or not sitting for two and a half hours on

5     Friday, I think our preference would be to not sit on Friday.

6          I think that we can still keep the government's case

7     moving expeditiously.  And then I guess the other issue with

8     his granddaughter, again, is a wait and see.

9          THE COURT:  Yeah.  I guess I can ask him more

10    questions about this.

11         Quite frankly, the vibe I'm getting is more just that

12    he's not entirely happy to be here and that he may have the

13    greater flexibility with his granddaughter.  He -- at this

14    point he hasn't identified back-up care for her.

15         I'm sure he's concerned about -- I would be concerned

16    about an infant having COVID.  But I guess we can explore that

17    more with him as well.

18         Mr. Ekeland, any thoughts?

19         MR. EKELAND:  I think I agree with the government; we

20    can accommodate Juror Number 1 and not sit on Friday and let

21    Juror 4 go to the funeral.

22         THE COURT:  All right.  It sounds to me like

23    tentatively we won't be sitting on Friday, unless when Juror 4

24    comes back tomorrow he's more clear with respect to concern

25    about his granddaughter and other reasons to let him go.

```
 1              I should say, he did raise that with the deputy
 2     clerk -- and I think maybe he raised that with the deputy clerk
 3     first, the granddaughter.  Is that right?
 4              THE COURTROOM DEPUTY:  I'm sorry?
 5              THE COURT:  Did he raise the granddaughter issue with
 6     you first, before he brought the other issues?
 7              THE COURTROOM DEPUTY:  He brought both of them to my
 8     attention at the same time.
 9              THE COURT:  Okay.  And let me ask you this:  Is it
10     okay, rather than bringing people in like this, if I just
11     delegate to the deputy clerk, I think, further conversations
12     with them and she can report back to us on what they're telling
13     us and where they're at?
14              MR. BROWN:  Yes, Your Honor.  I think that would be
15     just fine.
16              THE COURT:  Mr. Ekeland?
17              MR. EKELAND:  The defense is fine with that,
18     Your Honor.
19              THE COURT:  I think it's a little less intrusive for
20     them and I think a little less -- I think it's anxiety-
21     provoking for them to sit in the witness box and answer those
22     types of questions.
23              So for now at least, let's start with her.  Before we
24     let anybody go, we would talk about it and probably call them
25     back in and have more of a conversation.
```

1          Thank you all.  I will see you at 9:30 tomorrow

2     morning.

3                              *   *   *

4

5

6

7          CERTIFICATE OF OFFICIAL COURT REPORTER

8

9     I, JANICE DICKMAN, do hereby certify that the above and

10    foregoing constitutes a true and accurate transcript of my

11    stenographic notes and is a full, true and complete transcript

12    of the proceedings to the best of my ability.

13                         Dated this 14th day of February, 2024

14

15

16              _____

17              Janice E. Dickman, CRR, CMR, CCR
                Official Court Reporter
18              Room 6523
                333 Constitution Avenue, N.W.
19              Washington, D.C.  20001

20

21

22

23

24

25

1                                INDEX

2

   WITNESS:

3

        Matthew Price

4

              Direct Examination By Mr. Brown................... 60

5

6

   EXHIBITS RECEIVED:

7

        Government Exhibit 1................................... 85

8       Government Exhibit 201A............................... 81

        Government Exhibit 301............................... 68

9       Government Exhibit 302............................... 72

10                             *   *   *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,000** [2] - 43:20, 47:13
**$10** [1] - 34:20
**$100** [1] - 5:13
**$125,000** [1] - 24:14
**$13,657** [1] - 48:9
**$13.30** [1] - 43:17
**$16,000** [1] - 52:5
**$2.50** [1] - 74:7
**$20** [3] - 7:6, 7:7
**$220** [1] - 48:20
**$29,374** [1] - 50:4
**$3,843** [1] - 49:5
**$314.25** [1] - 45:11
**$400** [2] - 4:22, 26:7
**$434.33** [1] - 47:5
**$44,000** [1] - 52:6
**$48,000** [1] - 36:4
**$5.28** [1] - 43:8
**$546,510.91** [1] - 25:23
**$754.22** [1] - 44:22
**$80** [1] - 19:2
**$800,000** [1] - 25:10

## 0

**0.024** [1] - 73:20
**0.031** [1] - 73:18

## 1

**1** [24] - 5:12, 16:15, 17:13, 17:20, 27:10, 36:25, 39:9, 39:13, 48:8, 49:5, 73:24, 84:3, 84:15, 85:5, 85:7, 91:3, 104:17, 104:21, 108:3, 108:23, 110:16, 110:23, 111:20, 114:7
**1.38** [2] - 88:12, 88:15
**1.382** [1] - 88:11
**1.8** [4] - 6:7, 23:25, 48:15, 48:16
**10** [1] - 94:9
**10/4** [1] - 105:25
**100** [1] - 40:11
**10005** [1] - 1:22
**10th** [2] - 23:4, 84:9
**11** [2] - 106:15, 109:16
**11th** [1] - 73:9
**13** [1] - 1:6
**1301** [1] - 1:18
**14th** [1] - 113:13
**15** [1] - 26:1
**16** [1] - 105:20
**18** [1] - 36:9
**19th** [1] - 17:19

**1:00** [1] - 1:6
**1:57** [1] - 73:10
**1st** [12] - 36:1, 36:3, 37:19, 43:7, 43:16, 44:21, 45:10, 47:4, 49:16, 50:4, 52:5, 52:6

## 2

**2** [16] - 16:16, 17:14, 17:21, 28:18, 29:18, 39:14, 40:1, 97:7, 97:9, 97:15, 97:21, 98:11, 98:15, 98:18, 103:7, 106:16
**2.50** [1] - 74:6
**20-something** [1] - 43:12
**20001** [1] - 113:19
**20005** [1] - 1:19
**2001** [1] - 37:19
**2002** [1] - 33:19
**2008** [2] - 34:3, 34:10
**2009** [5] - 10:24, 34:12, 34:15, 34:23, 35:25
**2010** [8] - 23:25, 36:1, 36:3, 36:6, 36:9, 37:4, 37:17, 43:20
**2010s** [1] - 10:15
**2011** [28] - 5:18, 8:25, 14:6, 15:23, 16:22, 17:11, 17:19, 18:17, 20:3, 22:21, 22:22, 23:4, 28:13, 37:21, 39:1, 40:14, 41:11, 42:17, 43:4, 43:20, 82:20, 86:3, 91:20, 94:9, 97:23, 98:3, 98:4, 99:4
**2011/11/07** [1] - 99:5
**2012** [3] - 43:7, 43:14, 94:24
**2013** [5] - 43:16, 44:1, 44:19, 95:13, 98:21
**2013-3-12** [1] - 96:8
**2014** [5] - 44:21, 45:6, 45:8, 46:19, 84:9
**2015** [7] - 21:23, 45:10, 45:23, 46:7, 46:8, 46:13
**2016** [2] - 24:17, 47:4
**2017** [6] - 47:13, 47:19, 47:20, 48:2, 53:10, 59:23
**2018** [2] - 48:8, 48:24
**2019** [6] - 49:5, 49:11, 73:9, 81:7, 96:21
**201A** [3] - 81:8, 81:19, 81:22

**201A.........................**
**.....** [1] - 114:8
**2020** [4] - 23:25, 28:15, 49:16, 49:17
**2021** [9] - 5:18, 20:23, 22:13, 28:14, 29:8, 32:14, 50:4, 57:11, 62:22
**2023** [1] - 52:5
**2024** [2] - 1:6, 113:13
**20530** [2] - 1:14, 1:16
**21-cr-399** [1] - 1:3
**22** [1] - 37:17
**25** [1] - 68:10
**26** [6] - 32:14, 57:11, 94:3, 94:4, 94:6, 94:11
**26th** [1] - 51:10
**27th** [6] - 8:25, 20:3, 20:23, 51:11, 86:3, 91:20
**29th** [4] - 16:7, 17:5, 82:20, 98:21
**2:01** [1] - 31:11
**2:10** [1] - 31:1
**2:18** [1] - 31:11
**2:58** [1] - 54:25
**2nd** [1] - 20:5

## 3

**3** [11] - 5:12, 16:16, 17:15, 17:23, 18:10, 29:4, 29:22, 39:15, 40:2, 51:15, 91:3
**30** [3] - 1:22, 37:20, 43:8
**301** [7] - 66:16, 67:14, 67:24, 68:1, 68:3, 68:6, 70:6
**301............................**
**...** [1] - 114:8
**302** [4] - 72:4, 72:15, 72:19, 72:21
**302............................**
**...** [1] - 114:9
**303** [4] - 77:16, 77:25, 78:6, 78:7
**30s** [2] - 49:7, 49:8
**333** [1] - 113:18
**34pqqk** [3] - 73:20, 74:14, 74:21
**36** [1] - 68:10
**3:03** [1] - 54:25
**3rd** [2] - 17:11, 94:24

## 4

**4** [8] - 30:2, 108:24, 110:11, 110:14, 111:1, 111:4, 111:21, 111:23

## 5

**5** [3] - 74:6, 91:13
**5.1527** [1] - 1:13
**50** [2] - 50:11, 73:25
**50-cent** [1] - 73:25
**5N30V32UI** [1] - 19:22
**5th** [2] - 47:19, 95:13

## 6

**60** [1] - 114:4
**601** [1] - 1:13
**615** [2] - 2:6, 2:7
**6523** [1] - 113:18
**68** [1] - 114:8

## 7

**7,200** [1] - 49:16
**715** [1] - 24:14
**72** [1] - 114:9
**7th** [4] - 18:17, 97:23, 98:3, 98:4

## 8

**81** [1] - 114:8
**85** [1] - 114:7
**86** [3] - 94:17, 94:21
**8th** [1] - 1:22

## 9

**9** [1] - 36:3
**90** [1] - 41:20
**94** [3] - 95:8, 95:10
**95** [1] - 24:16
**950** [1] - 1:16
**97** [1] - 5:13
**97341870** [1] - 17:25
**98** [1] - 5:13
**99** [1] - 5:13
**9:30** [6] - 104:2, 104:9, 108:8, 108:9, 110:9, 113:1

## A

**ability** [2] - 81:1, 113:12
**able** [17] - 5:23, 7:16, 9:21, 14:4, 19:18, 21:18, 22:7, 22:8, 29:2, 30:13, 30:14, 30:17, 52:24, 64:10, 90:10, 105:7, 110:14
**Abraxas** [1] - 46:13
**absolutely** [1] - 42:11
**abuse** [4] - 4:18, 5:9,

23:9, 79:23
**accept** [1] - 78:6
**acceptable** [1] - 53:21
**access** [13] - 6:11,
6:14, 21:4, 21:6, 77:15,
79:13, 79:16, 81:25,
88:17, 95:20, 96:22,
99:21, 100:10
  **accessed** [5] - 82:4,
86:4, 93:21, 96:19,
100:11
  **accessible** [2] - 71:14,
83:14
  **accommodate** [3] -
107:3, 107:23, 111:20
  **according** [1] - 19:24
  **Account** [6] - 26:1,
36:25, 39:9, 39:14,
39:15, 40:1
  **account** [38] - 7:23,
15:18, 16:6, 16:8,
17:14, 17:16, 17:21,
17:24, 17:25, 18:3,
18:8, 18:11, 18:15,
18:16, 18:18, 18:19,
18:20, 18:23, 19:10,
21:14, 23:1, 24:13,
24:15, 25:8, 25:12,
25:17, 36:19, 36:24,
39:24, 42:10, 42:17,
44:11, 46:21, 46:23,
87:14, 87:15, 88:12,
88:19
  **accountant** [2] -
23:23, 62:14
  **accountants** [1] -
61:14
  **accounting** [1] - 61:17
  **accounts** [28] - 15:19,
17:6, 18:5, 18:9, 19:9,
19:11, 19:12, 21:4,
21:7, 23:23, 24:7, 25:9,
25:12, 36:21, 37:15,
39:24, 40:4, 40:5,
41:12, 43:11, 46:16,
46:22, 47:1, 87:19,
93:12
  **accumulated** [1] -
49:9
  **accurate** [2] - 83:18,
113:10
  **accurately** [3] - 73:1,
81:15, 83:23
  **accusing** [1] - 47:1
  **acquire** [1] - 20:4
  **acquired** [2] - 87:9,
100:23
  **act** [2] - 15:8, 21:14
  **Act** [4] - 13:2, 13:3,
30:3, 36:22

**action** [1] - 53:25
**Action** [1] - 1:3
**active** [3] - 16:21,
43:5, 104:25
  **activities** [3] - 12:3,
25:4, 30:15
  **activity** [15] - 4:7,
4:12, 12:21, 13:7,
13:12, 21:19, 26:10,
26:13, 27:17, 28:8,
28:20, 30:1, 43:6, 80:4,
89:19
  **actors** [1] - 11:20
  **acts** [1] - 27:13
  **actual** [4] - 40:15,
51:14, 98:1, 99:1
  **ad** [2] - 35:13, 39:5
  **added** [1] - 5:12
  **addition** [1] - 14:8
  **additional** [2] - 12:10,
69:21
  **address** [65] - 8:3,
11:2, 11:6, 11:7, 11:8,
11:15, 11:16, 11:19,
11:24, 11:25, 12:6,
14:17, 14:18, 15:8,
15:11, 16:3, 17:10,
21:17, 32:24, 34:21,
34:23, 34:24, 35:1,
39:16, 39:19, 39:21,
40:5, 40:8, 40:25, 41:1,
41:2, 41:23, 41:25,
45:18, 58:20, 66:7,
66:12, 66:13, 67:18,
67:19, 68:8, 68:11,
68:19, 68:21, 70:3,
73:17, 74:14, 74:15,
74:18, 74:20, 74:21,
80:23, 84:22, 84:25,
87:5, 90:1, 90:24,
96:22, 97:4, 100:1,
100:6, 100:19
  **addresses** [34] -
11:10, 11:11, 11:12,
11:17, 14:24, 15:24,
15:25, 16:1, 17:8, 18:2,
19:17, 21:3, 21:4, 21:6,
23:17, 24:8, 33:3,
34:19, 35:21, 39:13,
39:20, 40:12, 68:24,
70:21, 73:19, 73:22,
73:24, 74:17, 87:9,
87:12, 90:22, 96:25,
100:23
  **administrative** [1] -
21:14
  **administrator** [2] -
8:5, 93:23
  **administrators** [1] -
27:13

**admissible** [1] - 67:8
**admit** [5] - 67:7, 67:9,
81:18, 84:14, 98:10
  **admitted** [12] - 48:18,
60:10, 68:1, 68:3,
72:19, 72:21, 78:11,
78:13, 81:22, 85:5,
85:7, 98:16
  **admitting** [1] - 67:24
  **advance** [2] - 58:23,
58:24
  **advertise** [1] - 80:20
  **advertised** [3] - 4:9,
9:2, 42:21
  **advertising** [2] -
33:25, 34:1
  **affairs** [2] - 16:2,
30:12
  **afternoon** [1] - 60:23
  **afterwards** [1] - 98:6
  **Agency** [1] - 62:17
  **agency** [2] - 21:2,
29:21
  **agent** [10] - 7:24, 8:10,
28:21, 29:2, 54:11,
54:14, 54:20, 54:21,
61:22, 77:6
  **Agent** [3] - 2:21,
76:22, 87:2
  **agents** [8] - 7:3, 10:3,
55:10, 55:24, 61:4,
61:13, 63:14
  **ago** [3] - 8:7, 90:24,
106:9
  **Agora** [3] - 4:25, 8:14,
46:8
  **agree** [1] - 111:19
  **agreed** [1] - 64:5
  **agreement** [3] - 27:12,
27:19, 49:22
  **ahead** [2] - 8:19, 99:6
  **aim** [1] - 27:15
  **airline** [1] - 50:20
  **airport** [2] - 41:13,
58:2
  **Airport** [2] - 32:15,
57:12
  **Akemahite** [1] - 9:4
  **Akemashite** [19] -
18:24, 19:25, 20:16,
22:4, 22:6, 40:18,
40:23, 40:24, 45:22,
85:3, 85:19, 85:20,
86:8, 91:18, 92:7,
92:15, 94:7, 94:22,
95:11
  **alias** [5] - 15:19, 18:9,
18:11, 20:8, 21:7
  **alive** [1] - 95:3
  **allow** [3] - 56:5, 58:25,

108:3
  **allowed** [3] - 4:4,
16:23, 63:18
  **allowing** [1] - 59:12
  **allows** [3] - 25:7,
65:15, 71:22
  **almost** [10] - 5:18,
12:7, 24:15, 36:20,
47:13, 52:13, 75:3,
80:8, 80:9, 81:3
  **AlphaBay** [2] - 4:25,
47:19
  **alter** [2] - 19:25, 20:16
  **alterego** [3] - 9:3,
21:7, 22:4
  **Amendment** [4] -
55:11, 57:23, 59:1,
59:13
  **America** [1] - 1:3
  **American** [1] - 93:12
  **amount** [3] - 22:25,
88:10, 103:10
  **amounts** [3] - 70:22,
88:13, 103:17
  **ample** [1] - 75:14
  **analogous** [1] - 63:23
  **analogy** [1] - 78:18
  **analysis** [6] - 21:2,
21:10, 23:15, 23:16,
41:2, 63:5
  **analyst** [2] - 23:12,
63:1
  **analysts** [1] - 22:18
  **analyzes** [1] - 23:13
  **Angeles** [2] - 32:15,
57:11
  **Announce** [1] - 85:25
  **announced** [5] - 8:24,
22:6, 82:21, 82:23,
82:24
  **announcement** [2] -
9:1, 103:22
  **announcing** [3] - 84:7,
91:22, 101:4
  **anonymity** [6] - 12:1,
21:15, 80:14, 87:7,
88:1, 100:21
  **anonymization** [3] -
86:1, 86:15, 99:22
  **anonymous** [4] - 5:19,
87:4, 87:15, 100:18
  **answer** [4] - 32:12,
57:8, 76:6, 112:21
  **anti** [1] - 13:13
  **anti-money** [1] - 13:13
  **anxiety** [1] - 112:20
  **apologies** [1] - 3:20
  **apologize** [2] - 2:6,
73:7
  **app** [1] - 25:21

**appear** [5] - 60:10, 67:17, 86:8, 92:7, 99:16
**appeared** [1] - 102:2
**appellate** [1] - 58:25
**application** [1] - 89:8
**applied** [1] - 69:24
**applying** [1] - 61:16
**appreciate** [1] - 43:21
**appreciated** [1] - 49:9
**approach** [1] - 54:20
**approached** [1] - 58:2
**approaching** [1] - 64:18
**approximate** [1] - 36:2
**April** [6] - 20:23, 29:8, 32:14, 51:10, 57:11, 84:9
**Archive** [1] - 83:11
**archive** [4] - 84:6, 97:19, 98:1, 98:2
**archive.org** [7] - 83:1, 83:3, 83:4, 83:17, 84:12, 98:8, 99:1
**archived** [2] - 84:8, 98:8
**archived.org** [1] - 84:23
**Archives** [1] - 83:5
**area** [1] - 65:25
**areas** [2] - 61:15, 65:2
**arguably** [1] - 34:5
**argue** [1] - 46:12
**arguing** [1] - 39:23
**arranged** [1] - 66:14
**array** [1] - 21:15
**arrest** [11] - 20:22, 28:13, 29:8, 48:2, 51:13, 51:23, 56:18, 58:9, 59:2, 59:4
**arrested** [19] - 16:5, 21:11, 22:13, 25:6, 25:20, 28:17, 32:14, 41:12, 47:12, 48:16, 50:17, 51:9, 51:10, 51:21, 55:10, 55:19, 56:2, 57:11, 58:2
**arresting** [2] - 50:18, 55:24
**arrow** [1] - 73:17
**articles** [1] - 79:7
**aside** [1] - 103:18
**asserted** [1] - 59:17
**asserting** [1] - 59:13
**assigned** [3] - 14:18, 63:13, 63:14
**associate** [2] - 23:24, 40:1
**associated** [2] - 35:21, 70:25

**assumption** [1] - 41:8
**assumptions** [1] - 35:18
**ATM** [3] - 65:23, 66:6, 66:7
**ATMs** [1] - 65:25
**attack** [2] - 42:1, 89:21
**attacks** [1] - 89:12
**attempt** [1] - 73:6
**attempting** [2] - 21:13, 64:4
**attention** [6] - 84:2, 91:12, 94:16, 95:7, 97:7, 112:8
**attorneys** [1] - 46:12
**attribute** [2] - 35:24, 39:8
**attributing** [1] - 40:20
**attribution** [3] - 35:16, 35:17, 40:24
**August** [4] - 44:1, 45:6, 95:13, 98:20
**AurumXChange** [5] - 18:11, 18:12, 18:13, 19:12, 38:21
**authenticity** [1] - 84:23
**author** [8] - 85:18, 85:19, 86:5, 91:17, 94:6, 94:21, 95:10, 102:19
**authorities** [21] - 4:10, 4:15, 6:3, 7:15, 8:10, 8:24, 9:7, 9:14, 9:19, 9:20, 12:16, 22:13, 49:18, 87:8, 90:3, 90:7, 90:9, 90:10, 93:18, 100:22
**authority** [1] - 56:20
**authorize** [2] - 68:21, 69:14
**automated** [1] - 65:23
**automatically** [3] - 89:20, 90:19, 90:23
**available** [4] - 79:25, 84:11, 87:6, 100:21
**Avalon** [1] - 79:22
**Avenue** [3] - 1:16, 1:18, 113:18
**avoid** [3] - 8:9, 8:24, 13:17

## B

**back-up** [1] - 111:14
**backed** [2] - 63:21, 106:15
**background** [1] - 63:20
**backgrounds** [1] -

61:14
**backup** [2] - 50:15, 69:25
**backups** [1] - 89:12
**bag** [1] - 7:6
**balance** [1] - 73:18
**balancing** [1] - 73:13
**bands** [2] - 105:11, 107:8
**bank** [8] - 6:25, 7:2, 7:9, 10:22, 16:15, 73:13, 87:14
**Bank** [4] - 13:1, 13:2, 36:22, 46:7
**Banking** [1] - 29:16
**banks** [4] - 13:3, 13:9, 16:20, 93:11
**bar** [2] - 31:24, 37:6
**barely** [2] - 105:2, 106:24
**based** [21] - 10:12, 16:25, 20:17, 26:20, 28:19, 35:18, 36:2, 39:16, 39:20, 40:25, 63:12, 63:13, 64:22, 76:10, 79:25, 82:19, 83:17, 84:10, 85:16, 98:7, 103:8
**basic** [5] - 13:8, 64:19, 66:10, 75:16, 75:19
**basics** [1] - 75:13
**basis** [2] - 59:8, 89:22
**bathroom** [1] - 30:24
**become** [2] - 50:19, 95:20
**becomes** [1] - 36:15
**becoming** [1] - 88:25
**BEFORE** [1] - 1:9
**beforehand** [1] - 50:23
**began** [2] - 15:22, 62:14
**begin** [4] - 6:10, 72:23, 81:5, 85:2
**beginning** [6] - 6:2, 8:22, 10:24, 20:21, 73:20, 100:7
**begins** [3] - 14:6, 14:7, 88:21
**behalf** [2] - 29:10, 48:19
**behind** [4] - 5:15, 11:23, 47:2, 79:12
**belongs** [1] - 16:4
**below** [3] - 78:23, 79:9, 100:1
**bench** [4] - 64:2, 65:8, 74:25, 101:16
**beneath** [9] - 86:16, 86:19, 90:14, 92:17, 99:12, 99:19, 100:5,

100:13, 100:17
**beside** [1] - 49:8
**best** [3] - 32:23, 35:14, 113:12
**better** [2] - 36:15, 90:6
**between** [17] - 9:11, 23:6, 23:20, 23:25, 24:1, 36:13, 39:20, 47:8, 49:22, 51:1, 87:22, 88:15, 91:3, 96:13, 106:15, 111:3
**beyond** [2] - 33:13, 52:19
**big** [3] - 37:21, 55:13, 56:5
**bill** [4] - 7:7, 10:6, 12:7, 73:24
**billions** [1] - 93:15
**bills** [5] - 7:1, 7:2, 7:6, 7:8
**Binance** [1] - 24:9
**Bing** [1] - 15:4
**birth** [1] - 34:10
**Bisbee** [4] - 22:19, 23:12, 23:16, 35:23
**bit** [14] - 5:25, 10:1, 10:16, 48:10, 50:2, 56:4, 56:6, 63:20, 70:12, 81:1, 102:2, 103:18, 106:11, 107:9
**Bitcoin** [340] - 3:14, 3:15, 3:22, 3:23, 4:3, 4:7, 4:9, 4:11, 4:16, 4:22, 5:4, 5:5, 5:8, 5:10, 5:11, 5:15, 5:16, 5:17, 5:25, 6:1, 6:6, 6:8, 6:10, 6:11, 6:12, 6:17, 6:18, 6:19, 6:20, 6:22, 6:24, 7:10, 7:11, 7:12, 7:16, 7:19, 7:23, 8:3, 8:4, 8:6, 8:9, 8:11, 8:16, 8:18, 8:23, 8:24, 9:2, 9:6, 9:9, 9:10, 9:12, 10:2, 10:6, 10:7, 10:8, 10:10, 10:11, 10:12, 10:14, 10:15, 10:17, 10:21, 10:23, 10:24, 11:2, 11:5, 11:6, 11:8, 11:10, 11:11, 11:12, 11:13, 11:15, 11:16, 12:1, 12:2, 12:9, 12:15, 12:17, 12:22, 13:19, 13:20, 14:6, 14:8, 15:9, 15:11, 15:20, 16:22, 16:23, 17:15, 17:20, 17:22, 17:24, 18:12, 19:14, 19:19, 19:21, 19:23, 19:24, 19:25, 20:1, 20:3, 20:5, 20:6, 20:10,

20:15, 20:17, 20:21, 21:20, 21:23, 22:11, 22:21, 22:24, 23:3, 23:4, 23:5, 23:7, 23:11, 23:17, 23:19, 23:20, 23:25, 24:6, 24:11, 24:12, 24:14, 24:15, 24:16, 25:11, 25:17, 25:18, 25:22, 26:2, 26:4, 26:6, 26:12, 26:13, 26:18, 26:23, 27:1, 27:24, 28:7, 28:12, 28:15, 28:22, 28:25, 29:3, 29:7, 31:19, 31:20, 31:23, 31:24, 32:1, 32:2, 32:6, 32:16, 34:7, 34:8, 34:11, 34:14, 34:17, 34:19, 34:20, 34:22, 34:24, 34:25, 35:6, 35:10, 35:25, 36:3, 36:5, 36:7, 36:9, 36:14, 36:16, 36:17, 37:5, 37:6, 37:8, 37:9, 37:12, 37:19, 37:20, 37:23, 38:3, 38:18, 38:20, 41:10, 41:17, 41:18, 41:24, 42:7, 42:8, 42:9, 42:10, 42:12, 42:20, 42:25, 43:1, 43:5, 43:7, 43:15, 43:16, 43:21, 43:25, 44:19, 44:20, 44:21, 44:22, 44:23, 45:1, 45:5, 45:10, 45:21, 46:6, 46:20, 46:21, 47:4, 47:13, 48:6, 48:8, 48:11, 48:21, 49:5, 49:9, 49:15, 49:16, 50:1, 50:3, 50:4, 50:6, 51:19, 51:21, 52:1, 52:2, 52:3, 52:5, 52:7, 61:5, 63:8, 63:16, 63:17, 63:19, 63:20, 63:21, 64:12, 64:14, 65:11, 65:12, 65:17, 65:19, 66:7, 66:8, 66:12, 66:13, 66:15, 67:18, 67:19, 68:7, 68:11, 68:16, 68:22, 68:24, 69:10, 69:13, 69:18, 70:2, 70:15, 70:25, 71:2, 71:3, 71:12, 71:22, 73:2, 73:9, 73:17, 73:18, 73:19, 73:21, 73:23, 74:1, 75:19, 76:21, 80:8, 80:10, 80:25, 81:5, 81:12, 81:25, 82:4, 82:9, 82:19, 84:7, 85:15, 85:25, 86:1, 86:6,

86:15, 87:4, 87:12, 87:16, 88:2, 89:1, 89:11, 89:18, 90:20, 90:25, 91:21, 93:13, 93:17, 93:21, 93:23, 96:19, 97:19, 98:5, 99:11, 99:12, 99:14, 99:21, 100:3, 100:10, 100:14, 100:18, 101:4, 103:10, 103:13
    **Bitcoin's** [1] - 34:12
    **bitcoinfog** [1] - 87:1
    **bitcoinfog.com** [7] - 14:11, 15:8, 15:23, 18:21, 18:22, 21:8, 22:23
    **Bitcoins** [9] - 16:16, 87:13, 87:18, 87:19, 88:12, 88:15, 88:18, 93:14, 93:20
    **Bitcointalk** [3] - 40:17, 42:18, 42:22
    **bitcointalk** [5] - 20:7, 20:18, 42:11, 85:16
    **Bitcointalk.org** [2] - 101:4, 103:23
    **bitcointalk.org** [5] - 9:3, 82:15, 82:25, 84:7, 85:14
    **Bitfinex** [1] - 24:9
    **Bitstamp** [4] - 24:13, 24:17, 24:24, 25:4
    **bitstamp** [1] - 24:18
    **Black** [1] - 46:7
    **Blind** [4] - 20:5, 20:6, 20:17, 89:1
    **blind** [2] - 42:20, 42:25
    **block** [5] - 32:21, 35:7, 95:1, 95:14, 100:6
    **blockchain** [47] - 10:20, 11:14, 11:21, 11:23, 12:5, 12:17, 22:17, 23:12, 23:13, 23:15, 26:3, 32:19, 32:24, 34:24, 35:1, 35:10, 35:22, 52:8, 63:1, 63:5, 63:23, 64:8, 70:11, 70:12, 70:13, 70:14, 71:5, 71:7, 71:10, 71:14, 71:17, 71:19, 71:20, 71:22, 71:24, 72:10, 72:24, 73:9, 74:22, 75:13, 75:19, 77:3, 87:6, 88:13, 90:22, 100:20
    **blockchain.com** [1] - 72:1
    **blockchain.info** [1] - 72:1
    **blocks** [2] - 4:2,

101:21
    **book** [4] - 55:23, 56:13, 56:14
    **books** [1] - 44:6
    **Border** [1] - 58:8
    **born** [1] - 51:6
    **bothered** [8] - 32:11, 32:13, 56:11, 57:9, 57:10, 57:17
    **bottom** [7] - 82:11, 82:13, 86:22, 88:20, 90:13, 91:15, 94:11
    **bought** [1] - 44:11
    **box** [9] - 91:25, 92:1, 92:3, 92:4, 92:9, 92:10, 104:18, 109:2, 112:21
    **break** [12] - 30:23, 31:1, 52:12, 52:13, 52:21, 54:7, 70:12, 102:22, 102:23, 103:25, 104:1, 106:21
    **breaks** [1] - 107:9
    **bricks** [1] - 93:12
    **bring** [3] - 31:12, 55:12, 55:20
    **bringing** [3] - 48:18, 55:9, 112:10
    **brings** [1] - 54:22
    **Brooklyn** [1] - 1:22
    **brother** [1] - 109:25
    **brought** [2] - 112:6, 112:7
    **Brown** [1] - 1:12
    **BROWN** [66] - 2:2, 2:4, 2:14, 2:18, 2:21, 3:4, 3:6, 3:11, 3:13, 3:21, 53:2, 53:15, 53:22, 54:9, 54:24, 55:6, 57:1, 57:13, 57:21, 58:6, 59:3, 59:15, 60:17, 60:22, 60:25, 64:10, 65:7, 65:10, 66:16, 67:13, 67:22, 68:4, 70:6, 70:7, 72:15, 72:22, 75:15, 76:13, 76:15, 77:24, 78:4, 78:15, 79:1, 79:3, 79:17, 79:18, 81:18, 81:24, 82:17, 82:18, 84:14, 84:22, 85:8, 97:9, 97:11, 98:10, 98:17, 101:14, 102:14, 102:25, 103:3, 103:25, 108:4, 110:7, 110:22, 112:14
    **brown** [11] - 3:2, 3:20, 32:20, 34:18, 35:19, 36:21, 50:16, 55:5, 75:3, 102:13, 110:20
    **Brown**.................. [1] -

114:4
    **browser** [7] - 6:12, 6:14, 6:15, 21:12, 38:8, 74:11, 101:19
    **Browser** [2] - 6:15, 6:16
    **browsing** [1] - 100:9
    **BTSE** [1] - 24:9
    **bucket** [1] - 54:15
    **built** [3] - 69:25, 89:9, 94:1
    **bullets** [1] - 92:17
    **bunch** [4] - 7:12, 33:1, 41:12, 51:17
    **burden** [6] - 33:8, 33:11, 33:12, 33:17, 52:18, 109:13
    **business** [18] - 22:15, 25:14, 25:17, 29:5, 29:9, 29:11, 29:14, 29:19, 29:23, 30:4, 45:12, 45:21, 46:23, 47:17, 65:15, 83:21, 84:21
    **businesses** [1] - 13:13
    **buy** [12] - 7:2, 10:13, 15:13, 34:14, 36:3, 36:17, 38:18, 44:4, 65:16, 65:17, 65:18, 65:19
    **buyers** [4] - 4:17, 5:2, 5:6, 27:25
    **buying** [4] - 27:14, 37:12, 44:22, 80:15
    **BY** [17] - 60:22, 60:25, 65:10, 67:13, 68:4, 70:7, 72:22, 76:15, 78:15, 79:3, 79:18, 81:24, 82:18, 85:8, 97:11, 98:17, 103:3

**C**

    **C2** [1] - 105:24
    **C2-D2** [1] - 105:1
    **calculations** [1] - 103:8
    **California** [1] - 50:21
    **capture** [3] - 83:18, 84:11, 99:1
    **captured** [2] - 83:24, 96:13
    **captures** [1] - 83:23
    **card** [3] - 16:14, 19:4, 87:14
    **carding** [2] - 79:23, 93:16
    **cards** [1] - 36:13
    **care** [7] - 9:25, 54:21, 56:24, 58:22, 90:20,

93:19, 111:14
**career** [4] - 62:14, 62:23, 64:13, 64:14
**carry** [1] - 16:2
**carrying** [3] - 16:6, 25:19, 25:22
**case** [43] - 2:2, 3:13, 3:21, 6:9, 10:4, 13:23, 21:19, 22:8, 27:6, 27:8, 28:21, 29:15, 30:9, 30:19, 31:3, 31:18, 32:9, 32:19, 33:13, 33:16, 35:13, 36:10, 37:21, 38:1, 41:6, 49:3, 52:25, 54:6, 60:6, 60:7, 60:11, 61:4, 63:13, 63:15, 64:5, 66:22, 68:9, 68:10, 90:7, 104:3, 110:18, 111:3, 111:6
**cases** [1] - 67:5
**cash** [6] - 12:11, 12:22, 13:7, 44:24, 63:24, 66:6
**Cash** [1] - 34:7
**cat** [1] - 8:2
**catching** [1] - 44:20
**caters** [1] - 92:13
**Catherine** [1] - 1:15
**catherine.pelker@usdoj.gov** [1] - 1:17
**caught** [1] - 51:21
**CBP** [1] - 58:8
**CCR** [1] - 113:17
**cell** [2] - 51:22, 69:4
**center** [1] - 62:9
**Central** [1] - 62:17
**centralized** [1] - 63:22
**cents** [6] - 6:23, 10:16, 36:3, 37:20, 43:8, 73:25
**certain** [6] - 4:1, 10:13, 13:4, 21:4, 38:25, 53:4
**certainly** [2] - 57:16, 57:19
**certainty** [2] - 9:19, 90:8
**CERTIFICATE** [1] - 113:7
**certifications** [1] - 64:7
**certified** [3] - 43:18, 48:13, 84:21
**certify** [1] - 113:9
**cetera** [1] - 89:2
**chain** [7] - 23:16, 35:3, 35:7, 37:9, 73:23, 88:3, 95:20
**Chainanalysis** [6] -

22:19, 23:14, 35:19, 35:22, 41:20
**chance** [7] - 4:10, 26:15, 27:6, 56:6, 87:21, 92:25, 108:14
**change** [4] - 73:25, 74:2, 96:25, 97:4
**changed** [3] - 96:12, 96:16, 96:18
**characteristics** [1] - 14:23
**characterizations** [1] - 101:18
**characterize** [1] - 101:10
**characterizing** [1] - 101:21
**characters** [2] - 68:10, 81:2
**charge** [1] - 27:24
**charged** [2] - 5:12, 11:19
**charges** [12] - 6:9, 27:8, 27:10, 27:11, 28:18, 29:4, 29:13, 29:18, 29:22, 30:2, 46:10
**cheap** [1] - 37:20
**check** [5] - 11:7, 16:14, 19:4, 73:13, 80:16
**checked** [2] - 36:4, 89:21
**checking** [1] - 95:5
**child** [8] - 4:18, 5:9, 23:9, 49:1, 52:17, 79:22
**choice** [1] - 111:3
**chose** [2] - 16:14, 19:4
**Christopher** [1] - 1:12
**christopher.brown6@usdoj.gov** [1] - 1:14
**chronological** [1] - 13:24
**CI** [6] - 61:13, 61:19, 61:21, 62:12, 62:19, 62:21
**CID** [1] - 64:13
**circle** [2] - 73:7, 96:6
**Circle** [1] - 24:9
**circumstances** [1] - 27:22
**circumstantial** [1] - 92:22
**cite** [1] - 42:12
**claiming** [2] - 39:15, 40:13
**clarification** [1] - 74:8
**clarified** [1] - 53:17
**clarify** [2] - 53:9, 59:21

**clean** [2] - 8:12, 22:16
**cleaning** [1] - 28:25
**clear** [8] - 2:7, 8:8, 8:25, 15:23, 77:5, 97:12, 99:6, 111:24
**clearnet** [13] - 14:11, 14:12, 15:6, 15:10, 19:19, 19:20, 19:23, 38:6, 38:7, 40:14, 40:15, 82:14, 97:20
**clerk** [9] - 3:8, 3:18, 31:7, 74:6, 104:6, 104:22, 112:2, 112:11
**click** [2] - 15:12, 19:22
**client** [2] - 56:11, 90:20
**close** [8] - 21:5, 40:4, 56:3, 57:14, 70:6, 77:4, 79:17, 82:17
**closely** [2] - 30:8, 44:5
**cloud** [1] - 99:11
**clue** [1] - 12:12
**cluster** [1] - 23:19
**clusters** [2] - 23:17, 23:18
**CMR** [1] - 113:17
**co** [1] - 47:6
**co-conspirator** [1] - 47:6
**coat** [3] - 7:3, 7:8, 7:9
**cocaine** [2] - 5:2, 80:15
**code** [3] - 42:22, 42:23, 43:1
**codes** [3] - 38:20, 38:22, 50:15
**coffee** [1] - 74:5
**coin** [1] - 10:16
**Coinbase** [1] - 34:13
**coincide** [1] - 22:10
**coins** [6] - 6:19, 7:12, 7:13, 8:12, 28:25, 99:10
**cold** [1] - 69:22
**collect** [3] - 9:14, 17:2, 92:23
**collecting** [1] - 43:25
**collection** [2] - 13:8, 34:18
**Columbia** [1] - 7:21
**COLUMBIA** [1] - 1:1
**com** [2] - 15:14, 81:3
**combines** [1] - 77:2
**coming** [2] - 14:2, 34:12
**comingle** [1] - 7:11
**commerce** [1] - 12:8
**commercial** [1] - 50:20
**commit** [1] - 27:12

**committing** [1] - 12:3
**common** [7] - 30:11, 38:16, 65:22, 71:18, 71:24, 96:25
**commonly** [4] - 69:12, 74:19, 78:18, 79:6
**communicate** [2] - 8:5, 93:23
**communicated** [1] - 28:21
**Communication** [1] - 37:11
**communication** [1] - 47:8
**communications** [1] - 8:4
**community** [1] - 93:7
**companies** [1] - 23:14
**company** [13] - 15:14, 21:22, 21:25, 22:19, 23:13, 33:25, 35:20, 36:9, 37:11, 41:20, 46:1, 79:12, 83:4
**comparing** [1] - 103:13
**competitors** [1] - 47:18
**complaining** [1] - 21:23
**complete** [2] - 29:2, 113:11
**completed** [1] - 17:17
**complex** [1] - 103:8
**complicated** [4] - 17:23, 23:1, 33:1, 34:9
**component** [1] - 106:2
**compromisation** [1] - 95:19
**compromised** [1] - 90:4
**computer** [14] - 11:4, 11:9, 14:19, 19:16, 20:24, 20:25, 21:9, 32:5, 33:23, 34:1, 50:14, 51:16, 69:3, 74:12
**computers** [6] - 10:10, 14:16, 33:22, 50:13, 51:14, 71:12
**computing** [1] - 71:13
**conceal** [2] - 4:13, 5:7, 27:15
**concept** [1] - 10:19
**concern** [7] - 28:16, 58:16, 58:20, 89:10, 101:17, 110:24, 111:24
**concerned** [8] - 49:6, 50:5, 59:10, 59:11, 64:3, 105:11, 111:15
**concerning** [1] -

110:17
**conclude** [1] - 67:8
**concludes** [1] - 65:8
**conclusion** [1] - 58:8
**conduct** [2] - 31:4, 104:3
**conducted** [1] - 76:20
**conference** [2] - 64:2, 65:8
**configured** [2] - 89:12, 89:17
**confirmations** [1] - 103:11
**confront** [1] - 57:22
**confused** [3] - 19:1, 45:6, 98:19
**confusing** [2] - 13:2, 52:9
**confusion** [1] - 97:25
**connected** [2] - 69:23, 89:17
**connecting** [2] - 14:19, 87:11
**connection** [2] - 9:11, 87:22
**consider** [4] - 60:2, 60:14, 88:10, 93:19
**considerate** [1] - 108:17
**considered** [2] - 53:7, 58:23
**consistent** [2] - 21:19, 30:19
**consists** [1] - 89:7
**consolidated** [1] - 46:20
**conspiracy** [8] - 27:11, 27:12, 27:15, 27:18, 27:20, 28:9, 28:11, 44:15
**conspirator** [1] - 47:6
**conspire** [1] - 47:9
**constitutes** [1] - 113:10
**Constitution** [1] - 113:18
**construed** [1] - 53:10
**contact** [8] - 43:3, 44:10, 44:14, 49:11, 94:14, 95:4, 107:18
**contacted** [2] - 105:3, 105:13
**contacts** [1] - 95:17
**contain** [1] - 32:20
**contained** [2] - 15:10, 70:18
**contains** [4] - 32:21, 70:20, 85:11
**contested** [2] - 64:19, 64:21

**continue** [6] - 79:4, 89:3, 89:15, 89:23, 106:5, 107:18
**continued** [1] - 29:7
**continuing** [3] - 28:10, 29:6, 30:5
**continuous** [1] - 59:4
**control** [3] - 35:6, 40:5, 68:20
**controls** [2] - 34:25
**controversial** [1] - 75:16
**convenient** [2] - 54:23, 102:23
**conversation** [2] - 66:23, 112:25
**conversations** [1] - 112:11
**convert** [3] - 16:16, 39:1, 39:3
**converted** [4] - 17:14, 17:22, 18:12, 18:13
**converting** [1] - 15:19
**convince** [1] - 105:22
**convinced** [1] - 56:12
**convoluted** [2] - 16:15, 40:2
**cooperate** [2] - 9:20, 90:9
**cooperating** [2] - 48:17, 90:7
**cooperation** [1] - 49:21
**copies** [5] - 83:5, 83:7, 83:9, 83:11, 83:12
**Copo** [1] - 37:11
**copy** [1] - 17:7
**Core** [1] - 19:22
**corner** [2] - 99:7, 99:9
**corroborated** [1] - 26:11
**corroborating** [1] - 48:22
**Costa** [1] - 16:25
**counsel** [2] - 57:24, 110:12
**Count** [1] - 30:2
**count** [4] - 27:10, 27:11, 28:18, 29:4
**countries** [1] - 49:22
**counts** [1] - 30:20
**County** [1] - 62:16
**couple** [8] - 31:7, 66:22, 88:22, 93:5, 99:23, 102:24, 104:5, 106:9
**course** [5] - 12:17, 13:15, 81:13, 83:21, 110:23
**Court** [13] - 1:25, 2:8,

53:5, 54:12, 54:16, 57:14, 64:1, 75:19, 75:23, 107:2, 107:14, 107:22, 113:17
**COURT** [98] - 1:1, 2:3, 2:10, 2:16, 2:19, 2:23, 3:2, 3:5, 3:7, 3:12, 3:16, 30:21, 30:25, 31:7, 31:12, 31:16, 52:11, 52:13, 52:21, 53:12, 53:14, 53:18, 54:2, 54:4, 54:17, 55:1, 55:3, 55:5, 56:1, 57:5, 57:8, 57:20, 58:1, 58:15, 59:5, 59:16, 59:20, 60:24, 64:16, 65:9, 66:21, 67:24, 68:1, 72:17, 72:19, 76:1, 77:25, 78:2, 78:6, 79:2, 81:20, 81:22, 84:16, 84:18, 85:5, 98:12, 98:15, 101:25, 102:11, 102:20, 103:2, 104:1, 104:12, 104:15, 104:18, 105:6, 105:15, 105:21, 106:11, 106:17, 106:20, 106:25, 107:7, 107:16, 107:21, 108:2, 108:6, 108:9, 108:13, 108:17, 108:21, 108:25, 109:2, 109:5, 109:14, 109:19, 109:22, 110:1, 110:5, 110:8, 110:12, 111:9, 111:22, 112:5, 112:9, 112:16, 112:19, 113:7
**court** [2] - 76:14, 103:1
**Court's** [1] - 110:24
**courthouse** [1] - 107:8
**courtroom** [14] - 2:9, 2:24, 30:13, 31:6, 31:13, 53:1, 55:4, 59:17, 104:11, 104:16, 104:17, 108:23, 108:24, 110:11
**COURTROOM** [11] - 2:25, 3:9, 31:14, 55:2, 59:18, 66:18, 97:8, 97:10, 104:10, 112:4, 112:7
**cover** [1] - 4:19
**COVID** [6] - 50:24, 51:3, 109:11, 111:16
**CPA** [2] - 43:18, 48:14
**crazy** [2] - 41:11, 44:20
**CRC** [1] - 1:25
**create** [3] - 11:9, 13:11, 83:11

**created** [8] - 9:6, 14:9, 15:6, 16:7, 18:3, 19:19, 20:15, 74:2
**creates** [1] - 109:13
**creation** [3] - 6:6, 14:8, 20:15
**creator** [1] - 20:6
**credit** [3] - 16:14, 19:4, 87:14
**crime** [3] - 28:10, 28:11, 52:19
**crimes** [7] - 13:25, 28:5, 61:22, 61:24, 61:25, 62:2, 62:10
**Criminal** [2] - 1:3, 7:20
**criminal** [12] - 12:3, 12:12, 12:21, 13:5, 27:18, 27:20, 29:25, 47:2, 61:10, 61:11, 62:10, 80:3
**criminals** [5] - 8:23, 12:19, 13:10, 13:14, 13:15
**CRM** [1] - 1:18
**CRR** [2] - 1:25, 113:17
**cruises** [1] - 48:1
**crypto** [4] - 24:8, 24:13, 25:8, 69:15
**cryptocurrencies** [1] - 65:16
**cryptocurrency** [18] - 10:8, 24:19, 61:16, 61:18, 61:25, 62:4, 62:11, 65:13, 65:14, 65:15, 65:23, 65:25, 68:16, 69:12, 80:8, 80:10, 80:13, 80:14
**Cryptocurrency** [1] - 62:24
**cryptography** [1] - 34:9
**crystal** [1] - 8:25
**cup** [1] - 74:5
**curative** [1] - 53:8
**currencies** [4] - 10:11, 16:24, 63:19, 64:12
**currency** [9] - 6:18, 10:8, 15:20, 16:21, 16:25, 17:1, 25:11, 63:17, 87:14
**custodial** [2] - 69:6, 69:10
**custody** [1] - 54:12
**customer** [5] - 13:5, 13:8, 17:2, 69:10, 95:17
**Customer** [1] - 13:9
**customers** [3] - 28:3, 63:18, 65:16
**customize** [1] - 81:1

**Customs** [1] - 58:8
**cyber** [5] - 61:22, 61:23, 62:10, 64:13, 77:6

# D

**D.C** [3] - 29:15, 32:5, 113:19
**D2** [1] - 105:24
**daemon** [1] - 89:18
**daily** [1] - 89:22
**dark** [10] - 6:13, 6:14, 14:21, 38:4, 77:13, 79:14, 79:15, 79:19, 80:16, 81:25
**darknet** [41] - 6:13, 8:13, 8:21, 9:13, 14:9, 14:13, 14:22, 15:10, 15:12, 19:22, 23:7, 23:21, 26:9, 26:20, 27:14, 27:25, 44:3, 44:16, 44:18, 45:7, 45:9, 46:8, 47:6, 47:8, 63:18, 77:7, 77:11, 77:12, 77:13, 78:17, 79:21, 79:23, 79:25, 80:1, 80:5, 80:19, 80:22, 82:4, 86:4, 93:22
**darknet-based** [1] - 79:25
**data** [7] - 21:18, 22:14, 23:13, 71:21, 72:2, 73:2, 89:25
**date** [22] - 83:7, 83:18, 83:24, 84:8, 86:2, 91:19, 91:21, 91:22, 94:8, 94:23, 95:12, 97:21, 97:25, 98:1, 98:2, 98:4, 98:19, 98:20, 98:22, 98:23, 99:1, 99:3
**Dated** [1] - 113:13
**days** [2] - 14:2, 17:11
**DC** [7] - 1:5, 1:14, 1:16, 1:19, 29:16, 30:3, 65:25
**de** [4] - 20:25, 39:17, 40:6, 41:3
**deal** [3] - 27:24, 55:13, 56:6
**dealer** [1] - 8:11
**dealers** [4] - 4:17, 26:18, 26:19, 26:22
**dealing** [3] - 12:20, 13:9, 22:11
**dealt** [4] - 4:15, 9:18, 49:4, 90:3
**debugging** [1] - 90:18

**December** [2] - 22:4, 94:24
**decide** [1] - 76:4
**decided** [1] - 46:19
**decides** [3] - 44:25, 50:19, 51:24
**declined** [1] - 20:14
**dedicated** [1] - 89:16
**deep** [2] - 78:24, 79:10
**Defendant** [2] - 1:7, 1:20
**defendant** [57] - 8:23, 9:3, 9:6, 9:23, 14:9, 15:6, 15:18, 15:22, 16:2, 16:5, 17:4, 17:5, 17:11, 17:17, 17:19, 17:21, 17:24, 20:4, 20:5, 20:7, 20:20, 21:12, 21:13, 21:16, 21:21, 21:25, 22:2, 22:12, 22:24, 23:24, 24:6, 24:13, 24:19, 24:23, 25:6, 25:24, 27:10, 27:11, 27:24, 28:2, 28:4, 28:6, 28:14, 28:18, 28:22, 28:23, 28:24, 29:4, 29:13, 29:18, 29:22, 29:24, 30:2, 30:15, 30:19, 55:4
**defendant's** [20] - 13:25, 15:24, 18:7, 19:23, 19:25, 20:16, 21:5, 21:10, 22:4, 22:9, 22:14, 24:2, 24:5, 24:18, 25:9, 25:11, 25:12, 25:19, 27:5, 29:8
**defense** [8] - 2:19, 32:7, 33:10, 55:7, 55:13, 84:23, 102:18, 112:17
**Defense** [1] - 62:15
**defense's** [1] - 75:6
**define** [2] - 66:10, 77:12
**defining** [2] - 75:16, 75:18
**definitely** [2] - 58:20, 108:16
**definitively** [3] - 35:10, 39:8, 39:12
**delaying** [1] - 24:25
**delegate** [1] - 112:11
**deleted** [1] - 90:19
**deliberate** [1] - 78:11
**deliberations** [2] - 60:3, 78:14
**demand** [2] - 8:18, 10:12

**demonstrate** [1] - 27:5
**demonstrative** [5] - 78:3, 78:7, 78:8, 79:2, 79:6
**demonstratives** [1] - 78:12
**deniability** [1] - 88:17
**department** [1] - 36:22
**Department** [3] - 29:15, 62:15, 62:16
**depict** [1] - 81:15
**deposit** [6] - 9:11, 28:23, 38:15, 66:7, 87:22, 88:15
**deposited** [3] - 17:13, 17:21, 24:14
**deposits** [5] - 23:25, 24:18, 77:1, 103:7, 103:11
**DEPUTY** [11] - 2:25, 3:9, 31:14, 55:2, 59:18, 66:18, 97:8, 97:10, 104:10, 112:4, 112:7
**deputy** [6] - 31:7, 104:6, 104:22, 112:1, 112:2, 112:11
**derived** [1] - 29:24
**describe** [1] - 68:5
**design** [2] - 4:8, 8:22
**designation** [1] - 66:15
**designed** [5] - 4:3, 5:19, 6:1, 12:15, 26:15
**desirable** [1] - 12:2
**detained** [1] - 58:3
**detention** [1] - 58:4
**determine** [2] - 21:18, 27:7
**develop** [2] - 77:7, 77:9
**developers** [1] - 89:8
**devices** [9] - 21:10, 21:12, 24:24, 41:13, 41:14, 47:11, 49:2, 51:14, 51:22
**dialog** [1] - 92:7
**diary** [3] - 50:14, 51:15, 51:18
**DICKMAN** [1] - 113:9
**Dickman** [2] - 1:25, 113:17
**died** [1] - 47:15
**different** [17] - 7:7, 7:8, 7:13, 15:25, 16:20, 29:12, 56:18, 68:25, 69:2, 69:5, 69:25, 80:3, 82:7, 103:13, 103:15, 103:16, 103:17
**differs** [1] - 78:17
**difficult** [6] - 9:22,

52:9, 77:2, 88:2, 90:12, 92:19
**digital** [4] - 4:19, 50:12, 63:23, 64:11
**Direct** [1] - 114:4
**DIRECT** [1] - 60:21
**direct** [7] - 26:6, 75:5, 84:2, 91:12, 94:16, 95:7, 97:7
**direction** [1] - 54:13
**directly** [5] - 19:21, 26:16, 30:2, 49:2, 51:20
**DISB** [2] - 29:16, 30:5
**discuss** [7] - 9:10, 20:11, 31:3, 52:25, 66:25, 104:3, 104:13
**discussed** [1] - 58:24
**discussing** [1] - 67:1
**discussion** [2] - 74:25, 101:16
**display** [1] - 73:1
**displayed** [1] - 67:10
**dispute** [3] - 38:14, 50:23, 51:1
**disputed** [1] - 65:3
**distinction** [1] - 57:4
**distracting** [1] - 107:13
**distributed** [4] - 5:9, 70:14, 70:16, 71:11
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [1] - 7:21
**divided** [2] - 6:22, 6:23
**Division** [2] - 7:20, 39:24
**DNS** [3] - 37:24, 40:3, 43:10
**doc** [1] - 17:13
**doctor** [2] - 104:23, 105:16
**document** [10] - 16:7, 16:9, 16:12, 19:14, 85:10, 99:8, 102:7, 102:10, 102:16
**documents** [3] - 27:3, 27:4, 51:17
**DOJ** [3] - 1:13, 1:15, 1:18
**DoJ** [1] - 32:5
**DOJ-CRM** [1] - 1:18
**DOJ-USAO** [1] - 1:13
**dollar** [6] - 6:23, 7:1, 10:6, 10:9, 12:7, 65:17
**dollars** [19] - 4:24, 5:13, 6:21, 8:21, 10:17, 15:21, 16:16, 17:1, 18:12, 18:14, 25:10, 25:23, 26:8, 26:25,

38:24, 39:1, 93:15
**Dollars** [1] - 93:14
**domain** [11] - 15:14, 15:23, 16:13, 17:12, 17:20, 37:24, 38:1, 38:3, 38:6, 40:14
**done** [10] - 19:3, 52:13, 53:23, 53:24, 58:22, 87:20, 94:14, 99:24, 99:25, 106:24
**door** [3] - 55:7, 55:9, 55:22, 56:13, 57:15
**doorstep** [4] - 9:21, 9:22, 90:11
**double** [1] - 103:12
**doubt** [3] - 33:13, 52:19, 58:21
**down** [32] - 4:1, 4:6, 17:3, 30:6, 30:15, 35:4, 44:1, 44:2, 44:18, 45:8, 45:11, 46:7, 46:8, 46:13, 47:5, 47:19, 49:5, 50:7, 52:5, 53:17, 64:17, 70:12, 86:22, 88:5, 88:20, 89:20, 93:11, 94:2, 94:11, 99:23, 104:12
**download** [1] - 6:15
**dozens** [1] - 11:9
**drawing** [1] - 57:4
**Dream** [1] - 8:15
**drew** [1] - 73:16
**drive** [4] - 22:14, 35:5, 109:18
**Drive** [1] - 16:8
**driver's** [2] - 36:24, 39:9
**drives** [2] - 22:13, 22:16
**dropped** [1] - 45:10
**dropping** [2] - 86:22, 88:20
**drug** [20] - 4:17, 4:24, 5:2, 5:4, 5:5, 5:7, 8:11, 8:13, 12:20, 26:9, 26:18, 26:19, 26:22, 26:25, 27:15, 27:16, 27:25, 28:24
**drugs** [8] - 5:1, 8:13, 8:14, 23:7, 26:19, 26:22, 27:14, 44:4
**drunk** [1] - 31:24
**dry** [3] - 17:12, 17:17, 17:23
**due** [3] - 22:5, 89:11, 106:4
**duly** [1] - 60:19
**Duncan** [3] - 42:14, 42:20, 43:1
**duration** [1] - 28:11

**during** [13] - 4:21, 7:18, 19:8, 36:4, 48:6, 55:6, 62:6, 76:20, 78:13, 81:13, 106:12, 106:21, 107:8

## E

**e-mail** [1] - 15:24
**earliest** [2] - 84:11, 98:7
**early** [8] - 5:22, 10:15, 36:19, 42:4, 49:8, 81:7, 107:19, 110:18
**earned** [1] - 8:12
**Earned** [1] - 26:1
**ease** [1] - 74:19
**easier** [1] - 102:3
**easiest** [1] - 51:4
**easily** [4] - 9:8, 78:21, 87:10, 100:24
**easy** [4] - 7:22, 15:8, 88:25, 95:21
**eBay** [1] - 5:1
**economy** [1] - 5:5
**effect** [2] - 58:11, 58:12
**effort** [1] - 5:16
**ego** [2] - 19:25, 20:16
**either** [4] - 29:24, 84:21, 97:3, 107:19
**Ekeland** [13] - 1:20, 1:21, 30:22, 31:16, 53:2, 53:12, 54:2, 59:22, 65:3, 76:3, 102:21, 111:18, 112:16
**EKELAND** [26] - 2:20, 2:22, 30:23, 31:17, 52:14, 53:13, 54:3, 55:18, 63:25, 64:3, 67:25, 72:18, 74:23, 75:1, 78:1, 81:21, 84:17, 84:19, 98:13, 101:13, 101:17, 102:9, 108:5, 110:6, 111:19, 112:17
**Ekeland's** [1] - 57:2
**elaborate** [2] - 4:12, 5:20
**elapsed** [1] - 58:1
**Electronic** [1] - 34:7
**electronic** [2] - 6:18, 21:10
**element** [1] - 33:13, 52:18
**elicit** [1] - 55:16
**eliminate** [1] - 87:20
**Elizabeth** [1] - 22:19
**Elliptic** [1] - 63:7
**elsewhere** [1] - 102:2

**email** [16] - 8:2, 15:25, 17:8, 17:9, 18:2, 18:19, 18:23, 24:8, 37:2, 39:24, 40:25, 41:1, 41:5, 43:2, 50:17, 50:18
**Email** [6] - 1:14, 1:17, 1:19, 1:23, 1:23, 1:25
**emailed** [1] - 105:4
**emails** [1] - 19:9
**employed** [4] - 23:13, 61:7, 62:12, 62:19
**enable** [1] - 7:14
**enabled** [1] - 5:5
**enabling** [1] - 13:10
**encountered** [1] - 71:25
**encrypted** [1] - 41:16
**encryption** [3] - 68:17, 68:18, 69:24
**end** [13] - 14:3, 15:23, 21:18, 22:8, 27:6, 30:13, 31:9, 45:23, 81:3, 106:14, 106:25, 107:4, 107:14
**ending** [1] - 15:1
**enforcement** [11] - 5:22, 6:6, 6:25, 13:12, 17:3, 21:2, 28:20, 30:14, 49:23, 62:9, 97:5
**Enforcement** [1] - 49:20
**engage** [1] - 12:20
**engaged** [1] - 26:9
**engagement** [1] - 63:4
**engaging** [2] - 27:11, 30:3
**engines** [2] - 15:4, 78:21
**English** [1] - 58:12
**enter** [4] - 2:24, 31:13, 59:17, 82:9
**enters** [3] - 55:4, 104:17, 108:24
**enthusiasts** [1] - 92:13
**entire** [7] - 13:25, 28:11, 44:14, 74:18, 85:9, 101:15, 103:19
**entirely** [1] - 111:12
**entity** [2] - 23:18, 44:16
**entries** [1] - 10:24
**entry** [1] - 70:23
**erase** [1] - 7:13
**error** [1] - 58:18
**especially** [1] - 5:22
**ESPN.com** [1] - 15:2
**essentially** [5] - 59:4,

**68:17, 71:3, 102:15, 103:22
**establish** [4] - 75:6, 75:25, 76:8, 102:1
**estimated** [1] - 105:25
**et** [1] - 89:2
**Ethereum** [1] - 65:18
**euro** [1] - 65:17
**European** [1] - 99:3
**euros** [6] - 15:20, 16:16, 17:13, 17:14, 17:21, 17:22
**evaluate** [1] - 27:7
**evening** [4] - 104:2, 104:8, 104:13, 107:25
**event** [1] - 59:4
**eventually** [5] - 16:5, 17:2, 23:3, 46:2, 46:4
**evidence** [35] - 6:5, 13:22, 13:23, 20:20, 26:6, 28:2, 28:14, 30:8, 30:16, 30:19, 31:18, 33:16, 41:9, 43:14, 46:5, 48:22, 49:3, 51:25, 53:7, 53:10, 53:25, 54:6, 56:14, 59:25, 60:5, 60:7, 60:9, 60:13, 60:14, 67:4, 67:5, 78:7
**exact** [1] - 48:21
**exactly** [5] - 19:18, 28:3, 56:12, 57:3, 108:11
**EXAMINATION** [1] - 60:21
**Examination** [1] - 114:4
**examined** [1] - 60:20
**examiner** [2] - 43:18, 48:14
**example** [4] - 24:12, 65:17, 71:22, 80:15
**Excel** [2] - 70:20, 73:13
**excepting** [1] - 99:8
**exchange** [18] - 5:10, 12:11, 16:23, 24:13, 24:21, 25:9, 36:12, 36:13, 36:23, 65:13, 65:14, 65:15, 69:12, 69:15, 80:25, 87:13
**Exchange** [5] - 16:17, 16:19, 16:23, 17:16, 62:24
**exchanges** [5] - 16:19, 16:21, 24:8, 34:13, 36:16
**exchanging** [1] - 37:9
**excited** [1] - 37:13
**exclusively** [3] - 75:3,

80:8, 80:9
**excuse** [2] - 68:9, 80:6
**execute** [1] - 41:5
**exercises** [1] - 105:10
**exhaustive** [1] - 34:9
**Exhibit** [26] - 66:16, 67:14, 68:3, 68:6, 70:6, 72:4, 72:21, 77:16, 77:25, 81:8, 81:19, 84:3, 84:15, 85:7, 97:7, 97:9, 97:15, 97:16, 97:21, 98:11, 98:15, 98:18, 114:7, 114:8, 114:8, 114:9
**exhibit** [21] - 14:1, 67:7, 67:9, 67:15, 77:4, 77:17, 77:19, 77:21, 78:3, 78:16, 79:17, 81:9, 81:11, 82:6, 82:17, 85:5, 94:2, 98:20, 101:8, 103:19, 103:21
**exhibits** [6] - 21:21, 54:11, 54:12, 54:14, 67:5, 78:11
**EXHIBITS** [1] - 114:6
**existed** [1] - 14:9
**existence** [3] - 59:24, 83:10
**existing** [2] - 20:4, 93:8
**exists** [1] - 10:6
**expect** [1] - 81:4
**expeditiously** [1] - 111:7
**experience** [10] - 62:3, 62:6, 62:11, 62:13, 64:11, 64:22, 75:17, 76:10, 76:12, 89:8
**experienced** [1] - 3:24
**expert** [13] - 2:13, 39:16, 43:17, 64:4, 64:23, 75:3, 75:8, 75:11, 75:14, 76:9, 76:11, 102:5, 102:15
**expertise** [1] - 61:15
**experts** [9] - 10:3, 32:23, 35:13, 35:15, 39:6, 39:7, 40:22, 41:20, 64:5
**explain** [13] - 5:25, 21:2, 21:15, 22:23, 32:23, 35:14, 39:22, 55:15, 68:15, 72:23, 75:12, 78:16, 98:19
**explained** [1] - 9:6
**explore** [1] - 111:16
**explorer** [4] - 71:19, 71:20, 72:10, 72:24
**explorers** [1] - 71:24

**extent** [1] - 65:4
**external** [1] - 95:18
**extra** [1] - 92:24
**extracted** [1] - 41:14
**eyes** [1] - 4:1
**eyewitness** [2] - 31:22, 32:7
**eyewitnesses** [3] - 32:3, 32:18, 52:4

---

**F**

---

**facilitated** [1] - 26:25
**facilitating** [1] - 4:12
**fact** [14] - 2:13, 2:14, 4:21, 11:8, 12:23, 53:3, 53:15, 55:9, 55:15, 57:24, 64:8, 64:14, 64:21, 75:10
**facts** [3] - 27:7, 30:8, 46:12
**failure** [1] - 22:6
**fairly** [3] - 73:1, 81:15, 83:23
**fall** [2] - 62:22, 96:21
**familiar** [15] - 37:25, 45:16, 63:8, 64:15, 67:15, 76:16, 76:19, 76:22, 76:23, 77:19, 78:21, 79:9, 83:1, 100:25, 101:2
**familiarity** [2] - 77:7, 77:9
**family** [2] - 109:24, 110:4
**famous** [1] - 34:5
**fancy** [1] - 33:4
**far** [5] - 64:16, 64:17, 67:3, 75:7, 106:17
**fascinated** [1] - 36:8
**fascinating** [1] - 33:18
**fault** [1] - 94:13
**FBI** [4] - 7:20, 21:1, 22:18, 54:11
**feature** [2] - 73:6, 81:2
**features** [4] - 69:18, 69:20, 69:25, 82:7
**February** [2] - 1:6, 113:13
**federal** [4] - 21:1, 29:19, 29:20, 62:8
**fee** [12] - 5:12, 11:19, 11:20, 70:25, 71:2, 71:5, 90:25, 91:2, 91:5, 91:10, 103:7, 103:17
**feed** [1] - 86:25
**Fees** [1] - 103:5
**fees** [4] - 18:21, 27:24, 48:12, 103:8
**felons** [1] - 48:18

**felt** [1] - 92:11
**fentanyl** [1] - 5:2
**few** [3] - 10:16, 22:24, 92:14
**fiat** [1] - 87:14
**fictitious** [1] - 19:24
**fields** [1] - 82:12
**Fifth** [4] - 55:11, 57:23, 59:1, 59:13
**figure** [3] - 7:1, 27:21, 107:25
**file** [1] - 98:23
**files** [1] - 24:23
**filling** [1] - 7:25
**finally** [7] - 9:23, 18:10, 22:7, 26:17, 30:2, 44:25, 51:23
**finance** [1] - 34:6
**financial** [8] - 12:19, 13:4, 13:17, 48:14, 61:13, 61:14, 61:17, 62:1
**FinCEN** [1] - 29:21
**fine** [7] - 54:6, 57:4, 57:5, 64:17, 65:6, 112:15, 112:17
**finger** [2] - 96:6, 98:25
**finish** [1] - 59:6
**firm** [1] - 63:2
**first** [49] - 2:2, 5:25, 10:5, 14:24, 22:20, 23:5, 30:8, 33:7, 36:16, 37:6, 38:14, 46:21, 52:22, 54:8, 54:11, 55:17, 58:6, 59:21, 60:15, 60:19, 61:2, 67:6, 73:20, 74:20, 81:2, 81:5, 84:25, 85:17, 85:18, 85:23, 86:12, 86:22, 87:3, 87:25, 92:16, 95:1, 95:14, 96:1, 96:7, 99:19, 100:16, 105:3, 105:13, 109:8, 110:25, 112:3, 112:6
**fit** [2] - 14:4, 27:7
**five** [4] - 34:20, 62:17, 74:6, 89:8
**fixed** [1] - 91:10
**flat** [1] - 107:14
**flexibility** [1] - 111:13
**flight** [1] - 50:20
**flip** [1] - 3:18
**floatation** [1] - 97:12
**Floor** [1] - 1:22
**floor** [1] - 107:15
**flow** [4] - 23:6, 23:10, 23:20, 77:3
**flows** [1] - 7:16
**fluctuated** [2] - 6:19,

10:17
**fog** [8] - 4:14, 5:21, 19:8, 19:22, 25:4, 30:14, 47:2, 99:17
**Fog** [148] - 3:14, 3:15, 3:22, 3:23, 4:3, 4:7, 4:9, 4:11, 4:16, 4:22, 5:4, 5:5, 5:8, 5:11, 5:15, 5:16, 5:17, 5:25, 6:1, 6:6, 6:8, 6:10, 6:11, 6:12, 6:17, 6:18, 6:24, 7:10, 7:11, 7:12, 7:19, 7:23, 8:3, 8:4, 8:6, 8:11, 8:16, 8:18, 8:23, 8:24, 9:2, 9:6, 9:10, 9:12, 12:15, 13:19, 13:20, 14:6, 14:8, 15:9, 15:11, 17:20, 19:14, 19:19, 19:22, 19:25, 20:1, 20:3, 20:15, 20:21, 21:20, 21:23, 22:11, 22:21, 22:24, 23:4, 23:5, 23:7, 23:11, 23:19, 23:20, 24:12, 24:16, 25:17, 26:5, 26:7, 26:12, 26:13, 26:18, 26:23, 27:1, 27:24, 28:7, 28:12, 28:15, 29:3, 29:7, 31:19, 31:20, 31:23, 31:24, 32:1, 32:2, 32:6, 32:16, 37:23, 38:3, 41:10, 41:17, 41:18, 42:8, 42:9, 42:10, 42:25, 43:15, 46:6, 46:21, 48:6, 48:11, 49:15, 50:1, 50:3, 51:19, 51:21, 52:1, 52:2, 52:3, 61:5, 63:9, 63:16, 63:17, 76:21, 81:6, 81:12, 81:25, 82:4, 82:9, 82:19, 84:7, 85:15, 85:25, 86:6, 90:25, 91:21, 93:21, 93:23, 96:19, 97:19, 98:5, 99:21, 100:4, 100:11, 100:14, 101:4
**Fog's** [4] - 8:9, 19:24, 28:22, 28:25
**foggy** [1] - 3:24
**follow** [7] - 3:25, 4:6, 12:5, 30:10, 77:3, 88:2, 110:5
**follow-up** [1] - 110:5
**followed** [1] - 6:7
**following** [3] - 12:7, 16:15, 67:4
**follows** [2] - 60:20, 64:2

**Food** [1] - 66:3
**FOR** [1] - 1:1
**foregoing** [1] - 113:10
**forensic** [5] - 21:13,
23:22, 61:14, 61:16,
62:14
**forgotten** [1] - 95:6
**form** [8] - 24:6, 28:7,
29:20, 94:14, 95:4,
95:16, 95:17, 95:20
**formal** [2] - 27:19,
106:6
**format** [1] - 99:3
**forth** [1] - 24:2
**forum** [8] - 9:2, 12:12,
20:7, 20:19, 82:24,
85:14, 92:5, 95:18
**forums** [2] - 79:23,
80:3
**forward** [4] - 3:18,
7:12, 75:23, 78:10
**foundation** [2] - 65:1,
67:7
**foundational** [2] -
75:20, 75:24
**four** [5] - 17:11, 44:24,
81:2, 82:13, 105:20
**frame** [1] - 76:11
**framed** [1] - 76:5
**frankly** [1] - 111:11
**fraud** [2] - 43:18,
48:13
**free** [5] - 5:11, 71:18,
90:6
**freelance** [3] - 37:14,
43:10
**French** [1] - 93:11
**fresh** [1] - 90:21
**Friday** [8] - 109:9,
109:15, 110:14, 111:5,
111:20, 111:23
**friends** [1] - 45:2
**front** [3] - 14:3, 32:5,
54:20
**full** [4] - 7:6, 87:3,
89:5, 113:11
**function** [1] - 94:1
**funds** [21] - 7:11, 12:5,
15:20, 18:7, 18:10,
18:13, 18:20, 23:1,
23:4, 23:6, 23:10,
23:20, 24:20, 25:15,
25:16, 29:2, 29:10,
29:24, 74:14, 74:22
**funeral** [5] - 109:8,
109:14, 109:16, 110:2,
111:21
**funny** [1] - 8:1
**fur** [2] - 7:3, 7:8
**fusion** [1] - 105:25

**future** [2] - 29:1, 50:6

# G

**game** [2] - 35:18,
36:13
**gaming** [1] - 38:19
**Gathering** [1] - 36:12
**generally** [6] - 2:11,
60:5, 63:11, 65:12,
66:13, 80:24
**generated** [2] - 11:4,
14:24
**generating** [1] - 28:5
**gentleman** [2] -
107:19, 108:22
**geographic** [1] - 45:17
**George** [1] - 43:19
**giant** [2] - 10:22, 70:20
**Giant** [1] - 66:3
**gigantic** [1] - 44:15
**girlfriend** [1] - 47:25
**girlfriend's** [1] - 47:25
**given** [3] - 53:5, 58:21,
96:23
**Glave** [2] - 23:23, 24:4
**Glenda** [1] - 108:21
**go-to** [1] - 26:13
**goal** [1] - 7:14
**GoDaddy** [2] - 15:15,
38:1
**goods** [2] - 4:19, 80:6
**Google** [4] - 15:4,
16:8, 17:13, 78:22
**Gothenburg** [1] -
37:18
**government** [66] -
10:9, 25:6, 25:8, 25:10,
25:18, 26:2, 27:2,
29:20, 31:19, 31:21,
32:11, 32:12, 32:16,
33:4, 33:12, 33:17,
37:22, 39:23, 40:13,
42:11, 42:13, 42:24,
44:1, 44:3, 44:15,
45:22, 46:3, 47:22,
47:23, 48:10, 48:18,
49:11, 49:17, 51:17,
51:23, 52:2, 52:17,
55:8, 55:14, 55:19,
55:20, 56:10, 56:19,
57:9, 57:17, 60:15,
60:17, 62:13, 63:22,
64:4, 72:15, 75:12,
77:24, 79:1, 79:11,
81:18, 84:14, 92:21,
92:25, 93:9, 98:10,
102:1, 102:5, 102:9,
110:24, 111:19
**Government** [5] -

84:15, 114:7, 114:8,
114:8, 114:9
**government's** [8] -
19:14, 22:17, 32:12,
35:8, 41:19, 57:9,
111:3, 111:6
**Government's** [4] -
68:3, 72:21, 84:2, 85:7
**government-run** [1] -
92:25
**Gox** [33] - 16:15,
16:18, 16:22, 17:7,
17:14, 17:15, 17:21,
17:25, 18:8, 18:9,
18:11, 19:11, 19:12,
23:1, 24:8, 36:10,
36:11, 36:15, 36:18,
36:19, 36:24, 36:25,
38:17, 38:18, 38:22,
39:9, 39:13, 39:14,
39:15, 40:1, 93:11
**grab** [2] - 84:8, 96:13
**grand** [12] - 47:23,
48:2, 53:3, 53:9, 53:15,
53:19, 53:20, 53:23,
53:25, 59:23, 60:2
**granddaughter** [6] -
109:10, 111:8, 111:13,
111:25, 112:3, 112:5
**grandparent** [1] -
109:12
**graphic** [1] - 99:10
**great** [1] - 20:11
**greater** [1] - 111:13
**Greenberg's** [1] -
55:23
**ground** [1] - 102:12
**grounds** [2] - 98:14,
102:11
**groundwork** [1] - 14:7
**group** [1] - 11:11
**growing** [1] - 51:7
**grown** [1] - 10:15
**guess** [9] - 41:8, 56:3,
56:11, 56:21, 106:20,
110:16, 111:7, 111:9,
111:16
**guessed** [3] - 46:5,
49:13, 50:2
**guesses** [2] - 32:6,
35:21
**guessing** [1] - 40:10
**guideline** [1] - 7:8
**guilt** [3] - 53:8, 53:11,
54:1
**guilty** [1] - 30:20
**guys** [1] - 49:25

# H

**hacker** [2] - 4:19,
89:12
**hacker-attacks** [1] -
89:12
**hacking** [1] - 88:25
**half** [5] - 25:23, 62:17,
109:17, 111:4
**hamper** [1] - 105:4
**hand** [6] - 58:17,
59:12, 89:2, 90:2, 99:7,
99:9
**handedly** [2] - 87:5,
100:19
**handing** [1] - 54:13
**handle** [1] - 54:13
**handling** [1] - 95:4
**hands** [1] - 10:6
**handwritten** [2] -
50:14, 51:16
**happy** [4] - 54:18,
57:5, 107:24, 111:12
**Happy** [3] - 9:4, 40:19,
85:21
**hard** [7] - 12:22, 15:1,
15:4, 35:5, 38:19,
43:24, 47:16
**harder** [2] - 19:5, 97:4
**hardware** [6] - 22:5,
22:11, 45:23, 69:4,
97:5, 97:6
**hash** [2] - 32:25, 70:23
**Hassard** [1] - 1:21
**hates** [1] - 50:12
**head** [1] - 62:25
**header** [1] - 99:8
**heading** [1] - 90:14
**healing** [1] - 105:5
**health** [1] - 108:18
**hear** [35] - 2:20, 4:21,
5:24, 6:5, 7:18, 10:5,
10:8, 10:19, 13:23,
14:13, 14:23, 15:24,
19:14, 19:16, 20:24,
22:12, 22:17, 23:22,
26:15, 29:17, 31:2,
32:22, 35:12, 35:22,
35:23, 36:10, 38:14,
39:5, 46:15, 49:2,
52:22, 59:20, 60:10,
90:21, 93:11
**heard** [9] - 26:13,
31:7, 34:13, 37:23,
44:2, 56:16, 60:12,
69:6, 104:23
**hearing** [1] - 60:6
**hearsay** [6] - 56:15,
84:19, 84:20, 84:25,
85:1, 98:13

**heavydist** [1] - 16:6
**heavydist@gmail** [1] - 50:16
**heavydist@gmail.com** [3] - 16:1, 16:6, 16:9
**HELD** [1] - 1:9
**held** [4] - 22:14, 24:6, 64:2, 66:15
**hello** [1] - 104:18
**Hello** [1] - 20:9
**help** [7] - 28:25, 60:12, 74:22, 78:12, 88:1, 105:8, 107:2
**helped** [1] - 5:16
**helpful** [4] - 67:19, 72:12, 77:21, 77:22
**hereby** [1] - 113:9
**heroine** [1] - 5:1
**heuristics** [1] - 35:21
**hidden** [11] - 5:21, 14:21, 15:3, 19:8, 21:20, 24:3, 25:4, 81:13, 90:5, 95:5, 95:25
**hide** [3] - 4:13, 6:2, 21:17
**hiding** [1] - 47:2
**high** [8] - 9:19, 33:22, 33:24, 34:2, 34:3, 63:11, 63:16, 90:8
**highlighted** [1] - 73:10
**highly** [3] - 13:5, 56:8, 59:13
**himself** [5] - 5:20, 16:8, 24:24, 40:22, 55:15
**historic** [1] - 70:19
**historical** [1] - 83:5
**history** [6] - 34:6, 73:14, 83:10, 87:5, 87:11, 100:20
**hold** [4] - 10:5, 33:16, 34:19, 68:23
**holding** [1] - 34:24
**holds** [1] - 11:12
**home** [2] - 33:3, 46:1
**homes** [1] - 90:8
**honeypot** [1] - 92:11
**Honor** [49] - 2:6, 2:15, 2:18, 3:4, 52:10, 53:2, 53:13, 53:15, 54:3, 54:9, 55:6, 55:18, 57:1, 57:13, 58:6, 59:3, 59:15, 63:25, 64:3, 64:10, 65:7, 67:22, 67:25, 72:15, 74:23, 75:1, 75:15, 76:13, 78:1, 78:4, 78:5, 84:20, 84:22, 101:13, 101:14,

101:17, 102:14, 102:25, 103:25, 104:14, 108:4, 108:5, 108:19, 109:1, 109:7, 110:6, 110:22, 112:14, 112:18
**HONORABLE** [1] - 1:9
**hop** [1] - 39:10
**hope** [1] - 43:19
**hopefully** [1] - 50:24
**hosted** [3] - 6:12, 14:20, 100:11
**hosting** [1] - 89:13
**hour** [1] - 109:17
**hours** [1] - 111:4
**house** [1] - 42:2
**HS** [2] - 95:23, 95:24
**http:www.bitcoinfog.com** [1] - 86:18
**hum** [1] - 97:10
**hundreds** [1] - 11:10
**Hydra** [1] - 79:22
**hyperlink** [4] - 86:20, 100:1, 100:2, 100:3
**hyperlinks** [1] - 82:13
**hypothetically** [1] - 70:4

**I**

**iceberg** [5] - 78:19, 79:6, 79:8, 79:14
**ID** [4] - 17:7, 33:5, 37:1, 39:10
**idea** [6] - 36:14, 45:13, 45:20, 53:20, 55:7, 55:14
**ideas** [2] - 75:19, 92:20
**identical** [1] - 101:3
**identifiable** [2] - 24:5, 24:8
**identified** [4] - 23:18, 23:19, 109:11, 111:14
**identifying** [3] - 11:1, 32:20, 86:5
**identity** [7] - 4:13, 8:19, 12:13, 19:6, 19:8, 80:18, 80:20
**idle** [1] - 47:18
**IDs** [1] - 46:18
**illegal** [20] - 4:6, 4:12, 5:1, 5:5, 5:19, 8:13, 12:17, 12:24, 13:12, 23:7, 23:8, 23:21, 26:9, 26:13, 27:12, 27:14, 28:24, 29:11, 40:3, 93:13
**illicit** [1] - 80:3
**image** [1] - 67:19

**images** [1] - 83:18
**imaginable** [1] - 5:2
**immediately** [3] - 58:3, 58:4, 58:5
**implemented** [1] - 17:4
**implied** [1] - 38:13
**important** [9] - 14:23, 30:12, 32:19, 35:8, 35:16, 76:8, 106:2, 110:1, 110:3
**importantly** [1] - 31:21
**importing** [1] - 90:22
**impossible** [6] - 4:10, 9:11, 9:14, 12:16, 24:21, 87:21
**impression** [2] - 56:10, 57:16
**improperly** [1] - 75:9
**IN** [1] - 1:1
**inaction** [1] - 53:25
**inappropriate** [1] - 101:23
**inclined** [2] - 56:4, 56:21
**included** [2] - 4:23, 26:8
**includes** [1] - 13:6
**including** [1] - 64:12
**income** [4] - 12:24, 24:2, 24:3, 24:5
**INDEX** [1] - 114:1
**indexed** [2] - 78:21, 79:11
**indicate** [2] - 96:4, 98:25
**Indicating** [3] - 11:3, 11:17, 16:11
**indicating)** [1] - 52:10
**indictment** [8] - 27:9, 48:3, 53:4, 53:6, 53:9, 53:16, 59:24, 59:25
**individuals** [3] - 12:2, 71:12, 80:15
**industry** [1] - 5:6
**infamous** [1] - 4:24
**infant** [1] - 111:16
**information** [23] - 7:24, 8:6, 8:18, 9:14, 11:1, 12:10, 13:8, 13:16, 15:10, 17:2, 19:13, 32:21, 32:22, 70:2, 70:18, 70:21, 70:22, 71:14, 71:17, 86:17, 92:24, 93:1, 100:10
**initial** [1] - 82:8
**initiated** [1] - 17:19
**injections** [1] - 106:9
**innocence** [1] - 54:1

**innocent** [1] - 33:12
**inquiry** [1] - 64:7
**inside** [4] - 9:12, 87:22, 92:10, 105:20
**installation** [1] - 90:21
**instance** [1] - 35:19
**instead** [8] - 6:14, 10:10, 16:14, 38:15, 69:13, 74:1, 81:3, 91:10
**institutions** [3] - 12:19, 13:4, 13:18
**instruct** [2] - 27:20, 46:11
**instructed** [1] - 53:24
**instruction** [2] - 53:6, 53:8
**instructions** [1] - 30:10
**Insurance** [1] - 29:16
**Intelligence** [1] - 62:17
**intend** [1] - 85:2
**intended** [1] - 29:25
**intensive** [2] - 50:21, 50:22
**intent** [2] - 27:21, 78:5
**interchangeably** [1] - 77:13
**interest** [2] - 7:13, 13:16
**interested** [6] - 9:7, 9:8, 71:23, 87:7, 87:8, 100:22
**interesting** [1] - 20:12
**internally** [1] - 79:13
**International** [2] - 32:15, 57:11
**internet** [23] - 6:13, 10:7, 14:10, 14:15, 14:18, 14:19, 15:7, 33:25, 36:2, 38:25, 44:17, 49:25, 69:23, 77:14, 78:17, 78:20, 78:24, 79:10, 79:15, 80:16, 84:6, 89:18, 99:12
**Internet** [2] - 83:5, 83:11
**interruption** [1] - 29:1
**interruptions** [2] - 21:24, 22:5
**interview** [2] - 55:21, 55:24
**introduce** [2] - 61:1, 85:2
**introduced** [2] - 27:3, 85:1
**introduction** [1] - 67:4
**intrusive** [1] - 112:19

**investigated** [1] - 61:25
**investigation** [14] - 32:4, 47:21, 61:5, 61:10, 61:11, 61:17, 63:8, 63:12, 64:9, 76:20, 81:6, 81:14, 82:19, 98:7
**Investigation** [1] - 7:20
**investigations** [9] - 13:6, 61:12, 61:13, 61:15, 61:16, 62:4, 62:10, 62:11, 62:25
**investigative** [1] - 77:10
**investigator** [1] - 64:13
**investigators** [1] - 12:13
**investment** [1] - 10:14
**inviting** [1] - 58:17
**invocation** [1] - 57:23
**invoked** [1] - 55:11
**involve** [2] - 11:18, 27:18
**involved** [8] - 15:18, 20:21, 21:7, 22:21, 27:13, 29:23, 61:11, 64:14
**involvement** [1] - 27:5
**involving** [2] - 28:23, 92:7
**IP** [17] - 14:17, 19:17, 21:3, 21:4, 21:6, 21:17, 39:16, 39:19, 39:20, 39:21, 40:5, 40:8, 40:12, 41:2, 45:18, 87:5, 100:19
**IRS** [17] - 7:20, 7:24, 8:10, 28:21, 61:7, 61:9, 61:11, 61:13, 61:19, 61:21, 62:10, 62:12, 62:19, 62:21, 62:22, 64:13
**issue** [18] - 16:25, 39:6, 48:3, 54:10, 55:6, 55:13, 57:25, 58:25, 64:19, 66:24, 66:25, 102:15, 109:5, 109:8, 109:10, 109:23, 111:7, 112:5
**issued** [4] - 10:9, 16:25, 29:15, 30:4
**issues** [10] - 16:21, 22:7, 22:11, 31:8, 97:5, 104:6, 104:8, 109:7, 110:15, 112:6
**issuing** [1] - 47:23
**item** [1] - 73:25

**items** [1] - 54:15
**itself** [4] - 4:9, 14:9, 17:9, 94:15

## J

**J.W** [1] - 43:18
**Jan** [1] - 37:19
**JANICE** [1] - 113:9
**Janice** [2] - 1:25, 113:17
**Janice_e_dickman@dcd.uscourts.gov** [1] - 1:25
**January** [14] - 22:6, 36:1, 36:3, 43:7, 43:16, 44:21, 45:10, 47:4, 48:8, 49:5, 49:16, 50:4, 52:5, 52:6
**Japanese** [3] - 9:5, 40:19, 85:21
**Jeffrey** [1] - 1:17
**Jeffrey.pearlman@usdoj.gov** [1] - 1:19
**job** [8] - 33:24, 37:10, 43:9, 43:23, 44:24, 44:25, 46:19, 62:11
**jobs** [6] - 24:2, 37:14, 37:15, 43:10, 43:11, 49:8
**journey** [1] - 52:7
**JUDGE** [2] - 1:9, 1:10
**Judge** [7] - 27:20, 28:4, 28:9, 30:10, 33:10, 46:10, 46:11
**July** [2] - 36:9, 47:19
**juror** [6] - 104:17, 108:15, 108:23, 108:24, 110:11, 110:14
**JUROR** [24] - 52:12, 104:25, 105:9, 105:17, 105:23, 106:14, 106:18, 106:23, 107:5, 107:11, 107:17, 108:1, 108:8, 108:11, 108:16, 108:19, 109:1, 109:4, 109:7, 109:16, 109:21, 109:23, 110:3, 110:10
**Juror** [9] - 104:21, 108:3, 110:16, 110:23, 111:1, 111:4, 111:20, 111:21, 111:23
**jurors** [13] - 2:24, 3:17, 31:6, 31:8, 31:9, 31:13, 53:1, 59:17, 102:24, 104:5, 104:11, 110:18, 110:25
**JURY** [2] - 1:4, 1:8
**jury** [47] - 2:3, 2:4, 2:25, 30:25, 31:12,

31:14, 33:9, 33:14, 33:15, 47:23, 48:3, 53:3, 53:6, 53:9, 53:16, 53:19, 53:21, 53:23, 53:24, 53:25, 54:20, 55:1, 56:9, 56:10, 57:16, 59:11, 59:20, 59:23, 60:2, 61:2, 66:21, 67:20, 67:23, 68:2, 68:15, 72:12, 72:16, 72:20, 75:9, 77:22, 78:9, 81:23, 85:6, 98:16, 102:17, 106:12
**Jönköping** [1] - 33:21

## K

**keep** [12] - 4:17, 5:19, 5:20, 13:4, 25:3, 40:12, 46:24, 90:14, 90:18, 110:13, 111:6
**keeping** [1] - 43:23
**keeps** [2] - 10:21, 41:16
**kept** [1] - 25:24
**key** [14] - 5:4, 10:19, 22:21, 34:25, 35:3, 35:4, 35:9, 35:15, 39:11, 68:13, 68:17, 68:20, 82:14
**keys** [7] - 34:23, 39:14, 42:3, 69:11, 69:13, 89:11
**kid** [2] - 33:10, 34:2
**Killdozer** [3] - 20:8, 42:10
**kind** [25] - 7:5, 28:10, 28:19, 33:23, 37:7, 40:10, 41:8, 41:11, 44:20, 47:4, 47:15, 47:18, 50:11, 66:14, 66:15, 70:23, 78:23, 79:5, 79:10, 79:14, 79:15, 82:8, 107:13
**kinds** [5] - 13:3, 16:20, 68:25, 69:2, 80:3
**knowing** [4] - 9:18, 47:21, 87:11, 90:2
**knowledge** [5] - 27:21, 63:12, 63:13, 75:25, 93:9
**known** [15] - 4:18, 6:18, 6:24, 12:12, 13:8, 14:10, 18:1, 23:5, 24:2, 28:10, 29:16, 29:21, 33:9, 33:15, 52:17
**knows** [3] - 33:9, 34:4, 41:23
**kolbasa99** [1] - 18:11

**kolbasa99@rambler.ru** [1] - 18:3
**Kracken** [2] - 46:21, 46:22
**Kraken** [2] - 24:10, 25:9, 25:12, 46:16
**Kunnikov** [1] - 18:18
**KYC** [6] - 13:9, 13:16, 36:21, 36:22, 46:21, 46:25
**KYCs** [1] - 46:17

## L

**labeled** [2] - 82:13, 82:14
**lack** [2] - 59:24, 59:25
**laid** [1] - 67:7
**landing** [1] - 82:8
**lands** [1] - 51:8
**language** [4] - 101:3, 102:1, 102:6, 102:10
**laptop** [1] - 66:18
**large** [1] - 99:20
**Last** [1] - 96:8
**last** [5] - 61:2, 63:1, 103:4, 103:18, 109:24
**lasts** [1] - 28:11
**late** [3] - 14:6, 21:24, 51:10
**launch** [9] - 8:24, 9:2, 20:3, 82:19, 82:21, 84:7, 91:21, 91:23, 98:4
**launched** [1] - 22:24
**launches** [2] - 34:8, 36:10
**launching** [1] - 73:1
**launder** [7] - 5:7, 8:10, 8:16, 12:19, 26:12, 26:18, 27:15
**laundered** [2] - 26:23, 28:6
**laundering** [12] - 3:14, 3:22, 13:13, 13:14, 26:14, 27:10, 28:7, 28:16, 28:18, 28:19, 36:22, 62:1
**law** [15] - 5:22, 6:5, 6:25, 13:12, 17:3, 21:1, 28:20, 30:10, 30:14, 43:18, 46:12, 49:23, 62:8, 78:10, 97:4
**Law** [2] - 1:21, 49:20
**lawful** [3] - 6:3, 7:15, 12:16
**lawyer** [3] - 58:11, 58:13
**lawyers** [1] - 108:2
**lawyers'** [4] - 54:5,

60:5, 60:7, 60:8
**LAX** [3] - 50:18, 51:9
**lay** [2] - 14:7, 64:24
**layers** [2] - 4:14, 14:17
**laying** [2] - 64:25, 107:14
**lead** [1] - 63:4
**leading** [8] - 20:22, 75:3, 75:5, 75:22, 76:2, 76:5, 102:11, 102:12
**leak** [1] - 95:19
**leap** [1] - 41:9
**learn** [35] - 10:2, 13:1, 32:3, 32:18, 33:6, 33:23, 35:2, 35:12, 35:15, 35:17, 36:6, 36:11, 37:4, 39:7, 40:3, 40:19, 40:21, 40:23, 41:7, 41:19, 41:22, 42:1, 42:4, 42:23, 43:1, 43:4, 43:17, 44:11, 45:16, 46:2, 47:22, 50:5, 50:10, 52:8, 78:9
**least** [4] - 28:15, 85:2, 110:21, 112:23
**leave** [5] - 31:6, 53:1, 62:21, 76:3, 104:11
**leaves** [3] - 104:16, 108:23, 110:11
**leaving** [1] - 56:10
**led** [2] - 5:16, 20:14
**ledger** [7] - 10:20, 12:4, 70:20, 70:24, 73:12, 73:13, 73:14
**left** [9] - 11:16, 62:22, 62:23, 73:15, 90:24, 98:20, 99:7, 99:9, 105:2
**left-hand** [2] - 99:7, 99:9
**legal** [6] - 44:6, 44:8, 44:13, 66:24, 66:25, 67:2
**leger** [5] - 70:14, 70:16, 70:17, 70:18, 71:11
**legitimate** [5] - 6:16, 11:25, 12:11, 13:17, 41:18
**lent** [1] - 42:17
**less** [5] - 18:17, 83:13, 87:15, 112:19, 112:20
**letter** [3] - 105:4, 105:15, 105:23
**letters** [8] - 11:4, 14:25, 66:13, 68:9, 68:10, 73:16, 74:20, 80:25
**level** [2] - 63:11, 63:16
**levels** [1] - 69:24

**Liberty** [17] - 15:20, 16:17, 16:18, 17:1, 17:6, 17:16, 18:10, 18:13, 18:14, 18:15, 18:16, 18:20, 19:12, 38:23, 38:24, 93:14
**liberty** [2] - 16:24, 17:1
**license** [5] - 29:14, 29:15, 30:4, 36:24, 39:10
**life** [2] - 74:4, 102:2
**lifetime** [1] - 4:21
**likely** [2] - 40:11, 92:12
**limitations** [1] - 46:10
**limited** [1] - 64:22
**line** [9] - 56:3, 57:14, 64:17, 73:16, 85:23, 85:25, 86:12, 86:22, 99:19
**lines** [1] - 99:23
**linguistics** [2] - 64:19, 65:5
**link** [12] - 15:11, 15:12, 38:7, 82:15, 86:18, 86:20, 86:25, 88:15, 88:19, 96:17, 100:3
**linked** [1] - 7:9
**list** [1] - 51:14
**listed** [3] - 79:22, 85:19, 86:19
**listen** [1] - 30:8
**live** [1] - 74:10
**livelihood** [1] - 49:7
**lives** [1] - 44:25
**living** [3] - 45:5, 50:10, 109:25
**local** [1] - 33:24
**LocalBitcoins** [1] - 24:9
**locations** [1] - 7:21
**log** [1] - 40:5
**logged** [2] - 39:23, 95:21
**login** [1] - 81:12
**logo** [2] - 99:10, 99:11, 99:14
**logout** [1] - 82:15
**logs** [8] - 9:25, 31:21, 32:2, 32:17, 52:3, 90:15, 90:18, 90:20
**look** [17] - 3:17, 11:14, 33:16, 43:16, 44:8, 44:21, 46:25, 48:8, 56:6, 66:17, 68:8, 71:16, 71:23, 77:16, 80:23, 81:8, 94:25
**looked** [7] - 6:10, 18:25, 19:20, 26:21, 44:5, 74:13, 83:24

**looking** [10] - 11:22, 27:21, 51:18, 68:5, 74:21, 82:6, 85:17, 96:3, 97:21, 103:4
**looks** [3] - 11:2, 66:13, 73:18
**Los** [2] - 32:15, 57:11
**lose** [3] - 50:7, 89:11, 110:18
**losing** [2] - 110:25, 111:4
**lower** [1] - 68:10
**LR** [1] - 87:14
**Luke** [1] - 22:18
**lunch** [2] - 36:4, 106:21

## M

**M247** [4] - 22:1, 22:2, 22:9, 22:14
**machine** [2] - 65:24, 89:19
**Magic** [1] - 36:12
**mail** [2] - 15:24, 95:18
**mailing** [1] - 11:7
**main** [1] - 18:22
**maintain** [1] - 13:13
**maintaining** [1] - 69:13
**maintains** [2] - 68:21, 83:5
**majority** [6] - 24:5, 24:11, 25:16, 26:4, 79:10
**males** [1] - 109:24
**man** [4] - 5:15, 37:16, 37:18, 42:5
**manage** [1] - 5:17
**managed** [2] - 10:10, 83:4
**manually** [2] - 89:16, 89:21
**mark** [2] - 86:14, 99:11
**marked** [3] - 7:2, 7:6, 12:7
**Market** [4] - 8:15, 79:22
**market** [4] - 5:6, 8:14, 36:2, 45:7
**marketed** [1] - 8:23
**marketing** [2] - 33:25, 37:10
**markets** [13] - 4:25, 5:1, 8:21, 23:7, 23:21, 26:19, 27:14, 45:9, 47:9, 79:21, 80:5, 80:19
**Markets** [1] - 37:11
**Maryland** [3] - 62:16,

66:4, 109:13
**masks** [1] - 14:17
**Mason** [1] - 43:20
**Mastercard** [1] - 80:17
**mastermind** [1] - 47:2
**matched** [1] - 32:25
**matching** [2] - 21:2, 21:3
**material** [4] - 4:18, 5:10, 23:9, 79:23
**matter** [2] - 2:4, 102:24
**matters** [1] - 64:15
**Matthew** [4] - 54:9, 60:17, 61:3, 114:3
**MATTHEW** [2] - 60:18, 61:3
**Mazarin** [4] - 20:25, 39:17, 40:6, 41:3
**Mazars** [4] - 20:25, 39:17, 40:6, 41:3
**MDMA** [1] - 8:13
**mean** [16] - 53:16, 53:18, 57:20, 58:15, 69:9, 75:4, 84:25, 91:9, 92:3, 98:15, 101:20, 102:14, 102:15, 105:9, 105:10, 108:14
**means** [10] - 9:4, 14:25, 28:10, 29:10, 65:12, 65:22, 68:18, 80:6, 91:10, 93:16
**meanwhile** [1] - 24:23
**measures** [1] - 5:20
**meet** [1] - 37:8
**meet-ups** [1] - 37:8
**meeting** [1] - 37:15
**member** [2] - 61:23, 71:16
**members** [4] - 30:25, 59:20, 66:21, 78:9
**Mempool** [1] - 74:9
**Mempool.space** [1] - 72:1
**mempool.space** [3] - 72:11, 72:25, 73:1
**mention** [2] - 46:9, 54:4
**mentioned** [8] - 8:7, 8:14, 20:24, 35:19, 42:13, 42:24, 104:22, 107:7
**merely** [1] - 52:15
**merging** [1] - 23:3
**mescaline** [1] - 44:12
**message** [5] - 20:6, 91:12, 94:1, 94:3, 96:4
**messages** [4] - 8:4, 20:18, 42:13, 95:22
**methodology** [2] -

39:19, 40:10
  **methods** [1] - 35:11
  **Miami** [4] - 47:20,
48:1, 48:5, 59:23
  **Michael** [1] - 1:21
  **michael@torekeland
.com** [1] - 1:23
  **microphone** [3] - 3:5,
104:20, 109:3
  **mid-20s** [1] - 45:4
  **middle** [1] - 99:12
  **might** [8] - 11:18,
12:22, 65:19, 87:4,
98:24, 100:18, 107:12
  **million** [8] - 4:22, 6:7,
23:25, 25:23, 26:7,
48:15, 48:16, 48:20
  **millions** [4] - 4:23,
8:20, 10:24, 26:8,
26:24, 40:7
  **mind** [2] - 40:12, 46:24
  **mine** [1] - 70:4
  **miners** [1] - 71:3
  **mini** [1] - 48:1
  **minimum** [3] - 56:8,
103:10, 103:17
  **mining** [1] - 23:2
  **minor** [1] - 101:20
  **mint** [1] - 26:1
  **minute** [7] - 8:7, 9:10,
23:11, 31:1, 33:7,
82:16, 104:7
  **minutes** [1] - 52:22
  **Miranda** [1] - 58:3
  **misleading** [3] - 56:8,
58:16, 58:21
  **misled** [1] - 59:10
  **mismatch** [1] - 24:1
  **mist** [1] - 4:2
  **mistakes** [3] - 5:22,
75:2, 101:20
  **misty** [1] - 3:25
  **mix** [6] - 7:11, 38:5,
38:8, 42:6, 63:18,
87:18
  **mixed** [1] - 87:20
  **mixer** [7] - 6:24, 6:25,
7:5, 20:4, 21:24, 76:23,
76:25
  **mixers** [2] - 41:21,
42:9
  **mixing** [7] - 42:21,
46:20, 63:17, 77:2,
80:2, 89:10
  **MLAT** [1] - 49:20
  **mobile** [1] - 69:4
  **moderately** [1] - 111:2
  **Molly** [1] - 8:13
  **mom** [1] - 47:25
  **monetary** [1] - 63:21

  **Money** [1] - 30:3
  **money** [61] - 3:13,
3:21, 4:6, 4:7, 6:2, 7:3,
8:10, 8:16, 9:8, 10:13,
10:21, 11:16, 12:11,
12:12, 12:19, 12:21,
12:23, 13:3, 13:13,
13:15, 13:18, 15:18,
16:10, 17:15, 22:25,
23:22, 25:8, 26:12,
26:14, 27:10, 27:15,
28:5, 28:15, 28:16,
28:18, 28:19, 29:5,
29:9, 29:11, 29:13,
29:18, 29:23, 30:4,
31:25, 36:22, 38:11,
38:12, 38:16, 38:17,
39:3, 43:22, 48:10,
48:11, 48:15, 48:20,
62:1, 70:1, 74:15,
87:10, 100:24
  **monicker** [1] - 86:10
  **moniker** [2] - 9:4, 85:3
  **monitor** [2] - 49:25,
50:1
  **monitored** [3] - 89:19,
89:21, 92:12
  **Montgomery** [1] -
62:16
  **month** [2] - 90:24,
110:18
  **month-long** [1] -
110:18
  **months** [5] - 44:24,
48:5, 63:1, 105:25,
109:11
  **Moon** [9] - 22:15,
25:14, 25:17, 45:13,
46:14, 46:23, 47:15,
49:19, 49:25
  **morning** [5] - 51:11,
105:3, 105:14, 107:20,
113:2
  **Moscow** [3] - 50:23,
51:4, 51:8
  **MOSS** [1] - 1:9
  **Moss** [6] - 27:20, 28:4,
28:9, 33:10, 46:11
  **Moss's** [1] - 30:10
  **most** [11] - 8:5, 34:5,
37:21, 45:15, 51:6,
54:22, 65:11, 67:5,
69:12, 88:23, 92:12
  **mostly** [2] - 74:19,
75:21
  **mother** [1] - 33:20
  **motion** [1] - 67:6
  **move** [5] - 67:22,
75:23, 94:2, 105:2,
106:24

  **moved** [5] - 17:15,
23:4, 37:18, 58:9,
105:6
  **movements** [1] - 12:5
  **moves** [8] - 12:7,
23:17, 33:20, 77:24,
79:1, 81:18, 84:14,
98:10
  **moving** [3] - 15:18,
111:2, 111:7
  **MR** [92] - 2:2, 2:4,
2:14, 2:18, 2:20, 2:21,
2:22, 3:4, 3:6, 3:11,
3:13, 3:21, 30:23,
31:17, 52:14, 53:2,
53:13, 53:15, 53:22,
54:3, 54:9, 54:24, 55:6,
55:18, 57:1, 57:13,
57:21, 58:6, 59:3,
59:15, 60:17, 60:22,
60:25, 63:25, 64:3,
64:10, 65:7, 65:10,
66:16, 67:13, 67:22,
67:25, 68:4, 70:6, 70:7,
72:15, 72:18, 72:22,
74:23, 75:1, 75:15,
76:13, 76:15, 77:24,
78:1, 78:4, 78:15, 79:1,
79:3, 79:17, 79:18,
81:18, 81:21, 81:24,
82:17, 82:18, 84:14,
84:17, 84:19, 84:22,
85:8, 97:9, 97:11,
98:10, 98:13, 98:17,
101:13, 101:14,
101:17, 102:9, 102:14,
102:25, 103:3, 103:25,
108:4, 108:5, 110:6,
110:7, 110:22, 111:19,
112:14, 112:17
  **Mt** [33] - 16:15, 16:18,
16:22, 17:7, 17:14,
17:15, 17:21, 17:25,
18:8, 18:9, 18:11,
19:11, 19:12, 23:1,
24:8, 36:10, 36:11,
36:15, 36:18, 36:19,
36:24, 36:25, 38:17,
38:18, 38:22, 39:9,
39:13, 39:14, 40:1,
93:11
  **mugs** [1] - 42:2
  **Multilateral** [1] - 49:20
  **multiple** [6] - 15:19,
16:19, 19:5, 21:12,
68:23, 77:1
  **muscle** [1] - 106:4
  **music** [1] - 45:2
  **must** [2] - 40:5, 95:21
  **Mybitcoin** [1] - 89:1

  **Mycelium** [2] - 25:19,
25:25

# N

  **N.W** [1] - 113:18
  **Nakamoto** [1] - 34:5
  **name** [34] - 5:20, 6:17,
7:25, 8:2, 13:2, 14:14,
15:19, 16:3, 16:9, 17:6,
17:10, 17:12, 17:25,
18:7, 18:18, 18:23,
21:5, 24:7, 25:12, 32:7,
37:1, 38:1, 38:3, 38:6,
39:25, 40:14, 46:1,
46:2, 61:2, 61:3, 85:22,
86:9, 109:24
  **named** [6] - 23:23,
34:3, 34:4, 39:17,
42:14
  **names** [4] - 18:2,
25:25, 33:2, 46:18
  **national** [1] - 10:9
  **nature** [2] - 76:9,
79:24
  **nauseam** [2] - 35:13,
39:5
  **near** [1] - 109:3
  **nearly** [2] - 20:22,
28:12
  **neat** [1] - 13:24
  **necessarily** [1] - 35:12
  **necessary** [1] - 90:5
  **neck** [2] - 106:4,
106:10
  **need** [13] - 2:2, 10:2,
16:19, 28:4, 31:9,
34:10, 53:17, 86:20,
87:13, 90:22, 99:20,
99:21, 110:16
  **needed** [6] - 4:16,
4:19, 20:13, 89:18,
92:24, 97:6
  **needs** [3] - 28:6, 33:4,
76:3
  **nefarious** [1] - 38:13
  **nerd** [2] - 33:23, 34:1
  **nervous** [1] - 37:7
  **net** [2] - 90:6, 93:13
  **network** [26] - 8:7, 9:9,
9:13, 9:17, 10:10,
14:14, 14:15, 14:20,
21:20, 45:15, 70:15,
71:3, 71:13, 73:23,
87:4, 87:10, 87:16,
89:25, 90:4, 93:3,
99:22, 100:18, 100:24,
101:19, 103:11
  **networks** [1] - 21:16
  **never** [18] - 4:14, 9:18,

32:11, 32:13, 33:15, 43:2, 55:8, 55:14, 55:19, 56:11, 57:9, 57:10, 57:17, 90:3, 93:5

**nevertheless** [1] - 88:19

**new** [3] - 16:22, 18:16, 97:6

**New** [4] - 1:18, 9:4, 40:19, 85:21

**newly** [1] - 74:2

**news** [1] - 79:7

**next** [12] - 6:4, 39:10, 60:6, 82:14, 88:11, 89:3, 89:5, 91:24, 94:10, 94:19, 94:25

**nexus** [1] - 61:25

**nfs9000@hotmail. com** [1] - 18:2

**nice** [2] - 95:6, 104:8

**nobody** [3] - 34:4, 35:25, 88:17

**nomad** [1] - 50:12

**noncustodial** [2] - 69:7, 69:15

**none** [1] - 45:4

**normal** [3] - 6:14, 34:2, 93:3

**normally** [1] - 55:12

**notation** [2] - 91:4, 91:7

**note** [1] - 107:2

**notes** [10] - 24:24, 27:19, 33:3, 38:11, 38:12, 50:15, 51:16, 51:17, 51:18, 113:11

**nothing** [4] - 41:6, 48:25, 60:2

**notice** [1] - 17:8

**noticed** [3] - 2:11, 44:5, 75:13

**November** [11] - 22:2, 23:4, 44:19, 45:8, 46:13, 94:9, 97:23, 98:3, 98:4

**NRH** [1] - 106:18

**Nuclear** [1] - 47:5

**number** [20] - 4:2, 8:2, 45:3, 48:21, 54:10, 69:15, 71:11, 87:14, 89:10, 91:13, 94:3, 94:4, 94:16, 95:8, 97:3, 97:6, 97:8, 99:4, 103:8

**Number** [11] - 36:25, 39:9, 39:13, 39:14, 39:15, 40:1, 40:2, 84:3, 84:15, 111:1, 111:20

**numbers** [9] - 7:1, 11:4, 15:1, 21:3, 26:24,

66:14, 68:9, 73:16, 81:1

**numerous** [2] - 24:6, 79:21

**NW** [3] - 1:13, 1:16, 1:18

**NY** [1] - 1:22

## O

**object** [10] - 55:20, 55:25, 75:4, 75:6, 76:4, 78:1, 84:17, 98:13, 101:24, 102:11

**objection** [20] - 2:19, 2:22, 2:23, 53:13, 54:3, 63:25, 65:3, 67:24, 67:25, 72:17, 72:18, 74:23, 77:25, 81:20, 81:21, 84:16, 84:18, 98:12, 98:15, 101:13

**obligation** [1] - 33:15

**obscurity** [2] - 91:8, 91:9

**obtaining** [1] - 65:12

**obvious** [1] - 88:16

**obviously** [2] - 56:5, 110:17

**occasionally** [1] - 105:7

**occurred** [2] - 58:14, 73:9

**occurring** [1] - 70:15

**October** [12] - 8:25, 17:11, 17:19, 18:17, 20:3, 20:5, 21:23, 21:24, 22:22, 82:20, 86:3, 91:20

**OF** [3] - 1:1, 1:8, 113:7

**off-chain** [1] - 35:3, 37:9

**offense** [5] - 28:10, 28:19, 29:6, 29:25, 30:5

**offer** [3] - 20:14, 23:15, 101:18

**offered** [1] - 80:7

**offering** [1] - 75:18

**officer** [2] - 62:15, 62:18

**officers** [1] - 50:18

**offices** [1] - 32:5

**official** [1] - 20:1

**Official** [1] - 113:7

**OFFICIAL** [1] - 113:7

**offshore** [1] - 16:24

**often** [1] - 83:15

**old** [1] - 109:11

**oldest** [1] - 109:25

**Omedetou** [15] - 9:4,

40:19, 40:23, 40:24, 45:22, 85:4, 85:19, 85:20, 86:8, 91:18, 92:7, 92:15, 94:7, 94:22, 95:11

**Omedotou** [4] - 18:24, 19:25, 20:16, 22:4

**omnibus** [1] - 76:6

**on-the-job** [1] - 62:11

**once** [7] - 3:19, 12:12, 41:24, 66:7, 87:7, 100:21, 106:9

**one** [88] - 2:4, 2:8, 2:21, 6:17, 6:20, 7:5, 8:12, 10:19, 11:8, 11:15, 11:18, 12:6, 12:8, 14:1, 14:3, 15:24, 16:1, 17:8, 19:3, 19:15, 22:14, 22:16, 23:14, 24:12, 25:12, 25:19, 25:22, 29:12, 29:13, 30:15, 33:6, 34:5, 36:3, 36:15, 36:19, 37:20, 39:9, 39:24, 41:13, 41:15, 41:19, 43:7, 43:17, 44:2, 45:9, 45:12, 46:8, 46:9, 46:22, 46:23, 47:5, 47:8, 47:25, 48:19, 49:5, 49:18, 50:16, 53:2, 53:20, 54:10, 54:14, 55:6, 59:21, 60:1, 61:4, 61:15, 63:13, 66:3, 73:17, 73:20, 74:3, 74:8, 75:20, 75:24, 82:1, 82:13, 86:13, 86:23, 87:9, 89:10, 89:23, 90:18, 92:11, 92:19, 93:7, 100:23, 103:10, 110:25

**ongoing** [1] - 28:16

**Onion** [1] - 14:15

**onion** [7] - 14:17, 15:1, 38:3, 38:7, 40:15, 81:3, 90:1

**online** [12] - 3:13, 3:21, 4:24, 5:4, 5:6, 10:7, 10:13, 10:25, 26:19, 26:22, 26:25, 36:12

**open** [9] - 14:10, 55:22, 57:15, 71:18, 72:10, 76:14, 99:22, 103:1, 107:20

**opened** [1] - 55:7

**opening** [9] - 2:8, 2:16, 40:18, 53:3, 54:5, 55:7, 57:2, 59:22, 60:5

**openly** [2] - 16:2,

80:19

**opens** [3] - 55:9, 55:23, 56:13

**operate** [3] - 9:12, 29:7, 68:16

**operated** [2] - 6:18, 63:18

**operates** [5] - 9:17, 14:13, 73:23, 80:20, 89:24

**operating** [17] - 20:12, 20:21, 21:19, 29:4, 29:13, 29:18, 29:22, 31:18, 31:23, 41:9, 43:15, 48:6, 49:15, 50:3, 51:19, 51:20, 51:25

**operational** [2] - 28:12, 95:3

**operations** [1] - 22:18

**operator** [1] - 86:5

**operators** [4] - 4:11, 5:11, 8:9, 97:4

**opinion** [3] - 64:24, 75:6, 75:8

**opinions** [3] - 75:18, 101:19, 101:23

**opponent** [1] - 85:3

**opportunity** [2] - 55:15, 101:7

**option** [1] - 54:14

**oracle** [1] - 46:11

**order** [5] - 3:1, 13:24, 31:15, 38:17, 59:19

**ordinary** [2] - 6:12, 83:21

**org** [1] - 15:14

**oriented** [1] - 66:22

**origin** [1] - 26:3

**original** [5] - 7:4, 12:14, 74:1, 91:22, 96:3

**otherwise** [1] - 104:8

**outline** [2] - 60:12, 67:10

**outlines** [1] - 16:12

**outlining** [1] - 38:16

**outside** [2] - 3:25, 30:12

**outsource** [1] - 20:9

**overheard** [1] - 31:24

**overlap** [3] - 39:16, 39:19, 41:2

**overnight** [3] - 50:8, 59:6, 104:3

**overpaying** [1] - 37:8

**own** [16] - 4:14, 15:19, 16:25, 17:6, 17:15, 24:7, 26:12, 37:1, 41:19, 45:25, 46:2,

48:19, 64:11, 76:10, 76:12, 87:18
**owner** [2] - 12:9, 12:13
**owns** [2] - 11:24

# P

**P-R-I-C-E** [1] - 61:3
**p.m** [4] - 1:6, 31:11, 54:25
**package** [1] - 45:22
**page** [24] - 78:22, 81:12, 82:8, 85:18, 87:1, 88:4, 88:5, 88:20, 89:3, 90:13, 91:15, 91:24, 94:10, 94:19, 94:25, 95:2, 96:1, 99:8, 100:10, 101:5, 101:11, 101:15, 103:4
**pages** [3] - 83:6, 83:7, 101:6
**paid** [3] - 15:15, 19:4, 87:19
**pain** [2] - 105:2, 105:21
**pan** [1] - 45:5
**Pandora** [1] - 45:6
**paper** [6] - 13:11, 34:8, 34:9, 35:4, 69:5, 70:19
**papers** [1] - 34:6
**paragraph** [8] - 88:5, 88:9, 88:21, 89:23, 90:14, 90:17, 92:16, 100:16
**paragraphs** [3] - 87:3, 87:25, 89:6
**parcel** [3] - 22:2, 22:3, 22:10
**Parenthesis** [2] - 89:1, 90:4
**parenthesis** [3] - 86:13, 91:4, 96:7
**part** [9] - 6:12, 16:12, 29:13, 29:18, 61:9, 68:18, 71:12, 105:12, 107:11
**Part** [1] - 29:22
**particular** [6] - 61:16, 73:15, 83:7, 83:18, 83:24, 84:10
**parties** [4] - 9:7, 66:25, 87:8, 100:22
**partner** [1] - 8:15
**parts** [1] - 78:17
**party** [3] - 69:11, 69:16, 85:3
**passed** [2] - 18:8, 109:8
**password** [6] - 7:25,

41:15, 69:14, 69:22, 79:12, 82:10
**passwords** [4] - 37:15, 41:16, 43:11
**past** [1] - 50:25
**patient** [2] - 106:3, 106:5
**Patrol** [1] - 58:8
**pause** [3] - 3:16, 57:7, 78:25
**pay** [2] - 18:20, 45:21
**paycheck** [2] - 37:10, 44:23
**payment** [2] - 80:7, 90:23
**payments** [5] - 4:11, 19:6, 26:23, 48:12, 87:21
**PayPal** [1] - 80:17
**pays** [1] - 46:1
**PDF** [1] - 101:6
**Pearlman** [1] - 1:17
**Peer** [2] - 34:7
**peer** [8] - 34:17, 37:9, 41:23, 42:6
**Peer-to-Peer** [1] - 34:7
**peer-to-peer** [3] - 34:17, 41:23, 42:6
**Pelker** [1] - 1:15
**pen** [1] - 46:4
**Pennsylvania** [1] - 1:16
**people** [28] - 3:17, 3:19, 4:16, 12:20, 12:23, 14:21, 27:19, 32:4, 33:5, 34:4, 36:8, 36:13, 37:14, 37:16, 40:8, 40:11, 41:20, 42:17, 43:5, 43:10, 43:11, 44:4, 45:15, 65:11, 75:13, 88:14, 95:6, 112:10
**people's** [1] - 33:2
**per** [3] - 10:16, 10:17, 106:4
**perceived** [1] - 80:14
**percent** [7] - 5:12, 24:16, 40:11, 41:20, 50:11, 91:3, 103:7
**perhaps** [1] - 102:9
**period** [2] - 48:7, 96:20
**permanent** [1] - 9:24
**permission** [3] - 54:24, 55:16, 69:11
**person** [2] - 12:4, 68:20
**personal** [8] - 16:2, 32:20, 33:2, 46:22, 50:14, 75:17, 75:25,

76:12
**personally** [1] - 79:20
**PGP** [1] - 82:14
**phishing** [1] - 93:16
**phone** [9] - 8:2, 21:3, 25:21, 25:23, 64:1, 66:23, 69:4, 74:24
**phones** [3] - 25:19, 51:22, 101:15
**photo** [2] - 25:21, 46:18
**photos** [1] - 47:24
**phrase** [1] - 50:12
**phrased** [1] - 57:14
**physical** [6] - 54:10, 104:24, 104:25, 106:3, 106:6, 106:13
**picking** [1] - 47:25
**picture** [5] - 8:2, 14:11, 26:24, 105:17, 105:19
**piece** [9] - 5:23, 14:1, 14:3, 30:15, 31:17, 35:4, 49:3, 68:23, 79:8
**pieces** [3] - 14:4, 27:4, 30:17
**pierce** [1] - 30:14
**pilot** [1] - 50:20
**PIN** [1] - 69:15
**place** [6] - 12:18, 38:21, 51:4, 103:8, 107:8, 107:10
**placed** [4] - 57:24, 58:7, 58:9, 59:4
**places** [5] - 34:14, 39:2, 39:3, 44:4, 44:19
**Plaintiff** [2] - 1:4, 1:12
**plan** [1] - 17:4
**Plasma** [1] - 39:24
**plasma@plasmadivision** [1] - 37:2
**plasma@plasmadivision.com** [1] - 17:9
**platforms** [2] - 13:15, 13:18
**plausible** [1] - 88:17
**play** [2] - 12:25, 93:10
**played** [1] - 5:4
**plenty** [1] - 11:25
**PLLC** [1] - 1:21
**plus** [1] - 107:13
**PoD** [1] - 88:3
**point** [27] - 3:24, 12:10, 47:15, 48:13, 49:10, 50:9, 53:2, 53:4, 56:20, 56:21, 64:23, 65:4, 67:9, 70:23, 73:17, 74:8, 76:1, 82:6,

84:22, 87:13, 90:23, 93:4, 106:8, 107:12, 110:12, 110:21, 111:14
**pointing** [1] - 37:22
**points** [5] - 19:21, 83:9, 92:17, 92:22, 96:10
**Police** [1] - 62:16
**police** [4] - 49:12, 49:14, 62:15
**Poloniex** [1] - 24:9
**pool** [2] - 87:18, 87:20
**poorly** [1] - 89:11
**pornography** [3] - 4:18, 49:1
**portal** [2] - 97:20, 99:13
**portion** [5] - 68:19, 78:19, 78:23, 79:13, 79:14
**position** [4] - 61:19, 61:21, 62:24, 63:3
**positive** [1] - 40:11
**possession** [1] - 21:11
**possible** [4] - 57:1, 87:12, 106:22, 107:3
**possibly** [1] - 106:25
**post** [33] - 82:24, 84:7, 85:17, 85:18, 85:24, 86:2, 86:11, 90:25, 91:13, 91:17, 91:19, 91:22, 91:25, 92:4, 92:6, 94:3, 94:4, 94:6, 94:8, 94:11, 94:16, 94:17, 94:19, 94:21, 94:23, 95:7, 95:8, 95:10, 95:12, 96:2, 96:3, 96:7, 101:4
**posterior** [1] - 105:25
**posts** [1] - 85:14
**posturer** [1] - 106:4
**potentially** [8] - 58:17, 59:10, 59:13, 65:3, 80:18, 97:5, 110:18, 110:24
**power** [1] - 71:13
**practical** [1] - 77:10
**practice** [2] - 38:16, 74:20
**precautions** [1] - 90:5
**prefer** [2] - 54:16, 102:18
**preference** [1] - 111:5
**prejudice** [1] - 75:9
**preliminary** [1] - 110:20
**present** [2] - 2:25, 31:14
**presented** [1] - 53:16

**preserved** [1] - 83:15
**prestige** [1] - 42:18
**pretty** [4] - 56:17, 58:25, 88:16, 102:22
**prevent** [3] - 12:18, 13:14, 103:11
**preview** [3] - 6:4, 13:21, 15:17
**previous** [1] - 92:4
**previously** [2] - 101:7, 102:16
**price** [26] - 35:25, 45:10, 61:1, 61:4, 64:4, 64:10, 67:14, 68:5, 72:23, 75:2, 75:10, 76:16, 76:22, 77:4, 77:6, 78:16, 78:25, 79:4, 79:19, 81:5, 85:9, 87:2, 97:12, 98:18, 102:18, 103:4
**Price** [8] - 54:9, 60:17, 61:3, 76:22, 87:2, 89:15, 93:21, 114:3
**PRICE** [1] - 60:18
**Price's** [1] - 75:17
**prices** [2] - 36:2
**primarily** [6] - 37:23, 42:9, 62:1, 63:19, 80:8, 80:13
**primary** [2] - 34:22, 65:12
**principal** [1] - 73:23
**principals** [1] - 61:17
**principle** [1] - 68:16
**print** [1] - 33:25
**printed** [2] - 86:16, 99:8
**printout** [2] - 73:4, 74:9
**privacy** [3] - 41:21, 92:13, 107:9
**private** [20] - 20:6, 20:18, 21:16, 34:23, 34:25, 35:3, 35:4, 35:9, 35:15, 39:11, 39:14, 42:2, 42:13, 45:14, 68:13, 68:17, 68:20, 69:11, 69:13, 89:11
**privileges** [1] - 21:14
**problem** [2] - 12:21, 88:23
**problematic** [1] - 59:14
**problems** [2] - 45:23, 89:1
**proceed** [6] - 3:3, 3:12, 31:16, 65:9, 67:12, 103:2
**proceedings** [2] - 53:19, 113:12

**proceeds** [4] - 26:19, 27:16, 28:7, 28:24
**process** [7] - 15:16, 15:17, 15:22, 50:21, 52:16, 71:4, 106:12
**processed** [5] - 4:22, 8:20, 26:7, 89:25
**professional** [2] - 88:24, 89:7
**professor** [1] - 43:19
**profited** [1] - 5:17
**profits** [1] - 5:8
**program** [3] - 11:4, 11:9, 62:10
**programs** [1] - 13:14
**promised** [1] - 9:23
**promote** [2] - 27:16, 29:25
**proof** [4] - 33:8, 33:11, 33:13, 52:18
**proper** [4] - 4:15, 9:19, 85:22, 90:3
**properly** [2] - 60:9, 84:20, 87:20
**proposed** [1] - 102:21
**proposition** [1] - 102:6
**protected** [1] - 41:15
**protections** [1] - 69:22
**protocol** [1] - 14:18
**prove** [7] - 8:1, 9:11, 33:11, 87:22, 88:18, 92:10, 92:20
**proven** [2] - 9:22, 90:11
**provide** [6] - 7:25, 11:5, 12:9, 66:7, 88:1, 93:22
**provider** [2] - 14:18
**provides** [1] - 57:16
**providing** [2] - 87:17, 102:15
**provoking** [1] - 112:21
**proxies** [1] - 18:1
**proximity** [2] - 39:20, 40:4
**public** [11] - 10:20, 20:1, 29:10, 35:1, 68:13, 68:17, 68:19, 71:16, 79:13, 82:14, 86:17
**publication** [1] - 99:6
**publicly** [9] - 20:18, 71:13, 71:14, 82:21, 82:23, 82:24, 87:6, 89:17, 100:20
**publish** [7] - 67:22, 77:24, 79:1, 79:2, 81:18, 84:14, 98:10
**published** [10] - 68:1,

68:3, 72:16, 72:19, 72:21, 81:22, 85:6, 85:7, 97:9, 98:16
**publishes** [1] - 55:24
**pudding** [3] - 38:11, 38:12, 38:15
**pull** [2] - 66:16, 72:2
**pulling** [1] - 71:21
**purchase** [3] - 7:9, 22:9, 37:6
**purchased** [2] - 66:8, 73:24, 74:5
**purely** [2] - 39:16, 40:25
**purged** [1] - 90:21
**purpose** [4] - 8:11, 8:19, 19:1, 89:17
**purposes** [5] - 6:16, 9:16, 41:21, 89:24, 90:19
**put** [9] - 5:13, 26:24, 30:17, 36:23, 36:24, 43:21, 49:12, 55:13, 66:6
**puts** [3] - 37:1, 46:3
**putting** [4] - 7:5, 14:2, 16:10, 46:21
**puzzle** [3] - 14:1, 14:2, 27:4

**Q**

**qualifications** [1] - 20:13
**quarantine** [3] - 50:22, 51:3, 51:4
**quarantines** [1] - 51:8
**questioning** [2] - 56:5, 58:14
**questions** [19] - 13:19, 24:17, 25:1, 25:5, 32:12, 32:14, 57:9, 57:10, 75:4, 75:5, 75:20, 75:22, 75:24, 76:11, 106:6, 108:2, 110:5, 111:10, 112:22
**quick** [2] - 30:24, 33:8
**quickly** [1] - 111:2
**quit** [3] - 44:25, 46:19
**quite** [2] - 45:3, 111:11
**quotation** [1] - 86:14
**quotations** [1] - 86:13
**quote** [3] - 9:24, 57:8, 92:4

**R**

**raise** [4] - 31:8, 109:6, 112:1, 112:5
**raised** [4] - 53:3,

58:23, 66:24, 112:2
**ran** [2] - 32:6, 42:25
**RANDOLPH** [1] - 1:9
**random** [3] - 14:25, 66:14, 80:25
**Randomized** [2] - 91:8, 91:9
**randomized** [1] - 91:11
**ranking** [1] - 42:18
**rapidly** [1] - 18:8
**rate** [1] - 50:11
**rather** [5] - 16:12, 64:8, 78:3, 101:21, 112:10
**reach** [4] - 30:18, 53:4, 102:5, 106:7
**reached** [3] - 20:5, 49:19, 49:24
**reaching** [1] - 49:17
**read** [22] - 86:11, 87:3, 88:9, 88:21, 89:5, 90:17, 92:9, 92:16, 94:11, 94:25, 95:14, 99:19, 99:23, 100:6, 100:16, 101:14, 101:22, 102:4, 102:7, 102:18, 103:5
**reading** [2] - 74:18, 101:21
**ready** [2] - 3:2, 55:1
**real** [14] - 15:7, 17:18, 19:6, 30:24, 33:8, 46:18, 49:8, 56:24, 74:4, 80:20, 86:8, 86:9, 87:12, 100:10
**really** [23] - 18:5, 24:21, 33:19, 35:16, 36:1, 37:13, 37:20, 42:17, 43:13, 43:24, 45:4, 45:5, 54:17, 64:25, 65:4, 93:4, 93:9, 93:13, 93:17, 93:18, 95:22
**reason** [6] - 36:14, 36:18, 41:18, 48:3, 89:14, 104:19
**reasonable** [2] - 33:13, 52:19
**reasons** [6] - 41:18, 46:9, 97:3, 97:6, 111:25
**receive** [2] - 62:3, 62:6
**received** [3] - 23:24, 73:20, 90:23
**RECEIVED** [1] - 114:6
**receiving** [3] - 11:18, 11:25, 70:21
**recently** [1] - 28:15
**recess** [3] - 31:11,

54:25, 79:15
**recognize** [7] - 72:7, 72:9, 72:24, 81:8, 84:3, 97:15, 97:18
**recommend** [1] - 106:5
**reconnect** [1] - 3:11
**reconstructed** [1] - 22:20
**record** [5] - 54:19, 63:5, 73:8, 75:21, 84:21
**recorded** [6] - 70:8, 70:10, 70:11, 71:5, 87:6, 100:20
**recording** [1] - 11:20
**recordings** [1] - 7:22
**records** [9] - 9:24, 13:4, 13:6, 18:21, 19:10, 20:2, 26:17, 26:23, 71:7
**recovering** [1] - 105:1
**recovery** [3] - 16:6, 106:1, 106:2
**red** [1] - 73:16
**redeem** [2] - 38:18, 38:21, 38:23
**redeeming** [1] - 38:22
**redemption** [2] - 38:20, 38:22
**refer** [2] - 14:21, 74:20
**reference** [1] - 105:19
**referred** [2] - 36:25, 59:22
**referring** [3] - 14:22, 74:17, 95:25
**regarding** [5] - 2:6, 55:21, 70:21, 85:15, 91:4
**region** [1] - 45:17
**register** [11] - 15:14, 15:21, 16:13, 16:20, 17:12, 17:18, 17:20, 22:23, 38:1, 40:2, 95:22
**registered** [10] - 14:10, 15:15, 17:5, 18:1, 18:17, 18:18, 18:22, 38:3, 38:5, 40:14
**registering** [3] - 15:22, 18:21, 29:19
**registration** [7] - 18:22, 19:3, 19:13, 29:20, 37:24, 37:25, 40:16
**registrations** [1] - 43:10
**regular** [3] - 15:3, 66:6, 106:2

**regulations** [2] - 12:18, 12:25
**regulatory** [1] - 13:6
**Rehab** [1] - 106:18
**reiterate** [1] - 79:5
**relate** [2] - 91:21, 98:4
**related** [5] - 22:14, 34:25, 35:8, 62:1, 62:4
**relating** [1] - 21:21
**relay** [1] - 14:16
**reliable** [1] - 35:12
**rely** [3] - 35:11, 60:7, 60:9
**remained** [2] - 19:8, 28:16
**remember** [9] - 15:2, 15:8, 24:22, 35:23, 42:17, 44:7, 47:11, 50:24, 52:16
**remind** [5] - 31:2, 54:5, 54:8, 60:4, 104:2
**remotely** [1] - 21:18
**renew** [1] - 65:3
**rented** [1] - 21:25
**renting** [1] - 21:22
**repeat** [1] - 52:24
**report** [1] - 112:12
**Reporter** [2] - 1:25, 113:17
**REPORTER** [1] - 113:7
**reports** [3] - 13:4, 13:7, 13:16
**represent** [2] - 27:4, 83:23
**representation** [1] - 68:7
**represented** [1] - 27:8
**request** [2] - 53:5, 53:8, 107:3
**requests** [1] - 72:15
**require** [2] - 41:7, 71:2
**required** [2] - 13:13, 29:14
**Requirements** [1] - 103:5
**requires** [3] - 13:3, 77:14, 79:16
**research** [3] - 31:4, 52:25, 104:4
**researchers** [3] - 9:8, 87:8, 100:22
**Reserve** [17] - 15:21, 16:17, 16:18, 16:24, 17:1, 17:6, 17:16, 18:10, 18:13, 18:14, 18:15, 18:16, 18:20, 19:12, 38:23, 38:24
**Reserves** [1] - 93:15
**resistance** [2] -

105:11, 107:8
**resolve** [1] - 22:7
**resolving** [2] - 22:11, 67:1
**respect** [7] - 56:22, 56:24, 76:2, 110:16, 110:22, 111:1, 111:24
**respond** [1] - 92:15
**responded** [1] - 24:20
**responsibilities** [1] - 61:23
**rest** [1] - 89:5
**result** [1] - 32:4
**return** [1] - 82:16
**returned** [2] - 53:7, 53:9
**returning** [1] - 74:1
**revealing** [2] - 87:5, 100:19
**reversible** [1] - 58:18
**review** [2] - 85:16, 101:7
**reviewed** [4] - 96:9, 96:14, 102:17, 103:19
**reward** [1] - 71:3
**Rica** [1] - 16:25
**rights** [2] - 57:23, 58:4
**rise** [1] - 104:10
**RMR** [1] - 1:25
**Road** [11] - 4:25, 26:20, 26:21, 26:22, 44:1, 44:2, 44:10, 44:11, 44:14, 45:8, 79:22
**robber** [1] - 7:2
**robbery** [3] - 6:25, 7:4, 7:9
**robot** [1] - 8:1
**rods** [1] - 105:20
**role** [1] - 5:4
**Roman** [25] - 1:6, 5:15, 6:6, 6:8, 14:7, 17:6, 17:10, 17:24, 18:5, 18:8, 19:2, 19:7, 19:9, 19:18, 21:5, 22:25, 23:11, 24:7, 25:3, 25:13, 30:20, 32:8, 33:19, 41:6, 45:25
**Romania** [5] - 21:22, 21:25, 22:3, 46:1, 51:24
**Romanian** [2] - 22:13, 49:17
**room** [2] - 54:22, 58:10
**Room** [1] - 113:18
**Rosso** [1] - 17:25
**rough** [1] - 57:2
**roughly** [6] - 33:19, 48:5, 48:16, 48:20,

48:21, 51:15
**Router** [1] - 14:15
**routes** [1] - 14:15
**Rovensky** [1] - 2:21
**royalty** [1] - 48:12
**Rule** [2] - 2:6, 2:7
**rule** [1] - 52:16
**rules** [3] - 12:18, 12:25, 13:11
**run** [10] - 17:12, 17:17, 17:23, 47:17, 89:7, 89:16, 89:19, 92:20, 92:25, 93:2
**running** [4] - 10:10, 22:15, 46:5, 93:6
**Russia** [1] - 33:20
**Russian** [4] - 16:10, 16:11, 38:10, 51:6

## S

**Sacramento** [1] - 50:21
**sales** [1] - 28:24
**sampling** [1] - 26:17
**Saragus** [1] - 92:20
**Sarah** [1] - 23:23
**sat** [1] - 53:16
**Satoshi** [1] - 34:4
**save** [1] - 10:14
**saved** [3] - 16:8, 24:23, 98:24
**saving** [1] - 50:8
**saw** [3] - 31:23, 66:3, 74:14
**scared** [1] - 107:12
**scene** [1] - 34:12
**scheduling** [5] - 31:8, 104:5, 104:8, 104:23, 109:5
**scheme** [2] - 5:18, 27:6
**Scholl** [5] - 22:18, 22:20, 23:6, 23:10, 24:4
**school** [5] - 33:22, 33:24, 34:2, 34:3, 50:20
**scientist** [4] - 19:16, 20:25, 21:9
**scratch** [1] - 89:9
**screen** [10] - 3:4, 3:6, 3:7, 3:11, 3:17, 72:5, 84:8, 84:11, 96:13, 97:13
**screening** [2] - 58:7, 58:9
**screens** [1] - 32:5
**screenshot** [10] - 9:1, 72:10, 81:12, 81:15,

81:16, 84:6, 97:19, 97:22, 98:1, 98:8
**screenshots** [2] - 7:22, 84:24
**scroll** [2] - 85:9, 94:10
**scrolling** [1] - 101:5
**search** [5] - 15:4, 41:5, 47:24, 57:6, 78:21
**searchable** [2] - 10:25, 15:3
**searched** [2] - 43:2, 47:12
**searching** [1] - 102:6
**seat** [2] - 60:24, 105:6
**seated** [4] - 3:1, 31:15, 47:23, 59:18
**second** [10] - 3:8, 15:2, 23:6, 30:10, 46:15, 58:9, 74:3, 84:22, 88:4, 109:10
**secondary** [1] - 58:7
**secrecy** [2] - 12:1, 21:15
**Secrecy** [3] - 13:1, 13:2, 36:22
**secret** [3] - 4:17, 20:16, 53:19
**section** [2] - 82:9, 96:7, 100:13
**secure** [9] - 8:3, 8:5, 9:18, 28:22, 85:25, 88:24, 89:7, 90:2, 95:4
**securely** [1] - 90:1
**Securities** [1] - 29:16
**security** [9] - 8:1, 9:16, 68:18, 69:18, 69:20, 80:13, 89:9, 89:24, 97:3
**see** [78] - 3:19, 6:1, 7:21, 7:24, 8:3, 11:15, 13:22, 14:4, 17:4, 19:9, 19:10, 19:13, 19:18, 20:2, 21:21, 22:8, 25:15, 25:24, 26:6, 26:17, 30:14, 31:5, 31:17, 36:25, 40:13, 41:7, 41:9, 41:11, 41:24, 43:7, 43:13, 44:7, 45:11, 46:18, 46:25, 47:7, 47:9, 48:4, 48:23, 49:3, 49:14, 50:6, 51:14, 51:16, 51:20, 57:2, 67:10, 68:8, 68:19, 72:4, 73:12, 77:17, 78:18, 79:8, 86:24, 88:7, 88:23, 90:13, 91:15, 92:1, 94:4, 94:17, 95:6, 95:8, 98:25, 99:9, 99:10, 99:17, 104:9,

105:17, 107:5, 107:19, 108:9, 110:9, 110:17, 110:23, 111:8, 113:1
**seek** [1] - 13:18
**seeking** [1] - 55:20
**seem** [4] - 4:2, 75:1, 93:8, 93:19
**seize** [2] - 25:8, 46:4
**seized** [5] - 22:13, 26:2, 47:11, 48:20, 48:24
**seizure** [1] - 25:7
**selection** [1] - 106:12
**sell** [2] - 34:20, 42:7
**sellers** [2] - 5:6, 27:25
**selling** [6] - 5:1, 8:13, 23:7, 27:14, 36:4, 80:15
**sells** [1] - 8:14
**senators** [1] - 93:12
**send** [11] - 7:10, 8:4, 10:13, 11:5, 11:7, 16:16, 18:10, 34:15, 34:21, 70:1, 108:21
**sending** [6] - 11:16, 11:18, 11:24, 45:25, 70:21, 70:25
**sense** [3] - 30:11, 54:18
**senses** [1] - 89:20
**sent** [13] - 17:24, 18:1, 18:12, 18:14, 22:2, 23:1, 24:20, 29:2, 49:18, 66:8, 73:19, 74:14, 74:15
**sentence** [2] - 94:12, 100:5
**separate** [1] - 25:24
**September** [5] - 15:23, 16:7, 17:5, 46:8, 73:9
**serial** [1] - 7:1
**series** [7] - 14:16, 23:2, 66:13, 68:8, 73:15, 80:25, 85:14
**seriously** [4] - 33:16, 86:15, 88:25, 93:19
**served** [1] - 25:7
**server** [24] - 21:22, 21:25, 22:9, 31:20, 32:2, 32:17, 37:25, 45:25, 46:1, 46:3, 46:4, 49:18, 49:19, 49:25, 50:1, 51:24, 52:2, 52:3, 89:16, 90:1, 90:24, 95:18, 100:11
**servers** [7] - 21:17, 22:14, 31:20, 32:1, 32:16, 88:18, 97:6
**service** [36] - 3:14, 3:22, 4:4, 8:23, 9:12,

9:16, 14:18, 20:11, 21:20, 21:23, 22:5, 29:7, 45:14, 46:14, 48:12, 63:17, 86:20, 87:15, 87:18, 87:23, 88:1, 89:10, 89:16, 89:24, 90:7, 92:11, 92:13, 92:23, 93:2, 94:15, 95:3, 95:5, 95:18, 95:25, 96:17, 103:7
**services** [8] - 14:21, 15:3, 21:16, 79:25, 80:2, 81:13, 88:22, 93:5
**set** [9] - 5:16, 7:23, 21:12, 30:23, 35:25, 37:23, 72:2, 74:12, 92:6
**sets** [2] - 15:13, 65:5
**setting** [5] - 21:7, 22:21, 64:20, 99:25, 103:18
**seven** [2] - 74:20, 109:11
**several** [3] - 23:14, 60:6, 69:5
**sexual** [4] - 4:18, 5:9, 23:9, 79:22
**shadow** [1] - 4:14
**shaking** [1] - 7:6
**share** [1] - 42:23
**shared** [1] - 89:13
**shares** [1] - 110:24
**sharing** [1] - 13:16
**Sheep** [1] - 44:18
**Shengen** [1] - 51:2
**shipment** [1] - 22:10
**shitting** [1] - 93:12
**shock** [1] - 51:9
**shocked** [1] - 56:17
**shooting** [1] - 90:19
**shorenet@hotmail. com** [1] - 40:25
**Shormint** [1] - 18:20
**shormint@hotmail. com** [2] - 18:19, 18:23
**short** [2] - 30:23, 58:19
**shortly** [3] - 20:2, 28:13, 28:17
**shoulder** [1] - 106:10
**show** [18] - 3:18, 6:5, 9:21, 20:20, 21:3, 23:23, 24:1, 24:4, 27:2, 28:2, 28:14, 45:17, 45:19, 72:4, 73:14, 90:8, 90:10, 100:2
**showed** [4] - 18:22, 38:9, 44:3, 50:16

**showing** [12] - 7:22, 20:2, 25:22, 31:18, 48:5, 49:3, 49:14, 50:2, 51:19, 51:20, 67:14, 97:15
**shown** [2] - 67:5, 76:16
**shows** [3] - 10:22, 37:22, 73:5
**shut** [1] - 17:2
**shutdown** [1] - 93:5
**shuts** [11] - 44:1, 44:2, 44:18, 45:8, 46:7, 46:8, 46:13, 47:5, 47:19, 89:20
**shutting** [1] - 93:11
**sic** [1] - 49:21
**sides** [1] - 27:23
**sign** [2] - 24:3, 92:12
**significant** [1] - 24:1
**signifier** [1] - 66:15
**signpost** [1] - 15:9
**signs** [1] - 50:20
**Silk** [11] - 4:25, 26:20, 26:21, 26:22, 44:1, 44:2, 44:10, 44:11, 44:14, 45:8, 79:21
**silly** [1] - 89:13
**similar** [13] - 65:23, 66:6, 70:19, 73:12, 73:24, 74:4, 78:18, 87:15, 88:22, 93:5, 101:3, 101:12, 103:9
**simple** [2] - 15:16, 52:16
**simplifying** [1] - 32:22
**simply** [6] - 60:9, 64:20, 64:21, 78:8, 99:25, 101:6
**single** [10] - 11:22, 13:24, 31:17, 31:22, 44:16, 47:7, 49:3, 71:7, 87:4, 100:19
**single-handedly** [1] - 100:19
**sit** [11] - 30:6, 47:18, 54:15, 104:18, 104:19, 105:5, 105:10, 110:14, 111:5, 111:20, 112:21
**site** [27] - 7:17, 13:19, 14:8, 19:22, 20:10, 26:13, 26:14, 36:15, 38:3, 38:6, 38:7, 38:19, 40:15, 42:21, 44:18, 45:7, 45:24, 80:24, 81:13, 81:25, 83:9, 86:4, 86:21, 89:13, 92:25, 96:17
**sites** [10] - 4:25, 26:9, 37:25, 38:25, 46:8,

47:6, 79:23, 80:2, 80:3
**sitting** [6] - 32:4, 32:8, 48:10, 107:12, 111:4, 111:23
**situation** [1] - 69:16
**six** [4] - 63:1, 74:20, 103:11, 105:25
**skating** [2] - 56:3, 57:14
**skills** [1] - 49:8
**skyrocket** [1] - 48:9
**slide** [4] - 33:18, 44:6, 44:7
**slides** [1] - 44:3
**slightly** [1] - 103:15
**slower** [1] - 93:3
**small** [7] - 11:19, 22:25, 33:20, 75:2, 79:13, 79:14, 93:18
**smaller** [1] - 6:22
**software** [8] - 10:11, 23:15, 32:6, 33:5, 68:23, 69:3, 77:14, 79:16
**sold** [5] - 5:2, 26:19, 26:22, 44:6, 44:9
**solution** [2] - 87:17, 89:9
**someone** [6] - 11:5, 11:6, 19:5, 20:10, 56:19, 89:12
**sometime** [1] - 49:11
**sometimes** [4] - 10:7, 11:17, 12:22, 97:3
**somewhat** [4] - 63:23, 77:13, 78:18, 80:24
**somewhere** [1] - 37:7
**soon** [3] - 31:5, 94:14, 102:22
**soon-to-be-done** [1] - 94:14
**sooner** [1] - 12:9
**sorry** [11] - 2:5, 2:20, 3:9, 3:16, 74:6, 79:4, 86:13, 97:8, 97:15, 97:25, 112:4
**sort** [13] - 11:6, 21:3, 40:13, 42:18, 43:4, 54:13, 54:14, 54:19, 62:6, 64:19, 74:4, 75:16, 80:6
**sorts** [9] - 31:25, 34:1, 34:14, 37:16, 43:6, 43:12, 44:4, 45:1, 80:6
**sound** [2] - 100:25, 101:2
**sounds** [4] - 57:21, 110:13, 110:23, 111:22
**source** [6] - 12:14, 12:24, 24:12, 71:18,

72:10, 99:22
**sources** [1] - 24:3
**space** [3] - 21:22, 21:25, 22:9
**spasm** [1] - 106:4
**speaking** [3] - 63:11, 74:19, 76:25
**speaks** [1] - 51:6
**special** [4] - 6:15, 61:22, 77:14, 79:16
**specialist** [1] - 22:18
**specialized** [4] - 10:11, 38:22, 62:3, 62:8
**specific** [6] - 16:13, 23:18, 24:20, 62:9, 70:24, 71:23
**specifically** [4] - 8:10, 24:18, 28:5, 92:23
**specify** [1] - 90:25
**speculate** [1] - 67:1
**speed** [1] - 102:17
**speeding** [1] - 102:3
**spelling** [1] - 61:2
**spend** [5] - 7:7, 10:12, 12:11, 12:23, 38:25
**spending** [2] - 24:3, 103:12
**spent** [2] - 51:6, 62:16
**spinal** [2] - 105:24, 105:25
**splitting** [1] - 23:2
**spokesperson** [1] - 19:24
**spreadsheet** [2] - 70:20, 73:13
**squad** [1] - 61:24
**staff** [1] - 22:18
**stage** [1] - 64:20
**stand** [11] - 31:22, 32:9, 40:9, 40:23, 47:16, 48:22, 54:15, 56:23, 57:21, 57:22, 105:7
**standing** [1] - 107:13
**stands** [3] - 11:23, 37:24, 85:21
**start** [4] - 43:5, 66:10, 70:16, 112:23
**started** [6] - 24:17, 24:25, 25:4, 38:19, 48:8, 50:21
**starting** [17] - 21:22, 28:13, 36:8, 43:21, 43:22, 49:6, 73:15, 86:11, 88:6, 90:14, 90:21, 94:12, 95:1, 95:14, 99:4, 99:5, 99:7
**starts** [11] - 33:19, 36:11, 36:13, 42:8,

45:2, 45:12, 45:13, 86:14, 86:23, 99:17, 100:13
**state** [1] - 29:14
**statement** [5] - 10:22, 53:3, 57:2, 59:22, 85:1
**statements** [8] - 2:8, 54:5, 60:5, 60:8, 85:2, 85:3, 102:19
**STATES** [2] - 1:1, 1:10
**states** [3] - 85:25, 86:15, 92:10
**States** [8] - 1:3, 5:3, 47:21, 47:22, 49:11, 49:22, 51:2, 51:5
**stating** [1] - 88:1
**statute** [1] - 46:10
**stay** [2] - 90:5, 104:7
**stays** [1] - 54:21
**stenographic** [1] - 113:11
**step** [8] - 14:4, 16:15, 16:16, 17:13, 17:15, 19:3, 19:15, 104:12
**Step** [6] - 16:16, 17:14, 17:20, 17:21, 17:22, 18:10
**steps** [5] - 4:13, 13:14, 16:13, 16:15, 19:5
**Sterlingov** [83] - 1:6, 5:16, 5:21, 6:7, 6:8, 14:7, 16:4, 16:7, 17:6, 17:10, 17:24, 18:6, 18:8, 18:19, 18:24, 19:2, 19:7, 19:9, 19:19, 20:8, 21:5, 22:25, 23:11, 24:7, 25:3, 25:13, 30:20, 31:18, 31:23, 32:8, 32:13, 33:12, 33:19, 35:24, 36:7, 36:19, 36:24, 37:23, 38:2, 39:8, 39:12, 39:15, 39:23, 40:14, 40:18, 40:21, 40:22, 41:6, 41:17, 42:4, 43:3, 43:9, 43:14, 43:23, 44:12, 44:22, 45:7, 45:12, 46:17, 47:1, 47:8, 47:14, 48:2, 48:5, 48:6, 48:9, 48:14, 48:24, 49:6, 49:13, 49:15, 49:18, 50:3, 51:25, 55:3, 55:8, 55:19, 55:21, 55:25, 56:23, 57:10, 57:18
**sterlingov** [5] - 40:24, 42:15, 47:20, 47:24, 50:5
**Sterlingov's** [2] - 44:10, 53:11

**still** [15] - 28:14, 37:19, 43:23, 45:5, 50:5, 51:19, 57:13, 57:15, 62:19, 75:16, 88:16, 90:5, 94:2, 94:13, 111:6
**stipulated** [1] - 84:23
**stipulation** [1] - 64:6
**stole** [1] - 4:19
**stolen** [2] - 7:1, 93:15
**stop** [3] - 25:2, 25:5, 33:7
**storage** [3] - 51:14, 51:15, 69:22
**store** [4] - 11:11, 21:17, 68:11, 69:11
**stored** [2] - 71:10, 71:13
**story** [3] - 13:25, 14:6, 33:19
**straight** [3] - 26:1, 38:19, 42:6
**strategic** [1] - 63:4
**stream** [2] - 12:8, 45:16
**streaming** [1] - 45:7
**Street** [3] - 1:13, 1:22, 8:15
**street** [1] - 4:1
**strengthening** [1] - 106:5
**stress** [1] - 59:23
**strike** [1] - 64:23
**string** [1] - 11:3
**strive** [1] - 89:10
**strong** [1] - 54:17
**strongly** [1] - 106:5
**studio** [1] - 45:2
**stuff** [12] - 33:1, 34:15, 37:22, 39:21, 40:20, 40:21, 41:12, 44:4, 44:6, 44:8, 47:2, 49:4
**stupid** [1] - 25:1
**sub** [1] - 25:25
**sub-wallets** [1] - 25:25
**subject** [2] - 85:23, 85:25
**subjects** [1] - 88:25
**submit** [1] - 55:22
**submitting** [1] - 29:20
**subsequent** [2] - 62:23, 64:13
**substantial** [1] - 58:25
**substantively** [2] - 101:10, 103:21
**successful** [1] - 47:14
**sudden** [2] - 31:25, 105:12
**sufficient** [1] - 56:20
**suggests** [2] - 6:17,

56:20
**Suite** [1] - 1:13
**summaries** [2] - 101:21, 101:23
**summarize** [1] - 87:24
**summarizing** [1] - 102:16
**supply** [1] - 10:12
**support** [5] - 29:25, 95:4, 95:15, 95:16, 109:13
**suppose** [1] - 53:19
**supposed** [1] - 25:13
**surface** [5] - 15:7, 78:23, 79:7, 79:9
**surgery** [3] - 105:1, 105:24, 106:1
**surprise** [1] - 51:9
**surrounding** [2] - 27:22, 30:14
**surveillance** [3] - 46:3, 48:4, 49:13
**survives** [1] - 92:13
**suspicious** [3] - 13:7, 89:19, 93:7
**swear** [1] - 90:7
**Sweden** [8] - 33:20, 37:18, 43:13, 44:13, 50:10, 50:11, 51:1, 51:7
**Swedish** [5] - 33:24, 37:1, 49:12, 49:14
**switch** [1] - 45:18
**sworn** [1] - 60:19
**sympathetic** [1] - 58:16
**system** [1] - 68:18
**System** [1] - 34:7

**T**

**T-O-R** [1] - 14:15
**table** [3] - 32:8, 66:19, 66:20
**targeting** [1] - 62:18
**tax** [2] - 13:6, 50:11
**team** [1] - 89:7
**technical** [2] - 20:13, 22:7
**technology** [2] - 37:13, 63:23
**teller** [1] - 65:23
**ten** [11] - 5:18, 20:22, 25:1, 28:12, 31:1, 40:7, 52:22, 82:5, 88:14, 89:8, 106:9
**ten-minute** [1] - 31:1
**tens** [5] - 4:23, 6:21, 10:16, 26:8, 26:24
**tentatively** [1] - 111:23

**terabytes** [1] - 51:15
**term** [1] - 77:12
**terminology** [1] - 65:5
**terms** [8] - 66:10, 69:6, 69:9, 75:17, 87:4, 93:10, 100:18, 109:24
**territory** [1] - 75:8
**testified** [1] - 60:20
**testifies** [2] - 42:24, 43:1
**testify** [11] - 21:9, 21:11, 23:16, 23:18, 31:23, 32:10, 48:19, 48:23, 58:7, 64:9, 64:11
**testifying** [4] - 41:3, 64:14, 75:2, 76:10
**testimony** [18] - 14:13, 27:3, 35:23, 55:16, 55:21, 59:12, 64:24, 65:6, 67:20, 72:13, 76:9, 77:21, 77:22, 78:12, 102:16, 104:13, 110:25
**text** [8] - 8:1, 86:23, 95:1, 95:14, 100:6, 101:10, 103:21, 103:22
**THE** [134] - 1:1, 1:1, 1:9, 2:3, 2:10, 2:16, 2:19, 2:23, 2:25, 3:2, 3:5, 3:7, 3:9, 3:12, 3:16, 30:21, 30:25, 31:7, 31:12, 31:14, 31:16, 52:11, 52:13, 52:21, 53:12, 53:14, 53:18, 54:2, 54:4, 54:17, 55:1, 55:2, 55:3, 55:5, 56:1, 57:5, 57:8, 57:20, 58:1, 58:15, 59:5, 59:16, 59:18, 59:20, 60:24, 64:16, 65:9, 66:18, 66:21, 67:24, 68:1, 72:17, 72:19, 76:1, 77:25, 78:2, 78:6, 79:2, 81:20, 81:22, 84:16, 84:18, 85:5, 97:8, 97:10, 98:12, 98:15, 101:25, 102:11, 102:20, 103:2, 104:1, 104:10, 104:12, 104:14, 104:15, 104:18, 104:25, 105:6, 105:9, 105:15, 105:17, 105:21, 105:23, 106:11, 106:14, 106:17, 106:18, 106:20, 106:23, 106:25, 107:5, 107:7, 107:11, 107:16, 107:17, 107:21, 108:1,

108:2, 108:6, 108:8, 108:9, 108:11, 108:13, 108:16, 108:17, 108:19, 108:21, 108:25, 109:1, 109:2, 109:4, 109:5, 109:7, 109:14, 109:16, 109:19, 109:21, 109:22, 109:23, 110:1, 110:3, 110:5, 110:8, 110:10, 110:12, 111:9, 111:22, 112:4, 112:5, 112:7, 112:9, 112:16, 112:19
**themselves** [2] - 4:13, 69:17
**therapy** [5] - 104:24, 105:1, 106:3, 106:6, 106:13
**they've** [3] - 49:19, 49:24, 75:14
**thinking** [1] - 75:9
**thinks** [2] - 37:7, 50:9
**thinning** [1] - 109:24
**third** [4] - 23:10, 30:11, 69:11, 69:16
**third-party** [1] - 69:16
**thirds** [1] - 88:5
**thoughts** [3] - 110:12, 110:20, 111:18
**thousands** [6] - 6:21, 10:16, 11:10, 40:7
**thread** [12] - 82:15, 85:16, 86:18, 91:13, 92:5, 95:5, 96:1, 96:9, 96:14, 99:15, 103:13
**three** [21] - 12:6, 16:12, 22:13, 22:20, 29:12, 30:6, 38:9, 38:10, 38:11, 39:13, 48:5, 52:22, 81:2, 87:3, 87:25, 89:5, 92:16, 101:5, 106:3, 106:16, 109:17
**three-and-a-half-hour** [1] - 109:17
**throughout** [1] - 64:12
**thumb** [1] - 35:5
**tie** [1] - 7:3
**tied** [2] - 21:4, 45:22
**timestamp** [1] - 73:11
**timestamps** [1] - 70:22
**tipping** [1] - 12:23
**together** [9] - 5:23, 11:11, 14:2, 14:5, 23:17, 29:1, 30:17, 77:2
**token** [1] - 65:18
**tomorrow** [8] - 104:2,

104:9, 108:7, 108:10, 110:9, 110:19, 111:24, 113:1
**tonight** [4] - 59:6, 59:7, 106:14, 108:7
**tons** [1] - 48:22
**took** [7] - 4:12, 5:20, 46:20, 47:24, 62:24, 81:13, 81:16
**tool** [1] - 5:7
**tools** [1] - 23:15
**top** [9] - 5:12, 16:12, 79:8, 85:17, 86:11, 91:25, 95:1, 96:4, 98:20
**Tor** [43] - 1:20, 1:21, 6:15, 6:16, 8:6, 9:13, 9:17, 9:22, 14:14, 14:15, 14:19, 14:20, 14:25, 15:1, 15:11, 21:12, 21:14, 21:20, 38:8, 79:19, 86:20, 89:18, 89:25, 90:4, 90:11, 93:2, 93:6, 93:22, 94:15, 95:23, 95:24, 95:25, 96:17, 96:22, 96:25, 99:21, 99:22, 99:25, 100:3, 100:5, 100:12, 101:19
**Tor.onion** [1] - 86:21
**Tor@torekeland.com** [1] - 1:23
**towards** [1] - 90:13
**town** [1] - 33:20
**Townsend** [2] - 42:14, 42:20
**townsend** [1] - 42:21
**trace** [11] - 7:16, 12:4, 12:13, 12:16, 19:6, 39:4, 39:5, 39:6, 39:7, 40:13, 41:24
**traced** [6] - 6:6, 23:6, 23:10, 24:12, 24:15, 26:3
**traces** [2] - 21:13, 37:2
**tracing** [2] - 33:4, 35:8
**track** [7] - 4:6, 9:8, 10:21, 30:15, 74:22, 87:10, 100:24
**tracks** [1] - 4:20
**trade** [2] - 5:6, 65:16
**trading** [1] - 45:1
**traffic** [2] - 14:16, 49:25
**trafficked** [1] - 23:8
**trafficking** [3] - 5:5, 26:9, 27:16
**trail** [4] - 4:7, 6:7, 12:10, 12:15, 13:11
**trained** [1] - 61:14

**training** [8] - 62:3, 62:6, 62:8, 62:9, 64:7, 77:10, 79:6

**transacted** [1] - 63:22

**transaction** [39] - 5:13, 8:17, 8:19, 8:20, 10:23, 11:1, 11:14, 11:19, 11:22, 11:24, 12:8, 17:12, 17:19, 18:25, 19:15, 22:22, 23:5, 27:25, 29:2, 32:25, 40:2, 41:23, 70:23, 70:24, 71:1, 71:8, 73:8, 73:11, 74:1, 74:4, 74:13, 75:25, 76:16, 76:20, 87:5, 87:11, 91:11, 100:19

**transactions** [50] - 4:4, 4:5, 4:17, 4:23, 4:24, 5:7, 6:2, 7:15, 7:19, 8:8, 8:12, 8:21, 9:15, 9:24, 10:22, 11:18, 11:20, 12:5, 12:14, 12:17, 13:5, 13:7, 13:17, 18:5, 19:18, 22:21, 23:2, 26:8, 26:25, 28:1, 37:9, 42:6, 68:21, 69:14, 70:8, 70:10, 70:11, 70:14, 70:22, 71:2, 71:4, 71:23, 73:2, 73:14, 80:14, 87:9, 88:2, 88:3, 100:23

**transcript** [3] - 57:2, 113:10, 113:11

**TRANSCRIPT** [1] - 1:8

**transfer** [4] - 16:15, 34:22, 35:2, 88:11

**transfers** [2] - 29:10, 34:17

**translates** [1] - 16:10

**translation** [3] - 16:11, 38:10, 38:15

**transmission** [2] - 29:23, 30:4

**Transmitter** [1] - 30:3

**transmitters** [1] - 13:3

**transmitting** [6] - 29:5, 29:9, 29:11, 29:14, 29:19, 29:23

**trap** [1] - 46:4

**travel** [1] - 50:9

**traveling** [2] - 37:16, 50:13

**treated** [1] - 78:3

**Treaty** [1] - 49:20

**trial** [10] - 5:24, 6:5, 7:18, 10:3, 14:3, 19:8, 29:17, 30:13, 48:19, 107:22

**TRIAL** [2] - 1:4, 1:8

**tries** [3] - 45:1, 92:23

**trigger** [1] - 106:8

**trip** [1] - 47:20

**Trojans** [1] - 93:16

**trouble** [2] - 19:2, 90:18

**true** [8] - 8:2, 17:10, 18:7, 19:7, 21:5, 57:18, 113:10, 113:11

**trust** [2] - 33:14, 95:17

**try** [3] - 33:5, 107:23, 107:25

**trying** [7] - 3:25, 4:6, 20:4, 38:13, 75:23, 102:1, 102:17

**tumbler** [3] - 6:24, 76:23, 76:25

**tumblers** [1] - 24:19

**turn** [2] - 88:4, 91:24

**turned** [1] - 53:16

**turns** [1] - 51:3

**Twitter** [3] - 86:23, 86:25, 87:1

**two** [30] - 3:17, 3:19, 12:6, 14:23, 17:18, 18:1, 18:9, 18:17, 22:17, 25:9, 26:11, 46:16, 48:17, 50:22, 50:23, 51:4, 51:8, 62:25, 68:18, 73:19, 73:22, 75:20, 75:24, 88:5, 100:5, 109:7, 109:17, 110:18, 110:25, 111:4

**two-and-a-half** [1] - 109:17

**two-part** [1] - 68:18

**two-thirds** [1] - 88:5

**two-week** [1] - 50:22

**tying** [2] - 39:12, 41:1

**type** [5] - 29:9, 31:4, 64:24, 78:21, 104:4

**types** [4] - 69:5, 69:21, 69:25, 112:22

**typically** [1] - 80:19

## U

**U.S** [4] - 10:9, 25:10, 39:1, 65:17

**UK** [1] - 45:19

**um-hum** [1] - 97:10

**uncle** [5] - 109:8, 109:20, 109:23, 109:25

**unclear** [1] - 44:14

**uncover** [1] - 13:12

**under** [12] - 2:7, 4:13, 46:3, 47:21, 49:13, 58:9, 59:4, 68:16,

73:16, 85:3, 88:21, 89:21

**undercover** [4] - 7:19, 8:8, 28:20, 28:21

**underestimated** [1] - 47:16

**underlining** [2] - 74:3, 77:5

**underlying** [1] - 73:2

**unfortunately** [1] - 5:21

**unique** [1] - 81:2

**unit** [6] - 61:10, 61:11, 61:13, 61:22, 63:21, 66:14

**UNITED** [2] - 1:1, 1:10

**United** [8] - 1:3, 5:3, 47:21, 47:22, 49:11, 49:22, 51:2, 51:5

**units** [1] - 6:22

**unknown** [1] - 22:10

**unlawful** [2] - 28:8, 30:1

**unless** [4] - 56:19, 88:13, 111:23

**unlicensed** [2] - 29:5, 29:11

**unlike** [1] - 15:2

**untraceable** [5] - 4:5, 4:23, 7:15, 26:7, 28:1

**up** [61] - 5:16, 7:7, 7:23, 9:21, 15:13, 20:22, 21:7, 21:12, 22:21, 23:2, 28:13, 28:15, 30:24, 31:22, 36:23, 36:24, 37:1, 37:19, 37:23, 38:19, 39:18, 40:10, 42:6, 43:8, 43:16, 44:8, 44:22, 46:15, 47:4, 47:13, 47:25, 48:9, 50:4, 50:7, 50:20, 51:7, 52:14, 54:14, 55:9, 55:12, 55:23, 65:5, 66:16, 71:16, 76:4, 77:2, 80:17, 80:18, 87:18, 90:8, 90:10, 92:6, 92:12, 99:25, 102:17, 105:7, 106:15, 107:14, 110:5, 111:14

**update** [1] - 96:8

**updated** [1] - 96:4

**updates** [1] - 86:25

**uploaded** [1] - 17:7

**upper** [3] - 68:9, 99:7, 99:9

**ups** [1] - 37:8

**URL** [1] - 80:23

**US** [1] - 1:15

**USAO** [1] - 1:13

**useful** [1] - 13:5

**user** [12] - 7:10, 7:13, 7:25, 9:14, 9:24, 10:23, 17:25, 19:21, 41:17, 69:10, 69:14, 69:16

**user's** [2] - 8:18, 87:19

**username** [1] - 82:9

**users** [14] - 4:4, 5:8, 6:13, 7:14, 7:16, 12:1, 15:9, 16:23, 21:23, 22:25, 28:16, 77:1, 92:24, 93:1

**uses** [3] - 15:7, 42:8, 42:9

**UTC** [3] - 73:10, 74:9, 74:10

## V

**Valerie** [3] - 20:25, 39:17, 41:2

**value** [5] - 6:19, 10:12, 10:15, 10:17, 63:21

**valued** [1] - 25:22

**vanish** [3] - 4:2, 4:7, 12:15

**various** [4] - 71:13, 79:7, 80:2, 83:9

**Vasily** [1] - 18:18

**vast** [3] - 21:15, 78:23, 79:10

**vault** [1] - 41:15

**vendors** [1] - 27:13

**ventures** [1] - 45:12

**verbatim** [1] - 102:19

**verdict** [1] - 30:18

**verify** [1] - 71:4

**Verret** [2] - 43:18, 48:13

**version** [1] - 77:14

**versions** [3] - 38:10, 79:21, 96:9

**via** [1] - 20:6

**vibe** [1] - 111:11

**Video** [2] - 5:9, 23:8

**videos** [1] - 48:24

**view** [1] - 54:17

**viewed** [1] - 81:16

**violation** [1] - 30:3

**violations** [1] - 62:1

**virtual** [13] - 6:19, 10:7, 15:9, 16:21, 16:24, 16:25, 17:1, 21:16, 21:17, 25:11, 45:14, 63:17, 63:18

**virus** [1] - 109:12

**viruses** [1] - 93:16

**visible** [1] - 88:13

**visited** [4] - 79:20, 79:21, 80:5, 80:22

volatile [1] - 50:6
volfprius@hotmail.com [1] - 18:4
volunteer [1] - 71:12
VPN [9] - 22:15, 25:13, 25:14, 25:17, 45:14, 45:18, 45:20, 46:14
VPNs [1] - 21:17
vs [1] - 1:5
vulnerable [2] - 87:7, 100:21

# W

wait [6] - 3:7, 55:2, 103:11, 110:17, 110:23, 111:8
waiting [1] - 3:9
walk [5] - 19:15, 22:22, 73:4, 98:18, 101:6
walked [1] - 4:1
Wall [2] - 1:22, 8:14
wallet [15] - 11:12, 25:18, 25:21, 34:18, 34:21, 66:9, 68:22, 68:23, 69:6, 69:10, 74:2, 74:3
wallets [12] - 23:3, 25:25, 26:3, 68:25, 69:3, 69:4, 69:5, 69:18, 69:21, 69:23, 69:25
wants [5] - 8:15, 11:5, 48:10, 50:19, 75:24
warrant [3] - 25:7, 41:5
warrants [1] - 47:24
Warren [3] - 16:17, 16:18, 17:16
warren [1] - 16:23
Washington [6] - 1:5, 1:14, 1:16, 1:19, 32:4, 113:19
Washingtonpost.com [1] - 15:2
watching [1] - 4:6
water [1] - 78:20
ways [4] - 29:12, 65:19, 65:21, 92:12
wazoo [1] - 92:12
weakest [1] - 95:20
weave [1] - 39:6
web [20] - 6:12, 6:13, 6:14, 14:22, 14:24, 34:14, 77:13, 78:24, 79:9, 79:10, 79:14, 79:19, 80:16, 80:23, 81:25, 83:5, 83:7, 89:7, 97:19
web.archive.org [1] -

99:2
website [54] - 5:8, 14:8, 14:10, 14:12, 15:6, 15:7, 15:10, 15:12, 15:13, 15:21, 17:18, 19:3, 19:13, 19:19, 19:20, 19:23, 20:1, 20:4, 20:12, 21:14, 21:24, 22:23, 23:8, 28:22, 38:4, 40:15, 71:21, 79:11, 81:16, 82:4, 82:7, 82:11, 82:14, 83:1, 83:4, 83:10, 83:12, 83:14, 83:18, 83:24, 84:10, 86:17, 89:20, 93:3, 93:22, 94:1, 95:16, 98:8, 100:3, 100:5, 100:7, 100:9, 102:19
websites [12] - 14:20, 14:21, 14:24, 15:1, 15:3, 79:11, 79:12, 79:19, 80:7, 80:20, 80:22, 83:15
weeds [1] - 39:5
week [6] - 50:22, 90:18, 90:21, 98:6, 106:4, 106:16
weekends [1] - 107:20
weeks [9] - 17:18, 18:17, 22:24, 50:23, 51:5, 51:8, 60:6, 92:14, 106:9
Welcome [2] - 5:9, 23:8
west [1] - 43:4
white [2] - 34:6, 34:8
whole [4] - 10:25, 38:13, 90:17, 101:22
widely [1] - 6:20
wild [2] - 43:4
willing [3] - 20:10, 55:10, 58:10
window [1] - 8:4
wiped [1] - 22:16
wishes [1] - 75:20
withdraw [2] - 88:11, 88:14
withdrawal [6] - 9:12, 87:22, 88:10, 88:16, 103:10, 103:17
withdrawals [2] - 24:25, 103:9
Withdrawing [1] - 24:25
withdrew [1] - 22:25
witness [26] - 2:13, 2:14, 13:24, 14:1, 27:4, 52:23, 54:8, 54:11,

55:17, 58:6, 59:7, 59:21, 60:16, 60:19, 64:8, 64:15, 64:22, 67:6, 75:10, 75:11, 101:18, 104:16, 112:21, 114:2
WITNESS [1] - 104:14
witnesses [11] - 2:9, 2:11, 6:4, 10:3, 13:22, 19:15, 24:4, 26:11, 27:3, 48:17, 60:10
wonderful [1] - 108:13
wondering [1] - 2:10
Word [2] - 16:7, 16:9
words [2] - 4:14, 99:12
works [4] - 7:5, 21:1, 89:11, 95:21
world [5] - 5:3, 10:13, 14:16, 15:7, 83:12
worried [1] - 50:7
worry [3] - 39:22, 58:24, 93:17
worth [7] - 4:22, 6:20, 8:21, 24:14, 25:10, 51:15, 58:19
wrap [1] - 52:14
wrench [1] - 42:1
write [1] - 16:14
writes [1] - 34:5
written [3] - 19:4, 27:19, 35:4
wrongdoing [2] - 59:25, 60:1
wrote [2] - 20:7, 24:24
WSM [1] - 8:15
www.bitcoinfog.com [1] - 38:6

# Y

Year [3] - 9:4, 40:19, 85:21
year [6] - 37:21, 41:11, 43:8, 45:11, 52:6, 93:15
years [8] - 5:18, 20:22, 28:13, 43:14, 62:17, 62:25, 89:8
yesterday [2] - 66:3, 105:2
York [1] - 1:18
young [3] - 37:16, 37:17, 43:12
yourself [3] - 61:1, 69:13, 96:19
yourselves [2] - 30:18, 31:4

# Z

zone [1] - 51:2
zoom [1] - 99:20