1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3    United States of America,     ) Criminal Action
                                   ) No. 21-cr-399
4                   Plaintiff,     )
                                   ) JURY TRIAL
5    vs.                           ) AFTERNOON SESSION
                                   )
6    Roman Sterlingov,             ) Washington, DC
                                   ) February 22, 2024
7                   Defendant.     ) Time:  1:30 p.m.
     _____
8
                      TRANSCRIPT OF JURY TRIAL
9                         HELD BEFORE
            THE HONORABLE JUDGE RANDOLPH D. MOSS
10               UNITED STATES DISTRICT JUDGE
     _____
11
                     A P P E A R A N C E S
12

13   For Plaintiff:      **Christopher Brown**
                         DOJ-USAO
14                       601 D Street, NW, Suite 5.1527
                         Washington, DC  20530
15                       Email:  Christopher.brown6@usdoj.gov
                         **Catherine Pelker**
16                       US DOJ
                         950 Pennsylvania Avenue NW
17                       Washington, DC  20530
                         Email:  Catherine.pelker@usdoj.gov
18                       **Jeffrey Pearlman**
                         DOJ-CRM
19                       1301 New York Avenue NW
                         Washington, DC  20005
20                       Email:  Jeffrey.pearlman@usdoj.gov

21   For Defendant:      **Tor Ekeland**
                         **Michael Hassard**
22                       Tor Ekeland Law PLLC
                         30 Wall Street, 8th Floor
23                       Brooklyn, NY  10005
                         Email:  Tor@torekeland.com
24                       Email:  Michael@torekeland.com

25   Court Reporter:     Janice E. Dickman, RMR, CRR, CRC
                         Email:  Janice_e_dickman@dcd.uscourts.gov

```
1      *  *  *  *  *  *  *P R O C E E D I N G S*  *  *  *  *  *  *
```

2          THE COURT:  All right.  Anything before we get the

3    jury?

4          THE COURTROOM DEPUTY:  Let me get Mr. Sterlingov.

5          (Pause.)

6          (Whereupon the defendant enters the courtroom.)

7          THE COURT:  All right.  Anything to raise before --

8          MR. HASSARD:  One of our experts here would like to

9    use his laptop in the gallery.  Is that a possibility?

10          THE COURT:  So, I would prefer not to have somebody

11   doing that in the gallery because there's a policy against it,

12   and if someone sees one person doing it, then everyone else is

13   going to feel like they can do it and want to know why they

14   can't do it.

15          If the expert wants to sit in front of the bar and

16   use the laptop there, that's acceptable to me.

17          MR. HASSARD:  Thank you.

18          THE COURT:  The witness can come back to the witness

19   box.

20          (Whereupon the jurors enter the courtroom.)

21          THE COURTROOM DEPUTY:  Jury is present.  You may be

22   seated and come to order.

23          THE COURT:  Welcome back, members of the jury.  Have

24   a seat.

25          Ms. Pelker, you may continue when you're ready.

```
 1                         LUKE SCHOLL

 2                  DIRECT EXAMINATION (Cont.)

 3    BY MS. PELKER:

 4    Q.  Mr. Scholl, before the lunch break, were you testifying

 5    regarding the defendant's financial accounts and his Mycelium

 6    wallet?

 7    A.  Yes, ma'am, I was.

 8    Q.  Just to reorient us in your testimony, how much money was

 9    on the defendant's phone in his Mycelium wallet when he was

10    arrested?

11    A.  A little over 10 Bitcoin, over $500,000 at the time of his

12    arrest.

13    Q.  What was the primary source of funds into the defendant's

14    Mycelium wallet?

15    A.  Of the funds that we seized, Bitcoin Fog.

16    Q.  What was the primary source of funds into the defendant's

17    financial accounts at the various cryptocurrency exchanges that

18    we discussed prior to lunch?

19              MR. EKELAND:  Objection, Your Honor.  This is all

20    cumulative.

21              THE COURT:  I'm sorry?

22              MR. EKELAND:  I'm sorry.  This is all cumulative.

23              MS. PELKER:  We're just reorienting --

24              THE COURT:  All right.  I'll allow this.

25              THE WITNESS:  Bitcoin Fog.
```

```
 1    BY MS. PELKER:
 2    Q.  Mr. Scholl, where we left off with the virtual currency
 3    exchange Bitstamp, did you review communications between
 4    Bitstamp and Mr. Sterlingov where Bitstamp raised concerns
 5    about the source of Mr. Sterlingov's funds?
 6    A.  Yes, ma'am, I did.
 7    Q.  If we could pull up 414-C.
 8          MS. PELKER:  Court's indulgence.  We're having a
 9    little bit of a technical challenge here.
10          I can break out the old school Elmo.  414-C.
11          THE COURTROOM DEPUTY:  I'm sorry.  What number?
12          MS. PELKER:  414-C, which should already be in
13    evidence.
14    BY MS. PELKER:
15    Q.  And, Mr. Scholl, do you recognize this?
16    A.  Yes, ma'am, I do.
17    Q.  What is this?
18    A.  These are records from Mr. Scholl's account at Bitstamp.
19    Q.  If we could direct your attention to -- are these the
20    records that Special Agent Rovensky testified to during his
21    testimony?
22    A.  Yes, ma'am, I believe they are.
23    Q.  If we could direct your attention to the bottom of page 11,
24    message number 16.
25          I think we just have to scroll by the page.
```

1          Mr. Scholl, what's shown here?

2    A.   Message from Roman Sterlingov, August 3rd, 2016.

3    Q.   And could you remind us, what was this 2016 back and forth

4    with Bitstamp regarding?

5    A.   Bitstamp was concerned about the source of funds into

6    Mr. Sterlingov's Bitstamp account.

7    Q.   Scrolling to page 12 at the top, could you read question

8    number 2 and Mr. Sterlingov's response?

9    A.   Starting with "Additionally"?

10   Q.   Yes.

11   A.   "Additionally, could you confirm if you were using any

12   cryptocurrency tumblers?"

13   Q.   And who was originally asking that question?

14   A.   Bitstamp.

15   Q.   What does Mr. Sterling say?

16   A.   "I don't know if I did with that -- with those specific

17   funds sent to your exchange.  It's not impossible.  I did a lot

18   of experimenting with Bitcoins back in the day.  It was a very

19   new and exciting technology.  I haven't done this recently, but

20   my account here is very old.  I don't remember."

21   Q.   Based on your review, was Mr. Sterlingov's account -- was

22   Mr. Sterlingov still receiving funds traced back to Bitcoin Fog

23   when this message was sent in 2016?

24   A.   Yes, ma'am, he was.

25   Q.   Directing your attention now to the bottom of page 16.

1          Could you read the message from Bitstamp to the

2    defendant sent March 3rd, 2018?

3    A.  "Dear Roman, Thank you for your reply.  We kindly ask you

4    to elaborate on the purpose of the .046 BTC deposit you have

5    made to Bitstamp on February 12th, 2017 and your activity on

6    its originating address '1HEMZAsD --'"

7    Q.  We don't have to read the whole address.

8    A.  Yes, ma'am.

9          "We are looking forward to hearing from you.  Best

10   regards, Urban K."

11   Q.  Did you check whether there was, in fact, a deposit from

12   1HEMZA on that date and amount?

13   A.  Yes, ma'am.  I checked.  I recall that there was a deposit

14   to 1HEMZ.  I don't recall the exact date of that transaction.

15   Q.  If we could pull up Exhibit 371.  And this is not yet in

16   evidence.

17        And just showing you both pages, what is shown in

18   Exhibit 371?

19   A.  It's a screen capture from Chainalysis of the transaction

20   from Bitcoin address 1HEMZ to Bitstamp on 2-12-2017.

21   Q.  Is this a fair and accurate reflection of the transaction

22   information as viewed in Chainalysis?

23   A.  Yes, ma'am, it is.

24        MS. PELKER:  Government moves to admit Exhibit 371.

25        THE COURT:  Any objection?

```
 1              MR. EKELAND:  Objection.  Hearsay.

 2              THE COURT:  That objection is overruled.  Exhibit 371

 3     is admitted and may be published to the jury.

 4              (Government's Exhibit 371, admitted and published.)

 5     BY MS. PELKER:

 6     Q.  Mr. Scholl, can you explain what's shown here?

 7     A.  Yes, ma'am.  A transaction is shown from the Bitcoin

 8     address starting with 1HEMZ on 2-12-2017, sending 0.46 Bitcoin

 9     to Bitstamp.net.

10     Q.  How is it that that circle is labeled Bitstamp.net?

11     A.  That's due to Chainalysis Reactor's attribution of that

12     cluster to Bitstamp.

13     Q.  Based on your review of the Bitstamp records, is that

14     cluster accurate for this transaction?

15     A.  Yes, ma'am, it is.

16     Q.  How does Chainalysis' cluster and attribution of Bitstamp

17     here relate to the benefits of using Chainalysis that you

18     discussed previously?

19              MR. EKELAND:  Objection.  Leading.

20              MS. PELKER:  Asked how it relates.

21              THE COURT:  If you could rephrase the question.

22     BY MS. PELKER:

23     Q.  How does the -- how does what is shown on this screen help

24     you in your analysis?

25     A.  If I was tracing funds from 1HEMZA, this would alert me to
```

1    the fact that that transaction was sent to Bitstamp.net so that

2    law enforcement could send legal process to Bitstamp.net to get

3    the records for the receiving account.

4    Q.  Is that the sort of tracing that you frequently do in your

5    work?

6    A.  Yes, ma'am, it is.

7    Q.  We turn back to Exhibit 414-C, the conversation with

8    Bitstamp and the Bitstamp records.

9        Scrolling now to the top of page 17, is there a reply

10   from the defendant?

11   A.  Yes, ma'am, there is.

12   Q.  What's the date of the reply?

13   A.  The date is March 7th, 2018.

14   Q.  Could you read the last sentence of the defendant's reply

15   to Bitstamp's inquiry about his source of funds?

16   A.  Yes, ma'am.  "I found the invoice this was in response to.

17   This is a payment I have received from my client for the

18   services of my company."

19   Q.  Did the defendant provide Bitstamp with an invoice?

20   A.  Yes, ma'am, he did.

21   Q.  Directing your attention to Exhibit 414-A, is this the

22   documentation that the defendant submitted to Bitstamp?

23   A.  Yes, ma'am, it is.

24   Q.  Can you explain what's shown here?

25   A.  It's an invoice for server administration associated with

1    the Code Reactor company.

2    Q.  Who is listed as the customer on this invoice?

3    A.  The customer listed is Anton Beckman.

4    Q.  Could we scroll down to the bottom.

5        Could you explain what's listed in the payment details?

6    A.  In the payment details there's a SWIFT code, a bank account

7    number, IBAN number, and a payment with Bitcoin, there's a

8    Bitcoin address.

9    Q.  Can you read the first few characters of the Bitcoin

10   address for payment?

11   A.  Yes, ma'am.  1AieHpk.

12   Q.  Did you attempt to review that Bitcoin address?

13   A.  Yes, ma'am, I did.

14   Q.  What did you find?

15   A.  I found this is not a valid Bitcoin address.

16   Q.  Can you explain what you mean by not a valid Bitcoin

17   address?

18   A.  Yes.  These Bitcoin addresses have check sums at the end.

19   This address doesn't satisfy the check sum, so it's not a valid

20   address.

21   Q.  What would have happened if this Anton Beckman were a real

22   customer who tried to send money to the address on this

23   invoice?

24        MR. EKELAND:  Objection.  Calls for speculation and

25   assumes facts not in evidence.

1            THE COURT:  Overruled.

2            THE WITNESS:  Most likely Mr. Beckman's wallet would

3    flag this as not a valid address and would not allow him to

4    transfer the funds.

5    BY MS. PELKER:

6    Q.  Did Bitstamp also recognize that the address on this

7    invoice had not actually received any funds?

8    A.  Yes, ma'am, they did.

9    Q.  Did they confront the defendant about that issue?

10   A.  Yes, ma'am, they did.

11           MR. EKELAND:  Objection, Your Honor.  Counsel is

12   testifying.

13           MS. PELKER:  I'm asking what was in the records that

14   we just looked at with the messages between Bitstamp and the

15   defendant.

16           THE COURT:  Overruled.

17   BY MS. PELKER:

18   Q.  Did the defendant provide an explanation?

19   A.  Yes, ma'am, he did.

20   Q.  What did he say?

21   A.  He said there was a typographical error and that he had

22   spoken to the client about the typographical error personally.

23   Q.  Did Bitstamp continue to question the defendant on the

24   nature of his business and the true source of his funds?

25   A.  Yes, ma'am, they did.

1    Q.  If we could go back to Exhibit 414-C.  Directing your

2    attention to the bottom of page 18.

3          Could you read the first lines of this message from

4    Bitstamp dated March 13th of 2018?

5    A.  Yes, ma'am.

6          "Dear Roman, Thank you for your reply.  According to

7    our chain analysis, the bulk of your deposited BTC originate

8    from mixing services.  Please clarify if you have used mixing

9    services in the past and what was the purpose of such activity.

10   We" --

11   Q.  Why would Bitstamp be concerned that the defendant's money

12   was coming from a mixing service?

13          MR. EKELAND:  Objection.

14          THE COURT:  Yeah.  If you could rephrase it not in

15   terms of what was in the speaker's mind, but more generally.

16   BY MS. PELKER:

17   Q.  Why would an exchange be concerned about a user sending

18   money from a mixing service?

19   A.  Exchanges have obligations to prevent illicit activity,

20   illicit funds from moving through the exchange, and they're

21   concerned that the funds coming from a mixer are connected to

22   illicit activity.

23   Q.  Turning back to 414 and Bitstamp's discussion with the

24   defendant specifically.

25          Did Bitstamp proceed to ask the defendant another series

1    of questions about his business and funds?

2    A.  Yes, ma'am, they did.

3    Q.  Scrolling down to page 19.

4        Is this a reply from the defendant to those questions?

5    A.  Yes, ma'am, it is.

6    Q.  Could you read what the defendant says -- about halfway

7    through this block of text -- in response to the question about

8    his use of mixing services, starting with "To repeat myself"?

9    A.  Yes, ma'am.

10       "To repeat myself, it is possible that I have used

11   some.  I don't really remember.  This was years ago.  Bitcoin

12   was a new thing and I experimented with many different

13   services.  What is the problem?"

14   Q.  Was the defendant's activity at this time consistent with

15   someone who only used mixers many years ago as an experiment?

16   A.  No, ma'am.

17   Q.  Scrolling down to the bottom of page 19 and through the top

18   of page 20.

19       Could you read the first two messages -- first two

20   sentences to this reply from Bitstamp from March 14th of 2018?

21   A.  Yes, ma'am.

22       "Dear Roman, Thank you for your reply.  We kindly ask

23   you to provide any documentation regarding your use of mixing

24   services, indicating when and what services you have used and

25   what BTC amount was involved."

1    Q.  And now scrolling down through the next couple of pages.

2        We don't need to read all of the posts, but can you

3    explain what happens over the coming months?

4    A.  Bitstamp continues to ask questions.  There were some

5    replies from Mr. Sterlingov, and Bitstamp continues asking

6    questions.

7    Q.  And if we keep scrolling down.

8        What are we seeing here?

9    A.  These are messages from Bitstamp to Mr. Sterlingov.

10   Q.  And does Mr. Sterlingov ever respond?

11       Could you read the last message shown here on the

12   screen?

13       We can scroll down two more.

14   A.  Message --

15   Q.  Scroll back up one.

16       If we could just read this message.

17   A.  "Dear Roman, We kindly ask you to provide any documentation

18   regarding your use of mixing services, indicating when and what

19   services you have used and what BTC amount was involved in

20   regard to your work material.  Please provide additional

21   documentation as the submitted screenshot does not reveal much

22   about the nature of your work.  We kindly ask you to submit

23   your documents in PDF, JPG, or PNG format in reply to this

24   ticket.  Looking forward to your reply.  Best regards."

25   Q.  And is this consistent with the previous messages that

1    Bitstamp had been sending to the defendant?

2    A.  Yes, ma'am.

3    Q.  And did the defendant provide Bitstamp with additional

4    information about his true source of funds?

5    A.  Not at this time.

6    Q.  Did you review the defendant's notes?

7    A.  Yes, ma'am, I did.

8    Q.  And did the defendant write himself a note about Bitstamp?

9    A.  Yes, ma'am, he did.

10   Q.  Directing your attention to Exhibit 711-A.  And going to

11   page 16 -- I'm sorry.  Page 6.  And if we can scroll up.

12          Mr. Scholl, can you explain what's shown here on the

13   screen?

14   A.  It says "Temp Money," and then underneath that there's

15   several bullets involving Mr. Sterlingov's cryptocurrency

16   accounts and funds.

17   Q.  Could you repeat what's shown within this Temp Money

18   section?

19   A.  It's a list of bullets describing cryptocurrency and

20   accounts.

21   Q.  Could you read what the defendant wrote about Bitstamp in

22   this section?

23   A.  Yes, ma'am.

24          The second bullet here, "Bitstamp dollars, probably

25   like 50k?  Withdrawn everything when they started delaying

1    withdrawals and asking for ten stupid questions.  Do not use

2    them.  Tell everyone to stop using them..."

3    Q.  In your review of files from the defendant's devices, were

4    there additional invoices like the one provided to Bitstamp?

5    A.  Yes, ma'am, there were.

6    Q.  And did you review those invoices?

7    A.  Yes, ma'am, I did.

8    Q.  In your binder -- no need to bring all of them up on the

9    screen -- but can you look at Exhibit 719-A through KKK.

10           If we could actually bring up 7 -- just 719-A onto the

11   screen.

12   A.  There's a lot of binders here.  Do you want me to continue

13   looking in here?

14   Q.  Yes, just so you can look at the full set of invoices.

15           Should be a tab of 719 and within it will be a tab of

16   documents with stickers on it.  Should be binder 3 or 4.

17   A.  I'm not even sure which binder I should be looking at.

18   Sorry.

19   Q.  You know what, Mr. Scholl, it's -- if you can look at

20   what's on the screen in front of you, this is just 719-A.

21   A.  Yes, ma'am.

22   Q.  Is this one of the invoices that you reviewed on -- from

23   the defendant's devices?

24   A.  Yes, ma'am.

25   Q.  And did you also review several dozen additional invoices

1     from the defendant's devices?

2     A.  Yes, ma'am.  I reviewed several invoices.

3     Q.  And how did the invoices generally compare to one another?

4     A.  They were similar.

5              MS. PELKER:  The government moves to admit just 719-A

6     and publish to the jury.

7              THE COURT:  Any objection?

8              MR. EKELAND:  No objection.

9              THE COURT:  719-A is admitted and may be published to

10    the jury.

11             (Government's Exhibit 719-A, admitted and published.)

12    BY MS. PELKER:

13    Q.  Mr. Scholl, can you explain what's shown here?

14    A.  This is another Code Reactor invoice.  The customer here is

15    Artem Chukanov.  And the services listed are web development

16    service 2016-04.  The price is 30 euros for 22 hours, totaling

17    660.

18    Q.  And just scrolling down or zooming out so we can see the

19    full invoice.

20             What are the payment options that are given?

21    A.  Again, there's a SWIFT number, an IBAN number, and a

22    Bitcoin address.

23    Q.  How does the general layout and format of this invoice from

24    the defendant's devices compare to the invoice that the

25    defendant sent to Bitstamp?

1    A.  It's very similar.

2    Q.  And did you -- were there different Bitcoin addresses on

3    different invoices that you looked at?

4    A.  Yes, ma'am, there were.

5    Q.  And did you look at what the source of funds was into those

6    various addresses?

7    A.  Yes, ma'am, I did.

8    Q.  Can you explain what you found for the invoices as a whole?

9    Not any specific one.

10   A.  Yes.  Several of those invoices had funds coming from

11   Bitcoin Fog, as well as other sources.

12   Q.  Did you also review an invoice in the defendant's password

13   vault regarding invoices?

14   A.  Yes, ma'am, I did.

15   Q.  Pulling up Exhibit 702.  Showing you Exhibit 702.

16       Could you remind us, what is this?

17   A.  This is the P safe file, password file on Mr. Sterlingov's

18   devices.

19   Q.  Scrolling down to row 19.

20       Can you read the first two columns?

21   A.  FBAI.fr --

22   Q.  Could we -- could we zoom in a bit there, just to try and

23   make it a bit easier to read.  Thank you.

24   A.  It reads FBAI.FrilansFinans.codeReactor wallet address.

25   Q.  What's in the next column?

1    A.  It says Easywalletyo.

2    Q.  What is Easywallet?

3    A.  Easywallet is another hosted wallet service.

4    Q.  Scroll to the right, to column AA.

5        And what is shown here in column AA?

6    A.  There's a link to an easywallet.org page and then it says,

7    "This was an address to be put on some invoices.  In order to

8    receive money on it, just instead of using an exchange directly

9    we thought that -- we thought that sucked.  New deposit ADDR.

10   Use only this one" -- I can't tell something is covered up on

11   the top right of my screen.  In parenthesis, "because old one

12   received a payment which was later lost and it will look weird

13   that the first payment was not booked."

14       And then there appear to be two Bitcoin addresses.

15   The Bitcoin address starts with 1GDFTdt.  And it says "Original

16   deposit address."  There's a Bitcoin address, 1HCrY6Z.

17   Q.  And so what is the defendant saying here at the beginning

18   about what this address is to be used for?

19           MR. EKELAND:  Objection.

20           THE COURT:  What's the objection?

21           MR. EKELAND:  Ms. -- the witness doesn't have

22   personal knowledge of what Mr. Sterlingov is thinking.

23           THE COURT:  All right.  Well, if -- if the witness --

24   with that qualification, the witness can testify as to what his

25   understanding of it is, but the jury should understand that the

1    witness is just testifying from what the document says and not

2    from any other basis.

3    BY MS. PELKER:

4    Q.  And, Mr. Scholl, if you could just pull your microphone a

5    bit closer so we can hear you.  Thank you.

6    A.  My understanding of this note is that he's indicating that

7    these addresses are to be used for invoices and that there was

8    a transaction that was lost and it might look weird, so he's

9    switching the address.

10   Q.  Did you look at these addresses from this note?

11   A.  Yes, ma'am, I did.

12   Q.  And were you able to determine what they were?

13   A.  They belonged to -- according to Chainalysis Reactor, they

14   belonged to Easywallet.

15   Q.  And were you able to determine where the funds going into

16   those addresses largely came from?

17   A.  Yes, ma'am, I was.

18   Q.  Where was that?

19   A.  The first address starting with 1GDFT had approximately

20   50 percent of its funds received from Bitcoin Fog indirectly.

21   And the second address, 1HCRY, had all of its funds indirectly

22   from Bitcoin Fog.

23   Q.  Did you also review the defendant's notes where he

24   discussed generating invoices?

25   A.  Yes, ma'am, I did.

1    Q.  Directing your attention to Exhibit 715-A.  If we could

2    highlight the references to "invoice."

3         Mr. Scholl, could you read the third reference about

4    halfway down?

5         MR. EKELAND:  Your Honor, can -- we have an

6    objection.  Can we speak on the phone for a second?"

7         THE COURT:  Okay.

8         (A bench conference was held as follows:)

9         MR. EKELAND:  My client has informed me that there's

10   a mistranslation on this document and it actually doesn't say

11   "encrypted."  It says "script."

12        Is that correct?

13        THE COURT:  Ms. Pelker?

14        MS. PELKER:  This was something for them to bring up

15   with the translators.  It -- we aren't even actually talking

16   about that line here.  But if there's a mistranslation they

17   could have addressed it with -- on cross-examination of the

18   translators and they didn't do so.

19        MR. EKELAND:  We specifically reserved our right to

20   make specific objections as things came up, and now

21   Mr. Sterlingov has informed me that the word "encrypted" is

22   actuality mistranslated.  And it is not a minor mistranslation.

23   There's a big difference between "scripted" and "encrypted."

24        THE COURT:  I'm not quite sure what you mean when you

25   say we reserved our right to, you know, object when the witness

1          has come and testified and left.

2                    I mean, you can say, you know, I reserve my right to

3          object 17 years from now to something, but you have to object

4          in timely manner to be able to do something about it.  Because

5          what am I supposed to do at this point?  The witness is gone.

6                    MR. EKELAND:  It's my understanding that the

7          translations -- and the Court can correct me if I'm wrong --

8          were conditionally admitted and that because of the volume, if

9          there was a word or two or a phrase -- and this was our

10         understanding with the government as well, if I recall

11         correctly -- that we had an issue with that we could address it

12         when it was being put in.  And this is what my client has just

13         told me, is that this word is incorrect.

14                   THE COURT:  Ms. Pelker?

15                   MS. PELKER:  That's not what the government's

16         understanding of the agreement was.  It was that if

17         Mr. Sterlingov then wanted to take the stand and say, no, this

18         doesn't mean X, it means Y, then he would be able to do that.

19         That's what they were reserving their right to do.

20                   Mr. Scholl is not a Russian speaker.  He's simply

21         going to be looking at this and reading what the translation

22         was.  If defense had an issue with the translation, they should

23         have raised it at the time.

24                   MR. EKELAND:  Where on the page is this?

25                   MS. PELKER:  I actually think we're talking about two

1    different invoices referenced.  We're looking at "Get new

2    invoices done" and talking about the automation.  And the

3    conditional admission was to object to relevance, not related

4    to further objections on translation.

5              THE COURT:  Can somebody point to me where this word

6    appears on the page?

7              MS. PELKER:  If you look at the first highlight of

8    invoices.

9              THE COURT:  I see "Encrypted own invoices."

10             MS. PELKER:  We're actually having the witness

11    testify about the second entry of "Get new invoices done."

12    Although we would want -- we have now shown the jury three

13    references to "invoice" and would want this to go back -- the

14    document is going back with the jury.

15             THE COURT:  Well, I'm going to, you know, allow you

16    to continue with the document.

17             If after conferring with the defense you're in

18    agreement that there's a mistranslation, I just request that

19    you correct it in the version that goes back to the jury.

20             MS. PELKER:  We'll have to take it up with the

21    translators, Your Honor.

22             THE COURT:  You have another witness in the room

23    that's a Russian speaker.  You could ask him, if you wanted to,

24    at the break, if need be.  I see that your co-counsel has -- I

25    don't know if you wanted to raise -- why don't we just proceed

 1    that way and you can bring it back to me, if there's a

 2    mistranslation and the government agrees.  Otherwise, if the

 3    government doesn't agree, then the defense, in their case, can

 4    offer up evidence that it's a mistranslation.

 5                   Okay.  Proceed.

 6                   MS. PELKER:  Thank you, Your Honor.

 7                   (Open court:)

 8    BY MS. PELKER:

 9    Q.  Mr. Scholl, can you read the bullet point with --

10                   THE COURT:  I'm sorry.  Just a second.  Just want to

11    make sure we're okay.

12                   (Pause.)

13                   THE COURT:  All right.  You can continue.

14    BY MS. PELKER:

15    Q.  Can you read the bullet point with the third reference to

16    invoices on this page?

17    A.  Starting with "Get new"?

18    Q.  Yes.

19    A.  Yes, ma'am.  "Get new invoices --"

20    Q.  Apologies.

21                   MS. PELKER:  Could we publish this to the jury?

22                   THE COURTROOM DEPUTY:  Sorry.

23    BY MS. PELKER:

24    Q.  Go ahead, Mr. Scholl.

25    A.  "Get new invoices done...maybe one can come up with some

1    kind of automation for them already?  Start sending money."

2    Q.  Pulling up Exhibit 711-A.  Is this another -- is this the

3    document that we were reviewing earlier with the Temp Money

4    section?

5    A.  Yes, ma'am, it is.

6    Q.  Could we now move to page 25.

7         Could you read the -- within that Russia 2015 section,

8    the fourth bullet point from the bottom?

9    A.  I believe it's "Russia 2018," ma'am.

10   Q.  Yes.  Thank you.  Russia 2018.

11   A.  "Make new invoices JIC."

12   Q.  Mr. Scholl, do you have an understanding of how invoices

13   can be used to help someone move illicit cryptocurrency?

14   A.  Yes, ma'am.

15   Q.  Can you explain that?

16   A.  Invoices could be used to make funds that had an illicit

17   source appear to be legitimate, from legitimate work.

18   Q.  Is that something that is specific to cryptocurrency as a

19   money laundering scheme?

20   A.  No, ma'am, it is not.

21   Q.  But does it also apply to cryptocurrency money movement?

22   A.  Yes, ma'am, it does.

23   Q.  Could we pull up Exhibit 54.

24        Can we go to page 9 of the defendant's Reddit posts?

25        And, Mr. Scholl, do you recognize this document?

1    A.  Yes, ma'am, I do.

2    Q.  And what is it?

3    A.  These are Reddit posts made by Mr. Sterlingov on his Reddit

4    account CaptainClearanceOver.

5    Q.  If -- if we could scroll down on page 9.  Maybe scroll --

6    there we are.

7         Can you read the post -- and remind the jury who is

8    Cap -- who is posting as CaptainClearanceOver?

9    A.  It's Mr. Sterlingov.

10   Q.  Could you read this post from the middle of the page,

11   starting with "You're very naive"?

12   A.  Yes, ma'am.  "You're very naive to think that there are no

13   ways to hide assets nowadays.  To quote John McAffe to a

14   journalist saying 'I'm following the money.'  John, I had 100

15   trusts and 200 corporations registered in 15 different

16   jurisdictions.  How on earth are you following the money?"

17   Q.  Mr. Scholl, talking about your account analysis generally

18   and the tracing that you did, is this sort of analysis

19   something that one of the defendant's peer-to-peer trading

20   partners could have done?

21   A.  No, ma'am.

22   Q.  Why not?

23   A.  Because Mr. Sterlingov's peer-to-peer trading partners

24   wouldn't be capable of sending legal process to the exchanges

25   to get the account records.

1    Q.  If you had not been able to serve legal process on these

2    exchanges and get the records, would you have been able to see

3    all of the information that you testified to?

4    A.  No, ma'am, I would not have been.

5    Q.  And if law enforcement had not seized Liberty Reserve, Silk

6    Road and other services discussed, would you have been able to

7    trace through those services?

8    A.  No, ma'am, I would not have been.

9    Q.  Generally, does using an exchange provide privacy to users?

10   A.  Yes, ma'am, it does.

11   Q.  Can you explain how that is?

12   A.  Yes, ma'am.  We can't trace funds through the exchange.  A

13   custodial exchange is kind of like a bank.  When you make a

14   deposit to the bank, those bills just go into the teller's

15   drawer.  They don't go into an envelope with your name on it,

16   so you can't assume that those funds going out have anything to

17   do with you anymore.  If that makes sense.

18           So, essentially when funds go into the exchange, we

19   can't tell where they come out.

20   Q.  If you were just looking at someone's withdrawal from an

21   exchange on the blockchain, would that be able -- without legal

22   process, would you usually be able to determine their account

23   balance?

24           MR. EKELAND:  Objection.  Leading.

25           THE COURT:  Sustained.

1    BY MS. PELKER:

2    Q.  If you were looking at someone's withdrawal from an

3    exchange just on the blockchain, what information would you be

4    able to tell?

5    A.  The only information you would be able to tell is how much

6    money -- the information about that specific transaction; the

7    date and time and the address it went to and how much funds

8    were in that transaction.

9    Q.  Would you be able to see someone's account balance at that

10   exchange?

11   A.  No, ma'am, you would not.

12   Q.  So could you explain what the benefit is of using a mixer

13   on top of this?

14   A.  The benefit of using a mixer is that it's outside the reach

15   of law enforcement, that law enforcement can't send a subpoena

16   to Bitcoin Fog and get account records.

17   Q.  Did you review posts from a Akemashite writing about this

18   specifically?

19   A.  Yes, ma'am, I did.

20   Q.  If we could pull up Exhibit 1.  And go to page 44, at the

21   bottom of the page.

22        And just scrolling up a bit so we can see what this is.

23        Who is writing this post?

24   A.  Akemashite Omedetou, ma'am.

25   Q.  And can you explain what's shown in the quoted text?  Could

1    you actually just read the boxed-quote question?

2    A.  Yes, ma'am.

3         "Don't the exchanges run similar to this service?  If

4    I withdraw Bitcoins from an exchange, whether from a purchase

5    or transferred from another wallet, they don't come from a

6    mixed pool of coins" -- correction -- "they come from a mixed

7    pool of coins and not a specific address attached to my

8    account.  Or do I have that wrong?"

9    Q.  Can you explain what the customer is asking here?

10   A.  The customer is asking:  Don't I get the same anonymity

11   from using an exchange?  Because when you make a deposit to the

12   exchange, your subsequent withdrawal doesn't come from the same

13   address.  It comes from the pool of liquidity that the exchange

14   has.

15   Q.  Can you read Akemashite Omedetou's response?

16   A.  Yes, ma'am.

17        "We have discussed this a little bit earlier.  As I

18   see it, you do get some anonymity by mixing it like that.  And

19   that is the only other choice, apart from mixing services, I

20   guess.  But those companies do not try to make your payments

21   anonymous deliberately, do not mix a lot just to hide all the

22   traces.  Most of them are also run as legitimate, visible

23   businesses, which will be forced to reveal information about

24   your funds should such a request be made by the authorities.  I

25   would assume they are also keeping very long logs, since they

1    don't have any reason not to.  Us, on the other hand, the

2    authorities have to find first, which, as Silk Road have

3    demonstrated, can prove problematic."

4    Q.  At the time this post was written, had Silk Road been taken

5    down by law enforcement?

6    A.  Can we just scroll up?

7              No, ma'am, not in 2012.

8    Q.  What is Akemashite Omedetou saying here about the benefits

9    of using Bitcoin Fog over an exchange?

10             MR. EKELAND:  Objection.  Calls for personal

11   knowledge of what --

12             THE COURT:  The witness's understanding of what the

13   words on the page mean.

14   BY MS. PELKER:

15   Q.  What is your understanding of what Akemashite Omedetou is

16   saying about the benefit of using Bitcoin Fog over an exchange?

17   A.  He's saying that the benefit is if legal process is served

18   on --

19             MR. EKELAND:  Objection.  Your Honor, can we talk on

20   the phone one more time?

21             (A bench conference was held as follows:)

22             MR. EKELAND:  My understanding, that we weren't going

23   to gender Akemashite Omedetou and the witness just used "him."

24             THE COURT:  I think the witness is doing his best

25   with it, and Ms. Pelker is doing her best with it.  You're

1    still talking about half the population in the world, and as

2    well as the fact that I think "he" is often used as a

3    nongendered way in conversation.  And on top of that, I think I

4    have seen enough evidence for sort of at least -- and maybe

5    this goes more to the hearsay question than to this, but as a

6    preponderance, the government has carried its burden of showing

7    at least for evidentiary purposes that Mr. Sterlingov is, in

8    fact, Akemashite Omedetou.  So there's more than just the

9    hearsay issue you've been raising.

10           I'll also note, by the way, with respect to the

11   hearsay issue, it's particularly puzzling because much of it is

12   not even statements.  But even putting that aside, experts are

13   allowed to rely on hearsay for purposes of forming their

14   opinions.  And so it's not even really an appropriate objection

15   on that grounds.

16           Coming back to your point about the "he."  If you

17   like, I can break and tell him, say something to the witness

18   about it.  But I'm not sure how I do it, except during a break,

19   without having someone go up and whisper something in the

20   witness's ear to remind him of how to proceed.

21           So I think we can proceed this way.  I really don't

22   think it's prejudicial.  If he's still on the stand after

23   lunch -- I mean, after the break, we can remind him, as well.

24           MR. EKELAND:  Your Honor, I think just reminding him

25   on a break is appropriate.  But in terms of the Court's ruling

 1    on the preponderance of the evidence, the defense requests that

 2    the Court put into the record specifically what it is relying

 3    on to make that determination.

 4            THE COURT:  I am relying on the past several days of

 5    evidence in this case.  And there has been overwhelming

 6    evidence -- and it's not a single piece of evidence -- but it's

 7    stringing it all together.

 8            We can continue.

 9            (Open court:)

10    BY MS. PELKER:

11    Q.  What is your understanding, Mr. Scholl, about what

12    Akemashite Omedetou is saying about the benefit of using

13    Bitcoin Fog over an exchange?

14    A.  He's saying that the exchanges are legitimate businesses

15    and that they'll respond to legal process if served with legal

16    process by law enforcement.  Whereas, Bitcoin Fog is operating

17    on the dark web and law enforcement would have to find them

18    first.

19    Q.  Mr. Scholl, are you familiar with Shared Coin or Shared

20    Send?

21    A.  Yes, ma'am.

22    Q.  And without getting into technical details about how it

23    works, could you explain generally what it is?

24    A.  It was a CoinJoin service provided by blockchain.info, now

25    blockchain.com.

1    Q.  And what is blockchain.info, blockchain.com?

2    A.  Blockchain.com is a blockchain company.  They offer wallets

3    software, hosted wallets, as well as a block explorer.

4    Q.  Did you review posts by Akemashite Omedetou on BitcoinTalk

5    discussing or related to Shared Coin or Shared Send?

6    A.  Yes, ma'am, I did.

7    Q.  Directing your attention in this Exhibit to page 74 and

8    post number 176.

9         And who is this post by?

10   A.  This post is by Akemashite Omedetou, ma'am.

11   Q.  What's the date on the post?

12   A.  The date is March 9th, 2014.

13   Q.  Can you read -- is there a quoted box in the middle of this

14   post?

15   A.  Yes, ma'am.

16   Q.  Can you read from the quoted box?

17   A.  Yes, ma'am.

18        "Are there any objective advantages to Blockchain's

19   Shared Coin feature?"

20   Q.  How does Akemashite Omedetou respond?

21   A.  He writes, "We would personally never use them as the only

22   step in the washing.  Blockchain is a public company and is

23   required by law to comply with anti-money laundering laws, as

24   well as revealing user information and logs, should the law

25   require that."

1  Q.  So what is Akemashite -- what is your understanding of what

2  Akemashite Omedetou is saying here about the downside of using

3  blockchain's shared coin feature?

4  A.  Again, he's saying that if you use it, it's possible that

5  law enforcement could send legal process to Blockchain and get

6  your records.

7  Q.  And does Akemashite Omedetou believe that that is a good

8  step to use in the washing?

9  A.  No, ma'am.  He says he would personally never use them.

10 Q.  If we can now go to Exhibit 53.  Going to page 217.  Scroll

11 down a bit so post 552 is visible.

12      Mr. Scholl, who is the author of this post?

13 A.  The author is Akemashite Omedetou, ma'am.

14 Q.  And what's the date of the post?

15 A.  The post is dated January 16th, 2016.

16 Q.  Can you read the quote that's quoted in the second quote

17 box?

18 A.  Yes, ma'am.

19      "The two biggest ones are blockchain.info's Shared

20 Send."

21 Q.  How does Akemashite Omedetou respond to the suggestion of

22 using blockchain.info's shared send?

23 A.  He says, "Surely you must be joking."

24 Q.  Can you keep reading the rest of his response?

25 A.  Yes, ma'am.

1          "Or you do not do any serious mixing and maybe just
2     experimenting with it for fun?  Blockchain.info is a public
3     company with easily identifiable members and staff.  If any
4     authority will ever want to find information about your money,
5     they will simply go to the staff members who will have no
6     choice but to reveal information about you and will have no
7     right to reveal to you that they have been contacted by the
8     authority due to a gag order."
9     Q.  What is Akemashite saying in these last two posts about
10    using a service that would comply with court orders?
11    A.  He says it's not a serious way to mix cryptocurrency.
12    Q.  And so who specifically is Akemashite concerned with
13    tracing his customer's transactions, as you understand it?
14    A.  He's concerned with law enforcement being able to trace his
15    customer's transactions, the authority.
16    Q.  Mr. Scholl, did you begin tracing the funds from Bitcoin
17    Fog into Mr. Sterlingov's accounts before or after you had
18    access to the full wallet history from the defendant's Mycelium
19    wallet?
20    A.  I began doing the analysis before I had the Mycelium wallet
21    files.
22    Q.  And even without having access to the Mycelium wallet
23    history and private keys, were you still able to do your
24    tracing?
25    A.  Yes, ma'am, I was.

1    Q.  Direct your attention to Exhibit 318, which is not yet in

2    evidence.

3         Do you recognize this chart?

4    A.  Yes, ma'am, I do.

5    Q.  Is this an example of a chart that you made tracing funds

6    from Bitcoin Fog into several of the defendant's financial

7    institution accounts?

8    A.  Yes, ma'am, it is.

9    Q.  And directing your attention to 318-A, with the assistance

10   of Mr. Pearlman.

11        Is this an example, just a physical print off of what's

12   shown in Exhibit 318?

13   A.  Yes, ma'am, it is.

14   Q.  Do Exhibits 318 and 318-A fairly and accurately summarize

15   the underlying transaction records that you reviewed?

16   A.  Yes, ma'am, they do.

17             MS. PELKER:  Government moves to admit Exhibits 318

18   and 318-A.

19             THE COURT:  Any objection?

20             MR. EKELAND:  Hearsay.

21             THE COURT:  The objection is overruled and 318 and

22   318-A are admitted and may be published to the jury.

23             (Government's Exhibit 318 and 318-A, admitted and

24   published.)

25   BY MS. PELKER:

1    Q.  Mr. Scholl, can you explain what's shown on this chart?

2    A.  Yes, ma'am.  What's shown is a flow of funds out of Bitcoin

3    Fog through multiple addresses into Mr. Sterlingov's various

4    accounts.

5    Q.  And if we can zoom out a bit.

6        Can you note the different accounts that you have traced

7    the funds into, just on this chart?

8    A.  On this chart, ma'am, into Mr. Sterlingov's LocalBitcoins

9    account, into Mr. Sterling Kraken account, and into

10    Mr. Sterlingov's Poloniex account.

11    Q.  And are these transactions that were part of your review

12    for the -- for the source-of-funds analysis you testified to

13    before lunch?

14    A.  Yes, ma'am, they were.

15    Q.  Can you explain what's shown in the vertical column of

16    Bitcoin transactions going down on the middle of the screen?

17    A.  Yes.  In the initial analysis, ma'am, I reported that these

18    transactions were likely forming a peel chain and controlled by

19    the same individual.  There's multiple addresses there, and

20    there's actually also boxes summarizing many intermediary

21    addresses.

22        So in the first box here, that's representing 12

23    different intermediary addresses.  This one, 11 more

24    intermediary addresses.  And this one, seven more intermediary

25    addresses.  So we're talking about a long peel chain with

1    multiple payments coming out and sending change forward.

2    Q.  At the time before you had the access to the full set of

3    records from Mr. Sterlingov's Mycelium wallet, what was your

4    assessment about these addresses in the peel chain?

5    A.  My assessment was that all of these addresses were likely

6    controlled by the same individual, belonging to the same

7    wallet.

8    Q.  Why was that?

9    A.  I assessed that each address in the chain was the change

10   and the payment going out of the change was the payment.  So

11   this is a normal wallet behavior when a large amount of funds

12   are deposited to an address and subsequently spent in multiple

13   transactions.

14   Q.  How does your analysis and assessment of this peel chain

15   relate to the pattern analysis that you discussed in your

16   testimony yesterday?

17   A.  It's the same sort of pattern.  It's one of the patterns

18   that we look for in blockchain analysis.

19   Q.  When you got access to the defendant's Mycelium wallet,

20   what did you find?

21   A.  I found that I had correctly identified that all of those

22   addresses belonged to one wallet because all of these addresses

23   were in Mr. Sterlingov's Mycelium wallet.

24   Q.  What did that mean for your chart?

25   A.  It meant that --

1    Q.  If we could zoom out.

2    A.  It means that all of these addresses (indicating) were part

3    of Mr. Sterlingov's Mycelium wallet.

4    Q.  Were the -- when you were doing your source-of-funds

5    analysis, were the deposits that are shown here into

6    Mr. Sterlingov's accounts considered direct deposits from

7    Bitcoin Fog or indirect?

8    A.  They were all considered indirect deposits from Bitcoin Fog

9    into Mr. Sterlingov's accounts because there were inter -- at

10   least one intermediary address.  In some cases dozens of

11   intermediary addresses.

12   Q.  Once you had the Mycelium wallet information, what did that

13   tell you about the indirect nature of the transactions?

14   A.  The nature of the transactions were really funds came

15   straight out of Bitcoin Fog into an account on Mr. Sterlingov's

16   Mycelium wallet and from there were sent directly into the

17   accounts.

18   Q.  Now, is this chart one of several similar charts that you

19   made?

20   A.  Yes, ma'am, it is.

21   Q.  Generally speaking, what did those other charts show?

22   A.  All of these charts in the initial analysis where I

23   assessed this was a peel chain where the addresses belonged to

24   the same wallets were, in fact, peel chains with addresses that

25   belonged to Mr. Sterlingov's Mycelium wallet.

1    Q.  And what was the source of funds predominately for the

2    Mycelium wallet and all of Mr. Sterlingov's different financial

3    accounts that you looked at?

4    A.  Generally the source of funds is Bitcoin Fog.

5    Q.  Mr. Scholl, were there other payment accounts controlled by

6    Mr. Sterlingov that you were able to identify but couldn't get

7    records for?

8    A.  Yes, ma'am, there were.

9    Q.  Can you generally describe those accounts?

10   A.  There were several accounts at exchanges and services that

11   were not responsive to law enforcement or that were -- we were

12   unable to obtain.

13   Q.  Did you find repeated references to a service called

14   AdvCash?

15   A.  Yes, ma'am, I did.

16   Q.  Can you explain, what is AdvCash?

17   A.  A virtual currency exchange.

18   Q.  Were you able to get access to AdvCash records?

19   A.  No, ma'am, I was not.

20   Q.  And is AdvCash based in the United States?

21   A.  I don't believe so, but I don't know where AdvCash is

22   located, ma'am.

23   Q.  Did you review paperwork from the defendant indicating he

24   had funds in a Jaxx wallet?

25   A.  Yes, ma'am, I did.

```
 1    Q.  Can you explain, what is Jaxx?

 2    A.  Jaxx is just another software application, a cryptocurrency

 3    wallet.

 4    Q.  And if we could slow down a bit for the court reporter.

 5         Did you locate a Jaxx wallet in your review of any of

 6    the defendant's files?

 7    A.  No, ma'am, I did not.

 8    Q.  Did you review paperwork from the defendant indicating he

 9    held funds in Monero?

10    A.  Yes, ma'am, I did.

11    Q.  And what is Monero?

12    A.  Monero is an anonymity enhanced cryptocurrency.  The system

13    is designed so that you can't do this sort of tracing of

14    transactions because there's additional cryptography protecting

15    the transaction information.  It's not public on the

16    blockchain.

17    Q.  And because of that feature, is Monero sometimes sought out

18    by criminals looking to conceal their activity?

19              MR. EKELAND:  Objection.  Leading.

20              THE COURT:  I'm sorry?

21              MR. EKELAND:  Leading.

22              THE COURT:  Sustained.

23    BY MS. PELKER:

24    Q.  Are there features of Monero that make it particularly

25    attractive to certain users?
```

```
 1                    MR. EKELAND:  Objection.  Leading.

 2                    THE COURT:  Overruled.

 3                    THE WITNESS:  Yes, ma'am.

 4      BY MS. PELKER:

 5      Q.  Can you explain that?

 6      A.  Monero transactions offer increased anonymity over Bitcoin

 7      transactions.  That anonymity is valuable to criminals, as well

 8      as people that are very concerned about their privacy.

 9      Q.  Were you or the case team able to locate Monero on the

10      defendant's devices that you reviewed?

11                    MR. EKELAND:  Objection.  Leading.

12                    THE COURT:  Overruled.

13                    THE WITNESS:  No, ma'am.

14      BY MS. PELKER:

15      Q.  And similarly, did you review documents indicating that the

16      defendant held ETH, or Ether?

17      A.  Yes, ma'am, I did.

18      Q.  What is ETH?

19      A.  ETH, or Ether, is the native cryptocurrency on the Ethereum

20      blockchain.

21      Q.  Were you able or the case team able to locate any ETH on

22      the defendant's devices that you reviewed?

23      A.  No, ma'am.

24      Q.  If we could direct your attention to Exhibit 711-A, under

25      "Temp Money," could you read the first and last bullets?
```

1    A.  Yes, ma'am.  The first bullet, "About 8 ETH on the wallet

2    on the dome Adobe VM on main bunker.  Snipcoins, what are they,

3    how to access them.  There are" --

4    Q.  We can skip the full string, but can you read the last

5    bullet point?

6    A.  Yes, ma'am.

7          "Monero in DomVPN.  Also, the mnemonic is saved

8    elsewhere.  Approximately 5XMR 201810."

9    Q.  What is a mnemonic?

10   A.  Mnemonic is a list of words that are used as a password or

11   a way to reconstruct a cryptocurrency wallet.

12   Q.  What is a VM?

13   A.  I understand VM in this context to mean virtual machine.

14   Q.  What did these notes indicate to you about where

15   Mr. Sterlingov is saying he's saving his money?

16   A.  They're indicating that they're stored elsewhere.

17   Q.  If we could pull up -- and if we could turn off the gallery

18   screen for this next section just briefly.

19          Pull up Exhibit 715-A, and going to page 39.

20          I'm sorry.  7 -- the MAST document, 711-A, the one we

21   were just on.

22          Scrolling down.  Can you read the beginning of what's

23   noted there starting with "Blockchain wallet"?

24   A.  "Blockchain wallet, who the fuck knows what kind... A pure

25   local blockchain wallet, which is registered via their Tor --

1    via Tor via their hidden-service address."

2    Q.  Without reading these parts aloud, can you explain what's

3    shown in the next couple of lines?

4    A.  I'm not certain, but I believe the next line here is a

5    wallet identifier at blockchain.  And I'm not certain what that

6    is (indicating), but it may be a password.  And then this

7    information (indicating) would appear to be a mnemonic.

8    Q.  What is a Blockchain wallet?

9    A.  Again, blockchain.info and then blockchain.com offer a

10   hosted wallet service.  So it's a wallet they store for you on

11   the internet, and you can log into it.

12   Q.  What does it mean to have registered via Tor via their

13   hidden-service address?

14   A.  It means he accessed the blockchain.com or blockchain.info

15   website via the Tor network, the engine router.

16   Q.  We can take down these exhibits and turn now to the darknet

17   market flow-of-funds work that you did.

18        Mr. Scholl, are you familiar with darknet markets?

19   A.  Yes, ma'am.

20   Q.  What are the darknet markets?

21   A.  Darknet markets are sites on the darknet that offer illicit

22   goods for sale.

23   Q.  What types of items are sold generally on the marketplaces?

24   A.  Usually the most common item on the darknet marketplace is

25   narcotics, drugs.

1    Q.  How do people pay for items on darknet markets?

2    A.  Generally they pay with cryptocurrency.

3    Q.  If we could slow down a bit for the court reporter.

4        Can you walk us through, Mr. Scholl, how a purchase on

5    the darknet market would actually work?

6    A.  Yes, ma'am.  A user would access the darknet market using

7    Tor software.  They would create an account, username,

8    password.  And once they have their account, they would receive

9    a deposit address, where to send funds to fund their account.

10   Those -- a Bitcoin transaction generally would be sent from the

11   user to that deposit address.  Then their account would be

12   funded.  Then they're free to browse the pages, the listings of

13   items for sale on that site.  Items for sale from multiple

14   vendors, kind of like on Amazon, where there's multiple people

15   selling things.  You can select what you would like to purchase

16   and then click to buy.

17   Q.  Now, what happens if a user finds something they want to

18   buy on this darknet market and places the order?  What happens

19   then?

20   A.  Generally speaking, his funds would be removed from his

21   user account and put into escrow.  The seller or the vendor

22   would receive the order and ship the order.  Once the user

23   receives that order, they would finalize the transaction,

24   meaning I got what I purchased and I'm releasing my funds from

25   escrow.

1    Q.  Can you just explain what the escrow system is?  What it

2    means to place your funds into escrow, who controls the escrow

3    and what it means to release the funds?

4    A.  Sure.  An escrow is just a place where the money sits while

5    the transaction is taking place.  So it prevents the user from

6    not paying the vendor and just taking the product and walking

7    away, and it prevents the vendor from receiving the funds

8    without shipping the goods.

9           So the marketplace, the darknet market itself

10   controls the escrow.

11   Q.  And when does the vendor actually receive the funds?

12   A.  The vendor receives the funds once the user finalizes the

13   order.

14   Q.  Is that something they do in the marketplace or somewhere

15   else?

16   A.  They do that on the marketplace.

17   Q.  Are you familiar with the concept or practice of finalize

18   early?

19   A.  Yes, ma'am, I am.

20   Q.  Can you explain what that is?

21   A.  Finalize early is a feature available on some darknet

22   markets where you can release the funds from escrow before

23   you've actually received the product.  So if you were dealing

24   with a vendor that you've dealt with in the past and is

25   reputable, oftentimes the vendor would ask you to finalize

1    early so he can get his money and keep his business moving,

2    essentially.

3    Q.  Is it sort of like a pay-up-front model?  Or how would that

4    compare to a pay-up-front model?

5    A.  Yeah, it's like the user trusts that he's going to receive

6    the product and he's fine with releasing the funds from the

7    account.

8    Q.  What happens if there's an issue with an order on a darknet

9    market?

10   A.  If there's an issue with an order, there's communication

11   built into the darknet market so the user would reach back out

12   to the vendor to resolve the issue.

13   Q.  And did those -- is there a way on the market for users and

14   vendors to communicate with one another?

15   A.  Yes, ma'am.

16   Q.  Do the markets also --

17   A.  Generally speaking.

18   Q.  Sorry?

19   A.  Generally speaking.

20   Q.  Do the markets also have staff?

21   A.  Yes, ma'am, they do.

22   Q.  What are some of the roles of the staff?

23   A.  So, speaking about the escrow service, if there was a

24   dispute about whether or not product had been delivered, or if

25   the deal was completed and the user wasn't willing to release

1    the funds and finalize the transaction and the vendor wasn't

2    willing to work with the user to resolve whatever the problem

3    was, they would escalate that to administrators to get involved

4    and eventually pick a side and choose who gets the money.

5    Q.  In your work do you look at fund flows into and out of

6    darknet markets and other services?

7    A.  Yes, ma'am, I do.

8    Q.  If you are looking at darknet market fund flows generally,

9    who is it who is sending money into darknet markets?

10   A.  Generally speaking --

11              MR. EKELAND:  Objection.  Leading.

12              THE COURT:  Overruled.

13              THE WITNESS:  Generally speaking, funds moving into

14   darknet markets represent users' funds funding their accounts

15   to make purchases.

16   BY MS. PELKER:

17   Q.  And so when you say "users," are those buyers or vendors?

18   A.  Right, those are the buyers.

19   Q.  And generally, who is withdrawing money from the darknet

20   markets?

21   A.  Generally, funds being removed from darknet markets

22   represent vendors taking their profit off of the darknet market.

23   Q.  Does law enforcement frequently use blockchain analysis in

24   investigating darknet drug dealers?

25   A.  Yes, ma'am, they do.

1    Q.  Has that analysis been successful?

2    A.  Yes, ma'am, it has.

3    Q.  Do you have a very rough estimate of how many online drug

4    dealers have been identified by tracing their payments using

5    blockchain analysis?

6              MR. EKELAND:  Objection.  Leading.

7              THE COURT:  Overruled.

8              THE WITNESS:  I would estimate thousands.

9    BY MS. PELKER:

10   Q.  What are things that those drug dealers do to try to avoid

11   law enforcement?

12             MR. EKELAND:  Objection.  Relevance.

13             THE COURT:  Overruled.

14             THE WITNESS:  They launder their funds, ma'am.  So

15   that could be anything from using a mixing service, hopping

16   through multiple accounts.

17   BY MS. PELKER:

18   Q.  Can you slow down a bit for the court reporter?

19   A.  They generally try to obscure the fact that their funds

20   came from a darknet marketplace by using things like mixing

21   services.

22   Q.  Now, in your work on this case, did you identify

23   transactions between Bitcoin Fog and darknet markets?

24   A.  Yes, ma'am, I did.

25   Q.  Did that include money going from Bitcoin Fog into a

1    market?

2    A.  Yes, ma'am, it did.

3    Q.  And did it also include money going from the market into

4    Bitcoin Fog?

5    A.  Yes, ma'am, it did.

6    Q.  Can you explain how you did your analysis for those

7    transactions at a high level?

8    A.  Yes, ma'am.  At a high level, I used Chainalysis Reactor to

9    add the cluster associated with the darknet market to my graph

10   and add Bitcoin Fog to the graph and look at the transfers

11   between them.

12   Q.  What did that allow you to do all in one graph?

13   A.  It allowed me to see transactions to and from darknet

14   markets and Bitcoin Fog.

15   Q.  And why use software like Chainalysis Reactor rather than

16   doing this by hand?

17   A.  There were hundreds of thousands of transactions.

18   Q.  And how long would it have taken you to do that by hand?

19   A.  Forever.  A very long time.

20   Q.  Did you review funds moving between Bitcoin Fog and the

21   darknet market Silk Road?

22   A.  Yes, ma'am, I did.

23   Q.  And is this the same Silk Road market where the defendant

24   had his pas account?

25   A.  Yes, ma'am, it was.

1   Q.  Could you remind the jury what Silk Road was and what its

2   significance was?

3   A.  Silk Road was a darknet market, the first modern darknet

4   market that allowed users to make purchases with Bitcoin.

5   Q.  How did people pay for things on Silk Road?

6   A.  They paid for things with Bitcoin.

7   Q.  And where did Silk Road announce its launch?

8   A.  Silk Road announced its launch on Bitcoin Fog.

9   Q.  Did Silk Road operate a Bitcoin wallet?

10  A.  Yes, ma'am, at least one.

11  Q.  Did Silk Road have just one address that they used for

12  everything, or did they have many addresses?

13  A.  Silk Road had many addresses.

14  Q.  How did deposits work for Silk Road?

15  A.  Users were assigned deposit addresses, frequently more than

16  one, where they could send their Bitcoin to fund their accounts

17  on Silk Road.

18  Q.  Was that the deposit addresses we saw with the defendant's

19  account earlier?

20  A.  As an example, yes, ma'am.

21  Q.  What would happen, then, when a user wanted to buy

22  something on Silk Road?

23  A.  Funds would be deducted from their account balances and

24  sent into escrows we described and eventually released to the

25  vendor who was selling the product.

1    Q.  What would happen when a vendor or dealer wanted to

2    withdraw their money from Silk Road?

3    A.  They could access their account and specify a withdrawal,

4    an address that they wanted to send funds to and how much money

5    they want to send.

6    Q.  Would the deposits and withdrawals be going into and coming

7    from Silk Road-controlled addresses?

8    A.  Yes, ma'am.

9    Q.  Did Silk Road keep records of all this activity?

10   A.  Yes, ma'am, they did.

11   Q.  And did Silk Road have to create many addresses within its

12   wallets to account for all the users and transactions?

13   A.  Yes, ma'am.

14   Q.  Did you, using blockchain analysis software, identify

15   transactions between Silk Road's addresses and Bitcoin Fog's

16   addresses?

17   A.  I'm sorry.  Could you say that again, please, ma'am?

18   Q.  Did you, using blockchain analysis software, identify

19   transactions between Silk Road's addresses and Bitcoin Fog's

20   addresses?

21   A.  Yes, ma'am, I did.

22            MR. EKELAND:  Objection.  Leading.

23            THE COURT:  Overruled.

24            THE WITNESS:  Yes, ma'am, I did.

25   BY MS. PELKER:

1    Q.  Can you explain how you did that?

2    A.  The direct transactions appear on the graph and I could

3    observe all of those transactions within Chainalysis.

4    Q.  And is that the same sort of analysis you've just testified

5    to previously?

6    A.  Yes, ma'am.

7    Q.  When you were doing your analysis, did you look at both

8    direct and indirect transactions?

9    A.  Yes, ma'am, I did.

10   Q.  Can you explain the difference between direct and indirect

11   transactions in this context?

12   A.  Yes, ma'am.  So, again, a direct transaction is when an

13   address --

14   Q.  Could we slow down for the court reporter.

15   A.  Thank you.

16            A direct transaction is when an address belonging to

17   Silk Road sends funds directly to an address at Bitcoin Fog, or

18   vice versa.  An indirect transaction would be a withdrawal from

19   Silk Road that went to an unidentified address and then

20   subsequently to Bitcoin Fog, sometimes through multiple hops.

21   Q.  Can you explain, using an example, what a drug dealer on

22   Silk Road would have to do for a transaction to show up as a

23   direct transaction, sending from Silk Road to Bitcoin Fog?

24   A.  In order for a vendor to withdraw funds directly from Silk

25   Road in a direct transaction to Bitcoin Fog, the vendor would

1    make the withdrawal to his Bitcoin Fog deposit address.

2    So he would access the darknet market site, Silk

3    Road.  He would paste in his Bitcoin Fog deposit address, enter

4    the amount of funds he would like to send and send them.

5    Q.  In your experience, do drug dealers always send Bitcoin

6    directly from a darknet market into a mixer?

7    A.  No, ma'am.

8    Q.  What do they do instead?

9    A.  Sometimes a vendor might withdrawal funds from Silk Road

10   into a personal wallet and then send funds from their wallet

11   into Bitcoin Fog.

12   Q.  And how would that appear?  How would that appear in your

13   analysis?

14   A.  That would appear as an indirect transaction because

15   there's an address or multiple addresses between the darknet

16   market and the mixing service.

17   Q.  Did you review both direct and indirect transactions

18   between Silk Road and Bitcoin Fog?

19   A.  Yes, ma'am, I did.

20   Q.  And did you do similar analysis for transactions between

21   Bitcoin Fog and other major darknet marketplaces?

22   A.  Yes, ma'am, I did.

23   Q.  Did you prepare a chart summarizing these transfers?

24   A.  Yes, ma'am, I did.

25   Q.  Directing your attention to Exhibit 601, which is not yet

1    in evidence.

2         Do you recognize this?

3    A.  Yes, ma'am, I do.

4    Q.  And what is it?

5    A.  It's a summary of funds sent between Bitcoin Fog and

6    numerous darknet markets.

7    Q.  Does this fairly and accurately summarize and depict the

8    findings from your review of Bitcoin Fog transactions?

9    A.  Yes, ma'am, it does.

10        MS. PELKER:  Government moves to admit Exhibit 601.

11        THE COURT:  Any objection?

12        MR. EKELAND:  Yeah.  Lack of foundation and hearsay.

13        THE COURT:  601 is admitted and may be published to

14   the jury.

15        (Government's Exhibit 601, conditionally admitted and

16   published.)

17   BY MS. PELKER:

18   Q.  Mr. Scholl, can you explain what's shown here --

19        THE COURT:  I'm sorry.  Just to back up for a second

20   here.

21        I do want to qualify that it's my understanding there

22   will be subsequent testimony with respect to the operation of a

23   chain reactor and to the extent that foundation needs to be

24   laid still, I'm conditionally admitting, subject to laying that

25   foundation as well.

1          MS. PELKER:  Understood, Your Honor.

2    BY MS. PELKER:

3    Q.  Mr. Scholl, can you explain generally the layout of this

4    chart?

5    A.  Yes, ma'am.  Generally, on the left-hand column, the name

6    of a darknet market.  And then the column titles are funds

7    directly from Bitcoin Fog, sent -- or, correction, funds sent

8    from the darknet market directly to Bitcoin Fog, then a column

9    for funds indirectly sent from the darknet market to Bitcoin

10   Fog.  And then the next two columns are directly received from

11   Bitcoin Fog.

12          So funds moving from Bitcoin Fog into the darknet

13   market and then indirectly from Bitcoin Fog into the darknet

14   market.  And I've displayed the Bitcoin value and the

15   approximate U.S. dollar value.

16   Q.  Can you walk us through what's shown here in the first

17   section of the chart for the transactions between Silk Road and

18   Bitcoin Fog?

19   A.  Yes, ma'am.  So the amount of Bitcoins sent directly from

20   Silk Road to Bitcoin Fog was approximately

21   377,102.7388 Bitcoin.

22   Q.  And what was the U.S. dollar value of that?

23   A.  The U.S. dollar value was approximately $9,724,911.

24   Q.  And we can, for this chart, just approximate --

25   A.  Yeah.

1   Q.  -- based on the numbers in front of you.

2       And did you also look at the funds that were indirectly

3   sent from Silk Road to Bitcoin Fog?

4   A.  Yes, ma'am, I did.

5   Q.  And what were those figures?

6   A.  The amount of Bitcoin sent from Silk Road indirectly to

7   Bitcoin Fog was approximately 102,000 Bitcoin.  The U.S. dollar

8   value was a little over $10 million.

9   Q.  And remind the jury who generally is sending money from

10   Silk Road to Bitcoin Fog?

11   A.  Sending money from Silk Road to Bitcoin Fog generally would

12   be a vendor, someone selling products on the site.

13   Q.  And can you walk us through the numbers in the next two

14   columns for Silk Road?

15   A.  So the amount of funds received by Silk Road from Silk --

16   from Bitcoin Fog, approximately 106,000 Bitcoin, valued at

17   approximately $2 million.

18   Q.  And indirectly?

19   A.  Indirectly, 51,000 Bitcoin, valued at $1.4 million.

20   Q.  And who generally is sending money from Bitcoin Fog to

21   Silk Road?

22   A.  Generally funds being sent from Bitcoin Fog to Silk Road

23   would be buyers.

24   Q.  And are those the numbers in the two right columns?

25   A.  Yes, ma'am.

```
1              MS. PELKER:  And, Your Honor, I don't know if right

2    now is a good time for a break.

3              THE COURT:  Good time for a break.  That's fine.

4              So let's take our afternoon break.  We'll come back

5    at 3:15.  Remind you, as you don't need -- don't need reminding

6    anymore:  Don't discuss the case, even amongst yourselves, and

7    don't do any type of research.  And I'll see you back in

8    20 minutes.

9              (Whereupon the jurors leave the courtroom.)

10             THE COURT:  The witness is welcome to take a break as

11   well.

12             Anything to raise before we take our break?

13             MS. PELKER:  Nothing from the government, Your Honor.

14             THE COURT:  Anything from the defense?

15             MR. EKELAND:  Nothing from the defense.

16             THE COURT:  Okay.  I'll see you at quarter after.

17             (Recess from 2:57 p.m to 3:18 p.m.)

18             THE COURT:  Do we have the witness?  Come back up.

19             Remind you all that we're finishing up at 4:50 today

20   for a juror.

21             MS. PELKER:  Four-five-zero?

22             THE COURT:  Four-five-zero, yes.

23             MS. PELKER:  Yes, Your Honor.

24             (Whereupon the jurors enter the courtroom.)

25             THE COURTROOM DEPUTY:  Jury is present.  You may be
```

1    seated and come to order.

2        THE COURT:  All right.  And you may continue when

3    you're ready.

4        Just so the jurors know, we're going to adjourn at

5    four-five-zero, 4:50.

6    BY MS. PELKER:

7    Q.  And if we could pull back up Exhibit 601 onto the screen

8    and publish for the jury.

9        Mr. Scholl, could you explain, what would an exchange do

10   if it saw money going to or from a darknet market and one of

11   its user accounts?

12       MR. EKELAND:  Objection.

13       THE COURT:  Yeah.  Can you be more specific about

14   particular exchange or types of exchanges?  It seems a little

15   vague to me.

16   BY MS. PELKER:

17   Q.  Mr. Scholl, what would a compliant virtual currency

18   exchange do if it detected one of its users were sending funds

19   to or from a darknet market?

20   A.  It may submit a suspicious activity report.  It may

21   question a user about the user's funds.  It may block the

22   user's account, suspend the account.

23   Q.  And so do buyers and sellers on darknet markets take steps

24   to conceal their activity from exchanges?

25   A.  Yes, ma'am.

```
 1                  MR. EKELAND:  Objection.  Leading.

 2                  THE COURT:  Sustained.

 3      BY MS. PELKER:

 4      Q.  What steps, if any, do buyers or sellers take -- take to

 5      conceal their activity on the darknet markets?

 6      A.  Users of darknet markets would attempt to obscure the flow

 7      of funds, either with a mixing service or making some other

 8      hops on the blockchain.

 9      Q.  And who, generally, are the buyers and sellers trying to

10      conceal their activity from?

11      A.  Generally buyers and sellers are trying to conceal their

12      activity from law enforcement and the regulated exchanges that

13      they may need to deal with.

14      Q.  As part of the government's investigation into Silk Road,

15      did law enforcement get access to specific Silk Road user

16      records?

17      A.  Yes, ma'am.

18      Q.  And was law enforcement able to use that information to

19      connect deposits and withdrawals to particular users?

20      A.  Yes, ma'am.

21      Q.  Did you review records for several of the vendors that were

22      sending money directly from Silk Road to Bitcoin Fog?

23      A.  Yes, ma'am, I did.

24      Q.  And can you explain where those users would show in your

25      chart here?
```

1    A.  You asked about directly from Bitcoin Fog, so that would

2    be -- or, directly to Bitcoin Fog, so that would be this box

3    here (indicating).

4    Q.  And who, generally, is sending money directly from

5    Silk Road to Bitcoin Fog?

6                MR. EKELAND:  Objection.  Vague and ambiguous.

7                THE COURT:  Overruled.

8                THE WITNESS:  Generally vendors are selling funds --

9    or, moving funds from Silk Road to Bitcoin Fog.

10   BY MS. PELKER:

11   Q.  Now, did you individually review all of the Silk Road drug

12   dealers and buyers that were sending money to and from Fog?

13   A.  No, ma'am, I did not.

14   Q.  Why not?

15   A.  There were too many.

16   Q.  Just by approximation, how many are we talking about?

17   A.  Users total hundreds, if not -- if not more.

18   Q.  And were you asked to look at the activity of a select

19   sampling of users?

20   A.  Yes, ma'am, I was.

21   Q.  Did you prepare a chart summarizing your findings?

22   A.  Yes, ma'am, I did.

23   Q.  Showing you Exhibit 601-A, which has not yet been admitted.

24        Could you explain what this is?

25   A.  Yes, ma'am.  This is a chart I prepared with users of

1    Silk Road and Silk Road 2 sending funds to Bitcoin Fog.

2    Q.  And we'll talk about Silk Road 2 in more detail later.  But

3    was Silk Road 2 another darknet marketplace?

4    A.  Yes, ma'am, it is.

5    Q.  And did law enforcement also acquire records from -- for

6    Silk Road 2?

7    A.  Yes, ma'am.

8    Q.  And are those records for select users that you used in

9    making this chart?

10   A.  Yes, ma'am, they are.

11   Q.  And can you explain what the tabs along the bottom are

12   generally, but really starting with Symbiosis onward?

13   A.  This is a tab for the individual records from the vendor

14   Symbiosis on Silk Road, and it shows transfers from the

15   account.

16   Q.  And so if you could explain the structure of the different

17   tabs relevant -- relative to that first tab that we saw.

18   A.  So, all the other tabs are just the same as Symbiosis' tab.

19            MR. EKELAND:  Objection, Your Honor.  Is this in

20   evidence right now?

21            MS. PELKER:  I'm just trying to explain what it is so

22   I can ask -- so I can authenticate it.

23            THE COURT:  Okay.

24            THE WITNESS:  All the other tabs are just other

25   vendors, other users on Silk Road or Silk Road 2.

```
 1    BY MS. PELKER:

 2    Q.  Does this full sheet fairly and accurately summarize the

 3    information from the Silk Road and Silk Road 2 records and the

 4    blockchain that you reviewed?

 5    A.  Yes, ma'am, it does.

 6              MS. PELKER:  Government seeks to admit and publish

 7    Exhibit 601-A.  And if we can go to the first tab.

 8              THE COURT:  Any objection?

 9              MR. EKELAND:  401, 403, and hearsay.

10              THE COURT:  Exhibit 601-A is admitted and may be

11    published to the jury.

12              (Government's Exhibit 601-A, admitted and published.)

13    BY MS. PELKER:

14    Q.  Mr. Scholl, can you explain to the jury generally what's

15    shown on this tab here?

16    A.  Yes, ma'am.  This is a summary of transactions from darknet

17    market Silk Road and Silk Road 2 users, showing the amount of

18    Bitcoin that was sent from the darknet market to Bitcoin Fog,

19    what the U.S. dollar value was and how many transactions that

20    represents.

21    Q.  Now, starting with the top, did you review records for the

22    Silk Road vendor named Symbiosis?

23    A.  Yes, ma'am, I did.

24    Q.  Showing you records which have not yet been admitted,

25    608-A, 608-P, and 608-Q, are these some of the records that you
```

```
 1    reviewed pertaining to Symbiosis?

 2    A.  Yes, ma'am, they are.

 3    Q.  Do they fairly and accurately depict information from Silk

 4    Road as retrieved by the FBI?

 5    A.  Yes, ma'am.

 6            MS. PELKER:  Government moves to admit and publish

 7    608-A, P, and Q.

 8            THE COURT:  Any objection?

 9            MR. EKELAND:  Yeah, 403, and this is cumulative, and

10    also, I think, 401 and the hearsay.

11            THE COURT:  The objection is overruled.  Exhibits

12    608-A, 608-P, and 608-Q are admitted and may be published to

13    the jury.

14            (Government's Exhibits 608-A, 608-P, and 608-Q,

15    admitted and published.)

16    BY MS. PELKER:

17    Q.  Mr. Scholl, can you explain, what was Symbiosis?

18    A.  Symbiosis is a vendor on Silk Road darknet market.

19    Q.  Showing you what's in front of you, 608-A, can you explain

20    what this is here?

21    A.  Yes, ma'am.  This is the user page for Symbiosis on Silk

22    Road.

23    Q.  Could you orient us a bit to how this page is laid out?

24    A.  Yes, ma'am.  The username here, some vendor stats, and then

25    information about the vendor.
```

```
 1    Q.  And --
 2                THE COURT:  I'm sorry, did the juror --
 3                A JUROR:  I'm going to ask if we can zoom in.
 4                THE COURT:  Yeah.  Thank you.
 5    BY MS. PELKER:
 6    Q.  Can you read the listings under "Featured listings" for
 7    Symbiosis on the right?
 8    A.  "Featured listings"?
 9    Q.  And just the first one is fine.
10    A.  "Symbiosis, 1G, high quality, uncut cocaine flake."
11    Q.  If we could now pull up Exhibit 608-P, the withdrawals for
12    Symbiosis.
13                And, Mr. Scholl, do you recognize this?
14    A.  Yes, ma'am, I do.
15    Q.  Can you explain what it is?
16    A.  This is a list of withdrawals from the Symbiosis Silk Road
17    account.
18    Q.  Can you walk the jury through row number 2 of what this
19    record is explaining?
20    A.  Yes, ma'am.  In row number 2, there was a withdrawal
21    requested by Symbiosis on 8-23-2012.  That withdrawal was
22    finalized on 8-23-2012, approximately one-half hour later, has
23    the user ID, and it has the address that those funds are
24    withdrawn to, an amount that the funds are withdrawn to and
25    other data associated with the withdrawal.
```

1    Q.  Is -- could you explain how you use this information in

2    doing your analysis of Symbiosis's withdrawals to Bitcoin Fog?

3    A.  Yes, ma'am.  I checked all of the addresses listed in

4    column E, the address list, for which of those addresses

5    belonged to Bitcoin Fog, which I used another sheet with all

6    the Bitcoin Fog addresses to do a comparison, and then I

7    totaled the amounts only for those addresses that were in the

8    Chainalysis Bitcoin Fog cluster.

9    Q.  If we could direct your attention back to your chart,

10   601-A, and going to the Symbiosis SR-1 tab.

11        Can you explain what's shown here?

12   A.  Yes, ma'am.  This is that same data pasted into the

13   spreadsheet, and then my analysis is to the right.

14   Q.  And just before we move over, can you note the -- is the

15   filename -- what is the file that's noted as the filename up at

16   the top?

17   A.  The filename is the file that I pulled from all of the Silk

18   Road data that was exported for this case.  That's the specific

19   file where this data came from.

20   Q.  And for Symbiosis, is that the file that we just looked at,

21   Exhibit 608-P?

22   A.  Yes, ma'am, I believe it was.

23   Q.  And if we can now scroll over to the right so that you can

24   explain -- continue explaining your analysis.

25   A.  So I collected all the addresses in column P, and then I

1    did a look-up to check if those addresses appeared in the

2    Bitcoin Fog address list, which is an earlier sheet in this

3    workbook.  I formatted the date of those transactions, and then

4    I added in data from CoinMarketCap about the price of Bitcoin

5    on that date -- which was because the Silk Road data didn't

6    have a U.S. dollar value in the log -- and then I calculated

7    the U.S. dollar value of that transaction.

8    Q.  And what is CoinMarketCap?

9    A.  CoinMarketCap is a website that tracks the market

10   capitalization of multiple cryptocurrencies.

11   Q.  Why would you use CoinMarketCap for calculating the U.S.

12   dollar value?

13   A.  CoinMarketCap is a common website used, and it has

14   historical data for Bitcoin price.

15   Q.  Could you explain column Q under Fog withdrawal?  What's

16   meant by true versus false?

17   A.  In column Q under Fog withdrawal, "true" means that the

18   Bitcoin address in column P is part of the Bitcoin Fog cluster,

19   and "false" means that that address was not part of the Bitcoin

20   Fog cluster.

21   Q.  Does the address -- does that saying false necessarily mean

22   that the funds were never sent to Bitcoin Fog?

23   A.  No, ma'am.  It means that there was not a direct transfer.

24   So it's possible that funds were withdrawn from Silk Road to an

25   intermediary address and then subsequently deposited to Bitcoin

1    Fog, but this analysis is only looking at direct transfers.

2    Q.  Did you do this check for all -- scrolling down to the

3    bottom -- for all of Symbiosis's withdrawals from Silk Road?

4    A.  Yes, ma'am, I did.

5    Q.  Scroll all the way down.  And then scrolling back up to the

6    top and over to the left.

7         What was the total amount of funds that Symbiosis

8    withdrew to Bitcoin Fog?

9    A.  Total amount of funds was 29,938 Bitcoin, approximately.

10   Q.  What was the U.S. dollar value?

11   A.  Approximately $1.5 million.

12   Q.  How many different withdrawals from Bitcoin Fog -- how many

13   different deposits did Symbiosis make into Bitcoin Fog from

14   Silk Road?

15   A.  Approximately 112.  Well, 112.

16   Q.  If we could direct your attention to row 540 on this chart.

17        Can you explain what's shown here in this transaction,

18   just walking through the row?

19   A.  This was a withdrawal initiated by Symbiosis on 1-26-2013.

20   That was finalized a few hours later, the next day, withdrawing

21   630 Bitcoin to the Bitcoin address starting with 1B7tRV.

22   Q.  And was 1B7 in the Bitcoin Fog cluster?

23   A.  If we scroll right.

24             Yes, ma'am, it was.

25   Q.  Did you review messages between Symbiosis and Silk Road

1    staff about this transaction?

2    A.  Yes, ma'am, I did.

3    Q.  Directing your attention to 608-Q and rows 578 through 580.

4        Can you explain what's shown here?

5    A.  Yes, ma'am.  These are chats between Symbiosis and Silk

6    Road vendor support.

7    Q.  What is vendor support?

8    A.  It's a list of administrators at Silk Road that are there

9    to provide help to vendors.

10   Q.  Could you read the message starting on line 578?  And we'll

11   likely need to scroll to the right.

12       I think we just jumped to the wrong exhibit.  We can try

13   to expand the formula bar.

14       Mr. Scholl, can you read that address?

15   A.  Yes, ma'am.

16       "Hi guys, Earlier today I withdrew 630 coins to

17   Bitcoin Fog, but it has not shown up on their system.  Could

18   you confirm that it was sent to Bitcoin address 1B7tRV,

19   et cetera, and if not, could you tell me what address it was

20   sent to, please.  Symbiosis."

21   Q.  Could you read vendor support's response on the next line?

22   A.  "We are a little behind.  Please give it a few more hours."

23   Q.  And then Symbiosis's reply in the next row, 580?

24   A.  "That's absolutely fine.  Please take your time.  Now I

25   know it hasn't been lost, I can stop panicking.  Symbiosis."

1    Q.  Scrolling over to the left, what was the date of this

2    message?

3    A.  1-26-2013.

4    Q.  Can you explain what's happening here in this back and

5    forth between Symbiosis and Silk Road vendor support?

6    A.  Yes, ma'am.  It would appear Symbiosis attempted to make a

7    withdrawal.  That withdrawal did not occur immediately.  So he

8    reached out to vendor support to make sure there wasn't a

9    problem.  Vendor support just said give it more time, and he

10   said thanks, I can stop worrying, essentially.

11   Q.  Did Symbiosis tell support where he was trying to withdraw

12   his funds to?

13   A.  He did.  He mentioned that he was trying to withdraw funds

14   to Bitcoin Fog.

15   Q.  What do you then observe in Symbiosis's withdrawals just

16   after this time?

17              MR. EKELAND:  Objection.  Leading.

18              MS. PELKER:  I said "What do you observe?"

19              THE COURT:  Overruled.

20              THE WITNESS:  There's a record of this withdrawal.

21   BY MS. PELKER:

22   Q.  And if we could go back over to the vendor summary chart at

23   601-A.

24         And could you just explain what's shown here in row 540?

25   A.  In row 540, on 1-26-2013, Symbiosis initiated a withdrawal.

1    That withdrawal was finalized on 1-27-2013, the next day,

2    sending 630 Bitcoin to the Bitcoin address 1B7tRV.

3    Q.  How does this corroborate your work?

4    A.  Symbiosis himself said that he was sending funds to Bitcoin

5    Fog, and that's what this analysis showed by reviewing the

6    withdrawal address and comparing it to addresses in the Bitcoin

7    Fog cluster, confirming that this address belonged to

8    Chainalysis Bitcoin Fog cluster appropriately.

9    Q.  Did you review other messages of vendors and buyers

10   discussing the use of Bitcoin Fog?

11   A.  Yes, ma'am, I did.

12   Q.  Can you describe it generally?

13   A.  Vendors frequently referenced using mixing services or Fog

14   by name.  Yeah.

15   Q.  Directing your attention to the next tab, Tyl3r Durden SR1,

16   did you also review records for the Silk Road vendor?  Where

17   the "E" is a "3," for the court reporter.

18   A.  Yes, ma'am, I did.

19   Q.  And did you review the Silk Road records of Tyl3r Durden's

20   withdrawals?

21   A.  Yes, ma'am, I did.

22   Q.  And was that similar to what you just testified to for

23   Symbiosis?

24   A.  Yes, ma'am, it was the same process.

25   Q.  Can you explain what's shown on this spreadsheet here?

1    A.  This spreadsheet shows the withdrawals, and to the right my

2    analysis of those withdrawals and then summarizes them at the

3    top.

4    Q.  Is this the same analysis that you did for Symbiosis and

5    that you just testified to?

6    A.  Yes, ma'am, it is.

7    Q.  What did you find?

8    A.  I found that Tyl3r Durden sent from Silk Road to Bitcoin

9    Fog approximately 19,515 Bitcoin, where the U.S. dollar value

10   of those coins was approximately $640,000, and that they

11   represented 56 individual withdrawals.

12   Q.  Directing your attention to the next tab, did you also

13   review transactions for the Silk Road vendor Budworx?

14   A.  Yes, ma'am, I did.

15   Q.  And is what's shown on this spreadsheet and what you did

16   similar to your analysis for the other vendors?

17   A.  Yes, ma'am, it is.

18   Q.  And if we can go to your summary up on the top left-hand

19   corner.

20        How many times did Budworx deposit funds into

21   Bitcoin Fog from Silk Road?

22   A.  1,472 times.

23   Q.  And what was the total amount of Bitcoin deposited into

24   Fog?

25   A.  Approximately 12,901 Bitcoin.

1    Q.  What was the U.S. dollar value of that at the time of the

2    transactions?

3    A.  Approximately $408,378.

4    Q.  Directing your attention to the next tab.

5         Did you also review records for the Silk Road vendor

6    Marijuanaismymuse?

7    A.  Yes, ma'am, I did.

8    Q.  And can you explain, generally, what's shown on this chart?

9    A.  Same as previous charts.  These are withdrawals from

10   Marijuanaismymuse's Silk Road account and my analysis to -- how

11   many of those were to Fog on the right.

12   Q.  And was the analysis that you did for this vendor, and all

13   the vendors that we'll see for Silk Road, consistent with what

14   you've previously testified to?

15   A.  Yes, ma'am, same process for Silk Road.

16   Q.  And how many -- how many times did Marijuanaismymuse

17   withdraw to Bitcoin Fog?

18   A.  230 times, ma'am.

19   Q.  What was the total amount of Bitcoin sent by

20   Marijuanaismymuse directly from Silk Road to Bitcoin Fog?

21   A.  Approximately 17,370 Bitcoin.

22   Q.  What was the U.S. dollar value at the time of those

23   transactions?

24   A.  Approximately 278,299 U.S. dollars.

25   Q.  And now directing your attention to the next tab, Peels4u.

1          Did you review records for the Silk Road vendor Peels4u?

2     A.  Yes, ma'am, I did.

3     Q.  And can you -- how many times did the vendor Peels4u

4     withdraw funds from Silk Road directly to Bitcoin Fog?

5     A.  2,466 times.

6     Q.  What is the total amount of Bitcoin sent from Silk Road to

7     Bitcoin Fog directly by Peels4u.

8     A.  The total amount of Bitcoin was approximately 13,970

9     Bitcoin.

10    Q.  And what was the U.S. dollar value of that at the time?

11    A.  The U.S. dollar value was approximately $275,308.

12    Q.  Directing your attention to the next tab.

13          Did you also review records for the Silk Road vendor

14    UK Grow Tek?

15    A.  Yes, ma'am, I did.

16    Q.  How many times did the vendor UK Grow Tek withdraw from

17    Silk Road to Bitcoin Fog?

18    A.  187 times.

19    Q.  And what was the total amount of Bitcoin withdrawn?

20    A.  The total amount of Bitcoin was 4,056, approximately.

21    Q.  What was the U.S. value dollar value of those transactions?

22    A.  The approximate U.S. dollar value was $191,739.

23    Q.  And now to the next tab, did you review records for the

24    vendor RoxiPAL?

25    A.  Yes, ma'am I did.

1    Q.  And how many times did RoxiPAL send funds directly from

2    Bitcoin -- from Silk Road 1 to Bitcoin Fog?

3    A.  106 times, ma'am.

4    Q.  What was the value of Bitcoin for those withdrawals?

5    A.  Approximately 1,345 Bitcoin.

6    Q.  And the U.S. dollar value of those transactions at the

7    time?

8    A.  Approximately $95,884.

9    Q.  And now for our last Silk Road 1 tab, if we could move.

10        Did you look at the records for the vendor WestcoastRX?

11   A.  Yes, ma'am, I did.

12   Q.  And how many times did you find that WestcoastRX withdrew

13   directly from Silk Road 1 to Bitcoin Fog?

14   A.  94 times, ma'am.

15   Q.  And what was the number of Bitcoin involved in those

16   withdrawals?

17   A.  The amount of Bitcoin totaled 3,574, approximately.

18   Q.  And the U.S. dollar value?

19   A.  The U.S. dollar value was approximately $42,389.

20   Q.  And for all of the withdrawal counts that you've been doing

21   on the top of these spreadsheets, have they included indirect

22   or just direct?

23   A.  These are only direct transfers -- direct withdrawals from

24   Silk Road to Bitcoin Fog.

25   Q.  After Silk Road was shut down by law enforcement, did

1    another darknet market take its place?

2    A.  Yes, ma'am.

3    Q.  And what was that?

4    A.  Silk Road 2.

5    Q.  And what was Silk Road 2?

6    A.  Another darknet market.

7    Q.  And like the original Silk Road, did Silk Road 2 operate a

8    Bitcoin wallet containing thousands of addresses?

9    A.  Yes, ma'am, it did.

10   Q.  And similar to your work on Silk Road, did you review

11   voluminous transfers between the Silk Road addresses and

12   Bitcoin Fog addresses?

13   A.  I think you meant Silk Road 2.

14   Q.  Yes, I did.  The Silk Road 2 addresses and the Bitcoin Fog

15   addresses.

16   A.  Yes, ma'am, I did.

17   Q.  And did you also review indirect transactions between

18   Silk Road 2 and Bitcoin Fog?

19   A.  Yes, ma'am, I did.

20   Q.  And are your findings regarding Silk Road 2 included on the

21   darknet summary chart that we looked at previously?

22        And if we could pull back up Exhibit 601.

23   A.  Yes, ma'am, it does.

24   Q.  Can you walk us through the second row here?

25   A.  Silk Road 2, we've got funds directly sent to Bitcoin Fog,

1    the amount of Bitcoin -- do you want me to read the numbers

2    again, ma'am?

3    Q.  Yes, but you can -- you don't need to read them out to the

4    full amount.  You can say just 12.5 million.

5    A.  So Bitcoin sent directly from Silk Road to Bitcoin Fog

6    approximately 23,000 Bitcoin, U.S. dollar value approximately

7    $12.5 million.

8         Funds sent indirectly from Silk Road 2 to Bitcoin

9    Fog, approximately 12,000 Bitcoin, valued at approximately

10   $6.4 million.

11        And then funds sent directly from Bitcoin Fog into

12   Silk Road 2, approximately 11,000 Bitcoin, valued at

13   approximately $5.8 million.

14        And funds indirectly from Bitcoin Fog to Silk Road 2,

15   approximately 4,300 Bitcoin, valued at approximately

16   $2.5 million.

17   Q.  When Silk Road 2 was shut down by law enforcement, did FBI

18   obtain the site's records?

19   A.  Yes, ma'am.

20   Q.  And did you review records of select Silk Road 2 vendors

21   that withdrew funds to Bitcoin Fog?

22   A.  Yes, ma'am, I did.

23   Q.  And are those the vendors listed -- are those vendors

24   listed on the darknet vendor summary chart that we looked at

25   previously at 601-A?

1    A.  Yes, ma'am, they are.

2    Q.  If you could, on your screen, point to or circle the

3    Silk Road 2 vendors within this chart?

4    A.  (Indicating.)

5    Q.  Now, directing your attention to Chemical Brothers.

6         Did you review records for the Silk Road 2 vendor

7    Chemical Brothers?

8    A.  Yes, ma'am, I did.

9    Q.  If we could pull up -- which has not yet been admitted --

10   Exhibit 614-A.

11        Mr. Scholl, do you recognize this?

12   A.  Yes, ma'am, I do.

13   Q.  Is this a record of Chemical Brothers' Bitcoin transactions

14   that you reviewed in preparation for your work for this case?

15   A.  Yes, ma'am, it is.

16   Q.  And is this a fair and accurate copy of the Silk Road 2

17   records obtained from the FBI?

18   A.  Yes, ma'am, it is.

19             MS. PELKER:  Government moves to admit Exhibit 614-A.

20             THE COURT:  Any objection?

21             MR. EKELAND:  403 and 803, hearsay.

22             THE COURT:  Exhibit 614-A is admitted and may be

23   published to the jury.

24             (Government's Exhibit 614-A, admitted and published.)

25   BY MS. PELKER:

1    Q.  Mr. Scholl, can you explain what's shown here?

2    A.  Yes, ma'am.  These are transactions for Chemical Brothers

3    on Silk Road 2.

4    Q.  And can you just walk the jury through what's shown, using

5    row 2 as an example?

6    A.  Yes, ma'am.  The username Chemical Brothers in the first

7    column, then the transaction time.  The Bitcoin address was

8    1BNXF.  The action was this was a deposit.  Then it shows the

9    amount in Bitcoin.  And Silk Road 2 records included the amount

10   in U.S. dollars in column F.  And then it provides the

11   transaction ID.

12   Q.  Returning now to Exhibit 601-A.  Open to the Chemical

13   Brothers tab.

14          Can you explain now what's shown here?

15   A.  These are a list of the same transactions from Chemical

16   Brothers Silk Road 2.

17   Q.  And scrolling over to the right.

18          Did you similarly do a similar analysis for the

19   Silk Road 2 vendors that you did for Silk Road 1?

20   A.  Yes, ma'am, I did.

21   Q.  And can you briefly remind the jury what that involved?

22   A.  That involved checking to see if an address belonged at

23   Bitcoin Fog and then totaling the amount and the U.S. dollar

24   amount.  In this case, I didn't have to do the lookup for the

25   U.S. dollar value, I used the value recorded in the Silk Road 2

1    data.

2    Q.  If we could scroll back over to the left.

3         How many times did Chemical Brothers withdraw directly

4    to Bitcoin Fog?

5    A.  250 times, ma'am.

6    Q.  What was the total amount of Bitcoin withdrawn?

7    A.  The total amount of Bitcoin was approximately 976 Bitcoin.

8    Q.  And what was the U.S. dollar value of those withdrawals?

9    A.  The U.S. dollar value was $470,610.

10   Q.  Directing your attention to the next tab.

11        Did you review records for the Silk Road vendor Mario's

12   Gram Shop?

13   A.  Yes, ma'am, I did.

14   Q.  And can you explain, generally, what's shown here on this

15   screen?

16   A.  These are the same -- the same sort of data.  The

17   transactions from Mario's Gram Shop and then checking to see if

18   the withdraw addresses belonged to Bitcoin Fog, and then the

19   total at the top.

20   Q.  How many times did you find that Mario's Gram Shop withdrew

21   directly from Silk Road 2 to Bitcoin Fog?

22   A.  212 times, ma'am.

23   Q.  What was the total amount of Bitcoin withdrawn?

24   A.  The total amount of Bitcoin withdrawn directly to

25   Bitcoin Fog was 701 Bitcoin, approximately.

1    Q.   What was the U.S. dollar value?

2    A.   The U.S. dollar value was approximately $335,927.

3    Q.   And moving now to the next tab.

4         Did you review records for the vendor Budworx on Silk

5    Road 2?

6    A.   Yes, ma'am, I did.

7    Q.   And what was Budworx?

8    A.   A vendor on Silk Road 2.

9    Q.   Did you also look at records from Budworx on Silk Road 1,

10   as discussed earlier?

11   A.   Yes, ma'am, I did.

12   Q.   And can you explain what's shown here on this chart?

13   A.   The same data is discussed for the other Silk Road 2 users;

14   their transaction data, and then my analysis on the right.

15   Q.   How many times did Budworx withdraw funds directly from

16   Silk Road 2 straight into Bitcoin Fog?

17   A.   208 times, ma'am.

18   Q.   What was the number of Bitcoin in those withdrawals?

19   A.   Approximately 464 Bitcoin, ma'am.

20   Q.   And what was the U.S. dollar value?

21   A.   The U.S. dollar value was approximately $248,435.

22   Q.   Did you review records from Budworx' profile on

23   Silk Road 2?

24   A.   Yes, ma'am, I did.

25   Q.   I'd like to pull up Exhibit 613-D, which is not yet

1    admitted.

2          Is this a fair and accurate record of Budworx' activity

3    on Silk Road 2 provided by the FBI?

4    A.  Yes, ma'am, it is.

5              MS. PELKER:  Government moves to admit Exhibit 613-D.

6              THE COURT:  Any objection?

7              MR. EKELAND:  403 and 803.

8              THE COURT:  Exhibit 613-D is admitted and may be

9    published to the jury.

10             (Government's Exhibit 613-D, admitted and published.)

11   BY MS. PELKER:

12   Q.  If we could go to page 10.  And if we could scroll up a

13   bit.  And could you explain to the jury what's shown here?

14         If we just scroll up to the top of where the profile

15   starts.  Keep scrolling up.

16         Nope.  Right there.

17         Can you read what -- the large text on the screen?

18   A.  "Budworx:  SR2's public user profile."

19   Q.  What would a public user profile on SR2 be?

20   A.  This would be information that the vendor and Silk Road 2

21   are showing all users about Budworx on Silk Road 2.

22   Q.  Can you scroll down?

23         And just pausing here, what sort of information is

24   included in Budworx' profile?

25   A.  Information about packages sent, when they're operating.

1    Q.  And scrolling down further.  Up -- just up to the bottom

2    there.

3         Does this include notes about what products Budworx is

4    offering?

5    A.  Yes, ma'am, it does.

6    Q.  Can you read starting at "crystal meth"?

7    A.  "Crystal meth.  Speed paste, 70 percent plus.  Albert

8    Hoffman, white crystal, LSD bottles, 100 drops per bottle.  AAA

9    plus organic Amnesia Haze, medical grade Exodus Cheese,

10   Rockstar Kush, coming soon Barney's Farm, LSD has sold out,

11   more in stock soon.  Ketamine, gold bars, X pills, varieties of

12   hashish."

13   Q.  If we can just scroll down to the section titled "Tipping

14   Wallet" there.  Can you read aloud the Tipping Wallet section?

15   A.  "Tipping Wallet, 13-10-14.  For all those we have made

16   wealthy in a U.S...and other hard-to-reach countries, we have

17   set up a tipping wallet where you can show your appreciation

18   for our efforts."

19   Q.  What is -- okay.

20   A.  There's -- there appears to be a Bitcoin address, 1AJ9mq,

21   etcetera.

22   Q.  What is a tipping wallet?

23   A.  It's like a donation address.  If somebody wanted to send

24   Bitcoin to appreciate the services of Budworx, they could send

25   Bitcoin to that address.

1    Q.  Would tips to that 1AJ address have shown up as withdrawals

2    from Budworx' Silk Road 2 account?

3    A.  No, ma'am, they would not.

4    Q.  Were you able to determine anything about this 1AJ address?

5    A.  Yes, ma'am.

6    Q.  What was that?

7    A.  I believe this 1AJ9mq address was at Bitcoin Fog.

8    Q.  Going back to your spreadsheet in Exhibit 601A, on the

9    second tab, can you just remind the jury what this tab is?

10   A.  This is a list of all of the Bitcoin Fog cluster addresses.

11   Q.  If we could go to row 452,092.

12        What address is noted there?

13   A.  This is that address, 1AJ9mqM.

14   Q.  What does this tell you about Budworx' use of Bitcoin Fog?

15   A.  Budworx was using a Bitcoin Fog deposit address as his

16   tipping address.

17   Q.  Is that in addition to Budworx' use of Fog for the funds

18   that he was withdrawing from Silk Road 2?

19   A.  Yes, ma'am, in addition.

20   Q.  If we could now go to the tab in your spreadsheet titled

21   Crystal Buddha.  Did you also review records for the Silk Road

22   2 vendor Crystal Buddha?

23   A.  Yes, ma'am, I did.

24   Q.  Is what's shown on this screen here the same analysis that

25   you did for the other Silk Road vendors and have testified to?

1    A.  Yes, ma'am, the other Silk Road 2 vendors.

2    Q.  Thank you.

3        Silk Road 2 vendors.

4    A.  Yes, ma'am.

5    Q.  What was the total amount of funds that the user Crystal

6    Buddha withdrew directly to Bitcoin Fog?

7    A.  Approximately 427 Bitcoin.

8    Q.  What was the U.S. dollar value of that?

9    A.  The approximate U.S. dollar value was $215,395.

10   Q.  And how many times did Crystal Buddha withdraw in this

11   manner?

12   A.  67 times.

13   Q.  Now, Mr. Scholl, did problems sometimes arise with orders

14   from darknet markets not being successfully delivered?

15   A.  Yes, ma'am.

16   Q.  Why was that?

17   A.  Law enforcement was trying to interject and intercept those

18   packages, and could have also been problems with mail.

19   Q.  What would happen if there was a problem with an order on a

20   darknet market not being delivered?

21   A.  The buyer would reach out to the vendor, more than likely.

22   Q.  And what would happen from there?

23   A.  They would discuss resolving the issue, whether it be a new

24   shipment or refund.

25   Q.  Did you review refund requests made to Crystal Buddha?

1    A.  Yes, ma'am, I did.

2    Q.  If we could pull up Exhibit 615-E, which is not yet in

3    evidence.

4         Mr. Scholl, is this a copy for Crystal Buddha that the

5    FBI retrieved from the Silk Road 2 records?

6    A.  Yes, ma'am, it is.

7    Q.  It's a fair and accurate copy of those records?

8    A.  Yes, ma'am, it is.

9         MS. PELKER:  Government moves to admit and publish

10   Exhibit 615-E.

11        THE COURT:  Any objection?

12        MR. EKELAND:  Relevance, 403 and 803.

13        THE COURT:  Can you go down -- I just want to take a

14   look at this and see one thing.

15        MS. PELKER:  If you could scroll down.

16        And, Your Honor, we can proffer that these are -- or,

17   I can ask the witness as well, but these are Crystal Buddha's

18   private messages.  There is back and forth.  Crystal Buddha --

19   and we can hop on the phone, if you would prefer.

20        THE COURT:  Let's hop on the phone for just a second.

21        (A bench conference was held as follows:)

22        THE COURT:  I guess what I'm looking for is if these

23   are co-conspirator statements, is whether they're in

24   furtherance of the conspiracy?

25        MS. PELKER:  Yes, Your Honor.  And the particular

1    messages that we're going to be asking Mr. Scholl about are in

2    regards to transactions that then are tied to Bitcoin Fog.  And

3    so these are discussions of Crystal Buddha with -- as a drug

4    dealer and the people who are buying drugs about movement of

5    funds that are related to that narcotics trafficking that

6    Mr. Scholl will then testify was tied to Bitcoin Fog.

7            MR. EKELAND:  Your Honor, I'm at a loss of how

8    Crystal Buddha is a federal conspirator.  Perhaps I need some

9    clarification on the theory of what's in the record in relation

10   to that because I just -- I don't -- I just don't see that.

11           MS. PELKER:  Crystal Buddha is one of the darknet

12   vendors who laundered their funds through Bitcoin Fog.

13           MR. EKELAND:  It's my understanding that the

14   conspiracy was with the darknet marketplaces.  I don't -- was

15   Crystal Buddha named in the bill of particulars?  I don't have

16   that in front of me.

17           MS. PELKER:  Yes.  I believe that this is one of the

18   vendors specifically named.  And the indictment says not just

19   darknet market administrators, but its vendors and users and --

20   at ECF 173 with the bill of particulars, Crystal Buddha is one

21   of the listed vendors.

22           THE COURT:  All right.  Let's proceed then.

23           (Open court:)

24           THE COURT:  Exhibit 615-A is admitted and may be

25   published to the jury.

```
 1                    (Government's Exhibit 615-A, admitted and published.)
 2       BY MS. PELKER:
 3       Q.  Mr. Scholl, generally what is contained in this document?
 4       A.  Messages from Crystal Buddha's Silk Road 2 account.
 5       Q.  Could we go to page 707, that conversation with
 6       Pureosfriend.  Can you explain what's happening in this
 7       communication?
 8       A.  What's happening is the user Pureosfriend has indicated
 9       that he hasn't received a package or a refund and he reaches
10       out to Crystal Buddha.
11       Q.  And what does Pureosfriend ask Crystal Buddha to do?
12       A.  To sort it out.
13       Q.  Does -- where does Pureosfriend ask for Crystal Buddha to
14       send the refund?
15       A.  He provides a Bitcoin address here.  He requests a refund
16       to 1EhAnh, et cetera.
17       Q.  And scrolling down, what does Crystal Buddha then say on
18       September 6th, at the bottom of this page?
19       A.  Crystal Buddha says, "They're going through a mixer, and
20       you will receive a bunch of small deposits.  I suggest you use
21       mixers too when transferring coins.  CB."
22       Q.  Did you review the transaction around this time --
23       transactions around this time into 1Eh?
24       A.  Yes, ma'am, I did.
25       Q.  Where did the funds come from?
```

1    A.  The funds came from the Bitcoin Fog cluster.

2    Q.  Moving now to page 666, the conversation with Ihaveabong.

3         Can you explain what's happening here in this

4    conversation?

5    A.  Yes, ma'am.  Similar situation, but there is a PGP

6    encrypted message and then unencrypted Ihaveabong provides a

7    Bitcoin address -- what appears to be a Bitcoin address.

8    Q.  Can you explain generally what a PGP encrypted message is?

9    A.  Yes, ma'am.  It's a message that's been encrypted so that

10   the text is garbled, essentially, so you can't read it.  PGP

11   stands for pretty good privacy.

12   Q.  Was PGP encryption a common way of sending messages -- or,

13   a feature of sending messages on darknet markets?

14   A.  Yes, ma'am, it was.

15   Q.  If we could scroll to the top of page 667.  What does

16   Ihaveabong write on August 24th?

17   A.  On August 24th Ihaveabong writes, "It's the weekend, dude,"

18   and then provides the Bitcoin address.

19   Q.  Can you read the first couple characters of that Bitcoin

20   address and then the next line?

21   A.  Bitcoin address reads, "1M9PZ3S," et cetera.  And then he

22   writes "When are you refunding?"

23   Q.  On August 26th what does Crystal Buddha indicate about the

24   refund?

25   A.  Crystal Buddha writes, "I have sent your refund through a

1    mixer.  Will drop in six hours."

2    Q.  Did you review this transaction into 1M9PZ?

3    A.  Yes, ma'am, I did.

4    Q.  And what did you find?

5    A.  The funds came from the Bitcoin Fog cluster.

6    Q.  Moving now to page 690, the conversation with Red Lion.

7    Can you explain what's happening here?

8    A.  Again, a user has reached out about a refund or re-ship and

9    then Red Lion selects a refund and then Crystal Buddha says

10   "Send a wallet," and Red Lion provides a Bitcoin address.

11   Q.  Can you point to that Bitcoin address on the screen and

12   read out the first several characters?

13   A.  Yes, ma'am.  The first several characters are 19DGwW.

14   Q.  What does Crystal Buddha say about the refund further down

15   on that screen, on September 3rd?

16   A.  He writes, "Got it added to my list and the BTC are going

17   through a mixer" -- going -- there's a typographical error in

18   going.  It says "gooing."

19   Q.  Did you review this transaction?

20   A.  Yes, ma'am, I did.

21   Q.  What did you find?

22   A.  The funds came from Bitcoin Fog.

23   Q.  Moving now to page 704.  What's happening here?

24   A.  Same thing, the user Evil Jacob has reached out, "Got a

25   problem with the delivery."  Crystal Buddha says he can re-ship

1    if it's taking too long, and then Evil Jacob asks for a refund

2    and then he provides a Bitcoin address starting with 13mUw7j.

3    Q.  And can we scroll down and read -- scroll back up,

4    apologies -- and read this exchange with Crystal Buddha

5    starting at the bottom of this page.

6    A.  Starting with "Crystal Buddha"?

7    Q.  Starting with "Crystal Buddha on September 25th."

8    A.  "Remind me of the order detail.  CB."

9    Q.  And can you read what Evil Jacob then says?

10   A.  Evil Jacob says, "Half of Crystal, man."

11   Q.  And how does Crystal Buddha reply?

12   A.  "Your refund has been sent through a mixer.  It will arrive

13   in small deposits in the next six hours.  CB."

14   Q.  Did you review a refund to the 13mU address given by Evil

15   Jacob?

16   A.  Yes, ma'am.

17   Q.  What did you find?

18   A.  The refund came from Bitcoin Fog.

19   Q.  And did the Crystal Buddha records have numerous other

20   examples of this sort of refund request?

21   A.  Yes, ma'am, it does.

22   Q.  Based on your review, did you determine how Crystal Buddha

23   was making these refund payments generally?

24   A.  Generally, ma'am, Crystal Buddha was sending these refunds

25   through Bitcoin Fog.

1   Q.  What does this tell you about Crystal Buddha's use of

2   Bitcoin Fog?

3   A.  Crystal Buddha not only used Bitcoin Fog to withdraw his

4   own funds from Silk Road 2, but he also used it to refund

5   customers.

6   Q.  Now moving to the tab back on our summary spreadsheet for

7   Shine Cartel.  Did you also review records for the vendor Shine

8   Cartel?

9   A.  Yes, ma'am, I did.

10  Q.  Was this the same sort of analysis that you did for the

11  other Silk Road 2 vendors?

12  A.  Yes, ma'am, it was.

13  Q.  And how many times did you find that Shine Cartel withdraw

14  directly from Silk Road 2 to Bitcoin Fog?

15  A.  301 times.

16  Q.  What was the total amount of Bitcoin involved in those

17  withdrawals?

18  A.  The total amount of Bitcoin was approximately 416 Bitcoin.

19  Q.  And the U.S. dollar value of those withdrawals?

20  A.  The U.S. dollar value was approximately $222,222.

21  Q.  Now moving to our last tab.

22      Trevor Phillips Enterprises, did you review records for

23  this Silk Road 2 vendor?

24  A.  Yes, ma'am, I did.

25  Q.  And how many times did Trevor Phillips Enterprises withdraw

1    funds directly from Silk Road 2 to Bitcoin Fog?

2    A.   143 times, ma'am.

3    Q.   What was the total amount of Bitcoin withdrawn?

4    A.   Approximately 286 Bitcoin.

5    Q.   And the U.S. dollar value?

6    A.   Approximately $154,030.

7    Q.   We can go over to the very first tab of this spreadsheet.

8         Is this a summary of each of the vendors that we just

9    walked through?

10   A.   Yes, ma'am, it is.

11   Q.   And does this include the indirect transfers or only the

12   direct?

13   A.   This is only the direct transfers from the darknet

14   marketplaces to Bitcoin Fog.

15   Q.   And are these all of the vendors that were withdrawing to

16   Bitcoin Fog, or just a sample subset?

17   A.   This is just a sample subset, ma'am.

18   Q.   In addition to the on-market transfers, was Bitcoin Fog

19   used for direct orders?

20   A.   Yes, ma'am.

21   Q.   What's meant by "direct orders"?

22   A.   Direct order is when a user and a vendor -- a buyer and a

23   vendor coordinated the sale of product off of the marketplace,

24   generally to avoid paying fees on the darknet market.

25   Q.   How would those sorts of -- when you're saying they're

1    coordinating orders, what is it that they're buying or selling?

2    A.  The same types of products that the vendor was selling on

3    the darknet marketplace.

4    Q.  And how would those direct orders appear in -- on the

5    blockchain or in blockchain analysis software?

6    A.  Generally I would expect that those orders would be coming

7    from private wallets instead of the Silk Road cluster.

8    Q.  So would it be apparent to you or another investigator

9    without further information that they were related to drugs?

10   A.  Initially, no, it would not be apparent.

11   Q.  Returning now to Exhibit 601.

12        Did you review transactions between Bitcoin Fog and

13   other darknet markets?

14   A.  Yes, ma'am, I did.

15   Q.  If we could just go down your sheet here.

16        Did you review transactions between Bitcoin Fog and the

17   darknet market AlphaBay?

18   A.  Yes, ma'am, I did.

19   Q.  Generally, what was AlphaBay?

20   A.  AlphaBay was another darknet market.  At one point a very

21   large darknet market.

22   Q.  And did AlphaBay operate a large number of Bitcoin

23   addresses?

24   A.  Yes, ma'am, it did.

25   Q.  And similar to your work on Silk Road and Silk Road 2, did

1    you review transfers between AlphaBay addresses and Bitcoin Fog

2    addresses?

3    A.  Yes, ma'am, I did.

4    Q.  And can you walk us through your findings for AlphaBay's

5    connection to Bitcoin Fog on this chart?

6    A.  Yes, ma'am.  AlphaBay -- funds from AlphaBay were sent

7    directly to Bitcoin Fog in an amount totaling 5,700 Bitcoin

8    approximately, valued at approximately $3 million.

9          Funds were indirectly sent from AlphaBay to

10   Bitcoin Fog in the amount of approximately 2,800 Bitcoin,

11   valued at approximately $1.8 million.

12         And then funds moving from Bitcoin Fog directly to

13   AlphaBay, Bitcoin totaled approximately 3,651 Bitcoin, valued

14   at approximately $1.6 million.

15         Indirect flows of funds from Bitcoin Fog to AlphaBay,

16   approximately 2,638 Bitcoin, valued at approximately

17   $1.3 million.

18   Q.  Did you also review a message from a Bitcoin Fog user

19   through Bitcoin -- sent through BitcoinTalk regarding an

20   AlphaBay deposit?

21   A.  Yes, ma'am.

22   Q.  If we could pull up Exhibit 815, which was previously

23   admitted.

24         Mr. Scholl, could you explain what this is?

25   A.  This is an email from noreply@bitcointalk.org to

1   shormint@hotmail.com.

2   Q.  And can you read the actual -- the message below username?

3   A.  It says "Address where it should deposit" -- and there's a

4   typographical error in address -- and he provides a Bitcoin

5   address.  1P -- well, 1PQQxtw8, et cetera.

6   Q.  And did you locate that 1PQQ address in the list of

7   AlphaBay addresses that you reviewed?

8   A.  Yes, ma'am, I did.

9   Q.  And did you identify an indirect transaction into that 1PQQ

10  address corresponding to this message?

11  A.  Yes, ma'am, I did.

12  Q.  And what was the indirect source of that transfer?

13  A.  One of the indirect sources of that transfer was

14  Bitcoin Fog.

15  Q.  If we could return to Exhibit 601.

16      Did you also review transactions between Bitcoin Fog and

17  the darknet market Agora?

18  A.  Yes, ma'am, I did.

19  Q.  Did Agora, similar to the other markets, operate thousands

20  of addresses?

21  A.  Yes, ma'am, it did.

22  Q.  Did you look at transactions between the addresses

23  controlled by Agora and those controlled by Bitcoin Fog?

24  A.  Yes, ma'am, I did.

25  Q.  Can you walk us through on the Agora line what you found?

1    A.  Bitcoin sent directly from Agora to Bitcoin Fog totaled

2    approximately 41,972 Bitcoin, valued at approximately

3    $14.2 million.

4         Bitcoin sent indirectly from Agora to Bitcoin Fog

5    totaled approximately 25,679 Bitcoin, valued at approximately

6    $8.6 million.

7         And then funds sent directly from Bitcoin Fog to

8    Agora totaled approximately 26,398 Bitcoin, valued at

9    approximately $8.5 million.

10        And then funds indirectly sent from Bitcoin Fog to

11   Agora, approximately 10,027 Bitcoin, valued at approximately

12   $3.3 million.

13   Q.  Did you see additional references in your review to Agora's

14   connections to Bitcoin Fog?

15   A.  Yes, ma'am, I did.

16   Q.  If you could pull up Exhibit 1, the BitcoinTalk posts.  And

17   going to post number 114.  Should be post 114.

18        And who is making this post?

19   A.  This is a post from Akemashite Omedetou.

20   Q.  And what's the date on the post?

21   A.  The date is December 27th, 2013.

22   Q.  And can you read this post?

23   A.  "We acknowledge the problem and shall resolve this matter

24   with any users involved.  Please contact us on the Fog.  If

25   there were any unauthorized withdrawals, we shall reverse them.

1    It seems we have now localized the problem.  We would like to

2    thank the good hackers at Agora for their help once again."

3    Q.   And is Agora there a reference to the Agora darknet market?

4    A.   That's my understanding, yes, ma'am.

5    Q.   Returning to Exhibit 601.

6         Did you also review transactions between Bitcoin Fog and

7    the darknet market Nucleus?

8    A.   Yes, ma'am, I did.

9    Q.   And what was Nucleus?

10   A.   Another darknet market.

11   Q.   Did you do the same sort of analysis for the transactions

12   between Nucleus and Bitcoin Fog that you did for the other

13   markets?

14   A.   Yes, ma'am, I did.

15   Q.   Can you walk us through the entries here on this chart from

16   Nucleus?

17   A.   Funds sent directly from Nucleus to Bitcoin Fog totaled

18   approximately 5,240 Bitcoin, valued at approximately

19   $1.4 million.

20        Funds sent indirectly from Nucleus to Bitcoin Fog,

21   approximately 2,820 Bitcoin, valued at approximately $886,000.

22        Funds sent directly from Bitcoin Fog to Nucleus,

23   approximately 2,829 Bitcoin, valued at approximately $802,000.

24        Funds sent indirectly from Bitcoin Fog to Nucleus,

25   approximately 1,463 Bitcoin, valued at approximately $400,000.

1   Q.  Did you review transactions between Bitcoin Fog and the

2   darknet market Abraxis?

3   A.  Yes, ma'am, I did.

4   Q.  And what was Abraxis?

5   A.  Abraxis was another darknet market.

6   Q.  Did you do the same sort of analysis that you've just

7   testified to?

8   A.  Yes, ma'am, I did.

9   Q.  And can you walk us through this entry in this spreadsheet?

10  A.  Yes, ma'am.

11      Funds sent directly from Abraxis totaled

12  approximately 4,116 Bitcoin, valued at approximately

13  $1 million.

14      Funds sent indirectly from Abraxis to Bitcoin Fog,

15  approximately 1,895 Bitcoin, valued at approximately $558,000.

16      And then funds sent directly from Bitcoin Fog to

17  Abraxis, approximately 2,066 Bitcoin, valued at approximately

18  $516,000.

19      Funds sent indirectly from Bitcoin Fog to Abraxis,

20  approximately 903 Bitcoin, valued at approximately $229,535.

21  Q.  Did you also review transactions between Bitcoin Fog and

22  the darknet market Pandora?

23  A.  Yes, ma'am, I did.

24  Q.  And what was Pandora?

25  A.  Pandora was another darknet marketplace.

1    Q.  Did you do the same sort of analysis for the transactions

2    between Pandora and Bitcoin that you did for the other markets?

3    A.  Yes, ma'am, I did.

4    Q.  Can you now walk us through the entries on this sheet for

5    Pandora?

6    A.  Yes, ma'am.

7         Funds sent directly from Pandora to the Bitcoin Fog,

8    approximately 2,032 Bitcoin, valued at approximately

9    $1.2 million.

10         Funds sent indirectly from Pandora to Bitcoin Fog,

11    approximately 1,895 Bitcoin, valued at approximately $558,000.

12         Funds sent directly from Bitcoin Fog to Pandora,

13    approximately 553 Bitcoin, valued at approximately $299,000.

14         Funds sent indirectly from Bitcoin Fog to Pandora,

15    approximately 401 Bitcoin, valued at approximately $260,000.

16    Q.  Did you review the transactions between Bitcoin Fog and the

17    darknet market Sheep?

18    A.  Yes, ma'am, I did.

19    Q.  Can you explain what Sheep was?

20    A.  Sheep was another darknet marketplace.

21    Q.  Did you do the same short of analysis for Sheep that you

22    did for all the other markets here?

23    A.  Yes, ma'am, I did.

24    Q.  Can you walk us through the entry for Sheep?

25    A.  Funds sent directly from Sheep darknet market to Bitcoin

1  Fog, approximately 7,646 Bitcoin, valued at approximately

2  $2.7 million.

3       Funds sent from Sheep indirectly to Bitcoin Fog,

4  approximately 2,747 Bitcoin, valued at approximately

5  $1.5 million.

6       Funds sent directly from Bitcoin Fog to Sheep darknet

7  market, approximately 1,547 Bitcoin, valued at approximately

8  $361,895.

9       Funds sent indirectly from Bitcoin Fog to the Sheep

10  darknet market, approximately 1,925 Bitcoin, valued at

11  approximately $551,000.

12  Q.  And almost at the end.

13       Did you review transactions between Bitcoin Fog and the

14  darknet market Black Bank?

15  A.  Yes, ma'am, I did.

16  Q.  And was that a similar analysis that you did for the other

17  darknet markets?

18  A.  Yes, ma'am, it was.

19  Q.  And can you walk us through the entries for Black Bank?

20  A.  Yes, ma'am.

21       Funds sent directly from Black Bank to Bitcoin Fog,

22  approximately 2,918 Bitcoin, valued at approximately $912,669.

23       Funds sent indirectly from Black Blank to Bitcoin

24  Fog, approximately 2,146 Bitcoin, valued at approximately

25  $1 million.

1              Funds sent directly from Bitcoin Fog to Black Bank,

2      approximately 1,632 Bitcoin, valued at approximately $427,000.

3              And funds sent indirectly from Bitcoin Fog to Black

4      Bank, approximately 947 Bitcoin, valued at approximately

5      $280,000.

6      Q.  Now, Mr. Scholl, did you also review records from Welcome

7      to Video?

8      A.  Yes, ma'am, I did.

9      Q.  Could you explain to the jury, what was Welcome to Video?

10     A.  Welcome to Video was a darknet site that was dedicated to

11     child sexual abuse material.

12     Q.  How did Welcome to Video operate?

13     A.  Welcome to Video operated by allowing users to pay to

14     download child sexual abuse material, or receive credit by

15     uploading their own child sexual abuse material.

16     Q.  Did you identify transactions from Bitcoin Fog into Welcome

17     to Video?

18     A.  Yes, ma'am, I did.

19     Q.  What would be the purpose of a user using Bitcoin Fog for

20     that sort of transaction?

21              MR. EKELAND:  Objection, Your Honor.  Can we speak on

22     the phone?

23              (A bench conference was held as follows:)

24              MR. EKELAND:  Your Honor, this is a 403 objection.

25     It's also cumulative.  I think the issue here is that there's

1    no indication anywhere that Mr. Sterlingov has anything to do

2    with child pornography.  And this is just the most explosive,

3    heinous thing that -- to put in front of a jury when there is

4    no money being sent and you've got a total, allegedly, like,

5    what? $989 coming post-mix from Bitcoin Fog, which can't even

6    really be considered money laundering because there's no way

7    that the -- even the administrator can know what the funds are

8    going to be used for post-mix.

9         This is just an attempt by the government to tar and

10   taint Mr. Sterlingov with the heinous charge of trafficking

11   child pornography, which this case is absolutely not about.  So

12   we vehemently object to this line of questioning.  Let's leave

13   it to the money and keep the child porn out of this case, Your

14   Honor.

15        THE COURT:  Ms. Pelker?

16        MS. PELKER:  Your Honor, I think that we've briefed

17   this issue.  It is very relevant as to the SUA, not just for

18   the money laundering, but the 1960 dirty money prong that the

19   government can put on its evidence about, the various forms of

20   illicit activity and SUAs that were moving through Bitcoin Fog

21   for the purpose of the 1960 transaction.

22        We actually have Mr. Sterlingov's post as that,

23   showing that he was aware that the darknet was used for darknet

24   markets and child pornography.  That's in the Meth! post

25   showing that he did have knowledge of this.  But in any event,

1    just the fact that he is mistaken about the SUA doesn't mean

2    that this isn't relevant evidence to how the government put on

3    its case.

4          MR. EKELAND:  Your Honor, first, I think what the

5    government just said there is that this already is in evidence

6    and now it's being used for cumulative purposes in a highly

7    prejudicial way.  The amounts, even if they are accurate here,

8    which are post-mix, are minimal.  And even assuming that those

9    Meth! posts are Mr. Sterlingov, you know, awareness of this,

10   it's cumulative, it's just highly prejudicial, and I think it's

11   just inappropriate.  And I think the Court has heard my

12   objection.

13         THE COURT:  I think, actually, the minimal amount

14   here is something that's in some sense favorable to the defense

15   on this point when, in comparison, a very small amount of that

16   was going for that purpose.  So I don't think it's a 403

17   problem.

18         I mean, the government is entitled to prove how the

19   funds were used.  But to the extent to which you're concerned

20   that it's unfairly tarring Mr. Sterlingov with, you know,

21   engaging -- or, facilitating the child porn, I think you have

22   your point here, which is that it's -- the money only was paid

23   out of Bitcoin Fog.  And you can make that point and you can do

24   it in cross or in your closings, if you like.

25         You did discuss this yourself, actually, in openings,

1    and you brought up the child porn stuff yourself in the

2    opening.  So I think that the risk of unfair taint to

3    Mr. Sterlingov from this particular exhibit here is minimal.

4    So I'm going to allow it.

5              (Open court:)

6              THE COURT:  Okay.  We're getting near the end of the

7    day.

8    BY MS. PELKER:

9    Q.  Mr. Scholl, what would be the purpose of using Bitcoin Fog

10   for a Welcome to Video transaction?

11   A.  The purpose of using Bitcoin Fog for a Welcome to Video

12   transaction would be to obscure the source of funds going to

13   Welcome to Video, so that you wouldn't be identified as having

14   sent funds to a child sexual abuse material site.

15   Q.  Can you walk us through the Welcome to Video row?

16   A.  Yes, ma'am.  So there are no funds sent directly or

17   indirectly from Welcome to Video to Bitcoin Fog, but there are

18   funds sent from Bitcoin Fog to Welcome to Video.

19              The direct transfers from Bitcoin Fog to Welcome to

20   Video, approximately 2.47 Bitcoin, valued at approximately

21   $989.  And funds sent indirectly from Bitcoin Fog to Welcome to

22   Video, approximately 1.675 Bitcoin, valued at approximately

23   $846.

24   Q.  Why are the numbers in the first column zero?

25   A.  There were no funds sent from Welcome to Video directly or

1    indirectly to Bitcoin Fog.  This -- Welcome to Video operated

2    differently, in that there wasn't a way to withdraw funds from

3    Welcome to Video.  There's no vendors, like on a darknet market

4    site, that need to withdraw their funds from the account.  So,

5    really, the only person withdrawing funds from Welcome to Video

6    would have been the administrator of Welcome to Video.

7    Q.  And why are the numbers on the money -- on the columns on

8    the right so low, compared to darknet drug markets?

9    A.  I would say that Welcome to Video was a smaller service

10   than most of these darknet markets, but also that the community

11   of people on Welcome to Video are not -- it's not about making

12   money.  It's about sharing child sexual abuse material.  Less

13   financially motivated.

14   Q.  What happened to Welcome to Video?

15   A.  It was seized by law enforcement.

16   Q.  And when the site was shut down by law enforcement, did law

17   enforcement also seize Welcome to Video servers and records?

18   A.  Yes, ma'am, they did.

19   Q.  And did you review transactions between Bitcoin Fog and

20   Welcome to Video in Chainalysis?

21   A.  Yes, ma'am, I did.

22   Q.  And what would those transactions look like in Chainalysis?

23   A.  Transfers --

24   Q.  Just generally.

25   A.  Transfers in Bitcoin Fog to Welcome to Video.

1    Q.  From there did you look at a specific subset of those

2    transactions?

3    A.  Yes, ma'am, I did.

4    Q.  Showing you Exhibit 623 -- which is not yet in evidence --

5    can you explain what's shown here?

6    A.  This is a chart showing the Bitcoin address associated with

7    a specific Welcome to Video user.

8    Q.  And does this accurately summarize the information

9    pertaining to the Bitcoin address and user from the underlying

10   records?

11   A.  Yes, ma'am, it does.

12           MS. PELKER:  Government moves to admit Exhibit 623.

13           THE COURT:  Any objection?

14           MR. EKELAND:  403 and 803.

15           THE COURT:  Exhibit 623 is admitted and may be

16   published to the jury.

17           (Government's Exhibit 623, admitted and published.)

18   BY MS. PELKER:

19   Q.  Mr. Scholl, were you able to verify, using the Welcome to

20   Video records, that these addresses initially identified

21   through Chainalysis were, in fact, controlled by Welcome to

22   Video?

23   A.  Yes, I was.

24   Q.  Did each of the addresses on this list receive funds from

25   Bitcoin Fog?

1    A.  Yes, ma'am, they did.

2    Q.  What were you able to do with the information of --

3    starting with the addresses and then match to the users?

4         What were you able to do with the information about the

5    deposits into the addresses?

6    A.  I was able to see funds being withdrawn from Bitcoin Fog

7    and deposited into these Welcome to Video deposit addresses,

8    see which funds these users deposited.

9    Q.  Using the Welcome to Video records, were you able to

10   identify what particular user was associated with which

11   address?

12   A.  Yes, ma'am, I was.

13   Q.  And did you review records for particular Welcome to Video

14   users?

15   A.  Yes, ma'am, I did.

16   Q.  Now, were those records provided in a way that accurately

17   reflected the user activity but did not include the actual

18   child sexual abuse material?

19   A.  Yes, ma'am.

20        MS. PELKER:  And if we could pull up Exhibits 624

21   through 633, which are not yet in evidence.

22        THE COURT:  Before you do that, if everyone wants to

23   stand up and stretch for a minute.

24        Let me know if anyone needs a restroom break.

25        You can stand, if you like.

 1          MS. PELKER:  We are coming -- I think we'll be able

 2    to finish today, Your Honor.

 3          THE COURT:  Okay.

 4          (Pause.)

 5          THE COURT:  All right.  You can continue.

 6    BY MS. PELKER:

 7    Q.  Mr. Scholl, directing your attention to Exhibits 624

 8    through 633, are these fair and accurate copies of the Welcome

 9    to Video records retrieved by law enforcement?

10    A.  Yes, ma'am, they are.

11          MS. PELKER:  Government moves to admit Exhibit 624

12    through 633.

13          MR. EKELAND:  Objection, Your Honor.  I think we need

14    to go on the phone for this one.

15          THE COURT:  Okay.

16          (A bench conference was held as follows:)

17          MR. EKELAND:  Your Honor, if you look at column G,

18    there are some heinous titles there.  And if you scroll

19    through -- could we please go -- can we go back to the first

20    part of the exhibit and just go and look at that column G where

21    there's all sorts of heinous acts being described that a

22    child -- "8-Year-Old Daddy's Little Girl."  Can we just scroll

23    down and look at some of these titles.

24          That column, that video filename that has nothing to

25    do with Mr. Sterlingov, has nothing to do with any kind of

1 money laundering.  You know, "B and B Suck."  This is just a

2 really, really transparent attempt on the part of the

3 government to bring in heinous titles and just a lot of stuff

4 that has nothing to do with whether or not Mr. Sterlingov was

5 operating a Bitcoin Fog.

6    I mean, it's -- what is it probative of?  It's just

7 really, really prejudicial, and it is highly cumulative.  And,

8 you know, talking about anal sex with children and little

9 girls' vaginas.  And you're going to put that in front of a

10 jury in this case?

11    It's like -- you know, go ahead and put the

12 spreadsheet in if you redact that whole column.  But there's no

13 need to have these video names in.  I think it's outrageous,

14 actually.

15    THE COURT:  Can I hear from Ms. Pelker?

16    MS. PELKER:  Your Honor, the addresses in column A

17 are the addresses that are receiving funds from Bitcoin Fog.

18 This is the activity that Bitcoin Fog is facilitating.  I think

19 the jury has a right to see and understand that.

20    MR. EKELAND:  Bitcoin -- Your Honor --

21    MS. PELKER:  And we did brief this at document ECF

22 249.

23    THE COURT:  Say that again.  I just missed what you

24 said.

25    MS. PELKER:  We didn't -- this is covered in document

1    249.  That simply is an element of the 1960 offense the

2    government needs to prove up on the dirty money prong.

3           THE COURT:  I don't disagree with that, and I think

4    you're right.  I think you're entitled to demonstrate that the

5    funds were going to unlawful pornography sites.  I guess the

6    question I have, though, is whether the column that just

7    describes -- that has the video names in it is necessary and

8    whether it's more prejudicial than probative, given the fact

9    that column F, for example, describes there's child porn, at

10   least in some of these cases.

11          So do you need to really describe more graphically

12   with the titles what the -- what is actually going on in those

13   videos?

14          MR. EKELAND:  Your Honor --

15          THE COURT:  Let Ms. Pelker respond.

16          MS. PELKER:  So the video category, every single

17   video on Welcome to Video was child pornography.  They didn't

18   allowed adult porn.  So I don't think the video category is

19   particularly helpful to the extent uploaded videos -- it is all

20   child pornography.

21          THE COURT:  So you can establish that with the

22   witness and through the column F.  So why do you need column G?

23   which is, you know, disturbing.

24          MR. EKELAND:  Your Honor --

25          THE COURT:  I just want her to answer my questions,

1      then I'll give you a chance.

2           MS. PELKER:  I agree that it's -- that the activity

3      that is shown here is very problematic, but that is what

4      Bitcoin Fog was facilitating.  The defense is going to argue

5      that Bitcoin Fog was just a privacy service used by these

6      privacy advocates who like their privacy.

7           The government is entitled to put on its case, to

8      show that, in fact, this is a site that was facilitating

9      criminal activity -- that includes not just narcotics

10     trafficking, but child sexual abuse material -- and to be able

11     to explain to the jury, this is the child sexual abuse

12     material.

13          We're not showing the actual videos here and we do

14     think -- I mean, yes, the filenames are disturbing, but we

15     think that this is the appropriate balance of something that

16     still tells the jury the story of the case, which the

17     government is entitled to put on.

18          THE COURT:  Can I ask you, since it's 20 of 5 right

19     now, do you need to show that column to the jury now, or can

20     you do what you need to do with the witness without showing

21     that column and then we can just come back to it, if that

22     column should be redacted, when we're not keeping the jury?

23          MS. PELKER:  That's fine for the government, Your

24     Honor.  And we do have a later -- we can discuss -- we can

25     bring this up with a later witness.  So simply showing -- not

```
 1    showing column G would be fine for this next round of
 2    questions.
 3                THE COURT:  All right.
 4                MR. EKELAND:  Your Honor, just for the record, we are
 5    objecting to column G -- well, the whole document.  But if it's
 6    going to come in with something redacted, it's G, columns G and
 7    columns H and -- but --
 8                THE COURT:  I don't have H in front of me, so I don't
 9    know what it says.
10                MR. EKELAND:  Basically, my understanding, it's
11    the equivalent.  I don't have it in front of me either right
12    now.  That's just what Mr. Hassard is telling me.  The defense
13    is fine with the Court's proposal for the moment, if we
14    continue without --
15                THE COURT:  Is that okay with you, Ms. Pelker, just
16    for purposes of expediency now, and then we can come back to
17    this question?
18                MS. PELKER:  That's fine.  This witness is not
19    commenting on anything in column G.
20                THE COURT:  Okay.  So let's not display column G for
21    present purposes, and then I will admit the exhibit, subject to
22    our further discussion with respect to whether column G should
23    be redacted.
24                MR. EKELAND:  Thank you, Your Honor.
25                THE COURT:  That's fine.  I haven't seen H, so I have
```

 1    no idea.

 2              (Open court:)

 3              THE COURT:  This is 624, correct?

 4              MS. PELKER:  Can we wait one moment so I can speak

 5    with --

 6              THE COURT:  Yes, of course.

 7              (Pause.)

 8              THE COURT:  All right.  So this is 624?

 9              MS. PELKER:  Yes, Your Honor, this is 624.

10              THE COURT:  All right.  624 is admitted subject to

11    our discussion.

12              (Government's Exhibit 624, admitted.)

13    BY MS. PELKER:

14    Q.  Mr. Scholl, directing your attention to Exhibit 624.

15         Can you explain what is shown here?

16         And please only describe -- only talk about what is

17    shown on the cell shown on your screen.

18    A.  Yes, ma'am.  Column A is the Bitcoin address used to fund

19    this account.  The username is in column B, with some Cyrillic

20    characters with the numbers 9999.  And then it has activity

21    date for the transaction involving the video purchased.

22    Q.  And without speaking to the particular content in the video

23    category in column F, what's your understanding about the only

24    type of videos that were permitted on Welcome to Video?

25    A.  My understanding is that all of the content on Welcome to

1    Video was child sexual abuse material.

2    Q.  If we could return to the summary chart -- or, the Welcome

3    to Video address summary chart.  So we're at 623.

4         Did you review similar records for each of the Bitcoin

5    addresses noted in the left-hand column?

6    A.  Yes, ma'am, I did.

7    Q.  And for each of those addresses were you able to match the

8    deposit address to a user?

9    A.  Yes, ma'am, I was.

10   Q.  And is that the user that's on the right-hand side?

11   A.  That's correct, ma'am.

12   Q.  And what was the significance of each of these Bitcoin

13   addresses with regard to Bitcoin Fog?

14        How was Bitcoin Fog connected to each of these

15   addresses?

16   A.  Yeah.  These addresses were funded by Bitcoin Fog -- by

17   withdrawals from Bitcoin Fog.

18   Q.  When law enforcement took down Welcome to Video, what did

19   they do about the users?

20   A.  They attempted to locate and arrest and charge as many

21   users as possible.

22   Q.  And what was one of the ways that law enforcement went

23   around -- went about identifying the users?

24   A.  Law enforcement used blockchain analysis to identify users

25   of Welcome to Video.

1    Q.  And was law enforcement able to identify some of the

2    Welcome to Video users based on blockchain analysis and tracing

3    their deposits?

4    A.  That's my understanding, yes, ma'am.

5    Q.  But what happened if a user was using Bitcoin Fog?

6    A.  The funds would not have been traced back to a KYC account.

7    Q.  In addition to the money coming to and from darknet

8    markets, was there also money going between Bitcoin Fog and

9    exchanges?

10    A.  Yes, ma'am, there was.

11    Q.  Did that mean that the money -- and, actually, if we could

12    pull back up the Exhibit 601.

13         If the money was going between Bitcoin Fog and

14    exchanges, did that mean that the money was clean?

15              MR. EKELAND:  Objection.  Leading.

16              THE COURT:  Sustained.

17    BY MS. PELKER:

18    Q.  Did that mean that the money was clean -- if money was

19    going from an exchange into Bitcoin Fog, was that necessarily

20    clean money?

21              MR. EKELAND:  Object.  Leading.

22              THE COURT:  Overruled.

23              THE WITNESS:  No, ma'am, not necessarily.

24    BY MS. PELKER:

25    Q.  Why not?

1   A.  Funds going from an exchange into Bitcoin Fog, even if it

2   was coming from a compliant exchange after leaving Bitcoin Fog

3   on the other side may have been deposited to darknet markets or

4   other illicit services.

5   Q.  And so what would be the goal -- or, what would be a goal

6   of a criminal if they were sending money from an exchange into

7   Bitcoin Fog?

8           MR. EKELAND:  Objection.  Leading.

9           THE COURT:  Overruled.

10          THE WITNESS:  The objective of the criminal would be

11  to disassociate the funds leaving Bitcoin Fog with the funds

12  that came into Bitcoin Fog from an exchange where they might

13  have an account in their true name.

14  BY MS. PELKER:

15  Q.  And what about funds going from Bitcoin Fog into an

16  exchange?

17  A.  Funds going from Bitcoin Fog into an exchange are not

18  necessarily illicit funds.  They could be funds coming from a

19  darknet market that came out of Bitcoin Fog and then deposited

20  into the exchange, obscuring from the exchange and law

21  enforcement the fact that those funds came from a darknet

22  marketplace or other illicit service.

23  Q.  If we could pull up Exhibit 709-B.  And is this -- I'm not

24  sure whether this was admitted or provisionally admitted --

25  conditionally admitted.

```
 1              THE COURTROOM DEPUTY:  709-B was admitted.
 2   BY MS. PELKER:
 3   Q.  Is this a translated copy of a document found on one of the
 4   defendant's devices?
 5   A.  Yes, ma'am, it is.
 6   Q.  If we could publish Exhibit 709-B.  And going down to
 7   page 12 at the bottom of the page.
 8              Could you read the final paragraph there?
 9   A.  Mr. Sterlingov writes, "In order to escape from regulators,
10   Bitcoin only needs to be a little more complex than an ordinary
11   person can understand.  And that's it, no one is going to hunt
12   it down anymore."
13              MS. PELKER:  Court's indulgence?
14              THE COURT:  Yes.
15              (Pause.)
16              MS. PELKER:  Your Honor, we are done with our
17   questions.  We would suggest not passing the witness until we
18   discuss further the issue that was raised.
19              THE COURT:  Okay.
20              MS. PELKER:  But that we should wrap with the jury
21   for today.
22              THE COURT:  That's fine.
23              So we can conclude for the evening, members of the
24   jury.  We're going to come back tomorrow for a short day.
25   10 a.m. until lunchtime tomorrow.
```

1          And I remind you, don't discuss the case or any of

2    the evidence or comment in any way with one another or anyone

3    else.  And don't conduct any type of research in any way

4    relating to the law or facts in this case, anything having to

5    do with the case.  And I will see you back here tomorrow at

6    10 a.m.

7               (Whereupon the jurors leave the courtroom.)

8               THE COURTROOM DEPUTY:  You may be seated.

9               THE COURT:  All right.  And the witness can step

10   down.

11              And I'll just ask you not to discuss your testimony

12   with anybody until it's entirely concluded.

13              THE WITNESS:  Yes, Your Honor.

14              THE COURT:  Thank you.

15              One thing I wanted to mention to all of you is I

16   heard from the deputy clerk that a couple of jurors had

17   expressed concern -- one of the jurors was commenting -- not, I

18   think, in the jury room, but like as the evidence was coming

19   in.  I didn't actually hear it or see it myself.  And it

20   sounded like -- but it was probably in a soft voice, but

21   caught -- you know, enough for the other jurors to be able to

22   hear it.  And so I was doing my best to keep an eye on that

23   juror this afternoon after I had heard this.

24              I didn't see that happen at all, but I saw the juror

25   sleeping, which is the reason that I suggested we stretch later

1    in the day, was to wake her up; it's juror number 9.

2         And what I would suggest we do for now -- the second

3    seat in the back -- is that we just keep an eye on the

4    situation.  But if there's anything else that you think I

5    should do, whether I should inquire of the other jurors.  I

6    tried to be a little bit more affirmative today in reminding

7    them not to comment in any way about the case, even with each

8    other, in light of this.  But if you think there's anything

9    more I should do, you can let me know tomorrow morning.

10        But otherwise, my inclination is just to kind -- try

11   and keep an eye on things and see how we go.  We're in the

12   fortunate position that we're pretty well into the case at this

13   point and have four alternates.  So I think we should just

14   monitor the situation as it goes forward.

15        MS. PELKER:  I think that approach makes sense to the

16   government, Your Honor.

17        THE COURT:  Mr. Ekeland?

18        MR. EKELAND:  That's fine with the defense,

19   Your Honor.

20        THE COURT:  Okay.  Anything else for us to address

21   tonight before we adjourn?

22        MS. PELKER:  No, Your Honor.

23        Should we come back a bit early tomorrow, before the

24   jury comes in, to discuss --

25        THE COURT:  Yeah, I think that's a good idea.  Why

1    don't we -- I have another matter, but we maybe, hopefully,

2    have ten minutes or so beforehand.  So why don't you all try

3    and be here by 9:45, in case we want to discuss things further.

4         I have to say, I am at least leaning in favor of the

5    defense request to redact the one column I've seen.  I haven't

6    seen the other column, so I don't know.  But I am still

7    open-minded and -- and if there is anything you all want to

8    offer me to persuade me one way or the other on that question,

9    I would welcome any further discussion on the issue.

10        MS. PELKER:  Yes, Your Honor.

11        THE COURT:  Okay.  All right.  I will see you all

12   tomorrow morning.  Thank you.

13                              *   *   *

14

15

16

17

18

19

20

21

22

23

24

25

```
1                  CERTIFICATE OF OFFICIAL COURT REPORTER

2

3          I, JANICE DICKMAN, do hereby certify that the above and

4     foregoing constitutes a true and accurate transcript of my

5     stenographic notes and is a full, true and complete transcript

6     of the proceedings to the best of my ability.

7                          Dated this 22nd day of February, 2024

8

9

10                         _____

11                         Janice E. Dickman, CRR, CMR, CCR
                           Official Court Reporter
12                         Room 6523
                           333 Constitution Avenue, N.W.
13                         Washington, D.C.  20001

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                    INDEX

2

    WITNESS:

3
        Luke Scholl
4            Direct Examination (Cont.) By Ms. Pelker.......... 3

5

6    GOVERNMENT EXHIBITS ADMITTED:

7        Exhibits 318 and 318-A................................ 35
         Exhibit 371.......................................... 7
8        Exhibit 601.......................................... 54

9        Exhibit 601-A........................................ 62
         Exhibit 608-A, 608-P, 608-Q.......................... 63
10       Exhibit 613-D........................................ 81

11       Exhibit 614-A........................................ 77
         Exhibit 615-A........................................ 86
12       Exhibit 623..........................................106

13       Exhibit 624..........................................113
         Exhibit 719-A........................................ 16
14
                              *   *   *
15

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 56:8
**$154,030** [1] - 92:6
**$191,739** [1] - 73:22
**$215,395** [1] - 84:9
**$222,222** [1] - 91:20
**$229,535** [1] - 98:20
**$248,435** [1] - 80:21
**$260,000** [1] - 99:15
**$275,308** [1] - 73:11
**$280,000** [1] - 101:5
**$299,000** [1] - 99:13
**$335,927** [1] - 80:2
**$361,895** [1] - 100:8
**$400,000** [1] - 97:25
**$408,378** [1] - 72:3
**$42,389** [1] - 74:19
**$427,000** [1] - 101:2
**$470,610** [1] - 79:9
**$500,000** [1] - 3:11
**$516,000** [1] - 98:18
**$551,000** [1] - 100:11
**$558,000** [2] - 98:15, 99:11
**$640,000** [1] - 71:10
**$802,000** [1] - 97:23
**$846** [1] - 104:23
**$886,000** [1] - 97:21
**$9,724,911** [1] - 55:23
**$912,669** [1] - 100:22
**$95,884** [1] - 74:8
**$989** [2] - 102:5, 104:21

## '

**'1HEMZAsD** [1] - 6:6

## 0

**0.46** [1] - 7:8
**046** [1] - 6:4

## 1

**1** [9] - 27:20, 74:2, 74:9, 74:13, 78:19, 80:9, 96:16, 98:13, 100:25
**1,345** [1] - 74:5
**1,463** [1] - 97:25
**1,472** [1] - 71:22
**1,547** [1] - 100:7
**1,632** [1] - 101:2
**1,895** [2] - 98:15, 99:11
**1,925** [1] - 100:10
**1-26-2013** [3] - 67:19, 69:3, 69:25

**1-27-2013** [1] - 70:1
**1.2** [1] - 99:9
**1.3** [1] - 94:17
**1.4** [2] - 56:19, 97:19
**1.5** [2] - 67:11, 100:5
**1.6** [1] - 94:14
**1.675** [1] - 104:22
**1.8** [1] - 94:11
**10** [2] - 3:11, 81:12
**10,027** [1] - 96:11
**100** [2] - 25:14, 82:8
**102,000** [1] - 56:7
**106** [1] - 74:3
**106,000** [1] - 56:16
**11** [2] - 4:23, 36:23
**11,000** [1] - 76:12
**112** [2] - 67:15
**114** [1] - 96:17
**12** [2] - 5:7, 36:22
**12,000** [1] - 76:9
**12,901** [1] - 71:25
**12.5** [2] - 76:4, 76:7
**12th** [1] - 6:5
**13,970** [1] - 73:8
**13-10-14** [1] - 82:15
**13mU** [1] - 90:14
**13mUw7j** [1] - 90:2
**13th** [1] - 11:4
**14.2** [1] - 96:3
**143** [1] - 92:2
**14th** [1] - 12:20
**15** [1] - 25:15
**16** [3] - 4:24, 5:25, 14:11
**16th** [1] - 33:15
**17** [2] - 8:9, 21:3
**17,370** [1] - 72:21
**173** [1] - 86:20
**176** [1] - 32:8
**18** [1] - 11:2
**187** [1] - 73:18
**19** [3] - 12:3, 12:17, 17:19
**19,515** [1] - 71:9
**1960** [2] - 102:18, 102:21
**19DGwW** [1] - 89:13
**1AieHpk** [1] - 9:11
**1AJ** [2] - 83:1, 83:4
**1AJ9mq** [2] - 82:20, 83:7
**1AJ9mqM** [1] - 83:13
**1B7** [1] - 67:22
**1B7tRV** [3] - 67:21, 68:18, 70:2
**1BNXF** [1] - 78:8
**1Eh** [1] - 87:23
**1EhAnh** [1] - 87:16
**1G** [1] - 64:10

**1GDFT** [1] - 19:19
**1GDFTdt** [1] - 18:15
**1HCRY** [1] - 19:21
**1HCrY6Z** [1] - 18:16
**1HEMZ** [3] - 6:14, 6:20, 7:8
**1HEMZA** [2] - 6:12, 7:25
**1M9PZ** [1] - 89:2
**1M9PZ3S** [1] - 88:21
**1P** [1] - 95:5
**1PQQ** [2] - 95:6, 95:9
**1PQQxtw8** [1] - 95:5

## 2

**2** [55] - 5:8, 56:17, 61:1, 61:2, 61:3, 61:6, 61:25, 62:3, 62:17, 64:18, 64:20, 75:4, 75:5, 75:7, 75:13, 75:14, 75:18, 75:20, 75:25, 76:8, 76:12, 76:14, 76:17, 76:20, 77:3, 77:6, 77:16, 78:3, 78:5, 78:9, 78:16, 78:19, 78:25, 79:21, 80:5, 80:8, 80:13, 80:16, 80:23, 81:3, 81:20, 81:21, 83:2, 83:18, 83:22, 84:1, 84:3, 85:5, 87:4, 91:4, 91:11, 91:14, 91:23, 92:1, 93:25
**2,032** [1] - 99:8
**2,066** [1] - 98:17
**2,146** [1] - 100:24
**2,466** [1] - 73:5
**2,638** [1] - 94:16
**2,747** [1] - 100:4
**2,800** [1] - 94:10
**2,820** [1] - 97:21
**2,829** [1] - 97:23
**2,918** [1] - 100:22
**2-12-2017** [2] - 6:20, 7:8
**2.47** [1] - 104:20
**2.5** [1] - 76:16
**2.7** [1] - 100:2
**20** [2] - 12:18, 57:8
**200** [1] - 25:15
**2012** [1] - 29:7
**2013** [1] - 96:21
**2014** [1] - 32:12
**2015** [1] - 24:7
**2016** [4] - 5:2, 5:3, 5:23, 33:15
**2016-04** [1] - 16:16
**2017** [1] - 6:5
**2018** [6] - 6:2, 8:13,

**11:4, 12:20, 24:9, 24:10**
**201810** [1] - 42:8
**208** [1] - 80:17
**212** [1] - 79:22
**217** [1] - 33:10
**22** [1] - 16:16
**23,000** [1] - 76:6
**230** [1] - 72:18
**24th** [2] - 88:16, 88:17
**25** [1] - 24:6
**25,679** [1] - 96:5
**250** [1] - 79:5
**25th** [1] - 90:7
**26,398** [1] - 96:8
**26th** [1] - 88:23
**278,299** [1] - 72:24
**27th** [1] - 96:21
**286** [1] - 72:18
**29,938** [1] - 67:9
**2:57** [1] - 57:17

## 3

**3** [3] - 15:16, 70:17, 94:8
**3,574** [1] - 74:17
**3,651** [1] - 94:13
**3.3** [1] - 96:12
**30** [1] - 16:16
**301** [1] - 91:15
**318** [6] - 35:1, 35:12, 35:14, 35:17, 35:21, 35:23
**318-A** [5] - 35:9, 35:14, 35:18, 35:22, 35:23
**371** [5] - 6:15, 6:18, 6:24, 7:2, 7:4
**377,102.7388** [1] - 55:21
**39** [1] - 42:19
**3:15** [1] - 57:5
**3:18** [1] - 57:17
**3rd** [3] - 5:2, 6:2, 89:15

## 4

**4** [1] - 15:16
**4,056** [1] - 73:20
**4,116** [1] - 98:12
**4,300** [1] - 76:15
**401** [3] - 62:9, 63:10, 99:15
**403** [8] - 62:9, 63:9, 77:21, 81:7, 85:12, 101:24, 103:16, 106:14
**41,972** [1] - 96:2
**414** [1] - 11:23
**414-A** [1] - 8:21
**414-C** [5] - 4:7, 4:10,

4:12, 8:7, 11:1
**416** [1] - 91:18
**427** [1] - 84:7
**44** [1] - 27:20
**452,092** [1] - 83:11
**464** [1] - 80:19
**4:50** [2] - 57:19, 58:5

## 5

**5,240** [1] - 97:18
**5,700** [1] - 94:7
**5.8** [1] - 76:13
**50** [1] - 19:20
**50k** [1] - 14:25
**51,000** [1] - 56:19
**53** [1] - 33:10
**54** [1] - 24:23
**540** [3] - 67:16, 69:24, 69:25
**552** [1] - 33:11
**553** [1] - 99:13
**56** [1] - 71:11
**578** [2] - 68:3, 68:10
**580** [2] - 68:3, 68:23
**5XMR** [1] - 42:8

## 6

**6** [1] - 14:11
**6.4** [1] - 76:10
**601** [9] - 53:25, 54:10, 54:13, 54:15, 58:7, 75:22, 93:11, 95:15, 97:5
**601-A** [8] - 60:23, 62:7, 62:10, 62:12, 65:10, 69:23, 76:25, 78:12
**601A** [1] - 83:8
**608-A** [5] - 62:25, 63:7, 63:12, 63:14, 63:19
**608-P** [5] - 62:25, 63:12, 63:14, 64:11, 65:21
**608-Q** [4] - 62:25, 63:12, 63:14, 68:3
**613-D** [4] - 80:25, 81:5, 81:8, 81:10
**614-A** [4] - 77:10, 77:19, 77:22, 77:24
**615-A** [2] - 86:24, 87:1
**615-E** [2] - 85:2, 85:10
**623** [4] - 106:4, 106:12, 106:15, 106:17
**630** [3] - 67:21, 68:16, 70:2
**660** [1] - 16:17
**666** [1] - 88:2
**667** [1] - 88:15
**67** [1] - 84:12

**690** [1] - 89:6
**6th** [1] - 87:18

## 7

**7** [2] - 15:10, 42:20
**7,646** [1] - 100:1
**70** [1] - 82:7
**701** [1] - 79:25
**702** [2] - 17:15
**704** [1] - 89:23
**707** [1] - 87:5
**711-A** [4] - 14:10, 24:2, 41:24, 42:20
**715-A** [2] - 20:1, 42:19
**719** [1] - 15:15
**719-A** [6] - 15:9, 15:10, 15:20, 16:5, 16:9, 16:11
**74** [1] - 32:7
**7th** [1] - 8:13

## 8

**8** [1] - 42:1
**8-23-2012** [2] - 64:21, 64:22
**8.5** [1] - 96:9
**8.6** [1] - 96:6
**803** [4] - 77:21, 81:7, 85:12, 106:14
**815** [1] - 94:22

## 9

**9** [2] - 24:24, 25:5
**903** [1] - 98:20
**94** [1] - 74:14
**947** [1] - 101:4
**976** [1] - 79:7
**9th** [1] - 32:12

## A

**AA** [2] - 18:4, 18:5
**AAA** [1] - 82:8
**able** [22] - 19:12, 19:15, 21:4, 21:18, 26:1, 26:2, 26:6, 26:21, 26:22, 27:4, 27:5, 27:9, 34:14, 34:23, 39:6, 39:18, 41:9, 41:21, 59:18, 83:4, 106:19
**Abraxis** [7] - 98:2, 98:4, 98:5, 98:11, 98:14, 98:17, 98:19
**absolutely** [2] - 68:24, 102:11
**abuse** [5] - 101:11, 101:14, 101:15,

104:14, 105:12
**acceptable** [1] - 2:16
**access** [10] - 34:18, 34:22, 37:2, 37:19, 39:18, 42:3, 44:6, 51:3, 53:2, 59:15
**accessed** [1] - 43:14
**according** [2] - 11:6, 19:13
**account** [36] - 4:18, 5:6, 5:20, 5:21, 8:3, 9:6, 25:4, 25:17, 25:25, 26:22, 27:9, 27:16, 28:8, 36:9, 36:10, 38:15, 44:7, 44:8, 44:9, 44:11, 44:21, 46:7, 49:24, 50:19, 50:23, 51:3, 51:12, 58:22, 61:15, 64:17, 72:10, 83:2, 87:4, 105:4
**accounts** [19] - 3:5, 3:17, 14:16, 14:20, 34:17, 35:7, 36:4, 36:6, 38:6, 38:9, 38:17, 39:3, 39:5, 39:9, 39:10, 47:14, 48:16, 50:16, 58:11
**accurate** [6] - 6:21, 7:14, 77:16, 81:2, 85:7, 103:7
**accurately** [5] - 35:14, 54:7, 62:2, 63:3, 106:8
**acknowledge** [1] - 96:23
**acquire** [1] - 61:5
**action** [1] - 78:8
**activity** [15] - 6:5, 11:9, 11:19, 11:22, 12:14, 40:18, 51:9, 58:20, 58:24, 59:5, 59:10, 59:12, 60:18, 81:2, 102:20
**actual** [1] - 95:2
**actuality** [1] - 20:22
**add** [2] - 49:9, 49:10
**added** [2] - 66:4, 89:16
**addition** [3] - 83:17, 83:19, 92:18
**additional** [6] - 13:20, 14:3, 15:4, 15:25, 40:14, 96:13
**Additionally** [1] - 5:9
**additionally** [1] - 5:11
**ADDR** [1] - 18:9
**Address** [1] - 95:3
**address** [86] - 6:6, 6:7, 6:20, 7:8, 9:8, 9:10, 9:12, 9:15, 9:17, 9:19, 9:20, 9:22, 10:3, 10:6, 16:22, 17:24, 18:7,

18:15, 18:16, 18:18, 19:9, 19:19, 19:21, 21:11, 27:7, 28:7, 28:13, 37:9, 37:12, 38:10, 43:1, 43:13, 44:9, 44:11, 50:11, 51:4, 52:13, 52:16, 52:17, 52:19, 53:1, 53:3, 53:15, 64:23, 65:4, 66:2, 66:18, 66:19, 66:21, 66:25, 67:21, 68:14, 68:18, 68:19, 70:2, 70:6, 70:7, 78:7, 78:22, 82:20, 82:23, 82:25, 83:1, 83:4, 83:7, 83:12, 83:13, 83:15, 83:16, 87:15, 88:7, 88:18, 88:20, 88:21, 89:10, 89:11, 90:2, 90:14, 95:4, 95:5, 95:6, 95:10, 106:6, 106:9
**addressed** [1] - 20:17
**addresses** [54] - 9:18, 17:2, 17:6, 18:14, 19:7, 19:10, 19:16, 36:3, 36:19, 36:21, 36:23, 36:24, 36:25, 37:4, 37:5, 37:22, 38:2, 38:11, 38:23, 38:24, 50:12, 50:13, 50:15, 50:18, 51:7, 51:11, 51:13, 51:16, 51:19, 51:20, 53:15, 65:3, 65:5, 65:6, 65:7, 65:25, 66:1, 70:6, 75:8, 75:11, 75:12, 75:14, 75:15, 79:18, 83:10, 93:23, 94:1, 94:2, 95:7, 95:20, 95:22, 106:20, 106:24
**adjourn** [1] - 58:4
**administration** [1] - 8:25
**administrator** [2] - 102:7, 105:6
**administrators** [3] - 47:3, 68:8, 86:19
**admission** [1] - 22:3
**admit** [10] - 6:24, 16:5, 35:17, 54:10, 62:6, 63:6, 77:19, 81:5, 85:9, 106:12
**admitted** [26] - 7:3, 7:4, 16:9, 16:11, 21:8, 35:22, 35:23, 54:13, 54:15, 60:23, 62:10, 62:12, 62:24, 63:12, 63:15, 77:9, 77:22, 77:24, 81:1, 81:8, 81:10, 86:24, 87:1,

94:23, 106:15, 106:17
**admitting** [1] - 54:24
**Adobe** [1] - 42:2
**advantages** [1] - 32:18
**AdvCash** [5] - 39:14, 39:16, 39:18, 39:20, 39:21
**afternoon** [1] - 57:4
**Agent** [1] - 4:20
**ago** [2] - 12:11, 12:15
**Agora** [11] - 95:17, 95:19, 95:23, 95:25, 96:1, 96:4, 96:8, 96:11, 97:2, 97:3
**Agora's** [1] - 96:13
**agree** [1] - 23:3
**agreement** [2] - 21:16, 22:18
**agrees** [1] - 23:2
**ahead** [1] - 23:24
**Akemashite** [19] - 27:17, 27:24, 28:15, 29:8, 29:15, 29:23, 30:8, 31:12, 32:4, 32:10, 32:20, 33:1, 33:2, 33:7, 33:13, 33:21, 34:9, 34:12, 96:19
**Albert** [1] - 82:7
**alert** [1] - 7:25
**allegedly** [1] - 102:4
**allow** [5] - 3:24, 10:3, 22:15, 49:12, 104:4
**allowed** [3] - 30:13, 49:13, 50:4
**allowing** [1] - 101:13
**almost** [1] - 100:12
**aloud** [2] - 43:2, 82:14
**AlphaBay** [12] - 93:17, 93:19, 93:20, 93:22, 94:1, 94:6, 94:9, 94:13, 94:15, 94:20, 95:7
**AlphaBay's** [1] - 94:4
**Amazon** [1] - 44:14
**ambiguous** [1] - 60:6
**Amnesia** [1] - 82:9
**amount** [37] - 6:12, 12:25, 13:19, 37:11, 53:4, 55:19, 56:6, 56:15, 62:17, 64:24, 67:7, 67:9, 71:23, 72:19, 73:6, 73:8, 73:19, 73:20, 74:17, 76:1, 76:4, 78:9, 78:23, 78:24, 79:6, 79:7, 79:23, 79:24, 84:5, 91:16, 91:18, 92:3, 94:7, 94:10, 103:13, 103:15
**amounts** [2] - 65:7,

103:7
**analysis** [42] - 7:24, 11:7, 25:17, 25:18, 34:20, 36:12, 36:17, 37:14, 37:15, 37:18, 38:5, 38:22, 47:23, 48:1, 48:5, 49:6, 51:14, 51:18, 52:4, 52:7, 53:13, 53:20, 65:2, 65:13, 65:24, 67:1, 70:5, 71:2, 71:4, 71:16, 72:10, 72:12, 78:18, 80:14, 83:24, 91:10, 93:5, 97:11, 98:6, 99:1, 99:21, 100:16
**announce** [1] - 50:7
**announced** [1] - 50:8
**anonymity** [5] - 28:10, 28:18, 40:12, 41:6, 41:7
**anonymous** [1] - 28:21
**anti** [1] - 32:23
**anti-money** [1] - 32:23
**Anton** [2] - 9:3, 9:21
**apart** [1] - 28:19
**apologies** [2] - 23:20, 90:4
**apparent** [2] - 93:8, 93:10
**appear** [9] - 18:14, 24:17, 43:7, 52:2, 53:12, 53:14, 69:6, 93:4
**appeared** [1] - 66:1
**application** [1] - 40:2
**apply** [1] - 24:21
**appreciate** [1] - 82:24
**appreciation** [1] - 82:17
**appropriate** [2] - 30:14, 30:25
**appropriately** [1] - 70:8
**approximate** [4] - 55:15, 55:24, 73:22, 84:9
**approximation** [1] - 60:16
**arise** [1] - 84:13
**arrest** [1] - 3:12
**arrested** [1] - 3:10
**arrive** [1] - 90:12
**Artem** [1] - 16:15
**aside** [1] - 30:12
**assessed** [2] - 37:9, 38:23
**assessment** [2] - 37:4, 37:5, 37:14
**assets** [1] - 25:13

**assigned** [1] - 50:15
**assistance** [1] - 35:9
**associated** [4] - 8:25, 49:9, 64:25, 106:6
**assume** [2] - 26:16, 28:25
**assumes** [1] - 9:25
**assuming** [1] - 103:8
**attached** [1] - 28:7
**attempt** [3] - 9:12, 59:6, 102:9
**attempted** [1] - 69:6
**attention** [22] - 4:19, 4:23, 5:25, 8:21, 11:2, 14:10, 20:1, 32:7, 35:1, 35:9, 41:24, 53:25, 65:9, 67:16, 68:3, 70:15, 71:12, 72:4, 72:4, 72:25, 73:12, 77:5, 79:10
**attractive** [1] - 40:25
**attribution** [2] - 7:11, 7:16
**August** [4] - 5:2, 88:16, 88:17, 88:23
**authenticate** [1] - 61:22
**author** [2] - 33:12, 33:13
**authorities** [2] - 28:24, 29:2
**authority** [3] - 34:4, 34:8, 34:15
**automation** [2] - 22:2, 24:1
**available** [1] - 45:21
**avoid** [2] - 48:10, 92:24
**aware** [1] - 102:23
**awareness** [1] - 103:9

**B**

**balance** [2] - 26:23, 27:9
**balances** [1] - 50:23
**bank** [3] - 9:6, 26:13, 26:14
**Bank** [5] - 100:14, 100:19, 100:21, 101:1, 101:4
**bar** [2] - 2:15, 68:13
**Barney's** [1] - 82:10
**bars** [1] - 82:11
**based** [5] - 5:21, 7:13, 39:20, 56:1, 90:22
**basis** [1] - 19:2
**Beckman** [2] - 9:3, 9:21
**Beckman's** [1] - 10:2

**began** [1] - 34:20
**begin** [1] - 34:16
**beginning** [2] - 18:17, 42:22
**behavior** [1] - 37:11
**behind** [1] - 68:22
**belonged** [9] - 19:13, 19:14, 37:22, 38:23, 38:25, 65:5, 70:7, 78:22, 79:18
**belonging** [2] - 37:6, 52:16
**below** [1] - 95:2
**bench** [4] - 20:8, 29:21, 85:21, 101:23
**benefit** [5] - 27:12, 27:14, 29:16, 29:17, 31:12
**benefits** [2] - 7:17, 29:8
**best** [4] - 6:9, 13:24, 29:24, 29:25
**between** [32] - 4:3, 10:14, 20:23, 48:23, 49:11, 49:20, 51:15, 51:19, 52:10, 53:15, 53:18, 53:20, 54:5, 55:17, 67:25, 68:5, 69:5, 75:11, 75:17, 93:12, 93:16, 94:1, 95:16, 95:22, 97:6, 97:12, 98:1, 98:21, 99:2, 99:16, 100:13, 105:19
**big** [1] - 20:23
**biggest** [1] - 33:19
**bill** [2] - 86:15, 86:20
**bills** [1] - 26:14
**binder** [3] - 15:8, 15:16, 15:17
**binders** [1] - 15:12
**bit** [13] - 4:9, 17:22, 17:23, 19:5, 27:22, 28:17, 33:11, 36:5, 40:4, 44:3, 48:18, 63:23, 81:13
**Bitcoin** [312] - 3:11, 3:15, 3:25, 5:22, 6:20, 7:7, 7:8, 9:7, 9:8, 9:9, 9:12, 9:15, 9:16, 9:18, 12:11, 16:22, 17:2, 17:11, 18:14, 18:15, 18:16, 19:20, 19:22, 27:16, 29:9, 29:16, 31:13, 31:16, 34:16, 35:6, 36:2, 36:16, 38:7, 38:8, 38:15, 39:4, 41:6, 44:10, 48:23, 48:25, 49:4, 49:10, 49:14, 49:20, 50:4, 50:6, 50:8,

50:9, 50:16, 51:15, 51:19, 52:17, 52:20, 52:23, 52:25, 53:1, 53:3, 53:5, 53:11, 53:18, 53:21, 54:5, 54:8, 55:7, 55:8, 55:9, 55:11, 55:12, 55:13, 55:14, 55:18, 55:20, 55:21, 56:3, 56:6, 56:7, 56:10, 56:11, 56:16, 56:19, 56:20, 56:22, 59:22, 60:1, 60:2, 60:5, 60:9, 61:1, 62:18, 65:2, 65:5, 65:6, 65:8, 66:2, 66:4, 66:14, 66:18, 66:19, 66:22, 66:25, 67:8, 67:9, 67:12, 67:13, 67:21, 67:22, 68:17, 68:18, 69:14, 70:2, 70:4, 70:6, 70:8, 70:10, 71:8, 71:9, 71:21, 71:23, 71:25, 72:17, 72:19, 72:20, 72:21, 73:4, 73:6, 73:7, 73:8, 73:9, 73:17, 73:19, 73:20, 74:2, 74:4, 74:5, 74:13, 74:15, 74:17, 74:24, 75:8, 75:12, 75:14, 75:18, 75:25, 76:1, 76:5, 76:6, 76:8, 76:9, 76:11, 76:12, 76:14, 76:15, 76:21, 77:13, 78:7, 78:9, 78:23, 79:4, 79:6, 79:7, 79:18, 79:21, 79:23, 79:24, 79:25, 80:16, 80:18, 80:19, 82:20, 82:24, 82:25, 83:7, 83:10, 83:14, 83:15, 84:6, 84:7, 86:2, 86:6, 86:12, 87:15, 88:1, 88:7, 88:18, 88:19, 88:21, 89:5, 89:10, 89:11, 89:22, 90:2, 90:18, 90:25, 91:2, 91:3, 91:14, 91:16, 91:18, 92:1, 92:3, 92:4, 92:14, 92:16, 92:18, 93:12, 93:16, 93:22, 94:1, 94:5, 94:7, 94:10, 94:12, 94:13, 94:15, 94:16, 94:18, 94:19, 95:4, 95:14, 95:16, 95:23, 96:1, 96:2, 96:4, 96:5, 96:7, 96:8, 96:10, 96:11, 96:14, 97:6, 97:12, 97:17, 97:18, 97:20, 97:21, 97:22, 97:23, 97:24, 97:25, 98:1, 98:12, 98:14,

98:15, 98:16, 98:17, 98:19, 98:20, 98:21, 99:2, 99:7, 99:8, 99:10, 99:11, 99:12, 99:13, 99:14, 99:15, 99:16, 99:25, 100:1, 100:3, 100:4, 100:6, 100:7, 100:9, 100:10, 100:13, 100:21, 100:22, 100:23, 100:24, 101:1, 101:2, 101:3, 101:4, 101:16, 101:19, 102:5, 102:20, 103:23, 104:9, 104:11, 104:17, 104:18, 104:19, 104:20, 104:21, 104:22, 105:1, 105:19, 105:25, 106:6, 106:9, 106:25
   **Bitcoins** [3] - 5:18, 28:4, 55:19
   **BitcoinTalk** [3] - 32:4, 94:19, 96:16
   **Bitstamp** [34] - 4:3, 4:4, 4:18, 5:4, 5:6, 5:14, 6:1, 6:5, 6:20, 7:12, 7:13, 7:16, 8:8, 8:19, 8:22, 10:6, 10:14, 10:23, 11:4, 11:11, 11:25, 12:20, 13:4, 13:5, 13:9, 14:1, 14:3, 14:8, 14:21, 14:24, 15:4, 16:25
   **bitstamp** [1] - 5:5
   **Bitstamp's** [2] - 8:15, 11:23
   **Bitstamp.net** [4] - 7:9, 7:10, 8:1, 8:2
   **Black** [6] - 100:14, 100:19, 100:21, 100:23, 101:1, 101:3
   **Blank** [1] - 100:23
   **block** [3] - 12:7, 32:3, 58:21
   **blockchain** [18] - 26:21, 27:3, 32:2, 32:22, 37:18, 40:16, 41:20, 42:24, 42:25, 43:5, 47:23, 48:5, 51:14, 51:18, 59:8, 62:4, 93:5
   **Blockchain** [3] - 33:5, 42:23, 43:8
   **Blockchain's** [1] - 32:18
   **blockchain's** [1] - 33:3
   **blockchain.com** [5] - 31:25, 32:1, 32:2, 43:9, 43:14
   **blockchain.info** [5] -

31:24, 32:1, 34:2, 43:9, 43:14
   **blockchain.info's** [2] - 33:19, 33:22
   **booked** [1] - 18:13
   **bottle** [1] - 82:8
   **bottles** [1] - 82:8
   **bottom** [12] - 4:23, 5:25, 9:4, 11:2, 12:17, 24:8, 27:21, 61:11, 67:3, 82:1, 87:18, 90:5
   **box** [6] - 2:19, 32:13, 32:16, 33:17, 36:22, 60:2
   **boxed** [1] - 28:1
   **boxed-quote** [1] - 28:1
   **boxes** [1] - 36:20
   **break** [12] - 3:4, 4:10, 22:24, 30:17, 30:18, 30:23, 30:25, 57:2, 57:3, 57:4, 57:10, 57:12
   **briefed** [1] - 102:16
   **briefly** [2] - 42:18, 78:21
   **bring** [4] - 15:8, 15:10, 20:14, 23:1
   **Brothers** [7] - 77:5, 77:7, 78:2, 78:6, 78:13, 78:16, 79:3
   **Brothers'** [1] - 77:13
   **brought** [1] - 104:1
   **browse** [1] - 44:12
   **BTC** [5] - 6:4, 11:7, 12:25, 13:19, 89:16
   **Buddha** [30] - 83:21, 83:22, 84:6, 84:10, 84:25, 85:4, 85:18, 86:3, 86:8, 86:11, 86:15, 86:20, 87:10, 87:11, 87:13, 87:17, 87:19, 88:23, 88:25, 89:9, 89:14, 89:25, 90:4, 90:6, 90:7, 90:11, 90:19, 90:22, 90:24, 91:3
   **Buddha's** [3] - 85:17, 87:4, 91:1
   **budworx** [1] - 81:18
   **Budworx** [10] - 71:13, 71:20, 80:4, 80:7, 80:9, 80:15, 81:21, 82:3, 82:24, 83:15
   **Budworx'** [5] - 80:22, 81:2, 81:24, 83:2, 83:14, 83:17
   **built** [1] - 46:11
   **bulk** [1] - 11:7
   **bullet** [6] - 14:24, 23:9, 23:15, 24:8, 42:1, 42:5

**bullets** [3] - 14:15, 14:19, 41:25
   **bunch** [1] - 87:20
   **bunker** [1] - 42:2
   **burden** [1] - 30:6
   **business** [3] - 10:24, 12:1, 46:1
   **businesses** [2] - 28:23, 31:14
   **buy** [3] - 44:16, 44:18, 50:21
   **buyer** [2] - 84:21, 92:22
   **buyers** [9] - 47:17, 47:18, 56:23, 58:23, 59:4, 59:9, 59:11, 60:12, 70:9
   **buying** [2] - 86:4, 93:1
   **BY** [40] - 3:3, 4:1, 4:14, 7:5, 7:22, 10:5, 10:17, 11:16, 16:12, 19:3, 23:8, 23:14, 23:23, 27:1, 29:14, 31:10, 35:25, 40:23, 41:4, 41:14, 47:16, 48:9, 48:17, 51:25, 54:17, 55:2, 58:6, 58:16, 59:3, 60:10, 62:1, 62:13, 63:16, 64:5, 69:21, 77:25, 81:11, 87:2, 104:8, 106:18

## C

   **calculated** [1] - 66:6
   **calculating** [1] - 66:11
   **Cap** [1] - 25:8
   **capable** [1] - 25:24
   **capitalization** [1] - 66:10
   **CaptainClearanceOver** [2] - 25:4, 25:8
   **capture** [1] - 6:19
   **carried** [1] - 30:6
   **Cartel** [3] - 91:7, 91:8, 91:13
   **case** [12] - 23:3, 31:5, 41:9, 41:21, 48:22, 57:6, 65:18, 77:14, 78:24, 102:11, 102:13, 103:3
   **cases** [1] - 38:10
   **CB** [3] - 87:21, 90:8, 90:13
   **certain** [3] - 40:25, 43:4, 43:5
   **cetera** [4] - 68:19, 87:16, 88:21, 95:5
   **chain** [8] - 11:7, 36:18, 36:25, 37:4, 37:9,

37:14, 38:23, 54:23
**Chainalysis** [13] -
6:19, 6:22, 7:11, 7:17,
19:13, 49:8, 49:15,
52:3, 65:8, 70:8,
105:20, 105:22, 106:21
**Chainalysis'** [1] - 7:16
**chains** [1] - 38:24
**challenge** [1] - 4:9
**change** [3] - 37:1,
37:9, 37:10
**characters** [4] - 9:9,
88:19, 89:12, 89:13
**charge** [1] - 102:10
**chart** [26] - 35:3, 35:5,
36:1, 36:7, 36:8, 37:24,
38:18, 53:23, 55:4,
55:17, 55:24, 59:25,
60:21, 60:25, 61:9,
65:9, 67:16, 69:22,
72:8, 75:21, 76:24,
77:3, 80:12, 94:5,
97:15, 106:6
**charts** [4] - 38:18,
38:21, 38:22, 72:9
**chats** [1] - 68:5
**check** [5] - 6:11, 9:18,
9:19, 66:1, 67:2
**checked** [2] - 6:13,
65:3
**checking** [2] - 78:22,
79:17
**Cheese** [1] - 82:9
**Chemical** [8] - 77:5,
77:7, 77:13, 78:2, 78:6,
78:12, 78:15, 79:3
**child** [11] - 101:11,
101:14, 101:15, 102:2,
102:11, 102:13,
102:24, 103:21, 104:1,
104:14, 105:12
**choice** [2] - 28:19,
34:6
**choose** [1] - 47:4
**Chukanov** [1] - 16:15
**circle** [2] - 7:10, 77:2
**clarification** [1] - 86:9
**clarify** [1] - 11:8
**click** [1] - 44:16
**client** [4] - 8:17, 10:22,
20:9, 21:12
**closer** [1] - 19:5
**closings** [1] - 103:24
**cluster** [14] - 7:12,
7:14, 7:16, 49:9, 65:8,
66:18, 66:20, 67:22,
70:7, 70:8, 83:10, 88:1,
89:5, 93:7
**co** [2] - 22:24, 85:23
**co-conspirator** [1] -

85:23
**co-counsel** [1] - 22:24
**cocaine** [1] - 64:10
**Code** [2] - 9:1, 16:14
**code** [1] - 9:6
**coin** [1] - 33:3
**Coin** [3] - 31:19, 32:5,
32:19
**CoinJoin** [1] - 31:24
**CoinMarketCap** [5] -
66:4, 66:8, 66:9, 66:11,
66:13
**coins** [5] - 28:6, 28:7,
68:16, 71:10, 87:21
**collected** [1] - 65:25
**column** [15] - 17:25,
18:4, 18:5, 36:15, 55:5,
55:6, 55:8, 65:4, 65:25,
66:15, 66:17, 66:18,
78:7, 78:10, 104:24
**columns** [5] - 17:20,
55:10, 56:14, 56:24,
105:7
**coming** [10] - 11:12,
11:21, 13:3, 17:10,
30:16, 37:1, 51:6,
82:10, 93:6, 102:5
**common** [3] - 43:24,
66:13, 88:12
**communicate** [1] -
46:14
**communication** [2] -
46:10, 87:7
**communications** [1] -
4:3
**community** [1] -
105:10
**companies** [1] - 28:20
**company** [5] - 8:18,
9:1, 32:2, 32:22, 34:3
**compare** [3] - 16:3,
16:24, 46:4
**compared** [1] - 105:8
**comparing** [1] - 70:6
**comparison** [2] - 65:6,
103:15
**completed** [1] - 46:25
**compliant** [1] - 58:17
**comply** [1] - 32:23,
34:10
**conceal** [5] - 40:18,
58:24, 59:5, 59:10,
59:11
**concept** [1] - 45:17
**concerned** [8] - 5:5,
11:11, 11:17, 11:21,
34:12, 34:14, 41:8,
103:19
**concerns** [1] - 4:4
**conditional** [1] - 22:3

**conditionally** [3] -
21:8, 54:15, 54:24
**conference** [4] - 20:8,
29:21, 85:21, 101:23
**conferring** [1] - 22:17
**confirm** [2] - 5:11,
68:18
**confirming** [1] - 70:7
**confront** [1] - 10:9
**connect** [1] - 59:19
**connected** [1] - 11:21
**connection** [1] - 94:5
**connections** [1] -
96:14
**considered** [3] - 38:6,
38:8, 102:6
**consistent** [3] - 12:14,
13:25, 72:13
**conspiracy** [2] -
85:24, 86:14
**conspirator** [2] -
85:23, 86:8
**Cont** [1] - 3:2
**contact** [1] - 96:24
**contacted** [1] - 34:7
**contained** [1] - 87:3
**containing** [1] - 75:8
**context** [2] - 42:13,
52:11
**continue** [8] - 2:25,
10:23, 15:12, 22:16,
23:13, 31:8, 58:2,
65:24
**continues** [2] - 13:4,
13:5
**controlled** [7] - 36:18,
37:6, 39:5, 51:7, 95:23,
106:21
**controls** [2] - 45:2,
45:10
**conversation** [6] - 8:7,
30:3, 87:5, 88:2, 88:4,
89:6
**coordinated** [1] -
92:23
**coordinating** [1] -
93:1
**copy** [3] - 77:16, 85:4,
85:7
**corner** [1] - 71:19
**corporations** [1] -
25:15
**correct** [3] - 20:12,
21:7, 22:19
**correction** [2] - 28:6,
55:7
**correctly** [2] - 21:11,
37:21
**corresponding** [1] -
95:10

**corroborate** [1] - 70:3
**counsel** [2] - 10:11,
22:24
**countries** [1] - 82:16
**counts** [1] - 74:20
**couple** [3] - 13:1, 43:3,
88:19
**COURT** [77] - 2:2, 2:7,
2:10, 2:18, 2:23, 3:21,
3:24, 6:25, 7:2, 7:21,
10:1, 10:16, 11:14,
16:7, 16:9, 18:20,
18:23, 20:7, 20:13,
20:24, 21:14, 22:5,
22:9, 22:15, 22:22,
23:10, 23:13, 26:25,
29:12, 29:24, 31:4,
35:19, 35:21, 40:20,
40:22, 41:2, 41:12,
47:12, 48:7, 48:13,
51:23, 54:11, 54:13,
54:19, 57:3, 57:10,
57:14, 57:16, 57:18,
57:22, 58:2, 58:13,
59:2, 60:7, 61:23, 62:8,
62:10, 63:8, 63:11,
64:2, 64:4, 69:19,
77:20, 77:22, 81:6,
81:8, 85:11, 85:13,
85:20, 85:22, 86:22,
86:24, 102:15, 103:13,
104:6, 106:13, 106:15
**court** [10] - 23:7, 31:9,
34:10, 40:4, 44:3,
48:18, 52:14, 70:17,
86:23, 104:5
**Court** [3] - 21:7, 31:2,
103:11
**court's** [1] - 4:8
**Court's** [1] - 30:25
**COURTROOM** [5] -
2:4, 2:21, 4:11, 23:22,
57:25
**courtroom** [4] - 2:6,
2:20, 57:9, 57:24
**covered** [1] - 18:10
**create** [2] - 44:7, 51:11
**credit** [1] - 101:14
**criminals** [2] - 40:18,
41:7
**cross** [2] - 20:17,
103:24
**cross-examination** [1]
- 20:17
**cryptocurrencies** [1] -
66:10
**cryptocurrency** [13] -
3:17, 5:12, 14:15,
14:19, 24:13, 24:18,
24:21, 34:11, 40:2,

40:12, 41:19, 42:11, 44:2

**cryptography** [1] - 40:14

**Crystal** [33] - 83:21, 83:22, 84:5, 84:10, 84:25, 85:4, 85:17, 85:18, 86:3, 86:8, 86:11, 86:15, 86:20, 87:4, 87:10, 87:11, 87:13, 87:17, 87:19, 88:23, 89:9, 89:14, 89:25, 90:4, 90:6, 90:7, 90:10, 90:11, 90:19, 90:22, 90:24, 91:1, 91:3

**crystal** [4] - 82:6, 82:7, 82:8, 88:25

**cumulative** [6] - 3:20, 3:22, 63:9, 101:25, 103:6, 103:10

**currency** [3] - 4:2, 39:17, 58:17

**custodial** [1] - 26:13

**customer** [6] - 9:2, 9:3, 9:22, 16:14, 28:9, 28:10

**customer's** [2] - 34:13, 34:15

**customers** [1] - 91:5

# D

**dark** [1] - 31:17

**darknet** [86] - 43:16, 43:18, 43:20, 43:21, 43:24, 44:1, 44:5, 44:6, 44:18, 45:9, 45:21, 46:8, 46:11, 47:6, 47:8, 47:9, 47:14, 47:19, 47:21, 47:22, 47:24, 48:20, 48:23, 49:9, 49:13, 49:21, 50:3, 53:2, 53:6, 53:15, 53:21, 54:6, 55:6, 55:8, 55:9, 55:12, 55:13, 58:10, 58:19, 58:23, 59:5, 59:6, 61:3, 62:16, 62:18, 63:18, 75:1, 75:6, 75:21, 76:24, 84:14, 84:20, 86:11, 86:14, 86:19, 88:13, 92:13, 92:24, 93:3, 93:13, 93:17, 93:20, 93:21, 95:17, 97:3, 97:7, 97:10, 98:2, 98:5, 98:22, 98:25, 99:17, 99:20, 99:25, 100:6, 100:10, 100:14, 100:17, 101:10,

102:23, 105:3, 105:8, 105:10

**data** [11] - 64:25, 65:12, 65:18, 65:19, 66:4, 66:5, 66:14, 79:1, 79:16, 80:13, 80:14

**date** [13] - 6:12, 6:14, 8:12, 8:13, 27:7, 32:11, 32:12, 33:14, 66:3, 66:5, 69:1, 96:20, 96:21

**dated** [2] - 11:4, 33:15

**days** [1] - 31:4

**deal** [2] - 46:25, 59:13

**dealer** [3] - 51:1, 52:21, 86:4

**dealers** [5] - 47:24, 48:4, 48:10, 53:5, 60:12

**dealing** [1] - 45:23

**dealt** [1] - 45:24

**dear** [4] - 6:3, 11:6, 12:22, 13:17

**December** [1] - 96:21

**dedicated** [1] - 101:10

**deducted** [1] - 50:23

**defendant** [23] - 2:6, 6:2, 8:10, 8:19, 8:22, 10:9, 10:15, 10:18, 10:23, 11:24, 11:25, 12:4, 12:6, 14:1, 14:3, 14:8, 14:21, 16:25, 18:17, 39:23, 40:8, 41:16, 49:23

**defendant's** [23] - 3:5, 3:9, 3:13, 3:16, 8:14, 11:11, 12:14, 14:6, 15:3, 15:23, 16:1, 16:24, 17:12, 19:23, 24:24, 25:19, 34:18, 35:6, 37:19, 40:6, 41:10, 41:22, 50:18

**defense** [7] - 21:22, 22:17, 23:3, 31:1, 57:14, 57:15, 103:14

**delaying** [1] - 14:25

**deliberately** [1] - 28:21

**delivered** [3] - 46:24, 84:14, 84:20

**delivery** [1] - 89:25

**demonstrated** [1] - 29:3

**depict** [2] - 54:7, 63:3

**deposit** [18] - 6:4, 6:11, 6:13, 18:9, 18:16, 26:14, 28:11, 44:9, 44:11, 50:15, 50:18, 53:1, 53:3, 71:20, 78:8, 83:15, 94:20, 95:3

**deposited** [4] - 11:7, 37:12, 66:25, 71:23

**deposits** [9] - 38:5, 38:6, 38:8, 50:14, 51:6, 59:19, 67:13, 87:20, 90:13

**DEPUTY** [5] - 2:4, 2:21, 4:11, 23:22, 57:25

**describe** [2] - 39:9, 70:12

**described** [1] - 50:24

**describing** [1] - 14:19

**designed** [1] - 40:13

**detail** [2] - 61:2, 90:8

**details** [3] - 9:5, 9:6, 31:22

**detected** [1] - 58:18

**determination** [1] - 31:3

**determine** [5] - 19:12, 19:15, 26:22, 83:4, 90:22

**development** [1] - 16:15

**devices** [7] - 15:3, 15:23, 16:1, 16:24, 17:18, 41:10, 41:22

**difference** [2] - 20:23, 52:10

**different** [11] - 12:12, 17:2, 17:3, 22:1, 25:15, 36:6, 36:23, 39:2, 61:16, 67:12, 67:13

**differently** [1] - 105:2

**direct** [27] - 4:19, 4:23, 35:1, 38:6, 41:24, 52:2, 52:8, 52:10, 52:12, 52:16, 52:23, 52:25, 53:17, 65:9, 66:23, 67:1, 67:16, 74:22, 74:23, 92:12, 92:13, 92:19, 92:21, 92:22, 93:4, 104:19

**DIRECT** [1] - 3:2

**Directing** [1] - 79:10

**directing** [15] - 5:25, 8:21, 11:1, 14:10, 20:1, 32:7, 35:9, 53:25, 68:3, 70:15, 71:12, 72:4, 72:25, 73:12, 77:5

**directly** [44] - 18:8, 38:16, 52:17, 52:24, 53:6, 55:7, 55:8, 55:10, 55:19, 59:22, 60:1, 60:2, 60:4, 72:20, 73:4, 73:7, 74:1, 74:13, 75:25, 76:5, 76:11, 79:3, 79:21, 79:24, 80:15, 84:6, 91:14,

92:1, 94:7, 94:12, 96:1, 96:7, 97:17, 97:22, 98:11, 98:16, 99:7, 99:12, 99:25, 100:6, 100:21, 101:1, 104:16, 104:25

**dirty** [1] - 102:18

**discuss** [3] - 57:6, 84:23, 103:25

**discussed** [8] - 3:18, 7:18, 19:24, 26:6, 28:17, 37:15, 80:10, 80:13

**discussing** [2] - 32:5, 70:10

**discussion** [1] - 11:23

**discussions** [1] - 86:3

**displayed** [1] - 55:14

**dispute** [1] - 46:24

**document** [8] - 19:1, 20:10, 22:14, 22:16, 24:3, 24:25, 42:20, 87:3

**documentation** [4] - 8:22, 12:23, 13:17, 13:21

**documents** [3] - 13:23, 15:16, 41:15

**dollar** [33] - 55:15, 55:22, 55:23, 56:7, 62:19, 66:6, 66:7, 66:12, 67:10, 71:9, 72:1, 72:22, 73:10, 73:11, 73:21, 73:22, 74:6, 74:18, 74:19, 76:6, 78:23, 78:25, 79:8, 79:9, 80:1, 80:2, 80:20, 80:21, 84:8, 84:9, 91:19, 91:20, 92:5

**dollars** [3] - 14:24, 72:24, 78:10

**dome** [1] - 42:2

**DomVPN** [1] - 42:7

**donation** [1] - 82:23

**done** [4] - 5:19, 22:2, 22:11, 25:20

**done...maybe** [1] - 23:25

**down** [33] - 9:4, 12:3, 12:17, 13:1, 13:7, 13:13, 16:18, 17:19, 20:4, 25:5, 29:5, 33:11, 36:16, 40:4, 42:22, 43:16, 44:3, 48:18, 52:14, 67:2, 67:5, 74:25, 76:17, 81:22, 82:1, 82:13, 85:13, 85:15, 87:17, 89:14, 90:3, 93:15, 105:16

**download** [1] - 101:14
**downside** [1] - 33:2
**dozen** [1] - 15:25
**dozens** [1] - 38:10
**drawer** [1] - 26:15
**drop** [1] - 89:1
**drops** [1] - 82:8
**drug** [8] - 47:24, 48:3,
48:10, 52:21, 53:5,
60:11, 86:3, 105:8
**drugs** [3] - 43:25,
86:4, 93:9
**dude** [1] - 88:17
**due** [2] - 7:11, 34:8
**Durden** [2] - 70:15,
71:8
**Durden's** [1] - 70:19
**during** [2] - 4:20,
30:18

**E**

**ear** [1] - 30:20
**early** [3] - 45:18,
45:21, 46:1
**earth** [1] - 25:16
**easier** [1] - 17:23
**easily** [1] - 34:3
**Easywallet** [2] - 18:2,
19:14
**easywallet** [1] - 18:3
**easywallet.org** [1] -
18:6
**Easywalletyo** [1] -
18:1
**ECF** [1] - 86:20
**efforts** [1] - 82:18
**either** [1] - 59:7
**EKELAND** [47] - 3:19,
3:22, 7:1, 7:19, 9:24,
10:11, 11:13, 16:8,
18:19, 18:21, 20:5,
20:9, 20:19, 21:6,
21:24, 26:24, 29:10,
29:19, 29:22, 30:24,
35:20, 40:19, 40:21,
41:1, 41:11, 47:11,
48:6, 48:12, 51:22,
54:12, 57:15, 58:12,
59:1, 60:6, 61:19, 62:9,
63:9, 69:17, 77:21,
81:7, 85:12, 86:7,
86:13, 101:21, 101:24,
103:4, 106:14
**elaborate** [1] - 6:4
**Elmo** [1] - 4:10
**elsewhere** [2] - 42:8,
42:16
**email** [1] - 94:25
**encrypted** [6] - 20:11,

20:21, 20:23, 88:6,
88:8, 88:9
**Encrypted** [1] - 22:9
**encryption** [1] - 88:12
**end** [3] - 9:18, 100:12,
104:6
**enforcement** [22] -
8:2, 26:5, 27:15, 29:5,
31:16, 31:17, 33:5,
34:14, 39:11, 47:23,
48:11, 59:12, 59:15,
59:18, 61:5, 74:25,
76:17, 84:17, 105:15,
105:16, 105:17
**engaging** [1] - 103:21
**engine** [1] - 43:15
**enhanced** [1] - 40:12
**enter** [3] - 2:20, 53:3,
57:24
**Enterprises** [2] -
91:22, 91:25
**enters** [1] - 2:6
**entitled** [1] - 103:18
**entries** [3] - 97:15,
99:4, 100:19
**entry** [3] - 22:11, 98:9,
99:24
**envelope** [1] - 26:15
**error** [4] - 10:21,
10:22, 89:17, 95:4
**escalate** [1] - 47:3
**escrow** [9] - 44:21,
44:25, 45:1, 45:2, 45:4,
45:10, 45:22, 46:23
**escrows** [1] - 50:24
**essentially** [4] - 26:18,
46:2, 69:10, 88:10
**estimate** [2] - 48:3,
48:8
**et** [4] - 68:19, 87:16,
88:21, 95:5
**etcetera** [1] - 82:21
**ETH** [5] - 41:16, 41:18,
41:19, 41:21, 42:1
**Ether** [2] - 41:16,
41:19
**Ethereum** [1] - 41:19
**euros** [1] - 16:16
**event** [1] - 102:25
**eventually** [2] - 47:4,
50:24
**evidence** [17] - 4:13,
6:16, 9:25, 23:4, 30:4,
31:1, 31:5, 31:6, 35:2,
54:1, 61:20, 85:3,
102:19, 103:2, 103:5,
106:4
**evidentiary** [1] - 30:7
**Evil** [4] - 89:24, 90:1,
90:9, 90:14

**evil** [1] - 90:10
**exact** [1] - 6:14
**examination** [1] -
20:17
**EXAMINATION** [1] -
3:2
**example** [5] - 35:5,
35:11, 50:20, 52:21,
78:5
**examples** [1] - 90:20
**except** [1] - 30:18
**exchange** [24] - 4:3,
5:17, 11:17, 11:20,
18:8, 26:9, 26:12,
26:13, 26:18, 26:21,
27:3, 27:10, 28:4,
28:11, 28:12, 28:13,
29:9, 29:16, 31:13,
39:17, 58:9, 58:14,
58:18, 90:4
**exchanges** [10] - 3:17,
11:19, 25:24, 26:2,
28:3, 31:14, 39:10,
58:14, 58:24, 59:12
**exciting** [1] - 5:19
**exhibit** [2] - 68:12,
104:3
**Exhibit** [58] - 6:15,
6:18, 6:24, 7:2, 7:4,
8:7, 8:21, 11:1, 14:10,
15:9, 16:11, 17:15,
20:1, 24:2, 24:23,
27:20, 32:7, 33:10,
35:1, 35:12, 35:23,
41:24, 42:19, 53:25,
54:10, 54:15, 58:7,
60:23, 62:7, 62:10,
62:12, 64:11, 65:21,
75:22, 77:10, 77:19,
77:22, 77:24, 78:12,
80:25, 81:5, 81:8,
81:10, 83:8, 85:2,
85:10, 86:24, 87:1,
93:11, 94:22, 95:15,
96:16, 97:5, 106:4,
106:12, 106:15, 106:17
**exhibits** [1] - 43:16
**Exhibits** [4] - 35:14,
35:17, 63:11, 63:14
**Exodus** [1] - 82:9
**expand** [1] - 68:13
**expect** [1] - 93:6
**experience** [1] - 53:5
**experiment** [1] - 12:15
**experimented** [1] -
12:12
**experimenting** [2] -
5:18, 34:2
**expert** [1] - 2:15
**experts** [2] - 2:8,

30:12
**explain** [61] - 7:6,
8:24, 9:5, 9:16, 13:3,
14:12, 16:13, 17:8,
24:15, 26:11, 27:12,
27:25, 28:9, 31:23,
36:1, 36:15, 39:16,
40:1, 41:5, 43:2, 45:1,
45:20, 49:6, 52:1,
52:10, 52:21, 54:18,
55:3, 58:9, 59:24,
60:24, 61:11, 61:16,
61:21, 62:14, 63:17,
63:19, 64:15, 65:1,
65:11, 65:24, 66:15,
67:17, 68:4, 69:4,
69:24, 70:25, 72:8,
78:1, 78:14, 79:14,
80:12, 81:13, 87:6,
88:3, 88:8, 89:7, 94:24,
99:19, 101:9, 106:5
**explaining** [2] - 64:19,
65:24
**explanation** [1] -
10:18
**explorer** [1] - 32:3
**explosive** [1] - 102:2
**exported** [1] - 65:18
**extent** [2] - 54:23,
103:19

**F**

**facilitating** [1] -
103:21
**fact** [8] - 6:11, 8:1,
30:2, 30:8, 38:24,
48:19, 103:1, 106:21
**facts** [1] - 9:25
**fair** [4] - 6:21, 77:16,
81:2, 85:7
**fairly** [4] - 35:14, 54:7,
62:2, 63:3
**false** [3] - 66:16,
66:19, 66:21
**familiar** [3] - 31:19,
43:18, 45:17
**Farm** [1] - 82:10
**favorable** [1] - 103:14
**FBAl.fr** [1] - 17:21
**FBAl.FrilansFinans.**
**codeReactor** [1] - 17:24
**FBI** [5] - 63:4, 76:17,
77:17, 81:3, 85:5
**feature** [5] - 32:19,
33:3, 40:17, 45:21,
88:13
**Featured** [1] - 64:6
**featured** [1] - 64:8
**features** [1] - 40:24

**February** [1] - 6:5
**federal** [1] - 86:8
**fees** [1] - 92:24
**few** [3] - 9:9, 67:20, 68:22
**figures** [1] - 56:5
**file** [6] - 17:17, 65:15, 65:17, 65:19, 65:20
**filename** [3] - 65:15, 65:17
**files** [3] - 15:3, 34:21, 40:6
**finalize** [5] - 44:23, 45:17, 45:21, 45:25, 47:1
**finalized** [3] - 64:22, 67:20, 70:1
**finalizes** [1] - 45:12
**financial** [4] - 3:5, 3:17, 35:6, 39:2
**financially** [1] - 105:13
**findings** [4] - 54:8, 60:21, 75:20, 94:4
**fine** [4] - 46:6, 57:3, 64:9, 68:24
**finishing** [1] - 57:19
**first** [25] - 9:9, 11:3, 12:19, 17:20, 18:13, 19:19, 22:7, 29:2, 31:18, 36:22, 41:25, 42:1, 50:3, 55:16, 61:17, 62:7, 64:9, 78:6, 88:19, 89:12, 89:13, 92:7, 103:4, 104:24
**five** [3] - 57:21, 57:22, 58:5
**flag** [1] - 10:3
**flake** [1] - 64:10
**flow** [3] - 36:2, 43:17, 59:6
**flow-of-funds** [1] - 43:17
**flows** [3] - 47:5, 47:8, 94:15
**Fog** [187] - 3:15, 3:25, 5:22, 17:11, 19:20, 19:22, 27:16, 29:9, 29:16, 31:13, 31:16, 34:17, 35:6, 36:3, 38:7, 38:8, 38:15, 39:4, 48:23, 48:25, 49:4, 49:10, 49:14, 49:20, 50:8, 52:17, 52:20, 52:23, 52:25, 53:1, 53:3, 53:11, 53:18, 53:21, 54:5, 54:8, 55:7, 55:8, 55:10, 55:11, 55:12, 55:13, 55:18, 55:20, 56:3, 56:7, 56:10, 56:11, 56:16,

56:20, 56:22, 59:22, 60:1, 60:2, 60:5, 60:9, 60:12, 61:1, 62:18, 65:2, 65:5, 65:6, 65:8, 66:2, 66:15, 66:17, 66:18, 66:20, 66:22, 67:1, 67:8, 67:12, 67:13, 67:22, 68:17, 69:14, 70:5, 70:7, 70:8, 70:10, 70:13, 71:9, 71:21, 71:24, 72:11, 72:17, 72:20, 73:4, 73:7, 73:17, 74:2, 74:13, 74:24, 75:12, 75:14, 75:18, 75:25, 76:5, 76:9, 76:11, 76:14, 76:21, 78:23, 79:4, 79:18, 79:21, 79:25, 80:16, 83:7, 83:10, 83:14, 83:15, 83:17, 84:6, 86:2, 86:6, 86:12, 88:1, 89:5, 89:22, 90:18, 90:25, 91:2, 91:3, 91:14, 92:1, 92:14, 92:16, 92:18, 93:12, 93:16, 94:1, 94:5, 94:7, 94:10, 94:12, 94:15, 94:18, 95:14, 95:16, 95:23, 96:1, 96:4, 96:7, 96:10, 96:14, 96:24, 97:6, 97:12, 97:17, 97:20, 97:22, 97:24, 98:1, 98:14, 98:16, 98:19, 98:21, 99:7, 99:10, 99:12, 99:14, 99:16, 100:1, 100:3, 100:6, 100:9, 100:13, 100:21, 100:24, 101:1, 101:3, 101:16, 101:19, 102:5, 102:20, 103:23, 104:9, 104:11, 104:17, 104:18, 104:19, 104:21, 105:1, 105:19, 105:25, 106:25
**Fog's** [2] - 51:15, 51:19
**following** [2] - 25:14, 25:16
**follows** [4] - 20:8, 29:21, 85:21, 101:23
**forced** [1] - 28:23
**forever** [1] - 49:19
**format** [2] - 13:23, 16:23
**formatted** [1] - 66:3
**forming** [2] - 30:13, 36:18
**forms** [1] - 102:19
**formula** [1] - 68:13

**forth** [3] - 5:3, 69:5, 85:18
**forward** [3] - 6:9, 13:24, 37:1
**foundation** [3] - 54:12, 54:23, 54:25
**four** [3] - 57:21, 57:22, 58:5
**four-five-zero** [3] - 57:21, 57:22, 58:5
**fourth** [1] - 24:8
**free** [1] - 44:12
**frequently** [4] - 8:4, 47:23, 50:15, 70:13
**front** [8] - 2:15, 15:20, 46:3, 46:4, 56:1, 63:19, 86:16, 102:3
**fuck** [1] - 42:24
**full** [7] - 15:14, 16:19, 34:18, 37:2, 42:4, 62:2, 76:4
**fun** [1] - 34:2
**fund** [4] - 44:9, 47:5, 47:8, 50:16
**funded** [1] - 44:12
**funding** [1] - 47:14
**funds** [145] - 3:13, 3:15, 3:16, 4:5, 5:5, 5:17, 5:22, 7:25, 8:15, 10:4, 10:7, 10:24, 11:20, 11:21, 12:1, 14:4, 14:16, 17:5, 17:10, 19:15, 19:20, 19:21, 24:16, 26:12, 26:16, 26:18, 27:7, 28:24, 34:16, 35:5, 36:2, 36:7, 36:12, 37:11, 38:4, 38:14, 39:1, 39:4, 39:24, 40:9, 43:17, 44:9, 44:20, 44:24, 45:2, 45:3, 45:7, 45:11, 45:12, 45:22, 46:6, 47:1, 47:13, 47:14, 47:21, 48:14, 48:19, 49:20, 50:23, 51:4, 52:17, 52:24, 53:4, 53:9, 53:10, 54:5, 55:6, 55:7, 55:9, 55:12, 56:2, 56:15, 56:22, 58:18, 58:21, 59:7, 60:8, 60:9, 61:1, 64:23, 64:24, 66:22, 66:24, 67:7, 67:9, 69:12, 69:13, 70:4, 71:20, 73:4, 74:1, 75:25, 76:8, 76:11, 76:14, 76:21, 80:15, 83:17, 84:5, 86:5, 86:12, 87:25, 88:1, 89:5, 89:22, 91:4, 92:1, 94:6, 94:9, 94:12,

94:15, 96:7, 96:10, 97:17, 97:20, 97:22, 97:24, 98:11, 98:14, 98:16, 98:19, 99:7, 99:10, 99:12, 99:14, 99:25, 100:3, 100:6, 100:9, 100:21, 100:23, 101:1, 101:3, 102:7, 103:19, 104:12, 104:14, 104:16, 104:18, 104:21, 104:25, 105:2, 105:4, 105:5, 106:24
**furtherance** [1] - 85:24

## G

**gag** [1] - 34:8
**gallery** [3] - 2:9, 2:11, 42:17
**garbled** [1] - 88:10
**gender** [1] - 29:23
**general** [1] - 16:23
**generally** [43] - 11:15, 16:3, 25:17, 26:9, 31:23, 38:21, 39:4, 39:9, 43:23, 44:2, 44:10, 44:20, 46:17, 46:19, 47:8, 47:10, 47:13, 47:19, 47:21, 48:19, 55:3, 55:5, 56:9, 56:11, 56:20, 56:22, 59:9, 59:11, 60:4, 60:8, 61:12, 62:14, 70:12, 72:8, 79:14, 87:3, 88:8, 90:23, 90:24, 92:24, 93:6, 93:19, 105:24
**generating** [1] - 19:24
**given** [2] - 16:20, 90:14
**gold** [1] - 82:11
**goods** [2] - 43:22, 45:8
**gooing** [1] - 89:18
**Government** [1] - 63:6
**government** [19] - 6:24, 16:5, 21:10, 23:2, 23:3, 30:6, 35:17, 54:10, 57:13, 62:6, 77:19, 81:5, 85:9, 102:9, 102:19, 103:2, 103:5, 103:18, 106:12
**government's** [2] - 21:15, 59:14
**Government's** [10] - 7:4, 16:11, 35:23, 54:15, 62:12, 63:14, 77:24, 81:10, 87:1, 106:17
**grade** [1] - 82:9

**Gram** [3] - 79:12, 79:17, 79:20
**graph** [4] - 49:9, 49:10, 49:12, 52:2
**grounds** [1] - 30:15
**Grow** [2] - 73:14, 73:16
**guess** [2] - 28:20, 85:22
**guys** [1] - 68:16

## H

**hackers** [1] - 97:2
**half** [2] - 30:1, 64:22
**Half** [1] - 90:10
**halfway** [2] - 12:6, 20:4
**hand** [5] - 29:1, 49:16, 49:18, 55:5, 71:18
**hard** [1] - 82:16
**hard-to-reach** [1] - 82:16
**hashish** [1] - 82:12
**HASSARD** [2] - 2:8, 2:17
**Haze** [1] - 82:9
**hear** [1] - 19:5
**heard** [1] - 103:11
**hearing** [1] - 6:9
**hearsay** [10] - 7:1, 30:5, 30:9, 30:11, 30:13, 35:20, 54:12, 62:9, 63:10, 77:21
**heinous** [2] - 102:3, 102:10
**held** [6] - 20:8, 29:21, 40:9, 41:16, 85:21, 101:23
**help** [4] - 7:23, 24:13, 68:9, 97:2
**hi** [1] - 68:16
**hidden** [2] - 43:1, 43:13
**hidden-service** - 43:1, 43:13
**hide** [2] - 25:13, 28:21
**high** [3] - 49:7, 49:8, 64:10
**highlight** [2] - 20:2, 22:7
**highly** [2] - 103:6, 103:10
**himself** [2] - 14:8, 70:4
**historical** [1] - 66:14
**history** [2] - 34:18, 34:23
**Hoffman** [1] - 82:8
**Honor** [20] - 3:19, 10:11, 20:5, 22:21,

23:6, 29:19, 30:24, 55:1, 57:1, 57:13, 57:23, 61:19, 85:16, 85:25, 86:7, 101:21, 101:24, 102:14, 102:16, 103:4
**hop** [2] - 85:19, 85:20
**hopping** [1] - 48:15
**hops** [2] - 52:20, 59:8
**hosted** [3] - 18:3, 32:3, 43:10
**hour** [1] - 64:22
**hours** [5] - 16:16, 67:20, 68:22, 89:1, 90:13
**hundreds** [2] - 49:17, 60:17

## I

**IBAN** [2] - 9:7, 16:21
**ID** [2] - 64:23, 78:11
**identifiable** [1] - 34:13
**identified** [4] - 37:21, 48:4, 104:13, 106:20
**identifier** [1] - 43:5
**identify** [6] - 39:6, 48:22, 51:14, 51:18, 95:9, 101:16
**Ihaveabong** [4] - 88:2, 88:6, 88:16, 88:17
**illicit** [7] - 11:19, 11:20, 11:22, 24:13, 24:16, 43:21, 102:20
**immediately** [1] - 69:7
**impossible** [1] - 5:17
**inappropriate** [1] - 103:11
**include** [4] - 48:25, 49:3, 82:3, 92:11
**included** [4] - 74:21, 75:20, 78:9, 81:24
**incorrect** [1] - 21:13
**increased** [1] - 41:6
**indicate** [2] - 42:14, 88:23
**indicated** [1] - 87:8
**indicating** [11] - 12:24, 13:18, 19:6, 38:2, 39:23, 40:8, 41:15, 42:16, 43:6, 43:7, 77:4
**indicating)** [1] - 60:3
**indication** [1] - 102:1
**indictment** [1] - 86:18
**indirect** [15] - 38:7, 38:8, 38:13, 52:8, 52:10, 52:18, 53:14, 53:17, 74:21, 75:17, 92:11, 94:15, 95:9, 95:12, 95:13

**indirectly** [26] - 19:20, 19:21, 55:9, 55:13, 56:2, 56:6, 56:18, 56:19, 76:8, 76:14, 94:9, 96:4, 96:10, 97:20, 97:24, 98:14, 98:19, 99:10, 99:14, 100:3, 100:9, 100:23, 101:3, 104:17, 104:21, 105:1
**individual** [4] - 36:19, 37:6, 61:13, 71:11
**individually** [1] - 60:11
**indulgence** [1] - 4:8
**information** [23] - 6:22, 14:4, 26:3, 27:3, 27:5, 27:6, 28:23, 32:24, 34:4, 34:6, 38:12, 40:15, 43:7, 59:18, 62:3, 63:3, 63:25, 65:1, 81:20, 81:23, 81:25, 93:9, 106:8
**informed** [2] - 20:9, 20:21
**initial** [1] - 36:17, 38:22
**initiated** [2] - 67:19, 69:25
**inquiry** [1] - 8:15
**instead** [3] - 18:8, 53:8, 93:7
**institution** [1] - 35:7
**inter** [1] - 38:9
**intercept** [1] - 84:17
**interject** [1] - 84:17
**intermediary** [7] - 36:20, 36:23, 36:24, 38:10, 38:11, 66:25
**internet** [1] - 43:11
**investigating** [1] - 47:24
**investigation** [1] - 59:14
**investigator** [1] - 93:8
**invoice** [13] - 8:16, 8:19, 8:25, 9:2, 9:23, 10:7, 16:14, 16:19, 16:23, 16:24, 17:12, 20:2, 22:13
**invoices** [25] - 15:4, 15:6, 15:14, 15:22, 15:25, 16:2, 16:3, 17:3, 17:8, 17:10, 17:13, 18:7, 19:7, 19:24, 22:1, 22:2, 22:8, 22:9, 22:11, 23:16, 23:19, 23:25, 24:11, 24:12, 24:16
**involved** [8] - 12:25,

13:19, 47:3, 74:15, 78:21, 78:22, 91:16, 96:24
**involving** [1] - 14:15
**issue** [11] - 10:9, 21:11, 21:22, 30:9, 30:11, 46:8, 46:10, 46:12, 84:23, 101:25, 102:17
**item** [1] - 43:24
**items** [4] - 43:23, 44:1, 44:13
**itself** [1] - 45:9

## J

**Jacob** [5] - 89:24, 90:1, 90:9, 90:10, 90:15
**January** [1] - 33:15
**Jaxx** [4] - 39:24, 40:1, 40:2, 40:5
**JIC** [1] - 24:11
**John** [2] - 25:13, 25:14
**joking** [1] - 33:23
**journalist** [1] - 25:14
**JPG** [1] - 13:23
**jumped** [1] - 68:12
**jurisdictions** [1] - 25:16
**juror** [2] - 57:20, 64:2
**JUROR** [1] - 64:3
**jurors** [4] - 2:20, 57:9, 57:24, 58:4
**jury** [32] - 2:3, 2:21, 2:23, 7:3, 16:6, 16:10, 18:25, 22:12, 22:14, 22:19, 23:21, 25:7, 35:22, 50:1, 54:14, 56:9, 57:25, 58:8, 62:11, 62:14, 63:13, 64:18, 77:23, 78:4, 78:21, 81:9, 81:13, 83:9, 86:25, 101:9, 102:3, 106:16

## K

**keep** [6] - 13:7, 33:24, 46:1, 51:9, 81:15, 102:13
**keeping** [1] - 28:25
**ketamine** [1] - 82:11
**keys** [1] - 34:23
**kind** [3] - 24:1, 26:13, 44:14
**kind..** [1] - 42:24
**kindly** [4] - 6:3, 12:22, 13:17, 13:22
**KKK** [1] - 15:9

**knowledge** [3] - 18:22, 29:11, 102:25
**knows** [1] - 42:24
**Kraken** [1] - 36:9
**Kush** [1] - 82:10

# L

**labeled** [1] - 7:10
**lack** [1] - 54:12
**laid** [2] - 54:24, 63:23
**laptop** [2] - 2:9, 2:16
**large** [4] - 37:11, 81:17, 93:21, 93:22
**largely** [1] - 19:16
**last** [7] - 8:14, 13:11, 34:9, 41:25, 42:4, 74:9, 91:21
**launch** [2] - 50:7, 50:8
**launder** [1] - 48:14
**laundered** [1] - 86:12
**laundering** [4] - 24:19, 32:23, 102:6, 102:18
**law** [24] - 8:2, 26:5, 27:15, 29:5, 31:16, 31:17, 32:23, 32:24, 33:5, 34:14, 39:11, 47:23, 48:11, 59:12, 59:15, 59:18, 61:5, 74:25, 76:17, 84:17, 105:15, 105:16
**laws** [1] - 32:23
**laying** [1] - 54:24
**layout** [2] - 16:23, 55:3
**leading** [11] - 7:19, 26:24, 40:19, 40:21, 41:1, 41:11, 47:11, 48:6, 51:22, 59:1, 69:17
**least** [4] - 30:4, 30:7, 38:10, 50:10
**leave** [2] - 57:9, 102:12
**left** [7] - 4:2, 21:1, 55:5, 67:6, 69:1, 71:18, 79:2
**left-hand** [2] - 55:5, 71:18
**legal** [8] - 8:2, 25:24, 26:1, 26:21, 29:17, 31:15, 33:5
**legitimate** [4] - 24:17, 28:22, 31:14
**less** [1] - 105:12
**level** [2] - 49:7, 49:8
**Liberty** [1] - 26:5
**likely** [5] - 10:2, 36:18, 37:5, 68:11, 84:21
**line** [7] - 20:16, 43:4, 68:10, 68:21, 88:20,

95:25, 102:12
**lines** [2] - 11:3, 43:3
**link** [1] - 18:6
**Lion** [3] - 89:6, 89:9, 89:10
**liquidity** [1] - 28:13
**list** [11] - 14:19, 42:10, 64:16, 65:4, 66:2, 68:8, 78:15, 83:10, 89:16, 95:6, 106:24
**listed** [8] - 9:2, 9:3, 9:5, 16:15, 65:3, 76:23, 76:24, 86:21
**listings** [4] - 44:12, 64:6, 64:8
**local** [1] - 42:25
**LocalBitcoins** [1] - 36:8
**localized** [1] - 97:1
**locate** [4] - 40:5, 41:9, 41:21, 95:6
**located** [1] - 39:22
**log** [2] - 43:11, 66:6
**logs** [2] - 28:25, 32:24
**look** [21] - 15:9, 15:14, 15:19, 17:5, 18:12, 19:8, 19:10, 22:7, 37:18, 47:5, 49:10, 52:7, 56:2, 60:18, 66:1, 74:10, 80:9, 85:14, 95:22, 105:22, 106:1
**look-up** [1] - 66:1
**looked** [6] - 10:14, 17:3, 39:3, 65:20, 75:21, 76:24
**looking** [12] - 6:9, 13:24, 15:13, 15:17, 21:21, 22:1, 26:20, 27:2, 40:18, 47:8, 67:1, 85:22
**lookup** [1] - 78:24
**loss** [1] - 86:7
**lost** [3] - 18:12, 19:8, 68:25
**low** [1] - 105:8
**LSD** [2] - 82:8, 82:10
**LUKE** [1] - 3:1
**lunch** [4] - 3:4, 3:18, 30:23, 36:13

# M

**ma'am** [261] - 3:7, 4:6, 4:16, 4:22, 5:24, 6:8, 6:13, 6:23, 7:7, 7:15, 8:6, 8:11, 8:16, 8:20, 8:23, 9:11, 9:13, 10:8, 10:10, 10:19, 10:25, 11:5, 12:2, 12:5, 12:9, 12:16, 12:21, 14:2,

14:7, 14:9, 14:23, 15:5, 15:7, 15:21, 15:24, 16:2, 17:4, 17:7, 17:14, 19:11, 19:17, 19:25, 23:19, 24:5, 24:9, 24:14, 24:20, 24:22, 25:1, 25:12, 25:21, 26:4, 26:8, 26:10, 26:12, 27:11, 27:19, 27:24, 28:2, 28:16, 29:7, 31:21, 32:6, 32:10, 32:15, 32:17, 33:9, 33:13, 33:18, 33:25, 34:25, 35:4, 35:8, 35:13, 35:16, 36:2, 36:8, 36:14, 36:17, 38:20, 39:8, 39:15, 39:19, 39:22, 39:25, 40:7, 40:10, 41:3, 41:13, 41:17, 41:23, 42:1, 42:6, 43:19, 44:6, 45:19, 46:15, 46:21, 47:7, 47:25, 48:2, 48:14, 48:24, 49:2, 49:5, 49:8, 49:22, 49:25, 50:10, 50:20, 51:8, 51:10, 51:13, 51:17, 51:21, 51:24, 52:6, 52:9, 52:12, 53:7, 53:19, 53:22, 53:24, 54:3, 54:9, 55:5, 55:19, 56:4, 56:25, 58:25, 59:17, 59:20, 59:23, 60:13, 60:20, 60:22, 60:25, 61:4, 61:7, 61:10, 62:5, 62:16, 62:23, 63:2, 63:5, 63:21, 63:24, 64:14, 64:20, 65:3, 65:12, 65:22, 66:23, 67:4, 67:24, 68:2, 68:5, 68:15, 69:6, 70:11, 70:18, 70:21, 70:24, 71:6, 71:14, 71:17, 72:7, 72:15, 72:18, 73:2, 73:15, 73:25, 74:3, 74:11, 74:14, 75:2, 75:9, 75:16, 75:19, 75:23, 76:2, 76:19, 76:22, 77:1, 77:8, 77:12, 77:15, 77:18, 78:2, 78:6, 78:20, 79:5, 79:13, 79:22, 80:6, 80:11, 80:17, 80:19, 80:24, 81:4, 82:5, 83:3, 83:5, 83:19, 83:23, 84:1, 84:4, 84:15, 85:1, 85:6, 85:8, 87:24, 88:5, 88:9, 88:14, 89:3, 89:13, 89:20, 90:16, 90:21,

90:24, 91:9, 91:12, 91:24, 92:2, 92:10, 92:17, 92:20, 93:14, 93:18, 93:24, 94:3, 94:6, 94:21, 95:8, 95:11, 95:18, 95:21, 95:24, 96:15, 97:4, 97:8, 97:14, 98:3, 98:8, 98:10, 98:23, 99:3, 99:6, 99:18, 99:23, 100:15, 100:18, 100:20, 101:8, 101:18, 104:16, 105:18, 105:21, 106:3, 106:11
**machine** [1] - 42:13
**mail** [1] - 84:18
**main** [1] - 42:2
**major** [1] - 53:21
**man** [1] - 90:10
**manner** [2] - 21:4, 84:11
**March** [5] - 6:2, 8:13, 11:4, 12:20, 32:12
**Marijuanaismymuse** [3] - 72:6, 72:16, 72:20
**Marijuanaismymuse's** [1] - 72:10
**Mario's** [3] - 79:11, 79:17, 79:20
**market** [53] - 43:17, 44:5, 44:6, 44:18, 45:9, 46:9, 46:11, 46:13, 47:8, 47:22, 49:1, 49:3, 49:9, 49:21, 49:23, 50:3, 50:4, 53:2, 53:6, 53:16, 55:6, 55:8, 55:9, 55:13, 55:14, 58:10, 58:19, 62:17, 62:18, 63:18, 66:9, 75:1, 75:6, 84:20, 86:19, 92:18, 92:24, 93:17, 93:20, 93:21, 95:17, 97:3, 97:7, 97:10, 98:2, 98:5, 98:22, 99:17, 99:25, 100:7, 100:10, 100:14, 105:3
**marketplace** [10] - 43:24, 45:9, 45:14, 45:16, 48:20, 61:3, 92:23, 93:3, 98:25, 99:20
**marketplaces** [4] - 43:23, 53:21, 86:14, 92:14
**markets** [29] - 43:18, 43:20, 43:21, 44:1, 45:22, 46:16, 46:20, 47:6, 47:9, 47:14, 47:20, 47:21, 48:23, 49:14, 54:6, 58:23,

59:5, 59:6, 84:14, 88:13, 93:13, 95:19, 97:13, 99:2, 99:22, 100:17, 102:24, 105:8, 105:10
**MAST** [1] - 42:20
**material** [6] - 13:20, 101:11, 101:14, 101:15, 104:14, 105:12
**matter** [1] - 96:23
**McAffe** [1] - 25:13
**mean** [12] - 9:16, 20:24, 21:2, 21:18, 29:13, 30:23, 37:24, 42:13, 43:12, 66:21, 103:1, 103:18
**meaning** [1] - 44:24
**means** [8] - 21:18, 38:2, 43:14, 45:2, 45:3, 66:17, 66:19, 66:23
**meant** [4] - 37:25, 66:16, 75:13, 92:21
**medical** [1] - 82:9
**members** [2] - 2:23, 34:3, 34:5
**mentioned** [1] - 69:13
**message** [16] - 4:24, 5:2, 5:23, 6:1, 11:3, 13:11, 13:14, 13:16, 68:10, 69:2, 88:6, 88:8, 88:9, 94:18, 95:2, 95:10
**messages** [11] - 10:14, 12:19, 13:9, 13:25, 67:25, 70:9, 85:18, 86:1, 87:4, 88:12, 88:13
**Meth** [2] - 102:24, 103:9
**meth** [2] - 82:6, 82:7
**microphone** [1] - 19:4
**middle** [3] - 25:10, 32:13, 36:16
**might** [2] - 19:8, 53:9
**million** [23] - 56:8, 56:17, 56:19, 67:11, 76:4, 76:7, 76:10, 76:13, 76:16, 94:8, 94:11, 94:14, 94:17, 96:3, 96:6, 96:9, 96:12, 97:19, 98:13, 99:9, 100:2, 100:5, 100:25
**mind** [1] - 11:15
**minimal** [3] - 103:8, 103:13, 104:3
**minor** [1] - 20:22
**minutes** [1] - 57:8
**mistaken** [1] - 103:1
**mistranslated** [1] - 20:22

**mistranslation** [6] - 20:10, 20:16, 20:22, 22:18, 23:2, 23:4
**mix** [5] - 28:21, 34:11, 102:5, 102:8, 103:8
**mixed** [2] - 28:6
**mixer** [8] - 11:21, 27:12, 27:14, 53:6, 87:19, 89:1, 89:17, 90:12
**mixers** [2] - 12:15, 87:21
**mixing** [15] - 11:8, 11:12, 11:18, 12:8, 12:23, 13:18, 28:18, 28:19, 34:1, 48:15, 48:20, 53:16, 59:7, 70:13
**mnemonic** [4] - 42:7, 42:9, 42:10, 43:7
**model** [2] - 46:3, 46:4
**modern** [1] - 50:3
**Monero** [8] - 40:9, 40:11, 40:12, 40:17, 40:24, 41:6, 41:9, 42:7
**Money** [4] - 14:14, 14:17, 24:3, 41:25
**money** [38] - 3:8, 9:22, 11:11, 11:18, 18:8, 24:1, 24:19, 24:21, 25:14, 25:16, 27:6, 32:23, 34:4, 42:15, 45:4, 46:1, 47:4, 47:9, 47:19, 48:25, 49:3, 51:2, 51:4, 56:9, 56:11, 56:20, 58:10, 59:22, 60:4, 60:12, 102:4, 102:6, 102:13, 102:18, 103:22, 105:7, 105:12
**months** [1] - 13:3
**most** [5] - 10:2, 28:22, 43:24, 102:2, 105:10
**motivated** [1] - 105:13
**move** [4] - 24:6, 24:13, 65:14, 74:9
**movement** [2] - 24:21, 86:4
**moves** [9] - 6:24, 16:5, 35:17, 54:10, 63:6, 77:19, 81:5, 85:9, 106:12
**moving** [14] - 11:20, 46:1, 47:13, 49:20, 55:12, 60:9, 80:3, 88:2, 89:6, 89:23, 91:6, 91:21, 94:12, 102:20
**MR** [49] - 2:8, 2:17, 3:19, 3:22, 7:1, 7:19, 9:24, 10:11, 11:13, 16:8, 18:19, 18:21,

20:5, 20:9, 20:19, 21:6, 21:24, 26:24, 29:10, 29:19, 29:22, 30:24, 35:20, 40:19, 40:21, 41:1, 41:11, 47:11, 48:6, 48:12, 51:22, 54:12, 57:15, 58:12, 59:1, 60:6, 61:19, 62:9, 63:9, 69:17, 77:21, 81:7, 85:12, 86:7, 86:13, 101:21, 101:24, 103:4, 106:14
**MS** [74] - 3:3, 3:23, 4:1, 4:8, 4:12, 4:14, 6:24, 7:5, 7:20, 7:22, 10:5, 10:13, 10:17, 11:16, 16:5, 16:12, 19:3, 20:14, 21:15, 21:25, 22:7, 22:10, 22:20, 23:6, 23:8, 23:14, 23:21, 23:23, 27:1, 29:14, 31:10, 35:17, 35:25, 40:23, 41:4, 41:14, 47:16, 48:9, 48:17, 51:25, 54:10, 54:17, 55:1, 55:2, 57:1, 57:13, 57:21, 57:23, 58:6, 58:16, 59:3, 60:10, 61:21, 62:1, 62:6, 62:13, 63:6, 63:16, 64:5, 69:18, 69:21, 77:19, 77:25, 81:5, 81:11, 85:15, 85:25, 86:11, 86:17, 87:2, 102:16, 104:8, 106:12, 106:18
**multiple** [10] - 36:3, 36:19, 37:1, 37:12, 44:13, 44:14, 48:16, 52:20, 53:15, 66:10
**must** [1] - 33:23
**Mycelium** [14] - 3:5, 3:9, 3:14, 34:18, 34:20, 34:22, 37:3, 37:19, 37:23, 38:3, 38:12, 38:16, 38:25, 39:2

**N**

**naive** [2] - 25:11, 25:12
**name** [3] - 26:15, 55:5, 70:14
**named** [3] - 62:22, 86:15, 86:18
**narcotics** [2] - 43:25, 86:5
**native** [1] - 41:19
**nature** [4] - 10:24,

13:22, 38:13, 38:14
**near** [1] - 104:6
**necessarily** [1] - 66:21
**need** [10] - 13:2, 15:8, 22:24, 57:5, 59:13, 68:11, 76:3, 86:8, 105:4
**needs** [1] - 54:23
**network** [1] - 43:15
**never** [3] - 32:21, 33:9, 66:22
**new** [10] - 5:19, 12:12, 18:9, 22:1, 22:11, 23:17, 23:19, 23:25, 24:11, 84:23
**next** [21] - 13:1, 17:25, 42:18, 43:3, 43:4, 55:10, 56:13, 67:20, 68:21, 68:23, 70:1, 70:15, 71:12, 72:4, 72:25, 73:12, 73:23, 79:10, 80:3, 88:20, 90:13
**nongendered** [1] - 30:3
**noreply@bitcointalk. org** [1] - 94:25
**normal** [1] - 37:11
**note** [6] - 14:8, 19:6, 19:10, 30:10, 36:6, 65:14
**noted** [3] - 42:23, 65:15, 83:12
**notes** [4] - 14:6, 19:23, 42:14, 82:3
**nothing** [2] - 57:13, 57:15
**nowadays** [1] - 25:13
**Nucleus** [8] - 97:7, 97:9, 97:12, 97:16, 97:17, 97:20, 97:22, 97:24
**number** [14] - 4:11, 4:24, 5:8, 9:7, 16:21, 32:8, 64:18, 64:20, 74:15, 80:18, 93:22, 96:17
**numbers** [6] - 56:1, 56:13, 56:24, 76:1, 104:24, 105:7
**numerous** [2] - 54:6, 90:19

**O**

**object** [5] - 20:25, 21:3, 22:3, 102:12
**objection** [42] - 3:19, 6:25, 7:1, 7:2, 7:19, 9:24, 10:11, 11:13,

16:7, 16:8, 18:19,
18:20, 20:6, 26:24,
29:10, 29:19, 30:14,
35:19, 35:21, 40:19,
41:1, 41:11, 47:11,
48:6, 48:12, 51:22,
54:11, 58:12, 59:1,
60:6, 61:19, 62:8, 63:8,
63:11, 69:17, 77:20,
81:6, 85:11, 101:21,
101:24, 103:12, 106:13
  **objections** [2] - 20:20,
22:4
  **objective** [1] - 32:18
  **obligations** [1] - 11:19
  **obscure** [3] - 48:19,
59:6, 104:12
  **observe** [2] - 52:3,
69:15, 69:18
  **obtain** [2] - 39:12,
76:18
  **obtained** [1] - 77:17
  **occur** [1] - 69:7
  **offer** [5] - 23:4, 32:2,
41:6, 43:9, 43:21
  **offering** [1] - 82:4
  **often** [1] - 30:2
  **oftentimes** [1] - 45:25
  **old** [3] - 4:10, 5:20,
18:11
  **Omedetou** [14] -
27:24, 29:8, 29:15,
29:23, 30:8, 31:12,
32:4, 32:10, 32:20,
33:2, 33:7, 33:13,
33:21, 96:19
  **Omedetou's** [1] -
28:15
  **on-market** [1] - 92:18
  **once** [5] - 38:12, 44:8,
44:22, 45:12, 97:2
  **one** [34] - 2:8, 2:12,
13:15, 15:4, 15:22,
16:3, 17:9, 18:10,
18:11, 23:25, 25:19,
29:20, 36:23, 36:24,
37:17, 37:22, 38:10,
38:18, 42:20, 46:14,
49:12, 50:10, 50:11,
50:16, 58:10, 58:18,
64:9, 64:22, 85:14,
86:11, 86:17, 86:20,
93:20, 95:13
  **one-half** [1] - 64:22
  **ones** [1] - 33:19
  **online** [1] - 48:3
  **onward** [1] - 61:12
  **open** [5] - 23:7, 31:9,
78:12, 86:23, 104:5
  **opening** [1] - 104:2

  **openings** [1] - 103:25
  **operate** [5] - 50:9,
75:7, 93:22, 95:19,
101:12
  **operated** [2] - 101:13,
105:1
  **operating** [2] - 31:16,
81:25
  **operation** [1] - 54:22
  **opinions** [1] - 30:14
  **options** [1] - 16:20
  **order** [15] - 2:22, 18:7,
34:8, 44:18, 44:22,
44:23, 45:13, 46:8,
46:10, 52:24, 58:1,
84:19, 90:8, 92:22
  **orders** [7] - 34:10,
84:13, 92:19, 92:21,
93:1, 93:4, 93:6
  **organic** [1] - 82:9
  **orient** [1] - 63:23
  **Original** [1] - 18:15
  **original** [1] - 75:7
  **originally** [1] - 5:13
  **originate** [1] - 11:7
  **originating** [1] - 6:6
  **otherwise** [1] - 23:2
  **outside** [1] - 27:14
  **overruled** [13] - 7:2,
10:1, 10:16, 35:21,
41:2, 41:12, 47:12,
48:7, 48:13, 51:23,
60:7, 63:11, 69:19
  **overwhelming** [1] -
31:5
  **own** [3] - 22:9, 91:4,
101:15

## P

  **p.m** [2] - 57:17
  **package** [1] - 87:9
  **packages** [2] - 81:25,
84:18
  **page** [35] - 4:23, 4:25,
5:7, 5:25, 8:9, 11:2,
12:3, 12:17, 12:18,
14:11, 18:6, 21:24,
22:6, 23:16, 24:6,
24:24, 25:5, 25:10,
27:20, 27:21, 29:13,
32:7, 33:10, 42:19,
63:21, 63:23, 81:12,
87:5, 87:18, 88:2,
88:15, 89:6, 89:23,
90:5
  **pages** [3] - 6:17, 13:1,
44:12
  **paid** [2] - 50:6, 103:22
  **Pandora** [8] - 98:22,

98:24, 99:2, 99:5, 99:7,
99:10, 99:12, 99:14
  **pandora** [1] - 98:25
  **panicking** [1] - 68:25
  **paperwork** [2] - 39:23,
40:8
  **parenthesis** [1] -
18:11
  **part** [5] - 36:11, 38:2,
59:14, 66:18, 66:19
  **particular** [4] - 58:14,
59:19, 85:25, 104:3
  **particularly** [2] -
30:11, 40:24
  **particulars** [2] - 86:15,
86:20
  **partners** [2] - 25:20,
25:23
  **parts** [1] - 43:2
  **pas** [1] - 49:24
  **password** [5] - 17:12,
17:17, 42:10, 43:6,
44:8
  **past** [3] - 11:9, 31:4,
45:24
  **paste** [2] - 53:3, 82:7
  **pasted** [1] - 65:12
  **pattern** [2] - 37:15,
37:17
  **patterns** [1] - 37:17
  **pause** [1] - 2:5
  **Pause** [1] - 23:12
  **pausing** [1] - 81:23
  **pay** [6] - 44:1, 44:2,
46:3, 46:4, 50:5,
101:13
  **pay-up-front** [2] -
46:3, 46:4
  **paying** [2] - 45:6,
92:24
  **payment** [11] - 8:17,
9:5, 9:6, 9:7, 9:10,
16:20, 18:12, 18:13,
37:10, 39:5
  **payments** [4] - 28:20,
37:1, 48:4, 90:23
  **PDF** [1] - 13:23
  **Pearlman** [1] - 35:10
  **peel** [6] - 36:18, 36:25,
37:4, 37:14, 38:23,
38:24
  **Peels4u** [4] - 72:25,
73:1, 73:3, 73:7
  **peer** [4] - 25:19, 25:23
  **peer-to-peer** [2] -
25:19, 25:23
  **Pelker** [5] - 2:25,
20:13, 21:14, 29:25,
102:15
  **PELKER** [75] - 3:3,

3:23, 4:1, 4:8, 4:12,
4:14, 6:24, 7:5, 7:20,
7:22, 10:5, 10:13,
10:17, 11:16, 16:5,
16:12, 19:3, 20:14,
21:15, 21:25, 22:7,
22:10, 22:20, 23:6,
23:8, 23:14, 23:21,
23:23, 27:1, 29:14,
31:10, 35:17, 35:25,
40:23, 41:4, 41:14,
47:16, 48:9, 48:17,
51:25, 54:10, 54:17,
55:1, 55:2, 57:1, 57:13,
57:21, 57:23, 58:6,
58:16, 59:3, 60:10,
61:21, 62:1, 62:6,
62:13, 63:6, 63:16,
64:5, 69:18, 69:21,
77:19, 77:25, 81:5,
81:11, 85:9, 85:15,
85:25, 86:11, 86:17,
87:2, 102:16, 104:8,
106:12, 106:18
  **people** [6] - 41:8, 44:1,
44:14, 50:5, 86:4,
105:11
  **per** [1] - 82:8
  **percent** [2] - 19:20,
82:7
  **perhaps** [1] - 86:8
  **person** [2] - 2:12,
105:5
  **personal** [3] - 18:22,
29:10, 53:10
  **personally** [3] - 10:22,
32:21, 33:9
  **pertaining** [2] - 63:1,
106:9
  **PGP** [4] - 88:5, 88:8,
88:10, 88:12
  **Phillips** [2] - 91:22,
91:25
  **phone** [6] - 3:9, 20:6,
29:20, 85:19, 85:20,
101:22
  **phrase** [1] - 21:9
  **physical** [1] - 35:11
  **pick** [1] - 47:4
  **piece** [1] - 31:6
  **pills** [1] - 82:11
  **place** [4] - 45:2, 45:4,
45:5, 75:1
  **places** [1] - 44:18
  **plus** [2] - 82:7, 82:9
  **PNG** [1] - 13:23
  **point** [13] - 21:5, 22:5,
23:9, 23:15, 24:8,
30:16, 42:5, 77:2,
89:11, 93:20, 103:15,

103:22, 103:23
**policy** [1] - 2:11
**Poloniex** [1] - 36:10
**pool** [3] - 28:6, 28:7, 28:13
**population** [1] - 30:1
**porn** [3] - 102:13, 103:21, 104:1
**pornography** [3] - 102:2, 102:11, 102:24
**possibility** [1] - 2:9
**possible** [3] - 12:10, 33:4, 66:24
**post** [24] - 25:7, 25:10, 27:23, 29:4, 32:8, 32:9, 32:10, 32:11, 32:14, 33:11, 33:12, 33:14, 33:15, 96:17, 96:18, 96:19, 96:20, 96:22, 102:5, 102:8, 102:22, 102:24, 103:8
**post-mix** [3] - 102:5, 102:8, 103:8
**posting** [1] - 25:8
**posts** [8] - 13:2, 24:24, 25:3, 27:17, 32:4, 34:9, 96:16, 103:9
**practice** [1] - 45:17
**predominately** [1] - 39:1
**prefer** [2] - 2:10, 85:19
**prejudicial** [3] - 30:22, 103:7, 103:10
**preparation** [1] - 77:14
**prepare** [2] - 53:23, 60:21
**prepared** [1] - 60:25
**preponderance** [2] - 30:6, 31:1
**present** [2] - 2:21, 57:25
**pretty** [1] - 88:11
**prevent** [1] - 11:19
**prevents** [2] - 45:5, 45:7
**previous** [2] - 13:25, 72:9
**previously** [6] - 7:18, 52:5, 72:14, 75:21, 76:25, 94:22
**price** [3] - 16:16, 66:4, 66:14
**primary** [2] - 3:13, 3:16
**print** [1] - 35:11
**privacy** [3] - 26:9, 41:8, 88:11
**private** [3] - 34:23, 85:18, 93:7

**problem** [8] - 12:13, 47:2, 69:9, 84:19, 89:25, 96:23, 97:1, 103:17
**problematic** [1] - 29:3
**problems** [2] - 84:13, 84:18
**proceed** [6] - 11:25, 22:25, 23:5, 30:20, 30:21, 86:22
**process** [10] - 8:2, 25:24, 26:1, 26:22, 29:17, 31:15, 31:16, 33:5, 70:24, 72:15
**product** [6] - 45:6, 45:23, 46:6, 46:24, 50:25, 92:23
**products** [3] - 56:12, 82:3, 93:2
**proffer** [1] - 85:16
**profile** [5] - 80:22, 81:14, 81:18, 81:19, 81:24
**profit** [1] - 47:22
**prong** [1] - 102:18
**protecting** [1] - 40:14
**prove** [2] - 29:3, 103:18
**provide** [8] - 8:19, 10:18, 12:23, 13:17, 13:20, 14:3, 26:9, 68:9
**provided** [3] - 15:4, 31:24, 81:3
**provides** [7] - 78:10, 87:15, 88:6, 88:18, 89:10, 90:2, 95:4
**public** [5] - 32:22, 34:2, 40:15, 81:18, 81:19
**publish** [6] - 16:6, 23:21, 58:8, 62:6, 63:6, 85:9
**published** [20] - 7:3, 7:4, 16:9, 16:11, 35:22, 35:24, 54:13, 54:16, 62:11, 62:12, 63:12, 63:15, 77:23, 77:24, 81:9, 81:10, 86:25, 87:1, 106:16, 106:17
**pull** [5] - 4:7, 6:15, 19:4, 24:23, 27:20, 42:17, 42:19, 58:7, 64:11, 75:22, 77:9, 80:25, 85:2, 94:22, 96:16
**pulled** [1] - 65:17
**pulling** [2] - 17:15, 24:2
**purchase** [3] - 28:4, 44:4, 44:15

**purchased** [1] - 44:24
**purchases** [2] - 47:15, 50:4
**pure** [1] - 42:24
**Pureosfriend** [4] - 87:6, 87:8, 87:11, 87:13
**purpose** [7] - 6:4, 11:9, 101:19, 102:21, 103:16, 104:9, 104:11
**purposes** [3] - 30:7, 30:13, 103:6
**put** [7] - 18:7, 21:12, 31:2, 44:21, 102:3, 102:19, 103:2
**putting** [1] - 30:12
**puzzling** [1] - 30:11

## Q

**qualification** [1] - 18:24
**qualify** [1] - 54:21
**quality** [1] - 64:10
**quarter** [1] - 57:16
**questioning** [1] - 102:12
**questions** [5] - 12:1, 12:4, 13:4, 13:6, 15:1
**quite** [1] - 20:24
**quote** [4] - 25:13, 28:1, 33:16
**quoted** [4] - 27:25, 32:13, 32:16, 33:16

## R

**raise** [3] - 2:7, 22:25, 57:12
**raised** [2] - 4:4, 21:23
**raising** [1] - 30:9
**rather** [1] - 49:15
**re** [2] - 89:8, 89:25
**re-ship** [2] - 89:8, 89:25
**reach** [4] - 27:14, 46:11, 82:16, 84:21
**reached** [3] - 69:8, 89:8, 89:24
**reaches** [1] - 87:9
**reactor** [1] - 54:23
**Reactor** [5] - 9:1, 16:14, 19:13, 49:8, 49:15
**Reactor's** [1] - 7:11
**read** [45] - 5:7, 6:1, 6:7, 8:14, 9:9, 11:3, 12:6, 12:19, 13:2, 13:11, 13:16, 14:21, 17:20, 17:23, 20:3,

23:9, 23:15, 24:7, 25:7, 25:10, 28:1, 28:15, 32:13, 32:16, 33:16, 41:25, 42:4, 42:22, 64:6, 68:10, 68:14, 68:21, 76:1, 76:3, 81:17, 82:6, 82:14, 88:10, 88:19, 89:12, 90:3, 90:4, 90:9, 95:2, 96:22
**reading** [3] - 21:21, 33:24, 43:2
**reads** [2] - 17:24, 88:21
**ready** [2] - 2:25, 58:3
**real** [1] - 9:21
**really** [7] - 12:11, 30:14, 30:21, 38:14, 61:12, 102:6, 105:5
**reason** [1] - 29:1
**receive** [8] - 18:8, 44:8, 44:22, 45:11, 46:5, 87:20, 101:14, 106:24
**received** [8] - 8:17, 10:7, 18:12, 19:20, 45:23, 55:10, 56:15, 87:9
**receives** [2] - 44:23, 45:12
**receiving** [3] - 5:22, 8:3, 45:7
**recently** [1] - 5:19
**recess** [1] - 57:17
**recognize** [7] - 4:15, 10:6, 24:25, 35:3, 54:2, 64:13, 77:11
**reconstruct** [1] - 42:11
**record** [6] - 31:2, 64:19, 69:20, 77:13, 81:2, 86:9
**recorded** [1] - 78:25
**records** [50] - 4:18, 4:20, 7:13, 8:3, 8:8, 10:13, 25:25, 26:2, 27:16, 33:6, 35:15, 37:3, 39:7, 39:18, 51:9, 59:16, 59:21, 61:5, 61:8, 61:13, 62:3, 62:21, 62:24, 62:25, 70:16, 70:19, 72:5, 73:1, 73:13, 73:23, 74:10, 76:18, 76:20, 77:6, 77:17, 78:9, 79:11, 80:4, 80:9, 80:22, 83:21, 85:5, 85:7, 90:19, 91:7, 91:22, 101:6, 105:17, 106:10, 106:20
**Red** [3] - 89:6, 89:9,

89:10
**Reddit** [3] - 24:24, 25:3
**reference** [3] - 20:3, 23:15, 97:3
**referenced** [2] - 22:1, 70:13
**references** [4] - 20:2, 22:13, 39:13, 96:13
**reflection** [1] - 6:21
**refund** [17] - 84:24, 84:25, 87:9, 87:14, 87:15, 88:24, 88:25, 89:8, 89:9, 89:14, 90:1, 90:12, 90:14, 90:18, 90:20, 90:23, 91:4
**refunding** [1] - 88:22
**refunds** [1] - 90:24
**regard** [1] - 13:20
**regarding** [7] - 3:5, 5:4, 12:23, 13:18, 17:13, 75:20, 94:19
**regards** [3] - 6:10, 13:24, 86:2
**registered** [3] - 25:15, 42:25, 43:12
**regulated** [1] - 59:12
**relate** [2] - 7:17, 37:15
**related** [4] - 22:3, 32:5, 86:5, 93:9
**relates** [1] - 7:20
**relation** [1] - 86:9
**relative** [1] - 61:17
**release** [3] - 45:3, 45:22, 46:25
**released** [1] - 50:24
**releasing** [2] - 44:24, 46:6
**relevance** [3] - 22:3, 48:12, 85:12
**relevant** [3] - 61:17, 102:17, 103:2
**rely** [1] - 30:13
**relying** [2] - 31:2, 31:4
**remember** [2] - 5:20, 12:11
**remind** [12] - 5:3, 17:16, 25:7, 30:20, 30:23, 50:1, 56:9, 57:5, 57:19, 78:21, 83:9, 90:8
**reminding** [2] - 30:24, 57:5
**removed** [2] - 44:20, 47:21
reorient [1] - 3:8
**reorienting** [1] - 3:23
**repeat** [2] - 12:8, 12:10, 14:17
**repeated** [1] - 39:13

**rephrase** [2] - 7:21, 11:14
**replies** [1] - 13:5
**reply** [12] - 6:3, 8:9, 8:12, 8:14, 11:6, 12:4, 12:20, 12:22, 13:23, 13:24, 68:23, 90:11
**report** [1] - 58:20
**reported** [1] - 36:17
**reporter** [5] - 40:4, 44:3, 48:18, 52:14, 70:17
**represent** [2] - 47:14, 47:22
**represented** [1] - 71:11
**representing** [1] - 36:22
**represents** [1] - 62:20
**reputable** [1] - 45:25
**request** [3] - 22:18, 28:24, 90:20
**requested** [1] - 64:21
**requests** [3] - 31:1, 84:25, 87:15
**require** [1] - 32:25
**required** [1] - 32:23
**research** [1] - 57:7
**Reserve** [1] - 26:5
**reserve** [1] - 21:2
**reserved** [2] - 20:19, 20:25
**reserving** [1] - 21:19
**resolve** [3] - 46:12, 47:2, 96:23
**resolving** [1] - 84:23
**respect** [2] - 30:10, 54:22
**respond** [4] - 13:10, 31:15, 32:20, 33:21
**response** [6] - 5:8, 8:16, 12:7, 28:15, 33:24, 68:21
**responsive** [1] - 39:11
**rest** [1] - 33:24
**retrieved** [2] - 63:4, 85:5
**return** [1] - 95:15
**returning** [3] - 78:12, 93:11, 97:5
**reveal** [4] - 13:21, 28:23, 34:6, 34:7
**revealing** [1] - 32:24
**reverse** [1] - 96:25
**review** [61] - 4:3, 5:21, 7:13, 9:12, 14:6, 15:3, 15:6, 15:25, 17:12, 19:23, 27:17, 32:4, 36:11, 39:23, 40:5, 40:8, 41:15, 49:20,

53:17, 54:8, 59:21, 60:11, 62:21, 67:25, 70:9, 70:16, 70:19, 71:13, 72:5, 73:1, 73:13, 73:23, 75:10, 75:17, 76:20, 77:6, 79:11, 80:4, 80:22, 83:21, 84:25, 87:22, 89:2, 89:19, 90:14, 90:22, 91:7, 91:22, 93:12, 93:16, 94:1, 94:18, 95:16, 96:13, 97:6, 98:1, 98:21, 99:16, 100:13, 101:6, 105:19
**reviewed** [9] - 15:22, 16:2, 35:15, 41:10, 41:22, 62:4, 63:1, 77:14, 95:7
**reviewing** [2] - 24:3, 70:5
**risk** [1] - 104:2
**Road** [143] - 26:6, 29:2, 29:4, 49:21, 49:23, 50:1, 50:3, 50:5, 50:7, 50:8, 50:9, 50:11, 50:13, 50:14, 50:17, 50:22, 51:2, 51:7, 51:9, 51:11, 52:17, 52:19, 52:22, 52:23, 52:25, 53:3, 53:9, 53:18, 55:17, 55:20, 56:3, 56:6, 56:10, 56:11, 56:14, 56:15, 56:21, 56:22, 59:14, 59:15, 59:22, 60:5, 60:9, 60:11, 61:1, 61:2, 61:3, 61:6, 61:14, 61:25, 62:3, 62:17, 62:22, 63:4, 63:18, 63:22, 64:16, 65:18, 66:5, 66:24, 67:3, 67:14, 67:25, 68:6, 68:8, 69:5, 70:16, 70:19, 71:8, 71:13, 71:21, 72:5, 72:10, 72:13, 72:15, 72:20, 73:1, 73:4, 73:6, 73:13, 73:17, 74:2, 74:9, 74:13, 74:24, 74:25, 75:4, 75:5, 75:7, 75:10, 75:11, 75:13, 75:14, 75:18, 75:20, 75:25, 76:5, 76:8, 76:12, 76:14, 76:17, 76:20, 77:3, 77:6, 77:16, 78:3, 78:9, 78:16, 78:19, 78:25, 79:11, 79:21, 80:5, 80:8, 80:9, 80:13, 80:16, 80:23, 81:3, 81:20, 81:21, 83:2,

83:18, 83:21, 83:25, 84:1, 84:3, 85:5, 87:4, 91:4, 91:11, 91:14, 91:23, 92:1, 93:7, 93:25
**Road's** [2] - 51:15, 51:19
**Road-controlled** [1] - 51:7
**Rockstar** [1] - 82:10
**roles** [1] - 46:22
**Roman** [5] - 5:2, 6:3, 11:6, 12:22, 13:17
**room** [1] - 22:22
**rough** [1] - 48:3
**router** [1] - 43:15
**Rovensky** [1] - 4:20
**row** [12] - 17:19, 64:18, 64:20, 67:16, 67:18, 68:23, 69:24, 69:25, 75:24, 78:5, 83:11, 104:15
**rows** [1] - 68:3
**RoxiPAL** [2] - 73:24, 74:1
**ruling** [1] - 30:25
**run** [2] - 28:3, 28:22
**Russia** [2] - 24:7, 24:9, 24:10
**Russian** [2] - 21:20, 22:23

## S

**safe** [1] - 17:17
**sale** [4] - 43:22, 44:13, 92:23
**sample** [2] - 92:16, 92:17
**sampling** [1] - 60:19
**satisfy** [1] - 9:19
**saved** [1] - 42:7
**saving** [1] - 42:15
**saw** [3] - 50:18, 58:10, 61:17
**scheme** [1] - 24:19
**SCHOLL** [1] - 3:1
**Scholl** [43] - 3:4, 4:2, 4:15, 5:1, 7:6, 14:12, 15:19, 16:13, 19:4, 20:3, 21:20, 23:9, 23:24, 24:12, 24:25, 25:17, 31:11, 31:19, 33:12, 34:16, 36:1, 39:5, 43:18, 44:4, 54:18, 55:3, 58:9, 58:17, 62:14, 63:17, 64:13, 68:14, 77:11, 78:1, 84:13, 85:4, 86:1, 86:6, 87:3, 94:24,

101:6, 104:9, 106:19
**Scholl's** [1] - 4:18
**school** [1] - 4:10
**screen** [17] - 6:19, 7:23, 13:12, 14:13, 15:9, 15:11, 15:20, 18:11, 36:16, 42:18, 58:7, 77:2, 79:15, 81:17, 83:24, 89:11, 89:15
**screenshot** [1] - 13:21
**script** [1] - 20:11
**scripted** [1] - 20:23
**scroll** [23] - 4:25, 9:4, 13:13, 13:15, 14:11, 18:4, 25:5, 29:6, 33:10, 65:23, 67:5, 67:23, 68:11, 79:2, 81:12, 81:14, 81:22, 82:13, 85:15, 88:15, 90:3
**scrolling** [17] - 5:7, 8:9, 12:3, 12:17, 13:1, 13:7, 16:18, 17:19, 27:22, 42:22, 67:2, 67:5, 69:1, 78:17, 81:15, 82:1, 87:17
**seat** [1] - 2:24
**seated** [2] - 2:22, 58:1
**second** [10] - 14:24, 19:21, 20:6, 22:11, 23:10, 33:16, 54:19, 75:24, 83:9, 85:20
**section** [8] - 14:18, 14:22, 24:4, 24:7, 42:18, 55:17, 82:13, 82:14
**see** [16] - 16:18, 22:9, 22:24, 26:2, 27:9, 27:22, 28:18, 49:13, 57:7, 57:16, 72:13, 78:22, 79:17, 85:14, 86:10, 96:13
**seeing** [1] - 13:8
**seeks** [1] - 62:6
**sees** [1] - 2:12
**seize** [1] - 105:17
**seized** [3] - 3:15, 26:5, 105:15
**select** [4] - 44:15, 60:18, 61:8, 76:20
**selects** [1] - 89:9
**seller** [1] - 44:21
**sellers** [4] - 58:23, 59:4, 59:9, 59:11
**selling** [6] - 44:15, 50:25, 56:12, 60:8, 93:1, 93:2
**send** [17] - 8:2, 9:22, 27:15, 33:5, 33:22, 44:9, 50:16, 51:4, 51:5,

53:4, 53:5, 53:10, 74:1, 82:23, 82:24, 87:14
**Send** [4] - 31:20, 32:5, 33:20, 89:10
**sending** [21] - 7:8, 11:17, 14:1, 24:1, 25:24, 37:1, 47:9, 52:23, 56:9, 56:11, 56:20, 58:18, 59:22, 60:4, 60:12, 61:1, 70:2, 70:4, 88:12, 88:13, 90:24
**sends** [1] - 52:17
**sense** [2] - 26:17, 103:14
**sent** [63] - 5:17, 5:23, 6:2, 8:1, 16:25, 38:16, 44:10, 50:24, 54:5, 55:7, 55:9, 55:19, 56:3, 56:6, 56:22, 62:18, 66:22, 68:18, 68:20, 71:8, 72:19, 73:6, 75:25, 76:5, 76:8, 76:11, 81:25, 88:25, 90:12, 94:6, 94:9, 94:19, 96:1, 96:4, 96:7, 96:10, 97:17, 97:20, 97:22, 97:24, 98:11, 98:14, 98:16, 98:19, 99:7, 99:10, 99:12, 99:14, 99:25, 100:3, 100:6, 100:9, 100:21, 100:23, 101:1, 101:3, 102:4, 104:14, 104:16, 104:18, 104:21, 104:25
**sentence** [1] - 8:14
**sentences** [1] - 12:20
**September** [3] - 87:18, 89:15, 90:7
**series** [1] - 11:25
**serious** [2] - 34:1, 34:11
**serve** [1] - 26:1
**served** [2] - 29:17, 31:15
**server** [1] - 8:25
**servers** [1] - 105:17
**service** [16] - 11:12, 11:18, 16:16, 18:3, 28:3, 31:24, 34:10, 39:13, 43:1, 43:10, 43:13, 46:23, 48:15, 53:16, 59:7, 105:9
**services** [18] - 8:18, 11:8, 11:9, 12:8, 12:13, 12:24, 13:18, 13:19, 16:15, 26:6, 26:7, 28:19, 39:10, 47:6, 48:21, 70:13, 82:24
**set** [3] - 15:14, 37:2,

82:17
**seven** [1] - 36:24
**several** [11] - 14:15, 15:25, 16:2, 17:10, 31:4, 35:6, 38:18, 39:10, 59:21, 89:12, 89:13
**sexual** [5] - 101:11, 101:14, 101:15, 104:14, 105:12
**shall** [2] - 96:23, 96:25
**shared** [2] - 33:3, 33:22
**Shared** [6] - 31:19, 32:5, 32:19, 33:19
**sharing** [1] - 105:12
**Sheep** [8] - 99:17, 99:19, 99:21, 99:24, 99:25, 100:3, 100:6, 100:9
**sheep** [1] - 99:20
**sheet** [5] - 62:2, 65:5, 66:2, 93:15, 99:4
**Shine** [3] - 91:7, 91:13
**ship** [3] - 44:22, 89:8, 89:25
**shipment** [1] - 84:24
**shipping** [1] - 45:8
**Shop** [3] - 79:12, 79:17, 79:20
**shormint@hotmail. com** [1] - 95:1
**short** [1] - 99:21
**show** [4] - 38:21, 52:22, 59:24, 82:17
**showed** [1] - 70:5
**showing** [12] - 6:17, 17:15, 30:6, 60:23, 62:17, 62:24, 63:19, 81:21, 102:23, 102:25, 106:4, 106:6
**shown** [39] - 5:1, 6:17, 7:6, 7:7, 7:23, 8:24, 13:11, 14:12, 14:17, 16:13, 18:5, 22:12, 27:25, 35:12, 36:1, 36:2, 36:15, 38:5, 43:3, 54:18, 55:16, 62:15, 65:11, 67:17, 68:4, 68:17, 69:24, 70:25, 71:15, 72:8, 78:1, 78:4, 78:14, 79:14, 80:12, 81:13, 83:1, 83:24, 106:5
**shows** [3] - 61:14, 71:1, 78:8
**shut** [3] - 74:25, 76:17, 105:16
**side** [1] - 47:4
**significance** [1] - 50:2

**Silk** [146] - 26:5, 29:2, 29:4, 49:21, 49:23, 50:1, 50:3, 50:5, 50:7, 50:8, 50:9, 50:11, 50:13, 50:14, 50:17, 50:22, 51:2, 51:7, 51:9, 51:11, 51:15, 51:19, 52:17, 52:19, 52:22, 52:23, 52:24, 53:2, 53:9, 53:18, 55:17, 55:20, 56:3, 56:6, 56:10, 56:11, 56:14, 56:15, 56:21, 56:22, 59:14, 59:15, 59:22, 60:5, 60:9, 60:11, 61:1, 61:2, 61:3, 61:6, 61:14, 61:25, 62:3, 62:17, 62:22, 63:3, 63:18, 63:21, 64:16, 65:17, 66:5, 66:24, 67:3, 67:14, 67:25, 68:5, 68:8, 69:5, 70:16, 70:19, 71:8, 71:13, 71:21, 72:5, 72:10, 72:13, 72:15, 72:20, 73:1, 73:4, 73:6, 73:13, 73:17, 74:2, 74:9, 74:13, 74:24, 74:25, 75:4, 75:5, 75:7, 75:10, 75:11, 75:13, 75:14, 75:18, 75:20, 75:25, 76:5, 76:8, 76:12, 76:14, 76:17, 76:20, 77:3, 77:6, 77:16, 78:3, 78:9, 78:16, 78:19, 78:25, 79:11, 79:21, 80:4, 80:8, 80:9, 80:13, 80:16, 80:23, 81:3, 81:20, 81:21, 83:2, 83:18, 83:21, 83:25, 84:1, 84:3, 85:5, 87:4, 91:4, 91:11, 91:14, 91:23, 92:1, 93:7, 93:25
**similar** [13] - 16:4, 17:1, 28:3, 38:18, 53:20, 70:22, 71:16, 75:10, 78:18, 88:5, 93:25, 95:19, 100:16
**similarly** [2] - 41:15, 78:18
**simply** [2] - 21:20, 34:5
**single** [1] - 31:6
**sit** [1] - 2:15
**site** [7] - 44:13, 53:2, 56:12, 101:10, 104:14, 105:4, 105:16
**site's** [1] - 76:18
**sites** [1] - 43:21

**sits** [1] - 45:4
**situation** [1] - 88:5
**six** [2] - 89:1, 90:13
**skip** [1] - 42:4
**slow** [4] - 40:4, 44:3, 48:18, 52:14
**small** [3] - 87:20, 90:13, 103:15
**smaller** [1] - 105:9
**snipcoins** [1] - 42:2
**software** [7] - 32:3, 40:2, 44:7, 49:15, 51:14, 51:18, 93:5
**sold** [2] - 43:23, 82:10
**someone** [5] - 2:12, 12:15, 24:13, 30:19, 56:12
**sometimes** [4] - 40:17, 52:20, 53:9, 84:13
**somewhere** [1] - 45:14
**soon** [2] - 82:10, 82:11
**sorry** [13] - 3:21, 3:22, 4:11, 14:11, 15:18, 23:10, 23:22, 40:20, 42:20, 46:18, 51:17, 54:19, 64:2
**sort** [16] - 8:4, 25:18, 30:4, 37:17, 40:13, 46:3, 52:4, 79:16, 81:23, 87:12, 90:20, 91:10, 97:11, 98:6, 99:1, 101:20
**sorts** [1] - 92:25
**sought** [1] - 40:17
**source** [15] - 3:13, 3:16, 4:5, 5:5, 8:15, 10:24, 14:4, 17:5, 24:17, 36:12, 38:4, 39:1, 39:4, 95:12, 104:12
**source-of-funds** [2] - 36:12, 38:4
**sources** [2] - 17:11, 95:13
**speaker** [2] - 21:20, 22:23
**speaker's** [1] - 11:15
**speaking** [7] - 38:21, 44:20, 46:17, 46:19, 46:23, 47:10, 47:13
**Special** [1] - 4:20
**specific** [11] - 5:16, 17:9, 20:20, 24:18, 27:6, 28:7, 58:13, 59:15, 65:18, 106:1, 106:7
**specifically** [6] - 11:24, 20:19, 27:18,

31:2, 34:12, 86:18
**specify** [1] - 51:3
**speculation** [1] - 9:24
**speed** [1] - 82:7
**spent** [1] - 37:12
**spoken** [1] - 10:22
**spreadsheet** [9] - 65:13, 70:25, 71:1, 71:15, 83:8, 83:20, 91:6, 92:7, 98:9
**spreadsheets** [1] - 74:21
**SR-1** [1] - 65:10
**SR1** [1] - 70:15
**SR2** [1] - 81:19
**SR2's** [1] - 81:18
**staff** [5] - 34:3, 34:5, 46:20, 46:22, 68:1
**stand** [2] - 21:17, 30:22
**stands** [1] - 88:11
**start** [1] - 24:1
**started** [1] - 14:25
**starting** [16] - 5:9, 7:8, 12:8, 19:19, 23:17, 25:11, 42:23, 61:12, 62:21, 67:21, 68:10, 82:6, 90:2, 90:5, 90:6, 90:7
**starts** [2] - 18:15, 81:15
**statements** [2] - 30:12, 85:23
**States** [1] - 39:20
**stats** [1] - 63:24
**step** [2] - 32:22, 33:8
**steps** [2] - 58:23, 59:4
**sterling** [2] - 5:15, 36:9
**Sterlingov** [20] - 2:4, 4:4, 5:2, 5:22, 13:5, 13:9, 13:10, 18:22, 20:21, 21:17, 25:3, 25:9, 30:7, 39:6, 42:15, 102:1, 102:10, 103:9, 103:20, 104:3
**Sterlingov's** [20] - 4:5, 5:6, 5:8, 5:21, 14:15, 17:17, 25:23, 34:17, 36:3, 36:8, 36:10, 37:3, 37:23, 38:3, 38:6, 38:9, 38:15, 38:25, 39:2, 102:22
**stickers** [1] - 15:16
**still** [5] - 5:22, 30:1, 30:22, 34:23, 54:24
**stock** [1] - 82:11
**stop** [3] - 15:2, 68:25, 69:10
**store** [1] - 43:10

**stored** [1] - 42:16
**straight** [2] - 38:15, 80:16
**string** [1] - 42:4
**stringing** [1] - 31:7
**structure** [1] - 61:16
**stuff** [1] - 104:1
**stupid** [1] - 15:1
**SUA** [2] - 102:17, 103:1
**SUAs** [1] - 102:20
**subject** [1] - 54:24
**submit** [2] - 13:22, 58:20
**submitted** [2] - 8:22, 13:21
**subpoena** [1] - 27:15
**subsequent** [2] - 28:12, 54:22
**subsequently** [3] - 37:12, 52:20, 66:25
**subset** [3] - 92:16, 92:17, 106:1
**successful** [1] - 48:1
**successfully** [1] - 84:14
**sucked** [1] - 18:9
**suggest** [1] - 87:20
**suggestion** [1] - 33:21
**sum** [1] - 9:19
**summarize** [4] - 35:14, 54:7, 62:2, 106:8
**summarizes** [1] - 71:2
**summarizing** [3] - 36:20, 53:23, 60:21
**summary** [8] - 54:5, 62:16, 69:22, 71:18, 75:21, 76:24, 91:6, 92:8
**sums** [1] - 9:18
**support** [6] - 68:6, 68:7, 69:5, 69:8, 69:9, 69:11
**support's** [1] - 68:21
**supposed** [1] - 21:5
**Surely** [1] - 33:23
**suspend** [1] - 58:22
**suspicious** [1] - 58:20
**sustained** [3] - 26:25, 40:22, 59:2
**SWIFT** [2] - 9:6, 16:21
**switching** [1] - 19:9
**Symbiosis** [28] - 61:12, 61:14, 62:22, 63:1, 63:17, 63:18, 63:21, 64:7, 64:10, 64:12, 64:16, 64:21, 65:10, 65:20, 67:7, 67:13, 67:19, 67:25,

68:5, 68:20, 68:25, 69:5, 69:6, 69:11, 69:25, 70:4, 70:23, 71:4
**Symbiosis'** [1] - 61:18
**Symbiosis's** [4] - 65:2, 67:3, 68:23, 69:15
**system** [3] - 40:12, 45:1, 68:17

**T**

**tab** [24] - 15:15, 61:13, 61:17, 61:18, 62:7, 62:15, 65:10, 70:15, 71:12, 72:4, 72:25, 73:12, 73:23, 74:9, 78:13, 79:10, 80:3, 83:9, 83:20, 91:6, 91:21, 92:7
**tabs** [4] - 61:11, 61:17, 61:18, 61:24
**taint** [2] - 102:10, 104:2
**tar** [1] - 102:9
**tarring** [1] - 103:20
**team** [2] - 41:9, 41:21
**technical** [2] - 4:9, 31:22
**technology** [1] - 5:19
**Tek** [2] - 73:14, 73:16
**teller's** [1] - 26:14
**Temp** [4] - 14:14, 14:17, 24:3, 41:25
**ten** [1] - 15:1
**terms** [2] - 11:15, 30:25
**testified** [10] - 4:20, 21:1, 26:3, 36:12, 52:4, 70:22, 71:5, 72:14, 83:25, 98:7
**testify** [3] - 18:24, 22:11, 86:6
**testifying** [3] - 3:4, 10:12, 19:1
**testimony** [4] - 3:8, 4:21, 37:16, 54:22
**text** [4] - 12:7, 27:25, 81:17, 88:10
**THE** [93] - 2:2, 2:4, 2:7, 2:10, 2:18, 2:21, 2:23, 3:21, 3:24, 3:25, 4:11, 6:25, 7:2, 7:21, 10:1, 10:2, 10:16, 11:14, 16:7, 16:9, 18:20, 18:23, 20:7, 20:13, 20:24, 21:14, 22:5, 22:9, 22:15, 22:22, 23:10, 23:13, 23:22,

26:25, 29:12, 29:24, 31:4, 35:19, 35:21, 40:20, 40:22, 41:2, 41:3, 41:12, 41:13, 47:12, 47:13, 48:7, 48:8, 48:13, 48:14, 51:23, 51:24, 54:11, 54:13, 54:19, 57:3, 57:10, 57:14, 57:16, 57:18, 57:22, 57:25, 58:2, 58:13, 59:2, 60:7, 60:8, 61:23, 61:24, 62:8, 62:10, 63:8, 63:11, 64:2, 64:4, 69:19, 69:20, 77:20, 77:22, 81:6, 81:8, 85:11, 85:13, 85:20, 85:22, 86:22, 86:24, 102:15, 103:13, 104:6, 106:13, 106:15

**them..** [1] - 15:2
**theory** [1] - 86:9
**thinking** [1] - 18:22
**third** [2] - 20:3, 23:15
**thousands** [4] - 48:8, 49:17, 75:8, 95:19
**three** [1] - 22:12
**ticket** [1] - 13:24
**tied** [2] - 86:2, 86:6
**timely** [1] - 21:4
**Tipping** [2] - 82:13, 82:14
**tipping** [4] - 82:15, 82:17, 82:22, 83:16
**tips** [1] - 83:1
**titled** [2] - 82:13, 83:20
**titles** [1] - 55:6
**today** [2] - 57:19, 68:16
**together** [1] - 31:7
**top** [15] - 5:7, 8:9, 12:17, 18:11, 27:13, 30:3, 62:21, 65:16, 67:6, 71:3, 71:18, 74:21, 79:19, 81:14, 88:15
**Tor** [5] - 42:25, 43:1, 43:12, 43:15, 44:7
**total** [19] - 60:17, 67:7, 67:9, 71:23, 72:19, 73:6, 73:8, 73:19, 73:20, 79:6, 79:7, 79:19, 79:23, 79:24, 84:5, 91:16, 91:18, 92:3, 102:4
**totaled** [8] - 65:7, 74:17, 94:13, 96:1, 96:5, 96:8, 97:17, 98:11
**totaling** [3] - 16:16,

78:23, 94:7
**trace** [3] - 26:7, 26:12, 34:14
**traced** [2] - 5:22, 36:6
**traces** [1] - 28:22
**tracing** [9] - 7:25, 8:4, 25:18, 34:13, 34:16, 34:24, 35:5, 40:13, 48:4
**tracks** [1] - 66:9
**trading** [2] - 25:19, 25:23
**trafficking** [2] - 86:5, 102:10
**transaction** [36] - 6:14, 6:19, 6:21, 7:7, 7:14, 8:1, 19:8, 27:6, 27:8, 35:15, 40:15, 44:10, 44:23, 45:5, 47:1, 52:12, 52:16, 52:18, 52:22, 52:23, 52:25, 53:14, 66:7, 67:17, 68:1, 78:7, 78:11, 80:14, 87:22, 89:2, 89:19, 95:9, 101:20, 102:21, 104:10, 104:12
**transactions** [56] - 34:13, 34:15, 36:11, 36:16, 36:18, 37:13, 38:13, 38:14, 40:14, 41:6, 41:7, 48:23, 49:7, 49:13, 49:17, 51:12, 51:15, 51:19, 52:2, 52:3, 52:8, 52:11, 53:17, 53:20, 54:8, 55:17, 62:16, 62:19, 66:3, 71:13, 72:2, 72:23, 73:21, 74:6, 75:17, 77:13, 78:2, 78:15, 79:17, 86:2, 87:23, 93:12, 93:16, 95:16, 95:22, 97:6, 97:11, 98:1, 98:21, 99:1, 99:16, 100:13, 101:16, 105:19, 105:22, 106:2
**transfer** [4] - 10:4, 66:23, 95:12, 95:13
**transferred** [1] - 28:5
**transferring** [1] - 87:21
**transfers** [13] - 49:10, 53:23, 61:14, 67:1, 74:23, 75:11, 92:11, 92:13, 92:18, 94:1, 104:19, 105:23, 105:25
**translation** [3] - 21:21, 21:22, 22:4
**translations** [1] - 21:7

**translators** [3] - 20:15, 20:18, 22:21
**Trevor** [2] - 91:22, 91:25
**tried** [1] - 9:22
**true** [4] - 10:24, 14:4, 66:16, 66:17
**trusts** [2] - 25:15, 46:5
**try** [5] - 17:22, 28:20, 48:10, 48:19, 68:12
**trying** [6] - 59:9, 59:11, 61:21, 69:11, 69:13, 84:17
**tumblers** [1] - 5:12
**turn** [3] - 8:7, 42:17, 43:16
**turning** [1] - 11:23
**two** [12] - 12:19, 13:13, 17:20, 18:14, 21:9, 21:25, 33:19, 34:9, 55:10, 56:13, 56:24
**Tyl3r** [3] - 70:15, 70:19, 71:8
**type** [1] - 57:7
**types** [3] - 43:23, 58:14, 93:2
**typographical** [4] - 10:21, 10:22, 89:17, 95:4

## U

**U.S** [35] - 55:15, 55:22, 55:23, 56:7, 62:19, 66:6, 66:7, 66:11, 67:10, 71:9, 72:1, 72:22, 72:24, 73:10, 73:11, 73:21, 73:22, 74:6, 74:18, 74:19, 76:6, 78:10, 78:23, 78:25, 79:8, 79:9, 80:1, 80:2, 80:20, 80:21, 84:8, 84:9, 91:19, 91:20, 92:5
**U.S...and** [1] - 82:16
**UK** [2] - 73:14, 73:16
**unable** [1] - 39:12
**unauthorized** [1] - 96:25
**uncut** [1] - 64:10
**under** [4] - 41:24, 64:6, 66:15, 66:17
**underlying** [2] - 35:15, 106:9
**underneath** [1] - 14:14
**understood** [1] - 55:1
**unencrypted** [1] - 88:6
**unfair** [1] - 104:2
**unfairly** [1] - 103:20

**unidentified** [1] - 52:19
**United** [1] - 39:20
**up** [49] - 4:7, 6:15, 13:15, 14:11, 15:8, 15:10, 17:15, 18:10, 20:14, 20:20, 22:20, 23:4, 23:25, 24:2, 24:23, 27:20, 27:22, 29:6, 30:19, 42:17, 42:19, 46:3, 46:4, 52:22, 54:19, 57:18, 57:19, 58:7, 64:11, 65:15, 66:1, 67:5, 68:17, 71:18, 75:22, 77:9, 80:25, 81:12, 81:14, 81:15, 82:1, 82:17, 83:1, 85:2, 90:3, 94:22, 96:16, 104:1
**uploading** [1] - 101:15
**Urban** [1] - 6:10
**user** [30] - 11:17, 32:24, 44:6, 44:11, 44:17, 44:21, 44:22, 45:5, 45:12, 46:5, 46:11, 46:25, 47:2, 50:21, 58:11, 58:21, 59:15, 63:21, 64:23, 81:18, 81:19, 84:5, 87:8, 89:8, 89:24, 92:22, 94:18, 101:19, 106:7, 106:9
**user's** [2] - 58:21, 58:22
**username** [4] - 44:7, 63:24, 78:6, 95:2
**users** [22] - 26:9, 40:25, 46:13, 47:17, 50:4, 50:15, 51:12, 58:18, 59:6, 59:19, 59:24, 60:17, 60:19, 60:25, 61:8, 61:25, 62:17, 80:13, 81:21, 86:19, 96:24, 101:13
**users'** [1] - 47:14

## V

**vague** [2] - 58:15, 60:6
**valid** [4] - 9:15, 9:16, 9:19, 10:3
**valuable** [1] - 41:7
**value** [36] - 55:14, 55:15, 55:22, 55:23, 56:8, 62:19, 66:6, 66:7, 66:12, 67:10, 71:9, 72:1, 72:22, 73:10, 73:11, 73:21, 73:22, 74:4, 74:6, 74:18, 74:19, 76:6, 78:25,

79:8, 79:9, 80:1, 80:2, 80:20, 80:21, 84:8, 84:9, 91:19, 91:20, 92:5

**valued** [35] - 56:16, 56:19, 76:9, 76:12, 76:15, 94:8, 94:11, 94:13, 94:16, 96:2, 96:5, 96:8, 96:11, 97:18, 97:21, 97:23, 97:25, 98:12, 98:15, 98:17, 98:20, 99:8, 99:11, 99:13, 99:15, 100:1, 100:4, 100:7, 100:10, 100:22, 100:24, 101:2, 101:4, 104:20, 104:22

**varieties** [1] - 82:11
**various** [4] - 3:17, 17:6, 36:3, 102:19
**vault** [1] - 17:13
**vehemently** [1] - 102:12
**vendor** [50] - 44:21, 45:6, 45:7, 45:11, 45:12, 45:24, 45:25, 46:12, 47:1, 50:25, 51:1, 52:24, 52:25, 53:9, 56:12, 61:13, 62:22, 63:18, 63:24, 63:25, 68:6, 68:7, 68:21, 69:5, 69:8, 69:9, 69:22, 70:16, 71:13, 72:5, 72:12, 73:1, 73:3, 73:13, 73:16, 73:24, 74:10, 76:24, 77:6, 79:11, 80:4, 80:8, 81:20, 83:22, 84:21, 91:7, 91:23, 92:22, 92:23, 93:2

**vendors** [28] - 44:14, 46:14, 47:17, 47:22, 59:21, 60:8, 61:25, 68:9, 70:9, 70:13, 71:16, 72:13, 76:20, 76:23, 77:3, 78:19, 83:25, 84:1, 84:3, 86:12, 86:18, 86:19, 86:21, 91:11, 92:8, 92:15, 105:3

**verify** [1] - 106:19
**versa** [1] - 52:18
**version** [1] - 22:19
**versus** [1] - 66:16
**vertical** [1] - 36:15
**via** [6] - 42:25, 43:1, 43:12, 43:15
**vice** [1] - 52:18
**Video** [28] - 101:7, 101:9, 101:10, 101:12,

101:13, 101:17, 104:10, 104:11, 104:13, 104:15, 104:17, 104:18, 104:20, 104:22, 104:25, 105:1, 105:3, 105:5, 105:6, 105:9, 105:11, 105:14, 105:17, 105:20, 105:25, 106:7, 106:20, 106:22

**viewed** [1] - 6:22
**virtual** [4] - 4:2, 39:17, 42:13, 58:17
**visible** [2] - 28:22, 33:11
**VM** [3] - 42:2, 42:12, 42:13
**volume** [1] - 21:8
**voluminous** [1] - 75:11

# W

**walk** [14] - 44:4, 55:16, 56:13, 64:18, 75:24, 78:4, 94:4, 95:25, 97:15, 98:9, 99:4, 99:24, 100:19, 104:15
**walked** [1] - 92:9
**walking** [2] - 45:6, 67:18
**Wallet** [3] - 82:14, 82:15
**wallet** [41] - 3:6, 3:9, 3:14, 10:2, 17:24, 18:3, 28:5, 34:18, 34:19, 34:20, 34:22, 37:3, 37:7, 37:11, 37:19, 37:22, 37:23, 38:3, 38:12, 38:16, 38:25, 39:2, 39:24, 40:3, 40:5, 42:1, 42:11, 42:23, 42:24, 42:25, 43:5, 43:8, 43:10, 50:9, 53:10, 75:8, 82:17, 82:22, 89:10
**wallets** [5] - 32:2, 32:3, 38:24, 51:12, 93:7
**wants** [1] - 2:15
**washing** [2] - 32:22, 33:8
**ways** [1] - 25:13
**wealthy** [1] - 82:16
**web** [2] - 16:15, 31:17
**website** [3] - 43:15, 66:9, 66:13
**weekend** [1] - 88:17
**weird** [2] - 18:12, 19:8

**welcome** [2] - 2:23, 57:10
**Welcome** [28] - 101:6, 101:9, 101:10, 101:12, 101:13, 101:16, 104:10, 104:11, 104:13, 104:15, 104:17, 104:18, 104:19, 104:21, 104:25, 105:1, 105:3, 105:5, 105:6, 105:9, 105:11, 105:14, 105:17, 105:20, 105:25, 106:7, 106:19, 106:21
**WestcoastRX** [2] - 74:10, 74:12
**whereas** [1] - 31:16
**whisper** [1] - 30:19
**white** [1] - 82:8
**whole** [2] - 6:7, 17:8
**willing** [2] - 46:25, 47:2
**withdraw** [17] - 28:4, 51:2, 52:24, 69:11, 69:13, 72:17, 73:4, 73:16, 79:3, 79:18, 80:15, 84:10, 91:3, 91:13, 91:25, 105:2, 105:4
**withdrawal** [20] - 26:20, 27:2, 28:12, 51:3, 52:18, 53:1, 53:9, 64:20, 64:21, 64:25, 66:15, 66:17, 67:19, 69:7, 69:20, 69:25, 70:1, 70:6, 74:20
**withdrawals** [23] - 15:1, 51:6, 59:19, 64:11, 64:16, 65:2, 67:3, 67:12, 69:15, 70:20, 71:1, 71:2, 71:11, 72:9, 74:4, 74:16, 74:23, 79:8, 80:18, 83:1, 91:17, 91:19, 96:25
**withdrawing** [5] - 47:19, 67:20, 83:18, 92:15, 105:5
**withdrawn** [9] - 14:25, 64:24, 66:24, 73:19, 79:6, 79:23, 79:24, 92:3
**withdrew** [6] - 67:8, 68:16, 74:12, 76:21, 79:20, 84:6
**WITNESS** [11] - 3:25, 10:2, 41:3, 41:13, 47:13, 48:8, 48:14, 51:24, 60:8, 61:24,

69:20
**witness** [16] - 2:18, 18:21, 18:23, 18:24, 19:1, 20:25, 21:5, 22:10, 22:22, 29:23, 29:24, 30:17, 57:10, 57:18, 85:17
**witness's** [2] - 29:12, 30:20
**word** [4] - 20:21, 21:9, 21:13, 22:5
**words** [2] - 29:13, 42:10
**workbook** [1] - 66:3
**works** [1] - 31:23
**world** [1] - 30:1
**worrying** [1] - 69:10
**write** [2] - 14:8, 88:16
**writes** [5] - 32:21, 88:17, 88:22, 88:25, 89:16
**writing** [2] - 27:17, 27:23
**written** [1] - 29:4
**wrote** [1] - 14:21

# Y

**years** [3] - 12:11, 12:15, 21:3
**yesterday** [1] - 37:16
**yourself** [2] - 103:25, 104:1
**yourselves** [1] - 57:6

# Z

**zero** [4] - 57:21, 57:22, 58:5, 104:24
**zoom** [4] - 17:22, 36:5, 38:1, 64:3
**zooming** [1] - 16:18